# EXHIBIT 1

**EXHIBIT 1**
**Documents Constituting the Relevant Contract from**
**June 28, 2016 to Present (current as of March 26, 2021)**

| Time Period | Google general Terms of Service | How our business works | Google Privacy Policy |
|---|---|---|---|
| June 28, 2016 To Aug. 28, 2016 | Google Terms of Service dated April 14, 2014 (EXHIBIT 2) | | Google Privacy Policy dated June 28, 2016 (EXHIBIT 6) |
| Aug. 29, 2016 To Feb. 28, 2017 | | | Google Privacy Policy dated Aug. 29, 2016 (EXHIBIT 7) |
| March 1, 2017 To April 16, 2017 | | | Google Privacy Policy dated March 1, 2017 (EXHIBIT 8) |
| April 17, 2017 To Oct. 1, 2017 | | | Google Privacy Policy dated April 17, 2017 (EXHIBIT 9) |
| Oct. 2, 2017 To Oct. 24, 2017 | | | Google Privacy Policy dated Oct. 2, 2017 (EXHIBIT 10) |
| Oct. 25, 2017 | | | |

| Time Period | Google general Terms of Service | How our business works | Google Privacy Policy |
|---|---|---|---|
| To Dec. 17, 2017 | Google Terms of Service dated Oct. 25, 2017 (EXHIBIT 3) | | |
| Dec. 18, 2017 To May 24, 2018 | | | Google Privacy Policy dated Dec. 18, 2017 (EXHIBIT 11) |
| May 25, 2018 To Jan. 21, 2019 | | | Google Privacy Policy dated May 25, 2018 (EXHIBIT 12) |
| Jan. 22, 2019 To Oct. 14, 2019 | | | Google Privacy Policy dated Jan. 22, 2019 (EXHIBIT 13) |

| Time Period | Google general Terms of Service | How our business works | Google Privacy Policy |
|---|---|---|---|
| Oct. 15, 2019 To Dec. 18, 2019 | | | Google Privacy Policy dated Oct. 15, 2019 (EXHIBIT 14) |
| Dec. 19, 2019 To March 30, 2020 | | | Google Privacy Policy dated Dec. 19, 2019 (EXHIBIT 15) |
| March 31, 2020 To March 26, 2021 | Google Terms of Service dated March 31, 2020 (EXHIBIT 4) | How our business works (EXHIBIT 5) | Google Privacy Policy excluded from contract as of March 31, 2020 |

# EXHIBIT 2

GOOGLE TERMS OF SERVICE

Last modified: April 14, 2014 ([view archived versions](#))

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by Google Inc. ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may

Case 4:21-cv-02155-YGR   Document 1-1   Filed 03/26/21   Page 7 of 500

remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

## Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

# Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

# About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update

settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".

SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

## Liability for our Services

WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.

TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms. It will hold harmless and indemnify Google and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Services or violation of these terms, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

## About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective

immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.

# EXHIBIT 3

GOOGLE TERMS OF SERVICE

Last modified: October 25, 2017 (view archived versions)

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may

Case 4:21-cv-02155-YGR   Document 1-1   Filed 03/26/21   Page 14 of 500

remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

## Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

# Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

# About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update

settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".

SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

## Liability for our Services

WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.

TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms. It will hold harmless and indemnify Google and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Services or violation of these terms, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

## About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective

immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.

# EXHIBIT 4

GOOGLE TERMS OF SERVICE

Effective March 31, 2020

Archived versions

Country version: United States

# What's covered in these terms

# We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

- What you can expect from us, which describes how we provide and develop our services

- What we expect from you, which establishes certain rules for using our services

- Content in Google services, which describes the intellectual property rights to the content you find in our services — whether that content belongs to you, Google, or others

- In case of problems or disagreements, which describes other legal rights you have, and what to expect in case someone violates these terms

Understanding these terms is important because, by using our services, you're agreeing to these terms.

Besides these terms, we also publish a Privacy Policy. Although it's not part of these terms, we encourage you to read it to better understand how you can update, manage, export, and delete your information.

## Service provider

Google services are provided by, and you're contracting with:

Google LLC
organized under the laws of the State of Delaware, USA, and operating under the laws of the USA

1600 Amphitheatre Parkway
Mountain View, California 94043
USA

## Age requirements

If you're under the age required to manage your own Google Account, you must have your parent or legal guardian's permission to use a Google Account. Please have your parent or legal guardian read these terms with you.

If you're a parent or legal guardian, and you allow your child to use the services, then these terms apply to you and you're responsible for your child's activity on the services.

Some Google services have additional age requirements as described in their service-specific additional terms and policies.

## Your relationship with Google

These terms help define the relationship between you and Google. Broadly speaking, we give you permission to use our services if you agree to follow these terms, which reflect how Google's business works and how we earn money. When we speak of "Google," "we," "us," and "our," we mean Google LLC and its affiliates.

# What you can expect from us

## Provide a broad range of useful services

We provide a broad range of services that are subject to these terms, including:

- apps and sites (like Search and Maps)

- platforms (like Google Play)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Home)

Our services are designed to work together, making it easier for you to move from one activity to the next. For example, Maps can remind you to leave for an appointment that appears in your Google Calendar.

## Improve Google services

We're constantly developing new technologies and features to improve our services. For example, we invest in artificial intelligence that uses machine learning to detect and block spam and malware, and to provide you with innovative features, like simultaneous translations. As part of this continual improvement, we sometimes add or remove features and functionalities, increase or decrease limits to our services, and start offering new services or stop offering old ones.

If we make material changes that negatively impact your use of our services or if we stop offering a service, we'll provide you with reasonable advance notice and an opportunity to export your content from your Google Account using Google Takeout, except in urgent situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues.

# What we expect from you

Case 4:21-cv-02155-YGR    Document 1-1    Filed 03/26/21    Page 23 of 500

## Follow these terms and service-specific additional terms

The permission we give you to use our services continues as long as you meet your responsibilities in:

- **these terms**

- **service-specific additional terms**, which could, for example, include things like additional age requirements

We also make various policies, help centers, and other resources available to you to answer common questions and to set expectations about using our services. These resources include our Privacy Policy, Copyright Help Center, Safety Center, and other pages accessible from our policies site.

Although we give you permission to use our services, we retain any intellectual property rights we have in the services.

## Respect others

Many of our services allow you to interact with others. We want to maintain a respectful environment for everyone, which means you must follow these basic rules of conduct:

- comply with applicable laws, including export control, sanctions, and human trafficking laws

- respect the rights of others, including privacy and intellectual property rights

- don't abuse or harm others or yourself (or threaten or encourage such abuse or harm) — for example, by misleading, defrauding, defaming, bullying, harassing, or stalking others

- don't abuse, harm, interfere with, or disrupt the services

Our service-specific additional terms and policies provide additional details about appropriate conduct that everyone using those services must follow. If you find that others aren't following these rules, many of our services allow you to report abuse. If we act on a report of abuse, we also provide a fair process as described in the Taking action in case of problems section.

## Permission to use your content

Some of our services are designed to let you upload, submit, store, send, receive, or share your content. You have no obligation to provide any content to our services and you're free to choose the content that you want to provide. If you choose to upload or share content, please make sure you have the necessary rights to do so and that the content is lawful.

## License

Your content remains yours, which means that you retain any intellectual property rights that you have in your content. For example, you have intellectual property rights in the creative content you make, such as reviews you write. Or you may have the right to share someone else's creative content if they've given you their permission.

We need your permission if your intellectual property rights restrict our use of your content. You provide Google with that permission through this license.

### What's covered

This license covers your content if that content is protected by intellectual property rights.

### What's not covered

- This license doesn't affect your privacy rights — it's only about your intellectual property rights

- This license doesn't cover these types of content:

  - publicly-available factual information that you provide, such as corrections to the address of a local business. That information doesn't require a license because it's considered common knowledge that everyone's free to use.

- feedback that you offer, such as suggestions to improve our services. Feedback is covered in the Service-related communications section below.

## Scope

This license is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means you can license your content to others

- royalty-free, which means there are no fees for this license

## Rights

This license allows Google to:

- host, reproduce, distribute, communicate, and use your content — for example, to save your content on our systems and make it accessible from anywhere you go

- publish, publicly perform, or publicly display your content, if you've made it visible to others

- modify and create derivative works based on your content, such as reformatting or translating it

- sublicense these rights to:

  - other users to allow the services to work as designed, such as enabling you to share photos with people you choose

  - our contractors who've signed agreements with us that are consistent with these terms, only for the limited purposes described in the Purpose section below

## Purpose

This license is for the limited purpose of:

- **operating and improving the services**, which means allowing the services to work as designed and creating new features and functionalities. This includes using automated systems and algorithms to analyze your content:

  - for spam, malware, and illegal content

  - to recognize patterns in data, such as determining when to suggest a new album in Google Photos to keep related photos together

  - to customize our services for you, such as providing recommendations and personalized search results, content, and ads (which you can change or turn off in Ads Settings)
  This analysis occurs as the content is sent, received, and when it is stored.

- **using content you've shared publicly to promote the services**. For example, to promote a Google app, we might quote a review you wrote. Or to promote Google Play, we might show a screenshot of the app you offer in the Play Store.

- **developing new technologies and services** for Google consistent with these terms

## Duration

This license lasts for as long as your content is protected by intellectual property rights.

If you remove from our services any content that's covered by this license, then our systems will stop making that content publicly available in a reasonable amount of time. There are two exceptions:

- If you already shared your content with others before removing it. For example, if you shared a photo with a friend who then made a copy of it, or shared it again, then that photo may continue to appear in your friend's Google Account even after you remove it from your Google Account.

- If you make your content available through other companies' services, it's possible that search engines, including Google Search, will continue to find and display your content as part of their search results.

# Using Google services

## Your Google Account

If you meet these age requirements you can create a Google Account for your convenience. Some services require that you have a Google Account in order to work — for example, to use Gmail, you need a Google Account so that you have a place to send and receive your email.

You're responsible for what you do with your Google Account, including taking reasonable steps to keep your Google Account secure, and we encourage you to regularly use the Security Checkup.

## Using Google services on behalf of an organization

Many organizations, such as businesses, non-profits, and schools, take advantage of our services. To use our services on behalf of an organization:

• an authorized representative of that organization must agree to these terms

• your organization's administrator may assign a Google Account to you. That administrator might require you to follow additional rules and may be able to access or disable your Google Account.

## Service-related communications

To provide you with our services, we sometimes send you service announcements and other information. To learn more about how we communicate with you, see Google's Privacy Policy.

If you choose to give us feedback, such as suggestions to improve our services, we may act on your feedback without obligation to you.

# Content in Google services

## Your content

Some of our services give you the opportunity to make your content publicly available — for example, you might post a product or restaurant review that you wrote, or you might upload a blog post that you created.

- See the Permission to use your content section for more about your rights in your content, and how your content is used in our services

- See the Removing your content section to learn why and how we might remove user-generated content from our services

If you think someone is infringing your intellectual property rights, you can send us notice of the infringement and we'll take appropriate action. For example, we suspend or close the Google Accounts of repeat copyright infringers as described in our Copyright Help Center.

## Google content

Some of our services include content that belongs to Google — for example, many of the visual illustrations you see in Google Maps. You may use Google's content as allowed by these terms and any service-specific additional terms, but we retain any intellectual property rights that we have in our content. Don't remove, obscure, or alter any of our branding, logos, or legal notices. If you want to use our branding or logos, please see the Google Brand Permissions page.

## Other content

Finally, some of our services give you access to content that belongs to other people or organizations — for example, a store owner's description of their own business, or a newspaper article displayed in Google News. You may not use this content without that person or organization's permission, or as otherwise allowed by law. The views expressed in other people or organizations' content are theirs, and don't necessarily reflect Google's views.

# Software in Google services

Some of our services include downloadable software. We give you permission to use that software as part of the services.

The license we give you is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means that we can license the software to others

- royalty-free, which means there are no fees for this license

- personal, which means it doesn't extend to anyone else

- non-assignable, which means you're not allowed to assign the license to anyone else

Some of our services include software that's offered under open source license terms that we make available to you. Sometimes there are provisions in the open source license that explicitly override parts of these terms, so please be sure to read those licenses.

You may not copy, modify, distribute, sell, or lease any part of our services or software. Also, you may not reverse engineer or attempt to extract any of our source code unless you have our written permission or applicable law lets you do so.

When a service requires or includes downloadable software, that software sometimes updates automatically on your device once a new version or feature is available. Some services let you adjust your automatic update settings.

# In case of problems or disagreements

By law, you have the right to (1) a certain quality of service, and (2) ways to fix problems if things go wrong. These terms don't limit or take away any of those rights. For example, if you're a consumer, then you continue to enjoy all legal rights granted to consumers under applicable law.

## Warranty

We provide our services using reasonable skill and care. If we don't meet the quality level described in this warranty, you agree to tell us and we'll work with you to try to resolve the issue.

## Disclaimers

The only commitments we make about our services (including the content in the services, the specific functions of our services, or their reliability, availability, or ability to meet your needs) are (1) described in the Warranty section, (2) stated in the service-specific additional terms, or (3) provided under applicable laws. We don't make any other commitments about our services.

And unless required by law, we don't provide implied warranties, such as the implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

## Liabilities

### For all users

These terms only limit our responsibilities as allowed by applicable law. Specifically, these terms don't limit Google's liability for death or personal injury, fraud, fraudulent misrepresentation, gross negligence, or willful misconduct.

Other than the rights and responsibilities described in this section (In case of problems or disagreements), Google won't be responsible for any other losses, unless they're caused by our breach of these terms or service-specific additional terms.

## For business users and organizations only

If you're a business user or organization, then to the extent allowed by applicable law:

- You'll indemnify Google and its directors, officers, employees, and contractors for any third-party legal proceedings (including actions by government authorities) arising out of or relating to your unlawful use of the services or violation of these terms or service-specific additional terms. This indemnity covers any liability or expense arising from claims, losses, damages, judgments, fines, litigation costs, and legal fees.

- Google won't be responsible for the following liabilities:

  - loss of profits, revenues, business opportunities, goodwill, or anticipated savings

  - indirect or consequential loss

  - punitive damages

- Google's total liability arising out of or relating to these terms is limited to the greater of (1) US$500 or (2) 125% of the fees that you paid to use the relevant services in the 12 months before the breach

If you're legally exempt from certain responsibilities, including indemnification, then those responsibilities don't apply to you under these terms. For example, the United Nations enjoys certain immunities from legal obligations and these terms don't override those immunities.

## Taking action in case of problems

Before taking action as described below, we'll provide you with advance notice when reasonably possible, describe the reason for our action, and give you an opportunity to fix the problem, unless we reasonably believe that doing so would:

- cause harm or liability to a user, third party, or Google

- violate the law or a legal enforcement authority's order

- compromise an investigation

- compromise the operation, integrity, or security of our services

## Removing your content

If we reasonably believe that any of your content (1) breaches these terms, service-specific additional terms or policies, (2) violates applicable law, or (3) could harm our users, third parties, or Google, then we reserve the right to take down some or all of that content in accordance with applicable law. Examples include child pornography, content that facilitates human trafficking or harassment, and content that infringes someone else's intellectual property rights.

## Suspending or terminating your access to Google services

Google reserves the right to suspend or terminate your access to the services or delete your Google Account if any of these things happen:

- you materially or repeatedly breach these terms, service-specific additional terms or policies

- we're required to do so to comply with a legal requirement or a court order

- we reasonably believe that your conduct causes harm or liability to a user, third party, or Google — for example, by hacking, phishing, harassing, spamming, misleading others, or scraping content that doesn't belong to you

If you believe your Google Account has been suspended or terminated in error, you can appeal.

Of course, you're always free to stop using our services at any time. If you do stop using a service, we'd appreciate knowing why so that we can continue improving our services.

## Settling disputes, governing law, and courts

For information about how to contact Google, please visit our contact page.

California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

To the extent that applicable local law prevents certain disputes from being resolved in a California court, then you can file those disputes in your local courts. Likewise, if applicable local law prevents your local court from applying California law to resolve these disputes, then these disputes will be governed by the applicable local laws of your country, state, or other place of residence.

---

# About these terms

By law, you have certain rights that can't be limited by a contract like these terms of service. These terms are in no way intended to restrict those rights.

These terms describe the relationship between you and Google. They don't create any legal rights for other people or organizations, even if others benefit from that relationship under these terms.

We want to make these terms easy to understand, so we've used examples from our services. But not all services mentioned may be available in your country.

If these terms conflict with the service-specific additional terms, the additional terms will govern for that service.

If it turns out that a particular term is not valid or enforceable, this will not affect any other terms.

If you don't follow these terms or the service-specific additional terms, and we don't take action right away, that doesn't mean we're giving up any rights that we may have, such as taking action in the future.

We may update these terms and service-specific additional terms (1) to reflect changes in our services or how we do business — for example, when we add new services, features, technologies, pricing, or benefits (or remove old ones), (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change these terms or service-specific additional terms, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new service or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove your content and stop using the services. You can also end your relationship with us at any time by closing your Google Account.

DEFINITIONS

## affiliate

An entity that belongs to the Google group of companies, which means Google LLC and its subsidiaries, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, and Google Dialer Inc.

## business user

An individual or entity who is not a consumer (see consumer).

## consumer

An individual who uses Google services for personal, non-commercial purposes outside of their trade, business, craft, or profession. (See business user)

## copyright

A legal right that allows the creator of an original work (such as a blog post, photo, or video) to decide if and how that original work may be used by others.

## country version

If you have a Google Account, we associate your account with a country (or territory) so that we can determine:

- the Google affiliate that provides the services to you and that processes your information as you use the services

- the version of the terms that govern our relationship

When you're signed out, your country version is determined by the location where you're using Google services. If you have an account, you can sign in and view these terms to see the country associated with it.

## disclaimer

A statement that limits someone's legal responsibilities.

## EU Platform-to-Business Regulation

The Regulation (EU) 2019/1150 on promoting fairness and transparency for business users of online intermediation services.

## indemnify or indemnity

An individual or organization's contractual obligation to compensate the losses suffered by another individual or organization from legal proceedings such as lawsuits.

## intellectual property rights (IP rights)

Rights over the creations of a person's mind, such as inventions (patent rights); literary and artistic works (copyright); designs (design rights); and symbols, names, and images used in commerce (trademarks). IP rights may belong to you, another individual, or an organization.

## liability

Losses from any type of legal claim, whether the claim is based on a contract, tort (including negligence), or other reason, and whether or not those losses could have been reasonably anticipated or foreseen.

## organization

A legal entity (such as a corporation, non-profit, or school) and not an individual person.

## services

Google services that are subject to these terms are the products and services listed at https://policies.google.com/terms/service-specific, including:

- Google apps and sites (like Search and Maps)

- platforms (like Google Play)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Home)

## trademark

Symbols, names, and images used in commerce that are capable of distinguishing the goods or services of one individual or organization from those of another.

## warranty

An assurance that a product or service will perform to a certain standard.

## your content

Things that you write, upload, submit, store, send, receive, or share with Google using our services, such as:

- Docs, Sheets, and Slides you create

- blog posts you upload through Blogger

- reviews you submit through Maps

- videos you store in Drive

- emails you send and receive through Gmail

- pictures you share with friends through Photos

- travel itineraries that you share with Google

# EXHIBIT 5



# How our business works

### Ads help fund our products

Our mission to organize the world's information and make it universally accessible and useful has always been core to everything we do at Google. It's why we make so many of our products, like Search, Maps, and Gmail, accessible and free of charge to everyone.

Advertising is what makes it possible to offer our products to everyone. While we sell things like Pixel phones, apps on the Play Store, YouTube subscriptions, and tools for businesses, we make the vast majority of our money from advertising.

So how does advertising at Google work? We make money selling ad space to businesses -- big and small, global and local -- in two key ways. First, businesses can reach potential customers by showing ads on a range of Google products such as Search, Maps, and YouTube.

Second, businesses can buy ad space that we show on sites and apps that partner with us, like news publications and blogs. In this case, most of the money goes to the partner and helps fund their content. So ads not only help support Google but also many other websites and creators.

Ultimately, we earn most of our money by showing ads alongside relevant Search results on Google.com. If you're interested, you can learn more about how we make money with advertising.

### We don't sell your personal information to anyone

We use your personal information to make our products more helpful to you. It's how we can autocomplete your searches, get you home faster with Maps, or show you more useful ads based on your interests. But we never sell your personal information to anyone and you can use many of our products without signing in or saving any personal information at all.

When we show ads, advertisers pay us either for the placement of an ad -- like a banner at the top of a web page -- or for how an ad actually performs -- like when someone clicks on it. Advertisers do not pay us for personal information, such as your name or

email, and we never share that information with advertisers, unless you ask us to. We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you. We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected with industry-leading security technologies.

## Your data, your choice

When it comes to privacy, we know one size doesn't fit all. That's why we build powerful, easy-to-use privacy controls into your Google Account and directly into our products so you can choose the privacy settings that are right for you.

When we show you ads we give you transparency and controls so you can make informed decisions. If you're curious why you're seeing a given ad, you can select Why this ad for more information. If you no longer find a specific ad relevant, you can mute it. You can use Ad Settings to control the information about you that's used to show ads. And if you don't want to see personalized ads at all, you can turn them off at any time.

Because of advertising, we're able to offer our products to users around the world free of charge, helping people find answers and get things done. But, when you use our products you trust us with your personal information. That's why we never sell your personal information and why we give you powerful privacy controls. It's a responsibility that comes with creating products that are accessible for everyone, everywhere.

Back to top 

               Español

More about us                                                                                    ⌄

Contact us

Investor relations

How Google Works | Google

Careers

Locations

Blog

Press resources

Brand resource center

Think with Google

Policy ⌄

Application security

Software principles

Unwanted software policy

Extended workforce

Community guidelines

How our business works

Responsibility ⌄

Google.org

Sustainability

Crisis Response

Diversity & Inclusion

Accessibility

Transparency

Digital Wellbeing

Safety Center

Supplier responsibility

Human Rights

Google

? Help        Privacy        Terms

# EXHIBIT 6

PRIVACY POLICY

Last modified: June 28, 2016 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - ### Device information

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - **Log information**

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - **Location information**

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also opt out of certain Google advertising services here.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

  If your Google Account is managed for you by a domain administrator (for example, for Google Apps users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

  - view statistics regarding your account, like statistics regarding applications you install.

  - change your account password.

  - suspend or terminate your account access.

  - access or retain information stored as part of your account.

  - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

  - restrict your ability to delete or edit information or privacy settings.

  Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

Privacy Policy – Privacy & Terms – Google

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

# Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

# When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google Inc. and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

# Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

# Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

- Project Fi

- Google Apps for Education

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.


# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

    - how Google uses cookies.

    - technologies we use for advertising.

    - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.


# "access to your personal information"

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

## "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

## "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

## "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

## "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

## "combine personal information from one service with information, including personal information, from other Google services"

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

## "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail and people who have a connection with you may see your profile as a suggestion. Learn more.

## "credit card"

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

## "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

## "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

## "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

## "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

## "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

## "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

## "linked with information about visits to multiple sites"

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

## "maintain"

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

## "may collect and process information about your actual location"

For example, Google Maps can center the maps view on your current location. Learn more.

## "may not function properly"

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

## "and our partners"

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

## "phone number"

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

## "protect Google and our users"

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

## "protect"

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

## "provide"

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

## "sharing"

For example, with Google+, you have many different sharing options. Learn more.

## "sharing with others quicker and easier"

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

## "the people who matter most to you online"

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

## "to make it easier to share things with people you know"

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

## "view and interact with our ads"

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

## "We may share aggregated, non-personally identifiable information publicly"

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

## "Wi-Fi access points and cell towers"

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

## "more relevant search results"

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

## "removing your content"

For example, you can delete your Web & App Actvity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

## "to show trends"

You can see some of these at Google Trends and YouTube Trends. Learn more.

## "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

# EXHIBIT 7

PRIVACY POLICY

Last modified: August 29, 2016 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - **Device information**

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - **Log information**

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - **Location information**

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

  If your Google Account is managed for you by a domain administrator (for example, for Google Apps users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

  - view statistics regarding your account, like statistics regarding applications you install.

  - change your account password.

  - suspend or terminate your account access.

  - access or retain information stored as part of your account.

  - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

  - restrict your ability to delete or edit information or privacy settings.

  Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

# Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

# When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google Inc. and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

# Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US Privacy Shield Framework. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

# Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

Privacy Policy – Privacy & Terms – Google

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

- Project Fi

- Google Apps for Education

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

  - how Google uses cookies.

  - technologies we use for advertising.

  - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

# "access to your personal information"

Privacy Policy – Privacy & Terms – Google

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

## "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

## "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

## "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

## "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

## "combine personal information from one service with information, including personal information, from other Google services"

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

## "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail and people who have a connection with you may see your profile as a suggestion. Learn more.

## "credit card"

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

## "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

## "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

## "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

## "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

## "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

## "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

## "linked with information about visits to multiple sites"

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

## "maintain"

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

## "may collect and process information about your actual location"

For example, Google Maps can center the maps view on your current location. Learn more.

## "may not function properly"

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

## "and our partners"

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

## "phone number"

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

## "protect Google and our users"

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

Privacy Policy – Privacy & Terms – Google

## "protect"

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

## "provide"

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

## "sharing"

For example, with Google+, you have many different sharing options. Learn more.

## "sharing with others quicker and easier"

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

## "the people who matter most to you online"

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

## "to make it easier to share things with people you know"

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

## "view and interact with our ads"

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

## "We may share aggregated, non-personally identifiable information publicly"

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

## "Wi-Fi access points and cell towers"

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

## "more relevant search results"

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

## "removing your content"

For example, you can delete your Web & App Activity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

## "to show trends"

You can see some of these at Google Trends and YouTube Trending Videos. Learn more.

## "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

# EXHIBIT 8

Privacy Policy – Privacy & Terms – Google

PRIVACY POLICY

Last modified: March 1, 2017 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - ### Device information

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - **Log information**

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - **Location information**

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

  If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

  - view statistics regarding your account, like statistics regarding applications you install.

  - change your account password.

  - suspend or terminate your account access.

  - access or retain information stored as part of your account.

  - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

  - restrict your ability to delete or edit information or privacy settings.

  Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

# Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

# When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google Inc. and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

# Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US Privacy Shield Framework. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

# Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

    - how Google uses cookies.

    - technologies we use for advertising.

    - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

# "access to your personal information"

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

## "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

## "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

## "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

## "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

## "combine personal information from one service with information, including personal information, from other Google services"

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

## "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail; and people who have a connection with you may see your profile as a suggestion. Learn more.

## "credit card"

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

## "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

## "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

## "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

## "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

## "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

## "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

## "linked with information about visits to multiple sites"

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

## "maintain"

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

## "may collect and process information about your actual location"

For example, Google Maps can center the maps view on your current location. Learn more.

## "may not function properly"

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

## "and our partners"

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

## "phone number"

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

## "protect Google and our users"

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

Privacy Policy – Privacy & Terms – Google

## "protect"

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

## "provide"

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

## "sharing"

For example, with Google+, you have many different sharing options. Learn more.

## "sharing with others quicker and easier"

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

## "the people who matter most to you online"

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

## "to make it easier to share things with people you know"

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

## "view and interact with our ads"

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

## "We may share aggregated, non-personally identifiable information publicly"

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

## "Wi-Fi access points and cell towers"

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

## "more relevant search results"

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

## "removing your content"

For example, you can delete your Web & App Activity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

## "to show trends"

You can see some of these at Google Trends and YouTube Trending Videos. Learn more.

## "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

# EXHIBIT 9

Privacy Policy – Privacy & Terms – Google

PRIVACY POLICY

Last modified: April 17, 2017 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

Case 4:21-cv-02155-YGR    Document 1-1    Filed 03/26/21    Page 99 of 500

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - Device information

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - Log information

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - Location information

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

  If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

  - view statistics regarding your account, like statistics regarding applications you install.

  - change your account password.

  - suspend or terminate your account access.

  - access or retain information stored as part of your account.

  - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

  - restrict your ability to delete or edit information or privacy settings.

  Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

# Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

Privacy Policy – Privacy & Terms – Google

# When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google Inc. and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

# Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US and Swiss-US Privacy Shield Frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

# Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

Privacy Policy – Privacy & Terms – Google

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

  - how Google uses cookies.

  - technologies we use for advertising.

  - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

# "access to your personal information"

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

## "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

## "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

## "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

## "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

## "combine personal information from one service with information, including personal information, from other Google services"

Privacy Policy – Privacy & Terms – Google

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

## "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail; and people who have a connection with you may see your profile as a suggestion. Learn more.

## "credit card"

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

## "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

## "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

## "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

## "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

## "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

## "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

## "linked with information about visits to multiple sites"

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

## "maintain"

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

## "may collect and process information about your actual location"

For example, Google Maps can center the maps view on your current location. Learn more.

## "may not function properly"

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

## "and our partners"

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

## "phone number"

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

## "protect Google and our users"

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

## "protect"

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

## "provide"

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

## "sharing"

For example, with Google+, you have many different sharing options. Learn more.

## "sharing with others quicker and easier"

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

## "the people who matter most to you online"

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

## "to make it easier to share things with people you know"

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

## "view and interact with our ads"

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

## "We may share aggregated, non-personally identifiable information publicly"

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

## "Wi-Fi access points and cell towers"

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

## "more relevant search results"

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

## "removing your content"

For example, you can delete your Web & App Activity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

## "to show trends"

You can see some of these at Google Trends and YouTube Trending Videos. Learn more.

## "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

# EXHIBIT 10

PRIVACY POLICY

Last modified: October 2, 2017 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - **Device information**

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - **Log information**

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - **Location information**

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

  If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

  - view statistics regarding your account, like statistics regarding applications you install.

  - change your account password.

  - suspend or terminate your account access.

  - access or retain information stored as part of your account.

  - receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

  - restrict your ability to delete or edit information or privacy settings.

  Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

# Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

Privacy Policy – Privacy & Terms – Google

# When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

# Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US and Swiss-US Privacy Shield Frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

# Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

  - how Google uses cookies.

  - technologies we use for advertising.

  - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

Privacy Policy – Privacy & Terms – Google

## "access to your personal information"

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

## "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

## "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

## "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

## "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

# "combine personal information from one service with information, including personal information, from other Google services"

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

## "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail; and people who have a connection with you may see your profile as a suggestion. Learn more.

## "credit card"

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

## "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

## "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

## "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

## "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

## "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

## "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

## "linked with information about visits to multiple sites"

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to

other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

## "maintain"

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

## "may collect and process information about your actual location"

For example, Google Maps can center the maps view on your current location. Learn more.

## "may not function properly"

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

## "and our partners"

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

## "phone number"

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

# "protect Google and our users"

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

# "protect"

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

# "provide"

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

# "sharing"

For example, with Google+, you have many different sharing options. Learn more.

# "sharing with others quicker and easier"

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

# "the people who matter most to you online"

Privacy Policy – Privacy & Terms – Google

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

## "to make it easier to share things with people you know"

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

## "view and interact with our ads"

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

## "We may share aggregated, non-personally identifiable information publicly"

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

## "Wi-Fi access points and cell towers"

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

## "more relevant search results"

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

## "removing your content"

For example, you can delete your Web & App Activity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

## "to show trends"

You can see some of these at Google Trends and YouTube Trending Videos. Learn more.

## "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

# EXHIBIT 11

PRIVACY POLICY

Last modified: December 18, 2017 (view archived versions)

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.

- How we use that information.

- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

# Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- **Information you give us.** For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit

card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- **Information we get from your use of our services.** We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

  - ### Device information

    We collect device-specific information (such as your hardware model, operating system version, unique device identifiers, and mobile network information including phone number). Google may associate your device identifiers or phone number with your Google Account.

  - ### Log information

    When you use our services or view content provided by Google, we automatically collect and store certain information in server logs. This includes:

    - details of how you used our service, such as your search queries.

    - telephony log information like your phone number, calling-party number, forwarding numbers, time and date of calls, duration of calls, SMS routing information and types of calls.

    - Internet protocol address.

    - device event information such as crashes, system activity, hardware settings, browser type, browser language, the date and time of your request and referral URL.

    - cookies that may uniquely identify your browser or your Google Account.

  - ### Location information

When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

- **Unique application numbers**

  Certain services include a unique application number. This number and information about your installation (for example, the operating system type and application version number) may be sent to Google when you install or uninstall that service or when that service periodically contacts our servers, such as for automatic updates.

- **Local storage**

  We may collect and store information (including personal information) locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches.

- **Cookies and similar technologies**

  We and our partners use various technologies to collect and store information when you visit a Google service, and this may include using cookies or similar technologies to identify your browser or device. We also use these technologies to collect and store information when you interact with services we offer to our partners, such as advertising services or Google features that may appear on other sites. Our Google Analytics product helps businesses and site owners analyze the traffic to their websites and apps. When used in conjunction with our advertising services, such as those using the DoubleClick cookie, Google Analytics information is linked, by the Google Analytics customer or by Google, using Google technology, with information about visits to multiple sites.

Information we collect when you are signed in to Google, in addition to information we obtain about you from partners, may be associated with your Google Account. When information is associated with your Google Account, we treat it as personal information. For more information about how you can access, manage or delete information that is associated with your Google Account, visit the Transparency and choice section of this policy.

Google Policy – Privacy & Terms – Google

# How we use information we collect

We use the information we collect from all of our services to provide, maintain, protect and improve them, to develop new ones, and to protect Google and our users. We also use this information to offer you tailored content – like giving you more relevant search results and ads.

We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

# Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

# Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

# Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes.

We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

# Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

  We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- **With domain administrators**

If your Google Account is managed for you by a domain administrator (for example, for G Suite users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

- view statistics regarding your account, like statistics regarding applications you install.

- change your account password.

- suspend or terminate your account access.

- access or retain information stored as part of your account.

- receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

- restrict your ability to delete or edit information or privacy settings.

Please refer to your domain administrator's privacy policy for more information.

- **For external processing**

  We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- **For legal reasons**

  We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

  - meet any applicable law, regulation, legal process or enforceable governmental request.

  - enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

## Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

## When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

## Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US and Swiss-US Privacy Shield Frameworks. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

## Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

## Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

- Chrome and Chrome OS

- Play Books

- Payments

- Fiber

Privacy Policy – Privacy & Terms – Google

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

# Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on

  - how Google uses cookies.

  - technologies we use for advertising.

  - how we recognize patterns like faces.

- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

- The Privacy Checkup tool, which makes it easy to review your key privacy settings.

- Google's safety center, which provides information on how to stay safe and secure online.

# EXHIBIT 12

GOOGLE PRIVACY POLICY

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective May 25, 2018 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to save and manage your location information in your account.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We may also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

Control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center offers advice for staying safe & secure

- Google's privacy site provides more information about how we keep your information private and safe

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies and Principles includes more information about:

    - How Google uses cookies

    - Technologies used for Advertising

    - How Google uses pattern recognition to recognize things like faces in photos

    - A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

    - How Google uses data when you use our partners' sites or apps

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed

apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Project Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

* We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

* We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

* Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.


## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.


## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more


## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.


## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.


## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# EXHIBIT 13

GOOGLE PRIVACY POLICY

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective January 22, 2019 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We may also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

Control whom you share information with through your account on Google+.

Go to Information You Share

# Ways to review & update your information

## My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

## Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

•   Access and retain information stored in your account, like your email

•   View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

Privacy Policy – Privacy & Terms – Google

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

    - How Google uses cookies

    - Technologies used for Advertising

    - How Google uses pattern recognition to recognize things like faces in photos

    - How Google uses information from sites or apps that use our services

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC

address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).


## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# EXHIBIT 14

GOOGLE PRIVACY POLICY

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective October 15, 2019 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We may also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

### YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

# Ways to review & update your information

## My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

## Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

# Retaining your information

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

**COMPLIANCE & COOPERATION WITH REGULATORS**

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to

archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

### devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

### Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

### Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

### synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

### services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal

information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

Privacy Policy – Privacy & Terms – Google

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every

request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our [Transparency Report](#).

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. [Learn more](#)

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. [Learn more](#) about these partners and how they use your information.

## servers around the world

For example, we operate data centers located [around the world](#) to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. [Learn more](#)

### ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

# Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

# Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

# Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

# IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

# Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the

last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# EXHIBIT 15

Google Privacy Policy – Privacy & Terms – Google

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective December 19, 2019 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

# Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

## RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

## COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

If the California Consumer Privacy Act (CCPA) applies to your information, we provide these disclosures and the tools described in this policy so you can exercise your rights to receive information about our data practices, as well as to request access to and deletion of your information. These tools allow you to review, update and delete your information, as well as export and download a copy of it. You can also read more about Google's data retention periods, and the process we follow to delete your information.

Google does not sell your personal information. We only share your information as described in this policy. Google processes your information for the purposes described in this policy, which include "business purposes" under the CCPA. These purposes include:

- **Protecting against security threats, abuse, and illegal activity.** Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

- **Auditing and measurement.** Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers,

developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

- **Maintaining our services.** Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

- **Research and development.** Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

- **Use of service providers.** Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

- **Advertising.** Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps many of our services freely available for users. You can control what information we use to show you ads by visiting your ad settings.

Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

If you have additional questions or requests related to your rights under the CCPA, you can contact Google.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

Privacy Policy – Privacy & Terms – Google

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

### Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

### Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an

advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

Google Policy – Privacy & Terms – Google

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# EXHIBIT 16

Google Privacy Policy – Privacy & Terms – Google

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective March 31, 2020 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We may also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

Privacy Policy – Privacy & Terms – Google

# Ways to review & update your information

## My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

## Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

## Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

### KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

### EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

## Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

## California requirements

If the California Consumer Privacy Act (CCPA) applies to your information, we provide these disclosures and the tools described in this policy so you can exercise your rights to receive information about our data practices, as well as to request access to and deletion of your information. These tools allow you to review, update and delete your information, as well as export and download a copy of it. You can also read more about Google's data retention periods, and the process we follow to delete your information.

Google does not sell your personal information. We only share your information as described in this policy. Google processes your information for the purposes described in this policy, which include "business purposes" under the CCPA. These purposes include:

- **Protecting against security threats, abuse, and illegal activity.** Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

- **Auditing and measurement.** Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers,

developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

- **Maintaining our services.** Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

- **Research and development.** Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

- **Use of service providers.** Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

- **Advertising.** Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps many of our services freely available for users. You can control what information we use to show you ads by visiting your ad settings.

Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

If you have additional questions or requests related to your rights under the CCPA, you can contact Google.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

Privacy Policy – Privacy & Terms – Google

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail

or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

Privacy Policy – Privacy & Terms – Google

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google

about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

# EXHIBIT 17

Privacy Policy – Privacy & Terms – Google

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective July 1, 2020 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

Privacy Policy – Privacy & Terms – Google

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your

device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites

and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls


## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings


## About you

Control what others see about you across Google services.

Go to About You


## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements


## Information you share

If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

Privacy Policy – Privacy & Terms – Google

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

• Access and retain information stored in your account, like your email

• View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through a G Suite account by an organization at which you study or work.

Privacy Policy – Privacy & Terms – Google

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We

provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services like G Suite.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

Privacy Policy – Privacy & Terms – Google

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to

type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

Privacy Policy – Privacy & Terms – Google

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our [Transparency Report](#).

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. [Learn more](#)

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. [Learn more](#)

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

# EXHIBIT 18

Google Privacy Policy – Privacy & Terms – Google

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

Effective August 28, 2020 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

# Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application

version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

Privacy Policy – Privacy & Terms – Google

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- <mark>We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to.</mark> For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google

Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

# Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Information you share

If you're a G Suite user, control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through a G Suite account by an organization at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We

provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services like G Suite.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Payments

- Fiber

- Google Fi

- G Suite for Education

- Read Along

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to

type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

# EXHIBIT 19

**GOOGLE PRIVACY POLICY**

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

Effective September 30, 2020 | Archived versions | Download PDF

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

**INFORMATION GOOGLE COLLECTS**

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application

version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

Privacy Policy – Privacy & Terms – Google

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- <mark>We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to.</mark> For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google

Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

# Privacy controls

## Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

## Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

## About you

Control what others see about you across Google services.

Go to About You

## Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Ways to review & update your information

### My Activity

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

Privacy Policy – Privacy & Terms – Google

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

## RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

## COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through a G Suite account by an organization at which you study or work.

Privacy Policy – Privacy & Terms – Google

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We

provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services like G Suite.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Payments

- Fiber

- Google Fi

- G Suite for Education

- Read Along

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to

Privacy Policy – Privacy & Terms – Google

type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

# EXHIBIT 20

Privacy Policy – Privacy & Terms – Google

GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.



### Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

Effective February 4, 2021

Archived versions

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect call and message log information like your phone number, calling-party number, receiving-party number, forwarding numbers, sender and recipient email address, time and date of calls and messages, duration of calls, routing information, and types and volumes of calls and messages.

You can visit your Google Account to find and manage activity information that's saved in your account.

 Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

---

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

---

 Go to Ad Settings

---

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, a Google Analytics customer may choose to enable Google to link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

 Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

 **Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

**Ad settings**

 Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

---

 **About you**

Control what others see about you across Google services.

Go to About You

---

 **Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

---

## Ways to review & update your information

 **My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

---

 **Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

---

 **Your personal information**

Manage your contact information, such as your name, email, and phone number.

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

---

KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

---

EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

---

 **Export your data**

---

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

---

 **Delete your information**

---

**RETAINING YOUR INFORMATION**

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

---

**COMPLIANCE & COOPERATION WITH REGULATORS**

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than

others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through an organization using Google services at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

---

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

• The information practices of other companies and organizations that advertise our services

• Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to

archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

---

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Payments

- Fiber

- Google Fi

- G Suite for Education

- Read Along

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

If you're a member of an organization that uses Google Workspace or Google Cloud Platform, learn how these services collect and use your personal information in the Google Cloud Privacy Notice.

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

Privacy Policy – Privacy & Terms – Google

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Voice, for making and receiving calls, sending text messages, and managing voicemail

- Google Meet, for making and receiving video calls

- Gmail, for sending and receiving emails

- Google Chat, for sending and receiving messages

- Google Duo, for making and receiving video calls and sending and receiving messages

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is

merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the

Case 4:21-cv-02155-YGR   Document 1-1   Filed 03/26/21   Page 420 of 500

products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

# EXHIBIT 21

WHO ARE GOOGLE'S PARTNERS?

Google works with businesses and organizations in a variety of ways. We refer to these businesses and organizations as "partners". For example, over 2 million non-Google websites and apps partner with Google to show ads. Millions of developer partners publish their apps on Google Play. Other partners help Google with securing our services; information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

Note we also work with trusted businesses as "data processors" rather than partners, meaning they process information on our behalf, to support our services, based on our instructions and in compliance with our Privacy Policy and other appropriate confidentiality and security measures. The Google Privacy Policy has more information about how we use data processors.

# Information collected or received by Google's advertising partners

Specific partners, listed below, can collect or receive non-personally identifiable information about your browser or device when you use Google sites and apps. These partners collect this information for advertising and ad measurement purposes, using their own cookies or similar technologies.

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies.

You can learn more about how these specific partners collect and use your information:

- Nielsen

- comScore

- Integral Ad Science

- DoubleVerify

- Oracle Data Cloud

- Kantar

- RN SSI Group

YouTube also allows advertisers and creators to serve advertisements directly, using their own ad serving technologies, outside of EEA countries.

Another example is merchants on our shopping pages who use cookies to understand how many different people see their product listings.

We don't share information that personally identifies you with our advertising partners, such as your name or email, unless you ask us to share it. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

You can read more about the information Google collects, including from partners, in the Privacy Policy.

# EXHIBIT 22

# Personalized advertising

Personalized advertising (formerly known as interest-based advertising) is a powerful tool that improves advertising relevance for users and increases ROI for advertisers. Because it works by employing online user data to target users with more relevant advertising content, it can provide an improved experience for users and advertisers alike.

We understand that when employing user behavior or interest data to provide more relevant ad content it's important to handle that information appropriately and to consider how targeting users with certain content categories impacts their overall experience.

Based on the nature of personalized ads and the sensitivities associated with user ad targeting, we've identified policy standards for all Google features using personalized advertising functionality. These standards do not replace our other advertising policies (for example, for Google Ads or Shopping   ) and advertisers are still responsible for complying with all applicable advertising policies, in addition to Personalized advertising policies. Advertisers are also required to comply with our policies for European Union user consent   , where applicable. Learn about what happens if you violate our policies.

Our Personalized advertising policies represent a commitment to uphold the highest policy standards for both users and advertisers.

## Data collection and use in personalized advertising

These policies define how advertisers are allowed to collect user data and use it for personalized advertising. We take user privacy very seriously, and we also expect advertisers to respect user privacy. These policies apply in addition to the standard Google Ads policies for data collection and use.

These data collection and use policies apply to advertisers using targeting features, including remarketing, affinity audiences, custom affinity audiences, in-market audiences, similar audiences, demographic and location targeting, and custom intent.

When using certain personalized advertising features, additional requirements apply   . Google won't allow another advertiser to use your remarketing lists or similar audiences lists without your consent.

Additionally, you aren't allowed to do the following:

❌ Run ads that collect or contain personally identifiable information (PII), unless using an ad format provided by Google and designed for that purpose

　・ **Examples:** Collecting email addresses, telephone numbers, or credit card numbers within the ad itself

❌ Imply knowledge of personally identifiable or sensitive information within the ad

❌ Use or associate PII with remarketing lists, cookies, data feeds, or other anonymous identifiers

❌ Share PII with Google through remarketing tags or any product data feeds that might be associated with ads

❌ Send Google precise location information without first obtaining users' consent

❌ Use a remarketing list that targets an overly narrow or specific audience. This includes the case where combining a remarketing list with other targeting criteria (such as geographic limitations or other user segmentation) results in an ad targeted to a relatively small number of users. Learn more about remarketing list size requirements   .

❌ Use a remarketing list created via DoubleClick's remarketing feature (formerly known as Boomerang) or other remarketing list service for the purposes of Google Ads remarketing campaigns, unless the websites and apps from which those lists were compiled meet the requirements of this policy

Troubleshooter: Data collection and use in personalized advertising

### In-ad notices
Google may include in-ad notice labels to disclose personalized advertising to our users, and we may display to users which remarketing lists they're on, along with the corresponding domain name. You must not modify or obscure these notices. If you want to implement your own in-ad notice, it must only be done in compliance with relevant industry standards.

### Re-marketing

You can choose to disable the collection of personalized advertising data for users who do not wish to view personalized ads or for your own compliance reasons. You can modify the global site tag and disable the collection of personalized advertising data for particular users on your site, or choose to exclude all users from California in the Audience Manager section of your Google Ads account.

## Personalized advertising policy principles

Advertisers can't use sensitive interest categories to target ads to users or to promote advertisers' products or services. We define sensitive interest categories in terms of the following policy principles:

Personal hardships: Because we don't want ads to exploit the difficulties or struggles of users, we don't allow categories related to personal hardships.

Identity and belief: Because we want ads to reflect a user's interests rather than more personal interpretations of their fundamental identity, we don't allow categories related to identity and belief, some of which could also be used to stigmatize an individual.

Sexual interests: Because we understand that sexual experiences and interests are inherently private, we don't allow categories related to sexual interests.

Access to opportunities: Because we recognize that users impacted by societal biases may see fewer or different opportunities in ads, we don't allow some categories of products or services to be targeted to specific audiences.

The Personalized advertising policy principles apply to advertisers using one or more of the following features:

- remarketing
- affinity audiences
- custom affinity audiences
- custom intent audiences
- in-market audiences
- similar audiences
- demographic and location targeting
- Gmail ads: Personalized advertising policies apply to all Gmail ads, including Gmail ads that aren't targeted to users using keywords. See our Gmail ad-specific policies.

## Prohibited categories

The following Personalized advertising policies cover categories that are legally or culturally sensitive and are not supported in personalized ads. The following sensitive interest categories can't be used by advertisers to target ads to users or promote advertisers' products or services.

## Alcohol in personalized advertising

❌ Alcoholic beverages and drinks that resemble alcoholic beverages

Troubleshooter: Alcohol in personalized advertising

## Gambling in personalized advertising

❌ Gambling, including online and offline gambling; online gambling-related information; online non-casino games played for money or prizes; and online casino-based games, regardless of whether money is exchanged

Troubleshooter: Gambling in personalized advertising

## Location-based gambling in personalized advertising

❌ Physical casinos that explicitly promote gambling

Troubleshooter: Location-based gambling in personalized advertising

## Clinical trial recruitment in personalized advertising

❌ Promotion of clinical trial recruitment

Troubleshooter: Clinical trial recruitment in personalized advertising

## Restricted drug terms in personalized advertising

❌ Prescription medications and information about prescription medications, unless the medication and any listed ingredients are only intended for animal use and are not prone to human abuse or other misuse. Learn more

Troubleshooter: Restricted drug terms in personalized advertising

## Users under 13 in personalized advertising

❌ Collecting personal information from children under 13 or targeting interest content to children under the age of 13

Troubleshooter: Users under 13 in personalized advertising

In addition, Google's privacy policy applies to all Google features and dictates how Google collects, uses, and protects user data.

---

## Personal hardships

We understand that users don't want to see ads that exploit their personal struggles, difficulties, and hardships, so we don't allow personalized advertising based on these hardships. Such personal hardships include health conditions, treatments, procedures, personal failings, struggles, or traumatic personal experiences. You also can't impose negativity on the user.

Advertisers can't use personal hardship categories to target ads to users or to promote advertisers' products or services. See below for specific examples of what we don't allow.

## Health in personalized advertising

❌ Personal health content, which includes:

- Physical or mental health conditions, including diseases, sexual health, and chronic health conditions, which are health conditions that require long-term care or management.
- Products, services, or procedures to treat or manage chronic health conditions, which includes over-the-counter medications and medical devices.
- Any health issues associated with intimate body parts or functions, which includes genital, bowel, or urinary health.
- Invasive medical procedures, which includes cosmetic surgery.
- Disabilities, even when content is oriented toward the user's primary caretaker.

**Examples**: Treatments for chronic health conditions like diabetes or arthritis, treatments for sexually transmitted diseases, counseling services for mental health issues like depression or anxiety, medical devices for sleep apnea like CPAP machines, over-the-counter medications for yeast infections, information about how to support your autistic child

Troubleshooter: Health in personalized advertising

## Negative financial status in personalized advertising

❌ Personal financial distress, difficulties, or deprivation

- **Examples**: bankruptcy services, welfare services, homeless shelters, unemployment resources, predatory lending products and services

Troubleshooter: Negative financial status in personalized advertising

## Relationships in personalized advertising

❌ Personal hardships with family, friends, or other interpersonal relationships

- **Examples**: divorce services, books about coping with divorce, bereavement products or services, family counseling services

Troubleshooter: Relationships in personalized advertising

## Commission of a crime in personalized advertising

❌ Personal criminal record, crimes committed, criminal allegations, or criminal charges

- **Examples**: bail bonds services, criminal defense lawyers

Troubleshooter: Commission of a crime in personalized advertising

## Abuse and trauma in personalized advertising

❌ Personal status as a victim of abuse, crime, or other traumatic event

- **Examples**: domestic abuse shelters, victim advocate services

Troubleshooter: Abuse and trauma in personalized advertising

## Imposing negativity in personalized advertising

❌ Imposing negativity on the user or using a negative perspective or bias to promote any content category

- **Examples**: body shaming, negativity related to physical attributes or social interactions, suggesting negative outcomes for users if they don't take specific actions

Troubleshooter: Imposing negativity in personalized advertising

---

## Identity and belief

We consider identity and belief systems to be deeply personal and complex. They're highly dependent on diversity of cultural norms, geography, history, and personal life experiences. We also understand that how one identifies or what one believes can be used to segment users based on judgments or stigmas.

We want ads to provide a positive experience and to be informed by users' interests rather than by who they're perceived to be as a person, so we don't allow personalized advertising based on a user's fundamental or intrinsic self-identity or their belief systems. Such identities and beliefs can include inherently private classifications of one's self; classifications susceptible to stigmas, discrimination, or harassment; membership within groups that are susceptible to stigmas, discrimination, or prejudices; and personally held belief systems.

Advertisers can't use identity and belief categories to target ads to users or to promote advertisers' products or services. See below for specific examples of what we don't allow.

## Sexual orientation in personalized advertising

❌ Sexual orientation, including lesbian, gay, bisexual, questioning, or heterosexual orientation

- **Examples**: information about revealing your homosexuality, gay dating, gay travel, information about bisexuality

Troubleshooter: Sexual orientation in personalized advertising

## Political affiliation in personalized advertising

This Personalized advertising policy does not apply to Gmail ads. See the policy below for political content in Gmail ads.

❌ Political affiliation

- **Examples**: political ideologies, political opinions, political parties, political organizations, political campaigns, engagement in political discourse

Troubleshooter: Political affiliation in personalized advertising

## Political content in personalized advertising

This Personalized advertising policy applies only to Gmail ads.

❌ Politics, including political figures, political campaigns, and political issue advocacy

- **Examples**: local political ballot measures, political opinion blogs, political party information, political engagement

Troubleshooter: Political content in personalized advertising

## Trade union membership in personalized advertising

❌ Trade unions and ads that imply knowledge of a user's trade union membership

- **Examples**: trade union sites, information oriented toward members of trade unions, trade union blogs, and trade union support for work disputes

Troubleshooter: Trade union membership in personalized advertising

## Race and ethnicity in personalized advertising

❌ Personal race or ethnicity

- **Examples**: racially or ethnically oriented publications, racially or ethnically oriented universities, racial or ethnic dating

Troubleshooter: Race and ethnicity in personalized advertising

## Religious belief in personalized advertising

❌ Personal religious beliefs

- **Examples**: places of worship, religious guidance, religious education or universities, religious products

Troubleshooter: Religious belief in personalized advertising

## Marginalized groups in personalized advertising

❌ Membership in a marginalized or vulnerable social group such as social castes, immigrants or refugees

- **Examples**: products oriented toward users based on social caste, services for immigrants, legal services for refugees

Troubleshooter: Marginalized groups in personalized advertising

## Transgender identification in personalized advertising

❌ Personal identification with a gender different from the gender assigned at birth, or a gender which does not conform to singular male or female identification

- **Examples**: information about gender transitioning, transgender discrimination lawyers

Troubleshooter: Transgender identification in personalized advertising

## Sexual interests

We understand that sexual interests are inherently private and, depending on cultural norms, not often candidly discussed. We believe in maintaining the privacy of a user's sexual interests, so we don't allow personalized advertising that targets users based on their personal sexual interests, experiences, activities, or preferences. Such interests include sexual behaviors, activities, or products used when having sex. Additionally, we don't allow categories that are sexually suggestive or intended to sexually arouse.

Advertisers can't use sexual interest categories to target ads to users or to promote advertisers' products or services. See below for specific examples of what we don't allow.

## Partial nudity in personalized advertising

❌ Images or representations of people that display partially exposed sexual body parts such as breasts, genitals, or buttocks

- **Examples**: images of thongs worn by live models, images of pasties worn by live models

Troubleshooter: Partial nudity in personalized advertising

## Birth control in personalized advertising

❌ Devices intended to prevent pregnancy or sexually transmitted diseases

- **Examples**: condoms, oral contraceptive pill, contraceptive sponge

Troubleshooter: Birth control in personalized advertising

## Non-family safe and Adult content

We don't allow advertisers to use Non-family safe or Adult content to create personalized ads.

If the Adult content policy and the Personalized advertising sexual interests policy differ on how each treats a category, the Personalized advertising sexual interests policy takes precedence over the Adult content policy with respect to how the category can be used for targeting and ad content.

## Access to opportunities

We believe access to social and economic opportunities is fundamental for individual well-being, social status and quality of life. We also recognize that historic discrimination and societal biases have resulted in some segments of society having unequal access to these opportunities.

Therefore, in an effort to improve inclusivity for users disproportionately affected by society's biases, we don't allow some categories of products or services to be targeted to specific audiences. This is in addition

to existing ads policies that prohibit discrimination and personalized ads policies that prohibit use of Identity and Belief categories. See below for specific examples of what we don't allow.

## Countries: United States, Canada

In the United States and Canada, the following categories of products or services cannot be targeted to audiences based on gender, age, parental status, marital status, or ZIP code.

### Housing in personalized ads

❌ Homes for sale or rental, where a home is defined as a place a person would reside. This includes products or services enabling the sale or rental of homes.

- **Examples:** housing listing sites, individual houses for sale or rental, real estate services

### Employment in personalized ads

❌ Employment opportunities or hiring a person for a job.*

- **Examples:** ads for jobs, job recruitment sites, job listing sites

*A subset of predetermined U.S. government advertisers promoting employment in personalized ads are permitted to target restricted audiences under specific conditions. If the targeting is based on a bona fide occupational qualification for a government job, which is defined under U.S. law as a qualification that is reasonably necessary for normal function of the job, these identified U.S. government advertisers may target restricted audiences.

### Credit in personalized ads

❌ Offers of credit or products or services related to credit lending.

- **Examples:** credit cards, loans including home loans, car loans, appliance loans, short-term loans

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support

# EXHIBIT 23

# We do not sell your personal information to anyone.

🛡 **safety.google**/intl/en_ca/privacy/ads-and-data



We use data to serve you relevant ads in Google products, on partner websites and in mobile apps. While these ads help fund our services and make them free for everyone, your personal information is not for sale. And we also provide you powerful ad settings so that you can better control what ads you see.

## Understanding how Google ads work

We use data to make our services more useful and to show relevant advertising, which helps make our services free for everyone. Without identifying you personally to advertisers or other third parties, we might use data that includes your searches and location, websites and apps that you've used, videos and ads that you've seen, and basic information that you've given us, such as your age range and gender.

Depending on your Ad Settings and if you're signed in, this data informs the ads that you see across your devices and across sites that partner with us to show ads. So if you visit a travel website on your computer at work, you might see other ads served by Google about airfares to Paris on your phone later that night.

We want to be transparent about how we make money with advertising, both on our services and on sites and apps that partner with us. For some types of ads, advertisers pay us only for the placement of those ads, and for other types, they pay us for how those ads actually perform. That could include each time someone views or taps an ad or takes an action such as downloading an app or filling in a request form.

We give advertisers data about their ads' performance, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected and private.

## Giving you control over your Google ad experience

In Ad Settings, we make it easy to control what data we use to personalise ads to you. This includes information that you've added to your Google account, what we've guessed about your interests thanks to your activity, and interactions with other advertisers that partner with us to show ads.

Your activity influences what we show you, but you're always in control. For example, we may think that you're a football fan because you watched highlights from a recent match on YouTube, or looked up 'football fields near me' on Google Search. And if you've spent time on a partner advertiser's site, we may suggest ads based on that visit.

When ad personalisation is on, you can choose any info – age and gender, an inferred interest or a previous interaction with an advertiser – find out more about why it's being used, turn it off or deactivate personalised ads altogether. You'll still see ads, but they'll most likely be less relevant.



Go to Ad Settings

We want to help you better understand the data that we use to show you ads. 'Why this ad' is a feature that helps you find out why you are seeing a given ad. For example, you might be seeing that ad for a camera because you've searched for cameras, visited photography websites or clicked on ads for cameras before. Or if you see an ad for a restaurant, you may discover that it's because of your location or your mobile app activity. This type of data helps us show you ads about things that you might find useful. But remember, we never share any of this personal information with advertisers.

You can access this feature through an information icon on our services, such as Search, YouTube, Gmail, Play and Shopping. For most ads that you see on partner sites or in apps that use our services, you can access 'Why this ad' through a similar icon.



You can remove many of the ads that we show through our partner websites and apps when you see them. By selecting the X in the corner of the ad, you can remove ads that you no longer find relevant. For example, car ads might have been helpful while you were interested in buying a new car, but once you are happily cruising in your new vehicle, you probably don't want to see more ads from Google for that car that you just bought.

If you are signed in and depending on your Ad Settings, this control will take effect across your signed-in devices on websites and apps that partner with us. You also have the option to turn off pop-up ads in Chrome and most other browsers.

You have control over your ads experience, both on Google products and across the Internet. Sometimes, advertisers show you ads when you've visited their sites and they are encouraging you to come back – like when you see an ad for the shoes that you were shopping for earlier. If you no longer want to see them for any reason, you can turn off those ads from a certain advertiser that follow you across our Google properties from Search, YouTube and Gmail. This setting also applies to ads that you see across the Internet on sites and apps that partner with us to show ads.

While signed in and in your Ad Settings, you can also turn off ads from specific advertisers on Google services that show ads.



## Using data to make ads more useful to you

When you use Google Search, ads may appear along with relevant search results. Most of the time, these ads are prompted by the search that you just did and your location. For example, if you search for 'bikes', you might see ads for bicycles on sale near you.

In other cases, we use additional data like your past searches or sites that you have visited to help deliver more useful ads. Since you have already searched for 'bikes', if you now search for 'holidays' you might see Search ads for places to go cycling while on holiday.

The ads that you see in Gmail are based on data associated with your Google account. For example, your activity in other Google services such as YouTube or Search could affect the types of ads that you see in Gmail. Google does not use keywords or messages in your inbox to show you ads. Nobody reads your email in order to show you ads.



You can find millions of apps from Google and other developers in our Google Play Store. When you browse on an Android device, ads may appear based on your search terms, apps that you've installed or used, or an app's similarity to the app that you're using. For example, if you search for 'travel apps', you might see an ad for a trip planning app.



When you watch videos on YouTube, you may see ads playing beforehand on the video page or as related videos on the homepage. Ads may be based on data such as the videos that you've watched, things or places that you've searched for or apps that you use.



For example, if you search for 'home decor' or watch do-it-yourself videos, you might see an ad for a home improvement series. These ads help support the creators of the videos that you watch.

You can skip many of the YouTube ads if you don't want to watch them or you can subscribe to YouTube Premium to enjoy ad-free YouTube.

When you look for a product on Google Search, sometimes we show Shopping ads along with relevant search results. Businesses that sell products use Shopping ads to make it easy for you to quickly find what you're looking for and buy it online or in a nearby shop. These ads are based on the product that you just searched for, your location and online retailers that you've browsed in the past.



For example, if you search for 'leather sofa', you may see ads with pictures, prices and shop locations for leather sofas on sale at furniture shops near you.

Many websites and mobile apps partner with us to show ads. When we show ads on these partners' sites and apps, they are based on what you're reading or watching, audience 'types' based on personal information that our users have shared with us, and data that we collect about your online activities, for instance, '35- to 44-year-old females who are interested in travel'.

We might also show you ads based on sites that you've visited or your Chrome browsing activity when logged into your Google account. For example, you might see an ad for those hiking shoes that you added to your online shopping basket but decided not to buy. However, we do this without revealing any personal information, such as your name, email address or billing information.

# EXHIBIT 24

safety.google

# Data Practices & Transparency - Google Safety Center

6-8 minutes

---



**Your privacy is protected by responsible data practices.**

Data plays an important role in making the products and services you use every day more helpful. We are committed to treating that data responsibly and protecting your privacy with strict protocols and innovative privacy technologies.

**DATA MINIMIZATION**

**Limiting the personal information that is used**

**and saved**

We believe that products should keep your information for only as long as it's useful and helpful to you – whether that's being able to find your favorite destinations in Maps or getting recommendations for what to watch on YouTube.

The first time you turn on Location History – which is off by default – your auto-delete option will be set to 18 months by default. Web & App Activity auto-delete will also default to 18 months for new accounts. This means your activity data will be automatically and continuously deleted after 18 months, rather than kept until you choose to delete it. You can always turn these settings off or change your auto-delete setting at any time.

Learn more

### BLOCKING ACCESS

**We never sell your personal information, and give you controls over who has access**

We are committed to protecting your data from third parties. That's why it's our strict policy to never sell your personal information to anyone. We don't share information that personally identifies you with advertisers, such as your name

or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop. If you're using an Android device, we require third-party apps to ask for your permission to access certain types of data – like your photos, contacts, or location.

Learn more in our Privacy Policy

**PRIVACY INNOVATION**

**Advanced privacy technologies help keep your personal information private**

We are continuously innovating new technologies that protect your private information without impacting your experiences on our products.

Federated learning is a data minimization technology pioneered at Google that trains the machine learning models powering many of our helpful features, like word predictions, right on your device. This new approach helps preserve your privacy by delivering helpful experiences across our products while keeping your personal information on your devices.

We use leading anonymization techniques to

protect your data while making our services work better for you. For example, we aggregate and anonymize data from millions of users to suggest alternate routes that can get you home faster.

To offer features like place busyness in Maps, we apply an advanced anonymization technology called differential privacy that adds noise to your information so it can't be used to personally identify you.

Strict privacy protocols are followed throughout every product's development

Privacy is core to how we build our products, with rigorous privacy standards guiding every stage of product development. Each product and feature adheres to these privacy standards, which are implemented through comprehensive privacy reviews. Learn more in our [Privacy Policy.](#)

### DATA TRANSPARENCY

### Making it easy to view and delete your data

How you use our products and services is a personal choice that's up to you. To help you make informed decisions about what data to save, share or delete, we make it easy to understand what data is being collected and why.

For example, with Dashboard, you can see an overview of the Google products you use and the things you store like your emails and photos. And with My Activity, it's easy to see or delete data collected from your activity across Google services, including things you've searched, viewed, and watched.

Go to your Google Account

## DATA PORTABILITY

### Empowering you to take your data with you

Every user should have access to the content they've shared with us – anytime and for any reason. That's why we created Download Your Data – so you can download your photos, emails, contacts, and bookmarks. It's your choice to make a copy of your data, back it up, or even move it to another service.

You are always in control of the data saved to your Google Account. Learn more here.

Go to Download Your Data

We are committed to complying with applicable data protection laws

We are always working to stay compliant with

applicable privacy regulations. Over the years, we have worked closely with data protection authorities around the world and have implemented strong privacy protections that reflect their guidance. And we continue to invest significantly to upgrade our systems and policies as privacy laws are enacted around the world.

Learn more



Explore more ways we keep you safe online.

- Built-in security

  Learn more about our automatic security protections.

- Privacy controls

[Choose the privacy settings that are right for you.](#)

- [Security tips](#)

  [Discover quick tips and best practices to stay safe online.](#)

- [Ads and data](#)

  [Learn more about the ads you see on our platforms.](#)

000007

# EXHIBIT 25

3/25/2021
Case 4:21-cv-02155-YGR Document 1 Filed 03/26/21 Page 448 of 500
Google's Sundar Pichai: Privacy Should Not Be a Luxury Good - The New York Times

*The New York Times*

# Google's Sundar Pichai: Privacy Should Not Be a Luxury Good

Yes, we use data to make products more helpful for everyone. But we also protect your information.

**By Sundar Pichai**
Mr. Pichai is the chief executive of Google.

May 7, 2019

MOUNTAIN VIEW, Calif. — Google products are designed to be helpful. They take the friction out of daily life (for example, by showing you the fastest route home at the end of a long day) and give you back time to spend on things you actually want to do. We feel privileged that billions of people trust products like Search, Chrome, Maps and Android to help them every day.

It's a trust we match with a profound commitment to responsibility and a healthy dose of humility. Many words have been written about privacy over the past year, including in these pages. I believe it's one of the most important topics of our time.

People today are rightly concerned about how their information is used and shared, yet they all define privacy in their own ways. I've seen this firsthand as I talk to people in different parts of the world. To the families using the internet through a shared device, privacy might mean privacy from one another. To the small-business owner who wants to start accepting credit card payments, privacy means keeping customer data secure. To the teenager sharing selfies, privacy could mean the ability to delete that data in the future.

Privacy is personal, which makes it even more vital for companies to give people clear, individual choices around how their data is used. Over the past 20 years, billions of people have trusted Google with questions they wouldn't have asked their closest friends: How do you know if you're in love? Why isn't my baby sleeping? What is this weird rash on my arm? We've worked hard to continually earn that trust by providing accurate answers and keeping your questions private. We've stayed focused on the products and features that make privacy a reality — for everyone.

"For everyone" is a core philosophy for Google; it's built into our mission to create products that are universally accessible and useful. That's why Search works the same for everyone, whether you're a professor at Harvard or a student in rural Indonesia. And it's why we care just as much about the experience on low-cost phones in countries starting to come online as we do about the experience on high-end phones.

Our mission compels us to take the same approach to privacy. For us, that means privacy cannot be a luxury good offered only to people who can afford to buy premium products and services. Privacy must be equally available to everyone in the world.

Even in cases where we offer a paid product like YouTube Premium, which includes an ads-free experience, the regular version of YouTube has plenty of privacy controls built in. For example, we recently brought Incognito mode, the popular feature in Chrome that lets you browse the web without linking any activity to you, to YouTube. You can view YouTube as a logged-in user or in Incognito mode.

To make privacy real, we give you clear, meaningful choices around your data. All while staying true to two unequivocal policies: that Google will never sell any personal information to third parties; and that you get to decide how your information is used. Here's how it works:

First, data makes the products and services you use more helpful to you. It's what enables the Google Assistant to book a rental car for your trip, Maps to tell you how to navigate home and Photos to share vacation pictures with a click of a button.

Second, products use anonymous data in aggregate to be more helpful to everyone. Traffic data in Google Maps reduces gridlock by offering people alternate routes. Queries in Google Translate make translations more accurate for billions of people. Anonymized searches over time help Search understand your questions, even if you misspell them.

Third, a small subset of data helps serve ads that are relevant and that provide the revenue that keeps Google products free and accessible. That revenue also sustains a broad community of content creators, which in turn helps keep content on the web free for everyone. The data used in ads could be based on, for example, something you searched for or an online store you browsed in the past. It does not include the personal data in apps such as Docs or Gmail. Still, if receiving a customized ads experience isn't helpful, you can turn it off. The choice is yours and we try to make it simple.

Eight years ago, we introduced an easy way to export all your data from Google services — and even take it elsewhere. A few years later, we created the Google Account page as a place to review and adjust all of your privacy controls. Nearly 20 million people now visit it every day. But we know our work here is never done, and we want to do more to stay ahead of user expectations.

Last week, we announced significant new privacy features, including one-click access to privacy settings from all our major products and auto-delete controls that allow you to choose how long you want data to be saved. And to protect your data from security threats, we just introduced a security key built into Android phones that can provide two-factor authentication.

*[Technology has made our lives easier. But it also means that your data is no longer your own. We'll examine who is hoarding your information — and give you a guide for what you can do about it. Sign up for our limited-run newsletter.]*

We're also working hard to challenge the assumption that products need more data to be more helpful. Data minimization is an important privacy principle for us, and we're encouraged by advances developed by Google A.I. researchers called "federated learning." It allows Google's products to work better for everyone without collecting raw data from your device. Federated learning is how Google's Keyboard can recognize and suggest new words like "YOLO" and "BTS" after thousands of people begin typing them — without Google ever seeing anything you type. In the future, A.I. will provide even more ways to make products more helpful with less data.

Even as we make privacy and security advances in our own products, we know the kind of privacy we all want as individuals relies on the collaboration and support of many institutions, like legislative bodies and consumer organizations.

Europe raised the bar for privacy laws around the world when it enacted the General Data Protection Regulation. We think the United States would benefit from adopting its own comprehensive privacy legislation and have urged Congress to pass a federal law. Ideally, privacy legislation would require all businesses to accept responsibility for the impact of their data processing in a way that creates consistent and universal protections for individuals and society as a whole.

Legislation will help us work toward ensuring that privacy protections are available to more people around the world. But we're not waiting for it. We have a responsibility to lead. And we'll do so in the same spirit we always have, by offering products that make privacy a reality for everyone.

Sundar Pichai is the chief executive of Google.

*Follow @privacyproject on Twitter and The New York Times Opinion Section on Facebook and Instagram.*

# EXHIBIT 26

**Google AdWords API: VERTICALS**

https://developers.google.com/adwords/api/docs/appendix/verticals (last visited Mar. 24, 2021)

"This page lists verticals for targeting or excluding categories of placements."

(Highlights added by counsel.)

| Criterion ID | Parent ID | Category |
|---|---|---|
| 3 | 0 | /Arts & Entertainment |
| 184 | 3 | /Arts & Entertainment/Celebrities & Entertainment News |
| 316 | 3 | /Arts & Entertainment/Comics & Animation |
| 317 | 316 | /Arts & Entertainment/Comics & Animation/Anime & Manga |
| 319 | 316 | /Arts & Entertainment/Comics & Animation/Cartoons |
| 318 | 316 | /Arts & Entertainment/Comics & Animation/Comics |
| 612 | 3 | /Arts & Entertainment/Entertainment Industry |
| 1116 | 612 | /Arts & Entertainment/Entertainment Industry/Film & TV Industry |
| 1108 | 1116 | /Arts & Entertainment/Entertainment Industry/Film & TV Industry/Film & TV Awards |
| 1117 | 1116 | /Arts & Entertainment/Entertainment Industry/Film & TV Industry/Film & TV Production |
| 1115 | 612 | /Arts & Entertainment/Entertainment Industry/Recording Industry |
| 1113 | 1115 | /Arts & Entertainment/Entertainment Industry/Recording Industry/Music Awards |
| 1114 | 1115 | /Arts & Entertainment/Entertainment Industry/Recording Industry/Record Labels |
| 569 | 3 | /Arts & Entertainment/Events & Listings |
| 188 | 569 | /Arts & Entertainment/Events & Listings/Bars, Clubs & Nightlife |
| 891 | 569 | /Arts & Entertainment/Events & Listings/Concerts & Music Festivals |
| 614 | 569 | /Arts & Entertainment/Events & Listings/Event Ticket Sales |
| 1531 | 569 | /Arts & Entertainment/Events & Listings/Expos & Conventions |
| 1086 | 569 | /Arts & Entertainment/Events & Listings/Film Festivals |
| 1530 | 569 | /Arts & Entertainment/Events & Listings/Food & Beverage Events |
| 1273 | 569 | /Arts & Entertainment/Events & Listings/Live Sporting Events |
| 1085 | 569 | /Arts & Entertainment/Events & Listings/Movie Listings & Theater Showtimes |
| 539 | 3 | /Arts & Entertainment/Fun & Trivia |
| 447 | 539 | /Arts & Entertainment/Fun & Trivia/Flash-Based Entertainment |
| 1174 | 539 | /Arts & Entertainment/Fun & Trivia/Fun Tests & Silly Surveys |
| 182 | 3 | /Arts & Entertainment/Humor |
| 1779 | 182 | /Arts & Entertainment/Humor/Funny Pictures & Videos |
| 895 | 182 | /Arts & Entertainment/Humor/Live Comedy |
| 1180 | 182 | /Arts & Entertainment/Humor/Political Humor |
| 1244 | 182 | /Arts & Entertainment/Humor/Spoofs & Satire |
| 34 | 3 | /Arts & Entertainment/Movies |
| 1097 | 34 | /Arts & Entertainment/Movies/Action & Adventure Films |
| 1101 | 1097 | /Arts & Entertainment/Movies/Action & Adventure Films/Martial Arts Films |
| 1100 | 1097 | /Arts & Entertainment/Movies/Action & Adventure Films/Superhero Films |
| 1099 | 1097 | /Arts & Entertainment/Movies/Action & Adventure Films/Western Films |
| 1104 | 34 | /Arts & Entertainment/Movies/Animated Films |
| 360 | 34 | /Arts & Entertainment/Movies/Bollywood & South Asian Film |
| 1102 | 34 | /Arts & Entertainment/Movies/Classic Films |
| 1098 | 1102 | /Arts & Entertainment/Movies/Classic Films/Silent Films |
| 1095 | 34 | /Arts & Entertainment/Movies/Comedy Films |
| 1103 | 34 | /Arts & Entertainment/Movies/Cult & Indie Films |
| 210 | 34 | /Arts & Entertainment/Movies/DVD & Video Shopping |
| 1145 | 210 | /Arts & Entertainment/Movies/DVD & Video Shopping/DVD & Video Rentals |
| 1072 | 34 | /Arts & Entertainment/Movies/Documentary Films |
| 1094 | 34 | /Arts & Entertainment/Movies/Drama Films |
| 1291 | 34 | /Arts & Entertainment/Movies/Family Films |
| 615 | 34 | /Arts & Entertainment/Movies/Horror Films |
| 213 | 34 | /Arts & Entertainment/Movies/Movie Memorabilia |
| 1106 | 34 | /Arts & Entertainment/Movies/Movie Reference |
| 1107 | 1106 | /Arts & Entertainment/Movies/Movie Reference/Movie Reviews & Previews |
| 1105 | 34 | /Arts & Entertainment/Movies/Musical Films |
| 1310 | 34 | /Arts & Entertainment/Movies/Romance Films |
| 616 | 34 | /Arts & Entertainment/Movies/Science Fiction & Fantasy Films |

| | | |
|---|---|---|
| 1096 | 34 | /Arts & Entertainment/Movies/Thriller, Crime & Mystery Films |
| 35 | 3 | /Arts & Entertainment/Music & Audio |
| 217 | 35 | /Arts & Entertainment/Music & Audio/CD & Audio Shopping |
| 586 | 35 | /Arts & Entertainment/Music & Audio/Classical Music |
| 587 | 35 | /Arts & Entertainment/Music & Audio/Country Music |
| 588 | 35 | /Arts & Entertainment/Music & Audio/Dance & Electronic Music |
| 1022 | 35 | /Arts & Entertainment/Music & Audio/Experimental & Industrial Music |
| 1023 | 35 | /Arts & Entertainment/Music & Audio/Folk & Traditional Music |
| 589 | 35 | /Arts & Entertainment/Music & Audio/Jazz & Blues |
| 1040 | 589 | /Arts & Entertainment/Music & Audio/Jazz & Blues/Blues |
| 42 | 589 | /Arts & Entertainment/Music & Audio/Jazz & Blues/Jazz |
| 218 | 35 | /Arts & Entertainment/Music & Audio/Music Art & Memorabilia |
| 1087 | 35 | /Arts & Entertainment/Music & Audio/Music Education & Instruction |
| 1024 | 35 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology |
| 1025 | 1024 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/DJ Resources & Equipment |
| 1026 | 1024 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Music Recording Technology |
| 216 | 1024 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Musical Instruments |
| 1327 | 216 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Musical Instruments/Drums & Percussion |
| 1325 | 216 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Musical Instruments/Guitars |
| 1326 | 216 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Musical Instruments/Pianos & Keyboards |
| 1091 | 1024 | /Arts & Entertainment/Music & Audio/Music Equipment & Technology/Samples & Sound Libraries |
| 1027 | 35 | /Arts & Entertainment/Music & Audio/Music Reference |
| 1028 | 1027 | /Arts & Entertainment/Music & Audio/Music Reference/Music Composition & Theory |
| 892 | 1027 | /Arts & Entertainment/Music & Audio/Music Reference/Sheet Music |
| 617 | 1027 | /Arts & Entertainment/Music & Audio/Music Reference/Song Lyrics & Tabs |
| 220 | 35 | /Arts & Entertainment/Music & Audio/Music Streams & Downloads |
| 1408 | 35 | /Arts & Entertainment/Music & Audio/Music Videos |
| 809 | 35 | /Arts & Entertainment/Music & Audio/Podcasts |
| 1021 | 35 | /Arts & Entertainment/Music & Audio/Pop Music |
| 215 | 35 | /Arts & Entertainment/Music & Audio/Radio |
| 1186 | 215 | /Arts & Entertainment/Music & Audio/Radio/Talk Radio |
| 1020 | 35 | /Arts & Entertainment/Music & Audio/Religious Music |
| 585 | 1020 | /Arts & Entertainment/Music & Audio/Religious Music/Christian & Gospel Music |
| 590 | 35 | /Arts & Entertainment/Music & Audio/Rock Music |
| 1037 | 590 | /Arts & Entertainment/Music & Audio/Rock Music/Classic Rock & Oldies |
| 1035 | 590 | /Arts & Entertainment/Music & Audio/Rock Music/Hard Rock & Progressive |
| 1038 | 590 | /Arts & Entertainment/Music & Audio/Rock Music/Indie & Alternative Music |
| 1036 | 590 | /Arts & Entertainment/Music & Audio/Rock Music/Metal (Music) |
| 1041 | 590 | /Arts & Entertainment/Music & Audio/Rock Music/Punk (Music) |
| 893 | 35 | /Arts & Entertainment/Music & Audio/Soundtracks |
| 592 | 35 | /Arts & Entertainment/Music & Audio/Urban & Hip-Hop |
| 1030 | 592 | /Arts & Entertainment/Music & Audio/Urban & Hip-Hop/Rap & Hip-Hop |
| 1242 | 592 | /Arts & Entertainment/Music & Audio/Urban & Hip-Hop/Reggaeton |
| 1039 | 592 | /Arts & Entertainment/Music & Audio/Urban & Hip-Hop/Soul & R&B |
| 618 | 35 | /Arts & Entertainment/Music & Audio/Vocals & Show Tunes |
| 593 | 35 | /Arts & Entertainment/Music & Audio/World Music |
| 1208 | 593 | /Arts & Entertainment/Music & Audio/World Music/African Music |
| 1034 | 593 | /Arts & Entertainment/Music & Audio/World Music/Arab & Middle Eastern Music |
| 1033 | 593 | /Arts & Entertainment/Music & Audio/World Music/East Asian Music |
| 591 | 593 | /Arts & Entertainment/Music & Audio/World Music/Latin American Music |
| 1287 | 591 | /Arts & Entertainment/Music & Audio/World Music/Latin American Music/Brazilian Music |
| 1285 | 591 | /Arts & Entertainment/Music & Audio/World Music/Latin American Music/Latin Pop |
| 1286 | 591 | /Arts & Entertainment/Music & Audio/World Music/Latin American Music/Salsa & Tropical Music |
| 1031 | 593 | /Arts & Entertainment/Music & Audio/World Music/Reggae & Caribbean Music |
| 1032 | 593 | /Arts & Entertainment/Music & Audio/World Music/South Asian Music |
| 1806 | 593 | /Arts & Entertainment/Music & Audio/World Music/Southeast Asian Music |
| 33 | 3 | /Arts & Entertainment/Offbeat |
| 538 | 33 | /Arts & Entertainment/Offbeat/Edgy & Bizarre |
| 449 | 33 | /Arts & Entertainment/Offbeat/Occult & Paranormal |

| | | |
|---|---|---|
| 613 | 3 | /Arts & Entertainment/Online Media |
| 1222 | 613 | /Arts & Entertainment/Online Media/Online Image Galleries |
| 575 | 613 | /Arts & Entertainment/Online Media/Virtual Tours |
| 23 | 3 | /Arts & Entertainment/Performing Arts |
| 894 | 23 | /Arts & Entertainment/Performing Arts/Acting & Theater |
| 1243 | 23 | /Arts & Entertainment/Performing Arts/Broadway & Musical Theater |
| 1591 | 23 | /Arts & Entertainment/Performing Arts/Circus |
| 581 | 23 | /Arts & Entertainment/Performing Arts/Dance |
| 1592 | 23 | /Arts & Entertainment/Performing Arts/Magic |
| 1185 | 23 | /Arts & Entertainment/Performing Arts/Opera |
| 36 | 3 | /Arts & Entertainment/TV & Video |
| 211 | 36 | /Arts & Entertainment/TV & Video/Online Video |
| 1780 | 211 | /Arts & Entertainment/TV & Video/Online Video/Live Video Streaming |
| 1781 | 211 | /Arts & Entertainment/TV & Video/Online Video/Movie & TV Streaming |
| 1782 | 211 | /Arts & Entertainment/TV & Video/Online Video/Video Blogs |
| 1409 | 211 | /Arts & Entertainment/TV & Video/Online Video/Web Series |
| 1055 | 36 | /Arts & Entertainment/TV & Video/TV Commercials |
| 1187 | 36 | /Arts & Entertainment/TV & Video/TV Guides & Reference |
| 359 | 36 | /Arts & Entertainment/TV & Video/TV Networks & Stations |
| 358 | 36 | /Arts & Entertainment/TV & Video/TV Shows & Programs |
| 1047 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Comedies |
| 1411 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Documentary & Nonfiction |
| 1193 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Dramas |
| 1111 | 1193 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Dramas/TV Crime & Legal Shows |
| 1194 | 1193 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Dramas/TV Medical Shows |
| 357 | 1193 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Dramas/TV Soap Operas |
| 1110 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Family-Oriented Shows |
| 1050 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Game Shows |
| 1049 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Reality Shows |
| 1112 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Sci-Fi & Fantasy Shows |
| 1410 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Talent & Variety Shows |
| 1048 | 358 | /Arts & Entertainment/TV & Video/TV Shows & Programs/TV Talk Shows |
| 24 | 3 | /Arts & Entertainment/Visual Art & Design |
| 477 | 24 | /Arts & Entertainment/Visual Art & Design/Architecture |
| 1521 | 24 | /Arts & Entertainment/Visual Art & Design/Art Museums & Galleries |
| 653 | 24 | /Arts & Entertainment/Visual Art & Design/Design |
| 654 | 653 | /Arts & Entertainment/Visual Art & Design/Design/Graphic Design |
| 655 | 653 | /Arts & Entertainment/Visual Art & Design/Design/Industrial & Product Design |
| 656 | 653 | /Arts & Entertainment/Visual Art & Design/Design/Interior Design |
| 1167 | 24 | /Arts & Entertainment/Visual Art & Design/Painting |
| 439 | 24 | /Arts & Entertainment/Visual Art & Design/Photographic & Digital Arts |
| 1412 | 24 | /Arts & Entertainment/Visual Art & Design/Sculpture |
| 1195 | 24 | /Arts & Entertainment/Visual Art & Design/Visual Arts & Design Education |
| 47 | 0 | /Autos & Vehicles |
| 1191 | 47 | /Autos & Vehicles/Bicycles & Accessories |
| 1402 | 1191 | /Autos & Vehicles/Bicycles & Accessories/BMX Bikes |
| 1398 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Bike Accessories |
| 1399 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Bike Frames |
| 1400 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Bike Helmets & Protective Gear |
| 1401 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Bike Parts & Repair |
| 1403 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Cruiser Bicycles |
| 1404 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Kids' Bikes |
| 1405 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Mountain Bikes |
| 1406 | 1191 | /Autos & Vehicles/Bicycles & Accessories/Road Bikes |
| 1140 | 47 | /Autos & Vehicles/Boats & Watercraft |
| 1213 | 47 | /Autos & Vehicles/Campers & RVs |
| 1013 | 47 | /Autos & Vehicles/Classic Vehicles |
| 1214 | 47 | /Autos & Vehicles/Commercial Vehicles |
| 1215 | 1214 | /Autos & Vehicles/Commercial Vehicles/Cargo Trucks & Trailers |

| 806 | 47 | /Autos & Vehicles/Custom & Performance Vehicles |
|---|---|---|
| 815 | 47 | /Autos & Vehicles/Motor Vehicles (By Brand) |
| 821 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Audi |
| 822 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/BMW |
| 1059 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Bentley |
| 1060 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Buick |
| 823 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Cadillac |
| 826 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Chevrolet |
| 833 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Chrysler |
| 834 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/CitroÃ«n |
| 896 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Daewoo Motors |
| 836 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Dodge |
| 1061 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Ferrari |
| 838 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Fiat |
| 1413 | 838 | /Autos & Vehicles/Motor Vehicles (By Brand)/Fiat/Alfa Romeo |
| 840 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Ford |
| 842 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/GMC |
| 843 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Honda |
| 820 | 843 | /Autos & Vehicles/Motor Vehicles (By Brand)/Honda/Acura |
| 1062 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Hummer |
| 845 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Hyundai |
| 1378 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Isuzu |
| 1063 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Jaguar |
| 846 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Jeep |
| 848 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Kia |
| 1064 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Lamborghini |
| 1065 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Land Rover |
| 850 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Lincoln |
| 1066 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Maserati |
| 851 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Mazda |
| 852 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Mercedes-Benz |
| 853 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Mercury |
| 1067 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Mini |
| 854 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Mitsubishi |
| 855 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Nissan |
| 1377 | 855 | /Autos & Vehicles/Motor Vehicles (By Brand)/Nissan/Infiniti |
| 856 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Peugeot |
| 857 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Pontiac |
| 858 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Porsche |
| 1783 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Ram Trucks |
| 859 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Renault |
| 1068 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Rolls-Royce |
| 1414 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/SEAT |
| 897 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Saab |
| 860 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Saturn |
| 1886 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Skoda |
| 861 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Subaru |
| 1070 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Suzuki |
| 1784 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Tesla Motors |
| 863 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Toyota |
| 849 | 863 | /Autos & Vehicles/Motor Vehicles (By Brand)/Toyota/Lexus |
| 1069 | 863 | /Autos & Vehicles/Motor Vehicles (By Brand)/Toyota/Scion |
| 898 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Vauxhall-Opel |
| 865 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Volkswagen |
| 867 | 815 | /Autos & Vehicles/Motor Vehicles (By Brand)/Volvo |
| 1684 | 47 | /Autos & Vehicles/Motor Vehicles (By Type) |
| 1698 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Compact Cars |
| 1689 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Convertibles |
| 1690 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Coupes |

| | | |
|---|---|---|
| 1691 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Diesel Vehicles |
| 1692 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Hatchbacks |
| 810 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Hybrid & Alternative Vehicles |
| 1380 | 810 | /Autos & Vehicles/Motor Vehicles (By Type)/Hybrid & Alternative Vehicles/Electric & Plug-In Vehicles |
| 1693 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Luxury Vehicles |
| 1317 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Microcars & Subcompacts |
| 273 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Motorcycles |
| 148 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Off-Road Vehicles |
| 1212 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Scooters & Mopeds |
| 1694 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Sedans |
| 1695 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Sports Cars |
| 1696 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Station Wagons |
| 610 | 1684 | /Autos & Vehicles/Motor Vehicles (By Type)/Trucks, Vans & SUVs |
| 1056 | 610 | /Autos & Vehicles/Motor Vehicles (By Type)/Trucks, Vans & SUVs/Pickup Trucks |
| 1057 | 610 | /Autos & Vehicles/Motor Vehicles (By Type)/Trucks, Vans & SUVs/SUVs & Crossovers |
| 1697 | 1057 | /Autos & Vehicles/Motor Vehicles (By Type)/Trucks, Vans & SUVs/SUVs & Crossovers/Crossovers |
| 1058 | 610 | /Autos & Vehicles/Motor Vehicles (By Type)/Trucks, Vans & SUVs/Vans & Minivans |
| 1147 | 47 | /Autos & Vehicles/Personal Aircraft |
| 1294 | 47 | /Autos & Vehicles/Vehicle Codes & Driving Laws |
| 968 | 1294 | /Autos & Vehicles/Vehicle Codes & Driving Laws/Drunk Driving Law |
| 1416 | 1294 | /Autos & Vehicles/Vehicle Codes & Driving Laws/Vehicle & Traffic Safety |
| 170 | 1294 | /Autos & Vehicles/Vehicle Codes & Driving Laws/Vehicle Licensing & Registration |
| 1415 | 170 | /Autos & Vehicles/Vehicle Codes & Driving Laws/Vehicle Licensing & Registration/Driving Instruction & Driver Education |
| 1685 | 47 | /Autos & Vehicles/Vehicle Parts & Services |
| 1268 | 1685 | /Autos & Vehicles/Vehicle Parts & Services/Gas Prices & Vehicle Fueling |
| 1807 | 1685 | /Autos & Vehicles/Vehicle Parts & Services/Towing & Roadside Assistance |
| 1688 | 1685 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Modification & Tuning |
| 89 | 1685 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories |
| 1751 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Auto Batteries |
| 1750 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Auto Brakes |
| 1217 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Auto Exterior |
| 1218 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Auto Interior |
| 1703 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Automotive Electronic Components |
| 1216 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Engine & Transmission |
| 1749 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/High Performance & Aftermarket Auto |
| 1269 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Vehicle Fuels & Lubricants |
| 438 | 89 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Parts & Accessories/Vehicle Wheels & Tires |
| 138 | 1685 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance |
| 1702 | 138 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance/Auto Glass Repair & Replacement |
| 1700 | 138 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance/Brake Service & Repair |
| 1701 | 138 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance/Collision & Auto Body Repair |
| 1748 | 138 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance/Oil Changes |
| 1747 | 138 | /Autos & Vehicles/Vehicle Parts & Services/Vehicle Repair & Maintenance/Transmission Repair & Maintenance |
| 473 | 47 | /Autos & Vehicles/Vehicle Shopping |
| 1686 | 473 | /Autos & Vehicles/Vehicle Shopping/Used Vehicles |
| 1687 | 473 | /Autos & Vehicles/Vehicle Shopping/Vehicle Dealers & Retailers |
| 1267 | 473 | /Autos & Vehicles/Vehicle Shopping/Vehicle Specs, Reviews & Comparisons |
| 803 | 47 | /Autos & Vehicles/Vehicle Shows |
| 44 | 0 | /Beauty & Fitness |
| 1219 | 44 | /Beauty & Fitness/Beauty Pageants |
| 145 | 44 | /Beauty & Fitness/Beauty Services & Spas |
| 1220 | 145 | /Beauty & Fitness/Beauty Services & Spas/Cosmetic Procedures |
| 1885 | 1220 | /Beauty & Fitness/Beauty Services & Spas/Cosmetic Procedures/Cosmetic Dentistry |
| 1774 | 145 | /Beauty & Fitness/Beauty Services & Spas/Manicures & Pedicures |
| 557 | 145 | /Beauty & Fitness/Beauty Services & Spas/Massage Therapy |
| 239 | 44 | /Beauty & Fitness/Body Art |
| 147 | 44 | /Beauty & Fitness/Cosmetology & Beauty Professionals |
| 143 | 44 | /Beauty & Fitness/Face & Body Care |

| | | |
|---|---|---|
| 244 | 143 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries |
| 1808 | 244 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries/Antiperspirants, Deodorants & Body Sprays |
| 1809 | 244 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries/Feminine Hygiene Products |
| 1810 | 244 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries/Hand & Body Soaps |
| 1811 | 244 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries/Toothbrushes |
| 1812 | 244 | /Beauty & Fitness/Face & Body Care/Hygiene & Toiletries/Toothpaste |
| 234 | 143 | /Beauty & Fitness/Face & Body Care/Make-Up & Cosmetics |
| 1766 | 234 | /Beauty & Fitness/Face & Body Care/Make-Up & Cosmetics/Eye Makeup |
| 1767 | 234 | /Beauty & Fitness/Face & Body Care/Make-Up & Cosmetics/Face Makeup |
| 1768 | 234 | /Beauty & Fitness/Face & Body Care/Make-Up & Cosmetics/Lip Makeup |
| 242 | 143 | /Beauty & Fitness/Face & Body Care/Perfumes & Fragrances |
| 93 | 143 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care |
| 1765 | 93 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Bath & Body Products |
| 1771 | 93 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Face Care Products |
| 1813 | 1771 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Face Care Products/Acne & Blemish Treatments |
| 1775 | 1771 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Face Care Products/Anti-Aging Skin Care Products |
| 1777 | 1771 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Face Care Products/Face Cleansers & Makeup Removers |
| 1776 | 1771 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Face Care Products/Face Lotions & Moisturizers |
| 1770 | 93 | /Beauty & Fitness/Face & Body Care/Skin & Nail Care/Nail Care Products |
| 1772 | 143 | /Beauty & Fitness/Face & Body Care/Sun Care & Tanning Products |
| 144 | 143 | /Beauty & Fitness/Face & Body Care/Unwanted Body & Facial Hair Removal |
| 1814 | 144 | /Beauty & Fitness/Face & Body Care/Unwanted Body & Facial Hair Removal/Razors & Shavers |
| 185 | 44 | /Beauty & Fitness/Fashion & Style |
| 98 | 185 | /Beauty & Fitness/Fashion & Style/Fashion Designers & Collections |
| 1155 | 185 | /Beauty & Fitness/Fashion & Style/Fashion Modeling |
| 94 | 44 | /Beauty & Fitness/Fitness |
| 241 | 94 | /Beauty & Fitness/Fitness/Bodybuilding |
| 1417 | 94 | /Beauty & Fitness/Fitness/Fitness Equipment & Accessories |
| 1762 | 1417 | /Beauty & Fitness/Fitness/Fitness Equipment & Accessories/Cardio Training Equipment |
| 1763 | 1417 | /Beauty & Fitness/Fitness/Fitness Equipment & Accessories/Fitness Technology Products |
| 1764 | 1417 | /Beauty & Fitness/Fitness/Fitness Equipment & Accessories/Weights & Strength Training Equipment |
| 1418 | 94 | /Beauty & Fitness/Fitness/Fitness Instruction & Personal Training |
| 1419 | 94 | /Beauty & Fitness/Fitness/Gyms & Health Clubs |
| 1815 | 94 | /Beauty & Fitness/Fitness/High Intensity Interval Training |
| 611 | 94 | /Beauty & Fitness/Fitness/Yoga & Pilates |
| 146 | 44 | /Beauty & Fitness/Hair Care |
| 235 | 146 | /Beauty & Fitness/Hair Care/Hair Loss |
| 1816 | 146 | /Beauty & Fitness/Hair Care/Shampoos & Conditioners |
| 236 | 44 | /Beauty & Fitness/Weight Loss |
| 22 | 0 | /Books & Literature |
| 1883 | 22 | /Books & Literature/Audiobooks |
| 355 | 22 | /Books & Literature/Book Retailers |
| 1183 | 22 | /Books & Literature/Children's Literature |
| 608 | 22 | /Books & Literature/E-Books |
| 540 | 22 | /Books & Literature/Fan Fiction |
| 1184 | 22 | /Books & Literature/Literary Classics |
| 412 | 22 | /Books & Literature/Magazines |
| 565 | 22 | /Books & Literature/Poetry |
| 1177 | 22 | /Books & Literature/Writers Resources |
| 12 | 0 | /Business & Industrial |
| 25 | 12 | /Business & Industrial/Advertising & Marketing |
| 1548 | 25 | /Business & Industrial/Advertising & Marketing/Brand Management |
| 83 | 25 | /Business & Industrial/Advertising & Marketing/Marketing |
| 1743 | 83 | /Business & Industrial/Advertising & Marketing/Marketing/Direct Mail Marketing |
| 1744 | 83 | /Business & Industrial/Advertising & Marketing/Marketing/Email Marketing |
| 1420 | 25 | /Business & Industrial/Advertising & Marketing/Promotional Products & Corporate Gifts |
| 327 | 25 | /Business & Industrial/Advertising & Marketing/Public Relations |
| 1547 | 25 | /Business & Industrial/Advertising & Marketing/Sales |
| 328 | 25 | /Business & Industrial/Advertising & Marketing/Telemarketing |

| | | |
|---|---|---|
| 356 | 12 | /Business & Industrial/Aerospace & Defense |
| 662 | 356 | /Business & Industrial/Aerospace & Defense/Aviation Industry |
| 669 | 356 | /Business & Industrial/Aerospace & Defense/Defense Industry |
| 668 | 356 | /Business & Industrial/Aerospace & Defense/Space Technology |
| 46 | 12 | /Business & Industrial/Agriculture & Forestry |
| 748 | 46 | /Business & Industrial/Agriculture & Forestry/Agricultural Equipment |
| 747 | 46 | /Business & Industrial/Agriculture & Forestry/Aquaculture |
| 749 | 46 | /Business & Industrial/Agriculture & Forestry/Crops & Seed |
| 1578 | 46 | /Business & Industrial/Agriculture & Forestry/Farms & Ranches |
| 621 | 46 | /Business & Industrial/Agriculture & Forestry/Food Production |
| 750 | 46 | /Business & Industrial/Agriculture & Forestry/Forestry |
| 751 | 46 | /Business & Industrial/Agriculture & Forestry/Horticulture |
| 752 | 46 | /Business & Industrial/Agriculture & Forestry/Livestock |
| 1190 | 12 | /Business & Industrial/Automotive Industry |
| 799 | 12 | /Business & Industrial/Business Education |
| 1138 | 12 | /Business & Industrial/Business Finance |
| 1160 | 1138 | /Business & Industrial/Business Finance/Commercial Lending |
| 1139 | 1138 | /Business & Industrial/Business Finance/Investment Banking |
| 620 | 1138 | /Business & Industrial/Business Finance/Risk Management |
| 905 | 1138 | /Business & Industrial/Business Finance/Venture Capital |
| 1159 | 12 | /Business & Industrial/Business Operations |
| 336 | 1159 | /Business & Industrial/Business Operations/Business Plans & Presentations |
| 157 | 1159 | /Business & Industrial/Business Operations/Human Resources |
| 723 | 157 | /Business & Industrial/Business Operations/Human Resources/Compensation & Benefits |
| 331 | 157 | /Business & Industrial/Business Operations/Human Resources/Corporate Training |
| 724 | 157 | /Business & Industrial/Business Operations/Human Resources/Payroll Services |
| 330 | 157 | /Business & Industrial/Business Operations/Human Resources/Recruitment & Staffing |
| 338 | 1159 | /Business & Industrial/Business Operations/Management |
| 721 | 338 | /Business & Industrial/Business Operations/Management/Business Process |
| 1360 | 338 | /Business & Industrial/Business Operations/Management/Project Management |
| 722 | 338 | /Business & Industrial/Business Operations/Management/Strategic Planning |
| 801 | 338 | /Business & Industrial/Business Operations/Management/Supply Chain Management |
| 329 | 12 | /Business & Industrial/Business Services |
| 664 | 329 | /Business & Industrial/Business Services/Commercial Distribution |
| 1162 | 329 | /Business & Industrial/Business Services/Consulting |
| 334 | 329 | /Business & Industrial/Business Services/Corporate Events |
| 335 | 334 | /Business & Industrial/Business Services/Corporate Events/Trade Fairs & Industry Shows |
| 340 | 329 | /Business & Industrial/Business Services/E-Commerce Services |
| 280 | 340 | /Business & Industrial/Business Services/E-Commerce Services/Merchant Services & Payment Systems |
| 726 | 329 | /Business & Industrial/Business Services/Fire & Security Services |
| 800 | 329 | /Business & Industrial/Business Services/Knowledge Management |
| 28 | 329 | /Business & Industrial/Business Services/Office Services |
| 337 | 28 | /Business & Industrial/Business Services/Office Services/Office & Facilities Management |
| 95 | 329 | /Business & Industrial/Business Services/Office Supplies |
| 333 | 95 | /Business & Industrial/Business Services/Office Supplies/Office Furniture |
| 1866 | 333 | /Business & Industrial/Business Services/Office Supplies/Office Furniture/Office & Computer Desks |
| 1867 | 333 | /Business & Industrial/Business Services/Office Supplies/Office Furniture/Office Chairs |
| 718 | 329 | /Business & Industrial/Business Services/Outsourcing |
| 719 | 329 | /Business & Industrial/Business Services/Physical Asset Management |
| 720 | 329 | /Business & Industrial/Business Services/Quality Control & Tracking |
| 1892 | 329 | /Business & Industrial/Business Services/Shared Workspaces |
| 1076 | 329 | /Business & Industrial/Business Services/Signage |
| 1426 | 329 | /Business & Industrial/Business Services/Warehousing |
| 725 | 329 | /Business & Industrial/Business Services/Writing & Editing Services |
| 288 | 12 | /Business & Industrial/Chemicals Industry |
| 670 | 288 | /Business & Industrial/Chemicals Industry/Agrochemicals |
| 671 | 288 | /Business & Industrial/Chemicals Industry/Cleaning Agents |
| 672 | 288 | /Business & Industrial/Chemicals Industry/Coatings & Adhesives |
| 673 | 288 | /Business & Industrial/Chemicals Industry/Dyes & Pigments |

| | | |
|---|---|---|
| 674 | 288 | /Business & Industrial/Chemicals Industry/Plastics & Polymers |
| 48 | 12 | /Business & Industrial/Construction & Maintenance |
| 650 | 48 | /Business & Industrial/Construction & Maintenance/Building Materials & Supplies |
| 829 | 650 | /Business & Industrial/Construction & Maintenance/Building Materials & Supplies/Nails, Screws & Fasteners |
| 830 | 650 | /Business & Industrial/Construction & Maintenance/Building Materials & Supplies/Plumbing Fixtures & Equipment |
| 831 | 650 | /Business & Industrial/Construction & Maintenance/Building Materials & Supplies/Wood & Plastics |
| 651 | 48 | /Business & Industrial/Construction & Maintenance/Civil Engineering |
| 652 | 48 | /Business & Industrial/Construction & Maintenance/Construction Consulting & Contracting |
| 686 | 48 | /Business & Industrial/Construction & Maintenance/Urban & Regional Planning |
| 233 | 12 | /Business & Industrial/Energy & Utilities |
| 658 | 233 | /Business & Industrial/Energy & Utilities/Electricity |
| 954 | 233 | /Business & Industrial/Energy & Utilities/Nuclear Energy |
| 659 | 233 | /Business & Industrial/Energy & Utilities/Oil & Gas |
| 657 | 233 | /Business & Industrial/Energy & Utilities/Renewable & Alternative Energy |
| 1424 | 657 | /Business & Industrial/Energy & Utilities/Renewable & Alternative Energy/Hydropower |
| 1422 | 657 | /Business & Industrial/Energy & Utilities/Renewable & Alternative Energy/Solar Power |
| 1423 | 657 | /Business & Industrial/Energy & Utilities/Renewable & Alternative Energy/Wind Power |
| 660 | 233 | /Business & Industrial/Energy & Utilities/Waste Management |
| 1307 | 660 | /Business & Industrial/Energy & Utilities/Waste Management/Recycling |
| 1349 | 233 | /Business & Industrial/Energy & Utilities/Water Supply & Treatment |
| 955 | 12 | /Business & Industrial/Hospitality Industry |
| 956 | 955 | /Business & Industrial/Hospitality Industry/Event Planning |
| 957 | 955 | /Business & Industrial/Hospitality Industry/Food Service |
| 816 | 957 | /Business & Industrial/Hospitality Industry/Food Service/Restaurant Supply |
| 287 | 12 | /Business & Industrial/Industrial Materials & Equipment |
| 1152 | 287 | /Business & Industrial/Industrial Materials & Equipment/Fluid Handling |
| 839 | 1152 | /Business & Industrial/Industrial Materials & Equipment/Fluid Handling/Valves Hoses & Fittings |
| 835 | 287 | /Business & Industrial/Industrial Materials & Equipment/Generators |
| 837 | 287 | /Business & Industrial/Industrial Materials & Equipment/Heavy Machinery |
| 1869 | 287 | /Business & Industrial/Industrial Materials & Equipment/Industrial Handling & Processing Equipment |
| 1881 | 287 | /Business & Industrial/Industrial Materials & Equipment/Industrial Measurement & Control Equipment |
| 1862 | 287 | /Business & Industrial/Industrial Materials & Equipment/Work Safety Protective Gear |
| 49 | 12 | /Business & Industrial/Manufacturing |
| 661 | 49 | /Business & Industrial/Manufacturing/Factory Automation |
| 606 | 12 | /Business & Industrial/Metals & Mining |
| 1425 | 606 | /Business & Industrial/Metals & Mining/Precious Metals |
| 255 | 12 | /Business & Industrial/Pharmaceuticals & Biotech |
| 1176 | 12 | /Business & Industrial/Printing & Publishing |
| 332 | 1176 | /Business & Industrial/Printing & Publishing/Document & Printing Services |
| 1375 | 332 | /Business & Industrial/Printing & Publishing/Document & Printing Services/Business Cards & Stationery |
| 1199 | 12 | /Business & Industrial/Professional & Trade Associations |
| 841 | 12 | /Business & Industrial/Retail Trade |
| 844 | 841 | /Business & Industrial/Retail Trade/Retail Equipment & Technology |
| 50 | 12 | /Business & Industrial/Shipping & Logistics |
| 289 | 50 | /Business & Industrial/Shipping & Logistics/Freight Transport |
| 1893 | 289 | /Business & Industrial/Shipping & Logistics/Freight Transport/Air Freight |
| 665 | 289 | /Business & Industrial/Shipping & Logistics/Freight Transport/Maritime Transport |
| 666 | 289 | /Business & Industrial/Shipping & Logistics/Freight Transport/Rail Freight |
| 1894 | 289 | /Business & Industrial/Shipping & Logistics/Freight Transport/Trucking |
| 354 | 50 | /Business & Industrial/Shipping & Logistics/Import & Export |
| 1150 | 50 | /Business & Industrial/Shipping & Logistics/Mail & Package Delivery |
| 663 | 1150 | /Business & Industrial/Shipping & Logistics/Mail & Package Delivery/Couriers, Messengers & Home Delivery Services |
| 291 | 50 | /Business & Industrial/Shipping & Logistics/Moving & Relocation |
| 290 | 50 | /Business & Industrial/Shipping & Logistics/Packaging |
| 1347 | 50 | /Business & Industrial/Shipping & Logistics/Self Storage |
| 551 | 12 | /Business & Industrial/Small Business |
| 1200 | 551 | /Business & Industrial/Small Business/Business Formation |
| 727 | 551 | /Business & Industrial/Small Business/Home Office |

| 552 | 551 | /Business & Industrial/Small Business/MLM & Business Opportunities |
|---|---|---|
| 566 | 12 | /Business & Industrial/Textiles & Nonwovens |
| 5 | 0 | /Computers & Electronics |
| 1300 | 5 | /Computers & Electronics/CAD & CAM |
| 30 | 5 | /Computers & Electronics/Computer Hardware |
| 717 | 30 | /Computers & Electronics/Computer Hardware/Computer Components |
| 741 | 717 | /Computers & Electronics/Computer Hardware/Computer Components/Chips & Processors |
| 226 | 717 | /Computers & Electronics/Computer Hardware/Computer Components/Computer Memory |
| 740 | 717 | /Computers & Electronics/Computer Hardware/Computer Components/Sound & Video Cards |
| 496 | 30 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage |
| 1321 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/CD & DVD Drives & Burners |
| 1322 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/CD & DVD Storage Media |
| 1323 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/Data Backup & Recovery |
| 1318 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/Flash Drives & Memory Cards |
| 1320 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/Hard Drives |
| 1319 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/Memory Card Readers |
| 729 | 496 | /Computers & Electronics/Computer Hardware/Computer Drives & Storage/Network Storage |
| 312 | 30 | /Computers & Electronics/Computer Hardware/Computer Peripherals |
| 487 | 312 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Computer Monitors & Displays |
| 493 | 312 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Input Devices |
| 1330 | 312 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines |
| 1785 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/3D Printers & Scanners |
| 1331 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/Copiers |
| 1332 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/Fax Machines |
| 1333 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/Ink & |
| 494 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/Printers |
| 495 | 1330 | /Computers & Electronics/Computer Hardware/Computer Peripherals/Printers, Copiers & Fax Machines/Scanners |
| 728 | 30 | /Computers & Electronics/Computer Hardware/Computer Servers |
| 309 | 30 | /Computers & Electronics/Computer Hardware/Desktop Computers |
| 739 | 30 | /Computers & Electronics/Computer Hardware/Hardware Modding & Tuning |
| 310 | 30 | /Computers & Electronics/Computer Hardware/Laptops & Notebooks |
| 314 | 5 | /Computers & Electronics/Computer Security |
| 315 | 314 | /Computers & Electronics/Computer Security/Antivirus & Malware |
| 344 | 314 | /Computers & Electronics/Computer Security/Network Security |
| 78 | 5 | /Computers & Electronics/Consumer Electronics |
| 361 | 78 | /Computers & Electronics/Consumer Electronics/Audio Equipment |
| 1396 | 361 | /Computers & Electronics/Consumer Electronics/Audio Equipment/Headphones |
| 1158 | 361 | /Computers & Electronics/Consumer Electronics/Audio Equipment/Speakers |
| 91 | 361 | /Computers & Electronics/Consumer Electronics/Audio Equipment/Stereo Systems & Components |
| 573 | 78 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment |
| 1384 | 573 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Binoculars, Telescopes & Optical Devices |
| 306 | 573 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders |
| 308 | 306 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders/Camcorders |
| 1786 | 308 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders/Camcorders/Body Mounted & Action Cameras |
| 1383 | 306 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders/Camera Lenses |
| 307 | 306 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders/Cameras |
| 1718 | 307 | /Computers & Electronics/Consumer Electronics/Camera & Photo Equipment/Cameras & Camcorders/Cameras/Digital SLR Cameras |
| 1188 | 78 | /Computers & Electronics/Consumer Electronics/Car Electronics |
| 230 | 1188 | /Computers & Electronics/Consumer Electronics/Car Electronics/Car Audio |
| 1189 | 1188 | /Computers & Electronics/Consumer Electronics/Car Electronics/Car Video |
| 1787 | 78 | /Computers & Electronics/Consumer Electronics/Drones & RC Aircraft |
| 1192 | 78 | /Computers & Electronics/Consumer Electronics/Electronic Accessories |
| 794 | 78 | /Computers & Electronics/Consumer Electronics/GPS & Navigation |

| 362 | 78 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics |
|---|---|---|
| 1324 | 362 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/E-Book Readers |
| 227 | 362 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/MP3 & Portable Media Players |
| 228 | 362 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/PDAs & Handhelds |
| 1277 | 362 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/Tablet PCs |
| 1788 | 362 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/Wearable Technology |
| 1802 | 1788 | /Computers & Electronics/Consumer Electronics/Gadgets & Portable Electronics/Wearable Technology/Smart Watches |
| 899 | 78 | /Computers & Electronics/Consumer Electronics/Game Systems & Consoles |
| 1046 | 899 | /Computers & Electronics/Consumer Electronics/Game Systems & Consoles/Handheld Game Consoles |
| 1043 | 899 | /Computers & Electronics/Consumer Electronics/Game Systems & Consoles/Nintendo |
| 1044 | 899 | /Computers & Electronics/Consumer Electronics/Game Systems & Consoles/Sony PlayStation |
| 1045 | 899 | /Computers & Electronics/Consumer Electronics/Game Systems & Consoles/Xbox |
| 1789 | 78 | /Computers & Electronics/Consumer Electronics/Home Automation |
| 1790 | 78 | /Computers & Electronics/Consumer Electronics/Media Streaming Devices |
| 229 | 78 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment |
| 1393 | 229 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/DVRs & Set-Top Boxes |
| 1157 | 229 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Home Theater Systems |
| 1334 | 229 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Projectors & Screens |
| 305 | 229 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Televisions |
| 1354 | 305 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Televisions/HDTVs |
| 1356 | 305 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Televisions/LCD TVs |
| 1355 | 305 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Televisions/Plasma TVs |
| 1357 | 305 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Televisions/Projection TVs |
| 492 | 229 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Video Players & Recorders |
| 1394 | 492 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Video Players & Recorders/Blu-Ray Players & Recorders |
| 1395 | 492 | /Computers & Electronics/Consumer Electronics/TV & Video Equipment/Video Players & Recorders/DVD Players & Recorders |
| 1791 | 78 | /Computers & Electronics/Consumer Electronics/Virtual Reality Devices |
| 434 | 5 | /Computers & Electronics/Electronics & Electrical |
| 900 | 434 | /Computers & Electronics/Electronics & Electrical/Data Sheets & Electronics Reference |
| 746 | 434 | /Computers & Electronics/Electronics & Electrical/Electrical Test & Measurement |
| 743 | 434 | /Computers & Electronics/Electronics & Electrical/Electromechanical Devices |
| 742 | 434 | /Computers & Electronics/Electronics & Electrical/Electronic Components |
| 744 | 434 | /Computers & Electronics/Electronics & Electrical/Optoelectronics & Fiber |
| 745 | 434 | /Computers & Electronics/Electronics & Electrical/Power Supplies |
| 77 | 5 | /Computers & Electronics/Enterprise Technology |
| 341 | 77 | /Computers & Electronics/Enterprise Technology/Customer Relationship Management (CRM) |
| 343 | 77 | /Computers & Electronics/Enterprise Technology/Data Management |
| 342 | 77 | /Computers & Electronics/Enterprise Technology/Enterprise Resource Planning (ERP) |
| 1761 | 77 | /Computers & Electronics/Enterprise Technology/Helpdesk & Customer Support Systems |
| 311 | 5 | /Computers & Electronics/Networking |
| 488 | 311 | /Computers & Electronics/Networking/Data Formats & Protocols |
| 1298 | 311 | /Computers & Electronics/Networking/Distributed & Cloud Computing |
| 347 | 311 | /Computers & Electronics/Networking/Network Monitoring & Management |
| 346 | 311 | /Computers & Electronics/Networking/Networking Equipment |
| 1279 | 311 | /Computers & Electronics/Networking/VPN & Remote Access |
| 31 | 5 | /Computers & Electronics/Programming |
| 731 | 31 | /Computers & Electronics/Programming/C & C++ |
| 730 | 31 | /Computers & Electronics/Programming/Development Tools |
| 732 | 31 | /Computers & Electronics/Programming/Java (Programming Language) |
| 733 | 31 | /Computers & Electronics/Programming/Scripting Languages |
| 734 | 31 | /Computers & Electronics/Programming/Windows & .NET |
| 32 | 5 | /Computers & Electronics/Software |
| 498 | 32 | /Computers & Electronics/Software/Business & Productivity Software |
| 1341 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Accounting & Financial Software |
| 1358 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Calendar & Scheduling Software |
| 1760 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Collaboration & Conferencing Software |

| | | |
|---|---|---|
| 1346 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Presentation Software |
| 1359 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Project Management Software |
| 1344 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Spreadsheet Software |
| 1345 | 498 | /Computers & Electronics/Software/Business & Productivity Software/Word Processing Software |
| 225 | 32 | /Computers & Electronics/Software/Device Drivers |
| 804 | 32 | /Computers & Electronics/Software/Educational Software |
| 901 | 32 | /Computers & Electronics/Software/Freeware & Shareware |
| 1793 | 32 | /Computers & Electronics/Software/Intelligent Personal Assistants |
| 807 | 32 | /Computers & Electronics/Software/Internet Software |
| 808 | 807 | /Computers & Electronics/Software/Internet Software/Content Management |
| 1500 | 807 | /Computers & Electronics/Software/Internet Software/Download Managers |
| 902 | 807 | /Computers & Electronics/Software/Internet Software/Proxying & Filtering |
| 304 | 807 | /Computers & Electronics/Software/Internet Software/Web Browsers |
| 1792 | 32 | /Computers & Electronics/Software/Monitoring Software |
| 497 | 32 | /Computers & Electronics/Software/Multimedia Software |
| 1089 | 497 | /Computers & Electronics/Software/Multimedia Software/Audio & Music Software |
| 1092 | 1089 | /Computers & Electronics/Software/Multimedia Software/Audio & Music Software/Audio File Formats & Codecs |
| 1088 | 497 | /Computers & Electronics/Software/Multimedia Software/Desktop Publishing |
| 805 | 1088 | /Computers & Electronics/Software/Multimedia Software/Desktop Publishing/Fonts |
| 486 | 497 | /Computers & Electronics/Software/Multimedia Software/Graphics & Animation Software |
| 1090 | 497 | /Computers & Electronics/Software/Multimedia Software/Media Players |
| 577 | 497 | /Computers & Electronics/Software/Multimedia Software/Photo & Video Software |
| 1739 | 577 | /Computers & Electronics/Software/Multimedia Software/Photo & Video Software/Photo Software |
| 1740 | 577 | /Computers & Electronics/Software/Multimedia Software/Photo & Video Software/Video Software |
| 1315 | 1740 | /Computers & Electronics/Software/Multimedia Software/Photo & Video Software/Video Software/Video File Formats & Codecs |
| 313 | 32 | /Computers & Electronics/Software/Open Source |
| 303 | 32 | /Computers & Electronics/Software/Operating Systems |
| 736 | 303 | /Computers & Electronics/Software/Operating Systems/Linux & Unix |
| 735 | 303 | /Computers & Electronics/Software/Operating Systems/Mac OS |
| 1382 | 303 | /Computers & Electronics/Software/Operating Systems/Mobile OS |
| 1534 | 1382 | /Computers & Electronics/Software/Operating Systems/Mobile OS/Android OS |
| 1533 | 1382 | /Computers & Electronics/Software/Operating Systems/Mobile OS/Apple iOS |
| 1535 | 1382 | /Computers & Electronics/Software/Operating Systems/Mobile OS/BlackBerry OS |
| 1536 | 1382 | /Computers & Electronics/Software/Operating Systems/Mobile OS/Symbian OS |
| 1537 | 1382 | /Computers & Electronics/Software/Operating Systems/Mobile OS/Windows Mobile OS |
| 737 | 303 | /Computers & Electronics/Software/Operating Systems/Windows OS |
| 224 | 32 | /Computers & Electronics/Software/Software Utilities |
| 7 | 0 | /Finance |
| 278 | 7 | /Finance/Accounting & Auditing |
| 1427 | 278 | /Finance/Accounting & Auditing/Billing & Invoicing |
| 1428 | 278 | /Finance/Accounting & Auditing/Bookkeeping |
| 1283 | 278 | /Finance/Accounting & Auditing/Tax Preparation & Planning |
| 37 | 7 | /Finance/Banking |
| 1429 | 37 | /Finance/Banking/ATMs & Branch Locations |
| 1430 | 37 | /Finance/Banking/Debit & Checking Services |
| 1432 | 37 | /Finance/Banking/Money Transfer & Wire Services |
| 1431 | 37 | /Finance/Banking/Savings Accounts |
| 279 | 7 | /Finance/Credit & Lending |
| 811 | 279 | /Finance/Credit & Lending/Credit Cards |
| 1433 | 279 | /Finance/Credit & Lending/Credit Reporting & Monitoring |
| 1434 | 279 | /Finance/Credit & Lending/Debt Collection & Repossession |
| 812 | 279 | /Finance/Credit & Lending/Debt Management |
| 1435 | 279 | /Finance/Credit & Lending/Loans |
| 466 | 1435 | /Finance/Credit & Lending/Loans/Home Financing |
| 1445 | 466 | /Finance/Credit & Lending/Loans/Home Financing/Home Equity Loans & Lines of Credit |
| 1446 | 466 | /Finance/Credit & Lending/Loans/Home Financing/Home Refinancing |
| 1447 | 466 | /Finance/Credit & Lending/Loans/Home Financing/Mortgages |
| 1436 | 1435 | /Finance/Credit & Lending/Loans/Personal Loans |

| | | |
|---|---|---|
| 1437 | 1436 | /Finance/Credit & Lending/Loans/Personal Loans/Short-Term Loans & Cash Advances |
| 813 | 1435 | /Finance/Credit & Lending/Loans/Student Loans & College Financing |
| 1448 | 1435 | /Finance/Credit & Lending/Loans/Vehicle Financing |
| 468 | 1448 | /Finance/Credit & Lending/Loans/Vehicle Financing/Auto Financing |
| 1820 | 468 | /Finance/Credit & Lending/Loans/Vehicle Financing/Auto Financing/Auto Leasing |
| 903 | 7 | /Finance/Financial Planning & Management |
| 1439 | 903 | /Finance/Financial Planning & Management/Asset & Portfolio Management |
| 1438 | 903 | /Finance/Financial Planning & Management/Inheritance & Estate Planning |
| 619 | 903 | /Finance/Financial Planning & Management/Retirement & Pension |
| 1282 | 7 | /Finance/Grants, Scholarships & Financial Aid |
| 1440 | 1282 | /Finance/Grants, Scholarships & Financial Aid/Government Grants |
| 1441 | 1282 | /Finance/Grants, Scholarships & Financial Aid/Study Grants & Scholarships |
| 38 | 7 | /Finance/Insurance |
| 249 | 38 | /Finance/Insurance/Health Insurance |
| 465 | 38 | /Finance/Insurance/Home Insurance |
| 1442 | 38 | /Finance/Insurance/Life Insurance |
| 1443 | 38 | /Finance/Insurance/Travel Insurance |
| 1444 | 38 | /Finance/Insurance/Vehicle Insurance |
| 467 | 1444 | /Finance/Insurance/Vehicle Insurance/Auto Insurance |
| 107 | 7 | /Finance/Investing |
| 1449 | 107 | /Finance/Investing/Brokerages & Day Trading |
| 904 | 107 | /Finance/Investing/Commodities & Futures Trading |
| 814 | 107 | /Finance/Investing/Currencies & Foreign Exchange |
| 1795 | 814 | /Finance/Investing/Currencies & Foreign Exchange/Digital Currencies |
| 1450 | 107 | /Finance/Investing/Derivatives |
| 1451 | 107 | /Finance/Investing/Funds |
| 1452 | 1451 | /Finance/Investing/Funds/Exchange Traded Funds |
| 1453 | 1451 | /Finance/Investing/Funds/Hedge Funds |
| 1454 | 1451 | /Finance/Investing/Funds/Mutual Funds |
| 1455 | 107 | /Finance/Investing/Real Estate Investment Trusts |
| 1456 | 107 | /Finance/Investing/Socially Responsible Investing |
| 1457 | 107 | /Finance/Investing/Stocks & Bonds |
| 1458 | 1457 | /Finance/Investing/Stocks & Bonds/Bonds |
| 1459 | 1457 | /Finance/Investing/Stocks & Bonds/Exchanges |
| 71 | 0 | /Food & Drink |
| 560 | 71 | /Food & Drink/Beverages |
| 1509 | 560 | /Food & Drink/Beverages/Bottled Water |
| 916 | 560 | /Food & Drink/Beverages/Coffee & Tea |
| 1527 | 916 | /Food & Drink/Beverages/Coffee & Tea/Coffee |
| 1528 | 916 | /Food & Drink/Beverages/Coffee & Tea/Tea |
| 1880 | 560 | /Food & Drink/Beverages/Energy Drinks |
| 1510 | 560 | /Food & Drink/Beverages/Juice |
| 1877 | 560 | /Food & Drink/Beverages/Nutrition Drinks & Shakes |
| 1511 | 560 | /Food & Drink/Beverages/Soft Drinks |
| 1879 | 560 | /Food & Drink/Beverages/Sports Drinks |
| 122 | 71 | /Food & Drink/Cooking & Recipes |
| 1525 | 122 | /Food & Drink/Cooking & Recipes/BBQ & Grilling |
| 911 | 122 | /Food & Drink/Cooking & Recipes/Cuisines |
| 912 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/East Asian Cuisine |
| 1551 | 912 | /Food & Drink/Cooking & Recipes/Cuisines/East Asian Cuisine/Chinese Cuisine |
| 1552 | 912 | /Food & Drink/Cooking & Recipes/Cuisines/East Asian Cuisine/Japanese Cuisine |
| 1554 | 912 | /Food & Drink/Cooking & Recipes/Cuisines/East Asian Cuisine/Korean Cuisine |
| 1563 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Eastern European Cuisine |
| 1556 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/French Cuisine |
| 1564 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/German Cuisine |
| 913 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Latin American Cuisine |
| 1566 | 913 | /Food & Drink/Cooking & Recipes/Cuisines/Latin American Cuisine/Caribbean Cuisine |
| 1560 | 913 | /Food & Drink/Cooking & Recipes/Cuisines/Latin American Cuisine/Mexican Cuisine |
| 1565 | 913 | /Food & Drink/Cooking & Recipes/Cuisines/Latin American Cuisine/South American Cuisine |

| | | |
|---|---|---|
| 914 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Mediterranean Cuisine |
| 1558 | 914 | /Food & Drink/Cooking & Recipes/Cuisines/Mediterranean Cuisine/Greek Cuisine |
| 1557 | 914 | /Food & Drink/Cooking & Recipes/Cuisines/Mediterranean Cuisine/Italian Cuisine |
| 1559 | 914 | /Food & Drink/Cooking & Recipes/Cuisines/Mediterranean Cuisine/Spanish Cuisine |
| 1532 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Middle Eastern Cuisine |
| 915 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/North American Cuisine |
| 1567 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/South Asian Cuisine |
| 1553 | 1567 | /Food & Drink/Cooking & Recipes/Cuisines/South Asian Cuisine/Indian Cuisine |
| 1568 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Southeast Asian Cuisine |
| 1555 | 1568 | /Food & Drink/Cooking & Recipes/Cuisines/Southeast Asian Cuisine/Thai Cuisine |
| 1569 | 1568 | /Food & Drink/Cooking & Recipes/Cuisines/Southeast Asian Cuisine/Vietnamese Cuisine |
| 825 | 911 | /Food & Drink/Cooking & Recipes/Cuisines/Vegetarian Cuisine |
| 1830 | 825 | /Food & Drink/Cooking & Recipes/Cuisines/Vegetarian Cuisine/Vegan Cuisine |
| 297 | 122 | /Food & Drink/Cooking & Recipes/Culinary Training |
| 1526 | 122 | /Food & Drink/Cooking & Recipes/Desserts |
| 1826 | 1526 | /Food & Drink/Cooking & Recipes/Desserts/Ice Cream & Frozen Desserts |
| 1501 | 122 | /Food & Drink/Cooking & Recipes/Healthy Eating |
| 1529 | 122 | /Food & Drink/Cooking & Recipes/Salads |
| 910 | 122 | /Food & Drink/Cooking & Recipes/Soups & Stews |
| 1512 | 71 | /Food & Drink/Food |
| 1523 | 71 | /Food & Drink/Food & Grocery Delivery |
| 1796 | 1523 | /Food & Drink/Food & Grocery Delivery/Grocery Delivery Services |
| 1884 | 1523 | /Food & Drink/Food & Grocery Delivery/Meal Kits |
| 1797 | 1523 | /Food & Drink/Food & Grocery Delivery/Restaurant Delivery Services |
| 121 | 71 | /Food & Drink/Food & Grocery Retailers |
| 1573 | 121 | /Food & Drink/Food & Grocery Retailers/Bakeries |
| 1574 | 121 | /Food & Drink/Food & Grocery Retailers/Butchers |
| 1575 | 121 | /Food & Drink/Food & Grocery Retailers/Convenience Stores |
| 1576 | 121 | /Food & Drink/Food & Grocery Retailers/Delicatessens |
| 1577 | 121 | /Food & Drink/Food & Grocery Retailers/Farmers' Markets |
| 907 | 1512 | /Food & Drink/Food/Baked Goods |
| 1513 | 1512 | /Food & Drink/Food/Breakfast Foods |
| 906 | 1512 | /Food & Drink/Food/Candy & Sweets |
| 1538 | 1512 | /Food & Drink/Food/Condiments & Dressings |
| 1539 | 1512 | /Food & Drink/Food/Cooking Fats & Oils |
| 1514 | 1512 | /Food & Drink/Food/Dairy & Eggs |
| 1540 | 1514 | /Food & Drink/Food/Dairy & Eggs/Cheese |
| 908 | 1512 | /Food & Drink/Food/Fruits & Vegetables |
| 1541 | 1512 | /Food & Drink/Food/Gourmet & Specialty Foods |
| 1515 | 1512 | /Food & Drink/Food/Grains & Pasta |
| 1516 | 1512 | /Food & Drink/Food/Herbs & Spices |
| 1542 | 1512 | /Food & Drink/Food/Jams, Jellies & Preserves |
| 909 | 1512 | /Food & Drink/Food/Meat & Seafood |
| 1543 | 909 | /Food & Drink/Food/Meat & Seafood/Beef |
| 1544 | 909 | /Food & Drink/Food/Meat & Seafood/Fish & Seafood |
| 1545 | 909 | /Food & Drink/Food/Meat & Seafood/Pork |
| 1546 | 909 | /Food & Drink/Food/Meat & Seafood/Poultry |
| 1517 | 1512 | /Food & Drink/Food/Organic & Natural Foods |
| 1518 | 1512 | /Food & Drink/Food/Snack Foods |
| 276 | 71 | /Food & Drink/Restaurants |
| 1524 | 276 | /Food & Drink/Restaurants/Catering |
| 918 | 276 | /Food & Drink/Restaurants/Fast Food |
| 1562 | 918 | /Food & Drink/Restaurants/Fast Food/Burgers |
| 1561 | 276 | /Food & Drink/Restaurants/Fine Dining |
| 1550 | 276 | /Food & Drink/Restaurants/Pizzerias |
| 917 | 276 | /Food & Drink/Restaurants/Restaurant Reviews & Reservations |
| 8 | 0 | /Games |
| 919 | 8 | /Games/Arcade & Coin-Op Games |
| 920 | 8 | /Games/Board Games |

| | | |
|---|---|---|
| 921 | 920 | /Games/Board Games/Chess & Abstract Strategy Games |
| 922 | 920 | /Games/Board Games/Miniatures & Wargaming |
| 39 | 8 | /Games/Card Games |
| 923 | 39 | /Games/Card Games/Collectible Card Games |
| 41 | 8 | /Games/Computer & Video Games |
| 1311 | 41 | /Games/Computer & Video Games/Action & Platform Games |
| 925 | 41 | /Games/Computer & Video Games/Adventure Games |
| 105 | 41 | /Games/Computer & Video Games/Browser Games |
| 926 | 41 | /Games/Computer & Video Games/Casual Games |
| 1798 | 41 | /Games/Computer & Video Games/Competitive Video Gaming |
| 927 | 41 | /Games/Computer & Video Games/Driving & Racing Games |
| 928 | 41 | /Games/Computer & Video Games/Fighting Games |
| 1343 | 41 | /Games/Computer & Video Games/Gaming Reference & Reviews |
| 381 | 1343 | /Games/Computer & Video Games/Gaming Reference & Reviews/Video Game Cheats & Hints |
| 1859 | 1343 | /Games/Computer & Video Games/Gaming Reference & Reviews/Video Game Playthroughs |
| 935 | 41 | /Games/Computer & Video Games/Massively Multiplayer Games |
| 929 | 41 | /Games/Computer & Video Games/Music & Dance Games |
| 1799 | 41 | /Games/Computer & Video Games/Sandbox Games |
| 930 | 41 | /Games/Computer & Video Games/Shooter Games |
| 931 | 41 | /Games/Computer & Video Games/Simulation Games |
| 1497 | 931 | /Games/Computer & Video Games/Simulation Games/Business & Tycoon Games |
| 1496 | 931 | /Games/Computer & Video Games/Simulation Games/City Building Games |
| 1498 | 931 | /Games/Computer & Video Games/Simulation Games/Life Simulation Games |
| 1495 | 931 | /Games/Computer & Video Games/Simulation Games/Vehicle Simulators |
| 932 | 41 | /Games/Computer & Video Games/Sports Games |
| 1499 | 932 | /Games/Computer & Video Games/Sports Games/Sports Management Games |
| 933 | 41 | /Games/Computer & Video Games/Strategy Games |
| 1491 | 41 | /Games/Computer & Video Games/Video Game Development |
| 1342 | 41 | /Games/Computer & Video Games/Video Game Emulation |
| 1828 | 41 | /Games/Computer & Video Games/Video Game Mods & Add-Ons |
| 1146 | 41 | /Games/Computer & Video Games/Video Game Retailers |
| 1492 | 8 | /Games/Dice Games |
| 1493 | 8 | /Games/Educational Games |
| 1290 | 8 | /Games/Family-Oriented Games & Activities |
| 1397 | 1290 | /Games/Family-Oriented Games & Activities/Drawing & Coloring |
| 1173 | 1290 | /Games/Family-Oriented Games & Activities/Dress-Up & Fashion Games |
| 936 | 8 | /Games/Party Games |
| 937 | 8 | /Games/Puzzles & Brainteasers |
| 622 | 8 | /Games/Roleplaying Games |
| 938 | 8 | /Games/Table Games |
| 939 | 938 | /Games/Table Games/Billiards |
| 940 | 938 | /Games/Table Games/Table Tennis |
| 1549 | 8 | /Games/Tile Games |
| 1494 | 8 | /Games/Word Games |
| 45 | 0 | /Health |
| 623 | 45 | /Health/Aging & Geriatrics |
| 624 | 623 | /Health/Aging & Geriatrics/Alzheimer's Disease |
| 499 | 45 | /Health/Alternative & Natural Medicine |
| 1239 | 499 | /Health/Alternative & Natural Medicine/Acupuncture & Chinese Medicine |
| 1238 | 499 | /Health/Alternative & Natural Medicine/Cleansing & Detoxification |
| 419 | 45 | /Health/Health Conditions |
| 625 | 419 | /Health/Health Conditions/AIDS & HIV |
| 626 | 419 | /Health/Health Conditions/Allergies |
| 628 | 419 | /Health/Health Conditions/Arthritis |
| 630 | 419 | /Health/Health Conditions/Blood Sugar & Diabetes |
| 429 | 419 | /Health/Health Conditions/Cancer |
| 629 | 419 | /Health/Health Conditions/Cold & Flu |
| 1211 | 419 | /Health/Health Conditions/Ear Nose & Throat |
| 571 | 419 | /Health/Health Conditions/Eating Disorders |

| 1328 | 419 | /Health/Health Conditions/Endocrine Conditions |
| 1329 | 1328 | /Health/Health Conditions/Endocrine Conditions/Thyroid Conditions |
| 638 | 419 | /Health/Health Conditions/GERD & Digestive Disorders |
| 941 | 419 | /Health/Health Conditions/Genetic Disorders |
| 559 | 419 | /Health/Health Conditions/Heart & Hypertension |
| 643 | 559 | /Health/Health Conditions/Heart & Hypertension/Cholesterol Issues |
| 632 | 419 | /Health/Health Conditions/Infectious Diseases |
| 1262 | 632 | /Health/Health Conditions/Infectious Diseases/Parasites & Parasitic Diseases |
| 1263 | 632 | /Health/Health Conditions/Infectious Diseases/Vaccines & Immunizations |
| 817 | 419 | /Health/Health Conditions/Injury |
| 942 | 419 | /Health/Health Conditions/Neurological Conditions |
| 641 | 942 | /Health/Health Conditions/Neurological Conditions/Learning & Developmental Disabilities |
| 642 | 641 | /Health/Health Conditions/Neurological Conditions/Learning & Developmental Disabilities/ADD & ADHD |
| 1856 | 641 | /Health/Health Conditions/Neurological Conditions/Learning & Developmental Disabilities/Autism Spectrum Disorders |
| 818 | 419 | /Health/Health Conditions/Obesity |
| 819 | 419 | /Health/Health Conditions/Pain Management |
| 631 | 819 | /Health/Health Conditions/Pain Management/Headaches & Migraines |
| 824 | 419 | /Health/Health Conditions/Respiratory Conditions |
| 627 | 824 | /Health/Health Conditions/Respiratory Conditions/Asthma |
| 420 | 419 | /Health/Health Conditions/Skin Conditions |
| 633 | 419 | /Health/Health Conditions/Sleep Disorders |
| 254 | 45 | /Health/Health Education & Medical Training |
| 252 | 45 | /Health/Health Foundations & Medical Research |
| 251 | 45 | /Health/Medical Devices & Equipment |
| 1352 | 251 | /Health/Medical Devices & Equipment/Assistive Technology |
| 1353 | 1352 | /Health/Medical Devices & Equipment/Assistive Technology/Mobility Equipment & Accessories |
| 256 | 45 | /Health/Medical Facilities & Services |
| 634 | 256 | /Health/Medical Facilities & Services/Doctors' Offices |
| 250 | 256 | /Health/Medical Facilities & Services/Hospitals & Treatment Centers |
| 635 | 256 | /Health/Medical Facilities & Services/Medical Procedures |
| 943 | 635 | /Health/Medical Facilities & Services/Medical Procedures/Medical Tests & Exams |
| 944 | 635 | /Health/Medical Facilities & Services/Medical Procedures/Surgery |
| 238 | 944 | /Health/Medical Facilities & Services/Medical Procedures/Surgery/Cosmetic Surgery |
| 500 | 256 | /Health/Medical Facilities & Services/Physical Therapy |
| 253 | 45 | /Health/Medical Literature & Resources |
| 945 | 253 | /Health/Medical Literature & Resources/Medical Photos & Illustration |
| 636 | 45 | /Health/Men's Health |
| 437 | 45 | /Health/Mental Health |
| 639 | 437 | /Health/Mental Health/Anxiety & Stress |
| 511 | 437 | /Health/Mental Health/Counseling Services |
| 640 | 437 | /Health/Mental Health/Depression |
| 418 | 45 | /Health/Nursing |
| 649 | 418 | /Health/Nursing/Assisted Living & Long Term Care |
| 456 | 45 | /Health/Nutrition |
| 457 | 456 | /Health/Nutrition/Special & Restricted Diets |
| 1572 | 457 | /Health/Nutrition/Special & Restricted Diets/Kosher Foods |
| 1570 | 457 | /Health/Nutrition/Special & Restricted Diets/Low Carbohydrate Diets |
| 1571 | 457 | /Health/Nutrition/Special & Restricted Diets/Low Fat & Low Cholesterol Diets |
| 237 | 456 | /Health/Nutrition/Vitamins & Supplements |
| 245 | 45 | /Health/Oral & Dental Care |
| 645 | 45 | /Health/Pediatrics |
| 248 | 45 | /Health/Pharmacy |
| 646 | 248 | /Health/Pharmacy/Drugs & Medications |
| 947 | 45 | /Health/Public Health |
| 1256 | 947 | /Health/Public Health/Health Policy |
| 644 | 947 | /Health/Public Health/Occupational Health & Safety |
| 946 | 947 | /Health/Public Health/Toxic Substances & Poisoning |
| 195 | 45 | /Health/Reproductive Health |

| | | |
|---|---|---|
| 198 | 195 | /Health/Reproductive Health/Birth Control |
| 647 | 195 | /Health/Reproductive Health/Infertility |
| 202 | 195 | /Health/Reproductive Health/Male Impotence |
| 558 | 195 | /Health/Reproductive Health/OBGYN |
| 536 | 195 | /Health/Reproductive Health/Sex Education & Counseling |
| 1236 | 195 | /Health/Reproductive Health/Sexual Enhancement |
| 421 | 195 | /Health/Reproductive Health/Sexually Transmitted Diseases |
| 257 | 45 | /Health/Substance Abuse |
| 1351 | 257 | /Health/Substance Abuse/Drug & Alcohol Testing |
| 1350 | 257 | /Health/Substance Abuse/Drug & Alcohol Treatment |
| 1237 | 257 | /Health/Substance Abuse/Smoking & Smoking Cessation |
| 1235 | 257 | /Health/Substance Abuse/Steroids & Performance-Enhancing Drugs |
| 246 | 45 | /Health/Vision Care |
| 1502 | 246 | /Health/Vision Care/Eye Exams & Optometry |
| 1224 | 246 | /Health/Vision Care/Eyeglasses & Contacts |
| 1503 | 246 | /Health/Vision Care/Laser Vision Correction |
| 648 | 45 | /Health/Women's Health |
| 65 | 0 | /Hobbies & Leisure |
| 189 | 65 | /Hobbies & Leisure/Clubs & Organizations |
| 1468 | 189 | /Hobbies & Leisure/Clubs & Organizations/Fraternal Orders & Service Clubs |
| 1469 | 189 | /Hobbies & Leisure/Clubs & Organizations/Youth Organizations & Resources |
| 284 | 65 | /Hobbies & Leisure/Crafts |
| 1361 | 284 | /Hobbies & Leisure/Crafts/Art & Craft Supplies |
| 1470 | 284 | /Hobbies & Leisure/Crafts/Ceramics & Pottery |
| 1230 | 284 | /Hobbies & Leisure/Crafts/Fiber & Textile Arts |
| 1276 | 65 | /Hobbies & Leisure/Merit Prizes & Contests |
| 688 | 65 | /Hobbies & Leisure/Outdoors |
| 462 | 688 | /Hobbies & Leisure/Outdoors/Fishing |
| 542 | 688 | /Hobbies & Leisure/Outdoors/Hiking & Camping |
| 461 | 688 | /Hobbies & Leisure/Outdoors/Hunting & Shooting |
| 786 | 65 | /Hobbies & Leisure/Paintball |
| 787 | 65 | /Hobbies & Leisure/Radio Control & Modeling |
| 1590 | 787 | /Hobbies & Leisure/Radio Control & Modeling/Model Trains & Railroads |
| 999 | 65 | /Hobbies & Leisure/Recreational Aviation |
| 977 | 65 | /Hobbies & Leisure/Special Occasions |
| 1717 | 977 | /Hobbies & Leisure/Special Occasions/Anniversaries |
| 678 | 977 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events |
| 1270 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Birthdays & Name Days |
| 1246 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Carnival & Mardi Gras |
| 1274 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Christian Holidays |
| 1078 | 1274 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Christian Holidays/Christmas |
| 1123 | 1274 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Christian Holidays/Easter |
| 1079 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Halloween & October 31st |
| 1275 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Islamic Holidays |
| 1124 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Jewish Holidays |
| 1271 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/New Year |
| 1125 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Thanksgiving |
| 1122 | 678 | /Hobbies & Leisure/Special Occasions/Holidays & Seasonal Events/Valentine's Day |
| 293 | 977 | /Hobbies & Leisure/Special Occasions/Weddings |
| 1002 | 65 | /Hobbies & Leisure/Water Activities |
| 459 | 1002 | /Hobbies & Leisure/Water Activities/Boating |
| 1305 | 1002 | /Hobbies & Leisure/Water Activities/Diving & Underwater Activities |
| 689 | 1002 | /Hobbies & Leisure/Water Activities/Surf & Swim |
| 11 | 0 | /Home & Garden |
| 948 | 11 | /Home & Garden/Bed & Bath |
| 1365 | 948 | /Home & Garden/Bed & Bath/Bathroom |
| 1366 | 948 | /Home & Garden/Bed & Bath/Bedroom |
| 1369 | 1366 | /Home & Garden/Bed & Bath/Bedroom/Bedding & Bed Linens |
| 1367 | 1366 | /Home & Garden/Bed & Bath/Bedroom/Beds & Headboards |

| | | |
|---|---|---|
| 1368 | 1366 | /Home & Garden/Bed & Bath/Bedroom/Mattresses |
| 472 | 11 | /Home & Garden/Domestic Services |
| 949 | 472 | /Home & Garden/Domestic Services/Cleaning Services |
| 828 | 11 | /Home & Garden/HVAC & Climate Control |
| 1835 | 828 | /Home & Garden/HVAC & Climate Control/Air Conditioners |
| 1800 | 828 | /Home & Garden/HVAC & Climate Control/Air Filters & Purifiers |
| 1724 | 828 | /Home & Garden/HVAC & Climate Control/Fireplaces & Stoves |
| 1836 | 828 | /Home & Garden/HVAC & Climate Control/Heaters |
| 1864 | 828 | /Home & Garden/HVAC & Climate Control/Household Fans |
| 137 | 11 | /Home & Garden/Home & Interior Decor |
| 271 | 11 | /Home & Garden/Home Appliances |
| 1726 | 271 | /Home & Garden/Home Appliances/Vacuums & Floor Care |
| 1371 | 271 | /Home & Garden/Home Appliances/Water Filters & Purifiers |
| 270 | 11 | /Home & Garden/Home Furnishings |
| 1363 | 270 | /Home & Garden/Home Furnishings/Clocks |
| 1731 | 270 | /Home & Garden/Home Furnishings/Countertops |
| 1723 | 270 | /Home & Garden/Home Furnishings/Curtains & Window Treatments |
| 1721 | 270 | /Home & Garden/Home Furnishings/Kitchen & Dining Furniture |
| 272 | 270 | /Home & Garden/Home Furnishings/Lamps & Lighting |
| 1720 | 270 | /Home & Garden/Home Furnishings/Living Room Furniture |
| 1875 | 1720 | /Home & Garden/Home Furnishings/Living Room Furniture/Coffee Tables & End Tables |
| 1370 | 1720 | /Home & Garden/Home Furnishings/Living Room Furniture/Sofas & Armchairs |
| 1722 | 270 | /Home & Garden/Home Furnishings/Outdoor Furniture |
| 1362 | 270 | /Home & Garden/Home Furnishings/Rugs & Carpets |
| 158 | 11 | /Home & Garden/Home Improvement |
| 950 | 158 | /Home & Garden/Home Improvement/Construction & Power Tools |
| 827 | 158 | /Home & Garden/Home Improvement/Doors & Windows |
| 832 | 158 | /Home & Garden/Home Improvement/Flooring |
| 1232 | 158 | /Home & Garden/Home Improvement/House Painting & Finishing |
| 1421 | 158 | /Home & Garden/Home Improvement/Locks & Locksmiths |
| 1153 | 158 | /Home & Garden/Home Improvement/Plumbing |
| 1175 | 158 | /Home & Garden/Home Improvement/Roofing |
| 1732 | 11 | /Home & Garden/Home Safety & Security |
| 1837 | 1732 | /Home & Garden/Home Safety & Security/Home Alarm & Security Systems |
| 1348 | 11 | /Home & Garden/Home Storage & Shelving |
| 1730 | 1348 | /Home & Garden/Home Storage & Shelving/Cabinetry |
| 952 | 11 | /Home & Garden/Home Swimming Pools, Saunas & Spas |
| 1805 | 11 | /Home & Garden/Household Supplies |
| 1831 | 1805 | /Home & Garden/Household Supplies/Household Batteries |
| 1832 | 1805 | /Home & Garden/Household Supplies/Household Cleaning Supplies |
| 951 | 11 | /Home & Garden/Kitchen & Dining |
| 120 | 951 | /Home & Garden/Kitchen & Dining/Cookware & Diningware |
| 1870 | 120 | /Home & Garden/Kitchen & Dining/Cookware & Diningware/Cookware |
| 1373 | 1870 | /Home & Garden/Kitchen & Dining/Cookware & Diningware/Cookware/Cutlery & Cutting Accessories |
| 1871 | 1870 | /Home & Garden/Kitchen & Dining/Cookware & Diningware/Cookware/Kitchen Utensils & Gadgets |
| 1872 | 120 | /Home & Garden/Kitchen & Dining/Cookware & Diningware/Diningware |
| 1293 | 951 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances |
| 1600 | 1293 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances/Dishwashers |
| 1604 | 1293 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances/Kitchen Hoods & Vents |
| 1601 | 1293 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances/Microwaves |
| 1602 | 1293 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances/Ranges, Cooktops & Ovens |
| 1603 | 1293 | /Home & Garden/Kitchen & Dining/Major Kitchen Appliances/Refrigerators & Freezers |
| 1292 | 951 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances |
| 1605 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Blenders & Juicers |
| 1606 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Bread Makers |
| 1607 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Coffee & Espresso Makers |
| 1729 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Food Mixers |
| 1608 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Food Processors |
| 1609 | 1292 | /Home & Garden/Kitchen & Dining/Small Kitchen Appliances/Toasters & Toaster Ovens |

| | | |
|---|---|---|
| 1364 | 11 | /Home & Garden/Laundry |
| 1725 | 1364 | /Home & Garden/Laundry/Washers & Dryers |
| 1372 | 11 | /Home & Garden/Nursery & Playroom |
| 953 | 11 | /Home & Garden/Patio, Lawn & Garden |
| 1727 | 953 | /Home & Garden/Patio, Lawn & Garden/Barbecues & Grills |
| 1876 | 953 | /Home & Garden/Patio, Lawn & Garden/Garden Structures |
| 269 | 953 | /Home & Garden/Patio, Lawn & Garden/Gardening |
| 1753 | 953 | /Home & Garden/Patio, Lawn & Garden/Landscape Design |
| 1752 | 953 | /Home & Garden/Patio, Lawn & Garden/Yard Maintenance |
| 1728 | 1752 | /Home & Garden/Patio, Lawn & Garden/Yard Maintenance/Lawn Mowers |
| 471 | 11 | /Home & Garden/Pest Control |
| 13 | 0 | /Internet & Telecom |
| 385 | 13 | /Internet & Telecom/Communications Equipment |
| 1182 | 385 | /Internet & Telecom/Communications Equipment/Radio Equipment |
| 394 | 13 | /Internet & Telecom/Email & Messaging |
| 1522 | 394 | /Internet & Telecom/Email & Messaging/Electronic Spam |
| 1838 | 394 | /Internet & Telecom/Email & Messaging/Email |
| 1379 | 394 | /Internet & Telecom/Email & Messaging/Text & Instant Messaging |
| 386 | 394 | /Internet & Telecom/Email & Messaging/Voice & Video Chat |
| 382 | 13 | /Internet & Telecom/Mobile & Wireless |
| 1171 | 382 | /Internet & Telecom/Mobile & Wireless/Mobile & Wireless Accessories |
| 1170 | 1171 | /Internet & Telecom/Mobile & Wireless/Mobile & Wireless Accessories/Bluetooth Accessories |
| 1109 | 382 | /Internet & Telecom/Mobile & Wireless/Mobile Apps & Add-Ons |
| 1461 | 1109 | /Internet & Telecom/Mobile & Wireless/Mobile Apps & Add-Ons/Android Apps |
| 532 | 1109 | /Internet & Telecom/Mobile & Wireless/Mobile Apps & Add-Ons/Ringtones & Mobile Themes |
| 1462 | 1109 | /Internet & Telecom/Mobile & Wireless/Mobile Apps & Add-Ons/iOS Apps |
| 390 | 382 | /Internet & Telecom/Mobile & Wireless/Mobile Phones |
| 1839 | 390 | /Internet & Telecom/Mobile & Wireless/Mobile Phones/Mobile Phone Repair & Services |
| 1071 | 390 | /Internet & Telecom/Mobile & Wireless/Mobile Phones/Smart Phones |
| 485 | 13 | /Internet & Telecom/Search Engines |
| 1234 | 485 | /Internet & Telecom/Search Engines/People Search |
| 383 | 13 | /Internet & Telecom/Service Providers |
| 501 | 383 | /Internet & Telecom/Service Providers/Cable & Satellite Providers |
| 104 | 383 | /Internet & Telecom/Service Providers/ISPs |
| 1463 | 383 | /Internet & Telecom/Service Providers/Internet Cafes |
| 384 | 383 | /Internet & Telecom/Service Providers/Phone Service Providers |
| 389 | 384 | /Internet & Telecom/Service Providers/Phone Service Providers/Calling Cards |
| 392 | 13 | /Internet & Telecom/Teleconferencing |
| 1142 | 13 | /Internet & Telecom/Web Apps & Online Tools |
| 301 | 13 | /Internet & Telecom/Web Portals |
| 302 | 13 | /Internet & Telecom/Web Services |
| 326 | 302 | /Internet & Telecom/Web Services/Affiliate Programs |
| 1464 | 302 | /Internet & Telecom/Web Services/Cloud Storage |
| 84 | 302 | /Internet & Telecom/Web Services/Search Engine Optimization & Marketing |
| 422 | 302 | /Internet & Telecom/Web Services/Web Design & Development |
| 53 | 302 | /Internet & Telecom/Web Services/Web Hosting & Domain Registration |
| 1745 | 53 | /Internet & Telecom/Web Services/Web Hosting & Domain Registration/Domain Registration |
| 1746 | 53 | /Internet & Telecom/Web Services/Web Hosting & Domain Registration/Web Hosting |
| 675 | 302 | /Internet & Telecom/Web Services/Web Stats & Analytics |
| 958 | 0 | /Jobs & Education |
| 74 | 958 | /Jobs & Education/Education |
| 1289 | 74 | /Jobs & Education/Education/Academic Conferences & Publications |
| 1015 | 74 | /Jobs & Education/Education/Alumni & Reunions |
| 372 | 74 | /Jobs & Education/Education/Colleges & Universities |
| 1465 | 372 | /Jobs & Education/Education/Colleges & Universities/Fraternities, Sororities & Student Societies |
| 1229 | 74 | /Jobs & Education/Education/Computer Education |
| 367 | 74 | /Jobs & Education/Education/Distance Learning |
| 1012 | 74 | /Jobs & Education/Education/Early Childhood Education |
| 1579 | 1012 | /Jobs & Education/Education/Early Childhood Education/Preschool |

| | | |
|---|---|---|
| 791 | 74 | /Jobs & Education/Education/Homeschooling |
| 1840 | 74 | /Jobs & Education/Education/Open Online Courses |
| 371 | 74 | /Jobs & Education/Education/Primary & Secondary Schooling (K-12) |
| 1801 | 74 | /Jobs & Education/Education/Private Tutoring Services |
| 1118 | 74 | /Jobs & Education/Education/Special Education |
| 373 | 74 | /Jobs & Education/Education/Standardized & Admissions Tests |
| 1308 | 74 | /Jobs & Education/Education/Study Abroad |
| 700 | 74 | /Jobs & Education/Education/Teaching & Classroom Resources |
| 1466 | 700 | /Jobs & Education/Education/Teaching & Classroom Resources/Lesson Plans |
| 1467 | 700 | /Jobs & Education/Education/Teaching & Classroom Resources/School Supplies & Classroom Equipment |
| 1388 | 74 | /Jobs & Education/Education/Training & Certification |
| 369 | 74 | /Jobs & Education/Education/Vocational & Continuing Education |
| 1471 | 958 | /Jobs & Education/Internships |
| 60 | 958 | /Jobs & Education/Jobs |
| 959 | 60 | /Jobs & Education/Jobs/Career Resources & Planning |
| 960 | 60 | /Jobs & Education/Jobs/Job Listings |
| 1472 | 960 | /Jobs & Education/Jobs/Job Listings/Accounting & Finance Jobs |
| 1473 | 960 | /Jobs & Education/Jobs/Job Listings/Clerical & Administrative Jobs |
| 1474 | 960 | /Jobs & Education/Jobs/Job Listings/Education Jobs |
| 1475 | 960 | /Jobs & Education/Jobs/Job Listings/Executive & Management Jobs |
| 1476 | 960 | /Jobs & Education/Jobs/Job Listings/Government & Public Sector Jobs |
| 1477 | 960 | /Jobs & Education/Jobs/Job Listings/Health & Medical Jobs |
| 802 | 960 | /Jobs & Education/Jobs/Job Listings/IT & Technical Jobs |
| 1478 | 960 | /Jobs & Education/Jobs/Job Listings/Legal Jobs |
| 1479 | 960 | /Jobs & Education/Jobs/Job Listings/Retail Jobs |
| 1481 | 960 | /Jobs & Education/Jobs/Job Listings/Sales & Marketing Jobs |
| 1480 | 960 | /Jobs & Education/Jobs/Job Listings/Temporary & Seasonal Jobs |
| 961 | 60 | /Jobs & Education/Jobs/Resumes & Portfolios |
| 19 | 0 | /Law & Government |
| 76 | 19 | /Law & Government/Government |
| 1075 | 76 | /Law & Government/Government/Courts & Judiciary |
| 962 | 76 | /Law & Government/Government/Embassies & Consulates |
| 963 | 76 | /Law & Government/Government/Executive Branch |
| 1387 | 76 | /Law & Government/Government/Government Agencies |
| 1385 | 76 | /Law & Government/Government/Government Contracting & Procurement |
| 1221 | 76 | /Law & Government/Government/Intelligence & Counterterrorism |
| 964 | 76 | /Law & Government/Government/Legislative Branch |
| 1386 | 76 | /Law & Government/Government/Lobbying |
| 965 | 76 | /Law & Government/Government/Multilateral Organizations |
| 1161 | 76 | /Law & Government/Government/Public Finance |
| 1316 | 76 | /Law & Government/Government/Public Policy |
| 702 | 76 | /Law & Government/Government/Royalty |
| 966 | 76 | /Law & Government/Government/State & Local Government |
| 555 | 76 | /Law & Government/Government/Visa & Immigration |
| 75 | 19 | /Law & Government/Legal |
| 427 | 75 | /Law & Government/Legal/Accident & Personal Injury Law |
| 423 | 75 | /Law & Government/Legal/Bankruptcy |
| 1272 | 75 | /Law & Government/Legal/Business & Corporate Law |
| 967 | 75 | /Law & Government/Legal/Constitutional Law & Civil Rights |
| 424 | 75 | /Law & Government/Legal/Criminal Law |
| 522 | 75 | /Law & Government/Legal/Family Law |
| 426 | 75 | /Law & Government/Legal/Intellectual Property |
| 701 | 75 | /Law & Government/Legal/Labor & Employment Law |
| 792 | 75 | /Law & Government/Legal/Legal Education |
| 969 | 75 | /Law & Government/Legal/Legal Services |
| 970 | 75 | /Law & Government/Legal/Product Liability |
| 1705 | 75 | /Law & Government/Legal/Real Estate Law |
| 366 | 19 | /Law & Government/Military |
| 1247 | 366 | /Law & Government/Military/Air Force |

| | | |
|---|---|---|
| 1248 | 366 | /Law & Government/Military/Army |
| 1250 | 366 | /Law & Government/Military/Marines |
| 1249 | 366 | /Law & Government/Military/Navy |
| 793 | 366 | /Law & Government/Military/Veterans |
| 166 | 19 | /Law & Government/Public Safety |
| 704 | 166 | /Law & Government/Public Safety/Crime & Justice |
| 1181 | 704 | /Law & Government/Public Safety/Crime & Justice/Corporate & Financial Crime |
| 1312 | 704 | /Law & Government/Public Safety/Crime & Justice/Gangs & Organized Crime |
| 1284 | 704 | /Law & Government/Public Safety/Crime & Justice/Prisons & Corrections |
| 168 | 166 | /Law & Government/Public Safety/Emergency Services |
| 535 | 166 | /Law & Government/Public Safety/Law Enforcement |
| 705 | 166 | /Law & Government/Public Safety/Security Products & Services |
| 508 | 19 | /Law & Government/Social Services |
| 706 | 508 | /Law & Government/Social Services/Welfare & Unemployment |
| 16 | 0 | /News |
| 112 | 16 | /News/Broadcast & Network News |
| 784 | 16 | /News/Business News |
| 1179 | 784 | /News/Business News/Company News |
| 1240 | 1179 | /News/Business News/Company News/Company Earnings |
| 1241 | 1179 | /News/Business News/Company News/Mergers & Acquisitions |
| 1164 | 784 | /News/Business News/Economy News |
| 1163 | 784 | /News/Business News/Financial Markets News |
| 1165 | 784 | /News/Business News/Fiscal Policy News |
| 507 | 16 | /News/Gossip & Tabloid News |
| 1259 | 507 | /News/Gossip & Tabloid News/Scandals & Investigations |
| 1253 | 16 | /News/Health News |
| 1204 | 16 | /News/Journalism & News Industry |
| 572 | 16 | /News/Local News |
| 408 | 16 | /News/Newspapers |
| 396 | 16 | /News/Politics |
| 398 | 396 | /News/Politics/Campaigns & Elections |
| 1203 | 396 | /News/Politics/Media Critics & Watchdogs |
| 1201 | 396 | /News/Politics/Opinion & Commentary |
| 1202 | 396 | /News/Politics/Political Polls & Surveys |
| 410 | 396 | /News/Politics/Politics (Left) |
| 409 | 396 | /News/Politics/Politics (Right) |
| 1077 | 16 | /News/Sports News |
| 785 | 16 | /News/Technology News |
| 63 | 16 | /News/Weather |
| 1209 | 16 | /News/World News |
| 299 | 0 | /Online Communities |
| 504 | 299 | /Online Communities/Blogging Resources & Services |
| 1381 | 504 | /Online Communities/Blogging Resources & Services/Microblogging |
| 55 | 299 | /Online Communities/Dating & Personals |
| 546 | 55 | /Online Communities/Dating & Personals/Matrimonial Services |
| 102 | 55 | /Online Communities/Dating & Personals/Personals |
| 320 | 55 | /Online Communities/Dating & Personals/Photo Rating Sites |
| 1482 | 299 | /Online Communities/Feed Aggregation & Social Bookmarking |
| 321 | 299 | /Online Communities/File Sharing & Hosting |
| 191 | 299 | /Online Communities/Forum & Chat Providers |
| 43 | 299 | /Online Communities/Online Goodies |
| 1223 | 43 | /Online Communities/Online Goodies/Clip Art & Animated GIFs |
| 578 | 43 | /Online Communities/Online Goodies/Skins, Themes & Wallpapers |
| 847 | 43 | /Online Communities/Online Goodies/Social Network Apps & Add-Ons |
| 582 | 299 | /Online Communities/Online Journals & Personal Sites |
| 275 | 299 | /Online Communities/Photo & Video Sharing |
| 978 | 275 | /Online Communities/Photo & Video Sharing/Photo & Image Sharing |
| 979 | 275 | /Online Communities/Photo & Video Sharing/Video Sharing |
| 529 | 299 | /Online Communities/Social Networks |

| | | |
|---|---|---|
| 972 | 299 | /Online Communities/Virtual Worlds |
| 14 | 0 | /People & Society |
| 677 | 14 | /People & Society/Disabled & Special Needs |
| 56 | 14 | /People & Society/Ethnic & Identity Groups |
| 579 | 56 | /People & Society/Ethnic & Identity Groups/Africans & Diaspora |
| 547 | 579 | /People & Society/Ethnic & Identity Groups/Africans & Diaspora/African-Americans |
| 556 | 56 | /People & Society/Ethnic & Identity Groups/Arabs & Middle Easterners |
| 1257 | 56 | /People & Society/Ethnic & Identity Groups/Asians & Diaspora |
| 549 | 1257 | /People & Society/Ethnic & Identity Groups/Asians & Diaspora/East Asians & Diaspora |
| 528 | 1257 | /People & Society/Ethnic & Identity Groups/Asians & Diaspora/South Asians & Diaspora |
| 580 | 1257 | /People & Society/Ethnic & Identity Groups/Asians & Diaspora/Southeast Asians & Pacific Islanders |
| 682 | 56 | /People & Society/Ethnic & Identity Groups/Eastern Europeans |
| 973 | 56 | /People & Society/Ethnic & Identity Groups/Expatriate Communities |
| 681 | 56 | /People & Society/Ethnic & Identity Groups/Indigenous Peoples |
| 171 | 681 | /People & Society/Ethnic & Identity Groups/Indigenous Peoples/Native Americans |
| 550 | 56 | /People & Society/Ethnic & Identity Groups/Jewish Culture |
| 548 | 56 | /People & Society/Ethnic & Identity Groups/Latinos & Latin-Americans |
| 113 | 56 | /People & Society/Ethnic & Identity Groups/Lesbian, Gay, Bisexual & Transgender |
| 683 | 56 | /People & Society/Ethnic & Identity Groups/Western Europeans |
| 1131 | 14 | /People & Society/Family & Relationships |
| 1304 | 1131 | /People & Society/Family & Relationships/Etiquette |
| 1132 | 1131 | /People & Society/Family & Relationships/Family |
| 400 | 1132 | /People & Society/Family & Relationships/Family/Ancestry & Genealogy |
| 1231 | 1132 | /People & Society/Family & Relationships/Family/Baby & Pet Names |
| 58 | 1132 | /People & Society/Family & Relationships/Family/Parenting |
| 974 | 58 | /People & Society/Family & Relationships/Family/Parenting/Adoption |
| 1374 | 58 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers |
| 1585 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Baby & Toddler Toys |
| 115 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Baby Care & Hygiene |
| 1584 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Baby Feeding |
| 1738 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Baby Strollers & Transport |
| 1741 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Child Car Seats |
| 1735 | 1374 | /People & Society/Family & Relationships/Family/Parenting/Babies & Toddlers/Diapering & Potty Training |
| 403 | 58 | /People & Society/Family & Relationships/Family/Parenting/Child Care |
| 401 | 58 | /People & Society/Family & Relationships/Family/Parenting/Pregnancy & Maternity |
| 402 | 58 | /People & Society/Family & Relationships/Family/Parenting/Youth Camps |
| 1134 | 1131 | /People & Society/Family & Relationships/Friendship |
| 1133 | 1131 | /People & Society/Family & Relationships/Marriage |
| 1135 | 1131 | /People & Society/Family & Relationships/Romance |
| 1260 | 1131 | /People & Society/Family & Relationships/Troubled Relationships |
| 1261 | 1260 | /People & Society/Family & Relationships/Troubled Relationships/Divorce & Separation |
| 594 | 14 | /People & Society/Men's Interests |
| 525 | 594 | /People & Society/Men's Interests/Men's Interests (Mature) |
| 59 | 14 | /People & Society/Religion & Belief |
| 448 | 59 | /People & Society/Religion & Belief/Astrology & Divination |
| 862 | 59 | /People & Society/Religion & Belief/Buddhism |
| 864 | 59 | /People & Society/Religion & Belief/Christianity |
| 866 | 59 | /People & Society/Religion & Belief/Hinduism |
| 868 | 59 | /People & Society/Religion & Belief/Islam |
| 869 | 59 | /People & Society/Religion & Belief/Judaism |
| 1803 | 59 | /People & Society/Religion & Belief/Mindfulness & Meditation |
| 1258 | 59 | /People & Society/Religion & Belief/Pagan & Esoteric Traditions |
| 1296 | 59 | /People & Society/Religion & Belief/Places of Worship |
| 1251 | 59 | /People & Society/Religion & Belief/Scientology |
| 975 | 59 | /People & Society/Religion & Belief/Skeptics & Non-Believers |
| 101 | 59 | /People & Society/Religion & Belief/Spirituality |
| 1340 | 59 | /People & Society/Religion & Belief/Theology & Religious Study |
| 870 | 14 | /People & Society/Self-Help & Motivational |
| 298 | 14 | /People & Society/Seniors & Retirement |

| | | |
|---|---|---|
| 54 | 14 | /People & Society/Social Issues & Advocacy |
| 57 | 54 | /People & Society/Social Issues & Advocacy/Charity & Philanthropy |
| 1205 | 54 | /People & Society/Social Issues & Advocacy/Discrimination & Identity Relations |
| 1314 | 54 | /People & Society/Social Issues & Advocacy/Drug Laws & Policy |
| 1483 | 54 | /People & Society/Social Issues & Advocacy/Ethics |
| 82 | 54 | /People & Society/Social Issues & Advocacy/Green Living & Environmental Issues |
| 1166 | 54 | /People & Society/Social Issues & Advocacy/Housing & Development |
| 1280 | 54 | /People & Society/Social Issues & Advocacy/Human Rights & Liberties |
| 1313 | 54 | /People & Society/Social Issues & Advocacy/Immigration Policy & Border Issues |
| 1127 | 54 | /People & Society/Social Issues & Advocacy/Poverty & Hunger |
| 1281 | 54 | /People & Society/Social Issues & Advocacy/Privacy Issues |
| 976 | 54 | /People & Society/Social Issues & Advocacy/Reproductive Rights |
| 1301 | 54 | /People & Society/Social Issues & Advocacy/Same-Sex Marriage |
| 703 | 54 | /People & Society/Social Issues & Advocacy/Work & Labor Issues |
| 1121 | 703 | /People & Society/Social Issues & Advocacy/Work & Labor Issues/Unions & Labor Movement |
| 509 | 14 | /People & Society/Social Sciences |
| 1484 | 509 | /People & Society/Social Sciences/Anthropology |
| 1485 | 509 | /People & Society/Social Sciences/Archaeology |
| 1302 | 509 | /People & Society/Social Sciences/Communications & Media Studies |
| 1303 | 1302 | /People & Society/Social Sciences/Communications & Media Studies/Public Speaking |
| 510 | 509 | /People & Society/Social Sciences/Demographics |
| 520 | 509 | /People & Society/Social Sciences/Economics |
| 1641 | 509 | /People & Society/Social Sciences/Political Science |
| 521 | 1641 | /People & Society/Social Sciences/Political Science/International Relations |
| 543 | 509 | /People & Society/Social Sciences/Psychology |
| 502 | 14 | /People & Society/Subcultures & Niche Interests |
| 503 | 502 | /People & Society/Subcultures & Niche Interests/Goth Subculture |
| 676 | 502 | /People & Society/Subcultures & Niche Interests/Science Fiction & Fantasy |
| 325 | 14 | /People & Society/Women's Interests |
| 66 | 0 | /Pets & Animals |
| 882 | 66 | /Pets & Animals/Animal Products & Services |
| 883 | 882 | /Pets & Animals/Animal Products & Services/Animal Welfare |
| 379 | 882 | /Pets & Animals/Animal Products & Services/Pet Food & Pet Care Supplies |
| 380 | 882 | /Pets & Animals/Animal Products & Services/Veterinarians |
| 563 | 66 | /Pets & Animals/Pets |
| 884 | 563 | /Pets & Animals/Pets/Birds |
| 885 | 563 | /Pets & Animals/Pets/Cats |
| 886 | 563 | /Pets & Animals/Pets/Dogs |
| 607 | 563 | /Pets & Animals/Pets/Exotic Pets |
| 887 | 563 | /Pets & Animals/Pets/Fish & Aquaria |
| 888 | 563 | /Pets & Animals/Pets/Horses |
| 889 | 563 | /Pets & Animals/Pets/Rabbits & Rodents |
| 890 | 563 | /Pets & Animals/Pets/Reptiles & Amphibians |
| 119 | 66 | /Pets & Animals/Wildlife |
| 29 | 0 | /Real Estate |
| 687 | 29 | /Real Estate/Property Development |
| 1080 | 29 | /Real Estate/Real Estate Listings |
| 1460 | 1080 | /Real Estate/Real Estate Listings/Bank-Owned & Foreclosed Properties |
| 1178 | 1080 | /Real Estate/Real Estate Listings/Commercial Properties |
| 1707 | 1080 | /Real Estate/Real Estate Listings/Lots & Land |
| 378 | 1080 | /Real Estate/Real Estate Listings/Residential Rentals |
| 1708 | 378 | /Real Estate/Real Estate Listings/Residential Rentals/Furnished Rentals |
| 1709 | 378 | /Real Estate/Real Estate Listings/Residential Rentals/Roommates & Shares |
| 1710 | 1080 | /Real Estate/Real Estate Listings/Residential Sales |
| 1713 | 1710 | /Real Estate/Real Estate Listings/Residential Sales/Condos & Townhomes |
| 1715 | 1710 | /Real Estate/Real Estate Listings/Residential Sales/New Homes & Custom Homes |
| 1081 | 1080 | /Real Estate/Real Estate Listings/Timeshares & Vacation Properties |
| 1712 | 29 | /Real Estate/Real Estate Services |
| 463 | 1712 | /Real Estate/Real Estate Services/Property Inspections & Appraisals |

| | | |
|---|---|---|
| 425 | 1712 | /Real Estate/Real Estate Services/Property Management |
| 96 | 1712 | /Real Estate/Real Estate Services/Real Estate Agencies |
| 1716 | 1712 | /Real Estate/Real Estate Services/Real Estate Title & Escrow |
| 533 | 0 | /Reference |
| 527 | 533 | /Reference/Directories & Listings |
| 377 | 527 | /Reference/Directories & Listings/Business & Personal Listings |
| 980 | 533 | /Reference/General Reference |
| 690 | 980 | /Reference/General Reference/Biographies & Quotations |
| 691 | 980 | /Reference/General Reference/Calculators & Reference Tools |
| 692 | 980 | /Reference/General Reference/Dictionaries & Encyclopedias |
| 374 | 980 | /Reference/General Reference/Educational Resources |
| 693 | 980 | /Reference/General Reference/Forms Guides & Templates |
| 1137 | 693 | /Reference/General Reference/Forms Guides & Templates/Legal Forms |
| 694 | 980 | /Reference/General Reference/How-To, DIY & Expert Content |
| 1136 | 980 | /Reference/General Reference/Public Records |
| 695 | 980 | /Reference/General Reference/Time & Calendars |
| 1084 | 533 | /Reference/Geographic Reference |
| 1014 | 1084 | /Reference/Geographic Reference/City & Local Guides |
| 268 | 1084 | /Reference/Geographic Reference/Maps |
| 474 | 533 | /Reference/Humanities |
| 433 | 474 | /Reference/Humanities/History |
| 1288 | 433 | /Reference/Humanities/History/Military History |
| 609 | 474 | /Reference/Humanities/Myth & Folklore |
| 1093 | 474 | /Reference/Humanities/Philosophy |
| 108 | 533 | /Reference/Language Resources |
| 1264 | 108 | /Reference/Language Resources/Foreign Language Resources |
| 1266 | 1264 | /Reference/Language Resources/Foreign Language Resources/Foreign Language Study |
| 1265 | 1264 | /Reference/Language Resources/Foreign Language Resources/Translation Tools & Resources |
| 375 | 533 | /Reference/Libraries & Museums |
| 1520 | 375 | /Reference/Libraries & Museums/Libraries |
| 1519 | 375 | /Reference/Libraries & Museums/Museums |
| 1233 | 533 | /Reference/Technical Reference |
| 174 | 0 | /Science |
| 435 | 174 | /Science/Astronomy |
| 440 | 174 | /Science/Biological Sciences |
| 788 | 440 | /Science/Biological Sciences/Anatomy |
| 981 | 440 | /Science/Biological Sciences/Flora & Fauna |
| 1278 | 981 | /Science/Biological Sciences/Flora & Fauna/Insects & Entomology |
| 982 | 440 | /Science/Biological Sciences/Genetics |
| 1226 | 440 | /Science/Biological Sciences/Neuroscience |
| 505 | 174 | /Science/Chemistry |
| 1227 | 174 | /Science/Computer Science |
| 1299 | 1227 | /Science/Computer Science/Machine Learning & Artificial Intelligence |
| 1168 | 174 | /Science/Earth Sciences |
| 1254 | 1168 | /Science/Earth Sciences/Atmospheric Science |
| 443 | 1168 | /Science/Earth Sciences/Geology |
| 1169 | 1168 | /Science/Earth Sciences/Paleontology |
| 441 | 1168 | /Science/Earth Sciences/Water & Marine Sciences |
| 442 | 174 | /Science/Ecology & Environment |
| 1255 | 442 | /Science/Ecology & Environment/Climate Change & Global Warming |
| 231 | 174 | /Science/Engineering & Technology |
| 1844 | 231 | /Science/Engineering & Technology/Augmented & Virtual Reality |
| 1141 | 231 | /Science/Engineering & Technology/Robotics |
| 436 | 174 | /Science/Mathematics |
| 1252 | 436 | /Science/Mathematics/Statistics |
| 444 | 174 | /Science/Physics |
| 445 | 174 | /Science/Scientific Equipment |
| 446 | 174 | /Science/Scientific Institutions |
| 18 | 0 | /Shopping |

| | | |
|---|---|---|
| 64 | 18 | /Shopping/Antiques & Collectibles |
| 68 | 18 | /Shopping/Apparel |
| 1228 | 68 | /Shopping/Apparel/Apparel Services |
| 983 | 68 | /Shopping/Apparel/Athletic Apparel |
| 1407 | 983 | /Shopping/Apparel/Athletic Apparel/Cycling Apparel |
| 984 | 68 | /Shopping/Apparel/Casual Apparel |
| 1845 | 984 | /Shopping/Apparel/Casual Apparel/Denim Wear |
| 428 | 984 | /Shopping/Apparel/Casual Apparel/T-Shirts |
| 985 | 68 | /Shopping/Apparel/Children's Clothing |
| 124 | 68 | /Shopping/Apparel/Clothing Accessories |
| 350 | 124 | /Shopping/Apparel/Clothing Accessories/Gems & Jewelry |
| 1860 | 350 | /Shopping/Apparel/Clothing Accessories/Gems & Jewelry/Necklaces |
| 1486 | 350 | /Shopping/Apparel/Clothing Accessories/Gems & Jewelry/Rings |
| 986 | 124 | /Shopping/Apparel/Clothing Accessories/Handbags & Purses |
| 1861 | 124 | /Shopping/Apparel/Clothing Accessories/Socks & Hosiery |
| 987 | 124 | /Shopping/Apparel/Clothing Accessories/Watches |
| 988 | 68 | /Shopping/Apparel/Costumes |
| 989 | 68 | /Shopping/Apparel/Eyewear |
| 1487 | 989 | /Shopping/Apparel/Eyewear/Sunglasses |
| 697 | 68 | /Shopping/Apparel/Footwear |
| 1488 | 697 | /Shopping/Apparel/Footwear/Athletic Shoes |
| 1489 | 697 | /Shopping/Apparel/Footwear/Boots |
| 1490 | 697 | /Shopping/Apparel/Footwear/Casual Shoes |
| 990 | 68 | /Shopping/Apparel/Formal Wear |
| 1597 | 990 | /Shopping/Apparel/Formal Wear/Bridal Wear |
| 991 | 68 | /Shopping/Apparel/Headwear |
| 992 | 68 | /Shopping/Apparel/Men's Clothing |
| 993 | 68 | /Shopping/Apparel/Outerwear |
| 1855 | 68 | /Shopping/Apparel/Pants & Shorts |
| 1874 | 68 | /Shopping/Apparel/Shirts & Tops |
| 994 | 68 | /Shopping/Apparel/Sleepwear |
| 1598 | 68 | /Shopping/Apparel/Suits & Business Attire |
| 995 | 68 | /Shopping/Apparel/Swimwear |
| 530 | 68 | /Shopping/Apparel/Undergarments |
| 996 | 68 | /Shopping/Apparel/Uniforms & Workwear |
| 997 | 68 | /Shopping/Apparel/Women's Clothing |
| 1632 | 997 | /Shopping/Apparel/Women's Clothing/Dresses |
| 1631 | 997 | /Shopping/Apparel/Women's Clothing/Skirts |
| 292 | 18 | /Shopping/Auctions |
| 61 | 18 | /Shopping/Classifieds |
| 69 | 18 | /Shopping/Consumer Resources |
| 97 | 69 | /Shopping/Consumer Resources/Consumer Advocacy & Protection |
| 365 | 69 | /Shopping/Consumer Resources/Coupons & Discount Offers |
| 450 | 69 | /Shopping/Consumer Resources/Customer Services |
| 1309 | 450 | /Shopping/Consumer Resources/Customer Services/Loyalty Cards & Programs |
| 567 | 450 | /Shopping/Consumer Resources/Customer Services/Technical Support & Repair |
| 451 | 450 | /Shopping/Consumer Resources/Customer Services/Warranties & Service Contracts |
| 1504 | 69 | /Shopping/Consumer Resources/Identity Theft Protection |
| 353 | 69 | /Shopping/Consumer Resources/Product Reviews & Price Comparisons |
| 352 | 353 | /Shopping/Consumer Resources/Product Reviews & Price Comparisons/Price Comparisons |
| 1505 | 18 | /Shopping/Discount & Outlet Stores |
| 1143 | 18 | /Shopping/Entertainment Media |
| 1144 | 1143 | /Shopping/Entertainment Media/Entertainment Media Rentals |
| 70 | 18 | /Shopping/Gifts & Special Event Items |
| 1506 | 70 | /Shopping/Gifts & Special Event Items/Custom & Personalized Items |
| 323 | 70 | /Shopping/Gifts & Special Event Items/Flowers |
| 99 | 70 | /Shopping/Gifts & Special Event Items/Gifts |
| 1756 | 99 | /Shopping/Gifts & Special Event Items/Gifts/Gift Baskets |
| 100 | 70 | /Shopping/Gifts & Special Event Items/Greeting Cards |

| | | |
|---|---|---|
| 324 | 70 | /Shopping/Gifts & Special Event Items/Party & Holiday Supplies |
| 1507 | 18 | /Shopping/Green & Eco-Friendly Shopping |
| 696 | 18 | /Shopping/Luxury Goods |
| 73 | 18 | /Shopping/Mass Merchants & Department Stores |
| 576 | 18 | /Shopping/Photo & Video Services |
| 1757 | 576 | /Shopping/Photo & Video Services/Event & Studio Photography |
| 1758 | 576 | /Shopping/Photo & Video Services/Photo Printing Services |
| 574 | 576 | /Shopping/Photo & Video Services/Stock Photography |
| 531 | 18 | /Shopping/Shopping Portals |
| 1210 | 18 | /Shopping/Swap Meets & Outdoor Markets |
| 432 | 18 | /Shopping/Toys |
| 1580 | 432 | /Shopping/Toys/Action Figures |
| 1581 | 432 | /Shopping/Toys/Building Toys |
| 1587 | 432 | /Shopping/Toys/Die-cast & Toy Vehicles |
| 1582 | 432 | /Shopping/Toys/Dolls & Accessories |
| 1588 | 432 | /Shopping/Toys/Outdoor Toys & Play Equipment |
| 1589 | 432 | /Shopping/Toys/Puppets |
| 1586 | 432 | /Shopping/Toys/Ride-On Toys & Wagons |
| 1583 | 432 | /Shopping/Toys/Stuffed Toys |
| 1225 | 18 | /Shopping/Wholesalers & Liquidators |
| 20 | 0 | /Sports |
| 1666 | 20 | /Sports/Animal Sports |
| 568 | 1666 | /Sports/Animal Sports/Equestrian |
| 1073 | 20 | /Sports/College Sports |
| 514 | 20 | /Sports/Combat Sports |
| 515 | 514 | /Sports/Combat Sports/Boxing |
| 1669 | 514 | /Sports/Combat Sports/Fencing |
| 516 | 514 | /Sports/Combat Sports/Martial Arts |
| 1670 | 516 | /Sports/Combat Sports/Martial Arts/Capoeira |
| 1671 | 516 | /Sports/Combat Sports/Martial Arts/Chinese Martial Arts |
| 1676 | 1671 | /Sports/Combat Sports/Martial Arts/Chinese Martial Arts/Tai Chi & Internal Martial Arts |
| 1672 | 516 | /Sports/Combat Sports/Martial Arts/Japanese Martial Arts |
| 1677 | 1672 | /Sports/Combat Sports/Martial Arts/Japanese Martial Arts/Jujutsu |
| 1678 | 1672 | /Sports/Combat Sports/Martial Arts/Japanese Martial Arts/Karate |
| 1673 | 516 | /Sports/Combat Sports/Martial Arts/Kickboxing |
| 1674 | 516 | /Sports/Combat Sports/Martial Arts/Mixed Martial Arts |
| 1679 | 1674 | /Sports/Combat Sports/Martial Arts/Mixed Martial Arts/Ultimate Fighting Championship (UFC) |
| 1675 | 516 | /Sports/Combat Sports/Martial Arts/Taekwondo |
| 512 | 514 | /Sports/Combat Sports/Wrestling |
| 1680 | 512 | /Sports/Combat Sports/Wrestling/Amateur & Sport Wrestling |
| 1681 | 512 | /Sports/Combat Sports/Wrestling/Professional Wrestling |
| 1682 | 1681 | /Sports/Combat Sports/Wrestling/Professional Wrestling/World Wrestling Entertainment (WWE) |
| 554 | 20 | /Sports/Extreme Sports |
| 1683 | 554 | /Sports/Extreme Sports/Climbing & Mountaineering |
| 998 | 20 | /Sports/Fantasy Sports |
| 1000 | 20 | /Sports/Individual Sports |
| 1016 | 1000 | /Sports/Individual Sports/Bowling |
| 458 | 1000 | /Sports/Individual Sports/Cycling |
| 261 | 1000 | /Sports/Individual Sports/Golf |
| 519 | 1000 | /Sports/Individual Sports/Gymnastics |
| 262 | 1000 | /Sports/Individual Sports/Racquet Sports |
| 1376 | 262 | /Sports/Individual Sports/Racquet Sports/Tennis |
| 541 | 1000 | /Sports/Individual Sports/Running & Walking |
| 1126 | 1000 | /Sports/Individual Sports/Skate Sports |
| 518 | 1000 | /Sports/Individual Sports/Track & Field |
| 1198 | 20 | /Sports/International Sports Competitions |
| 513 | 1198 | /Sports/International Sports Competitions/Olympics |
| 180 | 20 | /Sports/Motor Sports |
| 1595 | 180 | /Sports/Motor Sports/Auto Racing |

| | | |
|---|---|---|
| 1596 | 180 | /Sports/Motor Sports/Motorcycle Racing |
| 1599 | 20 | /Sports/Sport Scores & Statistics |
| 263 | 20 | /Sports/Sporting Goods |
| 1611 | 263 | /Sports/Sporting Goods/American Football Equipment |
| 1612 | 263 | /Sports/Sporting Goods/Baseball Equipment |
| 1613 | 263 | /Sports/Sporting Goods/Basketball Equipment |
| 1615 | 263 | /Sports/Sporting Goods/Bowling Equipment |
| 1616 | 263 | /Sports/Sporting Goods/Combat Sports Equipment |
| 1633 | 1616 | /Sports/Sporting Goods/Combat Sports Equipment/Boxing Gloves & Gear |
| 1634 | 1616 | /Sports/Sporting Goods/Combat Sports Equipment/Martial Arts Equipment |
| 1617 | 263 | /Sports/Sporting Goods/Cricket Equipment |
| 1618 | 263 | /Sports/Sporting Goods/Equestrian Equipment & Tack |
| 1619 | 263 | /Sports/Sporting Goods/Golf Equipment |
| 1620 | 263 | /Sports/Sporting Goods/Gymnastics Equipment |
| 1621 | 263 | /Sports/Sporting Goods/Hockey Equipment |
| 1622 | 263 | /Sports/Sporting Goods/Ice Skating Equipment |
| 1623 | 263 | /Sports/Sporting Goods/Roller Skating & Rollerblading Equipment |
| 1624 | 263 | /Sports/Sporting Goods/Skateboarding Equipment |
| 1614 | 263 | /Sports/Sporting Goods/Soccer Equipment |
| 1083 | 263 | /Sports/Sporting Goods/Sports Memorabilia |
| 1625 | 263 | /Sports/Sporting Goods/Squash & Racquetball Equipment |
| 1627 | 263 | /Sports/Sporting Goods/Table Tennis Equipment |
| 1628 | 263 | /Sports/Sporting Goods/Tennis Equipment |
| 1629 | 263 | /Sports/Sporting Goods/Volleyball Equipment |
| 1626 | 263 | /Sports/Sporting Goods/Water Sports Equipment |
| 1630 | 263 | /Sports/Sporting Goods/Winter Sports Equipment |
| 1635 | 1630 | /Sports/Sporting Goods/Winter Sports Equipment/Skiing Equipment |
| 1636 | 1630 | /Sports/Sporting Goods/Winter Sports Equipment/Snowboarding Gear |
| 1082 | 20 | /Sports/Sports Coaching & Training |
| 1804 | 20 | /Sports/Sports Fan Gear & Apparel |
| 1001 | 20 | /Sports/Team Sports |
| 258 | 1001 | /Sports/Team Sports/American Football |
| 1508 | 1001 | /Sports/Team Sports/Australian Football |
| 259 | 1001 | /Sports/Team Sports/Baseball |
| 264 | 1001 | /Sports/Team Sports/Basketball |
| 534 | 1001 | /Sports/Team Sports/Cheerleading |
| 296 | 1001 | /Sports/Team Sports/Cricket |
| 1017 | 1001 | /Sports/Team Sports/Handball |
| 260 | 1001 | /Sports/Team Sports/Hockey |
| 517 | 1001 | /Sports/Team Sports/Rugby |
| 294 | 1001 | /Sports/Team Sports/Soccer |
| 699 | 1001 | /Sports/Team Sports/Volleyball |
| 118 | 20 | /Sports/Water Sports |
| 1593 | 118 | /Sports/Water Sports/Surfing |
| 1594 | 118 | /Sports/Water Sports/Swimming |
| 265 | 20 | /Sports/Winter Sports |
| 1149 | 265 | /Sports/Winter Sports/Ice Skating |
| 1148 | 265 | /Sports/Winter Sports/Skiing & Snowboarding |
| 67 | 0 | /Travel & Transportation |
| 179 | 67 | /Travel & Transportation/Hotels & Accommodations |
| 1711 | 179 | /Travel & Transportation/Hotels & Accommodations/Vacation Rentals & Short-Term Stays |
| 1003 | 67 | /Travel & Transportation/Luggage & Travel Accessories |
| 1873 | 1003 | /Travel & Transportation/Luggage & Travel Accessories/Backpacks & Utility Bags |
| 1004 | 67 | /Travel & Transportation/Specialty Travel |
| 707 | 1004 | /Travel & Transportation/Specialty Travel/Adventure Travel |
| 1389 | 1004 | /Travel & Transportation/Specialty Travel/Agritourism |
| 1005 | 1004 | /Travel & Transportation/Specialty Travel/Ecotourism |
| 1887 | 1004 | /Travel & Transportation/Specialty Travel/Family Travel |
| 1888 | 1004 | /Travel & Transportation/Specialty Travel/Honeymoons & Romantic Getaways |

| 1854 | 1004 | /Travel & Transportation/Specialty Travel/Religious Travel |
|---|---|---|
| 208 | 67 | /Travel & Transportation/Tourist Destinations |
| 1074 | 208 | /Travel & Transportation/Tourist Destinations/Beaches & Islands |
| 1006 | 208 | /Travel & Transportation/Tourist Destinations/Historical Sites & Buildings |
| 1120 | 208 | /Travel & Transportation/Tourist Destinations/Lakes & Rivers |
| 1119 | 208 | /Travel & Transportation/Tourist Destinations/Mountain & Ski Resorts |
| 1007 | 208 | /Travel & Transportation/Tourist Destinations/Regional Parks & Gardens |
| 1008 | 208 | /Travel & Transportation/Tourist Destinations/Theme Parks |
| 1391 | 208 | /Travel & Transportation/Tourist Destinations/Vineyards & Wine Tourism |
| 1009 | 208 | /Travel & Transportation/Tourist Destinations/Zoos, Aquariums & Preserves |
| 1889 | 67 | /Travel & Transportation/Transportation |
| 203 | 1889 | /Travel & Transportation/Transportation/Air Travel |
| 205 | 1889 | /Travel & Transportation/Transportation/Car Rentals |
| 1339 | 1889 | /Travel & Transportation/Transportation/Carpooling |
| 1699 | 1889 | /Travel & Transportation/Transportation/Chartered Transportation Rentals |
| 206 | 1889 | /Travel & Transportation/Transportation/Cruises & Charters |
| 708 | 1889 | /Travel & Transportation/Transportation/Long Distance Bus & Rail |
| 1306 | 1889 | /Travel & Transportation/Transportation/Parking |
| 1245 | 1306 | /Travel & Transportation/Transportation/Parking/Airport Parking & Transportation |
| 1891 | 1889 | /Travel & Transportation/Transportation/Taxi & Ride Hail Services |
| 685 | 1889 | /Travel & Transportation/Transportation/Traffic & Route Planners |
| 667 | 1889 | /Travel & Transportation/Transportation/Urban Transit |
| 1010 | 67 | /Travel & Transportation/Travel Agencies & Services |
| 1878 | 1010 | /Travel & Transportation/Travel Agencies & Services/Guided Tours & Escorted Vacations |
| 1390 | 1010 | /Travel & Transportation/Travel Agencies & Services/Sightseeing Tours |
| 1392 | 1010 | /Travel & Transportation/Travel Agencies & Services/Tourist Boards & Visitor Centers |
| 1019 | 1010 | /Travel & Transportation/Travel Agencies & Services/Vacation Offers |
| 1011 | 67 | /Travel & Transportation/Travel Guides & Travelogues |
| 5000 | 0 | /World Localities |
| 5001 | 5000 | /World Localities/Africa |
| 5002 | 5001 | /World Localities/Africa/Eastern Africa |
| 5003 | 5002 | /World Localities/Africa/Eastern Africa/Ethiopia |
| 5004 | 5002 | /World Localities/Africa/Eastern Africa/Kenya |
| 5005 | 5004 | /World Localities/Africa/Eastern Africa/Kenya/Nairobi |
| 5621 | 5002 | /World Localities/Africa/Eastern Africa/Madagascar |
| 5714 | 5002 | /World Localities/Africa/Eastern Africa/Malawi |
| 5634 | 5002 | /World Localities/Africa/Eastern Africa/Mozambique |
| 5473 | 5002 | /World Localities/Africa/Eastern Africa/Rwanda |
| 5591 | 5002 | /World Localities/Africa/Eastern Africa/Somalia |
| 5006 | 5002 | /World Localities/Africa/Eastern Africa/Tanzania |
| 5007 | 5002 | /World Localities/Africa/Eastern Africa/Uganda |
| 5671 | 5002 | /World Localities/Africa/Eastern Africa/Zambia |
| 5008 | 5002 | /World Localities/Africa/Eastern Africa/Zimbabwe |
| 5009 | 5008 | /World Localities/Africa/Eastern Africa/Zimbabwe/Harare |
| 5010 | 5001 | /World Localities/Africa/Middle Africa |
| 5636 | 5010 | /World Localities/Africa/Middle Africa/Angola |
| 5635 | 5010 | /World Localities/Africa/Middle Africa/Cameroon |
| 5715 | 5010 | /World Localities/Africa/Middle Africa/Chad |
| 5011 | 5010 | /World Localities/Africa/Middle Africa/Congo (DR) |
| 5012 | 5011 | /World Localities/Africa/Middle Africa/Congo (DR)/Kinshasa |
| 5013 | 5001 | /World Localities/Africa/Northern Africa |
| 5014 | 5013 | /World Localities/Africa/Northern Africa/Algeria |
| 5015 | 5013 | /World Localities/Africa/Northern Africa/Egypt |
| 5016 | 5015 | /World Localities/Africa/Northern Africa/Egypt/Cairo |
| 5633 | 5013 | /World Localities/Africa/Northern Africa/Libya |
| 5017 | 5013 | /World Localities/Africa/Northern Africa/Morocco |
| 5018 | 5013 | /World Localities/Africa/Northern Africa/Sudan |
| 5019 | 5013 | /World Localities/Africa/Northern Africa/Tunisia |
| 5020 | 5001 | /World Localities/Africa/Southern Africa |

| 5713 | 5020 | /World Localities/Africa/Southern Africa/Botswana |
|------|------|---|
| 5021 | 5020 | /World Localities/Africa/Southern Africa/South Africa |
| 5022 | 5021 | /World Localities/Africa/Southern Africa/South Africa/Cape Town |
| 5023 | 5021 | /World Localities/Africa/Southern Africa/South Africa/Johannesburg |
| 5024 | 5001 | /World Localities/Africa/Western Africa |
| 5712 | 5024 | /World Localities/Africa/Western Africa/Burkina Faso |
| 5637 | 5024 | /World Localities/Africa/Western Africa/CÃ´te d'Ivoire |
| 5025 | 5024 | /World Localities/Africa/Western Africa/Ghana |
| 5711 | 5024 | /World Localities/Africa/Western Africa/Mali |
| 5710 | 5024 | /World Localities/Africa/Western Africa/Niger |
| 5026 | 5024 | /World Localities/Africa/Western Africa/Nigeria |
| 5027 | 5026 | /World Localities/Africa/Western Africa/Nigeria/Lagos |
| 5653 | 5024 | /World Localities/Africa/Western Africa/Senegal |
| 5028 | 5000 | /World Localities/Asia |
| 5029 | 5028 | /World Localities/Asia/Central Asia |
| 5030 | 5029 | /World Localities/Asia/Central Asia/Kazakhstan |
| 5574 | 5029 | /World Localities/Asia/Central Asia/Kyrgyzstan |
| 5579 | 5029 | /World Localities/Asia/Central Asia/Tajikistan |
| 5580 | 5029 | /World Localities/Asia/Central Asia/Turkmenistan |
| 5031 | 5029 | /World Localities/Asia/Central Asia/Uzbekistan |
| 5032 | 5028 | /World Localities/Asia/East Asia |
| 5033 | 5032 | /World Localities/Asia/East Asia/China |
| 5364 | 5033 | /World Localities/Asia/East Asia/China/Eastern China |
| 5392 | 5364 | /World Localities/Asia/East Asia/China/Eastern China/Jiangsu |
| 5666 | 5392 | /World Localities/Asia/East Asia/China/Eastern China/Jiangsu/Nanjing |
| 5040 | 5364 | /World Localities/Asia/East Asia/China/Eastern China/Shanghai |
| 5393 | 5364 | /World Localities/Asia/East Asia/China/Eastern China/Zhejiang |
| 5039 | 5393 | /World Localities/Asia/East Asia/China/Eastern China/Zhejiang/Hangzhou |
| 5367 | 5033 | /World Localities/Asia/East Asia/China/North Central China |
| 5034 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Beijing |
| 5401 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Hebei |
| 5399 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Henan |
| 5664 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Inner Mongolia |
| 5400 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Shandong |
| 5660 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Shanxi |
| 5043 | 5367 | /World Localities/Asia/East Asia/China/North Central China/Tianjin |
| 5363 | 5033 | /World Localities/Asia/East Asia/China/Northeast China |
| 5391 | 5363 | /World Localities/Asia/East Asia/China/Northeast China/Heilongjiang |
| 5667 | 5391 | /World Localities/Asia/East Asia/China/Northeast China/Heilongjiang/Harbin |
| 5643 | 5363 | /World Localities/Asia/East Asia/China/Northeast China/Jilin |
| 5035 | 5643 | /World Localities/Asia/East Asia/China/Northeast China/Jilin/Changchun |
| 5390 | 5363 | /World Localities/Asia/East Asia/China/Northeast China/Liaoning |
| 5041 | 5390 | /World Localities/Asia/East Asia/China/Northeast China/Liaoning/Shenyang |
| 5368 | 5033 | /World Localities/Asia/East Asia/China/Northwest China |
| 5661 | 5368 | /World Localities/Asia/East Asia/China/Northwest China/Gansu |
| 5662 | 5368 | /World Localities/Asia/East Asia/China/Northwest China/Ningxia |
| 5663 | 5368 | /World Localities/Asia/East Asia/China/Northwest China/Qinghai |
| 5402 | 5368 | /World Localities/Asia/East Asia/China/Northwest China/Shaanxi |
| 5046 | 5402 | /World Localities/Asia/East Asia/China/Northwest China/Shaanxi/Xi'an |
| 5403 | 5368 | /World Localities/Asia/East Asia/China/Northwest China/Xinjiang |
| 5366 | 5033 | /World Localities/Asia/East Asia/China/South Central China |
| 5655 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Anhui |
| 5036 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Chongqing |
| 5397 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Hubei |
| 5045 | 5397 | /World Localities/Asia/East Asia/China/South Central China/Hubei/Wuhan |
| 5398 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Hunan |
| 5658 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Jiangxi |
| 5396 | 5366 | /World Localities/Asia/East Asia/China/South Central China/Sichuan |
| 5881 | 5396 | /World Localities/Asia/East Asia/China/South Central China/Sichuan/Chengdu |

| 5365 | 5033 | /World Localities/Asia/East Asia/China/Southeast China |
|------|------|---------------------------------------------------------|
| 5394 | 5365 | /World Localities/Asia/East Asia/China/Southeast China/Fujian |
| 5395 | 5365 | /World Localities/Asia/East Asia/China/Southeast China/Guangdong |
| 5037 | 5395 | /World Localities/Asia/East Asia/China/Southeast China/Guangdong/Dongguan |
| 5038 | 5395 | /World Localities/Asia/East Asia/China/Southeast China/Guangdong/Guangzhou |
| 5042 | 5395 | /World Localities/Asia/East Asia/China/Southeast China/Guangdong/Shenzhen |
| 5665 | 5365 | /World Localities/Asia/East Asia/China/Southeast China/Hainan |
| 5369 | 5033 | /World Localities/Asia/East Asia/China/Southwest China |
| 5656 | 5369 | /World Localities/Asia/East Asia/China/Southwest China/Guangxi |
| 5659 | 5369 | /World Localities/Asia/East Asia/China/Southwest China/Guizhou |
| 5044 | 5369 | /World Localities/Asia/East Asia/China/Southwest China/Tibet |
| 5657 | 5369 | /World Localities/Asia/East Asia/China/Southwest China/Yunnan |
| 5047 | 5032 | /World Localities/Asia/East Asia/Hong Kong |
| 5048 | 5032 | /World Localities/Asia/East Asia/Japan |
| 5382 | 5048 | /World Localities/Asia/East Asia/Japan/Chubu |
| 5723 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Aichi |
| 5049 | 5723 | /World Localities/Asia/East Asia/Japan/Chubu/Aichi/Nagoya |
| 5725 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Fukui |
| 5730 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Gifu |
| 5729 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Ishikawa |
| 5726 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Nagano |
| 5727 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Niigata |
| 5731 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Shizuoka |
| 5724 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Toyama |
| 5728 | 5382 | /World Localities/Asia/East Asia/Japan/Chubu/Yamanashi |
| 5385 | 5048 | /World Localities/Asia/East Asia/Japan/Chugoku |
| 5735 | 5385 | /World Localities/Asia/East Asia/Japan/Chugoku/Hiroshima |
| 5736 | 5385 | /World Localities/Asia/East Asia/Japan/Chugoku/Okayama |
| 5734 | 5385 | /World Localities/Asia/East Asia/Japan/Chugoku/Shimane |
| 5732 | 5385 | /World Localities/Asia/East Asia/Japan/Chugoku/Tottori |
| 5733 | 5385 | /World Localities/Asia/East Asia/Japan/Chugoku/Yamaguchi |
| 5381 | 5048 | /World Localities/Asia/East Asia/Japan/Hokkaido |
| 5051 | 5381 | /World Localities/Asia/East Asia/Japan/Hokkaido/Sapporo |
| 5383 | 5048 | /World Localities/Asia/East Asia/Japan/Kansai |
| 5737 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Hyogo |
| 5406 | 5737 | /World Localities/Asia/East Asia/Japan/Kansai/Hyogo/Kobe |
| 5407 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Kyoto |
| 5741 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Mie |
| 5739 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Nara |
| 5050 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Osaka |
| 5738 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Shiga |
| 5740 | 5383 | /World Localities/Asia/East Asia/Japan/Kansai/Wakayama |
| 5377 | 5048 | /World Localities/Asia/East Asia/Japan/Kanto |
| 5742 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Chiba |
| 5745 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Gunma |
| 5746 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Ibaraki |
| 5744 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Kanagawa |
| 5764 | 5744 | /World Localities/Asia/East Asia/Japan/Kanto/Kanagawa/Kawasaki |
| 5404 | 5744 | /World Localities/Asia/East Asia/Japan/Kanto/Kanagawa/Yokohama |
| 5743 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Saitama |
| 5747 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Tochigi |
| 5052 | 5377 | /World Localities/Asia/East Asia/Japan/Kanto/Tokyo |
| 5380 | 5048 | /World Localities/Asia/East Asia/Japan/Kyushu |
| 5405 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Fukuoka |
| 5752 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Kagoshima |
| 5753 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Kumamoto |
| 5751 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Miyazaki |
| 5749 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Nagasaki |
| 5750 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Oita |

| 5748 | 5380 | /World Localities/Asia/East Asia/Japan/Kyushu/Saga |
|---|---|---|
| 5379 | 5048 | /World Localities/Asia/East Asia/Japan/Okinawa |
| 5384 | 5048 | /World Localities/Asia/East Asia/Japan/Shikoku |
| 5755 | 5384 | /World Localities/Asia/East Asia/Japan/Shikoku/Ehime |
| 5754 | 5384 | /World Localities/Asia/East Asia/Japan/Shikoku/Kagawa |
| 5757 | 5384 | /World Localities/Asia/East Asia/Japan/Shikoku/Kochi |
| 5756 | 5384 | /World Localities/Asia/East Asia/Japan/Shikoku/Tokushima |
| 5378 | 5048 | /World Localities/Asia/East Asia/Japan/Tohoku |
| 5759 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Akita |
| 5758 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Aomori |
| 5763 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Fukushima |
| 5760 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Iwate |
| 5762 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Miyagi |
| 5765 | 5762 | /World Localities/Asia/East Asia/Japan/Tohoku/Miyagi/Sendai |
| 5761 | 5378 | /World Localities/Asia/East Asia/Japan/Tohoku/Yamagata |
| 5355 | 5032 | /World Localities/Asia/East Asia/Macau |
| 5577 | 5032 | /World Localities/Asia/East Asia/Mongolia |
| 5053 | 5032 | /World Localities/Asia/East Asia/North Korea |
| 5054 | 5032 | /World Localities/Asia/East Asia/South Korea |
| 5672 | 5054 | /World Localities/Asia/East Asia/South Korea/Gangwon |
| 5375 | 5054 | /World Localities/Asia/East Asia/South Korea/Gyeonggi |
| 5370 | 5375 | /World Localities/Asia/East Asia/South Korea/Gyeonggi/Incheon |
| 5371 | 5054 | /World Localities/Asia/East Asia/South Korea/Jeju |
| 5678 | 5054 | /World Localities/Asia/East Asia/South Korea/North Chungcheong |
| 5674 | 5054 | /World Localities/Asia/East Asia/South Korea/North Gyeongsang |
| 5055 | 5674 | /World Localities/Asia/East Asia/South Korea/North Gyeongsang/Daegu |
| 5676 | 5054 | /World Localities/Asia/East Asia/South Korea/North Jeolla |
| 5057 | 5054 | /World Localities/Asia/East Asia/South Korea/Seoul |
| 5677 | 5054 | /World Localities/Asia/East Asia/South Korea/South Chungcheong |
| 5374 | 5677 | /World Localities/Asia/East Asia/South Korea/South Chungcheong/Daejeon |
| 5673 | 5054 | /World Localities/Asia/East Asia/South Korea/South Gyeongsang |
| 5372 | 5673 | /World Localities/Asia/East Asia/South Korea/South Gyeongsang/Busan |
| 5376 | 5673 | /World Localities/Asia/East Asia/South Korea/South Gyeongsang/Ulsan |
| 5675 | 5054 | /World Localities/Asia/East Asia/South Korea/South Jeolla |
| 5373 | 5675 | /World Localities/Asia/East Asia/South Korea/South Jeolla/Gwangju |
| 5058 | 5032 | /World Localities/Asia/East Asia/Taiwan |
| 5389 | 5058 | /World Localities/Asia/East Asia/Taiwan/Hsinchu |
| 5386 | 5058 | /World Localities/Asia/East Asia/Taiwan/Kaohsiung |
| 5388 | 5058 | /World Localities/Asia/East Asia/Taiwan/Taichung |
| 5387 | 5058 | /World Localities/Asia/East Asia/Taiwan/Tainan |
| 5059 | 5058 | /World Localities/Asia/East Asia/Taiwan/Taipei |
| 5593 | 5028 | /World Localities/Asia/Russia & CIS |
| 5408 | 5593 | /World Localities/Asia/Russia & CIS/Caucasus |
| 5537 | 5408 | /World Localities/Asia/Russia & CIS/Caucasus/Armenia |
| 5538 | 5408 | /World Localities/Asia/Russia & CIS/Caucasus/Azerbaijan |
| 5539 | 5408 | /World Localities/Asia/Russia & CIS/Caucasus/Georgia |
| 5120 | 5593 | /World Localities/Asia/Russia & CIS/Russian Federation |
| 5606 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Far Eastern Russia |
| 5766 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/North Caucasian District |
| 5594 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Northwestern Russia |
| 5122 | 5594 | /World Localities/Asia/Russia & CIS/Russian Federation/Northwestern Russia/Saint Petersburg |
| 5595 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Russian Central District |
| 5121 | 5595 | /World Localities/Asia/Russia & CIS/Russian Federation/Russian Central District/Moscow |
| 5603 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Russian Southern District |
| 5605 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Siberian Federal District |
| 5607 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Urals District |
| 5604 | 5120 | /World Localities/Asia/Russia & CIS/Russian Federation/Volga District |
| 5074 | 5028 | /World Localities/Asia/South Asia |
| 5075 | 5074 | /World Localities/Asia/South Asia/Afghanistan |

| 5076 | 5074 | /World Localities/Asia/South Asia/Bangladesh |
|---|---|---|
| 5910 | 5076 | /World Localities/Asia/South Asia/Bangladesh/Dhaka |
| 5553 | 5074 | /World Localities/Asia/South Asia/Bhutan |
| 5077 | 5074 | /World Localities/Asia/South Asia/India |
| 5515 | 5077 | /World Localities/Asia/South Asia/India/East India |
| 5650 | 5515 | /World Localities/Asia/South Asia/India/East India/Bihar |
| 5775 | 5515 | /World Localities/Asia/South Asia/India/East India/Chhattisgarh |
| 5654 | 5515 | /World Localities/Asia/South Asia/India/East India/Orissa |
| 5649 | 5515 | /World Localities/Asia/South Asia/India/East India/West Bengal |
| 5082 | 5649 | /World Localities/Asia/South Asia/India/East India/West Bengal/Kolkata |
| 5519 | 5077 | /World Localities/Asia/South Asia/India/North India |
| 5080 | 5519 | /World Localities/Asia/South Asia/India/North India/Delhi |
| 5652 | 5519 | /World Localities/Asia/South Asia/India/North India/Madhya Pradesh |
| 5776 | 5519 | /World Localities/Asia/South Asia/India/North India/Punjab (India) |
| 5644 | 5519 | /World Localities/Asia/South Asia/India/North India/Uttar Pradesh |
| 5520 | 5644 | /World Localities/Asia/South Asia/India/North India/Uttar Pradesh/Agra |
| 5514 | 5077 | /World Localities/Asia/South Asia/India/Northeast India |
| 5516 | 5077 | /World Localities/Asia/South Asia/India/South India |
| 5648 | 5516 | /World Localities/Asia/South Asia/India/South India/Andhra Pradesh |
| 5640 | 5516 | /World Localities/Asia/South Asia/India/South India/Karnataka |
| 5078 | 5640 | /World Localities/Asia/South Asia/India/South India/Karnataka/Bangalore |
| 5651 | 5516 | /World Localities/Asia/South Asia/India/South India/Kerala |
| 5885 | 5651 | /World Localities/Asia/South Asia/India/South India/Kerala/Cochin |
| 5639 | 5516 | /World Localities/Asia/South Asia/India/South India/Tamil Nadu |
| 5079 | 5639 | /World Localities/Asia/South Asia/India/South India/Tamil Nadu/Chennai |
| 5873 | 5516 | /World Localities/Asia/South Asia/India/South India/Telangana |
| 5081 | 5873 | /World Localities/Asia/South Asia/India/South India/Telangana/Hyderabad |
| 5517 | 5077 | /World Localities/Asia/South Asia/India/West India |
| 5518 | 5517 | /World Localities/Asia/South Asia/India/West India/Goa |
| 5647 | 5517 | /World Localities/Asia/South Asia/India/West India/Gujarat |
| 5882 | 5647 | /World Localities/Asia/South Asia/India/West India/Gujarat/Ahmedabad |
| 5645 | 5517 | /World Localities/Asia/South Asia/India/West India/Maharashtra |
| 5083 | 5645 | /World Localities/Asia/South Asia/India/West India/Maharashtra/Mumbai |
| 5883 | 5645 | /World Localities/Asia/South Asia/India/West India/Maharashtra/Pune |
| 5646 | 5517 | /World Localities/Asia/South Asia/India/West India/Rajasthan |
| 5521 | 5646 | /World Localities/Asia/South Asia/India/West India/Rajasthan/Jaipur |
| 5620 | 5074 | /World Localities/Asia/South Asia/Indian Ocean Islands |
| 5576 | 5620 | /World Localities/Asia/South Asia/Indian Ocean Islands/Maldives |
| 5702 | 5620 | /World Localities/Asia/South Asia/Indian Ocean Islands/RÃ©union |
| 5085 | 5074 | /World Localities/Asia/South Asia/Nepal |
| 5086 | 5074 | /World Localities/Asia/South Asia/Pakistan |
| 5087 | 5086 | /World Localities/Asia/South Asia/Pakistan/Karachi |
| 5088 | 5086 | /World Localities/Asia/South Asia/Pakistan/Lahore |
| 5089 | 5074 | /World Localities/Asia/South Asia/Sri Lanka |
| 5060 | 5028 | /World Localities/Asia/Southeast Asia |
| 5554 | 5060 | /World Localities/Asia/Southeast Asia/Brunei |
| 5555 | 5060 | /World Localities/Asia/Southeast Asia/Cambodia |
| 5557 | 5060 | /World Localities/Asia/Southeast Asia/East Timor |
| 5061 | 5060 | /World Localities/Asia/Southeast Asia/Indonesia |
| 5703 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Java (Indonesia) |
| 5892 | 5703 | /World Localities/Asia/Southeast Asia/Indonesia/Java (Indonesia)/Bandung |
| 5062 | 5703 | /World Localities/Asia/Southeast Asia/Indonesia/Java (Indonesia)/Jakarta |
| 5704 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Kalimantan |
| 5705 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Maluku Islands |
| 5706 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Nusa Tenggara |
| 5361 | 5706 | /World Localities/Asia/Southeast Asia/Indonesia/Nusa Tenggara/Bali |
| 5707 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Sulawesi |
| 5708 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Sumatra |
| 5709 | 5061 | /World Localities/Asia/Southeast Asia/Indonesia/Western New Guinea |

| 5575 | 5060 | /World Localities/Asia/Southeast Asia/Laos |
|---|---|---|
| 5063 | 5060 | /World Localities/Asia/Southeast Asia/Malaysia |
| 5064 | 5063 | /World Localities/Asia/Southeast Asia/Malaysia/Kuala Lumpur |
| 5895 | 5063 | /World Localities/Asia/Southeast Asia/Malaysia/Penang |
| 5065 | 5060 | /World Localities/Asia/Southeast Asia/Myanmar |
| 5066 | 5060 | /World Localities/Asia/Southeast Asia/Philippines |
| 5668 | 5066 | /World Localities/Asia/Southeast Asia/Philippines/Cebu |
| 5067 | 5066 | /World Localities/Asia/Southeast Asia/Philippines/Manila |
| 5068 | 5060 | /World Localities/Asia/Southeast Asia/Singapore |
| 5069 | 5060 | /World Localities/Asia/Southeast Asia/Thailand |
| 5070 | 5069 | /World Localities/Asia/Southeast Asia/Thailand/Bangkok |
| 5810 | 5069 | /World Localities/Asia/Southeast Asia/Thailand/Chiang Mai |
| 5812 | 5069 | /World Localities/Asia/Southeast Asia/Thailand/Pattaya |
| 5811 | 5069 | /World Localities/Asia/Southeast Asia/Thailand/Southern Thailand |
| 5362 | 5811 | /World Localities/Asia/Southeast Asia/Thailand/Southern Thailand/Phuket |
| 5071 | 5060 | /World Localities/Asia/Southeast Asia/Viet Nam |
| 5072 | 5071 | /World Localities/Asia/Southeast Asia/Viet Nam/Hanoi |
| 5073 | 5071 | /World Localities/Asia/Southeast Asia/Viet Nam/Ho Chi Minh City |
| 5090 | 5028 | /World Localities/Asia/West Asia |
| 5552 | 5090 | /World Localities/Asia/West Asia/Bahrain |
| 5084 | 5090 | /World Localities/Asia/West Asia/Iran |
| 5902 | 5084 | /World Localities/Asia/West Asia/Iran/Tehran |
| 5092 | 5090 | /World Localities/Asia/West Asia/Iraq |
| 5093 | 5090 | /World Localities/Asia/West Asia/Israel |
| 5094 | 5093 | /World Localities/Asia/West Asia/Israel/Jerusalem |
| 5095 | 5093 | /World Localities/Asia/West Asia/Israel/Tel Aviv |
| 5096 | 5090 | /World Localities/Asia/West Asia/Jordan |
| 5558 | 5090 | /World Localities/Asia/West Asia/Kuwait |
| 5097 | 5090 | /World Localities/Asia/West Asia/Lebanon |
| 5578 | 5090 | /World Localities/Asia/West Asia/Oman |
| 5592 | 5090 | /World Localities/Asia/West Asia/Palestine |
| 5590 | 5090 | /World Localities/Asia/West Asia/Qatar |
| 5898 | 5590 | /World Localities/Asia/West Asia/Qatar/Doha |
| 5098 | 5090 | /World Localities/Asia/West Asia/Saudi Arabia |
| 5899 | 5098 | /World Localities/Asia/West Asia/Saudi Arabia/Jeddah |
| 5901 | 5098 | /World Localities/Asia/West Asia/Saudi Arabia/Riyadh |
| 5099 | 5090 | /World Localities/Asia/West Asia/Syria |
| 5100 | 5090 | /World Localities/Asia/West Asia/Turkey |
| 5834 | 5100 | /World Localities/Asia/West Asia/Turkey/Aegean Turkey |
| 5842 | 5834 | /World Localities/Asia/West Asia/Turkey/Aegean Turkey/Izmir |
| 5845 | 5834 | /World Localities/Asia/West Asia/Turkey/Aegean Turkey/MuÄŸla |
| 5849 | 5845 | /World Localities/Asia/West Asia/Turkey/Aegean Turkey/MuÄŸla/Bodrum |
| 5846 | 5834 | /World Localities/Asia/West Asia/Turkey/Aegean Turkey/Pamukkale |
| 5835 | 5100 | /World Localities/Asia/West Asia/Turkey/Black Sea Turkey |
| 5836 | 5100 | /World Localities/Asia/West Asia/Turkey/Central Anatolia |
| 5101 | 5836 | /World Localities/Asia/West Asia/Turkey/Central Anatolia/Ankara |
| 5844 | 5836 | /World Localities/Asia/West Asia/Turkey/Central Anatolia/Cappadocia |
| 5847 | 5836 | /World Localities/Asia/West Asia/Turkey/Central Anatolia/Konya |
| 5837 | 5100 | /World Localities/Asia/West Asia/Turkey/Eastern Anatolia |
| 5838 | 5100 | /World Localities/Asia/West Asia/Turkey/Marmara Region |
| 5841 | 5838 | /World Localities/Asia/West Asia/Turkey/Marmara Region/Bursa |
| 5102 | 5838 | /World Localities/Asia/West Asia/Turkey/Marmara Region/Istanbul |
| 5839 | 5100 | /World Localities/Asia/West Asia/Turkey/Mediterranean Turkey |
| 5848 | 5839 | /World Localities/Asia/West Asia/Turkey/Mediterranean Turkey/Adana |
| 5843 | 5839 | /World Localities/Asia/West Asia/Turkey/Mediterranean Turkey/Antalya |
| 5850 | 5839 | /World Localities/Asia/West Asia/Turkey/Mediterranean Turkey/Mersin |
| 5840 | 5100 | /World Localities/Asia/West Asia/Turkey/Southeastern Anatolia |
| 5103 | 5090 | /World Localities/Asia/West Asia/United Arab Emirates |
| 5903 | 5103 | /World Localities/Asia/West Asia/United Arab Emirates/Abu Dhabi |

| 5904 | 5103 /World Localities/Asia/West Asia/United Arab Emirates/Dubai |
| 5581 | 5090 /World Localities/Asia/West Asia/Yemen |
| 5104 | 5000 /World Localities/Europe |
| 5565 | 5104 /World Localities/Europe/Central & Eastern Europe |
| 5178 | 5565 /World Localities/Europe/Central & Eastern Europe/Austria |
| 5853 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Burgenland |
| 5854 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Carinthia |
| 5855 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Lower Austria |
| 5856 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Salzburg |
| 5857 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Styria |
| 5858 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Tyrol |
| 5859 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Upper Austria |
| 5179 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Vienna |
| 5860 | 5178 /World Localities/Europe/Central & Eastern Europe/Austria/Vorarlberg |
| 5556 | 5565 /World Localities/Europe/Central & Eastern Europe/Baltics |
| 5128 | 5556 /World Localities/Europe/Central & Eastern Europe/Baltics/Estonia |
| 5134 | 5556 /World Localities/Europe/Central & Eastern Europe/Baltics/Latvia |
| 5135 | 5556 /World Localities/Europe/Central & Eastern Europe/Baltics/Lithuania |
| 5108 | 5565 /World Localities/Europe/Central & Eastern Europe/Czech Republic |
| 5109 | 5108 /World Localities/Europe/Central & Eastern Europe/Czech Republic/Prague |
| 5105 | 5565 /World Localities/Europe/Central & Eastern Europe/Eastern Europe |
| 5106 | 5105 /World Localities/Europe/Central & Eastern Europe/Eastern Europe/Belarus |
| 5585 | 5105 /World Localities/Europe/Central & Eastern Europe/Eastern Europe/Moldova |
| 5124 | 5105 /World Localities/Europe/Central & Eastern Europe/Eastern Europe/Ukraine |
| 5628 | 5124 /World Localities/Europe/Central & Eastern Europe/Eastern Europe/Ukraine/Crimea |
| 5619 | 5124 /World Localities/Europe/Central & Eastern Europe/Eastern Europe/Ukraine/Kiev |
| 5188 | 5565 /World Localities/Europe/Central & Eastern Europe/Germany |
| 5490 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Baden-Wuerttemberg |
| 5884 | 5490 /World Localities/Europe/Central & Eastern Europe/Germany/Baden-Wuerttemberg/Stuttgart |
| 5491 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Bavaria |
| 5195 | 5491 /World Localities/Europe/Central & Eastern Europe/Germany/Bavaria/Munich |
| 5189 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Berlin |
| 5494 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Brandenburg |
| 5495 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Bremen |
| 5194 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Hamburg |
| 5493 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Hesse |
| 5193 | 5493 /World Localities/Europe/Central & Eastern Europe/Germany/Hesse/Frankfurt |
| 5492 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Lower Saxony |
| 5496 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Mecklenburg-Vorpommern |
| 5489 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/North Rhine-Westphalia |
| 5190 | 5489 /World Localities/Europe/Central & Eastern Europe/Germany/North Rhine-Westphalia/Cologne |
| 5191 | 5489 /World Localities/Europe/Central & Eastern Europe/Germany/North Rhine-Westphalia/Dusseldorf |
| 5192 | 5489 /World Localities/Europe/Central & Eastern Europe/Germany/North Rhine-Westphalia/Essen (Ruhr Area) |
| 5497 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Rhineland-Palatinate |
| 5498 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Saarland |
| 5499 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Saxony |
| 5500 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Saxony-Anhalt |
| 5501 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Schleswig-Holstein |
| 5502 | 5188 /World Localities/Europe/Central & Eastern Europe/Germany/Thuringia |
| 5110 | 5565 /World Localities/Europe/Central & Eastern Europe/Hungary |
| 5111 | 5110 /World Localities/Europe/Central & Eastern Europe/Hungary/Budapest |
| 5566 | 5565 /World Localities/Europe/Central & Eastern Europe/Liechtenstein |
| 5112 | 5565 /World Localities/Europe/Central & Eastern Europe/Poland |
| 5113 | 5112 /World Localities/Europe/Central & Eastern Europe/Poland/Katowice (Upper Silesia) |
| 5114 | 5112 /World Localities/Europe/Central & Eastern Europe/Poland/Krakow |
| 5115 | 5112 /World Localities/Europe/Central & Eastern Europe/Poland/Warsaw |
| 5116 | 5112 /World Localities/Europe/Central & Eastern Europe/Poland/Wroclaw |
| 5117 | 5112 /World Localities/Europe/Central & Eastern Europe/Poland/ÅÃ³dÅº |
| 5123 | 5565 /World Localities/Europe/Central & Eastern Europe/Slovakia |

| 5170 | 5565 | /World Localities/Europe/Central & Eastern Europe/Slovenia |
|---|---|---|
| 5200 | 5565 | /World Localities/Europe/Central & Eastern Europe/Switzerland |
| 5201 | 5200 | /World Localities/Europe/Central & Eastern Europe/Switzerland/Geneva |
| 5202 | 5200 | /World Localities/Europe/Central & Eastern Europe/Switzerland/Zurich |
| 5150 | 5104 | /World Localities/Europe/Mediterranean Europe |
| 5091 | 5150 | /World Localities/Europe/Mediterranean Europe/Cyprus |
| 5155 | 5150 | /World Localities/Europe/Mediterranean Europe/Italy |
| 5626 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Abruzzo |
| 5722 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Aosta Valley |
| 5720 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Basilicata |
| 5513 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Calabria |
| 5504 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Campania |
| 5160 | 5504 | /World Localities/Europe/Mediterranean Europe/Italy/Campania/Naples |
| 5771 | 5504 | /World Localities/Europe/Mediterranean Europe/Italy/Campania/Salerno & Amalfi Coast |
| 5508 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Emilia-Romagna |
| 5886 | 5508 | /World Localities/Europe/Mediterranean Europe/Italy/Emilia-Romagna/Bologna |
| 5717 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Friuli-Venezia Giulia |
| 5505 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Lazio |
| 5162 | 5505 | /World Localities/Europe/Mediterranean Europe/Italy/Lazio/Rome |
| 5511 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Liguria |
| 5158 | 5511 | /World Localities/Europe/Mediterranean Europe/Italy/Liguria/Genoa |
| 5503 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Lombardy |
| 5159 | 5503 | /World Localities/Europe/Mediterranean Europe/Italy/Lombardy/Milan |
| 5716 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Marche |
| 5721 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Molise |
| 5507 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Piedmont |
| 5164 | 5507 | /World Localities/Europe/Mediterranean Europe/Italy/Piedmont/Turin |
| 5509 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Puglia |
| 5156 | 5509 | /World Localities/Europe/Mediterranean Europe/Italy/Puglia/Bari |
| 5512 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Sardinia |
| 5163 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Sicily |
| 5161 | 5163 | /World Localities/Europe/Mediterranean Europe/Italy/Sicily/Palermo |
| 5718 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Trentino-Alto Adige |
| 5510 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Tuscany |
| 5157 | 5510 | /World Localities/Europe/Mediterranean Europe/Italy/Tuscany/Florence |
| 5719 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Umbria |
| 5506 | 5155 | /World Localities/Europe/Mediterranean Europe/Italy/Veneto |
| 5165 | 5506 | /World Localities/Europe/Mediterranean Europe/Italy/Veneto/Venice |
| 5166 | 5150 | /World Localities/Europe/Mediterranean Europe/Malta |
| 5586 | 5150 | /World Localities/Europe/Mediterranean Europe/Monaco |
| 5167 | 5150 | /World Localities/Europe/Mediterranean Europe/Portugal |
| 5887 | 5167 | /World Localities/Europe/Mediterranean Europe/Portugal/Algarve |
| 5773 | 5167 | /World Localities/Europe/Mediterranean Europe/Portugal/Azores & Madeira |
| 5168 | 5167 | /World Localities/Europe/Mediterranean Europe/Portugal/Lisbon |
| 5772 | 5167 | /World Localities/Europe/Mediterranean Europe/Portugal/Porto |
| 5587 | 5150 | /World Localities/Europe/Mediterranean Europe/San Marino |
| 5171 | 5150 | /World Localities/Europe/Mediterranean Europe/Spain |
| 5476 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia |
| 5891 | 5476 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia/Cordoba |
| 5616 | 5476 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia/CÃ¡diz |
| 5893 | 5476 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia/Granada |
| 5174 | 5476 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia/MÃ¡laga |
| 5175 | 5476 | /World Localities/Europe/Mediterranean Europe/Spain/Andalucia/Seville |
| 5485 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Aragon |
| 5487 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Asturias |
| 5488 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Balearic Islands |
| 5481 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Basque Country |
| 5890 | 5481 | /World Localities/Europe/Mediterranean Europe/Spain/Basque Country/Bilbao |
| 5482 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Canary Islands |

| 5770 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Cantabria |
|---|---|---|
| 5480 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Castile and LeÃ³n |
| 5483 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Castile-La Mancha |
| 5477 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Catalonia |
| 5172 | 5477 | /World Localities/Europe/Mediterranean Europe/Spain/Catalonia/Barcelona |
| 5486 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Extremadura |
| 5479 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Galicia |
| 5911 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/La Rioja |
| 5173 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Madrid |
| 5484 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Murcia |
| 5913 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Navarra |
| 5478 | 5171 | /World Localities/Europe/Mediterranean Europe/Spain/Valencian Community |
| 5889 | 5478 | /World Localities/Europe/Mediterranean Europe/Spain/Valencian Community/Alicante |
| 5176 | 5478 | /World Localities/Europe/Mediterranean Europe/Spain/Valencian Community/Valencia |
| 5769 | 5150 | /World Localities/Europe/Mediterranean Europe/Vatican City |
| 5125 | 5104 | /World Localities/Europe/Nordic Countries |
| 5126 | 5125 | /World Localities/Europe/Nordic Countries/Denmark |
| 5127 | 5126 | /World Localities/Europe/Nordic Countries/Denmark/Copenhagen |
| 5129 | 5125 | /World Localities/Europe/Nordic Countries/Finland |
| 5130 | 5129 | /World Localities/Europe/Nordic Countries/Finland/Helsinki |
| 5679 | 5125 | /World Localities/Europe/Nordic Countries/Greenland |
| 5131 | 5125 | /World Localities/Europe/Nordic Countries/Iceland |
| 5136 | 5125 | /World Localities/Europe/Nordic Countries/Norway |
| 5137 | 5136 | /World Localities/Europe/Nordic Countries/Norway/Oslo |
| 5138 | 5125 | /World Localities/Europe/Nordic Countries/Sweden |
| 5139 | 5138 | /World Localities/Europe/Nordic Countries/Sweden/Stockholm |
| 5567 | 5104 | /World Localities/Europe/Southeastern Europe |
| 5582 | 5567 | /World Localities/Europe/Southeastern Europe/Albania |
| 5151 | 5567 | /World Localities/Europe/Southeastern Europe/Bosnia and Herzegovina |
| 5107 | 5567 | /World Localities/Europe/Southeastern Europe/Bulgaria |
| 5888 | 5107 | /World Localities/Europe/Southeastern Europe/Bulgaria/Sofia |
| 5152 | 5567 | /World Localities/Europe/Southeastern Europe/Croatia |
| 5153 | 5567 | /World Localities/Europe/Southeastern Europe/Greece |
| 5831 | 5153 | /World Localities/Europe/Southeastern Europe/Greece/Aegean Islands |
| 5154 | 5153 | /World Localities/Europe/Southeastern Europe/Greece/Athens |
| 5825 | 5153 | /World Localities/Europe/Southeastern Europe/Greece/Crete |
| 5767 | 5567 | /World Localities/Europe/Southeastern Europe/Kosovo |
| 5768 | 5567 | /World Localities/Europe/Southeastern Europe/Montenegro |
| 5584 | 5567 | /World Localities/Europe/Southeastern Europe/North Macedonia |
| 5118 | 5567 | /World Localities/Europe/Southeastern Europe/Romania |
| 5119 | 5118 | /World Localities/Europe/Southeastern Europe/Romania/Bucharest |
| 5169 | 5567 | /World Localities/Europe/Southeastern Europe/Serbia |
| 5177 | 5104 | /World Localities/Europe/Western Europe |
| 5583 | 5177 | /World Localities/Europe/Western Europe/Andorra |
| 5534 | 5177 | /World Localities/Europe/Western Europe/Benelux |
| 5180 | 5534 | /World Localities/Europe/Western Europe/Benelux/Belgium |
| 5181 | 5180 | /World Localities/Europe/Western Europe/Benelux/Belgium/Brussels |
| 5851 | 5180 | /World Localities/Europe/Western Europe/Benelux/Belgium/Flanders |
| 5852 | 5180 | /World Localities/Europe/Western Europe/Benelux/Belgium/Wallonia |
| 5196 | 5534 | /World Localities/Europe/Western Europe/Benelux/Luxembourg |
| 5197 | 5534 | /World Localities/Europe/Western Europe/Benelux/Netherlands |
| 5861 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Drenthe |
| 5862 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Flevoland |
| 5863 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Friesland |
| 5864 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Gelderland |
| 5865 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Groningen |
| 5866 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Limburg |
| 5867 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/North Brabant |
| 5868 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/North Holland |

| 5198 | 5868 | /World Localities/Europe/Western Europe/Benelux/Netherlands/North Holland/Amsterdam |
|---|---|---|
| 5869 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Overijssel |
| 5870 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/South Holland |
| 5199 | 5870 | /World Localities/Europe/Western Europe/Benelux/Netherlands/South Holland/Rotterdam |
| 5871 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Utrecht |
| 5872 | 5197 | /World Localities/Europe/Western Europe/Benelux/Netherlands/Zeeland |
| 5182 | 5177 | /World Localities/Europe/Western Europe/France |
| 5533 | 5182 | /World Localities/Europe/Western Europe/France/Central France |
| 5681 | 5533 | /World Localities/Europe/Western Europe/France/Central France/Centre-Val De Loire |
| 5531 | 5182 | /World Localities/Europe/Western Europe/France/East France |
| 5875 | 5531 | /World Localities/Europe/Western Europe/France/East France/Bourgogne-Franche-ComtÃ© |
| 5684 | 5875 | /World Localities/Europe/Western Europe/France/East France/Bourgogne-Franche-ComtÃ©/Burgundy |
| 5686 | 5875 | /World Localities/Europe/Western Europe/France/East France/Bourgogne-Franche-ComtÃ©/Franche-ComtÃ© |
| 5874 | 5531 | /World Localities/Europe/Western Europe/France/East France/Grand-Est |
| 5683 | 5874 | /World Localities/Europe/Western Europe/France/East France/Grand-Est/Alsace |
| 5610 | 5683 | /World Localities/Europe/Western Europe/France/East France/Grand-Est/Alsace/Strasbourg |
| 5685 | 5874 | /World Localities/Europe/Western Europe/France/East France/Grand-Est/Champagne-Ardenne |
| 5687 | 5874 | /World Localities/Europe/Western Europe/France/East France/Grand-Est/Lorraine |
| 5608 | 5182 | /World Localities/Europe/Western Europe/France/French Overseas (DOM-TOM) |
| 5532 | 5182 | /World Localities/Europe/Western Europe/France/North France |
| 5877 | 5532 | /World Localities/Europe/Western Europe/France/North France/Hauts-de-France |
| 5690 | 5877 | /World Localities/Europe/Western Europe/France/North France/Hauts-de-France/Nord-Pas-de-Calais |
| 5611 | 5690 | /World Localities/Europe/Western Europe/France/North France/Hauts-de-France/Nord-Pas-de-Calais/Lille |
| 5691 | 5877 | /World Localities/Europe/Western Europe/France/North France/Hauts-de-France/Picardy |
| 5878 | 5532 | /World Localities/Europe/Western Europe/France/North France/Normandy |
| 5688 | 5878 | /World Localities/Europe/Western Europe/France/North France/Normandy/Lower Normandy |
| 5689 | 5878 | /World Localities/Europe/Western Europe/France/North France/Normandy/Upper Normandy |
| 5528 | 5182 | /World Localities/Europe/Western Europe/France/South East France |
| 5876 | 5528 | /World Localities/Europe/Western Europe/France/South East France/Auvergne-RhÃ´ne-Alpes |
| 5680 | 5876 | /World Localities/Europe/Western Europe/France/South East France/Auvergne-RhÃ´ne-Alpes/Auvergne |
| 5693 | 5876 | /World Localities/Europe/Western Europe/France/South East France/Auvergne-RhÃ´ne-Alpes/RhÃ´ne-Alpes |
| 5183 | 5693 | /World Localities/Europe/Western Europe/France/South East France/Auvergne-RhÃ´ne-Alpes/RhÃ´ne-Alpes/Lyon |
| 5617 | 5528 | /World Localities/Europe/Western Europe/France/South East France/Corsica |
| 5692 | 5528 | /World Localities/Europe/Western Europe/France/South East France/Provence-Alpes-CÃ´te d'Azur |
| 5184 | 5692 | /World Localities/Europe/Western Europe/France/South East France/Provence-Alpes-CÃ´te d'Azur/Marseille |
| 5185 | 5692 | /World Localities/Europe/Western Europe/France/South East France/Provence-Alpes-CÃ´te d'Azur/Nice |
| 5527 | 5182 | /World Localities/Europe/Western Europe/France/South West France |
| 5880 | 5527 | /World Localities/Europe/Western Europe/France/South West France/Nouvelle-Aquitaine |
| 5694 | 5880 | /World Localities/Europe/Western Europe/France/South West France/Nouvelle-Aquitaine/Aquitaine |
| 5613 | 5694 | /World Localities/Europe/Western Europe/France/South West France/Nouvelle-Aquitaine/Aquitaine/Bordeaux |
| 5682 | 5880 | /World Localities/Europe/Western Europe/France/South West France/Nouvelle-Aquitaine/Limousin |
| 5699 | 5880 | /World Localities/Europe/Western Europe/France/South West France/Nouvelle-Aquitaine/Poitou-Charentes |
| 5879 | 5527 | /World Localities/Europe/Western Europe/France/South West France/Occitanie |
| 5695 | 5879 | /World Localities/Europe/Western Europe/France/South West France/Occitanie/Languedoc-Roussillon |
| 5612 | 5695 | /World Localities/Europe/Western Europe/France/South West France/Occitanie/Languedoc- |
| 5696 | 5879 | /World Localities/Europe/Western Europe/France/South West France/Occitanie/Midi-PyrÃ©nÃ©es |
| 5187 | 5696 | /World Localities/Europe/Western Europe/France/South West France/Occitanie/Midi-PyrÃ©nÃ©es/Toulouse |
| 5530 | 5182 | /World Localities/Europe/Western Europe/France/West France |
| 5697 | 5530 | /World Localities/Europe/Western Europe/France/West France/Brittany |
| 5614 | 5697 | /World Localities/Europe/Western Europe/France/West France/Brittany/Rennes |
| 5698 | 5530 | /World Localities/Europe/Western Europe/France/West France/Pays de la Loire |
| 5609 | 5698 | /World Localities/Europe/Western Europe/France/West France/Pays de la Loire/Nantes |
| 5529 | 5182 | /World Localities/Europe/Western Europe/France/ÃŽle-de-France |
| 5186 | 5529 | /World Localities/Europe/Western Europe/France/ÃŽle-de-France/Paris |
| 5132 | 5177 | /World Localities/Europe/Western Europe/Ireland |
| 5133 | 5132 | /World Localities/Europe/Western Europe/Ireland/Dublin |
| 5140 | 5177 | /World Localities/Europe/Western Europe/United Kingdom |
| 5440 | 5140 | /World Localities/Europe/Western Europe/United Kingdom/England |
| 5447 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/East Midlands |

| 5446 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/East of England |
| 5147 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/London (UK) |
| 5451 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/North East England |
| 5450 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/North West England |
| 5146 | 5450 | /World Localities/Europe/Western Europe/United Kingdom/England/North West England/Liverpool |
| 5148 | 5450 | /World Localities/Europe/Western Europe/United Kingdom/England/North West England/Manchester |
| 5444 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/South East England |
| 5445 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/South West England |
| 5142 | 5445 | /World Localities/Europe/Western Europe/United Kingdom/England/South West England/Bristol |
| 5448 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/West Midlands |
| 5141 | 5448 | /World Localities/Europe/Western Europe/United Kingdom/England/West Midlands/Birmingham (UK) |
| 5449 | 5440 | /World Localities/Europe/Western Europe/United Kingdom/England/Yorkshire |
| 5145 | 5449 | /World Localities/Europe/Western Europe/United Kingdom/England/Yorkshire/Leeds-Bradford |
| 5149 | 5449 | /World Localities/Europe/Western Europe/United Kingdom/England/Yorkshire/Sheffield |
| 5443 | 5140 | /World Localities/Europe/Western Europe/United Kingdom/Northern Ireland |
| 5441 | 5140 | /World Localities/Europe/Western Europe/United Kingdom/Scotland |
| 5143 | 5441 | /World Localities/Europe/Western Europe/United Kingdom/Scotland/Edinburgh |
| 5144 | 5441 | /World Localities/Europe/Western Europe/United Kingdom/Scotland/Glasgow |
| 5442 | 5140 | /World Localities/Europe/Western Europe/United Kingdom/Wales |
| 5203 | 5000 | /World Localities/Latin America |
| 5204 | 5203 | /World Localities/Latin America/Caribbean |
| 5550 | 5204 | /World Localities/Latin America/Caribbean/Antigua & Barbuda |
| 5569 | 5204 | /World Localities/Latin America/Caribbean/Aruba, Bonaire & Curaçao |
| 5360 | 5204 | /World Localities/Latin America/Caribbean/Bahamas |
| 5894 | 5360 | /World Localities/Latin America/Caribbean/Bahamas/Nassau |
| 5559 | 5204 | /World Localities/Latin America/Caribbean/Barbados |
| 5570 | 5204 | /World Localities/Latin America/Caribbean/Cayman Islands |
| 5205 | 5204 | /World Localities/Latin America/Caribbean/Cuba |
| 5560 | 5204 | /World Localities/Latin America/Caribbean/Dominica |
| 5206 | 5204 | /World Localities/Latin America/Caribbean/Dominican Republic |
| 5561 | 5204 | /World Localities/Latin America/Caribbean/Grenada |
| 5700 | 5204 | /World Localities/Latin America/Caribbean/Guadeloupe |
| 5562 | 5204 | /World Localities/Latin America/Caribbean/Haiti |
| 5439 | 5204 | /World Localities/Latin America/Caribbean/Jamaica |
| 5701 | 5204 | /World Localities/Latin America/Caribbean/Martinique |
| 5207 | 5204 | /World Localities/Latin America/Caribbean/Puerto Rico |
| 5563 | 5204 | /World Localities/Latin America/Caribbean/Saint Kitts & Nevis |
| 5564 | 5204 | /World Localities/Latin America/Caribbean/Saint Lucia |
| 5572 | 5204 | /World Localities/Latin America/Caribbean/Saint Vincent & Grenadines |
| 5573 | 5204 | /World Localities/Latin America/Caribbean/Trinidad & Tobago |
| 5571 | 5204 | /World Localities/Latin America/Caribbean/Virgin Islands |
| 5208 | 5203 | /World Localities/Latin America/Central America |
| 5549 | 5208 | /World Localities/Latin America/Central America/Belize |
| 5209 | 5208 | /World Localities/Latin America/Central America/Costa Rica |
| 5548 | 5208 | /World Localities/Latin America/Central America/El Salvador |
| 5547 | 5208 | /World Localities/Latin America/Central America/Guatemala |
| 5546 | 5208 | /World Localities/Latin America/Central America/Honduras |
| 5210 | 5208 | /World Localities/Latin America/Central America/Mexico |
| 5792 | 5210 | /World Localities/Latin America/Central America/Mexico/Baja California |
| 5813 | 5792 | /World Localities/Latin America/Central America/Mexico/Baja California/Los Cabos |
| 5214 | 5792 | /World Localities/Latin America/Central America/Mexico/Baja California/Tijuana |
| 5797 | 5210 | /World Localities/Latin America/Central America/Mexico/Central Mexico |
| 5814 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Cuernavaca (Morelos) |
| 5801 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Guanajuato |
| 5212 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Mexico City |
| 5798 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Mexico State |
| 5800 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Puebla |
| 5799 | 5797 | /World Localities/Latin America/Central America/Mexico/Central Mexico/Veracruz |
| 5793 | 5210 | /World Localities/Latin America/Central America/Mexico/Northern Mexico |

| 5795 | 5793 | /World Localities/Latin America/Central America/Mexico/Northern Mexico/Chihuahua |
|---|---|---|
| 5794 | 5793 | /World Localities/Latin America/Central America/Mexico/Northern Mexico/Nuevo LeÃ³n |
| 5213 | 5794 | /World Localities/Latin America/Central America/Mexico/Northern Mexico/Nuevo LeÃ³n/Monterrey |
| 5796 | 5793 | /World Localities/Latin America/Central America/Mexico/Northern Mexico/Tamaulipas |
| 5802 | 5210 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico) |
| 5806 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Chiapas |
| 5803 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Guerrero |
| 5815 | 5803 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Guerrero/Acapulco |
| 5805 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Jalisco |
| 5211 | 5805 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Jalisco/Guadalajara |
| 5816 | 5805 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Jalisco/Puerto Vallarta |
| 5807 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/MichoacÃ¡n |
| 5804 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Oaxaca |
| 5808 | 5802 | /World Localities/Latin America/Central America/Mexico/Pacific Coast (Mexico)/Sinaloa |
| 5809 | 5210 | /World Localities/Latin America/Central America/Mexico/YucatÃ¡n Peninsula |
| 5817 | 5809 | /World Localities/Latin America/Central America/Mexico/YucatÃ¡n Peninsula/Quintana Roo |
| 5819 | 5817 | /World Localities/Latin America/Central America/Mexico/YucatÃ¡n Peninsula/Quintana Roo/CancÃºn & Riviera Maya |
| 5818 | 5809 | /World Localities/Latin America/Central America/Mexico/YucatÃ¡n Peninsula/YucatÃ¡n |
| 5820 | 5818 | /World Localities/Latin America/Central America/Mexico/YucatÃ¡n Peninsula/YucatÃ¡n/MÃ©rida |
| 5545 | 5208 | /World Localities/Latin America/Central America/Nicaragua |
| 5215 | 5208 | /World Localities/Latin America/Central America/Panama |
| 5216 | 5203 | /World Localities/Latin America/South America |
| 5217 | 5216 | /World Localities/Latin America/South America/Argentina |
| 5218 | 5217 | /World Localities/Latin America/South America/Argentina/Buenos Aires |
| 5540 | 5216 | /World Localities/Latin America/South America/Bolivia |
| 5219 | 5216 | /World Localities/Latin America/South America/Brazil |
| 5526 | 5219 | /World Localities/Latin America/South America/Brazil/Central West Brazil |
| 5221 | 5526 | /World Localities/Latin America/South America/Brazil/Central West Brazil/Brasilia |
| 5774 | 5526 | /World Localities/Latin America/South America/Brazil/Central West Brazil/GoiÃ¡s |
| 5786 | 5526 | /World Localities/Latin America/South America/Brazil/Central West Brazil/Mato Grosso |
| 5787 | 5526 | /World Localities/Latin America/South America/Brazil/Central West Brazil/Mato Grosso do Sul |
| 5522 | 5219 | /World Localities/Latin America/South America/Brazil/North Brazil |
| 5788 | 5522 | /World Localities/Latin America/South America/Brazil/North Brazil/Amazonas |
| 5789 | 5522 | /World Localities/Latin America/South America/Brazil/North Brazil/ParÃ¡ |
| 5790 | 5522 | /World Localities/Latin America/South America/Brazil/North Brazil/RondÃ´nia |
| 5791 | 5522 | /World Localities/Latin America/South America/Brazil/North Brazil/Tocantins |
| 5523 | 5219 | /World Localities/Latin America/South America/Brazil/Northeast Brazil |
| 5778 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Alagoas |
| 5631 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Bahia |
| 5226 | 5631 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Bahia/Salvador |
| 5779 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/CearÃ¡ |
| 5222 | 5779 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/CearÃ¡/Fortaleza |
| 5780 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/MaranhÃ£o |
| 5781 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/ParaÃba |
| 5782 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Pernambuco |
| 5224 | 5782 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Pernambuco/Recife |
| 5783 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/PiauÃ |
| 5784 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Rio Grande do Norte |
| 5785 | 5523 | /World Localities/Latin America/South America/Brazil/Northeast Brazil/Sergipe |
| 5524 | 5219 | /World Localities/Latin America/South America/Brazil/South Brazil |
| 5627 | 5524 | /World Localities/Latin America/South America/Brazil/South Brazil/ParanÃ¡ |
| 5630 | 5524 | /World Localities/Latin America/South America/Brazil/South Brazil/Rio Grande do Sul |
| 5223 | 5630 | /World Localities/Latin America/South America/Brazil/South Brazil/Rio Grande do Sul/Porto Alegre |
| 5629 | 5524 | /World Localities/Latin America/South America/Brazil/South Brazil/Santa Catarina |
| 5525 | 5219 | /World Localities/Latin America/South America/Brazil/Southeast Brazil |
| 5777 | 5525 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/Espirito Santo |
| 5632 | 5525 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/Minas Gerais |
| 5220 | 5632 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/Minas Gerais/Belo Horizonte |

| | | |
|---|---|---|
| 5225 | 5525 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/Rio de Janeiro |
| 5227 | 5525 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/São Paulo (State) |
| 5912 | 5227 | /World Localities/Latin America/South America/Brazil/Southeast Brazil/São Paulo (State)/São Paulo |
| 5228 | 5216 | /World Localities/Latin America/South America/Chile |
| 5229 | 5228 | /World Localities/Latin America/South America/Chile/Santiago |
| 5230 | 5216 | /World Localities/Latin America/South America/Colombia |
| 5231 | 5230 | /World Localities/Latin America/South America/Colombia/Bogota |
| 5536 | 5216 | /World Localities/Latin America/South America/Ecuador |
| 5832 | 5536 | /World Localities/Latin America/South America/Ecuador/Galapagos Islands |
| 5833 | 5536 | /World Localities/Latin America/South America/Ecuador/Quito |
| 5544 | 5216 | /World Localities/Latin America/South America/French Guiana |
| 5543 | 5216 | /World Localities/Latin America/South America/Guyana |
| 5541 | 5216 | /World Localities/Latin America/South America/Paraguay |
| 5232 | 5216 | /World Localities/Latin America/South America/Peru |
| 5233 | 5232 | /World Localities/Latin America/South America/Peru/Lima |
| 5542 | 5216 | /World Localities/Latin America/South America/Suriname |
| 5234 | 5216 | /World Localities/Latin America/South America/Uruguay |
| 5235 | 5216 | /World Localities/Latin America/South America/Venezuela |
| 5236 | 5235 | /World Localities/Latin America/South America/Venezuela/Caracas |
| 5588 | 5000 | /World Localities/Middle East |
| 5237 | 5000 | /World Localities/North America |
| 5354 | 5237 | /World Localities/North America/Bermuda |
| 5238 | 5237 | /World Localities/North America/Canada |
| 5239 | 5238 | /World Localities/North America/Canada/Atlantic Provinces |
| 5596 | 5239 | /World Localities/North America/Canada/Atlantic Provinces/New Brunswick |
| 5598 | 5239 | /World Localities/North America/Canada/Atlantic Provinces/Newfoundland & Labrador |
| 5597 | 5239 | /World Localities/North America/Canada/Atlantic Provinces/Nova Scotia |
| 5240 | 5597 | /World Localities/North America/Canada/Atlantic Provinces/Nova Scotia/Halifax |
| 5599 | 5239 | /World Localities/North America/Canada/Atlantic Provinces/Prince Edward Island |
| 5241 | 5238 | /World Localities/North America/Canada/British Columbia |
| 5242 | 5241 | /World Localities/North America/Canada/British Columbia/Vancouver |
| 5243 | 5241 | /World Localities/North America/Canada/British Columbia/Victoria (BC) |
| 5244 | 5238 | /World Localities/North America/Canada/Canadian Prairies |
| 5600 | 5244 | /World Localities/North America/Canada/Canadian Prairies/Alberta |
| 5245 | 5600 | /World Localities/North America/Canada/Canadian Prairies/Alberta/Calgary |
| 5246 | 5600 | /World Localities/North America/Canada/Canadian Prairies/Alberta/Edmonton |
| 5602 | 5244 | /World Localities/North America/Canada/Canadian Prairies/Manitoba |
| 5247 | 5602 | /World Localities/North America/Canada/Canadian Prairies/Manitoba/Winnipeg |
| 5601 | 5244 | /World Localities/North America/Canada/Canadian Prairies/Saskatchewan |
| 5248 | 5238 | /World Localities/North America/Canada/Northern Territories |
| 5249 | 5238 | /World Localities/North America/Canada/Ontario |
| 5253 | 5249 | /World Localities/North America/Canada/Ontario/Greater Toronto |
| 5250 | 5249 | /World Localities/North America/Canada/Ontario/Hamilton-Niagara Peninsula |
| 5252 | 5249 | /World Localities/North America/Canada/Ontario/Ottawa-Gatineau |
| 5251 | 5249 | /World Localities/North America/Canada/Ontario/Southwestern Ontario |
| 5254 | 5238 | /World Localities/North America/Canada/Quebec |
| 5255 | 5254 | /World Localities/North America/Canada/Quebec/Montreal |
| 5256 | 5254 | /World Localities/North America/Canada/Quebec/Quebec City |
| 5257 | 5237 | /World Localities/North America/USA |
| 5258 | 5257 | /World Localities/North America/USA/Alaska |
| 5259 | 5257 | /World Localities/North America/USA/California |
| 5669 | 5259 | /World Localities/North America/USA/California/California Central Coast |
| 5474 | 5259 | /World Localities/North America/USA/California/Lake Tahoe |
| 5263 | 5259 | /World Localities/North America/USA/California/Sacramento Valley |
| 5265 | 5259 | /World Localities/North America/USA/California/San Francisco Bay Area |
| 5260 | 5259 | /World Localities/North America/USA/California/San Joaquin Valley |
| 5266 | 5259 | /World Localities/North America/USA/California/Silicon Valley |
| 5535 | 5259 | /World Localities/North America/USA/California/Southern California |
| 5262 | 5535 | /World Localities/North America/USA/California/Southern California/Inland Empire |

| 5261 | 5535 | /World Localities/North America/USA/California/Southern California/Los Angeles |
|------|------|------|
| 5475 | 5535 | /World Localities/North America/USA/California/Southern California/Orange County (CA) |
| 5264 | 5535 | /World Localities/North America/USA/California/Southern California/San Diego |
| 5267 | 5257 | /World Localities/North America/USA/Florida |
| 5624 | 5267 | /World Localities/North America/USA/Florida/Central Florida |
| 5642 | 5624 | /World Localities/North America/USA/Florida/Central Florida/Deltona-Daytona Beach |
| 5270 | 5624 | /World Localities/North America/USA/Florida/Central Florida/Greater Orlando |
| 5271 | 5624 | /World Localities/North America/USA/Florida/Central Florida/Tampa Bay Area |
| 5622 | 5267 | /World Localities/North America/USA/Florida/Florida Panhandle |
| 5897 | 5622 | /World Localities/North America/USA/Florida/Florida Panhandle/Pensacola |
| 5824 | 5622 | /World Localities/North America/USA/Florida/Florida Panhandle/Tallahassee |
| 5623 | 5267 | /World Localities/North America/USA/Florida/North Florida |
| 5268 | 5623 | /World Localities/North America/USA/Florida/North Florida/Jacksonville |
| 5638 | 5267 | /World Localities/North America/USA/Florida/Southern Florida |
| 5822 | 5638 | /World Localities/North America/USA/Florida/Southern Florida/Florida Keys |
| 5823 | 5638 | /World Localities/North America/USA/Florida/Southern Florida/Fort Myers-Cape Coral |
| 5625 | 5638 | /World Localities/North America/USA/Florida/Southern Florida/South Florida Metro |
| 5641 | 5625 | /World Localities/North America/USA/Florida/Southern Florida/South Florida Metro/Broward-Fort Lauderdale |
| 5269 | 5625 | /World Localities/North America/USA/Florida/Southern Florida/South Florida Metro/Miami-Dade |
| 5272 | 5625 | /World Localities/North America/USA/Florida/Southern Florida/South Florida Metro/West Palm Beach-Boca Raton |
| 5273 | 5257 | /World Localities/North America/USA/Great Plains (USA) |
| 5462 | 5273 | /World Localities/North America/USA/Great Plains (USA)/Kansas |
| 5470 | 5273 | /World Localities/North America/USA/Great Plains (USA)/Nebraska |
| 5908 | 5470 | /World Localities/North America/USA/Great Plains (USA)/Nebraska/Omaha |
| 5471 | 5273 | /World Localities/North America/USA/Great Plains (USA)/North Dakota |
| 5426 | 5273 | /World Localities/North America/USA/Great Plains (USA)/Oklahoma |
| 5274 | 5426 | /World Localities/North America/USA/Great Plains (USA)/Oklahoma/Oklahoma City |
| 5275 | 5426 | /World Localities/North America/USA/Great Plains (USA)/Oklahoma/Tulsa |
| 5472 | 5273 | /World Localities/North America/USA/Great Plains (USA)/South Dakota |
| 5276 | 5257 | /World Localities/North America/USA/Hawaii |
| 5828 | 5276 | /World Localities/North America/USA/Hawaii/Big Island (Hawaii) |
| 5829 | 5276 | /World Localities/North America/USA/Hawaii/Kauai |
| 5827 | 5276 | /World Localities/North America/USA/Hawaii/Maui |
| 5826 | 5276 | /World Localities/North America/USA/Hawaii/Oahu |
| 5277 | 5257 | /World Localities/North America/USA/Mid-Atlantic (USA) |
| 5463 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/Delaware |
| 5427 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/Maryland |
| 5279 | 5427 | /World Localities/North America/USA/Mid-Atlantic (USA)/Maryland/Baltimore Metro |
| 5909 | 5427 | /World Localities/North America/USA/Mid-Atlantic (USA)/Maryland/Ocean City (MD) |
| 5411 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/New Jersey |
| 5896 | 5411 | /World Localities/North America/USA/Mid-Atlantic (USA)/New Jersey/Atlantic City |
| 5409 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/New York State |
| 5278 | 5409 | /World Localities/North America/USA/Mid-Atlantic (USA)/New York State/Albany-Capital District |
| 5280 | 5409 | /World Localities/North America/USA/Mid-Atlantic (USA)/New York State/Buffalo-Niagara Falls |
| 5282 | 5409 | /World Localities/North America/USA/Mid-Atlantic (USA)/New York State/New York City |
| 5285 | 5409 | /World Localities/North America/USA/Mid-Atlantic (USA)/New York State/Rochester-Finger Lakes |
| 5410 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/Pennsylvania |
| 5281 | 5410 | /World Localities/North America/USA/Mid-Atlantic (USA)/Pennsylvania/Harrisburg-South Central PA |
| 5283 | 5410 | /World Localities/North America/USA/Mid-Atlantic (USA)/Pennsylvania/Philadelphia |
| 5284 | 5410 | /World Localities/North America/USA/Mid-Atlantic (USA)/Pennsylvania/Pittsburgh |
| 5286 | 5277 | /World Localities/North America/USA/Mid-Atlantic (USA)/Washington DC |
| 5287 | 5257 | /World Localities/North America/USA/Midwest (USA) |
| 5428 | 5287 | /World Localities/North America/USA/Midwest (USA)/Illinois |
| 5288 | 5428 | /World Localities/North America/USA/Midwest (USA)/Illinois/Chicago |
| 5429 | 5287 | /World Localities/North America/USA/Midwest (USA)/Indiana |
| 5294 | 5429 | /World Localities/North America/USA/Midwest (USA)/Indiana/Indianapolis |
| 5458 | 5287 | /World Localities/North America/USA/Midwest (USA)/Iowa |
| 5413 | 5287 | /World Localities/North America/USA/Midwest (USA)/Michigan |
| 5292 | 5413 | /World Localities/North America/USA/Midwest (USA)/Michigan/Detroit |

| | | |
|---|---|---|
| 5293 | 5413 | /World Localities/North America/USA/Midwest (USA)/Michigan/Grand Rapids-West Michigan |
| 5431 | 5287 | /World Localities/North America/USA/Midwest (USA)/Minnesota |
| 5297 | 5431 | /World Localities/North America/USA/Midwest (USA)/Minnesota/Minneapolis-Saint Paul |
| 5414 | 5287 | /World Localities/North America/USA/Midwest (USA)/Missouri |
| 5298 | 5414 | /World Localities/North America/USA/Midwest (USA)/Missouri/Greater St. Louis |
| 5295 | 5414 | /World Localities/North America/USA/Midwest (USA)/Missouri/Kansas City |
| 5412 | 5287 | /World Localities/North America/USA/Midwest (USA)/Ohio |
| 5289 | 5412 | /World Localities/North America/USA/Midwest (USA)/Ohio/Cincinnati |
| 5291 | 5412 | /World Localities/North America/USA/Midwest (USA)/Ohio/Columbus (OH) |
| 5290 | 5412 | /World Localities/North America/USA/Midwest (USA)/Ohio/Greater Cleveland |
| 5430 | 5287 | /World Localities/North America/USA/Midwest (USA)/Wisconsin |
| 5296 | 5430 | /World Localities/North America/USA/Midwest (USA)/Wisconsin/Milwaukee |
| 5299 | 5257 | /World Localities/North America/USA/New England |
| 5423 | 5299 | /World Localities/North America/USA/New England/Connecticut |
| 5301 | 5423 | /World Localities/North America/USA/New England/Connecticut/Greater Hartford |
| 5670 | 5423 | /World Localities/North America/USA/New England/Connecticut/New Haven |
| 5459 | 5299 | /World Localities/North America/USA/New England/Maine |
| 5424 | 5299 | /World Localities/North America/USA/New England/Massachusetts |
| 5300 | 5424 | /World Localities/North America/USA/New England/Massachusetts/Boston Metro |
| 5461 | 5299 | /World Localities/North America/USA/New England/New Hampshire |
| 5425 | 5299 | /World Localities/North America/USA/New England/Rhode Island |
| 5302 | 5425 | /World Localities/North America/USA/New England/Rhode Island/Providence |
| 5460 | 5299 | /World Localities/North America/USA/New England/Vermont |
| 5303 | 5257 | /World Localities/North America/USA/Pacific Northwest |
| 5433 | 5303 | /World Localities/North America/USA/Pacific Northwest/Oregon |
| 5304 | 5433 | /World Localities/North America/USA/Pacific Northwest/Oregon/Portland (OR) |
| 5432 | 5303 | /World Localities/North America/USA/Pacific Northwest/Washington State |
| 5305 | 5432 | /World Localities/North America/USA/Pacific Northwest/Washington State/Seattle-Tacoma |
| 5306 | 5257 | /World Localities/North America/USA/Rocky Mountains |
| 5434 | 5306 | /World Localities/North America/USA/Rocky Mountains/Colorado |
| 5307 | 5434 | /World Localities/North America/USA/Rocky Mountains/Colorado/Denver |
| 5466 | 5306 | /World Localities/North America/USA/Rocky Mountains/Idaho |
| 5465 | 5306 | /World Localities/North America/USA/Rocky Mountains/Montana |
| 5464 | 5306 | /World Localities/North America/USA/Rocky Mountains/Wyoming |
| 5308 | 5257 | /World Localities/North America/USA/South (USA) |
| 5422 | 5308 | /World Localities/North America/USA/South (USA)/Alabama |
| 5311 | 5422 | /World Localities/North America/USA/South (USA)/Alabama/Birmingham (AL) |
| 5467 | 5308 | /World Localities/North America/USA/South (USA)/Arkansas |
| 5906 | 5467 | /World Localities/North America/USA/South (USA)/Arkansas/Little Rock |
| 5420 | 5308 | /World Localities/North America/USA/South (USA)/Georgia (USA) |
| 5309 | 5420 | /World Localities/North America/USA/South (USA)/Georgia (USA)/Atlanta |
| 5907 | 5420 | /World Localities/North America/USA/South (USA)/Georgia (USA)/Savannah |
| 5421 | 5308 | /World Localities/North America/USA/South (USA)/Kentucky |
| 5315 | 5421 | /World Localities/North America/USA/South (USA)/Kentucky/Louisville |
| 5417 | 5308 | /World Localities/North America/USA/South (USA)/Louisiana |
| 5310 | 5417 | /World Localities/North America/USA/South (USA)/Louisiana/Baton Rouge |
| 5318 | 5417 | /World Localities/North America/USA/South (USA)/Louisiana/New Orleans |
| 5469 | 5308 | /World Localities/North America/USA/South (USA)/Mississippi |
| 5416 | 5308 | /World Localities/North America/USA/South (USA)/North Carolina |
| 5312 | 5416 | /World Localities/North America/USA/South (USA)/North Carolina/Charlotte Metro |
| 5313 | 5416 | /World Localities/North America/USA/South (USA)/North Carolina/Piedmont Triad |
| 5320 | 5416 | /World Localities/North America/USA/South (USA)/North Carolina/Raleigh-Durham |
| 5418 | 5308 | /World Localities/North America/USA/South (USA)/South Carolina |
| 5618 | 5418 | /World Localities/North America/USA/South (USA)/South Carolina/Greater Charleston (SC) |
| 5821 | 5418 | /World Localities/North America/USA/South (USA)/South Carolina/Myrtle Beach & Grand Strand |
| 5314 | 5418 | /World Localities/North America/USA/South (USA)/South Carolina/Upstate South Carolina |
| 5905 | 5314 | /World Localities/North America/USA/South (USA)/South Carolina/Upstate South Carolina/Greenville |
| 5419 | 5308 | /World Localities/North America/USA/South (USA)/Tennessee |
| 5900 | 5419 | /World Localities/North America/USA/South (USA)/Tennessee/Gatlinburg |

| | | |
|---|---|---|
| 5316 | 5419 | /World Localities/North America/USA/South (USA)/Tennessee/Memphis |
| 5317 | 5419 | /World Localities/North America/USA/South (USA)/Tennessee/Nashville |
| 5415 | 5308 | /World Localities/North America/USA/South (USA)/Virginia |
| 5321 | 5415 | /World Localities/North America/USA/South (USA)/Virginia/Richmond-Petersburg |
| 5319 | 5415 | /World Localities/North America/USA/South (USA)/Virginia/Virginia Beach-Hampton Roads |
| 5468 | 5308 | /World Localities/North America/USA/South (USA)/West Virginia |
| 5322 | 5257 | /World Localities/North America/USA/Southwest (USA) |
| 5435 | 5322 | /World Localities/North America/USA/Southwest (USA)/Arizona |
| 5325 | 5435 | /World Localities/North America/USA/Southwest (USA)/Arizona/Phoenix |
| 5328 | 5435 | /World Localities/North America/USA/Southwest (USA)/Arizona/Tucson |
| 5436 | 5322 | /World Localities/North America/USA/Southwest (USA)/Nevada |
| 5324 | 5436 | /World Localities/North America/USA/Southwest (USA)/Nevada/Las Vegas |
| 5326 | 5436 | /World Localities/North America/USA/Southwest (USA)/Nevada/Reno-Sparks |
| 5438 | 5322 | /World Localities/North America/USA/Southwest (USA)/New Mexico |
| 5323 | 5438 | /World Localities/North America/USA/Southwest (USA)/New Mexico/Albuquerque-Santa Fe |
| 5437 | 5322 | /World Localities/North America/USA/Southwest (USA)/Utah |
| 5327 | 5437 | /World Localities/North America/USA/Southwest (USA)/Utah/Salt Lake City |
| 5329 | 5257 | /World Localities/North America/USA/Texas |
| 5330 | 5329 | /World Localities/North America/USA/Texas/Austin-Round Rock |
| 5331 | 5329 | /World Localities/North America/USA/Texas/Dallas-Fort Worth |
| 5332 | 5329 | /World Localities/North America/USA/Texas/El Paso |
| 5333 | 5329 | /World Localities/North America/USA/Texas/Houston |
| 5334 | 5329 | /World Localities/North America/USA/Texas/San Antonio |
| 5335 | 5000 | /World Localities/Oceania |
| 5336 | 5335 | /World Localities/Oceania/Australia |
| 5452 | 5336 | /World Localities/Oceania/Australia/New South Wales |
| 5339 | 5452 | /World Localities/Oceania/Australia/New South Wales/Canberra |
| 5342 | 5452 | /World Localities/Oceania/Australia/New South Wales/Newcastle (AU) |
| 5344 | 5452 | /World Localities/Oceania/Australia/New South Wales/Sydney |
| 5457 | 5336 | /World Localities/Oceania/Australia/Northern Territory |
| 5453 | 5336 | /World Localities/Oceania/Australia/Queensland |
| 5338 | 5453 | /World Localities/Oceania/Australia/Queensland/Brisbane |
| 5357 | 5453 | /World Localities/Oceania/Australia/Queensland/Cairns |
| 5340 | 5453 | /World Localities/Oceania/Australia/Queensland/Gold Coast |
| 5456 | 5336 | /World Localities/Oceania/Australia/South Australia |
| 5337 | 5456 | /World Localities/Oceania/Australia/South Australia/Adelaide |
| 5356 | 5336 | /World Localities/Oceania/Australia/Tasmania |
| 5454 | 5336 | /World Localities/Oceania/Australia/Victoria (AU) |
| 5341 | 5454 | /World Localities/Oceania/Australia/Victoria (AU)/Melbourne |
| 5455 | 5336 | /World Localities/Oceania/Australia/Western Australia |
| 5343 | 5455 | /World Localities/Oceania/Australia/Western Australia/Perth |
| 5350 | 5335 | /World Localities/Oceania/New Zealand |
| 5351 | 5350 | /World Localities/Oceania/New Zealand/Auckland |
| 5359 | 5350 | /World Localities/Oceania/New Zealand/Christchurch |
| 5358 | 5350 | /World Localities/Oceania/New Zealand/Wellington |
| 5589 | 5335 | /World Localities/Oceania/Pacific Islands |
| 5345 | 5589 | /World Localities/Oceania/Pacific Islands/Melanesia |
| 5346 | 5345 | /World Localities/Oceania/Pacific Islands/Melanesia/Fiji |
| 5347 | 5345 | /World Localities/Oceania/Pacific Islands/Melanesia/Papua New Guinea |
| 5348 | 5589 | /World Localities/Oceania/Pacific Islands/Micronesia |
| 5349 | 5348 | /World Localities/Oceania/Pacific Islands/Micronesia/Guam |
| 5352 | 5589 | /World Localities/Oceania/Pacific Islands/Polynesia |
| 5568 | 5352 | /World Localities/Oceania/Pacific Islands/Polynesia/Tahiti & Bora Bora |
| 5353 | 5000 | /World Localities/Polar Regions |

# EXHIBIT 27

**Google Example OpenRTB Protobuf for Web video Real-Time Bidding: Pregnancy and Maternity Vertical, https://developers.google.com/authorized-buyers/rtb/request-guide#openrtb-protobuf_6** (last visited January 22, 2021)
(Highlights and italicized description added by counsel)

```
id: "xPFd77195961Y5z082OfoI"
imp {
  id: "1"
  video {
    mimes: "application/javascript"
    mimes: "video/mp4"
    linearity: LINEAR
    maxduration: 16
    w: 361
    h: 203
    startdelay: 0
    playbackmethod: CLICK_TO_PLAY
    pos: ABOVE_THE_FOLD
    companionad {
      w: 0
      h: 0
      mimes: "image/gif"
      mimes: "image/jpeg"
      format {
        w: 0
        h: 0
      }
    }
    api: VPAID_1
    api: VPAID_2
    companiontype: STATIC
    protocols: VAST_2_0
    protocols: VAST_3_0
    skip: true
    placement: IN_STREAM_PLACEMENT
  }
  displaymanager: "GOOGLE"
  tagid: "8003173631"
  bidfloor: 0.16
  bidfloorcur: "USD"
  secure: true
  metric {
    type: "click_through_rate"
    value: 0.046027131378650665
    vendor: "EXCHANGE"
  }
  metric {
    type: "video_completion_rate"
    value: 0.8325581550598145
    vendor: "EXCHANGE"
  }
  [com.google.doubleclick.imp] {
    billing_id: 85380932591
    dfp_ad_unit_code: "/8586722/google/test"
    ampad: AMP_AD_NOT_ALLOWED
```

```
      open_bidding {
        is_open_bidding: true
      }
    }
  }
}
site {
  page: "https://www.google.com"
  publisher {
    id: "pub-9669716277486105"
    [com.google.doubleclick.publisher] {
      country: "US"
    }
  }
  content {
    contentrating: "DV-PG"
    livestream: false
    language: "es"
  }
  mobile: true
  [com.google.doubleclick.site] {
    amp: DIALECT_HTML
  }
}
device {
  ua: "Mozilla/5.0 (Linux; Android 7.1.1; Moto E (4) Build/NCQS26.69-64-16;
wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/79.0.3945.116
Mobile Safari/537.36 [FB_IAB/FB4A;FBAV/252.0.0.22.355;]"
  ip: "192.168.1.0"
  geo {
    country: "USA"
    region: "US-NY"
    metro: "9067609"
    city: "New York"
    utcoffset: -480
  }
  carrier: "70091"
  make: "motorola"
  model: "moto e(4)"
  os: "android"
  osv: "7.1.1"
  devicetype: HIGHEND_PHONE
  w: 720
  h: 1280
  pxratio: 1.0
}
user {
  id: "iE0B3ASr55t81Mf8XnJ34W084h8"p
  buyeruid: "9WYQiC4JG3hQfIM862Eym660G4UdsG4c"
  customdata: "WqJ725BD4feN7831884366n8gmA5Rk77Ud7K61GL85e4i9A6"
  data {
    id: "DetectedVerticals"
    name: "DoubleClick"
    segment {
      id: "184"
      value: "1"
    }
    segment {
```

*Per Google documentation, Segment ID "184" corresponds with "Celebrities and Entertainment News"*

```
                    id: "401"
                    value: "0.2"
                }
            }
        }
at: FIRST_PRICE
tmax: 300
cur: "USD"
[com.google.doubleclick.bid_request] {
    bid_feedback {
        request_id: "51R8rec0Ov494jF4187mM9"
        creative_status_code: 79
        buyer_creative_id: "test_creative_id_123930"
        minimum_bid_to_win: 0.808421
    }
    bid_feedback {
        request_id: "51R8rec0Ov494jF4187mM9"
        creative_status_code: 79
        buyer_creative_id: "test_creative_id_123930"
        minimum_bid_to_win: 1.15642
    }
    google_query_id: "ANy-z2Gu2L-
GX054sP4R3F3bdZ20nu41cX94x1yN47w3hg0k7QMuqLA0Qdqr112g4gCt0se9"
}
```

*Per Google documentation, Segment ID "401" corresponds with "Pregnancy and Maternity"*

3

# EXHIBIT 28

**Google Example OpenRTB Protobuf for "App native" Real-Time Bidding: OBGYN Vertical**, https://developers.google.com/authorized-buyers/rtb/request-guide#openrtb-protobuf_6 (last visited January 22, 2021)
(Highlights and italicized descriptions added by counsel)

```
id: "l4nX412lo528sg1la5d51S"
imp {
  id: "1"
  displaymanager: "GOOGLE"
  tagid: "3663182837"
  bidfloor: 0.12
  bidfloorcur: "USD"
  secure: true
  native {
    ver: "1.2"
    api: MRAID_1
    api: MRAID_2
    request_native {
      ver: "1.2"
      assets {
        id: 1
        required: true
        title {
          len: 25
        }
      }
      assets {
        id: 2
        required: true
        data {
          type: DESC
          len: 90
        }
      }
      assets {
        id: 3
        data {
          type: CTATEXT
          len: 15
        }
      }
      assets {
        id: 4
        required: true
        data {
          type: SPONSORED
          len: 25
        }
      }
      assets {
        id: 5
        required: true
        img {
          type: MAIN
          wmin: 1200
```

```
          hmin: 627
        }
      }
    assets {
      id: 6
      img {
        type: LOGO
        wmin: 128
        hmin: 128
      }
    }
    eventtrackers {
      event: IMPRESSION
      methods: IMG
    }
    }
  }
  metric {
    type: "click_through_rate"
    value: 0.003636630717664957
    vendor: "EXCHANGE"
  }
  metric {
    type: "viewability"
    value: 0.7
    vendor: "EXCHANGE"
  }
  [com.google.doubleclick.imp] {
    billing_id: 29725457068
    billing_id: 29725457068
    publisher_settings_list_id: 7391335554068036165
    publisher_settings_list_id: 7391335554068036165
    allowed_vendor_type: 698
    allowed_vendor_type: 485
    ampad: AMP_AD_NOT_ALLOWED
  }
}
app {
  name: "Test App"
  bundle: "com.google.test"
  publisher {
    id: "pub-3381391626698655"
    [com.google.doubleclick.publisher] {
      country: "US"
    }
  }
  content {
    url: "https://www.google.com"
    contentrating: "DV-T"
    userrating: "4.8"
    livestream: false
    language: "en"
  }
  storeurl: "https://www.google.com"
}
device {
  ua: "Mozilla/5.0 (Linux; Android 9; Mi A2 Build/PKQ1.180904.001; wv)
```

2

```
AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/78.0.3904.108
Mobile Safari/537.36 (Mobile; afma-sdk-a-v19831030.19831030.0)"
  ip: "192.168.1.0"
  geo {
    lat: 0.0
    lon: 0.0
    country: "USA"
    region: "US-NY"
    utcoffset: 420
  }
  make: "xiaomi"
  model: "mi a2"
  os: "android"
  osv: "9"
  devicetype: HIGHEND PHONE
  ifa: "b\'c\\xbc\\xfbnB<\\xe9\\x1em\\xf9\\xdc\\xd1\\x04\\xa1\\xdf\\x88\'"
  w: 360
  h: 672
  pxratio: 3.0
}
user {
  id: "3R2e3G7G0966GuMK118NkE67282"
  data {
    id: "DetectedVerticals"
    name: "DoubleClick"
    segment {
      id: "558"
      value: "0.2"
    }
    segment {
      id: "695"
      value: "0.2"
    }
  }
}
at: FIRST_PRICE
tmax: 300
cur: "USD"
bcat: "IAB9-30"
bcat: "IAB23-5"
[com.google.doubleclick.bid_request] {
  google_query_id: "ANy-zZ7G01-
lS65WvAC20fnvI2KA66Ww6RP151C7G0U2F7q3v2N07465EbjUh28FEN6MOF73"
```

Per Google documentation, Segment ID "558" corresponds with "OBGYN"

Per Google documentation, Segment ID "695" corresponds with "Time and Calendars"