UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,

          Plaintiff(s)

   v.

GOOGLE LLC

          Defendant(s).

Case No. 5:21-cv-02155

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 31, 2021

NAME: Lesley E. Weaver

COUNSEL FOR (OR "PRO SE"): Plaintiffs

*/s/ Lesley E. Weaver*
          *Signature*

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on March 31, 2021, I caused a copy of this PLAINTIFFS' CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION to be served via U.S. mail on Defendant Google LLC at the following address:

GOOGLE LLC
C/O Corporation Service Company d/b/a CSC -Lawyers Incorporating Service
(C1592199)
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

Executed this 31st day of March, 2021, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver