# AFFIDAVIT OF SERVICE

| Case:<br>5:21-CV-02155 | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | County: | Job:<br>5523142 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>BENJAMIN HEWITT, ET AL | | Defendant / Respondent:<br>GOOGLE LLC | |
| Received by:<br>JASON MARSHALL | | For:<br>BLEICHMAR FONTI & AULD, LLP | |
| To be served upon:<br>GOOGLE LLC | | | |

I, JASON MARSHALL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** GOOGLE LLC C/O CSC LAWYERS INC., AGENT FOR SERVICE BY SERVICE KAITLYN MANNIX, AUTHORIZED TO ACCEPT, 2710 GATEWAY OAKS DR-150N, SACRAMENTO, CA 95833

**Manner of Service:** Authorized, Apr 2, 2021, 3:01 pm PDT

**Documents:** Summons and Complaint, Exhibits, Civil Cover Sheet, Cert of Interested Entities, Order Setting Initial Case Management Conference and ADR Deadlines; Preservation Letter, ECF Registration Information, Standing Order re Civil Cases Judge Freeman, Standing Order re Civil Bench Trials Judge Freeman, Standing Order re Civil Jury Trials Judge Freeman, Standing Order for All Judges of the Northern District of California, Notice of Availability of Magistrate Judge to Exercise Jurisdiction

**Additional Comments:**
1) Successful Attempt: Apr 2, 2021, 3:01 pm PDT at 2710 GATEWAY OAKS DR-150N, SACRAMENTO, CA 95833 received by GOOGLE LLC C/O CSC LAWYERS INC., AGENT FOR SERVICE BY SERVICE KAITLYN MANNIX, AUTHORIZED TO ACCEPT.

_(signature)_     APRIL 6, 2021

JASON MARSHALL     Date
REG # 1998-61
SACRAMENTO COUNTY

LIGHTNING LEGAL PROCESS SERVICE
4 EMBARCADERO CENTER-14TH FLR
SAN FRANCISCO, CA 94111
415-624-7747