United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   CHASOM BROWN, et al.

13              Plaintiffs,

14         v.

15   GOOGLE LLC,

16              Defendant.

Case No. 20-CV-03664-LHK

**ORDER GRANTING MOTION TO RELATE**

Re: Dkt. No. 123

17

18         The Court GRANTS Benjamin Hewitt and Kimberley Woodruff's motion to relate *Hewitt*

19   *v. Google LLC*, No. 21-CV-02155-BLF (N.D. Cal. filed Mar. 29, 2021), to the above captioned

20   case and to *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020).

21   **IT IS SO ORDERED.**

22

23   Dated: April 9, 2021

Lucy H. Koh

24                                              LUCY H. KOH
                                                United States District Judge

25

26

27

28

1

Case No. 20-CV-03664-LHK
ORDER GRANTING MOTION TO RELATE