UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 21-CV-02155-LHK <br><br> **ORDER REFERRING DISCOVERY** |

On April 9, 2021, the Court granted Plaintiffs' motion to relate the instant case to *Brown v. Google*, No. 20-CV-03664-LHK (N.D. Cal. filed June 2, 2020) and to *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020). ECF No. 11. United States Magistrate Judge Susan van Keulen is presiding over discovery in *Brown* and *Calhoun*. Because the instant case is related to *Brown* and *Calhoun*, the Court refers discovery in the instant case to Judge van Keulen.

**IT IS SO ORDERED.**

Dated: April 12, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 21-CV-02155-LHK
ORDER REFERRING DISCOVERY

1