UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HEWITT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 21-cv-02155-LHK  (SVK)<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE** |

On April 29, 2021 at 1:30 p.m., the Court will hold a hearing on various discovery matters in related cases *Brown v. Google*, No. 20-CV-03664-LHK (N.D. Cal. filed June 2, 2020) and *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020). As the Court's discovery orders in the related cases will directly impact future discovery in this case, counsel are ORDERED to attend the discovery hearing on behalf of the parties in this action and to submit a statement no later than 12 p.m. on April 27, 2021 setting forth the status of any discovery efforts, including meet and confer, that have taken place as of that date.

**SO ORDERED.**

Dated: April 15, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge