Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HEWITT, et al. )
                              ) Case No: 5:21-cv-02155
         Plaintiff(s), )
                              ) **APPLICATION FOR**
  v.                        ) **ADMISSION OF ATTORNEY**
                              ) **PRO HAC VICE**
GOOGLE LLC, ) (CIVIL LOCAL RULE 11-3)
                              )
         Defendant(s). )

    I, Thien An Vinh Truong, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Lesley Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Simmons Hanly Conroy<br>112 Madison Ave., 7th Fl, New York, NY 10016 | Bleichmar Fonti & Auld LLP, 555 12th Street,<br>Suite 1600, Oakland, CA 94607 |
| MY TELEPHONE # OF RECORD:<br>(212) 784-6400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 445-4003 |
| MY EMAIL ADDRESS OF RECORD:<br>atruong@simmonsfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lweaver@bfalaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4820569NY.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/15/21

                                                    Thien An Vinh Truong
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Thien An Vinh Truong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 15, 2021

                                                    *Lucy H. Koh*
                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE