Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HEWITT, et al.

                         Plaintiff(s),

    v.

GOOGLE LLC,

                        Defendant(s).

Case No: 5:21-cv-02155

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jay Barnes, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Lesley Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Simmons Hanly Conroy, 231 S. Bemiston Ave., Ste 525, St. Louis, MO 63105 | Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, CA 94607 |
| MY TELEPHONE # OF RECORD: (314) 259-6700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 445-4003 |
| MY EMAIL ADDRESS OF RECORD: jaybarnes@simmonsfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: lweaver@bfalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 57583MO.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/19/21

                                     Jay Barnes
                                    APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jay Barnes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 19, 2021

*Lucy H. Koh*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*