```
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**NOTICE OF APPEARANCE OF MICHAEL G. RHODES FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
OF MICHAEL G. RHODES
CASE NO. 5:21-CV-02155-LHK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties that Michael G. Rhodes of the law firm Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters his appearance as counsel of record for Google in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Michael G. Rhodes (rhodesmg@cooley.com)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Dated: April 21, 2021                                          COOLEY LLP

                                                               By: */s/ Michael G. Rhodes*
                                                                   Michael G. Rhodes

                                                               Attorneys for Defendant
                                                               GOOGLE LLC

249179025

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE
OF MICHAEL G. RHODES
CASE NO. 5:21-CV-02155-LHK