| | |
|---|---|
| 1 | COOLEY LLP |
|   | MICHAEL G. RHODES (SBN 116127) |
| 2 | (rhodesmg@cooley.com) |
|   | JEFFREY M. GUTKIN (SBN 216083) |
| 3 | (jgutkin@cooley.com) |
|   | DANIELLE C. PIERRE (SBN 300567) |
| 4 | (dpierre@cooley.com) |
|   | COLIN S. SCOTT (SBN 318555) |
| 5 | (cscott@cooley.com) |
|   | 101 California Street, 5th Floor |
| 6 | San Francisco, California  94111-5800 |
|   | Telephone:    +1 415 693 2000 |
| 7 | Facsimile:     +1 415 693 2222 |
| 8 | Attorneys for Defendant |
|   | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated, | Case No. 5:21-cv-02155-LHK |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JEFFREY M. GUTKIN FOR DEFENDANT GOOGLE LLC** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
OF JEFFREY M. GUTKIN
CASE NO. 5:21-CV-02155-LHK

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2      **PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of
3  Appearance and hereby notifies the Court and all parties that Jeffrey M. Gutkin of the law firm
4  Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters his
5  appearance as counsel of record for Google in the above-referenced matter.

6      All pleadings, discovery, correspondence, and other materials should be served upon
7  counsel at:

8    Jeffrey M. Gutkin (jgutkin@cooley.com)
     Cooley LLP
9    101 California Street, 5th Floor
     San Francisco, CA 94111
10   Telephone:   (415) 693-2000
11   Facsimile:   (415) 693-2222

12  Dated: April 21, 2021                    COOLEY LLP

14                                           By: */s/ Jeffrey M. Gutkin*
15                                              Jeffrey M. Gutkin

16                                           Attorneys for Defendant
                                             GOOGLE LLC

28  249174602

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE
OF JEFFREY M. GUTKIN
CASE NO. 5:21-CV-02155-LHK