| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) |
| 2 | (rhodesmg@cooley.com) |
| | JEFFREY M. GUTKIN (SBN 216083) |
| 3 | (jgutkin@cooley.com) |
| | DANIELLE C. PIERRE (SBN 300567) |
| 4 | (dpierre@cooley.com) |
| | COLIN S. SCOTT (SBN 318555) |
| 5 | (cscott@cooley.com) |
| | 101 California Street, 5th Floor |
| 6 | San Francisco, California 94111-5800 |
| | Telephone:  +1 415 693 2000 |
| 7 | Facsimile:  +1 415 693 2222 |
| 8 | Attorneys for Defendant |
| | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated, | Case No. 5:21-cv-02155-LHK |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DANIELLE C. PIERRE FOR DEFENDANT GOOGLE LLC** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**NOTICE OF APPEARANCE OF
DANIELLE C. PIERRE
CASE NO. 5:21-CV-02155-LHK**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties that Danielle C. Pierre of the law firm Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters her appearance as counsel of record for Google in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Danielle C. Pierre (dpierre@cooley.com)
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111
> Telephone:   (415) 693-2000
> Facsimile:   (415) 693-222

Dated: April 21, 2021                           COOLEY LLP

                                                By: */s/ Danielle C. Pierre*
                                                    Danielle C. Pierre

                                                Attorneys for Defendant
                                                GOOGLE LLC

249175253

Cooley LLP
Attorneys at Law
San Francisco

2

Notice of Appearance of
Danielle C. Pierre
Case No. 5:21-cv-02155-LHK