```
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222
```

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**NOTICE OF APPEARANCE OF COLIN S. SCOTT FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
OF COLIN S. SCOTT
CASE NO. 5:21-CV-02155-LHK

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2      **PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of
3  Appearance and hereby notifies the Court and all parties that Colin S. Scott of the law firm Cooley
4  LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters his appearance as
5  counsel of record for Google in the above-referenced matter.

6      All pleadings, discovery, correspondence, and other materials should be served upon
7  counsel at:

8      Colin S. Scott (cscott@cooley.com)
       Cooley LLP
9      101 California Street, 5th Floor
       San Francisco, CA 94111
10     Telephone:   (415) 693-2000
11     Facsimile:   (415) 693-2222

12 Dated: April 21, 2021                              COOLEY LLP

14                                                   By: */s/ Colin S. Scott*
                                                         Colin S. Scott
15
                                                     Attorneys for Defendant
16                                                   GOOGLE LLC

28 249175340

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE
OF COLIN S. SCOTT
CASE NO. 5:21-CV-02155-LHK