COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**DEFENDANT GOOGLE LLC'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DISCLOSURE STATEMENT AND CERTIFICATE
OF INTERESTED ENTITIES OR PARTIES
CASE NO. 5:21-CV-02155-LHK

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC.

2. XXVI Holdings Inc., Holding Company of Google LLC.

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: April 21, 2021

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
JEFFREY M. GUTKIN (SBN 216083)
DANIELLE C. PIERRE (SBN 300567)
COLIN S. SCOTT (SBN 318555)

By: */s/ Jeffrey M. Gutkin*
    Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

249223350

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DISCLOSURE STATEMENT AND CERTIFICATE
OF INTERESTED ENTITIES OR PARTIES
CASE NO. 5:21-CV-02155-LHK