COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    (415) 693 2000
Facsimile:     (415) 693 2222

Attorneys for Defendant
GOOGLE LLC

*Additional counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

Pursuant to Civil Local Rule 6-1(a), plaintiffs Benjamin Hewitt and Kimberley Woodruff ("Plaintiffs") and defendant Google LLC ("Google") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action on March 26, 2021 (Dkt. No. 1);

WHEREAS, the Complaint was served on Google on April 2, 2021 (Dkt. No. 10);

WHEREAS, Google's deadline to answer or otherwise respond to the Complaint is April 23, 2021 (Dkt. No. 10);

WHEREAS, the Parties have agreed to extend Google's deadline to answer or otherwise respond to the Complaint by sixty (60) days from the date of service, to June 1, 2021;

WHEREAS, good cause exists for this extension as defense counsel have just been engaged for this action and require time to investigate the facts and prepare an initial pleading.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Google's deadline to answer or otherwise respond to the Complaint is extended to June 1, 2021.

**IT IS SO STIPULATED.**

Dated: April 22, 2021

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
JEFFREY M. GUTKIN (SBN 216083)
DANIELLE C. PIERRE (SBN 300567)
COLIN S. SCOTT (SBN 318555)

By: */s/ Jeffrey M. Gutkin*
    Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

Dated: April 22, 2021

By: /s/ *Lesley Weaver*
Lesley Weaver

Lesley Weaver (Cal. Bar No. 191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmelamed@bfalaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline C. Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

Mitchell M. Breit (*pro hac vice* to be sought)
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

**FILER ATTESTATION**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on April 22, 2021, in San Francisco, California.

                                                */s/ Jeffrey M. Gutkin*
                                                Jeffrey M. Gutkin

249228707

Cooley LLP
Attorneys at Law
San Francisco

4

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK