Lesley Weaver (Cal. Bar No.191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mmelamed@bfalaw.com
adavis@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

Mitchell M. Breit (*pro hac vice* to be sought)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>**JOINT SUBMISSION IN RESPONSE TO DKT. NO. 16 RE: DISCOVERY EFFORTS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

April 27, 2021

**Submitted via ECF**

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Joint Submission in Response to Dkt. No. 16 re: Discovery Efforts
             *Hewitt v. Google LLC*, Case No. 5:21-cv-02155-LHK-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

    Pursuant to Your Honor's April 15, 2021 Order (Dkt. No. 16), plaintiffs Benjamin Hewitt and Kimberley Woodruff ("Plaintiffs") and defendant Google LLC ("Google") (collectively, "Parties") jointly submit this statement setting forth the status of discovery efforts.

Dated: April 27, 2021

| **BLEICHMAR FONTI & AULD LLP** | **COOLEY LLP** |
|---|---|
| By: */s/ Lesley E. Weaver* | By: */s/ Jeffrey M. Gutkin* |
| Lesley E. Weaver (Cal. Bar No. 191305) | MICHAEL G. RHODES (SBN 116127) |
| Matthew S. Melamed (Cal. Bar No. 260272) | (rhodesmg@cooley.com) |
| Anne K. Davis (Cal. Bar No. 267909) | JEFFREY M. GUTKIN (SBN 216083) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | (jgutkin@cooley.com) |
| Joshua D. Samra (Cal. Bar No. 313050) | DANIELLE C. PIERRE (SBN 300567) |
| 555 12th Street, Suite 1600 | (dpierre@cooley.com) |
| Oakland, CA 94607 | COLIN S. SCOTT (SBN 318555) |
| Tel.: (415) 445-4003 | (cscott@cooley.com) |
| Fax: (415) 445-4020 | 101 California Street, 5th Floor |
| *lweaver@bfalaw.com* | San Francisco, California 94111-5800 |
| *mmelamed@bfalaw.com* | Telephone:   (415) 693 2000 |
| *adavis@bfalaw.com* | Facsimile:    (415) 693 2222 |
| *aornelas@bfalaw.com* | |
| *jsamra@bfalaw.com* | Attorneys for Defendant |
| | GOOGLE LLC |
| **SIMMONS HANLY CONROY LLC** | |
| By:     */s/ Jay Barnes* | |
| Mitchell M. Breit (*pro hac vice* to be sought) | |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | |

1
Joint Submission in Response to Dkt. No. 16 Re: Discovery Efforts
Case No.: 5:20-cv-03664-LHK

An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**PRITZKER LEVINE LLP**

By:    */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Caroline C. Corbitt (Cal Bar No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Attorneys for Plaintiffs*

On April 2, 2021, Plaintiffs served Google with the Summons and Complaint (Dkt No. 10), as well as a letter seeking to discuss preservation issues.

On April 15, 2021, Google's counsel in this action, Cooley LLP, identified themselves to Plaintiffs.

On April 19, 2021, the Parties had an initial meet and confer regarding preservation and discovery issues in this action, as well as possible future coordination with the related cases *Brown v. Google*, No. 20-CV-03664-LHK (N.D. Cal. filed June 2, 2020) and *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020). Following the April 19 meet and confer, Plaintiffs provided Google's counsel with the Stipulated Protective Order and the Stipulated Order Re: Discovery of Electronically Stored Information entered in the *Calhoun* case for counsel's consideration. These discussions remain ongoing.

On April 26, 2021, the Parties had a follow-up meet and confer to discuss certain categories of information potentially relevant to the *Hewitt* matter. To further preservation and relevance discussions, following the April 26 meet and confer, Plaintiffs served Google with their First Request for Production of Documents ("RFPs"). Plaintiffs have proposed that the RFPs be deemed served at the conclusion of the Parties' Rule 26(f) conference, and that the Parties further negotiate regarding prioritization of any discovery.

A Rule 26(f) meet and confer is scheduled for May 4, 2021.

The Parties can answer any further questions the Court may have at the April 29, 2021 hearing.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2021, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Executed this 27th day of April 2021, at Oakland, California.


*/s/ Lesley E. Weaver*
Lesley E. Weaver