United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, et al., <br><br>           Defendants. | Case No. 20-CV-03664-LHK <br><br> **ORDER RELATING CASES** <br><br> Re: Dkt. No. 45 |

Having considered the Referral for Purposes of Determining Relationship, ECF No. 45, and good cause appearing:

The Court hereby finds the instant case, *Brown v. Google LLC*, Case No. 5:20-CV-03664-LHK, to be related to *Calhoun v. Google LLC*, Case No. 5:20-CV-05146-BLF, and directs that the Clerk reassign the above-referenced action to the undersigned Judge of the Court.

**IT IS SO ORDERED.**

Dated: August 5, 2020

_____
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-03664-LHK
ORDER RELATING CASES