UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN HEWITT, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 21-cv-02155-LHK   (SVK)

**DISCOVERY ORDER FOLLOWING APRIL 29, 2021 DISCOVERY CONFERENCE**

On April 29, 2021 the Parties participated in a discovery conference in the three related matters (*Calhoun et al. v. Google LLC*, Case No. 20-cv-5146-LHK; *Brown et al. v. Google LLC*, Case No. 20-cv-3664-LHK; and the above-entitled case). Even though this action is not yet at issue, the Parties are directed to participate in meet and confer efforts regarding the potential for a cross-use agreement as between all three actions. The Parties are further directed to identify discovery disputes, if any, by May 20, 2021 and to appear at the next discovery conference on May 26, 2021 at 1:30.

**SO ORDERED.**

Dated: April 30, 2021

SUSAN VAN KEULEN
United States Magistrate Judge