**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

*Counsel for Plaintiffs*
*Additional counsel listed on signature page*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222

*Counsel for Defendant GOOGLE LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF APRIL 29 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1    WHEREAS, on April 29, 2021, the Court conducted a discovery status conference in the above titled matter under seal (Dkt. No. 28);

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript may be released to counsel of record in this matter;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the April 29 discovery hearing may be released to counsel of record in this matter.

DATED: May 6, 2021

| BLEICHMAR FONTI & AULD LLP | COOLEY LLP |
|---|---|
| By:  /s/ Lesley E. Weaver<br>Lesley E. Weaver (Cal. Bar No.191305)<br>Matthew S. Melamed (Cal. Bar No. 260272)<br>Anne K. Davis (Cal. Bar No. 267909)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>mmelamed@bfaw.com<br>adavis@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | By:  /s/ Michael G. Rhodes<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>DANIELLE C. PIERRE (SBN 300567)<br>(dpierre@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant GOOGLE LLC* |
| **SIMMONS HANLY CONROY LLC**<br><br>By:  /s/ Jay Barnes<br>Mitchell M. Breit (*pro hac vice* to be sought)<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (*pro hac vice* to be sought)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949 | |

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

1  mbreit@simmonsfirm.com
   jaybarnes@simmonsfirm.com
2  atruong@simmonsfirm.com
   ejohnson@simmonsfirm.com
3
   **PRITZKER LEVINE LLP**
4
   By:  */s/ Elizabeth C. Pritzker*
5  Elizabeth C. Pritzker (Cal. Bar. No. 146267)
   Johnathan K. Levine (Cal. Bar. No. 220289)
6  Caroline C. Corbitt (Cal. Bar. No. 305492)
   1900 Powell Street, Suite 450
7  Emeryville, CA 94608
   Tel.: (415) 692-0772
8  Fax: (415) 366-6110
   ecp@pritzkerlevine.com
9  jkl@pritzkerlevine.com
   ccc@pritzkerlevine.com
10

11
   *Counsel for Plaintiffs*
12

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____, 2021

_____
Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2021, at Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver