1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   JEFFREY M. GUTKIN (SBN 216083)
3  (jgutkin@cooley.com)
   DANIELLE C. PIERRE (SBN 300567)
4  (dpierre@cooley.com)
   KELSEY R. SPECTOR (SBN 321488)
5  (kspector@cooley.com)
   COLIN S. SCOTT (SBN 318555)
6  (cscott@cooley.com)
   101 California Street, 5th Floor
7  San Francisco, California  94111-5800
   Telephone:    +1 415 693 2000
8  Facsimile:    +1 415 693 2222

9  Attorneys for Defendant
   GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**NOTICE OF APPEARANCE OF KELSEY R. SPECTOR FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties that Kelsey R. Spector of the law firm Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters her appearance as counsel of record for Google in the above-captioned matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Kelsey R. Spector (kspector@cooley.com)
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111
> Telephone:  (415) 693-2000
> Facsimile:  (415) 693-2222

Dated: May 6, 2021                                COOLEY LLP

By: */s/ Kelsey R. Spector*
  Kelsey R. Spector

Attorneys for Defendant
GOOGLE LLC

249993968

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
KELSEY R. SPECTOR
CASE NO. 5:21-CV-02155-LHK