| | |
|---|---|
| NANCI E. NISHIMURA (SBN 152621) | MAISIE C. SOKOLOVE (SBN 239665) |
| nnishimura@cpmlegal.com | mcs@knoxricksen.com |
| BRIAN DANITZ (SBN 247403) | THOMAS E. FRAYSSE (SBN 104436) |
| bdanitz@cpmlegal.com | tef@knoxricksen.com |
| KARIN B. SWOPE (Pro Hac Vice) | ITAK K. MORADI (SBN 310537) |
| kswope@cpmlegal.com | ikm@knoxricksen.com |
| NOORJAHAN RAHMAN (SBN 330572) | **KNOX RICKSEN LLP** |
| nrahman@cpmlegal.com | 2033 N. Main St., Suite 340 |
| BETHANY M. HILL (SBN 326358) | Walnut Creek, CA 94596 |
| bhill@cpmlegal.com | Telephone: (510) 433-2500 |
| **COTCHETT, PITRE & McCARTHY, LLP** | Facsimile: (510) 433-2505 |
| 840 Malcolm Road, Suite 200 | |
| Burlingame, CA 94010 | |
| Telephone: (650) 697-6000 | |
| Fax: (650) 697-0577 | |

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT and KIMBERLEY WOODRUFF,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | Case No. 5:21-cv-02155-LHK <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** <br><br> Judge: Hon. Lucy H. Koh <br><br> Action Filed: March 26, 2021 |
| **This document also relates to:** <br><br> **Meaghan Delahunty, Meghan Cornelius, and John Kevranian,** on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | Case No. 5:21-cv-03360-VKD <br><br> Judge: Hon. Virginia K. DeMarchi <br><br> Action Filed: May 5, 2021 |

Admin. Mtn to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and 7-11;
Case No. 5:21-cv-02155-LHK

1    Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiffs Meaghan Delahunty, Meghan
2    Cornelius, and John Kevranian ("Plaintiffs"), who filed a class action complaint on May 5, 2021 in
3    the United States District Court for the Northern District of California, *Delahunty, et al. v. Google,*
4    *LLC*, No. 5:21-cv-03360-VKD ("*Delahunty*"), hereby move this Court to consider whether
5    *Delahunty* should be related to *Hewitt, et al. v. Bank of America, N.A.*, No. 5:21-cv-02155-LHK
6    (filed March 26, 2021) ("*Hewitt*").

7    Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions
8    concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that
9    there will be an unduly burdensome duplication of labor and expense or conflicting results if the
10   cases are conducted before different Judges."  These criteria are met here.  *Delahunty* and *Hewitt*
11   both bring class action claims against Google LLC ("Google") on behalf of Google account holders
12   who used the Internet after Google began using Google's Real-Time Bidding ("RTB") auction
13   process in a manner that disclosed their personal information.[1]  The two actions are brought on
14   behalf of substantially the same proposed class, against the same defendant.  Both actions seek to
15   remedy Google's alleged invasions of privacy and breach of contract in connection with the
16   unauthorized selling of Google account holders' personal information. Both complaints contain
17   substantially similar allegations against Google based on many common theories such as Breach of
18   Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Invasion of Privacy, and
19   violations of the Electronic Communications Privacy Act (18 U.S.C. §2511), and California's
20   Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq*).  Given that substantially similar
21   parties, claims, and events are involved in both actions, there will be an unduly burdensome
22   duplication of labor and expense, and potentially inconsistent results, if the *Delahunty* and *Hewitt*
23   actions were to be conducted before different judges.  Accordingly, relating the *Delahunty* and
24   *Hewitt* actions will serve the interests of judicial economy and avoid the potential for conflicting
25   results, consistent with Civil Local Rule 3-12(a).

---

[1] The *Hewitt* and *Delahunty* complaints are attached as Exhibits 1 and 2 to the Declaration of Brian Danitz ("Decl.") filed in support of this administrative motion.

In furtherance of this motion, and in compliance with Civil Local Rule 7-11, counsel for Plaintiffs in *Delahunty* obtained a stipulation from counsel for both the plaintiffs and defendant Google in *Hewitt*. *See* Decl. ¶ 4.

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an order relating *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD with *Hewitt, et al. v. Bank of America, N.A.* No. 5:21-cv-02155-LHK.

Respectfully submitted,

Dated: May 10, 2021           **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ *Brian Danitz*
BRIAN DANITZ

*Attorneys for Plaintiffs Meaghan Delahunty, Meghan Cornelius, and John Kevranian and the Proposed Class*