| | |
|---|---|
| NANCI E. NISHIMURA (SBN 152621) | MAISIE C. SOKOLOVE (SBN 239665) |
| nnishimura@cpmlegal.com | mcs@knoxricksen.com |
| BRIAN DANITZ (SBN 247403) | THOMAS E. FRAYSSE (SBN 104436) |
| bdanitz@cpmlegal.com | tef@knoxricksen.com |
| KARIN B. SWOPE (Pro Hac Vice) | ITAK K. MORADI (SBN 310537) |
| kswope@cpmlegal.com | ikm@knoxricksen.com |
| NOORJAHAN RAHMAN (SBN 330572) | **KNOX RICKSEN LLP** |
| nrahman@cpmlegal.com | 2033 N. Main St., Suite 340 |
| BETHANY M. HILL (SBN 326358) | Walnut Creek, CA 94596 |
| bhill@cpmlegal.com | Telephone: (510) 433-2500 |
| **COTCHETT, PITRE & McCARTHY, LLP** | Facsimile: (510) 433-2505 |
| 840 Malcolm Road, Suite 200 | |
| Burlingame, CA 94010 | |
| Telephone: (650) 697-6000 | |
| Fax: (650) 697-0577 | |

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT and KIMBERLEY WOODRUFF,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>**GOOGLE LLC,**<br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**DECLARATION OF BRIAN DANITZ IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Judge:   Hon. Lucy H. Koh<br><br>Action Filed:   March 26, 2021 |
| **This document also relates to:**<br><br>**Meaghan Delahunty, Meghan Cornelius, and John Kevranian,** on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br>**GOOGLE LLC,**<br>Defendant. | Case No. 5:21-cv-03360-VKD<br><br>Judge:   Hon. Virginia K. DeMarchi<br><br>Action Filed:   May 5, 2021 |

Declaration of Brian Danitz ISO Admin. Mtn to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and 7-11; Case No. 5:21-cv-02155-LHK

I, **BRIAN DANITZ**, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a partner with the law firm Cotchett, Pitre & McCarthy, LLP, attorneys for Plaintiffs Meaghan Delahunty, Meghan Cornelius, and John Kevranian ("Plaintiffs") in *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant To Civil Local Rules 3-12 And 7-11 ("Motion"). If called as a witness, I could and would testify competently to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint (excluding exhibits) in *Hewitt, et al. v. Bank of America, N.A.* Case No. 5:21-cv-02155-LHK, filed March 26, 2021 ("*Hewitt*").

3. Attached hereto as **Exhibit 2** is a true and correct copy of the complaint *Delahunty, et al. v. Google, LLC*, Case No. 5:21-cv-03360-VKD, filed May 5, 2021 ("*Delahunty*").

4. On May 10, 2021, counsel for plaintiffs in *Delahunty* met and conferred with both plaintiffs' counsel and counsel for defendant Google LLC in *Hewitt*. All parties agree that the *Delahunty* and *Hewitt* cases are related.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May 2021 at Burlingame, California.

/s/ *Brian Danitz*
Brian Danitz