| | |
|---|---|
| NANCI E. NISHIMURA (SBN 152621) | MAISIE C. SOKOLOVE (SBN 239665) |
| nnishimura@cpmlegal.com | mcs@knoxricksen.com |
| BRIAN DANITZ (SBN 247403) | THOMAS E. FRAYSSE (SBN 104436) |
| bdanitz@cpmlegal.com | tef@knoxricksen.com |
| KARIN B. SWOPE (Pro Hac Vice) | ITAK K. MORADI (SBN 310537) |
| kswope@cpmlegal.com | ikm@knoxricksen.com |
| NOORJAHAN RAHMAN (SBN 330572) | **KNOX RICKSEN LLP** |
| nrahman@cpmlegal.com | 2033 N. Main St., Suite 340 |
| BETHANY M. HILL (SBN 326358) | Walnut Creek, CA 94596 |
| bhill@cpmlegal.com | Telephone: (510) 433-2500 |
| **COTCHETT, PITRE & McCARTHY, LLP** | Facsimile: (510) 433-2505 |
| 840 Malcolm Road, Suite 200 | |
| Burlingame, CA 94010 | |
| Telephone: (650) 697-6000 | |
| Fax: (650) 697-0577 | |

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT and KIMBERLEY WOODRUFF,** on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br>  v.<br><br>**GOOGLE LLC,**<br><br>                                Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Judge:     Hon. Lucy H. Koh<br><br>Action Filed:  March 26, 2021 |
| **This document also relates to:**<br><br>**Meaghan Delahunty, Meghan Cornelius, and John Kevranian,** on behalf of themselves and all other similarly situated,<br><br>                                Plaintiffs,<br>  v.<br><br>**GOOGLE LLC,**<br><br>                                Defendant. | Case No. 5:21-cv-03360-VKD<br><br>Judge:     Hon. Virginia K. DeMarchi<br><br>Action Filed:  May 5, 2021 |

The Court, having considered the administrative motion by Plaintiffs Meaghan Delahunty, Meghan Cornelius, and John Kevranian to consider whether cases should be related pursuant to Civil Local rules 3-12 and 7-11, HEREBY ORDERS THAT:

*Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD, is related to *Hewitt, et al. v. Bank of America, N.A.*, No. 5:21-cv-02155-LHK. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above case to the undersigned.

IT IS SO ORDERED.

Dated:_____                              _____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE