Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1

2

3
Benjamin Hewitt, et al.                          )
                                                 )   Case No: 5:21-CV-02155
4                                                )
                          Plaintiff(s),          )   **APPLICATION FOR**
5                                                )   **ADMISSION OF ATTORNEY**
            v.                                   )   **PRO HAC VICE**
6   Google, LLC                                  )   (CIVIL LOCAL RULE 11-3)
                                                 )
7                                                )
                          Defendant(s).          )
                                                 )
8

9      I, David A. Straite                      , an active member in good standing of the bar of
the District of Columbia      , hereby respectfully apply for admission to practice **pro hac vice** in the
10   Northern District of California representing: Plaintiff Kimberley Woodruff          in the
above-entitled action. My local co-counsel in this case is Lesley Weaver                  , an
11   attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.
12

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 East 42nd Street, Suite 2400 New York, NY 10165 | 555 12th Street, Suite 1600 Oakland, CA 994607 |
| MY TELEPHONE # OF RECORD: (646) 933-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 445-4003 |
| MY EMAIL ADDRESS OF RECORD: dstraite@dicellolevitt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: lweaver@bfalaw.com |

13

14

15

16

17      I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 986224        .

18      A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

20

21      *I declare under penalty of perjury that the foregoing is true and correct.*

    Dated: 05/11/21                                    David A. Straite
22                                                     APPLICANT

23
===================================================================

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE
24

25      IT IS HEREBY ORDERED THAT the application of David A. Straite          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.
27

28   Dated:

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE