**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*
[Additional counsel listed on signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al., on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-CV-03664-LHK-SVK<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| PATRICK CALHOUN, *et al., on behalf of themselves and all others similarly situated,*<br><br>         Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>CLASS ACTION |
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>         Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>CLASS ACTION<br><br>**RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER *HEWITT* AND *DELAHUNTY* SHOULD BE RELATED AND CONSOLDIATED, AND TO CONSIDER RELATION BUT NOT CONSOLIDATION TO *BROWN* AND *CALHOUN* PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND FEDERAL RULE OF CIVIL PROCEDURE 42(a)**<br><br>Civil L.R. 3-12, 7-11 |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>         Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 5:21-cv-03360-VKD<br><br>CLASS ACTION |

1  Plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26, 2021) ("*Hewitt*"), submit this response to the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 ("*Delahunty*" Motion) filed by plaintiffs in *Delahunty, et al. v. Google LLC*, No. 5:21-cv-043360-VKD (N.D. Cal., filed May 5, 2011) ("*Delahunty*"). For reasons explained below, the *Hewitt* plaintiffs support the requested relation between *Hewitt* and *Delahunty*, and further suggest that the Court consider whether to consolidate those two actions. In addition, the *Hewitt* plaintiffs move for relation of *Delahunty* to *Brown, et al. v. Google LLC*, No. 5:20-cv-03664-LHK-SVK (N.D. Cal., filed June 2, 2020) ("*Brown*"), and *Calhoun, et al. v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal., filed July 27, 2020) ("*Calhoun*"), which are already related to *Hewitt*.

***First***, the *Hewitt* plaintiffs agree that relation of *Delahunty* to *Hewitt* is appropriate. The cases bring substantially identical claims for relief, against defendant Google, based on the same factual allegations. Thus, the criteria for relation established in Local Rule 3-12(a) are met.

***Second***, the *Hewitt* plaintiffs move for relation of *Delahunty* to *Brown* and *Calhoun*. On April 9, 2021, the Court ordered *Hewitt* related to *Brown* and *Calhoun* and discovery is already being coordinated between them. *Brown*, Dkt. No. 130. It is illogical to relate *Hewitt* to *Brown* and *Calhoun*, and relate *Delahunty* to *Hewitt*, but not relate *Delahunty* to *Brown* or *Calhoun*.

The *Hewitt* plaintiffs therefore file this response seeking relation not only of *Delahunty* to *Hewitt*, but also to *Brown* and *Calhoun*. *Hewitt* counsel has conferred with both plaintiffs' and Google's counsel in the three other actions regarding this proposed relation. All plaintiffs' counsel, except for counsel in *Delahunty*, agree that *Delahunty* should be related to, but not consolidated with, *Brown* and *Calhoun*. *See* Declaration of Lesley E. Weaver ("Weaver Decl.") ¶ 5. Google's counsel in *Hewitt* and separate counsel in *Brown* and *Calhoun* take no position on the relation of *Delahunty* to those actions. *Id.* ¶ 5.

Relation of *Delahunty* to *Brown* and *Calhoun*, as well as to *Hewitt*, is not only merited for the reasons set forth in *Hewitt*'s motion to relate (*Brown*, Dkt. No. 123), but also due to the coordination of the three cases for discovery purposes by this Court and by Magistrate Judge van Keulen, including joint attendance at sealed discovery hearings by counsel for all parties in *Hewitt*,

*Brown*, and *Calhoun* (*Brown*, Dkt. No. 146). Moreover, at the direction of Magistrate Judge van Keulen, counsel for plaintiffs in *Hewitt*, *Brown*, and *Calhoun* are coordinating cabined cross-use of discovery between the cases. The efficiencies generated by such coordination will be furthered by relation of the *Delahunty* action to *Brown* and *Calhoun* as well as *Hewitt*. Maintaining *Delahunty* alone on a separate track will not.

**Third**, the *Hewitt* plaintiffs respectfully request the Court exercise its inherent discretion to consolidate *Delahunty* with and into *Hewitt* pursuant to Federal Rule of Civil Procedure 42(a). *See* Order Relating and Consolidating Cases, *Hubbard, et al. v. Google LLC*, No. 5:19-cv-07016-BLF (N.D. Cal. Apr. 20, 2021) (granting motion to relate cases and further consolidating them under Rule 42(a) pursuant to the district court's broad discretion). The actions present near completely overlapping questions of law and fact; indeed, some of *Delahunty*'s allegations are identical to those in the *Hewitt* complaint. Plaintiffs in all four cases, except for counsel for the *Delahunty* plaintiffs, believe that consolidation of the *Hewitt* and *Delahunty* cases alone is appropriate, and that *Brown* and *Calhoun* should remain related but not consolidated with *Hewitt* and *Delahunty*.[1] Counsel for Google in *Hewitt* also supports consolidation of *Hewitt* and *Delahunty*. *See* Weaver Decl. ¶ 5. If briefing would assist the Court's determination whether to consolidate *Hewitt* and *Delahunty*, the *Hewitt* plaintiffs respectfully request that it enter an expedited schedule for such briefing.

Finally, Google currently has a June 1, 2021 deadline to respond to the *Hewitt* complaint, as well as pending discovery obligations and negotiations, and the parties would like to avoid unnecessary delay in litigating *Hewitt* and its related cases. Counsel for *Hewitt* is continuing to work to reach consensus so that the momentum of these cases is not disrupted.

DATED: May 12, 2021

**BLEICHMAR FONTI & AULD LLP**

By: /s/ Lesley E. Weaver
Lesley E. Weaver (Cal. Bar No.191305)
Matthew S. Melamed (Cal. Bar No. 260272)

---

[1] The *Hewitt* and *Delahunty* actions concern Google's alleged disclosure of individuals' personal information through the Google Real-Time Bidding advertising process. Unlike those cases, *Brown* and *Calhoun* assert claims based on Google's taking of information from individuals using the Chrome browser, and do so on behalf of distinct classes.

Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmelamed@bfaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By:   */s/ Jay Barnes*
Mitchell M. Breit (*pro hac vice* to be sought)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**PRITZKER LEVINE LLP**

By:   */s/ Elizabeth Pritzker*
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Johnathan K. Levine Cal. Bar. No. 220289)
Caroline C. Corbit (Cal. Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*c*cc@pritzkerlevine.com*

**DICELLO LEVITT GUTZLER LLC**

By:   */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2021, at Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I have also caused the foregoing document to be served on counsel of record for *Brown*, *Calhoun*, *Hewitt* and *Delahunty* via electronic mail.

Executed this 12th day of May, 2021, at Oakland, California.


　　　　　　　　　　　　　　　　　*/s/ Lesley E. Weaver*
　　　　　　　　　　　　　　　　　Lesley E. Weaver