**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*
[Additional counsel listed on signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-CV-03664-LHK-SVK<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| PATRICK CALHOUN, *et al., on behalf of themselves and all others similarly situated,*<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>CLASS ACTION |
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>CLASS ACTION<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER *HEWITT* AND *DELAHUNTY* SHOULD BE RELATED AND CONSOLDIATED, AND TO CONSIDER RELATION BUT NOT CONSOLIDATION TO *BROWN* AND *CALHOUN* PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND FEDERAL RULE OF CIVIL PROCEDURE 42(a)**<br><br>Civil L.R. 3-12, 7-11 |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-03360-VKD<br><br>CLASS ACTION |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, counsel to plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26 2021) ("*Hewitt*"), head of its consumer and antitrust practice, and a member in good standing of the bar of the State of California and of this Court.

2. This declaration is made in support of the *Hewitt* plaintiffs' Response to Administrative Motion to Consider Whether *Hewitt* and *Delahunty* Should be Related and Consolidated, and to Consider Relation But Not Consolidation to *Brown* and *Calhoun* Pursuant to Civil Local Rules 3-12 and 7-11 and Federal Rule of Civil Procedure 42(a).

3. On March 26, 2021, the *Hewitt* plaintiffs filed their complaint. On April 9, 2021, this Court related *Hewitt* to *Brown, et al. v. Google LLC*, No. 5:20-cv-03664-LHK-SVK (N.D. Cal., filed June 2, 2020) ("*Brown*") and *Calhoun, et al. v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal., filed July 27, 2020) ("*Calhoun*").

4. On May 5, 2021, the action captioned *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD ("*Delahunty*") was filed. The *Delahunty* civil cover sheet stated that it was related to *Hewitt* and *Calhoun*. It did not include relation to *Brown*.

5. I, along with co-counsel in *Hewitt*, have conferred with all counsel in *Brown*, *Calhoun*, and *Delahunty* regarding (1) relating *Delahunty* to the three previously pending actions (*Brown*, *Calhoun*, and *Hewitt*), and (2) consolidating *Delahunty* with *Hewitt*. All plaintiffs' counsel, save counsel for *Delahunty*, agreed that *Delahunty* should be related with *Brown*, *Calhoun*, *Hewitt* and consolidated with *Hewitt* but not consolidated with *Brown* or *Calhoun*. Counsel for Google in *Hewitt* supports consolidation of *Delahunty* with and into *Hewitt*. Counsel for Google in *Hewitt* and separate counsel for Google in *Brown* and *Calhoun* stated that Google takes no position on relation of *Delahunty* to *Brown* and *Calhoun*.

6. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Oakland, California.

Date: May 12, 2021                               By:     /s/ Lesley E. Weaver
                                                 LESLEY E. WEAVER