**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*
[Additional counsel listed on signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHASOM BROWN, *et al., on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-CV-03664-LHK-SVK<br><br>CLASS ACTION |

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, *on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br><u>CLASS ACTION</u> |
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES AS SET FORTH HEREIN PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND FEDERAL RULE OF CIVIL PROCEDURE 42(a)**<br><br>Civil L.R. 3-12, 7-11 |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:21-cv-03360-VKD<br><br><u>CLASS ACTION</u> |

1    Before the Court is plaintiffs Benjamin Hewitt's and Kimberley Woodruff's Administrative

2  Motion to Consider Whether Cases Should be Related and Consolidated Pursuant to Civil Local

3  Rules 3-12 and 7-11 and Federal Rule of Civil Procedure 42(a).  Having considered the parties'

4  papers filed in support of and in opposition to the motion, argument by counsel, and all other matters

5  properly considered by this Court, the Court finds there is good cause, pursuant to Civil Local Rule

6  3-12(b), to GRANT the motion to relate the action *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-

7  03360-VKD (N.D. Cal., filed May 5, 2021) to the following actions already related by this Court:

8  *Brown, et al. v. Google LLC*, No. 5:20-cv-03664-LHK-SVK (N.D. Cal., filed June 2, 2020),

9  *Calhoun, et al. v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal., filed July 27, 2020), and

10  *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26, 2021).

11    AND FURTHER GRANTS, pursuant to Federal Rule of Civil Procedure 42(a), the motion

12  to consolidate *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD (N.D. Cal., filed May 5,

13  2021) with and into *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed

14  Mar. 26, 2021).

15    IT IS SO ORDERED.

16

17   Dated: _____

18

19

20                                          _____
                                            Hon. Lucy H. Koh
21                                          United States District Judge

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO RELATE AND CONSOLIDATE CASES