**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Mitchell M. Breit (*pro hac vice* to be sought)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
mbreit@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**PRITZER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline C. Corbitt (Cal. Bar No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel. (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

GOOGLE LLC,

        Defendant.

Case No. 5:21-cv-02155-LHK-SVK

**DECLARATION OF MATTHEW S. MELAMED IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE ON RULE 42(a) AND 23(g) MOTIONS**

**DECLARATION OF MATTHEW S. MELAMED**

I, Matthew S. Melamed, hereby declare under the penalty of perjury:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am Senior Counsel at Bleichmar Fonti & Auld LLP, counsel to Plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26 2021) ("*Hewitt*"), and a member in good standing of the bar of the State of California and of this Court.

2. This declaration is made upon personal knowledge in support of Plaintiffs' Administrative Motion to Set Briefing Schedule on Rule 42(a) and 23(g) Motions.

3. On March 26, 2021, Plaintiffs filed a putative class action complaint against Google, alleging that it violates, billions of times each day, the promises it makes to its account holders that it will not share or sell their personal information. *Hewitt*, Dkt. No. 1.

4. On May 5, 2021, a nearly identical putative class action complaint, captioned *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD ("*Delahunty*"), was filed in this District. *Delahunty*, Dkt. No. 1.

5. All counsel in *Delahunty* and *Hewitt* agree that the actions are related.

6. Counsel in *Hewitt* also believe that the *Delahunty* action should be consolidated with and into *Hewitt*. *Delahunty* presents almost wholly common questions of law and fact with *Hewitt*. All counsel in *Hewitt* and counsel for Google in *Delahunty* agree that consolidation under Federal Rule of Civil Procedure 42(a) is appropriate. Counsel for the *Delahunty* plaintiffs have not taken a position on whether consolidation is appropriate, although the topic was first discussed last Friday, May 7, 2021, before *Delahunty* moved for relation only.

7. Because of the unique procedural posture of *Hewitt* and ongoing coordination of discovery between *Hewitt* and two other related actions, the *Hewitt* plaintiffs believe that an expedited briefing schedule for motions to consolidate pursuant Federal Rule of Civil Procedure 42(a) and to appoint interim lead counsel pursuant to Federal Rule of Civil Procedure 23(g) will continue to promote the efficiencies and progress already achieved in *Hewitt*, as described below.

8.  On April 9, 2021, the Court related *Hewitt* to *Brown, et al. v. Google LLC*, 5:20-cv-03664-LHK-SVK ("*Brown*"), and *Calhoun, et al. v. Google LLC*, 5:20-cv-05146-LHK-SVK ("*Calhoun*"). *Hewitt*, Dkt. No. 11.

9.  On April 12, 2021, the Court referred *Hewitt* to Magistrate Judge Susan van Keulen for discovery matters, noting that Magistrate Judge van Keulen was already handling discovery matters in *Brown* and *Calhoun*. *Hewitt*, Dkt. No. 16.

10. On April 15, 2021, Magistrate Judge van Keulen directed that counsel for the parties in *Hewitt* attend an April 29, 2021 discovery conference already scheduled in *Brown* and *Calhoun*. *Hewitt*, Dkt. No. 16. In the same order, Magistrate Judge van Keulen held that discovery orders issued in *Brown* and *Calhoun* would directly impact discovery in *Hewitt*. *Id.*

11. On April 15, 2021, counsel for Google in the *Hewitt* matter was identified, and counsel for the *Hewitt* plaintiffs promptly reached out to arrange for early discussions regarding preservation, discovery, and scheduling issues. Dkt. No. 26.

12. On April 22, 2021, the parties in *Hewitt* filed a stipulation providing Google until June 1, 2021 to respond to the complaint. *Hewitt*, Dkt. No. 25.

13. On April 27, 2021, the parties in *Hewitt* filed a joint status report regarding their discovery efforts. *Hewitt*, Dkt. No. 26. As reflected therein, by that date the counsel for the parties had already engaged in two meet and confers and had scheduled the Rule 26(f) conference. *Id.* Plaintiffs had also provided Google with a proposed stipulated protective order and a proposed stipulated order regarding discovery of electronically stored information consistent with that entered in *Calhoun*. *Id.* And, Plaintiffs had served their First Request for Production of Documents on Google, which Plaintiffs proposed be deemed served at the conclusion of the parties' Rule 26(f) conference and which Plaintiffs provided to further discussions of preservation and relevance. *Id.*

14. Also on April 27, 2021, counsel for the *Hewitt* plaintiffs provided Google with proposed stipulations regarding Federal Rule of Evidence 502(d) and expert discovery, provided the consents necessary for the disclosure by Google of the named plaintiff Woodruff's information, and alerted Google of known data identifiers and other plaintiff-associated information that would be relevant in this litigation.

15. Counsel for the *Hewitt* plaintiffs have also coordinated with counsel in the *Calhoun* and *Brown* cases to streamline discovery issues and to allow for the cross-use of discovery amongst the three cases, in an effort to reduce the discovery burdens on the parties and the Court and consistent with the direction of Magistrate Judge van Keulen.

16. Plaintiffs seek an expedited schedule on leadership applications in keeping with the substantial efforts made by Court, Magistrate Judge van Keulen, and the parties in all the related actions to litigate their cases efficiently and expeditiously.

17. On May 13, 2021, I emailed counsel for the *Delahunty* plaintiffs to discuss their position on Plaintiffs' proposal to file an administrative motion to set an expedited schedule for briefing Rule 42(a) and 23(g) motions. Counsel for the *Delahunty* plaintiffs responded that they agree the Court should hear leadership motions but do not agree the schedule should be expedited.

18. On May 13, 2021, counsel for Plaintiffs emailed counsel for Google in *Hewitt* to discuss its position on Plaintiffs' proposal to file an administrative motion to set an expedited schedule for briefing Rule 42(a) and 23(g) motions. Google's counsel in *Hewitt* indicated it takes no position on the expedited briefing schedule, but supports coordination.

19. Counsel for Plaintiffs have and will continue to discuss a joint working relationship with counsel for the *Delahunty* plaintiffs in advance of any Rule 23(g) filing.

20. On April 22, 2021, the parties stipulated to extend the time for Google to answer or otherwise respond to the complaint from April 23, 2021 to June 1, 2021. The relief sought in this administrative motion will not affect any other case deadlines and no other modifications to the Court's current deadlines have been sought.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of May 2021, in Oakland, California.

By: /s/ *Matthew S. Melamed*
Matthew S. Melamed