1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE ON RULE 42(a) AND 23(g) MOTIONS** |

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Administrative Motion to Set Briefing Schedule on Rule 42(a) and 23(g) Motions, considered the responses filed thereto, and good cause appearing, the Court GRANTS the motion and ORDERS AS FOLLOWS:

(a) Counsel for any plaintiff who has filed an action in the Related Actions or any other action arising out of the same or similar operative facts now pending in the *Hewitt* case, or hereafter filed in, removed to, or transferred to this District, may file a motion for consolidation and application for appointment as interim class counsel. All applications must be e-filed in the *Hewitt* action (Master File No. 5:21-cv-02155-LHK-SVK) on or before Friday, May 21, 2021. Each application shall not exceed ten pages double-spaced, exclusive of exhibits.

(b) Applicants may file a two-page response to other timely motions for appointment as interim class counsel (exclusive of exhibits) no later than 5:00 p.m. Pacific time on May 25, 2021.

(c) No replies shall be filed.

(d) The Court may hold a hearing on the applications or appoint interim counsel based on timely written submissions only.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE