COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**GOOGLE LLC'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendant Google LLC ("Google") submits this response to the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 filed by Plaintiffs in *Delahunty, et al. v. Google LLC*, No. 5:21-cv-03360-VCD (N.D. Cal.) ("*Delahunty*"). *See* ECF No. 36. Google supports the requested relation between *Delahunty* and the above-captioned case, *Hewitt, et al. v. Google* LLC, No. 5:21-cv-01255-LHK (N.D. Cal.) ("*Hewitt*").[1] Google further supports the *Hewitt* Plaintiffs' request that the Court consolidate *Hewitt* and *Delahunty*. *See* ECF No. 40.

Local Rule 3-12(a) provides that actions are related when they "concern substantially the same parties, property, transaction or event" and "[it] appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Federal Rule of Civil Procedure 42(a) similarly permits consolidation of actions where those actions "involve a common question of law or fact."

Those standards are met here. Indeed, both cases are brought against Google and present nearly identical factual allegations, legal issues, and claims. For example, the Complaints in both *Hewett* and *Delahunty* claim that Google allegedly shares personal information with participants in Google's real-time bidding ("RTB") protocol for advertising through the use of "verticals." *Compare Hewitt*, ECF No. 1 ("*Hewitt* Compl.") ¶¶ 16, 114, *with Delahunty*, ECF No. 1 ("*Delahunty* Compl.") ¶ 10. Similarly, both Complaints contend that Google allegedly facilitates the identification of its users through its cookie matching service, which purportedly "enables Google RTB participants to match cookie identifiers to participants' existing individual profiles." *Hewitt* Compl. ¶ 117; *see also Delahunty* Compl. ¶ 90 (alleging Google's cookie matching service "enables [RTB participants] to match their cookies with Google's, such that they can determine whether an impression sent in a bid request is associated with one of the users being targeted").

Both actions plead these factual allegations in support of nearly identical causes of action against the same defendant (Google). Specifically, both Complaints assert: (1) breach of contract, (2) breach of implied covenant of good faith and fair dealing, (3) violation of California's Unfair

---

[1] Google took no position with respect to the relation of *Delahunty* to *Calhoun* and *Brown* (Case Nos. 5:20-cv-05146-LHK-SVK & 5:20-cv-03664-LHK-SVK), which Google believes have substantially less overlap than the *Hewitt* and *Delahunty* actions.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE LLC'S RESPONSE TO ADMIN.
MOTION RE RELATION OF CASES
CASE NO. 5:21-CV-02155-LHK

Competition Law (UCL), (4) California Constitutional Invasion of Privacy, (5) intrusion upon seclusion, (6) publication of private information, (7) breach of confidence, (8) violation of California's invasion of privacy act (CIPA), (9) violations of the Electronic Communications Privacy Act (ECPA), including the Wiretap Act (WTA) and Stored Communications Act (SCA), and (10) violation of the Video Privacy Protection Act (VPPA). *See Hewitt* Compl. ¶¶ 241-420; *see also Delahunty* Compl. ¶¶ 125-138, 163-297. The Complaint in *Delahunty* adds a few additional claims, however these claims depend on the same allegations that support the other claims at issue in both matters. *See Delahunty* Compl. ¶¶ 139-162, 298-305 (adding claims for breach of implied contract, breach of fiduciary duty, unjust enrichment, and statutory civil larceny).

In addition, the putative class in *Delahunty* is largely subsumed within the class pled in *Hewitt*. Plaintiffs in *Hewitt* seek to represent "all persons residing in the United States with a Google Account who used the Internet on or after Google began using RTB in a manner that disclosed Account Holders' personal information." *Hewitt* Compl. ¶233. Plaintiffs in *Delahunty* seek to represent "all persons residing in the United States with a Google Account who used the Internet using a Chrome browser on or after Google began using RTB in a manner that disclosed Google Customers' personal information." *Delahunty* Compl. ¶117. *Hewitt* in fact identifies this same group of individuals as a "subclass" of its class. *Hewitt* Compl. ¶369. And both Complaints allege that nearly identical "common questions of law and fact" exist between members of their respective putative class. *See Hewitt* Compl. ¶ 236 (alleging, among other things, that whether Google promised not to share or sell personal information, whether Google did sell or share personal information, and whether Google violated various privacy laws are questions of law and fact common to the class); *see also Delahunty* Compl. ¶ 120 (same).

For these reasons, Google respectfully requests that this Court relate and consolidate *Hewitt* and *Delahunty*.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S RESPONSE TO ADMIN.
MOTION RE RELATION OF CASES
CASE NO. 5:21-CV-02155-LHK

| | | |
|---|---|---|
| 1 | Dated: May 14, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Jeffrey M. Gutkin* |
| 4 | | Jeffrey M. Gutkin |
| 5 | | Attorneys for Defendant GOOGLE LLC |

250432759

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

GOOGLE LLC'S RESPONSE TO ADMIN.
MOTION RE RELATION OF CASES
CASE NO. 5:21-CV-02155-LHK