
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:     (415) 693 2000
Facsimile:     (415) 693 2222

Attorneys for Defendant
GOOGLE LLC

*Additional counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO THE COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

Pursuant to Civil Local Rule 6-1(a), plaintiffs Benjamin Hewitt and Kimberley Woodruff ("*Hewitt* Plaintiffs") and defendant Google LLC ("Google") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the *Hewitt* Plaintiffs filed the Complaint in the above titled action on March 26, 2021 (Dkt. No. 1 ("the *Hewitt* Action"));

WHEREAS, the Parties stipulated to an initial extension of Google's time to respond to the *Hewitt* Complaint from April 2, 2021 to June 1, 2021 (Dkt. No. 25);

WHEREAS, since the filing of the stipulation, on May 5, 2021, plaintiffs Meaghan Delahunty, Meghan Cornelius, and John Kevranian ("*Delahunty* Plaintiffs"), represented by separate counsel than the *Hewitt* Plaintiffs, filed a complaint against Google (Dkt. No. 1, *Delahunty v. Google LLC*, Case No. 5:21-cv-03360-VKD ("the *Delahunty* Action"));

WHEREAS, on May 10, 2021, the *Delahunty* Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related, requesting that the *Delahunty* Action be related to the *Hewitt* Action, because both cases are based on substantially similar facts, allege violations of substantially the same laws, and seek substantially the same relief against the same defendant (Dkt. No. 36);

WHEREAS, the Parties believe relation and consolidation of this action with *Delahunty* is appropriate and warranted under Local Rule 3-12 and Federal Rule of Civil Procedure 42 (*see* Dkt. No. 40);

WHEREAS, while counsel for *Hewitt* would consider standing on the *Hewitt* complaint, the Parties anticipate that there will be Rule 23(g) motion practice to appoint interim lead class counsel for this action and the *Delahunty* action (*see* Dkt No. 42);

WHEREAS, following the anticipated consolidation of this action with *Delahunty* and the appointment of interim lead class counsel, the Parties further anticipate the possibility of a consolidated amended complaint that could supersede the current Complaint;

WHEREAS, the Parties have agreed, in order to conserve party and judicial resources, to continue Google's deadline to respond to the current Complaint, pending the Court's decision regarding whether to relate and consolidate this action with *Delahunty* and the appointment of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

interim lead class counsel;

WHEREAS, the Parties have agreed that should the Court order that the current Complaint will serve as the operative complaint for the anticipated consolidated action, the Parties have agreed that Google's deadline to answer or otherwise respond shall be four (4) weeks from the date of that order;

WHEREAS, alternatively, should the Court order or the Parties agree that a consolidated complaint will be filed, Google's deadline to answer or otherwise respond shall be six (6) weeks from the date the consolidated complaint is filed;

WHEREAS, the requested extension will not alter the date of any event or deadline already affixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Google's deadline to answer or otherwise respond to the current Complaint is continued pending the Court's decision regarding whether to relate and consolidate this action with *Delahunty*, the appointment of interim lead class counsel, and if applicable, the filing of an amended consolidated complaint to which Google must respond.  Should the Court order that the current Complaint will serve as the operative complaint for the anticipated consolidated action, Google's deadline to answer or otherwise respond shall be four (4) weeks from the date of that order; alternatively, should the Court order or the Parties agree that a consolidated complaint must be filed, Google's deadline to answer or otherwise respond shall be six (6) weeks from the date the consolidated complaint is filed.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

| | | |
|---|---|---|
| 1 | Dated: May 18, 2021 | COOLEY LLP |
| 2 | | MICHAEL G. RHODES (SBN 116127) |
| | | JEFFREY M. GUTKIN (SBN 216083) |
| 3 | | DANIELLE C. PIERRE (SBN 300567) |
| | | KELSEY R. SPECTOR (SBN 321488) |
| 4 | | COLIN S. SCOTT (SBN 318555) |

By: */s/ Jeffrey M. Gutkin*
      Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE COMPLAINT
CASE NO. 5:21-CV-02155-LHK

| | |
|---|---|
| Dated: May 18, 2021 | By: */s/ Lesley Weaver*<br>    Lesley Weaver |

                                                                    Lesley Weaver (Cal. Bar No. 191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmelamed@bfalaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline C. Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

Mitchell M. Breit (*pro hac vice* to be sought)
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

Attorneys for Plaintiffs

Cooley LLP
Attorneys at Law
San Francisco

5

Stipulation to Extend Time to Answer
or Respond to the Complaint
Case No. 5:21-cv-02155-LHK

**FILER ATTESTATION**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on May 18, 2021, in Oakland, California.

　　　　　　　　　　　　　　　　　　　　*/s/Jeffrey M. Gutkin*
　　　　　　　　　　　　　　　　　　　　Jeffrey M. Gutkin

250606539