| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) |
| 2 | (rhodesmg@cooley.com) |
| | JEFFREY M. GUTKIN (SBN 216083) |
| 3 | (jgutkin@cooley.com) |
| | DANIELLE C. PIERRE (SBN 300567) |
| 4 | (dpierre@cooley.com) |
| | KELSEY R. SPECTOR (321488) |
| 5 | (kspector@cooley.com) |
| | COLIN S. SCOTT (SBN 318555) |
| 6 | (cscott@cooley.com) |
| | 101 California Street, 5th Floor |
| 7 | San Francisco, California 94111-5800 |
| | Telephone:    +1 415 693 2000 |
| 8 | Facsimile:    +1 415 693 2222 |
| 9 | Attorneys for Defendant |
| | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated, | Case No. 5:21-cv-02155-LHK |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its San Francisco office as shown below:

Cooley LLP<br>
3 Embarcadero Center, 20th Floor<br>
San Francisco, CA 94111-4004

    PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and e-mail addresses remain the same.

    All notices and other documents regarding this action should be sent to the above address as of June 7, 2021.

Dated: May 18, 2021

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
JEFFREY M. GUTKIN (SBN 216083)
DANIELLE C. PIERRE (SBN 300567)
KELSEY R. SPECTOR (321488)
COLIN S. SCOTT (SBN 318555)

By: /s/ Jeffrey M. Gutkin
      Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

250610158