NANCI E. NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE (Pro Hac Vice)
kswope@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

MAISIE C. SOKOLOVE (SBN 239665)
mcs@knoxricksen.com
THOMAS E. FRAYSSE (SBN 104436)
tef@knoxricksen.com
ITAK K. MORADI (SBN 310537)
ikm@knoxricksen.com
**KNOX RICKSEN LLP**
2033 N. Main St., Suite 340
Walnut Creek, CA  94596
Telephone: (925) 433-2500
Facsimile: (925) 433-2505

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT and KIMBERLEY WOODRUFF,** on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>**GOOGLE LLC,**<br><br>     Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE ON RULE 42(a) AND 23(g) MOTIONS**<br><br>Judge:  Hon. Lucy H. Koh<br><br>Action Filed:  March 26, 2021 |
| **This document also relates to:**<br><br>**MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, AND JOHN KEVRANIAN,** on behalf of themselves and all other similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>**GOOGLE LLC,**<br>     Defendant. | Case No. 5:21-cv-03360-VKD<br><br>Judge:  Hon. Virginia K. DeMarchi<br><br>Action Filed:  May 5, 2021 |

Opposition to Plaintiffs' Admin. Mtn to Set Briefing Schedule on Rule 42(a) and 23(g) Motions; Case No. 5:21-cv-02155-LHK

Meaghan Delahunty, Meghan Cornelius, and John Kevranian, plaintiffs in *Delahunty, et al. v. Google, LLC*, No. 5:21-cv-03360-VKD ("*Delahunty*"), respectfully submit this Opposition to the Administrative Motion to Set Briefing Schedule on Rule 42(a) and 23(g) (the "Administrative Motion") filed by plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK ("*Hewitt*") (*Hewitt* Dkt. No. 42).

## A.  PROCEDURAL HISTORY

On May 5, 2021, the *Delahunty* Plaintiffs filed their Complaint against Google LLC ("Google") seeking to remedy alleged invasions of privacy and breaches of contract in connection with the unauthorized selling of personal information in real-time bidding auctions. (*Delahunty* Dkt. No. 1).  On May 10, 2021, the *Delahunty* Complaint was served on Google. (*Delahunty* Dkt. No. 5).  That same day, the *Delahunty* Plaintiffs filed an administrative motion to consider whether *Delahunty and Hewitt* should be related.  (*Hewitt* Dkt No. 36).  All parties agree the two cases should be related; although the *Hewitt* Plaintiffs' response to the administrative motion also sought relation of *Delahunty* to two other cases: *Brown, et al. v. Google  LLC*, No. 5:20-cv-03664-LHK-SVK (N.D. Cal.), and *Calhoun, et al. v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal.). (*See Hewitt* Dkt. Nos. 40 and 43).  On May 18, 2021, Google filed stipulations to extend time to respond to the complaints in both the *Delahunty* and *Hewitt* actions.  (*See Delahunty* Dkt. No. 15; *Hewitt* Dkt. No. 46).

On May 18, 2021, an additional case, asserting substantially similar claims based on substantially similar facts, was filed in this District: *Toronto v. Google, LLC*, No. 5:21-cv-03725 (N.D. Cal.).

## B.  THE COURT SHOULD DENY THE ADMINISTRATIVE MOTION

The rushed schedule and curtailed briefing – two-page opposition and no reply brief – proposed by the *Hewitt* Plaintiffs is unwarranted and not in the best interests of the Class.  As of the date of this filing (May 18), the *Delahunty* Motion to Relate is still pending and an additional complaint asserting similar claims based on similar facts has just been filed.  The *Hewitt* Plaintiffs' proposal that all motions to consolidate and all applications for interim class

1  counsel must be e-filed within three days (on or before May 21) is impractical and would

2  effectively limit the number and quality of competitive motions for the Court's consideration.

3  Indeed, the possibility of competing applications is the "primary ground for deferring

4  appointment" of class counsel.  Advisory Committee Notes to Fed. R. Civ. P. 23(g). The

5  Manual for Complex Litigation also advises that when selecting lead counsel in multiparty

6  litigation, the court should "invite submissions and suggestions from all counsel and conduct an

7  independent review (usually a hearing is advisable) to ensure that counsel appointed to leading

8  roles are qualified and responsible, that they will fairly and adequately represent all of the

9  parties on their side. . . ." Manual for Complex Litigation (Fourth) at §10.22.

10          Accordingly, the *Delahunty* Plaintiffs respectfully request that the Court set a more

11  reasonable date by which motions for consolidation and for appointment of interim class

12  counsel must be filed, such as June 4, 2021, and that the briefing proceed according to the

13  normal schedule and formats in accordance with Civil Local Rules 7-1 – 7-5.

14                                          Respectfully submitted,

15  Dated:  May 18, 2021                    **COTCHETT, PITRE & McCARTHY, LLP**

16                                          By:  ___/s/ *Brian Danitz*_____
                                                 BRIAN DANITZ

17

18                                          *Attorneys for Plaintiffs Meaghan Delahunty,*
                                            *Meghan Cornelius, and John Kevranian*
19                                          *and the Proposed Class*

20

21

22

23

24

25

26

27

28

---

Opp. to Plaintiffs' Admin. Mtn to Set Briefing Schedule on Rule 42(a) and 23(g) Motions;    2
Case No. 5:21-cv-02155-LHK