NANCI E. NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE (Pro Hac Vice)
kswope@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

MAISIE C. SOKOLOVE (SBN 239665)
mcs@knoxricksen.com
THOMAS E. FRAYSSE (SBN 104436)
tef@knoxricksen.com
ITAK K. MORADI (SBN 310537)
ikm@knoxricksen.com
**KNOX RICKSEN LLP**
2033 N. Main St., Suite 340
Walnut Creek, CA 94596
Telephone: (925) 433-2500
Facsimile: (925) 433-2505

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **BENJAMIN HEWITT and KIMBERLEY WOODRUFF,** on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>**GOOGLE LLC,**<br><br>                    Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE ON RULE 42(a) AND 23(g) MOTIONS**<br><br>Judge:         Hon. Lucy H. Koh<br><br>Action Filed:  March 26, 2021 |
| **This document also relates to:**<br><br>**MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, AND JOHN KEVRANIAN,** on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>**GOOGLE LLC,**<br><br>                    Defendant. | Case No. 5:21-cv-03360-VKD<br><br>Judge:         Hon. Virginia K. DeMarchi<br><br>Action Filed:  May 5, 2021 |

The Court, having considered Plaintiffs' Administrative Motion to Set Briefing Schedule on Rule 42(a) and 23(g) Motions, HEREBY ORDERS THAT:

The Motion is DENIED.

Counsel for any plaintiff who has filed an action arising out of the same or similar operative facts now pending in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK may file a motion for consolidation pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and an application for appointment as interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. All such motions and applications must be filed in the *Hewitt* action on or before Friday, June 4, 2021. The briefing shall proceed according to the normal schedule and formats in accordance with Civil Local Rules 7-1 – 7-5.

IT IS SO ORDERED.

Dated:_____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE