BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SALVATORE TORONTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:21-cv-03725-LHK<br><br>**Administrative Motion to Consider Whether Cases Should Be Related**<br><br>The Honorable Lucy H. Koh |
| This action relates to:<br><br>BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK |

| | |
|---|---|
| This action relates to:<br><br>MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>GOOGLE, LLC,<br><br>       Defendant. | Case No. 5:21-cv-03360-LHK |

2

Admin. Motion to Consider Whether Cases Should Be Related
Case No. 5:21-cv-03725-LHK

1  Pursuant to Civil Local Rule 3-12, Plaintiff Salvatore Toronto respectfully asks the
2  Court to consider whether the action *Salvatore Toronto v. Google, LLC* ("*Toronto*"), No.
3  5:21-cv-03725-LHK, should be related to two earlier-filed cases pending before this
4  Court: (1) *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK ("*Hewitt*"); and (2)
5  Delahunty et al. v. Google, LLC, No. 5:21-cv-03360 ("*Delahunty*").

6  *Toronto* is related to *Hewitt* and *Delahunty* because "[t]he actions concern
7  substantially the same parties, property, transaction or event" and there would "be an
8  unduly burdensome duplication of labor and expense or conflicting results if the cases are
9  conducted before different Judges." Civil Local Rule 3-12(a).

10 The plaintiffs in all three actions are Google account holders who use the Internet,
11 including websites from which Google sold and shared Google Account Holder
12 information without authorization and Google LLC is the defendant in each case.
13 *Compare* Hewitt Compl. ¶ 38, *with* Toronto Compl. ¶ 29 *and* Delahunty Compl. ¶ 33. The
14 Defendant in *Toronto* is the same as the Defendant named in *Hewitt* and *Delahunty*.

15 The complaints in all three cases allege that the Google sells and shares Account
16 Holders' sensitive personal information, contrary to Google's promise that it will protect
17 its users' privacy. *Compare* Hewitt ¶¶ 64-78, *with* Toronto Compl. ¶¶ 49-64 *and*
18 Delahunty Compl. ¶¶ . 44-76.

19 All three cases involve substantivity similar factual allegations and will require the
20 Court to consider similar subject matters, including Google's alleged breach of the
21 contractual rights of its users and Google's alleged violation of various privacy laws.

26 //

3

Admin. Motion to Consider Whether Cases Should Be Related
Case No. 5:21-cv-03725-LHK

Given the close similarities between them, the above-captioned cases should be related.

| | |
|---|---|
| Dated: May 26, 2021 | BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (SBN 175783)<br>Albert Y. Chang (SBN 296065)<br>Yury A. Kolesnikov (SBN 271173)<br><br>      s/ Francis A. Bottini, Jr.<br>        Francis A. Bottini, Jr.<br><br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone:  (858) 914-2001<br>Facsimile:   (858) 914-2002<br>fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>ykolesnikov@bottinilaw.com<br><br>*Counsel for Plaintiff* |

4

Admin. Motion to Consider Whether Cases Should Be Related
Case No. 5:21-cv-03725-LHK

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is: BOTTINI & BOTTINI, INC., 7817 Ivanhoe Avenue, Suite 102, La Jolla, California 92037.

I hereby certify that on May 26, 2021 I caused to be served a true copy of the following document(s) described as:

- Administrative Motion to Consider Whether Cases Should Be Related

on the following parties by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

**COTCHETT, PITRE & MCCARTHY, LLP**
NANCI E. NISHIMURA
*nnishimura@cpmlegal.com*
BRIAN DANITZ
*bdanitz@cpmlegal.com*
KARIN B. SWOPE
*kswope@cpmlegal.com*
NOORJAHAN RAHMAN
*nrahman@cpmlegal.com*
BETHANY M. HILL
*bhill@cpmlegal.com*
840 Malcolm Road
Burlingame, California 94010

**KNOX RICKSEN LLP**
MAISIE C. SOKOLOVE
*mcs@knoxricksen.com*
THOMAS E. FRAYSSE
*tef@knoxricksen.com*
ITAK K. MORADI
*ikm@ knoxricksen.com*
2033 N. Main St., Suite 340
Walnut Creek, CA 94596

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver
*lweaver@bfalaw.com*
Matthew S. Melamed

|   |   |
|---|---|
| 1 | *mmelamed@bfalaw.com* |
| 2 | Anne K. Davis<br>*adavis@bfalaw.com* |
| 3 | Angelica M. Ornelas<br>*aornelas@bfalaw.com* |
| 4 | Joshua D. Samra<br>*jsamra@bfalaw.com* |
| 5 | 555 12th Street, Suite 1600<br>Oakland, CA 94607 |

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker
*ecp@pritzkerlevine.com*
Jonathan K. Levine
*jkl@pritzkerlevine.com*
Caroline C. Corbitt
*ccc@pritzkerlevine.com*
1900 Powell Street, Suite 450
Emeryville, CA 94608

**SIMMONS HANLY CONROY LLC**
Mitchell M. Breit
*mbreit@simmonsfirm.com*
Jason 'Jay' Barnes
*jaybarnes@simmonsfirm.com*
An Truong
*atruong@simmonsfirm.com*
Eric Johnson
*ejohnson@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2021, at La Jolla, California.

                                       /s/Francis A. Bottini, Jr.
                                         Francis A. Bottini, Jr.