BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:     (858) 914-2002

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SALVATORE TORONTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:21-cv-03725-LHK<br><br>**[Proposed] Order Regarding Administrative Motion to Consider Whether Cases Should Be Related**<br><br>The Honorable Lucy H. Koh |
| This action relates to:<br><br>BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK |

This action relates to:

MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, on behalf of themselves and all others similarly situated,

                                   Plaintiffs,

              vs.

GOOGLE, LLC,

                                 Defendant.

Case No. 5:21-cv-03360-LHK

Proposed Order

1    Having considered Plaintiff Salvatore Toronto's Administrative Motion pursuant

2  to Civil Local Rule 3-12 of the United States District Court for the Northern District of

3  California to consider whether *Salvatore Toronto v. Google, LLC* ("*Toronto*"), No. 5:21-

4  cv-03725-LHK, should be related to two earlier-filed cases pending before this Court: (1)

5  *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK ("*Hewitt*"); and (2) Delahunty et al.

6  v. Google, LLC, No. 5:21-cv-03360 ("*Delahunty*"), the Court finds that *Toronto* [is][is not]

7  related to the *Hewitt* and *Delahunty* actions within the meaning of Civil Local Rule 3-12.

8    IT IS SO ORDERED.

9

10

11  Dated:                          _____

12                                  Hon. Lucy H. Koh
                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order