| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley E. Weaver (Cal. Bar No.191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br><br>**PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (Cal. Bar. No. 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>**DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>*Counsel for Plaintiffs*<br>*Additional counsel listed on signature page* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>DANIELLE C. PIERRE (SBN 300567)<br>(dpierre@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant, Google LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO.: 5:21-CV-02155-LHK-SVK<br><br>**JOINT STATUS REPORT REGARDING DISCOVERY** |

May 26, 2021

**Submitted via ECF**

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Joint Submission re: Discovery Update
            *Hewitt v. Google LLC*, Case No. 5:21-cv-02155-LHK-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

        Pursuant to Your Honor's May 7, 2021 Order (Dkt. No. 157) scheduling a second discovery conference for June 2, 2021, plaintiffs Benjamin Hewitt and Kimberley Woodruff ("Hewitt Plaintiffs" or "Plaintiffs") and defendant Google LLC ("Google") jointly submit this statement providing a further update on the status of the parties' discovery efforts since the April 29, 2021 hearing, and including a form of table to be used in identifying potential discovery disputes. None of the issues listed in the chart have yet reached an impasse.

Dated: May 26, 2021

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **COOLEY LLP** |
| By:    */s/ Lesley E. Weaver*<br>Lesley E. Weaver (Cal. Bar No.191305)<br>Matthew S. Melamed (Cal. Bar No. 260272)<br>Anne K. Davis (Cal. Bar No. 267909)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>mmelamed@bfaw.com<br>adavis@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | By:    */s/ Jeffrey M. Gutkin*<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>DANIELLE C. PIERRE (SBN 300567)<br>(dpierre@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222 |
| **SIMMONS HANLY CONROY LLC** | *Counsel for Defendant GOOGLE LLC* |
| By:    */s/ Jay Barnes*<br>Mitchell M. Breit (*pro hac vice* to be sought)<br>Jason 'Jay' Barnes (admitted *pro hac vice*) | |

An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**PRITZKER LEVINE LLP**

By:     */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Johnathan K. Levine (Cal. Bar. No. 220289)
Caroline C. Corbitt (Cal. Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 4608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

**DICELLO LEVITT GUTZLER LLC**

By:     */s/ David A. Straite*     p
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*

*Counsel for Plaintiffs*

As reported in the last discovery conference, the parties held their initial Rule 26(f) conference on May 4, 2021.[1] Since the last joint discovery hearing on April 29, 2021, the *Hewitt* Plaintiffs and Google have concluded initial discussions relating to Rule 26(f) topics, including preservation of relevant ESI, as noted in the chart below.

The parties have also exchanged drafts of a Stipulated Protective Order, Stipulated 502(d) Order, and a Stipulated Order Re: Discovery of Electronically Stored Information all based on those approved by this Court in *Calhoun, et al. v. Google LLC*, 5:20-cv-05146-LHK-SVK, as well as a Stipulated Order Re: Expert Discovery. They have reached agreement on the terms of the Stipulated Protective Order and Stipulated Order Re; Expert Discovery and submitted them for the Court's consideration today.

The parties agreed to exchange initial disclosures on June 22, 2021. Plaintiffs also served Plaintiffs' First Request for Production of Documents ("RFPs") and Google's responses and objections are due on June 22, 2021. Google anticipates serving written discovery on Plaintiffs in short order.

In keeping with this Court's practice, pending discussions are summarized in the attached exhibit. None require the Court's intervention, however, the parties can answer any further questions the Court may have at the hearing.

---

[1] Today's joint status report is not a formal Rule 26(f) Report. Judge Koh has scheduled the initial pretrial conference for June 30, 2021, and the parties anticipate filing a Rule 26(f) Report with or in their Joint Case Management Conference Statement in advance of the June 30 CMC.

| No. | Date Submitted | Issue | Status as of 5/26/21 Joint Submission | Status as of 6/2/21 Hearing |
|---|---|---|---|---|
| | | | **Disputes Identified by Plaintiffs** | |
| 1.1 | | Cross-use in *Hewitt* of certain investigative materials produced in *Calhoun* | Counsel for Google authorized Plaintiffs' counsel to use certain CIDs (relating to the Texas Attorney General investigation and litigation, produced in *Calhoun*) to identify materials potentially relevant here. Plaintiffs will identify to Google the specific requests Plaintiffs deem relevant. Plaintiffs have also proposed to sequence discovery and to start with responsive documents produced to the Texas AG. Plaintiffs have also raised whether other investigations or inquiries are relevant to *Hewitt*. The parties will confer further. | |
| 1.2 | | Preservation of data related to RTB auctions maintained in logs | The parties have discussed the possibility of preserving event level log data relating to Real Time Bidding. Google has proposed a compromise on which the parties are conferring further. Plaintiffs have inquired as to the data fields and retention cycles and procedures for such logs. | |
| 1.3 | | Preservation of data relating to the Named Plaintiffs | Plaintiffs have agreed to produce additional identifiers relating to Named Plaintiffs in order that reasonably available and identifiable data relating to Named Plaintiffs be preserved. Google represents that no Google account holder information is shared in the bid requests. Notwithstanding this position, Google has agreed, for the time being, to preserve reasonably available and identifiable Google Account and Real Time Bidding data (if any) associated with Named Plaintiffs using the identifiers Plaintiffs produce. Plaintiffs are collecting and will produce to Google identifiers to assist in such preservation. | |
| 1.4 | | Request for production of organizational charts or their equivalent | Plaintiffs propose that Google produce early documents sufficient to identify those at Google with knowledge of real time bidding and the alleged disclosure of information about putative class members to third-party participants. Google is considering this request. | |
| | | | **Disputes Identified by Google** | |
| 2.1 | | Preservation of data in Named Plaintiffs' positions | Google has requested, among other things, preservation of all of Plaintiffs' devices. The parties are conferring on the necessary scope of preservation. | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of May, 2021, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

# CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:  */s/ Lesley E. Weaver*
Lesley E. Weaver