| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **KAPLAN FOX & KILSHEIMER LLP**<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>*dstraite@kaplanfox.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Laurence D. King (Cal. Bar No. 206423)<br>Mario Choi (Cal. Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707 | Diane M. Doolittle (CA Bar No. 142046)<br>*dianedoolittle@quinnemanuel.com*<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>Mitchell M. Breit (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | *Counsel for Defendant; additional counsel listed in signature blocks below* |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**JOINT STATEMENT RE SELECTED CLAIMS** |

Pursuant to the Court's Order to Select Claims dated September 18, 2020, Dkt. No. 51, the parties have selected the following ten causes of action to be litigated through trial. For the common law claims, Plaintiffs designate the state of California for the basis for asserting each claim.

| No. | Cause of Action | Count |
|---|---|---|
| 1 | ECPA –Unauthorized ECS Disclosure, 18 U.S.C. § 2510 | Count Two |
| 2 | Stored Communications Act –Unauthorized Access to Stored ECS Communications, 18 U.S.C. § 2701 | Count Three |
| 3 | Stored Communications Act –Unauthorized Disclosures of Stored Communications by an ECS, 18 U.S.C. § 2701 | Count Four |
| 4 | California Invasion of Privacy Act, Cal. Pen. Code §§ 631 | Count Five |
| 5 | Intrusion Upon Seclusion | Count Seven |
| 6 | Breach of Contract | Count Eight |
| 7 | Breach of Implied Covenant of Good Faith and Fair Dealing | Count Nine |
| 8 | Computer Fraud and Abuse Act, 18 U.S.C. § 1030(g) | Count Eleven |
| 9 | Statutory Larceny, California Pen. Code §§ 484 and 496 | Count Thirteen |
| 10 | California UCL, Cal. Bus. & Prof. Code § 17200, et seq. | Count Fourteen |

The parties reserve their respective rights as to the remaining six claims pled in Plaintiffs' Complaint. Dkt. No. 1.

Dated: September 25, 2020

**BLEICHMAR FONTI & AULD LLP**

By:     */s/ Lesley E. Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)

**KAPLAN FOX & KILSHEIMER LLP**

By:     */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
Laurence D. King (State Bar No. 206423)
Mario Choi (State Bar No. 243409)

**SIMMONS HANLY CONROY LLC**

By:     */s/ Mitchell E. Breit*
Mitchell M. Breit (admitted *pro hac vice*)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:    */s/ Andrew H. Schpiro*
Andrew H. Schapiro (admitted *pro hac vice*)
Stephen A. Broome (CA Bar No. 314605)
Viola Trebicka (CA Bar No. 269526)
Jomaire Crawford (admitted *pro hac vice*)
Josef Ansorge (admitted *pro hac vice*)
Jonathan Tse (CA Bar No. 305468)
Thao Thai (CA Bar No. 324672)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2020, at Oakland, California.

                                          */s/ Lesley E. Weaver*
                                             Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on September 25, 2020 I caused a copy of this Joint Statement re Selected Claims to be filed via CM/ECF, which will effect service on counsel of record for all parties.

          */s/ Lesley E. Weaver*
          Lesley E. Weaver