**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*
[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, | Case No. 5:21-cv-02155-LHK-SVK<br><br>**CLASS ACTION**<br><br>**RESPONSE TO ADMINISTRATIVE MOTION BY PLAINTIFF TORONTO TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO CONSIDER CONSOLIDATION PURSUANT TO** |

|  |  |
|---|---|
| Defendant. | FEDERAL RULE OF CIVIL PROCEDURE 42(a)<br><br>Civil L.R. 3-12, 7-11 |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br>  Plaintiffs,<br>  v.<br>GOOGLE LLC,<br>  Defendant. | Case No. 5:21-cv-03360-LHK<br><br>CLASS ACTION |
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br>  Plaintiffs,<br>  v.<br>GOOGLE LLC,<br>  Defendant. | Case No. 5:21-cv-03725-LHK<br><br>CLASS ACTION |

Plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26, 2021) ("*Hewitt*") submit this response to the Administrative Motion to Consider Whether Cases Should be Related ("*Toronto*" Motion) filed by plaintiffs in *Toronto v. Google LLC*, No. 5:21-cv-03725-LHK (N.D. Cal., filed May 18, 2021) ("*Toronto*"). Through *Hewitt* counsel's coordination with counsel in all pending cases currently related, as well as proposed related cases *Delahunty* and *Toronto*, consensus has emerged on two key issues.

***First***, all counsel in the actions Toronto proposes to relate, including Plaintiffs' counsel in *Hewitt*, *Delahunty*, *Toronto* and Google's counsel in those three actions agree that relation and consolidation of *Hewitt*, *Delahunty*, and *Toronto* is appropriate.[1] Relation of *Toronto* to *Hewitt* is appropriate for the same reasons that relation of *Delahunty* to *Hewitt* is appropriate. *See* Response to Administrative Motion to Consider Whether *Hewitt* and *Delahunty* Should be Related and Consolidated, and to Consider Relation but not Consolidation to *Brown* and *Calhoun* pursuant to Civil Local Rules 3-12 and 7-11 and Federal Rule of Civil Procedure 42(a), *Hewitt*, Dkt. No. 40. Like *Delahunty*, some of *Toronto*'s allegations are identical to those in the *Hewitt* complaint. *Compare e.g. Hewitt*, Dkt. No. 1 at ¶¶ 6-8 ("*Hewitt* Compl.") (alleging that Google discloses users' "highly specific information" to auction participants through the RTB process); *with Toronto*, Dkt. No. 1 at ¶¶ 82-84 ("*Toronto* Compl.") (same); *compare also Hewitt* Compl. at ¶¶ 117, 135, 138 (alleging Google actively assists auction participants to identify users through Google's "cookie matching" service); *with Toronto* Compl. at ¶¶ 93, 94 (same). The parties' agreement that the Court should exercise its inherent discretion to consolidate *Toronto* with *Hewitt* and *Delahunty* pursuant

---

[1] Significantly, based on extensive coordinating calls, Plaintiffs in all cases believe that consolidation of the *Hewitt*, *Delahunty* and *Toronto* cases alone is appropriate, and that *Brown* and *Calhoun* should remain related but not consolidated with *Hewitt*, *Delahunty*, and *Toronto*. *See* Declaration of Lesley E. Weaver ("Weaver Decl."), ¶ 7. Google's counsel in *Hewitt*, *Delahunty*, and *Toronto* (Cooley LLP) also supports consolidation of *Toronto*, *Delahunty*, and *Hewitt*. *Hewitt*, Dkt. No. 55. Google's counsel in *Brown* and *Calhoun* takes no position on this issue. Weaver Decl. ¶ 7. The *Hewitt*, *Delahunty*, and *Toronto* actions concern Google's alleged *disclosure* of individuals' personal information through the Google Real-Time Bidding advertising process. Unlike those cases, *Brown* and *Calhoun* allege facts and claims arising out of Google's *taking* of information from individuals using the Chrome browser, and do so on behalf of distinct classes.

to Federal Rule of Civil Procedure 42(a) is warranted by the facts alleged in each complaint. *See* Order Relating and Consolidating Cases, *Hubbard, et al. v. Google LLC*, No. 5:19-cv-07016-BLF (N.D. Cal. Apr. 20, 2021), Dkt. No. 133 (granting motion to relate cases and further consolidating them under Rule 42(a) pursuant to the district court's broad discretion).

Second, Plaintiffs' counsel in *Hewitt*, *Delahunty*, and *Toronto* agree that if those actions are related and consolidated, this Friday, June 4, 2021 is an appropriate deadline for 23(g) briefs for leadership in those actions. They further agree that any leadership hearing is at the Court's discretion. The only disagreement is on the briefing schedule after June 4. *Hewitt* counsel requests this Court establish a briefing schedule consistent with recent practice of courts in the Northern District of California, with only an opening brief and an optional response.

Specifically, *Hewitt* counsel proposes opening briefs of ten pages on June 4, 2021, with an optional five page response due on June 11, 2021. The issues are not complicated. Further, the highly coordinated, efficient progress of *Brown*, *Calhoun* and *Hewitt* already underway could be derailed by a delayed fight for leadership in Hewitt. *Delahunty* and *Toronto* counsel oppose expedited briefing and propose the 35 day briefing schedule set forth under the Local Rules. Weaver Decl., ¶ 8.

For these reasons, and for those set forth in Dkt. No. 42, Plaintiffs respectfully request the Court enter an order (1) relating *Toronto* and *Delahunty* to *Hewitt*; (2) consolidating all three actions; and (3) adopting the following schedule for motions for appointment of interim class counsel under Rule 23(g)(3):

(a) Counsel for any plaintiff who has filed an action in the Related Actions or any other action arising out of the same or similar operative facts now pending in the *Hewitt* case, or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim class counsel. All applications must be e-filed in the *Hewitt* action (Master File No. 5:21-cv-02155-LHK-SVK) on or before Friday, June 4, 2021. Each application shall not exceed ten pages double-spaced, exclusive of exhibits.

(b) Applicants may file a two-page response to other timely motions for appointment as interim class counsel (exclusive of exhibits) no later than 5:00 p.m. Pacific time on June 11, 2021.

1   (c) No replies shall be filed.

2

3  DATED: June 1, 2021

4  **BLEICHMAR FONTI & AULD LLP**

5  By:   */s/ Lesley E. Weaver*
   Lesley E. Weaver (Cal. Bar No.191305)
6  Matthew S. Melamed (Cal. Bar No. 260272)
   Anne K. Davis (Cal. Bar No. 267909)
7  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
8  555 12th Street, Suite 1600
   Oakland, CA 94607
9  Tel.: (415) 445-4003
   Fax: (415) 445-4020
10 *lweaver@bfalaw.com*
   *mmelamed@bfaw.com*
11 *adavis@bfalaw.com*
   *aornelas@bfalaw.com*
12 *jsamra@bfalaw.com*

13
   **SIMMONS HANLY CONROY LLC**
14
   By:   */s/ Jay Barnes*
15 Mitchell M. Breit (*pro hac vice* to be sought)
   Jason 'Jay' Barnes (admitted *pro hac vice*)
16 An Truong (admitted *pro hac vice*)
   Eric Johnson (*pro hac vice* to be sought)
17 112 Madison Avenue, 7th Floor
   New York, NY 10016
18 Tel.: (212) 784-6400
   Fax: (212) 213-5949
19 *mbreit@simmonsfirm.com*
   *jaybarnes@simmonsfirm.com*
20 *atruong@simmonsfirm.com*
   *ejohnson@simmonsfirm.com*
21
22 **PRITZKER LEVINE LLP**

23 By:   */s/ Elizabeth C. Pritzker*
   Elizabeth C. Pritzker (Cal. Bar. No. 146267)
24 Johnathan K. Levine Cal. Bar. No. 220289)
   Caroline C. Corbitt (Cal. Bar. No. 305492)
25 1900 Powell Street, Suite 450
   Emeryville, CA 94608
26 Tel.: (415) 692-0772
   Fax: (415) 366-6110
27 *ecp@pritzkerlevine.com*
   *jkl@pritzkerlevine.com*
28 *ccc@pritzkerlevine.com*

1  **DICELLO LEVITT GUTZLER LLC**

2  By:    */s/ David A. Straite*
   David A. Straite (admitted *pro hac vice*)
3  One Grand Central Place
   60 East 42nd Street, Suite 2400
4  New York, NY 10165
   Tel.: (646) 933-1000
5  *dstraite@dicellolevitt.com*

6  Amy E. Keller (admitted *pro hac vice*)
   Adam J. Levitt (admitted *pro hac vice*)
7  Ten North Dearborn Street, 6th Fl.
   Chicago, Illinois 60602
8  Tel.: (312) 214-7900
   *akeller@dicellolevitt.com*
9  *alevitt@dicellolevitt.com*

10 *Counsel for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2021, at Oakland, California.

By:    */s/ Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I have also caused the foregoing document to be served on counsel of record for *Brown*, *Calhoun*, *Hewitt* and *Delahunty* via electronic mail.

Executed this 1st day of June, 2021, at Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver