**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*
[Additional counsel listed on signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>CLASS ACTION<br><br>DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF RESPONSE TO ADMINISTRATIVE MOTION BY PLAINTIFF TORONTO TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO CONSIDER CONSOLIDATION PURSUANT TO |

| | |
|---|---|
| | FEDERAL RULE OF CIVIL PROCEDURE 42(a) |
| | Civil L.R. 3-12, 7-11 |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br>    Plaintiffs,<br> v.<br>GOOGLE LLC,<br>    Defendant. | Case No. 5:21-cv-03360-LHK<br><br>CLASS ACTION |
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br>    Plaintiffs,<br> v.<br>GOOGLE LLC,<br>    Defendant. | Case No. 5:21-cv-03725-LHK<br><br>CLASS ACTION |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, head of its consumer and antitrust practice, counsel to plaintiffs in *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK (N.D. Cal., filed Mar. 26 2021) ("*Hewitt*"), and a member in good standing of the bar of the State of California and of this Court.

2. This declaration is made in support of the *Hewitt* plaintiffs' Response to Administrative Motion By Plaintiff Toronto to Consider Whether Cases Should Be Related and to Consider Consolidation Pursuant to Federal Rule of Civil Procedure 42(a).

3. On March 26, 2021, the *Hewitt* plaintiffs filed their complaint. On April 9, 2021, this Court related *Hewitt* to *Brown, et al. v. Google LLC*, No. 5:20-cv-03664-LHK-SVK (N.D. Cal., filed June 2, 2020) ("*Brown*") and *Calhoun, et al. v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal., filed July 27, 2020) ("*Calhoun*").

4. On May 5, 2021, the action captioned *Delahunty, et al. v. Google*, LLC, No. 5:21-cv-03360-LHK ("*Delahunty*") was filed.

5. On May 12, 2021, the *Hewitt* plaintiffs moved to relate to relate *Delahunty* to *Brown* and *Calhoun* and to consolidate *Delahunty* with *Hewitt*. Dkt. No. 40.

6. On May 18, 2021, the action captioned *Toronto. v. Google, LLC*, No. 5:21-cv-03725-LHK (N.D. Cal., filed May 18, 2021) ("*Toronto*") was filed.

7. I, along with co-counsel in *Hewitt*, have conferred with all counsel in *Brown*, *Calhoun*, *Delahunty*, and *Toronto* regarding (1) relating *Toronto* to the four previously pending actions (*Brown*, *Calhoun*, *Hewitt*, and *Delahunty*), (2) consolidating *Hewitt*, *Delahunty*, and *Toronto*, and (3) setting a briefing schedule on Rule 42(a) and 23(g) motions. Plaintiffs' counsel in all cases support consolidation of the *Hewitt*, *Delahunty*, and *Toronto* cases, and believe that *Brown* and *Calhoun* should remain related but not consolidated with *Hewitt*, *Delahunty*, and *Toronto*. Google's counsel in *Hewitt*, *Delahunty* and *Toronto* (Cooley LLP) also supports consolidation of *Hewitt*, *Delahunty*, and *Toronto*. Dkt. No. 55. Google's counsel in *Brown* and *Calhoun* takes no position on this issue.

8. Plaintiffs' counsel in *Hewitt*, *Delahunty*, and *Toronto* agree that if those actions are related and consolidated, this Friday, June 4, 2021 is an appropriate deadline for 23(g) briefs for leadership in those actions. They further agree that any leadership hearing is at the Court's discretion. The only disagreement is on the briefing schedule after June 4. *Hewitt* counsel proposes opening briefs of ten pages on June 4, 2021, with an optional five page response due on June 11, 2021. *Delahunty* and *Toronto* counsel oppose expedited briefing and propose the 35 day briefing schedule set forth under the Local Rules. Google's counsel in *Hewitt*, *Delahunty*, and *Toronto* indicated it takes no position on the expedited briefing schedule.

9. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Oakland, California.

Date: June 1, 2021              By:     /s/ Lesley E. Weaver
                                        LESLEY E. WEAVER