| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley E. Weaver (Cal. Bar No.191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br><br>**PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (Cal. Bar. No. 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>**DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>*Counsel for Plaintiffs*<br>*Additional counsel listed on signature page* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>DANIELLE C. PIERRE (SBN 300567)<br>(dpierre@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant, Google LLC* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 5:21-cv-02155-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF JUNE 2 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1  WHEREAS, on June 2, 2021, the Court conducted a discovery status conference in the above titled matter under seal (Dkt. No. 60);

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript may be released to counsel of record in this matter;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the June 2 discovery hearing may be released to counsel of record in this matter.

DATED: June 4, 2021

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **COOLEY LLP** |
| By:   /s/ Lesley E. Weaver | By:   /s/ Jeffrey M. Gutkin |
| Lesley E. Weaver (Cal. Bar No.191305) | MICHAEL G. RHODES (SBN 116127) |
| Matthew S. Melamed (Cal. Bar No. 260272) | (rhodesmg@cooley.com) |
| Anne K. Davis (Cal. Bar No. 267909) | JEFFREY M. GUTKIN (SBN 216083) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | (jgutkin@cooley.com) |
| Joshua D. Samra (Cal. Bar No. 313050) | DANIELLE C. PIERRE (SBN 300567) |
| 555 12th Street, Suite 1600 | (dpierre@cooley.com) |
| Oakland, CA 94607 | KELSEY R. SPECTOR (SBN 321488) |
| Tel.: (415) 445-4003 | (kspector@cooley.com) |
| Fax: (415) 445-4020 | COLIN S. SCOTT (SBN 318555) |
| lweaver@bfalaw.com | (cscott@cooley.com) |
| mmelamed@bfaw.com | 101 California Street, 5th Floor |
| adavis@bfalaw.com | San Francisco, CA 94111-5800 |
| aornelas@bfalaw.com | Tel: (415) 693-2000 |
| jsamra@bfalaw.com | Fax: (415) 693-2222 |
| **SIMMONS HANLY CONROY LLC** | *Counsel for Defendant GOOGLE LLC* |
| By:   /s/ Jay Barnes | |
| Mitchell M. Breit (*pro hac vice* to be sought) | |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | |
| An Truong (admitted *pro hac vice*) | |
| Eric Johnson (*pro hac vice* to be sought) | |
| 112 Madison Avenue, 7th Floor | |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | |
| Fax: (212) 213-5949 | |

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

mbreit@simmonsfirm.com
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**PRITZKER LEVINE LLP**

By:     /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Johnathan K. Levine (Cal. Bar. No. 220289)
Caroline C. Corbitt (Cal. Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 4608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

**DICELLO LEVITT GUTZLER**

By:     /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*

*Counsel for Plaintiffs*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Date: _____, 2021                    _____
                                                    Hon. Susan van Keulen
4                                                   United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2021, at Oakland, California.

By: <u>/s/ Lesley E. Weaver</u>
Lesley E. Weaver