UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HEWITT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  21-cv-02155-LHK   (SVK)<br><br>**ORDER RE AUGUST 12, 2021 DISCOVERY HEARING IN RELATED CASES** |

　　　　The parties are informed that the Court has reserved **August 12, 2021 at 9:30 a.m.** for a further discovery conference on disputed issues that are ripe for adjudication in the related cases of *Brown et al. v. Google LLC*, 20-cv-3664-LHK, and *Calhoun et al. v. Google LLC*, 20-cv-5146-LHK.  At present, the parties in this case should plan to attend the August 12 discovery conference; however, they may submit a statement by **August 2, 2021** requesting to be excused from the conference.

**SO ORDERED.**

Dated: June 9, 2021

SUSAN VAN KEULEN
United States Magistrate Judge