| | |
|---|---|
| NANCI E. NISHIMURA (SBN 152621) | FRANCIS A. BOTTINI JR. (SBN 175783) |
| nnishimura@cpmlegal.com | fbottini@bottinilaw.com |
| BRIAN DANITZ (SBN 247403) | ANNE B. BESTE (SBN 326881) |
| bdanitz@cpmlegal.com | abeste@bottinilaw.com |
| KARIN B. SWOPE (Pro Hac Vice) | ALBERT Y. CHANG (SBN 296065) |
| kswope@cpmlegal.com | achang@bottinilaw.com |
| NOORJAHAN RAHMAN (SBN 330572) | YURY A. KOLESNIKOV (SBN 271173) |
| nrahman@cpmlegal.com | ykolesnikov@bottinilaw.com |
| BETHANY M. HILL (SBN 326358) | **BOTTINI & BOTTINI, INC.** |
| bhill@cpmlegal.com | 7817 Ivanhoe Avenue, Suite 102 |
| **COTCHETT, PITRE & MCCARTHY, LLP** | La Jolla, CA 92037 |
| San Francisco Airport Office Center | Telephone: (858) 914-2001 |
| 840 Malcolm Road, Suite 200 | Fax: (858) 914-2002 |
| Burlingame, CA 94010 | |
| Telephone: (650) 697-6000 | *Counsel for Plaintiff Salvatore Toronto* |
| Fax: (650) 697-0577 | |

*Counsel for Plaintiffs Meaghan Delahunty,
Meghan Cornelius, and John Kevranian*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT** and **KIMBERLEY WOODRUFF**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>**GOOGLE LLC**,<br>Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF FRANCIS A. BOTTINI IN SUPPORT OF JOINT MOTION TO CONSOLIDATE AND TO APPOINT COTCHETT, PITRE & MCCARTHY, LLP, AND BOTTINI & BOTTINI, INC. AS INTERIM CO-LEAD COUNSEL**<br><br>Hearing Date: November 3, 2021<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: Courtroom 8 – 4th Floor |

Declaration of Francis A. Bottini ISO Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel;
Case Nos. 5:21-cv-02155-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

| | |
|---|---|
| **This case relates to:**<br><br>**MEAGHAN DELAHUNTY**,<br>**MEGHAN CORNELIUS**, and<br>**JOHN KEVRANIAN**, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**GOOGLE LLC**,<br><br>                    Defendant. | **Case No. 5:21-cv-03360-LHK** |
| **This case relates to:**<br><br>**SALVATORE TORONTO,** on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>**GOOGLE LLC**,<br><br>                    Defendant. | **Case No. 5:21-cv-03725-LHK** |

Declaration of Francis A. Bottini ISO Joint Motion to Consolidate and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel; Case Nos. 5:21-cv-02155-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

I, **FRANCIS A. BOTTINI JR.**, declare as follows:

I am a partner with the law firm Bottini & Bottini, Inc., counsel for plaintiff Salvatore Toronto in *Toronto v. Google, LLC,* Case No. 5:21-cv-03725-LHK ("*Toronto*"). I submit this declaration in support of the Joint Motion to Consolidate *Toronto* and *Delahunty v. Google, LLC,* Case No. 5:21-cv-03360-LHK ("*Delahunty*") with *Hewitt, et al. v. Google LLC,* Case No. 5:21-cv-02155-LHK ("*Hewitt*") and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc., as Interim Co-Lead Counsel. If called as a witness, I could and would testify competently to the matters stated herein.

1. Bottini & Bottini, Inc. ("Bottini"), has served as Lead or Co-Lead Counsel in consumer, securities, and antitrust cases that have recovered hundreds of millions of dollars for class members. Most recently, in 2020, Bottini served as Co-Lead Counsel in *In re Alphabet Inc. Shareholder Deriv. Litig.*, Lead Case No. 19CV341522 (Santa Clara County Super. Ct.), which resulted in a groundbreaking settlement, including Google's commitment to eliminate mandatory arbitration in cases alleging sexual harassment and discrimination; the establishment of a Diversity, Equity & Inclusion Council including two members selected by Plaintiffs' counsel; and an agreement by Google to spend $310 million over ten years on workplace initiatives designed to eliminate sexual harassment and discrimination and initiatives that support diversity, equity, and inclusion. Bottini also served as Co-Lead Counsel in *In re Snap, Inc. Securities Cases*, JCCP No. 4960 (Los Angeles County Super. Ct.), in which the Court has granted preliminary approval of a settlement providing a $32.8 million recovery for shareholders who bought stock in Snap's IPO.

2. Albert Chang, a partner at Bottini, has extensive experience representing consumers in complex class actions premised on privacy violations. He was appointed to the Plaintiffs' Steering Committee in *In re Tiktok, Inc., Consumer Privacy Litig.,* selected by Judge John Z. Lee from among dozens of firms and attorneys vying for lead positions through motions and applications filed in in both the Northern District of California and the Northern District of Illinois. Chang also represents nonusers of Facebook in a putative class action in the Northern District of California, alleging violations of the Biometric Information Privacy Act (BIPA).

Declaration of Francis A. Bottini ISO Joint Motion to Consolidate and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel; Case Nos. 5:21-cv-02155-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

1

*Zellmer v. Facebook, Inc.*, No. 18-cv-1880-JD (N.D. Cal.); *Gullen v. Facebook, Inc.*, No. 16-cv-0937-JD (N.D. Cal.). In that litigation, Chang and other attorneys at Bottini have litigated cutting-edge, complex issues. Together with attorneys at Cotchett, Pitre & McCarthy, LLP, Chang also prosecuted a shareholder derivative action arising from Yahoo! Inc.'s user data breaches. *In re Yahoo! Inc. Shareholder Litig.*, Lead Case No. 17-CV-307054 (Santa Clara County Super. Ct.). This action resulted in a cash payment of $29 million—the largest recovery ever in a shareholder derivative action involving a data breach.

3.   Attached hereto as **Exhibit 1** is a true and correct copy of Bottini & Bottini, Inc.'s firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June 2021 in La Jolla, California.

          */s/ Francis A. Bottini Jr.*
          FRANCIS A. BOTTINI JR.

Declaration of Francis A. Bottini ISO Joint Motion to Consolidate and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel; Case Nos. 5:21-cv-02155-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

2

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I, Brian Danitz, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized this filing.

                                                     */s/ Brian Danitz*
                                                    BRIAN DANITZ

Declaration of Francis A. Bottini ISO Joint Motion to Consolidate and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel; Case Nos. 5:21-cv-02155-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

3