NANCI E. NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE (Pro Hac Vice)
kswope@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI JR. (SBN 175783)
fbottini@bottinilaw.com
ANNE B. BESTE (SBN 326881)
absete@bottinilaw.com
ALBERT Y. CHANG (SBN 296065)
achange@bottinilaw.com
YURY A. KOLESNIKOV (SBN 271173)
ykolesnikov@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Counsel for Plaintiff Salvatore Toronto*

*Counsel for Plaintiffs Meaghan Delahunty,
Meghan Cornelius, and John Kevranian*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **BENJAMIN HEWITT** and **KIMBERLEY WOODRUFF**, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br>**GOOGLE LLC**,<br>  Defendant. | Case No. 5:21-cv-02155-LHK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND TO APPOINT COTCHETT, PITRE & MCCARTHY, LLP, AND BOTTINI & BOTTINI, INC. AS INTERIM CO-LEAD COUNSEL**<br><br>Hearing Date: November 3, 2021<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: Courtroom 8 – 4th Floor |

[Proposed] Order Granting Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel;
Case Nos. 5:21-cv-03360-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

|   |   |
|---|---|
| This case relates to:<br><br>**MEAGHAN DELAHUNTY**, **MEGHAN CORNELIUS**, and **JOHN KEVRANIAN**, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>  v.<br><br>**GOOGLE LLC**,<br><br>                   Defendant. | **Case No. 5:21-cv-03360-LHK** |
| This case relates to:<br><br>**SALVATORE TORONTO,** on behalf of himself and all others similarly situated,<br><br>                   Plaintiff,<br><br>  v.<br><br>**GOOGLE LLC**,<br><br>                   Defendant. | **Case No. 5:21-cv-03725-LHK** |

[Proposed] Order Granting Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel;
Case Nos. 5:21-cv-03360-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

The Joint Motion to Consolidate *Delahunty, et al. v. Google LLC*, No. 5:21-cv-03360-LHK ("*Delahunty*"), *Toronto v. Google LLC*, No. 5:21-cv-03725-LHK ("*Toronto*") with *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK ("*Hewitt*"), and to Appoint Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel ("Motion") came on for hearing before this Court. After considering the Motion, all papers submitted in support and in opposition to the Motion, the argument of counsel, and good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

### RELATION AND CONSOLIDATION OF CASES

1. The Court finds that each case presents substantially similar factual and legal issues. Due to the same or similar set of circumstances, discovery issues relating to each action will be parallel. Furthermore, the actions are in the same procedural postures as Defendant has not yet filed an answer or responsive motion. There is no basis to find that consolidation would cause inconvenience, delay, or expense, especially since the parties agree with the consolidation request. Accordingly, the Court finds that consolidation is appropriate, and the motion to consolidate is GRANTED.

2. Pursuant to Civil L.R. 3-12, *Delahunty, et al. v. Google LLC*, No. 5:21-cv-03360-LHK, and *Toronto v. Google LLC*, No. 5:21-cv-03725-LHK, are deemed related to *Hewitt, et al. v. Google LLC*, No. 5:21-cv-02155-LHK-SVK.

3. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, *Delahunty*, and *Toronto* are consolidated with *Hewitt* for all purposes.

4. The case file for the consolidated action shall be named *In re Google RTB Privacy Litigation* and maintained under Master File No. 5:21-cv-02155-LHK-SVK. Each document filed by a party to the consolidated action shall be filed only in the consolidated action, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google RTB Privacy Litigation*<br><br>This Document Relates To: | Master File No. 5:21-cv-02155-LHK-SVK |

5. When a pleading is meant to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last names of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:".

6. Any cases subsequently filed in or transferred to this Court involving the same or substantially similar issues of law and fact as the above-captioned actions shall be consolidated, consistent with this order.

7. A Consolidated Complaint shall be filed within fourteen days of entry of this order.

8. Defendant is not required to answer or otherwise respond to the current complaints in *Delahunty*, *Toronto*, or *Hewitt*, or in any subsequently-filed related case.

9. Defendant's anticipated motion to dismiss shall be due thirty days after the filing of the Consolidated Complaint; Plaintiffs' opposition shall be due thirty days thereafter; and Defendants' reply shall be due fifteen days thereafter.

**APPOINTMENT OF LEAD COUNSEL**

10. The Court has considered the chief criteria that plaintiffs' lead counsel should possess: (1) knowledge and experience in prosecuting complex litigation, including class actions; (2) willingness and ability to commit to a time-consuming process; (3) ability to work cooperatively with others; and (4) access to sufficient resources to prosecute the litigation in a timely manner. Fed. R. Civ. P. 23(g)(1)(A).

[Proposed] Order Granting Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel
Case Nos. 5:21-cv-03360-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

2

11. The Court hereby appoints Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel in the consolidated action. The Court finds that these firms have extensive knowledge and experience in prosecuting complex litigation and class actions. The Court further finds that both firms are willing and able to commit to a time-consuming process of litigating this case; have shown the ability to work cooperatively with others, garnering the support of a great number of colleagues and fellow plaintiffs' counsel from the various individual actions; and have access to sufficient resources to prosecute this litigation in a timely manner.

12. Interim Co-Lead Counsel shall be responsible for determining the litigation strategy on behalf of all Plaintiffs, and for the conduct of the litigation on behalf of the Plaintiff class, including trial and settlement.

13. Interim Co-Lead Counsel shall promote the orderly and efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts, act as spokesperson (either personally or by designee) for the Plaintiff class at pretrial conferences, and delegate work responsibilities.

14. Interim Co-Lead Counsel shall have authority to enter into stipulations (either personally or by designee) necessary for the conduct of the litigation with opposing counsel. No request for or response to discovery shall be made, no other pretrial or trial proceedings shall be initiated or filed, and no dispositive motion or response to any dispositive motion shall be filed by any plaintiff in the consolidated action, except through Interim Co-Lead Counsel.

15. Interim Co-Lead Counsel shall have authority to communicate with Defendant's counsel and the Court on behalf of all plaintiffs, and Defendant's counsel may rely on all agreements made with Interim Co-Lead Counsel.

16. All Plaintiffs' counsel shall keep contemporaneous time and expense records and shall exchange such records upon request with Interim Co-Lead Counsel.

**IT IS SO ORDERED.**

[Proposed] Order Granting Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel
Case Nos. 5:21-cv-03360-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

3

1  Dated:_____                    _____
2                                                 HON. LUCY H. KOH
                                                  UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Joint Motion to Consolidate and to Appoint
Cotchett, Pitre & McCarthy, LLP, and Bottini & Bottini, Inc. as Interim Co-Lead Counsel
Case Nos. 5:21-cv-03360-LHK; 5:21-cv-03360-LHK; 5:21-cv-03725-LHK

4