| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley E. Weaver (Cal. Bar No.191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br><br>**PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (Cal. Bar. No. 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>**DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>*Counsel for Plaintiffs*<br>*Additional counsel listed on signature page* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>DANIELLE C. PIERRE (SBN 300567)<br>(dpierre@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br><br>*Counsel for Defendant, Google LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO.: 5:21-CV-02155-LHK-SVK<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. 1 AND INITIAL DISCOVERY PLAN** |

**Plaintiffs' Proposed Order:**

An initial case management conference was held on June 30, 2021.

A further case management conference is set for _____, at _____ to further set the case schedule through class certification. The parties shall file their supplemental joint case management statement by _____. A further case management plan with dates through class certification shall be proposed no later than 30 days after the decision on the motion to dismiss.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to file stipulated ESI Protocol or submit for resolution of disputed provisions. | July 15, 2021 |
| Deadline to file stipulated 502(d) Order or submit for resolution of disputed provisions. | July 15, 2021 |
| Defendant's Motion to Dismiss | Four (4) weeks from the Court's order that the current Complaint should serve as the operative complaint, or in the alternative, six (6) weeks from the date the consolidated complaint is filed. |
| Hearing on Motion to Dismiss | TBD |
| Supplemental Joint Case Management Statement | TBD |
| Deadline to add new parties | 30 days after decision on Motion to Dismiss |

**Google's Proposed Order:**

An initial case management conference was held on June 30, 2021.

A further case management conference is set for _____, at _____ to further set the case schedule through class certification. The parties shall file their supplemental joint case management statement by _____. A further case management plan with dates through class certification shall be proposed no later than 30 days after the decision on the motion to dismiss.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Defendant's Motion to Dismiss | Four (4) weeks from the Court's order that the current Complaint should serve as the operative complaint, or in the alternative, six (6) weeks from the date the consolidated complaint is filed. |
| Hearing on Motion to Dismiss | TBD |
| Supplemental Joint Case Management Statement | TBD |
| Deadline to add new parties | 30 days after decision on Motion to Dismiss |

The parties may continue to conduct discovery and to meet and confer in good faith regarding any disputes that arise. However, to the extent the parties reach an impasse, the parties shall await the appointment of lead counsel and the filing of a consolidated complaint, if any, before presenting such disputes to the court for resolution.

**IT IS SO ORDERED.**

_____                    _____
DATE                                                                          HON. LUCY H. KOH
                                                                                         UNITED STATES DISTRICT JUDGE