Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br>　　　　　　Defendant. | Case No. 5:21-cv-02155-LHK-VKD<br><br>CLASS ACTION<br><br>**UNOPPOSED ADMINSTRATIVE MOTION FOR ORDER RE. ADMINISTRATION OF THE CONSOLIDATED CASES** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br>　　　　　　Defendant. | Case No. 5:21-cv-03360-LHK-VKD<br><br>CLASS ACTION |

| | |
|---|---|
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　　　　　　Defendant. | Case No. 5:21-cv-03725-LHK-VKD<br><br><u>CLASS ACTION</u> |

## I. ADMINISTRATIVE MOTION FOR ORDER RE; ADMINISTRATION OF THE CONSOLIDATION CASES

Pursuant to Civil Local Rule 7-11, Plaintiffs in the above-entitled consolidated *Hewitt/Delahunty/Toronto* actions[1] ("Plaintiffs") hereby respectfully request that the Court issue a proposed order, submitted herewith, regarding the administration of these consolidated actions going forward. The purpose of the proposed order is to promote administrative efficiency and consistency in these consolidated actions going forward by, among other things, designating a single consolidated case name for the actions. Plaintiffs have conferred with counsel for Defendant Google LLC, and this motion is unopposed. *See* Declaration of Elizabeth C. Pritzker, ¶ 2, filed herewith.

Specifically, Plaintiffs request, and Google does not oppose, the entry of an order regarding the administration of the consolidated actions whereby:

1. Each document filed by a party to the consolidated *Hewitt/Delahunty/Toronto* litigation shall bear the following caption and the lowest case number, and all filings shall be made only in the consolidated action: *In re Google RTB Consumer Privacy Litigation* │ No. 5:21-cv-02155-LHK-SVK;

2. The order, if entered, would apply to any other cases that are subsequently filed in, moved to, or transferred to this Court involving the same or substantively the same issues of law and fact as the above-captioned actions.

3. In any cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantively the same issues of law and fact, Plaintiffs and/or the party responsible for the filing, removal, and/or transfer shall file a notice of related case under Civil Local Rules 3-12 and 7-11 and a stipulation to consolidate actions within fourteen (14) days after filing, removal, or transfer (whichever is later) so that any party may raise an objection to relation and consolidation under this Order;

4. All papers filed in the consolidated action shall be filed under Case No.5:21-cv-

---

[1] Consolidated by Court order entered on June 24, 2021. *See* Dkt. No. 69 in Case No. 5:21-cv-02155-LHK-SVK.

1  02155-LHK and shall bear the same, consistent caption as set forth in the proposed order.

2        5. The case file for the consolidated action will be maintained under Master File No. 5:21-cv-02155-LHK. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last names of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "5:21-cv-02155-LHK (*Hewitt*)."

      Respectfully, Plaintiffs submit, the entry of the proposed order identifying the case into which all documents are to be filed into (5:21-cv-02155-LHK-SVK) and for a consistent caption to be universally-applied to filed pleadings and motions, promotes administrative efficiency and consistency for both the Court and counsel. Plaintiffs have submitted the proposed order to Google; counsel for Google has advised that Defendant not oppose its filing. Pritzker Decl., ¶ 2.

## II.    CONCLUSION

For the reasons set forth herein, Plaintiffs respectfully request that the proposed order submitted herewith be entered.

DATED: August 23, 2021                          Respectfully submitted,

| **PRITZKER LEVINE LLP** | **SIMONS HANLY CONROY LLC** |
|---|---|
| By: */s/ Elizabeth C. Pritzker* | By: */s/ Jason 'Jay' Barnes* |
| Elizabeth C. Pritzker (Cal. Bar No.146267) | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| Jonathan K. Levine (Cal. Bar No. 220289) | An Truong (admitted *pro hac vice*) |
| Bethany Caracuzzo (Cal. Bar No. 190687) | Eric Johnson (*pro hac vice* to be sought) |
| Caroline C. Corbitt (Cal. Bar No. 305492) | 112 Madison Avenue, 7th Floor |
| 1900 Powell Street, Ste. 450 | New York, NY 10016 |
| Oakland, CA 94602 | Tel.: (212) 784-6400 |
| Tel.: (415) 692-0772 | Fax: (212) 213-5949 |
| Fax: (415) 366-6110 | jaybarnes@simmonsfirm.com |
| ecp@pritzkerlevine.com | mbreit@simmonsfirm.com |
| jkl@pritzkerlevine.com | atruong@simmonsfirm.com |
| bc@pritzkerlevine.com | ejohnson@simmonsfirm.com |
| ccc@pritzkerlevine.com | |

*Interim Class Counsel*

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITTE GUTZLER LLC** |
| By: */s/ Lesley Weaver* | By: */s/ David A. Straite* |
| Lesley Weaver (Cal. Bar No.191305)<br>Matthew S. Melamed (Cal. Bar No. 260272)<br>Anne K. Davis (Cal. Bar No. 267909)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>mmelamed@bfalaw.com<br>adavis@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 E. 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel: (646) 993-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel: (312) 214-7900<br>akeller@dicellolevitt.com |
| *Attorneys for Plaintiffs* in *Hewitt et al. v. Google LLC et al.*, Case No.5:21-cv-02155 | *Attorneys for Plaintiffs* in *Hewitt et al. v. Google LLC et al.*, Case No.5:21-cv-02155 |
| **COTCHETT PITRE & McCARTHY, LLP** | **BOTTINI & BOTTINI INC.** |
| By: */s/ Nancy E. Nishimura* | By: */s/ Francis A. Bottini, Jr.* |
| Nancy E. Nishimura (Cal. Bar No. 152621)<br>Brian Danitz (Cal Bar. No. 247403)<br>Karin B. Swope (*pro hac vice* pending)<br>Noorjahan Rahman (Cal Bar No. 330572)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br>nnishimura@cpmlegal.com<br>bdanitz@cpmlegal.com<br>kswope@cpmlegal.com<br>nrahman@cpmlegal.com | Frances A. Bottini, Jr. (Cal. Bar No. 175783)<br>Albert Y. Chang (Cal. Bar No. 296065)<br>Anne B. Beste (Cal. Bar No. 326881)<br>7817 Ivanhoe Ave., Ste. 102<br>LA Jolla, CA 92037<br>Tel.: (848) 914-2001<br>fbottini@bottinilaw.com<br>ayang@bottinilaw.com<br>abeste@bottinilaw.com |
| *Attorneys for Plaintiffs* in *Delahunty et al. v. Google LLC et al.*, Case No. 5:21-cv-03360 | *Attorneys for Plaintiffs* in *Toronto v. Google LLC et al.*, Case No. Case No.5:21-cv-03725 |