Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br> Defendant. | Case No. 5:21-cv-02155-LHK-VKD <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF UNOPPOSED ADMINSTRATIVE MOTION FOR ORDER RE. ADMINISTRATION OF THE CONSOLIDATED CASES** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br> Defendant. | Case No. 5:21-cv-03360-LHK <br><br> <u>CLASS ACTION</u> |

SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,

                          Plaintiffs,

      v.

GOOGLE LLC,

                        Defendant.

Case No. 5:21-cv-03725-LHK

CLASS ACTION

I, Elizabeth C. Pritzker, declare and state as follows:

1.     I am an attorney duly admitted to practice before this Court and a founding partner of Pritzker Levine LLP, one of the law firms representing Plaintiffs and the putative plaintiff classes. On August 3, 2021, I was appointed to serve as Interim Class Counsel for Plaintiffs. (Dkt. No. 77). I submit this declaration in support of Plaintiffs' Unopposed Administrative Motion for Order re. Administration of Consolidated Actions. I have personal knowledge of the facts set forth herein.

2.     Prior to the filing of this motion, I conferred with counsel for Defendant Google, LLC regarding the terms of the proposed order submitted herewith, and incorporated edits proposed by Defendant. Google's counsel advised me that Google does not oppose the proposed order or this request for administrative relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of August, 2021 in Emeryville, California.

                                     */s/ Elizabeth C. Pritzker*
                                  Elizabeth C. Pritzker

DECL. OF E. PRITZKER I.S.O. ADMINISTRATIVE MOTION FOR ORDER RE. ADMINISTRATION OF THE CONSOLIDATED CASES