# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:21-cv-02155-LHK-VKD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATION OF THE CONSOLIDATED CASES** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:21-cv-03360-LHK-VKD<br><br>CLASS ACTION |
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:21-cv-03725-LHK-VKD<br><br>CLASS ACTION |

**ADMINISTRATION OF THE CONSOLIDATED CASES**

On June 24, 2021, the Court entered an order consolidating these actions. (*See* Dkt. No. 69 in Case No. 5:21-cv-02155-LHK-VKD). The Court now enters the following Order regarding the administration of the consolidated actions:

1. Each document filed by a party to the consolidated *Hewitt/Delahunty/Toronto* litigation shall bear the following caption and the lowest case number, and all filings shall be made only in the consolidated action:

*In re Google RTB Consumer Privacy Litigation* │ No. 5:21-cv-02155-LHK-VKD

2. This Order applies to any other cases that are subsequently filed in, moved to, or transferred to this Court involving the same or substantively the same issues of law and fact as the above-captioned actions.

3. In any cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantively the same issues of law and fact, Plaintiffs and/or the party responsible for the filing, removal, and/or transfer shall file a notice of related case under Civil Local Rules 3-12 and 7-11 and a stipulation to consolidate actions within fourteen (14) days after filing, removal, or transfer (whichever is later) so that any party may raise an objection to relation and consolidation under this Order.

4. All papers filed in the consolidated action shall be filed under Case No.5:21-cv-02155-LHK-VKD and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| *In re Google RTB Consumer Privacy Litigation* | Master File No. 5:21-cv-02155-LHK-VKD |
|---|---|
| This Document Relates To: _____/ | |

5. The case file for the consolidated action will be maintained under Master File No. 5:21-cv-02155-LHK-VKD.. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above.  When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last names of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "5:21-cv-02155-LHK (*Hewitt*)."

For good cause shown, **IT IS SO ORDERED.**

Date: _____, 2021

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE