Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:21-cv-02155-LHK-VKD<br><br>CLASS ACTION<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant | Case No. 5:21-cv-03360-LHK-VKD<br><br>CLASS ACTION |

| | |
|---|---|
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br>              Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br>              Defendant. | Case No. 5:21-cv-03725-LHK-VKD<br><br>CLASS ACTION |

  I, Elizabeth C. Pritzker, hereby declare as follows:

  1.     I am and am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Consolidated Class Action Complaint against Google LLC ("CAC"). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

  2.     Attached hereto as Exhibit A is the Redacted Version of Plaintiffs' CAC in redacted form, which is also being filed in the public record;

  3.     Attached hereto as Exhibit B is the Unredacted Version of Plaintiffs' CAC, which Plaintiffs are lodging under seal.

  4.     Plaintiffs hereby request that the following portions of Plaintiffs' CAC (all highlighted in yellow in Exhibit B) be filed under seal, for the reasons set forth below:

| CAC Paragraph | Corresponding Page: Line Numbers |
|---|---|
| Portions of CAC ¶ 201 (a) – (aa) | Consisting of lines 59:23 – 60:27 and excluding lines 59:18-23. |
| Portions of CAC ¶ 202 | Consisting of portions of lines 61:2-3, and excluding lines 60:28 through portions of 61:2. |
| Portions CAC ¶ 203 (a) – (ww) | Consisting of lines 61:5 – 63:6, and excluding line 61:4. |
| Portions of CAC ¶ 204 (a) – (n) | Consisting of lines 63:12 - 25 and excluding lines 63:7-11. |

5. Paragraphs 201 (a) – (aa) and 202 of the CAC include some of the categories of information that Third Party NextRoll, Inc. ("NextRoll) captures from Google as an RTB Participant. This information, produced to Plaintiffs in this litigation pursuant to subpoena served in this action, includes "personal information" under California law. Paragraph 203 (a) – (ww) contains specific examples of URL addresses that NextRoll captured from the URL field from Google as an RTB Participant.

6. NextRoll has informed Plaintiffs' counsel that it is designating the information it has produced that is identified in CAC ¶¶ 201 – 204, as "Highly Confidential" pursuant to the Stipulated Protective Order entered in this case. (Dkt. No. 59).

7. In addition to NextRoll's Confidential designations, the personal information contained in Paragraph 204 (a) – (n) all qualify as "personal information" under California Consumer Privacy Act, CAL. CIV. CODE § 1798.140(o)(1)(G).

8. At this time, Plaintiffs agree with NextRoll's designation of the information contained in paragraphs 201, 202, and 203 as Highly Confidential under the Stipulated Protective Order and consider it protected under information protected by CAL. CIV. CODE § 1798.140(o)(1)(F).

9. Plaintiffs submit the information set forth in paragraph 204 also is protectable from public disclosure by California law, for the reasons set forth in Plaintiffs' Administrative Motion.

10. Given that Plaintiffs' motion is filed concurrently with the Consolidated Class Action Complaint and because some of the information were designated as Highly Confidential by a third party, a stipulation between the parties could not be obtained in advance of this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of August, 2021 in Emeryville, California.

            */s/ Elizabeth C. Pritzker*
            Elizabeth C. Pritzker