**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br>      Defendant. | Case No. 5:21-cv-02155-LHK-VKD<br><br>CLASS ACTION<br><br>**[PROPOSED ORDER] RE. PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br>      Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br>      Defendant | Case No. 5:21-cv-03360-LHK-VKD<br><br>CLASS ACTION |
| SALVATORE TORONTO, *on behalf of himself and all others similarly situated*,<br>      Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br>      Defendant. | Case No. 5:21-cv-03725-LHK-VKD<br><br>CLASS ACTION |

 Plaintiffs filed an Administrative Motion to File Under Seal Portions of Plaintiffs' Consolidated Class Action Complaint pursuant to Civil Local Rule 79-5.

Upon consideration of the Administrative Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document or Portion of Document Sought to be Sealed | Designating Party | Order |
|---|---|---|
| CAC ¶ 201 (a) – (aa), excluding lines 59:18-23 | Third Party NextRoll, Inc.; Plaintiffs agree; information protected by CAL. CIV. CODE § 1798.140(o)(1)(F) | |
| CAC ¶ 202, excluding portions of lines 60:28-61:2. | Third Party NextRoll, Inc.; Plaintiffs agree; information protected by CAL. CIV. CODE § 1798.140(o)(1)(F) | |
| CAC ¶ 203 (a) – (ww), excluding line 61:4. | Third Party NextRoll, Inc.; Plaintiffs agree; information protected by CAL. CIV. CODE § 1798.140(o)(1)(F) | |
| CAC ¶ 204 (a) – (n), excluding line 62:7-11. | Third Party NextRoll, Inc., Plaintiffs agree; information protected by CAL. CIV. CODE § 1798.140(o)(1)(G). | |

**IT IS SO ORDERED.**

_____
LUCY H. KOH
JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA