Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:21-cv-02155-LHK-VKD<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]** |
| MEAGHAN DELAHUNTY, MEGHAN CORNELIUS, and JOHN KEVRANIAN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant | Case No. 5:21-cv-03360-LHK-VKD<br><br>CLASS ACTION |

| | | |
|---|---|---|
| 1 | SALVATORE TORONTO, *on behalf of himself and all others similarly situated*, | Case No. 5:21-cv-03725-LHK-VKD |
| 2 | | CLASS ACTION |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | GOOGLE LLC, | |
| 6 | Defendant. | |

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, California 94608. I am over the age of eighteen years and am not a party to this action.

On August 27, 2021, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Class Action Complaint;

2. Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Administrative Motion to File Under Seal;

3. Redacted Version of Plaintiffs' Consolidated Class Action Complaint;

4. Unredacted (Highlighted) Version of Plaintiffs' Consolidated Class Action Complaint, lodged under seal;

5. Proposed order.

| *Via E-mail* | *Via E-mail and Fed Ex. Overnight* |
|---|---|
| Michael G. Rhodes, Esq.<br>Jeffrey M. Gutkin, Esq.<br>Danielle C. Pierre, Esq.<br>Kelsey R. Spector, Esq.<br>Colin S. Scott, Esq.<br>**COOLEY LLP**<br>101 California Street, 5th Fl<br>San Francisco, CA 94111-5800<br>Email: rhodesmg@cooley.com<br>jgutkin@cooley.com<br>dpierre@cooley.com<br>kspector@cooley.com<br>cscott@cooley.com<br><br>*Counsel for Defendant Google LLC* | Sarah Barrows, Esq.<br>Sr. Director, Privacy, Product & Policy<br>**NextRoll, Inc**.<br>2300 Harrison Street, #2<br>San Francisco, CA 94110-2013<br>Email: sarah.barrows@nextroll.com<br><br>*Counsel for Third Party Designating Party NextRoll, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on August 27, 2021 at Emeryville, California.

By: */s/ Bethany Caracuzzo*

1    Case No. 5:21-cv-02155-LHK-SVK
PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT