**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION**

| | |
|---|---|
| BENJAMIN HEWITT and KIMBERLEY WOODRUFF, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO.:  5:21-CV-02155-LHK-VKD<br>CASE NO.:  5:21-CV-03360-LHK-VKD<br>CASE NO.:  5:21-CV-03725-LHK-VKD<br><br>(CONSOLIDATED PER DKT. NO. 69)<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

**Case Management Order:**

On September 1, 2021, the parties filed a joint case management statement.

A further case management conference is set for _____, at _____ to further set the case schedule through class certification. The parties shall file their supplemental joint case management statement by _____ _____.

The Court has already set a schedule on Google's anticipated Rule 12 motion as follows:

| SCHEDULED EVENT | DATE |
|---|---|
| Last day for Google to answer, move, or otherwise respond to the Consolidated Amended Complaint | October 1, 2021 |
| Last day for Plaintiffs' opposition to any Rule 12 motion(s) filed by Google in response to the Consolidated Amended Complaint | October 29, 2021 |
| Last day for Google to file a reply in support of any Rule 12 motion(s) it files in response to the Consolidated Amended Complaint | November 18, 2021 |
| Hearing on any Rule 12 motion(s) filed by Google in response to the Consolidated Amended Complaint | December 9, 2021 at 1:30 p.m. |

The Court has considered the parties' respective proposed schedules and hereby orders the following with respect to the remaining case schedule:

| SCHEDULED EVENT | PLAINTIFFS' PROPOSAL | GOOGLE'S PROPOSAL | ORDER |
|---|---|---|---|
| Last Day to Amend to Add Parties: | 30 days after Order on Motion to Dismiss | 30 days after Order on Motion to Dismiss | |
| Substantial Document Production Completion: | March 25, 2022 | It would be premature for the Court to set this date at this time. | |
| Plaintiffs to File Motion for Class Certification:<br>- Opposition to Class Certification Due:<br>- Reply Due:<br>- Hearing on Class Certification: | May 27, 2022<br><br>July 1, 2022<br>July 29, 2022<br>August 18, 2022 or TBD | May 27, 2022<br><br>July 22, 2022<br>September 2, 2022<br>September 15, 2022 or TBD | |

| SCHEDULED EVENT | PLAINTIFFS' PROPOSAL | GOOGLE'S PROPOSAL | ORDER |
|---|---|---|---|
| Fact Discovery Cut-Off | September 9, 2022 | 90 days after class certification ruling | |
| Opening Merits Expert Reports Due: | September 23, 2022 | 30 days after fact discovery cut-off | |
| Rebuttal Expert Reports Due: | October 14, 2022 | 30 days after opening merits reports | |
| Close of Expert Discovery: | October 28, 2022 | 45 days after rebuttal expert reports | |
| Rule 56 Motions/*Daubert* Motions: | | | |
| - Motions Due: | November 14, 2022 | 60 days after close of expert discovery | |
| - Oppositions Due: | December 19, 2022 | 60 days after opening motions | |
| - Replies Due: | January 20, 2023 | 30 days after opposition motions | |
| - Hearing: | February 16, 2023 or TBD | TBD | |
| Jury Trial: | April 3, 2023 | TBD | |

**IT IS SO ORDERED.**

_____     _____
DATE                                                           HON. LUCY H. KOH
                                                                     UNITED STATES DISTRICT JUDGE