UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 21-CV-02155-LHK<br><br>**CASE MANAGEMENT ORDER** |

  On September 1, 2021, the parties filed a joint case management statement. ECF No. 82 ("JCMS"). The Court continues the September 8, 2021 case management conference to November 10, 2021 at 2:00 p.m. The parties shall file a joint case management statement by November 3, 2021.

  In their JCMS, Plaintiffs state that the consolidated class action complaint includes 12 causes of action. JCMS at 4. The parties must select 8 claims to be litigated through trial, with Plaintiffs selecting 4 claims and Google selecting 4 claims. The parties shall file their identification of their 8 selected claims by September 15, 2021.

  In their JCMS, Plaintiffs state that "Google should be limited in any motion to dismiss to addressing facts and legal issues that were not previously decided in the related cases of *Calhoun* and *Brown*." JCMS at 5. The Court disagrees. Google may move to dismiss the instant case on any grounds it wishes.

  In their JCMS, the parties state that they have met and conferred regarding documents Google has previously produced to the Texas Attorney General in response to Civil Investigative

1

Case No. 21-CV-02155-LHK
CASE MANAGEMENT ORDER

Demands. JCMS at 9. Google shall produce the Texas Attorney General documents within 30 days.

The Court sets the following case schedule.

| | |
|---|---|
| Filing of Motions for Appointment of Interim Lead Plaintiffs' Counsel | Motions: July 16, 2021<br>Oppositions, if any: July 23, 2021<br>Hearing: August 5, 2021 at 1:30 p.m. |
| Filing of Consolidated Class Action Complaint | August 27, 2021 |
| Deadline for Parties to File Identification of 8 Selected Claims | September 15, 2021 |
| Filing of Response, likely a Motion to Dismiss | Motion to Dismiss: October 1, 2021<br>Opposition: October 29, 2021<br>Reply: November 19, 2021<br>Hearing: December 9, 2021 at 1:30 p.m. |
| Further Case Management Conference | November 10, 2021 at 2:00 p.m. |
| Last Day to Amend Pleadings/Add Parties | February 25, 2022 |
| Substantial Document Production Completion | April 21, 2022 |
| Class Certification Motion | Motion: June 23, 2022<br>Opposition: August 4, 2022<br>Reply: September 2, 2022<br>Hearing: September 15, 2022 at 1:30 p.m. |
| Fact Discovery Cut-Off | December 15, 2022 |
| Opening Expert Reports | January 12, 2023 |
| Rebuttal Expert Reports | February 9, 2023 |
| Close of Expert Discovery | March 2, 2023 |
| Dispositive/Daubert Motions<br>1 dispositive motion per side in the entire case<br>3 Daubert motions per side in the entire case | Motions: March 23, 2023<br>Oppositions: April 20, 2023<br>Replies: May 11, 2023<br>Hearing: May 25, 2023 at 1:30 p.m. |
| Pretrial Conference | July 27, 2023 at 1:30 p.m. |
| Jury Trial | August 21, 2023 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: September 2, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge