| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, California 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com |
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (SBN 191305)<br>555 12th Street, Suite 1600<br>Oakland, California 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | **COTCHETT, PITRE & McCARTHY, LLP**<br>Nanci E. Nishimura (SBN 152621)<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br>nnishimura@cpmlegal.com |
| **DICELLO LEVITT GUTZLER, LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Tel.: (858) 914-2001<br>Fax: (858) 914-2002<br>fbottini@bottinilaw.com |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **BENJAMIN HEWITT**, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>**Defendant.** | **JUDGE KOH**<br><br>**Case No. 5:21-cv-02155-LHK-VKD**<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 8th day of September, 2021

| | |
|---|---|
| **DICELLO LEVITT GUTZLER LLC** | **BLEICHMAR FONTI & AULD LLP** |

By:  /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 993-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam J. Levitt (admitted *pro hac vice*)
James Ulwick admitted (*pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
alevitt@dicellolevitt.com
julwick@dicellolevitt.com

**PRITZER LEVINE LLP**

Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Caroline C. Corbitt (Cal. Bar No. 305492)
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel. (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

**BOTTINI & BOTTINI, INC.**

Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel.: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com

Lesley E. Weaver (Cal. Bar No. 191305)
Matthew S. Melamed (Cal. Bar No. 260272)
Anne K. Davis, (Cal Bar. No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, California 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mmelamed@bfalaw.com
adavis@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLP**

Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, New York 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (SBN 152621)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
nnishimura@cpmlegal.com

*Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, James A. Ulwick, hereby certify on September 8, 2021, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes, Esq.
*rhodesmg@cooley.com*
Jeffrey M. Gutkin, Esq.
*jgutkin@cooley.com*
Danielle C. Pierre, Esq.
*dpierre@cooley.com*
Kelsey R. Spector, Esq.
*kspector@cooley.com*
Collin S. Scott, Esq.
*cscott@cooley.com*
101 California Street, 5th Floor
San Francisco, California 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222

*Counsel for Defendant*

By: */s/ James A. Ulwick*
James A. Ulwick
DICELLO LEVITT GUZTLER