United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 21-CV-02155-LHK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 78 |

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Mitchell M. Breit, formerly of Simmons Hanly Conroy LLC and currently of Milberg Coleman Bryson Phillips Grossman, PLLC, is hereby withdrawn as counsel of record. The clerk is directed to remove Mr. Breit from the docket and the ECF Service List.

**IT IS SO ORDERED.**

Dated: September 9, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge