UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 21-CV-02155-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 81 |

Before the Court is a motion to file portions of Plaintiffs' class action complaint under seal, ECF No. 81. Having considered the motion, the relevant law, and the record in this case, the Court hereby DENIES plaintiffs' motion to file under seal without prejudice. Plaintiffs' affidavit did not supply sufficient facts to overcome the strong presumption of public access set by Ninth Circuit case law. Should Plaintiffs wish to refile their motion to file under seal, they shall do so by September 20, 2021.

**IT IS SO ORDERED.**

Dated: September 8, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 21-CV-02155-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL WITHOUT PREJUDICE