# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HEWITT, et al., | Case No: 5:21-CV-02155 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| GOOGLE LLC, | |
| Defendant(s). | |

I, Robby L.R. Saldaña, an active member in good standing of the bar of DC Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google LLC in the above-entitled action. My local co-counsel in this case is Jeffrey Gutkin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004-2400 | Cooley LLP, 3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 776-2109 | (415) 693-2026 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rsaldana@cooley.com | jgutkin@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1034981.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/09/21

Robby L.R. Saldaña
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robby L.R. Saldaña is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 13, 2021

Lucy H. Koh
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE