COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(appearance *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-LHK<br><br>**DECLARATION OF ROBBY L.R. SALDAÑA IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

I, Robby L.R. Saldaña, hereby declare:

1. I am an attorney with the law firm of Cooley LLP, and attorney of record for Defendant Google LLC ("Google"). I am admitted to practice before this Court *pro hac vice*. I submit this declaration in connection with the Request for Judicial Notice in support of Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("CAC"). Except as noted otherwise, I have personal knowledge of the facts herein and I am competent to testify.

2. Paragraph 140 of the CAC refers to the "Real-Time Bidding Protocol Buffer v.199." (*See* ECF No. 92, ¶ 140.) On September 24, 2021, Google produced a copy of this document to the Plaintiffs in this case. I also understand this to have been the version of Google's Real-Time Bidding Protocol Buffer that was available on the Internet when Plaintiffs filed their original complaint on March 26, 2021. (CAC at ¶ 37, n. 19.) A true and correct copy of the document, as produced to Plaintiffs, is attached as **Exhibit A** to this declaration.

3. Exhibit 4 to the CAC is a copy of Google's Terms of Service ("ToS") effective March 31, 2020. (ECF No. 92-1 Ex. 4.) Page 7 of the ToS contains the following phrase: "to customize our services for you, such as providing recommendations and personalized search results, content, and ads (which you can change or turn off in Ads Settings)[.]" (*Id.* at 7.) The underlined phrase contains a hyperlink with the following URL: https://adssettings.google.com/?utm_source=ps-terms&hl=en_US (last accessed September 30, 2021).

    a. Upon copying and pasting this URL into a web browser, I was taken to the webpage titled "Ad Personalization." A true and correct copy of the webpage that I viewed is attached as **Exhibit B** to this declaration.

    b. Upon copying and pasting the above URL into a web browser (without being logged into a Google Account), I was taken to a webpage titled "Ad Personalization settings" with three tabs respectively titled "Search," "YouTube," and "Web." A true and correct copy of each tab that I viewed on this webpage is respectively attached as **Exhibits C**, **D**, and **E** to this declaration.

4. Exhibit 5 to the CAC is a copy of the webpage titled "How Our Business Works." (CAC Ex. 5.) On Page 2, the webpage states that "[y]ou can use <u>Ad Settings</u> to control the information about you that's used to show ads. And if you don't want to see personalized ads at all, you can <u>turn them off</u> at any time." (*Id*. at 2.) The underlined phrases contain a hyperlink to the following URL: <u>https://adssettings.google.com/authenticated</u> (last accessed September 30, 2021). Upon copying and pasting this URL into a web browser while being logged into a Google Account, I was taken a webpage titled "Ad personalization." A true and correct copy of the webpage that I viewed is attached as **Exhibit B** to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Execute this 1 day of October 2021 at Washington, D.C.

/s/ Robby L.R. Saldaña
Robby L.R. Saldaña