# EXHIBIT A

```
// Protocol version 144.
// Copyright 2021 Google Inc. All Rights Reserved.

import "google/protobuf/struct.proto";

// This is the message that Google uses to request bids. A BidRequest
// includes the ad slot from a single impression.
//
message BidRequest {
  // Unique request id generated by Google. This is 16 bytes long.
  required bytes id = 2;

  // ---------------------------------------------------------
  // This section lists information that we know about the user.

  // The first 3 bytes of the IP address in network byte order for IPv4, or the
  // first 6 bytes for IPv6. Note that the number and position of the bytes
  // included from IPv6 addresses may change later.
  optional bytes ip = 4;

  // Reasons for special treatment of user data (google_user_id,
  // hosted_match_data, IDFA, etc).
  enum UserDataTreatment {
    // The current request should be treated as child-directed for purposes of
    // the Children's Online Privacy Protection Act. See
    // https://support.google.com/admanager/answer/4442399 for more information.
    TAG_FOR_CHILD_DIRECTED_TREATMENT = 0;
  }

  // When user_data_treatment is set, the user's cookie/id data is cleared from
  // the request and is not sent in callout.
  // The impacted fields are:
  //  * google_user_id
  //  * hosted_match_data
  //  * mobile.encrypted_advertising_id
  //  * mobile.encrypted_hashed_idfa
  //  * session_id
  repeated UserDataTreatment user_data_treatment = 49;

  // The Google ID for the user. This field is the unpadded web-safe base64
  // encoded version of a binary cookie id. See the "Base 64 Encoding with URL
  // and Filename Safe Alphabet" section in RFC 3548 for encoding details. This
  // field may be the same as the Google ID returned by the cookie matching
  // service. Not set if there is one or more user_data_treatment value.
  optional string google_user_id = 21;

  // The version number of the google_user_id. We may sometimes change the
  // mapping from cookie to google_user_id. In this case the version will be
  // incremented.
  optional uint32 cookie_version = 20;

  // The time in seconds since the google_user_id was created.
  // This number may be quantized.
  optional int32 cookie_age_seconds = 31;

  // Match data stored for this google_user_id through the cookie matching
  // service. If a match exists, then this field holds the decoded data that
  // was passed in the google_hm parameter.
  // Not set if there is one or more user_data_treatment value.
  optional bytes hosted_match_data = 37;

  // Beta feature. Represents a short-lived user session on CTV/OTT devices,
  // with a maximum session duration of 6 hours.
  // The use of session_id is never allowed for ads personalization.
  // session_id may only be used for frequency capping, competitive exclusions
  // or related purposes. Please contact your account manager if you would like
  // to enable this feature.
  optional string session_id = 65;

  // A string that identifies the browser and type of device that sent the
  // request. Certain data may be redacted or replaced.
  optional string user_agent = 6;

  message Floc {
    // The value of a cohort ID â€" a string identifier that is common to a large
    // cohort of users with similar browsing habits.
    optional string id = 1;

    // The type of the FLoC. See
    // https://github.com/google/ads-privacy/blob/master/proposals/FLoC/FLOC-Whitepaper-Google.pdf.
    enum FlocType {
      // Default value that should not be used.
      FLOC_TYPE_UNKNOWN = 0;
```

```
    // FLoC simulated using affinity hierarchical clustering with centroids
    // and feature extraction based on Topic categories as described in the
    // whitepaper.
    SIMULATED_AFFINITY_CLUSTERING_CENTROID_VERTICAL = 2;
    // FLoC simulated using SortingLSH clustering algorithm and Domain One-hot
    // encoding feature extraction as described in the whitepaper.
    SIMULATED_SIMHASH_SORTING_LSH_DOMAIN_ONE_HOT = 3;
    // FLoC simulated using a k Random Centers locality-sensitive hash
    // function as described in
    // https://github.com/google/ads-privacy/blob/master/proposals/FLoC/k-random-centers.md
    // with Domain TF-IDF feature extraction as described in the whitepaper.
    KCENTER_DOM_FILTERED_TFDIF = 4;
  }
  optional FlocType type = 2;
}
// Cohort ID that is common to a large cohort of users with similar
// browsing habits. Currently the cohort ID is simulated by the exchange
// (as opposed to by the browser). When simulated
// cohort ID is provided, traditional pseudonymous cookie-based user
// identifiers or device advertising identifiers would not be populated.
// Experimental feature; may be subject to change. See
// https://github.com/WICG/floc for more background on FLoC.
optional Floc floc = 68;


// User Agent information. This will be populated with information about the
// user agent, extracted from the User-Agent header or from Sec-CH-UA headers
// (https://wicg.github.io/ua-client-hints/).
message UserAgent {
  // A tuple of (brand, version) for the user agent or platform.
  message BrandVersion {
    // Brand identifier, e.g., "Chrome" or "Windows".
    optional string brand = 1;
    // Version, split in components if needed, e.g., {"85", "1"} = v85.1.
    repeated string version = 2;
  }
  // Identifies the browser.
  optional BrandVersion browser = 1;
  // Identifies the platform.
  optional BrandVersion platform = 2;
  // True if the agent prefers "mobile-optimized" content. Refer to the
  // BidRequest.device field for specific information about the device, which
  // may or may not be consistent with this field (for example, a smartphone's
  // browser can be requesting "Desktop site").
  optional bool mobile = 3;
  // Device architecture.
  optional string architecture = 4;
  // Device model.
  optional string model = 5;
}


// User Agent information.
optional UserAgent user_agent_data = 63;


// The billing address country of the publisher. This may be different from
// the detected country of the user in geo_criteria_id or the hosting country
// of the website. For a complete list of country codes, please refer to
// https://developers.google.com/google-ads/api/reference/data/codes-formats#country_codes
optional string publisher_country = 55;


// Location of the end user. Uses a subset of the codes used in the Google
// Ads API. See the geo-table.csv table in the technical documentation for a
// list of IDs. The geo_criteria_id field replaces the deprecated country,
// region, city, and metro fields.
optional int32 geo_criteria_id = 39;


// The user's approximate geographic location. All location information is
// IP geolocation-derived.  The lat/lon fields may be a reference position
// (e.g. centroid) for the IP geolocation-derived location that's also carried
// by the other fields (e.g. a city), and accuracy will be the radius of a
// circle with the approximate area of that location. Location and its
// accuracy will be fuzzified as necessary to protect user privacy.
message Geo {
  optional double lat = 1;

  // Longitude from -180.0 to +180.0, where negative is west.
  optional double lon = 2;

  // Country using ISO-3166-1 Alpha-3.
  optional string country = 3;

  // Region code using ISO-3166-2; 2-letter state code if USA.
  optional string region = 4;
```

GOOG-HEWT-00001336

```
    // Google metro code, similar to but not exactly Nielsen DMAs.
    optional string metro = 6;

    // City using United Nations Code for Trade & Transport Locations.
    // (https://www.unece.org/cefact/locode/service/location.htm).
    optional string city = 7;

    // Zip/postal code.
    optional string zip = 8;

    // Estimated location accuracy in meters.
    optional int32 accuracy = 11;

    // Local time as the number +/- of minutes from UTC.
    optional int32 utcoffset = 10;
}
optional Geo geo = 62;

// Detected postal code of the appropriate type for the country of the end
// user (e.g., zip code if the country is "US"). The postal_code_prefix field
// is set when accuracy is too low to imply a full code, otherwise the
// postal_code field is set.
optional string postal_code = 33;
optional string postal_code_prefix = 34;

// A hyperlocal targeting location when available.
//
message Hyperlocal {
  // A location on the Earth's surface.
  //
  message Point {
    optional float latitude = 1;
    optional float longitude = 2;
  }

  // The mobile device can be at any point inside the geofence polygon defined
  // by a list of corners. Currently, the polygon is always a parallelogram
  // with 4 corners.
  repeated Point corners = 1;
}

message HyperlocalSet {
  // This field currently contains at most one hyperlocal polygon.
  repeated Hyperlocal hyperlocal = 1;

  // The approximate geometric center of the geofence area. It is calculated
  // exclusively based on the geometric shape of the geofence area and in no
  // way indicates the mobile device's actual location within the geofence
  // area. If multiple hyperlocal polygons are specified above then
  // center_point is the geometric center of all hyperlocal polygons.
  optional Hyperlocal.Point center_point = 2;
}

// Hyperlocal targeting signal when available, encrypted as described at
// https://developers.google.com/authorized-buyers/rtb/response-guide/decrypt-hyperlocal
optional bytes encrypted_hyperlocal_set = 40;
// Unencrypted version of encrypted_hyperlocal_set. This field is only set
// when using an SSL connection.
optional HyperlocalSet hyperlocal_set = 53;

// The offset of the user's time from GMT in minutes. For example, GMT+10 is
// timezone_offset = 600.
optional int32 timezone_offset = 25;

// List of detected user verticals. Currently unused.
repeated int32 user_vertical = 30 [packed = true];

// This field is not populated by default. We recommend that bidders instead
// store and look up list ids using either google_user_id or hosted_match_data
// as keys.
//
message UserList {
  // The user list id.
  optional int64 id = 1;

  // The time in seconds since the user was added to the list.
  optional int32 age_seconds = 2;
}
repeated UserList user_list = 32;


// ---------------------------------------------------------
// This section lists information that we know about the web page or mobile
// application where the impression originates.
```

GOOG-HEWT-00001337

```
// The publisher ID as defined by the publisher code suffix of
// the web property code. For instance, "pub-123" is the publisher code of web
// property code "ca-pub-123" (ca- is the product specific prefix of the web
// property).
optional string publisher_id = 56;


// The seller network id. See seller-network-ids.txt file in the technical
// documentation for a list of ids. This is only set if the site is not
// anonymous and the publisher allows site targeting.
optional int32 seller_network_id = 41;


// Id for the partner that provides this inventory. This is only set when
// seller_network_id is also set and further partner information beyond the
// seller_network_id is also available. The value of the partner_id is not
// meaningful beyond providing a stable identifier.
optional fixed64 partner_id = 52;


// The URL of the page with parameters removed. This is only set if the site
// is not anonymous and the publisher allows site targeting. You can use
// anonymous_id for targeting if the inventory is anonymous. Otherwise, use
// detected_vertical's. Only one of url or anonymous_id is ever set in the
// same request. This always starts with a protocol (either http or https).
optional string url = 11;


// Indicates that the request is using semi-transparent branding,
// which means only a truncated version of the request URL will
// be provided. This decision is made by the publisher, see
// https://support.google.com/admanager/answer/4584891#urls for context.
optional bool is_semi_transparent_request = 67;


// An id for the domain of the page. This is set when the inventory is
// anonymous. Only one of url or anonymous_id is ever set in the same
// request.
optional string anonymous_id = 19;


// Detected user languages, based on the language of the web page, the browser
// settings, and other signals. The order is arbitrary. The codes are 2 or 5
// characters and are documented at
// https://developers.google.com/google-ads/api/reference/data/codes-formats#languages
repeated string detected_language = 12;


// One or more detected verticals for the page as determined by Google.
//
message Vertical {
  // The vertical id. See the publisher-verticals.txt file in the technical
  // documentation for a list of ids.
  required int32 id = 1;

  // Weight for this vertical, in the (0.0, 1.0] range. More relevant
  // verticals have higher weights.
  required float weight = 2;
}


// Unordered list of detected content verticals. See the
// publisher-verticals.txt file in the technical documentation for a list of
// ids.
repeated Vertical detected_vertical = 13;


// List of detected content labels. See content-labels.txt file in the
// technical documentation for a list of ids.
repeated int32 detected_content_label = 26 [packed = true];


// This represents a unique ID for the overall query. In the event
// that there are multiple callouts for a query, all callout requests for that
// query will contain the same google_query_id.
optional string google_query_id = 59;


// The type of auction that will be run for this query.
enum AuctionType {
  UNKNOWN_AUCTION_TYPE = 0;
  FIRST_PRICE = 1;
  SECOND_PRICE = 2;
  FIXED_PRICE = 3;
}
optional AuctionType auction_type = 60 [default = SECOND_PRICE];


// Information about the device.
message Device {
  // The type of device on which the ad will be shown.
  enum DeviceType {
    UNKNOWN_DEVICE = 0;
    HIGHEND_PHONE = 1;
```

GOOG-HEWT-00001338

```
    TABLET = 2;

    // Desktop or laptop devices.
    PERSONAL_COMPUTER = 3;

    // Both connected TVs (that is, smart TVs) and connected devices
    // (such as Roku and Apple TV).
    CONNECTED_TV = 4;

    GAME_CONSOLE = 5;

    SET_TOP_BOX = 6;

  }
  optional DeviceType device_type = 1 [default = UNKNOWN_DEVICE];

  // The platform of the device. Examples: android, iphone, palm
  optional string platform = 2 [default = ""];

  // The brand of the device, e.g., Nokia, Samsung.
  optional string brand = 3 [default = ""];

  // The model of the device, e.g., N70, Galaxy.
  optional string model = 4 [default = ""];

  // Contains the OS version of the platform. For instance, for Android 2,
  // major=2, minor=0. For iPhone 3.3.1, major=3 and minor=3.
  message OsVersion {
    optional int32 major = 1 [default = -1];
    optional int32 minor = 2 [default = -1];
    optional int32 micro = 3 [default = -1];
  }
  // The OS version; e.g., 2 for Android 2.1, or 3.3 for iOS 3.3.1.
  optional OsVersion os_version = 5;

  // Unique identifier for the mobile carrier if the device is connected to
  // the internet via a carrier (as opposed to via WiFi). To look up carrier
  // name from carrier ID, please refer to:
  // https://storage.googleapis.com/adx-rtb-dictionaries/mobile-carriers.csv.
  optional int64 carrier_id = 6 [default = 0];

  // The width of the device screen in pixels.
  optional int32 screen_width = 7 [default = 0];

  // The height of the device screen in pixels.
  optional int32 screen_height = 8 [default = 0];

  // Used for high-density devices (e.g., iOS retina displays). A non-default
  // value indicates that the nominal screen size (with pixels as the unit)
  // does not describe the actual number of pixels in the screen. For example,
  // nominal width and height may be 320x640 for a screen that actually has
  // 640x1280 pixels, in which case screen_width=320, screen_height=640, and
  // screen_pixel_ratio_millis=2000, since each axis has twice as many pixels
  // as its dimensions would indicate.
  optional int32 screen_pixel_ratio_millis = 9 [default = 0];

  enum ScreenOrientation {
    UNKNOWN_ORIENTATION = 0;
    PORTRAIT = 1;
    LANDSCAPE = 2;
  }
  // The screen orientation of the device when the ad request is sent.
  optional ScreenOrientation screen_orientation = 10
      [default = UNKNOWN_ORIENTATION];

  // Apple iOS device model, e.g., "iphone 5s", "iphone 6+", "ipad 4".
  optional string hardware_version = 11;

}
optional Device device = 54;

// Additional key-value attributes. Currently unused.
message KeyValue {
  optional string key = 1;
  optional string value = 2;
}
repeated KeyValue key_value = 38;


// Information for ad queries coming from mobile devices. A mobile device is
// either a smartphone or a tablet. This is present for ad queries both from
// mobile devices browsing the web and from mobile apps.
message Mobile {
  // If true, then this request is from a mobile application. For branded
```

GOOG-HEWT-00001339

```
// requests, app_id will also be filled in. If the request is from a mobile
// web page contained inside an app, is_app will still be false, but app_id
// could be filled in with the app identifier. is_app may also be true for
// anonymous inventory, in which case anonymous_id will be set. For SDK-less
// requests (mostly from connected TVs), this will be true if an app ID is
// provided directly in the request.
optional bool is_app = 7 [default = false];


// The identifier of the mobile app when this ad query comes from a mobile
// app, or from a mobile web page contained inside an app. If the app was
// downloaded from the Apple iTunes app store, then this is the app-store
// id, e.g., 343200656. For Android devices, this is the fully qualified
// package name, e.g., com.rovio.angrybirds. For Windows devices it's the
// App ID, e.g., f15abcde-f6gh-47i0-j3k8-37l93817mn3o. For SDK-less requests
// (mostly from connected TVs), the app ID provided by the publisher
// directly in the request.
optional string app_id = 6;

// If true, then this is a mobile full screen ad request.
optional bool is_interstitial_request = 10 [default = false];


// This field contains the IDs of categories to which the current mobile app
// belongs. This field will be empty if is_app is false. The mapping between
// mobile apps and categories is defined by the Google Play Store for
// Android apps, or the Apple iTunes Store for iOS apps. To look up category
// name from category ID, please refer to
// https://developers.google.com/google-ads/api/reference/data/codes-formats#mobile_app_categories
repeated int32 app_category_ids = 11;


// For a mobile web request, this field indicates whether the page is
// optimized for mobile browsers on high-end mobile phones.
optional bool is_mobile_web_optimized = 17 [default = false];


// This field is used for advertising identifiers for
// 1) iOS devices (This is called Identifier for Advertising, or IDFA, as
// described at https://support.google.com/authorizedbuyers/answer/3221407),
// 2) Android devices,
// 3) Roku devices,
// 4) Microsoft Xbox devices,
// 5) Amazon devices (i.e. Amazon Fire).
//
// When the encrypted_advertising_id is an IDFA, the plaintext after
// decrypting the ciphertext is the IDFA (16 byte UUID) returned by iOS's
// [ASIdentifierManager advertisingIdentifier]. For encrypted_hashed_idfa,
// the plaintext is the 16 byte MD5 hash of the IDFA. Only one of the two
// fields will be available, depending on the version of the SDK making the
// request. Later SDKs provide unhashed values. They are not set if there is
// one or more user_data_treatment value in the BidRequest.
optional bytes encrypted_advertising_id = 20;

// Unencrypted version of encrypted_advertising_id. This field is only set
// when using an SSL connection. This field is a 16 byte UUID (binary form)
// or a 32 byte alphanumeric id (such as Samsung ID).
optional bytes advertising_id = 27;

optional bytes encrypted_hashed_idfa = 21;

// Unencrypted version of encrypted_hashed_idfa. This field is only set
// when using an SSL connection. This field is a 16 byte MD5.
optional bytes hashed_idfa = 28;

// App names for Android apps are from the Google Play store.
// App names for iOS apps are provided by App Annie
// (https://www.appannie.com). App names for SDK-less requests (mostly from
// connected TVs) are provided by the publisher directly in the request.
optional string app_name = 24;

// Average user rating for the app. The range of user rating is between 1.0
// and 5.0. Currently only available for apps in Google Play store.
optional float app_rating = 25;


// Identification of and information about an SDK installed in the
// publisher's app that the bidder has access to, often because it's the
// bidder's SDK.
message InstalledSdk {
  // Identifier for the installed SDK.
  optional string id = 1;

  // Semantic version of the installed SDK and the adapter that communicates
  // between the installed SDK and Google's SDK.
  message Version {
    optional int32 major = 1 [default = -1];
    optional int32 minor = 2 [default = -1];
```

```
      optional int32 micro = 3 [default = 1];
    }

    // The version of the installed SDK.
    optional Version sdk_version = 2;

    // The version of the adapter that communicates with the installed SDK.
    optional Version adapter_version = 3;
  }
  repeated InstalledSdk installed_sdk = 32;

  // Publisher's SKAdNetwork information to support app installation
  // attribution for iOS 14 and later. Apple's SKAdNetwork API helps
  // advertisers measure ad-driven app installation by sending a postback
  // to the ad network after a successful install. Publishers will need
  // to configure supported ad networks in their app's property list
  // (Info.plist) to allow an install to be attributed to the ad impression.
  // For more info visit:
  // https://developer.apple.com/documentation/storekit/skadnetwork
  message SKAdNetworkRequest {
    // Version of SKAdNetwork supported. Dependent on both the OS version
    // and the SDK version.
    optional string version = 1;

    // ID of publisher app in Apple's App Store.
    optional string sourceapp = 2;

    // SKAdNetworkIdentifier entries in the publisher app's Info.plist.
    repeated string skadnetids = 3;
  }

  optional SKAdNetworkRequest skadn = 34;

}
optional Mobile mobile = 28;


// Information about the video if this is an in-video ad request.
//
message Video {
  // Describes where the video ad will play.
  enum Placement {
    UNKNOWN_PLACEMENT = 0;

    // Instream means the ad plays before, during, or after other video
    // content. This is similar to a traditional TV commercial. The video
    // content the user is watching does not play while the ad is playing.
    INSTREAM = 1;

    // Interstitial means the video ad plays in front of non-video content,
    // (e.g., a news article or video game). The ad covers all or nearly all
    // of the space on the screen occupied by the content and the user is not
    // able to proceed to the content until the ad has finished or been
    // skipped.
    INTERSTITIAL = 2;

    // The in-feed video format is a video creative that shows within a feed
    // of content, typically a social app feed, a list of editorial content
    // items, etc, as the user is scrolling. It renders centered and not to
    // the side.
    IN_FEED = 3;

    // Audio is a request for an ad that is an audio stream. It is distinct
    // from INSTREAM above as that is exclusive to video requests.
    AUDIO = 4;

    // The in-article video format is a video creative that loads and plays
    // between paragraphs of editorial content as a standalone video player.
    IN_ARTICLE = 5;
  }
  optional Placement placement = 16 [default = UNKNOWN_PLACEMENT];

  // The URL of the page that the publisher gives Google to describe the video
  // content, with parameters removed.
  optional string description_url = 10;

  // If true, the video is embedded on a page outside the publisher's domain.
  // When this is set, description_url points to a description of the video
  // (as it always does), and the url field in BidRequest is the page in which
  // the video is embedded. For example, a request for an in-stream ad in a
  // Vimeo video shared on Facebook has is_embedded_offsite set. The url field
  // is for a Facebook page and the description_url points to the video on
  // Vimeo.
  optional bool is_embedded_offsite = 11 [default = false];
```

```
// Describes how the video ad will be played. The playback method is
// determined to be auto-play, click-to-play or mouse-over based on the best
// measurement available. This includes things like how recently the user
// interacted with a web page. For auto-play, ads can start playing with the
// sound on or off. Some ads (e.g., in-feed ads) are muted until the user
// interacts with the ad. Alternatively, if an ad would normally play with
// the sound on but the device is muted then the value will be set to sound
// off. For devices where it is not possible to determine if the device is
// muted (e.g., desktop), we assume that sound is on.
enum VideoPlaybackMethod {
  METHOD_UNKNOWN = 0;
  AUTO_PLAY_SOUND_ON = 1;
  AUTO_PLAY_SOUND_OFF = 2;
  CLICK_TO_PLAY = 3;
  MOUSE_OVER = 4;
  INITIATE_ON_ENTERING_VIEWPORT_SOUND_ON = 5;
  INITIATE_ON_ENTERING_VIEWPORT_SOUND_OFF = 6;
}
optional VideoPlaybackMethod playback_method = 14
    [default = METHOD_UNKNOWN];


// Whether the inventory allows clicking on the video ad to take the user to
// an advertiser site. Some platforms, notably connected TVs, do not
// support clicking on video ads, in which case this field is set to false.
optional bool is_clickable = 15;


// The time in milliseconds from the start of the video when the ad will be
// displayed. 0 means pre-roll and -1 means post-roll. The value is valid
// only if this param is set. When not set, the display position is unknown.
optional int32 videoad_start_delay = 1;


// The maximum duration in milliseconds of the ad that you should return.
// If this is not set or has value <= 0, any duration is allowed.
optional int32 max_ad_duration = 2;


// The minimum duration in milliseconds of the ad that you should return.
// If this is not set or has value <= 0, there is no minimum duration.
optional int32 min_ad_duration = 8;


// The maximum number of ads in an Adx video pod. A non-zero value indicates
// that the current ad slot is a video pod that can show multiple video
// ads. Actual number of video ads shown can be less than or equal to this
// value but cannot exceed it.
optional int32 max_ads_in_pod = 12;


// Does the publisher allow/require/block skippable video ads?
enum SkippableBidRequestType {
  ALLOW_SKIPPABLE = 0;
  REQUIRE_SKIPPABLE = 1;
  BLOCK_SKIPPABLE = 2;
}
optional SkippableBidRequestType video_ad_skippable = 4
    [default = ALLOW_SKIPPABLE];


// The maximum duration in milliseconds for the ad you should return, if
// this ad is skippable (this generally differs from the maximum duration
// allowed for non-skippable ads). If this is not set or has value <= 0, any
// duration is allowed.
optional int32 skippable_max_ad_duration = 5;


// Supported video protocols.
enum VideoProtocol {
  UNKNOWN_VIDEO_PROTOCOL = 0;
  VAST_1_0 = 1;
  VAST_2_0 = 2;
  VAST_3_0 = 3;
  VAST_1_0_WRAPPER = 4;
  VAST_2_0_WRAPPER = 5;
  VAST_3_0_WRAPPER = 6;
  VAST_4_0 = 7;
  VAST_4_0_WRAPPER = 8;
  DAAST_1_0 = 9;
  DAAST_1_0_WRAPPER = 10;
}
// Array of supported video bid response protocols.
repeated VideoProtocol protocols = 17 [packed = true];


// The video file formats that are allowed for this request. The response
// should support at least one of them.
enum VideoFormat {
  UNKNOWN_VIDEO_FORMAT = -1;
  VIDEO_FLV = 0;  // Flash video files are accepted (FLV).
```

```
  VIDEO_MP4 = 1;
  YT_HOSTED = 2;       // Valid VAST ads with at least one media file hosted
                       // on youtube.com.
  VPAID_FLASH = 3;  // Flash VPAID (SWF).
  VPAID_JS = 4;     // JavaScript VPAID.
  AUDIO_MP3 = 5;
  AUDIO_OGG = 6;
  AUDIO_MP3_OGG = 7;  // Requires both MP3 & OGG as Google does not know
                      // which codecs are installed on the player.
  VIDEO_WEBM = 8;
  VIDEO_MOV = 9;
  VIDEO_3GPP = 10;
  VIDEO_HLS = 11;
  VIDEO_DASH = 12;
  AUDIO_MP4A = 13;  // Audio version of MP4.
}
repeated VideoFormat allowed_video_formats = 6;


// Information about the companion ad slots that can be shown with the
// video. While this is a repeated field there will only be one value in
// most cases. If there are no companion ads available this field will not
// be set.
//
message CompanionSlot {
  // These fields represent the available heights and widths in this slot.
  // There will always be the same number heights and widths fields.
  repeated int32 height = 1 [packed = true];
  repeated int32 width = 2 [packed = true];

  // These are the formats of the creatives allowed in this companion ad
  // slot.
  enum CreativeFormat {
    UNKNOWN_CREATIVE_FORMAT = -1;
    IMAGE_CREATIVE = 0;
    FLASH_CREATIVE = 1;
    HTML_CREATIVE = 2;
  }
  repeated CreativeFormat creative_format = 3;
}
repeated CompanionSlot companion_slot = 7;


// End cap support. When enabled, the companion ad can be picked to be
// rendered as an end cap (info card) in the video slot after the video
// ad finishes playing. If multiple companion ads are returned, IMA SDK
// chooses one which best matches the device screen size. End cap is
// supported only on mobile video interstitial inventory.
enum EndCapSupport {
  END_CAP_NOT_ENABLED = 0;  // Companion ad won't be rendered as end cap.
  END_CAP_OPTIONAL = 1;     // End cap will be rendered if response contains
                            // eligible companion banner, but companion
                            // banner is not required.

  // Not used at this time.
  END_CAP_FORBIDDEN = 2;  // Response with companion ad is filtered.
  // Not used at this time.
  END_CAP_REQUIRED = 3;  // Response without companion ad is filtered.
}
optional EndCapSupport end_cap_support = 13 [default = END_CAP_NOT_ENABLED];

// Attributes of the video that the user is viewing, not the video ad.
// These fields are based on the availability of the video metadata from the
// video publisher and may not always be populated.
//
message ContentAttributes {
  // The title of the video.
  optional string title = 1;

  // The duration of the video, in seconds.
  optional int32 duration_seconds = 2;

  // A list of keywords describing the video, extracted from the content
  // management system of the video publisher. There will be no more than 10
  // keywords in this list.
  repeated string keywords = 3;
}
optional ContentAttributes content_attributes = 9;

// The type of inventory from which request is sent.
// Deprecated but will continue to be filled in until January 2017.
// Use the placement field to determine if inventory is interstitial or
// instream. Use Device.device_type to determine if the request comes from
// a mobile device and Mobile.is_app to determine if the request comes from
// an app.
```

GOOG-HEWT-00001343

```
  // WEB_VIDEO is INSTREAM placements from web browsers.
  // GAMES consists of INTERSTITIAL placements from both apps and web
  // browsers.
  // MOBILE_INTERSTITIAL is INTERSTITIAL placements from apps only.
  // This inventory also allows display ads. You can tell if an adslot allows
  // display ads if adslot->excluded_attributes does not contain 21
  // (CreativeType: Html)
  // MOBILE_APP_VIDEO is INSTREAM placement from apps only.
  enum InventoryType {
    WEB_VIDEO = 0;
    GAMES = 1;
    MOBILE_INTERSTITIAL = 2;
    MOBILE_APP_VIDEO = 3;
  }
  optional InventoryType DEPRECATED_inventory_type = 3
      [default = WEB_VIDEO, deprecated = true];

  // Identify whether or not the ad request is being served from a live video
  // stream (0 = is not live, 1 = is live).
  //
  optional bool is_livestream = 18 [default = false];
}
optional Video video = 29;

// The publisher settings list id that applies to this page.
// See the RTB Publisher Settings guide at
// https://developers.google.com/authorized-buyers/rtb/pub-settings-guide
// for details.
optional fixed64 publisher_settings_list_id = 42;

// Publisher type of the inventory where the ad will be shown. For a given
// request, publisher inventory can be either owned and operated (O&O),
// represented by the publisher, or of unknown status.
enum PublisherType {
  UNKNOWN_PUBLISHER_TYPE = 0;
  PUBLISHER_OWNED_AND_OPERATED = 1;
  PUBLISHER_REPRESENTED = 2;
  DEPRECATED_GOOGLE_REPRESENTED = 3 [deprecated = true];
}
optional PublisherType publisher_type = 51 [default = UNKNOWN_PUBLISHER_TYPE];

enum VisibilityState {
  VISIBILITY_STATE_UNKNOWN = 0;
  // The page is at least partially visible. For example, in the foreground
  // tab of a non-minimized window.
  VISIBILITY_STATE_VISIBLE = 1;
  // The page is not visible to users. For example, when the page is in a
  // background browser tab, or in a minimized window.
  VISIBILITY_STATE_HIDDEN = 2;
}
// The visibility state of the web page containing the ad slots.
// See https://www.w3.org/TR/page-visibility/.
optional VisibilityState page_visibility = 66
    [default = VISIBILITY_STATE_UNKNOWN];

// --------------------------------------------------------
// Information about the adslots on the page.
message AdSlot {
  // An arbitrarily assigned slot id that is unique on a given page and
  // usually starts counting from 1. You use this to identify which slot to
  // bid on in the BidResponse.
  required int32 id = 1;

  // A stable identifier for the combination of publisher, ad slot, and page.
  optional uint64 ad_block_key = 14;

  // Set of channels of which this ad slot is a member. A channel is a set of
  // ad slots on a site. You can target a channel (like "the sports section",
  // or "all top banners") to get more fine-grained control over where your ad
  // shows. Channel names are provided by the publisher.
  repeated string targetable_channel = 10;

  // The width and height in pixels of the allowed ad sizes. Most requests
  // allow only a single size, but some allow more than one. Widths and
  // heights are at the same index. For example, if the width values are
  // [728, 300, 468] and the height values are [90, 250, 60], then the allowed
  // formats are 728x90, 300x250, and 468x60.
  //
  // For VAST video ad requests a single width/height pair specifies the
  // Google-detected video player size. If Google cannot detect the player
  // size the publisher-provided player size, if available, is used. For
  // VAST video ads, this size is informational; there is no restriction on
  // the size of the video ad that you can return.
```

```
//
// For mobile interstitial ads (including ones where video ads are eligible)
// the first width height pair is the slot size (this is also the video
// player size for VAST video ads). For many interstitials, this is the
// screen size. Subsequent pairs are recommended interstitial ad sizes that
// also meet the requirements for this interstitial.
repeated int32 width = 2;
repeated int32 height = 3;

message FlexibleAdSlotSettings {
  optional int32 max_width = 1;
  optional int32 max_height = 2;
  optional int32 min_width = 3;
  optional int32 min_height = 4;
}
// If the adslot is flexible, this contains settings on how the slot
// may be resized.
optional FlexibleAdSlotSettings flexible_adslot_settings = 50;


// The disallowed attribute ids for the ads that can show in this slot. See
// the publisher-excludable-creative-attributes.txt file in the technical
// documentation for a list of ids.
repeated int32 excluded_attribute = 4 [packed = true];


// The allowed vendor types. See the vendors.txt file in the technical
// documentation for a list of ids. This field does not apply to deals with
// block overrides (see
// https://support.google.com/authorizedbuyers/answer/6114194).
repeated int32 allowed_vendor_type = 6 [packed = true];

message ConsentedProvidersSettings {
  // Set of IDs corresponding to ad tech providers (ATPs) for whom the
  // publisher has specified to Google that its EEA users have given legally
  // valid consent to: 1) the use of cookies or other local storage where
  // legally required; and 2) the collection, sharing, and use of personal
  // data for personalization of ads by an ATP in accordance with Google's
  // EU User Consent Policy.
  //
  // If a publisher is using the IAB Transparency and Consent Framework
  // (TCF) v2 to manage user consent, this is the set of ATPs consented via
  // the Additional Consent string (see
  // https://support.google.com/admanager/answer/9681920 for details about
  // Google's Additional Consent mode). ATPs consented via the TCF v2
  // consent string are represented in the
  // ConsentedProvidersSettings.tcf_consent_string field.
  //
  // A mapping of ATP ID to ATP name is posted at providers.csv.
  repeated int64 consented_providers = 2 [packed = true];


  // The web-safe base64-encoded IAB Transparency and Consent Framework
  // (TCF) v2 consent string fetched from the publisher's IAB Consent
  // Management Platform (CMP). The structure of the string is defined by
  // the IAB TCF v2. This field will be populated if the publisher has
  // integrated with a CMP for TCF v2 and that publisher indicates that GDPR
  // applies to this ad request and provides a valid consent string. See
  // https://support.google.com/authorizedbuyers/answer/9789378 for
  // additional information about the Google TCF v2 integration.
  //
  // See the IAB Global Vendor List at
  // https://vendorlist.consensu.org/v2/vendor-list.json for details about
  // the vendors listed in the consent string.
  optional string tcf_consent_string = 3;
}
// Information about the ad tech providers for whom the publisher has
// specified to Google that its EEA user has consented to the use of their
// personal data for ads personalization in accordance with Google's EU User
// Consent Policy. This field will only be populated when regs_gdpr is true.
optional ConsentedProvidersSettings consented_providers_settings = 42;


// This field will be set to true in either of the two following cases:
//   1. Google receives a valid IAB Transparency and Consent Framework (TCF)
//      v2 consent string and the Consent Management Platform indicates that
//      GDPR applies to this ad request.
//   2. Google does not receive an IAB TCF v2 consent string and, based on
//      information available to Google, this impression will serve to an
//      EEA user.
// It does not constitute legal guidance on GDPR. This field is equivalent
// to Regs.ext.gdpr in Google OpenRTB.
optional bool regs_gdpr = 43;


// This field will be set to true when, based on information available to
// Google, this impression will serve to a user in Brazil. See
// https://storage.googleapis.com/adx-rtb-dictionaries/lgpd-providers.csv
```

```
// for the list of ad tech providers that are allowed to
// serve on LGPD-enforced requests.
//
// See https://support.google.com/authorizedbuyers/answer/9928204 for more
// information on LGPD.
optional bool regs_lgpd = 54;


// The disallowed sensitive ad categories. See the
// ad-sensitive-categories.txt file in the technical documentation for a
// list of ids. You should enforce these exclusions if you have the ability
// to classify ads into the listed categories. This field does not apply to
// deals with block overrides (see
// https://support.google.com/authorizedbuyers/answer/6114194).
repeated int32 excluded_sensitive_category = 7 [packed = true];


// The allowed restricted ad categories for private and open auctions. See
// the ad-restricted-categories.txt file in the technical documentation for
// a list of ids. These only apply for private and open auction bids. See
// the allowed_restricted_category_for_deals field for preferred deals or
// programmatic guarantees. If you bid with an ad in a restricted category,
// you MUST ALWAYS declare the category in the bid response regardless of
// the values in this field.
repeated int32 allowed_restricted_category = 16 [packed = true];


// The allowed restricted ad categories for preferred deals or programmatic
// guarantees. See the ad-restricted-categories.txt file in the technical
// documentation for a list of ids. These only apply for preferred deals or
// programmatic guarantees. See the allowed_restricted_category field for
// private and open auctions. In some cases, restricted categories are only
// allowed on preferred deals or programmatic guarantees, so this field
// lists all categories in allowed_restricted_category, and additionally,
// restricted categories that are only allowed for preferred deals or
// programmatic guarantees. If you bid with an ad in a restricted category,
// you MUST ALWAYS declare the category in the bid response regardless of
// the values in this field.
repeated int32 allowed_restricted_category_for_deals = 22 [packed = true];


// List of creative languages allowed by the publisher. The order is
// arbitrary. The codes are 2 or 5 characters and are documented at
// https://developers.google.com/google-ads/api/reference/data/codes-formats#languages.
// When not set, all languages are allowed.
repeated string allowed_languages = 27;


// The disallowed ad product categories. See the ad-product-categories.txt
// file in the technical documentation for a list of ids. You should enforce
// these exclusions if you have the ability to classify ads into the listed
// categories. This field does not apply to deals with block overrides (see
// https://support.google.com/authorizedbuyers/answer/6114194).
repeated int32 excluded_product_category = 13 [packed = true];


// A creative that is disallowed to bid on this impression due to Ad
// Exchange policies or creative disapproval, excluded creative attributes,
// excluded product or sensitive categories, allowed vendor types,
// restricted categories or languages applicable to the bid request.
message ExcludedCreative {
  // Buyer creative ID of the disallowed creative.
  optional string buyer_creative_id = 1;
}


// Creatives that are disallowed for the impression. Submitting a bid with
// one of the creatives in this list will result in such bid being filtered
// before the auction. Please contact your account manager if you would like
// to enable this feature.
repeated ExcludedCreative excluded_creatives = 18;


// Whether the adslot is only eligible for deals bids. Bids for the open
// auction will be filtered when this field is set to true. Bidders can bid
// on the open auction or deals when this field is set to false.
optional bool only_deal_bids_accepted = 49;


// Information about the pre-targeting configs that matched.
//
message MatchingAdData {
  // The billing ids corresponding to the pretargeting configs that matched.
  repeated int64 billing_id = 2 [packed = false];

  // The minimum CPM value that you can bid to not be filtered before the
  // auction. This may be a global minimum, or it may be a minimum set by
  // the publisher. The value is in micros of the bidding currency.
  // The bidding currency is determined by:
  // 1. The bidder-level currency, if configured.
  // 2. Otherwise, the currency of the buyer accounts indicated by the
  // billing IDs in the billing_id field.
```

GOOG-HEWT-00001346

```
// Information about any deals that matched for this inventory.
//
message DirectDeal {
  // An id identifying the deal.
  optional int64 direct_deal_id = 1;

  // For deal_type=PREFERRED_DEAL or deal_type=PROGRAMMATIC_GUARANTEED,
  // you must bid at least fixed_cpm_micros (in micros of the bidding
  // currency) in order to participate in the deal. If you win, you will
  // be charged fixed_cpm_micros. For deal_type=PRIVATE_AUCTION or
  // deal_type=AUCTION_PACKAGE you must bid at least fixed_cpm_micros.
  // Bidding higher CPM than fixed_cpm_micros will increase your chance
  // to win when deal_type=PRIVATE_AUCTION or deal_type=AUCTION_PACKAGE,
  // however it will not increase your chance to win for other types of
  // deals.
  // The bidding currency is determined by:
  // 1. The bidder-level currency, if configured.
  // 2. Otherwise, the currency of the buyer accounts indicated by the
  // billing IDs in the billing_id field.
  optional int64 fixed_cpm_micros = 2;

  // The type of the deal. Note that Authorized Buyers policy overrides
  // apply to all Programmatic Guaranteed and Preferred Deal bids, and do
  // not apply to bids for other deal types.
  enum DealType {
    UNKNOWN_DEAL_TYPE = 0;

    // Bids are fixed-price and evaluated before the Open Auction. Bidders
    // are not required to bid with Preferred Deals when they are present
    // on the bid request. See
    // https://support.google.com/authorizedbuyers/answer/2604595 for more
    // information.
    PREFERRED_DEAL = 1;

    // Bids participate in a Private Auction against a select list of
    // buyers with specific floors. See
    // https://support.google.com/authorizedbuyers/answer/2839853 for more
    // information.
    PRIVATE_AUCTION = 2;

    // Bids are fixed-price and evaluated before the Open Auction. Bidders
    // are expected to bid with Programmatic Guaranteed deals whenever
    // they are present on a bid request in order to ensure that the
    // number of impressions agreed upon for a given deal are served. See
    // https://support.google.com/authorizedbuyers/answer/7174589 for more
    // information.
    PROGRAMMATIC_GUARANTEED = 3;

    // The deal ID is an identifier for a collection of Open Auction
    // inventory matching a given set of targeting criteria. See
    // https://support.google.com/authorizedbuyers/answer/7516884 for more
    // information.
    AUCTION_PACKAGE = 4;
  }
  optional DealType deal_type = 3 [default = UNKNOWN_DEAL_TYPE];

  // Whether the publisher has exempted this deal from configured blocks.
  // This setting does not override AdX policies or Ad Review Center
  // decisions.
  optional bool publisher_blocks_overridden = 4 [default = false];

  // Experimental field; subject to change.
  // An enum declaring the host of the creative, which will only be
  // populated for Programmatic Guaranteed deals.
  // Currently, this field should only ever be set to
  // CREATIVE_SOURCE_ADVERTISER.
  enum CreativeSourceType {
    CREATIVE_SOURCE_UNKNOWN = 0;
    // The creative is hosted by the advertiser, which means the bidder
    // is required to provide a creative in the bid response.
    CREATIVE_SOURCE_ADVERTISER = 1;
    // The creative is hosted by the publisher, which means the bidder
    // does not need to include a creative in the bid response.
    // For more information on publisher-hosted creatives, see
    // https://support.google.com/admanager/answer/9243220.
    // This feature isn't currently supported for RTB bidders.
    CREATIVE_SOURCE_PUBLISHER = 2;
  }
  optional CreativeSourceType creative_source = 16
      [default = CREATIVE_SOURCE_ADVERTISER];
```

GOOG-HEWT-00001347

```
      // This field is only applicable to Programmatic Guaranteed deals. The
      // buyer is allowed to skip bidding on the impression if this field is
      // false. When it is true, the buyer is required to bid on this deal for
      // this impression opportunity.
      optional bool must_bid = 9 [default = true];
    }
    repeated DirectDeal direct_deal = 6;

  }
  repeated MatchingAdData matching_ad_data = 9;


  // The publisher settings list ids that apply to this slot. See the RTB
  // Publisher Settings guide at
  // https://developers.google.com/authorized-buyers/rtb/pub-settings-guide
  // for details.
  repeated fixed64 publisher_settings_list_id = 15;


  // Parameters related to exchange bidding (third party exchanges doing
  // real-time bidding on DFP). This is never populated in calls to AdX
  // real-time bidders.
  //
  message ExchangeBidding {
    // UTF8 strings optionally provided by the publisher as part of their
    // matching yield group configurations in the DFP UI. The format is
    // arbitrary and should be agreed upon by the publisher and the exchange
    // bidder.
    repeated string publisher_parameter = 1;

    // Repeated KeyValue pairs to be sent from the publisher to the
    // exchange bidder.
    repeated KeyValue key_value = 3;
  }
  optional ExchangeBidding exchange_bidding = 28;


  // Parameters related to Open Bidding.
  message OpenBidding {
    // This field is set to true if the publisher set up a yield group or a
    // mediation group that targets this adslot and this bidder. See
    // https://support.google.com/admanager/answer/7128453 for information on
    // Open Bidding and its effects on the bidding process.
    optional bool is_open_bidding = 2;
  }
  optional OpenBidding open_bidding = 53;


  // The ad unit code (https://support.google.com/admanager/topic/4426071)
  // This is currently only set for exchange bidding requests.
  optional string dfp_ad_unit_code = 33;


  // Visibility information for the slot.
  enum SlotVisibility {
    NO_DETECTION = 0;
    ABOVE_THE_FOLD = 1;
    BELOW_THE_FOLD = 2;
  }
  optional SlotVisibility slot_visibility = 12 [default = NO_DETECTION];


  // Viewability percentage for the ad slot. This is an estimate of the
  // likelihood that this slot will be viewable by the end user based on
  // historical and environment data. It is expressed as a percentage in the
  // range of [0, 100]. The default value -1 indicates that viewability could
  // not be estimated.
  optional int32 viewability = 21 [default = -1];


  // Historical click-through rate for ads served in the ad slot. This is
  // expressed as a fraction in the range [0.0, 1.0]. The default value of
  // -1.0 indicates that historical click-through rate data is not available.
  // This figure does not include data aggregated from Google Ads.
  optional float click_through_rate = 25 [default = -1.0];


  // Historical completion rate for video ads served in the ad slot. This is
  // expressed as a fraction in the range [0.0, 1.0]. The default value of
  // -1.0 indicates that historical completion rate data is not available.
  // This field is only applicable to video inventory, and does not include
  // data aggregated from Google Ads.
  optional float video_completion_rate = 30 [default = -1.0];


  // iFraming state of the ad slot on the webpage where it is present.
  enum IFramingState {
    UNKNOWN_IFRAME_STATE = 0;
    NO_IFRAME = 1;
    SAME_DOMAIN_IFRAME = 2;
    CROSS_DOMAIN_IFRAME = 3;
  }
```

GOOG-HEWT-00001348

```
optional IFramingState iframing_state = 19 [default = UNKNOWN_IFRAME_STATE];

// iFrame depth of the ad slot on the webpage where it is present.
// Currently only set for video ad requests.
enum IFramingDepth {
  UNKNOWN_IFRAME_DEPTH = 0;
  NOT_IN_IFRAME = 1;
  ONE_IFRAME = 2;
  MULTIPLE_IFRAME = 3;
}
optional IFramingDepth iframing_depth = 20 [default = UNKNOWN_IFRAME_DEPTH];

// A native ad consists of pieces that are rendered by the publisher. A
// publisher may support multiple distinct native ad templates. If the
// request also allows banners or videos, you can respond with other
// types of ads by setting html_snippet or video_url instead. If only
// native templates exist, you must set the native_ad field in any
// response you send.
//
message NativeAdTemplate {
  // Defines the bits used in required_fields and recommended_fields. There
  // is one bit for each of the fields in BidResponse.Ad.NativeAd
  enum Fields {
    NO_FIELDS = 0x0;
    HEADLINE = 0x1;
    BODY = 0x2;
    CALL_TO_ACTION = 0x4;
    ADVERTISER = 0x8;
    IMAGE = 0x10;
    LOGO = 0x20;
    APP_ICON = 0x40;
    STAR_RATING = 0x80;
    PRICE = 0x100;
    DEPRECATED_STORE = 0x200;
    VIDEO = 0x400;
  }

  // Bitfield describing which fields are required by the publisher. Bid
  // responses with no value for these fields will be rejected. Click and
  // view tracking urls are always implicitly required.
  optional int64 required_fields = 1;

  // Bitfield describing which fields are recommended by the publisher. All
  // recommended fields are supported, but not all recommended fields are
  // required.
  optional int64 recommended_fields = 2;

  // max_safe_length indicates the maximum number of Unicode characters that
  // are guaranteed to be shown without truncation. Longer strings may be
  // truncated and ellipsized by Ad Exchange or the publisher during
  // rendering.
  optional int32 headline_max_safe_length = 3;
  optional int32 body_max_safe_length = 4;
  optional int32 call_to_action_max_safe_length = 5;
  optional int32 advertiser_max_safe_length = 6;
  optional int32 price_max_safe_length = 15;

  // The width and height from which to calculate the required aspect ratio.
  // You can provide a larger image in the response. Images that have aspect
  // ratios substantially different than those implied by the height and
  // width may be filtered.
  optional int32 image_width = 7;
  optional int32 image_height = 8;
  optional int32 logo_width = 9;
  optional int32 logo_height = 10;
  optional int32 app_icon_width = 11;
  optional int32 app_icon_height = 12;

  // Globally distinct id for the specific style, HTML, and CSS with which
  // the native ad is rendered.
  optional int32 style_id = 16;

  // Type of style layout for each native ad template.
  enum LayoutType {
    PIXEL = 0;
    FLUID = 1;
  }
  optional LayoutType style_layout_type = 17 [default = PIXEL];

  // If the style_layout_type is Pixel, width and height of the
  // entire native ad after rendering. If the style_layout_type is
  // Fluid, the style_height and style_width may optionally
  // not be populated.
```

```
    optional int32 style_height = 18;
    optional int32 style_width = 19;
}
repeated NativeAdTemplate native_ad_template = 51;


// NativePlacementType describes placement of native ad slot with respect to
// surrounding context.
enum NativePlacementType {
  PLACEMENT_UNKNOWN = 0;
  // In the feed of content - for example as an item inside the organic
  // feed/grid/listing/carousel.
  PLACEMENT_IN_FEED = 1;
  // In the atomic unit of the content - i.e., in the article page or single
  // image page.
  PLACEMENT_ATOMIC_UNIT = 2;
  // Outside the core content - for example in the ads section on the right
  // rail, as a banner-style placement near the content, etc.
  PLACEMENT_OUTSIDE = 3;
  // Recommendation widget, most commonly presented below the article
  // content.
  PLACEMENT_RECOMMENDATION = 4;
}

optional NativePlacementType native_placement_type = 45
    [default = PLACEMENT_UNKNOWN];


// Whether the ad request has been determined to come directly from the
// publisher.
enum MediationStatus {
  UNKNOWN = 0;
  DIRECT_REQUEST = 1;
}
optional MediationStatus mediation_status = 52 [default = UNKNOWN];


// Auto refresh settings.
message AutoRefresh {
  message AutoRefreshSettings {
    enum AutoRefreshType {
      UNKNOWN_AUTO_REFRESH_TYPE = 0;
      USER_ACTION = 1;  // Refresh triggered by user-initiated action such
                        // as scrolling.
      EVENT = 2;  // Event-driven content change. For example, ads refresh
                  // when the football game score changes on the page.
      TIME = 3;   // Time-based refresh. Ads refresh on a predefined time
                  // interval even without user activity.
    }
    // The type of the declared auto refresh.
    optional AutoRefreshType refresh_type = 1
        [default = UNKNOWN_AUTO_REFRESH_TYPE];

    // The minimum refresh interval. This applies to all refresh types.
    optional int32 min_refresh_interval_seconds = 2;
  }

  // The auto-refresh settings that the publisher has on this
  // inventory. This is repeated because publishers may
  // do multiple types of auto refresh on one piece of inventory.
  repeated AutoRefreshSettings refresh_settings = 1;

  // The number of times this ad slot had been refreshed since last page
  // load.
  optional int32 refresh_count = 2 [default = 0];
}
optional AutoRefresh auto_refresh = 23;

// Stickiness settings declared by the publisher.
// Next Tag: 4
message StickySettings {
  // Specifies the allowable sticky settings values.
  enum Stickiness {
    UNKNOWN_STICKINESS = 0;
    IS_STICKY = 1;
  }

  // Whether the request originated from an ad slot that scrolls along with
  // the contents of the page vertically.
  optional Stickiness vertical_stickiness = 1
      [default = UNKNOWN_STICKINESS];

  // Whether the request originated from an ad slot that scrolls along with
  // the contents of the page horizontally, and is located at the top of the
  // page.
  optional Stickiness top_horizontal_stickiness = 2
```

GOOG-HEWT-00001350

```
  // Whether the request originated from an ad slot that scrolls along with
  // the contents of the page horizontally, and is located at the bottom of
  // the page.
  optional Stickiness bottom_horizontal_stickiness = 3
      [default = UNKNOWN_STICKINESS];
}
optional StickySettings sticky_settings = 31;

// Sources for non-browser inventory.
enum NonBrowserSource {
  UNDECLARED_SOURCE = 0;
  DESKTOP_APP = 1;
}
// Publisher declaration stating that this ad slot may serve on
// non-browser inventory, like desktop apps.
optional NonBrowserSource non_browser_slot_source = 34
    [default = UNDECLARED_SOURCE];


// Defines who controls the environment that made the ad request and will
// render the ad. On platforms where code written by Google will handle
// the ad this field is set to GOOGLE. When this field is PUBLISHER the
// publisher has placed their own code on the device to handle playback of
// the ad. There is no technical difference in how these request are
// handled. You may use this field to differentiate between different
// environments for non-technical reasons. This field is only set for
// requests that allow VAST video ads.
enum Renderer {
  UNKNOWN_RENDERER = 0;
  GOOGLE = 1;
  PUBLISHER = 2;
}
optional Renderer renderer = 26 [default = UNKNOWN_RENDERER];


// Whether this request is for an Accelerated Mobile Page (AMP). AMP HTML
// pages load faster, by restricting parts of HTML, CSS and Javascript. For
// more information on how AMP ads render, refer to the AMP ads README:
// https://github.com/ampproject/amphtml/blob/master/ads/README.md
enum AmpAdRequestType {
  // AMP status unknown. Request may or may not be from an AMP page.
  UNKNOWN_AMP = 0;

  // Not an AMP page. Could be regular HTML, VAST video, etc.
  NON_AMP_PAGE = 1;

  // Late-loading request from an AMP HTML page. Ad will render with a
  // slight delay so it will not negatively impact page render performance.
  AMP_PAGE_LATE_REQUEST = 2;
}
optional AmpAdRequestType amp_ad_request_type = 29 [default = NON_AMP_PAGE];

// Whether this is an AMP page or not.
enum AmpPage {
  // AMP page status unknown.
  UNKNOWN_AMP_PAGE = 0;
  // This is not an AMP page.
  DIALECT_HTML = 1;
  // This is an Amp page.
  DIALECT_HTML_AMP = 2;
}
optional AmpPage is_amp_page = 38;

// Possible requirement types for AMP ads.
enum AmpAdRequirementType {
  // AMP ad requirements unknown.
  UNKNOWN_AMP_AD_REQUIREMENT_TYPE = 0;
  // AMP ads are not allowed.
  AMP_AD_NOT_ALLOWED = 1;
  // Either AMP ads or non-AMP ads are allowed;
  // AMP ads are not early rendered.
  AMP_AD_ALLOWED_AND_NOT_EARLY_RENDERED = 2;
  // Either AMP ads or non-AMP ads are allowed;
  // AMP ads are early rendered.
  AMP_AD_ALLOWED_AND_EARLY_RENDERED = 3;
  // AMP ads are required.
  // Ads that are non-AMP may be rejected by the publisher.
  AMP_AD_REQUIRED = 4;
}
optional AmpAdRequirementType amp_ad_requirement_type = 39;

// Whether the user receives a reward for viewing the ad. For video ads,
// typical implementations allow users to read an additional news article
```

GOOG-HEWT-00001351

```
    // for free, receive an extra life in a game, or get a sponsored ad-free
    // music session. The reward is typically distributed after the video ad is
    // completed.
    optional bool is_rewarded = 32 [default = false];


    // Possible ad types that are allowed in the bid response. allowed_ad_types
    // always contains one or more values. Interstitial slots may also support
    // banner ads. An ad slot with ALLOWED_AD_TYPE_NATIVE may or may not support
    // native video, regardless of whether ALLOWED_AD_TYPE_VIDEO is set.
    // Likewise, an ad slot without ALLOWED_AD_TYPE_NATIVE does not support
    // native video, regardless of whether ALLOWED_AD_TYPE_VIDEO is set.
    enum AllowedAdType {
      UNKNOWN_ALLOWED_AD_TYPE = -1;
      ALLOWED_AD_TYPE_BANNER = 0;
      ALLOWED_AD_TYPE_NATIVE = 1;
      ALLOWED_AD_TYPE_VIDEO = 2;
      ALLOWED_AD_TYPE_AUDIO = 3;
    }
    repeated AllowedAdType allowed_ad_types = 36 [packed = true];


    // Total number of impressions served to this user (within this specific
    // site or app) in this browsing session, plus 1. A session ends after 30
    // minutes inactivity. The default value of -1 indicates that the session
    // depth cannot be estimated.
    optional int32 session_depth = 40 [default = -1];


    // Data, opaque to Google and to the publisher, generated by the buyer
    // within the publisher's mobile application.
    message BuyerGeneratedRequestData {
      // Identification for the source of the buyer generated request data when
      // that source is from within an application.
      message SourceApp {
        // Identifier for the SDK that generated this data. It will match the id
        // in mobile.installed_sdk.id.
        optional string id = 1;
      }
      // The source of the data.
      oneof source {
        SourceApp source_app = 1;
      }

      // Data sent from the buyer's source within the publisher's domain to the
      // bidder. This data is opaque to the publisher and to Google.
      optional string data = 2;
    }
    repeated BuyerGeneratedRequestData buyer_generated_request_data = 41;


    // For ads rendered using a custom SDK only: multiplier applied to bid in
    // the auction. The adjustment reflects the likelihood that your bid would
    // generate a billable event (i.e. the ad renders successfully) if it won
    // the auction, relative to the probability that other bids generate a
    // billable event if they won the auction. This adjustment can be larger or
    // smaller than 1. This affects the final ranking in the auction only; in
    // particular, this multiplier does not affect the payment.
    optional double billable_event_rate_adjustment = 59 [default = 1.0];


    // Identifier of the OM SDK integration. For more info, see the OpenRTB
    // Advisory for Open Measurement SDK:
    // https://github.com/InteractiveAdvertisingBureau/AdCOM/blob/master/OpenRTB%20support%20for%20OMSDK.md#openrtb-and-
adcom.
    optional string omidpn = 56;

    // Version of the OM SDK integration. For more info, see the OpenRTB
    // Advisory for Open Measurement SDK:
    // https://github.com/InteractiveAdvertisingBureau/AdCOM/blob/master/OpenRTB%20support%20for%20OMSDK.md#openrtb-and-
adcom.
    optional string omidpv = 57;
  }
  repeated AdSlot adslot = 14;

  // Feedback on bids submitted in previous responses. This is only set if
  // real-time feedback is enabled for your bidder. Please contact your account
  // manager if you wish to enable real-time feedback.
  //
  message BidResponseFeedback {
    // The unique id from BidRequest.id
    optional bytes request_id = 1;

    // The index of the BidResponse_Ad if there was more than one. The index
    // starts at zero for the first creative.
    optional int32 creative_index = 2;

    // The status code for the ad. See creative-status-codes.txt in the
```

GOOG-HEWT-00001352

```
// technical documentation for a list of ids.
optional int32 creative_status_code = 3;

  // Experimental feature; may be subject to change. See
  // https://github.com/google/ads-privacy/tree/master/experiments/turtledove-simulation
  // and https://developers.google.com/authorized-buyers/rtb/turtledove
  // for more information about the TURTLEDOVE simulation for RTB.
  //
  // This is the bid price CPM specified by the bidder in the bid response or
  // computed by a bidding function in the TURTLEDOVE simulation expressed in
  // micros of the bidding currency. The bidding currency is determined by:
  // 1. The bidder-level currency, if configured.
  // 2. Otherwise, the currency of the buyer account indicated by the
  // billing ID in the billing_id field.
  // 3. If billing_id is empty, the currency of the buyer account indicated
  // by the sole billing ID in the bid request.
  optional int64 bid_cpm_micros = 11;

  // If the bid won the auction, this is the price paid in your account
  // currency. If the bid participated in the auction but was out-bid, this
  // is the CPM that should have been exceeded in order to win. This is not
  // set if the bid was filtered prior to the auction, if the publisher or
  // winning bidder has opted out of price feedback or if your account has
  // opted out of sharing winning prices with other bidders. For first-price
  // auctions, minimum_bid_to_win is populated instead of this field.
  optional int64 cpm_micros = 4;

  // The minimum bid value necessary to have won the auction, in micros of
  // your account currency. If your bid won the auction, this is the second
  // highest bid that was not filtered (including the floor price). If your
  // bid did not win the auction, this is the winning candidate's bid. This
  // field will only be populated if your bid participated in a first-price
  // auction, and will not be populated if your bid was filtered prior to the
  // auction.
  optional int64 minimum_bid_to_win = 7;

  // When a publisher uses an RTB auction and waterfall-based SDK mediation on
  // the same query, the winner of the real-time auction must also compete in
  // a mediation waterfall (which is ordered by price) to win the impression.
  // If the bid participated in the auction and there was no waterfall, the
  // value of this field is 0. If the bid participated in the auction and
  // there was a waterfall, the value of this field is a price representing a
  // sample bid from the eligible mediation networks that were higher than the
  // auction winner, weighted by expected fill rate. This field can be used
  // in conjunction with minimum_bid_to_win to train bidding models. The CPM
  // is in micros of your account currency.
  optional int64 sampled_mediation_cpm_ahead_of_auction_winner = 10;

  // Event notification token that was included in the bid response.
  optional bytes event_notification_token = 5;

  // Buyer creative ID that was included in the bid response.
  optional string buyer_creative_id = 6;
}
repeated BidResponseFeedback bid_response_feedback = 44;

// How many milliseconds Google will wait for a response before ignoring it.
optional int32 response_deadline_ms = 57;

// --------------------------------------------------------
// Testing flags.

// If true, then this is a test request. Results will not be displayed to
// users and you will not be billed for a response even if it wins the
// auction. You should still do regular processing since the request may be
// used to evaluate latencies or for other testing. During your initial
// testing with Google traffic any response that you make will be filtered
// out of the auction whether this flag has a value of true or false.
optional bool is_test = 15 [default = false];

// If true, then this request is intended to measure network latency. Please
// return an empty BidResponse with only processing_time_ms set as quickly as
// possible without executing any bidding logic.
optional bool is_ping = 17 [default = false];

// If true, then the callout model predicted that you will not bid
// on this request. We send a sampled percentage of such requests so that we
// can automatically update the model when bidding patterns change.
optional bool is_predicted_to_be_ignored = 45 [default = false];

// SupplyChain object. For more information, see
// https://github.com/InteractiveAdvertisingBureau/openrtb/blob/master/supplychainobject.md.
message SupplyChain {
```

GOOG-HEWT-00001353

```
      // Flag indicating whether the chain contains all nodes involved in the
      // transaction leading back to the owner of the site, app or other medium of
      // the inventory.
      optional bool complete = 1;

      message SupplyChainNode {
        // The canonical domain name of the SSP, Exchange, Header Wrapper, etc
        // system that bidders connect to. This may be the operational domain of
        // the system, if that is different than the parent corporate domain, to
        // facilitate WHOIS and reverse IP lookups to establish clear ownership of
        // the delegate system. This should be the same value as used to identify
        // sellers in an ads.txt file if one exists.
        optional string advertising_system_identifier = 1;

        // The identifier associated with the seller or reseller account within
        // the advertising system. This must contain the same value used in
        // transactions, i.e. "publisher_id" in Google protocol. Should be
        // limited to 64 characters in length.
        optional string seller_identifier = 2;

        // Indicates whether this node will be involved in the flow of payment for
        // the inventory. When set to true, the advertising system in the
        // advertising_system_identifier field pays the seller in the
        // seller_identifier field, who is responsible for paying the previous
        // node in the chain. When set to false, this node is not involved in the
        // flow of payment for the inventory.
        optional bool handles_payment = 6;
      }

      // Array of SupplyChainNode objects in the order of the chain. In a complete
      // supply chain, the first node represents the initial advertising system
      // and seller ID involved in the transaction, i.e. the owner of the site,
      // app, or other medium. In an incomplete supply chain, it represents the
      // first known node. The last node represents the entity sending this bid
      // request.
      repeated SupplyChainNode nodes = 2;

      // Version of the supply chain specification in use, in the format of
      // â€œmajor.minorâ€. For example, for version 1.0 of the spec, use the string
      // â€œ1.0â€.
      optional string version = 3;
    }

    optional SupplyChain supply_chain = 69;

}


// This is the message that you return in response to a BidRequest. You may
// specify zero or more ads. For each ad, you should provide an ad slot on
// which the ad can run. An ad slot is identified by the AdSlot.id from the
// BidRequest. If you do not wish to bid, submit a response with no ads and
// with only the processing_time_ms set.
//
message BidResponse {
  message Ad {
    // The event notification token is sent to AdX by bidders for
    // troubleshooting. AdX will include the token in real-time feedback for the
    // bid. The content of the token will not be logged by AdX. AdX will ignore
    // any token longer than 64 bytes.
    optional bytes event_notification_token = 25;

    // A unique identifier chosen by you for the creative in this response.
    // This must always be set, must be limited to at most 64 bytes, and must be
    // a valid UTF8 string. Every buyer_creative_id you use must always be
    // associated with the same creative. This field is used to communicate
    // approval statuses when issues are found. Do not specify the same id for
    // different creatives, or all creatives will be disapproved if a problem
    // with a single creative is found. Do not specify different ids for the
    // same creative in different responses or no creatives will be served since
    // approval status is assigned on a per-id basis.
    optional string buyer_creative_id = 10;

    // Only one of the following should be set:
    // 1) html_snippet, 2) video_url, 3) native_ad, or 4) sdk_rendered_ad.

    // The HTML snippet that will be placed on the web page to display the ad.
    // Please use BidResponse.Ad.AdSlot.billing_id to indicate which billing id
    // this snippet is attributed to.
    optional string html_snippet = 1;

    // The URL to fetch a video ad. The URL should return an XML response that
    // conforms to the VAST 2.0 or 3.0 standard. Please use
    // BidResponse.Ad.AdSlot.billing_id to indicate which billing id to
```

```
// attribute this ad to. Only one of the following should be set:
// html_snippet, video_url. Only set this field if the BidRequest is for an
// in-video ad (BidRequest.video is present).
optional string video_url = 9;

// The VAST document to be returned. This document should conform to the
// VAST 2.0 or 3.0 standard. Please use BidResponse.Ad.AdSlot.billing_id to
// indicate which billing ID to attribute this ad to.
// Only set this field if the BidRequest is for an in-video ad and the
// response is VAST XML.
optional string video_vast_xml = 24;

// The URL to fetch an AMPHTML ad. Only one of the following should be set:
// html_snippet, video_url, amp_ad_url, native_ad.
optional string amp_ad_url = 23;

// The content of a native ad. Native ads consist of multiple building
// blocks, which are rendered by the publisher. Only one of the following
// should be set: html_snippet, video_url, or native_ad.
// Only set this field if the BidRequest is for a native ad
// (BidRequest.adslot.native is present).
//
message NativeAd {
  // A short title for the ad.
  optional string headline = 1;

  // A long description of the ad.
  optional string body = 2;

  // A label for the button that the user is supposed to click
  optional string call_to_action = 3;

  // The name of the advertiser or sponsor, to be displayed in the ad
  // creative.
  optional string advertiser = 4;

  message Image {
    optional string url = 1;

    // Image width and height are specified in pixels. You may provide a
    // larger image than was requested, so long as the aspect ratio is
    // preserved.
    optional int32 width = 2;
    optional int32 height = 3;
  }

  // A large image.
  optional Image image = 5;

  // A smaller image, for the advertiser's logo.
  optional Image logo = 6;

  // The app icon, for app download ads.
  optional Image app_icon = 7;

  // The URL to fetch a video ad. The URL should return an XML response that
  // conforms to VAST standards. Only set this field if the video field is
  // requested.
  optional string video_url = 13;

  // The app rating in the app store. Must be in the range [0-5].
  optional double star_rating = 8;

  // The URL that the browser/SDK will load when the user clicks the ad.
  // This can be the landing page directly, or the first step of a redirect
  // chain that eventually leads to it. For backward compatibility, if this
  // is not set, the first Ad.click_through_url is used.
  optional string click_link_url = 14;

  // The URL to use for click tracking. The SDK pings click tracking url on
  // a background thread. When resolving the url, HTTP 30x redirects are
  // followed. The SDK ignores the contents of the response; this URL
  // has no effect on the landing page for the user.
  // This field is planned to be deprecated and we are moving to the
  // repeated click_tracking_urls field.
  optional string click_tracking_url = 11;

  // The URLs to use for click tracking. This will be used throughout the
  // serving stack and will incorporate any URL in click_tracking_url.
  repeated string click_tracking_urls = 15;

  // The price of the promoted app including the currency info.
  optional string price = 10;
```

GOOG-HEWT-00001355

```
}
  optional NativeAd native_ad = 18;

  // The set of destination URLs for the snippet. This includes the URLs that
  // the user will go to if they click on the displayed ad, and any URLs that
  // are visible in the rendered ad. Do not include intermediate calls to the
  // adserver that are unrelated to the inal landing page. A BidResponse that
  // returns a snippet or video ad but declares no click_through_url will be
  // discarded. Only set this field if html_snippet or video_url or native_ad
  // are set. This data is used as a destination URL declaration, for example
  // for post-filtering of publisher-blocked URLs or ad categorization.
  //
  // For non-native ads, it is not used for click tracking or any
  // other ad functionality; it is only used as a destination URL
  // declaration.
  //
  // For native ads, if NativeAd.click_link_url is not set, the first
  // value of click_through_url is used to direct the user to the landing
  // page. In addition, all values are used as destination
  // URL declarations (similar to the non-native case).
  repeated string click_through_url = 4;

  // All vendor types for the ads that may be shown from this snippet. You
  // should only declare vendor ids listed in the vendors.txt file in the
  // technical documentation. We will check to ensure that the vendors you
  // declare are in the allowed_vendor_type list sent in the BidRequest for
  // AdX publishers.
  repeated int32 vendor_type = 5;

  // All attributes for the ads that may be shown from this snippet. See
  // buyer-declarable-creative-attributes.txt in the technical documentation
  // for a list of ids. We will check to ensure none of these attributes are
  // in the excluded_attribute list in the BidRequest.
  repeated int32 attribute = 6;

  // All sensitive categories for the ads that may be shown from this snippet.
  // See ad-sensitive-categories.txt in the technical documentation for a list
  // of ids. We will check to ensure none of these categories were in the
  // excluded_sensitive_category list in the BidRequest.
  repeated int32 category = 7;

  // All restricted categories for the ads that may be shown from this
  // snippet. See ad-restricted-categories.txt in the technical documentation
  // for a list of ids. We will check to ensure these categories were listed
  // in the allowed_restricted_category list in the BidRequest. If you are
  // bidding with ads in restricted categories you MUST ALWAYS declare them
  // here.
  repeated int32 restricted_category = 17;

  // All names of the ad's advertisers.
  repeated string advertiser_name = 11;

  // This field is deprecated due to being unused.
  // For exchange bidders (third party exchanges doing real-time bidding on
  // DFP), the name of the bidder that the exchange called to provide the ad.
  // This is arbitrary UTF8 text but should be sufficient to identify the
  // bidder and should be set consistently to the same value for the same
  // bidder.
  optional string DEPRECATED_bidder_name = 22 [deprecated = true];

  // The width and the height in pixels of the ad. Setting these is optional.
  // However, these must be set if the bid BidRequest.AdSlot has more than one
  // width and height or if BidRequest.Mobile.is_interstitial_request is true.
  optional int32 width = 14;
  optional int32 height = 15;

  // The Agency associated with this ad. See agencies.txt file in the
  // technical documentation for a list of ids. If this ad has no associated
  // agency then the value NONE (agency_id: 1) should be used rather than
  // leaving this field unset.
  optional int64 agency_id = 16;

  message AdSlot {
    // The slot id from the BidRequest that the ad may appear in.
    required int32 id = 1;

    // The maximum CPM you want to be charged if you win the auction for this
    // ad slot, expressed in micros of the bidding currency. For example, to
    // bid a CPM of 1.29 USD, set max_cpm_micros = 1290000. Winning bids are
    // rounded up to billable units. For example, in USD, bids are rounded up
    // to the next multiple of 10,000 micros (one cent).
    // The bidding currency is determined by:
    // 1. The bidder-level currency, if configured.
```

```
// 2. Otherwise, the currency of the buyer account indicated by the
// billing ID in the billing_id field.
// 3. If billing_id is empty, the currency of the buyer account indicated
// by the sole billing ID in the bid request.
required int64 max_cpm_micros = 2;


// The minimum CPM you want to be charged if you win the auction for this
// ad slot, expressed in micros of the bidding currency. This may
// represent a second price if you choose max_cpm as the highest of
// several bids, or some form of reserve price if you wish to override the
// reserve price set by the publisher. The bid must be less than or equal
// to max_cpm_micros or it will be ignored. This field is optional and
// does not need to be set. This field is not applicable when responding
// to bid requests with auction_type set to FIRST_PRICE. The bidding
// currency is determined by:
// 1. The bidder-level currency, if configured.
// 2. Otherwise, the currency of the buyer account indicated by the
// billing ID in the billing_id field.
// 3. If billing_id is empty, the currency of the buyer account indicated
// by the sole billing ID in the bid request.
optional int64 min_cpm_micros = 3;


// Billing id to attribute this impression to. The value must be in the
// set of billing ids for this slot that were sent in the
// BidRequest.AdSlot.matching_ad_data.billing_id. This must always be set
// if the BidRequest has more than one
// BidRequest.AdSlot.matching_ad_data.billing_id or if the bidder has
// active child seats.
optional int64 billing_id = 4;


// The deal id that you want this bid to participate in. Leave unset
// or set it to "1" if a deal is available but you want to
// ignore the deal and participate in the open auction.
optional int64 deal_id = 5 [default = 0];


// For exchange bidders (third party exchanges doing real-time bidding on
// DFP), the deal id from the exchange's namespace that is associated with
// this bid and reported to publishers. Leave unset if there is no
// associated deal. This is arbitrary UTF8 text and must be at most 64
// bytes.
optional string exchange_deal_id = 6;


// When exchange_deal_id is set, the type of deal. This is reported to
// publishers and affects how the deal is treated in the auction.
enum ExchangeDealType {
  OPEN_AUCTION = 0;
  PRIVATE_AUCTION = 1;
  PREFERRED_DEAL = 2;
  EXCHANGE_AUCTION_PACKAGE = 3;
}
optional ExchangeDealType exchange_deal_type = 7 [default = OPEN_AUCTION];


// Buyer declared ID which will be used to break down spend and invalid
// traffic metrics in IVT transparency reporting in Query Tool. Note that
// IDs with fewer than 1000 impressions will not be used to break down
// metrics. IDs longer than 64 bytes will be ignored.
optional string buyer_reporting_id = 8;


// Token used to identify end third party buyer information if an
// exchange as an open bidder is an intermediary. This is obtained from
// the third party buyer and must be passed to Google unaltered in the bid
// response.
optional string third_party_buyer_token = 12;


// Experimental feature; may be subject to change. See
// https://github.com/google/ads-privacy/tree/master/experiments/frequency-capping
// for more information about the experiment on exchange-enforced
// frequency capping.
//
// Specifies frequency capping to be applied to the bid. Impressions for
// each user are capped at the level specified by frequency_cap_id. A bid
// will not participate in the auction if an additional impression for the
// user would violate any of the specified caps. Multiple frequency caps
// can be specified for the same frequency_cap_id.
//
// A bid is filtered before the auction if the frequency cap is malformed.
// Instances where the cap is malformed include:
//  - frequency_cap_id is empty or is very long
//  - max_mpressions or time_range are non-positive
//  - there are a large number of frequency caps for a single bid
//  - time_unit is not specified
//
// Note that if a subsequent bid with the same frequency_cap_id uses a
```

GOOG-HEWT-00001357

```
    // different duration (represented by time_unit and time_range) then
    // impressions counted against the old frequency cap will not count
    // against the new one and vice versa.
    //
    // To enable frequency capping for your account, please contact your
    // account manager.
    message FrequencyCap {
      // An ID that can represent a bidder's use-case for frequency capping;
      // for example, it could represent their campaign, ad, line item, etc.
      // It should not contain any user-specific information or identifiers.
      optional string frequency_cap_id = 1;

      // The time units for which frequency caps can be enforced.
      enum TimeUnit {
        UNKNOWN_TIME_UNIT = 0;
        MINUTE = 1;
        DAY = 2;
        WEEK = 3;
        MONTH = 4;
        // When INDEFINITE is used, time_range will be ignored. INDEFINITE
        // means the frequency cap will be applied for a long period of time,
        // (longer than a month) but not necessarily forever.
        INDEFINITE = 5;
      }

      // The unit of time used to specify the time window for which a
      // frequency cap applies.
      optional TimeUnit time_unit = 2;

      // The length of the time window, in units specified by time_unit, for
      // which the frequency cap applies. For instance, if time_unit=WEEK and
      // time_range=3, then capping is applied for a three week period. If the
      // time_unit=INDEFINITE, this will be ignored.
      optional int32 time_range = 3 [default = 1];

      // The maximum number of impressions allowed to be shown to a user for
      // the provided frequency_cap_id within the time window described by
      // time_unit and time_range.
      optional int32 max_impressions = 4;
    }
    repeated FrequencyCap frequency_cap = 16;

    // Experimental feature; may be subject to change. See
    // https://github.com/google/ads-privacy/tree/master/experiments/turtledove-simulation
    // and https://developers.google.com/authorized-buyers/rtb/turtledove
    // for more information about the TURTLEDOVE simulation for RTB.
    //
    // Bidding function name that the bidder selected for the TURTLEDOVE
    // simulation. The name refers to the bidding function
    // that is provided ahead of time via Bidding functions API resource.
    // Bid value will be computed by the bidding function; value provided via
    // max_cpm_micros will be ignored.
    optional string bidding_function_name = 17;

    // Experimental feature; may be subject to change. See
    // https://github.com/google/ads-privacy/tree/master/experiments/turtledove-simulation
    // and https://developers.google.com/authorized-buyers/rtb/turtledove
    // for more information about the TURTLEDOVE simulation for RTB.
    //
    // Contains TURTLEDOVE interest group-related data that will be passed
    // to the bidding function
    optional .google.protobuf.Value interest_group_data = 18;
  }
  repeated AdSlot adslot = 3;

  // The URLs to call when the impression is rendered. This is supported for
  // all inventory types and all formats except for VAST video.
  repeated string impression_tracking_url = 19;

  // Link to ad preferences page. This is only supported for native ads.
  // If present, a standard AdChoices icon is added to the native creative and
  // linked to this URL.
  optional string ad_choices_destination_url = 21;

  message ImpressionTrackingResource {
    // The URL of a Javascript resource. The URLs should not contain script
    // tags. For example: "https://mycdn.com/tracker.js".
    optional string script_url = 1;

    // Additional context provided for rendering.
    enum Context {
      UNKNOWN_CONTEXT = 0;
```

```
      // Currently not supported
      OMID = 1;
    }
    repeated Context context = 2;


    // Parameters associated with the resource that will be passed to the
    // resource when it is loaded. The format of the parameters is dependent
    // on the script vendor.
    optional string verification_parameters = 3;

    // Used to uniquely identify the verification script provider.
    optional string vendor_key = 4;
  }
  // Resources to invoke when the impression is rendered. This is supported
  // for native and banner formats only and explicitly whitelisted scripts
  // only.
  repeated ImpressionTrackingResource impression_tracking_resource = 26;
  // An ad that will be rendered by an SDK known to the buyer. This can only
  // be used when the BidRequest included a mobile.installed_sdk submessage.
  message SdkRenderedAd {
    // The identifier for the SDK that will render the ad. Must match a
    // mobile.installed_sdk.id sent in the corresponding bid request.
    optional string id = 1;

    // Data to pass to the SDK in order to render the ad. This data is opaque
    // to the publisher and to Google.
    optional string rendering_data = 2;
  }
  optional SdkRenderedAd sdk_rendered_ad = 27;


  // Advertiser's SKAdNetwork information to support app installation
  // attribution for iOS 14 and later. Apple's SKAdNetwork API helps
  // advertisers measure ad-driven app installation by sending a postback
  // to the ad network after a successful install. Ad networks will need
  // to send their network ID and signed advertiser information to allow
  // an install to be attributed to the ad impression.
  // For more info visit:
  // https://developer.apple.com/documentation/storekit/skadnetwork
  message SKAdNetworkResponse {
    // Version of SKAdNetwork supported by the advertiser. Also used to
    // specify how the signature was generated by the advertiser. This
    // should match the version from BidRequest.mobile.skad.version.
    optional string version = 1;

    // Ad network identifier used in signature. This should match one of the
    // items in BidRequest.mobile.skad.skadnetids.
    optional string network = 2;

    // Campaign ID compatible with Apple's spec.
    optional int64 campaign = 3;

    // ID of advertiser's app in Apple's app store.
    optional string itunesitem = 4;

    // A unique all-lowercase UUID generated by the advertiser to use for
    // generating the signature.
    optional string nonce = 5;

    // ID of publisher's app in Apple's app store. This should match the ID
    // from BidRequest.mobile.skad.sourceapp.
    optional string sourceapp = 6;

    // Unix time in millis used at the time of signature generation.
    optional int64 timestamp = 7;

    // SKAdNetwork signature as specified by Apple.
    optional string signature = 8;
  }

  optional SKAdNetworkResponse skadn = 29;

}
repeated Ad ad = 2;

// If is_test was set in the BidRequest, then you may return debug information
// as plain text in this field. Please do not set this field under normal
// conditions, or set it to values longer than 100 characters. You should only
// use this field when asked to do so as part of troubleshooting particular
// problems.
optional string debug_string = 5;

// Please set this to the processing time in milliseconds from when you
// received the request to when you returned the response.
```

```
  // An optional, bidder-specified reason for not submitting a bid. This field
  // is equivalent to BidResponse.nbr in the OpenRTB protocol and uses the same
  // namespace of no-bid reason codes. See
  // https://developers.google.com/authorized-buyers/rtb/downloads/no-bid-reasons.txt
  // for the full set of no-bid reason codes.
  optional int32 no_bid_reason = 6;


  // Experimental feature; may be subject to change. See
  // https://github.com/google/ads-privacy/tree/master/experiments/turtledove-simulation
  // and https://developers.google.com/authorized-buyers/rtb/turtledove
  // for more information about the TURTLEDOVE simulation for RTB.
  //
  // Contains contextual signals that will be passed to the bidding function
  // for the TURTLEDOVE simulation.
  optional .google.protobuf.Value contextual_signal = 7;
}
```

GOOG-HEWT-00001360