# EXHIBIT B

 Ad Settings



## Ad personalization

Google makes your ads more useful on Google services (such as Search or YouTube), and on websites & apps that partner with Google to show ads. Learn why you're seeing an ad

Ad personalization is ON

Advanced ⌄

## How your ads are personalized

Ads are based on personal info you've added to your Google Account, data from advertisers that partner with Google, and Google's estimation of your interests. Choose any factor to learn more or update your preferences. Learn how to control the ads you see