# EXHIBIT D

 Ad Settings

                                                                                                    Sign in

# Ad personalization settings

Search            YouTube            Web

 These settings apply when you're using this browser and device
Sign in to control settings for personalized ads across all of your browsers and devices

Ad personalization on YouTube not available

To enable ad personalization, first visit YouTube

Learn more about how Google ads work

Google adheres to advertising industry privacy standards. Learn why you're seeing an ad

You can install a browser plugin to maintain your preference to opt out of personalized ads from Google, even if you've cleared your cookies. Learn how to save settings for the browser

Google is just one of 100+ ad networks that show you personalized ads. You can turn off ads personalization from Google or any of the other participating ad networks here:

Visit AdChoices