# EXHIBIT E



Sign in

# Ad personalization settings

Search	YouTube	Web

These settings apply when you're using this browser and device. If you're over 18, you can control your personalized ad settings across your browsers and devices when you sign in to your account.

**Ad personalization on the Web**

When Ad personalization is on, Google will use information like your visits to other websites to show you more relevant ads.

↗ Learn more about how Google ads work

Google adheres to advertising industry privacy standards. **Learn why you're seeing an ad**

You can install a browser plugin to maintain your preference to opt out of personalized ads from Google, even if you've cleared your cookies. **Learn how to save settings for the browser**

Google is just one of 100+ ad networks that show you personalized ads. You can turn off ads personalization from Google or any of the other participating ad networks here:

↗ Visit AdChoices