COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(appearance *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions*, | Master File No. 5:21-cv-02155-LHK<br><br>**PROPOSED ORDER** |

The motion by Defendant Google LLC ("Google") to dismiss Plaintiffs' Consolidated Class Action Complaint ("CAC"), and Defendant's Request for Judicial Notice in Support of Defendant Google's Motion to Dismiss Plaintiffs' CAC ("RJN") was heard on December 9, 2021.

Having considered the parties' moving, opposition and reply papers, Defendant's RJN, the exhibits attached to the Declaration of Robby Saldaña, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the CAC is **GRANTED [WITH/WITHOUT] PREJUDICE**. **IT IS FURTHER ORDERED** that Defendant's Request for Judicial Notice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December ___, 2021    By: _____
Hon. LUCY H. KOH
United States District Court Judge

257138540