Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline C. Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re. Google RTB Consumer Privacy Litigation, | Case No. 5:21-cv-02155-LHK-VKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Benjamin Hewitt ("Hewitt") hereby voluntary dismisses his claims in the above captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

DATED: October 19, 2021

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker  (Cal. Bar No.146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline C. Corbitt (Cal. Bar No. 305492)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel and Counsel for Benjamin Hewitt*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>  /s/ Elizabeth C. Pritzker
> Elizabeth C. Pritzker
> PRITZKER LEVINE LLP
> *Interim Class Counsel*