COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* application pending)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 5:21-cv-02155-LHK<br><br>**NOTICE OF APPEARANCE OF KYLE C. WONG FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF KYLE C. WONG
FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-LHK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties that Kyle C. Wong of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for Google in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Kyle C. Wong (kwong@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111-4004
> Telephone:   (415) 693-2000
> Facsimile:   (415) 693-2222

Dated: October 20, 2021                                  COOLEY LLP

                                                         By: /s/ Kyle C. Wong
                                                              Kyle C. Wong

                                                         Attorney for Defendant
                                                         GOOGLE LLC

258425958

Cooley LLP
Attorneys at Law
San Francisco

2

Notice of Appearance of Kyle C. Wong
for Defendant Google LLC
Case No. 5:21-cv-02155-LHK