1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Jonathan K. Levine (Cal Bar No. 220289)
2  Bethany Caracuzzo (Cal Bar No. 190687)
   Caroline C. Corbitt (Cal Bar No. 305492)
3  **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9  *Interim Class Counsel*

10 [Additional Counsel Appear On Signature Page]

11

12                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
13                            **SAN JOSE DIVISION**

14

| 15 | In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-LHK-VKD |
|---|---|---|
| 16 | | **PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 98 AND 99)** |
| 17 | This Document relates to: *all actions*. | |
| 18 | | Judge: Hon. Lucy H. Koh |
| 19 | | Courtroom 8 – 4th Floor |
| 20 | | |

Plaintiffs submit this Motion to Remove Incorrectly Filed Documents to remove certain documents submitted with Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt Nos. 98 and 99). After Plaintiffs' Opposition and Administrative Motion were filed, Plaintiffs discovered that Dkt. Nos. 98, OPPOSITION/RESPONSE (re [93] MOTION to Dismiss Plaintiffs' Consolidated Class Action Complaint ) [Redacted] filed by Consolidated Plaintiffs, and 99, Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, contained filing errors. Upon discovering this error, Plaintiffs' counsel immediately contacted the ECF HelpDesk and emailed Civil Case Docketing & Docket Corrections, requesting that the inadvertently filed documents be temporarily blocked. Plaintiffs have also filed a corrected, redacted version of these documents as Dkt. Nos. 100 and 101. Accordingly, Plaintiffs respectfully requests that Docket Nos. 98 and 99 be permanently removed from ECF.

Dated: October 29, 2021

**PRITZKER LEVINE LLP**

By:  */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By:  */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)

555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By: */s/ Jay Barnes*
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**

By: */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*;

Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)


Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By:   /s/ *Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
Noorjahan Rahman (Cal. Bar No. 330572)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

**Counsel for Plaintiffs and the Proposed Class**