Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 98 AND 99)** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs' Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 98 and 99) is **GRANTED**.

The Clerk of the Court is directed to remove from the docket Dkt. Nos. 98, OPPOSITION/RESPONSE (re [93] MOTION to Dismiss Plaintiffs' Consolidated Class Action Complaint ) [Redacted] filed by Consolidated Plaintiffs, and 99, Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

The Court will consider Dkt. Nos. 100, Plaintiffs' Memorandum of Points and Authorities in Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint [Redacted] - Corrected, and 101, Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint -Corrected, to be the correct versions of the redacted Opposition brief and Administrative Motion.

**SO ORDERED.**

DATED: _____    _____

THE HONORABLE LUCY H. KOH
United States District Judge