1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Jonathan K. Levine (Cal Bar No. 220289)
2  Bethany Caracuzzo (Cal Bar No. 190687)
   Caroline C. Corbitt (Cal Bar No. 305492)
3  **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9  *Interim Class Counsel*

10 [Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**PLAINTIFFS'** *SECOND CORRECTED* **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing Date:     December 9, 2021<br>Hearing Time:     1:30pm<br>Hearing Location: Courtroom 8 – 4th Floor |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby respectfully submit this administrative motion for an order permitting exhibits to the Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Opposition"), and language contained in a footnote in the Opposition quoting from one of those exhibits, as well as two sentences in the brief to be filed under seal because Defendant Google has designated those documents "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 59).

The documents and information Plaintiffs' seek to file under seal are:

- Exhibit A to Plaintiffs' Opposition: The Jedi Blue contract between Google and Facebook, Inc.;
- Exhibit B to Plaintiffs' Opposition: Google's list of RTB participants;
- Portions of footnote 2 of the Opposition, (2:24 – 25 and 2:26 - 28) which quote from the Jedi Blue contract
- Opposition at 24:22 – 25:3.

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request is "'narrowly tailored." L.R. 79-5(b). This administrative motion is narrowly tailored: the motion seeks to seal only that information that Google has designated "Highly Confidential – Attorneys' Eyes Only", and Plaintiffs limited the information quoting from those documents to only four sentences of their Opposition.

Plaintiffs seek this relief in good faith pursuant to L.R. 79-5(e), because the information sought to be sealed has been designated as Confidential by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(e) imposes additional requirements on the designating party, Defendant Google. Plaintiffs do not take a position as to whether these documents and information have been appropriately designated as Highly Confidential and are appropriately filed under seal.

Plaintiffs also submit herewith a proposed Order.

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e)(7) and 79-5(d)(2).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to permit Plaintiffs to file these documents under seal and in redacted form in compliance with the Protective Order.

Dated: October 30, 2021

**PRITZKER LEVINE LLP**

By: ___/s/ Elizabeth C. Pritzker___
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: ___/s/ Lesley Weaver___
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*

1  jsamra@bfalaw.com

2  **SIMMONS HANLY CONROY LLC**

3  By:  /s/ Jay Barnes
4  Jason 'Jay' Barnes (*pro hac vice*)
   An Truong (*pro hac vice*)
5  Eric Johnson (*pro hac vice*)
   112 Madison Avenue, 7th Floor
6  New York, NY 10016
7  Tel.: (212) 784-6400
   Fax: (212) 213-5949
8  jaybarnes@simmonsfirm.com
   atruong@simmonsfirm.com
9  ejohnson@simmonsfirm.com

10 **DICELLO LEVITT GUTZLER LLC**

11
12 By:  /s/ David A. Straite
   David A. Straite (admitted *pro hac vice*)
   One Grand Central Place
13 60 East 42nd Street, Suite 2400
   New York, NY 10165
14 Tel.: (646) 933-1000
15 dstraite@dicellolevitt.com;

16 Amy Keller (admitted *pro hac vice*)
   Adam Levitt (admitted *pro hac vice*)
17 James Ulwick (admitted *pro hac vice)*
   Ten North Dearborn St., Sixth Floor
18 Chicago, IL 60602
19 Tel.: (312) 214-7900
   akeller@dicellolevitt.com
20 alevitt@dicellolevitt.com
   julwick@dicellolevitt.com
21
22 **BOTTINI & BOTTINI, INC.**

23 By:   /s/ Francis A. Bottini, Jr.
   Francis A. Bottini, Jr. (SBN 175783)
24 Albert Y. Chang (SBN 296065)
   Anne Beste (SBN 326881)
25 Yury A. Kolesnikov (SBN 271173)
   Nicholaus Woltering (SBN 337193)
26 7817 Ivanhoe Avenue, Suite 102
27 La Jolla, CA 92037
   Telephone: (858) 914-2001
28 Facsimile: (858) 914-2002

*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By:   /s/ Nanci E. Nishimura
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
Noorjahan Rahman (Cal. Bar No. 330572)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of October, 2021, at Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker