Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS'** ***SECOND CORRECTED*** **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]**<br><br>Judge:  Hon. Lucy H. Koh<br><br>Hearing Date:     December 9, 2021<br>Hearing Time:     1:30pm<br>Hearing Location: Courtroom 8 – 4th Floor |

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am and am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. No. 77. This declaration is made in support of Plaintiffs' Second Corrected Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Opposition"). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is the Redacted Version of Plaintiffs' Opposition, which is also being filed in the public record.

3. Attached hereto as **Exhibit 2** the Unredacted Version of Plaintiffs' Opposition, which Plaintiffs are lodging under seal. The redacted portions are highlighted in yellow.

4. Plaintiffs hereby request that portions of Plaintiffs' Opposition at Footnote 2, specifically page 2, lines 25 – 25 and lines 26 -28, and at page 24, line 22 through page 25, line 3 be filed under seal, for the reasons set forth in ¶ 7 below.

5. Attached hereto as **Exhibit A** is the Unsealed Version of Plaintiffs' Exhibit A submitted in support of Plaintiffs' Opposition, which is Google's Jedi Blue contract with Facebook, Inc.

6. Attached hereto as **Exhibit B** is the Unsealed Version of Plaintiffs' Exhibit B, submitted in support of Plaintiffs' Opposition, which is a list of RTB recipients produced by Google.

7. Google is the "Designating Party" under L.R. 79-5(d) and the *E-Filing Under Seal in Civil Cases* guidelines, as Google produced Exhibits A and B in this litigation, and designated them "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered in this case. (Dkt. No. 59).

8. Plaintiffs take no position regarding Google's designation of Exhibits A and B and the information contained therein as "Highly Confidential – Attorneys' Eyes Only".

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of October, 2021 in Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker