# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions* | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**[PROPOSED] ORDER RE. PLAINTIFFS'** ***SECOND CORRECTED*** **ADMINSTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

Plaintiffs filed a Second Corrected Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Defendant Google's Motion to Dismiss Portions of Plaintiffs' Consolidated Class Action Complaint pursuant to Civil Local Rule 79-5.

Upon consideration of the Motion to Seal, the papers submitted in support, and good cause appearing,

IT IS HEREBY ORDERED that documents are to be sealed as follows:

//

//

//

//

| Document or Portion of Document Sought to be Sealed | Designating Party | Order |
|---|---|---|
| Opposition, portions of Footnote 2, at page 2, lines 24 – 25 and lines 26 -28 | Google | |
| Opposition, at page 24, line 22 to page 25, line 3 | Google | |
| Exhibit A to Opposition – Jedi Blue contract | Google | |
| Exhibit B to Opposition – Google's list of RTB participants | Google | |

**IT IS SO ORDERED.**

_____
LUCY H. KOH
JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA