Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**PROOF OF SERVICE OF PLAINTIFFS'** *SECOND CORRECTED* **ADMINSTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**[Civil L.R. 7-11, 79-5]**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing Date:      December 9, 2021<br>Hearing Time:      1:30pm<br>Hearing Location:  Courtroom 8 – 4th Floor |

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, California 94608. I am over the age of eighteen years and am not a party to this action. On October 30, 2021, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Second Corrected Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint;
2. Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Second Corrected Administrative Motion to File Under Seal;
3. Exhibit 1 – Corrected Redacted Version of Plaintiffs' Opposition to Motion to Dismiss;
4. Exhibit 2 - Corrected Unredacted (Highlighted) Version of Plaintiffs' Opposition to Motion Dismiss, *lodged under seal*;
5. Exhibit A - Unsealed Version of Exhibit A to Plaintiffs' Opposition, *lodged under seal*;
6. Exhibit A - Unsealed Version of Exhibit B to Plaintiffs' Opposition, *lodged under seal*;
7. Proposed order.

<u>*Via E-mail*</u>
Michael G. Rhodes, Esq.
Jeffrey M. Gutkin, Esq.
Kelsey R. Spector, Esq.
Colin S. Scott, Esq.
Robby Saldaña, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: rhodesmg@cooley.com
jgutkin@cooley.com
kspector@cooley.com
cscott@cooley.com
rsaldaña@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 30, 2021 at Emeryville, California.

By: */s/ Bethany Caracuzzo*
Bethany Caracuzzo