Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**PLAINTIFFS' AMENDED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 98, 99, 100, 101)**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom 8 – 4th Floor |

Plaintiffs submit this Amended Motion to Remove Incorrectly Filed Documents to remove certain documents submitted with Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt Nos. 100 and 101). On October 29, 2021, Plaintiffs' moved to remove incorrectly filed documents (Dkt. Nos. 98 and 99). The following day, October 30, 2021, counsel for Google contacted Plaintiffs' counsel to request this amended filing to address additional filing errors. Plaintiffs, in an effort to accommodate, once again contacted the ECF HelpDesk and emailed Civil Case Docketing & Docket Corrections, to Request that Dkt. Nos. 100 and 101 be temporarily blocked, and filed a Motion to Remove Incorrectly Filed Documents (Dkt. No. 102). Plaintiffs have filed a further corrected, redacted version of these documents as Dkt. Nos. 103 and 104.

Accordingly, Plaintiffs respectfully request that Docket Nos. 98, 99, 100, and 101 be permanently removed from ECF.

Dated: October 30, 2021

**PRITZKER LEVINE LLP**

By: ___/s/ Elizabeth C. Pritzker___
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: ___/s/ Lesley Weaver___
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)

| | |
|---|---|
| 1 | 555 12th Street, Suite 1600 |
| 2 | Oakland, CA 94607<br>Tel.: (415) 445-4003 |
| 3 | Fax: (415) 445-4020<br>*lweaver@bfalaw.com* |
| 4 | *adavis@bfalaw.com* |
| 5 | *mmelamed@bfalaw.com*<br>*aornelas@bfalaw.com* |
| 6 | *jsamra@bfalaw.com* |
| 7 | **SIMMONS HANLY CONROY LLC** |
| 8 | By: __/s/ Jay Barnes_____ |
| 9 | Jason 'Jay' Barnes (*pro hac vice*)<br>An Truong (*pro hac vice*) |
| 10 | Eric Johnson (*pro hac vice*)<br>112 Madison Avenue, 7th Floor |
| 11 | New York, NY 10016<br>Tel.: (212) 784-6400 |
| 12 | Fax: (212) 213-5949 |
| 13 | *jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com* |
| 14 | *ejohnson@simmonsfirm.com* |
| 15 | **DICELLO LEVITT GUTZLER LLC** |
| 16 | By: __/s/ David A. Straite_____ |
| 17 | David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place |
| 18 | 60 East 42nd Street, Suite 2400<br>New York, NY 10165 |
| 19 | Tel.: (646) 933-1000 |
| 20 | *dstraite@dicellolevitt.com*; |
| 21 | Amy Keller (admitted *pro hac vice*)<br>Adam Levitt (admitted *pro hac vice*) |
| 22 | James Ulwick (admitted *pro hac vice*)<br>Ten North Dearborn St., Sixth Floor |
| 23 | Chicago, IL 60602<br>Tel.: (312) 214-7900 |
| 24 | *akeller@dicellolevitt.com* |
| 25 | *alevitt@dicellolevitt.com*<br>*julwick@dicellolevitt.com* |
| 26 | **BOTTINI & BOTTINI, INC.** |
| 27 | By: __/s/ Francis A. Bottini, Jr.__ |
| 28 | Francis A. Bottini, Jr. (SBN 175783) |

Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By:  */s/ Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
Noorjahan Rahman (Cal. Bar No. 330572)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

**Counsel for Plaintiffs and the Proposed Class**