UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY WOODRUFF, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 21-CV-02155-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 104 |

Before the Court is a motion to file under seal portions of Plaintiffs' opposition to Defendant's motion to dismiss, ECF No. 104. Plaintiffs' affidavit seeks sealing merely because Defendant designated the information highly confidential under the protective order. Civil Local Rule 79-5(c) specifically states that "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." Having considered the motion, the relevant law, and the record in this case, the Court hereby DENIES plaintiffs' motion to file under seal without prejudice. Should Plaintiffs wish to refile their motion to file under seal, they shall do so by November 17, 2021. **IT IS SO ORDERED.**

Dated: November 2, 2021

                                                     _Lucy H. Koh_
                                              LUCY H. KOH
                                              United States District Judge