Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' AMENDED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 98, 99, 100, 101)** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs' Amended Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 98, 99, 100, AND 101) is **GRANTED**.

The Clerk of the Court is directed to remove from the docket Dkt. Nos. 98, OPPOSITION/RESPONSE (re [93] MOTION to Dismiss Plaintiffs' Consolidated Class Action Complaint ) [Redacted] filed by Consolidated Plaintiffs; No. 99, Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint; No. 100 OPPOSITION/RESPONSE (re [93] MOTION to Dismiss Plaintiffs' Consolidated Class Action Complaint) [Redacted] – *Corrected* filed by Consolidated Plaintiffs; and No. 101, Plaintiffs' *Corrected* Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss.

The Court will consider Dkt. No. 103, Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint [Redacted] – *Second Corrected*, and Dkt. No. 104, Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint – *Second Corrected*, to be the correct versions of the redacted Opposition brief and Administrative Motion.

**SO ORDERED.**

DATED: November 2, 2021

THE HONORABLE LUCY H. KOH
United States District Judge