# EXHIBIT 2

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com* | **SIMMONS HANLY CONROY LLC**<br>Mitchell M. Breit (admitted *pro hac vice*)<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*mbreit@simmonsfirm.com*<br>*jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br>*ejohnson@simmonsfirm.com* |
| **KAPLAN FOX & KILSHEIMER LLP**<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>*dstraite@kaplanfox.com*<br>*aschwartz@kaplanfox.com* | **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (Cal. Bar No. 206423)<br>Mario Choi (Cal. Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.:   (415) 772-4700<br>Fax:   (415) 772-4707<br>*lking@kaplanfox.com*<br>*mchoi@kaplanfox.com* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) TO DEFENDANT GOOGLE LLC**<br><br>Judge: Hon. Lucy H. Koh<br><br>Magistrate: Hon. Susan van Keulen |

1  **TO:   COUNSEL FOR DEFENDANT GOOGLE LLC**

2  In accordance with Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiffs will take
3  the deposition of Defendant Google LLC ("Defendant" or "Google") on **Friday, February 5, 2021**
4  **at 9:00 a.m. pacific**. Defendant must designate and produce a representative or representatives, as
5  may be required, to testify regarding the topics set forth on and attached hereto as Exhibit A.
6  Defendant Google LLC is also directed to produce electronically pursuant to the parties' agreement
7  the documents set forth on Exhibit B at least seven days in advance of the deposition, or no later
8  than **12:00 p.m. pacific on Friday, January 29, 2021**. For both Exhibit A and Exhibit B, Plaintiffs
9  incorporate by reference the Definitions set forth in Plaintiffs' First Set of Document Requests to
10 Google. Plaintiffs are available to meet and confer at Google's convenience to reach agreement as
11 to timing and scope of the deposition and document production.

12 Please take notice that due to the disruptions to travel and accompanying shelter-in-place
13 orders caused by the COVID-19 outbreak, the deposition of Google will occur via remote means
14 on February 5, 2021 and will be coordinated by Veritext Legal Solutions, with a business address
15 at 101 Montgomery St., Suite 450, San Francisco, CA 94104. Contact Veritext's calendar team at
16 ahenderson@veritext.com to retrieve the necessary credentials to access the remote deposition, as
17 well as information related to any technical assistance you may require to assist with carrying out
18 the virtual deposition. Alternatively, if circumstances permit and the parties agree, the matter may
19 be taken in whole or part in-person and virtually. Those who wish to appear in the physical presence
20 of another do so at their own election; however, this noticing party is not requiring the in-person
21 physical attendance of counsel, the witness or any other party to this action.

22 The deposition will be taken, via remote means, before an officer authorized to administer
23 the oath to the deponent. That officer will be remote. This deposition will commence at 9:00 am on
24 Friday, February 5, 2021 and continue from day to day thereafter until completed.

25 **NOTICE IS FURTHER GIVEN** that Plaintiffs reserve the right to conduct this deposition
26 utilizing the secure web-based deposition option afforded by Veritext or in the alternative video
27 teleconferencing (VTC) services or telephonically to provide remote/virtual access for those parties

28

PLAINTIFFS' NOTICE OF RULE 30(b)(6)
DEPOSITION TO DEFENDANT GOOGLE LLC         1                CASE NO. 5:20-cv-01546-LHK-SVK

1  wishing to participate in the deposition via the internet and/or telephone. Also take notice that
2  Plaintiffs reserve the right to record the deposition either by stenographic means by a court reporter
3  certified to record depositions or a digital reporter utilizing state-of-the-art digital recording
4  equipment. Both the court reporter and digital reporter are authorized to administer the oath and
5  serve as the deposition officer in the State of California. Take note that the deposition officer may
6  also be remote and out of the presence of the deponent via one of the options above for the purposes
7  of providing the oath/affirmation to the deponent and capturing the proceeding. Plaintiffs further
8  reserve the right to utilize the following: (1) Record the deposition utilizing audio or video
9  technology; (2) Instant visual display such that the reporter's writing of the proceeding will be
10 available to all who are a party to this proceeding to request and receive it in realtime; (3) Exhibit
11 Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the
12 deposition can be captured visually; and (4) To conduct this deposition utilizing a paperless exhibit
13 display process called Exhibit Share or a similar paperless virtual display platform. The parties are
14 advised that in lieu of a paper set of exhibits they may be provided and displayed digitally to the
15 deposition officer, deponent, parties and counsel. The exhibits will be compiled by the deposition
16 officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.
17 Please contact the noticing attorney no less than five (5) calendar days prior to the deposition to
18 provide all necessary credentials, call-in numbers, firm name, email address, services, testing and
19 information, if necessary, for those who will attend and/or participate in the deposition in order that
20 participation and connection can be arranged and details provided sufficiently in advance of the
21 proceeding(s).  A list of all parties or attorneys for parties on whom this Notice of Deposition is
22 being served is shown on the accompanying proof of service.

# EXHIBIT A

# TOPICS FOR DEPOSITION

1. **Data Retention on July 27, 2020**: Data retention policies, rules or practices governing the custodial and non-custodial sources of ESI relevant to this litigation ("Relevant ESI Sources") as they existed on July 27, 2020, including but not limited to:

   a. Sources where "event-level" data or logs were stored or processed, including event logs, activity logs or audit logs related to Chrome users;

   b. Sources where Google stores the browser sync state of any Chrome browser (i.e., whether and when a Chrome user elects to synch the browser session with a Google Account) if different than 1(a) above.

   c. Sources where any Personal Information ("PI") related to Chrome users (including PI taken from or transmitted by the Chrome browser) is stored or processed;

   d. Shared drives, including team drives and Google drives; and

   e. Internal sites including employee Wikis and bulletin boards or project management systems.

2. The process of anonymizing data taken from or transmitted by the Chrome browser after it is received by or transmitted to Google;

3. **Data Preservation**: A description of all steps taken to prevent alteration, spoliation or destruction of Relevant ESI Sources since the date this action commenced on July 27, 2020 ("Preservation Measures") that are the basis for Your compliance with data preservation obligations in this action, focused specifically on the following:

   a. Whether any Relevant ESI Source was subject to any auto-delete function and steps taken to disable auto-delete on these sources;

   b. Whether and to what extent relevant information on any Relevant ESI Source was deleted, anonymized or made less accessible;

   c. The measures taken to preserve information on Relevant ESI Sources related to any matter in the Complaint or the collection of PI from Chrome generally, including:

|   |   |   |
|---|---|---|
| 1 | | i. when such measures were implemented and/or modified; |
| 2 | | ii. the persons involved in implementing and executing them, and |
| 3 | | iii. the materials and subject matter they covered. |

d. All documents and data associated with the four plaintiffs in this action or their personal identifiers, cookie values, email addresses, IP Addresses, Device Identifiers, X-Client Data Headers, URLs of websites visited (or any portion thereof), GET or POST requests, or Client IDs.

4. The identity of any person or entity with knowledge of the Preservation Measures, including the preservation, deletion or anonymization of information stored or processed on Relevant ESI Sources.

## EXHIBIT B

## DOCUMENTS REQUESTED IN ADVANCE OF DEPOSITION

1. Organizational charts reflecting or documents sufficient to show names, titles and reporting hierarchy of any individual meeting the criteria of Topic 4 above.

2. All written document or data retention policies governing the preservation of any Relevant ESI Source in effect on July 27, 2020 (regardless of date) or dated thereafter.

3. Documents related to the Preservation Measures described above, including any deviation from usual practices or policies.

4. Representative exemplars (excluding emails), including example data and screenshots, of any Relevant ESI that has been deleted since July 27, 2020.

5. Copies of all documents and data associated with the four plaintiffs in this action or their personal identifiers, cookie values, email addresses, IP Addresses, Device Identifiers, X-Client Data Headers, URLs of websites visited (or any portion thereof), GET or POST requests, or Client IDs.

Dated: January 25, 2021

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br><br>By:  */s/ Lesley E. Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com*<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:  */s/ Jay Barnes*<br>Mitchell M. Breit (admitted *pro hac vice*)<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*mbreit@simmonsfirm.com*<br>*jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br>*ejohnson@simmonsfirm.com* | **KAPLAN, FOX & KILSHEIMER LLP**<br><br>By:  */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>*dstraite@kaplanfox.com*<br>*aschwartz@kaplanfox.com*<br><br>Laurence D. King (State Bar No. 206423)<br>Mario Choi (State Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.:   (415) 772-4700<br>Fax:   (415) 772-4707<br>*lking@kaplanfox.com*<br>*mchoi@kaplanfox.com* |

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on January __, 2021, I caused a true and correct copy of Plaintiffs' Notice Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to be served via electronic mail on the following counsel of record:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Andrew H. Schapiro, Esq. / andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome, Esq. / stephenbroome@quinnemanuel.com
Viola Trebicka, Esq. / violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford, Esq. / jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge, Esq. / josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse, Esq. / jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Thao Thai, Esq. / thaothai@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

*Counsel for Defendant*

/s/ Lesley E. Weaver
Lesley E. Weaver