Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re Google RTB Consumer Privacy Litigation,

This Document relates to: *all actions*.

Master File No. 5:21-cv-02155-LHK-VKD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

**[Civil L.R. 7-11, 79-5]**

Judge: Hon. Lucy H. Koh

Hearing Date: December 9, 2021
Hearing Time: 1:30pm
Hearing Location: Courtroom 8 – 4th Floor

## I. INTRODUCTION

Pursuant to Civil Local Rule 7-11, newly-amended Civil Local Rule 79-5, and the Court's November 2, 2021 Order (Dkt. No. 106), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiff has redacted portions of its Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Opposition") (Dkt. No. 103), and submitted two exhibits in support thereof under seal because Defendant Google has designated those documents and the information contained therein "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 59).

The documents and information Plaintiffs' seek to file under seal are:

- Exhibit A to Plaintiffs' Opposition: The Jedi Blue contract between Google and Facebook, Inc.;
- Exhibit B to Plaintiffs' Opposition: Google's list of RTB participants;
- Portions of footnote 2 of the Opposition, (2:24 – 25 and 2:26 - 28) which quote from the Jedi Blue contract
- Opposition at 24:22 – 25:3.

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a),(c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has designated "Highly Confidential – Attorneys' Eyes Only" and Plaintiffs limited the information quoting from those documents to only four sentences of their Opposition.

Plaintiffs seek this relief in good faith because the information sought to be sealed has been designated as Confidential by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party", Defendant Google. Plaintiffs do not take a position as to whether these documents and information

have been appropriately designated as Highly Confidential and are appropriately filed under seal, pending Google's submission of its specific statement of the applicable legal standard and reasons for keeping a document under seal, as required by L.R. 79-5(f)(3).

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether Google's documents and information should remain under seal and in redacted form pursuant to Google's designations under the Protective Order.

Dated: November 3, 2021

**PRITZKER LEVINE LLP**

By: *__/s/ Elizabeth C. Pritzker____________*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

***Interim Class Counsel***

**BLEICHMAR FONTI & AULD LLP**

By: *__/s/ Lesley Weaver________________*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003

Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By:__/s/ Jay Barnes___________
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**

By: __/s/ David A. Straite_____________
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*;

Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice)*
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: __/s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)

Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By: *__/s/ Nanci E. Nishimura____________*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
Noorjahan Rahman (Cal. Bar No. 330572)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2021, at Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker