Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline C. Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5]**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing Date: December 9, 2021<br>Hearing Time: 1:30pm<br>Hearing Location: Courtroom 8 – 4th Floor |

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (here, Google's) Materials Should Be Sealed. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Prior to the November 1, 2021 changes in Civil Local Rule 79-5, Plaintiffs' filed an Administrative Motion to Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss (Dkt. No. 104), seeking to seal two exhibits produced by Google and to redact information in Plaintiffs' Opposition quoting from those exhibits, because Google designated those documents as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 59). Local Rule 79-5 changed effective November 1, 2021.

3. On November 2, 2021 the Court issued an Order denying the Motion to Seal and instructing Plaintiffs to re-file by November 17, 2021. (Dkt. No. 106). Plaintiffs hereby submit this Motion to Consider in compliance with the new Civil Local Rule 79-5(f).

4. Attached hereto as **Exhibit 1** the Unredacted Version of Plaintiffs' Opposition, which Plaintiffs are lodging under seal. The redacted portions are highlighted in yellow. The Redacted Version of Plaintiffs' Opposition has been filed in the public record. *See* Dkt. No. 103.

5. Plaintiffs' have redacted portions of Plaintiffs' Opposition at Footnote 2, page 2, lines 24 through 25 and lines 26 through 28, and on page 24, line 22 through page 25, line 3, for the reasons set forth in ¶ 2 above.

6. Attached hereto as **Exhibit A** is the Unsealed Version of Plaintiffs' Exhibit A submitted in support of Plaintiffs' Opposition, which is Google's Jedi Blue contract with Facebook, Inc.

7. Attached hereto as **Exhibit B** is the Unsealed Version of Plaintiffs' Exhibit B, submitted in support of Plaintiffs' Opposition, which is a list of RTB recipients produced by Google.

8. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

9. Plaintiffs take no position regarding Google's designation of Exhibits A and B and the information contained therein as "Highly Confidential – Attorneys' Eyes Only," pending Google's submission of its specific statement of the applicable legal standard and reasons for keeping a document under seal, as required by L.R. 79-5(f)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of November, 2021 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker