| | |
|---|---|
| 1 | Elizabeth C. Pritzker (Cal. Bar No. 146267) |
| 2 | Jonathan K. Levine (Cal Bar No. 220289) |
|   | Bethany Caracuzzo (Cal Bar No. 190687) |
| 3 | Caroline C. Corbitt (Cal Bar No. 305492) |
|   | **PRITZKER LEVINE LLP** |
| 4 | 1900 Powell Street, Suite 450 |
|   | Emeryville, CA 94608 |
| 5 | Tel.: (415) 692-0772 |
|   | Fax: (415) 366-6110 |
| 6 | *ecp@pritzkerlevine.com* |
| 7 | *jkl@pritzkerlevine.com* |
|   | *bc@pritzkerlevine.com* |
| 8 | *ccc@pritzkerlevine.com* |
| 9 | *Interim Class Counsel* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-LHK-VKD |
| This Document relates to: *all actions*. | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| | **[Civil L.R. 79-5]** |
| | Judge:  Hon. Lucy H. Koh |
| | Hearing Date:     December 9, 2021 |
| | Hearing Time:     1:30pm |
| | Hearing Location: Courtroom 8 – 4th Floor |

PROOF OF SERVICE

Case No. 5:21-cv-02155-LHK-VKD

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, California 94608. I am over the age of eighteen years and am not a party to this action. On November 3, 2021, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Elizabeth C. Pritzker in support;
3. Exhibit 1 – Unredacted Version of Plaintiffs' Opposition to Motion to Dismiss (Dkt. No. 103) – *lodged under seal*;
4. Exhibit A - Unsealed Version of Exhibit A to Plaintiffs' Opposition, *lodged under seal*;
5. Exhibit A - Unsealed Version of Exhibit B to Plaintiffs' Opposition, *lodged under seal*;

<u>*Via E-mail*</u>
Michael G. Rhodes, Esq.
Jeffrey M. Gutkin, Esq.
Kelsey R. Spector, Esq.
Colin S. Scott, Esq.
Robby Saldaña, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: rhodesmg@cooley.com
jgutkin@cooley.com
kspector@cooley.com
cscott@cooley.com
rsaldaña@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 3, 2021 at Emeryville, California.

By: <u>*/s/ Bethany Caracuzzo*</u>
Bethany Caracuzzo