| | |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 4 | **SAN JOSE DIVISION** |

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-LHK |
| This Document Relates to:  *all actions* | **DECLARATION OF ERIC M. MEIRING ON BEHALF OF NON-PARTY META PLATFORMS, INC. IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** |

I, Eric M. Meiring, hereby declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in Ohio and the District of Columbia. I am Associate General Counsel, Litigation, at Meta Platforms, Inc. ("Meta"), formerly known as Facebook, Inc. ("Facebook").

2. I understand that Google LLC ("Google") is seeking to seal certain material referenced in and attached to the opposition to the motion to dismiss that Plaintiffs filed in this action on October 29, 2021. I understand that among the material Google seeks to seal are provisions in a business agreement involving Facebook and Google (the "Google/Facebook Agreement") referenced in and attached to Plaintiffs' brief. (*See* ECF No. 103 at 2, n. 2.; Ex. A.)

3. Non-Party Meta does not object to the relief Google seeks.

4. Meta respectfully submits that, at a minimum, there are compelling reasons to keep the names of current and former Meta employees referenced in the Agreement in paragraphs 1.61 and 19.16 of the Google/Facebook Agreement under seal.

5. The Meta affiliated individuals referenced in paragraphs 1.61 and 19.16 are non-parties to this litigation. Three of the individuals are no longer employees of Meta.

6. Recently, in a multidistrict litigation currently pending in the Southern District of New York—*In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (S.D.N.Y.), which includes cases directly challenging the Google/Facebook Agreement—the Court granted both Google and Meta's requests to keep under seal these same employee names from the same Google/Facebook Agreement in light of the privacy interests of those employees and the lack of relevance of their identity to the litigation. (*See In re Google Digital Advertising Antitrust Litigation*, ECF Nos. 147, 151.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

DECLARATION OF ERIC M. MEIRING ON BEHALF OF NON-PARTY META PLATFORMS, INC. IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION
Case No. 21-cv-02155-LHK

Executed this day, November 10, 2021 in Oak Hill, Virginia.

*Eric Meiring*
_____
Eric M. Meiring

3

*DECLARATION OF ERIC M. MEIRING ON BEHALF OF NON-PARTY META PLATFORMS, INC. IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION*
Case No. 21-cv-02155-LHK