| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA |
| (rhodesmg@cooley.com) | (DC No. 1034981) |
| JEFFREY M. GUTKIN (SBN 216083) | (rsaldana@cooley.com) |
| (jgutkin@cooley.com) | (*pro hac vice* application pending) |
| KELSEY R. SPECTOR (SBN 321488) | 1299 Pennsylvania Avenue, NW |
| (kspector@cooley.com) | Suite 700 |
| COLIN S. SCOTT (SBN 318555) | Washington, DC 20004-2400 |
| (cscott@cooley.com) | Telephone: +1 202 776 2109 |
| 3 Embarcadero Center, 20th floor | Facsimile: +1 202 842 7899 |
| San Francisco, CA 94111-4004 | |
| Telephone: +1 415 693 2000 | |
| Facsimile: +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-LHK<br><br>**[PROPOSED] ORDER REGARDING GOOGLE LLC'S RESPONSE TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATED TO PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL -CASE NO. 5:21-CV-02155-LHK

THIS MATTER, having come before the Court on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed in Connection with Plaintiffs' Opposition to Google's Motion to Dismiss, and the Court having considered Google's Response To Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed Related To Plaintiffs' Opposition To Google's Motion To Dismiss, and other appropriate papers:

The Court finds compelling reasons to support the filing under seal of the documents or portions of documents described herein. Accordingly,

IT IS ORDERED that the following documents and portions of documents, as identified below, shall be filed under seal and sealed from the public record:

- The redacted portions of Exhibit A to the Declaration of Elizabeth C. Pritzker filed concurrently with Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed Related to Plaintiffs' Opposition to Google's Motion to Dismiss.

- The redacted portions of Exhibit B to the Declaration of Elizabeth C. Pritzker filed concurrently with Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed Related to Plaintiffs' Opposition to Google's Motion to Dismiss.

- The redacted portions of Plaintiffs' Opposition to Google's Motion to Dismiss filed at ECF No. 103 shall remain under seal.

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality[1] |
|---|---|---|
| Opposition to Motion to Dismiss | Portions Redacted at:<br><br>Footnote 2, lines 24-27<br>Page 24, line 22<br>Pages 25, lines 1-3 | Google |
| Exhibit A to the Declaration of | Portions Redacted in Paragraphs 1.61, 2, 3, | Google |

---

[1] Non-Party Meta Platforms, Inc. claims confidentiality of certain employee and former employee names referenced in Exhibit A to the Declaration of Elizabeth C. Pritzker.

|  |  |  |
|---|---|---|
| Elizabeth C. Pritzker | 5.1(b), 5.2, 6, 15, 16, 17, 18, and Exhibits A, B, C, and E, as well as Amendment Nos. 1, 2, and 4. | |
| Exhibit B to the Declaration of Elizabeth C. Pritzker | Portions Redacted | Google |

**IT IS SO ORDERED.**

Dated: November _____, 2021

The Honorable Lucy H. Koh
United States District Court Judge