# EXHIBIT B

# PRITZKER DECLARATION

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Company name**

**Account name**



Adform Sandbox

ScaleMonk Inc.

Unity

Yahoo! JAPAN Ads

Aarki

Aarki AdX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Mobfox
Mobfox US (EB)
Mobvista
Mobvista
Moloco Ads
Moloco Ads
OpenX Technologies
OpenX (EB)
YieldOne (EB)
PubMatic
PubMatic (EB)
RTB House
RTB House
RTB House
RTB House (APAC)
RTB House
RTB House (BR)
RTB House
RTB House (JP)
RTB House
RTB House (RU)
RTB House
RTB House (TR)
RTB House
Remerge
remerge
Ad Generation (EB)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Sharethrough, Inc.
Sift Media

Smaato
Smadex

Snap Inc.

Sonobi, Inc
Sovrn

SpotX

The Trade Desk

TripleLift

UNICORN

UnrulyX

Verizon Media
Verizon Media
Verizon Media

Sharethrough (OB)
Sift Media

Smaato (EB)
Smadex
Smart AdServer (EB)

Snap Incorporated

Sonobi (EB)
Sovrn (EB)

The Trade Desk

Telaria (EB)

TripleLift (EB)

UNICORN

Verizon Media - Display & App (EB)
Verizon Media DSP - Global
Verizon Media Video (EB)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Yandex
Yandex
YieldMo
Yandex LLC
Yandex.ru
Yieldmo (EB)

Zucks
Zucks Inc.

fluct
fluct (EB)

i-mobile
i-mobile

i-mobile

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY