1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
3  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
4  Telephone: (312) 705-7400
5  Facsimile: (312) 705-7401

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

11 Jomaire Crawford (admitted *pro hac vice*)
12 jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
13 New York, NY 10010
   Telephone: (212) 849-7000
14 Facsimile: (212) 849-7100

   Thao Thai (CA Bar No. 324672)
   thaothai@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

15 *Counsel for Defendant Google LLC*

16 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
17 **SAN JOSE DIVISION**

18

19 PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,
20         Plaintiffs,

21     v.

22 GOOGLE LLC,
           Defendant.
23

   Case No. 5:20-cv-5146-LHK-SVK

   **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON MOTION FOR A PROTECTIVE ORDER (DKT. 109)**

   Referral:  Hon. Susan van Keulen, USMJ
   Hearing Date:  March 5, 2021
   Hearing Time:  9:30 a.m.

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (the "Motion"). Having considered the Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge