# EXHIBIT A

**Jonathan Tse**

| | |
|---|---|
| **From:** | David Straite <dstraite@kaplanfox.com> |
| **Sent:** | Tuesday, March 2, 2021 7:33 PM |
| **To:** | Jonathan Tse; Viola Trebicka; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong |
| **Cc:** | QE Calhoun |
| **Subject:** | Re: Calhoun v. Google - March 3 hearing |

[EXTERNAL EMAIL]

Jon, plaintiffs take no position. Apologies but we did respond to your email earlier this evening, but it's stuck in the outbox on my mobile phone, so it never sent.

David A. Straite, CIPP/US
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
(212) 687-1980

_____
From: Jonathan Tse <jonathantse@quinnemanuel.com>
Sent: Tuesday, March 2, 2021 10:30 PM
To: Viola Trebicka; David Straite; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong
Cc: QE Calhoun
Subject: RE: Calhoun v. Google - March 3 hearing

Counsel,

We have not received a response from you yet. We will file the motion as opposed if we do not hear from you by 8:30 PM PT.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>

1

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Viola Trebicka
Sent: Tuesday, March 2, 2021 3:01 PM
To: David Straite <dstraite@kaplanfox.com>; Jonathan Tse <jonathantse@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Mario M. Choi <mchoi@kaplanfox.com>; Laurence King <LKing@kaplanfox.com>; Aaron Schwartz <ASchwartz@kaplanfox.com>; Nikki Lee <NLee@kaplanfox.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Mitchell Breit <mbreit@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>
Cc: QE Calhoun <qecalhoun@quinnemanuel.com>
Subject: RE: Calhoun v. Google - March 3 hearing

David,
thank you for meeting and conferring with us this afternoon related to Google's request to seal the March 5 hearing. As we stated on the call, we would like to file our motion to seal this evening so as to give the Court sufficient time to review it. To that end, please let us know by 5 pm pacific if you oppose our motion or take no position.
Thank you
Viola

From: David Straite [mailto:dstraite@kaplanfox.com]
Sent: Monday, March 1, 2021 2:56 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>; Lesley Weaver <lweaver@bfalaw.com<mailto:lweaver@bfalaw.com>>; Angelica Ornelas <aornelas@bfalaw.com<mailto:aornelas@bfalaw.com>>; Josh Samra <jsamra@bfalaw.com<mailto:jsamra@bfalaw.com>>; Mario M. Choi <mchoi@kaplanfox.com<mailto:mchoi@kaplanfox.com>>; Laurence King <LKing@kaplanfox.com<mailto:LKing@kaplanfox.com>>; Aaron Schwartz <ASchwartz@kaplanfox.com<mailto:ASchwartz@kaplanfox.com>>; Nikki Lee <NLee@kaplanfox.com<mailto:NLee@kaplanfox.com>>; Jay Barnes <jaybarnes@simmonsfirm.com<mailto:jaybarnes@simmonsfirm.com>>; Mitchell Breit <mbreit@simmonsfirm.com<mailto:mbreit@simmonsfirm.com>>; Eric Johnson <ejohnson@simmonsfirm.com<mailto:ejohnson@simmonsfirm.com>>; An Truong <atruong@simmonsfirm.com<mailto:atruong@simmonsfirm.com>>
Cc: QE Calhoun <qecalhoun@quinnemanuel.com<mailto:qecalhoun@quinnemanuel.com>>
Subject: Re: Calhoun v. Google - March 3 hearing

[EXTERNAL EMAIL]

Jon, 2.30pm tomorrow works for plaintiffs.


David A. Straite, CIPP/US
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue

New York, NY 10022
(212) 687-1980

_____
From: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>
Sent: Monday, March 1, 2021 4:48 PM
To: David Straite; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong
Cc: QE Calhoun
Subject: RE: Calhoun v. Google - March 3 hearing

David,

Your suggestion makes sense. Is your team available tomorrow some time after 2:30 PM Pacific to meet and confer?

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com>>
www.quinnemanuel.com<http://www.quinnemanuel.com><http://www.quinnemanuel.com>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: David Straite [mailto:dstraite@kaplanfox.com]
Sent: Monday, March 1, 2021 1:33 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com>>; Lesley Weaver <lweaver@bfalaw.com<mailto:lweaver@bfalaw.com>>; Angelica Ornelas <aornelas@bfalaw.com<mailto:aornelas@bfalaw.com>>; Josh Samra <jsamra@bfalaw.com<mailto:jsamra@bfalaw.com>>; Mario M. Choi <mchoi@kaplanfox.com<mailto:mchoi@kaplanfox.com>>; Laurence King <LKing@kaplanfox.com<mailto:LKing@kaplanfox.com>>; Aaron Schwartz <ASchwartz@kaplanfox.com<mailto:ASchwartz@kaplanfox.com>>; Nikki Lee <NLee@kaplanfox.com<mailto:NLee@kaplanfox.com>>; Jay Barnes <jaybarnes@simmonsfirm.com<mailto:jaybarnes@simmonsfirm.com>>; Mitchell Breit <mbreit@simmonsfirm.com<mailto:mbreit@simmonsfirm.com>>; Eric Johnson <ejohnson@simmonsfirm.com<mailto:ejohnson@simmonsfirm.com>>; An Truong

3

\<atruong@simmonsfirm.com\<mailto:atruong@simmonsfirm.com\>\>
Cc: QE Calhoun \<qecalhoun@quinnemanuel.com\<mailto:qecalhoun@quinnemanuel.com\>\>
Subject: Re: Calhoun v. Google - March 3 hearing

[EXTERNAL EMAIL]

Jon, in light of the change in hearing date, should we push our M&C?


David A. Straite, CIPP/US
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
(212) 687-1980

_____
From: David Straite
Sent: Monday, March 1, 2021 2:26 PM
To: Jonathan Tse; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong
Cc: QE Calhoun
Subject: Re: Calhoun v. Google - March 3 hearing


Jon, plaintiffs are available to meet at 3.30pm Pacific but will have a hard-stop at 4pm. If you believe 30 minutes will be sufficient, please circulate a Zoom link.


Thanks,

David A. Straite, CIPP/US
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
(212) 687-1980

_____
From: Jonathan Tse \<jonathantse@quinnemanuel.com\<mailto:jonathantse@quinnemanuel.com\<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com\>\>\>
Sent: Monday, March 1, 2021 11:42 AM
To: David Straite; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong
Cc: QE Calhoun
Subject: RE: Calhoun v. Google - March 3 hearing

Counsel,

Thank you for your response. Please let us know your availability after 3.30 pacific this afternoon to meet and confer on sealing the March 3 hearing in its entirety. We intend to file an Administrative Motion to Seal the Courtroom later today. Thank you.

Best,

Jon


Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com>>>

www.quinnemanuel.com<http://www.quinnemanuel.com><http://www.quinnemanuel.com><http://www.quinnemanuel.com>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: David Straite [mailto:dstraite@kaplanfox.com]
Sent: Friday, February 26, 2021 2:44 PM
To: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com>>>; Lesley Weaver <lweaver@bfalaw.com<mailto:lweaver@bfalaw.com<mailto:lweaver@bfalaw.com%3cmailto:lweaver@bfalaw.com>>>; Angelica Ornelas <aornelas@bfalaw.com<mailto:aornelas@bfalaw.com<mailto:aornelas@bfalaw.com%3cmailto:aornelas@bfalaw.com>>>; Josh Samra <jsamra@bfalaw.com<mailto:jsamra@bfalaw.com<mailto:jsamra@bfalaw.com%3cmailto:jsamra@bfalaw.com>>>; Mario M. Choi <mchoi@kaplanfox.com<mailto:mchoi@kaplanfox.com<mailto:mchoi@kaplanfox.com%3cmailto:mchoi@kaplanfox.com>>>; Laurence King <LKing@kaplanfox.com<mailto:LKing@kaplanfox.com<mailto:LKing@kaplanfox.com%3cmailto:LKing@kaplanfox.com>>>; Aaron Schwartz <ASchwartz@kaplanfox.com<mailto:ASchwartz@kaplanfox.com<mailto:ASchwartz@kaplanfox.com%3cmailto:ASchwartz@kaplanfox.com>>>; Nikki Lee <NLee@kaplanfox.com<mailto:NLee@kaplanfox.com<mailto:NLee@kaplanfox.com%3cmailto:NLee@kaplanfox.com>>>; Jay Barnes <jaybarnes@simmonsfirm.com<mailto:jaybarnes@simmonsfirm.com<mailto:jaybarnes@simmonsfirm.com%3cmailto:jaybarnes@simmonsfirm.com>>>; Mitchell Breit <mbreit@simmonsfirm.com<mailto:mbreit@simmonsfirm.com<mailto:mbreit@simmonsfirm.com%3cmailto:mbreit@simmonsfirm.com>>>; Eric Johnson <ejohnson@simmonsfirm.com<mailto:ejohnson@simmonsfirm.com<mailto:ejohnson@simmonsfirm.com%3c

mailto:ejohnson@simmonsfirm.com>>>; An Truong <atruong@simmonsfirm.com<mailto:atruong@simmonsfirm.com<mailto:atruong@simmonsfirm.com%3cmailto:atruong@simmonsfirm.com>>>
Cc: QE Calhoun <qecalhoun@quinnemanuel.com<mailto:qecalhoun@quinnemanuel.com<mailto:qecalhoun@quinnemanuel.com%3cmailto:qecalhoun@quinnemanuel.com>>>
Subject: Re: Calhoun v. Google - March 3 hearing

[EXTERNAL EMAIL]

Dear Jon,

Thanks for your email regarding the treatment of protected material at the hearing next week.

1. With respect to attendees from our side, Plaintiffs only anticipate that current counsel of record and possibly Dr. Green and/or Dr. Cowan would attend (their attendance is possible but not confirmed). Please let us know if Google would object to Drs. Green and Cowan attending any portion of the hearing revealing or discussing Protected Material.

2. With respect to attendees from Google's side, please let us know if you anticipate having your declarants attend or any other attendees other than counsel of record.

3. Finally, with respect to sealing the Courtroom, Plaintiffs oppose. The Court has not ruled on Google's sealing motion yet, the outcome of which involves a balancing of confidentiality against the public's right of access to judicial proceedings. Importantly in this case, Plaintiffs believe Judge Koh's recent decision to livestream the MTD hearing as a matter of "public interest" is relevant to this balance.

Plaintiffs therefore believe the better approach is full public transparency. Even if the Court grants your original sealing motion, disclosure of Protected Material can be minimized and the rest of the hearing can and should be conducted in public view. We are happy to negotiate a protocol to address those limited times when discussion of Protected Material is unavoidable, including using line-page references to the record, or generalities, rather than barring the public from important judicial proceedings. If the "general language" approach doesn't work, as a last resort the Court has the power with Zoom to close the hearing to participants at the appropriate times. But we cannot support your request to shield the entire hearing from the public.

We are happy to discuss further if you wish.

Best,

David A. Straite, CIPP/US
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022

(212) 687-1980

_____

From: Jonathan Tse <jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com>>>>
Sent: Friday, February 26, 2021 1:19 PM
To: David Straite; Lesley Weaver; Angelica Ornelas; Josh Samra; Mario M. Choi; Laurence King; Aaron Schwartz; Nikki Lee; Jay Barnes; Mitchell Breit; Eric Johnson; An Truong
Cc: QE Calhoun
Subject: Calhoun v. Google - March 3 hearing

Counsel,

In light of the upcoming March 3 hearing on Google's Motion for Protective Order (Dkt. 109), which was redacted and filed under seal, Google anticipates that the March 3 hearing will require discussion on information that Google believes is Highly Confidential – Attorneys' Eyes Only as reflected in its written submission. In accordance with Section 5.2(b) of the First Modified Protective Order (Dkt. 61), Google hereby provides notice so that you can take steps to "ensure that only authorized individuals who have signed the 'Acknowledgment and Agreement to Be Bound' (Exhibit A) are present" at the March 3 hearing.

In addition, please let us know if you oppose a request to seal the upcoming March 3 hearing.

Best,

Jon

Jonathan Tse
Associate,
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com<mailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com%3cmailto:jonathantse@quinnemanuel.com>>>>
www.quinnemanuel.com<http://www.quinnemanuel.com><http://www.quinnemanuel.com><http://www.quinnemanuel.com><http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly

prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.