1   COOLEY LLP                                COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)            ROBBY L.R. SALDAÑA
2   (rhodesmg@cooley.com)                     (DC No. 1034981)
    JEFFREY M. GUTKIN (SBN 216083)            (rsaldana@cooley.com)
3   (jgutkin@cooley.com)                      (*pro hac vice* application pending)
    AARTI REDDY (SBN 274889)                  1299 Pennsylvania Avenue, NW
4   (areddy@cooley.com)                       Suite 700
    KYLE WONG (SBN 224021)                    Washington, DC 20004-2400
5   kwong@cooley.com                          Telephone:   +1 202 776 2109
    KELSEY R. SPECTOR (SBN 321488)            Facsimile:   +1 202 842 7899
6   (kspector@cooley.com)
    COLIN S. SCOTT (SBN 318555)
7   (cscott@cooley.com)
    3 Embarcadero Center, 20th floor
8   San Francisco, CA 94111-4004
    Telephone:   +1 415 693 2000
9   Facsimile:   +1 415 693 2222

10  Attorneys for Defendant
    GOOGLE LLC

11

12

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18  In re Google RTB Consumer Privacy          Master File No. 5:21-cv-02155-LHK
    Litigation,
19                                             **NOTICE OF APPEARANCE OF AARTI REDDY
                         Plaintiffs,           FOR DEFENDANT GOOGLE LLC**
20
            v.
21
    This Document Relates to:  *all actions*,
22
                         Defendant.
23

24

25

26

27

28

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2   **PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") files this Notice of

3   Appearance and hereby notifies the Court and all parties that Aarti Reddy of the law firm Cooley

4   LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters her

5   appearance as counsel of record for Google in the above-referenced matter.

6   All pleadings, discovery, correspondence, and other materials should be served upon

7   counsel at:

8   Aarti Reddy (areddy@cooley.com)
    Cooley LLP
9   3 Embarcadero Center, 20th Floor
    San Francisco, CA 94111-4004
10   Telephone:    (415) 693-2000
11   Facsimile:    (415) 693-2222

12

13   Dated: December 10, 2021                COOLEY LLP

14

15                                           By: */s/ Aarti Reddy*
                                                  Aarti Reddy
16
                                             Attorney for Defendant
17                                           GOOGLE LLC

18

19

20

21

22

23

24

25

26

27

28   260902834

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF AARTI REDDY
FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-LHK