COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE WONG (SBN 224021)
kwong@cooley.com
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 5:21-cv-02155-LHK<br><br>**NOTICE OF JOINT DETAILED TIMELINE FOR MEETING 4/21/2022 SUBSTANTIAL DOCUMENT PRODUCTION DEADLINE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUPPLEMENTAL JOINT
SUBMISSION RE: TIMELINE FOR 4/21/2022
CASE NO. 5:21-CV-02155-LHK

December 17, 2021

**Submitted via ECF**

Magistrate Judge Virginia K. DeMarchi
San Jose Courthouse
Courtroom 2 - 5th Floor
280 South 1st Street
San Jose, CA 95113

**Re: Supplemental Joint Submission re: Timeline for 4/21/2022
In re Google RTB Consumer Privacy Litigation, Case No. 5:21-cv-02155**

Dear Magistrate Judge DeMarchi:

      Pursuant to Your Honor's Order dated November 4, 2021 in *In Re Google RTB Consumer Privacy Litigation* (Dkt. No. 116), the parties met and conferred regarding a concrete plan to ensure substantial completion of document production by April 21, 2022. The parties' jointly submitted agreement is attached as Exhibit A.

      Sincerely,

Dated: December 17, 2021

COOLEY LLP
MICHAEL G. RHODES
JEFFREY M. GUTKIN
AARTI REDDY
KYLE WONG
ROBBY L.R. SALDAÑA
KELSEY R. SPECTOR
COLIN S. SCOTT

By: */s/ Jeffrey M. Gutkin*
      Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF SUPPLEMENTAL JOINT
SUBMISSION RE: TIMELINE FOR 4/21/2022
CASE NO. 5:21-CV-02155-LHK

| | | |
|---|---|---|
| Dated: December 17, 2021 | | PRITZKER LEVINE LLP |
| | | By: */s/ Elizabeth C. Pritzker* |
| | | ELIZABETH C. PRITZKER (SBN 146267) |
| | | 1900 Powell Street, Suite 450 |
| | | Emeryville, CA 94608 |
| | | Tel.: (415) 692-0772 |
| | | Fax: (415) 366-6110 |
| | | ecp@pritzkerlevine.com |
| | | |
| Dated: December 17, 2021 | | DiCELLO LEVITT GUTZLER LLC |
| | | By: */s/ David A. Straite* |
| | | DAVID A. STRAITE (admitted pro hac vice) |
| | | One Grand Central Place |
| | | 60 East 42nd Street, Suite 2400 |
| | | New York, NY 10165 |
| | | Tel.: (646) 933-1000 |
| | | dstraite@dicellolevitt.com |
| | | |
| Dated: December 17, 2021 | | BLEICHMAR FONTI & AULD LLP |
| | | By: */s/ Anne K. Davis* |
| | | ANNE K. DAVIS (SBN 267909) |
| | | 555 12th Street, Suite 1600 |
| | | Oakland, CA 94607 |
| | | Tel.: (415) 445-4003 |
| | | Fax: (415) 445-4020 |
| | | adavis@bfalaw.com |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NOTICE OF SUPPLEMENTAL JOINT
SUBMISSION RE: TIMELINE FOR 4/21/2022
CASE NO. 5:21-CV-02155-LHK

| | | |
|---|---|---|
| 1 | Dated: December 17, 2021 | COTCHETT, PITRE & McCARTHY LLP |
| 2 | | |
| 3 | | By: */s/ Karin B. Swope* |
| | | KARIN B. SWOPE (admitted pro hac vice) |
| 4 | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, CA 94010 |
| 5 | | Tel.: (650) 697-6000 |
| | | Fax: (650) 697-0577 |
| 6 | | kswope@cpmlegal.com |
| 7 | | *Counsel for Plaintiffs and the Proposed Class* |

260902834

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

NOTICE OF SUPPLEMENTAL JOINT
SUBMISSION RE: TIMELINE FOR 4/21/2022
CASE NO. 5:21-CV-02155-LHK

# Exhibit A

*In re Google RTB Consumer Privacy Litig.*, No. 5:21-cv-02155-LHK (N.D. Cal.)
**Parties' Joint Detailed Timeline for Meeting 4/21/2022 Substantial Document Production Deadline**

| Deadline (subject to Parties' joint modification) | Event |
|---|---|
| Dec. 7, 2021 | Plaintiffs completed production of third-party documents received to-date |
| Dec. 10, 2021 | Google made a production of targeted collection documents |
| Dec. 15, 2021 | Responding Parties to share proposed custodians, proposed search terms, and description of non-custodial sources for RFPs served prior to this date ("Initial RFPs") |
| Dec. 17, 2021 | Google to make a production of targeted collection documents |
| Dec. 17, 2021 | Parties to submit joint statement re discovery plan to Judge DeMarchi no later than 5:00 p.m. P.T. |
| Dec. 22, 2021 | Plaintiffs to begin production of non-email documents |
| Dec. 23, 2021 | No later than 1:00 p.m. PT, Requesting Parties to provide responses and suggestions for additional custodians/non-custodial sources/search terms for Initial RFPs |
| Jan. 7, 2022 | Parties, including at least one lead counsel per side, to hold meet and confer on proposed additional custodians/non-custodial sources/search terms |
| Jan. 10, 2022 | Parties to serve any additional RFPs subject to the substantial completion deadline ("New RFPs") |
| Jan. 17, 2022 | Parties to finalize meet and confer discussions on their respective responses for outstanding Initial RFPs |
| Jan. 18, 2022 | Parties to hold additional meet and confer on proposed additional custodians/non-custodial sources/search terms for Initial RFPs |
| Jan. 21, 2022 | Google to make a production of targeted collection documents; Plaintiffs to make a production of non-email documents |
| Jan. 26, 2021 | If necessary, parties file discovery brief on any impasse issues concerning their respective Responses and Objections to the Initial RFPs |
| Jan. 28, 2022 | Parties to hold final meet and confer on proposed additional custodians/non-custodial sources/search terms for Initial RFPs, if necessary |

| | |
|---|---|
| Jan. 28, 2022 | Parties to begin a rolling production of documents not subject to targeted collection ("review documents") |
| Feb. 2. 2022 | Parties to exchange objections and responses to New RFPs |
| Feb. 3, 2022 | Google to substantially complete production of targeted collection documents; Plaintiffs to substantially complete production of non-email documents |
| Feb. 4, 2022 | If necessary, parties file discovery brief for any disputes regarding custodians, search terms, non-custodial source information for December 2021 proposals |
| Feb. 8, 2022 | Parties to hold meet and confer on New RFPs, if necessary |
| Feb. 15, 2022 | Parties to hold final meet and confer on New RFPs, if necessary |
| Feb. 18, 2022 | No later than 5:00 p.m. PT, Responding Parties to share proposed custodians, proposed search terms, and description of non-custodial sources for New RFPs |
| Feb. 22, 2022 | No later than 5:00 p.m. PT, Requesting Parties to provide responses and suggestions for additional custodians/non-custodial sources/search terms for New RFPs |
| Feb. 25, 2022 | Parties to make a production of review documents and update regarding progress towards substantial completion of documents identified to-date |
| Mar. 1, 2022 | If necessary, Parties to submit discovery letter brief(s) to Judge DeMarchi for disputes about New RFPs |
| Mar. 1, 2022 | Parties, including at least one lead counsel per side, to hold meet and confer on proposed additional custodians/non-custodial sources/search terms for New RFPs |
| Mar. 8, 2022 | Parties to hold final meet and confer on proposed additional custodians/non-custodial sources/search terms for New RFPs, if necessary |
| Mar. 15, 2022 | If necessary, parties file discovery brief for any disputes regarding custodians, search terms, non-custodial source information for February 2022 proposals |
| Mar. 25, 2022 | Parties to make a production of review documents |
| Apr. 21, 2022 | Parties to substantially complete production of documents, including making a production of remaining review documents |