| | |
|---|---|
| **PRITZKER LEVINE LLP** <br> Elizabeth C. Pritzker (SBN 146267) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> Fax: (415) 366-6110 <br> *ecp@pritzkerlevine.com* | **SIMMONS HANLY CONROY LLC** <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> *jaybarnes@simmonsfirm.com* |
| **BLEICHMAR FONTI & AULD LLP** <br> Lesley Weaver (SBN 191305) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* | **COTCHETT, PITRE & McCARTHY, LLP** <br> Nanci E. Nishimura (SBN 152621) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> Tel.: (650) 697-6000 <br> Fax: (650) 697-0577 <br> *nnishimura@cpmlegal.com* |
| **DICELLO, LEVITT, & GUTZLER, LLP** <br> David A. Straite (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, NY 10165 <br> Tel.: (646) 933-1000 <br> *dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.** <br> Francis A. Bottini, Jr. (SBN 175783) <br> 7817 Ivanhoe Avenue, Suite 102 <br> La Jolla, CA 92037 <br> Tel.: (858) 914-2001 <br> Fax: (858) 914-2002 <br> *fbottini@bottinilaw.com* |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. <br><br> *Calhoun et al. v. Google LLC* | Master File No. 5:21-cv-02155-LHK-VKD <br><br> Related action: <br> Case No. 5:20-cv-05146-LHK-VKD <br><br> **NOTICE OF JOINDER IN MOTION FOR EMERGENCY RELIEF UNDER FED. R. CIV. P. 23(d) AND MOTION FOR AN ORDER SHORTENING TIME FILED BY *CALHOUN* PLAINTIFFS IN RELATED CASE NO. 5: 20-CV-05146-LHK-VKD (ECF NOS. 418, 419)** <br><br> Judge:  Hon. Lucy H. Koh <br> Hearing Date:  March 31, 2022 <br> Hearing Time:  1:30pm |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs in the *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-LHK-VKD ("*Google RTB*"), hereby give notice that they join in the Motion for Emergency Relief Under Fed. R. Civ. P. 23(d) filed by plaintiffs in *Calhoun et al. v. Google* LLC, Case No. 5:20-cv-05146-LHK-VKD, at ECF No. 418. The *Google RTB* Plaintiffs also join in the *Calhoun* plaintiffs' Motion for an Order Shortening Time, filed in Case No. 5:20-cv-05146-LHK-VKD, at ECF No. 419. *Google RTB* was deemed related to *Calhoun* by order dated June 24, 2021, filed as ECF. No. 69 in Case No. 5:21-02155-LHK-VKD.

The *Google RTB* Plaintiffs further advise that at least one named plaintiff in the action, John Kevranian, recently received an email from Google with the subject line, "Learn more about our updated Terms of Service," which email is similar in substance and content to the email exemplars attached as Exhibits 1 and 2 to the Declaration of An V. Trong filed in *Calhoun*, Case No. 5:20-cv-05146-LHK-VKD, at ECF 418-1.

December 22, 2021                               Respectfully submitted,

**PRITZKER LEVINE LLP**

By:   /s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By:   /s/ *Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)

555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By: */s/ Jay Barnes*
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**

By: *//s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*;

Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)

Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Tel.: (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By:  <u>/s/ Nanci E. Nishimura</u>
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
Noorjahan Rahman (Cal. Bar No. 330572)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                                */s/ Elizabeth C. Pritzker*
                                                                Elizabeth C. Pritzker