| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI G. REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: +1 202 776 2109<br>Facsimile: +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 5:21-cv-02155-LHK<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' NOTICE OF JOINDER IN MOTION FOR EMERGENCY RELIEF UNDER FED. R. CIV. P. 23(D) AND MOTION FOR AN ORDER SHORTENING TIME FILED BY CALHOUN PLAINTIFFS IN RELATED CASE NO. 5:20-CV-05146-LHK-VKD (ECF NOS. 418, 419)**<br><br>Judge: Hon. Lucy H. Koh<br>Hearing Date: March 31, 2022<br>Hearing Time: 1:30 p.m. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECL. ISO GOOGLE'S OPPOSITION
TO NOTICE OF JOINDER
CASE NO. 5:21-CV-02155-LHK

I, Jeffrey M. Gutkin, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Defendant Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155 ("*Google RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Opposition to Joinder in Motion for Emergency Relief Under Fed. R. Civ. P. 23(d) and Motion for an Order Shortening Time by *Calhoun* Plaintiffs in Related Case No. 5:20-cv-05146-LHK (ECF Nos. 418, 419) filed by the *Google RTB* Plaintiffs. Except as noted otherwise, I have personal knowledge of the facts herein and I am competent to testify.

2. Counsel for the *Google RTB* Plaintiffs never contacted me to discuss the issues identified in the Motion for Emergency Relief Under Fed. R. Civ. P. 23(d) filed by Plaintiffs in *Calhoun v. Google LLC*, Case No. 5:20-cv-05146. *See id.*, ECF No. 418 (hereinafter, "Rule 23(d) Motion"). Counsel for the *Google RTB* Plaintiffs also did not contact me to discuss shortening any briefing schedule regarding the issues identified in the *Calhoun* Plaintiffs' Rule 23(d) Motion.

3. Accordingly, the first time I learned that the *Google RTB* Plaintiffs intended to raise with the Court any of the issues raised by the *Calhoun* Plaintiffs was when the *Google RTB* Plaintiffs purported to "join" the Rule 23(d) Motion and the Motion to Shorten Time[1] on December 22, 2021. *See Google RTB*, Case No. 5:21-cv-02155, ECF No. 128; *Calhoun*, Case No. 5:20-cv-05146, ECF No. 423.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2021, at Oakland, California.

*/s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

261703290

---

[1] *Calhoun*, Case No. 5:20-cv-05146, ECF No. 419, *Calhoun* Plaintiffs' Motion to Shorten Time for Briefing on Plaintiffs' Motion for Emergency Relief Under Fed. R. Civ. P. 23(d) and to Expedite Hearing.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GUTKIN DECL. ISO GOOGLE'S OPPOSITION
TO NOTICE OF JOINDER
CASE NO. 5:21-CV-02155-LHK