| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com* | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* |
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (SBN 191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **COTCHETT, PITRE & McCARTHY, LLP**<br>Nanci E. Nishimura (SBN 152621)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br>*nnishimura@cpmlegal.com* |
| **DICELLO, LEVITT, & GUTZLER, LLP**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br>Fax: (858) 914-2002<br>*fbottini@bottinilaw.com* |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-LHK-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING GOOGLE'S NEW TERMS OF SERVICE**<br><br>**Civil L.R. 6-1(b); 6-2(a)**<br><br>**Judge: Honorable Lucy H. Koh** |

WHEREAS, Google LLC ("Google") has announced new Terms of Service (the "New TOS") governing the relationship between Google and users of various Google Services; and

WHEREAS, the effective date of the New TOS is planned for January 5, 2022; and

WHEREAS, Google contends that the New TOS will apply to the use of Google's services; and

WHEREAS, Plaintiffs in this litigation represent a putative class of Google account holders who may have used Google's services prior to January 5, 2022, and/or may use Google's services on or after that date; and

WHEREAS, the New TOS adds a new provision that "Google isn't liable for . . . punitive damages"; and

WHEREAS, the New TOS also adds a new provision that "Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute"; and

WHEREAS, the parties conferred and agreed that the New TOS shall not apply to extinguish or limit claims in this existing ligation as set forth below;

NOW, THEREFORE, the Parties stipulate as follows, subject to Court approval:

1. Google's New TOS does not release, extinguish or limit any claims for punitive damages in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-LHK-VKD ("*Google RTB*") that existed prior to January 5, 2022, either for named plaintiffs or putative class members.

2. The $200 liability cap in Google's New TOS shall not apply in the *Google RTB* litigation to limit any claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

3. Plaintiffs agree to withdraw their request to join the *Calhoun et al. v. Google LLC*, Case No. 5:20-cv-05146-LHK-SVK Motions (1) to Shorten Time and Expedite Hearing (*Calhoun*, ECF No. 419) and (2) for Emergency Relief Pursuant to Rule 23(d) (*Calhoun*, ECF No. 418)*, Google RTB*, ECF No. 128, both of which the *Calhoun* court denied as moot (*Calhoun*, ECF No. 446).

1

SO STIPULATED.

Dated: January 4, 2022

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker* <br> Elizabeth C. Pritzker (SBN 146267) <br> Bethany Caracuzzo (SBN 190687) <br> Jonathan K. Levine (SBN 220289) <br> Caroline C. Corbitt (SBN 305492) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> Fax: (415) 366-6110 <br> ecp@pritzkerlevine.com <br> jkl@pritzkerlevine.com <br> bc@pritzkerlevine.com <br> ccc@pritzkerlevine.com <br><br> *Interim Class Counsel* <br><br> **BLEICHMAR FONTI & AULD LLP** <br><br> By: */s/ Lesley Weaver* <br> Lesley Weaver (SBN 191305) <br> Matthew S. Melamed (SBN 260272) <br> Anne K. Davis (SBN 267909) <br> Angelica M. Ornelas (SBN 285929) <br> Joshua D. Samra (SBN 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> mmelamed@bfalaw.com <br> adavis@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ Jeffrey M. Gutkin* <br> MICHAEL G. RHODES (SBN 116127) <br> (rhodesmg@cooley.com) <br> JEFFREY M. GUTKIN (SBN 216083) <br> (jgutkin@cooley.com) <br> AARTI G. REDDY (SBN 274889) <br> (areddy@cooley.com) <br> KYLE C. WONG (SBN 224021) <br> (kwong@cooley.com) <br> ROBBY L.R. SALDAÑA (pro hace vice) <br> (rsaldana@cooley.com) <br> KELSEY R. SPECTOR (SBN 321488) <br> (kspector@cooley.com) <br> COLIN S. SCOTT (SBN 318555) <br> (cscott@cooley.com) <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111-5800 <br> Tel: (415) 693-2000 <br> Fax: (415) 693-2222 <br><br> *Counsel for Defendant GOOGLE LLC* |

1 | **SIMMONS HANLY CONROY LLC**

2 | By: */s/ Jay Barnes*
Jason 'Jay' Barnes (pro hac vice)
3 | An Truong (pro hac vice)
Eric Johnson (pro hac vice)
4 | 112 Madison Avenue, 7th Floor
New York, NY 10016
5 | Tel.: (212) 784-6400
Fax: (212) 213-5949
6 | jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
7 | ejohnson@simmonsfirm.com

8 | **DiCELLO LEVITT GUTZLER LLC**

9 | By: */s/ David A. Straite*
David A. Straite (admitted pro hac vice)
10 | One Grand Central Place
60 East 42nd Street, Suite 2400
11 | New York, NY 10165
Tel.: (646) 933-1000
12 | dstraite@dicellolevitt.com

13 | Amy Keller (admitted pro hac vice)
Adam Levitt (admitted pro hac vice)
14 | James Ulwick (admitted pro hac vice)
Ten North Dearborn St., Sixth Floor
15 | Chicago, IL 60602
Tel.: (312) 214-7900
16 | akeller@dicellolevitt.com
alevitt@dicellolevitt.com
17 | julwick@dicellolevitt.com

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
GOOGLE'S NEW TERMS OF SERVICE                                        Case No. 5:21-cv-2155-LHK-VKD

1  **BOTTINI & BOTTINI, INC.**

2  By: */s/ Francis A. Bottini, Jr.*
   Francis A. Bottini, Jr. (SBN 175783)
3  Albert Y. Chang (SBN 296065)
   Anne Beste (SBN 326881)
4  Yury A. Kolesnikov (SBN 271173)
   Nicholaus Woltering (SBN 337193)
5  7817 Ivanhoe Avenue, Suite 102
   La Jolla, CA 92037
6  Telephone: (858) 914-2001
   Facsimile: (858) 914-2002
7  fbottini@bottinilaw.com
   achang@bottinilaw.com
8  abeste@bottinilaw.com
   ykolesnikov@bottinilaw.com
9  nwoltering@bottinilaw.com

10
   **COTCHETT, PITRE & McCARTHY LLP**
11
   By: */s/ Nanci E. Nishimura*
12 Nanci E. Nishimura (SBN 152621)
   Brian Danitz (SBN 247403)
13 Karin B. Swope (admitted pro hac vice)
   Noorjahan Rahman (SBN 330572)
14 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
15 Tel.: (650) 697-6000
   Fax: (650) 697-0577
16 nnishimura@cpmlegal.com
   bdanitz@cpmlegal.com
17 kswope@cpmlegal.com

18 *Counsel for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER
REGARDING GOOGLE'S NEW TERMS OF SERVICE**

**SO ORDERED.**

Dated:  January ___, 2022

_____
Hon. Lucy H. Koh
United States District Court Judge for the
Northern District of California

**FILER ATTESTATION**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on January 4, 2022 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker