**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**KAPLAN FOX & KILSHEIMER LLP**
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
*dstraite@kaplanfox.com*

Laurence D. King (Cal. Bar No. 206423)
Mario Choi (Cal. Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 5 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1  WHEREAS, on February 17, 2021, Google filed its Motion for a Protective Order (Dkt. 109) ("Motion") and its Administrative Motion to Seal Portions of Google's Motion for a Protective Order and Supporting Declaration (Dkt. 108);

WHEREAS, on March 2, 2021, Google filed its Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (Dkt. 123), where Google proposed that "the Court seal the March 5 hearing and that Google will file a motion to seal the March 5 transcript after the sealed hearing to redact any confidential information";

WHEREAS, on March 3, 2021, the Court granted Google's Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (Dkt. 124);

WHEREAS, on March 5, 2021, the Court conducted the hearing on Google's Motion under seal;

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery Material  as Modified by the Court (Dkt. 61);

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the March 5 hearing on Google's Motion may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | | |
|---|---|---|
| 1 | DATED: March 5, 2021 | |
| 2 | **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | | |
| 4 | By:      */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305) | By:  */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted pro hac vice) |
| 5 | Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600 | andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 6 | Oakland, CA 94607<br>Tel.: (415) 445-4003 | Telephone: (312) 705-7400 |
| 7 | Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | Facsimile: (312) 705-7401 |
| 8 | *aornelas@bfalaw.com*<br>*jsamra@bfalaw.com* | Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com |
| 9 | | Viola Trebicka (CA Bar No. 269526) |
| 10 | **KAPLAN FOX & KILSHEIMER LLP** | violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor |
| 11 | By:      */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*) | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 12 | Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue | Facsimile: (213) 443-3100 |
| 13 | New York, NY 10022<br>Telephone: (212) 687-1980 | Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com |
| 14 | Facsimile: (212) 687-7714<br>*dstraite@kaplanfox.com* | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 15 | | Telephone: (212) 849-7000 |
| 16 | Laurence D. King (State Bar No. 206423)<br>Mario Choi (State Bar No. 243409) | Facsimile: (212) 849-7100 |
| 17 | 1999 Harrison Street, Suite 1560<br>Oakland, CA 94612 | Josef Ansorge (admitted pro hac vice) |
| 18 | Tel.:     (415) 772-4700<br>Fax:     (415) 772-4707 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 |
| 19 | *lking@kaplanfox.com* | Washington D.C., 20005<br>Telephone: (202) 538-8000 |
| 20 | **SIMMONS HANLY CONROY LLC** | Facsimile: (202) 538-8100 |
| 21 | By:       */s/ Jay Barnes*<br>Mitchell M. Breit (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| 22 | Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*) | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 23 | 112 Madison Avenue, 7th Floor<br>New York, NY 10016 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 24 | Tel.: (212) 784-6400<br>Fax: (212) 213-5949 | Facsimile: (415) 875-6700 |
| 25 | *mbreit@simmonsfirm.com*<br>*jaybarnes@simmonsfirm.com* | Thao Thai (CA Bar No. 324672) |
| 26 | | thaothai@quinnemanuel.com |
| 27 | *Counsel for Plaintiffs* | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 28 | | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

*Attorneys for Defendant Google LLC*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Date: _____, 2021

4                                                      Hon. Susan van Keulen
                                                    United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2021, at Chicago, Illinois.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro