1   COOLEY LLP                              COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)         ROBBY L.R. SALDAÑA
2   (rhodesmg@cooley.com)                  (DC No. 1034981)
    JEFFREY M. GUTKIN (SBN 216083)         (rsaldana@cooley.com)
3   (jgutkin@cooley.com)                   (*pro hac vice*)
    AARTI G. REDDY (SBN 274889)            1299 Pennsylvania Avenue, NW
4   (areddy@cooley.com)                    Suite 700
    KYLE C. WONG (224021)                  Washington, DC 20004-2400
5   (kwong@cooley.com)                     Telephone:    +1 202 776 2109
    KELSEY R. SPECTOR (SBN 321488)         Facsimile:    +1 202 842 7899
6   (kspector@cooley.com)
    COLIN S. SCOTT (SBN 318555)
7   (cscott@cooley.com)
    3 Embarcadero Center, 20th floor
8   San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
9   Facsimile:    +1 415 693 2222

10  Attorneys for Defendant
    GOOGLE LLC

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16  *In re Google RTB Consumer Privacy Litigation*    Master File No. 5:21-cv-02155-LHK

17                                                     **DEFENDANT GOOGLE LLC'S RESPONSE
                                                       TO ECF 132**

18  This Document Relates to:  *all actions.*

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to the Court's January 5, 2022 Notice (ECF 132), Google LLC respectfully

2  requests reassignment of this case to a district judge.

3

4  Dated: January 12, 2022                          COOLEY LLP
                                                     MICHAEL G. RHODES
5                                                    JEFFREY M. GUTKIN
                                                     AARTI REDDY
6                                                    KYLE C. WONG
                                                     ROBBY L.R. SALDAÑA
7                                                    KELSEY R. SPECTOR
                                                     COLIN S. SCOTT
8

9

10                                                   By: /s/ Jeffrey Gutkin
                                                         Jeffrey M. Gutkin
11

12                                                   Attorneys for Defendant
                                                     GOOGLE LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28