**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
840 Malcom Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*

**BOTTINI & BOTTINI, INC**.
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel. (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to all actions. | Master Case No. 5:21-cv-02155-LHK<br><br>**PLAINTIFFS' RESPONSE TO DKT. NO. 132** |

Pursuant to the Court's January 5, 2022 Order, (Dkt. No. 132), the parties have met and confer but were unable to collectively agree or consent to a transfer of the above-entitled

consolidated cases[1] to a Magistrate Judge for all purposes. Accordingly, Plaintiffs respectfully request reassignment of these consolidated cases to a District Court Judge.

Respectfully submitted,

| **PRITZKER LEVINE LLP** | **SIMMONS HANLY CONROY LLC** |
|---|---|
| */s/ Elizabeth C. Pritzker* | */s/ Jay Barnes* |
| Elizabeth C. Pritzker (SBN 146267) | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| Jonathan K. Levine (SBN 220289) | An Truong (admitted *pro hac vice*) |
| Bethany Caracuzzo (SBN 190687) | Eric Johnson (admitted *pro hac vice*) |
| 1900 Powell Street, Suite 450 | 112 Madison Avenue, 7th Floor |
| Emeryville, CA 94608 | New York, NY 10016 |
| Tel.: (415) 692-0772 | Tel.: (212) 784-6400 |
| Fax: (415) 366-6110 | Fax: (212) 213-5949 |
| ecp@pritzkerlevine.com | *jaybarnes@simmonsfirm.com* |
| jkl@pritzkerlevine.com | *atruong@simmonsfirm.com* |
| bc@pritzkerlevine.com | *ejohnson@simmonsfirm.com* |

*Interim Class Counsel*

| **BLEICHMAR FONTI & AULD LLP** | **BOTTINI & BOTTINI, INC.** |
|---|---|
| */s/ Lesley Weaver* | */s/ Francis A. Bottini, Jr.* |
| Lesley Weaver (SBN 191305) | Francis A. Bottini, Jr. (SBN 175783) |
| Anne K. Davis (SBN 267909) | Albert Y. Chang (SBN 296065) |
| Joshua D. Samra (SBN 313050) | Anne Beste (SBN 326881) |
| 555 12th Street, Suite 1600 | Yury A. Kolesnikov (SBN 271173) |
| Oakland, CA 94607 | Nicholaus Woltering (SBN 337193) |
| Tel.: (415) 445-4003 | 7817 Ivanhoe Avenue, Suite 102 |
| Fax: (415) 445-4020 | La Jolla, CA 92037 |
| *lweaver@bfalaw.com* | Tel.: (858) 914-2001 |
| *adavis@bfalaw.com* | Fax: (858) 914-2002 |
| *jsamra@bfalaw.com* | *fbottini@bottinilaw.com* |
| | *achang@bottinilaw.com* |
| | *abeste@bottinilaw.com* |
| | *ykolesnikov@bottinilaw.com* |
| | *nwoltering@bottinilaw.com* |

---

[1] By order dated June 24, 2021, the following actions were consolidated with and under the above-referenced master case number: *Delahunty v. Google*, Case No. 5: 21-CV-03360-LHK, and *Toronto v. Google*, Case No. 21-CV-03725-LHK. *See* Dkt. No. 69, filed in Case No. 5:21-cv-02155-LHK.

- 2 -     Case No. 5:21-cv-02155-LHK-VKD
PLAINTIFFS' RESPONSE TO DKT. NO. 132

| | |
|---|---|
| **DICELLO LEVITT GUTZLER LLC** | **COTCHETT, PITRE & McCARTHY LLP** |
| */s/ David Straite* | */s/ Nanci E. Nishimura* |
| David A. Straite (admitted *pro hac vice*) | Nanci E. Nishimura (SBN 152621) |
| One Grand Central Place | Brian Danitz (SBN 247403) |
| 60 E. 42nd Street, Suite 2400 | Karin B. Swope (admitted *pro hac vice*) |
| New York, NY 10165 | 840 Malcolm Road, Suite 200 |
| Tel.: (646) 993-1000 | Burlingame, CA 94010 |
| dstraite@dicellolevitt.com | Tel.: (650) 697-6000 |
| | Fax: (650) 697-0577 |
| Amy E. Keller (admitted *pro hac vice*) | nnishimura@cpmlegal.com |
| Adam Levitt (admitted *pro hac vice*) | bdanitz@cpmlegal.com |
| James Ulwick (admitted *pro hac vice*) | kswope@cpmlegal.com |
| Ten North Dearborn Street, Sixth Floor | |
| Chicago, IL 60602 | |
| Tel.: (312) 214-7900 | |
| akeller@dicellolevitt.com | |
| alevitt@dicellolevitt.com | |
| julwick@dicellolevitt.com | |

*Counsel for Plaintiffs and the Proposed Class*

**FILER ATTESTATION**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on January 12, 2022 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker