1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
3   (jgutkin@cooley.com)
    AARTI REDDY (SBN 274889)
4   (areddy@cooley.com)
    KYLE C. WONG (224021)
5   (kwong@cooley.com)
    KELSEY R. SPECTOR (SBN 321488)
6   (kspector@cooley.com)
    COLIN S. SCOTT (SBN 318555)
7   (cscott@cooley.com)
    3 Embarcadero Center, 20th floor
8   San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
9   Facsimile:    +1 415 693 2222

    COOLEY LLP
    ROBBY L.R. SALDAÑA
    (DC No. 1034981)
    (rsaldana@cooley.com)
    (*pro hac vice*)
    1299 Pennsylvania Avenue, NW
    Suite 700
    Washington, DC 20004-2400
    Telephone:    +1 202 776 2109
    Facsimile:    +1 202 842 7899

10  Attorneys for Defendant
    GOOGLE LLC

11

12

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18  In re Google RTB Consumer Privacy
    Litigation,

19

20  This Document Relates to: *all actions*,

21

22

    Master File No. 5:21-cv-02155-EJD

    **NOTICE OF PARTIAL WITHDRAWAL OF
    DEFENDANT GOOGLE LLC'S RESPONSE TO
    PLAINTIFFS' ADMINISTRATIVE MOTION TO
    CONSIDER WHETHER ANOTHER PARTY'S
    MATERIAL SHOULD BE SEALED (ECF NO.
    119)**

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Defendant Google LLC ("Google") hereby respectfully withdraws a portion of its Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Response"). (ECF No. 119.)

On November 10, 2021, Google filed its Response and asked the Court to seal references to confidential material described in Plaintiffs' Second Corrected Memorandum of Points and Authorities in Opposition to Google's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Opposition") (ECF No. 103) as well as portions of two documents filed as Exhibits A and B to the Declaration of Elizabeth C. Pritzker in support thereof ("Pritzker Decl."). (ECF Nos. 103-2 and 103-3.)  Specifically, Google asked the Court to seal the following information:

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Opposition to Motion to Dismiss | Portions Redacted at: Footnote 2, lines 24-27 Page 24, line 22 Pages 25, lines 1-3 | Google |
| Exhibit A to the Declaration of Elizabeth C. Pritzker | Portions Redacted in Paragraphs 1.61, 2, 3, 5.1(b), 5.2, 6, 15, 16, 17, 18, and Exhibits A, B, C, and E, as well as Amendment Nos. 1, 2, and 4. | Google |
| Exhibit B to the Declaration of Elizabeth C. Pritzker | Portions Redacted | Google |

(ECF No. 119.)  Google now understands that certain portions of Exhibit A to the Pritzker Declaration (ECF No. 103-2), for which Google previously sought confidential treatment, have been filed publicly in another proceeding.  Therefore, Google respectfully withdraws its motion to seal those portions of Exhibit A along with the references to them in the Opposition, as reflected in the chart below.

| Document | Portions to no longer be filed Under Seal |
|---|---|
| Opposition to Motion to Dismiss (ECF No. 103) | Portions Redacted at: Footnote 2, lines 24-25 |
| Exhibit A to the Pritzker Decl. (ECF No. 103-2) | Portions Redacted in Paragraphs 2, 3, 5.1(b), 5.2, 6, 15, 16, 17, 18, and Exhibits A, B, C, and E, as well as Amendment Nos. 1, 2, and 4. |

1    For clarity, Google maintains its request for confidential treatment for all of the remaining

2  information it originally sought to seal.  This includes the portions of the Opposition that are not

3  identified in the table immediately above, Exhibit A to the Pritzker Declaration at GOOGE-HEWT-

4  00048252, GOOGE-HEWT-00048275, GOOGE-HEWT-00048294-95, GOOGE-HEWT-00048299,

5  GOOGE-HEWT-00048301-02, and GOOGE-HEWT-00048305, and the portions of Exhibit B to the

6  Pritzker Declaration that Google originally sought to seal.

7

8  Dated: January 21, 2022                    COOLEY LLP
                                               MICHAEL G. RHODES
9                                              JEFFREY M. GUTKIN
                                               ROBBY L.R. SALDAÑA
10                                             AARTI REDDY
                                               KYLE C. WONG
11                                             KELSEY R. SPECTOR
                                               COLIN S. SCOTT
12

13
                                               By: /s/ Jeffrey M. Gutkin
14                                                  Jeffrey M. Gutkin

15                                             Attorneys for Defendant
                                               GOOGLE LLC
16

17

18

19
   262241864
20

21

22

23

24

25

26

27

28