| | |
|---|---|
| 1 | NANCI E. NISHIMURA (SBN 152621) |
| | nnishimura@cpmlegal.com |
| 2 | BRIAN DANITZ (SBN 247403) |
| | bdanitz@cpmlegal.com |
| 3 | KARIN SWOPE (PRO HAC VICE) |
| | kswope@cpmlegal.com |
| 4 | ANDREW F. KIRTLEY (SBN 328023) |
| | akirtley@cpmlegal.com |
| 5 | BETHANY M. HILL (SBN 326358) |
| | bhill@cpmlegal.com |
| 6 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | 840 Malcom Road, Suite 200 |
| 7 | Burlingame, CA  94010 |
| | Tel.: (650) 697-6000 |
| 8 | Fax: (650) 697-0577 |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*<br><br>This Document Relates To: *all actions*. | Master File No. 4:21-cv-02155-YGR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY NOORJAHAN RAHMAN** |

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Noorjahan Rahman is no longer associated with Cotchett, Pitre & McCarthy, LLP and no longer represents Plaintiffs in this matter. Please remove Ms. Rahman from the docket as counsel of record. Other attorneys from Cotchett, Pitre & McCarthy, LLP will continue to represent Plaintiffs, including Nanci E. Nishimura, Brian Danitz, Karin Swope, Andrew F. Kirtley and Bethany M. Hill.

Dated: January 25, 2022                     **COTCHETT, PITRE & McCARTHY, LLP**

                                            By: */s/ Nanci E. Nishimura*
                                                  NANCI E. NISHIMURA

                                            *Counsel for Plaintiffs*