# Exhibit 2

# [Document Filed Separately Under Seal]