Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

DECL. OF ELIZABETH C. PRITZKER I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 5:21-cv-02155-YGR-VKD

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (here, Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** the Unsealed Version of Exhibit 2 to the parties Joint Letter Brief Re. Plaintiffs' Requests for Production of Relevant Documents Produced in Regulatory Proceedings (the "Texas AG documents"), filed this same date.

3. Plaintiffs' have filed this Exhibit under seal pursuant to instruction from Defendant Google as Google has designated it Confidential.

4. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

5. Plaintiffs take no position regarding Google's designation of any portion of Exhibit 2 and the information contained therein as "Confidential," pending Google's submission of its specific statement of the applicable legal standard and reasons for keeping a document under seal, as required by L.R. 79-5(f)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of February, 2022 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker