1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
7

8
   *Interim Class Counsel*
9

10

11                     **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
12                           **SAN JOSE DIVISION**

13

14  | In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-YGR-VKD |
15  |---|---|
    | This Document relates to: *all actions*. | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
16
17
    | | **[Civil L.R. 79-5(f)]** |
18
    | | Judge: Hon. Virginia K. DeMarchi |
19
20  | | Hearing Date:     None set. |
    | | Hearing Time: |
21  | | Hearing Location: |
22

23

24

25

26

27

28

PROOF OF SERVICE

Case No. 5:21-cv-02155-YGR-VKD

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, California 94608. I am over the age of eighteen years and am not a party to this action. On February 1, 2022, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Elizabeth C. Pritzker in support;
3. Exhibit 1 – Unsealed version of Exhibit 2 to the parties' Joint Letter Brief Re. Plaintiffs' Requests for Production of Relevant Documents Produced in Regulatory Proceedings (the "Texas AG documents") – *lodged under seal*;

*Via E-mail*
Jeffrey M. Gutkin, Esq.
Kelsey R. Spector, Esq.
Colin S. Scott, Esq.
Robby Saldaña, Esq.
Aarti Reddy, Esq.
Kyle Wong, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: rhodesmg@cooley.com
jgutkin@cooley.com
kspector@cooley.com
cscott@cooley.com
rsaldaña@cooley.com
areddy@cooley.com
kwong@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 1, 2022 at Emeryville, California.

By: */s/ Bethany Caracuzzo*
    Bethany Caracuzzo