1  **BLEICHMAR FONTI & AULD LLP**
   Lesley Weaver (Cal. Bar No.191305)
2  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
3  555 12th Street, Suite 1600
   Oakland, CA 94607
4  Tel.: (415) 445-4003
   Fax: (415) 445-4020
5  *lweaver@bfalaw.com*

6  **KAPLAN FOX & KILSHEIMER LLP**
   David A. Straite (admitted *pro hac vice*)
7  Aaron L. Schwartz (admitted *pro hac vice*)
   850 Third Avenue
8  New York, NY 10022
   Tel.: (212) 687-1980
9  Fax: (212) 687-7715
   *dstraite@kaplanfox.com*
10
    Laurence D. King (Cal. Bar No. 206423)
11  Mario Choi (Cal. Bar No. 243409)
    1999 Harrison Street, Suite 1560
12  Oakland, CA 94612
    Tel.: (415) 772-4700
13  Fax: (415) 772-4707

14  **SIMMONS HANLY CONROY LLC**
    Jason 'Jay' Barnes (admitted *pro hac vice*)
15  Mitchell M. Breit (admitted *pro hac vice*)
    An Truong (admitted *pro hac vice*)
16  112 Madison Avenue, 7th Floor
    New York, NY 10016
17  Tel.: (212) 784-6400
    Fax: (212) 213-5949
18  *jaybarnes@simmonsfirm.com*

19  *Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

20          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21                       **SAN JOSE DIVISION**

22

23  PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,   **CASE NO. 5:20-CV-5146-LHK-SVK**

24      Plaintiffs,   **STIPULATION AND [PROPOSED] ORDER RE DEPOSITION TIMING**

25  v.

26  GOOGLE LLC,   **Judge: Honorable Susan van Keulen**

27      Defendant.

28

1  Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs
2  Patrick Calhoun, Elaine Crespo, Hadiyah Jackson, and Claudia Kindler (collectively, "Plaintiffs")
3  and Google LLC ("Google"), collectively referred to as the "Parties."
4  WHEREAS, on March 5, 2021, the Court entered an order (Dkt. 129) requiring a
5  production of documents and a "Rule 30(b)6 deposition of Defendant on the topics identified in
6  Dkt. 125" to be completed "within 30 days of the date of this order," i.e., April 4, 2021;
7  WHEREAS, April 2, 2021 is Good Friday and April 4, 2021 is Easter Sunday;
8  WHEREAS, Google's corporate representative and all counsel have confirmed
9  availability on April 9, 2021;
10 NOW THEREFORE, the Parties request and stipulate to extend the deadline in Dkt. 129
11 by which to complete the Rule 30(b)(6) deposition by five days to April 9, 2021.

Dated: March 26, 2021

**BLEICHMAR FONTI & AULD LLP**

By:    */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**KAPLAN FOX & KILSHEIMER LLP**

By:    */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (State Bar No. 206423)
Mario Choi (State Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.:    (415) 772-4700
Fax:    (415) 772-4707
*lking@kaplanfox.com*

**SIMMONS HANLY CONROY LLC**

By:    */s/ Jason Barnes*
Mitchell M. Breit (admitted *pro hac vice*)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:    */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
*josefansorge@quinnemanuel.com*

1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
*jonathantse@quinnemanuel.com*

50 California Street, 22nd Floor San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Thao Thai (CA Bar No. 324672)
*thaothai@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
*Counsel for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____ __, 2021

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2021, at Marbletown, New York.

*/s/ David A. Straite*
David A. Straite