1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Andrew H. Schapiro (admitted *pro hac vice*)    Josef Ansorge (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com                josefansorge@quinnemanuel.com
3  191 N. Wacker Drive, Suite 2700                 1300 I Street NW, Suite 900
   Chicago, IL 60606                               Washington D.C., 20005
4  Telephone: (312) 705-7400                       Telephone: (202) 538-8000
   Facsimile: (312) 705-7401                       Facsimile: (202) 538-8100
5

6  Stephen A. Broome (CA Bar No. 314605)           Jonathan Tse (CA Bar No. 305468)
   stephenbroome@quinnemanuel.com                  jonathantse@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)              50 California Street, 22nd Floor
   violatrebicka@quinnemanuel.com                  San Francisco, CA 94111
8  865 S. Figueroa Street, 10th Floor              Telephone: (415) 875-6600
   Los Angeles, CA 90017                           Facsimile: (415) 875-6700
9  Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11 Jomaire Crawford (admitted *pro hac vice*)       Thao Thai (CA Bar No. 324672)
   jomairecrawford@quinnemanuel.com                thaothai@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor                    555 Twin Dolphin Drive, 5th Floor
   New York, NY 10010                               Redwood Shores, CA 94065
13 Telephone: (212) 849-7000                        Telephone: (650) 801-5000
   Facsimile: (212) 849-7100                        Facsimile: (650) 801-5100
14

15 *Counsel for Defendant Google LLC*

16
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
17
## SAN JOSE DIVISION
18

19 PATRICK CALHOUN, *et al*., on behalf of          Case No. 5:20-cv-5146-LHK-SVK
   themselves and all others similarly situated,
20     Plaintiffs,                **[PROPOSED] ORDER GRANTING**
                                                    **ADMINISTRATIVE MOTION TO SEAL**
21     v.                         **PORTIONS OF THE MARCH 5, 2021**
                                                    **HEARING TRANSCRIPT (DKT. 137)**
22 GOOGLE LLC,
       Defendant.               Referral:  Hon. Susan van Keulen, USMJ
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion to Seal Portions of the March 5, 2021 hearing transcript (Dkt. 137). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| March 5, 2021 Hearing Transcript | GRANTED as to redacted portions at 7:19-21; 7:23-24; 8:1-2; 8:3-4; 8:21-22; 8:23-24; 9:7; 9:13-14; 9:15-17; 9:19-20; 10:5-7; 10:10-11; 10:20-21; 10:25-11:1; 11:2-3; 11:4-7; 11:8-9; 11:10-11; 11:12-13; 11:17-18; 12:3-6; 12:9-15; 12:22-25; 13:6-8; 13:15-17; 13:25-14:6; 14:13-17; 14:19-20; 16:18-22; 17:2-11; 17:24-25; 18:1-5; 18:7-9; 18:14-17; 18:19-22; 18:25-19:2; 19:3; 19:7-12; 19:13-14; 19:15-16; 19:17; 19:18-19; 19:21-23; 19:24-20:3; 20:4-5; 20:6; 20:7; 20:8; 20:9-10; 20:11-20; 20:21-22; 20:25-21:2; 21:9-10; 21:12-13; 22:7-12; 22:16-21; 22:23-23:3; 23:7-11; 23:16-18; 23:19; 23:20; 23:21; 23:22-24:3; 24:5-6; 24:8-9; 24:13-14; 27:20; 27:21-22; 27:23-24; 27:25-28:2; 28:3-4; 28:5-6; 28:8-9; 28:17; 28:18-20; 28:22-25; 33:1; 33:21; 33:23-25; 34:1; 35:2-3; 35:6; 35:13; 37:19-20; 39:13-14; 39:16-17; 43:23-24; 43:25-44:2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of data logs maintained by Google, the size of those logs, which logs are linked to a user's Google Account, the cost in money and man-hours for suspending retention periods for those logs, and Google's ability to preserve and/or produce the log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____     _____

SUSAN VAN KEULEN
United States Magistrate Judge