COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. A. REDDY ISO GOOGLE'S RESP. TO
ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

I, Aarti Reddy, declare as follows:

1. I am a member of the bar of the State of California and a partner at Cooley LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am making this declaration pursuant to Civil Local Rule 79-5(f)(3) as an attorney for the "Designating Party," as that term is used in that rule.

3. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (N.D. Cal.), filed on February 1, 2022.

4. Exhibit 2 to the Joint Letter (ECF No. 143-2) references confidential requests by the State of Texas that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. In particular, these requests reference and reveal confidential technical information regarding the operation of Google's products and systems, including Google's internal data structures and identifiers.

5. The State of Texas propounded the requests in Exhibit 2 in confidence following its receipt of confidential discovery produced by Google in that investigation.

6. Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may leverage these information requests in litigation or otherwise use them to unfairly compete with Google.

7. Google sought and secured identical confidential treatment for these requests in *Calhoun v. Google*, No. 20-cv-05146, ECF No. 327 at 4 (September 30, 2021).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. A. REDDY. ISO GOOGLE'S RESP. TO
ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in San Francisco, California on February 8, 2022.

/s/ *Aarti Reddy*
Aarti Reddy

263473468

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. A. REDDY. ISO GOOGLE'S RESP. TO
ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR