UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| Date: 2/11/2022 | Time: 12:00 p.m. – 1:20 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-03664-YGR; 20-cv-05146-YGR; 21-cv-02155-YGR; | Case Name: Brown v. Google LLC; Calhoun et al v. Google LLC; In re Google RTB Consumer Privacy Litigation; | |

**Attorneys for Class Plaintiffs in 21-cv-2155:** Elizabeth Pritzker, An Truong, Anne Davis Nanci Nishimura
**Attorneys for Plaintiffs in 20-cv-5146:** Lesley Weaver, Jay Barnes, David Straite, Angelica Ornelas, An Truong, Sharon Cruz
**Attorneys for Plaintiffs in 20-cv-3664:** Mark Mao, James Lee, Erika Nyborg-Burch, William Christopher Carmody, Jean Martin, John Yanchunis
**Attorneys for Defendant Google LLC:** Andrew Schapiro, Viola Trebicka, Jeffrey Gutkin

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Raynee Mercado

PROCEEDINGS

Initial Case Management Conference -  HELD via Zoom Webinar

**20-cv-3664:**

Hearing on the Motion for Class Certification is continued to 9/20/2022 at 2:00 p.m. Plaintiff's response to Google's motion for administrative relief at Dkt. 375 is due by 2/21/2022

Defendant's Motion relative to individual plaintiffs to be filed by 8/2/2022; on 35 day notice Defendant's Motion if relative to the class is due 35 days after Class Certification Order

**20-cv-5146:**

Motion for Summary Judgment hearing is continued to 3/15/2022 at 2:00 p.m.
Deadline for withdrawal of Motion for Summary Judgment is 2/18/2022.

**21-cv-2155:**

The Court administratively closes 21-cv-3360 and 21-cv-3725.
Defendant's request to stay Discovery is denied.
Hearing on Motion for Class Certification is continued to 9/20/2022 at 2:00 p.m.
Pretrial Conference set for 7/28/2023 at 9:30 a.m.
Dispositive Motions heard by to 5/30/2023 at 2:00 p.m.