COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:     +1 202 776 2109
Facsimile:     +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy
Litigation,


This Document Relates to:  *all actions*,

Master File No. 5:21-cv-02155-YGR (VKD)

**NOTICE OF APPEARANCE OF
ANUPAM DHILLON AS COUNSEL
FOR DEFENDANT GOOGLE LLC**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF ANUPAM DHILLON AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-YGR

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant Google LLC ("Defendant") notifies the court and all parties that Anupam Dhillon of the law firm of Cooley LLP hereby appears as Defendant's counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

> COOLEY LLP
> Anupam Dhillon
> 3 Embarcadero Center, 20th floor
> San Francisco, CA 94111-4004
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
> E-mail: adhillon@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: February 24, 2022

COOLEY LLP
MICHAEL G. RHODES
WHITTY SOMVICHIAN
JEFFREY M. GUTKIN
ROBBY L.R. SALDAÑA
AARTI REDDY
KYLE C. WONG
KELSEY R. SPECTOR
COLIN S. SCOTT
ANUPAM DHILLON

By: */s/ Anupam Dhillon*
Anupam Dhillon

Attorneys for Defendant
GOOGLE LLC

264998601

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF ANUPAM DHILLON AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-YGR