| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:    +1 202 776 2109<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR (VKD)<br><br>**NOTICE OF APPEARANCE OF WHITTY SOMVICHIAN AS COUNSEL FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF WHITTY SOMVICHIAN AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-YGR

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant Google LLC ("Defendant") notifies the court and all parties that Whitty Somvichian of the law firm of Cooley LLP hereby appears as Defendant's counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

> COOLEY LLP
> Whitty Somvichian
> 3 Embarcadero Center, 20th floor
> San Francisco, CA 94111-4004
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
> E-mail: wsomvichian@cooley.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: February 24, 2022                COOLEY LLP

                                        By: /s/ Whitty Somvichian
                                            Whitty Somvichian

                                        Attorneys for Defendant
                                        GOOGLE LLC

264998971

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF WHITTY SOMVICHIAN AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 5:21-CV-02155-YGR