COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR<br><br>**GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 RE TIMING FOR MOTIONS TO SEAL DISCOVERY LETTER BRIEFS** |

Pursuant to Local Rule 7-11, Defendant Google LLC ("Google") submits this Motion for Administrative Relief. Google requests that the Court enter an order confirming that Local Rule 79-5(f) concerning Administrative Motions to File Under Seal governs the sealing of Discovery Letter Briefs and any exhibits to such briefs that the parties file in this action. Pursuant to that rule, such motions to seal may be filed within seven days after the filing of any Discovery Letter Brief

before Your Honor. Plaintiffs take no position on Google's request. (See Declaration of Jeffrey Gutkin at 5.)

Currently, Local Rule 79-5 calls for a party to file a simultaneous motion to seal, where necessary, along with any motions the party itself files. However, under Your Honor's Standing Order for Civil Cases, the parties are required to file a "single joint discovery letter" regarding any discovery dispute, which will contain portions drafted by each party independently. Standing Order at 4(d). Google respectfully submits that the simultaneous filing of Discovery Letter Briefs with any needed Motions to Seal those same briefs can create a significant, and sometimes unworkable, burden for the party seeking sealing. Discovery Letter Briefs contain content authored by both parties and are frequently not finalized until close to the moment of filing. Accordingly, either party may first insert into a Discovery Letter Brief (or one of its exhibits) confidential material that is designated under the protective order in this action the day before or even just before the filing deadline. Regardless of which party actually files the Discovery Letter Brief, this process does not always afford the party seeking sealing adequate time to prepare and file a simultaneous motion to seal the material in the Discovery Letter Brief, including any supporting declarations that may be needed.

To avoid this difficulty and make the sealing process more efficient and orderly, Google requests that the Court confirm that the seven-day timeline for filing motions to seal following another party's filing of confidential material set out in Local Rule 79-5(f)(3) should govern all Discovery Letter Briefs that contain any material designated under the protective order. This will afford the party seeking to seal adequate time to review the final, as-filed version of the Discovery Letter Brief and to file the "statement and/or declaration as described in subsection [79-5](c)(1)," that the rules contemplate.

Accordingly, Google requests the Court's confirmation that the procedures set forth in Local Rule 79-5(f), including the seven-day timeline, apply to Discovery Letter Briefs filed in this action.

///

///

Dated: February 25, 2022

COOLEY LLP
MICHAEL G. RHODES
JEFFREY M. GUTKIN
ROBBY L.R. SALDAÑA
AARTI REDDY
KYLE C. WONG

By: */s/ Jeffrey M. Gutkin*
    Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC

265063650