COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI G. REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 5:21-cv-02155-YGR<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 RE TIMING FOR MOTIONS TO SEAL DISCOVERY LETTER BRIEFS**<br><br>. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECL. ISO GOOGLE'S
ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR

I, Jeffrey M. Gutkin, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Defendant Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155 ("*Google RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Motion For Administrative Relief Pursuant To L.R. 7-11 Re Motions To Seal Discovery Letter Briefs. I have personal knowledge of the facts herein and I am competent to testify.

2. On a meet and confer call on February 14, 2022, I first raised the possibility of filing an administrative motion requesting confirmation that Local Rule 79(f)(3) applies to the filing of Discovery Letter Briefs before Judge DeMarchi in this action. Plaintiffs responded that they would need to consider this proposal.

3. On a subsequent meet and confer call on February 17, 2022, I described the proposal to Plaintiffs' counsel again, this time conferring with Elizabeth Pritzker. Ms. Pritzker indicated that this proposal sounded acceptable to Plaintiffs.

4. On Wednesday February 23, 2022, I sent a draft of the proposed administrative motion and stipulation to Plaintiffs' counsel for their approval.

5. On Thursday, February 24, 2022, Ms. Pritzker responded that she had not contemplated that Plaintiffs would sign on to Google's administrative motion and requested that Google indicate that Plaintiffs "take no position" on Google's administrative motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2022, at Oakland, California.

Jeffrey M. Gutkin

265030800

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GUTKIN DECL. ISO GOOGLE'S
ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR