COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation<br><br>This Document Relates to: *all actions.* | Master File No. 5:21-cv-02155-YGR<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-1 RE TIMING FOR MOTIONS TO SEAL DISCOVERY LETTER BRIEFS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR

# PROPOSED ORDER

Before the Court is Defendant Google LLC's Motion for Administrative Relief Pursuant to L.R. 7-11 re Timing for Motions to Seal Discovery Letter Briefs. Having considered Google's Motion and all other matters properly considered by this Court, the Court finds there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED.

Dated: February ___, 2022

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge

265084787

Cooley LLP
Attorneys at Law
San Francisco

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR