# Exhibit B

## Exhibit B

| Plaintiffs' Proposed Custodians Rejected by Google |
| --- |
| 1.    **Jonathan Bellack**: Senior Director of Product Management, Counter-Abuse Technology (Sep 2020 - Present); Director, Product Management - Publisher Ad Platforms (Apr 2008 - Dec 2018); Google Ad Manager (DFP+AdX unification), Google AdSense (Sep 2016 - Dec 2018); DoubleClick for Publishers (DPF), DoubleClick Ad Exchange (AdX) (Jun 2014 - Sep 2016). |
| 2.    **Brad Bender**: Vice President, News & Search Ecosystems (Nov 2019 - Present); Vice President, Display & Video Ads (Apr 2015 - Nov 2019); Director of Product Management (Apr 2008 - Mar 2015). |
| 3.    **Jason Bigler**: Director, Product Management, Publisher Ad Platforms (Jan 2019 - Oct 2019) Director, Production Management - Google Display Network (Feb 2017 - Dec 2018); Director, Product Management - DoubleClick Digital Marketing (Oct 2013 - Feb 2017). |
| 4.    **Jochen Eisinger**: Director of Engineering,  Chrome Trust & Safety (Apr 2019 - Present); Senior Staff Software Engineer, Chrome Cross-Device & Privacy (Nov 2015 - Apr 2019). |
| 5.    **Keith Enright**: Chief Privacy Officer (Mar 2011 -Present). |
| 6.    **Greg Fair:** ███████████████████████████████████████████████ |
| 7.    **Ronnie Falcon:** Product Manager - User Privacy and Privacy Technology. |
| 8.    **Dave Graham**: Vice President, Global Partnerships (2014 - Present); Director, Strategic Partnerships (2003 - 2013). |
| 9.    **Jan Hanneman:** Product Manager  (Aug 2013 – Present). |
| 10.    **Sam Heft-Luthy**: Product manager, Privacy & User Trust, Privacy & Data Protection Google (Aug 2016 - Present). |
| 11.    **Hyewon Jun**: Senior Software Engineer/Manager  (Mar 2008 - Present). |

| | |
|---|---|
| 12. | **Neha Khanna**: Global Head of Product Marketing - Ads Privacy (Oct 2018 - Sep 2021); Global Ads Product Marketing Lead (Oct 2013 - Mar 2020). |
| 13. | **Chris LaSala**: ████████████████████████████████████████████████ |
| 14. | **Zhenhyu "Vic" Liu**: ████████████████████ |
| 15. | **Chris Maxcy**: Business Development (Dec 2013 - Present). |
| 16. | **Stephan Micklitz**: Director of Engineering, Privacy & Security. |
| 17. | **Dave Monsees**: Product Manager (Dec. 2009 - Present). |
| 18. | **Sundar Pichai**: CEO (Oct. 2015 - Present). |
| 19. | **Laura Seli**: Global Product Lead (Dec 2019 - Present); Strategic Partner Manager (UK/IE) (Feb 2017 - Dec 2019). Primary Product Assignment: Google Ad Manager. |
| 20. | **Mike Schulman**: Vice President/General Manager of Google Ads Privacy and Safety (Aug 2019 - May 2021); Vice President, Lead Developer Engineering (Oct 2018 - Aug 2019); Vice President, Engineering Lead, Ads (Jul 2016 - Oct 2018). |
| 21. | **Lorraine Twohill**: Chief Marketing Officer (2009 - Present). |
| 22. | **Hal Varian**: Chief Economist (2002 - Present). |
| 23. | **Jerome Grateau**: ████████████████████████████████████████████████ |

| **Proposed Custodians Plaintiffs Request Additional Information About** |
|---|
| **Software Engineers with Technical Information about Google Ad Manager/Ad Exchanges** |
| 1. **Ashely An**: ███████████████████████████████ ████████████████████. |
| 2. **Eric Brugel**: Software Engineer II (Oct 2018 - Present). Primary Product Assignment: Authorized Buyers & OB Buyers, Google Ad Manager. |
| 3. **Simon Cheng**: ██████████████████████ |
| 4. **Osvaldo Doederlein:** Senior Software Engineer, Doubleclick Ad Exchange (Jan 2012 - Present). Primary Product Assignment: Ad Manager Serving Authorized Buyers & OB Buyers, Google Ad Manager |
| 5. **John Espejo:** ███████████████████████ ████████████ |
| 6. **Matthew Razza**: Software Engineer, Google Ad Manager, Real-Time Bidding (Aug 2016 - Present). Primary Product Assignment: Authorized Buyers & Marketplace FE, Authorized Buyers & OB Buyers. |
| **Software Engineers with Technical Information re. Google RTB** |
| 7. **Eric Han**████████████████████████ ██████████████████. |

---

[1] The "Primary Product Assignment" information for certain proposed custodians was set forth on GOOG-HEWT-00001115.

8. **Kim Kosman:** Software Engineer (Aug 2019 - Present). Primary Product Assignment: Authorized Buyers & Marketplace FE, Authorized Buyers & OB Buyers.

9. **Saul London**: ███████████████████████████████████████████████
███████████████████████████████████████.

10. **Supraja Sekhar**: Senior Software Engineer (Jun 2019 - Present). Primary Product Assignment: Authorized Buyers & Marketplace FE, Authorized Buyers & OB Buyers.

11. **Adam Shi:** ███████████████████████████████████████████████
███████████████████████.

12. **Jonah Stanley:** Software Engineer (Aug 2015 - Present). Primary Product Assignment: Authorized Buyers & OB Buyers, Google Ad Manager.

13. **Andrew Tao:** Software Engineer (Jan 2019 - Present). Primary Product Assignment: Ad Manager Serving, Authorized Buyers & OB Buyers, Google Ad Manager.

14. **Christopher Tignor**: ███████████████████████████████████████████████.

15. **Brad Townsend**: ████████████████████████████).

16. **Trent Underwood**: Software Engineer (Aug 2018 - Present). Primary Product Assignment: Ad Manager Serving Authorized Buyers & OB Buyers, Google Ad Manager.

17. **Yi Zhang:** Senior Staff Software Engineer, Tech Lead Manager - Google Cloud Apps (Aug 2020 - Present). Primary Product Assignment: Ad Manager Serving Authorized Buyers & OB Buyers, Google Ad Manager.

18. **Lily Zheng:** Software Engineer (Apr 2015 - Present). Primary Product Assignment: Ad Manager Serving Authorized Buyers & OB Buyers, Google Ad Manager.