# Exhibit C

Case 4:21-cv-02155-YGR     Document 157-3     Filed 03/01/22     Page 1 of 3

## Google's Non-Custodial Sources – 2/17/2022

| Non-Custodial Source | Expected Content<br>(*To Be Produced to the Extent Relevant, Not Privileged, and Locatable by a Reasonable Search*) |
|---|---|
| Internal repositories tracking contractual agreements (developed internally by a Google engineering team) | • Agreements with buy-side RTB participants<br>• Agreements with third-party RTB vendors |
| Internal Google Drive | • Documents reflecting how user profiles and verticals are created and/or used in connection with RTB<br>• Documents reflecting the technical operation of RTB<br>• Documents reflecting the payment structure of Google RTB<br>• RTB participant complaints<br>• Audit program policies<br>• Audit reports<br>• Documents reflecting RTB financial performance<br>• Documents reflecting RTB marketing materials for participants<br>• Submissions to the Irish DPC in connection with its investigation into RTB<br>• Sellers.json file<br>• Studies of U.S. users' understanding of privacy |
| [redacted] | • Sample of log data reflecting bid requests and responses |
| Internal Google webpages | • Security and data use policies<br>• User data retention policies |
| Current publicly available Google webpages | • Current Help Center webpages concerning RTB<br>• Current and historical versions of Google's ToS and Privacy Policy<br>• Current versions of various RTB-related documents:<br>  o Authorized Buyers RTB Protos<br>  o Infrastructure Options for RTB Bidders<br>  o Open RTB Integration<br>  o OpenRTB Proto buffer for Web-Video Real Time Bidding<br>  o RTB Proto buffers<br>• Google's current publicly available webpages concerning:<br>  o Ads<br>  o Ad Settings<br>  o Authorized Buyers<br>  o Data use<br>  o Exchange Bidding |

| Non-Custodial Source | Expected Content (*To Be Produced to the Extent Relevant, Not Privileged, and Locatable by a Reasonable Search*) |
|---|---|
| | o Network Bidding<br>o Open Bidding<br>o Privacy<br>o RTB<br>• Current publicly available versions of specific Google webpages concerning:<br>o "Data Practices & Transparency" – Google Safety Center<br>o Publisher-verticals.txt file<br>o "We do not sell your personal information to anyone"<br>• "Who are Google Partners?" |
| Internal management systems for historical webpages (a web content and configuration management system and a frontend tool that can be used to browse historical web content, both developed internally by Google engineering teams) | • Historical versions of Help Center webpages concerning RTB<br>• Historical versions of various RTB-related development documents:<br>o Authorized Buyers RTB Protos<br>o Infrastructure Options for RTB Bidders<br>o Open RTB Integration<br>o OpenRTB Proto buffer for Web-Video Real Time Bidding<br>o RTB Proto buffers<br>• Historical versions of specific Google webpages, including:<br>o Data Practices & Transparency – Google Safety Center<br>o Verticals<br>o We do not sell your personal information to anyone<br>o Who are Google Partners? |
| Internal Human Resources database (a third-party platform called "Workday") | Employee information, title, and reporting information |
| Production database for the TX AG regulatory antitrust investigation, *Google LLC et al. v. Ken Paxton*, No. D.-1-GN-19-007654 (Tex. D. Ct. – Travis Cty., 261st Jud. Dist.) | Submissions to the Texas Attorney General concerning RTB |

2