# EXHIBIT D

| | |
|---|---|
| | **EXHIBIT D** |
| | **Google's Accepted Terms** |
| **Search Term No.** | **Accepted Search Term** |
| A | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") AND (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investigated OR investigation) |
| B | (privacy OR (disclos* OR shar* OR **trade OR exchange OR barter** OR sell* OR transmit* OR giv* OR **consent* OR accept* OR agree***)) **/25** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR **"personally identifying information" OR "personally identifiable information"**) |
| C | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) /25 (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data") |
| D | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real-time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") /25 (propos* OR action OR decision* OR approv* OR plan OR step OR chang* OR modif* OR alter* OR update* OR improv* **OR adopt OR version* OR revis***) AND ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" **OR "personally identifying information" OR "personally identifiable information"**)) |
| E | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR **Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR PrivacyBadger OR Decentraleyes OR "uBlock Origin" OR NoScript OR** ((identif* OR cookie* OR GAIA OR biscotti OR IDE OR DSID) /5 (block*)) OR "startpage") **/25 (circumvent OR "get around" OR defeat OR trick OR negative OR impact OR hit OR** financ* OR revenue* OR profit* OR money OR earning*)) |
| F | (**profile OR** vertical* OR segment* OR "**sensitive information**") /25 (priva* OR criticism OR regulat* OR scrutiny OR complain* OR question **OR quer* or inquir* OR issue*** OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*) |
| G | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) /25 (priva* OR **"user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information"**) |

| Search Term No. | Accepted Search Term |
|---|---|
| H | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investigat*) /50 (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (sell /5 data) /50 priva*) |
| I | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information" OR consent*)) |
| J | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real-time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") /25 ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information" OR consent*)) |
| K | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") /15 (value* OR valuation OR revenue* OR dollar* OR earning* OR profit* OR mone*) |
| L | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") /15 (target* OR impression OR shar* OR disclos* OR send* OR transmit* OR receiv* OR recipient* OR circulat* OR disclos* OR deprec* OR "phase out" OR "stopped" OR "stopping" OR discontinu* OR retir* OR "suspend" OR remov* OR delet*) |
| M | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) /25 ("PII" OR "user info" OR "user information" OR "personal data" OR "personally identifying information" OR "personally identifiable information") |
| N | priva* /25 (critic* OR critique OR oversight OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl*) AND (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▌ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| O | (▌ OR ▌) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▌ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| P | (▌ or ▌) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▌ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| Q | "Sandbox" /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▌ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| R | ("FLOC" **or "FLoC" or "Federated Learning of Cohorts"**) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▌ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |

| Search Term No. | Accepted Search Term |
|---|---|
| S | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| T | ("TCF" or "Transparency and Consent Framework") /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| U | ("BRSE" or "Bid Request Signal Experiments") /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| V | ▮▮▮ /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| W | ("ESP" OR "Encrypted Signals from Publishers") /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| X | (▮▮▮ or ▮▮▮▮▮▮) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| Y | ▮▮▮▮▮▮ /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| Z | ▮▮▮▮▮▮ or ▮▮▮▮▮▮ /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| AA | ((never or "don't" or "do not") /5 ("sell your personal information" or "share your personal information" or "share that information")) |
| BB | "personalized ads" /5 "sensitive categories" |
| CC | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") AND "Privacy Policy" |

| | The Parties' Disputed Terms | |
|---|---|---|
| Search Term No. | Plaintiffs' Proposed Search Term | Google's Applied Search Term |
| 2 | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR consent* OR accept* OR agree*)) **/50** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information") | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR consent* OR accept* OR agree*)) **/25** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information") |
| 3 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **/50** (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) **/50** (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information") | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **/25** (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) **/25** (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information") |
| 4 | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/50** (propos* OR action OR decision* OR approv* OR plan OR step OR chang* OR modif* OR alter* OR update* OR improv* OR adopt OR version* OR revis*) AND ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information")) | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real-time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/25** (propos* OR action OR decision* OR approv* OR plan OR step OR chang* OR modif* OR alter* OR update* OR improv* OR adopt OR version* OR revis*) AND ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information")) |
| 5 | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR PrivacyBadger OR Decentraleyes OR "uBlockOrigin" OR NoScript OR ((identif* OR cookie* OR GAIA OR biscotti **OR Zwieback OR ZWBK** OR **Zwieback** OR IDE OR DSID) /5 (block*)) OR "startpage") **/50** (circumvent OR "get around" OR defeat OR trick OR negative OR impact OR hit OR financ* OR revenue* OR profit* OR money OR earning*)) | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR PrivacyBadger OR Decentraleyes OR "uBlockOrigin" OR NoScript OR ((identif* OR cookie* OR GAIA OR biscotti OR IDE OR DSID) /5 (block*)) OR "startpage") **/25** (circumvent OR "get around" OR defeat OR trick OR negative OR impact OR hit OR financ* OR revenue* OR profit* OR money OR earning*)) |
| 6 | (profile OR vertical* OR segment* **OR categor*** OR "sensitive information") **/50** (priva* OR criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*) | (profile OR vertical* OR segment* OR "sensitive information") **/25** (priva* OR criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*) |
| 7 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl*)) **/50** priva* | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl*)) **/25** priva* |

| Search Term No. | Plaintiffs' Proposed Search Term | Google's Applied Search Term |
|---|---|---|
| 11 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **/50** (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information" OR consent*)) | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **/25** (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information" OR consent*)) |
| 12 | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/50** (propos* OR action OR decision* OR approv* OR plan OR step OR chang* OR modif* OR alter* OR update* OR improv* OR adopt OR version* OR revis*)) | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real-time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/25** (propos* OR action OR decision* OR approv* OR plan OR step OR chang* OR modif* OR alter* OR update* OR improv* OR adopt OR version* OR revis*) **AND ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information"))** |
| 13 | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/50** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information" OR consent*)) | (("open RTB" OR "OpenRTB" OR "OpenRTB integration" OR "Real-time bidding protocol buffer" OR "Real time bidding protocol buffer" OR "Realtime bidding protocol buffer" OR "authorized Buyers Real-time Bidding proto" OR "authorized buyers realtime bidding proto" OR "authorized buyers real time bidding proto" OR "infrastructure options for RTB Bidders") **/25** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information" OR consent*)) |
| 14 | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR consent* OR accept* OR agree*)) **/50** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" or "personally identifiable information") | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR consent* OR accept* OR agree*)) **/25** ("user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information") |
| 15 | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR Gnu IceCat OR PrivacyBadger OR Decentraleyes OR uBlock Origin OR NoScript OR ((identif* OR cookie* OR GAIA OR biscotti OR IDE OR DSID) /5 (block*)) OR "startpage") **/50** (circumvent OR "get around" OR defeat OR trick OR negative OR impact OR hit OR financ* OR revenue* OR profit* OR money OR earning*)) | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR PrivacyBadger OR Decentraleyes OR "uBlock Origin" OR NoScript OR ((identif* OR cookie* OR GAIA OR biscotti OR IDE OR DSID) /5 (block*)) OR "startpage") **/25** (circumvent OR "get around" OR defeat OR trick OR negative OR impact OR hit OR financ* OR revenue* OR profit* OR money OR earning*)) |
| 16 | (profile OR vertical* OR segment* **OR categor*** OR "sensitive information") **/50** (priva* OR criticism OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat* ) | (profile OR vertical* OR segment* OR "sensitive information") **/25** (priva* OR criticism OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*) |
| 17 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 (critic* OR critique OR oversight OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl*)) | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **/25 (criticism OR regulat* OR scrutiny OR complain* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) /25 (priva* OR "user information" OR "personal information" OR "PII" OR "PI" OR "user data" OR "personal data" OR "personally identifying information" OR "personally identifiable information")** |

| Search Term No. | Plaintiffs' Proposed Search Term | Google's Applied Search Term |
| --- | --- | --- |
| 18 | priva* OR consent* **/35** (critic* OR critique OR oversight OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* ) | priva* **/25** (critic* OR critique OR oversight OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl*) **AND (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB")** |
| 33 | ("▮▮▮▮▮ or ▮▮▮▮▮▮ **or** ▮▮▮▮) /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "▮▮ OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") | ("▮▮▮▮▮ or ▮▮▮▮▮▮") /15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮" OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| 41 | ▮▮" or" ▮▮▮▮▮▮▮▮▮ w/50 (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") | (▮▮" or ▮▮▮▮▮▮▮▮▮▮ **/15** (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR ▮▮▮" OR "network bidding" OR "open bidding" OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") |
| 53 | (user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*) | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) **/25 ("PII" OR "user info" OR "user information" OR "personal data" OR "personally identifying information" OR "personally identifiable information")** |

| | **Terms Rejected by Google** | |
|---|---|---|
| **Search Term No.** | **Plaintiffs' Proposed Search Term** | **Google's Response** |
| 8 | ▮ **/35** (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") | Reject |
| 10 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") **w/35** (criticism OR critique OR oversight OR regulat* OR scrutiny OR complain* OR question* OR quer* or inquir* OR issue* OR attack OR improper OR wrong* OR illegal OR immoral OR unlawful OR litig* OR concern* OR worry* OR problem* OR troubl* OR violat*)) | Reject |
| 37 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") w/35 (YouTube OR YT OR Google.com | Reject |
| 38 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") /25 ("first-party " OR "first party" OR 1P OR "third-party" OR "third party" OR 3P) | Reject |
| 39 | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") w/50 (advert* OR ads" OR PA OR conversion OR target* or personal* or sensitive) w/50 (monetization OR revenue OR profit OR gain or valu* OR loss) | Reject |
| 40 | Hewitt OR Delahunty or Toronto w/15 Google | Reject |
| 42 | MOC or "Moment of Consent" | Reject |
| 43 | WAA or "WAAs" or "Web & App Activity" | Reject |
| 44 | GAIA or "Google Account" w/50 ("map*" or "connect*" or "associat*" or "identif*" or "correlat*" or "link*" or "mix*" or "use*" or "usi*") | Reject |
| 45 | sWAA OR WAA* | Reject |
| 46 | Webb/App | Reject |
| 47 | W&AA OR "W&AA" OR "W&AAs" | Reject |
| 48 | web history | Reject |
| 49 | Web /2 "app activity" | Reject |
| 50 | SMH or "myhistory" or "Myhistory" | Reject |
| 51 | UDC or "User Data Controls" | Reject |
| 52 | "activity controls" | Reject |
| 54 | (user OR users OR consumer OR customers OR people) /10 (confus* OR understand* OR misunderst* OR comprehen* OR misle* OR consent OR know OR represent* OR disclos*) | Reject |

| Search Term No. | Plaintiffs' Proposed Search Term | Google's Response |
|---|---|---|
| 56 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") AND "CFS or "Consent" | Reject |
| 57 | "consent bump" | Reject |
| 60 | PII | Reject |
| 61 | App Indexing w/50 ("my account" OR "my activity" OR ("WAA&" OR "sWAA")) | Reject |
| 62 | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange /5 bid*) OR "AdX Buy" OR "Authorized Buyer" OR "Authorized Buyers" OR "AB" or "Open Bidder" OR "Open Bidders" OR "OB") AND (Id OR Ids) /5 (app OR apps OR ad OR ads OR advertising OR advertisement OR device OR instance OR user OR android OR ios) | Reject |
| 64 | ▮ /10 (3P OR 1P OR cookie* OR depreca*) | Reject |
| 65 | ("data flow" OR (user /3 flow)) AND RTB | Reject |
| 66 | (RTB OR "Real-time bidding" OR "real time bidding" OR privacy) [targeted custodians] | |
| 67 | (value OR ROI OR return OR "Return on investment") /25 (profile OR user) OR (vertical* OR segment*) [targeted custodians] | |
| 68 | (RTB OR "Real-time bidding" OR "real time bidding" OR "open RTB" OR "OpenRTB") and (@facebook.com OR Facebook OR partner) | |
| 69 | RFP 16: (Panel* OR user) w/30 (survey OR results OR experiment OR payment OR reward) | |
| 70 | ("AD ID") OR "IDFA" OR ("Buy-side User ID" OR "Sell-side User ID") OR PPID OR "Creative ID" | |
| 71 | ("CPM w/30 vertical") | |
| 72 | (UX w/30 ("sale of data" OR "sell")) OR ( Panel w/30 sale) OR UX w/30 (("Research OR panel OR experiment) w/30 ("sensitive")) OR (Profile w/30 disclos*) OR ("Behavioral advertising" w/30 disclos*) | |