# EXHIBIT E

## Exhibit E

| | Agreed Upon Google Custodians<br>(Custodians added at Plaintiffs' Request in bold) |
|---|---|
| 1. | Stan Belov: ███████████ |
| 2. | Glenn Berntson: ██████ |
| 3. | Deepti Bhatnagar: Director, Product Management |
| 4. | Chetna Bindra: Director, Product Management |
| 5. | Susan Childs: ████████████████ |
| 6. | Haskell Garon: Product Manager |
| 7. | Tim Hsieh: ██████████ |
| 8. | Nitish Korula: Engineering, Director |
| 9. | Marlena Kudej: Publisher Platforms GPL, Head of Ad Manager, Authorized Buyers, and AdSense team |
| 10. | Hyunjung Park: Staff Software Engineer |
| 11. | Karen Scruggs: Product Manager, Authorized Buyers & OB Buyers Google Ad Manager |
| 12. | Lior Shenkar: Product Manager, Google Ad Manager |
| 13. | Tom Wolfstein: Staff Software Engineer |
| 14. | **Chris Dawson:** ██████████ |
| 15. | **Duke Dukellis: Director, Product Management** |

1

| | |
|---|---|
| **16.** | **George Levitte:** Group Product Manager |
| **17.** | **Aparna Pappu:** Vice President of Engineering |
| **18.** | **Barbara Piermont:** Head of Ads Privacy for AMER Go-to-Market Strategy |
| **19.** | **Florent Scarpel:** Software Engineer |
| **20.** | **Gang Wang:** ███████████ |
| **21.** | **Matthew Young-Lai:** Software Engineer |

| **Plaintiffs' Proposed Custodians Rejected by Google** | |
|---|---|
| **1.** | **Jonathan Bellack**: Senior Director of Product Management, Counter-Abuse Technology |
| **2.** | **Brad Bender**: Vice President |
| **3.** | **Jason Bigler**: Director, Product Management |
| **4.** | **Jochen Eisinger**: Director of Engineering |
| **5.** | **Keith Enright**: Chief Privacy Officer |
| **6.** | **Greg Fair:** ███████████████████ |
| **7.** | **Ronnie Falcon:** Product Manager |
| **8.** | **Dave Graham**: Vice President |
| **9.** | **Jan Hanneman:** Product Manager |
| **10.** | **Sam Heft-Luthy**: Product manager |

| | | |
|---|---|---|
| 11. | **Hyewon Jun**: | Senior Software Engineer/Manager |
| 12. | **Neha Khanna**: | Global Head of Product Marketing - Ads Privacy |
| 13. | **Chris LaSala**: | ██████████████████████ |
| 14. | **Zhenhy "Vic" Liu**: | ██████████ |
| 15. | **Chris Maxcy**: | Business Development |
| 16. | **Stephan Micklitz**: | Director of Engineering |
| 17. | **Dave Monsees**: | Product Manager |
| 18. | **Sundar Pichai**: | CEO |
| 19. | **Laura Seli**: | Global Product Lead |
| 20. | **Mike Schulman**: | Vice President/General Manager of Google Ads Privacy and Safety |
| 21. | **Lorraine Twohill**: | Chief Marketing Officer |
| 22. | **Hal Varian**: | Chief Economist |
| 23. | **Gerome Grateau:** | ██████████████████████ |

| **Proposed Custodians Plaintiffs Request Additional Information About** | | |
|---|---|---|
| 1. | **Ashely An**: | ██████████ |
| 2. | **Eric Brugel**: | Software Engineer II |
| 3. | **Simon Cheng**: | ██████████ |

| | | |
|---|---|---|
| 4. | **Osvaldo Doederlein:** | Senior Software Engineer |
| 5. | **John Espejo**: | ███████████ |
| 6. | **Matthew Razza**: | Software Engineer |
| 7. | **Eric Han**: | ███████████ |
| 8. | **Kim Kosman:** | Software Engineer |
| 9. | **Saul London**: | ███████████████ |
| 10. | **Supraja Sekhar**: | Senior Software Engineer |
| 11. | **Adam Shi:** | So████████ |
| 12. | **Jonah Stanley:** | Software Engineer |
| 13. | **Andrew Tao:** | Software Engineer |
| 14. | **Christopher Tignor**: | █████████████████ |
| 15. | **Brad Townsend**: | █████████████ |
| 16. | **Trent Underwood**: | Software Engineer |
| 17. | **Yi Zhang:** | Senior Staff Software Engineer |
| 18. | **Lily Zheng:** | Software Engineer |