1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Jonathan K. Levine (Cal Bar No. 220289)
2  Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
7  *bc@pritzkerlevine.com*

8  *Interim Class Counsel*

9  [Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date:    None set.<br>Hearing Time:<br>Hearing Location: |

## I. INTRODUCTION

Pursuant to Civil Local Rule 7-11, newly-amended Civil Local Rule 79-5, and the Court's November 2, 2021 Order (Dkt. No. 106), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed the parties' Joint Letter Brief Re. Google's Search Terms, Custodians, and Non-Custodial Sources and three exhibits thereto under seal because Google has designated information contained therein as "Confidential" and instructed Plaintiffs to file these documents under seal. Plaintiffs lodge these documents under seal as exhibits to the Declaration of Elizabeth C. Pritzker ("Pritzker Decl.") filed herewith.

The information Plaintiffs seek to file conditionally under seal in response to Google's request are:

- the Joint Letter Brief Re. Google's Search Terms, Custodians, and Non-Custodial Sources (Ex. 1 to the Pritzker Decl.) at pages 2, 4, 5, 6, 7, and 8 redacting specific proposed search terms and the job titles and duties of Plaintiffs' proposed custodians.

- Plaintiffs' Exhibit A to the parties' Joint Letter Brief, consisting of the disputed search term strings proposed by the parties (Ex. A to the Pritzker Decl.), redacting specific terms;

- Plaintiffs' Exhibit B to the parties' Joint Letter Brief, consisting of custodians proposed by Plaintiffs rejected by Google (Ex. B to the Pritzker Decl.), redacting certain job titles, duties, roles and dates those custodians were employed in those roles;

- Exhibit C to the parties' Joint Letter Brief, consisting of Google's identification of its non-custodial sources of responsive and relevant information (Ex. C the Pritzker Decl.), at page 1, redacting a specific non-custodial source;

- Google's Exhibit D to the parties' Joint Letter Brief, to which Plaintiffs object, consisting of Google's version of search term strings proposed by the parties (Ex. D to the Pritzker Decl.), redacting specific terms;

- Google's Exhibit E to the parties' Joint Letter Brief, to which Plaintiffs object, consisting of Google's version of the custodians proposed by the parties (Ex. E to the Pritzker Decl.), redacting certain job titles, duties, roles and dates those custodians were employed in those roles.

## II.   ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a),(c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has instructed Plaintiffs to submit under seal.

Plaintiffs seek this relief in good faith because the information sought to be sealed has been designated as Confidential by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party", Defendant Google. Plaintiffs dispute that many or all of these documents or the information contained therein are Confidential requiring sealing.  For example, several of the custodians proposed here in Exhibit A to the Pritzker Decl. (Ex. A to the Joint Letter Brief) are also identified in detail in published articles or in public filings made in other pending actions. *See Rodriguez v. Google*, 3:20-cv-04688-RS(AGT), at Dkt. 105. Further, all or most of the job titles and employment dates for the proposed custodians listed on Exhibit B are publicly available, such as on LinkedIn. *See* Pritzker Decl., ¶¶ 11-12.

## II.   NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.  CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the above-described documents should remain under seal and in redacted form pursuant to Google's designations and instructions.

//

1  Dated: March 1, 2022

2
   **PRITZKER LEVINE LLP**
3
   By: __/s/ Elizabeth C. Pritzker__
4  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Bethany Caracuzzo (Cal. Bar No. 190687)
5  Jonathan K. Levine (Cal Bar No. 220289)
   1900 Powell Street, Suite 450
6  Emeryville, CA 94608
7  Tel.: (415) 692-0772
   Fax: (415) 366-6110
8  *ecp@pritzkerlevine.com*
   *jkl@pritzkerlevine.com*
9  *bc@pritzkerlevine.com*

10
   *Interim Class Counsel*
11
   **BLEICHMAR FONTI & AULD LLP**
12
   By: __/s/ Lesley Weaver__
13 Lesley Weaver (Cal. Bar No. 191305)
   Anne K. Davis (Cal. Bar No. 267909)
14 Matthew S. Melamed (Cal. Bar No. 260272)
   Angelica M. Ornelas (Cal. Bar No. 285929)
15 Joshua D. Samra (Cal. Bar No. 313050)
16 555 12th Street, Suite 1600
   Oakland, CA 94607
17 Tel.: (415) 445-4003
   Fax: (415) 445-4020
18 *lweaver@bfalaw.com*
19 *adavis@bfalaw.com*
   *mmelamed@bfalaw.com*
20 *aornelas@bfalaw.com*
   *jsamra@bfalaw.com*
21
22 **SIMMONS HANLY CONROY LLC**

23 By: __/s/ Jay Barnes__
   Jason 'Jay' Barnes (*pro hac vice*)
24 An Truong (*pro hac vice*)
   Eric Johnson (*pro hac vice*)
25 112 Madison Avenue, 7th Floor
   New York, NY 10016
26 Tel.: (212) 784-6400
27 Fax: (212) 213-5949
   *jaybarnes@simmonsfirm.com*
28 *atruong@simmonsfirm.com*

Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed

- 4 -                                    5:21-cv-02155-YGR-VKD

1  *ejohnson@simmonsfirm.com*

2  **DICELLO LEVITT GUTZLER LLC**

3  By:  */s/ David A. Straite*
4  David A. Straite (admitted *pro hac vice*)
   One Grand Central Place
5  60 East 42nd Street, Suite 2400
   New York, NY 10165
6  Tel.: (646) 933-1000
7  *dstraite@dicellolevitt.com*;

8  Amy Keller (admitted *pro hac vice*)
   Adam Levitt (admitted *pro hac vice*)
9  James Ulwick (admitted *pro hac vice)*
   Ten North Dearborn St., Sixth Floor
10 Chicago, IL 60602
11 Tel.: (312) 214-7900
   *akeller@dicellolevitt.com*
12 *alevitt@dicellolevitt.com*
   *julwick@dicellolevitt.com*
13

14 **BOTTINI & BOTTINI, INC.**

15 By:  */s/ Francis A. Bottini, Jr.*
   Francis A. Bottini, Jr. (SBN 175783)
16 Albert Y. Chang (SBN 296065)
   Anne Beste (SBN 326881)
17 Yury A. Kolesnikov (SBN 271173)
   Nicholaus Woltering (SBN 337193)
18 7817 Ivanhoe Avenue, Suite 102
19 La Jolla, CA  92037
   Telephone: (858) 914-2001
20 Facsimile: (858) 914-2002
   *fbottini@bottinilaw.com*
21 *achang@bottinilaw.com*
   *abeste@bottinilaw.com*
22 *ykolesnikov@bottinilaw.com*
23 *nwoltering@bottinilaw.com*

24 **COTCHETT, PITRE & McCARTHY LLP**

25 By:  */s/ Nanci E. Nishimura*
26 Nanci E. Nishimura (Cal. Bar No. 152621)
   Brian Danitz (Cal. Bar. No. 247403)
27 Karin B. Swope (admitted *pro hac vice*)
   840 Malcolm Road, Suite 200
28 Burlingame, CA 94010

Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

**Counsel for Plaintiffs and the Proposed Class**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2022, at Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker