Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date:  None set.<br>Hearing Time:<br>Hearing Location: |

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (here, Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is the Unredacted Version of the parties' Joint Letter Brief re. Google's Search Terms, Custodians, and Non-Custodial Sources filed this same date, highlighted to show redactions.

3. Attached hereto as Exhibit A is the Unredacted Version of Exhibit A to the Joint Letter Brief;

4. Attached hereto as Exhibit B is the Unredacted Version of Exhibit B to the Joint Letter Brief;

5. Attached hereto as Exhibit C is the Unredacted Version of Exhibit C to the Joint Letter Brief;

6. Attached hereto as Exhibit D is the Unredacted Version of Exhibit D to the Joint Letter Brief;

7. Attached hereto as Exhibit E is the Unredacted Version of Exhibit E to the Joint Letter Brief.

8. Plaintiffs' have filed these documents under seal pursuant to instruction from Defendant Google as Google has designated it Confidential.

9. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

10. Plaintiffs do not argue here, or agree, that that the information regarding search terms and custodians are all appropriately designated as Confidential requiring sealing. Google is the Designating Party and must satisfy the requirements L.R. 79-5(f)(3).

DECL. OF ELIZABETH C. PRITZKER I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 5:21-cv-02155-YGR-VKD

1

11.     For example, some of the same custodians identified on Exhibits B and E to the Joint Letter Brief are similarly identified in public filings in *Rodriguez v. Google*, 3:20-cv-04688-RS(AGT), at Dkt. 105.

12.     In addition, the job duties, roles and dates of employment that Google demands be redacted for certain custodians are easily found publicly online. *See* for example:

   a. Greg Fair (https://safety.google/intl/en_us/stories/micklitz-fair/);
   b. Chris LaSala (https://www.linkedin.com/in/chris-lasala-50749/);
   c. Zhenyu "Vic" Liu (https://www.linkedin.com/in/zhenyuvicliu/); and
   d. Jerome Grateau (https://www.linkedin.com/in/jerome-grateau/?originalSubdomain=uk)
   e. Sundar Pichai (https://blog.google/perspectives/sundar-pichai/).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of March, 2022 in Emeryville, California.

/s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker