1 | Elizabeth C. Pritzker (Cal. Bar No. 146267)
2 | Jonathan K. Levine (Cal Bar No. 220289)
  | Bethany Caracuzzo (Cal Bar No. 190687)
3 | **PRITZKER LEVINE LLP**
  | 1900 Powell Street, Suite 450
4 | Emeryville, CA 94608
  | Tel.: (415) 692-0772
5 | Fax: (415) 366-6110
  | *ecp@pritzkerlevine.com*
6 | *jkl@pritzkerlevine.com*
7 | *bc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-YGR-VKD |
|---|---|
| This Document relates to: *all actions*. | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by PRITZKER LEVINE LLP, 1900 Powell Street, Suite 450, Emeryville, California 94608. I am over the age of eighteen years and am not a party to this action. On March 1, 2022, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Elizabeth C. Pritzker in support;
3. Exhibit 1 –Unsealed version of the Joint Letter Brief Re. Google's Search Terms, Custodians, and Non-Custodial Sources – *lodged under seal*;
4. Exhibit A - Unsealed version of Exhibit A to the parties' Joint Letter Brief Re. Google's Search Terms, Custodians and Non-Custodial Sources– *lodged under seal*;
5. Exhibit B – Unsealed version of Exhibit B to the parties' Joint Letter Brief Re. Google's Search Terms, Custodians and Non-Custodial Sources– *lodged under seal;*
6. Exhibit D – Unsealed version of Exhibit C to the parties' Joint Letter Brief Re. Google's Search Terms, Custodians and Non-Custodial Sources– *lodged under seal;*
7. Exhibit D – Unsealed version of Exhibit D to the parties' Joint Letter Brief Re. Google's Search Terms, Custodians and Non-Custodial Sources– *lodged under seal*
8. Exhibit E – Unsealed version of Exhibit E to the parties' Joint Letter Brief Re. Google's Search Terms, Custodians and Non-Custodial Sources– *lodged under seal*

<u>*Via E-mail*</u>
Jeffrey M. Gutkin, Esq.
Kelsey R. Spector, Esq.
Colin S. Scott, Esq.
Robby Saldaña, Esq.
Aarti Reddy, Esq.
Kyle Wong, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: rhodesmg@cooley.com
jgutkin@cooley.com
kspector@cooley.com
cscott@cooley.com
rsaldaña@cooley.com
areddy@cooley.com
kwong@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 1, 2022 at Emeryville, California.

By: */s/ Bethany Caracuzzo*
Bethany Caracuzzo