UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11**<br><br>Re: Dkt. No. 156 |

Defendant Google LLC's ("Google") filed a motion for administrative relief asking the court to "confirm" that the seven-day timeline for filing motions to seal following another party's filing of confidential material set forth in Civil Local Rule 79-5(f)(3) applies to discovery dispute letters containing material designated under the protective order in this action. Dkt. No. 156. Google argues that the Court's requirement that the parties jointly file a letter regarding discovery disputes imposes a significant burden on the party seeking to seal all or portions of the letter and any attachments because such letters "contain content authored by both parties and are frequently not finalized until close to the moment of filing." *Id.* at 2. Google advises that if a party adds confidential material just before the filing deadline, the party wishing to seal that material does not have adequate time to prepare and file a motion to seal. *Id.* Plaintiffs did not file a response to the motion, and Google represents that plaintiffs take no position on it.

The Court denies the motion for administrative relief. Discovery dispute letters are joint submissions. The parties are responsible for preparing these letters in a manner that allows adequate time for each side to address the other's arguments and to timely file the letter and any supporting documents, including motions to seal. Civil Local Rule 79-5(f) cannot be "construed"

1  to permit one side to treat the joint filing as a unilateral motion.  However, if the parties wish to
2  stipulate to a procedure for addressing the difficulties Google identifies with the timely
3  preparation of motions to seal material included in joint discovery dispute letters, they may submit
4  such a stipulation for the Court's consideration.

**IT IS SO ORDERED.**

Dated: March 2, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2