1  David A. Straite (admitted *pro hac vice*)
   **DICELLO, LEVITT, & GUTZLER, LLP**
2  One Grand Central Place
3  60 East 42nd Street, Suite 2400
   New York, NY 10165
4  Tel.: (646) 933-1000
   *dstraite@dicellolevitt.com*
5
   *Counsel for Plaintiffs and the Proposed*
6  *Class*
7
                  **UNITED STATES DISTRICT COURT**
8                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
9
   In re. Google RTB Consumer Privacy          Case No. 4:21-cv-02155-YGR-VKD
10 Litigation,
                                                **NOTICE OF VOLUNTARY DISMISSAL**
11

12

13      PLEASE TAKE NOTICE that Plaintiffs Alexander Rowe, Crystal Brown, Gary Garrett, and
14 Tyler Eliot (the "Withdrawing Plaintiffs") hereby voluntarily dismiss their claims in the above
15 captioned action, originally filed in the United States District Court for the Northern District of
16 California, without prejudice and without fees or costs to any party, and reserving their rights as
17 members of any class that may be certified in this litigation. In accordance with Rule 41(a) of the
18 Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and
19 no opposing party has served an answer or motion for summary judgment.

20 DATED: March 3, 2022                          Respectfully submitted,
21                                               **DICELLO, LEVITT, & GUTZLER, LLP**
22
                                                 By: */s/ David A. Straite*
23                                               David A. Straite (admitted *pro hac vice*)
                                                 One Grand Central Place
24                                               60 East 42nd Street, Suite 2400
25                                               New York, NY 10165
                                                 Tel.: (646) 933-1000
26                                               *dstraite@dicellolevitt.com*
                                                 *Counsel for Withdrawing Plaintiffs and the*
27                                               *Proposed Class*
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                         _/s/ David A. Straite_____
                                         David A. Straite (admitted *pro hac vice*)
                                         DiCELLO LEVIT GUTZLER LLP
                                         *Counsel for Withdrawing Plaintiffs and the Proposed Class*