COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR<br><br>**DECLARATION OF GLENN BERNTSON IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. G. BERNTSON ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

I, Glenn Berntson, declare as follows:

1. I am a Director at Google LLC ("Google") with supervisory authority concerning Google's Real Time Bidding System ("Google RTB"). In my role as Director, I am familiar with Google's practices regarding the treatment of sensitive business and technical information. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Seal in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (YGR) (N.D. Cal.).

3. I have reviewed the portions of the Joint Discovery Dispute re: Google's Search Terms, Custodians, and Non-Custodial Sources (ECF No. 158-2) ("Joint Letter Brief"), and Exhibits A, C and D to the Declaration of Elizabeth Pritzker (ECF Nos.158-3, 158-5, 158-6).

4. Attached hereto as Exhibit 1 is a copy of the Joint Discovery Brief with the narrowed redactions that Google seeks to maintain under seal highlighted in green.

5. To the best of my knowledge, certain information in the Joint Letter Brief and Exhibits A, C, and D to the Pritzker Declaration reference internal project and infrastructure names that Google does not discuss publicly. The Joint Letter Brief also discusses certain technical details of three of these projects.

6. Revealing these terms and corresponding technical details of code name projects would present a serious risk of irreparable harm to Google. Specifically, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses if he or she knew Google's confidential internal names.

7. Additionally, these names, if made public, would allow individuals who, through legitimate or nefarious means gain access to other documents or information that reference the same code names, to deduce details about the project to which the code names refer that they otherwise would not have understood were related. If individuals know a code name for one of these projects, and then see that same code name in an entirely different context, they will be uniquely positioned to piece together previously unconnectable facts about the project, gaining improper and potentially

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. G. BERNTSON. ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

damaging insight into Google's strategic business and financial decisions and the operation and capabilities of Google's systems.

8. For each of these reasons, it is imperative that internal names and project details not be revealed outside of Google.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in New York, New York on March 3, 2022.

*Glenn Berntson*
Glenn Berntson

Cooley LLP
Attorneys at Law
San Francisco

3

Decl. G. Berntson. ISO Google's Resp.
to Admin. Motion to File Under Seal
Case No. 5:21-cv-02155-YGR