COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR (VKD)<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF ERRATA TO EXHIBIT E (ECF NO. 158-7) TO THE PARTIES' JOINT DISCOVERY DISPUTE LETTER BRIEF** |

Defendant Google LLC ("Google") respectfully submits this errata to Exhibit E to the Parties' joint discovery dispute letter brief concerning Google's custodians, search terms, and non-custodial sources. The Parties filed the joint letter brief on March 1, 2022. (ECF No. 157.) Google discovered inadvertent errors in the job titles in Exhibit E for several agreed upon custodians. Google is filing with this notice an amended version of Exhibit E (filed as ECF No. 158-7) to provide the Court with the correct job titles for these custodians as of today. The errata and corrections are as follows:

| Custodian | Errata | Correction |
|---|---|---|
| Glenn Berntson | Product Manager | Director – SWE |
| Tom Wolfstein | Staff Software Engineer | Product Manager II |
| Chris Dawson | Software Engineer | Senior Staff Software Engineer |
| Gang Wang | Software Engineer | Senior Staff Software Engineer |
| Chetna Bindra | Director, Product Management at Google | Group Product Manager |
| Karen Scruggs | Product Manager, Authorized Buyers & OB Buyers Google Ad Manager | Product Manager II |
| Barbara Piermont | Head of Ads Privacy for AMER Go-to-Market Strategy | Sales Operations Manager II |
| Matthew Young-Lai | Software Engineer | Senior Staff Software Developer - Canada |

| | | |
|---|---|---|
| 1 | Dated: March 7, 2022 | COOLEY LLP |
| 2 | | MICHAEL G. RHODES |
| | | WHITTY SOMVICHIAN |
| 3 | | JEFFREY M. GUTKIN |
| | | AARTI REDDY |
| 4 | | KYLE C. WONG |
| | | ROBBY L.R. SALDAÑA |
| 5 | | KELSEY R. SPECTOR |
| | | COLIN S. SCOTT |
| 6 | | ANUPAM DHILLON |

By: */s/ Aarti Reddy*
    Aarti Reddy

Attorneys for Defendant
GOOGLE LLC