## Amended Exhibit E

| | Agreed Upon Google Custodians<br>(Custodians added at Plaintiffs' Request in bold) |
|---|---|
| 1. | Stan Belov: Staff Software Engineer |
| 2. | Glenn Berntson: Director - SWE |
| 3. | Deepti Bhatnagar: Director, Product Management |
| 4. | Chetna Bindra: Group Product Manager |
| 5. | Susan Childs: Global Commercialization Lead |
| 6. | Haskell Garon: Product Manager |
| 7. | Tim Hsieh: Senior Software Engineer |
| 8. | Nitish Korula: Engineering, Director |
| 9. | Marlena Kudej: Publisher Platforms GPL, Head of Ad Manager, Authorized Buyers, and AdSense team |
| 10. | Hyunjung Park: Staff Software Engineer |
| 11. | Karen Scruggs: Product Manager II |
| 12. | Lior Shenkar: Product Manager, Google Ad Manager |
| 13. | Tom Wolfstein: Product Manager II |
| 14. | **Chris Dawson: Senior Staff Software Engineer** |
| 15. | **Duke Dukellis: Director, Product Management** |

| | |
|---|---|
| 16. | **George Levitte:** Group Product Manager |
| 17. | **Aparna Pappu:** Vice President of Engineering |
| 18. | **Barbara Piermont:** Sales Operations Manager II |
| 19. | **Florent Scarpel:** Software Engineer |
| 20. | **Gang Wang:** Senior Staff Software Engineer |
| 21. | **Matthew Young-Lai:** Senior Staff Software Developer - Canada |

| | **Plaintiffs' Proposed Custodians Rejected by Google** |
|---|---|
| 1. | **Jonathan Bellack**: Senior Director of Product Management, Counter-Abuse Technology |
| 2. | **Brad Bender**: Vice President |
| 3. | **Jason Bigler**: Director, Product Management |
| 4. | **Jochen Eisinger**: Director of Engineering |
| 5. | **Keith Enright**: Chief Privacy Officer |
| 6. | **Greg Fair:** Product Manager of Google Takeout |
| 7. | **Ronnie Falcon:** Product Manager |
| 8. | **Dave Graham**: Vice President |
| 9. | **Jan Hanneman:** Product Manager |
| 10. | **Sam Heft-Luthy**: Product manager |

| | | |
|---|---|---|
| 11. | **Hyewon Jun**: Senior Software Engineer/Manager |
| 12. | **Neha Khanna**: Global Head of Product Marketing - Ads Privacy |
| 13. | **Chris LaSala**: Managing Director, Publisher Platforms Strategy |
| 14. | **Zhenhy "Vic" Liu**: Tech Lead & Manager |
| 15. | **Chris Maxcy**: Business Development |
| 16. | **Stephan Micklitz**: Director of Engineering |
| 17. | **Dave Monsees**: Product Manager |
| 18. | **Sundar Pichai**: CEO |
| 19. | **Laura Seli**: Global Product Lead |
| 20. | **Mike Schulman**: Vice President/General Manager of Google Ads Privacy and Safety |
| 21. | **Lorraine Twohill**: Chief Marketing Officer |
| 22. | **Hal Varian**: Chief Economist |
| 23. | **Gerome Grateau:** Director, EMEA Google Workspace at Google Cloud |

| | | |
|---|---|---|
| **Proposed Custodians Plaintiffs Request Additional Information About** |||
| 1. | **Ashely An**: Software Engineer II |
| 2. | **Eric Brugel**: Software Engineer II |
| 3. | **Simon Cheng**: Software Engineer |

| | | |
|---|---|---|
| 4. | **Osvaldo Doederlein:** | Senior Software Engineer |
| 5. | **John Espejo**: | Software Engineer, III |
| 6. | **Matthew Razza**: | Software Engineer |
| 7. | **Eric Han**: | Software Engineer |
| 8. | **Kim Kosman:** | Software Engineer |
| 9. | **Saul London**: | Senior Software Engineer |
| 10. | **Supraja Sekhar**: | Senior Software Engineer |
| 11. | **Adam Shi:** | Software Engineer |
| 12. | **Jonah Stanley:** | Software Engineer |
| 13. | **Andrew Tao:** | Software Engineer |
| 14. | **Christopher Tignor**: | Senior Software Engineer |
| 15. | **Brad Townsend**: | Software Engineer |
| 16. | **Trent Underwood**: | Software Engineer |
| 17. | **Yi Zhang:** | Senior Staff Software Engineer |
| 18. | **Lily Zheng:** | Software Engineer |