UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER DIRECTING PARTIES TO SUBMIT SUPPLEMENTAL MATERIAL** |

On March 8, 2022, the Court held a hearing on the parties' discovery dispute regarding defendant Google's search terms, custodians, and non-custodial sources. Dkt. No. 164. As discussed at the hearing, the Court asks the parties to file a chart providing a brief description of the basis for their respective positions for each disputed or rejected search term by **March 15, 2022**. In addition, the Court orders plaintiffs to provide defendant with a narrowed list of additional proposed custodians by **March 11, 2022**. The Court asks the parties to file a chart by **March 18, 2022** providing a brief explanation of why each such proposed custodian should or should not be included in the list of custodians whose ESI will be searched using search terms.

The parties may file these supplemental materials under seal without the need to file a separate motion for administrative relief pursuant to Civil Local Rules 7-11 and 79-5.

**IT IS SO ORDERED.**

Dated: March 8, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge