ELIZABETH C. PRITZKER (SBN 146267)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

Interim Class Counsel for Plaintiffs

*[Additional counsel listed on signature page]*

**COOLEY LLP**
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
COLIN S. SCOTT (318555)
(cscott@cooley.com)
ANUPAM S. DHILLON (324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
rsaldana@cooley.com
(admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

*Counsel for Defendant, Google LLC*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Case No. 4:21-cv-02155-YGR-VKD |
| This Document Relates to: *all actions*. | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 8 HEARING TRANSCRIPT**<br><br>Hon. Virginia K. DeMarchi, USMJ |

1    WHEREAS, on March 8, 2022, the Court conducted a Discovery Hearing Re Joint Letter

2   Brief 157 Dispute via Zoom webinar remotely. The Court conducted a portion of the proceeding

3   UNDER SEAL and ordered the transcript portion time stamped 12:10-1:30pm SEALED. Dkt. No.

4   164;

5    WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]

6   cannot be generated without an order from the assigned judge"[1];

7    WHEREAS, the parties agree that the transcript may be released to counsel of record in this

8   matter;

9    NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the

10   Court's approval, that the complete transcript of the March 8, 2022 discovery hearing may be

11   released to counsel of record in this matter.

12

13   DATED: March 9, 2022

14   **PRITZKER LEVINE LLP**                        **COOLEY LLP**

15   By:    */s/ Elizabeth C. Pritzker*             By:    */s/ Michael G. Rhodes*
     Elizabeth C. Pritzker (Cal. Bar No. 146267)    Michael G. Rhodes
16   Johnathan K. Levine (Cal. Bar No. 220289)      Whitty Somvichian
     Bethany Caracuzzo (Cal. Bar No. 190687)        Jeffrey M. Gutkin
17   Caroline C. Corbitt (Cal. Bar No. 305492)      Aarti G. Reddy
     1900 Powell Street, Suite 450                  Kyle C. Wong
18   Emeryville, CA 4608                            Kelsey R. Spector
     Tel.: (415) 692-0772                           Anupam P. Dhillon
19   Fax: (415) 366-6110                            Colin S. Scott
     ecp@pritzkerlevine.com                         3 Embarcadero Center, 20th floor
20   jkl@pritzkerlevine.com                         San Francisco, CA  94111-4004
     bc@pritzkerlevine.com                          Tel.:  415-693-2000
21   ccc@pritzkerlevine.com                         Fax:  415-693-2222
                                                    rhodesmg@cooley.com
22   **BLEICHMAR FONTI & AULD LLP**                 wsomvichian@cooley.com
                                                    jgutkin@cooley.com
23   By:    */s/ Lesley E. Weaver*                  areddy@cooley.com
     Lesley E. Weaver (Cal. Bar No.191305)          kspector@cooley.com
24   Anne K. Davis (Cal. Bar No. 267909             cscott@cooley.com
     Joshua D. Samra (Cal. Bar No. 313050)          adhillon@cooley.com
25   555 12th Street, Suite 1600
     Oakland, CA 94607                              Robby L.R. Saldaña
26   Tel.: (415) 445-4003                           1299 Pennsylvania Avenue NW
                                                    Suite 700
27

28
     _____

     [1]   https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:     /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER**

By:     /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By:     /s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

Washington, DC   20004-2400
Tel.:  202-776-2109
Fax:  202-842-7899
rsaldana@cooley.com

 Attorneys for Defendant
 GOOGLE LLC

*Counsel for Defendant GOOGLE LLC*

*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & MCCARTHY LLP**

By:    */s/ Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*nrahman@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF
MARCH 8 HEARING TRANSCRIPT

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Date: _____, 2022        _____

4                                                        Hon. Virginia K. DeMarchi
                                                         United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been

3

obtained from the other signatories. I declare under penalty of perjury that the foregoing is true

4

and correct.

5

Executed this 9th day of March 2022, at Oakland, California.

6

By:    */s/ Lesley E. Weaver*

7

Lesley E. Weaver

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28