| | |
|---|---|
| ELIZABETH C. PRITZKER (SBN 146267)<br>**PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>Interim Class Counsel for Plaintiffs<br><br>*[Additional counsel listed on signature page]* | **COOLEY LLP**<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>AARTI G. REDDY (274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (318555)<br>(cscott@cooley.com)<br>ANUPAM S. DHILLON (324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>rsaldana@cooley.com<br>(admitted *pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 776 2109<br>Facsimile:    +1 202 842 7899<br><br>*Counsel for Defendant, Google LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER AUTHORIZING RELEASE OF**<br>**MARCH 8 HEARING TRANSCRIPT**<br><br>Hon. Virginia K. DeMarchi, USMJ |

1   WHEREAS, on March 8, 2022, the Court conducted a Discovery Hearing Re Joint Letter
2   Brief 157 Dispute via Zoom webinar remotely. The Court conducted a portion of the proceeding
3   UNDER SEAL and ordered the transcript portion time stamped 12:10-1:30pm SEALED. Dkt. No.
4   164;

5   WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]
6   cannot be generated without an order from the assigned judge"[1];

7   WHEREAS, the parties agree that the transcript may be released to counsel of record in this
8   matter;

9   NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
10  Court's approval, that the complete transcript of the March 8, 2022 discovery hearing may be
11  released to counsel of record in this matter.

12

13  DATED: March 9, 2022

14  **PRITZKER LEVINE LLP**

15  By:     /s/ Elizabeth C. Pritzker
    Elizabeth C. Pritzker (Cal. Bar No. 146267)
16  Johnathan K. Levine (Cal. Bar No. 220289)
    Bethany Caracuzzo (Cal. Bar No. 190687)
17  Caroline C. Corbitt (Cal. Bar No. 305492)
    1900 Powell Street, Suite 450
18  Emeryville, CA 4608
    Tel.: (415) 692-0772
19  Fax: (415) 366-6110
    ecp@pritzkerlevine.com
20  jkl@pritzkerlevine.com
    bc@pritzkerlevine.com
21  ccc@pritzkerlevine.com

22  **BLEICHMAR FONTI & AULD LLP**

23
    By:     /s/ Lesley E. Weaver
24  Lesley E. Weaver (Cal. Bar No.191305)
    Anne K. Davis (Cal. Bar No. 267909)
25  Joshua D. Samra (Cal. Bar No. 313050)
    555 12th Street, Suite 1600
26  Oakland, CA 94607
    Tel.: (415) 445-4003
27

28

**COOLEY LLP**

By:     /s/ Michael G. Rhodes
Michael G. Rhodes
Whitty Somvichian
Jeffrey M. Gutkin
Aarti G. Reddy
Kyle C. Wong
Kelsey R. Spector
Anupam P. Dhillon
Colin S. Scott
3 Embarcadero Center, 20th floor
San Francisco, CA  94111-4004
Tel.:  415-693-2000
Fax:  415-693-2222
rhodesmg@cooley.com
wsomvichian@cooley.com
jgutkin@cooley.com
areddy@cooley.com
kspector@cooley.com
cscott@cooley.com
adhillon@cooley.com

Robby L.R. Saldaña
1299 Pennsylvania Avenue NW
Suite 700

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | |
|---|---|
| Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>jsamra@bfalaw.com | Washington, DC 20004-2400<br>Tel.: 202-776-2109<br>Fax: 202-842-7899<br>rsaldana@cooley.com |
| **SIMMONS HANLY CONROY LLC** | Attorneys for Defendant<br>GOOGLE LLC |
| By:    */s/ Jason 'Jay' Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (*pro hac vice* to be sought)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br>*ejohnson@simmonsfirm.com* | *Counsel for Defendant GOOGLE LLC* |

**DICELLO LEVITT GUTZLER**

By:    */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By:    */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

1 | *fbottini@bottinilaw.com*
*achang@bottinilaw.com*
2 | *abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
3 | *nwoltering@bottinilaw.com*
4 |
5 | **COTCHETT, PITRE & MCCARTHY LLP**
6 | By:     */s/ Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
7 | Brian Danitz (Cal. Bar No. 247403)
Karin B. Swope (admitted *pro hac vice*)
8 | 840 Malcolm Road, Suite 200
Burlingame, CA 94010
9 | Tel.: (650) 697-6000
Fax: (650) 697-0577
10 | *nnishimura@cpmlegal.com*
11 | *bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
12 | *nrahman@cpmlegal.com*
13 | *Counsel for Plaintiffs and the Proposed Class*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: __March 10__, 2022

*(signature)*
Hon. Virginia K. DeMarchi
United States Magistrate Judge