1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Jonathan K. Levine (Cal Bar No. 220289)
2  Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
7
8  *Interim Class Counsel*

9  [Additional Counsel Appear On Signature Page]

10

11  **UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
12   SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-YGR-VKD |
| 15 | **JOINT POSITION CHART RE. PROPOSED GOOGLE CUSTODIANS** |
| 16  This Document relates to: *all actions*. | |
| 17 | Judge: Hon. Virginia K. DeMarchi |
| 18 | Hearing Date:    None set.<br>Hearing Time:<br>Hearing Location: |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

24

25  **DOCUMENT FILED ENTIRELY UNDER SEAL**

26
    **PER ORDER (DKT. NO. 165)**
27

28