**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO AMEND CASE SCHEDULE** |

On April 8, 2022, plaintiffs filed a motion pursuant to Civil Local Rules 6-3 and 7-11 to extend the pretrial schedule in this matter by approximately four months and the trial date by approximately seven months. ECF No. __. This is the first extension of the schedule sought by plaintiffs. Defendant Google LLC opposes the motion. ECF No. __. Having considered the parties' submissions, the Court finds that there is good cause to grant the relief requested and extend the pretrial schedule and trial date in this matter. The previous schedule and the new schedule that will govern this matter are as follows:

| EVENT | OLD CASE SCHEDULE | NEW CASE SCHEDULE |
|---|---|---|
| Substantial Document Production Complete | April 21, 2022 | April 21, 2022 **or within 28 days** of Magistrate Judge DeMarchi's Order(s) on Pending Discovery Motions: Dkt. Nos. 141, 142, 143, 157, 171, and 172. |
| Class Certification Motion | Motion: June 23, 2022<br>Opposition: August 4, 2022<br>Reply: September 2, 2022<br>Hearing: September 30, 2022 at 2:00 p.m. | October 21, 2022<br>December 16, 2022<br>February 3, 2023<br>February 23, 2023 at 2:00 p.m. |
| Fact Discovery Cut-Off | December 15, 2022 | April 28, 2023 |
| Opening Expert Reports | January 12, 2023 | May 26, 2023 |
| Rebuttal Expert Reports | February 9, 2023 | June 23, 2023 |
| Close of Expert Discovery | March 2, 2023 | July 28, 2023 |
| Dispositive/Daubert Motions<br>1 dispositive motion per side in the entire case<br>3 Daubert motions per side in the entire case | Motions: March 23, 2023<br>Oppositions: April 20, 2023<br>Replies: May 11, 2023<br>Hearing: May 30, 2023 at 2:00 p.m. | August 18, 2023<br>September 15, 2023<br>October 6, 2023<br>November 2, 2023 at 2:00 p.m. |
| Pretrial conference | July 28, 2023 at 9:30 a.m. | February 16, 2024 at 9:30 a.m. |
| Jury Trial | August 21, 2023 at 9:00 a.m. | March 18, 2024 at 9:00 a.m. |

**IT IS SO ORDERED**

DATED: April __, 2022

______________________________
YVONNE GONZALEZ ROGERS
United States District Judge