| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:    +1 202 776 2109<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION PURSUANT TO L.R 6-3 AND 7-11 TO AMEND CASE SCHEDULE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. J. GUTKIN ISO GOOGLE'S OPP. TO
MOT. TO AMEND CASE SCHEDULE
CASE NO. 5:21-CV-02155-YGR

I, Jeffrey M. Gutkin, declare as follows:

1. I am a member of the bar of the State of California and a partner at Cooley LLP, counsel for Defendant Google LLC ("Google") in this action. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion Pursuant to L.R. 6-3 and 7-11 to Amend the Case Schedule in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (N.D. Cal.), filed on April 12, 2022.

3. Google repeatedly informed Plaintiffs that an Administrative Motion is not the proper mechanism for amending the case schedule, including during a teleconference meet and confer between the Parties that took place on April 5, 2022, and in email correspondence that I sent to Plaintiffs' counsel on April 6, 2022.

4. In email correspondence dated April 7, 2022, Plaintiffs' counsel Elizabeth Pritzker informed me of Plaintiffs' position that Paragraph 3 of Your Honor's Standing Order justified submission of their administrative motion to amend the case schedule.

5. On April 6, 2022, Google requested that Plaintiffs, as a professional courtesy, file their administrative motion on Monday, April 11, 2022. Plaintiffs refused.

6. Google remains on schedule to substantially complete its production of documents by April 21, 2022. Google has worked diligently – including by commencing custodial review immediately after the Court entered an ESI protocol in December 2021 and working during the weeks of the Christmas and New Year's Eve holidays – to comply with the April 21 substantial completion deadline.

7. Google has kept Plaintiffs apprised of its document review progress, most recently by informing Plaintiffs' counsel on March 25, 2022, that Google's team had reviewed approximately 80% of Google's total document population.

8. Unlike Google's productions, I understand from the members of my team overseeing the review of Plaintiffs' document productions in this matter, that, based on our review to date, Plaintiffs' productions consist largely of what appear to be junk emails.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. J. GUTKIN ISO GOOGLE'S OPP. TO
MOT. TO AMEND CASE SCHEDULE
CASE NO. 5:21-CV-02155-YGR

9. Plaintiffs served their first set of written interrogatories on April 6, 2022.

10. Plaintiffs have served no deposition notices in this matter, as of the time of this filing. In fact, the closest they have come to serving a deposition notice was to send a ***draft*** 30(b)(6) deposition notice on March 29, 2022.

11. In a teleconference meet and confer with Plaintiffs that took place on April 5, 2022, I informed Plaintiffs' counsel that if Magistrate Judge DeMarchi orders additional discovery, Google will negotiate in good faith with Plaintiffs regarding a potential extension of the case schedule.

12. Before Google began its custodial document review for this action, Plaintiffs demanded that Google adopt certain provisions within an ESI Protocol regarding its review and production of documents. Specifically, Plaintiffs proposed a provision that required the producing party to confer with the requesting party "before using any search terms." ECF No. 95 at 7.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on April 12, 2022.

                                                */s/ Jeffrey M. Gutkin*
                                                 Jeffrey M. Gutkin

267303506

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. J. GUTKIN ISO GOOGLE'S OPP. TO
MOT. TO AMEND CASE SCHEDULE
CASE NO. 5:21-CV-02155-YGR