COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**[PROPOSED] ORDER REGARDING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MARCH 8, 2022 HEARING TRANSCRIPT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN.
MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)

1  THIS MATTER, having come before the Court on Google's Administrative Motion to
2  Consider whether portions of the March 8, 2022 Hearing Transcript should remain under seal, and
3  the Court having considered all appropriate papers:
4  The Court finds compelling reasons to support the filing under seal of the documents or
5  portions of documents described herein. Accordingly,
6  IT IS ORDERED that the following shall be filed under seal and sealed from the public
7  record:

- The redacted portions of Exhibit 1 to the Declaration of Aarti Reddy filed concurrently with Google's Administrative Motion To Seal Portions Of The March 8, 2022 Hearing Transcript.

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| March 8, 2022 Hearing Transcript | Portions Highlighted in Yellow at: 7:13-15; 7:19; 7:21; 8:21-23; 9:15, 9:17; 10:4-8; 11:11-12; 12:2; 15:19; 16:6-7; 16:11-13; 17:14; 27:14; 27:18-19: 28:6; 28:11; 28:13-15; 28:17-18; 28:22-25; 29:1; 29:4; 29:7; 29:12-13; 33:3 | Google |

**IT IS SO ORDERED.**

Dated: April _____, 2022

The Honorable Virginia DeMarchi
United States Magistrate Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S ADMIN.
MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)