| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice* )<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 776 2109<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions.* | Master File No. 4:21-cv-02155-YGR<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. A. REDDY GOOGLE'S ADMIN. MOTION
TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR

I, Aarti Reddy, declare as follows:

1. I am a member of the bar of the State of California and a partner at Cooley LLP, counsel for Defendant Google LLC ("Google") in this action. I make this declaration based on my own personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal the March 8, 2022 Transcript in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (YGR) (N.D. Cal.).

3. Attached hereto as Exhibit 1 is a copy of the March 8, 2022 which highlights the specific information that Google seeks to maintain under seal.

4. I have reviewed page 9, line 17 of the March 8, 2022 Hearing Sealed Transcript that Google seeks to seal. (ECF No. 174.)

5. To the best of my knowledge, the information reflected at page 9, line 17 of the March 8, 2022 Sealed Transcript contains opposing counsel's quotations from an internal document reflecting proprietary financial valuation data that Google designated as Highly Confidential – Attorneys' Eyes Only and produced in discovery.

6. For this reason, Google requests the information reflected in page 9, line 17 of the March 8, 2022 transcript be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on April 18, 2022 in Chino Hills, California

                                          */s/ Aarti Reddy*
                                          Aarti Reddy

265383278

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. A. REDDY ISO GOOGLE'S ADMIN.
MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR