COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**PROOF OF SERVICE OF GOOGLE'S LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MARCH 8, 2022 HEARING TRANSCRIPT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE RE
ADMIN MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My email address is cscott@cooley.com and my business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On the date set forth below I served the documents described below in the manner described below:

- **UNREDACTED EXHIBIT 1 TO THE DECLARATION OF AARTI REDDY ISO ADMINISTRATIVE MOTION TO SEAL**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA   94607<br>Tel:  (415) 445-4003<br>Fax:  (415) 445-4020<br>Email:   lweaver@bfalaw.com<br>            adavis@bfalaw.com<br>            jsamara@bfalaw.com<br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** | **SIMMONS HANLY CONROY LLC**<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY   10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>          atruong@simmonsfirm.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA   94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>            jkl@pritzkerlevine.com<br>            bc@pritzkerlevine.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite<br>(*admitted pro hac vice*)<br>One Grand Central Plaza<br>60 E. 42nd Street, Suite 2400<br>New York, NY   10165<br>Tel:  (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>            Julwick@dicellolevitt.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PROOF OF SERVICE RE
ADMIN MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)

Executed on April, 18, 2022, at San Francisco, California.

*/s/ Colin S. Scott*
Colin S. Scott

267811304

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

PROOF OF SERVICE RE
ADMIN MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)