# EXIHIBIT A
# Exhibit Filed Under Seal