# EXHIBIT C

[DOCUMENT LODGED SEPARATELY UNDER SEAL]