1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
   Jonathan K. Levine (Cal Bar No. 220289)
2  Bethany Caracuzzo (Cal Bar No. 190687)
   Caroline C. Corbitt (Cal Bar No. 305492)
3  **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9  *Interim Class Counsel*

10 [Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>[Civil L.R. 7-11, 79-5(f)]<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f) Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed **Exhibit C** to the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Motion for Relief from April 25, 2022 Non-Dispositive Order of Magistrate Judge (Dkt. 184) ("Pritzker Decl.") under seal because it is a letter from Google's counsel to Plaintiffs' counsel that Google has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the June 3, 2021 Stipulated Protective Order Governing the Exchange of Confidential Discovery Material As Modified by the Court (hereinafter "Protective Order"). *See* Dkt. 59. Plaintiffs' quotation of portions of the letter (Exhibit C) in the Pritzker Declaration are therefore also redacted and submitted under seal. *See* Pritzker Decl., ¶¶ 8, 9.

The specific documents and information Plaintiffs respectfully request be conditionally under seal and/or redacted as a result of Google's designation is:

- Exhibit C to the Declaration of Elizabeth C. Pritzker which is an April 4, 2022 letter from Google's counsel to Plaintiffs' counsel, in its entirety;
- Portions of the Declaration of Elizabeth C. Pritzker filed therewith, at ¶ 8 lines 4:18, and 4:19 – 5:2 and ¶ 9 at lines 6:7-8.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a),(c)(3). Plaintiffs' request seeks to seal a letter that Google has designated in its entirety as Highly Confidential – Attorneys' Eyes only and therefore the request to seal cannot be more narrowly drawn by Plaintiffs. Plaintiffs seek this relief in good faith because the information sought to be sealed has been designated as Highly Confidential – Attorneys' Eyes Only by Defendant Google pursuant to the Protective Order.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party", Defendant Google. Plaintiffs do not join in Google's designation of this letter as Highly Confidential – Attorneys' Eyes Only.

## II.     NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.    CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the letter (Exhibit C), and the Pritzker Declaration at lines 4:18, 4:19 – 5:2, and 6:7-8, should remain under seal and in redacted form pursuant to Google's designation.

Dated: May 9, 2022

**PRITZKER LEVINE LLP**

By:   */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003

1  Fax: (415) 445-4020
   *lweaver@bfalaw.com*
2  *adavis@bfalaw.com*
3  *mmelamed@bfalaw.com*
   *aornelas@bfalaw.com*
4  *jsamra@bfalaw.com*

5  **SIMMONS HANLY CONROY LLC**

6  By:  /s/ Jay Barnes
7  Jason 'Jay' Barnes (*pro hac vice*)
   An Truong (*pro hac vice*)
8  Eric Johnson (*pro hac vice*)
   112 Madison Avenue, 7th Floor
9  New York, NY 10016
   Tel.: (212) 784-6400
10 Fax: (212) 213-5949
11 *jaybarnes@simmonsfirm.com*
   *atruong@simmonsfirm.com*
12 *ejohnson@simmonsfirm.com*

13 **DICELLO LEVITT GUTZLER LLC**

14 By:  /s/ David A. Straite
15 David A. Straite (admitted *pro hac vice*)
   One Grand Central Place
16 60 East 42nd Street, Suite 2400
   New York, NY 10165
17 Tel.: (646) 933-1000
18 *dstraite@dicellolevitt.com*;

19 Amy Keller (admitted *pro hac vice*)
   Adam Levitt (admitted *pro hac vice*)
20 James Ulwick (admitted *pro hac vice*)
   Ten North Dearborn St., Sixth Floor
21 Chicago, IL 60602
   Tel.: (312) 214-7900
22 *akeller@dicellolevitt.com*
23 *alevitt@dicellolevitt.com*
   *julwick@dicellolevitt.com*
24

25 **BOTTINI & BOTTINI, INC.**

26 By:  /s/ Francis A. Bottini, Jr.
   Francis A. Bottini, Jr. (SBN 175783)
27 Albert Y. Chang (SBN 296065)
   Anne Beste (SBN 326881)
28 Yury A. Kolesnikov (SBN 271173)

1  Nicholaus Woltering (SBN 337193)
   7817 Ivanhoe Avenue, Suite 102
2  La Jolla, CA  92037
   Telephone: (858) 914-2001
3  Facsimile: (858) 914-2002
4  *fbottini@bottinilaw.com*
   *achang@bottinilaw.com*
5  *abeste@bottinilaw.com*
   *ykolesnikov@bottinilaw.com*
6  *nwoltering@bottinilaw.com*

7  **COTCHETT, PITRE & McCARTHY LLP**

8  By:   /s/  Nanci E. Nishimura
9  Nanci E. Nishimura (Cal. Bar No. 152621)
   Brian Danitz (Cal. Bar. No. 247403)
10 Karin B. Swope (admitted *pro hac vice*)
   840 Malcolm Road, Suite 200
11 Burlingame, CA 94010
   Tel.: (650) 697-6000
12 Fax: (650) 697-0577
13 *nnishimura@cpmlegal.com*
   *bdanitz@cpmlegal.com*
14 *kswope@cpmlegal.com*

15 *Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2022, at Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker