Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

DECL. OF ELIZABETH C. PRITZKER I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION
TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 5:21-cv-02155-YGR-VKD

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of Plaintiffs. *See* Dkt. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (here, Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal as **Exhibit 1** hereto is the unredacted version of the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Motion for Relief from April 25, 2022 Non-Dispositive Order of Magistrate Judge (Dkt. No. 184) ("Motion for Relief"), filed this same date.

3. Attached hereto and lodged under seal as **Exhibit 2** is the Unsealed Version of **Exhibit C** to the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Motion for Relief, also filed this same date.

4. Exhibit C is an April 4, 2022 letter from counsel for Defendant Google to counsel for Plaintiffs' in this action.

5. Plaintiffs quote from Exhibit C in the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Motion for Relief ("Pritzker Decl."), and therefore said quotations have been redacted in the publicly-filed version. *See* Pritzker Decl., at ¶ 8, lines 4:18 and 4:19 – 5:2. Those portions are highlighted in the unredacted version, lodged herewith.

6. Plaintiffs lodge Exhibits 1 and 2 hereto conditionally under seal because Google designated the letter as "Highly Confidential – Attorneys' Eyes Only", pursuant to the Protective Order in this case (Dkt. 59).

7. Plaintiffs do not join in Google's designation of the letter as "Highly Confidential - Attorneys' Eyes Only" and do not join any request by Google to seal Exhibit 1 or, as a result, Exhibit 2.

8. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

Decl. of Elizabeth C. Pritzker i.s.o. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed

Case No. 5:21-cv-02155-YGR-VKD

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of May, 2022 in Emeryville, California.

/s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker

Decl. of Elizabeth C. Pritzker i.s.o. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed

Case No. 5:21-cv-02155-YGR-VKD

2