**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar No. 247403)
Karin Swope *(admitted Pro Hac Vice)*
Andrew F. Kirtley (Cal. Bar No. 328023)
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*akirtley@cpmlegal.com*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation* | Case No. 4:21-cv-02155-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MEGHAN CORNELIUS** |
| This Document Relates To:<br><br>All Actions | |

1     PLEASE TAKE NOTICE that Plaintiff Meghan Cornelius hereby voluntarily dismisses her claims in the above captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party, and reserving their rights as a member of any class that may be certified in this litigation. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Dated: May 11, 2022

**COTCHETT, PITRE & McCARTHY LLP**

By:    */s/ Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope *(admitted pro hac vice)*
Andrew F. Kirtley (Cal. Bar No. 328023)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*akirtley@cpmlegal.com*