| | |
|---|---|
| **COTCHETT, PITRE & McCARTHY, LLP**<br>NANCI E. NISHIMURA (SBN 152621)<br>nnishimura@cpmlegal.com<br>BRIAN DANITZ (SBN 247403)<br>bdanitz@cpmlegal.com<br>KARIN SWOPE *(admitted Pro Hac Vice)*<br>kswope@cpmlegal.com<br>ANDREW F. KIRTLEY (SBN 328023)<br>akirtley@cpmlegal.com<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br><br>*Counsel for Plaintiffs*<br><br>*[Additional counsel listed on signature page]* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>JEFFREY M. GUTKIN (SBN 216083)<br>jgutkin@cooley.com<br>DANIELLE C. PIERRE (SBN 300567)<br>dpierre@cooley.com<br>KELSEY R. SPECTOR (SBN 321488)<br>kspector@cooley.com<br>COLIN S. SCOTT (SBN 318555)<br>cscott@cooley.com<br>AARTI REDDY (SBN 274889)<br>areddy@cooley.com<br>WHITTY SOMVICHIAN (SBN 194463)<br>wsomvichian@cooley.com<br>ANUPAM DHILLON (SBN 324746)<br>adhillon@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, California 94111-5800<br>Telephone: (415) 693 2000<br>Facsimile: (415) 693 2222<br><br>*Attorneys for Defendant GOOGLE LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*<br><br>This Document Relates To:<br><br>All Actions | Case No. 4:21-cv-02155-YGR<br><br>**JOINT STATUS REPORT REGARDING GOOGLE'S REQUESTS FOR PRODUCTION 27-30** |

In the April 29, 2022 Order Re March 15, 2022 Discovery Dispute Re Defendant's Document Requests to Plaintiffs ("April 29 Order") (Dkt. No. 190), the Court ordered the Parties to meet and confer further regarding Google's Requests for Production 27-30 ("Requests"), which concern Plaintiffs' privacy and location settings and changes thereto, and to file a status report.

The Parties met and conferred regarding Requests 27-30 on May 11, 2022. During the meet and confer, Google offered a few examples of information responsive to Requests 27-30, such as settings that would block cookies and settings related to private browsing mode, but Google reiterated that "Plaintiffs should not limit their production obligation to the examples of settings that Google has suggested," (April 29 Order at 3). Plaintiffs agreed to produce those identified categories of documents and further explained that they intend to produce responsive documents in accordance with the Court's guidance, to the extent those documents can be located. These include documents sufficient to show privacy and location "settings available to [plaintiffs] on their devices, operating systems, mobile applications, or browsers" that (1) "allow [plaintiffs] to prevent or limit personal information that is collected about them in the first instance;" and (2) "allow [plaintiffs] to prevent or limit personal information about them that is shared with third parties." (April 29 Order at 3.) Plaintiffs and their vendors have begun the process of collecting responsive documents, and Plaintiffs anticipate they will begin to produce this information on a rolling basis beginning the week of May 16, 2022.

Google asked for certain information regarding Plaintiffs' anticipated productions, and Plaintiffs are considering those requests. Google reserves all rights to seek further court intervention regarding Requests 27-30 as warranted after reviewing Plaintiffs' upcoming productions.

The Parties will submit an updated status report advising the Court of the status of this dispute no later than May 27, 2022.

///

Dated: May 13, 2022

| | |
|---|---|
| **COTCHETT, PITRE & McCARTHY LLP** | **COOLEY LLP** |
| By:   /s/ Brian Danitz | By:   /s/ Kelsey R. Spector |
| NANCI E. NISHIMURA | JEFFREY M. GUTKIN |
| BRIAN DANITZ | WHITTY SOMVICHIAN |
| KARIN B. SWOPE | AARTI REDDY |
| ANDREW F. KIRTLEY | KYLE C. WONG |
| 840 Malcolm Road, Suite 200 | KELSEY R. SPECTOR |
| Burlingame, CA 94010 | COLIN S. SCOTT |
| Tel.: (650) 697-6000 | ANUPAM DHILLON |
| Fax: (650) 697-0577 | 3 Embarcadero, 20th Floor |
| | San Francisco, CA 94111-4004 |
| | Tel.: (415) 693-2000 |
| | Fax: (415) 693-2222 |

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
Bethany Caracuzzo (SBN 190687)
Jonathan K. Levine (SBN 220289)
Caroline C. Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(pro hac vice )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:    +1 202 842 7899

*Counsel for Defendant GOOGLE LLC*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN191305)
Matthew Melamed (SBN 260272)
Anne K. Davis (SBN 267909)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mmelamed@bfalaw.com
adavis@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

*Counsel for Plaintiffs*

## ATTESTATION OF E-FILED SIGNATURE

I, Brian Danitz, am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

                                                */s/ Brian Danitz*
                                                BRIAN DANITZ