| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>COLIN S. SCOTT (SBN 318555)<br>(cscott@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | PRITZKER LEVINE LLP<br>ELIZABETH C. PRITZKER (SBN 146267)<br>BETHANY CARACUZZO (SBN 190687)<br>JONATHAN K. LEVINE (SBN 220289)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br><br>*Interim Class Counsel for Plaintiffs*<br><br>[Additional counsel listed in signature page] |

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

*Attorneys for Defendant*
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>This Document Relates to:  *all actions*,<br><br>                    Defendant. | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**JOINT SUBMISSION IN RESPONSE TO DKT. NO. 189 DISCOVERY DISPUTE** |

May 13, 2022

**Submitted via ECF**

Magistrate Judge Virginia K. DeMarchi
San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

Re:   *In re Google RTB Consumer Privacy Litigation*,
　　　Case No. 5:21-cv-02155-YGR-VKD (N.D. Cal.)
　　　Joint Submission in Response to Dkt. No. 189 Discovery Dispute

Dear Magistrate Judge DeMarchi:

　　The Parties respectfully submit this status report in accordance with the Court's Order re March 15, 2022 Discovery Dispute re Plaintiffs' Document Requests to Google. (ECF No. 189). Pursuant to that Order, the Court directed the Parties to meet and confer and file a status report no later than May 13, 2022, advising the Court of the status of the dispute concerning Plaintiffs' Requests for Production Nos. 46-49, 51, and 54-56.

　　The Parties met and conferred on May 10, 2022, and are endeavoring to resolve this dispute expeditiously. During the meet-and-confer, the Parties discussed the first step listed in the Court's order, which requires the Parties to "first endeavor to identify items of personal or sensitive information shared with third parties in the RTB process." *See* Dkt. No. 189 at 5:12–14. As part of that discussion, Google indicated that, in its view, it does not share any "personal or sensitive information" of putative class members with third party bid request recipients through Google's Real-Time Bidding system ("RTB") and asked that Plaintiffs identify items of information that Plaintiffs believe Google transmits through RTB that qualifies as personal or sensitive information. Plaintiffs responded by directing Google to the allegations in the Consolidated Amended Complaint (("CAC"), ECF No. 80), which identify certain categories of personal and sensitive information that Plaintiffs contend are shared with third parties in the RTB process. Plaintiffs also noted that this was not an exhaustive list, as Plaintiffs assert that they are not privy to the full scope of information that Google shares through RTB (which is the subject of ongoing discovery). To that end, Plaintiffs asked Google to identify documents that would show all information shared in RTB

1  and, from there, the Parties could work to narrow the list of information that is "personal and
2  sensitive."

3  In response, Google directed Plaintiffs to public documents included in Google's
4  production that Google asserts identify the information shared through RTB and that Google
5  believes would assist Plaintiffs in preparing their proposal. Google agreed to conduct a reasonable,
6  good-faith search into the categories of information that are shared with third parties through RTB
7  and that Plaintiffs reasonably contend are "personal" and/or "sensitive," and, subject to seeing
8  Plaintiffs' actual requests, Google stated that it will not refuse to produce documents solely on the
9  basis that Google does not believe that the identified information is personal or sensitive
10 information.

11 At the close of the May 10 meet-and-confer, Plaintiffs agreed to review the public
12 documents identified by Google and to report back as needed, and Google agreed to review the
13 initial list of allegedly personal and sensitive information (identified by Plaintiffs in the CAC) and
14 investigate whether Google assigns or estimates the value of some or all of those items of
15 information as it relates to third-party data sharing through RTB.

16 On May 12, 2021, following Plaintiffs' review of the documents referenced by Google
17 during the May 10 meet-and-confer, Plaintiffs provided Google with a letter setting forth additional
18 categories of personal and sensitive information that Plaintiffs assert are shared with third parties
19 through RTB, including those listed in Google's public documents. In addition, Plaintiffs identified
20 several items for follow up. Google is currently reviewing that letter and the Parties agreed to
21 conduct a further meet and confer on **Thursday, May 19**.

22 The Parties will submit an updated status report advising the Court of the status of this
23 dispute no later than **May 27, 2022**.

| | | |
|---|---|---|
| 1 | Dated: May 13, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Jeffrey M. Gutkin* |
| 4 | | Jeffrey M. Gutkin |
| | | Michael G. Rhodes |
| 5 | | Whitty Somvichian |
| | | Aarti Reddy |
| 6 | | Kyle C. Wong |
| | | Kelsey R. Spector |
| 7 | | Colin S. Scott |
| | | Anupam Dhillon |
| 8 | | 3 Embarcadero Center, 20th floor |
| | | San Francisco, CA  94111-4004 |
| 9 | | Tel.:  415-693-2000 |
| | | Fax:  415-693-2222 |
| 10 | | rhodesmg@cooley.com |
| | | wsomvichian@cooley.com |
| 11 | | jgutkin@cooley.com |
| | | areddy@cooley.com |
| 12 | | kwong@cooley.com |
| | | kspector@cooley.com |
| 13 | | cscott@cooley.com |
| | | adhillon@cooley.com |
| 14 | | |
| | | Robby L.R. Saldaña |
| 15 | | 1299 Pennsylvania Avenue NW |
| | | Suite 700 |
| 16 | | Washington, DC   20004-2400 |
| | | Tel.:  202-776-2109 |
| 17 | | Fax:  202-842-7899 |
| | | rsaldana@cooley.com |
| 18 | | |
| | | Attorneys for Defendant |
| 19 | | GOOGLE LLC |

| | | |
|---|---|---|
| 1 | Dated: May 13, 2022 | PRITZKER LEVINE LLP |
| 2 | | |
| 3 | | By: */s/ Elizabeth C. Pritzker* |
| 4 | | Elizabeth C. Pritzker<br>Bethany Caracuzzo |
| 5 | | Jonathan K. Levine<br>1900 Powell Street, Suite 450 |
| 6 | | Emeryville, CA 4608<br>Tel.: (415) 692-0772 |
| 7 | | Fax: (415) 366-6110<br>ecp@pritzkerlevine.com |
| 8 | | bc@pritzkerlevine.com<br>jkl@pritzkerlevine.com |
| 9 | | |
| 10 | | *Interim Class Counsel for Plaintiffs* |
| 11 | | |
| 12 | Dated: May 13, 2022 | BLEICHMAR FONTI & AULD LLP |
| 13 | | |
| 14 | | By: */s/ Lesley Weaver* |
| 15 | | Lesley Weaver<br>Anne K. Davis |
| 16 | | Joshua D. Samra<br>555 12th Street, Suite 1600 |
| 17 | | Oakland, CA 94607<br>Tel.: (415) 445-4003 |
| 18 | | Fax: (415) 445-4020<br>lweaver@bfalaw.com |
| 19 | | adavis@bfalaw.com<br>jsamra@bfalaw.com |
| 20 | | *Plaintiffs' Executive Committee* |

| | |
|---|---|
| Dated: May 13, 2022 | SIMMONS HANLY CONROY LLC |
| | |
| | By: */s/ Jason "Jay" Barnes* |
| | Jason "Jay" Barnes (*Pro Hac Vice*) |
| | An Truong (*Pro Hac Vice*) |
| | Eric Johnson (*Pro Hac Vice to be sought*) |
| | 112 Madison Avenue, 7th Floor |
| | New York, NY 10016 |
| | Tel.: (212) 784-6400 |
| | Fax: (212) 213-5949 |
| | jaybarnes@simmonsfirm.com |
| | atruong@simmonsfirm.com |
| | ejohnson@simmonsfirm.com |
| | |
| | *Plaintiffs' Executive Committee* |
| | |
| Dated: May 13, 2022 | DICELLO LEVITT GUTZLER LLC |
| | |
| | By: */s/ David A. Straite* |
| | David A. Straite (*Pro Hac Vice*) |
| | One Grand Central Place |
| | 60 E. 42nd Street, Suite 2400 |
| | New York, NY 10165 |
| | Tel.: (646) 993-1000 |
| | dstraite@dicellolevitt.com |
| | |
| | Amy E. Keller (*Pro Hac Vice*) |
| | James A. Ulwick (*Pro Hac Vice*) |
| | Ten North Dearborn Street |
| | Sixth Floor |
| | Chicago, IL 60602 |
| | Tel.: (312) 214-7900 |
| | akeller@dicellolevitt.com |
| | julwick@dicellolevitt.com |
| | |
| | *Plaintiffs' Executive Committee* |

| | | |
|---|---|---|
| 1 | Dated: May 13, 2022 | BOTTINI & BOTTINI, INC. |
| 2 | | |
| 3 | | By: */s/ Francis A. Bottini, Jr.* |
| 4 | | Francis A. Bottini, Jr.<br>Yury A. Kolesnikov |
| 5 | | Nicholaus Woltering<br>7817 Ivanhoe Avenue, Suite 102 |
| 6 | | La Jolla, CA 92037<br>Telephone: (858) 914-2001 |
| 7 | | Facsimile: (858) 914-2002<br>fbottini@bottinilaw.com |
| 8 | | ykolesnikov@bottinilaw.com<br>nwoltering@bottinilaw.com |
| 9 | | |
| 10 | | *Plaintiffs' Executive Committee* |
| 11 | | |
| 12 | Dated: May 13, 2022 | COTCHETT, PITRE & McCARTHY LLP |
| 13 | | |
| 14 | | By: */s/ Nanci E. Nishimura*<br>Nanci E. Nishimura |
| 15 | | Brian Danitz<br>Karin B. Swope |
| 16 | | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| 17 | | Tel.: (650) 697-6000<br>Fax: (650) 697-0577 |
| 18 | | nnishimura@cpmlegal.com<br>bdanitz@cpmlegal.com |
| 19 | | kswope@cpmlegal.com |
| 20 | | *Plaintiffs' Executive Committee* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on May 13, 2022, in Oakland, California.

*/s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin