UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR   (VKD)<br><br>**ORDER RE FURTHER STATUS REPORTS AND DISCOVERY CONFERENCE, IF NEEDED** |

The Court has reviewed the parties' status reports regarding Google's RFPs 27-30 (Dkt. No. 200) and plaintiffs' RFPs 46-49, 51, and 54-56 (Dkt. No. 201). The parties shall confer further, as indicated in the status reports, and submit further reports no later than **May 27, 2022**.

If the parties are unable to fully resolve their disputes regarding any of these requests for production, they shall appear for a discovery conference on **May 31, 2022 at 10:00 a.m.** in Courtroom 2, 280 South First Street, San Jose, California. This will be an in person proceeding. *See* Judge DeMarchi's Standing Orders, updated April 1, 2022, https://cand.uscourts.gov/judges/demarchi-virginia-vkd/.

**IT IS SO ORDERED.**

Dated: May 16, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge