COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 5:21-cv-02155-YGR |
|---|---|
| This Document Relates to: *all actions*, | **DECLARATION OF GLENN BERNTSON IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. G. BERNTSON ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

I, Glenn Berntson, declare as follows:

1. I am a Director at Google LLC ("Google") with supervisory authority concerning Google's Real Time Bidding system ("RTB"). In my role as Director, I am familiar with Google's practices regarding the treatment of sensitive business and technical information. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Seal in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (YGR) (N.D. Cal.).

3. I have reviewed the portions of the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Motion for Relief from the April 25, 2022 Non-Dispositive Order of Magistrate Judge (ECF No. 197-1) (the "Pritzker Decl." or "Pritzker Declaration"), and Exhibit C attached thereto (ECF No. 197-3).

4. Attached hereto as Exhibit 1 is a copy of the Pritzker Declaration with the narrowed redactions that Google seeks to maintain under seal highlighted in green.

5. Attached hereto as Exhibit 2 is a copy of Exhibit C with the narrowed redactions that Google seeks to maintain under seal highlighted in green.

6. To the best of my knowledge, certain information in the Pritzker Declaration and Exhibit C reference technical details and identifiers related to highly sensitive data logs and data system names that Google does not discuss publicly and maintains as confidential in the ordinary course of its business.

7. These highly sensitive data logs and data systems reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services. Should this information be publicly disclosed, Google's competitors could seek to gain an unfair advantage by deriving information about Google's internal strategies and systems that they would not otherwise have access to without knowledge of these identifiers.

8. Revealing these terms would also present a serious risk of irreparable harm to Google. In particular, public disclosure of these terms could place Google at an increased risk of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. G. BERNTSON ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR

cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products.

9. For each of these reasons, it is imperative that the names of these highly sensitive data logs and data systems not be revealed outside of Google.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in New York, New York on May 16, 2022.

*Glenn Berntson*
Glenn Berntson

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. G. BERNTSON ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 5:21-CV-02155-YGR