COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
wsomvichian@cooley.com
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAN DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR<br><br>**[PROPOSED] ORDER REGARDING GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL -CASE NO. 5:21-CV-02155-YGR

THIS MATTER, having come before the Court on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed in Connection with Plaintiffs' Motion for Relief from the April 25, 2022 Non-Dispositive Order of Magistrate Judge, and the Court having considered Google's Response To Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed Related to Plaintiffs' Motion for Relief from the April 25, 2022 Non-Dispositive Order of Magistrate Judge:

The Court finds compelling reasons to support the filing under seal of the documents or portions of documents described herein. Accordingly,

IT IS ORDERED that the following documents and portions of documents, as identified below, shall be filed under seal and sealed from the public record:

- The redacted portions of the Declaration of Elizabeth C. Pritzker filed concurrently with Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed Related to Plaintiffs' Motion for Relief from the April 25, 2022 Non-Dispositive Order of Magistrate Judge.

- The redacted portions of Exhibit C to the Declaration of Elizabeth C. Pritzker filed concurrently with Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed Related to Plaintiffs' Motion for Relief from the April 25, 2022 Non-Dispositive Order of Magistrate Judge.

| Document | Portions to be filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Pritzker Decl., ECF No. 197-1 | Green highlighted portions of Exhibit 1 to the Berntson Declaration at page 6:16-17. | Google |
| Ex. C to the Pritzker Decl., ECF No. 197-3 | Green highlighted portions of Exhibit 2 to the Berntson Declaration at page 4. | Google |

**IT IS SO ORDERED.**

Dated: May _____, 2022

The Honorable Yvonne Gonzalez Rodgers
United States District Court Judge

269169101

2

[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL - CASE NO. 5:21-CV-02155-YGR

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO