**DiCELLO LEVITT GUTZLER, LLP**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Ste 2400
New York, NY 10165
tel.: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION

| *In re Google RTB Consumer Privacy Litigation* | Case No. 4:21-cv-02155-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CHRISTOPHER JOHNSON** |
|---|---|
| This Document Relates To:<br><br>All Actions | |

1     PLEASE TAKE NOTICE that Plaintiff Christopher Johnson hereby voluntarily dismisses his claims in the above captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party, and reserving their rights as a member of any class that may be certified in this litigation. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Dated: May 19, 2022      **DiCELLO LEVITT GUTZLER, LLP**

By:   */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Ste 2400
New York, NY10165
tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**DiCELLO LEVITT GUTZLER, LLP**

By:    */s/ James A. Ulwick*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
tel.: (312) 214-7900
*julwick@dicellolevitt.com*