1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
7

8  *Interim Class Counsel*
9
   [Additional Counsel Appear On Signature Page]
10

11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                      **SAN JOSE DIVISION**

14
   In re Google RTB Consumer Privacy          Master File No. 5:21-cv-02155-YGR-VKD
15 Litigation,
                                              **PLAINTIFFS' ADMINISTRATIVE**
16                                            **MOTION TO CONSIDER WHETHER**
   This Document relates to: *all actions*.   **ANOTHER PARTY'S MATERIALS**
17                                            **SHOULD BE SEALED**

18                                            **[Civil L.R. 7-11, 79-5(f)]**

19                                            Judge:  Hon. Yvonne Gonzalez Rogers

20
                                             Hearing Date:       None set.
21                                           Hearing Time:
                                             Hearing Location:
22

23

24

25

26

27

28

## I.     INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed.  Plaintiffs have redacted portions of the <u>Plaintiffs' Motion to Allow Limited Discovery from Related Action</u> ("Motion") and the <u>Declaration of Lesley E. Weaver</u> submitted in support ("Weaver Decl."), filed this same date.  Plaintiffs redact this information and lodge these documents conditionally under seal because said portions describe information from related action *Calhoun v. Google LLC*, No. 21-cv-5146-YGR-SVK ("*Calhoun*")[1], that plaintiffs anticipate defendant Google will designate Confidential pursuant to the protective order in that action. *See Calhoun*, No. 21-cv-5146-YGR-SVK, at Dkt. No. 56.  Plaintiffs have also submitted, entirely under seal, <u>Exhibit A</u> to the Weaver Decl., as it consists of excerpts of a hearing transcript that was sealed by order of Magistrate Judge DeMarchi.

The specific documents and information plaintiffs respectfully request be conditionally redacted or sealed are:

- Portions of plaintiffs' Motion at:
    a.   page 5, portions of line 5 and line 9;
    b.   page 6, lines 18 through 23;
- Portions of the Weaver Declaration at:
    a.   ¶ 8 at  page 2, portions of line 16 and line 17;
    b.   ¶ 9, at page 2, portions of line 22; and
    c.   ¶ 14 at page 16 lines 16 through 19.
- Excerpts from the sealed transcript of the March 8, 2022 discovery hearing before Magistrate Judge DeMarchi conducted in this action, pages 34 through 35.

Unsealed and unredacted versions of these documents are lodged under seal as Exhibits 1, 2, and 3, respectively, with the Declaration of Jonathan K. Levine filed herewith.

---

[1] This action was related to the *Calhoun* action on June 24, 2021. *See* Dkt. No 69.

1

## II.    ARGUMENT

2      Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule

3  79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or

4  otherwise entitled to protection under the law, if the request minimizes the information sought to be

5  sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a),(c)(3). Plaintiffs' request

6  seeks to conditionally redact (1) specific language referring to the amount and costs of discovery in

7  *Calhoun* that plaintiffs anticipate Google will argue are subject to the *Calhoun* protective order, as

8  well as (2) to excerpts of the March 8, 2022 discovery hearing transcript in this action that was

9  sealed by order of Magistrate Judge DeMarchi containing colloquy regarding a potential custodian.

10  This information is relevant to plaintiffs' Motion and plaintiffs limited the redaction and sealing to

11  as little as possible; therefore, the request to seal cannot be more narrowly drawn by plaintiffs.

12  Plaintiffs seek this relief in good faith in order to comply with Google's designations, the protective

13  order in *Calhoun*, and Magistrate Judge DeMarchi's sealing of the transcript in this action.

14      Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party",

15  Defendant Google. Plaintiffs do not agree that the conditionally-redacted information be

16  permanently sealed from public view, other than that plaintiffs wish to comply with the protective

17  order in *Calhoun* and Magistrate Judge DeMarchi's sealing order in this action.

## II.    NOTICE OF LODGING

18

19      Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete

20  copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.    CONCLUSION

21

22      Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those

23  words in the Motion at page 5, portions of  line 5 and line 9 and at page 6, lines 18 through 23; the

24  Weaver Declaration at page 2, portions of lines 16, 17, and 22; and Exhibit A thereto: the March 8,

25  2022 hearing transcript excerpted pages 34 through 35, should remain under seal and in redacted

26  form pursuant to Google's designation.

27  //

28  //

Dated: May 24, 2022

**PRITZKER LEVINE LLP**

By: ___*/s/ Jonathan K. Levine*_____
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

***Interim Class Counsel***

**BLEICHMAR FONTI & AULD LLP**

By: ___*/s/ Lesley Weaver*_____
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By: ___*/s/ Jay Barnes*_____
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

1   *ejohnson@simmonsfirm.com*

2   **DICELLO LEVITT GUTZLER LLC**

3   By: ___*/s/ David A. Straite*_____
4   David A. Straite (admitted *pro hac vice*)
    One Grand Central Place
5   60 East 42nd Street, Suite 2400
    New York, NY 10165
6   Tel.: (646) 933-1000
7   *dstraite@dicellolevitt.com*;

8   Amy Keller (admitted *pro hac vice*)
    Adam Levitt (admitted *pro hac vice*)
9   James Ulwick (admitted *pro hac vice*)
    Ten North Dearborn St., Sixth Floor
10  Chicago, IL 60602
11  Tel.: (312) 214-7900
    *akeller@dicellolevitt.com*
12  *alevitt@dicellolevitt.com*
    *julwick@dicellolevitt.com*
13

14  **BOTTINI & BOTTINI, INC.**

15  By: ___*/s/ Francis A. Bottini, Jr.*_
    Francis A. Bottini, Jr. (SBN 175783)
16  Albert Y. Chang (SBN 296065)
    Anne Beste (SBN 326881)
17  Yury A. Kolesnikov (SBN 271173)
    Nicholaus Woltering (SBN 337193)
18  7817 Ivanhoe Avenue, Suite 102
19  La Jolla, CA 92037
    Telephone: (858) 914-2001
20  Facsimile: (858) 914-2002
    *fbottini@bottinilaw.com*
21  *achang@bottinilaw.com*
    *abeste@bottinilaw.com*
22  *ykolesnikov@bottinilaw.com*
23  *nwoltering@bottinilaw.com*

24  **COTCHETT, PITRE & McCARTHY LLP**

25  By: ___*/s/ Nanci E. Nishimura*_____
26  Nanci E. Nishimura (Cal. Bar No. 152621)
    Brian Danitz (Cal. Bar. No. 247403)
27  Karin B. Swope (admitted *pro hac vice*)
    840 Malcolm Road, Suite 200
28  Burlingame, CA 94010

Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

1

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2       I,  Bethany Caracuzzo, attest that concurrence in the filing of this document has been

3   obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and

4   correct. Executed this 24th day of May, 2022, at Emeryville, California.

5

6                                    /s/ *Bethany Caracuzzo*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28