Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document relates to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date: None set. <br> Hearing Time: <br> Hearing Location: |

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* Dkt. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal as **Exhibit 1** hereto is the unredacted version of Plaintiffs' Notice of Motion and Motion to Allow Limited Discovery From Related Action ("Motion"), filed this same date.

3. Attached here to and lodged under seal as **Exhibit 2** hereto is the unredacted version of the Declaration of Lesley E. Weaver submitted in support of the Motion ("Weaver Decl.")

4. At page 5, portions of line 5 and of line 9 of the Motion, and at page 2 portions of lines 16, 17, and 22 of the Weaver Declaration, plaintiffs refer to the amount and cost of discovery in the related *Calhoun v. Google LLC*, No. 21-cv-5146-YGR-SVK ("*Calhoun*"). Plaintiffs anticipate Google will contend these numbers should be sealed from public view and is therefore subject to the protective order in *Calhoun*. *See Calhoun* Dkt. No. 56. Those portions are highlighted in the unredacted version, lodged herewith.

5. Attached hereto and lodged under seal as **Exhibit 3** is the unsealed version of excerpts of the transcript from a March 8, 2022 discovery hearing before Magistrate Judge DeMarchi in this action ("March 8 Transcript"), which is submitted entirely under seal as **Exhibit A** to the Weaver Declaration. Part of the transcript of the March 8 hearing was sealed by Magistrate Judge DeMarchi, including the portions cited in the Motion and Weaver Declaration. Therefore, narrowed redactions are not possible and the entire excerpt must be submitted conditionally under seal. *See* Ex. 3.

6. At page 6, lines 18 through 23 of the Motion, and at ¶ 14, at page 3, lines 16 through 19 of the Weaver Declaration, plaintiffs refer to and quote from the March 8 Transcript.

7. Plaintiffs do not join in Google's designation and do not join any request by Google to seal Exhibits 1, 2, or 3, but submit these documents and information under seal in order to comply with the *Calhoun* protective order and with Judge DeMarchi's sealing of the March 8 Transcript.

8. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 24th day of May, 2022 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine