**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | **CASE NO. 4:21-cv-02155-YGR-VKD** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE SCHEDULE** <br><br> Civil L.R. 6-1(b); 6-2(a) |

1  WHEREAS, Plaintiffs have moved to amend the case schedule on April 8, 2022 ("Motion to Amend")(Dkt. No. 178);

3  WHEREAS, on April 13, 2022, Defendant Google opposed the Motion to Amend on the grounds that the motion was premature while certain discovery motions were then pending before Magistrate Judge DeMarchi (Dkt. No. 179);

6  WHEREAS, Magistrate Judge DeMarchi entered discovery orders on April 29, 2022, May 3, 2022, and May 16, 2022 (Dkt. Nos. 189, 190, 202);

8  WHEREAS, the Parties have further met and conferred and reached agreement to revise the case schedule, as set forth below;

10  WHEREAS, good cause exists to extend the case schedule to allow pre-class certification discovery to occur efficiently; and

12  WHEREAS, except for Plaintiffs' Motion to Amend, which has not yet been ruled upon, there have been no prior requests to extend the case schedule;

14  NOW, THEREFORE, the Parties stipulate to a revised case schedule as follows, subject to Court approval:

| EVENT | CURRENT CASE SCHEDULE (Dkt. Nos. 83, 152) | PARTIES' STIPULATED PROPOSED REVISED SCHEDULE |
|---|---|---|
| Substantial Document Production Complete | April 21, 2022 | July 11, 2022 |
| Class Certification Motion | Motion: June 23, 2022<br>Opposition: August 4, 2022<br>Reply: September 2, 2022<br>Hearing: September 30, 2022 at 2:00 p.m. | Motion: September 26, 2022<br>Opposition: November 21, 2022<br>Reply: January 12, 2023<br>Hearing: January 31, 2023 at 2:00p.m. |
| Fact Discovery Cut-Off | December 15, 2022 | March 24, 2023 |
| Opening Expert Reports | January 12, 2023 | April 20, 2023 |
| Rebuttal Expert Reports | February 9, 2023 | June 1, 2023 |
| Close of Expert Discovery | March 2, 2023 | June 30, 2023 |

| Dispositive/Daubert Motions<br><br>1 dispositive motion per side in the entire case<br><br>3 Daubert motions per side in the entire case | Motions: March 23, 2023<br>Oppositions: April 20, 2023<br>Replies: May 11, 2023<br>Hearing: May 30, 2023 at 2:00 p.m. | Motions: July 21, 2023<br>Oppositions: August 18, 2023<br>Replies: September 8, 2023<br>Hearing: October 3, 2023 |
|---|---|---|
| Pretrial conference | July 28, 2023 at 9:30 a.m. | January 19, 2024 at 9:30 a.m. |
| Jury Trial | August 21, 2023 at 9:00 a.m. | February 19, 2024 at 9:00 a.m. |

**SO STIPULATED.**

Dated: May 25, 2022

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

**COOLEY LLP**

By: */s/ Jeffery M. Gutkin*
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI G. REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
Anupam Dhillon (SBN 324746)
adhillon@cooley.com
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700

Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899
Attorneys for Defendant GOOGLE LLC

4

JOINT STIPULATION AND [PROPOSED] ORDER REVISING
CASE SCHEDULE                                             Case No. 4:21-cv-2155-YGR-VKD

**[PROPOSED] ORDER
GRANTING AMENDMENT OF CASE SCHEDULE**

**SO ORDERED.**

Dated: _____, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge for the
Northern District of California

**FILER ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on May 25, 2022 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Anne Davis
Anne Davis