**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*Akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF JUNE 2 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1  WHEREAS, on May 26, 2021, the parties filed a Joint Submission in Response to Dkt. 173
2  re: Status of Discovery Disputes (Dkt. 206);

3  WHEREAS, on June 1, 2021, Google filed its Administrative Motion to Seal the Courtroom
4  for Hearing on Joint Submission (Dkt. 177) in *Brown et al. v. Google,* 5:20-cv-03664-LHK-SVK as
5  Dkt. 182;

6  WHEREAS, on June 1, 2021, the Court granted Google's Administrative Motion to Seal the
7  Courtroom for Hearing on Joint Submission, and ordered that "[w]ithin 7 business days of receipt
8  of the transcript of the June 2 hearing, the parties must jointly submit proposed redactions to the
9  transcript." *Brown et al. v. Google,* 5:20-cv-03664-LHK-SVK at Dkt. 183;

10 WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]
11 cannot be generated without an order from the assigned judge"[1];

12 WHEREAS, the parties agree that the transcript, which contains material designated by
13 Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to
14 counsel of record in this matter, who are authorized to view this material under the First Modified
15 Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified
16 by the Court (Dkt. 61);

17 NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
18 Court's approval, that the complete transcript of the June 2, 2021 hearing may be released to counsel
19 of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

1  DATED: June 3, 2021

2  **BLEICHMAR FONTI & AULD LLP**    **QUINN EMANUEL URQUHART &**
3                                                                              **SULLIVAN, LLP**

4  By:  */s/ Lesley Weaver*                       By:  */s/ Andrew H. Schapiro*
   Lesley Weaver (Cal. Bar No. 191305)        Andrew H. Schapiro (admitted pro hac vice)
5  Angelica M. Ornelas (Cal. Bar No. 285929)  andrewschapiro@quinnemanuel.com
   Joshua D. Samra (Cal. Bar No. 313050)      191 N. Wacker Drive, Suite 2700
6  555 12th Street, Suite 1600                Chicago, IL 60606
   Oakland, CA 94607                          Telephone: (312) 705-7400
7  Tel.: (415) 445-4003                       Facsimile: (312) 705-7401
   Fax: (415) 445-4020
8  *lweaver@bfalaw.com*
   *aornelas@bfalaw.com*                      Stephen A. Broome (CA Bar No. 314605)
9  *jsamra@bfalaw.com*                        sb@quinnemanuel.com
                                              Viola Trebicka (CA Bar No. 269526)
10                                            violatrebicka@quinnemanuel.com
                                              865 S. Figueroa Street, 10th Floor
11 **DICELLO LEVITT GUTZLER**                 Los Angeles, CA 90017
                                              Telephone: (213) 443-3000
12 By:  */s/ David A. Straite*                Facsimile: (213) 443-3100
   David A. Straite (admitted pro hac vice)
13 One Grand Central Place
   60 East 42nd Street, Suite 2400            Jomaire Crawford (admitted pro hac vice)
14 New York, New York 10165                   jomairecrawford@quinnemanuel.com
   Tel.: (646) 933-1000                       51 Madison Avenue, 22nd Floor
15 *dstraite@dicellolevitt.com*               New York, NY 10010
                                              Telephone: (212) 849-7000
16 Amy E. Keller (admitted pro hac vice)      Facsimile: (212) 849-7100
   Ten North Dearborn Street, 6th Fl.
17 Chicago, Illinois 60602
   Tel.: (312) 214-7900                       Josef Ansorge (admitted pro hac vice)
18 *Akeller@dicellolevitt.com*                *josefansorge@quinnemanuel.com*
                                              Carly Spilly (admitted pro hac vice)
19                                            carlspilly@quinnemanuel.com
   **SIMMONS HANLY CONROY LLC**               1300 I Street NW, Suite 900
20                                            Washington D.C., 20005
                                              Telephone: (202) 538-8000
21 By:  */s/ Jay Barnes*                      Facsimile: (202) 538-8100
   Jason 'Jay' Barnes (admitted *pro hac vice*)
22 Mitchell M. Breit (admitted *pro hac vice*)
   An Truong (admitted *pro hac vice*)
23 112 Madison Avenue, 7th Floor              Jonathan Tse (CA Bar No. 305468)
   New York, NY 10016                         jonathantse@quinnemanuel.com
24 Tel.: (212) 784-6400                       50 California Street, 22nd Floor
   Fax: (212) 213-5949                        San Francisco, CA 94111
25 *jaybarnes@simmonsfirm.com*                Telephone: (415) 875-6600
   *mbreit@simmonsfirm.com*                   Facsimile: (415) 875-6700
26 *atruong@simmonsfirm.com*

27 *Counsel for Plaintiffs*                   *Attorneys for Defendant Google LLC*

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2021

_____
Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June, 2021, at Chicago, Illinois.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro