UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER FOLLOWING MAY 31, 2022 DISCOVERY CONFERENCE** |

On May 31, 2022, the Court held a discovery conference regarding the parties' efforts to resolve their disputes concerning (1) plaintiffs' production of documents responsive to Google's RFPs 27–30 concerning plaintiffs' privacy and location settings (*see* Dkt. No. 189), and (2) defendant's production of documents responsive to Plaintiffs' RFPs 46–59, 51, and 54–56, concerning the valuation of account holder information (*see* Dkt. No. 190). In view of the matters discussed during the conference, the Court orders as follows:

Google's RFPs 27-30:

As reported in the parties' joint status report (Dkt. No. 211), plaintiffs will complete their production of responsive documents by June 17, 2022. After Google has an opportunity to examine that production, the parties may present any dispute that remains regarding the sufficiency of the production to the Court for resolution using the dispute resolution procedures in the Court's Standing Order for Civil Cases.

Plaintiffs' RFPs 46-49, 51, 54-56:

For purposes of this dispute, the parties shall refer to Google's disclosure of information

shared with third parties in the RTB auction process.[1] The parties shall confer further regarding which items of information are specific to an account holder. Depending on the number and nature of such items, the parties may agree that Google will use the list of account holder-specific items of information to investigate whether Google assigns or estimates the value of some or all of those items of information (individually or collectively) for purposes of RTB, even if Google disagrees that the items of information reflect or reveal "personal information" of an account holder. *See* Dkt. No. 189 at 5.

If the parties do not agree on a list of account holder-specific items of information that Google will use for purposes of this investigation, then they must confer further regarding which account holder-specific items of information reflect or reveal personal information of an account holder. If the parties disagree regarding whether a particular item reflects or reveals personal information of an account holder, they may submit their dispute to the Court for consideration.

The Court expects the parties to promptly complete their discussions of account holder-specific items of information and items that reflect or reveal the personal information no later than **June 10, 2022**.

If there is a dispute that requires resolution, the Court would appreciate receiving the parties' respective positions in the form of a chart that identifies (1) the label Google gives the item of information, (2) a brief description of what the item is, and (3) why each side believes the information does or does not reflect or reveal personal information of an account holder.

**IT IS SO ORDERED.**

Dated: June 1, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The Court understands that the complete list of such items may be gleaned from Google's public protocols and individual agreements that have been produced to plaintiffs and identified in an interrogatory response.

2