COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
COLIN S. SCOTT (SBN 318555)
(cscott@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**DEFENDANT GOOGLE LLC'S BRIEFING PROPOSAL IN RESPONSE TO THE COURT'S ORDER FOR FURTHER SUBMISSION REGARDING DISCOVERY DISPUTE (ECF 231).** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S BRIEFING PROPOSAL
RE DISCOVERY DISPUTE (ECF 231)
CASE NO. 4:21-CV-02155-YGR (VKD)

Google respectfully submits the following proposal, pursuant to the Court's June 8, 2022 Order directing the Parties to confer and present their respective proposals for a further "brief" submission regarding their dispute as to Google's "creation, source, or storage of Account Holder information." (ECF 231 at 14:4-23). Google proposes the following: Plaintiffs will file a brief of up to three pages, double-spaced by one week from today (June 21, 2022) and Google will respond with a brief of the same length one week later (June 28, 2022).

Google respectfully submits that a sequential exchange is more appropriate than the simultaneous filing Plaintiffs propose, because Plaintiffs are the party seeking to alter the Court's prior orders and, as the Court noted in its June 8 Order, "[t]hese arguments do not appear in any of Plaintiffs' prior discovery dispute submissions, and Google has not had an opportunity to fully address plaintiffs' arguments." (ECF 231 at 14:14-16.) Google also submits that, in light of the number of opportunities Plaintiffs have already had to brief and argue this issue, no reply brief is warranted. Google attempted to reach agreement on the approach to this briefing with Plaintiffs, but they insisted that the filings should be simultaneous and also that five pages per side, which Google believes is excessive, were necessary.

Dated: June 14, 2022              COOLEY LLP


                                  By: /s/ Jeffrey M. Gutkin
                                      Jeffrey M. Gutkin

                                  Attorney for Defendant
                                  GOOGLE LLC

270611032

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S BRIEFING PROPOSAL
RE DISCOVERY DISPUTE (ECF 231)
CASE NO. 4:21-CV-02155-YGR (VKD)