**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:21-cv-02155-YGR-VKD |
| This Document relates to: *all actions*. | **PLAINTIFFS' PROPOSED BRIEFING SCHEDULE IN RESPONSE TO DKT. NO. 231**<br><br>Referral: Honorable Virginia DeMarchi |

Pursuant to the Court's order of June 8, 2022, Dkt. No. 231, Plaintiffs respectfully submit the following proposed briefing schedule for the Parties' submissions on whether the scope of discovery should encompass not only disclosure of information, but also its creation, source, and storage:

- The Parties shall simultaneously submit their briefs to the Court on Friday, June 24, 2022 at 5:00 p.m. PST. The Parties' submissions are not to exceed five (5) pages.

In the event that the Court is inclined to adopt Defendant's proposed briefing schedule, Plaintiffs ask that it be modified to permit 5-page opening and responsive briefs and a 3-page Plaintiffs' reply brief to be submitted no later than Friday, July 1, 2022.

Dated:  June 14, 2022

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
Johnathan K. Levine (Cal. Bar. No. 220289)
Bethany Caracuzzo (Cal. Bar. No. 190687)
1900 Powell Street, Suite 450
Emeryville, CA 4608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar. No. 191305)
Anne K. Davis (Cal. Bar. No. 267909)
Joshua D. Samra (Cal. Bar. No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIMMONS HANLY CONROY LLC**

By: */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**

By: */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By: */s/ Nanci E. Nishimura*
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000

-3-

Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

*Plaintiffs' Executive Committee*

## **FILER ATTESTATION**

I, Anne Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on June 14, 2022 in Pacifica, California.

*/s/ Anne Davis*
Anne Davis

PLAINTIFFS' PROPOSED BRIEFING SCHEDULE IN
RESPONSE TO DKT. NO. 231

Case No. 4:21-cv-02155-YGR-VKD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I electronically filed the foregoing document with the

Clerk of the Court using the ECF system which sent notification of such filing to all counsel of

record.

/s/ Anne Davis
Anne Davis

PLAINTIFFS' PROPOSED BRIEFING SCHEDULE IN                 Case No. 4:21-cv-02155-YGR-VKD
RESPONSE TO DKT. NO. 231