UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No.  21-cv-02155-YGR   (VKD) |
| | **ORDER RE SUPPLEMENTAL BRIEFING FURTHER TO DKT. NO. 231** |

The Court has reviewed the parties' proposals filed pursuant to the Court's June 8, 2022 order (Dkt. No. 231), and orders further briefing as follows:

1. Plaintiffs shall file a supplemental brief by **Friday, June 24, 2022**;

2. Defendant shall file a supplemental brief by **Friday, July 1, 2022**;

3. No reply brief is permitted;

4. Each side's supplemental brief is limited to 1,500 words (excluding the caption and the signature blocks).

**IT IS SO ORDERED.**

Dated: June 15, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge