**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Bethany Caracuzzo (Cal. Bar No. 190687)
Jonathan K. Levine (Cal Bar No. 220289)
Caroline C. Corbitt (Cal Bar No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*kl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Lead Class Counsel for Plaintiffs*

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE WONG (SBN 224021)
kwong@cooley.com
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ROBBY L.R. SALDAÑA (*pro hac vice*)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202-776-2109
Facsimile: +1 202-842-7899
*Attorneys for Defendant GOOGLE LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

*In re Google RTB Consumer Privacy Litigation*

This Document Relates To:

All Actions

Case No. 4:21-cv-02155-YGR-VKD

**STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO ANSWER PLAINTIFFS' CONSOLIDATED COMPLAINT; AND PROPOSED ORDER THEREON**

**REFERRAL**: Hon. Virginia K. DeMarchi

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, Consolidated Plaintiffs ("Plaintiffs") and

2    Defendant Google LLC ("Google") (collectively, "Parties"), by and through their attorneys of

3    record, hereby stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed this action on March 26, 2021 (Dkt. No. 1);

5    WHEREAS, Plaintiffs filed the Consolidated Class Action Complaint ("Consolidated

6    Complaint") on August 27, 2021 (Dkt. No. 80);

7    WHEREAS, Google filed a Motion to Dismiss on October 1, 2021 (Dkt. No. 93);

8    WHEREAS, Plaintiffs filed their Opposition to Google's Motion to Dismiss on October

9    29, 2021 (Dkt. No. 98);

10   WHEREAS, Google filed its Reply to Plaintiffs' Opposition to Google's Motion to

11   Dismiss on November 19, 2021 (Dkt. No. 122);

12   WHEREAS, the Court vacated the hearing on Google's Motion to Dismiss set for

13   December 9, 2021 (Dkt. No. 123);

14   WHEREAS, the Court issued a ruling on Google's Motion to Dismiss on June 13, 2022,

15   which triggered Google's obligation to file an answer to the Consolidated Complaint ("Answer")

16   within 21 days (*i.e.*, on or before July 5, 2022, as the 21st day following the Court's ruling, July

17   4, 2022, being a federal court holiday);

18   WHEREAS, the Parties previously agreed to enter into an extension of Google's deadline

19   to the Answer, once they received an order that triggered the need for the Answer; and

20   WHEREAS, good cause exists for this requested extension given Google's representation

21   that the length and complexity of the 130-page Consolidated Complaint and the interim July 4th

22   holiday require that Google have additional time to prepare the Answer; and

23   WHEREAS, the Parties having met and conferred, Plaintiffs stipulate and agree that

24   Google may, subject to Court approval, have an additional 10 days to file its Answer;

25   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that

26   Google shall file an Answer to the Consolidated Complaint no later than July 15, 2022 at 5:00

27   PM.

28
     COOLEY LLP
     ATTORNEYS AT LAW

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT**
**CASE NO. 4:21-CV-02155-YGR-VKD**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 17, 2022

**PRITZKER LEVINE LLP**                    **COOLEY LLP**

By:   */s/ Elizabeth Pritzker*                By:   */s/ Jeffrey Gutkin*
Elizabeth C. Pritzker (Cal. Bar. No. 146267)     MICHAEL G. RHODES (SBN 116127)
Johnathan K. Levine (Cal. Bar. No. 220289)       (rhodesmg@cooley.com)
Bethany Caracuzzo (Cal. Bar. No. 190687)         JEFFREY M. GUTKIN (SBN 216083)
Caroline C. Corbitt (Cal. Bar. No. 305492)       (jgutkin@cooley.com)
1900 Powell Street, Suite 450                    WHITTY SOMVICHIAN (194463)
Emeryville, CA 4608                              (wsomvichian@cooley.com)
Tel.: (415) 692-0772                             AARTI REDDY (SBN 274889)
Fax: (415) 366-6110                              (areddy@cooley.com)
*ecp@pritzkerlevine.com*                         KYLE WONG (SBN 224021)
*jkl@pritzkerlevine.com*                         kwong@cooley.com
*bc@pritzkerlevine.com*                          KELSEY R. SPECTOR (SBN 321488)
*ccc@pritzkerlevine.com*                         (kspector@cooley.com)
                                                 ANUPAM DHILLON (324746)
*Interim Lead Class Counsel*                     (adhillon@cooley.com)
                                                 101 California Street, 5th Floor
                                                 San Francisco, CA 94111-5800
                                                 Tel: (415) 693-2000
                                                 Fax: (415) 693-2222

                                                 ROBBY L.R. SALDAÑA (*pro hac vice*)
                                                 (rsaldana@cooley.com)
                                                 1299 Pennsylvania Avenue, NW
                                                 Suite 700
                                                 Washington, DC 20004-2400
                                                 Telephone:  +1 202-776-2109
                                                 Facsimile:  +1 202-842-7899

                                                 *Counsel for Defendant GOOGLE LLC*

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT
CASE NO. 4:21-CV-02155-YGR-VKD**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated:_____        _____

4                                            HON. YVONNE GONZALEZ ROGERS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT
CASE NO. 4:21-CV-02155-YGR-VKD**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER ATTESTATION**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories.  Executed on June 17, 2022, in Oakland, California.

*/s/ Jeffrey Gutkin*
Jeffrey M. Gutkin

270745584

Cooley LLP
Attorneys at Law

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT**
**CASE NO. 4:21-CV-02155-YGR-VKD**