COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY SALDAÑA (*pro hac vice*)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue NW
Suite 700
Washington, District of Columbia  20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,, <br><br> This Document Relates to:  *all actions*, | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO ANSWER PLAINTIFFS' CONSOLIDATED COMPLAINT** |

I, Jeffrey M. Gutkin, declare as follows:

1. I am a partner with the law firm of Cooley LLP, and attorney of record for Defendant Google LLC ("Google") in this action. I am admitted to practice before this Court and all California state courts. I submit this declaration in support of the Parties' Stipulation to Extend Time for Defendant Google LLC to Answer Plaintiffs' Consolidated Complaint. Except as noted otherwise, I have personal knowledge of the facts herein and I am competent to testify.

2. On June 16, 2022, I spoke with Plaintiffs' counsel via telephone to discuss the upcoming July 5, 2022 deadline for Google to file its Answer to Plaintiffs' Consolidated Complaint pursuant to the Court's Order Granting in Part and Denying in Part Google's Motion to Dismiss the Consolidated Complaint (ECF No. 233). Plaintiffs' counsel agreed that, subject to the Court's approval, that deadline could be extended by ten days.

3. This extension is warranted by the length of the Consolidated Complaint, which is 130 pages and 519 paragraphs long.

4. Additionally, several of Google's attorneys at Cooley LLP, including myself, have pre-planned vacations scheduled during the 21-day period set by the Court for Google's response to the Consolidated Complaint.

5. Further, this period includes the Juneteenth and July 4th holiday weekends.

6. The following time modifications have occurred in this action:

   a. On April 22, 2021, the Parties stipulated to an extension of Google's time to respond to the Complaint. ECF No. 25.

   b. On May 18, 2021, the Parties stipulated to a further extension of Google's time to respond to the Complaint. ECF No. 46.

   c. On June 1, 2022, pursuant to the Parties' stipulation, the Court revised the schedule for this case, including by altering the dates for the filing of a class certification motion; the fact discovery cutoff date; the dates for expert discovery; deadlines for dispositive motions; deadlines for *Daubert* motions; the pretrial conference; and the jury trial date. ECF No. 208.

7. The proposed ten-day extension would have no effect on the current case schedule. Plaintiffs' class certification motion is not due until September 26, 2022 and the next case management conference is scheduled for August 22, 2022, over one month after the proposed revised deadline for Google to answer the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2022 at Oakland, California.

Dated: June 17, 2022

By: _____
Jeffrey M. Gutkin

270748968