| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (Cal. Bar No. 146267)<br>Bethany Caracuzzo (Cal. Bar No. 190687)<br>Jonathan K. Levine (Cal Bar No. 220289)<br>Caroline C. Corbitt (Cal Bar No. 305492)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br>kl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>ccc@pritzkerlevine.com<br><br>*Interim Lead Class Counsel for Plaintiffs* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE WONG (SBN 224021)<br>kwong@cooley.com<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>ANUPAM DHILLON (324746)<br>(adhillon@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, California 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>ROBBY L.R. SALDAÑA (*pro hac vice*)<br>(rsaldana@cooley.com)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: +1 202-776-2109<br>Facsimile: +1 202-842-7899<br><br>*Attorneys for Defendant GOOGLE LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*<br><br>This Document Relates To:<br><br>All Actions | Case No. 4:21-cv-02155-YGR-VKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO ANSWER PLAINTIFFS' CONSOLIDATED COMPLAINT; AND PROPOSED ORDER THEREON**<br><br>**REFERRAL**: Hon. Virginia K. DeMarchi |

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT**
**CASE NO. 4:21-CV-02155-YGR-VKD**

Pursuant to Civil Local Rules 6-1(b) and 6-2, Consolidated Plaintiffs ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action on March 26, 2021 (Dkt. No. 1);

WHEREAS, Plaintiffs filed the Consolidated Class Action Complaint ("Consolidated Complaint") on August 27, 2021 (Dkt. No. 80);

WHEREAS, Google filed a Motion to Dismiss on October 1, 2021 (Dkt. No. 93);

WHEREAS, Plaintiffs filed their Opposition to Google's Motion to Dismiss on October 29, 2021 (Dkt. No. 98);

WHEREAS, Google filed its Reply to Plaintiffs' Opposition to Google's Motion to Dismiss on November 19, 2021 (Dkt. No. 122);

WHEREAS, the Court vacated the hearing on Google's Motion to Dismiss set for December 9, 2021 (Dkt. No. 123);

WHEREAS, the Court issued a ruling on Google's Motion to Dismiss on June 13, 2022, which triggered Google's obligation to file an answer to the Consolidated Complaint ("Answer") within 21 days (*i.e.*, on or before July 5, 2022, as the 21st day following the Court's ruling, July 4, 2022, being a federal court holiday);

WHEREAS, the Parties previously agreed to enter into an extension of Google's deadline to the Answer, once they received an order that triggered the need for the Answer; and

WHEREAS, good cause exists for this requested extension given Google's representation that the length and complexity of the 130-page Consolidated Complaint and the interim July 4th holiday require that Google have additional time to prepare the Answer; and

WHEREAS, the Parties having met and conferred, Plaintiffs stipulate and agree that Google may, subject to Court approval, have an additional 10 days to file its Answer;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Google shall file an Answer to the Consolidated Complaint no later than July 15, 2022 at 5:00 PM.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 17, 2022

| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
|---|---|
| By:  */s/ Elizabeth Pritzker*  <br>Elizabeth C. Pritzker (Cal. Bar. No. 146267)<br>Johnathan K. Levine (Cal. Bar. No. 220289)<br>Bethany Caracuzzo (Cal. Bar. No. 190687)<br>Caroline C. Corbitt (Cal. Bar. No. 305492)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 4608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br>*jkl@pritzkerlevine.com*<br>*bc@pritzkerlevine.com*<br>*ccc@pritzkerlevine.com*<br><br>*Interim Lead Class Counsel* | By:   */s/ Jeffrey Gutkin*  <br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE WONG (SBN 224021)<br>kwong@cooley.com<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>ANUPAM DHILLON (324746)<br>(adhillon@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br><br>ROBBY L.R. SALDAÑA (*pro hac vice*)<br>(rsaldana@cooley.com)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202-776-2109<br>Facsimile:  +1 202-842-7899<br><br>*Counsel for Defendant GOOGLE LLC* |

**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT**
**CASE NO. 4:21-CV-02155-YGR-VKD**

Cooley LLP
Attorneys at Law

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 24, 2022

_____
HON. YVONNE GONZALEZ ROGERS