# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:  None set. |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Submission Pursuant to Dkts. 231, 236 | Page 1, portions of fn 1; Page 2, line 8; Page 3, lines 16-18, 19-20; and Page 4, lines 2-3, 4-5. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Declaration of Zubair Shafiq, Ph.D., in Support of Plaintiffs' Submission Pursuant to Dkts. 231, 236 | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibits A – H to the Shafiq Declaration | Entire Documents | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____                    _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge