# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTC Consumer Privacy Litigation*,<br><br>This document relates to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ZUBAIR SHAFIQ, Ph.D., IN SUPPORT OF PLAINTIFFS' SUBMISSION PURSUANT TO DKTS. 231, 236**<br><br>Magistrate Judge Virginia K. DeMarchi |

**DOCUMENT SOUGHT TO BE SEALED**
**REDACTED IN ITS ENTIRETY**