COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**[PROPOSED] ORDER RE GOOGLE LLC'S EMERGENCY MOTION TO STRIKE SHAFIQ DECLARATION IN SUPPORT OF PLAINTIFFS' SUBMISSION PURSUANT TO DKTS. 231, 236** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S MOTION
TO STRIKE SHAFIQ DEC.
CASE NO. 4:21-CV-02155-YGR (VKD)

THIS MATTER, having come before the Court on Google LLC's ("Google") Emergency Motion to Strike Shafiq Declaration in Support of Plaintiffs' Submission Pursuant to Dkts. 231, 236 ("Motion"), and the Court having considered Google's Motion:

IT IS ORDERED that the Shafiq Declaration in Support of Plaintiffs' Submission Pursuant to Dkts. 231, 236 and all exhibits attached thereto be stricken and removed from the Court's docket and that Google's deadline to file a supplemental brief pursuant to Dkts. 231, 236 be extended to seven days from the date of this Order.

IT IS SO ORDERED.

Dated: June \_\_\_\_\_, 2022

The Honorable Virginia DeMarchi
United States Magistrate Judge

271270032

2

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S MOTION
TO STRIKE SHAFIQ DEC.
CASE NO. 4:21-CV-02155-YGR (VKD)