| | |
|---|---|
| 1 | NANCI E. NISHIMURA (SBN 152621) |
|   | nnishimura@cpmlegal.com |
| 2 | BRIAN DANITZ (SBN 247403) |
|   | bdanitz@cpmlegal.com |
| 3 | KARIN SWOPE (PRO HAC VICE) |
|   | kswope@cpmlegal.com |
| 4 | ANDREW F. KIRTLEY (SBN 328023) |
|   | akirtley@cpmlegal.com |
| 5 | **COTCHETT, PITRE & McCARTHY, LLP** |
|   | 840 Malcom Road, Suite 200 |
| 6 | Burlingame, CA  94010 |
|   | Tel.: (650) 697-6000 |
| 7 | Fax: (650) 697-0577 |
| 8 | *Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation* | Master File No. 4:21-cv-02155-YGR |
|  | **NOTICE OF WITHDRAWAL OF ATTORNEY BETHANY M. HLL** |
| This Document Relates To: *all actions*. | |

---

NOTICE OF WITHDRAWAL OF ATTORNEY BETHANY M. HILL
Master File No.: 4:21-cv-02155-YGR

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bethany M. Hill is no longer associated with Cotchett, Pitre & McCarthy, LLP and no longer represents Plaintiffs in this matter. Please remove Ms. Hill from the docket as counsel of record. Other attorneys from Cotchett, Pitre & McCarthy, LLP will continue to represent Plaintiffs, including Nanci E. Nishimura, Brian Danitz, Karin Swope, and Andrew F. Kirtley.

Dated: June 27, 2022                    **COTCHETT, PITRE & McCARTHY, LLP**

                                      By:  */s/ Nanci E. Nishimura*
                                              NANCI E. NISHIMURA

                                        *Counsel for Plaintiffs*