COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions*, | Master File No. 4:21-cv-02155-YGR <br><br> **DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. A. REDDY ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR

I, Aarti Reddy, declare as follows:

1. I am a member of the bar of the State of California and a partner at Cooley LLP, counsel for Defendant Google LLC ("Google") in this action. I make this declaration based on my own personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (YGR) (N.D. Cal.), filed on June 24, 2022.

3. Attached hereto as Exhibit 1 is a copy of Plaintiffs' Submission Pursuant to Dkts. 231, 236 that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Chino Hills, California on July 1, 2022.

/s/ *Aarti Reddy*
Aarti Reddy

271360899

Cooley LLP
Attorneys at Law
San Francisco

2

DECL. A. REDDY ISO GOOGLE'S RESP.
TO ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR