1  **BLEICHMAR FONTI & AULD LLP**
2  Lesley E. Weaver (SBN 191305)
   555 12th Street, Suite 1600
3  Oakland, CA 94607
   Tel.: (415) 445-4004
4  Fax: (415) 445-4020
   lweaver@bfalaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL (SUR-REPLY)** <br><br> **Civil L.R. 7-3(d) and 7-11** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

Pursuant to Civil Local Rules 7-3(d) and 7-11, and the Court's Order Denying Plaintiffs' Motion for Targeted Use of Calhoun Discovery in *In re Google RTB* (Dkt. No. 242), Plaintiffs respectfully submit this Administrative Motion to File Supplementary Material: Plaintiffs' Letter Pursuant to Dkt. 242 for Presentation of *Calhoun* Discovery Under Seal Pertaining to Dkt. 248 ("Letter"), and the exhibits thereto. These are attached as Exhibits 1 to 12 to the accompanying declaration of Lesley E. Weaver ("Weaver Decl.").

**I.      Background**

On June 24, 2022, Judge Gonzalez Rogers issued an Order Denying Plaintiffs' Motion for Targeted Use of Calhoun Discovery in *In re Google RTB* without prejudice, authorizing only Lesley E. Weaver to present discovery from the Calhoun action under seal to Judge DeMarchi for purposes of demonstrating "(i) the need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi." Dkt. No. 242 at 1-2.

On June 8, 2022, Judge DeMarchi issued an Order regarding Plaintiffs' Rule 30(b)(6) Deposition Notice to Google and Order re Further Submission, requesting that the parties provide a further submission regarding whether the scope of relevant discovery should encompass not only disclosure of information, but also its creation, source, and storage. Dkt. No. 231. In a June 15, 2022 order, Judge DeMarchi set the schedule for submitting supplemental briefing—requiring separate submissions by the parties, with no opportunity for reply. Dkt. No. 236. Pursuant to this order, Plaintiffs filed their supplemental brief on June 24, 2022 (Dkt. No. 241), and Google filed its supplemental brief on July 1, 2022 (Dkt. No. 248) ("Google's Supp. Brief" or "Supp. Brief").

**II.     Argument**

Plaintiffs' Letter and the supporting exhibits present discovery from the *Calhoun* action for the purpose demonstrating "(i) the need for discovery in this action and (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi," specifically, Google's misrepresentations about the fundamental relevance of collection, source, and storage in this action. The proposed supplementary material could not have been submitted in

conjunction with Plaintiffs' supplemental brief on June 24, 2022, because the order providing for its submission did not issue until after Plaintiffs filed their brief, and as such, its consideration is necessary for the Court to make a fully informed decision. Plaintiffs respectfully ask that the Court grant leave to file the proposed supplemental Letter and the supporting exhibits that accompany this motion.

In accordance with Civil L.R. 7-11(a), the declaration of Lesley E. Weaver and a proposed order are attached hereto.

DATED: July 7, 2022

Respectfully submitted,

/s/ *Lesley E. Weaver*
Lesley E. Weaver, Esq.
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Plaintiffs in Calhoun and RTB*

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on July 7, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

                                           */s/ Lesley E. Weaver*
                                           Lesley E. Weaver