1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL (SUR-REPLY)**<br><br>**[Civil L.R. 7-3(d), and 7-11]**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:   None set. |

I, Lesley E. Weaver, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice.

2. This declaration is made in support of Plaintiffs' Administrative Motion to File Supplementary Material: Plaintiffs' Letter Pursuant to Dkt. 242 for Presentation of *Calhoun* Discovery Under Seal Pertaining to Dkt. 248 ("Letter"), and the exhibits thereto.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. A true and correct copy of the following documents are attached as follows:

    a. Plaintiffs' Letter Pursuant to Dkt. 242 for Presentation of *Calhoun* Discovery Under Seal Pertaining to Dkt. 248 is attached hereto as Exhibit 1;

    b. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of GOOG-CALH-01202490;

    c. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of GOOG-CALH-01202490, with highlights added for emphasis;

    d. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of GOOG-CALH-01202490;

    e. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of GOOG-CALH-01202490;

    f. Attached hereto as Exhibit 6 is a true and correct copy of GOOG-CALH-00061965;

    g. Attached hereto as Exhibit 7 is a true and correct copy of GOOG-CABR-03654205;

    h. Attached hereto as Exhibit 8 is a true and correct copy of GOOG-CALH-00028977;

    i. Attached hereto as Exhibit 9 is a true and correct copy of GOOG-CABR-03840458;

j.  Attached hereto as Exhibit 10 is a true and correct copy of GOOG-CABR-04797702;

k.  Attached hereto as Exhibit 11 is a true and correct copy of an excerpt GOOG-CALH-00035540; and

l.  Attached hereto as Exhibit 12 is a true and correct copy of GOOG-CALH-00031509.

5. This supplementary material could not have been submitted in conjunction with Plaintiffs' supplemental brief on June 24, 2022, because the order providing for its submission did not issue until after Plaintiffs filed their brief.

6. On July 7, 2022, Anne Davis of Bleichmar Fonti & Auld LLP emailed Google's outside counsel at Cooley LLP alerting them that the *RTB* Plaintiffs expected to seek leave to respond to Google's Supp. Brief by the end of the day, and asking if Google would be willing to stipulate to the motion for leave. Counsel for Google replied that they would ask their client, but did not know whether they would have Google's position by the end of the day. Google did not provide its position in response to Plaintiffs' request for stipulation to file the Letter and supporting exhibits by the time of this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 7th day of July, 2022 (Pacific Time) in Stockholm, Sweden.

/s/ Lesley E. Weaver
Lesley E. Weaver