**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to File Supplementary Material, Defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS Plaintiffs' motion. Plaintiffs' Letter Pursuant to Dkt. 242 for Presentation of *Calhoun* Discovery Under Seal Pertaining to Dkt. 248, and the exhibits thereto, are DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE