# EXHIBIT 1
# Redacted in its Entirety

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Plaintiffs in Calhoun and RTB*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' LETTER PURSUANT TO DKT. 242 FOR PRESENTATION OF *CALHOUN* DISCOVERY UNDER SEAL PERTAINING TO DKT. 248**<br><br>Judge: Hon. Virginia K. DeMarchi |

**DOCUMENT SOUGHT TO BE SEALED
REDACTED IN ITS ENTIRETY**