Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

***Interim Class Counsel***

*[Additional Counsel Appear on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE BEFORE THE DISCOVERY MAGISTRATE TO ADDRESS IMPLEMENTATION OF THE DISTRICT COURT'S JUNE 24, 2022 ORDER (DKT. NO. 242)**<br><br>**DATE:** TBD<br>**TIME:** TBD<br>**LOCATION:** Courtroom 2, 5th Floor<br>        San Jose Federal Courthouse<br>**JUDGE:** Honorable Virginia K. DeMarchi |

Plaintiffs submit this administrative motion under Civil Local Rules 7-11 and 16-10, and hereby respectfully request a case management conference before your Honor to address implementation of the District Court's June 24, 2022 Order Denying Without Prejudice Plaintiffs' Motion for Targeted Use of *Calhoun* Discovery in *In re Google RTB* (the "Order") (Dkt. No. 242). In that Order, the District Court authorized a procedure to allow only one of Plaintiffs' counsel, Lesley E. Weaver of Bleichmar Fonti & Auld LLP, to present under seal to your Honor discovery obtained by Plaintiffs in the related case, *Calhoun v. Google LLC*, No. 4:20-cv-05146-YGR ("*Calhoun*"), for the purposes of demonstrating: (i) the need for such discovery in this action; or (ii) that the defendant has misrepresented the nature or existence of certain information to your Honor.

Plaintiffs respectfully request that your Honor schedule a case management conference at the Court's earliest opportunity to discuss and address how best to implement the District Court's Order and, in particular, part (i) of the process described in that Order, which envisions a presentation to the Court by Ms. Weaver demonstrating the need for certain *Calhoun* discovery in this action. To assist the Court in this evaluative process, Plaintiffs further suggest that, as part of the conference, the Court consider entertaining a "science hour," in which both parties may submit brief presentations, through one or two experts, to describe the data flow at issue and the disputed technical issues in this case. Such a presentation will provide an opportunity for the Court to ask questions of the parties' counsel and their experts to assess discovery relevance. Following the science hour, Plaintiffs propose that Ms. Weaver present, under seal and in a closed proceeding with your Honor, and with three (3) business days advance notice to Google, such discovery from *Calhoun* that she proposes is relevant and needed in this action.

Plaintiffs are available for a case management conference with your Honor **on or after July 19, 2022**, on a date and at time convenient to the Court. The parties have a further case management conference before the District Court on August 22, 2022, and Plaintiffs would like to be able to report on any matters related to the implementation of the District Court's Order at that time.

The undersigned, as Interim Class Counsel, hereby attests under penalty of perjury under the laws of the United States of America that counsel for Plaintiffs have conferred with counsel for defendant Google regarding the above proposal and this administrative motion; and that Google today

informed counsel that Google intends to oppose Plaintiffs' motion request. Google did not specify its reasons for such opposition.

DATED: July 8, 2022               Respectfully submitted,

**PRITZKER LEVINE LLP**

By: *Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: *Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
Tel.: (212) 784-6400
Fax: (212) 213-5949
New York, NY 10165
Tel: (646) 993-1000
*dstraite@dicellolevitt.com*

**COTCHETT PITRE & MCCARTHY, LLP**
Nancy E. Nishimura (SBN 152621)
Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (Cal. Bar. No. 271173)
7817 Ivanhoe Ave., Ste. 102
La Jolla, CA 92037
Tel.: (858) 914-2001
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Plaintiffs' Executive Committee*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2022, at Pacifica, California.

*/s/ Anne K. Davis*
Anne K. Davis
