1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD <br><br> **[proposed] ORDER GRANTING PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE BEFORE THE DISCOVERY MAGISTRATE TO ADDRESS IMPLEMENTATION OF THE DISTRICT COURT'S JUNE 24, 2022 ORDER (DKT. NO. 242)** <br><br> Magistrate Judge Virginia K. DeMarchi |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Request for a Case Management Conference Before the Discovery Magistrate to Address Implementation of the District Court's June 24, 2022 Order (Dkt. No. 242). Having considered the motion and supporting papers, the Court GRANTS the motion and ORDERS AS FOLLOWS:

1. An in-person Case Management Conference is set for _____, 2022 at _____.

2. As part of the conference, the Court will hear brief presentations from each side, to describe the data flow at issue and the disputed technical issues in this case.

3. Following the parties' brief presentations, counsel for Plaintiffs, Lesley E. Weaver, shall present, under seal, such discovery from *Calhoun* that she proposes is relevant and needed in this action. Ms. Weaver will provide Google with three (3) business days advance notice of the discovery she will present to the Court.

**IT IS SO ORDERED.**

Date: _____                     _____
                                              Hon. Virginia K. DeMarchi
                                              United States Magistrate Judge