James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT GUTZLER LLC**
10 North Dearborn Street
6th Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
julwick@dicellolevitt.com

*Counsel for Plaintiffs and the Proposed Class*

APPROVED
Judge Yvonne Gonzalez Rogers
7/14/2022

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re. Google RTB Consumer Privacy Litigation | Case No. 4:21-cv-02155-YGR-VKD<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Patrick Thompson hereby voluntarily dismisses his claims in the above captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party, and reserving his rights as a member of any class that may be certified in this litigation. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

DATED: July 7, 2022

Respectfully submitted,

**DICELLO LEVITT GUTZLER LLC**

By: */s/ James A. Ulwick*
James A. Ulwick (admitted *pro hac vice*)
10 North Dearborn Street
6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
julwick@dicellolevitt.com
*Counsel for Withdrawing Plaintiff, Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                            /s/ James A. Ulwick
                                            James A. Ulwick (admitted *pro hac vice*)
                                            DiCELLO LEVITT GUTZLER LLC
                                            *Counsel for Withdrawing Plaintiff, Plaintiffs and the Proposed Class*