COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Pursuant to Local Rule 7-11, Google respectfully submits this ***unopposed*** Motion for Administrative Relief seeking a seven-day extension, until July 22, 2022, to file its response (Google's "Motion to Seal") to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 250), filed in connection with Plaintiffs' Administrative Motion for Leave to File Supplementary Material (Sur-Reply) (ECF No. 251-0, with ECF Nos. 251-3 to -14, collectively constituting "Plaintiffs' Reply" or "Reply"). Pursuant to

Local Rule 79-5(f)(3), Google's Motion to Seal is currently due on July 15, 2022. Google has conferred with Plaintiffs to request their stipulation to this seven-day extension, and Plaintiffs consented to Google's request for an extension. (*See* Declaration of Jeffrey Gutkin at ¶¶ 4-5.)

Plaintiffs' Reply encompasses well over 800 pages of documents, which contain confidential information that Google keeps in the ordinary course of its business. Due to this large volume, Google requires additional time beyond that afforded by Local Rule 79-5(f)(3) to review these documents, to confirm the confidentiality of this information, and to prepare its Motion to Seal. In addition, Google's pending opposition to Plaintiffs' request for leave to file their Reply (ECF No. 253) respectfully requests that the Court enter an order relieving Google of the obligation to move to seal the confidential materials in Plaintiffs' Reply. If the Court grants Google's request, such a ruling would obviate the need for the Motion to Seal. Thus, a short continuance of this deadline also promotes judicial efficiency. To the extent that Google is required to file a Motion to Seal, the requested extension would allow it sufficient time to review the documents contained in the Reply and confirm the required confidential treatment.

Accordingly, Google respectfully requests the Court grant its unopposed request for a seven-day extension to file its Motion to Seal.

Dated: July 14, 2022

COOLEY LLP
MICHAEL G. RHODES
WHITTY SOMVICHIAN
JEFFREY M. GUTKIN
AARTI REDDY
KYLE C. WONG
ROBBY L.R. SALDAÑA
KELSEY R. SPECTOR
ANUPAM S. DHILLON

By: */s/ Jeffrey M. Gutkin*
     Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC