COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECL. ISO GOOGLE'S
ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

I, Jeffrey M. Gutkin, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to File its Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein and I am competent to testify.

2. On July 8, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 250) in connection with Plaintiffs' Administrative Motion for Leave to File Supplementary Material (Sur-Reply) (ECF No. 251-0, with ECF Nos. 251-3 to -14, collectively constituting "Plaintiffs' Reply"). Plaintiffs' Reply includes over 800 pages of documents which contain confidential information that Google keeps in the ordinary course of its business.

3. Pursuant to Local Rule 79-5(f)(3), Google's response (its "Motion to Seal") is currently due on July 15, 2022.

4. On July 14, 2022, I emailed Elizabeth Pritzker and Plaintiffs' counsel to request a seven-day extension for Google to file its Motion to Seal.

5. Plaintiffs consented to Google's stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2022, in San Francisco, California.

_____
Jeffrey M. Gutkin

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GUTKIN DECL. ISO GOOGLE'S
ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)