COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR (VKD) |
|---|---|
| This Document Relates to: *all actions* | **[PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

**PROPOSED ORDER**

Before the Court is Google's Unopposed Motion to Extend Time to File its Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 250). Having considered Google's unopposed Motion and all other matters properly considered by this Court, the Court finds there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED. Absent an intervening order obviating the need for the response, Google shall file its response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed on or by July 22, 2022.

Dated: July __, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)