1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    WHITTY SOMVICHIAN (SBN 194463)
3   (wsomvichian@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
4   (jgutkin@cooley.com)
    AARTI REDDY (SBN 274889)
5   (areddy@cooley.com)
    KYLE C. WONG (SBN 224021)
6   (kwong@cooley.com)
    KELSEY R. SPECTOR (SBN 321488)
7   (kspector@cooley.com)
    ANUPAM DHILLON (SBN 324746)
8   (ADhillon@cooley.com)
    3 Embarcadero Center, 20th floor
9   San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
10  Facsimile:    +1 415 693 2222

    COOLEY LLP
    ROBBY L.R. SALDAÑA
    (DC No. 1034981)
    (rsaldana@cooley.com)
    (pro hac vice)
    1299 Pennsylvania Avenue, NW
    Suite 700
    Washington, DC 20004-2400
    Telephone:    +1 202 776 2109
    Facsimile:    +1 202 842 7899

11  Attorneys for Defendant
    GOOGLE LLC

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                  OAKLAND DIVISION

16

17  In re Google RTB Consumer Privacy
    Litigation,

18

19  This Document Relates to:  *all actions*

20

21

    Master File No. 4:21-cv-02155-YGR (VKD)

    **GOOGLE'S ANSWER TO PLAINTIFFS'
    CONSOLIDATED CLASS ACTION
    COMPLAINT**

22

23

24

25

26

27

28

Google answers Plaintiffs' Consolidated Class Action Complaint (the "Consolidated Complaint") as follows:

**RESPONSE TO PARAGRAPH NO. 1:**

This paragraph purports to paraphrase and characterize the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 2:**

Denied.

**RESPONSE TO PARAGRAPH NO. 3:**

Denied.

**RESPONSE TO PARAGRAPH NO. 4:**

This paragraph describes the purported purpose of the case, which does not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 5:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 6:**

Google admits that it operates a real-time bidding infrastructure ("RTB") that involves participants bidding on the opportunity to display ads. The remainder of this paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them. Google specifically denies that "Bidstream Data," as described and defined in this paragraph, accurately describes the RTB process.

Cooley LLP
Attorneys at Law
San Francisco

2

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 7:**

Google admits that RTB participants compete for ad placements and successful participants pay for their ad placements.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 8:**

This paragraph makes a generalization about a topic that is highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 9:**

Google admits that it provides the products and services listed in the third and fourth sentences.   Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 10:**

Denied.

**RESPONSE TO PARAGRAPH NO. 11:**

This paragraph purports to quote in part the contents of certain documents, which speak for themselves.  Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 12:**

Denied.

**RESPONSE TO PARAGRAPH NO. 13:**

Google denies that the illustration in this paragraph accurately and completely depicts the RTB process.

**RESPONSE TO PARAGRAPH NO. 14:**

Denied.

**RESPONSE TO PARAGRAPH NO. 15:**

Denied.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 16:**

Denied.

**RESPONSE TO PARAGRAPH NO. 17:**

The first and last sentences of this paragraph state legal conclusions that do not require a response. To the extent a response is required, Google denies the allegations and characterizations of these sentences. In response to the second sentence, Google admits that its Terms of Service with Google account holders refer to California law. The remainder of this paragraph purports to quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 18:**

The first sentence of this paragraph states a legal conclusion that does not require a response. To the extent a response is required, Google denies the allegations and characterizations of this sentence. The second sentence of this paragraph purports to quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 19:**

Denied.

**RESPONSE TO PARAGRAPH NO. 20:**

Denied.

**RESPONSE TO PARAGRAPH NO. 21:**

Denied.

**RESPONSE TO PARAGRAPH NO. 22:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 23:**

Denied.

Cooley LLP
Attorneys at Law
San Francisco

4

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 24:**

Google denies the first and last sentences of this paragraph.  Google lacks information necessary to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 25:**

Denied.

**RESPONSE TO PARAGRAPH NO. 26:**

Denied.

**RESPONSE TO PARAGRAPH NO. 27:**

This paragraph purports to quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 28:**

This paragraph purports to quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 29:**

This paragraph purports to quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 30:**

This paragraph describes the purported purpose of the case, which does not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 31:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 32:**

This paragraph states legal conclusions to which no response is required.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 33:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 34:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 35:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 36:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 37:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Rowe has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 38:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Rowe has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 39:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 40:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 41:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Brown has voluntarily dismissed her claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 42:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Brown has voluntarily dismissed her claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 43:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Garrett has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 44:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Garrett has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 45:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 46:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 47:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 48:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 49:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 50:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 51:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Elliott has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 52:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Elliott has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 53:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 54:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 55:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 56:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 57:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 58:**

Google denies the first and third sentences of this paragraph.  Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 59:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization."  Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Thompson has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 60:**

Google denies the first and third sentences of this paragraph.  Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Thompson has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 61:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Johnson has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 62:**

Google denies the first and third sentences of this paragraph.  Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Johnson has voluntarily dismissed his claims, so the allegations in this paragraph are therefore moot.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 63:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Cornelius has voluntarily dismissed her claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 64:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

Google further notes that Plaintiff Cornelius has voluntarily dismissed her claims, so the allegations in this paragraph are therefore moot.

**RESPONSE TO PARAGRAPH NO. 65:**

Google denies the allegation in the second sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 66:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 67:**

Google denies the allegation in the fourth sentence of this paragraph that it "sold and shared account holder information without authorization." Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 68:**

Google denies the first and third sentences of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1

**RESPONSE TO PARAGRAPH NO. 69:**

2         Google admits that it is a Delaware limited liability company whose headquarters are

3 located at 1600 Amphitheatre Way, Mountain View, California.  Google admits Google LLC's

4 membership interests are held by its parent holding company, Alphabet, Inc.  Google admits that

5 Alphabet, Inc. is headquartered at 1600 Amphitheatre Way, Mountain View, California.  Google

6 admits that certain Alphabet stock is traded under the stock ticker symbols GOOG and GOOGL.

7 Google denies the remaining allegations and characterizations in this paragraph.

8      **RESPONSE TO PARAGRAPH NO. 70:**

9         Google admits that users may create a Google Account used in connection with certain

10 Google products and services.  Google denies the remaining allegations and characterizations of

11 this paragraph.

12      **RESPONSE TO PARAGRAPH NO. 71:**

13         Admitted.

14      **RESPONSE TO PARAGRAPH NO. 72:**

15         Google admits that Google drafted its Terms of Service.

16      **RESPONSE TO PARAGRAPH NO. 73:**

17         This paragraph purports to paraphrase and characterize the contents of certain documents,

18 which speak for themselves.  Google refers to the documents themselves for their full content.

19 Google denies the remaining allegations and characterizations of this paragraph.

20      **RESPONSE TO PARAGRAPH NO. 74:**

21         This paragraph purports to paraphrase and characterize the contents of certain documents,

22 which speak for themselves.  Google refers to the documents themselves for their full content.

23 Google denies the remaining allegations and characterizations of this paragraph.

24      **RESPONSE TO PARAGRAPH NO. 75:**

25         This paragraph states legal conclusions to which no response is required.  To the extent a

26 response is required, Google denies the allegations and characterizations of this paragraph.  Google

27 specifically denies that its contractual definition of "personal information," which was implemented

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

long before Cal. Civ. Code § 1798.140 went into effect, binds Google to any California statutory definition of "personal information."

**RESPONSE TO PARAGRAPH NO. 76:**

This paragraph purports to quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 77:**

This paragraph purports to quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 78:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 79:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 80:**

The first sentence of this paragraph states legal conclusions to which no response is required. The second sentence of this paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 81:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 82:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. This paragraph also states a legal conclusion to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 83:**

Admitted.

**RESPONSE TO PARAGRAPH NO. 84:**

Google admits that Google Account Holders must agree to the Terms of Service. The remainder of this paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 85:**

This paragraph purports to quote and characterize the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 86:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 87:**

This paragraph purports to characterize and quote in part the contents of a document and a statute, which speak for themselves. Google refers to the document and the statute themselves for their full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 88:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 89:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 90:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 91:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 92:**

This paragraph purports to characterize, paraphrase, and quote in part the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 93:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 94:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. This paragraph states

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1  legal conclusions to which no response is required.  Google denies the remaining allegations and

2  characterizations of this paragraph.

3  **RESPONSE TO PARAGRAPH NO. 95:**

4    This paragraph purports to characterize and quote in part the contents of a document, which

5  speaks for itself.  Google refers to the document itself for its full content.  This paragraph also states

6  legal conclusions to which no response is required.  To the extent a response is required, Google

7  denies these allegations and characterizations.

8  **RESPONSE TO PARAGRAPH NO. 96:**

9    This paragraph purports to characterize and quote in part the contents of a document, which

10  speaks for itself.  Google refers to the document itself for its full content.  This paragraph also states

11  legal conclusions to which no response is required.  To the extent a response is required, Google

12  denies these allegations and characterizations.

13  **RESPONSE TO PARAGRAPH NO. 97:**

14    This paragraph purports to characterize, paraphrase, and quote in part the contents of certain

15  documents, which speak for themselves.  Google refers to the documents themselves for their full

16  content.  This paragraph also states legal conclusions to which no response is required.  To the

17  extent a response is required, Google denies these allegations and characterizations.

18  **RESPONSE TO PARAGRAPH NO. 98:**

19    This paragraph purports to characterize and quote in part the contents of a document, which

20  speaks for itself.  Google refers to the document itself for its full content.

21  **RESPONSE TO PARAGRAPH NO. 99:**

22    This paragraph purports to characterize and quote in part the contents of a document, which

23  speaks for itself.  Google refers to the document itself for its full content.

24  **RESPONSE TO PARAGRAPH NO. 100:**

25    This paragraph purports to characterize and quote in part the contents of a document, which

26  speaks for itself.  Google refers to the document itself for its full content.  This paragraph also states

27  legal conclusions to which no response is required.  To the extent a response is required, Google

28  denies these allegations and characterizations.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 101:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 102:**

This paragraph purports to characterize and quote in part the contents of certain documents, which speak for themselves.   Google refers to the documents themselves for their full content.

**RESPONSE TO PARAGRAPH NO. 103:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.   Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 104:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 105:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 106:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 107:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1  **RESPONSE TO PARAGRAPH NO. 108:**

2      This paragraph purports to characterize and quote in part the contents of a document, which

3  speaks for itself.  Google refers to the document itself for its full content.

4  **RESPONSE TO PARAGRAPH NO. 109:**

5      This paragraph purports to characterize and quote in part the contents of a document, which

6  speaks for itself.  Google refers to the document itself for its full content.  Google denies the

7  remaining allegations and characterizations of this paragraph.

8  **RESPONSE TO PARAGRAPH NO. 110:**

9      This paragraph purports to characterize and quote in part the contents of a document, which

10 speaks for itself.  Google refers to the document itself for its full content.

11 **RESPONSE TO PARAGRAPH NO. 111:**

12     This paragraph purports to characterize and quote in part certain referenced testimony,

13 which speaks for itself.  Google refers to the testimony in its entirety for its full content.

14 **RESPONSE TO PARAGRAPH NO. 112:**

15     This paragraph purports to characterize and quote in part the contents of certain documents,

16 which speak for themselves.  Google refers to the documents themselves for their full content.

17 Google denies the remaining allegations and characterizations of this paragraph.

18 **RESPONSE TO PARAGRAPH NO. 113:**

19     Google admits that it operates the Google Ad Exchange.  Google denies the remaining

20 allegations and characterizations of this paragraph.

21 **RESPONSE TO PARAGRAPH NO. 114:**

22     Denied.

23 **RESPONSE TO PARAGRAPH NO. 115:**

24     This paragraph makes generalizations about topics that are highly dependent on unique facts

25 and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

26 and information necessary to form a belief about the truth of the generalized allegations in this

27 paragraph, and on that basis denies the allegations and characterizations in this paragraph.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1  **RESPONSE TO PARAGRAPH NO. 116:**

2        This paragraph makes generalizations about topics that are highly dependent on unique facts

3  and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

4  and information necessary to form a belief about the truth of the generalized allegations in this

5  paragraph, and on that basis denies the allegations and characterizations in this paragraph.

6  **RESPONSE TO PARAGRAPH NO. 117:**

7        Denied.

8  **RESPONSE TO PARAGRAPH NO. 118:**

9        Denied.

10  **RESPONSE TO PARAGRAPH NO. 119:**

11        This paragraph makes generalizations about topics that are highly dependent on unique facts

12  and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

13  and information necessary to form a belief about the truth of the generalized allegations in this

14  paragraph, and on that basis denies the allegations and characterizations in this paragraph.

15  **RESPONSE TO PARAGRAPH NO. 120:**

16        This paragraph makes generalizations about topics that are highly dependent on unique facts

17  and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

18  and information necessary to form a belief about the truth of the generalized allegations in this

19  paragraph, and on that basis denies the allegations and characterizations in this paragraph.

20  **RESPONSE TO PARAGRAPH NO. 121:**

21        This paragraph makes generalizations about topics that are highly dependent on unique facts

22  and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

23  and information necessary to form a belief about the truth of the generalized allegations in this

24  paragraph, and on that basis denies the allegations and characterizations in this paragraph.

25  **RESPONSE TO PARAGRAPH NO. 122:**

26        This paragraph makes generalizations about topics that are highly dependent on unique facts

27  and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 123:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 124:**

This paragraph purports to paraphrase and characterize the contents of a certain document, which speak for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 125:**

Google admits that AdMob creates software development kits for publishers. Google further admits that it purchased AdMob in 2009. The remainder of this paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations of the remainder of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 126:**

This paragraph purports to paraphrase and characterize the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 127:**

Google admits that Ad Manager provides an SSP, among other services. Google admits that publishers can install Google's code on their websites and that the installed code can make requests to Google. The remainder of this paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    generalized allegations and characterizations of the remainder of this paragraph, and on that basis

2    denies them.

3    **RESPONSE TO PARAGRAPH NO. 128:**

4        Denied.

5    **RESPONSE TO PARAGRAPH NO. 129:**

6        Google lacks the details and information necessary to form a belief about the truth of the

7    generalized allegations in this paragraph, and on that basis denies the allegations and

8    characterizations in this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 130:**

10       Google admits that it operates a DSP.  Google admits that advertisers can use Google

11   DoubleClick and Google Ads to advertiser to users.  The remainder of this paragraph makes

12   generalizations about topics that are highly dependent on unique facts and circumstances, and

13   therefore Google cannot reasonably respond.  Google lacks the details and information necessary

14   to form a belief about the truth of the generalized allegations and characterizations of the remainder

15   of this paragraph, and on that basis denies them.

16   **RESPONSE TO PARAGRAPH NO. 131:**

17       This paragraph makes generalizations about topics that are highly dependent on unique facts

18   and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

19   and information necessary to form a belief about the truth of the generalized allegations in this

20   paragraph, and on that basis denies the allegations and characterizations in this paragraph.  Google

21   further specifically denies that it "sends bid requests to DSPs from publishers to solicit bids from

22   the DSPs based on the personal information of Account Holders."

23   **RESPONSE TO PARAGRAPH NO. 132:**

24       Denied.

25   **RESPONSE TO PARAGRAPH NO. 133:**

26       This paragraph purports to paraphrase and characterize the contents of a document, which

27   speaks for itself.  Google refers to the document itself for its full content.  This paragraph also

28   makes generalizations about topics that are highly dependent on unique facts and circumstances,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

and therefore Google cannot reasonably respond.  Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph. Google further specifically denies that it provides "personal information . . . in the Bid Request" in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 134:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.  Google specifically denies that it "collected, disseminated, and sold [] Account Holder[s'] personal information" in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 135:**

Google admits that it publishes the documents referenced in Paragraph 135, which speak for themselves.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 136:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 137:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 138:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself.  Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 139:**

Denied.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 140:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 141:**

Google denies the first sentence of this paragraph. The second and third sentences of this paragraph make generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations of the second and third sentences of this paragraph, and on that basis denies them. Google further specifically denies that "User verticals" "reflect the information that Google knows about each Account Holder's personal characteristics."

**RESPONSE TO PARAGRAPH NO. 142:**

Denied.

**RESPONSE TO PARAGRAPH NO. 143:**

This paragraph purports to paraphrase and characterize the contents of a webpage, which speaks for itself. Google refers to the webpage itself for its full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 144:**

This paragraph states a legal conclusion that does not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 145:**

This paragraph purports to paraphrase and characterize the contents of a webpage and other documents, which speak for themselves. Google refers to the webpage and documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph. Google also specifically denies that "Account Holders' information in verticals are shared and sold through Bid Requests" to third party bid request recipients.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 146:**

This paragraph purports to paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 147:**

This paragraph purports to paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 148:**

This paragraph purports to characterize the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 149:**

Google denies the first sentence of this paragraph. The remainder of this paragraph purports to paraphrase and characterize the contents of certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 150:**

The first sentence of this paragraph states a legal conclusion that does not require a response. To the extent a response is required, Google denies the allegations and characterizations of this sentence. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 151:**

This paragraph purports to paraphrase and characterize the contents of a certain document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 152:**

This paragraph purports to paraphrase and characterize the contents of a certain document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 153:**

2        This paragraph purports to paraphrase and characterize the contents of a certain document,

3    which speaks for itself.  Google refers to the document itself for its full content.  Google denies the

4    remaining allegations and characterizations in this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 154:**

6        This paragraph purports to paraphrase and characterize the contents of a certain document,

7    which speaks for itself.  Google refers to the document itself for its full content.  Google denies the

8    remaining allegations and characterizations in this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 155:**

10       This paragraph purports to paraphrase and characterize the contents of a certain document,

11   which speaks for itself.  Google refers to the document itself for its full content.

12   **RESPONSE TO PARAGRAPH NO. 156:**

13       Denied.

14   **RESPONSE TO PARAGRAPH NO. 157:**

15       This paragraph purports to paraphrase and characterize the contents of a document, which

16   speaks for itself.  Google refers to the document itself for its full content.  Google denies the

17   remaining allegations and characterizations of this paragraph.

18   **RESPONSE TO PARAGRAPH NO. 158:**

19       This paragraph purports to paraphrase and characterize the contents of a document, which

20   speaks for itself.  Google refers to the document itself for its full content.  Google denies the

21   remaining allegations and characterizations of this paragraph.

22   **RESPONSE TO PARAGRAPH NO. 159:**

23       This paragraph purports to paraphrase and characterize the contents of a document, which

24   speaks for itself.  Google refers to the document itself for its full content.  Google denies the

25   remaining allegations and characterizations of this paragraph.

26

27

28

1   **RESPONSE TO PARAGRAPH NO. 160:**

2          This paragraph purports to paraphrase and characterize the contents of a document, which

3   speaks for itself.   Google refers to the document itself for its full content.   Google denies the

4   remaining allegations and characterizations of this paragraph.

5   **RESPONSE TO PARAGRAPH NO. 161:**

6          Denied.

7   **RESPONSE TO PARAGRAPH NO. 162:**

8          Denied.

9   **RESPONSE TO PARAGRAPH NO. 163:**

10          Denied.

11   **RESPONSE TO PARAGRAPH NO. 164:**

12          Denied.

13   **RESPONSE TO PARAGRAPH NO. 165:**

14          Google admits that Facebook participates in RTB.  Google denies the remaining allegations

15   and characterizations of this paragraph.

16   **RESPONSE TO PARAGRAPH NO. 166:**

17          This paragraph does not require a response.

18   **RESPONSE TO PARAGRAPH NO. 167:**

19          Google denies the first sentence of this paragraph.    The remainder of this paragraph

20   purports to paraphrase and characterize the contents of documents, which speak for themselves.

21   Google refers to the documents themselves for their full content.   Google denies the remaining

22   allegations and characterizations of this paragraph.

23   **RESPONSE TO PARAGRAPH NO. 168:**

24          This paragraph purports to paraphrase and characterize the contents of a document, which

25   speaks for itself.   Google refers to the document itself for its full content.   Google denies the

26   remaining allegations and characterizations of this paragraph.

27   **RESPONSE TO PARAGRAPH NO. 169:**

28          Denied.

Cooley LLP
Attorneys at Law
San Francisco

26

**Google's Answer to Plaintiffs'
Consolidated Class Action Complaint
Case No. 4:21-cv-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 170:**

Google admits that it provides a "cookie matching" service. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 171:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 172:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 173:**

This paragraph makes a generalization about a topic that is highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information about RTB participants' internal practices and capabilities necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them. Google specifically denies that cookie-matching enables RTB participants to "tie the personal information from Google RTB together with data it already has to enhance its profile of the Account Holder."

**RESPONSE TO PARAGRAPH NO. 174:**

This paragraph purports to characterize quote in part a document, which speaks for itself. Google refers to the document itself for its full content. This paragraph also states legal conclusions to which no response is required. To the extent a response is required, Google denies these allegations and characterizations.

**RESPONSE TO PARAGRAPH NO. 175:**

Denied.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 176:**

Google denies the first sentence of this paragraph. Google lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 177:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 178:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 179:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 180:**

Denied.

**RESPONSE TO PARAGRAPH NO. 181:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 182:**

This paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

28

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 183:**

2        This paragraph purports to paraphrase and characterize the contents of a document, which

3    speaks for itself.  Google refers to the document itself for its full content.  Google denies the

4    remaining allegations and characterizations of this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 184:**

6        This paragraph purports to paraphrase and characterize the contents of a document, which

7    speaks for itself.  Google refers to the document itself for its full content.  Google denies the

8    remaining allegations and characterizations of this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 185:**

10        Denied.

11    **RESPONSE TO PARAGRAPH NO. 186:**

12        Denied.

13    **RESPONSE TO PARAGRAPH NO. 187:**

14        Denied.

15    **RESPONSE TO PARAGRAPH NO. 188:**

16        Denied.

17    **RESPONSE TO PARAGRAPH NO. 189:**

18        Denied.

19    **RESPONSE TO PARAGRAPH NO. 190:**

20        This paragraph makes generalizations about topics that are highly dependent on unique facts

21    and circumstances, and therefore Google cannot reasonably respond.  Google lacks the details and

22    information necessary to form a belief about the truth of the generalized allegations and

23    characterizations in this paragraph, and on that basis denies them.  Google specifically denies that

24    "personal information" is "collected and disseminated through the Bid Request."

25    **RESPONSE TO PARAGRAPH NO. 191:**

26        Denied.

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 192:**

Google denies the first sentence of this paragraph. The second sentence describes the alleged motivations of unspecified investigations; Google lacks sufficient information to admit or deny these allegations and on that basis denies them. The third sentence does not require a response as it describes Plaintiffs' investigations.

**RESPONSE TO PARAGRAPH NO. 193:**

Denied.

**RESPONSE TO PARAGRAPH NO. 194:**

This paragraph describes Plaintiffs' expert's alleged investigations; Google lacks sufficient information to admit or deny these allegations and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 195:**

This paragraph describes Plaintiffs' expert's alleged investigations; Google lacks sufficient information to admit or deny these allegations and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 196:**

This paragraph describes Plaintiffs' expert's alleged investigations; Google lacks sufficient information to admit or deny these allegations and on that basis denies them. Google specifically denies that it "discloses" or has "sold and/or shared Account Holder's personal information."

**RESPONSE TO PARAGRAPH NO. 197:**

This paragraph describes Plaintiffs' expert's alleged investigations; Google lacks sufficient information to admit or deny these allegations and on that basis denies them. Google specifically denies that it "sells user personal information."

**RESPONSE TO PARAGRAPH NO. 198:**

The first sentence of this paragraph states a legal conclusion that does not require a response. To the extent a response is required, Google denies the allegations and characterizations of this sentence.

The remainder of this paragraph purports to paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

30

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 199:**

2        This paragraph purports to paraphrase and characterize the contents of a document, which

3    speaks for itself.  Google refers to the document itself for its full content.  Google denies the

4    remaining allegations and characterizations of this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 200:**

6        This paragraph describes Plaintiffs' experts' alleged investigations; Google lacks sufficient

7    information to admit or deny these allegations and on that basis denies them.  Google specifically

8    denies that "personal information" is shared "through the RTB auction process."

9    **RESPONSE TO PARAGRAPH NO. 201:**

10        This paragraph describes documents Plaintiffs allegedly obtained from auction participants;

11    Google lacks sufficient information to admit or deny these allegations and on that basis denies

12    them.  Google specifically denies that it "discloses, shares, and sells data to RTB participants" that

13    includes "personal information."

14    **RESPONSE TO PARAGRAPH NO. 202:**

15        This paragraph describes documents Plaintiffs allegedly obtained from auction participants;

16    Google lacks sufficient information to admit or deny these allegations and on that basis denies

17    them.  Google specifically denies that it discloses "hyperlocal geotargeting information with

18    specific latitude and longitude."

19    **RESPONSE TO PARAGRAPH NO. 203:**

20        This paragraph describes documents Plaintiffs allegedly obtained from auction participants;

21    Google lacks sufficient information to admit or deny these allegations and on that basis denies them

22    **RESPONSE TO PARAGRAPH NO. 204:**

23        Google denies the first sentence of this paragraph.  The second sentence of this paragraph

24    describes Plaintiffs' expert's alleged investigations; Google lacks sufficient information to admit

25    or deny these allegations and on that basis denies them

26    **RESPONSE TO PARAGRAPH NO. 205:**

27        This paragraph states legal conclusions to which no response is required.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

31

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 206:**

2         This paragraph states legal conclusions to which no response is required.

3    **RESPONSE TO PARAGRAPH NO. 207:**

4         Denied.

5    **RESPONSE TO PARAGRAPH NO. 208:**

6         Denied.

7    **RESPONSE TO PARAGRAPH NO. 209:**

8         Google avers that an IP address is a string of numbers that identifies a particular connection

9    to the Internet, which may be used by (i) a single computer or other machine; or (ii) a group of

10   computers or other machines.  Google denies the remaining allegations and characterizations in this

11   paragraph.

12   **RESPONSE TO PARAGRAPH NO. 210:**

13        Google admits that, among other uses, IP addresses can be used to identify and route

14   communications on the Internet.

15   **RESPONSE TO PARAGRAPH NO. 211:**

16        Admitted.

17   **RESPONSE TO PARAGRAPH NO. 212:**

18        Google avers that individual Internet users do not have IP addresses; Internet connected

19   devices (or groups of devices) do.  Google admits that IP addresses are used by various entities,

20   such as ISPs and websites, to route Internet communications.  Google avers that it lacks information

21   sufficient to respond to allegations about "tracking companies" and therefore denies those

22   allegations.  Google denies the remaining allegations and characterizations in this paragraph.

23   **RESPONSE TO PARAGRAPH NO. 213:**

24        Google admits that certain of its services are configured to receive IP addresses so that

25   Google can provide the service requested.  The remainder of this paragraph makes generalizations

26   about topics that are dependent on unique facts and circumstances, and therefore Google cannot

27   reasonably respond.  Google thus lacks the details and information necessary to form a belief about

28   the truth of the generalized allegations in this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

32

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 214:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 215:**

Google admits that when a user signs into a Gmail account, Google may log the IP address of the device being used.  The remainder of this paragraph makes generalizations about topics that are dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 216:**

Google avers that it maintains policies and processes to prevent the combination of data elements such as IP address or user-agent information for the purpose of identifying individual users.  Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 217:**

Denied.  Google further avers that it maintains policies and processes to prevent the combination of data elements such as IP address or user-agent information for the purpose of identifying individual users.

**RESPONSE TO PARAGRAPH NO. 218:**

Denied.

**RESPONSE TO PARAGRAPH NO. 219:**

Denied.  Google further avers that it maintains policies and processes to prevent the combination of data elements such as IP address or user-agent information for the purpose of identifying individual users.

**RESPONSE TO PARAGRAPH NO. 220:**

Google admits that, in general, a user-agent can include the application, operating system, and version of the application and operating system associated with an Internet operation.

**RESPONSE TO PARAGRAPH NO. 221:**

The first and second sentences of this paragraph make generalizations about topics that are dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

Google thus lacks the details and information necessary to form a belief about the truth of these generalized allegations, and on that basis denies them. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 222:**

Denied.

**RESPONSE TO PARAGRAPH NO. 223:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies that information is shared in the RTB Process in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 224:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies that information is shared in the RTB process in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 225:**

Denied.

**RESPONSE TO PARAGRAPH NO. 226:**

Google admits that, in general, devices can be associated with a numeric identifier.

**RESPONSE TO PARAGRAPH NO. 227:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 228:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 229:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 230:**

Google admits that Account Holders can generally view devices they have associated with their own account, over a certain period of time, through the hyperlink identified in Paragraph 230.

**RESPONSE TO PARAGRAPH NO. 231:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies that information is shared in the RTB process in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 232:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies that information is shared in the RTB process in violation of any legal obligation.

**RESPONSE TO PARAGRAPH NO. 233:**

Denied.

**RESPONSE TO PARAGRAPH NO. 234:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 235:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 236:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 237:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    and information necessary to form a belief about the truth of the generalized allegations in this
2    paragraph, and on that basis denies the allegations and characterizations in this paragraph.

3    **RESPONSE TO PARAGRAPH NO. 238:**

4        This paragraph purports to paraphrase and characterize the contents of a certain document,
5    which speaks for itself.  Google refers to the document itself for its full content.

6    **RESPONSE TO PARAGRAPH NO. 239:**

7        This paragraph purports to paraphrase and characterize the contents of a certain document,
8    which speaks for itself.  Google refers to the document itself for its full content.

9    **RESPONSE TO PARAGRAPH NO. 240:**

10       This paragraph purports to characterize the contents of a certain document, which speaks
11   for itself.  Google refers to the document itself for its full content.  This paragraph also makes
12   generalizations about topics that are highly dependent on unique facts and circumstances, and
13   therefore Google cannot reasonably respond.  Google thus lacks the details and information
14   necessary to form a belief about the truth of the generalized allegations in this paragraph, and on
15   that basis denies the allegations and characterizations in this paragraph.

16   **RESPONSE TO PARAGRAPH NO. 241:**

17       This paragraph states legal conclusions to which no response is required.  This paragraph
18   also makes generalizations about topics that are highly dependent on unique facts and
19   circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and
20   information necessary to form a belief about the truth of the generalized allegations in this
21   paragraph, and on that basis denies the allegations and characterizations in this paragraph.

22   **RESPONSE TO PARAGRAPH NO. 242:**

23       This paragraph states legal conclusions to which no response is required.  To the extent a
24   response is required, Google denies that information is shared in the RTB process in violation of
25   any legal obligation.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

36

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 243:**

2          Google lacks knowledge sufficient to admit or deny the allegations in this paragraph

3    regarding any action by Plaintiffs' counsel, and on that basis denies them.  Google specifically

4    denies that information is shared in the RTB process in violation of any legal obligation.

5    **RESPONSE TO PARAGRAPH NO. 244:**

6          Denied.

7    **RESPONSE TO PARAGRAPH NO. 245:**

8          Admitted.

9    **RESPONSE TO PARAGRAPH NO. 246:**

10          This paragraph states legal conclusions to which no response is required.

11    **RESPONSE TO PARAGRAPH NO. 247:**

12          This paragraph states legal conclusions to which no response is required.

13    **RESPONSE TO PARAGRAPH NO. 248:**

14          This paragraph states legal conclusions to which no response is required.  To the extent a

15    response is required, Google denies that information is shared in the RTB Process in violation of

16    any legal obligation.

17    **RESPONSE TO PARAGRAPH NO. 249:**

18          This paragraph states legal conclusions to which no response is required.  This paragraph

19    also makes generalizations about topics that are highly dependent on unique facts and

20    circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and

21    information necessary to form a belief about the truth of the generalized allegations in this

22    paragraph, and on that basis denies the allegations and characterizations in this paragraph.

23    **RESPONSE TO PARAGRAPH NO. 250:**

24          This paragraph purport to characterize and quote in part the contents of an unidentified

25    document, which speaks for itself.  To the extent such a document exists, Google refers to the

26    document itself for its full content.  Google denies the remaining allegations and characterizations

27    of this paragraph.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

37

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1    **RESPONSE TO PARAGRAPH NO. 251:**

2        Denied.

3    **RESPONSE TO PARAGRAPH NO. 252:**

4        Denied.

5    **RESPONSE TO PARAGRAPH NO. 253:**

6        This paragraph states legal conclusions to which no response is required.

7    **RESPONSE TO PARAGRAPH NO. 254:**

8        This paragraph makes generalizations about topics that are highly dependent on unique facts

9    and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details

10   and information necessary to form a belief about the truth of the generalized allegations in this

11   paragraph, and on that basis denies the allegations and characterizations in this paragraph.

12   **RESPONSE TO PARAGRAPH NO. 255:**

13       This paragraph purports to paraphrase and characterize the contents of a certain document,

14   which speaks for itself.  Google refers to the document itself for its full content.

15   **RESPONSE TO PARAGRAPH NO. 256:**

16       This paragraph purports to paraphrase and characterize the contents of a certain document,

17   which speaks for itself.  Google refers to the document itself for its full content.

18   **RESPONSE TO PARAGRAPH NO. 257:**

19       Denied.

20   **RESPONSE TO PARAGRAPH NO. 258:**

21       Denied.

22   **RESPONSE TO PARAGRAPH NO. 259:**

23       Denied.

24   **RESPONSE TO PARAGRAPH NO. 260:**

25       The left-hand column of the chart in this paragraph purports to quote in part the contents of

26   various documents which speak for themselves.  Google refers to the documents themselves for

27   their full content.

28       Google responds as follows to the right-hand column of the chart.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

38

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

| What Google Promises | What Google Does | |
|---|---|---|
| "[W]e never share [personal] information with advertisers, unless you ask us to." *How our business works*, Ex. 5 at 1. | Google shares Account Holders' personal information, including information that is tied to Account Holders' unique identifiers, with Google RTB participants for the purpose of targeted advertising. Google does so without Account Holders' consent. | Denied. |
| "We don't share information that personally identifies you with advertisers[.]" *Google Privacy Policy, e.g.*, Ex. 15 at 5; Ex. 20 at 6. | | |
| "We do not share your personal information with companies, organizations, or individuals outside of Google except…[1)] With your consent … [3)] With domain administrators… [3)] For external processing … and [4)] For legal reasons[.]" *Google Privacy Policy, e.g.*, Ex. 15 at 11- 12; Ex. 20 at 11-12. | | |
| "[R]emember, we never share any of this personal information with advertisers." *We do not sell your personal information to anyone.*, Ex. 23 at 2. | | |
| "We don't sell your personal information to anyone." *How our business works*, Ex. 5 at 1. | | |
| "We don't share information that personally identifies you with our advertising partners, such as your name or email, unless you ask us to share it." *Who are Google's Partners?*, Ex. 21 at 2. | While Google may not directly provide Account Holders' names or email, Google does share their unique identifiers, provides cookie matching services to assist in identification of Account Holders, and encourages Google RTB participants to store user lists and hashed keys that enables them to reidentify Account Holders whose names and emails are known to participants. | Denied. |
| "Without identifying you personally to advertisers or other third parties, we might use data that includes your searches and location, websites and apps that you've used, videos and ads you've seen, and basic information that you've given us, such as your age range and gender." *We do not sell your personal information to anyone.*, Ex. 23 at 1. | | |
| "We give advertisers data about their ads' performance, but we do so without revealing any of | Google not only fails to protect personal information, but rather directly provides it | Denied. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

39

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

| What Google Promises | What Google Does | |
|---|---|---|
| your personal information. At every point in the process of showing you ads, we keep your personal information protected and private." *We do not sell your personal information to anyone.*, Ex. 23 at 1. | to Google RTB participants and enables participants to de-anonymize personal information with cookie matching services. | |
| "Privacy is personal, which makes it even more vital for companies to give people clear, individual choices around how their data is used." *Google's Sundar Pichai: Privacy Should Not Be a Luxury Good*, Ex. 25 at 1. | Google does not provide Account Holders with clear individual choices about how their data is used; rather, Google provides misinformation and broken promises about user privacy and fails to disclose that Account Holders' personal information is being sold on Google RTB. | Denied. |
| "[P]rivacy cannot be a luxury good offered only to people who can afford to buy premium products and services. Privacy must be equally available to everyone in the world." *Google's Sundar Pichai: Privacy Should Not Be a Luxury Good*, Ex. 25 at 1. | Google does not make "privacy equally available." Instead, it targets its own Account Holders, making privacy unavailable to them by subversively revealing their personal information thousands of times per second to millions of Google RTB participants. Only Google and Google RTB participants, not Account Holders, profit. | Denied. |
| "To make privacy real, we give you clear, meaningful choices around your data. All while staying true to two unequivocal policies: that Google will never sell any personal information to third parties; and that you get to decide how your information is used." *Google's Sundar Pichai: Privacy Should Not Be a Luxury Good*, Ex. 25 at 1. | Google does not disclose what it is doing with Account Holders' data and gives Account Holders no choice about whether their personal information is sold at the Google RTB auctions. | Denied. |
| "Advertisers do not pay us for personal information[.]" *How our business works*, Ex. 5 at 1. | Through Google RTB, advertisers in fact do pay Google for advertising, the value of which is directly tied to the disclosure of Account Holders' personal information. | Denied. |
| "We never sell your personal information, and give you controls over who has access." *Your privacy is protected by responsible data practices*, Ex. 24 at 2. | Google sells Account Holders' personal information on Google RTB, a process that is invisible to Account Holders and in which their consent is not solicited prior to sale. | Denied. |
| "At every point in the process of | Google reveals Account | Denied. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

40

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

| What Google Promises | What Google Does | |
|---|---|---|
| showing you ads, we keep your personal information protected with industry-leading security technologies." *How our business works*, Ex. 5 at 2. | Holders' personal information in the Google RTB Bid Requests and provides cookie matching tools that enable participants to match Account Holders' personal information with individual profiles the participants already has. | |
| "Privacy is core to how we build our products, with rigorous privacy standards guiding every stage of product development. Each product and feature adheres to these privacy standards, which are implemented through comprehensive privacy reviews." *Your privacy is protected by responsible data practices*, Ex. 24 at 4. | Google's core practice is building Account Holder profiles and monetizing those profiles through, among other things, the Google RTB, where Google sells Account Holders' personal information to facilitate targeted advertising, all the while making false promises of privacy to Account Holders. | Denied. |
| "We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you." *How our business works*, Ex. 5 at 2.

"We don't show you personalized ads based on <u>sensitive categories</u>, such as race, religion, sexual orientation, or health." *Google Privacy Policy, e.g.,* Ex. 15 at 5; Ex. 20 at 6.

"We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we <u>require the same from advertisers</u> [hyperlink] that use our services." *Google Privacy Policy, e.g.*, Ex. 15 at 22; Ex. 20 at 30.

"Advertisers can't use sensitive interest categories to target ads to users or to promote advertisers' products or services." *Personalized Advertising*, Ex. 22 at 2. | Google targets Account Holders based on their sensitive information, like race, religion, sexual orientation, and health. Google does this by collecting Account Holders' browsing information to determine whether Account Holders fall within certain consumer categories, known as verticals and segments. These consumer categories include sensitive categories related to race, religion, sexual orientation, and health. This information is then shared with Google RTB participants to facilitate targeted advertising based on those sensitive categories. Google RTB participants are then able to bid on the ability to serve ads to Account Holders, including the ability to serve personalized ads based on specific sensitive information. | Denied. Google specifically denies that it shares information with third-party bid request recipients in the manner alleged in this paragraph. |
| "Personal hardships: Because we don't want ads to exploit the | Google groups Account Holders into verticals and | Denied. Google specifically denies |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

41

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

| What Google Promises | What Google Does | |
|---|---|---|
| difficulties or struggles of users, we don't allow categories related to personal hardships." *Personalized Advertising*, Ex. 22 at 2. | segments and facilitates targeted advertising based on these verticals and segments, which include those related to personal hardships, like health issues (*e.g.*, depression, eating disorders, infectious diseases, and learning and developmental disabilities), financial hardship (*e.g.*, bankruptcy, debt collection and repossession, short-term loans, and cash), and difficult interpersonal circumstances (*e.g.*, troubled relationships, divorce, and separation). | that it facilitates targeted advertising by third-party bid request recipients in the manner alleged in this paragraph. |
| "Identity and belief: Because we want ads to reflect a user's interests rather than more personal interpretations of their fundamental identity, we don't allow categories related to identity and belief, some of which could also be used to stigmatize an individual." *Personalized Advertising*, Ex. 22 at 2. | Google allows advertisers to target messages to Account Holders based on verticals and segments related to identity and belief, including religion (*e.g.*, Judaism, Islam) and identity (*e.g.*, lesbian, gay, bisexual & transgender). | Denied. Google specifically denies that it facilitates targeted advertising by third-party bid request recipients in the manner alleged in this paragraph. |
| "Sexual interests: Because we understand that sexual experiences and interests are inherently private, we don't allow categories related to sexual interests." *Personalized Advertising*, Ex. 22 at 2. | Google allows advertisers to target messages to Account Holders based on verticals and segments related to sexual interests (*e.g.*, sexual enhancement). | Denied. Google specifically denies that it facilitates targeted advertising by third-party bid request recipients in the manner alleged in this paragraph. |
| "The following sensitive interest categories can't be used by advertisers to target ads to users or promote advertisers' products or services": <br>● "Restricted drug terms … [including] Prescription medications and information about prescription medications"; <br>● "Personal hardships … [including] health conditions, treatments, procedures, personal failings, struggles, or traumatic personal experiences"; <br>● "Personal health content, which includes: [] Physical or mental health conditions, including | Google allows advertisers to target messages to Account Holders sorted by Google into verticals and segments related to verticals and segments related to the following categories and examples within each: <br><br>Prescription medications: Drugs & Medications <br><br>Personal Hardships & Personal Health Content: AIDS & HIV; Cancer; Eating Disorders; Genetic Disorders; Infectious Diseases; Neurological Conditions; Learning & Developmental Disabilities; Autism | Denied. Google specifically denies that it facilitates targeted advertising by third-party bid request recipients in the manner alleged in this paragraph. |

| What Google Promises | What Google Does | |
|---|---|---|
| diseases, sexual health and chronic health conditions, which are health conditions that require long-term care or management[; and] Products, services, or procedures to treat or manage chronic health conditions, which includes over-the-counter medications and medical devices";<br><br>● "Relationships [including] Personal hardships with family, friends, or other interpersonal relationships";<br><br>● "Sexual orientation";<br><br>● "Personal race or ethnicity" and<br><br>● "Personal religious beliefs"<br><br>*Personalized Advertising*, Ex. 22 at 2-5. | Spectrum Disorders; Obesity; Skin Conditions; Counseling Services; Depression; Fertility; Male Impotence; Sexual Enhancement; Sexually Transmitted Diseases; Drug & Alcohol Treatment; Steroids & Performance Enhancing Drugs; Anxiety & Stress; Counseling Services; Drugs & Medications;<br><br>Troubled Relationships; Divorce & Separation; Bankruptcy; Debt Collection & Repossession; Short-Term Loans & Cash<br><br><u>Sexual Orientation</u>: Lesbian, Gay, Bisexual & Transgender<br><br><u>Race/Ethnicity</u>: African-Americans; Arabs & Middle Easterners; South Asians & Diaspora; Southeast Asians & Pacific Islanders; Eastern Europeans; Native Americans; Jewish Culture; Latinos & Latin-Americans<br><br><u>Religious Beliefs</u>: Buddhism; Christianity; Hinduism; Islam; Judaism | |

**RESPONSE TO PARAGRAPH NO. 261:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 262:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 263:**

Google admits that it signed a letter to members of the Senate dated June 6, 2016. This paragraph purports to paraphrase and characterize the contents of that document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

43

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 264:**

2        Google admits that it signed a letter to members of the Senate dated June 6, 2016.  This

3    paragraph purports to quote in part the content of that document, which speaks for itself. Google

4    refers to the document itself for its full content.  Google denies the remaining allegations and

5    characterizations of this paragraph.

6    **RESPONSE TO PARAGRAPH NO. 265:**

7        This paragraph purports to quote in part the content of a document, which speaks for itself.

8    Google refers to the document itself for its full content.  Google denies the remaining allegations

9    and characterizations of this paragraph.

10   **RESPONSE TO PARAGRAPH NO. 266:**

11       Google admits that it published an update to its "Enabling Dishonest Behavior Policy"

12   effective August 11, 2020.  This paragraph purports to quote in part the content of that document,

13   which speaks for itself. Google refers to the document itself for its full content.  Google denies the

14   remaining allegations and characterizations of this paragraph.

15   **RESPONSE TO PARAGRAPH NO. 267:**

16       Google admits that it published a letter to shareholders in its S-1 Registration Statement

17   filed with the SEC and that this letter appears on Google's website.  This paragraph purports to

18   quote in part contents of documents which speak for themselves.  Google refers to the documents

19   themselves for their full content.  Google denies the remaining allegations and characterizations of

20   this paragraph.

21   **RESPONSE TO PARAGRAPH NO. 268:**

22       The first sentence of this paragraph states legal conclusions to which no response is

23   required.  The remainder of this paragraph purports to quote or paraphrase and characterize the

24   contents of documents, which speak for themselves.  Google refers to the documents themselves

25   for their full content.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                    44
**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 269:**

Google admits that the United States ratified the International Covenant on Civil and Political Rights. The remainder of this paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 270:**

This paragraph purports to quote or paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 271:**

Google admits that the Irish Data Protection Commission has opened an investigation into Google's RTB products. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 272:**

Google admits that the U.K.'s Information Commissioner's Office ("ICO") has opened an investigation related to RTB exchanges, including Google's RTB products. This paragraph purports to quote or paraphrase and characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 273:**

Google admits that the ICO has publicly stated that it would resume its investigation into RTB exchanges following a suspension due to the Covid-19 pandemic. This paragraph purports to quote or paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 274:**

This paragraph purports to quote or paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

45

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 275:**

The first sentence of this paragraph refers to unspecified complaints by unidentified groups; Google lacks sufficient information to admit or deny these allegations and on that basis denies them.  This paragraph also purports to quote or paraphrase and characterize the contents of documents, which speak for themselves.  Google refers to the documents themselves for their full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 276:**

Google admits that the Irish Council for Civil Liberties initiated a lawsuit in Hamburg, Germany against the Interactive Advertising Bureau.  This paragraph purports to quote or paraphrase and characterize the contents of documents, which speak for themselves. Google refers to the documents themselves for their full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 277:**

Google admits that Senator Ron Wyden and other members of Congress transmitted a letter to the Chairmen of the FTC in July 2020.  This paragraph purports to quote or paraphrase and characterize the contents of that document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 278:**

Denied.

**RESPONSE TO PARAGRAPH NO. 279:**

Denied.

**RESPONSE TO PARAGRAPH NO. 280:**

This paragraph purports to characterize the contents of certain documents, which speak for themselves.  Google refers to the documents themselves for their full content.  Google denies the remaining allegations and characterizations of this paragraph, including those in the first and fourth sentences.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

46

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 281:**

Google admits the second sentence of this paragraph reflects its revenues from Google Network Members' properties as stated in the referenced sources.  The third sentence of this paragraph purports to quote or paraphrase and characterize the content of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 282:**

Google denies the first sentence in this paragraph.  The second sentence of this paragraph purports to paraphrase and characterize the content of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 283:**

This paragraph purports to paraphrase and characterize the content of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 284:**

This paragraph purports to paraphrase and characterize the content of a document, which speaks for itself.  Google refers to the document itself for its full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 285:**

This paragraph purports to paraphrase and characterize the contents of certain documents, which speak for themselves.  Google refers to the documents themselves for their full content.  Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 286:**

Denied.

**RESPONSE TO PARAGRAPH NO. 287:**

This paragraph refers to the purported incentives and interests of third parties; Google lacks sufficient information to admit or deny these allegations and on that basis denies them.  Google

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1   also specifically denies that it shares and sells users' personal information with Google RTB

2   participants in violation of any legal obligation.

3   **RESPONSE TO PARAGRAPH NO. 288:**

4       This paragraph purports to quote or paraphrase and characterize the contents of a document,

5   which speaks for itself. Google refers to the document itself for its full content.  Google denies the

6   remaining allegations and characterizations of this paragraph.

7   **RESPONSE TO PARAGRAPH NO. 289:**

8       This paragraph refers to "market exchanges" on various third-party platforms; Google lacks

9   sufficient information to admit or deny these allegations and on that basis denies them.  Google

10  denies the remaining allegations and characterizations of this paragraph.

11  **RESPONSE TO PARAGRAPH NO. 290:**

12      Google admits that it operates a consumer research study known as Screenwise Panel.  The

13  remainder of this paragraph purports to quote the contents of a document, which speaks for itself.

14  Google refers to the document itself for its full content.  Google denies the remaining allegations

15  and characterizations of this paragraph.

16  **RESPONSE TO PARAGRAPH NO. 291:**

17      This paragraph purports to paraphrase the content of a document, which speaks for itself.

18  Google refers to the document itself for its full content.  Google denies the remaining allegations

19  and characterizations of this paragraph.

20  **RESPONSE TO PARAGRAPH NO. 292:**

21      This paragraph purports to quote or paraphrase and characterize the contents of a document,

22  which speaks for itself.  Google refers to the document itself for its full content.

23  **RESPONSE TO PARAGRAPH NO. 293:**

24      Denied.

25  **RESPONSE TO PARAGRAPH NO. 294:**

26      This paragraph states legal conclusions to which no response is required.  To the extent a

27  response is required, Google denies that this is an accurate and complete statement of the referenced

28  legal principles.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

48

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 295:**

2            This paragraph states legal conclusions to which no response is required.  To the extent a

3    response is required, Google denies that this is an accurate and complete statement of the referenced

4    legal principles.

5    **RESPONSE TO PARAGRAPH NO. 296:**

6            This paragraph states legal conclusions to which no response is required.  To the extent a

7    response is required, Google denies that this is an accurate and complete statement of the referenced

8    legal principles.

9    **RESPONSE TO PARAGRAPH NO. 297:**

10           Denied.

11   **RESPONSE TO PARAGRAPH NO. 298:**

12           This paragraph states legal conclusions to which no response is required.  To the extent a

13   response is required, Google denies that this is an accurate and complete statement of the referenced

14   legal principles.

15   **RESPONSE TO PARAGRAPH NO. 299:**

16           This paragraph purports to quote in part a document, which speaks for itself.  Google refers

17   to the document itself for its full content.  The remainder of the paragraph states legal conclusions

18   to which no response is required.  To the extent a response is required, Google denies that this is

19   an accurate and complete statement of the referenced legal principles.

20   **RESPONSE TO PARAGRAPH NO. 300:**

21           Denied.

22   **RESPONSE TO PARAGRAPH NO. 301:**

23           Denied.

24   **RESPONSE TO PARAGRAPH NO. 302:**

25           Google admits that Plaintiffs, as Account Holders, agreed to Google's Terms of Service.

26   Google denies the remaining allegations and characterizations in this paragraph.

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

49

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1  **RESPONSE TO PARAGRAPH NO. 303:**

2      This paragraph refers to unspecified third parties, "schemes," and "experts"; Google lacks

3  sufficient information to admit or deny these allegations and on that basis denies them.

4  **RESPONSE TO PARAGRAPH NO. 304:**

5      Denied.

6  **RESPONSE TO PARAGRAPH NO. 305:**

7      Denied.

8  **RESPONSE TO PARAGRAPH NO. 306:**

9      Denied.

10  **RESPONSE TO PARAGRAPH NO. 307:**

11      Denied.

12  **RESPONSE TO PARAGRAPH NO. 308:**

13      Denied.

14  **RESPONSE TO PARAGRAPH NO. 309:**

15      Denied.

16  **RESPONSE TO PARAGRAPH NO. 310:**

17      Denied.

18  **RESPONSE TO PARAGRAPH NO. 311:**

19      Denied.

20  **RESPONSE TO PARAGRAPH NO. 312:**

21      Denied.

22  **RESPONSE TO PARAGRAPH NO. 313:**

23      Denied.

24  **RESPONSE TO PARAGRAPH NO. 314:**

25      Denied.

26  **RESPONSE TO PARAGRAPH NO. 315:**

27      The first two sentences of this paragraph make generalizations about topics that are highly

28  dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

50

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in these sentences, and on that basis denies them. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 316:**

Denied.

**RESPONSE TO PARAGRAPH NO. 317:**

Denied.

**RESPONSE TO PARAGRAPH NO. 318:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 319:**

Google admits that it has conducted research regarding user-related data. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 320:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 321:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 322:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

51

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1   **RESPONSE TO PARAGRAPH NO. 323:**

2          This paragraph purports to characterize certain documents, which speak for themselves.

3   Google refers to documents themselves for their full content.  Google denies the remaining

4   allegations and characterizations of this paragraph.

5   **RESPONSE TO PARAGRAPH NO. 324:**

6          Denied.

7   **RESPONSE TO PARAGRAPH NO. 325:**

8          Denied.

9   **RESPONSE TO PARAGRAPH NO. 326:**

10          Denied.

11   **RESPONSE TO PARAGRAPH NO. 327:**

12          Denied.

13   **RESPONSE TO PARAGRAPH NO. 328:**

14          Google denies the allegations in the first two sentences of this paragraph.  The third sentence

15   of this paragraph relates to Plaintiffs' counsel's motivation in retaining experts, an allegation to

16   which no response is required.

17   **RESPONSE TO PARAGRAPH NO. 329:**

18          The first sentence relates to Plaintiffs' purported lack of knowledge; Google lacks sufficient

19   information to admit or deny these allegations and on that basis denies them.  Google denies the

20   remaining allegations and characterizations of this paragraph.

21   **RESPONSE TO PARAGRAPH NO. 330:**

22          This paragraph states legal conclusions regarding class certification to which no response

23   is required.  To the extent a response is required, Google denies those allegations and generally

24   denies that a class can be certified in this case.

25   **RESPONSE TO PARAGRAPH NO. 331:**

26          This paragraph states legal conclusions regarding class certification to which no response

27   is required.  To the extent a response is required, Google denies those allegations and generally

28   denies that a class can be certified in this case.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

52

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 332:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 333:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 334:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 335:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 336:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 337:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 338:**

This paragraph states legal conclusions regarding class certification to which no response is required. To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

53

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 339:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 340:**

Google admits that Google Account holders agree to the Google Terms of Service.

**RESPONSE TO PARAGRAPH NO. 341:**

This paragraph purports to characterize the contents of a document, which speaks for itself. Google refers to the document itself for its full content. This paragraph states legal conclusions to which no response is required. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 342:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 343:**

This paragraph purports to quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 344:**

This paragraph purports to characterize and quote in part the contents of a document, which speaks for itself. Google refers to the document itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 345:**

Admitted.

**RESPONSE TO PARAGRAPH NO. 346:**

Google admits that Google Account Holders must agree to the Terms of Service. The remainder of this paragraph purports to characterize the contents of a certain documents, which speak for themselves. This paragraph also states legal conclusions to which no response is required.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

54

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    To the extent a response is required, Google denies these allegations and characterizations. Google

2    denies the remaining allegations and characterizations of this paragraph.

3    **RESPONSE TO PARAGRAPH NO. 347:**

4           This paragraph states legal conclusions to which no response is required. To the extent a

5    response is required, Google denies the allegations in this paragraph.

6    **RESPONSE TO PARAGRAPH NO. 348:**

7           This paragraph states legal conclusions to which no response is required. To the extent a

8    response is required, Google denies the allegations in this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 349:**

10          This paragraph states legal conclusions to which no response is required. To the extent a

11   response is required, Google denies the allegations in this paragraph.

12   **RESPONSE TO PARAGRAPH NO. 350:**

13          This paragraph states legal conclusions to which no response is required. To the extent a

14   response is required, Google denies the allegations in this paragraph.

15   **RESPONSE TO PARAGRAPH NO. 351:**

16          This paragraph states legal conclusions to which no response is required. To the extent a

17   response is required, Google denies the allegations in this paragraph.

18   **RESPONSE TO PARAGRAPH NO. 352:**

19          This paragraph states legal conclusions to which no response is required. To the extent a

20   response is required, Google denies the allegations in this paragraph.

21   **RESPONSE TO PARAGRAPH NO. 353:**

22          No response is required to this paragraph because the Court granted Google's motion to

23   dismiss this claim.

24   **RESPONSE TO PARAGRAPH NO. 354:**

25          No response is required to this paragraph because the Court granted Google's motion to

26   dismiss this claim.

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

55

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 355:**

2         No response is required to this paragraph because the Court granted Google's motion to

3    dismiss this claim.

4    **RESPONSE TO PARAGRAPH NO. 356:**

5         No response is required to this paragraph because the Court granted Google's motion to

6    dismiss this claim.

7    **RESPONSE TO PARAGRAPH NO. 357:**

8         No response is required to this paragraph because the Court granted Google's motion to

9    dismiss this claim.

10   **RESPONSE TO PARAGRAPH NO. 358:**

11        No response is required to this paragraph because the Court granted Google's motion to

12   dismiss this claim.

13   **RESPONSE TO PARAGRAPH NO. 359:**

14        No response is required to this paragraph because the Court granted Google's motion to

15   dismiss this claim.

16   **RESPONSE TO PARAGRAPH NO. 360:**

17        No response is required to this paragraph because the Court granted Google's motion to

18   dismiss this claim.

19   **RESPONSE TO PARAGRAPH NO. 361:**

20        No response is required to this paragraph because the Court granted Google's motion to

21   dismiss this claim.

22   **RESPONSE TO PARAGRAPH NO. 362:**

23        No response is required to this paragraph because the Court granted Google's motion to

24   dismiss this claim.

25   **RESPONSE TO PARAGRAPH NO. 363:**

26        No response is required to this paragraph because the Court granted Google's motion to

27   dismiss this claim.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

56

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1

**RESPONSE TO PARAGRAPH NO. 364:**

2       No response is required to this paragraph because the Court granted Google's motion to

3   dismiss this claim.

4   **RESPONSE TO PARAGRAPH NO. 365:**

5       No response is required to this paragraph because the Court granted Google's motion to

6   dismiss this claim.

7   **RESPONSE TO PARAGRAPH NO. 366:**

8       No response is required to this paragraph because the Court granted Google's motion to

9   dismiss this claim.

10  **RESPONSE TO PARAGRAPH NO. 367:**

11      No response is required to this paragraph because the Court granted Google's motion to

12  dismiss this claim.

13  **RESPONSE TO PARAGRAPH NO. 368:**

14      No response is required to this paragraph because the Court granted Google's motion to

15  dismiss this claim.

16  **RESPONSE TO PARAGRAPH NO. 369:**

17      No response is required to this paragraph because the Court granted Google's motion to

18  dismiss this claim.

19  **RESPONSE TO PARAGRAPH NO. 370:**

20      No response is required to this paragraph because the Court granted Google's motion to

21  dismiss this claim.

22  **RESPONSE TO PARAGRAPH NO. 371:**

23      No response is required to this paragraph because the Court granted Google's motion to

24  dismiss this claim.

25  **RESPONSE TO PARAGRAPH NO. 372:**

26      This paragraph contains characterizations of Plaintiffs' allegations to which no response is

27  required.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

57

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1    **RESPONSE TO PARAGRAPH NO. 373:**

2         This paragraph purports to quote in part a statute, which speaks for itself. Google refers to

3    the statute itself for its full content.

4    **RESPONSE TO PARAGRAPH NO. 374:**

5         This paragraph states legal conclusions to which no response is required.

6    **RESPONSE TO PARAGRAPH NO. 375:**

7         This paragraph states legal conclusions to which no response is required. To the extent a

8    response is required, Google denies the allegations in this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 376:**

10        This paragraph states legal conclusions to which no response is required. To the extent a

11   response is required, Google denies the allegations in this paragraph.

12   **RESPONSE TO PARAGRAPH NO. 377:**

13        Denied.

14   **RESPONSE TO PARAGRAPH NO. 378:**

15        This paragraph states legal conclusions to which no response is required. To the extent a

16   response is required, Google denies the allegations in this paragraph.

17   **RESPONSE TO PARAGRAPH NO. 379:**

18        This paragraph states legal conclusions to which no response is required. To the extent a

19   response is required, Google denies the allegations in this paragraph.

20   **RESPONSE TO PARAGRAPH NO. 380:**

21        This paragraph states legal conclusions to which no response is required. To the extent a

22   response is required, Google denies the allegations in this paragraph.

23   **RESPONSE TO PARAGRAPH NO. 381:**

24        This paragraph states legal conclusions to which no response is required. To the extent a

25   response is required, Google denies the allegations in this paragraph.

26   **RESPONSE TO PARAGRAPH NO. 382:**

27        This paragraph states legal conclusions to which no response is required. To the extent a

28   response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

58

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1   **RESPONSE TO PARAGRAPH NO. 383:**

2     This paragraph contains characterizations of Plaintiffs' allegations to which no response is

3   required.

4   **RESPONSE TO PARAGRAPH NO. 384:**

5     This paragraph purports to quote in part the California Constitution, which speaks for itself.

6   Google refers to the California Constitution itself for its full content.

7   **RESPONSE TO PARAGRAPH NO. 385:**

8     This paragraph purports to characterize and quote in part the California Constitution, which

9   speaks for itself. Google refers to the California Constitution itself for its full content.

10  **RESPONSE TO PARAGRAPH NO. 386:**

11    This paragraph purports to characterize in part the California Constitution, which speaks for

12  itself.  Google refers to the California Constitution itself for its full content.

13  **RESPONSE TO PARAGRAPH NO. 387:**

14    This paragraph purports to characterize and quote in part a document, which speaks for

15  itself.  Google refers to the document itself for its full content.

16  **RESPONSE TO PARAGRAPH NO. 388:**

17    This paragraph purports to characterize and quote in part a document, which speaks for

18  itself.  Google refers to the document itself for its full content.

19  **RESPONSE TO PARAGRAPH NO. 389:**

20    Denied.

21  **RESPONSE TO PARAGRAPH NO. 390:**

22    Denied.

23  **RESPONSE TO PARAGRAPH NO. 391:**

24    This paragraph states legal conclusions to which no response is required.  To the extent a

25  response is required, Google denies the allegations in this paragraph.

26  **RESPONSE TO PARAGRAPH NO. 392:**

27    This paragraph states legal conclusions to which no response is required.  To the extent a

28  response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

59

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 393:**

2           This paragraph states legal conclusions to which no response is required.  To the extent a

3    response is required, Google denies the allegations in this paragraph.

4    **RESPONSE TO PARAGRAPH NO. 394:**

5           This paragraph states legal conclusions to which no response is required.  To the extent a

6    response is required, Google denies the allegations in this paragraph.

7    **RESPONSE TO PARAGRAPH NO. 395:**

8           This paragraph states legal conclusions to which no response is required.  To the extent a

9    response is required, Google denies the allegations in this paragraph.

10   **RESPONSE TO PARAGRAPH NO. 396:**

11          This paragraph states legal conclusions to which no response is required.  To the extent a

12   response is required, Google denies the allegations in this paragraph.

13   **RESPONSE TO PARAGRAPH NO. 397:**

14          This paragraph states legal conclusions to which no response is required.  To the extent a

15   response is required, Google denies the allegations in this paragraph.

16   **RESPONSE TO PARAGRAPH NO. 398:**

17          This paragraph states legal conclusions to which no response is required.  To the extent a

18   response is required, Google denies the allegations in this paragraph.

19   **RESPONSE TO PARAGRAPH NO. 399:**

20          This paragraph contains characterizations of Plaintiffs' allegations to which no response is

21   required.

22   **RESPONSE TO PARAGRAPH NO. 400:**

23          This paragraph states legal conclusions to which no response is required.

24   **RESPONSE TO PARAGRAPH NO. 401:**

25          This paragraph states legal conclusions to which no response is required.  To the extent a

26   response is required, Google denies the allegations in this paragraph.

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

60

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1    **RESPONSE TO PARAGRAPH NO. 402:**

2         The first sentence of this paragraph states legal conclusions to which no response is

3    required.  To the extent a response is required, Google denies the allegations in this paragraph.

4    Google denies the remaining allegations in this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 403:**

6         The first sentence of this paragraph states legal conclusions to which no response is

7    required.  To the extent a response is required, Google denies the allegations in this paragraph.

8    Google denies the remaining allegations in this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 404:**

10        Denied.

11   **RESPONSE TO PARAGRAPH NO. 405:**

12        This paragraph states legal conclusions to which no response is required.  To the extent a

13   response is required, Google denies the allegations in this paragraph.

14   **RESPONSE TO PARAGRAPH NO. 406:**

15        This paragraph states legal conclusions to which no response is required.  To the extent a

16   response is required, Google denies the allegations in this paragraph.

17   **RESPONSE TO PARAGRAPH NO. 407:**

18        This paragraph states legal conclusions to which no response is required.  To the extent a

19   response is required, Google denies the allegations in this paragraph.

20   **RESPONSE TO PARAGRAPH NO. 408:**

21        This paragraph states legal conclusions to which no response is required.  To the extent a

22   response is required, Google denies the allegations in this paragraph.

23   **RESPONSE TO PARAGRAPH NO. 409:**

24        This paragraph states legal conclusions to which no response is required.  To the extent a

25   response is required, Google denies the allegations in this paragraph.

26   **RESPONSE TO PARAGRAPH NO. 410:**

27        This paragraph contains characterizations of Plaintiffs' allegations to which no response is

28   required.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

61

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 411:**

2        This paragraph states legal conclusions to which no response is required.  To the extent a

3    response is required, Google denies the allegations in this paragraph.

4    **RESPONSE TO PARAGRAPH NO. 412:**

5        Google denies the first sentence of this paragraph.  This second sentence of this paragraph

6    makes a generalization about a topic that is highly dependent on unique facts and circumstances,

7    and therefore Google cannot reasonably respond.  Google lacks the details and information

8    necessary to form a belief about the truth of the generalized allegations and characterizations in the

9    second sentence of this paragraph, and on that basis denies them.

10   **RESPONSE TO PARAGRAPH NO. 413:**

11       Denied.

12   **RESPONSE TO PARAGRAPH NO. 414:**

13       This paragraph states legal conclusions to which no response is required.  To the extent a

14   response is required, Google denies the allegations in this paragraph.

15   **RESPONSE TO PARAGRAPH NO. 415:**

16       This paragraph states legal conclusions to which no response is required.  To the extent a

17   response is required, Google denies the allegations in this paragraph.

18   **RESPONSE TO PARAGRAPH NO. 416:**

19       This paragraph states legal conclusions to which no response is required.  To the extent a

20   response is required, Google denies the allegations in this paragraph.

21   **RESPONSE TO PARAGRAPH NO. 417:**

22       This paragraph contains characterizations of Plaintiffs' allegations to which no response is

23   required.

24   **RESPONSE TO PARAGRAPH NO. 418:**

25       This paragraph states legal conclusions to which no response is required.  To the extent a

26   response is required, Google denies the allegations in this paragraph.

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

62

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 419:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 420:**

The first two sentences of this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in these sentences. The remainder of this paragraph purports to characterize and quote in part certain documents, which speak for themselves.  Google refers to the documents themselves for their full content.

**RESPONSE TO PARAGRAPH NO. 421:**

This paragraph purports to characterize and quote in part a document, which speaks for itself.  Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 422:**

This paragraph purports to characterize and quote in part a document, which speaks for itself.  Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 423:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 424:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 425:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 426:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

63

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 427:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 428:**

Google admits that it is headquartered in California.  The remaining allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Google denies the remaining allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 429:**

This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 430:**

This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 431:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 432:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 433:**

Denied.

**RESPONSE TO PARAGRAPH NO. 434:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 435:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

64

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 436:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 437:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 438:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 439:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 440:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 441:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 442:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 443:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 444:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

65

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1  **RESPONSE TO PARAGRAPH NO. 445:**

2          This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

3  the statute itself for its full content.

4  **RESPONSE TO PARAGRAPH NO. 446:**

5          This paragraph states legal conclusions to which no response is required.  To the extent a

6  response is required, Google denies the allegations in this paragraph.

7  **RESPONSE TO PARAGRAPH NO. 447:**

8          This paragraph states legal conclusions to which no response is required.  To the extent a

9  response is required, Google denies the allegations in this paragraph.

10  **RESPONSE TO PARAGRAPH NO. 448:**

11          This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

12  the statute itself for its full content.

13  **RESPONSE TO PARAGRAPH NO. 449:**

14          This paragraph purports to characterize certain documents, which speak for themselves.

15  Google refers to the documents themselves for their full content.

16  **RESPONSE TO PARAGRAPH NO. 450:**

17          This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

18  the statute itself for its full content.

19  **RESPONSE TO PARAGRAPH NO. 451:**

20          This paragraph states legal conclusions to which no response is required.  To the extent a

21  response is required, Google denies the allegations in this paragraph.

22  **RESPONSE TO PARAGRAPH NO. 452:**

23          This paragraph states legal conclusions to which no response is required.  To the extent a

24  response is required, Google denies the allegations in this paragraph.

25  **RESPONSE TO PARAGRAPH NO. 453:**

26          This paragraph states legal conclusions to which no response is required.  To the extent a

27  response is required, Google denies the allegations in this paragraph.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

66

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 454:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 455:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 456:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 457:**

The first two sentences of this paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content. The remainder of this paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 458:**

The first two sentences of this paragraph purport to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content. The remainder of this paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

67

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 459:**

The first sentence of this paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content. The remainder of this paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 460:**

This paragraph purports to characterize and quote in part certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 461:**

This paragraph purports to characterize and quote in part certain documents, which speak for themselves. Google refers to the documents themselves for their full content. Google denies the remaining allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 462:**

This paragraph purports to characterize and quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 463:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 464:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 465:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 466:**

Google lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

68

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 467:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 468:**

This paragraph purports to characterize and quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 469:**

This paragraph purports to characterize and quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 470:**

The first two sentences of this paragraph state legal conclusions to which no response is required. The remainder of this paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of these generalized allegations and characterizations, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 471:**

Denied.

**RESPONSE TO PARAGRAPH NO. 472:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 473:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

69

**GOOGLE'S ANSWER TO PLAINTIFFS'**
**CONSOLIDATED CLASS ACTION COMPLAINT**
**CASE NO. 4:21-CV-02155-YGR (VKD)**

1    therefore Google cannot reasonably respond.  Google lacks the details and information necessary

2    to form a belief about the truth of the generalized allegations and characterizations in this paragraph,

3    and on that basis denies them.

4    **RESPONSE TO PARAGRAPH NO. 474:**

5        This paragraph states legal conclusions to which no response is required.  To the extent a

6    response is required, Google denies the allegations in this paragraph.

7    **RESPONSE TO PARAGRAPH NO. 475:**

8        This paragraph purports to characterize and quote in part a statute, which speaks for itself.

9    Google refers to the statute itself for its full content.

10   **RESPONSE TO PARAGRAPH NO. 476:**

11       This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

12   the statute itself for its full content.

13   **RESPONSE TO PARAGRAPH NO. 477:**

14       This paragraph states legal conclusions to which no response is required.  To the extent a

15   response is required, Google denies the allegations in this paragraph.

16   **RESPONSE TO PARAGRAPH NO. 478:**

17       This paragraph purports to characterize a statute, which speaks for itself.  Google refers to

18   the statute itself for its full content.

19   **RESPONSE TO PARAGRAPH NO. 479:**

20       This paragraph states legal conclusions to which no response is required.  To the extent a

21   response is required, Google denies the allegations in this paragraph.

22   **RESPONSE TO PARAGRAPH NO. 480:**

23       This paragraph states legal conclusions to which no response is required.  To the extent a

24   response is required, Google denies the allegations in this paragraph.

25   **RESPONSE TO PARAGRAPH NO. 481:**

26       This paragraph states legal conclusions to which no response is required.  To the extent a

27   response is required, Google denies the allegations in this paragraph.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

70

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1  **RESPONSE TO PARAGRAPH NO. 482:**

2      This paragraph contains characterizations of Plaintiffs' allegations to which no response is

3  required.

4  **RESPONSE TO PARAGRAPH NO. 483:**

5      This paragraph contains characterizations of Plaintiffs' allegations to which no response is

6  required.

7  **RESPONSE TO PARAGRAPH NO. 484:**

8      This paragraph contains characterizations of Plaintiffs' allegations to which no response is

9  required.

10  **RESPONSE TO PARAGRAPH NO. 485:**

11      This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

12  the statute itself for its full content.

13  **RESPONSE TO PARAGRAPH NO. 486:**

14      This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

15  the statute itself for its full content.

16  **RESPONSE TO PARAGRAPH NO. 487:**

17      This paragraph states legal conclusions to which no response is required.

18  **RESPONSE TO PARAGRAPH NO. 488:**

19      This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

20  the statute itself for its full content.

21  **RESPONSE TO PARAGRAPH NO. 489:**

22      This paragraph states legal conclusions to which no response is required.  To the extent a

23  response is required, Google denies the allegations in this paragraph.  This paragraph also makes

24  generalizations about topics that are highly dependent on unique facts and circumstances, and

25  therefore Google cannot reasonably respond.  Google lacks the details and information necessary

26  to form a belief about the truth of the generalized allegations and characterizations in this paragraph,

27  and on that basis denies them.

28

Cooley LLP
Attorneys at Law
San Francisco

71

**Google's Answer to Plaintiffs'
Consolidated Class Action Complaint
Case No. 4:21-cv-02155-YGR (VKD)**

**RESPONSE TO PARAGRAPH NO. 490:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 491:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph. This paragraph also makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond. Google lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 492:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 493:**

This paragraph purports to quote in part a statute, which speaks for itself. Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 494:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 495:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute itself for its full content.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 496:**

This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to the statute itself for its full content.

**RESPONSE TO PARAGRAPH NO. 497:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 498:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 499:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 500:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 501:**

This paragraph makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Google cannot reasonably respond.  Google thus lacks the details and information necessary to form a belief about the truth of the generalized allegations in this paragraph, and on that basis denies the allegations and characterizations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 502:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 503:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

73

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **RESPONSE TO PARAGRAPH NO. 504:**

2         This paragraph contains characterizations of Plaintiffs' allegations to which no response is

3    required.

4    **RESPONSE TO PARAGRAPH NO. 505:**

5         This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

6    the statute itself for its full content.

7    **RESPONSE TO PARAGRAPH NO. 506:**

8         This paragraph purports to quote in part a statute, which speaks for itself.  Google refers to

9    the statute itself for its full content.

10   **RESPONSE TO PARAGRAPH NO. 507:**

11        This paragraph states legal conclusions to which no response is required.  To the extent a

12   response is required, Google denies the allegations in this paragraph.  This paragraph also makes

13   generalizations about topics that are highly dependent on unique facts and circumstances, and

14   therefore Google cannot reasonably respond.  Google lacks the details and information necessary

15   to form a belief about the truth of the generalized allegations and characterizations in this paragraph,

16   and on that basis denies them.

17   **RESPONSE TO PARAGRAPH NO. 508:**

18        This paragraph purports to quote in part a statute and a document, which speak for

19   themselves.  Google refers to the statute and the document themselves for their full content.

20   **RESPONSE TO PARAGRAPH NO. 509:**

21        This paragraph purports to quote in part a statute and a document, which speak for

22   themselves.  Google refers to the statute and the document themselves for their full content.

23   **RESPONSE TO PARAGRAPH NO. 510:**

24        This paragraph states legal conclusions to which no response is required.  To the extent a

25   response is required, Google denies the allegations in this paragraph.

26   **RESPONSE TO PARAGRAPH NO. 511:**

27        This paragraph purports to characterize a document, which speaks for itself.  Google refers

28   to the document itself for its full content.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

74

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 512:**

Google admits that it has entered into a transaction with Facebook relating to RTB. The first sentence of this paragraph refers to unspecified third-party "databases"; Google lacks sufficient information to admit or deny these allegations and on that basis denies them. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 513:**

Google denies the first sentence of this paragraph. The second sentence of this paragraph purports to characterize a document, which speaks for itself. Google refers to the document itself for its full content.

**RESPONSE TO PARAGRAPH NO. 514:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute for its full content. Google denies the remaining allegations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 515:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 516:**

This paragraph purports to characterize a statute, which speaks for itself. Google refers to the statute for its full content. The remainder of this paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 517:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 518:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

75

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

**RESPONSE TO PARAGRAPH NO. 519:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations in this paragraph.

**PRAYER FOR RELIEF**

Google denies that Plaintiffs or the proposed class are entitled to any relief in this action.

**JURY TRIAL DEMAND**

Google admits that Plaintiffs purport to demand a trial by jury of all issues so triable.

**<u>ADDITIONAL DEFENSES</u>**

Without assuming any burden of proof, production, or persuasion not otherwise legally assigned to Google as to any element of Plaintiffs' claims, and without knowingly or intentionally waiving any applicable affirmative defense, Google asserts the following defenses. Google reserves the right to amend or supplement its defenses. In asserting defenses to putative class members' claims, Google in no way concedes any class may properly be certified and reserves its right to oppose certification of any class.

**First Affirmative Defense: Consent**

The Complaint, and each cause of action stated therein, is barred in whole or in part because Plaintiffs consented to Google's receipt and use of the information at issue. When users create a Google Account, they choose whether to consent to certain processing, including ads personalization. Similarly, users who visit Google services without an account have the option to consent to the use of cookies or similar identifiers to personalize advertising. By continuing to use Google services while giving Google permission to serve personalized advertising to them, Plaintiffs have consented to all of Google's alleged practices and their claims are barred.

**Second Affirmative Defense: Statute of Limitations/Laches**

The Consolidated Complaint, and each cause of action stated therein, is barred, in whole or in part, by the applicable statutes of limitations and/or by the equitable doctrine of laches to the extent Plaintiffs became aware of the conduct alleged in their complaint and did not act upon that awareness or exercise sufficient diligence within the required time period.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

76

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### Third Affirmative Defense: Unjust Enrichment

The Consolidated Complaint, and each cause of action stated therein, is barred, in whole or in part, because any recovery by Plaintiffs would constitute unjust enrichment of Plaintiffs.  In particular, the claims in the Consolidated Complaint are barred, in whole or in part, to the extent that Plaintiffs have used and/or benefited from any of Google's services that are enabled by the practices that Plaintiffs challenge.

### Fourth Affirmative Defense: Failure to Mitigate Damages

The Consolidated Complaint, and each cause of action stated therein, is barred, in whole or in part, because Plaintiffs failed to mitigate any damages they claim they suffered, and they are therefore barred from recovering mitigatable damages.

### Fifth Affirmative Defense: Waiver/Estoppel/Limitation of Liability

The Consolidated Complaint, and each cause of action stated therein, is barred, in whole or in part, by the doctrines of waiver and estoppel and because Plaintiffs exculpated Google for the conduct alleged through their contractual agreements with Google, which explicitly limited Google's liability to Plaintiffs.  For example, Google's Terms of Service (which Plaintiffs allege was a binding contract) effective in as of October 25, 2017, provided that "WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES." Substantially similar language appears in Google's Terms of Service for all periods relevant to Plaintiffs' claims.

### Sixth Affirmative Defense: Invasion of Privacy Justified

The Consolidated Complaint's claims under the California Constitution are barred, in whole or in part, because at all relevant times, the invasion of privacy Plaintiffs allege was justified because it substantially furthered one or more countervailing interests, including without limitation free access to Internet services and other products.

### Seventh Affirmative Defense: Necessary Incident to Rendition of Services

The Consolidated Complaint's claims under the Wiretap Act, the Stored Communications

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

77

GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)

1   Act, and the Video Privacy Protection Act are barred, in whole or in part, because at all relevant

2   times, Google's actions were a necessary incident to the rendition of services.

3                    **Eighth Affirmative Defense: Unconstitutional Damages**

4            Plaintiffs and the putative class members seek improper damages in violation of the United

5   States Constitution and other applicable law.  Any award of statutory or punitive damages would

6   constitute an unconstitutional penalty under the circumstances of this case, and would violate due

7   process and equal protection guarantees, and other substantive and procedural safeguards afforded

8   by the First, Fifth, and Fourteenth Amendments to the United States Constitution, and comparable

9   state constitutional provisions.

10

11  Dated: July 15, 2022                      COOLEY LLP
                                              MICHAEL G. RHODES
12                                            WHITTY SOMVICHIAN
                                              JEFFREY M. GUTKIN
13                                            AARTI REDDY
                                              KYLE C. WONG
14                                            ROBBY L.R. SALDAÑA
                                              KELSEY R. SPECTOR
15                                            ANUPAM S. DHILLON

16

17                                            By: */s/ Jeffrey M. Gutkin*
                                                  Jeffrey M. Gutkin
18
                                              Attorneys for Defendant
19                                            GOOGLE LLC

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

78

**GOOGLE'S ANSWER TO PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 4:21-CV-02155-YGR (VKD)**