1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
7  *bc@pritzkerlevine.com*

8  *Interim Class Counsel*

9  [Additional Counsel Appear on Signature Page]

10

11              **IN THE UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
                        **OAKLAND DIVISION**
13
14  *IN RE GOOGLE RTB CONSUMER*     CASE NO. 4:21-CV-02155-YGR-VKD
    *PRIVACY LITIGATION*
15                                  **PLAINTIFFS' ADMINISTRATIVE**
16                                  **MOTION FOR LEAVE TO FILE**
                                    **SUPPLEMENTAL MATERIALS**
17  *This document applies to all actions.*   **CITED IN JOINT LETTER BRIEF**

18                                  **Civil L.R. 7-11**
19                                  Magistrate Judge Virginia K. DeMarchi
20                                  Hearing Date:   None set.
21
22
23
24
25
26
27
28                                          Case No. 4:21-cv-02155-YGR-VKD

Pursuant to Civil Local Rule 7-11, Judge Virginia K. DeMarchi's Standing Order for Civil Cases, and for the reasons set forth herein and in the accompanying Declaration of Elizabeth C. Pritzker ("Pritzker Decl."), plaintiffs respectfully request that the Court permit the filing of supplemental materials cited by the parties in their joint letter brief on the issue of a Rule 502(d) stipulation, filed this same date ("new brief"). The supplemental materials consist of three email chains exchanged between counsel for Google and counsel for plaintiffs regarding a Rule 502(d) stipulation and the Court's ultimate Order on the issue (Dkt. 192). These emails are attached as Exhibits 1 – 3 to the Pritzker Decl. As both parties quote from the emails in the new brief, plaintiffs respectfully submit the emails so as to provide the Court with the opportunity to review the full content and context of the parties' exchanges, should it wish to do so. Plaintiffs have conferred with defendant and Google does not join in the relief sought herein. *See* Pritzker Decl., ¶ 6.   In accordance with Civil L.R. 7-11(a), a proposed order is attached.

DATED:  July 20, 2022                                  Respectfully submitted,

                                                       **PRITZKER LEVINE LLP**

                                                       By:  _/s/ Elizabeth C. Pritzker_____

                                                       Elizabeth C. Pritzker (Cal. Bar No.146267)
                                                       Jonathan K. Levine (Cal. Bar No. 220289)
                                                       Bethany Caracuzzo (Cal. Bar No. 190687)
                                                       1900 Powell Street, Ste. 450
                                                       Oakland, CA 94602
                                                       Tel.: (415) 692-0772
                                                       Fax: (415) 366-6110
                                                       *ecp@pritzkerlevine.com*
                                                       *jkl@pritzkerlevine.com*
                                                       *bc@pritzkerlevine.com*

                                                       *Interim Class Counsel*

**CERTIFICATE OF SERVICE**

I, Elizabeth C. Pritzker, hereby certify that on July 20, 2022, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

_/s/ Elizabeth C. Pritzker_
Elizabeth C. Pritzker

Plfs.' Admin. Motion for Leave to File Supplemental
Materials Cited in Joint Letter Brief