1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
   *jkl@pritzkerlevine.com*
7  *bc@pritzkerlevine.com*

8  *Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | CASE NO. 4:21-CV-02155-YGR<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS CITED IN JOINT LETTER BRIEF**<br><br>**Civil L.R. 7-11** |

Case No. 4:21-cv-02155-YGR-VKD
Pritzker Decl. i.s.o. Plfs.' Admin. Motion for Leave to File
Supplemental Materials Cited in Joint Letter Brief

I, Elizabeth C. Pritzker, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court and a partner of Pritzker Levine LLP, one of law firms representing plaintiffs in this matter. On August 3, 2021, I was appointed to serve as Interim Class Counsel for plaintiffs. Dkt. 77.

2. I submit this declaration in support of plaintiffs' administrative motion under for leave to submit supplemental materials cited by both parties in the parties' joint letter brief on Rule 502(d), filed this same date ("new brief"). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email string exchanged between counsel for the parties between January 28, 2022 and February 17, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email string between counsel containing emails exchanged between February 22, 2022 and March 11, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email string between counsel exchanged between March 16, 2022 to June 28, 2022.

6. Plaintiffs requested that Google agree to submit the parties' full communications as exhibits to the new brief. On July 19, 2022, Google's counsel responded that it would not agree to submit them but that Plaintiffs could separately seek leave to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Big Sky, Montana.

DATED: July 20, 2022                    By:  /s/ Elizabeth C. Pritzker
                                             Elizabeth C. Pritzker

Case No. 4:21-cv-02155-YGR-VKD
Pritzker Decl. i.s.o. Plfs.' Admin. Motion for Leave to File Supplemental Materials Cited in Joint Letter Brief