# EXHIBIT 1

| | |
|---|---|
| **From:** | Gutkin, Jeff |
| **To:** | Elizabeth Pritzker |
| **Cc:** | Bethany Caracuzzo; Reddy, Aarti; Anne Davis; Scott, Colin S.; Saldaña, Robby L.R.; Jay Barnes; Lesley Weaver; Wong, Kyle; Julie Law; An Truong; Spector, Kelsey R; Brian Danitz; Caroline Corbitt; David Straite; ejohnson@simmonsfirm.com; Erin Gee; Francis Bottini; James Ulwick; Jonathan Levine; Karin Swope; Nanci Nishimura; Yury A. Kolesnikov |
| **Subject:** | RE: In re Google RTB Consumer Privacy Litigation: Please See Attached Correspondence |
| **Date:** | Thursday, February 17, 2022 11:25:13 AM |
| **Attachments:** | Plaintiffs" Revisions to Google"s Draft RTB 502(d) Order.docx |

Elizabeth and team –

As we have another custodial production date coming up next Friday, 2/25, we need to revisit our unfinished 502(d) stipulation. In addition to continuing with our agreement to treat productions as subject to the undisputed terms of the prior exchanged draft, as we agreed below, we also need to determine now if we can reach agreement or if we just have to get this before Judge DeMarchi to resolve.

Per the attached version of our draft agreement and my last email on this, there are two substantive disputed issues:

- Last paragraph of Section 2: whether some threshold of inadvertently produced privileged documents triggers 502(b). Plaintiffs want that; Google will not agree.

- Edits to Sections 3(B)(i (last sentence) and ii (Plaintiffs' addition): whether documents clawed back for privilege can be used to resolve disputes over whether the claw back was proper. Plaintiffs want that; Google will not agree.

Assuming Plaintiffs will not change their position, we would like to schedule a lead counsel meet and confer for next week to move forward with the briefing process. Can you please let us know your availability for that next Thursday?
Thank you.

**From:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Sent:** Friday, January 28, 2022 4:37 PM
**To:** Gutkin, Jeff <jgutkin@cooley.com>
**Cc:** Bethany Caracuzzo <bc@pritzkerlevine.com>; Reddy, Aarti <areddy@cooley.com>; Anne Davis <adavis@bfalaw.com>; Scott, Colin S. <cscott@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Wong, Kyle <kwong@cooley.com>; Julie Law <jlaw@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Spector, Kelsey R <kspector@cooley.com>; Brian Danitz <BDanitz@cpmlegal.com>; Caroline Corbitt <ccc@pritzkerlevine.com>; David Straite <dstraite@dicellolevitt.com>; ejohnson@simmonsfirm.com; Erin Gee <egee@simmonsfirm.com>; Francis Bottini <fbottini@bottinilaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Karin Swope <KSwope@cpmlegal.com>; Nanci Nishimura <NNishimura@cpmlegal.com>; Yury A. Kolesnikov <ykolesnikov@bottinilaw.com>
**Subject:** RE: In re Google RTB Consumer Privacy Litigation: Please See Attached Correspondence

[External]

Hi Jeff,

Thanks for bringing the Rule 502(d) issue back to the forefront.  To be honest, I've lost track of the negotiations on this since we last sent it over to you, back in July 2021.  I can't tell from what you transmitted whose redlines and interlineations are whose. Which provisions are still at issue?

Pending resolution the Rule 502(2) stipulation, we are fine having the undisputed terms of the draft 502(d) agreement apply to any productions being made today.

Also, we're fine to exchange the position statements in the draft discovery briefing at 7 pm, as you suggested in your earlier email today.

Elizabeth

Elizabeth C. Pritzker
PRITZKER LEVINE LLP
Direct:   (415) 805-8532
Mobile: (510) 290-3722

**From:** Gutkin, Jeff <jgutkin@cooley.com>
**Sent:** Friday, January 28, 2022 3:17 PM
**To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Cc:** Bethany Caracuzzo <bc@pritzkerlevine.com>; Reddy, Aarti <areddy@cooley.com>; Anne Davis <adavis@bfalaw.com>; Scott, Colin S. <cscott@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Wong, Kyle <kwong@cooley.com>; Julie Law <jlaw@bfalaw.com>; Amy Keller <akeller@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>; Spector, Kelsey R <kspector@cooley.com>; Brian Danitz <BDanitz@cpmlegal.com>; Caroline Corbitt <ccc@pritzkerlevine.com>; David Straite <dstraite@dicellolevitt.com>; ejohnson@simmonsfirm.com; Erin Gee <egee@simmonsfirm.com>; Francis Bottini <fbottini@bottinilaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Karin Swope <KSwope@cpmlegal.com>; Nanci Nishimura <NNishimura@cpmlegal.com>; Noorjahan Rahman <NRahman@cpmlegal.com>; Yury A. Kolesnikov <ykolesnikov@bottinilaw.com>
**Subject:** RE: In re Google RTB Consumer Privacy Litigation: Please See Attached Correspondence

Elizabeth and team –

We have not heard back from you on the 502(d) agreement we raised on Tuesday, and which is referenced in your email below.  Per my prior email, I am reiterating that we are producing documents today pursuant to the undisputed terms of the draft 502(d) agreement the parties had previously been exchanging.  If the parties cannot agree on the remaining two disputed terms, we can take those to the Court to resolve.

Thanks.