# EXHIBIT 3

| | |
|---|---|
| **From:** | Reddy, Aarti |
| **To:** | Elizabeth Pritzker |
| **Cc:** | Gutkin, Jeff; Saldaña, Robby L.R.; Dhillon, Anu S.; Bethany Caracuzzo; Jonathan Levine; Lesley Weaver; Anne K. Davis (adavis@bfalaw.com); David Straite (dstraite@dicellolevitt.com); An Truong |
| **Subject:** | Re: 502(d) briefing schedule |
| **Date:** | Tuesday, June 28, 2022 7:53:41 PM |

Elizabeth,

11:00 am works for us. I will circulate a dial-in tomorrow. We should be done well before noon.

Thanks,
Aarti

> On Jun 28, 2022, at 2:51 PM, Elizabeth Pritzker <ecp@pritzkerlevine.com> wrote:
>
> **[External]**
>
> Dear counsel –
>
> I can be available starting at about 11:00, but have a hard stop at 12:00 pacific. Do we require others on the call?
>
> Best,
>
> Elizabeth
>
> Elizabeth C. Pritzker
> **PRITZKER LEVINE LLP**
> (415) 805-8532 - Direct
> (510) 290-3722 - Mobile
> ecp@pritzkerlevine.com
>
> **From:** Reddy, Aarti <areddy@cooley.com>
> **Sent:** Monday, June 27, 2022 4:59 PM
> **To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
> **Cc:** Gutkin, Jeff <jgutkin@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
> **Subject:** RE: 502(d) briefing schedule

Thanks, Elizabeth.  How about this Thursday between 11-1?

Thanks,
Aarti

---

**From:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Sent:** Friday, June 24, 2022 1:00 PM
**To:** Reddy, Aarti <areddy@cooley.com>
**Cc:** Gutkin, Jeff <jgutkin@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** Re: 502(d) briefing schedule

**[External]**

Aarti -

I'm always available to meet and confer on any matter - if you wish, propose some dates and times for late next week for a conference.

Elizabeth

Elizabeth C. Pritzker
Sent from my iPhone
Please excuse typos!

> On Jun 24, 2022, at 12:02 PM, Reddy, Aarti <areddy@cooley.com> wrote:
>
> Elizabeth,
>
> 1. Is it Plaintiffs' position that the prior terms of the parties' agreed 502(d) stipulation no longer apply?
> 2. Are Plaintiffs refusing to meet and confer on this issue?
>
> Please provide a yes or no response to the questions above, so we can determine how best to proceed.
>
> Lastly, as I've noted before, my name is spelled Aarti.  Please be respectful and spell it correctly in future correspondence.
>
> Thank you,

Aarti Reddy
Litigation Partner
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
+1 415 693 2103 office
+1 415 693 2222 fax
+1 248 765 4415 mobile
areddy@cooley.com

www.cooley.com/litigation

---

**From:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Sent:** Friday, June 24, 2022 10:48 AM
**To:** Reddy, Aarti <areddy@cooley.com>; Gutkin, Jeff <jgutkin@cooley.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** RE: 502(d) briefing schedule

[External]

Aarthi and team,

These tiresome emails and unsupported allegations about what plaintiffs are "revoking" are unproductive, and need to stop.  As I wrote to Jeff three weeks ago, there isn't anything for the parties to file, in light of Judge DeMarchi's conclusion that no further submission is required.  *See* Dkt. No. 192, at p. 7  ("If the parties wish the Court to enter an order pursuant to Rule 502(d), they may submit a proposed stipulation that complies with the directions in this order. Otherwise, in the absence of a 502(d) order, the other provisions of Rule 502 will apply.").  Under this order, "the other provisions of Rule 502" currently and will continue to apply.

Regards,

Elizabeth

Elizabeth C. Pritzker
**PRITZKER LEVINE LLP**
(415) 805-8532 - Direct
(510) 290-3722 - Mobile
ecp@pritzkerlevine.com

---

**From:** Reddy, Aarti <areddy@cooley.com>
**Sent:** Friday, June 24, 2022 10:18 AM
**To:** Gutkin, Jeff <jgutkin@cooley.com>; Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite <dstraite@dicellolevitt.com> <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** RE: 502(d) briefing schedule

Hi Elizabeth,
We're following up once again regarding the 502(d) stipulation, after previously sending an email on June 8th and June 17th to which we did not receive a response.  Given Judge DeMarchi's order rejecting plaintiffs' argument that parties be able to review and discuss the content of privileged documents in briefing a clawback dispute, we are concerned that plaintiffs are now seeking to avoid entering into any 502(d) stipulation in this litigation.  This is flatly contrary to our prior agreement in this case.
Both Google and Plaintiffs have produced documents in this litigation "subject to, and without waiving, . . . the agreed upon terms of the 502(d) stipulation the parties have been exchanging."  (*See, e.g.*, Email from B. Caracuzzo, 2/25/22 at 4:14pm PST).  Google relied on plaintiffs' assurances before producing any documents in this litigation.  <u>Please confirm whether or not plaintiffs are revoking their agreement to produce documents in this litigation subject to the other provisions of the 502(d) stipulation.</u>
As to the disputed provision where no agreement was reached, Judge DeMarchi rejected plaintiffs' proposal outright (Dkt. No. 192 at 5 ("The

approach plaintiffs advocate seems inconsistent with the goals of Rule 502(d) and with the text and operation of Rule 26(b)(5)")). Google therefore assumes that plaintiffs understand they cannot use clawed back documents in the manner plaintiffs proposed, regardless of whether a 502(d) stipulation has been entered.

Against this backdrop, it is unclear why plaintiffs have refused to engage in any further discussions on a 502(d) stipulation. Elizabeth Pritzker's June 8 email cites the last sentence in Judge DeMarchi's order, that the parties *may* file a 502(d) stipulation consistent with her instructions, for the proposition that plaintiffs can now ignore the 502(d) stipulation the Parties previously agreed on. However, Judge DeMarchi certainly never indicated that Plaintiffs could use this ruling **for Google** as a basis to void Plaintiffs' prior agreement to the undisputed terms, upon which Google has been relying in making its productions. If plaintiffs continue to refuse to negotiate a 502(d) stipulation, Google will have no choice but to seek intervention from Judge DeMarchi, explaining that the parties had been producing documents based on an agreement as to all other 502(d) provisions, plaintiffs' position regarding the disputed provision was rejected, and that plaintiffs are now seeking to revoke their prior agreement to rely on the other terms of the draft stipulation.

We request an immediate meet and confer to understand your final position and either (1) formalize our 502(d) agreement for filing, or (2) work out a briefing schedule to bring this dispute before Judge DeMarchi. Please provide times early next week when you are available for a call.

Thank you,

Aarti

---

**From:** Gutkin, Jeff <jgutkin@cooley.com>
**Sent:** Friday, June 17, 2022 2:06 PM
**To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** RE: 502(d) briefing schedule

Elizabeth – I believe you never responded on this. Can you please provide us with your position or clarify so we can determine our next steps?

---

**From:** Gutkin, Jeff
**Sent:** Wednesday, June 8, 2022 9:48 AM
**To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S.

<ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** RE: 502(d) briefing schedule

Thanks, Elizabeth and welcome back.

We are proposing to use this as our 502(d) stipulation, which I was picturing we would sign and file, as I think everything in here is now either agreed or resolved by the Court's order on our dispute.  Are you suggesting we just agree to operate under this stipulation, but not file it with the Court, or something else?

Let us know.

---

**From:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Sent:** Wednesday, June 8, 2022 9:42 AM
**To:** Gutkin, Jeff <jgutkin@cooley.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne K. Davis (adavis@bfalaw.com) <adavis@bfalaw.com>; David Straite (dstraite@dicellolevitt.com) <dstraite@dicellolevitt.com>; An Truong <atruong@simmonsfirm.com>
**Subject:** RE: 502(d) briefing schedule

**[External]**

---

Hi Jeff,

Thanks.  I have your email on this, but I don't see that there is anything for the parties to file at this time, in light of Judge DeMarchi's conclusion that no further submission is required.  *See* Dkt. No. 192, at p. 7  ("If the parties wish the Court to enter an order pursuant to Rule 502(d), they may submit a proposed stipulation that complies with the directions in this order. Otherwise, in the absence of a 502(d) order, the other provisions of Rule 502 will apply.")

Best,

Elizabeth

Elizabeth C. Pritzker
PRITZKER LEVINE LLP
Direct: (415) 805-8532

---

**From:** Gutkin, Jeff <jgutkin@cooley.com>
**Sent:** Tuesday, June 7, 2022 9:32 AM
**To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>
**Subject:** RE: 502(d) briefing schedule

Good morning Elizabeth and Bethany. Hope you're both doing well and that Elizabeth had a restful vacation.

I'm following up on the 502(d) stipulation, which we never formally entered after Judge DeMarchi's order, but should get in place now. Attached is a revised version that tracks her order and a redline against Google's proposed version. Can you please let us know if this looks good to you? We'd like to get this on file soon.

Thanks.

---

**From:** Elizabeth Pritzker <ecp@pritzkerlevine.com>
**Sent:** Thursday, March 17, 2022 8:16 AM
**To:** Gutkin, Jeff <jgutkin@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>
**Subject:** RE: 502(d) briefing schedule

**[External]**

---

Jeff –

As we discussed on our call on Tuesday, I am out of town and traveling for a hearing in South Carolina starting on 3/23 and through 3/25. That said, I will work to get my piece of this done ahead of 3/23 so that we can meet the schedule you propose. In other words, we will make this schedule work.

Best,

Elizabeth

Elizabeth C. Pritzker
**PRITZKER LEVINE LLP**
(415) 805-8532 - Direct
(510) 290-3722 - Mobile
ecp@pritzkerlevine.com

---

**From:** Gutkin, Jeff <jgutkin@cooley.com>
**Sent:** Wednesday, March 16, 2022 6:06 PM
**To:** Elizabeth Pritzker <ecp@pritzkerlevine.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>
**Cc:** Saldaña, Robby L.R. <rsaldana@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>
**Subject:** 502(d) briefing schedule

Elizabeth and Bethany – thanks for the call yesterday.  We can accommodate your request to file this brief on Tuesday, March 29, after Elizabeth gets back into town.  We propose the following schedule:

- First Exchange: Wednesday (3/23) at 5pm
- Second Exchange: Monday (3/28) at 2PM
- Final Pens Down Exchange: Tuesday (3/29) at 5pm

Let us know.  Thanks.

**Jeff Gutkin**

Litigation Partner

Cooley LLP • 3 Embarcadero Center • 20th Floor

San Francisco, CA  94111-4004

Direct: (415) 693-2026 • Fax: (415) 693-2222

Email: jgutkin@cooley.com • www.cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the

original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.