1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*, <br><br> This document applies to: *all actions*. | CASE NO.  4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIALS CITED IN JOINT LETTER BRIEF** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to File Supplementary Materials Cited in the Parties' Joint Letter Brief (Dkt. ___), defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS plaintiffs' motion. Exhibits 1, 2 and 3 to the Declaration of Elizabeth C. Pritzker filed on July 20, 2022 (Dkt. ___) are DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. VIRGINIA K. DEMARCHI
                                        UNITED STATES MAGISTRATE JUDGE

1                                                     Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL
MATERIALS CITED IN JOINT LETTER BRIEF