| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>ANUPAM S. DHILLON (SBN 324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA<br>(DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 776 2109<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A PROPOSED 502(D) ORDER** |

      Pursuant to Local Rule 7-11, Defendant Google LLC ("Google") respectfully requests that the Court permit Google to submit the attached proposed Rule 502(d) order (the "Proposed Order") in connection with the Parties' joint letter brief requesting that the Court enter the Proposed Order in this action (Dkt. 259, "Motion"). As explained in the Motion, the Proposed Order reflects only the agreed terms (the black, undisputed text) of the same 502(d) stipulation that the Parties previously filed. (Dkt. 171-1.)

      Although Google included references to attaching the Proposed Order in the draft of the

Motion that it exchanged with Plaintiffs prior to the day of the filing, Plaintiffs first objected to its inclusion after the Parties' agreed final exchange—belatedly claiming that inclusion of this material was inconsistent with the Court's standing order. Plaintiffs are wrong.

As Google explained to Plaintiffs when this dispute arose, this Court's Standing Order specifically authorizes parties to attach a proposed protective order in connection with a joint discovery letter. It states that Parties may include "as an attachment to the letter, the specific discovery material at issue" including "e.g., . . . [a] proposed protective order." Standing Order at 4(c)(iv). Plaintiffs' position is also contrary to the Parties' prior practice, in which both Google and Plaintiffs have submitted proposed protective orders in support of joint letter briefs. (*See* Dkts. 177-1–3.) Nonetheless, Plaintiffs withheld their consent to the filing of the Motion until Google agreed not to attach or reference the Proposed Order.

For these reasons, Google respectfully requests that the Court consider its Proposed Order in connection with the Motion. (*See* Dkt. 259.)

Dated: July 21, 2022

COOLEY LLP
MICHAEL G. RHODES
WHITTY SOMVICHIAN
JEFFREY M. GUTKIN
AARTI REDDY
KYLE C. WONG
ROBBY L.R. SALDAÑA
KELSEY R. SPECTOR
ANUPAM S. DHILLON

By: */s/ Jeffrey M. Gutkin*
    Jeffrey M. Gutkin

Attorneys for Defendant
GOOGLE LLC