COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY SALDAÑA (*pro hac vice*)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue NW
Suite 700
Washington, District of Columbia  20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,,<br><br>This Document Relates to: *all actions*, | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A PROPOSED 502(D) ORDER** |

I, Jeffrey M. Gutkin, declare as follows:

1. I am a partner with the law firm of Cooley LLP, and attorney of record for Defendant Google LLC ("Google") in this action. I am admitted to practice before this Court and all California state courts. I submit this declaration in support of Google's Administrative Motion regarding a Proposed 502(d) Order. I have personal knowledge of the facts herein, and I am competent to testify to them.

2. In connection with the filing of the Parties' joint letter brief regarding Google's request for an order under Federal Rule of Evidence 502(d), Google intended to attach a proposed order for the Court's consideration. Plaintiffs took the position that the attachment was not permitted under the Court's standing order and was otherwise improper. I conferred with Plaintiffs regarding this dispute, but Plaintiffs refused to provide their consent to the attachment of the proposed order, necessitating this administrative motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2022 at San Francisco, California.

Dated: July 20, 2022

By: _____
Jeffrey M. Gutkin

GUTKIN DECL. ISO ADMIN. MOTION FOR LEAVE
CASE NO. 4:21-CV-02155-YGR-VKD

1