| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>LAURA M. ELLIOTT (286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 776 2109<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**NOTICE OF APPEARANCE OF LAURA M. ELLIOTT AS COUNSEL FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOA OF LAURA M. ELLIOTT AS COUNSEL
FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant Google LLC ("Defendant") notifies the court and all parties that Laura M. Elliott of the law firm Cooley LLP hereby appears as Defendant's counsel of record in this action. She is admitted to practice in California and before this Court. Her address, telephone number, facsimile number and e-mail address are as follows:

> COOLEY LLP
> Laura M. Elliott
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111-4004
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
> E-mail: lelliott@cooley.com

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: July 29, 2022                         COOLEY LLP

                                             By: */s/ Laura M. Elliott*
                                                 Laura M. Elliott

                                             Attorney for Defendant
                                             GOOGLE LLC

272657395

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOA OF LAURA M. ELLIOTT AS COUNSEL
FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)