| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>LAURA M. ELLIOTT (286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 776 2109<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**NOTICE OF APPEARANCE OF REECE TREVOR AS COUNSEL FOR DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOA OF REECE TREVOR AS COUNSEL
FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant Google LLC ("Defendant") notifies the court and all parties that Reece Trevor of the law firm Cooley LLP hereby appears as Defendant's counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

>COOLEY LLP
>Reece Trevor
>3 Embarcadero Center, 20th Floor
>San Francisco, CA 94111-4004
>Telephone: (415) 693-2000
>Facsimile: (415) 693-2222
>E-mail: rtrevor@cooley.com

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: July 29, 2022                             COOLEY LLP


                                                 By: */s/ Reece Trevor*
                                                     Reece Trevor

                                                 Attorneys for Defendant
                                                 GOOGLE LLC

272657524

2

NOA OF REECE TREVOR AS COUNSEL
FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO