1   Elizabeth C. Pritzker (Cal. Bar No. 146267)
2   Jonathan K. Levine (Cal. Bar No. 220289)
    Bethany Caracuzzo (Cal. Bar No. 190687)
3   **PRITZKER LEVINE LLP**
    1900 Powell Street, Suite 450
4   Emeryville, CA 94608
    Tel.: (415) 692-0772
5   Fax: (415) 366-6110
    *ecp@pritzkerlevine.com*
6   *jkl@pritzkerlevine.com*
    *bc@pritzkerlevine.com*
7

8   *Interim Class Counsel*

9   [Additional Counsel Appear on Signature Page]

10

11              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                      **OAKLAND DIVISION**

13
    In re Google RTB Consumer Privacy          Master File No. 4:21-cv-02155-YGR-VKD
14  Litigation,
                                               **PLAINTIFFS' ADMINISTRATIVE**
15  _____           **MOTION TO CONSIDER WHETHER**
                                               **ANOTHER PARTY'S MATERIALS**
16  This document applies to: *all actions.*   **SHOULD BE SEALED**

17                                             **[Civil L.R. 7-11, 79-5(f)]**

18
                                               Magistrate Judge Virginia K. DeMarchi
19
                                               Hearing Date:    None set.
20

21

22

23

24

25

26

27

28

## I.    INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed the Parties' Joint Letter Brief re Dispute as to RFP Nos. 12-13 and 41-42 (the "Joint Letter Brief") under seal. Plaintiffs redact this information and lodge this document conditionally under seal because Google has designated information contained therein as "Confidential" and instructed Plaintiffs to file this document under seal.

The specific document and information Plaintiffs respectfully request be conditionally redacted or sealed are:

- Portions of the Joint Letter Brief at:

    a. Page 3, portions of ¶ 2;

    b. Page 6, portions of ¶ 1; and

    c. Page 6, portions of fn.5.

## II.    ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a), (c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has instructed Plaintiffs to submit under seal. Plaintiffs do not agree that this information requires sealing.

Plaintiffs seek this relief in good faith because Google has requested it be filed under seal and the information sought to be sealed has been designated as Confidential by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google.

## III.    NOTICE OF LODGING

Plaintiffs will lodge with the Court and serve on counsel for Defendant Google a complete copy of the unredacted and unsealed document in accordance with Civil L.R. 5-1(e).

1  **IV.    CONCLUSION**

2          Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the

3  above-described document should remain under seal and in redacted form pursuant to Google's

4  designations and instructions.

5  DATED:  July 29, 2022                                  Respectfully submitted,

6
                                                          **PRITZKER LEVINE LLP**
7
                                                          By: */s/ Elizabeth C. Pritzker*
8                                                         Elizabeth C. Pritzker (Cal. Bar No.146267)
                                                          Jonathan K. Levine (Cal. Bar No. 220289)
9                                                         Bethany Caracuzzo (Cal. Bar No. 190687)
                                                          1900 Powell Street, Ste. 450
10                                                        Oakland, CA 94602
                                                          Tel.: (415) 692-0772
11                                                        Fax: (415) 366-6110
                                                          *ecp@pritzkerlevine.com*
12                                                        *jkl@pritzkerlevine.com*
                                                          *bc@pritzkerlevine.com*
13
14                                                        *Interim Class Counsel*

15                                                        **BLEICHMAR FONTI & AULD LLP**
16
                                                          By: */s/ Lesley E. Weaver*
17                                                        Lesley Weaver (Cal. Bar No. 191305)
                                                          Anne K. Davis (Cal. Bar No. 267909)
18                                                        Joshua D. Samra (Cal. Bar No. 313050)
                                                          555 12th Street, Suite 1600
19                                                        Oakland, CA 94607
                                                          Tel.: (415) 445-4003
20                                                        Fax: (415) 445-4020
                                                          *lweaver@bfalaw.com*
21                                                        *adavis@bfalaw.com*
                                                          *jsamra@bfalaw.com*
22
23
                                                          **SIMMONS HANLY CONROY LLC**
24
                                                          By: */s/ Jay Barnes*
25                                                        Jason 'Jay' Barnes (admitted *pro hac vice*)
                                                          An Truong (admitted *pro hac vice*)
26                                                        112 Madison Avenue, 7th Floor
                                                          New York, NY 10016
27                                                        Tel.: (212) 784-6400
                                                          Fax: (212) 213-5949
28
                                                 2                    Case No. 4:21-cv-02155-YGR-VKD

*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
Tel.: (212) 784-6400
Fax: (212) 213-5949
New York, NY 10165
Tel: (646) 993-1000
*dstraite@dicellolevitt.com*

**COTCHETT PITRE & MCCARTHY, LLP**
Nancy E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI INC.**
Frances A. Bottini, Jr. (Cal. Bar No. 175783)
Yuri A. Kolesnikov (Cal. Bar. No. 271173)
7817 Ivanhoe Ave., Ste. 102
LA Jolla, CA 92037
Tel.: (848) 914-2001
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Plaintiffs' Executive Committee*

Case No. 4:21-cv-02155-YGR-VKD

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED

1        **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2        I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained

3   from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4        Executed this 29th day of July, 2022, at Oakland, California.

5

6                                                           */s/ Lesley E. Weaver*
                                                           Lesley E. Weaver

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED

1

**CERTIFICATE OF SERVICE**

2       I, Lesley E. Weaver, hereby certify that on July 29, 2022, I electronically filed the foregoing

3   document with the Clerk of the United States District Court for the Northern District of California

4   using the CM/ECF system, which will send electronic notification to all counsel of record. I also

5   caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via

6   electronic mail.

7                                                        */s/ Lesley E. Weaver*
                                                         Lesley E. Weaver
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:21-cv-02155-YGR-VKD

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED