COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE JOINT LETTER BRIEF REGARDING NAMED-PLAINTIFF DATA** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

Pursuant to Local Rule 7-11, Google LLC ("Google") respectfully submits this ***unopposed*** Motion for Administrative Relief seeking a seven-day extension, until August 5, 2022, to file its Motion to Seal portions of the Joint Letter Brief Regarding Named-Plaintiff Data ("Joint Letter Brief") (ECF No. 268). Pursuant to this Court's prior order, *see* ECF No. 159, Google's Motion to Seal is currently due on July 29, 2022. Pursuant to that same order, Google has conferred with Plaintiffs to request their stipulation to this seven-day extension, and Plaintiffs consented to that request. (*See* Declaration of Aarti Reddy at ¶ 5.)

On July 18, 2022, the Parties agreed to a schedule for preparing and submitting the Joint Letter Brief to the Court on July 29, 2022. (*See id*. at ¶ 2.) Based on this schedule, Google's first opportunity to see Plaintiffs' portion of the Joint Letter Brief was on Wednesday, July 27, 2022 at 4:00 p.m., and the Parties exchanged the final versions of their respective submissions on Friday, July 29, 2022 at 6:00 p.m., shortly before filing. (*See id*. at ¶ 3.) Given the short window of time Google had to review Plaintiffs' submission and the fact that Plaintiffs could introduce new confidential material late on the day of filing, Google requested—and Plaintiffs did not oppose—a seven-day extension for Google to prepare materials to seal any confidential information in the Joint Letter Brief.

That stipulated extension has proved necessary, as Plaintiffs have just disclosed an 11-page declaration from Ms. Weaver ("Weaver Declaration") accompanied by 13 exhibits cited extensively in their submission, all of which appear to have been designated as confidential in the related *Calhoun* action. While Google insisted Plaintiffs file the Weaver Declaration and its exhibits separately, and while Google will have until August 5, 2022 to move to seal these materials under Local Rule 79-5, Google must still evaluate whether the statements in Plaintiffs' submission that rely on these materials must also be sealed. Given the volume of materials and the short period of time that Google has to respond to Plaintiffs' substantive arguments in the Joint Letter Brief, Google requires additional time to analyze and move to seal Plaintiffs' references to Google's confidential information. Additionally, as Google intends to move for emergency relief striking the Weaver Declaration and its exhibits as well as portions of Plaintiffs' submission that rely on them, sealing those materials may ultimately be unnecessary. As such, a short continuance of the

Cooley LLP
Attorneys at Law
San Francisco

2

Google LLC's Unopposed
Admin. Motion
Case No. 4:21-cv-02155-YGR (VKD)

deadline for Google to move to seal the Joint Letter Brief would promote efficiency by ensuring Google has adequate time to fully brief the issues for the Court. It also would not interfere with the case schedule, especially because Google's deadline to move to seal the Weaver Declaration and its exhibits is also August 5, 2022.

Accordingly, Google respectfully requests the Court grant its unopposed request for a seven-day extension until August 5, 2022 to move to seal the joint letter brief.

Dated: July 29, 2022                                COOLEY LLP


                                                    By: /s/ Aarti Reddy
                                                        Aarti Reddy

                                                    Attorneys for Defendant
                                                    GOOGLE LLC

272650390

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)