COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**DECLARATION OF AARTI REDDY ISO GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE JOINT LETTER BRIEF REGARDING NAMED-PLAINTIFF DATA** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REDDY DECL. ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

I, Aarti Reddy, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal the Joint Letter Brief Regarding Named-Plaintiff Data. I have personal knowledge of the facts herein and I am competent to testify.

2. On July 18, 2022 the Parties agreed to submit a joint letter brief to the Court regarding the Parties' dispute as to Google's production of the named Plaintiffs' data ("Joint Letter Brief") on July 29, 2022.

3. The Parties further agreed to a preliminary exchange of their respective portions on the afternoon of July 27, 2022 and a final "pens down" exchange in the evening of July 29, 2022.

4. Pursuant to this Court's prior order, Google's deadline to move to seal any confidential material cited by Plaintiffs in the Joint Letter Brief is July 29, 2022. *See* ECF No. 159.

5. Pursuant to that same order, which contemplates that the Parties can agree to extend deadlines to seal joint letter briefs, Google asked Plaintiffs at the final meet and confer on July 21, 2022 to agree to a seven-day extension of time in which Google could prepare a motion to seal any confidential materials Plaintiffs cited in their portion of the Joint Letter Brief. Plaintiffs' counsel agreed to that request but asked that Google make clear that any extension of the sealing deadline should not delay a hearing on the substantive issues.

6. Google's request for an extension to the time to file is not intended to and should not affect the timing of the hearing on the substantive issues included in the Joint Letter Brief. Indeed, Google is asking to extend its deadline only until August 5, 2022, which is the same day it must move to seal the declaration of Ms. Weaver and the 13 accompanying exhibits that Plaintiffs filed separately and upon which Plaintiffs' submission in the Joint Letter Brief depends.

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

REDDY DECL. ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th
2  day of July 2022 in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

272651870

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

REDDY DECL. ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)