COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR (VKD) |
|---|---|
| This Document Relates to: *all actions*, | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE JOINT LETTER BRIEF REGARDING NAMED-PLAINTIFF DATA** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

1    Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend
2    Time to Move to Seal the Joint Letter Brief Regarding Named-Plaintiff Data. Having considered
3    Google's unopposed Administrative Motion and all other matters properly considered by this
4    Court, the Court finds there is good cause to GRANT the Motion.
5    THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is
6    GRANTED. Absent an intervening order obviating the need to seal the confidential information
7    cited by Plaintiffs, Google shall file its Motion to Seal on Friday, August 5, 2022.

Dated: _____

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

272652598

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)