IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF LESLEY E. WEAVER PURSUANT TO DKT. 242 REGARDING DKT. 269 RE DISPUTE AS TO RFP NOS. 12–13 AND 41–42 RE PRODUCTION OF NAMED PLAINTIFF DATA** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date: None set. |

**DOCUMENT SOUGHT TO BE SEALED
REDACTED IN ITS ENTIRETY**