**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO, LEVITT, & GUTZLER, LLP**
David A. Straite (admitted *pro hac vice*)
Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
One Grand Central Place
69 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com
akeller@dicellolevitt.com
aprom@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>**CIVIL L.R. 7-11 and 79-5**<br><br>Judge: Hon. Susan van Keulen<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to File Under Seal the following Documents (or portions thereof) as indicated below.

| | Document | Text Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Response to Google's Statement re Identification of Discovery Disputes for Resolution ("Plaintiffs' Response") | Page 1, lines 24-27<br>Page 2, lines 9-20 |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Weaver Decl. ¶ 4. Portions of the above-listed documents quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Weaver Decl. ¶ 5. Pursuant to Civil Local Rule 79-5(e), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. the Declaration of Lesley Weaver in Support of Plaintiffs' Administrative Motion to Seal;
2. a proposed order that lists in table format the documents sought to be sealed;
3. a redacted version of Plaintiffs' Response; and
4. an unredacted version of Plaintiffs' Response.

Dated: August 16, 2021

**BLEICHMAR FONTI & AULD LLP**
By:   */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
By:   */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

| | |
|---|---|
| 1 | **DICELLO, LEVITT, & GUTZLER, LLP**<br>By:   */s/ David A. Straite* |
| 2 | David A. Straite (admitted *pro hac vice*)<br>Amy Keller (admitted *pro hac vice*) |
| 3 | Adam Prom (admitted *pro hac vice*)<br>One Grand Central Place |
| 4 | 69 East 42nd Street, Suite 2400<br>New York, NY 10165 |
| 5 | Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com |
| 6 | akeller@dicellolevitt.com<br>aprom@dicellolevitt.com |
| 7 | *Counsel for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2021

*Lesley E. Weaver*
Lesley E. Weaver

# CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

/s/ Lesley E. Weaver
Lesley E. Weaver