1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion, the declaration filed by the Designating Party, Google LLC, and good cause appearing, the Court hereby GRANTS the motion and ORDERS the following materials remain filed under seal.

| | Document | Text Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Response to Google's Statement re Identification of Discovery Disputes for Resolution | Page 1, lines 24-27<br>Page 2, lines 9-20 |

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge