1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    WHITTY SOMVICHIAN (SBN 194463)
3   (wsomvichian@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
4   (jgutkin@cooley.com)
    AARTI REDDY (SBN 274889)
5   (areddy@cooley.com)
    LAURA M. ELLIOTT (SBN 286702)
6   (lelliott@cooley.com)
    KELSEY R. SPECTOR (SBN 321488)
7   (kspector@cooley.com)
    REECE TREVOR (SBN 316685)
8   (rtrevor@cooley.com)
    ANUPAM DHILLON (SBN 324746)
9   (adhillon@cooley.com)
    3 Embarcadero Center, 20th Floor
10  San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
11  Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

12  Attorneys for Defendant
    GOOGLE LLC

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

18  *In re Google RTB Consumer Privacy Litigation,*

    Master File No. 4:21-cv-02155-YGR (VKD)

19  

    **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' EXHIBITS TO JOINT LETTER BRIEF (ECF NO. 269)**

20  This Document Relates to:  *all actions*,

21

22

23

24

25

26

27

28

                                    **[PROPOSED] ORDER GRANTING DEF.'S
                                    EMERGENCY MOTION TO STRIKE
                                    CASE NO. 5:21-CV-02155-YGR-VKD**

1    Before the Court is Google LLC's ("Google") Emergency Motion to Strike Exhibits to Joint

2    Letter Brief (the "Motion"). Having considered the Motion and all other matters properly

3    considered by this Court, the Court GRANTS the Motion.

4    THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is

5    GRANTED.  The Clerk of the Court is directed to strike from the docket ECF Nos. 271 and 272,

6    which the Court shall not consider for any purpose.

7

8

9    DATED: August 1, 2022    _____

10                                  THE HONORABLE VIRGINIA K. DEMARCHI
                                    UNITED STATES MAGISTRATE JUDGE

11    272959093

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING DEF.'S
EMERGENCY MOTION TO STRIKE
CASE NO. 5:21-CV-02155-YGR-VKD**