| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br><br>Interim Class Counsel | **COOLEY LLP**<br>Jeffrey M. Gutkin (SBN 216083)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>*jgutkin@cooley.com*<br><br>Counsel for Defendant GOOGLE LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' STIPULATED REQUEST TO RESCHEDULE DISCOVERY HEARING RE: JOINT [269] LETTER BRIEF (Dkt. No. 273)**<br><br>Scheduled Date:  August 16, 2022 at 10:00 am<br>Before:  Magistrate Virginia K. DeMarchi<br>Courtroom:  Courtroom 2 – 5th Floor<br>San Jose Courthouse |

Plaintiffs hereby submit this stipulated request that the court reschedule the Discovery Hearing Re Joint [269] Letter Brief, which was set for hearing by the court for Tuesday, August 16, 2022. (Dkt No. 273). Defendant Google LLC ("Google") stipulates to Plaintiffs' request, as detailed below.

Plaintiffs intend for Lesley Weaver to present argument at that hearing; however, Ms. Weaver is unavailable on August 16 (and August 15), due to a long-scheduled, noncancellable personal event in Michigan.

Plaintiffs and Google have conferred, and Plaintiffs propose two alternative dates for this hearing, if convenient to the court: August 23, 2022 or August 30, 2022. Given the case schedule and the fast approaching class certification deadline, Plaintiffs prefer the August 23 date. Google's

1  counsel has advised that, because one if its attorneys who planned to attend the hearing is not
2  available on that date, Google prefers that the matter be reset to August 30.  All plaintiffs' counsel
3  intending to argue at the hearing are available on either date.
4       Plaintiffs respectfully request that the court reset this matter to either August 23 or August
5  30, 2022, if either of those dates is available, or to such other date as may be convenient to the
6  court's calendar.
7  **SO STIPULATED.**
8  Dated:  August 4, 2022
9   Respectfully submitted,
10
11 **PRITZKER LEVINE LLP**                    **COOLEY LLP**

12 By: */s/ Elizabeth C. Pritzker*            By: */s/ Jeffrey M. Gutkin*
   Elizabeth C. Pritzker (SBN 146267)         Michael G. Rhodes (SBN 116127)
   Jonathan K. Levine (SBN 220289)            Whitty Somvichian (SBN 194463)
13 Bethany Caracuzzo (SBN 190687)             Jeffrey M. Gutkin (SBN 216083)
   1900 Powell Street, Suite 450              Aarti G. Reddy (SBN 274889)
14 Emeryville, CA 94608                       Laura Elliott (SBN 286702)
   Tel.: (415) 692-0772                       Reece Trevor (SBN 316685)
15 Fax: (415) 366-6110                        Kelsey R. Spector (SBN 321488)
   ecp@pritzkerlevine.com                     3 Embarcadero Center
16 jkl@pritzkerlevine.com                     20th Floor
   bc@pritzkerlevine.com                      San Francisco, CA 94111-4004
17                                            Tel: (415) 693-2000
   Interim Class Counsel                      Fax: (415) 693-2222
18                                            *rhodesmg@cooley.com*
                                              *jgutkin@cooley.com*
19                                            *areddy@cooley.com*
                                              *kspector@cooley.com*
20
                                              Counsel for Defendant GOOGLE LLC
21
22
23
24
25
26
27
28

**FILER ATTESTATION**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on August 4, 2022 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Caroline C. Corbitt*
Caroline C. Corbitt