UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-LHK   (SVK)<br><br>**ORDER REGARDING AUGUST 13 AND AUGUST 16, 2021 DISCOVERY SUBMISSIONS**<br><br>Re: Dkt. Nos. 270, 271, 274, 275 |

The Court is in receipt of the Parties' supplemental submissions at Dkt. Nos. 270, 271 and Dkt. No. 274. Dkt. 274 is **STRICKEN** and will not be considered by the Court. If a party believes the Court would benefit from supplemental briefing outside of the carefully limited briefing the Court allows in this matter, the proper course is to seek leave of Court. As to Dkt Nos. 270, 271, the Court **ORDERS** as follows:

1. In re Dispute 1.1 regarding Preservation Plan:  The Court adopts in part Plaintiffs' proposed schedule.  The Parties are to conclude negotiations sufficiently in advance of August 27, 2021 to allow for a joint submission **by noon on August 27, 2021** not to exceed 5 pages which includes both sides' proposed preservation plans previously exchanged in their robust meet and confer efforts.

2. In re Dispute 1.4 (mis-identified as dispute 1.3) regarding Regulator Documents: Plaintiffs' request for identification of all of the custodians and search terms used in responding to the identified investigations without limitation is overbroad and not in proportion to the matter at hand.  However, Plaintiffs' desire to identify a reasonable subset of regulator documents may be well founded.  Google must engage with Plaintiffs in this effort.  The Parties are to agree on an abbreviated scheduled for the exchange of proposals and, if the agreement is not reached, for submission of a joint

statement with reasonable page limits to the Court. The Parties are to file their stipulated agreement regarding the schedule by **noon on August 20, 2021**.

3. Dispute 2.4 regarding Chrome Setting documents: Remaining documents regarding Chrome settings are to be produced by **August 30, 2021**.

**SO ORDERED.**

Dated: August 17, 2021

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge