COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice* )
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**[PROPOSED] ORDER RE GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JUNE 1, 2022 AND JUNE 7, 2022 HEARING TRANSCRIPTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN
MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)

Defendant Google LLC filed an Administrative Motion to consider whether portions of the June 1, 2022 Hearing Transcript and the June 7, 2022 Hearing Transcript should remain under seal.

Upon consideration of the Administrative Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| June 1, 2022 Hearing Transcript | Portions Highlighted in Yellow at: 24:25 |
| June 7, 2022 Hearing Transcript | Portions Highlighted in Yellow at: 29:23 |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

273173465 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S ADMIN
MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR (VKD)