| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*pro hac vice*) |
| (wsomvichian@cooley.com) | 1299 Pennsylvania Avenue, NW Suite 700 |
| JEFFREY M. GUTKIN (SBN 216083) | Washington, DC 20004-2400 |
| (jgutkin@cooley.com) | Telephone:   +1 202 776 2109 |
| AARTI REDDY (SBN 274889) | Facsimile:   +1 202 842 7899 |
| (areddy@cooley.com) | |
| LAURA M. ELLIOTT (SBN 286702) | |
| (lelliott@cooley.com) | |
| KELSEY R. SPECTOR (SBN 321488) | |
| (kspector@cooley.com) | |
| REECE TREVOR (SBN 316685) | |
| (rtrevor@cooley.com) | |
| ANUPAM DHILLON (SBN 324746) | |
| (adhillon@cooley.com) | |
| 3 Embarcadero Center, 20th floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:   +1 415 693 2000 | |
| Facsimile:   +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD) <br><br> **DECLARATION OF AARTI REDDY ISO GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE DECLARATION OF LESLIE E. WEAVER AND ACCOMPANYING EXHIBITS 1-13 (ECF NO. 272)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

I, Aarti Reddy, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal the Declaration of Leslie E. Weaver ("Weaver Declaration") and accompanying Exhibits 1-13 ("Exhibits"). I have personal knowledge of the facts herein and, if called as a witness, I am competent to testify.

2. On July 18, 2022 the Parties agreed to submit a joint letter brief to the Court regarding the Parties' dispute as to Google's production of the Named-Plaintiffs' data ("Joint Letter Brief") on July 29, 2022.

3. The Parties further agreed to a preliminary exchange of their respective portions on the afternoon of July 27, 2022 and a final "pens down" exchange in the evening of July 29, 2022.

4. The Weaver Declaration cites to and attaches as the Exhibits documents that have only been produced in the *Calhoun v. Google* matter.

5. These documents, ranging from internal presentations to excerpts of log data, the majority of which are branded as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

6. Exhibit 13 is a document related to one of the *Calhoun* Plaintiffs that was previously undisclosed to the undersigned counsel for Google during the preliminary exchange of the Parties' respective portions of the Joint Letter Brief.

7. Google moved to strike the Weaver Declaration and Exhibits on August 1, 2022 on the basis that Plaintiffs' filing of these in support of the Joint Letter Brief is a violation of the Court's Standing Order and the District Court's Order concerning the cross-use of Discovery. *See* ECF No. 274. The Court has not issued a ruling on this emergency motion.

8. Pursuant to this Court's prior order, Google's deadline to move to seal any confidential material cited by Plaintiffs in the Weaver Declaration and Exhibits is August 5, 2022. *See* ECF No. 159.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)

9. Pursuant to that same order, which contemplates that the Parties can agree to extend deadlines to seal, Google asked Plaintiffs at the last meet and confer on August 2, 2022 to agree to a seven-day extension of time in which Google could prepare a motion to seal any confidential materials Plaintiffs cited in the Weaver Declaration and/or Exhibits. Plaintiffs' counsel agreed to that request.

10. Google's request for an extension to the time to file is not intended to and should not affect the timing of the hearing on the substantive issues included in the Weaver Declaration and Exhibits. Indeed, Google is asking to extend its deadline only until August 12, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August 2022 in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

273077168

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR (VKD)