COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR (VKD)<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR (VKD)

I, Aarti Reddy, declare as follows:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google as the Designating Party.

2. On July 29, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 268) in connection with the Joint Letter Brief regarding Plaintiffs' Request for Production ("RFP") Nos. 12–13 and 41–42 ("Joint Letter Brief") (ECF No. 269). On that same day, I received an unredacted service copy of the Joint Letter Brief.

3. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief (ECF No. 269) | Portions highlighted at pages 3, 6, and footnote 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand that the information requested to be sealed also contains an email address, which is personally identifiable information ("PII"), of an unknown individual that Plaintiffs erroneously claimed belonged to Plaintiff Woodruff. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR (VKD)

4. Plaintiffs' summary of the Rebuttal Report of Professor Zubair Shafiq ("Shafiq Report") in page three of the Joint Letter Brief references highly confidential information concerning various logs maintained by Google that was disclosed to Plaintiffs in *Calhoun*. This information was filed under seal in *Calhoun* on February 16, 2022. *Calhoun*, ECF Nos. 482-10, 551. As Google described in that case, the Shafiq Report contains "Google's highly confidential and proprietary information, regarding highly sensitive features of Google's internal systems and operations, including details related to internal projects, identifiers, and their proprietary functions, the various types of logs maintained by Google, information contained in those logs, internal studies, as well as internal metrics and investigation into financial impact of certain features, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors." *Calhoun*, ECF No. 551 at 3. Plaintiffs' summary of the Shafiq Report in the Joint Letter Brief is no different, as it discloses highly confidential details regarding the nature of Google's logging systems.

5. Page 5 of the Joint Letter Brief also quotes a portion of the Declaration of Stanislav Belov in Support of Google's Opposition to Plaintiffs' Brief Regarding Targeted Use of *Calhoun* Discovery in *In Re Google RTB Consumer Privacy Litigation* ("Belov Declaration"). This portion of the Belov Declaration was filed under seal in *Calhoun* on June 15, 2022. ECF No. 711-5. As Google described in that case, this portion of the Belov Declaration also contains "highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including . . . proprietary structures and functionalities as well as internal metrics." ECF No. 711 at 2. I understand that public disclosure of this information would result in competitive harm and would present a serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

6. Further, the Joint Letter Brief contains the email address belonging to an unknown individual that Plaintiffs erroneously claimed was owned by Plaintiff Woodruff. This email constitutes the owner's PII, and I understand that disclosure of this PII presents serious privacy risks to any individual.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR (VKD)

7. Attached hereto as Exhibit 1 is a copy of the Joint Letter Brief that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5th, 2022 in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

Cooley LLP
Attorneys at Law
San Francisco

4

Dec. of A. Reddy ISO Google's Response
to Plaintiffs' Administrative Motion
Case No. 5:21-cv-02155-YGR (VKD)