UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> Plaintiff(s), <br><br> v. <br><br> This Document Relates to: all actions,, <br><br> Defendant(s). | Case No. 4:21-cv-02155-YGR (VKD) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Khary J. Anderson, an active member in good standing of the bar of DC Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Google LLC in the above-entitled action. My local co-counsel in this case is Jeffrey M. Gutkin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 216083.

Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004-2400
MY ADDRESS OF RECORD

Cooley LLP, 3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 776-2160
MY TELEPHONE # OF RECORD

(415) 693-2026
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kjanderson@cooley.com
MY EMAIL ADDRESS OF RECORD

jgutkin@cooley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1671197.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.



I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/29/2022                                /s/ Khary J. Anderson
                                                 APPLICANT
                                                 Khary J. Anderson

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Khary J. Anderson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  August 5, 2022

                                    UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

