1

2

3

4

5

6

7

8

9

10

11

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
*lweaver@bfalaw.com*

*Counsel for Plaintiffs in Calhoun and RTB*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| 12 | *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:21-cv-02155-YGR-VKD |
| | | **PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' EXHIBITS TO JOINT LETTER BRIEF (DKT. 269)** |
| 14-15 | This document applies to: *all actions.* | |
| 16-17 | | Magistrate Judge Virginia K. DeMarchi |

18

19

20

21

22          **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

23

24

25

26

27

28