COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 271)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google as the Designating Party.

2. On July 29, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 271) in connection with the Declaration of Leslie E. Weaver Pursuant to Dkt. 242 Regarding Dkt. 269 Re Dispute as to RFP Nos. 12-13 and 41-42 Re Production of Named Plaintiff Data ("Weaver Declaration") (ECF No. 272) and thirteen accompanying exhibits ("Exhibits") (ECF No. 272-1 through 272-13). On that same day, I received an unredacted service copy of the Weaver Declaration and Exhibits.

3. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect information designated confidential or highly confidential information in the related matter *Calhoun v. Google*, No. 21-cv-05146. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Declaration of Lesley E. Weaver Pursuant to Dkt. 242 Regarding Dkt. 269 re Dispute as to RFP Nos. 12-13 and 41-42 re Production of Named Plaintiff Data | Portions at: PDF pages 7:15-24, 8:7, 8:12-13, 9:13-16, 10:9-19, 10:22-27, 11:1-2, 11:11, 11:18-19, 12:12, 12:14, 12:21, 12:23, 13:2-14, 13:21-22, 13:28, 14:1-2, | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | 14:4-6, 14:9, 14:28[1] | information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|---|
| | Ex. 2 to Weaver Declaration | Portions at: Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

---

[1] The page and line designations to the Weaver declaration are based on the PDF page numbers because that exhibit did not include conventional pagination.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Ex. 3 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data signals and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 4 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 5 to Weaver Declaration | Portions at: Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 6 to Weaver Declaration | Portions at: Pages 72:18, 74:15, 75:15 | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data signals, that Google maintains as confidential in the ordinary course of its business and is not generally |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 7 to Weaver Declaration | Portions at: Entirety | | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Ex. 8 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 9 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 10 to Weaver Declaration | Portions at: Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 11 to Weaver Declaration | Portions at: Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 12 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 13 to Weaver Declaration | Portions at:<br><br>Entirety | I understand that the information requested to be sealed contains Google's highly confidential and proprietary information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. It is also my understanding that such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in *Calhoun*. *See Calhoun*, ECF No. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

4.  To the best of my knowledge, certain information in the Weaver Declaration and Exhibits reference highly sensitive features of Google's internal systems and operations that Google does not share publicly. Specifically, the information provides details related to Google's internal projects, data signals, logs, and their proprietary functionalities, which reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services. Moreover, the documents contain confidential and proprietary information about details related to Google's internal projects, data signals, logs, and their proprietary functionalities that are not publicly disclosed.

5.  I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services thus jeopardizing Google's competitive standing. In this way, public disclosure of the aforementioned information would harm Google's competitive standing that it has

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 5:21-CV-02155-YGR-VKD

earned through years of innovation and careful deliberation

6.  I also understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and data signals.

7.  Google's request is narrowly tailored in order to protect its confidential information. These redactions are limited in scope and volume. Because the proposed redactions are narrowly tailored and limited to portions containing Google's highly-confidential or confidential information, Google requests that the portions of the aforementioned documents be redacted from any public version of those documents.

8.  Google does not seek to redact or file under seal any of the remaining portions of Plaintiffs' Declaration of Lesley E. Weaver and corresponding documents not indicated in the table above.

9.  Attached hereto as Exhibit A is a copy of the Weaver Declaration that highlights the specific information that Google seeks to maintain under seal.

10. Attached hereto as Exhibit B is a copy of Exhibit 6 to the Weaver Declaration that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2022 in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

273417282

Cooley LLP
Attorneys at Law
San Francisco

11

Dec. of A. Reddy ISO Google's Response
to Plaintiffs' Administrative Motion
Case No. 5:21-cv-02155-YGR-VKD