**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
*lweaver@bfalaw.com*

*Counsel for Plaintiffs in Calhoun and RTB*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:   None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed Declaration of Lesley E. Weaver Pursuant to Dkt. 242 Regarding Dkt. 291 re: Dispute as to Economic Damages Discovery (the "Weaver Declaration"), and the exhibits thereto under seal. Pursuant to the procedure set forth in Judge Gonzalez Rogers' June 24, 2022 Order (Dkt. 242), Plaintiffs redact this information and lodge these documents conditionally under seal "to present discovery from the Calhoun action under seal to Judge DeMarchi for the purposes of demonstrating (i) the need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi." Plaintiffs also redact this information and lodge these documents conditionally under seal because Google has designated information contained therein as "Confidential" and instructed Plaintiffs to file these documents under seal.

Plaintiffs hereby lodge the following documents conditionally under seal:

- The Weaver Declaration in its entirety; and
- Exhibits 1 – 6, in their entirety.

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a), (c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has instructed Plaintiffs to submit under seal.

Plaintiffs seek this relief in good faith because the information sought to be sealed has been designated as Confidential by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google.

### III. NOTICE OF LODGING

Plaintiffs will lodge with the Court and serve on counsel for Defendant Google, without service to the other plaintiffs' lawyers, complete copies of the unredacted and unsealed documents in accordance with Judge Gonzalez Rogers' June 24, 2022 Order (Dkt. 242) and Civil L.R. 5-1(e).

### IV. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the above-described documents should remain under seal and in redacted form pursuant to Google's designations and instructions.

DATED: August 15, 2022

Respectfully submitted,

*/s/ Lesley E. Weaver*
Lesley E. Weaver, Esq.
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Plaintiffs in Calhoun and RTB*

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on August 15, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be served on counsel for Defendant Google LLC via electronic mail.

*/s/ Lesley E. Weaver*
Lesley E. Weaver