1

2

3

4

5

6

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
*lweaver@bfalaw.com*

*Counsel for Plaintiffs in Calhoun and RTB*

7

8

9

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

10

11

12

13

14

15

16

| *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This document applies to: *all actions.* | **DECLARATION OF LESLEY E. WEAVER PURSUANT TO DKT. 242 REGARDING DKT. 291 RE: DISPUTE AS TO ECONOMIC DAMAGES DISCOVERY** |
| | Magistrate Judge Virginia K. DeMarchi |
| | Hearing Date:  None set. |

17

18

19

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

20

21

22

23

24

25

26

27

28