COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
*Admitted pro hac vice*
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
*Admitted pro hac vice*
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google as the Designating Party.

2. On August 15, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 290) in connection with the Joint Letter Brief regarding Google's production of damages discovery (the "Joint Letter Brief") (ECF No. 291).

3. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. Based on my review of the Joint Letter Brief and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief (ECF No. 291) | Portions highlighted at pages 2 and 7 | I understand the information requested to be sealed contains Google's confidential and proprietary information regarding Google's internal strategy and business practices, including details related to internal projects and investigation into the financial impact of certain features, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I also understand that public disclosure of this information could give Google's competitors an unfair advantage and could expose the company to an increased risk of cyber security threats. |

4. Page 2 of the Joint Letter Brief contains quotes from a confidential Google document concerning the company's business practices. The quotes reference Google's proprietary

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

information, including details related to internal projects and investigations into financial impact of certain features, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Disclosure of this information could give Google's competitors an unfair advantage.

5. Page 7 of the Joint Letter Brief also quotes a portion of the Declaration of Stanislav Belov in Support of Google's Opposition to Plaintiffs' Brief Regarding Targeted Use of *Calhoun* Discovery in *In Re Google RTB Consumer Privacy Litigation* ("Belov Declaration"). This portion of the Belov Declaration was filed under seal in *Calhoun* on June 15, 2022. *Calhoun*, ECF No. 711-5. As Google described in that case, this portion of the Belov Declaration also contains "highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including . . . proprietary structures and functionalities as well as internal metrics." *Calhoun*, ECF No. 711 at 2. I understand that public disclosure of this information would result in competitive harm and would present a serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

6. Attached hereto as Exhibit 1 is a copy of the Joint Letter Brief that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2022 in Waukegan, Illinois.

*/s/ Laura Elliott*
Laura Elliott

Cooley LLP
Attorneys at Law
San Francisco

3

Decl. of L. Elliott ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD