COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DEFENDANT GOOGLE LLC'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' EXHIBITS TO JOINT LETTER BRIEF (ECF NO. 290-3)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S MOTION TO STRIKE
LETTER BRIEF EXHIBITS
CASE NO. 4:21-CV-02155-YGR-VKD

Once again, in violation of this Court's express limitations on both word counts and permitted exhibits, Plaintiffs have submitted another set of unauthorized and prejudicial filings concerning *Calhoun v. Google LLC*, this time in connection with the Parties' August 15, 2022 joint letter brief regarding Plaintiffs' valuation document requests. (ECF No. 290-3.) Plaintiffs' filing includes yet another 10-page, over-3,600-word, argumentative declaration from Lesley Weaver (ECF Nos. 292-3, 293; the "Weaver Declaration"), accompanied by six separate exhibits of discovery materials from *Calhoun* (ECF Nos. 292-4 to -9, 293-1 to -6; the "Exhibits"). Google respectfully moves the Court for an order striking the Weaver Declaration and the Exhibits from the docket.

As Google explained in its Emergency Motion to Strike Plaintiffs' last tranche of *Calhoun*-related exhibits (*see* ECF No. 274), the Weaver Declaration and its Exhibits are procedurally improper and unauthorized by any Court order. They fly in the face of this Court's Standing Order for Civil Cases ("Standing Order") and Judge Gonzalez Rogers's order denying Plaintiffs' motion to use *Calhoun* materials in this case (ECF No. 242). The Court should reject Plaintiffs' efforts to alchemize an order denying their motion for cross-use of *Calhoun* materials into an order granting a perpetual license to violate this Court's Standing Order. (*See* ECF No. 290-3 at 3 n.2 (citing ECF No. 242)). Plaintiffs' filing of these materials is also flatly inconsistent with the Court's recent order striking a similarly unauthorized filing ((ECF No. 287 at 5-6) and setting a future conference to establish a procedure regarding how Plaintiffs may present discovery materials from the *Calhoun* matter for consideration in this action. (*Id.* at 6.)

Plaintiffs' unauthorized filings needlessly burden this Court and disregard its rules. They likewise prejudice Google by forcing its counsel—which does not represent Google in *Calhoun*—to respond to large volumes of unfamiliar documents with minimal notice.[1] The Court should strike

---

[1] Plaintiffs do not even pretend that their practice of citing *Calhoun* exhibits with virtually every discovery filing affords Google a fair opportunity to respond. Indeed, in the filing at issue here, they have forced Google to aim at a moving target by first indicating that they planned to submit 21 exhibits, then informing Google only in the final exchange of the joint letter brief that they instead planned to file six exhibits. Nevertheless, the as-filed Weaver Declaration refers to and makes arguments based on numerous documents produced in *Calhoun* without actually appending them as exhibits. (*See, e.g.*, Weaver Decl. ¶¶ 13 (referring to an unattached document by its Bates number from *Calhoun*), 18 (same), 19 (same), 25 (same), 26 (same), 27 (same), 28 (same), 30 (same), 31 (same), 32 (same), 34 (same), 35 (same), 36 (same).)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF.'S MOTION TO STRIKE
LETTER BRIEF EXHIBITS
CASE NO. 4:21-CV-02155-YGR-VKD

the Weaver Declaration and the Exhibits and order Plaintiffs to discontinue these impermissible filings immediately.

Dated: August 17, 2022                                  COOLEY LLP

                                                        By: */s/ Jeffrey M. Gutkin*
                                                            Jeffrey M. Gutkin

                                                        Attorney for Defendant
                                                        GOOGLE LLC

273486574

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEF.'S MOTION TO STRIKE
LETTER BRIEF EXHIBITS
CASE NO. 4:21-CV-02155-YGR-VKD