COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' EXHIBITS TO JOINT LETTER BRIEF (ECF NO. 290-3)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEF.'S MOT.
TO STRIKE LETTER BRIEF EXHIBITS
CASE NO. 4:21-CV-02155-YGR-VKD

Before the Court is Google LLC's Emergency Motion to Strike Exhibits to Joint Letter Brief (the "Motion"). Having considered the Motion and all other matters properly considered by this Court, the Court GRANTS the Motion.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED.  The Clerk of the Court is directed to strike from the docket ECF Nos. 292, 293, and the attachments thereto, which the Court shall not consider for any purpose.

DATED: _____, 2022

_____
THE HONORABLE VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE

273762400

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING DEF.'S MOT.
TO STRIKE LETTER BRIEF EXHIBITS
CASE NO. 4:21-CV-02155-YGR-VKD