1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    IN RE GOOGLE RTB CONSUMER              Case No.  21-cv-02155-YGR (VKD)
     PRIVACY LITIGATION
8
                                           **ORDER GRANTING**
9                                          **ADMINISTRATIVE MOTION TO**
                                           **SEAL**
10
                                           Re: Dkt. No. 277
11

12

13          On June 1, 2022, Judge Gonzalez Rodgers held a status conference in this matter, and on

14   June 7, 2022, Magistrate Judge DeMarchi held a discovery hearing.  Google has filed an

15   administrative motion asking the Court to order that portions of the transcripts from these two

16   proceedings be sealed.  Dkt. No. 277.  Plaintiffs have not filed a response.  Having considered

17   Google's submission, the Court grants the administrative motion, as set forth below.

18          There is a strong presumption in favor of access by the public to judicial records and

19   documents accompanying dispositive motions that can be overcome only by a showing of

20   "compelling reasons supported by specific factual findings."  *Kamakana v. City & Cty. of*

21   *Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (internal quotation marks and citation omitted).

22   However, the presumption does not apply equally to a motion addressing matters that are only

23   "tangentially related to the merits of a case."  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d

24   1092, 1101 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct.

25   38 (2016).  A litigant seeking to seal documents or information in connection with such a motion

26   must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure.

27   *Id.* at 1098–99; *Kamakana*, 447 F.3d at 1179-80.

28          Google's motion to seal concerns discovery-related information discussed in a status

United States District Court
Northern District of California

conference and a discovery dispute hearing.  The references to discovery-related information that Google proposes to seal do not concern the merits of the parties' claims or defenses, and the Court therefore applies the "good cause" standard of Rule 26(c).

The portions of the transcripts that Google seeks to redact from the public record refer to project code names and internal data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Dkt. No. 277 at 3-4.  Google represents that the material it seeks to seal is highly confidential and that disclosure to the public would cause irreparable harm to Google.  *Id.* at 4.  The Court agrees and finds that good cause exists to seal the following material:

| Document | Portions to be filed under seal |
|---|---|
| June 1, 2022 Hearing Transcript | Portions highlighted in yellow at 24:25 |
| June 7, 2022 Hearing Transcript | Portions highlighted in yellow at 29:23 |

The June 1 hearing transcript (Dkt. No. 226) and June 7 hearing transcript (Dkt. No. 232) shall be sealed.  Google shall file redacted versions of the two transcripts, reflecting the approved redactions, on the public docket by **August 22, 2022**.

**IT IS SO ORDERED.**

Dated: August 17, 2022



VIRGINIA K. DEMARCHI
United States Magistrate Judge