**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Plaintiffs in Calhoun and RTB*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' EXHIBITS TO JOINT LETTER BRIEF (DKT. 290-3)** <br><br> Magistrate Judge Virginia K. DeMarchi |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**