| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com |
| **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>*Counsel for Plaintiffs* | **DICELLO LEVITT GUTZLER LLC**<br>Amy Keller (admitted *pro hac vice*)<br>Adam Levitt (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>alevitt@dicellolevitt.com<br>aprom@dicellolevitt.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>**CIVIL L.R. 7-11 and 79-5**<br><br>Judge: Hon. Lucy H. Koh<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to File Under Seal the following Documents (or portions thereof) as indicated below.

| | Document | Text Sought to be Sealed Page:Line(s) |
|---|---|---|
| 1 | Plaintiffs' Second Amended Complaint | 4:11; 7:1-2; 35:1-12; 35:14; 35:18-22; 36:1-6; 36:10-13; 37:1-20; 38:1-7; 38:13-19; 39:6-7; 39:14-26; 40:4-16; 41:1-10; 41:14-26; 42:1-9. |

The Court has already sealed the text sought to be sealed in the instant motion, which occurred in connection with the filing of Plaintiffs' First Amended Complaint. *See* Dkt. No. 198 (Order Granting Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint). Plaintiffs now move to substitute new plaintiffs, and the information sought be sealed in Plaintiffs' proposed Second Amended Complaint is the same as the information previously sealed by the Court.

In accordance with Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. the Declaration of Adam Prom in Support of Plaintiffs' Administrative Motion to Seal;

2. a proposed order that lists in table format the documents sought to be sealed;

3. a redacted version of Plaintiffs' Second Amended Complaint; and

4. an unredacted version of Plaintiffs' Second Amended Complaint.

Dated: September 10, 2021

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>By:  */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020 | **SIMMONS HANLY CONROY LLC**<br>By:  */s/ Jay Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949 |

| | |
|---|---|
| *lweaver@bfalaw.com*<br>*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com* | *jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br>*ejohnson@simmonsfirm.com* |

**DICELLO LEVITT GUTZLER LLC**
By:      */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2021, at New York, New York.

*/s/ David A. Straite*
David A. Straite

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

*/s/ David A. Straite*
David A. Striate