| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE DECLARATION OF LESLIE E. WEAVER AND ACCOMPANYING EXHIBITS 1-6 (ECF NOS. 292-3 THROUGH 292-9)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

Pursuant to Local Rule 7-11, Google LLC ("Google") respectfully submits this **unopposed** Motion for Administrative Relief seeking a seven-day extension, until August 29, 2022, to file its Motion to Seal portions of the Declaration of Leslie E. Weaver ("Weaver Declaration") and Exhibits 1-6 ("Exhibits") (ECF Nos. 292-3 through 292-9) in connection with the Parties' Joint Letter Brief Regarding Damages Discovery (ECF Nos. 189, 217) ("Joint Letter Brief"). Google has conferred with Plaintiffs to request their stipulation to this seven-day extension, and Plaintiffs consented to that request.  (*See* Declaration of Aarti Reddy at ¶ 9.)

On August 10, 2022, the Parties agreed to a schedule for preparing and submitting the Joint Letter Brief to the Court on August 12, 2022. (*See id*. at ¶ 2.)  Based on this schedule, Google's first opportunity to see Plaintiffs' portion of the Joint Letter Brief and any supporting evidence was on Wednesday, August 10, 2022 at 4:00 p.m. In addition to their respective portion of the Joint Letter Brief, Plaintiffs attached a draft of the Weaver Declaration along with the twenty-one supporting Exhibits.  (*Id*. at ¶ 4) The Parties exchanged the final versions of their respective submissions on Monday, August 15, 2022 at 4:00 p.m., shortly before filing, at which time Plaintiffs sought to attach six exhibits to the Weaver Declaration.  (*Id*. at ¶ 5.)

Given the short time for Google to review Plaintiffs' final version of the Weaver Declaration and Exhibits, the undersigned counsel for Google requires additional time to carefully evaluate the information contained in the Declaration and Exhibits, which do not involve discovery from this action. While Google promptly moved to strike the Weaver Declaration and Exhibits (ECF No. 298) on the grounds that Plaintiffs' reliance on these documents violates this Court's Standing Order and the District Court's Order concerning the cross-use of discovery, the Court has yet to rule on the emergency motion.  (*Id*. at ¶ 7.)  As such, the undersigned counsel for Google must proceed with evaluating public disclosure of the information submitted by Plaintiffs.

All of the Exhibits are documents produced in the *Calhoun v. Google* matter, and almost all of which were marked as "Confidential" and or "Highly Confidential – Attorneys' Eyes Only" in that action. (*Id*. at ¶ 6.)  Counsel, who does not represent Google in the *Calhoun* matter, is not readily familiar with these documents and must carefully review them in order to ensure that disclosure of these documents will not violate the Protective Order (ECF No. 61) in that case.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

Given the pendency of Google's motion to strike, a short continuance of the deadline for Google to move to seal the Weaver Declaration and Exhibits would promote judicial economy by ensuring that the undersigned counsel for Google and the Court have sufficient time to consider the confidentiality of the information contained therein. This is particularly true since the Court intends to hear from the Parties at the upcoming August 23 Hearing regarding an orderly presentation of *Calhoun* discovery, which may be relevant to Google's forthcoming sealing response. (ECF No. 287 at 6.) An extension also would not interfere with the case schedule, as the Court has a hearing scheduled on this dispute on August 30, 2022, after Google will submit its sealing response.

Accordingly, Google respectfully requests the Court grant its unopposed request for a seven-day extension until August 29, 2022 to move to seal the Declaration of Leslie Weaver and accompanying Exhibits.

Dated: August 22, 2022                                              COOLEY LLP

By: */s/ Aarti Reddy*
      Aarti Reddy

Attorney for Defendant
GOOGLE LLC

273819531

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD