COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY ISO GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE DECLARATION OF LESLIE E. WEAVER AND ACCOMPANYING EXHIBITS 1-6 (ECF NOS. 292-3 THROUGH 292-9)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal the Declaration of Leslie E. Weaver ("Weaver Declaration") and accompanying Exhibits 1-6 ("Exhibits"). I have personal knowledge of the facts herein and, if called as a witness, I am competent to testify.

2. On August 10, 2022 the Parties agreed to a schedule to submit a joint letter brief to the Court regarding the Parties' dispute as to Damages Discovery (ECF Nos. 189, 217) ("Joint Letter Brief") on August 12, 2022.

3. The Parties further agreed to a preliminary exchange of their respective portions on the afternoon of August 10, 2022 and a final "pens down" exchange on the afternoon of August 12, 2022.

4. On August 10, 2022, in addition to their respective portion of the Joint Letter Brief, Plaintiffs attached a draft of the Weaver Declaration along with the twenty-one supporting Exhibits.

5. The Parties ultimately further delayed the final "pens down" exchange until the afternoon of August 15, 2022 at 4:00 pm. Around this time, Plaintiffs disclosed the Weaver Declaration attaching six supporting Exhibits, all of which have only been produced in the *Calhoun v. Google* matter.

6. These documents range from internal presentations to excerpts of other sensitive documents, almost all of which are branded as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

7. Google moved to strike the Weaver Declaration and Exhibits on August 16, 2022 on the basis that Plaintiffs' filing of these in support of the Joint Letter Brief is a violation of the Court's Standing Order and the District Court's Order concerning the cross-use of Discovery. *See* ECF No. 298. The Court has not issued a ruling on this emergency motion.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

8. Pursuant to this Court's prior order, Google's deadline to move to seal any confidential material cited by Plaintiffs in the Weaver Declaration and Exhibits is August 22, 2022. *See* ECF No. 159.

9. Pursuant to that same order, which contemplates that the Parties can agree to extend deadlines to seal, Google asked Plaintiffs on August 17, 2022 to agree to a seven-day extension of time in which Google could prepare a motion to seal any confidential materials Plaintiffs cited in the Weaver Declaration and/or Exhibits. Plaintiffs' counsel agreed to that request.

10. Google's request for an extension to the time to file is not intended to and should not affect the timing of the hearing on the substantive issues included in the Weaver Declaration and Exhibits. Indeed, Google is asking to extend its deadline only until August 29, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August 2022 in San Francisco, California.

/s/ Aarti Reddy
Aarti Reddy

273823601

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD