COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE DECLARATION OF LESLIE E. WEAVER AND ACCOMPANYING EXHIBITS 1-6 (ECF NOS. 292-3 THROUGH 292-2)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend Time to Move to Seal the Declaration of Leslie E. Weaver and Accompanying Exhibits 1-6. Having considered Google's unopposed Administrative Motion and all other matters properly considered by this Court, the Court finds there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED. Absent an intervening order obviating the need to seal the confidential information cited by Plaintiffs, Google shall file its Motion to Seal on Monday, August 29, 2022.

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

273977821

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting Unopposed Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR-VKD