COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> [PROPOSED] ORDER GRANTING GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE DECLARATION OF LESLIE E. WEAVER AND ACCOMPANYING EXHIBITS 1-6 (ECF NOS. 292-3 THROUGH 292-2) |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

1  Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend
2  Time to Move to Seal the Declaration of Leslie E. Weaver and Accompanying Exhibits 1-6. Having
3  considered Google's unopposed Administrative Motion and all other matters properly considered
4  by this Court, the Court finds there is good cause to GRANT the Motion.
5  THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is
6  GRANTED. Absent an intervening order obviating the need to seal the confidential information
7  cited by Plaintiffs, Google shall file its Motion to Seal on Monday, August 29, 2022.

Dated: August 23, 2022

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

273977821

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD