# EXHIBIT A
# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALHOUN, et al.,

        Plaintiffs,

    v.

GOOGLE LLC,

        Defendant.

Case No. 20-cv-05146-LHK   (SVK)

**ORDER ON MOTION TO COMPEL REGULATOR DOCUMENTS**

Re: Dkt. Nos. 290, 291

The Court has evaluated the Parties' supplemental briefs[1] regarding Plaintiffs' motion to compel discovery from certain regulatory proceedings and weighed the relevancy of certain requests with the proportional needs of this case. The Court finds that much, but not all, of the regulatory discovery is either irrelevant to this present action or not in proportion to the needs of this case. The Court further finds that Google's proposed compromise is inadequate.

The Court GRANTS in part and DENIES in part Plaintiffs' motion to compel production of certain regulatory documents. Accordingly, the Court ORDERS as follows:

I.    From the action referred to in the Parties' papers as the Texas AG Action, Google is to

      produce the following:

      A.  Transcripts

          1.  Deposition transcript responsive to Topic #6(i) [Google Chrome] at Dkt. 289-6,

             ECF page 7, for the class period in this case. If the testimony response to this topic

---

[1] In support of the motion to compel, Plaintiffs included a chart setting forth each of their disputed requests and adding, without leave of Court, arguments beyond what is set forth in their brief. Dkt. 289-4. Defendant objects to the additional argument or in the alternative requests an opportunity to respond. The Court is dismayed that the Parties failed to meet and confer regarding the use of a chart, particularly in light of the long history with this Court in managing discovery disputes. Thus, the Court utilized Dkt. 289-4 only as a means of tracking Plaintiffs' specific requests, without consideration of the improper arguments set forth therein.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  is not delineated by year, then testimony for the entire time period is to be

2  produced.

3      2.  Deposition transcript responsive to Topic #20 [Privacy Policy] at Dkt. 289-6, ECF

4        page 8.

5  B.  Interrogatory Responses, First Texas CID

6      1.  Interrogatory responses provided in response to nos. 41, 72 as to Chrome[2], 73 as to

7        Chrome, 102, 103, 104, 105, 128 only as the first sentence and only for as to the

8        interrogatories identified herein.  The second sentence of interrogatory no. 128 is

9        not covered by this Order

10  C.  Interrogatory Responses, Fourth Texas CID

11      1.  Interrogatory responses provided in response to nos. 72 as Chrome, 112, 113, 114,

12        128, as to category "e" only.

13  D.  Requests for Production, First Texas CID

14      1.  Documents produced in response to nos. 59 and 91.

15  E.  Requests for Production, Fourth Texas CID:  Request Denied.

16

17  II.  From the action referred to in the Parties' papers as the Arizona AG Action, Google is to

18      produce:

19  A.  Transcripts

20      1.  Deposition transcripts of ███████████████████████ as

21        identified in Plaintiffs' motion (Dkt. 291) at ECF page 5 are to be produced.

22  B.  Interrogatory Responses, First Arizona CID:  Request Denied.

23  C.  Interrogatory Responses, Third Arizona CID:  Request Denied.

24  D.  Interrogatory Responses, Fourth Arizona CID

25      1.  Interrogatory responses provided in response to nos. 3, 4, 7, and 11.

26

27  [2] Where the Court limits a response to Chrome, if a portion of the response relates specifically to Chrome, that is the portion to be provided.  If the response does not separately address Chrome,

28  then the entire response is to be provided.

E.  Requests for Production, First Arizona CID:  Request Denied.

F.  Request for Production, Third Arizona CID

    1.  Documents produced in response to nos. 14, 16, 17

G.  Request for Production, Fourth Arizona CID

    1.  Documents produced in response to no. 4

All materials that do not require redaction are to be produced seven days from the date of this order; materials for which redaction is appropriate to be produced on a rolling basis as they become available.  All productions are to be complete by October 6, 2021.

**SO ORDERED.**

Dated: September 8, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge