1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PRITZKER LEVINE LLP**
ELIZABETH C. PRITZKER (SBN 146267)
JONATHAN K. LEVINE (SBN 220289)
BETHANY CARACUZZO (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 4608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

**COOLEY LLP**
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (321488)
(kspector@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
ANUPAM S. DHILLON (324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ROBBY L.R. SALDAÑA
(admitted *pro hac vice*)
rsaldana@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

*Counsel for Defendant, Google LLC*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION

In re Google RTB Consumer Privacy
Litigation,


This Document Relates to:  *all actions*.

Case No. 4:21-cv-02155-YGR-VKD

**STIPULATION AND [PROPOSED]
ORDER AUTHORIZING RELEASE OF
AUGUST 23, 2022 HEARING
TRANSCRIPT**

Hon. Virginia K. DeMarchi, USMJ

1    WHEREAS, on August 23, 2022, the Court conducted a Discovery Hearing re Joint Letter
2  Brief and a Motion Hearing re Motion to Strike Administrative Motion to File Under Seal Motion to
3  Consider Whether Another Party's Materials Should Be Sealed. The Court ordered a portion of the
4  proceedings SEALED and ordered the transcript portion time stamped 10:11 a.m. – 12:56 p.m.
5  SEALED. Dkt. No. 308;

6    WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot
7  be generated without an order from the assigned judge"[1];

8    WHEREAS, the parties agree that the transcript may be released to counsel of record in this
9  matter;

10    NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
11  approval, that the complete transcript of the August 23, 2022 discovery and motion hearings may be
12  released to counsel of record in this matter.

13

14  DATED:  August 23, 2022

15  **PRITZKER LEVINE LLP**                                    **COOLEY LLP**

16  By:    _/s/ Elizabeth C. Pritzker_                            By:    _/s/ Jeffrey M. Gutkin_
17  Elizabeth C. Pritzker (SBN 146267)                    Michael G. Rhodes
     Jonathan K. Levine (SBN 220289)                     Whitty Somvichian
     Bethany Caracuzzo (SBN 190687)                    Jeffrey M. Gutkin
18  1900 Powell Street, Suite 450                            Aarti G. Reddy
     Emeryville, CA 4608                                         Laura M. Elliott
19  Tel.: (415) 692-0772                                          Kelsey R. Spector
     Fax: (415) 366-6110                                        Reece Trevor
20  ecp@pritzkerlevine.com                                   Anupam P. Dhillon
     jkl@pritzkerlevine.com                                   3 Embarcadero Center, 20th floor
21  bc@pritzkerlevine.com                                    San Francisco, CA 94111-4004
     ***Interim Lead Class Counsel***                        Tel.:  415-693-2000
22                                                                      Fax:  415-693-2222
                                                                       rhodesmg@cooley.com
23  **BLEICHMAR FONTI & AULD LLP**                   wsomvichian@cooley.com
                                                                       jgutkin@cooley.com
24  By:    _/s/ Lesley E. Weaver_                             areddy@cooley.com
     Lesley E. Weaver (SBN 191305)                       lelliott@cooley.com
25  Anne K. Davis (SBN 267909                           kspector@cooley.com
     Joshua D. Samra (SBN 313050)
26  555 12th Street, Suite 1600
     Oakland, CA 94607
27  Tel.: (415) 445-4003

28
---
[1]  https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF
AUGUST 23, 2022 HEARING TRANSCRIPT

Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:     */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
jpaulson@simmonsfirm.com

**DiCELLO LEVITT GUTZLER LLC**

By:     */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
alevitt@dicellolevitt.com
julwick@dicellolevitt.com

**BOTTINI & BOTTINI, INC.**

By:     */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
abeste@bottinilaw.com

rtrevor@cooley.com
adhillon@cooley.com

Robby L.R. Saldaña
Khary J. Anderson
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel.:  202-776-2109
Fax:  202-842-7899
rsaldana@cooley.com
kjanderson@cooley.com

 Attorneys for Defendant
 GOOGLE LLC

1    ykolesnikov@bottinilaw.com
     nwoltering@bottinilaw.com
2
     **COTCHETT, PITRE & MCCARTHY LLP**
3
     By:    */s/ Nanci E. Nishimura*
4    Nanci E. Nishimura (SBN 152621)
     Brian Danitz (SBN 247403)
5    Karin B. Swope (admitted *pro hac vice*)
     840 Malcolm Road, Suite 200
6    Burlingame, CA 94010
     Tel.: (650) 697-6000
7    Fax: (650) 697-0577
     nnishimura@cpmlegal.com
8    bdanitz@cpmlegal.com
     kswope@cpmlegal.com
9
10   *Interim Class Plaintiffs' Executive Committee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Date: _____, 2022                    _____

4                                                      Hon. Virginia K. DeMarchi
                                                        United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)</u>

2
     I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained

3
from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4
     Executed this 23rd day of August, 2022, at Oakland, California.

5

                   By: */s/ Lesley E. Weaver*

6
                     Lesley E. Weaver

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28