| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>ELIZABETH C. PRITZKER (SBN 146267)<br>JONATHAN K. LEVINE (SBN 220289)<br>BETHANY CARACUZZO (SBN 190687)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 4608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br><br>*Interim Class Counsel for Plaintiffs*<br><br>*[Additional counsel listed on signature page]* | **COOLEY LLP**<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>AARTI G. REDDY (274889)<br>(areddy@cooley.com)<br>LAURA M. ELLIOTT (286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (321488)<br>(kspector@cooley.com)<br>REECE TREVOR (316685)<br>(rtrevor@cooley.com)<br>ANUPAM S. DHILLON (324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>ROBBY L.R. SALDAÑA<br>(admitted *pro hac vice*)<br>rsaldana@cooley.com<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    +1 202 776 2109<br>Facsimile:    +1 202 842 7899<br><br>*Counsel for Defendant, Google LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF AUGUST 23, 2022 HEARING TRANSCRIPT**<br><br>Hon. Virginia K. DeMarchi, USMJ |

1  WHEREAS, on August 23, 2022, the Court conducted a Discovery Hearing re Joint Letter Brief and a Motion Hearing re Motion to Strike Administrative Motion to File Under Seal Motion to Consider Whether Another Party's Materials Should Be Sealed. The Court ordered a portion of the proceedings SEALED and ordered the transcript portion time stamped 10:11 a.m. – 12:56 p.m. SEALED. Dkt. No. 308;

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript may be released to counsel of record in this matter;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the August 23, 2022 discovery and motion hearings may be released to counsel of record in this matter.

DATED: August 23, 2022

**PRITZKER LEVINE LLP**

By:   /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 4608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com
*Interim Lead Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By:   /s/ Lesley E. Weaver
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003

**COOLEY LLP**

By:   /s/ Jeffrey M. Gutkin
Michael G. Rhodes
Whitty Somvichian
Jeffrey M. Gutkin
Aarti G. Reddy
Laura M. Elliott
Kelsey R. Spector
Reece Trevor
Anupam P. Dhillon
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com
wsomvichian@cooley.com
jgutkin@cooley.com
areddy@cooley.com
lelliott@cooley.com
kspector@cooley.com

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | |
|---|---|
| Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>jsamra@bfalaw.com | rtrevor@cooley.com<br>adhillon@cooley.com<br><br>Robby L.R. Saldaña<br>Khary J. Anderson<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004-2400<br>Tel.: 202-776-2109<br>Fax: 202-842-7899<br>rsaldana@cooley.com<br>kjanderson@cooley.com<br><br> Attorneys for Defendant<br> GOOGLE LLC |

**SIMMONS HANLY CONROY LLC**

By:     */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
jpaulson@simmonsfirm.com

**DiCELLO LEVITT GUTZLER LLC**

By:     */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
alevitt@dicellolevitt.com
julwick@dicellolevitt.com

**BOTTINI & BOTTINI, INC.**

By:     */s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
abeste@bottinilaw.com

1  ykolesnikov@bottinilaw.com
   nwoltering@bottinilaw.com
2
   **COTCHETT, PITRE & MCCARTHY LLP**
3
   By:    */s/ Nanci E. Nishimura*
4  Nanci E. Nishimura (SBN 152621)
   Brian Danitz (SBN 247403)
5  Karin B. Swope (admitted *pro hac vice*)
   840 Malcolm Road, Suite 200
6  Burlingame, CA 94010
   Tel.: (650) 697-6000
7  Fax: (650) 697-0577
   nnishimura@cpmlegal.com
8  bdanitz@cpmlegal.com
   kswope@cpmlegal.com
9
   *Interim Class Plaintiffs' Executive Committee*

3

Case No. 4:21-cv-02155-YGR-VKD
STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF
AUGUST 23, 2022 HEARING TRANSCRIPT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _August 24_, 2022

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2022, at Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver