COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM S. DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 776 2109
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 292)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google as the Designating Party.

2. On August 15, 2022 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 292) in connection with the Declaration of Leslie E. Weaver Pursuant to Dkt. 242 Regarding Dkt. 291 re Dispute as to Economic Damages Discovery and six accompanying exhibits ("Exhibits") (ECF Nos. 293-1 through 293-6). On that same day, I received an unredacted service copy of the Weaver Declaration and Exhibits.

3. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect information designated confidential or highly confidential information in the related matter *Calhoun v. Google*, No. 21-cv-05146. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Declaration of Lesley E. Weaver Pursuant to Dkt. 242 Regarding Dkt. 291 Re: Dispute as to Economic Damages Discovery | Highlighted portions at pages 2:17-3:1, 3:4-7, 3:27-28, 5:9-11, 5:14, 7:1-2, 7:15-17, 7:22-24, 8:24-26, 9:3 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | references to internal code names that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 1 to the Declaration of Lesley E. Weaver | Highlighted portions at page GOOG-CABR-04077300 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Exhibit 2 to the Declaration of Lesley E. Weaver | Highlighted portions at page GOOG-CABR-04312372 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain references to internal code names that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 3 to the Declaration of Lesley E. Weaver | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 4 to the Declaration of Lesley E. Weaver | Highlighted portions at page GOOG-CABR-04120135 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and data infrastructure, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain references to internal code names that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 5 to the Declaration of Lesley E. Weaver | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | projects and metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

4.      Google does not seek to redact or file under seal any of the remaining portions of Plaintiffs' Declaration of Lesley E. Weaver and corresponding exhibits not indicated in the table above.

5.      To the best of my knowledge, certain information in the documents indicated in the table above reference internal project and infrastructure names that Google does not disclose publicly. A number of these documents also reveal certain highly sensitive technical details regarding these projects.

6.      I understand that revealing these terms and corresponding technical details would present a serious risk of irreparable harm to Google. Specifically, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses if he or she knew Google's confidential internal names.

7.      Additionally, I understand that these names, if made public, would allow individuals who, through legitimate or nefarious means gain access to other documents or information that reference the same code names, to deduce details about the project to which the code names refer

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

that they otherwise would not have understood were related. If individuals know a code name for one of these projects, and then see that same code name in an entirely different context, they will be uniquely positioned to piece together previously unconnectable facts about the project, gaining improper and potentially damaging insight into Google's strategic business and financial decisions and the operation and capabilities of Google's systems.

8. Additionally, to the best of my knowledge, certain information in the documents indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to Google's internal projects and their proprietary functionalities, data infrastructure, logs, and metrics.

9. I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

10. I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

11. Attached hereto as Exhibit A is a copy of the Declaration of Lesley E. Weaver that highlights the specific information that Google seeks to maintain under seal.

12. Attached hereto as Exhibit B is a copy of Exhibit 1 to the Declaration of Lesley E. Weaver that highlights the specific information that Google seeks to maintain under seal.

13. Attached hereto as Exhibit C is a copy of Exhibit 2 to the Declaration of Lesley E. Weaver that highlights the specific information that Google seeks to maintain under seal.

14. Attached hereto as Exhibit D is a copy of Exhibit 4 to the Declaration of Lesley E. Weaver that highlights the specific information that Google seeks to maintain under seal.

////

////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF A. REDDY ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMINISTRATIVE MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2022 in San Francisco, California.

          */s/ Aarti Reddy*
          Aarti Reddy

274124372