# EXHIBIT 2

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              GOOG-CABR-04077296



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-04077297



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY																									GOOG-CABR-04077298



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-04077299



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-CABR-04077301