# EXHIBIT 3

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# Identifiers used by Google Panels

tomva@google.com

"Google Panels" refers to panels from which Google extracts digital signals and behavior for Reach or other products:

| Country | Brand | Owned by | Operated By | Purpose |
|---|---|---|---|---|
| US | Screenwise | Google | Ipsos | Our core Reach panel in the US |
| US | AppCheck | Google | Google | Panel that measures App Brand Safety (Android only) |
| US | [TBD] | Google | [TBD] | [Proposed only] ████████████████ |
| UK | Screenwise | Google | Kantar | Reach panel in the UK |
| JP | Intage | Intage | Intage | Reach panel in JP (we license TV+digital data) |
| FR | Mediametrie | Mediametrie | Mediametrie | Reach panel in FR (we provide digital meters + license data) |
| DE | GfK | GfK | GfK | Reach panel in DE |

For all of these panels, Panelists sign consent agreements (varies slightly by panel), and are rewarded for complying with our data collection requirements. Furthermore, Panelists have visibility and control over the data collected via My Activity and other controls (ability to pause metering, etc).

For all of these panels, we capture the following identifiers for use in determining ad views, conversions, or other behavior. Some identifiers already have approval for broader use beyond panels for Reach and other use cases. Unless noted, all identifiers listed have already been approved by Legal / Privacy / Security for use by panels. Unless noted, all identifiers are in use today:

| Identifier | Description | Usage and Notes |
|---|---|---|
| Gaia | Signed-in account ID | First party cookie (YouTube, Search, Gmail, etc). Gaia is used extensively to identify signed-in panelists.  Approved by Privacy Norms + Privacy / Security for Reach modeling. |
| YT Visitor | Signed-out ID on YouTube | First party cookie (YouTube).  Approved by Privacy Norms + Privacy / Security for Reach modeling. |
| Zwieback | Signed-out ID on Search | First party cookie (Search).  Approved by Privacy Norms + Privacy / Security for Reach modeling. |
| Biscotti | Cookie used across non-O&O | This is Google's primary cookie used in third-party contexts (used when we are not the publisher). Biscotti is ramping down in usage (gone from Safari and Firefox, disappearing from Chrome by default in 2022).  Approved by Privacy Norms + Privacy / Security for Reach modeling until deprecated. |
| IDFA | iOS device identifier | No longer used (deprecating now as part of iOS14.5 / Ringo). |
| RDID | Android device identifier | Used for joining panelist activity across ad views and conversions, expected to be phased out by Android over 2022+ as part of project Rubidium.  Approved by Privacy Norms + Privacy / Security for Reach modeling until deprecation. |
| FLoC | Federated Learning of Cohorts. | [proposed] Privacy-safe identifier surfaced by Chrome's privacy sandbox. Live now in origin trials, expected to be in full production by late 2021 / early 2022. Approved by Privacy Norms + Privacy / Security for Reach modeling. |
| ████ | ████ | [proposed] ████████████████████████████████ |

| | | |
|---|---|---|
| | | Approved by Privacy Norms + Privacy / Security for Reach modeling. |
| Clickstring | Per-impression opaque identifier | Attached to ad impressions and clicks. Used to identify panelist ad impressions with no cookie identifier. |
| IP address | Local network IP address | [Going through legal / privacy reviews now]<br>Generally, we don't collect IP address, and don't use it for ad joining, outside of one specific case involving Connected TVs (CTV). For consented panelists who have opted in a particular CTV device for measurement, we will extract its local IP address and use it to match the IFA of the device, and then use IFA to identify the CTV device in our logs. |
| Panelist ID | Uniquely identifies a panelist in our panel. Generated by Panels system and mostly used by Panels and our panel partners. | Panelist ID is used to join activity across devices and cookie IDs. Example: measuring cross-device conversions. |
| CPN | Uniquely identifies a YouTube video playback | Used to identify YouTube playbacks on paired CTV devices for households with TV Meters. |

CONFIDENTIAL                                                                                                        GOOG-CABR-04312373