# EXHIBIT 4

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# Panels Explore Dashboard Design Doc

| Username | Status | Added | Approved |
|---|---|---|---|
| tildechris | PENDING | 2020-01-13 | |

This doc uses go/doc-reviews-approvals. Don't edit this section yourself manually.

**Visibility**: {Need-to-Know}. See go/data-security-policy for definitions.

**Status**: Draft > Current > Needs update > Obsolete

**Authors**: michaelclin

**Reviewers**: tildechris

> **Commented [1]**: +tildechris@google.com
>
> #reviewer
> _Assigned to Chris Scott_

**PRD**: go/panels-explore-dash-prd

**Last updated**: 2020-01-16

## Objective

The Panels Explore Dashboard serves as a low-entry, self-service way to entice Googlers to use Panel Data.

It's objective is to make it simple for any FTE Googler to:

1. Discover and think of potential uses of Panel Data
2. Evaluate at a high-level if Panel Data can be leveraged for their use case

## Background

### About Panels

The Google Panels platform provides ground truth data about consumer media behavior to

GOOG-CABR-04120134

other teams at Google.

A panel is a consumer research organization comprised of panelists who sign up for behavioral metering in exchange for compensation. Nielsen's TV ratings panel is a good example of how consumer research panels are used elsewhere in industry. The Google Panels platform is comprised of several panels located in countries across the world.

Panel Data is available to anyone with an appropriate use case. The data allows Googlers to analyze the full behavior on mobile, desktop, and even TV; for example, the Panel Data has user-level logs on:

- Browsing journey of websites **not owned by Google** on different browsers
- What apps **not owned by Google** are opened before interacting with a Google app/website

You can learn more about the Panels team at go/panels.

## Motivating examples

Although many teams benefit from the Third party (3P) behavioral information in the Panels Data set (see go/panels101), it's not as widely known and accessible as Google First Party (1P) data.

Practical usage and access to 1P data wasn't always easy-- the work the ▓▓▓▓ team did is a motivating example Panels Explore initiatives aim to emulate.

Previous to the ▓▓▓▓ data sets, it was a challenge to figure out what 1P data existed, if the data was organized in a way applicable to one's use case, and how to query it. The ▓▓▓▓ dashboard and subsequent work (like ▓▓▓▓) helps Googlers discover 1P data, evaluate if 1P data can be leveraged for their use case, and guides them on how to query.

Our team aims to emulate the success ▓▓▓▓ has done for 1P data, but for the Panels Data set. Within the Panels Explore initiatives, this document details the dashboard, which focuses on discovery and enabling high-level evaluation of Panels Data fit for a Googler's project.

For more details on the Panels Explore Dashboard goals, what it is, and what it is not, check go/panels-explore-dash-prd.

For more details on Panels Explore initiatives, check go/gtech-panels-2020Q1-doc.

## Overview

The Panels Explore Dashboard is an internal-only PLX dashboard that demonstrates how Panels Data can answer questions like: