1
2
3
4
5
6
7
8
9
10
11              UNITED STATES DISTRICT COURT
12        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
13

14 | PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-5146-LHK-SVK
15 | | **[PROPOSED] ORDER GRANTING MOTION TO SEAL**
16 |         Plaintiffs, |
17 |         v. | Judge:          Hon. Lucy H. Koh
   |          | Courtroom:      8
18 | GOOGLE LLC, | Hearing Date:   Jan. 6, 2022
   |          | Hearing Time:   1:30 PM
19 |         Defendant. |

20
21
22
23
24
25
26
27
28

-1-                                Case No. 5:20-cv-05146-LHK-SVK
                                   [PROPOSED] ORDER GRANTING MOTION TO SEAL

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion To Seal certain portions of the Exhibits A and C of Google's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Substitute Plaintiffs. Having considered the motion to seal and Plaintiffs' supporting declaration, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Ex. A to the Opposition | GRANTED as to redacted portions at 6:1, 6:8, 6:14, 6:15, 6:21, 6:24, 8:3, 8:4, 8:6, 8:7, 8:8 | Contains, summarizes, or reflects material designated Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to Stipulated Protective Order |
| Ex. C to the Opposition | GRANTED as to redacted portions at 7:13, 7:21-22, 8:1, 8:7, 8:14 | Contains, summarizes, or reflects material designated Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to Stipulated Protective Order |

**SO ORDERED.**

DATED: _____

THE HONORABLE LUCY H. KOH
United States District Judge