UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO SUBSTITUTE PLAINTIFFS** |

**[PROPOSED] ORDER**

Having considered Defendant Google LLC's ("Google's") Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Substitute Plaintiffs (Dkt. 303), the Declaration of Jomaire Crawford in Support of Google's Opposition to Plaintiffs' Motion to Substitute Plaintiffs, and the exhibits attached thereto, the Court hereby ORDERS that Plaintiffs' Motion to Substitute Plaintiffs is DENIED.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE LUCY H. KOH
United States District Judge