1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14 PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Case No. 5:20-cv-5146-LHK-SVK

15 
16   Plaintiffs,

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 311)

17   v.

18 GOOGLE LLC,

Judge:      Hon. Lucy H. Koh
Courtroom:  8

19   Defendant.

20
21
22
23
24
25
26
27
28

-1-   Case No. 5:20-cv-05146-LHK-SVK
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 311)

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document (Dkt. 311) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion

**SO ORDERED.**

DATED: September 29, 2021

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
United States District Judge