**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION** | Case No. 4:21-cv-2155-YGR<br>**ORDER REVISING CASE SCHEDULE**<br>Dkt. No. 295 |

Pending before the Court is plaintiffs' request to amend the current case schedule at Dkt. No. 221. In light of Judge DeMarchi's discovery order and recommendation (*see* Dkt. No. 313), the Court hereby revises the case schedule as follows:

| | |
|---|---|
| CLASS CERTIFICATION MOTION | Motion: January 24, 2023<br>Opposition: March 21, 2023<br>Reply: May 2, 2023<br>Hearing to be reset later |
| FACT DISCOVERY CUTOFF | July 14, 2023 |
| OPENING EXPERT REPORTS | August 11, 2023 |
| REBUTTAL EXPERT REPORTS | September 15, 2023 |
| CLOSE OF EXPERT DISCOVERY | October 13, 2023 |
| DISPOSITIVE/ DAUBERT MOTIONS | To be filed by November 14, 2023 |
| PRETRIAL CONFERENCE | March 22, 2024 at 9:30 AM |
| JURY TRIAL | May 6, 2024 at 9:00 AM |

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**