1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
7

8  *Interim Class Counsel*
9
   [Additional Counsel Appear On Signature Page]
10

11
                  **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
13

14  In re Google RTB Consumer Privacy          Master File No. 4:21-cv-02155-YGR-VKD
15  Litigation,
                                               **PLAINTIFFS' ADMINISTRATIVE**
16                                             **MOTION TO CONSIDER WHETHER**
    This Document relates to: *all actions*.   **ANOTHER PARTY'S MATERIALS**
17                                             **SHOULD BE SEALED**

18                                             **[Civil L.R. 7-11, 79-5(f)]**

19                                             Judge:  Hon. Yvonne Gonzalez Rogers

20
                                               Hearing Date:       None set.
21                                             Hearing Time:
                                               Hearing Location:
22

23

24

25

26

27

28

## I.    INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed.  Plaintiffs have redacted portions of the <u>Plaintiffs' Motion for Relief from August 26, 2022 Non-dispositive Pre-Trial Order of Magistrate Judge (Dkt. 314) </u>("Motion"), filed this same date.  Plaintiffs redact this information and lodge the Motion conditionally under seal because portions quote from and summarize a document produced by Google in this case, GOOG-HEWT-00098476, that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (Dkt. 59).

The specific portions of the Motion that plaintiffs respectfully request be conditionally redacted or sealed subject to a motion by Google are:

- Portions of plaintiffs' Motion at page 3, portions of line 16 through portion of line 20.

An unsealed and unredacted version of the Motion is lodged under seal as Exhibit 1 with the Declaration of Jonathan K. Levine filed herewith.  Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II.    ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a),(c)(3). Plaintiffs' request seeks to conditionally seal language in the Motion quoting from and referring to a document that Google has designated Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order.  This information is relevant to plaintiffs' Motion and plaintiffs limited the redaction and sealing to as little as possible; therefore, the request to seal cannot be more narrowly drawn by plaintiffs.   Plaintiffs seek this relief in good faith in order to comply with Google's designations and the protective order.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party", Defendant Google. Plaintiffs do not agree that the conditionally-redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order.

## II.     NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.     CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those words in the Motion at page 3, portions of line 16 through portions of line 20; should remain conditionally under seal and in redacted form pursuant to Google's designation.

Dated: September 9, 2022

**PRITZKER LEVINE LLP**

By:   */s/ Jonathan K. Levine*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

***Interim Class Counsel***

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607

1  Tel.: (415) 445-4003
   Fax: (415) 445-4020
2  *lweaver@bfalaw.com*
   *adavis@bfalaw.com*
3  *mmelamed@bfalaw.com*
   *aornelas@bfalaw.com*
4  *jsamra@bfalaw.com*
5
   **SIMMONS HANLY CONROY LLC**
6
7  By: ___*/s/ Jay Barnes*_____
   Jason 'Jay' Barnes (*pro hac vice*)
8  An Truong (*pro hac vice*)
   Eric Johnson (*pro hac vice*)
9  112 Madison Avenue, 7th Floor
   New York, NY 10016
10 Tel.: (212) 784-6400
   Fax: (212) 213-5949
11 *jaybarnes@simmonsfirm.com*
   *atruong@simmonsfirm.com*
12 *ejohnson@simmonsfirm.com*
13
   **DICELLO LEVITT LLC**
14
15 By: ___*/s/ David A. Straite*_____
   David A. Straite (admitted *pro hac vice*)
16 One Grand Central Place
   60 East 42nd Street, Suite 2400
17 New York, NY 10165
   Tel.: (646) 933-1000
18 *dstraite@dicellolevitt.com*;
19
   Amy Keller (admitted *pro hac vice*)
20 Adam Levitt (admitted *pro hac vice*)
   James Ulwick (admitted *pro hac vice*)
21 Ten North Dearborn St., Sixth Floor
   Chicago, IL 60602
22 Tel.: (312) 214-7900
23 *akeller@dicellolevitt.com*
   *alevitt@dicellolevitt.com*
24 *julwick@dicellolevitt.com*
25 **BOTTINI & BOTTINI, INC.**
26
27 By: ___*/s/ Francis A. Bottini, Jr.*___
   Francis A. Bottini, Jr. (SBN 175783)
   Albert Y. Chang (SBN 296065)
28 Anne Beste (SBN 326881)

1  Yury A. Kolesnikov (SBN 271173)
   Nicholaus Woltering (SBN 337193)
2  7817 Ivanhoe Avenue, Suite 102
   La Jolla, CA  92037
3  Telephone: (858) 914-2001
   Facsimile: (858) 914-2002
4  *fbottini@bottinilaw.com*
5  *achang@bottinilaw.com*
   *abeste@bottinilaw.com*
6  *ykolesnikov@bottinilaw.com*
7  *nwoltering@bottinilaw.com*

8  **COTCHETT, PITRE & McCARTHY LLP**

9  By:   */s/ Nanci E. Nishimura*
   Nanci E. Nishimura (Cal. Bar No. 152621)
10 Brian Danitz (Cal. Bar. No. 247403)
11 Karin B. Swope (admitted *pro hac vice*)
   840 Malcolm Road, Suite 200
12 Burlingame, CA 94010
   Tel.: (650) 697-6000
13 Fax: (650) 697-0577
14 *nnishimura@cpmlegal.com*
   *bdanitz@cpmlegal.com*
15 *kswope@cpmlegal.com*

16 ***Counsel for Plaintiffs and the Proposed Class***

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

I,  Bethany Caracuzzo, attest that concurrence in the filing of this document has been

3

obtained from the other signatories. I declare under penalty of perjury that the foregoing is true

4

and correct. Executed this 9th day of September, 2022, at Emeryville, California.

5

6

/s/ *Bethany Caracuzzo*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28