1 | Elizabeth C. Pritzker (Cal. Bar No. 146267)
2 | Jonathan K. Levine (Cal Bar No. 220289)
  | Bethany Caracuzzo (Cal Bar No. 190687)
3 | **PRITZKER LEVINE LLP**
  | 1900 Powell Street, Suite 450
4 | Emeryville, CA 94608
  | Tel.: (415) 692-0772
5 | Fax: (415) 366-6110
  | *ecp@pritzkerlevine.com*
6 | *jkl@pritzkerlevine.com*
7 | *bc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date:    None set. <br> Hearing Time: <br> Hearing Location: |

DECL. OF JONATHAN K. LEVINE I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 4:21-cv-02155-YGR-VKD

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* Dkt. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal as <u>Exhibit 1</u> hereto is the unredacted version of Plaintiffs' Motion for Relief from August 26, 2022 Non-dispositive Pre-Trial Order of Magistrate Judge (Dkt. 314)("Motion"), filed this same date.

3. At page 3, a portion of line 16 through a portion of line 20, of the Motion, plaintiffs refer to and quote from document GOOG-HEWT-00098476, which has been designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the protective order in this action (Dkt. 59). Those portions of the Motion are highlighted in the unredacted version, lodged herewith.

4. Plaintiffs do not join in Google's designation and do not join any request by Google to seal any portion of the Motion (Exhibit 1) or the document it quotes but submit the Motion in redacted form with the information under seal in order to comply with the protective order.

5. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of August, 2022 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine