1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
7

8
   *Interim Class Counsel*
9

10

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN JOSE DIVISION**

13

14 | In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
15 | | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
   | This Document relates to: *all actions*. | |
16 | | |
17 | | |
18 | | **[Civil L.R. 79-5(f)]** |
19 | | Judge: Hon. Yvonne Gonzales Rogers |
20 | | |
21 | | Hearing Date:    None set. |
   | | Hearing Time: |
22 | | Hearing Location: |

23

24

25

26

27

28

PROOF OF SERVICE

Case No. 4:21-cv-02155-YGR-VKD

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On September 9, 2022, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Jonathan K. Levine in support;
3. <u>Exhibit 1</u> – Unredacted version of Plaintiffs' Motion for Relief from Non-dispositive Discovery Order, ***lodged under seal***;
4. Proposed Order

<u>*Via E-mail*</u>
Jeffrey M. Gutkin, Esq.
Whitty Somvichian, Esq.
Aarti Reddy, Esq
Anu S. Dhillon, Esq.
Laura Elliott, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: jgutkin@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
adhillon@cooley.com
lelliot@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 9, 2022 at Emeryville, California.

By: <u>/s/ Bethany Caracuzzo</u>
Bethany Caracuzzo