1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)
3  (wsomvichian@cooley.com)
   JEFFREY M. GUTKIN (SBN 216083)
4  (jgutkin@cooley.com)
   AARTI REDDY (SBN 274889)
5  (areddy@cooley.com)
   LAURA M. ELLIOTT (SBN 286702)
6  (lelliott@cooley.com)
   KELSEY R. SPECTOR (SBN 321488)
7  (kspector@cooley.com)
   REECE TREVOR (SBN 316685)
8  (rtrevor@cooley.com)
   ANUPAM DHILLON (SBN 324746)
9  (adhillon@cooley.com)
   3 Embarcadero Center, 20th floor
10 San Francisco, CA 94111-4004
   Telephone:    +1 415 693 2000
11 Facsimile:    +1 415 693 2222

12 Attorneys for Defendant
   GOOGLE LLC

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

18 In re Google RTB Consumer Privacy
   Litigation,
19

20 This Document Relates to: *all actions*

21

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSES TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (ECF NO. 330)**

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ELLIOTT DECL. ISO GOOGLE'S RESPONSE TO PLAINTIFFS' ADMIN. MOTION CASE NO. 4:21-CV-02155-YGR-VKD**

I, Laura Elliott, declare as follows:

**1.**      I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.  I have personal knowledge of the facts herein, and I am competent to testify.  I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

**2.**      On September 9, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 330) in connection with Plaintiffs' Motion for Relief from August 26, 2022 Non-dispositive Pre-Trial Order of Magistrate Judge ("Motion for Relief").

**3.**      I have reviewed the document that Plaintiffs seek to file under seal pursuant to Local Rule 79-5.  Based on my review of the Motion for Relief and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Motion for Relief from August 26, 2022 Non-dispositive Pre-Trial Order of Magistrate Judge (Dkt. 314) | Portion highlighted at page 3:16-20. | I understand the information requested to be sealed contains Google's confidential and proprietary information regarding Google's internal strategy and business practices, including details related to policies governing relationships with advertisers, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ELLIOTT DECLARATION ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | public or Google's competitors.  I also understand that public disclosure of this information could harm Google's competitive standing. |
|---|---|---|

4.    Page 3 of the Motion for Relief contains a quote from a confidential Google document concerning the company's business practices that has been designated as "Highly Confidential – Attorneys' Eyes Only."  The quote references Google's proprietary information, including details related to policies governing relationships with advertisers, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.  Disclosure of this information could harm Google's competitive standing.

5.    Attached hereto as Exhibit 1 is a copy of the Motion for Relief that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 16, 2022 in Waukegan, Illinois.


*/s/ Laura M. Elliott*
Laura M. Elliott

274863889

Cooley LLP
Attorneys at Law
San Francisco

3

Elliott Declaration ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD