UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXTEND TIME TO FILE ITS MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' NON-PARTY SUBPOENA ON ERNST & YOUNG LLP<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Extend Time to File Its Motion for Protective Order Against Plaintiffs' Non-Party Subpoena on Ernst & Young LLP ("Motion"). Having considered the Motion and supporting papers, the Court **GRANTS** the Motion. If the parties are unable to resolve their disputes related to Plaintiffs' non-party subpoena on Ernst & Young, the parties shall file a joint letter brief not to exceed five double-spaced pages by 4 p.m. pacific on October 20, 2021.

**IT IS SO ORDERED.**

DATED: October 14, 2021

*Susan van Keulen*
HON. SUSAN VAN KEULEN
United States Magistrate Judge