# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:   None set. |

I, Lesley E. Weaver, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice.

2. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. A true and correct copy of the following documents is attached as follows:

    a. An **unredacted** copy of Exhibit 1 to the Joint Letter Brief; and

    b. An **unredacted** copy of Exhibit 2 to the Joint Letter Brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of October, 2022, in Oakland, California.

                                          */s/ Lesley E. Weaver*
                                          Lesley E. Weaver