Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

*[Additional Counsel Appear on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL AT ISSUE IN THE PARTIES' JOINT LETTER BRIEF** <br><br> **Civil L.R. 7-11** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

Pursuant to Civil Local Rule 7-11, Magistrate Judge Virginia K. DeMarchi's Standing Order for Civil Cases, and for the reasons set forth herein and in the accompanying Declaration of Joshua D. Samra ("Samra Decl."), Plaintiffs respectfully request that the Court permit the filing of supplemental material at issue in the parties' joint letter brief regarding the adequacy of Google's privilege assertions and privilege logs, filed this same date (the "joint letter brief"). The supplementary material is attached as Exhibit A to the Samra Decl.

This Court's Standing Order for Civil Cases requests that parties include as an attachment to joint discovery letter briefs "the specific discovery material at issue and the responses." Standing Order at 4(c)(IV). Exhibit A complies with this instruction by identifying the specific entries on Google's privilege logs over which Plaintiffs are challenging Google's assertions of privilege and providing the bases for Plaintiffs' challenge to these entries. Specifically, columns A-H of the Exhibit reflect the information included on Google's privilege logs; column I of the Exhibit identifies the specific entries on Google's privilege logs that Plaintiffs have challenged as deficient; and column J reflects Plaintiffs' written responses explaining their basis for challenging each entry. Samra Decl., ¶ 4. Plaintiffs transmitted this proposed Exhibit to Google on October 18, 2022. Samra Decl., ¶ 5.

Plaintiffs have conferred with Google and it refused Plaintiffs' request to attach this Exhibit as part of the joint letter brief. *See* Samra Decl., ¶ 6. Given that Google's claims of privilege and Plaintiffs' challenges thereto are the subject of the joint letter brief, Plaintiffs respectfully submit the Exhibit to provide the Court with the opportunity to review the specific entries in dispute and Plaintiffs' responses to Google's privilege claims, should it wish to do so.

In accordance with Civil L.R. 7-11(a), the Samra Decl. and a proposed order are attached hereto.

DATED:  October 21, 2022                                      Respectfully submitted,

                                                           **PRITZKER LEVINE LLP**

                                                           By: */s/ Elizabeth C. Pritzker*
                                                           Elizabeth C. Pritzker (Cal. Bar No.146267)

| | |
|---|---|
| 1 | Jonathan K. Levine (Cal. Bar No. 220289) |
| | Bethany Caracuzzo (Cal. Bar No. 190687) |
| 2 | 1900 Powell Street, Ste. 450 |
| | Oakland, CA 94602 |
| 3 | Tel.: (415) 692-0772 |
| | Fax: (415) 366-6110 |
| 4 | *ecp@pritzkerlevine.com* |
| | *jkl@pritzkerlevine.com* |
| 5 | *bc@pritzkerlevine.com* |

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Joshua D. Samra*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
Tel.: (212) 784-6400
Fax: (212) 213-5949
New York, NY 10165
Tel: (646) 993-1000
*dstraite@dicellolevitt.com*

**COTCHETT PITRE & MCCARTHY, LLP**
Nancy E. Nishimura (Cal. Bar No. 152621)

Case No. 4:21-cv-02155-YGR-VKD

PLAINTIFFS' ADMIN. MOT. FOR
LEAVE TO FILE SUPP. MATERIAL AT ISSUE IN JOINT LETTER BRIEF

Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI INC.**
Frances A. Bottini, Jr. (Cal. Bar No. 175783)
Yuri A. Kolesnikov (Cal. Bar. No. 271173)
7817 Ivanhoe Ave., Ste. 102
LA Jolla, CA 92037
Tel.: (848) 914-2001
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I, Joshua D. Samra, hereby certify that on October 21, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

*/s/ Joshua D. Samra*
Joshua D. Samra