1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal. Bar No. 220289)
   Bethany Caracuzzo (Cal. Bar No. 190687)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Tel.: (415) 692-0772
5  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
6  *jkl@pritzkerlevine.com*
7  *bc@pritzkerlevine.com*

8  *Interim Class Counsel*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JOSHUA D. SAMRA IN SUPPORT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AT ISSUE IN THE JOINT LETTER BRIEF** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

I, Joshua D. Samra, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an associate at the law firm of Bleichmar Fonti & Auld LLP, a member in good standing of the bar of the State of California and of this Court, and counsel to Plaintiffs in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' Administrative Motion for Leave to Submit Supplemental Material at Issue in the Joint Letter Brief regarding the adequacy of Google's privilege assertions and privilege logs.

4. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' responses to Google's privilege logs #1 and #2. Columns A-H of the Exhibit reflect the information included on Google's privilege logs #1 and #2; Column I of the Exhibit identifies the specific entries on Google's privilege logs that Plaintiffs have challenged as deficient; and Column J reflects Plaintiffs' written responses explaining their basis for challenging each entry.

5. Plaintiffs transmitted Exhibit A to Google's counsel on October 18, 2022, and requested that Google agree to submit Plaintiffs' responses as an exhibit to the joint letter brief.

6. On October 19, 2022, Google's counsel responded that it would not agree to submit Plaintiffs' responses to Google's privilege logs, but that Plaintiffs could separately seek leave to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of October, 2022, in Ventura, California.

/s/ Joshua D. Samra
Joshua D. Samra