1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL** |

Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTARY MATERIAL

## [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion for Leave to File Supplementary Material At Issue in the Parties' Joint Letter Brief (Dkt. 339), Defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS Plaintiffs' motion. Exhibit A to the Declaration of Joshua D. Samra filed on October 21, 2022 (Dkt. 340-3) is DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE