1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    WHITTY SOMVICHIAN (SBN 194463)
3   (wsomvichian@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
4   (jgutkin@cooley.com)
    LAURA M. ELLIOTT (SBN 286702)
5   (lelliott@cooley.com)
    KELSEY R. SPECTOR (SBN 321488)
6   (kspector@cooley.com)
    REECE TREVOR (SBN 316685)
7   (rtrevor@cooley.com)
    ANUPAM DHILLON (SBN 324746)
8   (adhillon@cooley.com)
    3 Embarcadero Center, 20th floor
9   San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
10  Facsimile:    +1 415 693 2222

11  Attorneys for Defendant
    GOOGLE LLC

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

12

13

14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19

20  In re Google RTB Consumer Privacy
    Litigation,
21

22  This Document Relates to:  *all actions*,

23

24

Master File No. 4:21-cv-02155-YGR (VKD)

**NOTICE OF APPEARANCE OF ELIZABETH
SANCHEZ SANTIAGO AS COUNSEL FOR
DEFENDANT GOOGLE LLC**

25

26

27

28

NOA OF ELIZABETH SANCHEZ SANTIAGO AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)

1    **TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

2        Defendant Google LLC ("Defendant") notifies the court and all parties that Elizabeth

3    Sanchez Santiago of the law firm Cooley LLP hereby appears as Defendant's counsel of record in

4    this action.  She is admitted to practice in California and before this Court.  Her address, telephone

5    number, facsimile number and e-mail address are as follows:

6

7        COOLEY LLP
         Elizabeth Sanchez Santiago (SBN 333789)
8        3 Embarcadero Center, 20th Floor
         San Francisco, CA 94111-4004
9        Telephone: (415) 693-2000
         Facsimile: (415) 693-2222
10       E-mail: lsanchezsantiago@cooley.com

11       Please serve said counsel with all pleadings, notices, and other filings in this action.

12

13   Dated: October 27, 2022                    COOLEY LLP

14

15

16                                              By: */s/ Elizabeth Sanchez Santiago*
                                                    Elizabeth Sanchez Santiago

17                                              Attorney for Defendant
                                                GOOGLE LLC
18

19

20

21   276800355

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOA OF ELIZABETH SANCHEZ SANTIAGO AS
COUNSEL FOR DEFENDANT GOOGLE LLC
CASE NO. 4:21-CV-02155-YGR (VKD)