COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (ECF NO. 340)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare as follows:

1.  I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

2.  On October 21, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 340) in connection with Plaintiffs' Administrative Motion for Leave to File Supplementary Material at Issue in the Parties' Joint Letter Brief (the "Administrative Motion") (ECF No. 341).

3.  I have reviewed the document that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. Based on my review of Exhibit A to the Declaration of Joshua D. Samra in Support of the Administrative Motion (the "Samra Declaration)") and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit A to the Samra Declaration (ECF No. 341-2_ | Highlighted columns ("E-Mail From/Author/Custodian" and "Recipient(s)" columns) | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |

4.  The "E-Mail From/Author/Custodian" and "Recipient(s)" columns of Exhibit A to the Samra Declaration contain confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment.

5.  Attached hereto as Exhibit 1 is a copy of Exhibit A to the Samra Declaration that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ELLIOTT DECLARATION ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1 | highlights the specific information that Google seeks to maintain under seal.

2 |     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2022 in Lake Bluff, Illinois.

                                                                         */s/ Laura M. Elliott*
                                                                         Laura M. Elliott

274863889

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

ELLIOTT DECLARATION ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD