| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com* | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* |
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (SBN 191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **COTCHETT, PITRE & McCARTHY, LLP**<br>Nanci E. Nishimura (SBN 152621)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>*nnishimura@cpmlegal.com* |
| **DICELLO LEVITT LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>*fbottini@bottinilaw.com* |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>This Document Relates to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF MOTION RE: GOOGLE'S NON-COMPLIANCE WITH THE COURT'S SEPTEMBER 6, 2022 ORDER (DKT. 326)**<br><br>Date of Hearing:   TBD<br>Time of Hearing:   TBD |

I, Elizabeth C. Pritzker, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court and a founding partner of Pritzker Levine LLP, one of the law firms representing Plaintiffs and the putative plaintiff classes. On August 3, 2021, I was appointed to serve as Interim Class Counsel for Plaintiffs. (Dkt. No. 77). I submit this declaration in support of Plaintiffs' Motion re. Google's Non-Compliance with the Court's September 6, 2022 Order (Dkt. 326). I have personal knowledge of the facts set forth herein.

2. Since the Court's September 6, 2022 Order re. August 15, 2022 Discovery Dispute re. Damages-Related Discovery (Dkt. 326), Google has produced only one document in response to responsive to category 1 (annual revenue derived from RTB in the United States). Google would not confirm to Plaintiffs that this is its sole responsive document. Since Dkt. 326 was issued, Google has not produced **any documents** responsive to category 2 (costs attributable to RTB in the United States) or category 3 (impact on revenues of disabling third party cookies and/or user identifiers).

3. In light of the looming deadlines, on October 28, 2022 Plaintiffs contacted Google and requested that Google commit to producing all documents responsive to Dkt. 326 by November 4. Google did not respond. Plaintiff followed up again seeking a commitment for such a production, or alternatively, for a briefing. Google refused, responding on November 4, 2022 that, since the Court did not order a compliance deadline, it would produce documents when it deemed it "feasible." Plaintiffs then requested that Google stipulate to completing its responsive production by November 18, 2022, or, in the alternative, agree to a shortened briefing schedule for this motion. Google did not respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of November 2022 in Emeryville, California.

                                                       */s/ Elizabeth C. Pritzker*
                                                      Elizabeth C. Pritzker