# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>This Document Relates to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION RE: GOOGLE'S NON-COMPLIANCE WITH THE COURT'S SEPTEMBER 6, 2022 ORDER (DKT. 326)**<br><br>Date of Hearing: TBD<br>Time of Hearing:  TBD |

Currently pending before the Court is Plaintiffs' Motion re. Google's Non-Compliance with September 6, 2022 Order (Dkt. 326), which was heard on shortened time pursuant to Dkt. ____. Having considered the motion, the relief requested by that motion, and the briefing submitted in conjunction therewith, as well as all other evidence of record, the Court hereby GRANTS Plaintiffs' motion.

Defendant Google LLC shall produce all documents responsive to, and in compliance with, the Court's September 6, 2022 Order (Dkt. 326) by the close of business on **November 18, 2022** and confirm in writing, on that date, that its production in response to Dkt. 326 is complete.

**SO ORDERED.**

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge