**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (SBN 152621)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>This Document Relates to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME RE: RELIEF REQUESTED IN PLAINTIFFS' NOTICE OF GOOGLE'S NON-COMPLIANCE WITH THE COURT'S SEPTEMBER 6, 2022 ORDER (DKT. 326)**<br><br>**Civil L.R. 6-3**<br><br>Date of Hearing: TBD<br>Time of Hearing: TBD |

## I.     INTRODUCTION

Pursuant to Local Rule 6-3, Plaintiffs respectfully request that the Court shorten the time for ruling on Plaintiffs' Motion re. Google's Non-Compliance with the Court's September 6, 2022 Order (Dkt. 362) which requests that the Court order Google to comply with Dkt. 326 by a date certain, no later than November 18, 2022.

Good cause exists for the granting of the relief of shortened time as Google has failed and refused to comply with the Court's September 6, 2022 Order. (Dkt. 326); it has now been 9 weeks since Dkt. 326 was issued, and the Plaintiffs have a deadline of January 24, 2023 by which to file their motion for class certification.  *See* Declaration of Elizabeth C. Pritzker filed herewith.

## II.    RELIEF REQUESTED

Plaintiffs respectfully request that the Court hear, on shortened time Plaintiffs' Motion re: Google's Non-Compliance with the September 6, 2022 Order (Dkt. 326) which seeks an order Google to produce all responsive documents ordered in Dkt. 326 no later than **November 18, 2022**. Plaintiffs propose that Google submit its opposition on Monday **November 14, 2022**, and Plaintiffs submit its reply, if any, on Wednesday **November 16, 2022**.

## III.   BACKGROUND

The September 6, 2022 Order (Dkt. 325) ordered Google to produce three categories of documents:

1. Re. "Annual revenue derived from RTB in the U.S….the Court orders Google to produce documents sufficient to show the revenue it receives on an annual basis from RTB auctions in the United States for the relevant period." Dkt. 326, at 5:4, 11-12;

2. "Costs attributable to RTB in the U.S….if Google does not have any documents showing the costs it contends should be 'offset from revenues to calculate unjust enrichment' that have not yet been produced, then the Court agrees that there is no relief to order. If Google does have such documents, it must produce them." *Id*., at 5:13, 25-26;

3.   Re. "Impact on revenues of disabling third-party cookies, user identifiers…Google must produce all reports, analyses, and studies showing the impact on Google's RTB revenues of disabling third-party cookies and other user identifiers." *Id*., at 6:1, 16-18.

It has now been **9 weeks** from the issuance of Dkt. 326. Since Dkt. 326 was issued, Google has produced only one document responsive to Category 1. Google would not confirm to Plaintiffs that this is its sole responsive document. Since Dkt. 326 was issued, Google has not produced any documents responsive to categories 2 or 3.

During the August 30, 2022 hearing before Judge DeMarchi that resulted in Dkt. 326, the Court noted that Plaintiffs had a right to this discovery, and that these categories of documents are necessary to Plaintiffs' preparation of their motion for class certification, and that without these documents "***there is still no data to rely on***" for class certification. (Aug. 30, 2022 Hearing Tr. at 10:9-12, 41:4-15). After Judge Gonzalez Rogers provided an extension the deadline in light of outstanding discovery, the deadline to move for class certification is now January 24, 2023. *See* Dkt. 329.

## IV.   PLAINTIFFS WILL SUFFER HARM IF THIS RELIEF IS NOT GRANTED

An order shortening time on Plaintiffs' motion seeking a deadline for Google to produce the documents is necessary in light of the January 24, 2023 class certification deadline. A court-ordered strict production deadline is necessary, and there can be no further delay.[1] In their motion, Plaintiffs request that the Court order Google's full compliance with Dkt. 326 and produce all responsive documents no later than close of business **November 18, 2022**.[2]

The parties are now two months into the extension ordered by Judge Gonzalez on September 7 (Dkt. 329) and two months before the new class certification deadline, but, as a result of Google's failure to comply with the Court's order, Plaintiffs remain the same position they were in on September 6 prior to the extension: ***there is still no data to rely on***.

---

[1] Concerned about the class certification deadlines and the preparation of their case, Plaintiffs requested that the Court order a deadline by which Google must comply; the Court declined. Aug. 30, 2022 Hearing Tr. at 41:4-42:13; Dkt. 326.

[2] While Plaintiffs urgently need the documents, this is the production deadline the Court ordered Google to produce other documents in Dkt. 352 (Nov. 2, 2022).

1

## V.    EFFORTS TO RESOLVE THIS ISSUE

2      Given the time that had passed since the Court issued Dkt. 326 on September 6, on October

3  28, 2022, Plaintiffs contacted Google asking that it produce all responsive documents by November

4  4, 2022.  Google did not respond.  On November 3, 2022, Plaintiff again contacted Google and

5  asked if it be producing its responsive documents on November 4, 2022, or, in the alternative,

6  stipulate to a briefing schedule to bring the matter before the Court the following the week.  Google

7  refused both requests, responding that, since the Court had not set a deadline for it to comply with

8  Dkt. 326, Google would therefore comply when it deemed it "feasible."  In attempt to reach

9  resolution without having to bring the matter before the Court, Plaintiffs then proposed Google

10  commit to completing production of its documents responsive to Dkt. 326 by November 18, 2022,

11  or, in the alternative, agree to submit motion for order shortening time. Google did not respond to

12  this proposal. *See* Pritzker Decl., at ¶ 3.

13

## VI.    CONCLUSION

14      Plaintiffs will be substantially prejudiced in their ability to prosecute this case  and prepare

15  their motion for class certification if Google does not comply with the Court's September 6, 2022

16  order immediately. Therefore, deciding this issue on shortened time is imperative.    A proposed

17  order is submitted herewith.

18  DATED: November 7, 2022          Respectfully submitted,

19                                   **PRITZKER LEVINE LLP**

20                                   By: */s/ Elizabeth C. Pritzker*
                                     Elizabeth C. Pritzker (Cal. Bar No. 146267)
21                                   Jonathan K. Levine (Cal Bar No. 220289)
                                     Bethany Caracuzzo (Cal. Bar No. 190687)
22                                   1900 Powell Street, Suite 450
                                     Emeryville, CA 94608
23                                   Tel.: (415) 692-0772
                                     Fax: (415) 366-6110
24                                   *ecp@pritzkerlevine.com*
                                     *jkl@pritzkerlevine.com*
25                                   *bc@pritzkerlevine.com*

26                                   *Interim Class Counsel*

27
                                     **BLEICHMAR FONTI & AULD LLP**
28

1

2

3

4

5

6

By:    /s/ Lesley Weaver
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

7

8

9

10

11

12

13

**SIMMONS HANLY CONROY LLC**

By:    /s/ Jay Barnes
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

14

15

16

17

18

**DICELLO LEVITT LLC**

By: /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*;

19

20

21

James Ulwick (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*julwick@dicellolevitt.com*

22

23

24

25

26

27

28

**COTCHETT, PITRE & McCARTHY LLP**

By:  /s/  Nanci E. Nishimura
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

1

2
                                        **BOTTINI & BOTTINI, INC.**

3
                                        By: */s/ Francis A. Bottini, Jr.*
                                        Francis A. Bottini, Jr. (SBN 175783)
4
                                        Yury A. Kolesnikov (SBN 271173)
                                        7817 Ivanhoe Avenue, Suite 102
5
                                        La Jolla, CA  92037
                                        Telephone: (858) 914-2001
6
                                        Facsimile: (858) 914-2002
                                        *fbottini@bottinilaw.com*
7
                                        *ykolesnikov@bottinilaw.com*

8

9
                                        ***Plaintiffs' Executive Committee***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been

3

obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and

4

correct. Executed this 7th day of November, 2022, at Emeryville, California.

5

6                                  */s/ Bethany Caracuzzo*
                                   Bethany Caracuzzo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo