**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (SBN 152621)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>This Document Relates to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME RE. RELIEF REQUESTED IN PLAINTIFFS' MOTION RE. GOOGLE'S NON-COMPLIANCE WITH THE COURT'S SEPTEMBER 6, 2022 ORDER (DKT. 326)**<br><br>Date of Hearing: TBD<br>Time of Hearing:  TBD |

I, Elizabeth C. Pritzker, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court and a founding partner of Pritzker Levine LLP, one of the law firms representing Plaintiffs and the putative plaintiff classes. On August 3, 2021, I was appointed to serve as Interim Class Counsel for Plaintiffs. (Dkt. No. 77). I submit this declaration in support of Plaintiffs' Administrative Motion for Order Shortening Time Re. Relief Requested in Plaintiffs' Motion Re. Google's Non-Compliance with the Court's September 6, 2022 Order (Dkt. 326). I have personal knowledge of the facts set forth herein.

2. Since the Court's September 6, 2022 Order re. August 15, 2022 Discovery Dispute re. Damages-Related Discovery (Dkt. 326), Google has produced only one document in response to responsive to category 1 (annual revenue derived from RTB in the United States). Google would not confirm to Plaintiffs that this is its sole responsive document. Since Dkt. 326 was issued, Google has not produced **any documents** responsive to category 2 (costs attributable to RTB in the United States) or category 3 (impact on revenues of disabling third party cookies and/or user identifiers).

3. Prior to the filing of this motion, Plaintiffs contacted Google asking that it produce all responsive documents by November 4, 2022. Google did not respond. On November 3, 2022, Plaintiff again contacted Google and asked if it be producing its responsive documents on November 4, 2022, or, in the alternative, stipulate to a briefing schedule to bring the matter before the Court the following the week. Google refused both requests, responding that, since the Court had not set a deadline for it to comply with Dkt. 326, Google would therefore comply when it deemed it "feasible." In attempt to reach resolution without having to bring the matter before the Court, Plaintiffs then proposed Google commit to completing production of its documents responsive to Dkt. 326 by November 18, 2022, or in the alternative, agree to submit motion for order shortening time, with a briefing schedule that Google's opposition to the motion would be

due Monday November 14, 2022 and Plaintiffs' reply would be due November 16, 2022. Google Did not respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of November 2022 in Emeryville, California.

   /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker