1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME RE: MOTION RE: GOOGLE'S NON-COMPLIANCE WITH SEPTEMBER 6, 2022 ORDER (DKT. 326)**<br><br>Civil L.R. 62-3 |

1       Currently pending before the Court is plaintiffs' motion pursuant to Civil L.R. 62-3 for an order shortening time for hearing Plaintiffs' Motion re. Google's Non-Compliance with September 6, 2022 Order (Dkt. 326). Having considered the motion, the relief requested by that motion, and the briefing submitted in conjunction therewith, as well as all other evidence of record, the Court hereby GRANTS plaintiffs' motion.

      Defendant Google, LLC's opposition to Plaintiffs' motion regarding Google's non-compliance with the September 6, 2022 Order (Dkt. 326) is due **November 14, 2022;**

      Plaintiffs' reply, if any, is due **November 16, 2022.**

**SO ORDERED.**

                  >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>  
                  HON. VIRGINIA K. DEMARCHI  
                  United States Magistrate Judge