# EXHIBIT A

1

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)

2

1900 Powell Street, Suite 450
Emeryville, CA 94608

3

Tel.: (415) 692-0772
Fax: (415) 366-6110

4

*ecp@pritzkerlevine.com*

5

*Interim Class Counsel*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COOLEY LLP**
Jeffrey M. Gutkin (SBN 216083)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
*jgutkin@cooley.com*

*Counsel for Defendant Google LLC*
*Additional Counsel Listed on Signature Page*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

*In re Google RTB Consumer Privacy Litigation*,

This Document relates to: *all actions*.

**CASE NO. 4:21-cv-02155-YGR-VKD**

**JOINT STIPULATION AND [PROPOSED] ORDER RE: LEAD COUNSEL ACCESS TO *CALHOUN* MATERIALS IN CONNECTION WITH DISCOVERY DISPUTES**

WHEREAS, on June 24, 2022, this Court authorized Lesley E. Weaver to "present discovery from the Calhoun action under seal to Judge DeMarchi for the purposes of demonstrating (i) the need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi." Dkt. No. 242 at 1-2.;

WHEREAS, on August 25, 2022, this Court issued an Order Re: Procedures For Implementing Order at Dkt. No. 242 Re *Calhoun* Discovery (Dkt. No. 313) ("August 25 Order");

WHEREAS, that Order provided Google's counsel "the opportunity to consider the *Calhoun* materials," and requires the parties to "engage in further discussion that includes consideration of the *Calhoun* materials," and limited participation in those discussions to *Calhoun* counsel "unless Google consents to participation of plaintiffs' other counsel."

WHEREAS, the Court set forth its expectation that Google's consent to the participation of other plaintiffs' counsel "will not be unreasonably withheld, especially with respect to plaintiffs' lead counsel, Ms. Pritzker.";

WHEREAS, pursuant to Dkt. Nos. 242 and 313, plaintiffs have identified and are continuing to identify *Calhoun* materials to Google in connection with certain unresolved discovery disputes in this matter;

WHEREAS, the parties acknowledge that the involvement of plaintiffs' interim lead counsel, Elizabeth Pritzker, is necessary and appropriate to fulfill the Court's requirement that lead counsel participate in conferences regarding the resolution of discovery disputes;

NOW, THEREFORE, the Parties stipulate that Ms. Pritzker and, in the event of her unavailability, counsel at Pritzker Levine LLP ("Authorized Counsel"), is authorized to access *Calhoun* material that is identified by *Calhoun* counsel to Google in connection with the parties' discovery disputes and meet and confer conferences regarding same, subject to the Protective Order in this action, and specifically to Authorized Counsel's agreement to apply the destruction provision of Section 13 of the protective order in this action (Dkt. No. 59) ("Protective Order") to *Calhoun* material should the discovery dispute be resolved by the Court against plaintiffs. Specifically, Authorized Counsel agree that within 60 days after the final disposition of a discovery dispute, if resolved against plaintiffs, all related *Calhoun* material will be destroyed.

2

1        For avoidance of doubt, Authorized Counsel to whom access is authorized by this Stipulation

2    is limited exclusively to Ms. Pritzker and, in the event of her unavailability, to counsel at Pritzker

3    Levine LLP.  Authorized Counsel are not authorized to, and may not share or provide access to

4    *Calhoun* material identified by *Calhoun* counsel in connection with the parties' discovery disputes

5    with any party or any plaintiffs' counsel who is not an attorney of record in the related *Calhoun*

6    action, unless and until the discovery dispute is resolved by the Court in favor of plaintiffs.

7        For any dispute involving *Calhoun* material that is resolved by the Court in favor of

8    plaintiffs, the use and dissemination of such *Calhoun* material by plaintiffs shall be in accordance

9    with the Protective Order in this action (Dkt. No. 59).

10

11    **SO STIPULATED.**

12

13    Dated:  November __, 2022

14

15    **PRITZKER LEVINE LLP**              **COOLEY LLP**

16    By: _____     By:_____

17    Elizabeth C. Pritzker (SBN 146267)     Michael G. Rhodes (SBN 116127)
      Jonathan K. Levine (SBN 220289)       Whitty Somvichian (SBN 194463)

18    Bethany Caracuzzo (SBN 190687)        Jeffrey M. Gutkin (SBN 216083)
      1900 Powell Street, Suite 450          Aarti G. Reddy (SBN 274889)

19    Emeryville, CA 94608               Laura M. Elliott (SBN 286702)
      Tel.: (415) 692-0772               Kelsey R. Spector (SBN 321488)

20    Fax: (415) 366-6110               Reece Trevor (SBN 316685)
      ecp@pritzkerlevine.com           Anupam Dhillon (SBN 324746)

21    jkl@pritzkerlevine.com           3 Embarcadero Center, 20th Floor
      bc@pritzkerlevine.com            San Francisco, CA 94111-4004

22                                  Tel: (415) 693-2000

23    *Interim Class Counsel*           Fax: (415) 693-2222
                                    rhodesmg@cooley.com

24                                  wsomvichian@cooley.com
                                    jgutkin@cooley.com

25                                  areddy@cooley.com
                                    lelliott@cooley.com

26                                  kspector@cooley.com
                                    rtrevor@cooley.com

27                                  adhillon@cooley.com

28                                  Robby L.R. Saldaña (DC No. 1034981)

3

1
2

(*Admitted pro hac vice*)
Khary J. Anderson (DC No. 1671197)
(*Admitted pro hac vice*)

3
4
5
6

1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899
rsaldana@cooley.com
kjanderson@cooley.com

7

*Counsel for Defendant GOOGLE LLC*

8
9
10
11
12
13

14
15

**[PROPOSED] ORDER
Re: LEAD COUNSEL ACCESS TO *CALHOUN* MATERIALS
IN CONNECTION WITH DISCOVERY DISPUTES**

16
17

**SO ORDERED.**

18
19

Dated: _____, 2022

_____
Hon. Virginia K. DeMarchi
Magistrate Judge
Northern District of California

20
21
22
23
24
25
26
27
28

4

**FILER ATTESTATION**

     I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.  Executed on October _____, 2022 in Emeryville, California.

                                       _____
                                       Bethany Caracuzzo

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October ___, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

_____
Bethany Caracuzzo

JOINT STIPULATION AND [PROPOSED] ORDER
RE: LEAD COUNSEL ACCESS TO *CALHOUN* MATERIALS

4:21-CV-05146-YGR-VKD