# **EXHIBIT B**

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] STIPULATED ADDENDUM TO PARTIES' STIPULATED PROTECTIVE ORDER (ECF NO. 59) TO GOVERN PROTECTED *CALHOUN* DISCOVERY MATERIAL** |

WHEREAS, on August 25, 2022, this Court issued an Order Re: Procedures For Implementing Order at Dkt. No. 242 Re *Calhoun* Discovery (ECF No. 313) ("August 25 Order");

WHEREAS, that Order acknowledged that Plaintiffs have "repeatedly" sought leave to file "discovery materials from *Calhoun* [*v. Google LLC*, No. 20-cv-5146] in connection with discovery disputes in this case," ECF No. 313 at 1;

WHEREAS, to promote "efficiency and fairness," that Order established a procedure requiring the parties to meet and confer—under the specific circumstances set forth in the August 25 Order—regarding whether *Calhoun* discovery may be used in resolving a particular discovery dispute in this case, before Plaintiffs may present *Calhoun* discovery to the Court in connection with resolving the dispute, *id.* at 2;

WHEREAS, the August 25 Order further acknowledged that "*Calhoun* materials are subject to a protective order," limiting the use and disclosure of those materials, or information derived from those materials, to the parties to that action only (hereinafter referred to as "*Calhoun* Protected Material"), *id.*;

WHEREAS, Plaintiffs in this action are represented by some of the same attorneys who have appeared on behalf of the plaintiffs in *Calhoun* (hereinafter referred to as "*Calhoun* Counsel");

WHEREAS, certain other Plaintiffs' counsel are ***not*** also counsel of record in *Calhoun* (hereinafter referred to as "*RTB*-only Counsel");

WHEREAS, *Calhoun* Counsel are signatories to the Stipulated Protective Order in *Calhoun* (ECF No. 56) and are bound to its terms, which prohibit, among other things, *Calhoun* Counsel from disclosing or otherwise sharing *Calhoun* Protected Material with *RTB*-only Counsel and Google's counsel in this action, pursuant to the same strictures that apply to any and all other non-parties to that action;

WHEREAS, the August 25 Order contemplates that Google may, in its sole discretion, also authorize specific, individual *RTB*-only Counsel to review specific *Calhoun* Protected Material, for the limited purpose of meeting and conferring regarding discovery disputes in this action, under the circumstances set forth in the August 25 Order;

1 WHEREAS, in cases where Google chooses to grant such access, those individuals shall be hereinafter referred to as "Authorized *RTB* Counsel," and shall hold *Calhoun* Protected Material in strict confidence and not disclose it to anyone, as set forth below;

ACCORDINGLY, the parties, by and through their respective counsel, agree that the Stipulated Protective Order Governing Confidentiality in this action ("*RTB* Stipulated Protective Order") (ECF No. 59), signed by Magistrate Judge Susan van Keulen on June 3, 2021, shall include the following addendum:

1. Only in the specific and limited circumstances set forth in the August 25 Order at page 2:18-27 shall *Calhoun* Counsel share with Google's counsel in this action *Calhoun* Protected Material, for the limited purpose of meeting and conferring regarding discovery in this action.

2. Google may, at its sole discretion and in writing, also designate Authorized *RTB* Counsel to review specific *Calhoun* Protected Material, for the limited purpose of meeting and conferring regarding discovery in this action.

3. Authorized *RTB* Counsel shall not access any Protected *Calhoun* Material without the express authorization in writing of Google.

4. The *RTB* Stipulated Protective Order applies to both *Calhoun* Counsel's and Authorized *RTB* Counsel's handling of any and all Protected *Calhoun* Material for the limited purposes discussed above.

5. *Calhoun* Counsel and/or Authorized *RTB* Counsel shall not otherwise share or reference Protected *Calhoun* Material with anyone for any purpose, including *RTB*-only Counsel.

6. *RTB*-only Counsel shall have no right to access Protected *Calhoun* Material or to obtain information about Protected *Calhoun* Material, pursuant to the same strictures that apply to parties with no connection to this action under the *RTB* Stipulated Protective Order.

7. For clarity, the restrictions in this Addendum do not apply to the parties' use of or access to discovery materials formally produced by Google to Plaintiffs in this action, but any such materials are, and will still be, strictly governed by the *RTB* Stipulated Protective Order.

8. The parties acknowledge that the terms above represent a unique accommodation in the interest of moving this action forward in light of the August 25 Order. Google's agreement to

make specific Protected *Calhoun* Material available to Authorized *RTB* Counsel shall not be construed as an admission that the provisions of this Addendum are appropriate in any other case.

**IT IS SO STIPULATED.**

Dated: October ___, 2022                                     COOLEY LLP

                                                             /s/
                                                             Jeffrey M. Gutkin
                                                             Attorney for Defendant
                                                             GOOGLE LLC

Dated: October ___, 2022                                     PRITZKER LEVINE LLP

                                                             /s/
                                                             Elizabeth C. Pritzker
                                                             Interim Class Counsel for Plaintiffs

Dated: October ___, 2022                                     BLEICHMAR FONTI & AULD LLP

                                                             /s/
                                                             Lesley E. Weaver
                                                             Interim Class Counsel for Plaintiffs

Dated: October ___, 2022                                     SIMMONS HANLY CONROY LLC

                                                             /s/
                                                             Jason "Jay" Barnes
                                                             Interim Class Counsel for Plaintiffs

Dated: October ___, 2022                                     DICELLO LEVITT GUTZLER LLC

                                                             /s/
                                                             David A. Straite
                                                             Interim Class Counsel for Plaintiffs

Dated: October ___, 2022                     BOTTINI & BOTTINI, INC.

                                             _/s/_____
                                             Francis A. Bottini, Jr.
                                             Interim Class Counsel for Plaintiffs

Dated: October ___, 2022                     COTCHETT, PITRE & McCARTHY LLP

                                             By: _/s/_____
                                             Nanci E. Nishimura
                                             Interim Class Counsel for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                      _____
                                             HON. VIRGINIA K. DEMARCHI
                                             UNITED STATES MAGISTRATE JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey M. Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on October ___, 2022, in San Francisco, California.

                                             _/s/_____
                                             Jeffrey M. Gutkin

275997129