COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

W. SOMVICHIAN DECL. ISO GOOGLE'S
OPP'N TO PLS.' ADMIN. MOT.
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Opposition to Plaintiffs' Administrative Motion to Shorten Time ("Admin. Motion") (ECF No. 354). I have personal knowledge of the facts herein, and I am competent to testify.

2. On August 25, 2022, in advance of the Court's August 30, 2022 hearing on the parties' damages letter brief dispute, (ECF No. 291), Plaintiffs' counsel identified in a letter to Google seven documents in Google's production that they characterized as "just some examples" and "only examples" of documents responsive to their request that Google produce "reports, analyses, or studies showing the impact on revenues of disabling third party cookies and other user identifiers" and "discussions regarding the studies."

3. On September 12, 2022, after the Court's September 6, 2022 Order, (ECF No. 326), Plaintiffs provided to Google 94 documents and 2 deposition transcripts that Plaintiffs identified as "Screenwise" documents that were produced in the *Calhoun* action, which they proposed to use in this action. On September 30, 2022, Google provided a letter to Plaintiffs with its responses, agreeing to the use of certain of the documents and transcripts and objecting to others. Plaintiffs have not raised further issues with Google's objections.

4. On October 3, 2022, in response to the Court's September 6, 2022 Order, Google made a production to Plaintiffs of data showing annual revenue received from RTB auctions in the United States.

5. On October 28, 2022, Plaintiffs' counsel first raised issues with Google's production in response to the Court's September 6, 2022 Order by emailing a letter to Google's counsel. That letter demanded production of materials responsive to the Court's September 6, 2022 Order by November 4, 2022. Plaintiffs' letter did not request a meet and confer with Google.

6. On November 3, 2022, Plaintiffs' counsel sent Google's counsel a second email, which demanded that Google advise by close of business that day whether Google would make the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

W. SOMVICHIAN DECL. ISO GOOGLE'S
OPP'N TO PLS.' ADMIN. MOT
CASE NO. 4:21-CV-02155-YGR-VKD

November 4 production Plaintiffs requested. The email stated that if Google responded "no" or if Plaintiffs did not receive a production by November 4, then Plaintiffs would "immediately move the Court for relief." Plaintiffs proposed a briefing schedule with Tuesday, November 8 as the date to file a joint request with the Court. The email did not request a meet and confer with Google.

7. On Friday, November 4, 2022, at 10:00 a.m. Pacific Time ("PT"), Google's counsel informed Plaintiffs by email that the Court had not set a deadline in connection with its September 6, 2022 Order. Google's counsel explained that Google was working to produce additional information in response to the Order and would complete the production as soon as feasible. Google's counsel also explained that Plaintiffs' proposed letter brief violated the Court's Standing Order requiring the parties to meet and confer before submitting any discovery letter brief.

8. On Friday, November 4, 2022, at 2:50 p.m. PT, Plaintiffs' counsel notified Google's counsel by email that Plaintiffs would file a motion on Monday, November 7, 2022, asking the Court to set November 18, 2022 as the deadline for Google to complete its production. Plaintiffs' counsel also stated Plaintiffs would file a motion to shorten the time to brief that motion. This email was the first time Plaintiffs referred to a motion to shorten time. Plaintiffs did not request a meet and confer with Google.

9. On Monday, November 7, 2022, at 1:05 p.m. PT, Google's counsel responded by email to Plaintiffs' November 4, 2022 email, explaining that Google was working in good faith to provide Plaintiffs by November 9, 2022 with a target date for substantial completion of its production and that Plaintiffs' proposed motion practice was procedurally improper under this Court's Standing Order. After Google's counsel sent this response, Plaintiffs filed a noticed motion under Civ. L.R. 7-2 and the Admin. Motion. (*See* ECF Nos. 353, 354.)

10. On November 10, 2022, in response to the Court's September 6, 2022 Order, Google made a production to Plaintiffs of data showing traffic acquisition costs for RTB.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 11, 2022 in San Francisco, California.

                                              */s/ Whitty Somvichian*
                                              Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

W. SOMVICHIAN DECL. ISO GOOGLE'S
OPP'N TO PLS.' ADMIN. MOT
CASE NO. 4:21-CV-02155-YGR-VKD