**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Counsel for Plaintiffs in RTB and Calhoun*

*[Additional Counsel Appear on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed the Parties' discovery dispute Joint Letter re: Use of *Calhoun* Discovery in Relation to the Named Plaintiffs' Log Data (the "Joint Letter"), and the exhibits attached thereto, under seal. Pursuant to the procedure set forth in Judge DeMarchi's August 25, 2022 Order (Dkt. 313), Plaintiffs redact this information and lodge these documents conditionally under seal "without service on or access available to non-*Calhoun* counsel" as Google has not "consent[ed] to filing the material without sealing or consent[ed] to allow plaintiffs' other counsel access." Plaintiffs also redact this information and lodge these documents conditionally under seal because Google has designated information contained therein as "Highly Confidential – Attorneys' Eyes Only" and instructed Plaintiffs to file these documents under seal.

Plaintiffs hereby lodge the following documents conditionally under sealed:

- the Joint Letter in its entirety; and
- Exhibits 1 – 5 to the Joint Letter in their entirety.

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a), (c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has instructed Plaintiffs to submit under seal.

Plaintiffs seek this relief in good faith because Google has requested it be filed under seal and the information sought to be sealed has been designated as "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google. Plaintiffs do not join in Google's designation of these documents as "Highly Confidential – Attorneys' Eyes Only."

### III. NOTICE OF LODGING

Plaintiffs will lodge with the Court and serve on counsel for Defendant Google, without service to the other plaintiffs' lawyers, a complete copy of the unredacted and unsealed documents in accordance with Judge DeMarchi's August 25, 2022 Order (Dkt. 313) and Civil L.R. 5-1(g).

### IV. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the above-described documents should remain under seal and in redacted form pursuant to Google's designations and instructions.

DATED: November 21, 2022                         Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017

Tel.: (212) 784-6400
Fax: (212) 213-5949
New York, NY 10165
Tel: (646) 993-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs in RTB and Calhoun*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November, 2022, at Pacifica, California.

*/s/ Anne K. Davis*
Anne K. Davis

**CERTIFICATE OF SERVICE**

I, Anne K. Davis, hereby certify that on November 21, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

/s/ Anne K. Davis
Anne K. Davis