1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re Google RTB Consumer Privacy
Litigation,

This document applies to: *all actions.*

Case No. 5:21-cv-02155-YGR-VKD

**DECLARATION OF ANNE K. DAVIS
IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE
SEALED**

**[Civil L.R. 7-11, 79-5(f)]**

Magistrate Judge Virginia K. DeMarchi

Hearing Date:     None set.

I, Anne K. Davis, hereby declare as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of California and duly admitted to practice before this Court. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. A true and correct copy of the following documents are attached as follows:

   a. An **unredacted** copy of the Joint Letter re: Use of *Calhoun* Discovery in Relation to the Named Plaintiffs' Log Data is attached hereto; and

   b. **Unredacted** copies of Exhibits 1 – 5 to the Joint Letter are attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2022, at Pacifica, California.

*/s/ Anne K. Davis*
Anne K. Davis

DECL. OF ANNE K. DAVIS ISO PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED