# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:    None set. |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Anothepr Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal pending Google's submission of evidence, per Local Rule 79-5(f):

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Joint Letter re: Use of *Calhoun* Discovery in Relation to the Named Plaintiffs' Log Data | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit 1 to the Joint Letter | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit 2 to the Joint Letter | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibit 3 to the Joint Letter | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 5 | Exhibit 4 to the Joint Letter | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 6 | Exhibit 5 to the Joint Letter | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge