# Plaintiffs and Defendant Google LLC's Joint Letter Concerning *Calhoun* Materials

# Redacted in its Entirety