| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO (SBN 333789)<br>(lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR (VKD)

Pursuant to Local Rule 7-11, Google LLC ("Google") respectfully submits this **unopposed** Motion for Administrative Relief seeking a five-court day extension from November 21, 2022 until November 29, 2022 to file its Motion to Seal portions of the Joint Letter Brief Regarding Named-Plaintiff Data ("Named-Plaintiff Data Brief"), the Joint Letter Brief Regarding Use of *Calhoun* Materials ("*Calhoun* Brief"), and the *Calhoun* materials cited in the *Calhoun* Brief. Google has conferred with Plaintiffs to request their stipulation to this five-court day extension, and Plaintiffs consented to that request. (*See* Declaration of Jeff Gutkin at ¶ 8.)

On November 15, 2022 the Parties agreed to submit the Named-Plaintiff Data Brief and the *Calhoun* Brief (collectively "the Briefs") on Monday, November 21, 2022. (*Id*.) Based on this schedule, Google's first opportunity to see Plaintiffs' portion of the Named-Plaintiff Data Brief and any supporting evidence was on Friday, November 11, 2022. On November 11, 2022, Plaintiffs' counsel indicated to Google that, in connection to the *Calhoun* Brief, they were "considering submitting exemplars/excerpts of certain of the logs as issue in this motion" that were produced in *Calhoun v. Google*, No. 20-cv-5146 ("*Calhoun*"). (*Id*. at ¶ 4.) Plaintiffs first provided Google with a copy of those materials on November 15, 2022. (*Id*.) Google's first opportunity to see Plaintiffs' portion of the *Calhoun* Brief was November 16, 2022. The Parties agreed to exchange the final versions of their respective submissions Monday, November 21, 2022. (*Id*. at ¶ 3.)

Given the short time for Google to prepare its own submissions, review Plaintiffs' final version of the Briefs and the supporting documents as well as *Calhoun* materials, and the intervening Thanksgiving holiday, the undersigned counsel for Google require additional time to carefully evaluate the information contained in the Briefs and documents cited, which involves discovery from a separate action. The exemplars and excerpts identified to date include log samples from one or more named Plaintiffs in the *Calhoun* action. Google holds these records in strict confidence. (*Id*. at ¶ 5.) Counsel, who does not represent Google in the *Calhoun* matter, is not familiar with these documents and must carefully review them in order to ensure that disclosure of these documents will not violate the Protective Order (ECF No. 61) in that case.

Second, given that these documents relate to one of the named *Calhoun* Plaintiffs, the undersigned counsel for Google must not only evaluate the substance of the document for

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR (VKD)

particularly sensitive information as to Google but as to the individual Plaintiff as well.

Given the sensitive nature of the documents at issue, a short continuance of the deadline for Google to move to seal the Briefs, supporting documents, and *Calhoun* materials would promote judicial economy by ensuring that the undersigned counsel for Google has sufficient time to consider the confidentiality of the information contained therein.

Accordingly, Google respectfully requests the Court grant its unopposed request for a five-court day extension until November 29, 2022 to move to seal the Briefs, supporting documents, and *Calhoun* materials.

Dated: November 21, 2022                                         COOLEY LLP


By: */s/ Jeffrey M. Gutkin*
      Jeffrey M. Gutkin

Attorney for Defendant
GOOGLE LLC

277815063

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR (VKD)