COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO (SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JEFFREY GUTKIN ISO GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF J. GUTKIN ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Jeffrey Gutkin, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal portions of the Joint Letter Brief Regarding Named-Plaintiff Data ("Named-Plaintiff Data Brief"), the Joint Letter Brief Regarding Use of *Calhoun* Materials ("*Calhoun* Brief"), and the *Calhoun* materials cited in the *Calhoun* Brief. . I have personal knowledge of the facts herein and, if called as a witness, I am competent to testify.

2. On or about November 9, 2022, the Parties agreed to a tentative schedule for preparing and submitting the Named-Plaintiff Data Brief and the accompanying *Calhoun* Brief (collectively "the Briefs") to the Court on November 18, 2022. The Parties reserved rights to extend the briefing schedule further as needed. On November 15, 2022 the Parties agreed to submit the Briefs on Monday, November 21, 2022.

3. The Parties agreed to a preliminary exchange of their respective portions for the Named-Plaintiff Data Brief on November 11, 2022, and for the *Calhoun* Brief on November 16, 2022.  The final "pens down" exchange was mutually agreed to occur on November 18, 2022. On November 15, 2022, when the Parties agreed to extend the deadline to submit the Briefs, they also agreed to delay this final exchange until Monday, November 21, 2022.

4. Plaintiffs' counsel informed Google on November 11, 2022, that they were "considering submitting exemplars/excerpts" from discovery in *Calhoun v. Google*, No. 20-cv-5146 in connection with their *Calhoun* Brief.  Plaintiffs provided those materials to Google on November 15, 2022.

5. The *Calhoun* materials identified by Plaintiffs included five log samples from discovery taken in the *Calhoun* matter.  Google holds these records in strict confidence

6. Based on a preliminary review, the logs samples identified by Plaintiffs' counsel include information related to one of the named *Calhoun* Plaintiffs.

Cooley LLP
Attorneys at Law
San Francisco

2

Dec. of J. Gutkin iso Google LLC's
Unopposed Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

7.  Pursuant to this Court's prior order, Google's current deadline to move to seal any confidential material cited by Plaintiffs is November 21, 2022. *See* ECF No. 159.

8.  Pursuant to that same order, which contemplates that the Parties can agree to extend deadlines to seal, Google asked Plaintiffs to agree to a five-court day extension of time in which Google could prepare a motion to seal any confidential information cited in the Named-Plaintiff Data brief, the *Calhoun* Brief, and *Calhoun* materials. Plaintiffs' counsel agreed to that request by email on November 15, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November 2022 in Oakland, California.

*/s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

277815086

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF J. GUTKIN ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD