| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SÁNCHEZ SANTIAGO (SBN 333789)<br>(lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>**[Proposed] Order Granting Google LLC's Unopposed Administrative Motion to Extend Time to Move to Seal** |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order Granting Unopposed
Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR (VKD)

Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend Time to Move to Seal portions of the Joint Letter Brief Regarding Named-Plaintiff Data ("Named-Plaintiff Data Brief"), the Joint Letter Brief Regarding Use of *Calhoun* Materials ("*Calhoun* Brief"), and the *Calhoun* materials cited in the *Calhoun* Brief.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED and Google's deadline to move to seal the Named-Plaintiff Data Brief, the *Calhoun* brief, and the *Calhoun* materials cited in the *Calhoun* brief is extended to November 29, 2022.

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

277814995

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR (VKD)