COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO (SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR (VKD)<br><br>[~~Proposed~~] Order Granting Google LLC's Unopposed Administrative Motion to Extend Time to Move to Seal |

Cooley LLP
Attorneys at Law
San Francisco

[~~Proposed~~] Order Granting Unopposed
Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR (VKD)

Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend Time to Move to Seal portions of the Joint Letter Brief Regarding Named-Plaintiff Data ("Named-Plaintiff Data Brief"), the Joint Letter Brief Regarding Use of *Calhoun* Materials ("*Calhoun* Brief"), and the *Calhoun* materials cited in the *Calhoun* Brief.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED and Google's deadline to move to seal the Named-Plaintiff Data Brief, the *Calhoun* brief, and the *Calhoun* materials cited in the *Calhoun* brief is extended to November 29, 2022.

Dated: November 22, 2022

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

277814995

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR (VKD)