UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 362 |

On August 30, 2022, the Court conducted a hearing under seal on the parties' discovery dispute concerning defendant Google LLC's ("Google") production of damages-related discovery (Dkt. No. 291). Dkt. No. 322. A transcript of the hearing has been prepared and filed under seal. Dkt. No. 325. Google has filed an administrative motion asking the Court to order that portions of the August 30, 2022 hearing transcript remain sealed. Dkt. No. 362. Plaintiffs have not filed a response. Having considered Google's submission, the Court grants the administrative motion, as set forth below.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A litigant seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure.

*Id.* at 1098–99; *Kamakana*, 447 F.3d at 1179–80.

Google's motion to seal concerns information submitted in connection with a discovery dispute. The underlying discovery dispute does not address the merits of the parties' claims or defenses, and the Court therefore applies the "good cause" standard of Rule 26(c).

The portions of the August 30, 2022 sealed hearing transcript (Dkt. No. 325) that Google seeks to redact reflect discussion of internal data systems and operations that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Dkt. No. 362 at 2; Dkt. No. 362-1 ¶ 5. Google represents that disclosure to the public would cause competitive harm to Google. Dkt. No. 362 at 4. The Court agrees and finds that good cause exists to seal the following material:

| Document | Portions to be filed under seal |
| --- | --- |
| August 30, 2022 Hearing Transcript (Dkt. No. 325) | Portions highlighted in yellow (*see* Dkt. No. 362-3) at pages 32:18-19, 32:25-33:1, 50:5-7, 50:10-11, and 55:10. |

The August 30, 2022 sealed hearing transcript shall remain under seal in its entirety at Dkt. No. 325. Google has already filed a redacted version of the August 30, 2022 hearing transcript, reflecting the approved redactions, on the public docket at Dkt. No. 362-2. Therefore, no further action by the parties is required.

**IT IS SO ORDERED.**

Dated: November 28, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2