1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR** |
|---|---|
| *This document applies to all actions.* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REVISE CASE SCHEDULE** |

On November 29, 2022, plaintiffs filed a motion pursuant to Fed. R. Civ. P. 16, Civil Local Rule 16-10, and this Court's inherent authority, to extend the pretrial and trial schedule in this matter by either four or six months. ECF No. __. This is the second extension of the schedule sought by plaintiffs. Defendant Google LLC opposes the motion. ECF No. __. Having considered the parties' submissions, the Court finds that there is good cause to grant the relief requested and extend the pretrial and trial schedule in this matter by ___ months.

[EXTENSION FOR SIX MONTHS BELOW]

The previous schedule and the new schedule that will govern this matter are as follows:

| EVENT | OLD CASE SCHEDULE | NEW CASE SCHEDULE |
|---|---|---|
| Class Certification Motion | Motion: January 24, 2023<br>Opposition: March 21, 2023<br>Reply: May 2, 2023<br>Hearing: To be reset later | July 25, 2023<br>September 26, 2023<br>November 7, 2023<br>To be reset later |
| Fact Discovery Cut-Off | July 14, 2023 | January 12, 2024 |
| Opening Expert Reports | August 11, 2023 | February 9, 2024 |
| Rebuttal Expert Reports | September 15, 2023 | March 8, 2024 |
| Close of Expert Discovery | October 13, 2023 | April 12, 2024 |
| Dispositive/Daubert Motions | To be filed by November 14, 2023 | To be filed by May 14, 2024 |
| Pretrial conference | March 2, 2024 at 9:30 a.m. | _____, 2024 at 9:30 a.m. |
| Jury Trial | May 6, 2024 at 9:00 a.m. | _____, 2024 at 9:00 a.m. |

[EXTENSION FOR FOUR MONTHS BELOW]

The documents identified on the spreadsheet provided to Google by plaintiffs on November 21, 2022, an exemplar of which is attached as Exhibit A to the Weaver Declaration (ECF No. __), shall be deemed produced by Google in this action as of the date of this Order. All objections Google may have to the use of any of the documents identified on the spreadsheet in this proceeding are preserved.

The previous schedule and the new schedule that will govern this matter are as follows:

| EVENT | OLD CASE SCHEDULE | NEW CASE SCHEDULE |
|---|---|---|
| Class Certification Motion | Motion: January 24, 2023<br>Opposition: March 21, 2023<br>Reply: May 2, 2023<br>Hearing: To be reset later | May 23, 2023<br>July 25, 2023<br>September 5, 2023<br>To be reset later |
| Fact Discovery Cut-Off | July 14, 2023 | November 10, 2023 |
| Opening Expert Reports | August 11, 2023 | December 8, 2023 |
| Rebuttal Expert Reports | September 15, 2023 | January 12, 2024 |
| Close of Expert Discovery | October 13, 2023 | February 9, 2024 |
| Dispositive/Daubert Motions | To be filed by November 14, 2023 | To be filed by March 12, 2024 |
| Pretrial conference | March 2, 2024 at 9:30 a.m. | _____, 2024 at 9:30 a.m. |
| Jury Trial | May 6, 2024 at 9:00 a.m. | _____, 2024 at 9:00 a.m. |

**IT IS SO ORDERED**

DATED:  December __, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge