| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO (SBN 333789)<br>(lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare as follows:

**1.** I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF Nos. 374). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

On November 29, 2022 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which was filed in connection with Plaintiffs' Motion to Revise Case Schedule (ECF No. 373), and the accompanying Declaration of Lesley E. Weaver (ECF No. 374-1) with attached Exhibits A and B (collectively "the Exhibits").

**2.** On that same day, I received unredacted service copies of Exhibits A and B to the Declaration of Lesley E. Weaver.

**3.** I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit A to Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion to Revise Case Schedule (ECF No. 374-4) | Portions highlighted at pages 4-6, 8-9 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain references to internal code names that Google does not use publicly. I understand such confidential and proprietary |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit b to Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion to Revise Case Schedule (ECF No. 374-4) | Portions highlighted at pages 1-4 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain references to internal code names that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

|  |  | compromise Google's internal practices relating to competing products. |
|--|--|--|

**4.** Google does not seek to redact or file under seal any of the remaining portions of Exhibits A and B to the Declaration of Leslie E. Weaver that not indicated in the table above.

**5.** To the best of my knowledge, certain information in the Exhibits reference internal project and infrastructure names that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors.

**6.** I understand that revealing these terms and corresponding technical details of code name projects would present a serious risk of irreparable harm to Google. Specifically, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses if he or she knew Google's confidential internal names.

**7.** Additionally, I understand that, these names, if made public, would allow individuals who, through legitimate or nefarious means gain access to other documents or information that reference the same code names, to deduce details about the project to which the code names refer that they otherwise would not have understood were related. If individuals know a code name for one of these projects, and then see that same code name in an entirely different context, they will be uniquely positioned to piece together previously unconnectable facts about the project, gaining improper and potentially damaging insight into Google's strategic business and financial decisions and the operation and capabilities of Google's systems.

**8.** Attached hereto as Exhibit 1 is a copy of Ex. A to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion to Revise Case Schedule that highlights the specific information that Google seeks to maintain under seal.

**9.** Attached hereto as Exhibit 2 is a copy of Ex. B to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion to Revise Case Schedule that highlights the specific information that Google seeks to maintain under seal.

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  December 6, 2022 in Lake Bluff, Illinois.

                                                        */s/ Laura M. Elliott*
                                                     Laura M. Elliott

278433747

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

ELLIOTT DECL. ISO GOOGLE'S RESPONSE
TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD