# EXHIBIT 1

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT A
## Unredacted Version of Document Sought to be Sealed

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CALH-00039131 | Google | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX ;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 |
| GOOG-CALH-00039163 | Google | "PrivacyInfo" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange ;("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re;("Unified Identity Service" or "UIS") w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad;((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX ;((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX ;((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX ;(Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX B;(RTB OR "Real-time |
| GOOG-CALH-00039516 | Google | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CALH-00039553 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039565 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039585 | Google | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 |
| GOOG-CALH-00039602 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039645 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039659 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039675 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039689 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039705 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039745 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039759 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039771 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039786 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039798 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039840 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CALH-00039850 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039866 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039881 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039924 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039932 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039950 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039965 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00039985 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040021 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040033 | Google | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in;(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040041 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040054 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040066 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040117 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040132 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040148 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040167 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040182 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040229 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040244 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040265 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040284 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040319 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CALH-00040328 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040341 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040354 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040368 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040401 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040412 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040428 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040440 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040452 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040504 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040521 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040533 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040550 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040562 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040617 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040634 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040648 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040670 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040682 | Google | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* ;(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CALH-00040701 | Google | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CALH-00040709 | Google | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CALH-00040714 | Google | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse;(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-03608299 | Barbara Piermont; Haskell Garon | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (target* OR i |
| | | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va |
| GOOG-CABR-03958649 | Chetna Bindra | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03960913 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03961925 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03963752 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-03964256 | Chetna Bindra | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03988938 | Chetna Bindra | ▮ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | ▮ or ▮ w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | ( ▮ OR ▮ ) w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-03989290 | Chetna Bindra | ▮ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | ("BRSE" or "Bid Request Signal Experiments") w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | ▮ OR ▮ ) w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04261499 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04263490 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04263968 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04265034 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-04265295 | Chetna Bindra | ▇ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | (▇ OR ▇) w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04312374 | Chetna Bindra | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | (▇ or ▇) w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04312887 | Chetna Bindra | (▇ OR ▇) w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04510144 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04511862 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04600720 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04605767 | Chetna Bindra | ▇ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | (▇ or ▇) w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | (▇ OR ▇) w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04679869 | Chetna Bindra | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▇ |
| GOOG-CABR-04684191 | Chetna Bindra | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04803548 | Chetna Bindra | (▇ OR ▇) w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" O |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-04803708 | Chetna Bindra | ▆ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | (▆ OR ▆ w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▆ |
| GOOG-CABR-04803767 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04804315 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04820029 | Chetna Bindra | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (target* OR i |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* |
| | | (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| | | (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-04959755 | Chetna Bindra | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va |
| | | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR Pr |
| | | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR Pr |
| | | ((Brave OR "DuckDuckGo" OR "Duck Duck Go" OR Tor OR Firefox OR Iridium OR Epic OR "Gnu IceCat" OR Pr |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▆ |
| GOOG-CABR-05722343 | Chetna Bindra | ▆ OR ▆ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" O |
| GOOG-CABR-05725361 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-05725362 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-05725363 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-05725365 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-05725367 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▆ |
| GOOG-CABR-05725368 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▆ |
| GOOG-CABR-05725370 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▆ |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-03638777 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03970934 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03971092 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04277060 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04277090 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04278767 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04279312 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04279328 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04279343 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04972857 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04919946 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04920154 | Adrienne Porter Felt | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03764724 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03765124 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03765153 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03765206 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04165334 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04165361 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04165453 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04165456 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04435935 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04435975 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04435988 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436001 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436104 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436217 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436309 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436432 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436508 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436511 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436604 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04436737 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437391 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437399 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437435 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437545 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437795 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437988 | Alex Ainslie | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04437992 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04438055 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04438301 | Alex Ainslie | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03770916 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03771413 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03771501 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03771856 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03772090 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03773004 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03773101 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-03773138 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03773238 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03773285 | Alexei Svitkine | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-05674943 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-05674946 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-05674950 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va (profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat* (profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-05674953 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va<br>(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat*<br>(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-05674957 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va<br>(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat*<br>(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-05674961 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va<br>(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat*<br>(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-05674965 | Alexei Svitkine | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va<br>(profile OR vertical* OR segment* OR "sensitive information") w/25 (priva* OR criticism OR regulat*<br>(profile OR vertical* OR segment* OR "sensitive information") w/35 (priva* OR criticism OR regulat* |
| GOOG-CABR-03608299 | Barbara Piermont; Haskell Garon | ("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (target* OR i<br>("profile" OR "profiles" OR "vertical" OR "verticals" OR "segment" OR "segments") w/15 (value* OR va |
| GOOG-CABR-03958649 | Chetna Bindra | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03960913 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03961925 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03963752 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>(RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR █ |
| GOOG-CABR-03964256 | Chetna Bindra | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5<br>("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-03988938 | Chetna Bindra | █ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid<br>"Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5<br>█ or █ w/15 (RTB or "Realtime bidding" OR "real time bidding"<br>█ OR █ w/15 (RTB or "Real-time bidding" OR "real time biddin<br>("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* giv* OR conse<br>(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse<br>(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-03989290 | Chetna Bindra | █ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid<br>█ or █ ) w/15 (RTB or "Realtime bidding" OR "real time bidding"<br>█ OR █ ) w/15 (RTB or "Real-time bidding" OR "real time biddin<br>("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in<br>(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse<br>(privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse<br>(privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04261499 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>(RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR █ |
| GOOG-CABR-04263490 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>(Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga<br>(RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR █ |
| GOOG-CABR-04263968 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>(RTB OR "Real-tome bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR █ |
| GOOG-CABR-04265034 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX<br>((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |

| DocID | Custodian | RTB Search Terms |
|---|---|---|
| GOOG-CABR-04265295 | Chetna Bindra | ▮ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | ▮ OR ▮ w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04312374 | Chetna Bindra | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | ▮ or ▮ w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04312887 | Chetna Bindra | ▮ OR ▮ w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("FLOC" or "FLoC" or "Federated Learning of Cohorts") w/15 (RTB or "Real-time bidding" OR "real time |
| | | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((user OR users OR consumer OR customer OR people) /5 (confus* OR mislead*)) w/35 ("PII" OR "user in |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04510144 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04511862 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04600720 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04605767 | Chetna Bindra | ▮ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | ▮ or ▮ w/15 (RTB or "Realtime bidding" OR "real time bidding" |
| | | ▮ OR ▮ w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| GOOG-CABR-04679869 | Chetna Bindra | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04684191 | Chetna Bindra | ("NPA" OR ("non-personalized ad" OR "non-perzonalized ads")) w/15 (RTB or "Real-time bidding" OR "re |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| GOOG-CABR-04803548 | Chetna Bindra | (▮ OR ▮) w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" O |
| GOOG-CABR-04803708 | Chetna Bindra | ▮ w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid |
| | | "Sandbox" w/15 (RTB or "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 |
| | | (▮ OR ▮ w/15 (RTB or "Real-time bidding" OR "real time biddin |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (Congress* OR testimony OR testif* OR depos* OR interview* OR regulator* OR government* OR investiga |
| | | (RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR ▮ |
| GOOG-CABR-04803767 | Chetna Bindra | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | ((RTB OR "Real-time bidding" OR "real time bidding" OR "ad exchange" OR (exchange w/5 bid*) OR "AdX |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade OR exchange OR barter OR sell* OR transmit* OR giv* OR conse |
| | | (privacy OR (disclos* OR shar* OR trade or exchange OR barter OR sell* OR transmit* OR giv* OR conse |