# EXHIBIT 2

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT B
# Unredacted Version of Document Sought to be Sealed

## Exhibit A – RFP Annotations[1]

| Bates No. | RTB Custodian | Document Title | Responsive RFP |
|---|---|---|---|
| **CABR-00108745** | Berntson | "▮▮▮▮ prototype for Google demand" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(h), 22(k), 22(l), 22(p); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94; RFP 98; RFP 99; RFP 100 |
| CABR-00134041 | Berntson | "Enabling Cookie Matching for Xbid" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(b), 22(e), 22(h), 22(p); RFP 62; RFP 91; RFP 92; RFP 93; RFP 94 |
| **CABR-00178925** | Berntson | "▮▮▮ post to shar….-concerned about this….can we mainta…." | RFP 13; RFP 14; RFP 22(a), 22(e), 22(f); RFP 31 |
| **CABR-00892126** | Google | "RTB Privacy – DRX review" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(k), 22(l), 22(m), 22(p); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94; RFP 99; RFP 100 |
| **CABR-00893711** | Google | "Field Guide to Display Ads" | RFP 13; RFP 14; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(h), 22(k), 22(l), 22(m), 22(p), 22(q)(ii); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94 |
| **CABR-03731914** | Berntson | "RTB Ramp Up Topics" | RFP 13; RFP 14; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(h), 22(k), 22(l), 22(m), 22(p); RFP 62; RFP 91; RFP 92; RFP 93; RFP 94; RFP 99; RFP 100 |
| CABR-03734305 | Berntson | "Cookie Matching in Demand Product" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(k), 22(l), 22(p); RFP 62. |
| CABR-03810762 | Berntson | "Re: ▮▮▮ Questions" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(k), 22(l); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04123133** | Berntson | "CCPA + RTB / IAB Proposal Analysis" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(d), 22(h), 22(k), 22(m), 22(p); RFP 91; RFP |

---

[1] **Bold** indicates documents that hit on *RTB* search terms.

| | | | |
|---|---|---|---|
| | | | 92; RFP 93; RFP 94; RFP 99; RFP 100 |
| **CABR-04123952** | Berntson | "Platform RTB Talking Points" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(k), 22(l); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04144768** | Jun | "Project ▮▮▮▮" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(g), 22(h), 22(m), 22(p); RFP 62; RFP 91; RFP 92; RFP 93; RFP 94 |
| **CABR-04185493** | Berntson | "RTB CCPA strawman…" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b) 22(c), 22(e), 22(k), 22(p); RFP 62 |
| **CABR-04186385** | Berntson | "Re: Potential CCPA Work: CCPA Pub Control for RTB" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(e), RFP 62; RFP 99; RFP 100 |
| **CABR-04337860** | Ravichandran | "Notes on the RTB anonymization" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(e), 22(f); RFP 31; RFP 62 |
| **CABR-04704676** | Ravichandran | "Notes on the RTB anonymization" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(e), 22(f); RFP 31; RFP 62 |
| **CABR-04719627** | Google | "AdX Privacy Summary – by DAPT" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(f), 22(h), 22(k), 22(l); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04720036** | Google | "Anonymous ADX RTB Bid Request" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(h), 22(k), 22(l), 22(m), 22(p); RFP 31; RFP 62 |
| **CABR-04730699** | Jun | "RTB Privacy – DRX review" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(k), 22(l), 22(m), 22(p), 22; RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94; RFP 99; RFP 100 |
| **CABR-04730717** | Jun | "RTB on sensitive publisher pages" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(b), 22(c), 22(e), 22(f), 22(g), 22(k), 22(l), 22(m), 22(p); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94 |
| **CABR-04773041** | Berntson | "Authorized Buyers & Open Bidders: RTB Redaction" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 2(e), 22(f), |

| | | | |
|---|---|---|---|
| | | | 22(g), 22(l); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04773983** | Berntson | "PRD: ▉▉▉▉▉▉" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(b) 22(c), 22(e), 22(f), 22(g); RFP 62; RFP 99; RFP 100 |
| **CABR-04774237** | Berntson | "▉▉▉▉▉▉ (fka ▉▉▉)" | RFP 13; RFP 14; RFP 21; RFP 22(e), 22(g), 22(l); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04774351** | Berntson | "▉▉▉▉▉ fka ▉▉▉▉▉" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(g); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-04841273** | Berntson | "RTB User Privacy Audit" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(b), 22(c), 22(f), 22(g), 22(h), 22(k), 22(l), 22(m), 22(p); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94; RFP 99; RFP 100 |
| **CABR-05298051** | Berntson | "Re: ANID in RTB Status?" | RFP 13; RFP 14; RFP 21; RFP 22(e), 22(f), 22(g), 22(l); RFP 31; RFP 62 |
| **CABR-05326300** | Jun | "RTB Knowledge Transfer" | RFP 13; RFP 14; RFP 21; RFP 22(e), 22(f), 22(q)(ii); RFP 31; RFP 62 |
| **CABR-05446857** | Berntson | "RTB CCPA strawman… - I think they key point to make is that…" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(g); RFP 62; RFP 100 |
| **CABR-05447154** | Berntson | "PPID pilot for RTB bidders" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(e), 22(f), 22(g), 22(l); RFP 31 |
| **CABR-05744021** | Berntson | "1-Pager: Publisher Provider Signals in RTB" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(b), 22(e), 22(f), 22(g); RFP 31; RFP 62; RFP 99 |
| **CABR-05767428** | Bhatnagar | "Anonymous RTB" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(f), 22(g); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-05892754** | Berntson | "Privacy Modifiers v2 Design" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(g), 22(h); RFP 31; RFP 62; RFP 99; RFP 100 |
| **CABR-05945390** | Berntson | "RTB Leakage Detection" | RFP 13; RFP 14; RFP 15; RFP 17; RFP 21; RFP 22(a), 22(e), 22(l); RFP 31; RFP 62 |

| CABR-05945407 | Berntson | "Why Data Transfer?" | RFP 13; RFP 14; 15; RFP 17; RFP 21; RFP 22(a), 22(e), 22(g), 22(l), 22(q)(ii); RFP 31; RFP 62 |
|---|---|---|---|
| CABR-05948712 | Bindra | "Re: Quick Update on RTB Privacy Discussions" | RFP 13; RFP 14; RFP 21; RFP 22(e), 22(f), 22(g); RFP 31; RFP 62; RFP 99 |
| CALH-00079239 | Berntson | "Future of Web Identity" | RFP 13; RFP 14; RFP 15; RFP 21; RFP 22(a), 22(e), RFP 34(b)-(c); RFP 46; RFP 47; RFP 48; RFP 51; RFP 62 |
| CALH-00575085 | Levitte | "User Data Management in RTB" | RFP 13; RFP 14; RFP 15; RFP 21; RFP 22(a), 22(b), 22(c), 22(h), 22(k), 22(e), 22(g), 22(l), 22(p); RFP 31; RFP 62; RFP 91; RFP 92; RFP 93; RFP 94 |
| CALH-00656196 | Levitte | "DRX Eng review: RTB Privacy (aka ▮▮▮▮)" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(f), 22(g), 22(l); RFP 31; RFP 62 |
| CALH-00656492 | Levitte | "RTB Reset Linkage Risk" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e); RFP 31; RFP 62 |
| CALH-00656565 | Levitte | "RTB Re-identification Dashboard" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e); RFP 31; RFP 62 |
| CALH-00719186 | Levitte | "California Consumer Privacy Act" | RFP 13; RFP 14; RFP 21; RFP 22(a), 22(e), 22(f), 22(g), 22(l); RFP 62; RFP 99; RFP 100 |
| CALH-00862877 | Ochotta | "Deep Dive into AdX Impression Traffic" | RFP 13; RFP 14; RFP 21; RFP 22(e), 22(f), 22(l); RFP 31; RFP 62 |