COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO REVISE THE CASE SCHEDULE**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion to Revise the Case Schedule (ECF No. 373). I have personal knowledge of the facts herein, and I am competent to testify.

2. In connection with the parties' negotiations regarding Google's ESI custodial review, Google and Plaintiffs agreed on 21 custodians and certain search terms. Google applied the agreed-upon search terms to the agreed-upon custodians and reviewed the search-term position documents for responsiveness. Google made periodic productions to Plaintiffs between January 2022 and April 2022, and met the April 21, 2022 deadline to substantially complete document production.

3. On April 25, 2022, after the lapse of the substantial completion deadline, Judge DeMarchi issued an order on the parties' disputes concerning Plaintiffs' First and Second Requests for Production ("RFPs") to Google, (ECF No. 184), and an order on the parties' disputes concerning Google's RFPs to Plaintiffs, (ECF No. 185).

4. On April 29, 2022, Judge DeMarchi issued an order (the "April 29 Order") on the parties' disputes over certain custodians and search terms that Plaintiffs had requested. (ECF Nos. 187, 187-1.) She instructed Google to add 2 custodians and run certain additional search terms.

5. On May 25, 2022, the parties stipulated to revise the then-operative case schedule, given Judge DeMarchi's April 25 and April 29 discovery orders. (ECF No. 208.) The stipulation included a new July 11, 2022 deadline for substantial completion of document production. (*Id*. at 2.) The Court granted the stipulation on June 1, 2022. (ECF No. 221.)

6. On June 25, 2022, after Judge DeMarchi issued an order narrowing the scope of Plaintiffs' Rule 30(b)(6) deposition notice to Google, (ECF No. 231), Plaintiffs sent a letter to Google requesting that Google provide them with witness names and dates for depositions during the weeks of July 18 and July 25, 2022.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

7. On June 29, 2022, Plaintiffs served their Fourth RFPs on Google, comprised of RFPs 58–90. At the time, the extended deadline for substantial completion of document production was less than two weeks away.

8. On July 8, 2022, Google served its first privilege log on Plaintiffs ("Privilege Log #1").

9. By July 11, 2022, Google substantially completed its document production for the additional custodians and search terms that Judge DeMarchi instructed Google to apply in her April 29 Order. Plaintiffs have never sought relief from Judge DeMarchi concerning a purported failure by Google to meet this deadline.

10. On July 11, 2022, Google provided Plaintiffs with Dr. Glenn Berntson's availability for a combined Rule 30(b)(6) deposition and a personal deposition in August 2022.

11. On July 14, 2022, Plaintiffs sent a letter to Google's counsel, which stated that Plaintiffs were "deferring" the Rule 30(b)(6) deposition and the proposed personal deposition of Dr. Glenn Berntson "until the Named Plaintiffs' data has been produced."

12. On July 15, 2022, Google responded to Plaintiffs' July 14, 2022 letter to express its disagreement that Plaintiffs could refuse to proceed with the depositions of Google witnesses based on the production of Named Plaintiff data.

13. On July 21, 2022, Google began producing Named Plaintiff data.

14. On July 25, 2022, Plaintiffs served their Fifth RFPs on Google, comprised of RFPs 91–108. The deadline for substantial completion of document production had lapsed two weeks earlier.

15. On August 21, 2022, Google made another production of Named Plaintiff data.

16. On August 26, 2022, Judge DeMarchi issued an order (the "August 26 Order") regarding the parties' disputes concerning Plaintiffs' discovery requests to Google regarding Named Plaintiff data. (ECF No. 314.) The August 26 Order denied certain of Plaintiffs' requests, required Google to make limited additional productions, and instructed the parties to meet and confer regarding the scope of certain of those productions, including to account for concerns like burden.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

17. On September 19, 2022, Google sent a letter to Plaintiffs in which Google committed to produce additional Named Plaintiff data in response to the August 26 Order, including Named Plaintiff data from various internal logs.

18. On September 2, 2022, Plaintiffs sent Google a letter with their first response to Google's July 11, 2022 Privilege Log #1.

19. On September 9, 2022, Google provided Plaintiffs with a second privilege log ("Privilege Log #2").

20. On October 1, 2022, Plaintiffs sent Google a letter with their first response to Google's September 9, 2022 Privilege Log #2.

21. On October 3, 2022, Plaintiffs served their Sixth RFPs on Google, comprised of RFPs 109–113. The deadline for substantial completion of document production had lapsed nearly three months earlier.

22. On October 3, 2022, Plaintiffs sent Google draft deposition notices for the personal depositions of Dr. Berntson and Stan Belov, and requested dates for depositions between November 30 and December 14, 2022.

23. On October 7, 2022, Google produced various types of data to Plaintiffs to respond to the Court's August 26 Order, including Plaintiffs' sign-up information, relevant account settings, consent-related data, and over ███████ "My Activity" records, including web-browsing history.

24. On November 11, 2022, Google made another production of Named Plaintiff data from its logs that did not require contractual notice to advertisers. With this production, Google has produced collectively over ███████ data records from its internal logs, reflecting the specific categories of information contemplated in the August 26 Order. Google anticipates making another such production of log data in short order once the contractual-notice period has expired, which will provide Plaintiffs with over ███████ additional records from its logs.

25. On November 28, 2022, Plaintiffs served on Google formal notices for Dr. Berntson and Mr. Belov's personal depositions. Plaintiffs noticed Dr. Berntson's personal deposition for December 8, 2022, and Mr. Belov's personal deposition for December 13, 2022.

26. On December 1, 2022, in response to Judge DeMarchi's November 17, 2022 order

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

denying Plaintiffs' challenge to Google's privilege logs (ECF No. 360), Google provided supplemental information regarding 18 disputed entries in Google's privilege logs. As of the filing of this declaration, Plaintiffs have not filed a motion with Judge DeMarchi renewing their challenge to Google's privilege logs.

27. On December 6, 2022, Judge DeMarchi held a hearing regarding Plaintiffs' claims that Google's plan for producing Named Plaintiff data was insufficient. (ECF No. 376.) No order has yet issued.

28. On December 8, 2022, Plaintiffs took Dr. Berntson's personal deposition. The deposition lasted seven hours on the record.

29. On December 13, 2022, Plaintiffs took Mr. Belov's personal deposition. The deposition lasted approximately six hours and 52 minutes on the record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2022 in San Francisco, California.

                                             */s/ Whitty Somvichian*
                                             Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD