COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ROBBY L. R. SALDAÑA IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO REVISE THE CASE SCHEDULE**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. SALDAÑA ISO GOOGLE'S OPP. TO
PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

I, Robby L. R. Saldaña, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am admitted to practice before this Court *pro hac vice*. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion to Revise the Case Schedule (ECF No. 373). I have personal knowledge of the facts herein, and I am competent to testify. I submit this declaration to separately address Plaintiffs' recent *Calhoun* cross-use requests to Google in this case.

2. On Thursday, November 17, 2022, Plaintiffs sent a letter to Google's counsel in this case, requesting that Google agree to cross use of the following items in connection with Dr. Berntson's personal deposition: (1) 32 documents (identified by Bates only) produced in *Calhoun v. Google LLC*, No. 20-cv-05146 (N.D. Cal.) ("*Calhoun*"), which Plaintiffs claimed they were "unable to locate in Google's *RTB* production," (2) the June 16, 2021 Rule 30(b)(6) deposition of Dr. Berntson in *Brown v. Google, LLC*, No. 20-cv-03664 (N.D. Cal.) ("*Brown*"), and all related exhibits, (3) the March 18, 2022 personal deposition of Dr. Berntson in *Brown*, and all related exhibits, and (4) the April 14, 2022 Rule 30(b)(6) deposition of Dr. Berntson in *Calhoun* and all related exhibits. Plaintiffs requested a meet and confer on Tuesday, November 22, 2022 at 10:00 a.m. PT or confirmation by close of business November 22, 2022 if Google agreed to cross use.

3. On Saturday, November 19, 2022, Plaintiffs sent a letter to Google's counsel in this case, requesting that Google agree to cross use of an additional 9 produced *Calhoun* documents in connection with Mr. Belov's personal deposition, which Plaintiffs claimed they were "unable to locate in Google's *RTB* production." Plaintiffs requested a meet and confer on Tuesday, November 22, 2022 at 10:00 a.m. PT or confirmation by close of business November 22, 2022 if Google agreed to cross use.

4. Google's counsel in this case reviewed the 41 produced *Calhoun* documents Plaintiffs identified in connection with the November 17 and November 19 cross-use requests related to the personal depositions of Dr. Berntson and Mr. Belov. Of these documents:

    a. At least seven produced *Calhoun* documents fall outside of the *RTB* relevant time period of March 26, 2016 to the present:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF R. SALDAÑA ISO GOOGLE'S OPP. TO
PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

| | Produced *Calhoun* Document | Document | Date |
|---|---|---|---|
| 1. | GOOG-CABR-00134041 | "Enabling Cookie Matching for Xbid" | 5/24/2012 |
| 2. | GOOG-CABR-00892126 | "RTB Privacy – DRX review" | 11/18/2014 |
| 3. | GOOG-CABR-04719627 | "AdX Privacy Summary – by DAPT" | 4/1/2016 |
| 4. | GOOG-CABR-04730717 | "RTB on sensitive publisher pages" | 11/28/2014 |
| 5. | GOOG-CALH-00862877 | "Deep Dive into AdX Impression Traffic" | 08/12/2013 |
| 6. | GOOGL-CABR-04730699 | "RTB Privacy – DRX review" | 11/18/2014 |
| 7. | GOOGL-CALH-00656492 | "RTB Reset Linkage Risk" | 02/26/2016 |

b. Four produced *Calhoun* documents are identical to four produced *RTB* documents:

| | Produced *Calhoun* Document | Produced *RTB* Document | Document Title |
|---|---|---|---|
| 1. | GOOG-CABR-00108745 | GOOG-HEWT-00184700 | ▆▆▆▆ Prototype for Google demand |
| 2. | GOOG-CABR-03731914 | GOOG-HEWT-00315405 | RTB Ramp Up Topics |
| 3. | GOOG-CABR-05945390 | GOOG-HEWT-00123070 | RTB Leakage Detection |
| 4. | GOOG-CALH-00656565 | GOOG-HEWT-00181394 | RTB Re-identification Dashboard |

c. Two produced *RTB* documents are later-in-time versions that subsume two produced *Calhoun* documents.

| | Produced *Calhoun* Document | Produced *RTB* Document | Document Title |
|---|---|---|---|
| 1. | GOOG-CABR-05298051 | GOOG-HEWT-00283841 | ANID in RTB Status? |
| 2. | GOOG-CABR-00178925 | GOOG-HEWT-00076670 | ▆▆▆ post to share on GitHub |

d. Two produced *RTB* documents are versions of two produced *Calhoun* documents that substantially overlap with the produced *Calhoun* documents.

| | Produced *Calhoun* Document | | Produced *RTB* Document | Document Title |
|---|---|---|---|---|
| 1. | GOOG-CABR-04774237 | ▆▆▆ (May 2020) | GOOG-HEWT-00159300 | ▆▆▆ (Jan. 2021) |
| 2. | GOOG-CABR-05767428 | ▆▆▆ | GOOG-HEWT-00451796 | ▆▆▆ |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. SALDAÑA ISO GOOGLE'S OPP. TO
PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

5. On Monday, November 21, 2022, Plaintiffs sent an email to Google's counsel in this case, requesting that Google agree to cross use of "more than 20,000 documents" produced in *Calhoun*, which Plaintiffs claimed to have identified in an Excel spreadsheet attached to the email. Plaintiffs claimed that the produced *Calhoun* documents "include a court-ordered RTB search term and come from the Google central repository or the custodial file of a court-ordered RTB custodian, or have 'RTB' as a term in the subject or title of the document" and that "[n]one of these documents have been produced by Google in the RTB action." The Excel had three tabs: (1) "Google custodian," (2) "RTB custodian & 'RTB' term," and (3) "'RTB' Term." For each document in each tab, Plaintiffs identified a *Calhoun* production Bates stamp, a custodian, and the *RTB* search term on which the document purportedly hit. Plaintiffs provided no other information, including whether each document was inside the relevant time period in this case.

6. Tab 3 of Plaintiffs' *Calhoun* Excel identified produced *Calhoun* documents for at least 20 individuals who are not court-approved custodians in this case. Two individuals listed in Tab 3 are individuals who Plaintiffs previously sought to make an *RTB* custodian. (ECF No. 176 at 8 (Hyewon Jun), 10 (Dave Monsees).) Six months earlier, Judge DeMarchi denied Plaintiffs' request to make these individuals *RTB* custodians. (ECF No. 187 at 3.) Plaintiffs' *Calhoun* Excel also identified by the Bates the four produced *Calhoun* documents for which Google produced substantively identical copies in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2022 in Washington, D.C.

                                                      */s/ Robby L. R. Saldaña*
                                                      Robby L. R. Saldaña

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: December 13, 2022        COOLEY LLP

                                        By: /s/ *Whitty Somvichian*
                                            Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF R. SALDAÑA ISO GOOGLE'S OPP. TO
PLS.' MOT. TO REVISE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD