COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br><br>This Document Relates to: *all actions*, | Master File No. 5:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ROBBY L. R. SALDAÑA IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. SALDAÑA ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 5:21-CV-02155-YGR-VKD

1    I, Robby L. R. Saldaña, declare as follows:

2    1.    I am an associate at the law firm of Cooley LLP and attorney of record for Google

3    in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*").  I am

4    admitted to practice before this Court *pro hac vice*.  I submit this declaration in support of Google's

5    Administrative Motion ("Sealing Motion") to consider whether portions of Google's Opposition to

6    Plaintiffs' Motion to Revise the Case Schedule ("Google's Opposition"), portions of the

7    Declaration of Whitty Somvichian in Support of Google's Opposition ("Somvichian Declaration"),

8    and portions of the Declaration of Robby L. R. Saldaña in Support of Google's Opposition

9    ("Saldaña Declaration") should remain under seal.  I have personal knowledge of the facts herein,

10    and I am competent to testify.  I make this declaration pursuant to Local Rule 79-5(c) as an attorney

11    for Google as the Designating Party.

12    2.    I have reviewed the documents that Google seeks to file under seal pursuant to Local

13    Rule 79-5.  Based on my review and in consultation with my client, I understand that there is good

14    cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Google LLC's Opposition to Plaintiffs' Motion to Revise the Case Schedule | Portions highlighted at page 6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, as well as the burden associated with producing this information in litigation, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF R. SALDAÑA ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 5:21-CV-02155-YGR-VKD

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| | | of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Whitty Somvichian in Support of Google's Opposition | Portions highlighted at page 3 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, as well as the burden associated with producing this information in litigation, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Robby L. R. Saldaña in Support of Google's Opposition | Portions highlighted at page 2 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. SALDAÑA ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 5:21-CV-02155-YGR-VKD

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| | | Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, as well as the burden associated with producing this information in litigation, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

3.    Google does not seek to redact or file under seal any of the remaining portions of Google's Opposition, the Somvichian Declaration, or the Saldaña Declaration not indicated in the table above.

4.    To the best of my knowledge, certain information in the documents indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to various of Google's online tools and their proprietary functionalities, data infrastructure, logs, and metrics.

5.    I understand that revealing this information publicly may reveal Google's internal

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF R. SALDAÑA ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 5:21-CV-02155-YGR-VKD

1  strategies, system designs, and business practices for operating and maintaining many of its

2  important proprietary services.

3       6.     I understand that public disclosure of this information presents serious risk of

4  irreparable harm to Google, including cyber security risk, as third parties may seek to use this

5  information to compromise Google's data sources, including data logs, internal data structures, and

6  internal identifier systems.

7       7.     Attached hereto as Exhibit A is a copy of Google's Opposition that highlights the

8  specific information that Google seeks to maintain under seal.

9       8.     Attached hereto as Exhibit B is a copy of the Somvichian Declaration that highlights

10  the specific information that Google seeks to maintain under seal.

11       9.     Attached hereto as Exhibit C is a copy of the Saldaña Declaration that highlights the

12  specific information that Google seeks to maintain under seal.

13       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

14  December 13, 2022 in Washington, D.C.

15                                  */s/ Robby L.R. Saldaña*
                                Robby L.R. Saldaña

DEC. OF R. SALDAÑA ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 5:21-CV-02155-YGR-VKD