**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

*Additional Counsel Listed on Signature Page*

**COOLEY LLP**
Jeffrey M. Gutkin (SBN 216083)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
*jgutkin@cooley.com*

*Counsel for Defendant GOOGLE LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br><br> This Document Relates to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD <br><br> **STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF DECEMBER 6, 2022 HEARING TRANSCRIPT** <br><br> Hon. Virginia K. DeMarchi, USMJ |

1    WHEREAS, on December 6, 2022, the Court conducted a Discovery Hearing as to the Joint

2  Discovery Letter Brief re: the Named Plaintiffs' Log Data. The Court ordered a portion of the

3  proceedings SEALED to the public and non-*Calhoun* Plaintiffs' counsel and ordered the transcript

4  portion time stamped 10:09 a.m. – 12:05 p.m. SEALED. Dkt. No. 376;

5    WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot

6  be generated without an order from the assigned judge"[1];

7    WHEREAS, the parties agree that the transcript may be released to counsel in this action who

8  are also counsel of record in the *Calhoun* action and subject to the *Calhoun* protective order

9  ("*Calhoun-RTB* Plaintiffs' Counsel") and Google's counsel of record in this matter;

10    NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's

11  approval, that the complete transcript of the December 6, 2022 discovery hearing may be released to

12  *Calhoun-RTB* Plaintiffs' Counsel and Google's counsel of record in this matter.

13

14  DATED:  December 15, 2022

15  **PRITZKER LEVINE LLP**                                    **COOLEY LLP**

16  By:    */s/ Elizabeth C. Pritzker*                          By:    */s/ Jeffrey M. Gutkin*

17  Elizabeth C. Pritzker (SBN 146267)              Michael G. Rhodes (SBN 116127)
    Jonathan K. Levine (SBN 220289)                Whitty Somvichian (SBN 194463)

18  Bethany Caracuzzo (SBN 190687)               Jeffrey M. Gutkin (SBN 216083)
    1900 Powell Street, Suite 450                        Aarti G. Reddy (SBN 274889)

19  Emeryville, CA 94608                                    Laura M. Elliott (SBN 286702)
    Tel.: (415) 692-0772                                       Kelsey R. Spector (SBN 321488)

20  Fax: (415) 366-6110                                      Reece Trevor (SBN 316685)
    ecp@pritzkerlevine.com                              Anupam P. Dhillon (SBN 324746)

21  jkl@pritzkerlevine.com                              3 Embarcadero Center, 20th floor

22  bc@pritzkerlevine.com                               San Francisco, CA 94111-4004
                                                                    Tel.:  415-693-2000

23  *Interim Class Counsel*                                 Fax:  415-693-2222
                                                                    rhodesmg@cooley.com

24                                                                    wsomvichian@cooley.com

25                                                                    jgutkin@cooley.com
                                                                    areddy@cooley.com

26                                                                    lelliott@cooley.com

27                                                                    kspector@cooley.com

28

[1]  https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

rtrevor@cooley.com
adhillon@cooley.com

Robby L.R. Saldaña (Admitted *pro hac vice*)
Khary J. Anderson (Admitted *pro hac vice*)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel.:  202-776-2109
Fax:  202-842-7899
rsaldana@cooley.com
kjanderson@cooley.com

Attorneys for Defendant
GOOGLE LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Date: _____, 2022

   _____
4  Hon. Virginia K. DeMarchi
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**</u>

2

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained

3

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

Executed this 15th day of December, 2022, at Oakland, California.

5

By: <u>*/s/ Lesley E. Weaver*</u>

6

Lesley E. Weaver

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28