| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br><br>*Interim Class Counsel*<br><br>*Additional Counsel Listed on Signature Page* | **COOLEY LLP**<br>Jeffrey M. Gutkin (SBN 216083)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>*jgutkin@cooley.com*<br><br>*Counsel for Defendant GOOGLE LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF DECEMBER 6, 2022 HEARING TRANSCRIPT**<br><br>Hon. Virginia K. DeMarchi, USMJ |

1  WHEREAS, on December 6, 2022, the Court conducted a Discovery Hearing as to the Joint Discovery Letter Brief re: the Named Plaintiffs' Log Data. The Court ordered a portion of the proceedings SEALED to the public and non-*Calhoun* Plaintiffs' counsel and ordered the transcript portion time stamped 10:09 a.m. – 12:05 p.m. SEALED. Dkt. No. 376;

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript may be released to counsel in this action who are also counsel of record in the *Calhoun* action and subject to the *Calhoun* protective order ("*Calhoun-RTB* Plaintiffs' Counsel") and Google's counsel of record in this matter;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the December 6, 2022 discovery hearing may be released to *Calhoun-RTB* Plaintiffs' Counsel and Google's counsel of record in this matter.

DATED: December 15, 2022

| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
|---|---|
| By:   */s/ Elizabeth C. Pritzker* | By:   */s/ Jeffrey M. Gutkin* |
| Elizabeth C. Pritzker (SBN 146267) | Michael G. Rhodes (SBN 116127) |
| Jonathan K. Levine (SBN 220289) | Whitty Somvichian (SBN 194463) |
| Bethany Caracuzzo (SBN 190687) | Jeffrey M. Gutkin (SBN 216083) |
| 1900 Powell Street, Suite 450 | Aarti G. Reddy (SBN 274889) |
| Emeryville, CA 94608 | Laura M. Elliott (SBN 286702) |
| Tel.: (415) 692-0772 | Kelsey R. Spector (SBN 321488) |
| Fax: (415) 366-6110 | Reece Trevor (SBN 316685) |
| ecp@pritzkerlevine.com | Anupam P. Dhillon (SBN 324746) |
| jkl@pritzkerlevine.com | 3 Embarcadero Center, 20th floor |
| bc@pritzkerlevine.com | San Francisco, CA 94111-4004 |
| | Tel.:  415-693-2000 |
| *Interim Class Counsel* | Fax:  415-693-2222 |
| | rhodesmg@cooley.com |
| | wsomvichian@cooley.com |
| | jgutkin@cooley.com |
| | areddy@cooley.com |
| | lelliott@cooley.com |
| | kspector@cooley.com |

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

rtrevor@cooley.com
adhillon@cooley.com

Robby L.R. Saldaña (Admitted *pro hac vice*)
Khary J. Anderson (Admitted *pro hac vice*)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel.:  202-776-2109
Fax:  202-842-7899
rsaldana@cooley.com
kjanderson@cooley.com

Attorneys for Defendant
GOOGLE LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: December 16 , 2022

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2022, at Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver