Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: January 3, 2023<br>Hearing Time: 2:00p.m.<br>Hearing Location: Rm 1, Fourth Floor |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have redacted portions of plaintiffs' reply brief, ("Reply"), the reply declaration of Elizabeth C. Pritzker in support ("Pritzker Reply Dec."), filed this same date. Plaintiffs also submit under seal, as Exhibits A – L to the Pritzker Reply Dec., documents produced by Google that are cited in Plaintiff's Reply and the Pritzker Reply Dec. Plaintiffs redact and/or seal this information and lodge the unredacted and unsealed versions conditionally under seal because portions of the Reply and Pritzker Reply Dec. quote from and summarize Exhibits B – D and F - L, all of which Google has designated "Confidential" or "Highly Confidential" pursuant to the protective order in this case (ECF No. 59). Exhibits A and E are excerpts of the deposition transcripts of Google employees Dr. Glenn Berntson and Stanislav Belov that Google has also designated "Confidential".

The specific portions of plaintiffs' submission on reply that plaintiffs respectfully request be conditionally redacted or sealed subject to a motion by Google are:

- Reply brief (Exhibit 1 to the Declaration of Jonathan K. Levine filed in support of this administrative motion ("Levine Dec.") at:
    a. page 1, portions of lines 7 and 12;
    b. page 2, lines 8 - 17;
    c. page 3, portion of line 26;
    d. page 6, lines 2 - 3, 16 – 22, and 23 - 24;
    e. page 7, lines 2 - 3, portion of line 5, lines 6 - 7, portions of lines 8 - 9, lines portions of lines 10 - 12, portions of lines 14 - 16, lines 17 - 21 and portions of lines 22 - 23;
- Pritzker Reply Dec. ¶¶ 2 – 12 and portions of ¶ 13 (Exhibit 2);
- Exhibits A– L to the Pritzker Reply Dec. (Exhibits A-L);

Unsealed and unredacted versions of the above are lodged under seal with the Levine Dec. filed herewith. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
- 2 -                                                     4:21-cv-02155-YGR -VKD

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a),(c)(3). Plaintiffs' request seeks to conditionally seal language in the Reply and the Pritzker Reply Dec. quoting from and referring to documents and deposition transcripts that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information and these documents are relevant to plaintiffs' original Motion and Reply, and plaintiffs limited the redaction and sealing to as little as possible; therefore, the request to seal cannot be more narrowly drawn by plaintiffs. Plaintiffs seek this relief in good faith in order to comply with Google's designations and the protective order.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party", Defendant Google. Plaintiffs do not agree that the conditionally-redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order.

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for defendant Google complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the plaintiff's Reply, Pritzker Reply Dec., and those documents and deposition transcript excerpts attached as Exhibits to the Pritzker Reply Dec. should remain conditionally under seal and/or in redacted form pursuant to Google's designation.

Dated: December 20, 2022

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

***Interim Class Counsel***

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Matthew S. Melamed (Cal. Bar No. 260272)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*mmelamed@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By: */s/ Jay Barnes*
Jason 'Jay' Barnes (*pro hac vice*)
An Truong (*pro hac vice*)
Eric Johnson (*pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT LLC**

By: ___/s/ David A. Straite_____
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*;

Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: ___/s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*
*abeste@bottinilaw.com*
*ykolesnikov@bottinilaw.com*
*nwoltering@bottinilaw.com*

**COTCHETT, PITRE & McCARTHY LLP**

By: ___/s/ Nanci E. Nishimura_____
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577

*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

***Counsel for Plaintiffs and the Proposed Class***

|   |   |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been |
| 3 | obtained from the other signatories. I declare under penalty of perjury that the foregoing is true |
| 4 | and correct. Executed this 20th day of December, 2022, at Emeryville, California. |
| 5 |   |
| 6 | /s/ *Elizabeth C. Pritzker* |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |