Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: January 3, 2023<br>Hearing Time: 2:00p.m.<br>Hearing Location: Rm 1, Fourth Floor |

Decl. of J. Levine i.s.o. Plaintiffs' Administrative Motion
to Consider Whether Another Party's Materials Should be Sealed

Case No. 4:21-cv-02155-YGR-VKD

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF No. 77. This declaration is made in support of plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal as <u>Exhibit 1</u> is the unredacted version of plaintiffs' reply in further support of plaintiffs' motion to revise the case schedule, filed this same date ("Reply"). On page 1 lines 7 and 12, page 2 lines 8 – 17, page 3, line 26, page 6 lines 2-3, 16 – 22, and 23 -24, and page 7 lines 2 – 3, a portion of line 5, lines 6 – 7, portions of lines 8 -9, portions of lines 10 – 12, portions of lines 14 – 16 lines 17 -21 and portions of lines 22 – 23 of <u>Exhibit 1</u>, plaintiffs refer to and quote from documents in this case that defendant Google has designated "Confidential" pursuant to the protective order in this case (ECF No. 59). Those portions are highlighted in the unredacted version, lodged conditionally under seal herewith.

3. Attached hereto and lodged under seal as <u>Exhibit 2</u> is the unredacted version of the declaration of Elizabeth C. Pritzker in support of plaintiffs' Reply ("Pritzker Reply Dec.") The Pritzker Reply Dec. cites to and describes information that has been designated "Confidential" by Google. Those portions, paragraphs 2 – 12, and portions of paragraph 13 at page 3, lines 19 - 21, are highlighted in the unredacted version, and are lodged conditionally under seal herewith.

4. Attached hereto and lodged under seal as <u>Exhibits A</u> and <u>E</u> are the unsealed excerpts of the deposition transcripts of Google employees Dr. Glenn Berntson and Stanislav Belov, respectively, that were taken in this action and that were designated "Confidential" by Google.

5. Attached hereto and lodged under seal as <u>Exhibits B – D</u> and <u>F – L</u> are unsealed documents produced by Google in this action, and designated "Highly Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google.

DECL. OF JONATHAN K. LEVINE I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 4:21-cv-02155-YGR-VKD

1

6.     Plaintiffs do not join in Google's designations and do not join any request by Google to seal any portion of the Reply, Pritzker Reply Dec., or Exhibits A – L to the Pritzker Reply Dec., but submit them either entirely under seal or in redacted form with the information under seal in order to comply with the protective order.

7.     Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of December, 2022 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine

DECL. OF JONATHAN K. LEVINE I.S.O. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 4:21-cv-02155-YGR-VKD

2