1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE. PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: January 3, 2023<br>Hearing Time: 2:00p.m.<br>Hearing Location: Rm. 1, Fourth Floor |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Reply in support of Motion to Extend the Case Schedule | • Page 1, portions of lines 7 and 12;<br>• Page 2, lines 8 - 17;<br>• Page 3, portion of line 26;<br>• Page 6, lines 2 - 3, 16 – 22, and 23 - 24;<br>• Page 7, lines 2 - 3, portion of line 5, lines 6 - 7, portions of lines 8 - 9, lines portions of lines 10 - 12, portions of lines 14 - 16, lines 17 - 21 and portions of lines 22 - 23 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| 2 | Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Reply | Paragraphs 2 – 12; portions of Paragraph 13 at 3:19-21. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| A | Excerpts of the deposition transcript of Dr. Glenn Berntson, designated Confidential by Google | Entire exhibit | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| B | Google document GOOG-HEWT- | Entire document | Defendant Google to provide | |

| | | | | |
|---|---|---|---|---|
| | | 00129747, designated Confidential by Google | | evidence, per Local Rule 79-5(f) | |
| | C | Google document GOOG-HEWT-00259486 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| | D | Google document GOOG-HEWT-00134319 designated Highly Confidential – Attorneys' Eyes Only by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| | E | Excerpts of the deposition transcript of Stanislav Belov, designated Confidential by Google | Entire exhibit | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| | F | Google document GOOG-HEWT-00136620 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| | G | Google document GOOG-HEWT-00183744 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| | H | Google document GOOG-HEWT-00133886 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| I | Google document GOOG-HEWT-00183673 designated Highly Confidential – Attorneys' Eyes Only by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| J | Google document GOOG-HEWT-00183910 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| K | Google document GOOG-HEWT-00182250 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| L | Google document GOOG-HEWT-00182248 designated Confidential by Google | Entire document | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge