Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR** |
| *This document applies to all actions.* | **REPLY DECLARATION OF ELIZABETH C. PRITZKER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO REVISE CASE SCHEDULE** |

1    I, Elizabeth C. Pritzker, declare and state as follows:

2    1.    I am an attorney duly admitted to practice before this Court and a partner of Pritzker

3 Levine LLP, one of law firms representing plaintiffs in this matter.   On August 3, 2021, I was

4 appointed to serve as Interim Class Counsel for plaintiffs.   ECF No. 77.    I submit this reply

5 declaration in further support of plaintiffs' motion under Fed. R. Civ. P. 16, Civil Local Rule 16-10,

6 and this Court's inherent authority, to extend the pretrial and trial schedule in this matter by either

7 four or six months.  I have personal knowledge of the facts stated herein and, if called upon to do

8 so, could and would testify competently thereto.

9    2.   ███████████████████████████████████████

10 █████████████████████████████████████████████

11 █████████████████████████████████████████████

12 █████████████████████████████████████████████

13 █████████████████████████████████████████████

14 ███████████████

15    3.   ████████████████████████████████████████

16 █████████████████████████████████████████████

17 █████████████████████████████████████████████

18 ████████████████████████████████████

19    4.   ████████████████████████████████████████

20 ████████████████████████████████████████████

21 █████████████████████████████████████████████

22 ██████████████████████████████

23    5.   ████████████████████████████████████████

24 █████████████████████████████████████████████

25 █████████████████████████████████████████████

26 █████████████████████████████████████████████

27 █████████████████████████████████████████████

28 █████████████████████████████████████████████



1 ███████████████████████████████████████████████████████████

2 ███████████████████████████████████████████████████

3        11.     █████████████████████████████████████████████████

4 ███████████████████████████████████████████████████████████

5 ███████████████████████████████████████████████████████████

6 ███████████████████████████████████████████████████████████

7 █████████████████████████████████████████████

8        12.     █████████████████████████████████████████████████

9 ███████████████████████████████████████████████████████████

10 ███████████████████████████████████████████████████████████

11 ███████████████████████████████████████████████████████████

12 ████████████████████

13        13.    Google's November 23, 2022 production of "all reports, analyses, and studies

14 showing the impact on Google's RTB revenues of disabling third-party cookies and other user

15 identifiers" consisted of only 19 documents. Only 15 of these 19 documents involve reports,

16 analyses, and studies regarding RTB revenue impacts. The production is clearly deficient, omitting

17 dozens, if not hundreds, of responsive documents that plaintiffs know exist. Although plaintiffs

18 informed Google on December 5, 2022, that its production was deficient and demanded that it

19 comply with the Court's order, Google has represented that its production is "complete." ████████

20 ███████████████████████████████████████████████████████████

21 ████████████████████████████████████

22        I declare under penalty of perjury under the laws of the United States and the State of

23 California that the foregoing is true and correct to the best of my knowledge. This declaration was

24 executed in Emeryville, California on the 20th day of December, 2022.

25                                    By:  */s/ Elizabeth C. Pritzker*

26                                        Elizabeth C. Pritzker

27

28