# EXHIBIT A

# [Document Submitted Conditionally Under Seal]