# EXHIBIT K

# [DOCUMENT SUBMITTED UNDER SEAL]