# EXHIBIT L

# [DOCUMENT SUBMITTED UNDER SEAL]