**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Counsel for Plaintiffs in RTB and Calhoun*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**REPLY DECLARATION OF LESLEY E. WEAVER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO REVISE CASE SCHEDULE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: January 3, 2023<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Lesley E. Weaver, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice. On August 3, 2021, I was appointed to serve on the Plaintiffs' Executive Committee in this matter. ECF No. 77. I submit this reply declaration in further support of plaintiffs' motion to extent the pretrial and trial schedule in this matter by six months, or, in the alternative, four months, subject to certain accelerated production of discovery. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. In light of the issues raised in Google's response, Plaintiffs conducted an additional investigation to confirm whether Google failed to produce tens of thousands of documents in this matter. Plaintiffs' investigation confirmed that there remain over 20,000 documents produced in *Calhoun* from Google's files, or those of *RTB* custodians, which are responsive to *RTB* search terms, but which Google has not produced in *RTB*.

3. Plaintiffs utilize a third-party vendor that specializes in e-discovery and document review. Prior to the filing of Plaintiffs' motion to revise the case schedule, the vendor conducted a search to compare the digital fingerprints of the approximately 55,000 documents produced in *RTB* with the approximately 1 million documents produced in *Calhoun*, to determine whether documents exist in *Calhoun* that should have been produced in *RTB*, based on search terms and custodians.

4. The vendor applied an industry-standard technique to compare the MD5 hash of the documents produced in *Calhoun* and *RTB*. Thus, if a document produced in *Calhoun* did not match the MD5 hash of a document produced in *RTB*, the vendor determined the document was not produced in *RTB*.

5. Following Google's filing of its opposition, Plaintiffs further scrutinized the methodology applied by their e-discovery vendor to correct any inaccuracies.

6. Upon further investigation, the vendor determined that Google provided inconsistent metadata in the *Calhoun* and *RTB* actions, including inconsistent custodian information, for 744

documents identified as produced in *Calhoun* but not *RTB*. Thus, 744 documents included in the original search were produced in *RTB* with different metadata.

7. To account for the possibility of inconsistent metadata, the vendor conducted an additional search involving an MD5 hash comparison that did not require a 100% metadata match. The vendor determined that when excluding the 744 documents with inconsistent metadata, there remain over 20,000 documents that were produced in *Calhoun* by an *RTB* custodian and that are responsive to *RTB* search terms, which Google has not produced in *RTB*.

8. Following the vendor's refined search, Plaintiffs discovered that the 4 documents identified in ¶4b of the Saldana Declaration (ECF No. 378-2) and listed in Exhibit B to the Weaver Declaration, were among the 744 documents produced in RTB with inconsistent metadata:

- GOOG-CABR-00108745
- GOOG-CABR-03731914
- GOOG-CABR-05945390
- GOOG-CALH-00656565

9. Separately, Plaintiffs discovered they inadvertently included 8 relevant documents in Exhibit B that are responsive to RTB search terms, but were produced in Calhoun by non-RTB custodians ████████████████████, rather than RTB custodians:

- GOOG-CABR-04144768 (██)
- GOOG-CABR-04337860 (██)
- GOOG-CABR-04704676 (██)
- GOOG-CABR-04730699 (██)
- GOOG-CABR-04730717 (██)
- GOOG-CABR-05326300 (██)
- GOOG-CALH-00719186 (██)
- GOOG-CALH-00862877 (██)

\* \* \*

Executed on this 20th day of December, 2022 in Oakland, California.

                                          */s/ Lesley E. Weaver*
                                          Lesley E. Weaver