| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 07/2021) | **TRANSCRIPT ORDER**<br>*Please use one form per court reporter.*<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |

| 1a. CONTACT PERSON FOR THIS ORDER<br>Julie Law | 2a. CONTACT PHONE NUMBER<br>(415) 445-4009 | 3. CONTACT EMAIL ADDRESS<br>jlaw@bfalaw.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Anne Davis | 2b. ATTORNEY PHONE NUMBER<br>(415) 445-4016 | 3. ATTORNEY EMAIL ADDRESS<br>adavis@bfalaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Bleichmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607 | 5. CASE NAME<br>In re Google RTB Consumer Privacy Litig. | 6. CASE NUMBER<br>21-cv-02155 |
|---|---|---|
| 7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times) ✓<br>RECORDED \| Start: 10:02am / Stop: 12:05pm | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☑ NON-APPEAL  ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2022 | VKD | Disco | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE  /s/ Anne Davis | 12. DATE<br>12/20/2022 |
|---|---|

Clear Form                                                                                  Save as new PDF