1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This document applies to: *all actions.* | **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Magistrate Judge Virginia K. DeMarchi |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remainp filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | 5:14–16, 5:17–18; 6:2–3; 8:14–22; 9:1–10, 9:16–18; 10:1–12, 10:13–25; 11:1–7, 11:8–11; 12:10–11, 12:11–13; 13:6–11, 13:19–23; 14:11–20, 14:28–15:1; 15:6–9, 15:13–14, 15:16–25, 15:27–28; 16:8–10, 16:17–18, 16:23–24 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit A to the Declaration of Joshua D. Samra | Highlighted portions at: page 2, ¶ 3; page 3, ¶¶ 1, 3; page 4, ¶¶ 1, 2, 4. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit C to the Declaration of Joshua D. Samra | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibit D to the Declaration of Joshua D. Samra | Highlighted portions on pages 1, 2 and 3 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 5 | Exhibit E to the Declaration of Joshua D. Samra | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 6 | Exhibit F to the Declaration of Joshua D. Samra | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 7 | Exhibit G to the Declaration of Joshua D. Samra | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

1   **IT IS SO ORDERED.**

2

3   Date: _____                    _____

4                                                Hon. Virginia K. DeMarchi
                                                 United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28