1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Case No. 4:21-CV-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT GOOGLE TO PRODUCE IMPROPERLY WITHHELD DOCUMENTS**<br><br>Judge: Virginia K. DeMarchi<br>Date: January 17, 2023<br>Time: 10:00 a.m.<br>Courtroom: 2, Fifth Floor |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents (the "Motion") and all supporting papers. Having considered the parties' papers filed in support of and in opposition thereto, and other papers and evidence on file, and GOOD CAUSE APPEARING, the Court ORDERS as follows:

- Google shall produce in full the documents corresponding to Entries #4, #41, #285, #660, #1095, #1231, #1262, #2813, #3265, and #9955, because Google has not shown that these documents are protected as privileged and that the document corresponding to Entry #9955 is protected work product.

- Google shall (i) re-review all other documents on its privilege logs challenged by Plaintiffs, (ii) revise its privilege logs to provide the seven (7) categories of information outlined in the Court's November 17, 2022 (ECF No. 360 at 8), and describe with greater specificity the nature of the privileged material withheld in each document (as opposed to Google's boilerplate descriptions that the documents concern legal issues regarding, for example, "privacy issues"), and (iii) produce any documents that, upon further review, are not privileged or work product protected.

- After Google's re-review is complete, Plaintiffs may select a sample of the remaining documents on Google's privilege logs challenged by Plaintiffs for *in camera* review by the Court (which then may provide further grounds for resolving disputes over Google's remaining privilege and work product protection claims).

**IT IS SO ORDERED.**

Date: _____

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge