# EXHIBIT B

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>1900 POWELL STREET, STE 450<br>EMERYVILLE, CA 94608 | **BLEICHMAR FONTI & AULD LLP**<br>555 CITY CENTER WEST, STE 1600<br>OAKLAND, CA 94607 |
| **DICELLO LEVITT GUTZLER LLC**<br>60 EAST 42ND STREET, STE 2400<br>NEW YORK, NY 10165 | **SIMMONS HANLY CONROY LLC**<br>112 MADISON AVENUE, 7TH FL<br>NEW YORK, NY 10016 |
| **COTCHETT PITRE & MCCARTHY LLP**<br>840 MALCOLM ROAD, STE 200<br>BURLINGAME, CA 94010 | **BOTTINI & BOTTINI INC**<br>7817 IVANHOE AVENUE, STE 102<br>LA JOLLA, CALIFORNIA 92037 |

October 1, 2022

**Via E-Mail**

Jeffrey M. Gutkin
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
E-mail:  jgutkin@cooley.com

Laura M. Elliot
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL  60606
T: +1 312 881 6673
lelliott@cooley.com

> Re: *In re Google RTB Consumer Privacy Litigation*,
> No. 5:21-cv-02155-YGR (N.D. Cal.)
> Plaintiffs' Response to Google's Privilege Log #2

Dear Counsel:

This letter and accompanying spreadsheet respond to Google's Privilege Log #2, served on September 9, 2022, and sets out the bases of Plaintiffs' challenges to Google's assertions of privilege. Column "I" of the accompanying spreadsheet identifies the entries Plaintiffs are challenging, and column "J" provides Plaintiffs' basis for challenge.

Plaintiffs are challenging Google's assertions of privilege over 256 entries on the following bases:[1]

- **Insufficient Detail** –Google has not provided sufficient detail to assess its privilege claim over all 256 entries challenged by Plaintiffs;

---

[1] Plaintiffs September 2, 2022 letter to Google regarding its Privilege Log #1 provides further detail about these bases of challenge.

Letter to Cooley LLP
October 1, 2022                                                                                                          Page 2

- **No Attorney ID'd or Present** –Plaintiffs are challenging Google's claim of attorney-client privilege over 47 entries where no counsel is identified by Google or present on the face of the document, and the context of the document does not appear to concern legal advice;

- **Attorney ID'd or Present, but No Legal Advice Provided/Solicited** –Plaintiffs are challenging 209 entries where counsel is identified or present on the face of the document, but the withheld information does not appear to have been made for the primary purpose of providing or soliciting legal advice;

- **Improperly Withheld** –Plaintiffs are challenging 229 entries where Google withholds the entire document which, even if they concern legal advice, should be produced in part with redactions;

- **Distribution List Whose Members are Unknown** –Plaintiffs are challenging 15 documents disclosed to email distribution lists whom members are unknown;

- **Improper Work Product Claims –** Plaintiffs are challenging 41 entries on the basis that Google has not substantiated it claim of work product protection.

Plaintiffs expect to discuss challenges to this log and to Google's Privilege Log #1 during the parties' meet and confer on Monday, 10/3, at 11 am PT.

                                             Sincerely,

                                             */s/ Elizabeth C. Pritzker*
                                             Elizabeth C. Pritzker
                                             PRITZKER LEVINE LLP

                                             */s/ Joshua D. Samra*
                                             Joshua D. Samra
                                             Bleichmar Fonti & Auld LLP

cc:     All counsel of record (via e-mail)