COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 392). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

2. On December 23, 2022 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 392), which was filed in connection with Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents (ECF No. 393) ("Motion to Compel"), and the accompanying Declaration of Joshua D. Samra (ECF No. 393-1) ("Samra Declaration) with attached Exhibits A-G (ECF Nos. 393-3 – 393-9) (collectively "the Exhibits").

3. On that same day, I received unredacted service copies of Plaintiffs' Motion to Compel and the Exhibits to the accompanying Samra Declaration.

4. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | Portions highlighted at pages: 5, 8-16 | I understand the information requested to be sealed contains descriptions and summaries of privileged, attorney-client communications and work product from Google in-house attorneys providing legal advice. |
| Exhibit A to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion to Compel Defendant Google to | Portions highlighted at pages: 2-4 | I understand the information requested to be sealed contains descriptions and summaries of privileged, attorney-client communications and work product from Google in-house attorneys providing legal advice. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Produce Improperly Withheld Documents | | |
| Exhibit C to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | Entirety | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |
| Exhibit D to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | Portions highlighted at pages: 3 | I understand the information requested to be sealed contains descriptions and summaries of privileged, attorney-client communications and work product from Google in-house attorneys providing legal advice. |
| Exhibit E to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal data systems and operations, including Google's internal data signals and their proprietary functionalities that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit F to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| to Compel Defendant Google to Produce Improperly Withheld Documents | | regarding highly sensitive features of Google's internal data systems and operations, including Google's internal data signals and their proprietary functionalities that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit G to the Declaration of Joshua D. Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal data systems and operations, including Google's internal data signals and their proprietary functionalities that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

5. Google does not seek to redact or file under seal any of the remaining portions of Plaintiffs' Motion to Compel or the Exhibits to the accompanying Samra Declaration not indicated in the table above.

6. The portions identified in the Motion to Compel, Exhibits A, and D to the Samra Declaration comprise descriptions or summaries of privileged, attorney-client communications and work product from Google in-house counsel providing legal advice. Furthermore, certain portions of the aforementioned documents identify current and former Google employees by name and title. These individuals are not parties to this action and thus, disclosure of such information may subject them to unsolicited contact and harassment.

7. Exhibit C to the Samra Declaration contains confidential contact information of Google employees, disclosure of which may subject them to unsolicited contact and harassment.

8. To the best of my knowledge, certain information in the documents indicated in the table above references information related to highly sensitive features of Google's internal systems and operations, including data signals and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors.

9. I understand that revealing this information publicly may reveal Google's internal strategies and business practices for operating and maintaining its services while complying with its legal and privacy obligations.

10. I further understand that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.

11. I also understand that public disclosure of this information presents serious risk of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1  irreparable harm to Google, including cyber security risk, as third parties may seek to use this
2  information to compromise Google's data sources, including internal data structures, and internal
3  identifier systems.

4      **12.**    Attached hereto as Exhibit 1 is a copy of Plaintiffs' Motion to Compel Defendant
5  Google to Produce Improperly Withheld Documents that highlights the specific information that
6  Google seeks to maintain under seal.

7      **13.**    Attached hereto as Exhibit 2 is a copy of Exhibit A to the Declaration of Joshua D.
8  Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
9  Withheld Documents that highlights the specific information that Google seeks to maintain under
10 seal.

11     **14.**    Attached hereto as Exhibit 3 is a copy of Exhibit C to the Declaration of Joshua D.
12 Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
13 Withheld Documents that Google seeks to maintain under seal.

14     **15.**    Attached hereto as Exhibit 4 is a copy of Exhibit D to the Declaration of Joshua D.
15 Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
16 Withheld Documents that highlights the specific information that Google seeks to maintain under
17 seal.

18     **16.**    Attached hereto as Exhibit 5 is a copy of Exhibit E to the Declaration of Joshua D.
19 Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
20 Withheld Documents that Google seeks to maintain under seal.

21     **17.**    Attached hereto as Exhibit 6 is a copy of Exhibit F to the Declaration of Joshua D.
22 Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
23 Withheld Documents that Google seeks to maintain under seal.

24     **18.**    Attached hereto as Exhibit 7 is a copy of Exhibit G to the Declaration of Joshua D.
25 Samra in support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly
26 Withheld Documents that Google seeks to maintain under seal.

27 ////

28 ////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2022 in Lake Bluff, Illinois.

                                          */s/ Laura M. Elliott*
                                          Laura M. Elliott

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: December 30, 2022                    COOLEY LLP

                                        By: */s/ Jeffrey M. Gutkin*
                                                     Jeffrey M. Gutkin

                                          Attorney for Defendant
                                          GOOGLE LLC

279842235

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD