# EXHIBIT 4

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT D
# Unredacted Version of Document Sought to be Sealed

# Josh Samra

| | |
|---|---|
| **From:** | Elliott, Laura <lelliott@cooley.com> |
| **Sent:** | Friday, December 9, 2022 7:04 PM |
| **To:** | Josh Samra; Bethany Caracuzzo; Gutkin, Jeff; Somvichian, Whitty; Wong, Kyle; Dhillon, Anu S.; Spector, Kelsey R; Saldaña, Robby L.R. |
| **Cc:** | Elizabeth Pritzker; Jonathan Levine; Caroline Corbitt; Jay Barnes; An Truong; Jenny Paulson; Lesley Weaver; Anne Davis; Joseph Cotchett; Nanci Nishimura; Brian Danitz; Karin Swope; Jeffrey G. Mudd; David Straite; Corban Rhodes; James Ulwick; Francis Bottini Jr; Yury Kolesnikov |
| **Subject:** | RE: Google/RTB - Additional Information re Privileged Documents |

Josh –

Below are the Bates numbers for the documents identified as #268, #4835, #7390, #9028, #9856, and #9886 on Google's privilege logs:

| Privilege Log Entry # | Beg Bates # |
|---|---|
| 268 | GOOG-HEWT-00455649 |
| 4835 | GOOG-HEWT-00455652 |
| 7390 | GOOG-HEWT-00456362 |
| 9028 | GOOG-HEWT-00456366 |
| 9856 | GOOG-HEWT-00455768 |
| 9886 | GOOG-HEWT-00456360 |

We will not provide additional information for these documents, because we are producing them and are no longer maintaining any privilege claim.

With specific regard to #9856, as noted above, this document has already been produced in full at Bates No **GOOG-HEWT-00455768**, and we will not provide additional information for this document.

With respect to #4712, access to this document was limited to a subset of Googlers and was not accessible outside of the company.

With regard to distribution list membership, Google hereby confirms that the distribution lists identified in the log of additional information we provided did not include any external non-employee members at the time of the communications.

Finally, we are diligently working on compiling current membership lists for the other documents on Google's privilege log and will provide that information in due course.

1

Best,
Laura

---

From: Josh Samra <jsamra@bfalaw.com>
Sent: Friday, December 2, 2022 12:48 PM
To: Elliott, Laura <lelliott@cooley.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Gutkin, Jeff <jgutkin@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>; Wong, Kyle <kwong@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Spector, Kelsey R <kspector@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
Cc: Elizabeth Pritzker <ecp@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Caroline Corbitt <ccc@pritzkerlevine.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; Jenny Paulson <jpaulson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Joseph Cotchett <JCotchett@cpmlegal.com>; Nanci Nishimura <NNishimura@cpmlegal.com>; Brian Danitz <BDanitz@cpmlegal.com>; Karin Swope <KSwope@cpmlegal.com>; Jeffrey G. Mudd <JMudd@cpmlegal.com>; David Straite <dstraite@dicellolevitt.com>; Corban Rhodes <crhodes@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Francis Bottini Jr <fbottini@bottinilaw.com>; Yury Kolesnikov <ykolesnikov@bottinilaw.com>
Subject: RE: Google/RTB - Additional Information re Privileged Documents

[External]

Counsel,

For the 6 entries that Google has withdrawn its privilege claims over (*i.e.* #268, #4835, #7390, #9028, #9856, #9886), please produce these documents and identify them by Bates number immediately and by no later than Monday (12/5) at 12pm PT. The Court's 11/17 order requires Google to provide additional categories of information "for each of th[e] 18 entries" listed in the Joint Discovery Letter brief, but Google has not provided any additional information about these 6 entries. Dkt. No. 260 at 8. Please provide the required information immediately and by no later than Monday at 12pm.

Note that the Court's order mistakenly lists #9865, instead of #9856. Please revise your Additional Privilege Log accordingly.

**With respect to #4712, please provide additional information about the members who had access to this document and confirm whether any non-Google employees had access to this document.** Please provide the requested information immediately and by no later than Monday at 12pm.

Further, your statement that the distribution lists didn't include "any external non-employee members" is not compliant with the Court's order. By no later than Monday at 12pm, please confirm whether "*at the time of the communication*" the list included any "recipients who were not Google employees," as required by the Court's order. Dkt. No. 260 at 8. Please also provide the current distribution list membership for all distribution lists included on the remaining entries on Google's Privilege Logs #1 and #2 by no later than Friday, 12/9.

Plaintiffs are still assessing the information you provided last night but continue to assert all challenges to Google's privilege claims over these documents.

Regards,
Josh

---

Joshua Samra
Bleichmar Fonti & Auld LLP

555 12th Street, Suite 1600
Oakland, CA 94607
Phone: (415) 445-4017
Email: jsamra@bfalaw.com
www.bfalaw.com

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Thursday, December 1, 2022 5:20 PM
**To:** Bethany Caracuzzo <bc@pritzkerlevine.com>; Gutkin, Jeff <jgutkin@cooley.com>; Somvichian, Whitty <wsomvichian@cooley.com>; Wong, Kyle <kwong@cooley.com>; Dhillon, Anu S. <ADhillon@cooley.com>; Spector, Kelsey R <kspector@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Cc:** Elizabeth Pritzker <ecp@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; Caroline Corbitt <ccc@pritzkerlevine.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; Jenny Paulson <jpaulson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Joseph Cotchett <JCotchett@cpmlegal.com>; Nanci Nishimura <NNishimura@cpmlegal.com>; Brian Danitz <BDanitz@cpmlegal.com>; Karin Swope <KSwope@cpmlegal.com>; Jeffrey G. Mudd <JMudd@cpmlegal.com>; David Straite <dstraite@dicellolevitt.com>; Corban Rhodes <crhodes@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Francis Bottini Jr <fbottini@bottinilaw.com>; Yury Kolesnikov <ykolesnikov@bottinilaw.com>
**Subject:** Google/RTB - Additional Information re Privileged Documents

Counsel –

Per the Court's November 17, 2022 Order, please see the attached, which contains additional information about those documents identified by the Court for which Google is maintaining a privilege or work product claim. Additionally, Google hereby confirms that the distribution lists identified in the attached did not include any external non-employee members. Moreover, Google notes the following about the "Author/Sender/Custodian" field for specific entries:

- [REDACTED]
- [REDACTED]
- [REDACTED]

Best,

Laura

**Laura Elliott**
Admitted to practice in California only
Not admitted to practice in Illinois
Cooley LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606-1511
+1 312 881 6673 office
+1 312 881 6598 fax
+1 515 770 2564 mobile
lelliott@cooley.com

Pronouns: she, her hers

www.cooley.com

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.