COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT GOOGLE TO PRODUCE IMPROPERLY WITHHELD DOCUMENTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' MOT. TO COMPEL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents. I have personal knowledge of the facts herein, and I am competent to testify.

2. To date, Google has produced more than 2,000 documents in this action that contain redacted information protected by the attorney-client privilege and/or attorney work product doctrine.

3. Google has also produced thousands of documents in this action bearing "Privileged and Confidential" notations, the majority of which were produced without any redactions for privilege.

4. Google's privilege log Entry #7390 includes discussion of contractual issues involving non-lawyer Google employee Alex Phillips, who shares the name of an attorney who previously worked at Google.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2023 in San Francisco, California.

                                                  */s/ Reece Trevor*
                                                  Reece Trevor

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' MOT. TO COMPEL
CASE NO. 4:21-CV-02155-YGR-VKD

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. Civ. L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: January 6, 2023                                     COOLEY LLP

                                                                            By: /s/ *Whitty Somvichian*
                                                                                    Whitty Somvichian

                                                                            Attorney for Defendant
                                                                            GOOGLE LLC

280175172

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' MOT. TO COMPEL
CASE NO. 4:21-CV-02155-YGR-VKD