COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF L. ELLIOTT ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura M. Elliott, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion to Seal to consider whether portions of Google's Opposition to Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents ("Google's Opposition") should remain under seal. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

2. I have reviewed the documents that Google seeks to file under seal pursuant to Local Rule 79-5. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Google LLC's Opposition to Plaintiffs' Motion to Compel Google to Produce Improperly Withheld Documents | Portions highlighted at: pages 4, 8-12 | I understand the information requested to be sealed contains descriptions and summaries of confidential communications and work product from Google in-house attorneys providing legal advice. |
| Google LLC's Opposition to Plaintiffs' Motion to Compel Google to Produce Improperly Withheld Documents | Portions highlighted at: pages 9 and 12 | Furthermore, I understand the information requested to be sealed contains information identifying individual Google employees, disclosure of which may subject them to unsolicited contact and harassment. |

3. Google does not seek to redact or file under seal any of the remaining portions of Google's Opposition not indicated in the table above.

4. The portions of Google's Opposition that Google seeks to seal comprise descriptions or summaries of confidential communications and work product from Google in-house counsel providing legal advice. These descriptions and summaries are only intended to assist the Court's *in camera* review.

5. Portions of Google's Opposition that Google seeks to seal also contain the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF L. ELLIOTT ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1  personally identifiable information of Google employees. Disclosure of the names of Google
2  employees puts their privacy at risk and makes these individuals possible targets to harassment
3  from the public.

4  **6.**  Attached hereto as Exhibit 1 is a copy of Google's Opposition to Plaintiffs' Motion
5  to Compel Defendant Google to Produce Improperly Withheld Documents that highlights the
6  specific information that Google seeks to maintain under seal.

7  I declare under penalty of perjury that the foregoing is true and correct. Executed on January
8  6, 2023 in Lake Bluff, Illinois.

                                          */s/ Laura M. Elliott*
                                          Laura M. Elliott

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF L. ELLIOTT ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: January 6, 2023                    COOLEY LLP

By: /s/ *Whitty Somvichian*
     Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

280193448

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF L. ELLIOTT ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD