| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[Proposed] Order re Google LLC's Administrative Motion To Seal** |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order re Google's Admin
Motion to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

Defendant Google LLC filed an Administrative Motion ("Sealing Motion") to consider whether portions of Google's Opposition to Plaintiffs' Motion to Compel Google to Produce Improperly Withheld Documents should remain under seal.

Upon consideration of the Sealing Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Google LLC's Opposition to Plaintiffs' Motion to Compel Google to Produce Improperly Withheld Documents | Portions highlighted at: page 4, 8-12 |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

280193695