| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*Admitted pro hac vice*) |
| (wsomvichian@cooley.com) | KHARY J. ANDERSON (DC No. 1671197) |
| JEFFREY M. GUTKIN (SBN 216083) | (kjanderson@cooley.com) |
| (jgutkin@cooley.com) | (*Admitted pro hac vice*) |
| LAURA M. ELLIOTT (SBN 286702) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| (lelliott@cooley.com) | Washington, DC 20004-2400 |
| KELSEY R. SPECTOR (SBN 321488) | Telephone:  +1 202 842 7800 |
| (kspector@cooley.com) | Facsimile:  +1 202 842 7899 |
| REECE TREVOR (SBN 316685) | |
| (rtrevor@cooley.com) | |
| ANUPAM DHILLON (SBN 324746) | |
| (adhillon@cooley.com) | |
| 3 Embarcadero Center, 20th floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:  +1 415 693 2000 | |
| Facsimile:  +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF UNREDACTED DOCUMENT** |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, and member of the bar of this Court. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is rtrevor@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**(UNREDACTED) Version of Ex. 1 to Declaration of Laura Elliott**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA  94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email:  lweaver@bfalaw.com<br>            adavis@bfalaw.com<br>            jsamara@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY  10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>           atruong@simmonsfirm.com<br><br><br>*Attorneys for Consolidated Plaintiffs* |

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>            jkl@pritzkerlevine.com<br>            bc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>One Grand Central Plaza<br>60 E. 42nd Street, Suite 2400<br>New York, NY  10165<br>Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>            crhodes@dicellolevitt.com<br>            Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>            nnishimura@cpmlegal.com<br>            BDanitz@cpmlegal.com<br>            JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>            ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on January 6, 2023, at San Francisco, California.

*/s/ Reece Trevor*
Reece Trevor

280318721