COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:     +1 202 842 7800
Facsimile:     +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DEFENDANT GOOGLE LLC'S NOTICE OF LODGING DOCUMENTS FOR *IN CAMERA* REVIEW** |

1      On November 17, 2022, the Court authorized Plaintiffs to challenge by noticed motion any

2   of eighteen specified entries on Google's privilege logs and instructing Google, if it opposed such

3   a motion, to submit the disputed documents to the Court for *in camera* review.  (ECF No. 360 at

4   9.)  Pursuant to that ruling, Google files this Notice to document that it is concurrently submitting

5   the to the Court for *in camera* review true and correct copies of the documents comprising Entries

6   #4, #41, #285, #660, #1095, #1231, #1262, #2813, #3265, and #9955 from Google's privilege logs.

7

8   Dated: January 6, 2023                          COOLEY LLP

9

10                                                  By: */s/ Whitty Somvichian*
                                                        Whitty Somvichian
11
                                                    Attorney for Defendant
12                                                  GOOGLE LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

280297862

2                                                   NOTICE OF LODGING DOCUMENTS
                                                    FOR *IN CAMERA* REVIEW
                                                    CASE NO. 4:21-CV-02155-YGR-VKD