David A. Straite (admitted *pro hac vice*)
Corban S. Rhodes (admitted *pro hac vice*)
**DiCELLO LEVITT LLC**
485 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation,*<br><br>This Document Relates to: *all actions* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS FOR NEW YORK OFFICE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD,** PLEASE TAKE NOTICE that the New York office of DiCello Levitt LLC, formerly DiCello Levitt Gutzler LLC, has changed its address as follows:

|  | **Former** | **New** |
| --- | --- | --- |
| Firm Name | DiCello Levitt Gutzler LLC | DiCello Levitt LLC |
| New York Address | 60 E. 42nd Street, Suite 2400<br>New York, NY 10165 | 485 Lexington Avenue, 10th Floor<br>New York, NY 10017 |

The telephone numbers, fax numbers and email addresses for counsel resident in the New York office remain the same.  There is no change to the address for the Chicago office below.

DATED:  January 12, 2023

                                                            **DiCELLO LEVITT LLC**

By:     */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban S. Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, New York 10017
Tel.: (646) 993-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
John Frawley (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*keller@dicellolevitt.com*
*julwick@dicellolevitt.com*
*jfrawley@dicellolevitt.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

By:  */s/ David A. Straite*
David A. Straite
DiCELLO LEVITT LLC