IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Reply in Support of Plaintiffs' Motion to Compel Defendant Google to Produce Improperly Withheld Documents | 3:25; 4:2–5, 4:6–11, 4:12–13, 4:15–17, 4:21; 5:10–11, 5:20; 7:4–13; 9:9–10, 9:12, 9:23–24; 10:2, 10:4, 10:10, 10:11, 10:15–16, 10:26–27, 10:28; 11:8–9, 11:16–19; 12:9–10, 12:19–20, 12:21, 12:23; 13:3–4, 13:5–6, 13:21–22, 13:27 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit H to the Supplemental Declaration of Joshua D. Samra | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                        Hon. Virginia K. DeMarchi
                                        United States Magistrate Judge