IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE NOTICED DISCOVERY MOTION** |

Currently pending is plaintiffs' administrative motion, submitted pursuant to Civil Local Rule 7-11 pertaining to motions for administrative relief and this Court's Standing Order for Civil Cases. Plaintiffs seek leave to file a noticed discovery motion under Civil Local Rule 7-2 in lieu of a joint discovery dispute letter.

Having considered the motion, the relief requested by that motion, and the briefing submitted in conjunction therewith, as well as all other evidence of record, the Court finds good cause exists to allow plaintiffs to file a noticed discovery motion and hereby GRANTS plaintiffs' administrative motion. Plaintiffs' motion shall be filed on or before January 31, 2023. The hearing on the motion shall be set for March 7, 2023 at 10:00 am.

**IT IS SO ORDERED**

DATED: January __, 2023

_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge