Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

*[Additional Counsel Appear on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs have filed the exhibits to the Parties' Joint Discovery Letter Brief re: Google's December 5, 2022 Clawback of Documents (the "Joint Discovery Letter Brief") provisionally under seal. Plaintiffs redact this information and lodge these documents conditionally under seal because Google has designated information contained therein as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" and instructed Plaintiffs to file these documents under seal.

The specific documents and information Plaintiffs respectfully request be conditionally redacted or sealed are:

- the highlighted portions on page 1 of Exhibit A to the Joint Discovery Letter Brief; and
- the entirety of Exhibits B – D to the Joint Discovery Letter Brief.

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored L.R. 79-5(a), (c)(3). Plaintiffs' request is narrowly drawn to seek to seal only that information that Google has instructed Plaintiffs to submit under seal.

Plaintiffs seek this relief in good faith because Google has requested it be filed under seal and the information sought to be sealed has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google.

## III. NOTICE OF LODGING

Plaintiffs will lodge with the Court and serve on counsel for Defendant Google a complete copy of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(g).

## IV. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the above-described documents should remain under seal and in redacted form pursuant to Google's designations and instructions.

DATED: January 17, 2023

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No.146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Joshua D. Samra*
Lesley Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949

1  
2  jaybarnes@simmonsfirm.com  
   atruong@simmonsfirm.com  

3  **DiCELLO LEVITT LLC**  
   David A. Straite (admitted *pro hac vice*)  
4  485 Lexington Avenue, Suite 1001  
   New York, NY 10017  
5  Tel.: (646) 933-1000  
   *dstraite@dicellolevitt.com*  
6  

7  **COTCHETT PITRE & MCCARTHY, LLP**  
   Nancy E. Nishimura (Cal. Bar No. 152621)  
8  Brian Danitz (Cal Bar. No. 247403)  
   Karin B. Swope (admitted *pro hac vice*)  
9  840 Malcolm Road  
   Burlingame, CA 94010  
10 Tel.: (650) 697-6000  
   *nnishimura@cpmlegal.com*  
11 *bdanitz@cpmlegal.com*  
   *kswope@cpmlegal.com*  
12  

13 **BOTTINI & BOTTINI INC.**  
   Frances A. Bottini, Jr. (Cal. Bar No. 175783)  
14 Yuri A. Kolesnikov (Cal. Bar. No. 271173)  
   7817 Ivanhoe Ave., Ste. 102  
15 LA Jolla, CA 92037  
   Tel.: (848) 914-2001  
16 *fbottini@bottinilaw.com*  
   *ykolesnikov@bottinilaw.com*  
17  

18 ***Plaintiffs' Executive Committee***  

19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Joshua D. Samra, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2023, at San Francisco, California.

*/s/ Joshua D. Samra*
Joshua D. Samra

**CERTIFICATE OF SERVICE**

I, Joshua D. Samra, hereby certify that on January 17, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

/s/ Joshua D. Samra
Joshua D. Samra