COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL EXHIBITS A, B, C, AND D TO THE PARTIES' JOINT LETTER BRIEF (ECF NOS. 404_1 THROUGH 404_4)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

1  Pursuant to Local Rule 7-11, Google LLC ("Google") respectfully submits this ***unopposed*** Motion for Administrative Relief seeking a two-day extension, until January 19, 2023, to file its Motion to Seal portions of Exhibits A, B, C, and D ("Exhibits") (ECF Nos. 404_1 through 404_4) in connection with the Parties' Joint Letter Brief Regarding Google's December 5, 2022 Clawback of Documents (ECF Nos. 404) ("Joint Letter Brief"). Google has conferred with Plaintiffs to request their stipulation to this two-day extension, and Plaintiffs consented to that request. (*See* Declaration of Laura Elliott at ¶ 6.)

On January 17, 2023 at 4:00 p.m., shortly before filing, the Parties exchanged the final versions of their respective Joint Letter Brief submissions. (*Id*. at ¶ 2.) Plaintiffs' submission included four exhibits, all of which contain confidential Google information. (*Id*. ¶ 3.) The undersigned counsel for Google requires a small amount of additional time to carefully evaluate the contents of the Exhibits and make the appropriate sealing requests to the Court.

A short continuance of the deadline for Google to move to seal the Exhibits would promote judicial economy by ensuring that the undersigned counsel for Google and the Court have sufficient time to consider the confidentiality of the information contained therein. An extension also would not interfere with the case schedule.

Accordingly, Google respectfully requests the Court grant its unopposed request for a two-day extension until January 19, 2023 to move to seal the Exhibits to the Joint Letter Brief.

Dated: January 17, 2023                    COOLEY LLP


By: */s/ Laura M. Elliott*
      Laura M. Elliott

Attorney for Defendant
GOOGLE LLC

280725979
01/17/23 7:37PM

Cooley LLP
Attorneys at Law
San Francisco

2

Google LLC's Unopposed
Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR-VKD