COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA ELLIOTT ISO GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL THE EXHIBITS TO THE PARTIES' JOINT LETTER BRIEF (ECF NOS. 404_1 THROUGH 404_4)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF L. ELLIOTT ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, hereby declare:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal the Exhibits to the Parties' Joint Letter Brief Regarding Google's December 5, 2022 Clawback of Documents (ECF No. 404) ("Joint Letter Brief"). I have personal knowledge of the facts herein and, if called as a witness, I am competent to testify.

2. On January 17, 2023 at 4:00 p.m., the Parties exchanged the final versions of their respective Joint Letter Brief submissions.

3. Plaintiffs' submission included four exhibits.

4. These Exhibits range from a privilege log that includes confidential email addresses of Google employees to sensitive internal documents, all of which are branded as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

5. Pursuant to this Court's prior order, Google's deadline to move to seal any confidential material cited by Plaintiffs in the Joint Letter Brief and Exhibits is January 17, 2023. *See* ECF No. 159.

6. Pursuant to that same order, which contemplates that the Parties can agree to extend deadlines to seal, Google asked Plaintiffs on January 17, 2023 to agree to a two-day extension of time in which Google could prepare a motion to seal any confidential materials Plaintiffs cited in the Exhibits to the Joint Letter Brief. Plaintiffs' counsel agreed to that request.

7. Google's request for an extension to the time to file is not intended to and should not affect the timing of the hearing on the substantive issues included in the Joint Letter Brief and Exhibits. Indeed, Google is asking to extend its deadline only until January 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January 2023 in Lake Bluff, IL.

*/s/ Laura Elliott*
Laura Elliott

280726343
01/17/23 7:46PM

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF L. ELLIOTT ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD