1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)
3  (wsomvichian@cooley.com)
   JEFFREY M. GUTKIN (SBN 216083)
4  (jgutkin@cooley.com)
   LAURA M. ELLIOTT (SBN 286702)
5  (lelliott@cooley.com)
   KELSEY R. SPECTOR (SBN 321488)
6  (kspector@cooley.com)
   REECE TREVOR (SBN 316685)
7  (rtrevor@cooley.com)
   ANUPAM DHILLON (SBN 324746)
8  (adhillon@cooley.com)
   3 Embarcadero Center, 20th floor
9  San Francisco, CA 94111-4004
   Telephone:   +1 415 693 2000
10 Facsimile:   +1 415 693 2222

   COOLEY LLP
   ROBBY L.R. SALDAÑA (DC No. 1034981)
   (rsaldana@cooley.com)
   (*Admitted pro hac vice*)
   KHARY J. ANDERSON (DC No. 1671197)
   (kjanderson@cooley.com)
   (*Admitted pro hac vice*)
   1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC 20004-2400
   Telephone:   +1 202 842 7800
   Facsimile:   +1 202 842 7899

11 Attorneys for Defendant
   GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> [~~Proposed~~] Order Granting Google LLC's Unopposed Administrative Motion to Extend Time to Move to Seal the Exhibits to the Joint Letter Brief (ECF Nos. 404_1 through 404_4) |

Cooley LLP
Attorneys at Law
San Francisco

[~~Proposed~~] Order Granting Unopposed
Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR-VKD

1   Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend Time to Move to Seal the Exhibits to the Parties' Joint Letter Brief Regarding Google's December 5, 2022 Clawback of Documents. Having considered Google's unopposed Administrative Motion and all other matters properly considered by this Court, the Court finds there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is GRANTED. Absent an intervening order obviating the need to seal the confidential information cited by Plaintiffs, Google shall file its Motion to Seal on Thursday, January 19, 2023.

Dated: January 18, 2023

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

280726840 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD