| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (ECF NO. 403)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF L. ELLIOTT. ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare as follows:

1. I am an associate at the law firm of Cooley LLP and attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

2. On January 17, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 403) in connection with the Parties' Joint Letter Brief Regarding Google's December 5, 2022 Clawback of Documents (the "Administrative Motion") (ECF No. 404).

3. I have reviewed the document that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. Based on my review of Exhibits A, B, C, and D to the Joint Letter Brief and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit A to the Joint Letter Brief (ECF Nos. 404_1, 403_3) | Highlighted column ("E-Mail From/Author/Custodian" column) | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |
| Exhibit B to the Joint Letter Brief (ECF Nos. 404_2, 403_4) | Entire document | I understand the information requested to be sealed contains Google's confidential and proprietary information regarding Google's internal business practices, including technical |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

details related to the design of its proprietary systems, confidential code names, and names of Google employees that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I further understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | capabilities of Google's systems. Finally, I understand that disclosure of Google employees' names may subject them to unsolicited contact and harassment. |
| | Exhibit C to the Joint Letter Brief (ECF Nos. 404_3, 403_5) | Entire document | I understand the information requested to be sealed contains Google's confidential and proprietary information regarding Google's internal business practices and strategies, including notes from internal meetings regarding those strategies, technical details related to Google's business practices, and names of Google employees, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I also understand that disclosure of Google employees' names may subject them to unsolicited contact and harassment. |
|---|---|---|
| Exhibit D to the Joint Letter Brief (ECF No. 404_4, 403_6) | Entire document | I understand the information requested to be sealed contains Google's confidential and proprietary information regarding Google's internal business practices and strategies, including notes from internal meetings regarding those strategies, technical details related to Google's business practices, and names of Google employees, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

|  |  | falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I also understand that disclosure of Google employees' names may subject them to unsolicited contact and harassment. |
|---|---|---|

**4.** The "E-Mail From/Author/Custodian" column of Exhibit A to the Joint Letter Brief contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. Attached hereto as Exhibit 1 is a copy of Exhibit A to the Joint Letter Brief that highlights the specific information that Google seeks to maintain under seal.

**5.** Exhibit B to the Joint Letter Brief contains information about Google's internal business practices, including technical details related to the design of its proprietary systems, confidential code names, and names of Google employees that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I further understand that, if this information were made public, it would

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. For example, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses based on Google's confidential internal names for their systems as well as associated technical details. Finally, I understand that disclosure of Google employees' names may subject them to unsolicited contact and harassment. Exhibit B was designated as Confidential when produced in this action. Attached hereto as Exhibit 2 is a copy of Exhibit B to the Joint Letter Brief.

**6.** Exhibits C and D to the Joint Letter Brief contain Google's confidential and proprietary information regarding Google's internal business practices and strategies, including notes from internal meetings regarding those strategies, technical details related to Google's business practices, and names of Google employees, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I also understand that disclosure of Google employees' names may subject them to unsolicited contact and harassment. Exhibits C and D were designated as Highly Confidential—Attorneys' Eyes Only when produced in this action. Attached hereto as Exhibit 3 is a copy of Exhibit C to the Joint Letter Brief. Attached hereto as Exhibit 4 is a copy of Exhibit D to the Joint Letter Brief.

////

////

Cooley LLP
Attorneys at Law
San Francisco

6

Dec. of L. Elliott ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2023 in Lake Bluff, Illinois.

                                                                      */s/ Laura M. Elliott*
                                                                      Laura M. Elliott

280727105

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF L. ELLIOTT ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD