# EXHIBIT 1

## (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT A
## Unredacted Version of
## Document Sought to be Sealed

In Re Google RTB Consumer Privacy Litigation
Case No. 21-cv-02155-YGR
2022-12-09 Google Clawback Privilege Log

CONFIDENTIAL

| # | Bates Number | Date | E-Mail From / Author | Recipient(s) | **\*=Google Legal Department or Law Firm representing Google** | | |
|---|---|---|---|---|---|---|---|
| | | | | | Privilege Description | Privilege Assertion | Redacted |
| 3136 | GOOG-HEWT-00126611.C | 12/4/2019 14:46 | | | Notes reflecting legal advice of counsel regarding regulatory issues. | Attorney Client Communication | Redacted |
| 9373 | GOOG-HEWT-00136858.C | 10/27/2021 23:41 | | | Notes seeking and reflecting legal advice of Uchechi Chima-okereke* regarding privacy issues. | Attorney Client Communication | Redacted |
| 9741 | GOOG-HEWT-00370004.C | 12/3/2021 15:03 | | | Notes seeking and reflecting legal advice of Uchechi Chima-okereke* regarding privacy issues. | Attorney Client Communication | Redacted |
| 10494 | GOOG-HEWT-00130534.C | 10/6/2020 13:01 | | | Memorandum reflecting legal advice of product counsel regarding policy compliance. | Attorney Client Communication | Redacted |
| 10495 | | 8/24/2021 17:13 | | | Presentation containing and reflecting legal advice of William Malcolm* regarding regulatory issues prepared in connection with regulatory investigation. | Attorney Work Product; Attorney Client Communica ion | |