| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>JEFFREY M. GUTKIN (SBN 216083)<br>(jgutkin@cooley.com)<br>LAURA M. ELLIOTT (SBN 286702)<br>(lelliott@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[Proposed] Order re Google LLC's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed** |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order re Google's Response
to Pls' Admin Motion to Seal
Case No. 4:21-cv-02155-YGR-VKD

1  Defendant Google LLC filed a Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Response"). Upon consideration of the Response, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Exhibit A to the Joint Letter Brief (ECF Nos. 404_1, 403_3) | Highlighted column ("E-Mail From/Author/Custodian" column) |
| Exhibit B to the Joint Letter Brief (ECF Nos. 404_2, 403_4) | Entire document |
| Exhibit C to the Joint Letter Brief (ECF Nos. 404_3, 403_5) | Entire document |
| Exhibit D to the Joint Letter Brief (ECF No. 404_4, 403_6) | Entire document |

**IT IS SO ORDERED**.

Dated: _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge

280795028

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE GOOGLE'S RESPONSE
TO PLS' ADMIN MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD