COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR CLARIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S ADMIN MOTION
FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD

## I.   INTRODUCTION

Pursuant to Local Rule 7-11 and Federal Rule of Civil Procedure 60, Google respectfully requests clarification with respect to the portion of the December 16, 2022 Order re November 21, 2022 Discovery Dispute re Named Plaintiff Data (ECF No. 382) ("Discovery Order") concerning the "'verticals' information" that Google must produce.

## II.   STANDARD

A district court has broad authority to clarify a prior order. *See* Fed. R. Civ. P. 60; *Wahl v. Am. Sec. Ins. Co.*, No. C 08-0555 RS, 2010 WL 2867130, at *3 (N.D. Cal. July 20, 2010) ("A court may clarify its order for any reason.").

## III.   DISCUSSION

Google respectfully seeks clarification to ensure that it understands which "'verticals' information" is covered by the Discovery Order. Specifically, the Court held that "Google must produce documents sufficient to show for each named plaintiff the information, if any, that it provided to RTB participants that would permit those participants to infer information about the account holder based on verticals *linked with the account holder*," ECF No. 382 at 5 (emphasis added). Google requests clarification that this holding does not apply to any vertical information that is *linked with the website* where the ad would be displayed as opposed to linked with the account holder. That is, a named Plaintiff's visitation to a website would not convert vertical information associated with the website into "verticals linked with the account holder."

Before stating its holding, the Court noted that it "now understands that plaintiffs believe Google presently uses verticals derived from account holders' personal and sensitive information in connection with RTB auctions . . . to curate bid requests presented to its ad customers to enable those customers to target *account holders associated with* particular verticals." ECF No. 382 at 4-5 (emphasis added). This framing of the issue is consistent with the language in the Discovery Order requiring Google to produce information about verticals "linked with the account holder." *Id.* at 5. Additionally, footnote 4 of the Discovery Order recognizes the distinction between verticals associated with a website and verticals associated with an account holder. However, out

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE'S ADMIN MOTION
FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD

of an abundance of caution, Google respectfully seeks confirmation of its understanding, so that it may ensure full and timely compliance with the Discovery Order.

Therefore, Google respectfully seeks clarification that the Discovery Order was not intended to direct Google to produce any vertical information used "to curate bid requests" that is not linked with an account holder and is instead *linked or associated with only* the website where an ad opportunity occurred.

Dated: January 19, 2023                                   COOLEY LLP

By: /s/ *Jeffrey M. Gutkin*
    Jeffrey M. Gutkin

Attorney for Defendant
GOOGLE LLC

280574401

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S ADMIN MOTION
FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD