COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR CLARIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECLARATION ISO GOOGLE'S
ADMIN MOTION FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Jeffrey M. Gutkin, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in the above-captioned case. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion for Clarification ("Motion") of the Court's December 16, 2022 Order re November 21, 2022 Discovery Dispute re Named Plaintiff Data ("Discovery Order").

2. On January 18, 2023, I contacted Plaintiffs' counsel to inform them that Google intended to seek clarification of the Discovery Order and asked them if they would stipulate to this request.

3. On January 19, 2023, Plaintiffs' counsel responded that they would not so stipulate and would oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2023

COOLEY LLP

By: _____
Jeffrey M. Gutkin

Attorney for Defendant
GOOGLE LLC

280809246

Cooley LLP
Attorneys at Law
San Francisco

2

Gutkin Declaration ISO Google's
Admin Motion for Clarification
Case No. 4:21-cv-02155-YGR-VKD