COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S ADMINISTRATIVE MOTION FOR CLARIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE
MOTION FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD

1   Google LLC seeks an order clarifying the Court's December 16, 2022 Order re November
2   21, 2022 Discovery Dispute re Named Plaintiff Data (ECF No. 382) ("Discovery Order"). Having
3   considered the arguments of the parties and the papers submitted, Google's Motion for Clarification
4   is GRANTED.
5       Pursuant to the Discovery Order, to comply with the portion of the Discovery Order set
6   forth on page 5, lines 9 through 12, Google need not produce any vertical information that is not
7   linked with an account holder and is instead linked or associated with only the website where an ad
8   opportunity occurred.

10  **IT IS SO ORDERED**.

12  Dated: _____

                                      The Honorable Virginia K. DeMarchi
                                      United States Magistrate Judge

19  280809290

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE
MOTION FOR CLARIFICATION
CASE NO. 4:21-CV-02155-YGR-VKD