1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR-VKD** |
|---|---|
| *This document applies to all actions.* | **[PROPOSED] ORDER DENYING GOOGLE'S ADMINISTRATIVE MOTION FOR CLARIFICATION (DKT. NO. 408)** |

Having considered Google's administrative motion for clarification (Dkt. No. 408), the relief requested by that motion, and the briefing submitted in conjunction therewith, as well as all other evidence of record, the Court DENIES Google's administrative motion.

**IT IS SO ORDERED**

DATED: _____ \_\_, 2023

_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge