COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICED MOTION PERTAINING TO BERNTSON AND BELOV DISCOVERY DISPUTES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S OPP'N TO
PLS' ADMIN MOT. FOR LEAVE
CASE NO. 4:21-CV-02155-YGR-VKD

On January 17, 2023, Plaintiffs filed an Administrative Motion for Leave to File a Noticed Motion Pertaining to Berntson and Belov Discovery Disputes ("Motion"). On January 23, 2023, Defendant Google LLC opposed the Motion ("Opposition"). Upon consideration of the Motion, the Opposition, and the accompanying papers, IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED**.

Dated: _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROPOSED] ORDER RE GOOGLE'S OPP'N TO
PLS' ADMIN MOT. FOR LEAVE
CASE NO. 4:21-CV-02155-YGR-VKD