UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD) <br><br> **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICED DISCOVERY MOTION** <br><br> Re: Dkt. No. 402 |
|---|---|

Plaintiffs ask for leave to file a regularly noticed motion under Civil Local Rule 7-3 addressing what plaintiffs describe as five separate, but related discovery disputes, in lieu of using the Court's expedited discovery dispute resolution procedures. Dkt. No. 402. Google opposes this request. Dkt. No. 412. The Court denies plaintiffs' request.

The Court reminds the parties that before they ask Court to resolve a discovery dispute, they must first attempt in good faith to resolve the dispute by agreement and must actually discuss the matters in dispute. Merely exchanging correspondence is not enough, and the parties must not treat the conference of counsel as a box-checking exercise.

**IT IS SO ORDERED.**

Dated: January 24, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge