UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION. | Case No. 21-cv-02155-YGR   (VKD)<br><br>**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 408 |

Google asks for clarification of a portion the Court's discovery order (Dkt. No. 382) regarding "verticals" information.  Dkt. No. 408.  Plaintiffs oppose this request.  Dkt. No. 410.

The Court does not understand what Google seeks to clarify in asking that the Court state that its prior order "does not apply to any vertical information that is *linked with the website* where the ad would be displayed as opposed to linked with the account holder." Dkt. No. 408 at 1. Plaintiffs' response to Google's request is not helpful.

The Court will address with the parties the question of what, if anything, is unclear about the Court's prior discovery order at the hearing that is already set for January 31, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 25, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge