James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLC**
10 North Dearborn Street, 6th Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
*julwick@dicellolevitt.com*
*Counsel for Plaintiffs and the Proposed Class*

Whitty Somvichian (194463)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Tel.: (415) 693-2000
wsomvichian@cooley.com
*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| In re. Google RTB Consumer Privacy Litigation | Case No. 4:21-cv-02155-YGR-VKD<br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF ROBINA SUWOL**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between all parties through their undersigned counsel below that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), named plaintiff Robina Suwol is voluntarily dismissed with prejudice, with each side to bear their own fees and costs.

DATED: January 25, 2023                                   Respectfully submitted,

| | |
|---|---|
| **COOLEY LLP**<br>By: */s/ Whitty Somvichian*<br>Whitty Somvichian (194463)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Tel.: (415) 693-2000<br>wsomvichian@cooley.com<br><br>*Counsel for Defendant* | **DiCELLO LEVITT LLC**<br>By: */s/ James A. Ulwick*<br>James A. Ulwick (admitted *pro hac vice*)<br>10 North Dearborn Street, 6th Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>julwick@dicellolevitt.com<br><br>*Counsel for Withdrawing Plaintiff, Plaintiffs and the Proposed Class* |

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Submission. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: January 25, 2023                    By  /s/ James A. Ulwick
                                                James A. Ulwick
                                                *Counsel for Withdrawing Plaintiff, Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ James A. Ulwick
James A. Ulwick (admitted *pro hac vice*)
DıCELLO LEVITT LLC
*Counsel for Withdrawing Plaintiff, Plaintiffs and the Proposed Class*
