UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR   (VKD)<br><br>**FURTHER ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 408 |

On January 25, 2023, the Court heard oral argument from the parties regarding Google's request for clarification of a portion the Court's discovery order (Dkt. No. 382) regarding "verticals" information.  Dkt. No. 408.  The Court concludes that nothing in the prior order requires clarification.  Google's administrative motion is denied.

**IT IS SO ORDERED.**

Dated: February 1, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge