UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR  (VKD)<br><br>**ORDER RE PARTIES' DISPUTE RE GOOGLE'S PRIVILEGE LOG** |

Having considered the parties' prior briefing regarding their disputes about Google's privilege claims, and in view of the corrections Google has determined should be made to the 18-item sample of privileged material at issue in the parties' most recent dispute (*see* Dkt. Nos. 339, 393, 396), the Court is concerned that Google has incorrectly identified a significant number of documents or portions of documents as privileged or protected. *See also* Dkt. No. 360 at 7.

Accordingly, as explained during the January 31, 2023 hearing, the Court requires Google to re-assess a subset of its privilege claims as follows:

1. Plaintiffs shall identify, by privilege log number, not more than 1,000 logged items that fall into at least one of the following categories: (a) the log does not identify any attorney, and the description provided does not clearly show that the document seeks or reflects legal advice or constitutes attorney work product; or (b) the log does not indicate that the document was created by or sent to an attorney, but the log describes the document as concerning legal advice of a member of Google's legal team. *See* Dkt. No. 401 at 3 (categories corresponding to Entries #4835 and #10217).

2. Within 21 days of plaintiffs' identification of the not more than 1,000 logged items, Google shall review and re-assess its privilege and protection claims for those items,

and shall advise plaintiffs in writing of which items, if any, it will produce in whole or with redactions or with modified redactions. Any such documents shall be promptly produced to plaintiffs in whole or redacted form, as appropriate.

3. Google shall file a report stating the results of its review and re-assessment, without argument, within 2 days of the date it provides the advisement to plaintiffs.

After it receives Google's report, the Court will determine what further proceedings, if any, are warranted.

**IT IS SO ORDERED.**

Dated: February 2, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge