COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
JEFFREY M. GUTKIN (SBN 216083)
(jgutkin@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE NOVEMBER 1, 2022 HEARING TRANSCRIPT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare as follows:

1. I am an associate at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion to Seal Portions of the November 1, 2022 Hearing Transcript (the "Motion"). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

2. On November 1, 2022, a hearing was held before Hon. Virginia DeMarchi as to the discovery dispute related to Plaintiffs' requests for production of documents. Whitty Somvichian appeared on behalf of Google. Brian Danitz, Andrew F. Kirtley, and Jonathan Levine appeared on behalf of Plaintiffs. The proceeding was recorded by mechanical stenography and a transcript (the "Hearing Transcript," a true and correct copy of which is attached hereto as Exhibit A) was made available to the parties.

3. I have reviewed the portions of the Hearing Transcript that Google seeks to file under seal pursuant to Local Rule 79-5. Based on my review of the Hearing Transcript and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| November 1, 2022 Hearing Transcript | Portions Highlighted in Yellow at: 9:1, 9:25 | I understand the information requested to be sealed contains confidential, sensitive information concerning Google's internal strategy and business practices, including descriptions of business partnerships, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. It is my understanding that public disclosure of such confidential information would reveal Google's business negotiations with different partners and give competitors an unfair advantage. |
| November 1, 2022 Hearing Transcript | Portions Highlighted in Yellow at: 14:8 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | regarding highly sensitive features of Google's internal data systems and operations, including Google's internal data logs and data signals and their proprietary functionalities that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies, experiments, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Such disclosure could also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems. |
|---|---|---|

**4.** Google does not seek to redact or file under seal any of the remaining portions of the Hearing Transcript not indicated in the table above.

**5.** To the best of my knowledge, certain information in the portions indicated in the table above references confidential, sensitive information concerning Google's internal strategy and business practices, including descriptions of business partnerships, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

**6.** I understand that public disclosure of such confidential information would reveal Google's business negotiations with different partners and give competitors an unfair advantage.

**7.** Furthermore, certain information in the portions indicated in the table above references technical details and identifiers related to highly sensitive features of Google's internal

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

systems and operations, including data logs and data signals and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors.

8.  I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

9.  Furthermore, I understand that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.

10. I also understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

11. Attached hereto as Exhibit A is a copy of the November 1, 2022 Hearing Transcript that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2023 in San Francisco, California.

*/s/ Reece Trevor*
Reece Trevor

**CIVIL L.R. 5-1(H)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 14, 2023

COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

280501272

Cooley LLP
Attorneys at Law
San Francisco

4

Dec. of R. Trevor ISO Google's
Admin. Motion to Seal
Case No. 4:21-cv-02155-YGR-VKD