UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 426 |

On November 1, 2022, the Court conducted a hearing under seal on the parties' discovery dispute concerning defendant Google LLC's ("Google") responses to plaintiffs' requests for production (Dkt. No. 336). Dkt. No. 349. A transcript of the hearing has been prepared. Dkt. No. 359. Google has filed an administrative motion asking the Court to order that portions of the November 1, 2022 hearing transcript remain sealed. Dkt. No. 426. Plaintiffs have not filed a response. Having considered Google's submission, the Court grants the administrative motion, as set forth below.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A litigant seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure.

*Id.* at 1098–99; *Kamakana*, 447 F.3d at 1179–80.

Google's motion to seal concerns information disclosed during a hearing in connection with a discovery dispute. The underlying discovery dispute does not address the merits of the parties' claims or defenses, and the Court therefore applies the "good cause" standard of Rule 26(c).

According to Google, the portions of the November 1, 2022 hearing transcript (Dkt. No. 359) that it seeks to seal "reflect highly confidential and proprietary information regarding sensitive internal data systems and operations that Google keeps confidential, including Google's internal data logs, data signals, and descriptions of business partnerships." Dkt. No. 426 at 2. Google represents that disclosure to the public would cause competitive harm to Google. Dkt. No. 362 at 4. The Court agrees and finds that good cause exists to seal the following limited portions of the hearing transcript:

| Document | Portions to be filed under seal |
| --- | --- |
| November 1, 2022 Hearing Transcript (Dkt. No. 359) | Portions highlighted at 9:1, 9:25, 14:8 (*see* Dkt. No. 426-3) |

The November 1, 2022 hearing transcript shall be sealed in its entirety at Dkt. No. 359. Google has already filed a redacted version of the November 1, 2022 hearing transcript, reflecting the approved redactions, on the public docket at Dkt. No. 426-2. Therefore, no further action by the parties is required.

**IT IS SO ORDERED.**

Dated: February 22, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge