# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | The parties' bid response joint discovery dispute letter | Portions from pages 1 to 6 concerning the information contained in bid response fields and Google's logs | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| 2 | The parties' time sampling joint discovery dispute letter | Portions from pages 3 to 6 concerning the names of Google's logs and the information that they contain | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Virginia K. DeMarchi
United States District Court Judge