1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  Caroline Corbitt (Cal Bar. No. 305492)
   **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9

10 *Interim Class Counsel*

11

12                    **UNITED STATES DISTRICT COURT**
13                     **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**
14

15 | In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This Document relates to: *all actions*. | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| | **[Civil L.R. 79-5(f)]** |
| | Judge:  Hon. Virginia K. DeMarchi |
| | Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

PROOF OF SERVICE

Case No. 4:21-cv-02155-YGR-VKD

1  I, Caroline Corbitt, hereby declare as follows:

2  I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a
3  party to this action. On February 28, 2023, I caused the below-documents to be served by
4  electronic mail to the individuals at their addresses in the manner set forth below in compliance
5  with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Elizabeth C. Pritzker in support;
3. <u>Exhibit 1</u> – Redacted version of Joint Discovery Dispute Letter re: Bid Response Fields
4. <u>Exhibit 1</u> – Unredacted version of Joint Discovery Dispute Letter re: Bid Response Fields, *lodged under seal*;
5. <u>Exhibit 2</u> – Redacted version of Joint Discovery Dispute Letter re: Time Sampling
6. <u>Exhibit 2</u> – Unredacted version of Joint Discovery Dispute Letter re: Time Sampling, *lodged under seal*;
7. Proposed Order

<u>*Via E-mail*</u>
Jeffrey M. Gutkin, Esq.
Whitty Somvichian, Esq.
Kelsey Spector, Esq.
Anu S. Dhillon, Esq.
Laura Elliott, Esq.
Reece Trevor, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: jgutkin@cooley.com
wsomvichian@cooley.com
kspector@cooley.com
adhillon@cooley.com
lelliot@cooley.com
rtrevor@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 28, 2023 at Emeryville, California.

By: */s/ Caroline Corbitt*
Caroline Corbitt