COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

Pursuant to Local Rule 7-11, Google LLC ("Google") respectfully submits this **unopposed** Motion for Administrative Relief seeking an extension, until March 8, 2023, to file its Motion to Seal portions of the Joint Letter Brief on Time Sampling (ECF No. 430, "Time Sampling Brief"), the Joint Letter Brief on Bid Response Fields (ECF No. 429, "Bid Response Brief"), and the Joint Letter Brief on Bid Request Fields (ECF __, "Bid Request Brief") (collectively "the Joint Letter Briefs"). Google has conferred with Plaintiffs to request their stipulation to this extension, and Plaintiffs consented to that request. (*See* Declaration of Whitty Somvichian at ¶ 7.)

By agreement, the parties exchanged (1) their initial statements for the Bid Response Brief and Time Sampling Brief on February 22, 2023 and for the Bid Request Brief on February 23, 2023; and (2) their revised final statements for the Bid Response Brief and Time Sampling Brief on February 28, 2023 and for the Bid Request Brief on March 1, 2023, shortly before the filings on those same dates. (*Id.* at ¶¶ 2-4.)

Given the short time for Google to review Plaintiffs' final version of the Joint Letter Briefs, counsel for Google requires a brief additional period to carefully evaluate whether the information contained in these briefs warrants sealing and then to prepare any necessary sealing motion and supporting declaration. Specifically, the Joint Letter Briefs contain detailed discussions of Google's internal data logs and technical infrastructure, and counsel for Google must determine whether public disclosure of the information in the Joint Letter Briefs would cause Google competitive harm or otherwise warrant sealing. A short additional period for Google to move to seal the Joint Letter Briefs would promote judicial economy by ensuring that Google and the Court have sufficient time to consider the confidentiality of the information contained therein. An extension also would not interfere with any aspect of the case schedule.

Accordingly, Google respectfully requests the Court grant its unopposed request for an extension until March 8, 2023 to move to seal the Joint Letter Briefs.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

Dated: March 1, 2023

COOLEY LLP

By: */s/ Whitty Somvichian*
    Whitty Somvichian

Attorney for GOOGLE LLC

282422859

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD