COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE LLC'S
UNOPPOSED ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, hereby declare:

1. I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155 ("*In re RTB*"). I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in connection with Google's Unopposed Motion to Extend Time to Move to Seal the Joint Letter Brief on Time Sampling (ECF No. 430, "Time Sampling Brief"), the Joint Letter Brief on Bid Response Fields (ECF No. 429, "Bid Response Brief"), and the Joint Letter Brief on Bid Request Fields (ECF __, "Bid Request Brief") (collectively "the Joint Letter Briefs"). I have personal knowledge of the facts herein and, if called as a witness, I am competent to testify.

2. On February 14, 2023, the parties agreed to a schedule for preparing and submitting the Joint Letter Briefs to the Court on February 28, 2023.

3. By agreement, the parties exchanged their initial statements for the Bid Response Brief and Time Sampling Brief on February 22, 2023 and for the Bid Request Brief on February 23, 2023.

4. The Parties later agreed to delay submission of the Bid Request Brief until March 1, 2023 but to maintain February 28, 2023 as the date to file the Time Sampling Brief and the Bid Response Brief with the Court. The parties exchanged their revised final statements for the Bid Response Brief and Time Sampling Brief on February 28, 2023 and for the Bid Request Brief on March 1, 2023, shortly before the filings on those same dates.

5. Google requires more time to evaluate the confidentiality implications of the information discussed in the Joint Letter Briefs. These briefs contain detailed discussion of Google's internal data logs and technical infrastructure, and careful evaluation is needed to determine whether this information raises competitive sensitivities or other concerns that warrant sealing.

6. Google asked Plaintiffs on February 27, 2023, before the filing of the Joint Letter Briefs, to agree to an extension of time in which Google could prepare a motion to seal any

Cooley LLP
Attorneys at Law
San Francisco

2

Dec. of W. Somvichian iso Google LLC's
Unopposed Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

confidential materials cited in the three Joint Letter Briefs.  Plaintiffs' counsel agreed to that request.

7. Google's request for an extension to the time to March 8, 2023 to move to seal is not intended to and should not affect the case schedule or the timing for any resolution of the Joint Letter Briefs.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of March 2023 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

282422952

Cooley LLP
Attorneys at Law
San Francisco

3

Dec. of W. Somvichian iso Google LLC's
Unopposed Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD