COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[Proposed] Order Granting Google LLC's Unopposed Administrative Motion to Extend Time to Move to Seal** |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order Granting Unopposed
Admin. Motion to Extend Time
Case No. 4:21-cv-02155-YGR-VKD

1    Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend
2    Time to Move to Seal portions of the Joint Letter Brief on Time Sampling (ECF No. 430, "Time
3    Sampling Brief"), the Joint Letter Brief on Bid Response Fields (ECF No. 429, "Bid Response
4    Brief"), and the Joint Letter Brief on Bid Request Fields (ECF No. __, "Bid Request Brief")
5    (collectively "the Joint Letter Briefs").  Having considered Google's unopposed Administrative
6    Motion and all other matters properly considered by this Court, the Court finds there is good cause
7    to GRANT the Motion.

8    THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is
9    GRANTED.  Absent an intervening order obviating the need to seal the confidential information
10   cited by Plaintiffs, Google shall file its Motion to Seal on Wednesday, March 8, 2023.

Dated: _____                     _____
                                            Hon. Virginia K. DeMarchi
                                            UNITED STATES MAGISTRATE JUDGE

282423577

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD