Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

*[Additional Counsel Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge:  Hon. Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Defendant Google has proposed redactions to portions of the parties' joint discovery dispute letter brief concerning bid request fields, filed this same date. (This includes redactions to Plaintiffs' portion of the brief, which Plaintiffs do not themselves support sealing as the information is publicly available or does not meet the standard for sealing.) Plaintiffs redact this information provisionally and lodge the joint letter brief conditionally under seal at the request of Google, which maintains that portions of the briefs, including Plaintiffs' sections, quote from and summarize information that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (Dkt. 59).

The specific portions of the bid request fields joint discovery dispute letter brief that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a motion by Google, are:

- Highlighted portions of the parties' bid request fields joint discovery dispute letter brief on pages 1 to 7 concerning the information contained in bid request fields and Google's logs.

An unsealed and unredacted version of the joint discovery dispute letter brief is lodged under seal with the Declaration of Anne K. Davis filed herewith. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to conditionally seal language in the joint discovery dispute letter brief that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to the parties' dispute, and

the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google. Plaintiffs seek this relief in good faith in order to comply with Civil L.R. 79-5(f), and in light of Google's designations and the protective order.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google. Plaintiffs do not agree that the conditionally redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order. Plaintiffs reserve all rights to challenge any confidentiality designations by Google in these filings, and to oppose Google's motion to seal.

## II.   NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google, complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.   CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the parties' bid request fields joint discovery dispute letter brief from pages 1 to 7 concerning the information contained in bid request fields and Google's logs should remain conditionally under seal and in redacted form pursuant to Google's designation.

Dated: March 1, 2023

**PRITZKER LEVINE LLP**

By: __/s/ Elizabeth C. Pritzker__
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: __/s/ Anne K. Davis__
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By: __/s/ Jay Barnes__
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**

By: __/s/ David A. Straite__
David A. Straite (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
485 Lexington Ave., 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**

By: __/s/ Francis A. Bottini, Jr.__
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Anne Beste (SBN 326881)
Yury A. Kolesnikov (SBN 271173)
Nicholaus Woltering (SBN 337193)

| | |
|---|---|
| 1 | 7817 Ivanhoe Avenue, Suite 102 |
| 2 | La Jolla, CA  92037<br>Telephone: (858) 914-2001 |
| 3 | Facsimile: (858) 914-2002<br>*fbottini@bottinilaw.com* |
| 4 | *achang@bottinilaw.com*<br>*abeste@bottinilaw.com* |
| 5 | *ykolesnikov@bottinilaw.com*<br>*nwoltering@bottinilaw.com* |
| 6 | |
| 7 | **COTCHETT, PITRE & McCARTHY LLP** |
| 8 | By:  _/s/  Nanci E. Nishimura_ |
| 9 | Nanci E. Nishimura (Cal. Bar No. 152621)<br>Brian Danitz (Cal. Bar. No. 247403) |
| 10 | Karin B. Swope (admitted *pro hac vice*)<br>840 Malcolm Road, Suite 200 |
| 11 | Burlingame, CA 94010<br>Tel.: (650) 697-6000 |
| 12 | Fax: (650) 697-0577<br>*nnishimura@cpmlegal.com* |
| 13 | *bdanitz@cpmlegal.com*<br>*kswope@cpmlegal.com* |
| 14 | |
| 15 | ***Counsel for Plaintiffs and the Proposed Class*** |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2023, at Oakland, California.

／s/ *Anne K. Davis*
Anne K. Davis

**CERTIFICATE OF SERVICE**

I, Anne K. Davis, hereby certify that on March 1, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

*/s/ Anne K. Davis*
Anne K. Davis