**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date: None set. |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | The parties' bid request fields joint discovery dispute letter brief | Highlighted portions on pages 1 to 7 concerning the information contained in bid request fields and Google's logs | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                               Hon. Virginia K. DeMarchi
                                               United States Magistrate Judge