| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE TO SEAL |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

1  Before the Court is Google LLC's ("Google") Unopposed Administrative Motion to Extend
2  Time to Move to Seal portions of the Joint Letter Brief on Time Sampling (ECF No. 430, "Time
3  Sampling Brief"), the Joint Letter Brief on Bid Response Fields (ECF No. 429, "Bid Response
4  Brief"), and the Joint Letter Brief on Bid Request Fields (ECF No. 434, "Bid Request Brief")
5  (collectively "the Joint Letter Briefs"). Having considered Google's unopposed Administrative
6  Motion and all other matters properly considered by this Court, the Court finds there is good cause
7  to GRANT the Motion.

8  THEREFORE, IT IS ORDERED that, for the reasons stated in the Motion, the Motion is
9  GRANTED. Absent an intervening order obviating the need to seal the confidential information
10 cited by Plaintiffs, Google shall file its Motion to Seal on Wednesday, March 8, 2023.

Dated: March 2, 2023

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

282423577

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD