COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S SUBMISSION RE: PRIVILEGE RE-REVIEW (DKT. NO. 421)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S SUBMISSION RE
PRIVILEGE RE-REVIEW
CASE NO. 4:21-CV-02155-YGR-VKD

Dear Honorable Virginia K. DeMarchi:

Pursuant to your Honor's February 2, 2023 order (the "Order") (Dkt. No. 421), Google timely submits this report for the Court's consideration.

On February 2, 2023, this Court instructed Plaintiffs to "identify, by privilege log number, not more than 1,000 logged items that fall into at least one of the following categories: (a) the log does not identify any attorney, and the description provided does not clearly show that the document seeks or reflects legal advice or constitutes attorney work product; or (b) the log does not indicate that the document was created by or sent to an attorney, but the log describes the document as concerning legal advice of a member of Google's legal team." (*Id.* at 1:20–26.)

On February 7, 2023, Plaintiffs provided Google with a list of 1,000 logged items from the 10,525 total items logged on Google's privilege logs.

In accordance with the Court's Order, Google re-reviewed the logged items identified by Plaintiffs. Google determined that it had already produced three items on Plaintiffs' list. Google re-reviewed the remaining 997 items. The results of this re-review are as follows:

| Change Type | Total | Percentage of 1000 re-reviewed documents | Percentage on the basis of all documents for which privilege is claimed (10,525 total entries on privilege logs) |
|---|---|---|---|
| Previously withheld documents previously produced in full | 3 | 0.30% | 0.03% |
| Previously withheld documents to be produced in full. | 105 | 10.50% | 1.00% |
| Previously withheld documents to be produced with redactions. | 119 | 11.90% | 1.13% |
| Previously redacted documents to be produced without redactions. | 33 | 3.30% | 0.31% |
| Previously redacted documents to be produced with modified redactions. | 20 | 2.00% | 0.19% |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE'S SUBMISSION RE
PRIVILEGE RE-REVIEW
CASE NO. 4:21-CV-02155-YGR-VKD

| Change Type | Total | Percentage of 1000 re-reviewed documents | Percentage on the basis of all documents for which privilege is claimed (10,525 total entries on privilege logs) |
|---|---|---|---|
| No change to privilege status. | 720 | 72.00% | 6.84% |
| Total | 1000 | 100.00% | 9.5% |

On February 28, 2023, pursuant to the Court's Order, (Order at 2:1–2), Google timely advised Plaintiffs in writing of the items that Google will produce in whole or with redactions, or with modified redactions, as a result of the re-review. Google is preparing these documents for a prompt production to Plaintiffs. In addition, although the Court's Order does not require an updated privilege log, Google is preparing a supplemental privilege log to reflect changes to the log as a result of this re-review. Google is aiming to provide the new log to Plaintiffs by March 24, 2023, but will provide it earlier if feasible.

Respectfully submitted,

Dated: March 2, 2023                COOLEY LLP


By: */s/ Whitty Somvichian*
    Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S SUBMISSION RE
PRIVILEGE RE-REVIEW
CASE NO. 4:21-CV-02155-YGR-VKD