COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL JEFFREY M. GUTKIN** |

282593371

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF COUNSEL
JEFFREY M. GUTKIN
CASE NO. 4:21-CV-02155-YGR-VKD

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Kindly withdraw the appearance of Jeffrey M. Gutkin of the law firm Cooley LLP, on behalf of Defendant Google LLC ("Google").

Cooley LLP will continue to represent Google in the above-captioned matter. Please continue to serve all pleadings, orders, notices, discovery and other documents on all other Cooley attorneys identified as counsel for Google on the Court's docket.

Dated: March 3, 2023                        COOLEY LLP

                                            By: */s/ Whitty Somvichian*
                                                Whitty Somvichian

                                            Attorney for Defendant
                                            GOOGLE LLC

282593371

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL OF COUNSEL
JEFFREY M. GUTKIN
CASE NO. 4:21-CV-02155-YGR-VKD