1

2

3

4                                UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE GOOGLE RTB CONSUMER                    Case No. 21-cv-02155-YGR   (VKD)
     PRIVACY LITIGATION

8
                                                  **ORDER REQUESTING UPDATE RE
9                                                 STATUS OF PRIVILEGE DISPUTES
                                                  AND PROPOSAL FOR RESOLUTION**
10

11

12

13          The Court has reviewed Google's report regarding its review of 1,000 disputed items on its

14   privilege log.  *See* Dkt. No. 437.  That report reflects that of the 1,000 items in dispute, Google

15   determined that 28% required correction.  This figure includes 224 items (22.4% of the 1,000

16   items reviewed) that had been withheld from production but which Google has now determined

17   should either be produced in full or with redactions.  *Id.* at 1.  Google reports that it expects to

18   provide a revised privilege log to plaintiffs by March 24, 2023 and that it will make a prompt

19   document production reflecting its corrected privilege claims.

20          In view of these representations, the Court orders further proceedings as follows:

21       1.  The parties shall confer promptly regarding the status of their remaining disputes

22          concerning Google's privilege claims and their respective proposals for efficiently

23          resolving those disputes.

24       2.  By **March 17, 2023**, the parties shall jointly file a report with the Court that (1)

25          summarizes the disputes remaining and (2) provides their agreed or respective

26          proposal(s) for efficiently resolving those disputes.  The report should be factual and

27          not argumentative, and must not exceed 1,200 words.

28   //

United States District Court
Northern District of California

1        **IT IS SO ORDERED.**

2    Dated: March 7, 2023

3

4                                              *Virginia K. DeMarchi*
                                         VIRGINIA K. DEMARCHI
5                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California