COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare as follows:

**1.** I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should be Sealed (ECF No. 428 and No. 433). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

**2.** On February 28, 2023 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 428) in connection with the Joint Letter Brief on Bid Response Fields (ECF No. 429, "Bid Response Brief") with accompanying exhibits, the Joint Letter Brief on Time Sampling (ECF No. 430, "Time Sampling Brief"). On that same day, I received an unredacted service copy of the Bid Response Brief and the Time Sampling Brief.

**3.** On March 1, 2023, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 433) in connection with the Joint Letter Brief on Bid Request Fields (ECF No. 434, "Bid Request Brief") with accompanying exhibits. On that same day, I received an unredacted service copy of the Bid Request Brief.

**4.** I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. The portions in the Bid Response Brief, Time Sampling Brief, and Bid Request Brief (collectively "the Joint Letter Briefs") reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief on Bid Response Fields ("Bid Response Brief") (ECF No. 429) | Portions highlighted at pages: 1-2, 5-6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Joint Letter Brief on Time Sampling ("Time Sampling Brief") (ECF No. 430) | Portions highlighted at pages: 3-6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Joint Letter Brief on Bid Request Fields ("Bid Request Brief") (ECF No. 434) | Portions highlighted at pages: 1-7 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

5.  Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Briefs not indicated in the table above.

6.  To the best of my knowledge, certain information in the documents indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

details related to various of Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

**7.** I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

**8.** I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

**9.** Attached hereto as Exhibit A is a copy of the Bid Response Brief (ECF No. 429) that highlights the specific information that Google seeks to maintain under seal.

**10.** Attached hereto as Exhibit B is a copy of the Time Sampling Brief (ECF No. 430) that highlights the specific information that Google seeks to maintain under seal.

**11.** Attached hereto as Exhibit C is a copy of the Bid Request Brief (ECF No. 434) that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2023 in San Francisco, California.

/s/ Reece Trevor
Reece Trevor

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

**CIVIL L.R. 5-1 (H)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 8, 2023                                COOLEY LLP

 /s/ Whitty Somvichian
Whitty Somvichian

282587624

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD