# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JAMES A. ULWICK IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

I, James A. Ulwick, hereby declare as follows:

1. I am an associate at DiCello Levitt LLC, am a member in good standing of the Bar of the State of Illinois and have been duly admitted *pro hac vice* to practice before this Court. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. A true and correct copy of the following document is attached as follows:

   a. an **unredacted** copy of Exhibit 1 to Plaintiffs' Opposition to Google's Response (ECF No. 440) to Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF Nos. 428 And 433).

4. Plaintiffs' request seeks to conditionally seal language in Exhibit 1 to their Plaintiffs' Opposition to Google's Response (ECF No. 440) to Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF Nos. 428 And 433) that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google.

5. Plaintiffs do not agree that the conditionally redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order. Plaintiffs reserve all rights to challenge any confidentiality designations by Google in these filings, and to oppose Google's motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2023, at Chicago, Illinois.

*/s/ James A. Ulwick*
James A. Ulwick