**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation<br><br>This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date: None set. |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Exhibit 1 to Plaintiffs' Opposition to Google's Response (ECF No. 440) to Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF Nos. 428 and 433) | Highlighted portions in Exhibit 1 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge