# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| # | Information Sought to be Sealed by Google | JLB Cite | Deficiency |
|---|---|---|---|
| 1 | ███████████████████████████ | Exhibit A (Bid Responses), p. 1 | This is already publicly available information, which can be reviewed here: https://developers.google.com/authorized-buyers/rtb/cookie-guide (explaining cookie matching in RTB). In addition, Google has provided no explanation that this information is confidential or proprietary, and has not shown that publishing this information would result in prejudice or harm to Google. |
| 2 | ███████████████████████████ | Exhibit A (Bid Responses), p. 1 | It is publicly known that ███████████████████████ ███████████████████████ *See, e.g.,* https://developers.google.com/authorized-buyers/rtb/start ███████████████████████ ███████████████████████ Google has provided no explanation as to how this information is confidential or proprietary, and it has provided no explanation of prejudice or harm to Google.. |
| 3 | ███████████████████████████ | Exhibit A (Bid Responses), p. 2 | It is publicly known that ███████████████ *See, e.g.,* https://support.google.com/authorizedbuyers/answer/6156722 ███████████████████████ |
| 4 | ███████████████████████████ | Exhibit A (Bid Responses), p. 2 | It is publicly known that ███████████████ *See, e.g.,* https://support.google.com/authorizedbuyers/answer/6156722 ███████████████████████ |
| 5 | ███████████████████████████ | Exhibit A (Bid Responses), p. 2 | ███████████████████████ |

| | | | |
|---|---|---|---|
| 6 | ███ | Exhibit A (Bid Responses), p. 2 | ███ |
| 7 | ███ | Exhibit A (Bid Responses), p. 5 | It is publicly known that ███ ███ See, e.g., https://support.google.com/admanager/answer/10830344?hl=en |
| 8 | ███ | Exhibit A (Bid Responses), p. 5 | No explanation that this information is confidential or proprietary |
| 9 | ███ | Exhibit A (Bid Responses), p. 5; Exhibit B (Time Sampling), p. 3-6; Exhibit C (Bid Request Fields), p. 2-4, 6, 7 | No explanation of prejudice or harm to Google.. |
| 10 | ███ | Exhibit B (Time Sampling), p. 3 | Google explains what a ███ is on its own website: https://developers.google.com/issue-tracker/concepts/access-control. ███ similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie-guide. |
| 11 | ███ | Exhibit B (Time Sampling), p. 3; Exhibit C (Bid Request Fields), p. 3 | ███ is not confidential – it is disclosed in multiple documents in other cases. See, e.g., Calhoun v. Google, LLC, 4:20-cv-05146, ECF. 856-3, at 103:14-19. Google has offered no explanation of prejudice or harm that would occur to Google, if the internal terms were disclosed. |
| 12 | ███ | Exhibit B (Time Sampling), p. 5-6; Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 13 | ███ | Exhibit B (Time Sampling), p. 6 | Google explains what a ███ is on its own website: https://developers.google.com/issue-tracker/concepts/access-control. ███ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie-guide. Further, Google provides no explanation of prejudice or harm to Google. |

| | | | |
|---|---|---|---|
| 14 | ███████████ | Exhibit B (Time Sampling), p. 6 | No explanation of prejudice or harm to Google. |
| 15 | ███████████ | Exhibit C (Bid Request Fields), fn. 2, p. 5 | No explanation of prejudice or harm to Google. |
| 16 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 17 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | ████ is not confidential – disclosed in multiple documents in other cases. See, e.g., Calhoun v. Google, LLC, 4:20-cv-05146, ECF. 856-3, at 103:14-19. |
| 18 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 19 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | Cookie matching, including the use of ████ in cookie matching, is explained in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie-guide |
| 20 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 21 | ███████████ | Exhibit C (Bid Request Fields), p. 2 | Google explains what a ████ is on its own website: https://developers.google.com/issue-tracker/concepts/access-control. ████ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie-guide. |
| 22 | ███████████ | Exhibit C (Bid Request Fields), p. 3 | This term is used in Google's own explanation of cookie matching, explained in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie-guide |
| 23 | ███████████ | Exhibit C (Bid Request Fields), p. 3 | No explanation of prejudice or harm to Google. |
| 24 | ███████████ | Exhibit C (Bid Request Fields), p. 3 | No explanation of prejudice or harm to Google. |

| | | | |
|---|---|---|---|
| 25 | ███████████████████████ | Exhibit C (Bid Request Fields), p. 3 | Google explains what a ████████ is on its own website: https://developers.google.com/issue-tracker/concepts/access-control. ████████████ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie-guide. |
| 26 | ████████████ | Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 27 | ██████████████████████ | Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 28 | ████████████████ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 29 | ██████████████████ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 30 | ████████████████████ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 31 | ██████████████████████ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 32 | ██████████████████████ | Exhibit C (Bid Request Fields), p. 6 | Google's Cookie matching guide explains the definition of ████████████ as well as its use, in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie-guide |
| 33 | ██████████████████████ | Exhibit C (Bid Request Fields), p. 6 | No explanation of prejudice or harm to Google. |
| 34 | ████████████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field is described in detail in Google's own Authorized Buyers Real-Time Bidding Protocol, available here: https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto |
| 35 | ████████████████████████ | Exhibit C (Bid Request Fields), p. 6 | No explanation of prejudice or harm to Google. |
| 36 | ████████████████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |

| | | | |
|---|---|---|---|
| 37 | ██████████████████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |
| 38 | ██████████████████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |
| 39 | ██████████████████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |