COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
*Admitted pro hac vice*
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
*Admitted pro hac vice*
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

*Additional counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> Plaintiffs, <br><br> v. <br><br> This Document Relates to: *all actions*, <br><br> Defendant. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **STIPULATED REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS AND [PROPOSED] ORDER** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO
CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Consolidated Plaintiffs ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on February 28, 2023, Plaintiffs filed a Notice of Motion and Motion for Contempt and Sanctions for Violation of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders (the "Motion") (ECF No. 431);

WHEREAS, the Motion is currently noticed for hearing on April 4, 2023 at 10:00 a.m. and Google's lead counsel who will argue is not available on that date, as explained in the Declaration of Whitty Somvichian filed herewith; and

WHEREAS, in light of this scheduling conflict, the Parties agreed to seek an extension of one week for the Motion's hearing date, until April 11, 2023 at 10:00 a.m., while leaving all other dates and deadlines in this action unaffected.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The hearing on Plaintiffs' Motion is continued from April 4, 2023 at 10:00 a.m. to April 11, 2023 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: March 14, 2023                                COOLEY LLP

                                                     */s/ Whitty Somvichian*
                                                     Whitty Somvichian
                                                     Attorney for Defendant
                                                     GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED REQUEST TO
CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| 1  Dated: March 14, 2023 | PRITZKER LEVINE LLP |
| 2 | |
| 3 | */s/ Elizabeth C. Pritzker* |
| 4 | Elizabeth C. Pritzker |
| 5 | Jonathan Levine<br>Bethany Caracuzzo |
| 6 | **PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450 |
| 7 | Emeryville, CA 94608<br>Tel:  (415) 692-0772 |
| 8 | Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com |
| 9 | jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com |
| 10 | Joe Cotchett |
| 11 | Nanci Nishimura<br>Brian Danitz |
| 12 | Jeffrey G. Mudd<br>**COTCHETT PITRE & McCARTHY** |
| 13 | 840 Malcolm Road, Suite 200<br>Burlingame, CA   94010 |
| 14 | Tel:  650-697-6000<br>Fax:  650-597-0577 |
| 15 | Email:  POmalley@cpmlegal.com<br>nnishimura@cpmlegal.com |
| 16 | BDanitz@cpmlegal.com<br>JMudd@cpmlegal.com |
| 17 | Karin B. Swope |
| 18 | **COTCHETT PITRE & McCARTHY**<br>999 N. Northlake Way, Suite 215 |
| 19 | Seattle, WA 98103<br>Email: KSwope@cpmlegal.com |
| 20 | David A. Straite (*admitted pro hac vice*) |
| 21 | Corban Rhodes (*admitted pro hac vice*)<br>**DICELLO LEVITT LLC** |
| 22 | 485 Lexington Avenue. 10th Floor<br>New York, NY   10017 |
| 23 | Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com |
| 24 | crhodes@dicellolevitt.com<br>Julwick@dicellolevitt.com |
| 25 | James Ulwick (*admitted pro hac vice*) |
| 26 | **DICELLO LEVITT LLC**<br>Ten North Dearborn St., 6th Floor |
| 27 | Chicago, IL 60602<br>Tel: (312) 214-7900 |
| 28 | Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED REQUEST TO
CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

Francis A. Bottini, Jr.
Yury A. Kolesnikov
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
Email:  fbottini@bottinilaw.com
              ykolesnikov@bottinilaw.com

*Interim Class Counsel for Plaintiffs*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on March 14, 2023, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATED REQUEST TO
CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IS SO ORDERED

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

282833901

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATED REQUEST TO
CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD