| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF STIPULATED REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO STIPULATION
TO CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

**1.** I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am lead counsel for Google LLC ("Google") in this matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

**2.** I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of the Parties' Request to Continue Hearing on Plaintiffs' Motion for Sanctions Pursuant to L.R. 6-2.

**3.** On February 28, 2023, Plaintiffs filed a Notice of Motion and Motion for Contempt and Sanctions for Violation of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders. (ECF No. 431)

**4.** Plaintiffs noticed the hearing date for April 4, 2023 at 10:00 a.m. I will be out of the country on a previously-scheduled and pre-paid family trip on that date.

**5.** On March 3, 2023, I contacted Plaintiffs' counsel to request their stipulation to request a one-week continuance of the hearing date until April 11, 2023 to ensure that I may represent Google at the hearing. Plaintiffs' counsel agreed to this request.

**6.** As the requested time modification applies only to the hearing and not the briefing schedule for Plaintiffs' motion for sanctions, the modification will have no effect on the schedule for this case.

**7.** Pursuant to Local Rule 6-2, the following time modifications have occurred to date in this action:

- On April 22, 2021 the Google and Plaintiffs (collectively, the "Parties") stipulated to an initial extension of Google's time to respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

- On May 18, 2021 the Parties further stipulated to extend Google's deadline to answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an order regarding case consolidation and appointment of interim lead class counsel, or in the alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 46).

- Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO STIPULATION
TO CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

80).

- On May 25, 2022 the Parties stipulated to revise the case schedule to allow pre-class certification discovery to occur efficiently (ECF No. 208).

- On June 1, 2022 the Court granted the Parties' stipulation to revise the case schedule as modified by the Court (ECF No. 221).

- On June 24, 2022 the Court granted the Parties' stipulation to extend Google's time to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).

- On July 15, 2022 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF No. 257).

- On August 5, 2022 the Court granted the Parties' stipulated request to move a discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).

- On August 11, 2022 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 12, 2022 (ECF No. 286).

- On August 23, 2022 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 29, 2022 (ECF No. 307).

- On September 7, 2022 the Court ordered a further revision to the case schedule in light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).

- On November 22, 2022 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until November 29, 2022 (ECF No. 369).

- On December 21, 2022 the Court entered an order granting in part Plaintiffs' motion to revise the case schedule (ECF No. 391).

- On January 18, 2023 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until January 19, 2023 (ECF No. 406).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO STIPULATION
TO CONTINUE HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

- On March 2, 2023 the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF No. 435).

I declare under the laws of the State of California that the foregoing is true and correct. Executed March 14, 2023, in San Francisco, California.

/s/ Whitty Somvichian
Whitty Somvichian

282833911

Cooley LLP
Attorneys at Law
San Francisco

4

Decl. of W. Somvichian ISO Stipulation
to Continue Hearing
Case No. 4:21-cv-02155-YGR-VKD