COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF KELSEY R. SPECTOR IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Kelsey R. Spector, declare and state as follows:

1.      I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion ("Google's Sealing Motion") to consider whether portions of the concurrently-filed Google's Opposition to Plaintiffs' Motion for Contempt and Sanctions for Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders [DKT. NOS. 314, 382] (ECF No. 431) ("Google's Opposition"), the Declaration of Whitty Somvichian in support of Google's Opposition ("Somvichian Declaration") and accompanying exhibits ("Somvichian Exhibits"), and the Declaration of Stanislav Belov in support of Google's Opposition ("Belov Declaration"), should remain under seal. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

2.      I have reviewed the portions of Google's Opposition, the Somvichian Declaration, the Somvichian Exhibits, and the Belov Declaration that Google seeks to maintain under seal pursuant to Local Rule 79-5. The selected portions of the documents reflect highly confidential and proprietary information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Google's Opposition to Plaintiffs' Motion for Contempt and Sanctions for Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders [DKT. NOS. 314, 382] (ECF No. 431) ("Google's Opposition") | Portions highlighted at pages: 1-5, 10-12 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's |

Cooley LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Stanislav Belov in support of Google's Opposition ("Belov Declaration") | Portions highlighted at page: 2 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

Cooley LLP
Attorneys at Law
San Francisco

3

Decl. of K. Spector ISO Admin.
Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| Declaration of Whitty Somvichian in support of Google's Opposition ("Somvichian Declaration") | Portions highlighted at page: 2 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit A to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit B to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit C to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's |

Cooley LLP
Attorneys at Law
San Francisco

Decl. of K. Spector ISO Admin.
Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit D to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Exhibit E to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit F to the Somvichian Declaration | Entirety | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I |

Cooley LLP
Attorneys at Law
San Francisco

| | | understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

3.  Google does not seek to redact or file under seal any of the remaining portions of Google's Opposition, the Somvichian Declaration, or the Belov Declaration not indicated in the table above.

4.  To the best of my knowledge, certain information in the documents indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to various of Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

5.  I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

6.  I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

7.  Attached hereto as Exhibit 1 is a copy of Google's Opposition, filed concurrently,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

that highlights the specific information that Google seeks to maintain under seal.

**8.**     Attached hereto as Exhibit 2 is a copy of the Declaration of Stanislav Belov in support of Google's Opposition that highlights the specific information that Google seeks to maintain under seal.

**9.**     Attached hereto as Exhibit 3 is a copy of the Declaration of Whitty Somvichian in support of Google's Opposition that highlights the specific information that Google seeks to maintain under seal.

**10.**     Attached hereto as Exhibit 4 is a copy of the Exhibit A to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

**11.**     Attached hereto as Exhibit 5 is a copy of the Exhibit B to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

**12.**     Attached hereto as Exhibit 6 is a copy of the Exhibit C to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

**13.**     Attached hereto as Exhibit 7 is a copy of the Exhibit D to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

**14.**     Attached hereto as Exhibit 8 is a copy of the Exhibit E to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

**15.**     Attached hereto as Exhibit 9 is a copy of the Exhibit F to the Declaration of Whitty Somvichian in support of Google's Opposition that Google seeks to maintain under seal.

I declare under the laws of the State of California that the foregoing is true and correct. Executed March 14, 2023, in San Francisco, California.


/s/ *Kelsey R. Spector*
Kelsey R. Spector

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1

**CIVIL L.R. 5-1 (H)(3) ATTESTATION**

2    Pursuant to Civil L.R. 5-1(h)(3), I Whitty Somvichian, hereby attest under penalty of

3    perjury that concurrence in the filing of this document has been obtained from all signatories.

4

5    Dated: March 14, 2023                          _/s/ Whitty Somvichian_

6                                                    Whitty Somvichian

7

8

9    282974434

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DECL. OF K. SPECTOR ISO ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD