COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion ("Sealing Motion") to consider whether portions of the concurrently-filed Google's Opposition to Plaintiffs' Motion for Contempt and Sanctions for Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders [DKT. NOS. 314, 382] (ECF No. 431) ("Google's Opposition"), the Declaration of Whitty Somvichian in support of Google's Opposition ("Somvichian Declaration") and accompanying exhibits ("Somvichian Exhibits"), and the Declaration of Stanislav Belov in support of Google's Opposition ("Belov Declaration"), should remain under seal.

Upon consideration of the Sealing Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Google's Opposition to Plaintiffs' Motion for Contempt and Sanctions for Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders [DKT. NOS. 314, 382] (ECF No. 431) ("Google's Opposition") | Portions highlighted at pages: 1-5, 10-12 |
| Declaration of Stanislav Belov in support of Google's Opposition ("Belov Declaration") | Portions highlighted at page: 2 |
| Declaration of Whitty Somvichian in support of Google's Opposition ("Somvichian Declaration") | Portions highlighted at page: 2 |
| Exhibit A to the Somvichian Declaration | Entirety |
| Exhibit B to the Somvichian Declaration | Entirety |
| Exhibit C to the Somvichian Declaration | Entirety |
| Exhibit D to the Somvichian Declaration | Entirety |
| Exhibit E to the Somvichian Declaration | Entirety |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit F to the Somvichian Declaration | Entirety |
|---|---|

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

282996739

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD