| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S OPPOSITION TO MOTION FOR SANCTIONS**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO MOTION FOR SANCTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am a partner at the law firm Cooley LLP. I am counsel of record for Defendant Google LLC (the "Defendant") in the above-captioned action. I am duly licensed to practice law in the State of California and am admitted to practice before this Court. The matters set forth herein are based on my own knowledge, and if called as a witness to testify, I could and would testify competently to those matters. I submit this declaration in support of Google LLC's Opposition to Plaintiffs' Notice of Motion and Motion for Contempt and Sanctions for Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders [DKT. NOS. 314, 382], filed concurrently herewith.

2. In a January 13, 2023 letter, Plaintiffs contacted Google regarding named-Plaintiff data disputes that led to three recent joint letter briefs. *See* ECF Nos. 429, 430, & 434. In that letter, Plaintiffs asked that Google agree to brief these disputes through a fully noticed motion, as opposed to the Court's joint letter brier process, which Google declined to do. Attached hereto as **Exhibit A** is a copy of the first letter from Plaintiffs' counsel dated January 13, 2023.

3. That same day, Plaintiffs wrote to Google and demanded that it produce a number of additional fields that Plaintiffs claimed constituted "verticals" information. Attached hereto as **Exhibit B** is a copy of the second letter from Plaintiffs' counsel dated January 13, 2023. Plaintiffs did not re-raise the issues contained in this letter following the January 31, 2023 hearing other than in passing at a meet and confer on different discovery disputes.

4. On January 31, 2023, Google wrote to Plaintiffs regarding its production of verticals data in response to the Court's December 16, 2023 Order ("December 16 Order"). In that letter, Google explained why it could not produce ▮▮▮▮▮▮▮▮▮▮ data and noted that it was awaiting further instruction from the Court regarding any additional verticals data that must be produced. Attached hereto as **Exhibit C** is a copy of a letter from Google's counsel dated January 31, 2023.

5. On February 9, 2023, following the Court's order on Google's motion for clarification, Google made a production of verticals data and sent Plaintiffs a letter explaining that production. As explained in that letter, Google believes the available verticals data are beyond the scope of the December 16 Order because those verticals are not associated with users and are not shared with RTB participants. Google made the production to avoid further disputes with Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO MOTION FOR SANCTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

1  but reserved all rights and objections. Attached hereto as **Exhibit D** is a copy of a letter from
2  Google's counsel dated February 9, 2023.

3        6.      On February 10, 2023, Google also wrote to Plaintiffs to respond to certain questions
4  regarding Google's preservation of log data that Plaintiffs had raised in the context of verticals. In
5  that letter, Google explained that it searched for ▮▮▮▮▮▮▮▮ information in the ▮▮▮▮
6  ▮▮▮▮▮▮▮▮ log but that the ▮▮▮▮▮▮▮▮ field was not available in a form that could be
7  linked to the named Plaintiffs. Specifically, as Google explained, it preserved data in this log after
8  receiving information from Plaintiffs that enabled the preservation, and while the preserved data
9  predates the filing of the lawsuit, it does not predate March 2020, when the field in question was
10 still included in bid requests. Attached hereto as **Exhibit E** is a copy of a letter from Google's
11 counsel dated February 10, 2023.

12       7.      On February 22, 2023, Google responded to additional questions that Plaintiffs
13 posed regarding the available verticals information. Specifically, Plaintiffs asked whether another
14 log source might contain additional verticals-related information, as compared to the log from
15 which Google produced its verticals data. In that letter, Google explained that the other log source
16 would not contain different verticals information. It also explained that Plaintiffs can match the
17 verticals data Google produced with previous named-Plaintiff productions, which Google
18 confirmed is possible through its own counsel. Attached hereto as **Exhibit F** is a copy of a letter
19 from Google's counsel dated February 22, 2023.

20       I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct. Executed on March 14, 2023 at San Francisco, California.

23                                           */s/ Whitty Somvichian*
24                                           Whitty Somvichian

282960429

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
OPP. TO MOTION FOR SANCTIONS
CASE NO. 4:21-CV-02155-YGR-VKD