# EXHIBIT A

# to Somvichian Declaration (Filed Under Seal)