# EXHIBIT B

# to Somvichian Declaration (Filed Under Seal)