# EXHIBIT C

# to Somvichian Declaration (Filed Under Seal)