# EXHIBIT D

# to Somvichian Declaration (Filed Under Seal)