# EXHIBIT E

# to Somvichian Declaration (Filed Under Seal)