# EXHIBIT F

# to Somvichian Declaration (Filed Under Seal)