COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF LODGING DOCUMENTS FOR *IN CAMERA* REVIEW** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF LODGING DOCUMENTS
FOR *IN CAMERA* REVIEW
CASE NO. 4:21-CV-02155-YGR-VKD

On March 10, 2023 the Court ordered Google to submit Entries #10495 and #10494 for *in camera review*. It also ordered Google to submit Entries #9373 and #9741 if these reflected communications regarding legal advice involving attorneys other than Mr. Chima-okereke. Pursuant to that ruling, Google files this Notice to document that it is concurrently submitting the to the Court for *in camera* review true and correct copies only of the documents comprising Entries #10495 and #10494 from Google's privilege logs.

Dated: March 15, 2023                         COOLEY LLP

By: /s/ *Whitty Somvichian*
        Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC

283018049

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF LODGING DOCUMENTS
FOR *IN CAMERA* REVIEW
CASE NO. 4:21-CV-02155-YGR-VKD