UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION. | Case No. 21-cv-02155-YGR   (VKD)<br><br>**FURTHER ORDER RE JANUARY 17, 2023 DISCOVERY DISPUTE RE CLAWBACK DOCUMENTS**<br><br>Re: Dkt. Nos. 404, 450 |

At the Court's direction, Google submitted the documents corresponding to Entries #10495 and #10494 on Google's privilege log for *in camera* review. Having reviewed both documents, the Court concludes as follows:

1. Entry #10495 may be withheld from production as an attorney-client privileged communication because it reflects the advice of counsel. Nothing indicates that the document was prepared in anticipation of litigation or similar proceeding, and Google has not otherwise established that the document is protected by the attorney work product doctrine.

2. The redacted portions of Entry #10494 may remain redacted on the basis of attorney-client privilege, as the redacted text either reflects advice of legal counsel (although the specific attorney is not identified) or identifies matters on which advice of legal counsel is requested.

//
//
//
//

1    **IT IS SO ORDERED.**

2    Dated: March 16, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge