# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

| # | Information Sought to be Sealed by Google | JLB Cite | Deficiency |
|---|---|---|---|
| 1 | [redacted] | Exhibit A (Bid Responses), p. 1 | This is already publicly available information, which can be reviewed here: https://developers.google.com/authorized-buyers/rtb/cookie-guide (explaining cookie matching in RTB). In addition, Google has provided no explanation that this information is confidential or proprietary, and has not shown that publishing this information would result in prejudice or harm to Google. |
| 2 | [redacted] | Exhibit A (Bid Responses), p. 1 | It is publicly known that RTB requires participants to send bid responses with information about the ad that will be shown and that some of these bid responses win the auction and result in their ad being shown to the user. See, e.g., https://developers.google.com/authorized-buyers/rtb/start (explaining scenario where a bid response includes a bid and a creative for an ad opportunity that enters the auction and wins); Ex. A (Bid Responses JLB), at 3 (identifying public field names and descriptions of information about ads in bid responses); Id. at 5-6 (unredacted portion of Google's position, stating, "bid responses are not limited to winning bids…but include all responses submitted in connection with a particular bid request"). Google has provided no explanation as to how this information is confidential or proprietary, and it has provided no explanation of prejudice or harm to Google.. |
| 3 | [redacted] | Exhibit A (Bid Responses), p. 2 | It is publicly known that some bid responses lose the RTB auction and, thus, the correlating ads are not shown to the user. See, e.g., https://support.google.com/authorizedbuyers/answer/6156722 (explaining bids lost in the auction and auctions won); Ex. A (Bid Responses JLB), p. 5-6 (unredacted portion of Google's position, stating, "bid responses are not limited to winning bids…but include all responses submitted in connection with a particular bid request") |

| 4 | ▮▮▮▮▮▮▮▮▮▮ | Exhibit A (Bid Responses), p. 2 | It is publicly known that some bid responses lose the RTB auction and, thus, the correlating ads are not shown to the user. *See, e.g.,* https://support.google.com/authorizedbuyers/answer/6156722 (explaining bids lost in the auction and auctions won); Ex. A (Bid Responses JLB), p. 5-6 (unredacted portion of Google's position, stating, "bid responses are not limited to winning bids…but include all responses submitted in connection with a particular bid request") |
| 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Exhibit A (Bid Responses), p. 2 | It is publicly known that RTB participants utilize cookie matching for remarketing and user interest targeting to show ads related to sexual and reproductive health. *See, e.g.,* Ex. A (Bid Responses JLB), p. 2 (citing Google's public protos concerning ad.attribute and ad.category). |
| 6 | information from non-winning participants, | Exhibit A (Bid Responses), p. 2 | It is publicly known that some bid responses lose the RTB auction and, thus, contain information from non-winning participants. *See, e.g.,* https://support.google.com/authorizedbuyers/answer/6156722 (explaining bids lost in the auction and auctions won); Ex. A (Bid Responses JLB), p. 5-6 (unredacted portion of Google's position, stating, "bid responses are not limited to winning bids…but include all responses submitted in connection with a particular bid request") |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Exhibit A (Bid Responses), p. 5 | It is publicly known that RTB includes non-personalized ad requests. *See, e.g.,* https://support.google.com/admanager/answer/10830344?hl=en |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Exhibit A (Bid Responses), p. 5 | No explanation that this information is confidential or proprietary |

| | | | |
|---|---|---|---|
| 9 | ████████████████ | Exhibit A (Bid Responses), p. 5; Exhibit B (Time Sampling), p. 3-6; Exhibit C (Bid Request Fields), p. 2-4, 6, 7 | No explanation of prejudice or harm to Google.. |
| 10 | ████████████████ | Exhibit B (Time Sampling), p. 3 | Google explains what a ████ is on its own website: https://developers.google.com/issue-tracker/concepts/access- control. ████ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie- guide. |
| 11 | ████████████████ | Exhibit B (Time Sampling), p. 3; Exhibit C (Bid Request Fields), p. 3 | ████ is not confidential – it is disclosed in multiple documents in other cases. See, e.g., Calhoun v. Google, LLC, 4:20-cv-05146, ECF. 856-3, at 103:14-19. Google has offered no explanation of prejudice or harm that would occur to Google, if the internal terms were disclosed. |
| 12 | ████████████████ | Exhibit B (Time Sampling), p. 5-6; Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 13 | ████████████████ | Exhibit B (Time Sampling), p. 6 | Google explains what a ████ is on its own website: https://developers.google.com/issue-tracker/concepts/access- control. ████ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie- guide. Further, Google provides no explanation of prejudice or harm to Google. |

| # | | | |
|---|---|---|---|
| 14 | ▮▮▮ | Exhibit B (Time Sampling), p. 6 | No explanation of prejudice or harm to Google. |
| 15 | ▮▮▮ | Exhibit C (Bid Request Fields), fn. 2, p. 5 | No explanation of prejudice or harm to Google. |
| 16 | ▮▮▮ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 17 | ▮▮▮ | Exhibit C (Bid Request Fields), p. 2 | ▮▮▮ is not confidential – disclosed in multiple documents in other cases. *See, e.g., Calhoun v. Google, LLC*, 4:20-cv- 05146, ECF. 856-3, at 103:14-19. |
| 18 | ▮▮▮ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 19 | uses for cookie matching, | Exhibit C (Bid Request Fields), p. 2 | Cookie matching, including the use of Google User Ids in cookie matching, is explained in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie-guide |
| 20 | ▮▮▮ | Exhibit C (Bid Request Fields), p. 2 | No explanation of prejudice or harm to Google. |
| 21 | ▮▮▮ | Exhibit C (Bid Request Fields), p. 2 | Google explains what a ▮▮▮ is on its own website: https://developers.google.com/issue-tracker/concepts/access- control. ▮▮▮ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie-guide. |

| 22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 3 | This term is used in Google's own explanation of cookie matching, explained in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie- guide |
| 23 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 3 | No explanation of prejudice or harm to Google. |
| 24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 3 | No explanation of prejudice or harm to Google. |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 3 | Google explains what a ▓▓▓▓ is on its own website: https://developers.google.com/issue-tracker/concepts/access- control. ▓▓▓▓ is similarly described in Google's RTB Cookie matching explanation: https://developers.google.com/authorized-buyers/rtb/cookie- guide. |
| 26 | ▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 27 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 4 | No explanation of prejudice or harm to Google. |
| 28 | deprecated from bid requests, | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 29 | ▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 30 | ▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |
| 31 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Exhibit C (Bid Request Fields), p. 5 | No explanation of prejudice or harm to Google. |

| | | | |
|---|---|---|---|
| 32 | ███████████████ | Exhibit C (Bid Request Fields), p. 6 | Google's Cookie matching guide explains the definition of hosted match data, as well as its use, in detail on Google's own public website: https://developers.google.com/authorized-buyers/rtb/cookie-guide |
| 33 | ███████████████ | Exhibit C (Bid Request Fields), p. 6 | No explanation of prejudice or harm to Google. |
| 34 | ███████████████ | Exhibit C (Bid Request Fields), p. 6 | The use of this field is described in detail in Google's own Authorized Buyers Real-Time Bidding Protocol, available here: https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto |
| 35 | The publisher_settings_list_id field merely lists settings for the publisher's webpages, such as what technology vendors it allows advertisers to use and whether the publisher blocks certain kinds of ads, such as gambling ads. This information about webpage settings is not specific to any user. | Exhibit C (Bid Request Fields), p. 6 | No explanation of prejudice or harm to Google. |
| 36 | The adslot.allowed_restricted_category_for_deals field reflects whether the publisher allows ads concerning gambling or alcohol to be shown on its website. This does not reflect information about any ad actually shown to a named Plaintiff and merely reflects broad categories of ads that the website opts not to show. | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |
| 37 | The adslot.excluded_sensitive_category field similarly reflects whether the publisher allows ads concerning other topics like video games, dating, and consumer loans. Again, this information is not specific to any individual user. | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |
| 38 | The page_visibility field contains irrelevant information about whether the web page where the ad will be displayed appears in the foreground or is hidden in the background. | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide |
| 39 | The video.description_URL is the URL of an informational web page provided by the publisher and is not the URL of a video viewed by the user. | Exhibit C (Bid Request Fields), p. 6 | The use of this field in RTB, and its purpose, is publicly available on Google's own website: https://developers.google.com/authorized-buyers/rtb/realtime- |

|  |  | bidding-guide |
|--|--|--|