# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Declaration of Lesley E. Weaver Pursuant to Dkt. 242 Regarding Plaintiffs' Reply in Support of Motion for Contempt and Sanctions Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders | 1:16–19, 1:20–21, 1:22–27; 2:1–11 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit 1 to the Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge