# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LESLEY E. WEAVER PURSUANT TO DKT. 242 REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS VIOLATIONS OF AUG. 26, 2022 AND DEC. 16, 2022 DISCOVERY ORDERS**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date:  April 11, 2023 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Lesley E. Weaver, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. This declaration is made pursuant to Dkt. 242 for the purpose of "demonstrating (i) the need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi," and is made in support of Plaintiffs' Reply on Motion for Contempt and Sanctions Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders.

4. I submit this declaration and attach discovery produced by Google in the *Calhoun* action to address assertions made by Google in its Opposition (Dkt. 448), regarding production of verticals information and Named Plaintiff data.

5. Specifically, in its Opposition, Google asserts that it produced Named Plaintiff data "as it is stored in Google's ordinary course of business[.]" Opp. at 12:11–13 *citing* Somvichian Decl., Ex. F & ¶7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Dkt. 366 at Ex. 1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. Attached as **Exhibit 1** is an excerpt of ▮▮▮▮▮▮▮▮▮▮▮, and previously submitted at Dkt. 366, Ex. 1.

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

9. The below chart identifies █████████████████████████████████
███████████████████████████████████████████████████████████:[1]



10. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████.

11. Accordingly, I submit this declaration, pursuant to Dkt. 242, to present to the Court *Calhoun* evidence which demonstrates the need for discovery in this action and that Google has misrepresented the nature and existence of certain information. *See* Dkt. 242 at 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of March, 2023 in Oakland, California.

                                          */s/ Lesley E. Weaver*
                                          Lesley E. Weaver

---

[1] The relevant Row Numbers are also highlighted for ease of reference in Exhibit 1.