1
2
3
4
5
6
7
8
9
10

11 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12 **SAN JOSE DIVISION**

13

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-05146-LHK-SVK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

# [PROPOSED] ORDER

Having considered Defendant's Administrative Motion (Dkt. No. 444), the declaration filed by the Designating Party, and good cause appearing, the Court hereby GRANTS the motion and ORDERS the following materials remain filed under seal.

| | Document | Text Sought to be Sealed<br><br>Page: Line(s) | Basis for Sealing Portion of Document | Ruling |
|---|---|---|---|---|
| 1 | Ex. 3 to the Declaration of Stephen Broome (John Dep. Tr.) | 48:21, 49:5, 49:13, 49:19, 50:1-2, 50:8-9, 50:18-19, 51:12-13, 52:3, 52:8-10, 52:17, 52:24-25, 53:6, 53:9, 53:11 | Dkt. No. 198 | GRANTED |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE