**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | The parties' joint discovery dispute letter brief regarding the production of hyperlinked documents | Highlighted portions on pages 2 and 3 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | The parties' joint discovery dispute letter brief regarding the further production of Glenn Berntson and Stan Belov documents and further deposition of Belov | Highlighted portions on pages 1 and 2 | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                                   Hon. Virginia K. DeMarchi
                                                   United States Magistrate Judge