1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF ANNE K. DAVIS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

I, Anne K. Davis, hereby declare as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of California and duly admitted to practice before this Court. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. A true and correct copy of the following document is attached as follows:

   a. An **unredacted** copy of Appendix A to Plaintiffs' Administrative Motion for Leave to File Supplemental Material At-Issue in the Joint Discovery Letter Brief Regarding the Production of Hyperlinked Documents is attached hereto.

4. Plaintiffs' request seeks to conditionally seal Appendix A because it reflects language that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google.

5. Plaintiffs do not agree that the conditionally redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order. Plaintiffs reserve all rights to challenge any confidentiality designations by Google in these filings, and to oppose Google's motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of March, 2023, at Pacifica, California.

>                                         /s/ Anne K. Davis
>                                         Anne K. Davis