# Exhibit A

# Redacted Version of Document Sought to be Sealed

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7581**

WRITER'S EMAIL ADDRESS
JOMAIRECRAWFORD@QUINNEMANUEL.COM

December 31, 2021

<u>VIA E-MAIL</u>

David A. Straite
Dicello Levitt Gutzler
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165

Lesley Weaver
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607

Jay Barnes
Simmons Hanly Conroy LLC
112 Madison Ave., 7th Floor
New York, NY 10016

Re:     *Calhoun, et al. v. Google LLC* – U.S. District Court, Northern District of California, San
        Jose Division: Case No. 5:20-cv-5146-LHK-SVK

Dear Counsel,

I write on behalf of Google LLC ("Google") in furtherance of my December 31, 2021 email
of this afternoon, and pursuant to the Court's December 22, 2021 order concerning search terms,
and specifically, the "remain[ing] 100,000 hit counts before the limits of Dkt. 349 are exhausted."
Dkt. 422.

Google has tested (i) the 18 new terms[1] for the 41 agreed-to ESI custodians (excluding Mr.
Pichai, consistent with the Court's orders, *see* Dkt. Nos. 415, 422), and (ii) "all terms" for Mr. Liu

---

[1] The only syntax correction that Google applied was to remove the "w" from the "w/n" terms.

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

12/31/21 Ltr. from J. Crawford to D. Straite

(as requested in your December 29, 2021 email).  As we previously informed Plaintiffs, these counts exceed the 100,000 document hit cap by approximately 20,000 hits.  Dkt. 415.

Enclosed at **<u>Appendix A</u>** is a chart with the total document hit counts and unique document hit counts for the 18 new terms run across the 41 agreed-to ESI custodians and at **<u>Appendix B</u>** is a chart with the total document hit counts and unique document hit counts for "all terms" for Mr. Liu.  Enclosed at **<u>Appendix C</u>** are the 42 agreed-upon ESI custodians.

Google proposes changing the proximity limiter in Term 13 from /25 to /15 given the exorbitant volume of hits for this term.  Although the review would exceed the 100,000 cap by approximately 9,000 hits with this modification, Google is willing to accept this as a compromise, provided Plaintiffs confirm their acceptance of this proposal by **<u>2:00 p.m. PT.</u>**

We look forward to your response.


Very truly yours,

*Jomaire Crawford.*

Jomaire Crawford

JAC
cc:       (via email) Counsel of Record

12/31/21 Ltr. from J. Crawford to D. Straite

# Appendix A

12/31/21 Ltr. from J. Crawford to D. Straite

| # | Plaintiffs' Proposed Final Terms for 41 ESI Custodians | Doc Hit Count | Doc Hit Count (+Families) | Unique Doc Hit Count | Unique Doc Hit Count (+ Families) |
|---|---|---|---|---|---|
| 1. | ((revenue OR revenues OR rev OR profit OR profits) /10 (increas* OR decreas* OR loss OR losses OR losing OR lose OR lost OR gain* OR growth OR exceed* OR impact* OR "per user" OR UID OR userid* OR identifier* OR gaia OR ▮▮ OR ▮▮ OR ▮▮ OR "device ID")) AND Chrome | 14900 | 16516 | 9169 | 10141 |
| 2. | Revenue /5 (million OR millions OR billion OR billions) | 8222 | 9274 | 7358 | 8137 |
| 3. | (Chrome OR Ads OR Analytics) /20 ((Ernst w/2 Young) OR "Ernst&Young" OR EY) | 1042 | 1124 | 1003 | 1084 |
| 4. | "PrivacyNative" OR "Privacy Native" | 2702 | 2764 | 2660 | 2720 |
| 5. | frontline AND fingerprint* | 197 | 202 | 132 | 137 |
| 6. | reCAPTCHA AND security AND "ads guarantee" | 3 | 3 | 1 | 1 |
| 7. | "MyActivity" AND (users OR "user visible" OR "visible to users" OR accessible) | 11332 | 12424 | 10926 | 12012 |
| 8. | "non Google account user" /20 (value OR profit OR revenue) | 0 | 0 | 0 | 0 |
| 9. | "user data value" | 23 | 23 | 22 | 22 |
| 10. | "profit per user" | 28 | 28 | 24 | 24 |
| 11. | "revenue per user" | 877 | 1113 | 642 | 694 |
| 12. | Privacy /25 (omnibar OR reCAPTCHA) | 329 | 355 | 308 | 332 |
| 13. | Privacy /25 (vertical* OR profile*) | 45221 | 46584 | 43931 | 45281 |
| 14. | (Revenue OR profit) /25 depricat* | 6 | 6 | 0 | 0 |
| 15. | (Revenue OR profit) /25 chrome | 10197 | 11288 | 5110 | 5618 |
| 16. | (Revenue OR profit) /25 ▮▮ | 219 | 219 | 145 | 145 |
| 17. | (Revenue OR profit) /25 ▮▮ | 1083 | 1095 | 862 | 873 |
| 18. | (▮▮ OR FTC OR "federal trade commission") /25 assess* | 1812 | 1859 | 1634 | 1679 |

12/31/21 Ltr. from J. Crawford to D. Straite

# Appendix B

12/31/21 Ltr. from J. Crawford to D. Straite

| # | Plaintiffs' Proposed Search Terms for Vic Liu | Doc Hit Count | Doc Hit Count (+Families) | Unique Doc Hit Count | Unique Doc Hit Count (+ Families) |
|---|---|---|---|---|---|
| 1. | OptedInToSync | 0 | 0 | 0 | 0 |
| 2. | "Opted In To Sync With Account" | 0 | 0 | 0 | 0 |
| 3. | NotOptedInToSync | 0 | 0 | 0 | 0 |
| 4. | "Not Opted In To Sync with Account" | 0 | 0 | 0 | 0 |
| 5. | "Not Opted into sync with Account" | 0 | 0 | 0 | 0 |
| 6. | (opt OR opted OR opting OR opts) AND (sync /5 account) | 81 | 172 | 2 | 2 |
| 7. | ███████████" | 1 | 1 | 0 | 0 |
| 8. | ███████" | 0 | 0 | 0 | 0 |
| 9. | █████████" | 0 | 0 | 0 | 0 |
| 10. | Sync /15 startup | 13 | 23 | 2 | 2 |
| 11. | Sync /15 "start up" | 3 | 6 | 0 | 0 |
| 12. | ███████" | 0 | 0 | 0 | 0 |
| 13. | Sync /15 URL | 117 | 191 | 57 | 57 |
| 14. | "███████ | 0 | 0 | 0 | 0 |
| 15. | ████████" | 0 | 0 | 0 | 0 |
| 16. | Sync /15 "initial state" | 2 | 2 | 2 | 2 |
| 17. | "██████████" | 0 | 0 | 0 | 0 |
| 18. | Sync /3 enabled | 75 | 165 | 3 | 4 |
| 19. | "███████████████" | 0 | 0 | 0 | 0 |
| 20. | "████████████" | 0 | 0 | 0 | 0 |
| 21. | (Sync /15 client) OR (sync /15 post) OR (sync /15 server) | 1437 | 1582 | 1195 | 1243 |
| 22. | Chrome AND ((FRE OR "First Run Experience") /25 sync) | 42 | 102 | 0 | 0 |

12/31/21 Ltr. from J. Crawford to D. Straite

| | Plaintiffs' Proposed Search Terms for Vic Liu | Doc Hit Count | Doc Hit Count (+Families) | Unique Doc Hit Count | Unique Doc Hit Count (+ Families) |
|---|---|---|---|---|---|
| 23. | ((Chrome /10 (sync* OR sign-in OR unsync OR nonsync*)) /25 (percent OR percentage OR number OR proportion OR share OR shares OR thousand* OR million*)) AND (FRE OR "First Run Experience" OR histogram*) | 1 | 3 | 0 | 0 |
| 24. | Chrome AND ((never OR always OR fully OR default*) /2 sync*) | 36 | 77 | 1 | 1 |
| 25. | "▬▬▬▬▬▬▬" | 30 | 30 | 28 | 28 |
| 26. | (ad OR ads OR advertisement*) /5 ((Google OR Chrome OR Android OR YouTube) /10 (secure OR security OR private OR privacy OR safe OR safety OR control OR settings OR trust OR personal OR protected OR protection OR "personal information")) | 32 | 32 | 16 | 16 |
| 27. | (NAC OR "new ads control" OR ▬▬▬) /25 (process or flow* OR UI OR UX OR "user interface" OR "user experience" OR consent* OR setting* OR opt OR opts OR opted OR opting) | 755 | 788 | 285 | 297 |
| 28. | (account /10 (create OR creates OR creation OR creating OR "set up" OR "setting up" OR registration)) AND (flow OR flows OR direct OR directs OR directed OR directing) | 1362 | 1533 | 969 | 1027 |
| 29. | "Security and Privacy Policy Creation and Maintenance Process" | 0 | 0 | 0 | 0 |
| 30. | Chrome /25 ("Privacy Advisory Council" OR "Privacy Council") | 0 | 0 | 0 | 0 |
| 31. | (("recovery email" OR "recovery phone") /25 "Google Account") /25 (use OR uses OR used OR using OR link* OR associate* OR associating OR connect* OR identifi* OR map OR maps OR mapped OR mapping OR table OR tables OR tabled OR tabling OR correlat* OR record*) | 2 | 2 | 1 | 1 |
| 32. | ("Google Analytics" /5 ("Opt-Out Browser" w/5 "Add-On")) AND ((user OR users) /25 (share OR shares OR percent OR percentage OR number OR thousand* OR million* OR proportion*)) | 1 | 1 | 0 | 0 |
| 33. | ("Google Analytics" /5 ("Opt-Out Browser" /5 "Add-On")) AND (default* OR ((impact* OR gain* OR increas* OR loss* OR decreas* OR drop*) AND (rev OR revenue* OR profit* OR benefit* OR goodwill))) | 2 | 3 | 1 | 2 |

12/31/21 Ltr. from J. Crawford to D. Straite

|  | Plaintiffs' Proposed Search Terms for Vic Liu | Doc Hit Count | Doc Hit Count (+Families) | Unique Doc Hit Count | Unique Doc Hit Count (+ Families) |
|---|---|---|---|---|---|
| 34. | (Privacy /25 ((user* OR UX) /5 (feedback OR survey* OR poll* OR questionnaire* OR review OR reviews OR experienc* OR research OR expectation*)) OR news OR article* OR ▮ OR "private information retrieval" OR UXR) AND sync* | 1840 | 2083 | 1115 | 1221 |
| 35. | (▮ /15 fingerprint*) OR (('▮ FP" OR '▮" OR ▮ /5 "native properties") | 11 | 11 | 0 | 0 |
| 36. | Gaia* /15 fingerprint* | 53 | 53 | 12 | 12 |
| 37. | (▮ OR ▮ OR ▮ /15 fingerprint*) OR (▮ /5 "native properties") | 8 | 8 | 0 | 0 |
| 38. | ((Gaia OR ▮ /5 (data OR info OR information)) AND pipeline* | 5438 | 5507 | 4740 | 4775 |
| 39. | (Gaia OR "Google Account" OR authenticated OR "personal logs" OR plogs OR "p-logs") AND (▮ OR unauthenticated OR '▮" OR "basic browser" OR DCLK or ▮ AND (conversion OR pipeline*) | 1209 | 1232 | 7 | 7 |
| 40. | (Gaia OR "Google Account" OR authenticated OR "personal logs" OR plogs OR "p-logs") AND (▮ OR ▮ OR ▮ AND (conversion OR pipeline*) | 9306 | 9414 | 327 | 335 |
| 41. | (Gaia OR "Google Account" OR authenticated OR "personal logs" OR plogs OR "p-logs") AND (▮ OR ▮ AND (map OR maps OR mapped OR mapping OR connect* OR associat* OR identif* OR table OR tables OR tabled OR tabling OR correlat* OR link* OR mix OR mixes OR mixed OR mixing OR use OR uses OR used OR using) | 12029 | 12184 | 2462 | 2505 |
| 42. | (Gaia OR "Google Account" OR authenticated OR "personal logs" OR plogs OR "p-logs") AND (▮ OR unauthenticated OR ▮" OR "basic browser" OR DCLK OR ▮ AND (map OR maps OR mapped OR mapping OR connect* OR associat* OR identif* OR table OR tables OR tabled OR tabling or correlat* OR link* OR mix OR mixes OR mixed OR mixing OR use OR uses OR used OR using) | 2243 | 2275 | 469 | 469 |

12/31/21 Ltr. from J. Crawford to D. Straite

| # | Plaintiffs' Proposed Search Terms for Vic Liu | Doc Hit Count | Doc Hit Count (+Families) | Unique Doc Hit Count | Unique Doc Hit Count (+ Families) |
|---|---|---|---|---|---|
| 43. | (Gaia OR "Google Account" OR authenticated OR "personal logs" OR plogs OR "p-logs") AND ▓▓▓▓ AND (map OR maps OR mapped OR mapping OR connect* OR associat* OR identif* OR table OR tables OR tabled OR tabling OR correlat* OR link* OR mix OR mixes OR mixed OR mixing OR use OR uses OR used OR using) | 328 | 331 | 57 | 59 |
| 44. | Analytics AND (("cid" OR "ga" OR "Google Analytics cookie") /10 (encrypt OR "naming convention" OR value OR values OR key OR keyed OR use OR uses OR used OR using)) | 688 | 777 | 352 | 397 |
| 45. | ▓▓▓▓ AND (▓▓▓ OR ▓▓▓▓ OR ▓▓ OR ▓▓▓ OR device OR "id" OR identifi* OR identify*) | 357 | 359 | 237 | 239 |
| 46. | ▓▓▓ AND (▓▓▓ OR ▓▓▓▓ OR ▓▓ OR ▓▓▓ OR device OR "id" OR identifi* OR identify*) | 89 | 105 | 21 | 35 |
| 47. | "chrome-omni" | 1 | 2 | 1 | 2 |

12/31/21 Ltr. from J. Crawford to D. Straite

# APPENDIX C

12/31/21 Ltr. from J. Crawford to D. Straite

| Google ESI Custodian List (as of December 31, 2021) | | |
|---|---|---|
| 1. Jochen Eisinger | 15. Chris Liao | 29. Michael Fink |
| 2. Alexei Svitkine | 16. Greg Fair | 30. Will Harris |
| 3. Deepti Bhatnagar | 17. Justin Schuh | 31. Robert Kaplow |
| 4. Florian Uunk | 18. David Monsees | 32. Jon Krafcik |
| 5. Helen Harris | 19. Adrienne Porter Felt | 33. Emil Ochotta |
| 6. Glenn Berntson | 20. Chetna Bindra | 34. Martin Sramek |
| 7. Hyewon Jun | 21. Michael Kleber | 35. Martin Shelton |
| 8. Keith Wright | 22. Sam Heft-Luthy | 36. Martina Laresova |
| 9. Abdelkarim Mardini | 23. Deepak Ravichandran | 37. Rory McClelland |
| 10. Sabine Borsay | 24. Sergei Vassilwitskii | 38. Linda Lu |
| 11. Alex Ainslie | 25. George Levitte | 39. Parisa Tabriz |
| 12. Tim Schumann | 26. Arne Mauser | 40. Sundar Pichai |
| 13. Dan Stone | 27. Uwe Bubeck | 41. Anil Sabharwal |
| 14. Brad Townsend | 28. Mikel Astiz | 42. Vic Liu |

# Exhibit B

# Redacted Version of
# Document Sought to be Sealed

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

PATRICK CALHOUN, *et al*., on behalf of
themselves and all others similarly situated,

      Plaintiffs,

    vs.

GOOGLE LLC,

      Defendant.

Case No. 5:20-cv-5146-LHK-SVK

**DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-45)**

      Pursuant to Federal Rules of Civil Procedure Rule 36, Defendant Google LLC ("Google")
hereby responds and objects to Plaintiffs' First Set of Requests for Admission (Nos. 1-45). These
objections and responses are made solely for the purpose of and in relation to this action. In addition,
the objections and responses set forth in this document are based on Google's knowledge,
investigations, and analysis to date. As discovery proceeds, Google may become aware of additional
facts or evidence and its analysis of the case may change. Google reserves all rights to supplement
and amend its objections and responses accordingly.

<strong>GENERAL OBJECTIONS</strong>

      The following objections apply to each and every Request for Admission ("Request")
propounded by Plaintiffs and are incorporated into each of the specific objections by reference as if
set forth fully therein:

      1.      Google has not completed its investigation or discovery in this litigation. Google's
Responses and Objections to Plaintiffs' Requests are based upon the information presently known
to Google and are given without prejudice to Google's right to adduce or analyze evidence
subsequent to the date of these responses. Google expressly reserves the right to revise, supplement,
or otherwise amend these Responses and Objections to the extent permitted by the Federal Rules of
Civil Procedure, the Local Rules of Practice and Procedure for the United States District Court for

DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS
FOR ADMISSION (NOS. 1-45)

referred to. Google admits that Chrome attempts to send a request to the Google sync service when a Chrome user clicks to turn sync off on their Chrome browser. Google otherwise denies this request.

**REQUEST FOR ADMISSION NO. 18:**

Admit that Chrome sends a Signal to the Google sync service when a Chrome user clicks to turn off sync.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Google admits that an instance of the Chrome browser will attempt to send a request to the Google sync service when a Chrome user clicks to turn off sync.

**REQUEST FOR ADMISSION NO. 19:**

Admit that when a user clicks to un-pause or re-start Sync, Chrome will send previously un-synced communications stored by the browser to the Chrome sync service.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

In addition to its General Objections, Google specifically objects to this Request on the ground that it is vague, and states a general proposition with respect to a nuanced topic that turns on circumstances that are not specified in the Request. Google further objects that the Request does not specify what Plaintiffs mean by "un-synced communications stored by the browser." Accordingly, Google cannot truthfully admit or deny this Request.

**REQUEST FOR ADMISSION NO. 20:**

Admit that Chrome sends a signal to the Google sync service when a Chrome user clicks to Sync.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Google admits that an instance of the Chrome browser will attempt to send a request to the Google sync service when a Chrome user clicks to Sync.

**REQUEST FOR ADMISSION NO. 21:**

Admit that Chrome Sync logs contain data that indicates that Chrome users are not synced.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ███████████████████████████████████████████

4 ██████████████████████

5 **REQUEST FOR ADMISSION NO. 22:**

6     Admit that Chrome sync logs contain data that indicates when Chrome users chose to sync.

7 **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

8 ████████████████████████████████████████

9 ███████████████████████████████████████████

10 ███████████████████████████████████████████

11 █████████████████████████

12 **REQUEST FOR ADMISSION NO. 23:**

13     Admit that Google maintains records of when Chrome users choose to sync or un-sync.

14 **RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

15 ████████████████████████████████████████

16 ███████████████████████████████████████████

17 ███████████████████████████████████████████

18 ██████████████████████████████

19 **REQUEST FOR ADMISSION NO. 24:**

20     Admit that Google maintains records of when Chrome users sign-in to a Google Account.

21 **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

22     Google admits that it maintains records showing when a Google Account was signed into

23 from any web browser, including Chrome.

24 **REQUEST FOR ADMISSION NO. 25:**

25     Admit that Google maintains records of when Chrome users sign-in to a Google Account

26 without also enabling sync.

27 **RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

28

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

2       Denied.

3   **REQUEST FOR ADMISSION NO. 43:**

4       Admit that Google elected not to retain records of signals that a Chrome user was not synced.

5   **RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

6       Google admits that it followed Magistrate Judge van Keulen's order that "Google need not

7   suspend its standard retention periods applicable to data logs that reflect event-level data of Chrome

8   users in the United States." Dkt. 174. Google otherwise denies the Request.

9   **REQUEST FOR ADMISSION NO. 44:**

10      Admit that Google elected not to retain Chrome sync logs on the advice of counsel.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

12      Google objects to this request on the ground that it asks Google to confirm or deny the

13  substance of advice from counsel, which information is privileged.

14  **REQUEST FOR ADMISSION NO. 45:**

15      Admit that Google elected not to retain records of signals that a Chrome user was not synced

16  on the advice of counsel.

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

18      Google objects to this request on the ground that it asks Google to confirm or deny the

19  substance of advice from counsel, which information is privileged.

20

21  DATED:  October 12, 2021                QUINN EMANUEL URQUHART &
22                                          SULLIVAN, LLP

23                                      By  */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro (admitted pro hac vice)
24                                          andrewschapiro@quinnemanuel.com
                                            191 N. Wacker Drive, Suite 2700
25                                          Chicago, IL 60606
                                            Telephone: (312) 705-7400
26                                          Facsimile: (312) 705-7401

27
                                            Stephen A. Broome (CA Bar No. 314605)
28                                          sb@quinnemanuel.com

                                  20                     Case No. 5:20-cv-5146-LHK-SVK

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

Case No. 5:20-cv-5146-LHK-SVK

DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-45)

**PROOF OF SERVICE**

**WASHINGTON, D.C.**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in Washington, D.C. My business address is 1300 I Street, N.W., Suite 900, Washington, D.C. 20005.

On October 12, 2021, I served true copies of the following document(s) described as **DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-45)** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I transmitted PDF format copies of the document(s) described above to the e-mail addresses on the attached Service List pursuant to the agreement between the parties to serve discovery, in lieu of other service methods, by email under Fed. R. Civ. P. 5(b)(2)(E) (*see* Joint Case Management Statement § 8.b, Docket No. 44) and on non-parties pursuant to the Court's August 12, 2021 Cross-use and Discovery Coordination Orders issued in *Brown v. Google*, Case No. 5:20-cv-03664-LHK-SVK (Dkt. 243) and *Calhoun v. Google*, Case No.: 5:20-cv-05146-LHK-SVK (Dkt. 263). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2021 at Washington, D.C.


 */s/ Tracy Xi Gao*
Tracy Xi Gao

DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-45)

<u>**SERVICE LIST**</u>

*Calhoun v. Google LLC*

*Case No. 5:20-cv-05146-LHK*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Mitchell M. Breit (admitted *pro hac vice*)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

Case No. 5:20-cv-5146-LHK-SVK
DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS
FOR ADMISSION (NOS. 1-45)

1

## SERVICE LIST

2

*Brown v. Google LLC*

3

*Case No. 5:20-cv-03664-LHK*

4

BOIES SCHILLER FLEXNER LLP

5

Mark C. Mao, CA Bar No. 236165

6

Sean P. Rodriguez, CA Bar No. 262437
Beko Richardson, CA Bar No. 238027

7

Antonio Lavalle Ingram, II, CA Bar No. 300528
Alexander Justin Konik, CA Bar No. 299291

8

**BOIES SCHILLER FLEXNER LLP**

9

44 Montgomery St., 41st Floor
San Francisco, CA 94104

10

Tel.: (415) 293-6800
Fax: (415) 293-6899

11

mmao@bsfllp.com

12

srodriguez@bsfllp.com
brichardson@bsfllp.com

13

aingram@bsfllp.com
akonik@bsfllp.com

14

15

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)

16

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor

17

Miami, FL 33131
Tel.: (305) 539-8400

18

Fax: (303) 539-1307
jlee@bsfllp.com

19

rbaeza@bsfllp.com

20

Amanda K. Bonn, CA Bar No. 270891

21

**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400

22

Los Angeles, CA. 90067
Tel: (310) 789-3100

23

Fax: (310) 789-3150
abonn@susmangodfrey.com

24

25

William S. Carmody (admitted pro hac vice)
Shawn Rabin (admitted pro hac vice)

26

Steven M. Shepard (admitted pro hac vice)
Alexander P. Frawley (admitted pro hac vice)

27

**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor

28

New York, NY 10019-6023

24

Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Ra Olusegun Amen (admitted pro hac vice)
Jean Sutton Martin (admitted pro hac vice)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
ramen@forthepeople.com
jean@jsmlawoffice.com

*Attorneys for Plaintiffs Chasom Brown et al.*

DEFENDANT GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS
FOR ADMISSION (NOS. 1-45)

# Exhibit C

# Redacted in its Entirety