Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

*[Additional Counsel Appear on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AT-ISSUE IN THE PARTIES' JOINT DISCOVERY LETTER BRIEF REGARDING THE PRODUCTION OF HYPERLINKED DOCUMENTS** <br><br> **Civil L.R. 7-11** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

Pursuant to Civil Local Rule 7-11, Magistrate Judge Virginia K. DeMarchi's Standing Order for Civil Cases, and for the reasons set forth herein and in the accompanying Declaration of Anne K. Davis ("Davis Decl."), Plaintiffs respectfully request that the Court permit the filing of supplemental material at-issue in the parties' joint discovery letter brief regarding the production of hyperlinked documents, filed this same date (the "joint discovery letter brief"). The supplementary material is attached as Appendix A to the Davis Declaration.

This Court's Standing Order for Civil Cases requests that parties include as an attachment to joint discovery letter briefs "the specific discovery material at issue and the responses." Standing Order at 4(c)(IV). Appendix A complies with this instruction by identifying the specific hyperlinks from certain deposition exhibits and custodial documents of which Plaintiffs have requested that Google (a) identify by Bates Number any produced or withheld hyperlinks, and (b) produce those not yet produced. Specifically, the first three columns of the Appendix reflect the deposition exhibit number and Bates Number of the parent document, and the pincite of the hyperlink; and the fourth column lists each at-issue hyperlink, and provides a description where possible. Davis Decl., ¶ 4. Plaintiffs transmitted this proposed Appendix to Google on March 22, 2023. Davis Decl., ¶ 5.

Plaintiffs have conferred with Google and it did not agree to attach this Appendix as part of the joint discovery letter brief. *See* Davis Decl., ¶ 6. Given that the hyperlinks are the subject of the joint discovery letter brief, Plaintiffs respectfully submit the Appendix to provide the Court with the opportunity to review the specific hyperlinks in dispute, should it wish to do so.

In accordance with Civil L.R. 7-11(a), the Davis Decl. and a proposed order are attached hereto.

DATED: March 27, 2023                    Respectfully submitted,

                                         **PRITZKER LEVINE LLP**

                                         By: */s/ Elizabeth C. Pritzker*
                                         Elizabeth C. Pritzker (Cal. Bar No.146267)
                                         Jonathan K. Levine (Cal. Bar No. 220289)
                                         Bethany Caracuzzo (Cal. Bar No. 190687)

Caroline Corbitt (Cal. Bar No. 305492)
1900 Powell Street, Ste. 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602

Tel.: (312) 214-7900
julwick@dicellolevitt.com

**COTCHETT PITRE & MCCARTHY, LLP**
Nancy E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI INC.**
Frances A. Bottini, Jr. (Cal. Bar No. 175783)
Yuri A. Kolesnikov (Cal. Bar No. 271173)
7817 Ivanhoe Ave., Ste. 102
LA Jolla, CA 92037
Tel.: (848) 914-2001
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March, 2023, at Pacifica, California.

/s/ Anne K. Davis
Anne K. Davis