Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ANNE K. DAVIS IN SUPPORT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AT-ISSUE IN THE JOINT DISCOVERY LETTER BRIEF REGARDING THE PRODUCTION OF HYPERLINKED DOCUMENTS**<br><br>Magistrate Judge Virginia K. DeMarchi |

I, Anne K. Davis, declare and state as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of California and duly admitted to practice before this Court, and counsel to Plaintiffs in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' Administrative Motion for Leave to File Supplemental Material At-Issue in the Joint Discovery Letter Brief Regarding the Production of Hyperlinked Documents.

4. Attached hereto as **Appendix A** is a chart of the at-issue hyperlinks, listing (1) the deposition exhibit number for each parent document, if applicable; (2) the Bates Numbers of the parent documents; (3) the pincite for each hyperlink at-issue; and (4) the hyperlink at-issue, with a description where possible.

5. Plaintiffs transmitted Appendix A to Google's counsel on March 22, 2023, and requested that Google agree to submit this document as an exhibit to the joint discovery letter brief.

6. On March 23, 2023, Google's counsel responded that it would not agree to submit the document, but that Plaintiffs could separately seek leave to do so.

7. On March 27, 2023, Google's counsel reiterated that Google would not agree to submit Appendix A as an exhibit due to Google's interpretation of the Court's Standing Order.

8. Plaintiffs understand that there is no disagreement among the parties as to the identity of the at-issue hyperlinks set forth in Appendix A; rather the parties disagree as to whether they should be provided to the Court with the joint discovery letter brief.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of March, 2023, in Pacifica, California.

/s/ Anne K. Davis
Anne K. Davis