# APPENDIX A
# Redacted Version of Document Sought to be Sealed

| | | | MISSING HYPERLINKS DOCUMENTS | | |
|---|---|---|---|---|---|
| **Deposition Ex. #** | **Doc ID (GOOG-)** | **Pincite** | **Links Description** | **Bates Number If Produced** | **If Not Produced, Will Google Agree to Provide Y/N** |
| Berntson Ex. 1 | HEWT-00134319 | -319 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | -320 | ██████████ | | |
| | | | ██████████ | | |
| | | -321 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | -322 | ██████████ | | |
| | | -323 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | -324 | ██████████ | | |
| Berntson Ex. 4 | HEWT-00129747 | -748 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | -750 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | -751 | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| | | | ██████████ | | |
| **Deposition Ex. #** | **Doc ID (GOOG-)** | **Pincite** | **Links Description** | **Bates Number If Produced** | **If Not Produced, Will Google Agree to Provide Y/N** |

| Deposition Ex. # | Doc ID (GOOG-) | Pincite | Links Description | Bates Number If Produced | If Not Produced, Will Google Agree to Provide Y/N |
|---|---|---|---|---|---|
| | | | MISSING HYPERLINKS DOCUMENTS | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███████ | | |
| | | -752 | ███ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | ███ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ████████ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | ███ | | |
| | | | ██ | | |
| | | | ███ | | |
| | | | ██ | | |
| | | | ████ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | █████ | | |
| | | | █████ | | |
| | | -753 | ██ | | |
| | | | ██ | | |
| | | | ██ | | |
| Berntson Ex. 15 | HEWT-00259486 | -486 | ████████ | | |
| | | | ██████ | | |
| | | -487 | ███████ | | |
| Berntson Ex. 12 | HEWT-00182248 | -248 | ████ | | |
| Berntson Ex. 11 | HEWT-00160897 | -897 | █ | | |
| | | | ██ | | |
| Belov Ex. 19 | HEWT-00183744 | -744 | █ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | ██ | | |
| | | | █ | | |
| | | | █ | | |
| | | | █ | | |
| | | -745 | ███ | | |
| | | | ███ | | |
| | | -747 | ██ | | |
| | | | █ | | |
| Belov Ex. 20 | HEWT-00129431 | -431 | █ | | |
| | | | █ | | |

| Deposition Ex. # | Doc ID (GOOG-) | Pincite | Links Description | Bates Number If Produced | If Not Produced, Will Google Agree to Provide Y/N |
|---|---|---|---|---|---|
| | | | ▮ | | |
| | | -432 | ▮ | | |
| | | -433 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | -438 | ▮ | | |
| | | | ▮ | | |
| Belov Ex. 21 | HEWT-00183910 | -913 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | -920 | ▮ | | |
| Belov Ex. 22 | HEWT-00132998 | -998 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| Belov Ex. 23 | HEWT-00314178 | -178 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | -180 | ▮ | | |
| Belov Ex. 24 | HEWT-00130369 | -376 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| Belov Ex. 25 | HEWT-00136620 | -620 | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| | | | ▮ | | |
| Belov Ex. 26 | HEWT-00381049 | -053 | ▮ | | |

| Deposition Ex. # | Doc ID (GOOG-) | Pincite | Links Description | Bates Number If Produced | If Not Produced, Will Google Agree to Provide Y/N |
|---|---|---|---|---|---|
| | | -057 | ████ | | |
| | | -058 | ████ | | |
| | | -059 | ████ | | |
| | | | ████ | | |
| Belov Ex. 27 | HEWT-00181510 | -511 | ████ | | |
| | | -512 | ████ | | |
| | | -513 | ████ | | |
| Belov Ex. 29 | HEWT-00308505 | -506 | ████ | | |
| | | | ████ | | |
| | | -507 | ████ | | |
| | | | ████ | | |
| Belov Ex. 30 | HEWT-00125781 | -781 | ████ | | |
| | | -783 | ████ | | |
| Belov Ex. 31 | HEWT-00154942 | -943 | ████ | | |
| | | | ████ | | |
| Belov Ex. 32 | HEWT-00156504 | -555 | ████ | | |
| Belov Ex. 34 | HEWT-00429183 | -183 | ████ | | |
| | | | ████ | | |
| Belov Ex. 35 | HEWT-00183673 | -673 | ████ | | |
| | | | ████ | | |
| Belov Ex. 36 | HEWT-00155517 | -567 | ████ | | |
| Belov Ex. 37 | HEWT-00185699 | -699 | ████ | | |

MISSING HYPERLINKS DOCUMENTS

| Deposition Ex. # | Doc ID (GOOG-) | Pincite | Links Description | Bates Number If Produced | If Not Produced, Will Google Agree to Provide Y/N |
|---|---|---|---|---|---|
| | | | **MISSING HYPERLINKS DOCUMENTS** | | |
| Belov Ex. 39 | HEWT-00133886 | -886 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | -891 | ███ | | |
| Belov Ex. 40 | HEWT-00183736 | -737 | ███ | | |
| | | | ███ | | |
| Belov Ex. 42 | HEWT-00186435 | -435 | ███ | | |
| Belov Ex. 45 | HEWT-00308410 | -410 | ███ | | |
| N/A | HEWT-00126213 | -214 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| N/A | HEWT-00136573 | -574 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| N/A | HEWT-00130415 | -415 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | -416 | ███ | | |
| N/A | HEWT-00318879 | -879 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | -880 | ███ | | |
| N/A | HEWT-00168985 | -985 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |
| | | -986 | ███ | | |
| | | | ███ | | |
| | | | ███ | | |

| | | | MISSING HYPERLINKS DOCUMENTS | | |
|---|---|---|---|---|---|
| **Deposition Ex. #** | **Doc ID (GOOG-)** | **Pincite** | **Links Description** | **Bates Number If Produced** | **If Not Produced, Will Google Agree to Provide Y/N** |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| N/A | HEWT-00137151 | -151 | ■ | | |
| | | | | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| N/A | HEWT-00188123 | -123 | ■ | | |
| | | | | | |
| Garon Ex. 3 | HEWT-00177324 | -324 | ■ | | |
| | | -325 | ■ | | |
| | | | ■ | | |
| | | -327 | ■ | | |
| | | -329 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| Garon Ex. 4 | HEWT-00147390 | -390 | ■ | | |
| | | | ■ | | |
| | | -391 | ■ | | |
| Garon Ex. 5 | HEWT-00148601 | -601 | ■ | | |
| Garon Ex. 7 | HEWT-00309437 | -437 | ■ | | |
| | | | ■ | | |
| Garon Ex. 9 | HEWT-00075127 | -128 | ■ | | |
| | | | ■ | | |
| Garon Ex. 10 | HEWT-00075134 | -134 | ■ | | |
| Garon Ex. 11 | HEWT-00035713 | -713 | ■ | | |
| | | | ■ | | |

| | | | MISSING HYPERLINKS DOCUMENTS | | |
|---|---|---|---|---|---|
| Deposition Ex. # | Doc ID (GOOG-) | Pincite | Links Description | Bates Number If Produced | If Not Produced, Will Google Agree to Provide Y/N |
| | | | ■ | | |
| | | | ■ | | |
| | | -714 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | -715 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | -716 | ■ | | |
| Garon Ex. 12 | HEWT-00066574 | -575 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| Garon Ex. 15 | HEWT-00456419 | -423 | ■ | | |
| Garon Ex. 18 | HEWT-00125577 | -610 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| Garon Ex. 24 | HEWT-00456428 | -428 | ■ | | |
| Garon Ex. 26 | HEWT-00429329 | -329 | ■ | | |
| | | -330 | ■ | | |
| Garon Ex. 27 | HEWT-00157130 | -130 | ■ | | |
| | | | ■ | | |
| Garon Ex. 30 | HEWT-00067546 | -546 | ■ | | |
| | | | ■ | | |
| | | | ■ | | |
| Garon Ex. 31 | HEWT-00067634 | -634 | ■ | | |
| Garon Ex. 32 | HEWT-00287442 | -442 | ■ | | |
| | | | ■ | | |
| Garon Ex. 34 | HEWT-00136952 | -978 | ■ | | |
| | | -009 | ■ | | |
| | | | ■ | | |

| | | | MISSING HYPERLINKS DOCUMENTS | | |
|---|---|---|---|---|---|
| **Deposition Ex. #** | **Doc ID (GOOG-)** | **Pincite** | **Links Description** | **Bates Number If Produced** | **If Not Produced, Will Google Agree to Provide Y/N** |
| | | | ███ | | |
| | | | | | |
| Garon Ex. 35* *original exhibit doc was clawed back* | HEWT-00287326.C | -326.C | ████████████████████ | | |