**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AT-ISSUE IN THE JOINT DISCOVERY LETTER BRIEF REGARDING THE PRODUCTION OF HYPERLINKED DOCUMENTS** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to File Supplemental Material At-Issue in the Joint Discovery Letter Brief Regarding the Production of Hyperlinked Documents (Dkt. No. ____), Defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS Plaintiffs' administrative motion. Appendix A to the Declaration of Anne K. Davis filed on March 27, 2023 (Dkt. No. ____) is DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE