COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

1. I am a partner at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 462). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

2. On March 27, 2023 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 462), which was filed in connection with the Parties' Joint Letter Brief Regarding Supplemental Production and Second Deposition (ECF No. 463) ("Joint Letter Brief re Depositions")

3. On that same day, I received unredacted service copies of the Joint Letter Brief re Depositions. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Regarding Supplemental Production and Second Deposition (ECF No. 463) ("Joint Letter Brief re Depositions"). | Portions highlighted at pages: 1-2 | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |
| Joint Letter Brief Regarding Supplemental Production and Second Deposition (ECF No. 463) ("Joint Letter Brief re Depositions"). | Portions highlighted at pages: 1-2 | I understand the information requested to be sealed contains confidential, sensitive information concerning Google's internal strategy and business practices, including descriptions of business partnerships and business performance, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. It is my understanding that public disclosure of such confidential information would reveal Google's business negotiations with different |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

|  |  | partners and give competitors an unfair advantage. |
|--|--|--|

**4.** Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Brief re Depositions not indicated in the table above.

**5.** I understand that certain portions of the Joint Letter Brief re Depositions identify current Google employees by name and title. These portions also provide details regarding these employees' extensive responsibilities within Google. These individuals are not parties to this action and thus, disclosure of such information may subject them to unsolicited contact and harassment.

**6.** Furthermore, descriptions of these employees' responsibilities reveal information about Google's company structure that is not generally known to the public.

**7.** To the best of my knowledge, certain information in the portions indicated in the table above references confidential, sensitive information concerning Google's internal strategy and business practices, including descriptions of business partnerships and business performance, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

**8.** I understand that public disclosure of such confidential information would reveal Google's business negotiations with different partners and give competitors an unfair advantage.

**9.** Attached hereto as Exhibit A is a copy of the Joint Letter Brief re Depositions that highlights the specific information that Google seeks to maintain under seal.

I declare under the laws of the State of California that the foregoing is true and correct. Executed March 27, 2023, in Oakland, CA.

/s/ *Whitty Somvichian*
Whitty Somvichian

283654511

3

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO