COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

**1.** I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am counsel for Defendant Google, Inc. ("Google") in this matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should be Sealed (ECF Nos. 462, 465). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

**2.** On March 27, 2023 Plaintiffs filed their Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed (ECF Nos. 462, 465), which were filed in connection with the Parties' Joint Letter Brief Regarding Production of Hyperlinks (ECF No. 464) ("Joint Letter Brief re Hyperlinks") and Appendix A to Joint Letter Brief Regarding Production of Hyperlinks ("Appendix A") (ECF No. 466-2).

**3.** On that same day, I received unredacted service copies of the Joint Letter Brief re Hyperlinks and Appendix A. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Regarding Production of Hyperlinks (ECF No. 464) ("Joint Letter Brief re Hyperlinks") | Portions highlighted at pages: 2-3 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including descriptions of Google's internal documents and their locations within internal data systems, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | | |
|---|---|---|---|
| | | | I understand this document to contain references to internal documents that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal data systems, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal data systems. |
| | Joint Letter Brief re Hyperlinks | Portions highlighted at pages: 3 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including references to internal code names that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal data systems, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal data systems. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Appendix A to Joint Letter Brief Regarding Production of Hyperlinks ("Appendix A") (ECF No. 466-2) | Portions highlighted at pages: 1-8 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including descriptions of Google's internal documents and their locations within internal data systems, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand this document to contain references to internal documents that Google does not use publicly. I understand such confidential and proprietary information reveals Google's internal data systems, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal data systems. |

**4.** Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Brief re Hyperlinks and Appendix A not indicated in the table above.

**5.** To the best of my knowledge, certain information in the Joint Letter Brief re Hyperlinks and Appendix A reference descriptions of internal documents and their locations within Google's internal systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors.

**6.** In addition, certain portions of the Joint Letter Brief re Hyperlinks references internal project names that Google maintains as confidential in the ordinary course of its business

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

and that are not generally known to the public or Google's competitors.

7.  I understand that revealing these internal project names, document descriptions and details regarding their location would present a serious cybersecurity threat and risk of irreparable harm to Google. Specifically, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses if he or she knew Google's confidential internal names and information about the location of these documents.

8.  Attached hereto as Exhibit 1 is a copy of the Joint Letter Brief re Hyperlinks that highlights the specific information that Google seeks to maintain under seal.

9.  Attached hereto as Exhibit 2 is a copy of Appendix A to the Joint Letter Brief re Hyperlinks that Google seeks to maintain under seal.

I declare under the laws of the State of California that the foregoing is true and correct. Executed March 27, 2023, in Oakland, California.

/s/ Whitty Somvichian
Whitty Somvichian

283662455

Cooley LLP
Attorneys at Law
San Francisco

5

Decl. of W. Somvichian ISO Google's
Response to Pls' Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD