# EXHIBIT B

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LESLEY E. WEAVER PURSUANT TO DKT. 242 REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS VIOLATIONS OF AUG. 26, 2022 AND DEC. 16, 2022 DISCOVERY ORDERS**<br><br>Magistrate Judge Virginia K. DeMarchi<br><br>Hearing Date: April 11, 2023 |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Lesley E. Weaver, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. This declaration is made pursuant to Dkt. 242 for the purpose of "demonstrating (i) the need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi," and is made in support of Plaintiffs' Reply on Motion for Contempt and Sanctions Violations of Aug. 26, 2022 and Dec. 16, 2022 Discovery Orders.

4. I submit this declaration and attach discovery produced by Google in the *Calhoun* action to address assertions made by Google in its Opposition (Dkt. 448), regarding production of verticals information and Named Plaintiff data.

5. Specifically, in its Opposition, Google asserts that it produced Named Plaintiff data "as it is stored in Google's ordinary course of business[.]" Opp. at 12:11–13 *citing* Somvichian Decl., Ex. F & ¶7. But discovery from *Calhoun* demonstrates that this assertion is incorrect with respect to the ▮▮▮▮▮▮ logs, ▮▮▮▮ from which Named Plaintiff data has been produced in this action. *See* Dkt. 366 at Ex. 1. Rather, the logs produced in this case do not contain fields that were produced in the logs produced in *Calhoun*.

6. Attached as **Exhibit 1** is an excerpt of the data produced in *Calhoun* from the ▮▮▮▮▮▮ log, and previously submitted at Dkt. 366, Ex. 1.

7. This excerpt shows that output from this log appear in sequential order, with the fields, and corresponding subfields, appearing in a manner that is easily reviewable and conducive to further analysis.

8. Moreover, the excerpt demonstrates that key information – identifiers linked to account holders – is missing from the *RTB* production. Production of these identifiers in ▮▮▮▮

9. The below chart identifies certain identifiers linked to account holders that are present in ▮▮▮▮▮▮▮▮▮▮ log, and its corresponding Row Number in the *Calhoun* excerpt:[1]

| Missing Field from Google's Production from Personal_DisplayAdQueries Log | Field Appearance in *Calhoun* Exemplar |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |

10. Despite the ability to do so, and despite the fact that this information appears in the ordinary course of business in the ▮▮▮▮▮▮▮▮▮▮ log, Google has not produced these fields in the productions in this case.

11. Accordingly, I submit this declaration, pursuant to Dkt. 242, to present to the Court *Calhoun* evidence which demonstrates the need for discovery in this action and that Google has misrepresented the nature and existence of certain information. *See* Dkt. 242 at 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of March, 2023 in Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver

---

[1] The relevant Row Numbers are also highlighted for ease of reference in Exhibit 1.