1  **BLEICHMAR FONTI & AULD LLP**
   Lesley Weaver (Cal. Bar No.191305)
2  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
3  555 12th Street, Suite 1600
   Oakland, CA 994607
4  Tel.: (415) 445-4003
   Fax: (415) 445-4020
5  lweaver@bfalaw.com

6  **DICELLO LEVITT GUTZLER LLC**
   David A. Straite (admitted *pro hac vice*)
7  One Grand Central Place
   60 East 42nd Street, Suite 2400
8  New York, NY 10165
   Tel.: (646) 933-1000
9  dstraite@dicellolevitt.com

10 Amy E. Keller (admitted *pro hac vice*)
11 Adam Prom (admitted *pro hac vice*)
   Ten North Dearborn Street, 6th Fl.
12 Chicago, Illinois 60602
   Tel.: (312) 214-7900
13 Akeller@dicellolevitt.com

14 **SIMMONS HANLY CONROY LLC**
   Jason 'Jay' Barnes (admitted *pro hac vice*)
15 An Truong (admitted *pro hac vice*)
   112 Madison Avenue, 7th Floor
16 New York, NY 10016
   Tel.: (212) 784-6400
17 Fax: (212) 213-5949
   jaybarnes@simmonsfirm.com
18
   *Counsel for Plaintiffs*
19

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-05146-EJD-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 461)**<br><br>Judge:    Honorable Edward J. Davila |

1   Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2   Google LLC ("Google"), collectively referred to as the "Parties."
3   WHEREAS, on January 10, 2022, Plaintiffs filed their Administrative Motion to Consider
4   Whether Another Party's Material Should be Sealed in support of Plaintiffs' Opposition to Google's
5   Motion for Summary Judgment on Google's First Affirmative Defense (Consent); Objections Per
6   Civil L.R. 7-3(a) (Dkts. 461-462) (hereinafter, "Opposition").
7   WHEREAS, on January 11, 2022, Google received unredacted copies of Exhibits 1-74
8   attached to the contemporaneously filed declaration of Jay Barnes in support of Plaintiffs'
9   Opposition (Dkts. 461-462), approximately 60 of which were designated to be sealed;
10  WHEREAS, pursuant to Civil Local Rule 79-5(f), the current deadline for Google, as the
11  Designating Party, to establish that such designated material is sealable is by Tuesday, January 18,
12  2022;
13  WHEREAS, the Parties have met and conferred and given the volume of documents at issue
14  agree that additional time is needed for review;
15  WHEREAS, the Parties agree that an extension of time of 9 days will provide Google with
16  sufficient time to submit its declaration in support of its designated material in the filings (Dkts.
17  461-462);
18  NOW, THEREFORE, the Parties stipulate to and respectfully request the Court extend the
19  deadline by which Google shall submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt.
20  461) from January 18, 2022 to January 27, 2022.
21
22  DATED: January 18, 2022
23
24  **BLEICHMAR FONTI & AULD LLP**          **QUINN EMANUEL URQUHART &**
25                                          **SULLIVAN, LLP**

26  By:     /s/ Lesley Weaver               By:  /s/ Andrew H. Schapiro
    Lesley Weaver (Cal. Bar No. 191305)     Andrew H. Schapiro (admitted pro hac vice)
    Angelica M. Ornelas (Cal. Bar No. 285929)  andrewschapiro@quinnemanuel.com
27  Joshua D. Samra (Cal. Bar No. 313050)
    555 12th Street, Suite 1600             191 N. Wacker Drive, Suite 2700
28  Oakland, CA 94607                       Chicago, IL 60606

| | |
|---|---|
| Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com<br><br>**DiCELLO LEVITT GUTZLER LLC**<br><br>By:  /s/ David A. Straite<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 E. 42nd St., Suite 2400<br>New York, NY 10165<br>Telephone: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>Akeller@dicellolevitt.com<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:  /s/ Jay Barnes<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com<br>Carly Spilly (admitted pro hac vice)<br>carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 461). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: January 18, 2022                    By      */s/ Andrew H. Schapiro*
                                                Andrew H. Schapiro
                                                *Counsel on behalf of Google*

**[PROPOSED]** **ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Motion to Seal (Dkt. 461), is January 27, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____January 19_, 2022

　　　　　　　　　　　　　　　　　　　Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　United States District Judge