# EXHIBIT B



Via E-Mail to: kimberley.leaman@sidley.com
akirtley@cpmlegal.com

Jeffrey M. Gutkin
T: +1 415 693 2026
jgutkin@cooley.com

November 16, 2022

Kimberley Leaman
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Andrew Kirtley
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

*Re:* *In re Google RTB Consumer Privacy Litigation*, No. 5:21-cv-02155-YGR-VKD – Xandr's Proposed Supplemental Protective Order

Ms. Leaman and Mr. Kirtley,

We have now had time to evaluate these issues further, and we write to follow up on our discussions regarding the supplemental protective order that Xandr has requested the Parties agree to here. While we have not seen the documents that Xandr has agreed to produce, based on our conversations and Xandr's high-level descriptions of these materials, we do not believe they are responsive to this litigation, including because they were produced in a separate antitrust matter concerning Google's Search product. *See United States v. Google LLC*, No. 1:20-cv-03010 (D.D.C.); *Colorado v. Google LLC*, No. 1:20-cv-03715 (D.D.C.).

In light of this, we do not think the proposed supplemental protective order is necessary or appropriate here. Indeed, that protective order would be prejudicial to our client and would impair our ability to provide them with legal advice, as it would deprive Google's in-house counsel of access to third-party documents produced in a civil litigation on the premise that these documents had different protections in an unrelated regulatory action. This is particularly problematic as our understanding is that you propose to have Xandr's entire second production in response to the subpoena designated as "XANDR CONFIDENTIAL - OUTSIDE COUNSEL ONLY."

To the extent you believe otherwise, we will need to review the documents or receive a detailed explanation of what these documents are and how they are relevant to this suit before we can further consider whether to change our position.

Kimberley Leaman
Andrew Kirtley
November 11, 2022
Page 2

We are available to confer further on this, as needed, but to be clear, Google will not agree to the proposed protective order previously circulated and reserves all rights to object to and seek court intervention regarding the production by Xandr of documents that the Court has already deemed to be outside the scope of this litigation. Please apprise us of your plans for next steps.

Thank you.

Sincerely,

Jeffrey M. Gutkin

277216060