UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO ENTER SUPPLEMENTAL PROTECTIVE ORDER**<br><br>Re: Dkt. No. 470 |

On March 29, 2023, plaintiffs filed a request, in the form of an administrative motion, for the Court to enter a supplemental protective order in this case. Dkt. No. 470. This request should not have been filed as administrative motion for two reasons. First, it does not comply with Civil Local Rule 7-11. *See* Civil L.R. 7-11 (describing appropriate subject matter for motion for administrative relief). Second, the Court's standing order sets forth the procedures parties (and non-parties) must follow for submitting a discovery dispute for resolution, including disputes about protective orders. *See* Judge DeMarchi's Standing Order for Civil Cases at 2-3.

For these reasons, plaintiffs' administrative motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge