Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

Decl. of Elizabeth C. Pritzker i.s.o. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed

Case No. 4:21-cv-02155-YGR-VKD

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal is the **unredacted version** of the parties' joint discovery dispute letter regarding Google's dashboards and source code changes, filed this same date.

3. Plaintiffs' request seeks to conditionally seal language in the joint letter brief submitted by both plaintiffs and Google that Google maintains quotes from and refers to documents and testimony that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google.

4. Plaintiffs do not join in Google's designation and do not join in any request by Google to seal any portion of the joint discovery dispute letter brief or the document or transcripts it quotes, but submit the briefs in redacted form with the information under seal in order to comply with the protective order.

5. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of April, 2023 in Emeryville, California.

    */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker