COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
LAURA M. ELLIOTT (SBN 286702)
(lelliott@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am counsel for Defendant Google, Inc. ("Google") in this matter. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 472). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

2. On April 3, 2023 Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 472), which was filed in connection with the Parties' Joint Discovery Dispute re: Production of "Dashboards," Related Documents and Source Code (ECF No. 473) ("Joint Letter Brief re 'Dashboards' and Source Code").

3. On that same day, I received unredacted service copies of the Joint Letter Brief re Dashboards and Source Code. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. These documents reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Re: Production of "Dashboards," Related Documents and Source Code (ECF No. 473) | Portions highlighted at pages: 1-7 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details regarding Google's internal data systems and their proprietary functionalities, data infrastructure, and metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| | | Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data sources, including internal data structures, and internal identifier systems. |

4. Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Brief re: "Dashboards" and Source Code not indicated in the table above.

5. To the best of my knowledge, portions of the Joint Letter Brief re: "Dashboards" and Source Code indicated in the table above reference internal infrastructure names and details regarding Google's internal data systems that Google maintains as confidential in the ordinary course of its business and does not disclose publicly. These portions also reveal certain highly sensitive technical details regarding Google's internal data systems and their proprietary functionalities, data infrastructure, and metrics.

6. I also understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

7. I understand that revealing this information and corresponding technical details would present a serious risk of irreparable harm to Google. Specifically, an individual interested in improperly accessing Google's systems could target particular proprietary documents and information for improper uses if he or she knew Google's confidential internal names.

8. Furthermore, I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including internal data structures, and internal identifier systems.

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

9. Attached hereto as Exhibit A is a copy of the Joint Letter Brief re: "Dashboards" and Source Code that highlights the specific information that Google seeks to maintain under seal.

I declare under the laws of the State of California that the foregoing is true and correct. Executed on April 3, 2023.

*/s/ Whitty Somvichian*
Whitty Somvichian

283862751

Cooley LLP
Attorneys at Law
San Francisco

4

Decl. of W. Somvichian ISO Google's
Response to Pls' Admin. Motion to Seal
Case No. 4:21-cv-02155-YGR-VKD