IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*  *This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD**  **[PROPOSED] ORDER DENYING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL COURTROOM (DKT. NO. 475)** |

Having considered Google's administrative motion to seal the courtroom (Dkt. No. 475), the relief requested by that motion, and the briefing submitted in conjunction therewith, as well as all other evidence of record, the Court DENIES Google's administrative motion.

**IT IS SO ORDERED**

DATED: _____ \_\_, 2023      _____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge