UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR   (VKD)<br><br>**ORDER RE APRIL 11, 2023 HEARING**<br><br>Re: Dkt. Nos. 475, 476 |

On April 11, 2023, the Court will hear plaintiffs' motion for contempt and sanctions. Dkt. No. 431. Google moves for an order sealing the courtroom for that hearing, principally arguing that the parties may need to disclose information Google considers proprietary and confidential. Dkt. No. 475. Plaintiffs oppose the motion. Dkt. No. 476.

In consideration of the parties' arguments, the Court denies Google's administrative motion. The parties are instructed not to disclose information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in this case or in *Calhoun et al v. Google LLC*, Case No. 20-5146 during the hearing. *See* Dkt. No. 59 (protective order). If any party believes that a specific disclosure is necessary to fairly communicate with the Court about matters at issue in the hearing, the party must first alert the Court before making the disclosure during the hearing and request that the courtroom be sealed for that purpose. The Court will address any such requests as they arise.

**IT IS SO ORDERED.**

Dated: April 10, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge