**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND RELATED BRIEFING ** as modified by the court**<br><br>**Civil L.R. 6-2, 7-12**<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between
2    Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties." The stipulation is
3    supported by the accompanying Declaration of David A. Straite dated February 8, 2022 ("Straite
4    Decl.") pursuant to Civil Local Rule 6-2(a).

5    WHEREAS, On October 14, 2021, Plaintiffs moved to certify a proposed class of Chrome
6    users in the United States. Dkt. No. 340 (the "Motion"); and

7    WHEREAS, On December 22, 2021, Google filed its brief in opposition (Dkt. No. 429) and
8    related supporting documents, including two motions to strike certain Plaintiffs' supporting expert
9    reports (Dkt. Nos. 425 & 427); and

10   WHEREAS, among Google's supporting documents were declarations of three Google
11   employees: Dkt. 430-10 (declaration of David Crossland regarding Google Fonts API); Dkt. 430-
12   11 (declaration of Ryan Cassidy regarding Google Maps API); Dkt. 430-9 (declaration of Steve
13   Ganem regarding Google Analytics) (collectively, the "Google Declarations"); and

14   WHEREAS, on January 11, 2022, the Court ordered that the deadline for Plaintiffs to file
15   their Reply in Further Support of their Motion for Class Certification (and related briefing,
16   including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of
17   Class Certification) be February 11, 2022 and the deadline for Google to file its Reply in Support
18   of its Motions to Strike Plaintiff Expert Reports in Support of Class Certification be March 11,
19   2022 (Dkt. No. 464); and

20   WHEREAS, on January 21, 2022, this case was re-assigned to the Honorable Yvonne
21   Gonzalez Rogers (Dkt. No. 471); and

22   WHEREAS, on February 4, 2022, the parties agreed to conduct depositions of two Google
23   Declarants on February 11, 2022 and the third on February 14, 2022, and to extend Plaintiffs'
24   deadline to file their Reply accordingly (Straite Decl. ¶ 17); and

25   WHEREAS, good cause exists for the short extension, because, absent an extension, the
26   current February 11, 2022 Reply deadline would not allow for consideration of the deposition
27   testimony nor inclusion of any relevant portions in the related briefing; and

28

WHEREAS, the parties agreed that Google shall have a corresponding extension to file its Reply in Support of its Motions to Strike Plaintiff Expert Reports in Support of Class Certification; and

WHEREAS, the parties agreed that Google shall have five weeks to file an opposition to any motions by Plaintiffs to strike Google expert reports and Plaintiffs shall have three weeks to file replies;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval:

1.   The deadline for Plaintiffs to file their Reply in Further Support of their Motion for Class Certification (and related briefing, including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification) shall be two business days after final transcripts of the depositions of the three Google Declarants are transmitted to the parties.

2.   The deadline for Google to file its Reply to Plaintiffs' oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification shall be four weeks after Plaintiffs file their oppositions.

3.   The deadline for Google to file its Opposition to any motions by Plaintiffs to strike Google expert reports shall be five weeks after Plaintiffs file such motions.

4.   The deadline for Plaintiffs to file their Reply to Google's Opposition to any Plaintiff motion to strike Google expert reports shall be three weeks after Google files such Opposition.

5.   The hearing on Plaintiffs' motion for class certification is calendared for May 31, 2022. shall remain calendared for April 21, 2022.

Dated: February 9, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

By:  */s/ Lesley Weaver*
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**DICELLO LEVITT GUTZLER**

By:  */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
scruz@dicellolevitt.com
aprom@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**

By:  */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

*Counsel for Plaintiffs*

By:  */s/ Andrew Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Counsel for Defendant*

1

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2022, at New York, NY

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ David Straite*

David A. Straite

**ORDER**

Pursuant to stipulation of the Parties, the Court extends class certification briefing deadlines as follows: approval:

1. The deadline for Plaintiffs to file their Reply in Further Support of their Motion for Class Certification (and related briefing, including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification) shall be two business days after final transcripts of the depositions of the three Google Declarants are transmitted to the parties.

2. The deadline for Google to file its Reply to Plaintiffs' oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification shall be four weeks after Plaintiffs file their oppositions.

3. The deadline for Google to file its Opposition to any motions by Plaintiffs to strike Google expert reports shall be five weeks after Plaintiffs file such motions.

4. The deadline for Plaintiffs to file their Reply to Google's Opposition to any Plaintiff motion to strike Google expert reports shall be three weeks after Google files such Opposition.

5. The hearing on Plaintiffs' motion for class certification shall remain calendared for April 21, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 10, 2022                           Hon. Yvonne Gonzalez Rogers, USDJ