**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO STRIKE REPORTS OF PROFESSORS JOSEPH TUROW AND LESLIE JOHN, PH.D**<br><br>Re: Dkt. No. 425 |

Having considered all papers and oral argument in support and against, as well as the record in this case, and pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), IT IS HEREBY ORDERED THAT Google LLC's Motion to Strike the Reports of Plaintiffs' Consumer Expectations Experts Professors Leslie John, Ph.D, and Joseph Turow, Ph.D, Dkt. No. 425, is DENIED.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                    HON. YVONNE GONZALEZ ROGERS
                                                                    UNITED STATES DISTRICT JUDGE