1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR** |
|---|---|
| *This document applies to all actions.* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REVISE PRETRIAL CASE SCHEDULE** |

On April 26, 2023, plaintiffs filed an administrative motion pursuant to Civil Local Rules 6-3 and 7-11 to extend the pretrial schedule in this matter by approximately seven weeks. ECF No. __. This is the third extension of the schedule sought by plaintiffs.  Defendant Google LLC does not oppose the proposed new case schedule, but seeks to impose some limitations on what discovery plaintiffs can use in connection with their class certification motion. ECF No. __. Having considered the parties' submissions, the Court finds that there is good cause to grant the relief requested and extend the pretrial schedule in this matter as set forth below.

The previous schedule and the new schedule that will govern this matter are as follows:

| EVENT | OLD CASE SCHEDULE | NEW CASE SCHEDULE |
|---|---|---|
| Class Certification Motion | Motion: May 23, 2023<br>Opposition: July 25, 2023<br>Reply: September 5, 2023<br>Hearing:  To be reset later | July 14, 2023<br>September 29, 2023<br>November 17, 2023<br>To be reset later |
| Fact Discovery Cut-Off | November 10, 2023 | January 19, 2024 |
| Opening Expert Reports | December 8, 2023 | February 9, 2024 |
| Rebuttal Expert Reports | January 12, 2024 | March 15, 2024 |
| Close of Expert Discovery | February 9, 2023 | April 12, 2024 |
| Dispositive/Daubert Motions | To be filed by March 12, 2024 | To be filed by May 17, 2024 |
| Pretrial conference | TBD | TBD |
| Jury Trial | TBD | TBD |

Google's request that discovery be limited in any manner as a result of this modification to the pretrial case schedule is denied.

**IT IS SO ORDERED**

DATED:  April __, 2023

_____
YVONNE GONZALEZ ROGERS
United States District Judge