1

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:     +1 202 842 7800
Facsimile:     +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy
Litigation,


This Document Relates to:  *all actions*

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO REVISE PRETRIAL CASE SCHEDULE**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SOMVICHIAN DECL. ISO RESPONSE TO
SCHEDULING MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Cooley LLP.  I am counsel for Defendant Google, Inc. ("Google") in this matter.  I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2.      I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion Pursuant to L.R. 6-3 and 7-11 to Revise Pretrial Case Schedule.

3.      Google does not oppose and agrees there is good cause to enter the proposed case schedule requested by Plaintiffs.  *See* ECF No. 493 at 3.  However, it respectfully requests that the Court enter the following provision as part of any scheduling order: if Plaintiffs serve additional discovery requests, any responsive materials or information produced in response to such discovery may not be used in Plaintiffs' anticipated motion for class certification.  This proposed limitation on the case schedule is appropriate for three reasons.

4.      First, Plaintiffs have sought and previously received two extensions of the case schedule.  *See* ECF Nos. 329, 391.  In that time, and in the two years since filing this case on March 26, 2021, Plaintiffs have served ample discovery, including six sets of document requests spanning 113 specific requests for production and four sets of interrogatories spanning fifteen specific interrogatories, have taken six depositions to date, and received the vast majority of named-Plaintiff data that they sought by November 11, 2022.  Under these circumstances, Google's proposed limitation to the case schedule will not hinder Plaintiffs' preparation for class certification and will ensure that a modified case schedule does not unfairly prejudice Google.

5.      Second, Plaintiffs have used their past two case extensions to relitigate the same disputes regarding named-Plaintiff data.  *See, e.g.*, ECF No. 382 at 4.  Without Google's proposed limitation to the scheduling order, there is a considerable risk that Plaintiffs will try to reraise these same disputes or manufacture new ones, resulting in inefficient uses of the Court's resources and additional requests to extend the case schedule.

6.      Third, while Plaintiffs object that Google's proposed limitation to the case schedule would impair their preparation of their case on the merits, Google's proposal would in no way

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SOMVICHIAN DECL. ISO RESPONSE TO
SCHEDULING MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1    affect Plaintiffs' ability to proceed with merits discovery, which Google acknowledges will

2    continue to proceed.

3         I declare under the laws of the State of California that the foregoing is true and correct.

4    Executed May 1, 2023, in San Francisco, California.

5

6    Dated: May 1, 2023                                       By: _____

7                                           Whitty Somvichian

8

9

10

11

12    285368852

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

2

Somvichian Decl. iso Response to
Scheduling Motion
Case No. 4:21-cv-02155-YGR-VKD