COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
MODIFYING CASE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

On April 26, 2023, Plaintiffs filed an administrative motion pursuant to Civil Local rules 6-3 and 7-11 to extend the pretrial schedule in this matter.  ECF No. 492.  Google does not oppose the requested modifications to the case schedule but asks the Court to prevent Plaintiffs from using responsive materials or information produced in response to discovery served after their motion was filed in Plaintiffs' anticipated motion for class certification.  ECF No. __.  Having considered the parties' submissions, the Court finds that there is good cause to modify the case schedule and grant the relief sought by Google, as set forth below.

The previous schedule and the new schedule that will govern this matter are as follows:

| EVENT | CURRENT CASE SCHEDULE (Dkt. No. 391) | PARTIES' STIPULATED PROPOSED REVISED SCHEDULE |
|---|---|---|
| Class Certification Motion | Motion:  May 23, 2023<br>Opposition:  July 25, 2023<br>Reply:  September 5, 2023<br>Hearing:  TBD | Motion:  July 14, 2023<br>Opposition:  Sept. 29, 2023<br>Reply: November 17, 2023<br>Hearing: TBD |
| Fact Discovery Cut-Off | November 10, 2023 | January 19, 2024 |
| Opening Expert Reports | December 8, 2023 | February 9, 2024 |
| Rebuttal Expert Reports | January 12, 2024 | March 15, 2024 |
| Close of Expert Discovery | February 9, 2024 | April 12, 2024 |
| Dispositive/Daubert Motions | March 12, 2024 | May 17, 2024 |
| Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |

//
//
//
//
//

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER
MODIFYING CASE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

The Court also rules that if Plaintiffs serve additional discovery requests after their Motion, any responsive materials or information produced in response to such discovery may not be used in Plaintiffs' anticipated motion for class certification.

**IT IS SO ORDERED.**

Dated: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

285368743

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER
MODIFYING CASE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD