Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Hearing Date: None set. <br> Hearing Time: <br> Hearing Location: |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs redact and submit under seal portions of the Declaration of Jonathan K. Levine In Support of Plaintiffs' Motion for Relief from April 21, 2023 Nondispositive Order of Magistrate Judge [Dkt. 491], and entirely redact and submit under seal the accompanying Exhibits A-E, because they contain information that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF No. 59).

The specific portions of the Levine Declaration and exhibits that plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a motion by Google, are:

- Portions of the Levine Declaration discussing the content of documents produced by Google and marked as exhibits to the Stanislav Belov deposition;
- The transcript of the Belov deposition, which was designated as highly confidential by Google (Exhibit A); and
- Documents produced by Google designated Confidential or Highly Confidential – Attorneys' Eyes Only and introduced as exhibits at the Belov deposition (Exhibits B-E).

Unsealed versions of these documents are lodged under seal with the Declaration of Jonathan K. Levine submitted herewith. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to conditionally seal language in the Levine Declaration and accompanying exhibits that Google maintains discusses or constitutes documents that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is

relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google. Plaintiffs seek this relief in good faith in order to comply with Google's designations and the protective order.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google. Plaintiffs do not agree that the conditionally-redacted information be permanently sealed from public view, other than that plaintiffs wish to comply with the protective order.

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google, a complete copy of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether portions of Levine Declaration and Exhibits A-E should remain conditionally under seal and in redacted form pursuant to Google's designation.

DATED: May 5, 2023

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Jonathan K. Levine*

Elizabeth C. Pritzker (Cal. Bar No.146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)

Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed

- 3 -                                              4:21-cv-02155-YGR-VKD

| | |
|---|---|
| 1 | Anne K. Davis (Cal. Bar No. 267909) |
| 2 | Joshua D. Samra (Cal. Bar No. 313050) |
|   | 555 12th Street, Suite 1600 |
| 3 | Oakland, CA 94607 |
|   | Tel.: (415) 445-4003 |
| 4 | Fax: (415) 445-4020 |
|   | lweaver@bfalaw.com |
| 5 | adavis@bfalaw.com |
|   | jsamra@bfalaw.com |
| 6 | |
| 7 | **SIMMONS HANLY CONROY LLC** |
|   | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| 8 | An Truong (admitted *pro hac vice*) |
|   | Jenny Paulson (admitted *pro hac vice*) |
| 9 | 112 Madison Avenue, 7th Floor |
|   | New York, NY 10016 |
| 10 | Tel.: (212) 784-6400 |
|    | Fax: (212) 213-5949 |
| 11 | jaybarnes@simmonsfirm.com |
|    | atruong@simmonsfirm.com |
| 12 | jpaulson@simmonsfirm.com |
| 13 | |
|    | **DICELLO LEVITT GUTZLER LLC** |
| 14 | David A. Straite (admitted *pro hac vice*) |
|    | 485 Lexington Avenue, Suite 1001 |
| 15 | New York, NY 10017 |
|    | Tel: (646) 993-1000 |
| 16 | Fax: (212) 213-5949 |
| 17 | dstraite@dicellolevitt.com |
| 18 | |
|    | James Ulwick (admitted pro hac vice) |
| 19 | Ten North Dearborn Street, Sixth Floor |
|    | Chicago, IL 60602 |
| 20 | Tel.: (312) 214-7900 |
|    | julwick@dicellolevitt.com |
| 21 | |
| 22 | **COTCHETT PITRE & MCCARTHY, LLP** |
|    | Nanci E. Nishimura (Cal. Bar No. 152621) |
| 23 | Brian Danitz (Cal Bar. No. 247403) |
| 24 | Karin B. Swope (admitted *pro hac vice*) |
|    | 840 Malcolm Road |
| 25 | Burlingame, CA 94010 |
|    | Tel.: (650) 697-6000 |
| 26 | nnishimura@cpmlegal.com |
| 27 | bdanitz@cpmlegal.com |
|    | kswope@cpmlegal.com |
| 28 | |

**BOTTINI & BOTTINI INC.**
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
Yury A. Kolesnikov (Cal. Bar. No. 271173)
7817 Ivanhoe Ave., Ste. 102
La Jolla, CA 92037
Tel.: (848) 914-2001
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Caroline Corbitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2023, at Emeryville, California.

/s/ <em>Caroline Corbitt</em>