# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Levine Decl. at p. 3, lines 10-14 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Levine Decl. at p. 3, lines 20-24 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Levine Decl. at pp. 3-4, lines 25-2 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Exhibit A to Levine Decl. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Exhibit B to Levine Decl. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Exhibit C to Levine Decl. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Exhibit D to Levine Decl. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Exhibit E to Levine Decl. | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge