1   Elizabeth C. Pritzker (Cal. Bar No. 146267)
    Jonathan K. Levine (Cal Bar No. 220289)
2   Bethany Caracuzzo (Cal Bar No. 190687)
    Caroline Corbitt (Cal Bar. No. 305492)
3   **PRITZKER LEVINE LLP**
4   1900 Powell Street, Suite 450
    Emeryville, CA 94608
5   Tel.: (415) 692-0772
    Fax: (415) 366-6110
6   *ecp@pritzkerlevine.com*
7   *jkl@pritzkerlevine.com*
    *bc@pritzkerlevine.com*
8   *ccc@pritzkerlevine.com*

9
    *Interim Class Counsel*
10

11

12
                    **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**
                        **OAKLAND DIVISION**
14

15   In re Google RTB Consumer Privacy          Master File No. 4:21-cv-02155-YGR-VKD
     Litigation,
16                                               **PROOF OF SERVICE OF PLAINTIFFS'**
     This Document relates to: *all actions*.    **ADMINSTRATIVE MOTION TO**
17                                               **CONSIDER WHETHER ANOTHER**
                                                 **PARTY'S MATERIALS SHOULD BE**
18                                               **SEALED**

19                                               **[Civil L.R. 79-5(f)]**

20
                                                 Judge:  Hon. Yvonne Gonzalez Rogers
21                                               Hearing Date:      None set.
                                                 Hearing Time:
22                                               Hearing Location:

23

24

25

26

27

28

I, Caroline Corbitt, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action.  On April 5, 2023, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed;
2. Declaration of Jonathan K. Levine in Support of Plaintiffs' Administrative Motion;
3. Unredacted Version of Declaration of Jonathan K. Levine In Support of Plaintiffs' Motion for Relief from April 21, 2023 Nondispositive Order of Magistrate Judge [Dkt. 491], *lodged under seal*;
4. Unredacted Exhibits A-E to Levine Declaration, *lodged under seal*;
5. Proposed Order

*Via E-mail*
Whitty Somvichian, Esq.
Aarti Reddy
Kelsey Spector, Esq.
Anu S. Dhillon, Esq.
Laura Elliott, Esq.
Reece Trevor, Esq.
Robby L.R. Saldana, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: wsomvichian@cooley.com
areddy@cooley.com
kspector@cooley.com
adhillon@cooley.com
lelliot@cooley.com
rtrevor@cooley.com
rsaldana@cooley.com

*Counsel for Defendant Google LLC*


I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on May 5, 2023 at Emeryville, California.

By: */s/ Caroline Corbitt*
Caroline Corbitt