# EXHIBITS A-E

Provisionally Submitted Under Seal