COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF L. ELLIOTT ISO GOOGLE'S ADMIN.
MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura Elliott, declare and state as follows:

**1.** I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion ("Motion") to Seal Portions of the January 31, 2023 Hearing Transcript ("Hearing Transcript"). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

**2.** On January 31, 2023, a hearing was held before Hon. Virginia DeMarchi as to the discovery dispute related to production of the Named Plaintiff Data. Jeff M. Gutkin and Kelsey R. Spector appeared on behalf of Google. Lesley E. Weaver, Caroline Corbitt, An Truong, and Anne Davis appeared on behalf of Plaintiffs. The proceeding was recorded by mechanical stenography and a transcript (the "Hearing Transcript"), a true and correct copy of which is attached hereto as Exhibit A), was made available to the parties.

**3.** I have reviewed the hearing transcript Google seeks to file under seal pursuant to Local Rule 79-5, and it reflects confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| January 31, 2023 Hearing Transcript | Portions Highlighted at: 52:1-2 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal logs and their proprietary functionalities that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining its |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF L. ELLIOTT ISO GOOGLE'S ADMIN.
MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

|   |   | important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

**4.** Google does not seek to redact or file under seal any of the remaining portions of the Hearing Transcript not indicated in the table above.

**5.** To the best of my knowledge, the information in the Hearing Transcript indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

**6.** I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining its important proprietary services.

**7.** I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

**8.** Attached hereto as Exhibit A is a copy of the January 31, 2023 Hearing Transcript that highlights the specific information that Google seeks to maintain under seal.

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF L. ELLIOTT ISO GOOGLE'S ADMIN.
MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I declare under the laws of the State of California that the foregoing is true and correct. Executed May 8, 2023, in Lake Bluff, Illinois.

                                                /s/ Laura M. Elliott
                                                Laura M. Elliott

### CIVIL L.R. 5-1(H)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 8, 2023                                COOLEY LLP

                                                /s/ Whitty Somvichian
                                                Whitty Somvichian

282972724

Cooley LLP
Attorneys at Law
San Francisco

4

Decl. of L. Elliott ISO Google's Admin.
Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD