Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

*[Additional Counsel Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Hearing Date: None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Defendant Google has proposed redactions to portions of the parties' joint discovery dispute letter brief regarding account identifiers, filed this same date. (This includes redactions to Plaintiffs' portion of the brief, which Plaintiffs do not themselves support sealing as the information is publicly available or does not meet the standard for sealing.) Plaintiffs redact this information provisionally and lodge the joint discovery letter brief conditionally under seal at the request of Google, which maintains that portions of the brief, including Plaintiffs' section, quote from and summarize information that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (Dkt. 59).

The specific portions of the joint discovery dispute letter brief that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a motion by Google, are:

- Highlighted portions on pages 1, 2, 3, 4, and 5.

An unsealed and unredacted version of the joint discovery dispute letter brief is lodged under seal with the Declaration of Anne K. Davis filed herewith. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to conditionally seal language in the joint discovery dispute letter brief that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google.

Plaintiffs seek this relief in good faith because Google has requested the document be filed under seal and the information sought to be sealed has been designated as "Confidential" or "Highly

Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order entered into between the parties. Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google.

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google, a complete copy of the unredacted and unsealed document in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the parties' joint discovery dispute letter brief regarding account identifiers should remain conditionally under seal and in redacted form pursuant to Google's designation.

DATED: May 8, 2023                     Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003

Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
jpaulson@simmonsfirm.com

***Counsel for Plaintiffs and the Proposed Class***

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May, 2023, at Nashville, Tennessee.

*/s/ Anne K. Davis*
Anne K. Davis

**CERTIFICATE OF SERVICE**

I, Anne K. Davis, hereby certify that on May 8, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

/s/ Anne K. Davis
Anne K. Davis