**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi |

### **[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | **Document** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | The parties' joint discovery dispute letter brief regarding account identifiers | Highlighted portions on pages 1, 2, 3, 4, and 5 | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge

1

Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED