**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT ITS OBJECTIONS TO REPLY EVIDENCE (DKT. 484)**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between
2  Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."
3  WHEREAS, on February 16, 2022, Plaintiffs filed Reply in Support of Motion for Class
4  Certification (Dkt. 484);
5  WHEREAS, pursuant to Civil Local Rule 7-3(d)(1), the current deadline for Google to File
6  an Objection to Reply Evidence is by Wednesday, February 23, 2022;
7  WHEREAS, the Parties have met and conferred and given the upcoming holiday weekend
8  and that the close of fact discovery is rapidly approaching, additional time is needed for review and
9  drafting;
10  WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with
11  sufficient time to submit its Objection to Reply Evidence to Plaintiffs' Reply in Support of Motion
12  for Class Certification (Dkt. 484);
13  NOW, THEREFORE, the Parties stipulate to and respectfully request the Court extend the
14  deadline by which Google shall submit its Objection to Reply Evidence to Plaintiffs' Reply in
15  Support of Motion for Class Certification (Dkt. 484) from February 23, 2022 to March 2, 2022.

DATED:  February 18, 2022

| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By:      */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com*<br><br>**DiCELLO LEVITT GUTZLER LLC** | By:  */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted pro hac vice)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>*dianedoolittle@quinnemanuel.com*<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

| | |
|---|---|
| By: */s/ David A. Straite* | Stephen A. Broome (CA Bar No. 314605) |
| David A. Straite (admitted *pro hac vice*) | sb@quinnemanuel.com |
| One Grand Central Place | Viola Trebicka (CA Bar No. 269526) |
| 60 E. 42nd St., Suite 2400 | violatrebicka@quinnemanuel.com |
| New York, NY 10165 | 865 S. Figueroa Street, 10th Floor |
| Telephone: (646) 933-1000 | Los Angeles, CA 90017 |
| dstraite@dicellolevitt.com | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| Amy E. Keller (admitted *pro hac vice*) | |
| Adam Prom (admitted *pro hac vice*) | Jomaire Crawford (admitted pro hac vice) |
| Sharon Cruz (admitted *pro hac vice*) | jomairecrawford@quinnemanuel.com |
| Ten North Dearborn Street, 6th Fl. | 51 Madison Avenue, 22nd Floor |
| Chicago, Illinois 60602 | New York, NY 10010 |
| Tel.: (312) 214-7900 | Telephone: (212) 849-7000 |
| akeller@dicellolevitt.com | Facsimile: (212) 849-7100 |
| aprom@dicellolevitt.com | |
| scruz@dicellolevitt.com | |
| | Josef Ansorge (admitted pro hac vice) |
| **SIMMONS HANLY CONROY LLC** | josefansorge@quinnemanuel.com |
| | Carl Spilly (admitted pro hac vice) |
| By: */s/ Jay Barnes* | carlspilly@quinnemanuel.com |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | 1300 I Street NW, Suite 900 |
| An Truong (admitted *pro hac vice*) | Washington D.C., 20005 |
| Eric Johnson (admitted *pro hac vice*) | Telephone: (202) 538-8000 |
| 112 Madison Avenue, 7th Floor | Facsimile: (202) 538-8100 |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | Jonathan Tse (CA Bar No. 305468) |
| Fax: (212) 213-5949 | jonathantse@quinnemanuel.com |
| jaybarnes@simmonsfirm.com | 50 California Street, 22nd Floor |
| atruong@simmonsfirm.com | San Francisco, CA 94111 |
| ejohnson@simmonsfirm.com | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| *Counsel for Plaintiffs* | |
| | *Attorneys for Defendant Google LLC* |

-2-   Case No. 4:20-cv-05146-YGR-SVK

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT ITS OBJECTIONS TO REPLY EVIDENCE (DKT. 484). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: February 18, 2022            By    */s/ Andrew H. Schapiro*
                                          Andrew H. Schapiro
                                          *Counsel on behalf of Google*

1 **[PROPOSED] ORDER**

2   Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

3   The deadline for Google to submit its Objection to Reply Evidence to Plaintiffs' Reply in
4 Support of Motion for Class Certification (Dkt. 484) is March 2, 2022.

6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 DATED: February 23, 2022

9   Hon. Yvonne Gonzalez Rogers
    United States District Judge