```
COOLEY LLP                                          COOLEY LLP
MICHAEL G. RHODES (SBN 116127)                      ROBBY L.R. SALDAÑA (DC No. 1034981)
(rhodesmg@cooley.com)                               (rsaldana@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)                      (Admitted pro hac vice)
(wsomvichian@cooley.com)                            KHARY J. ANDERSON (DC No. 1671197)
KELSEY R. SPECTOR (SBN 321488)                      (kjanderson@cooley.com)
(kspector@cooley.com)                               (Admitted pro hac vice)
REECE TREVOR (SBN 316685)                           1299 Pennsylvania Avenue, NW, Suite 700
(rtrevor@cooley.com)                                Washington, DC 20004-2400
ANUPAM DHILLON (SBN 324746)                         Telephone:   +1 202 842 7800
(adhillon@cooley.com)                               Facsimile:   +1 202 842 7899
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222
```

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare and state as follows:

1.     I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 502).  I have personal knowledge of the facts herein, and I am competent to testify.  I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the designating party.

2.     On May 8, 2023, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 502) in connection with the Joint Letter Brief Regarding Account Identifiers ("Joint Letter Brief") (ECF No. 503). On that same day, I received an unredacted service copy of the Joint Letter Brief.

3.     I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. The highlighted portions in the Joint Letter Brief reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Regarding Account Identifiers ("Joint Letter Brief") (ECF No. 503) | Portions highlighted at page(s): 1-5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

|  |  | and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

4.  Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Brief not indicated in the table above.

5.  To the best of my knowledge, certain information in the Joint Letter Brief indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to various of Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

6.  I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

7.  I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

8.  Attached hereto as Exhibit A is a copy of the Joint Letter Brief that highlights the specific information that Google seeks to maintain under seal.

//

//

//

Cooley LLP
Attorneys at Law
San Francisco

3

Dec. of R. Trevor ISO Google's
Response to Pls' Admin. Motion to Seal
Case No. 4:21-cv-02155-YGR-VKD

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2023 at San Francisco, California.

*/s/ Reece Trevor*
Reece Trevor

### CIVIL L.R. 5-1 (H)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 8, 2023                    */s/ Whitty Somvichian*
                                       Whitty Somvichian

285631711

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF R. TREVOR ISO GOOGLE'S
RESPONSE TO PLS' ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD