| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **DiCELLO LEVITT LLC**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Ave., 10th Floor<br>New York, New York 10017<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* | Jomaire Crawford (admitted *pro hac vice*)<br>*jomairecrawford@quinnemanuel.com*<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | *Counsel for Defendant; additional counsel listed in signature blocks below* |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE LIMITED REMAND** |

Plaintiffs and Defendant Google LLC (together, the "Parties"), by and through undersigned counsel, respectfully submit this Stipulation and Proposed Order Regarding Scope of Order of Summary Judgment.

WHEREAS, on December 12, 2022, the District Court granted Google's Motion for Summary Judgment based on the Court's finding that Plaintiffs consented to the conduct at issue (the "Order," District Dkt. No. 935);

WHEREAS, on December 12, 2022, the Court entered Judgment dismissing the case (District Dkt. No. 937);

WHEREAS, on December 20, 2022, Plaintiffs filed a Notice of Appeal;

WHEREAS, Google sought limited remand from the Ninth Circuit to clarify the scope of the Order, specifically, whether Court's determination that Plaintiffs' claims are barred by their consent to the conduct at issue also applies to Counts 1, 6, 10, 12, 15 and 16 (the "Dormant Claims");

WHEREAS, on March 31, 2023, the Ninth Circuit granted Google's motion for limited remand with respect to the scope of the Order;

WHEREAS, via email on April 4, 10, 11 and 12, the Parties met and conferred and reached certain agreements intended to promote efficiency and conserve judicial resources;

NOW, THEREFORE, the Parties stipulate as follows:

1. Consent is either a required element of or a defense to Counts 1, 6, 10, and 12. Accordingly, these claims are dismissed as a result of the Court's finding that Plaintiffs consented to the conduct on which the claims are based.

2. Plaintiffs do not dispute that Counts 15 (punitive damages) and 16 (declaratory judgment) require a surviving cause of action, and, therefore, are dismissed as well.

3. Accordingly, the Court's Order applies to and dismisses all claims, including the Dormant Claims.

/ / /

/ / /

/ / /

/ / /

4. If the Court deems it necessary, the Parties agree to append the following language to line 11 of page 27 of the Order:

> "Following limited remand from the Ninth Circuit, the Court clarifies that this Order applies to all claims asserted in Plaintiffs' First Amended Complaint, including the six "Dormant Claims." . Counts 1 (the federal Wiretap Act), 2 (Invasion of Privacy), 10 (Unjust Enrichment), and 12 (the California Computer Data Access and Fraud Act) are dismissed, following Plaintiffs' stipulation. Counts 15 (punitive damages) and 16 (declaratory judgment) are terminated because Plaintiffs may not recover punitive damages or obtain injunctive relief in the absence of any other live cause of action."

Plaintiffs reserve all rights to appeal the Court's ruling.

DATED: April 12, 2023

| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: /s/ Lesley Weaver <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* <br> *aornelas@bfalaw.com* <br> *jsamra@bfalaw.com* | By: /s/ Andrew H. Schapiro <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> *andrewschapiro@quinnemanuel.com* <br> Teuta Fani (admitted *pro hac vice*) <br> *teutafani@quinnemanuel.com* <br> Joseph H. Margolies (admitted *pro hac vice*) <br> *josephmargolies@quinnemanuel.com* <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 |
| **DiCELLO LEVITT LLC** <br><br> By: /s/ David A. Straite <br> David A. Straite (admitted *pro hac vice*) <br> Corban Rhodes (admitted *pro hac vice*) <br> 485 Lexington Ave., 10th Floor <br> New York, New York 10017 <br> Tel.: (646) 933-1000 <br> *dstraite@dicellolevitt.com* <br> *crhodes@dicellolevitt.com* <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn St., Sixth Floor <br> Chicago, IL 60602 | Stephen A. Broome (CA Bar No. 314605) <br> *stephenbroome@quinnemanuel.com* <br> Viola Trebicka (CA Bar No. 269526) <br> *violatrebicka@quinnemanuel.com* <br> Crystal Nix-Hines (CA Bar No. 326971) <br> *crystalnixhines@quinnemanuel.com* <br> Alyssa G. Olson (CA Bar No. 305705) <br> *alyolson@quinnemanuel.com* <br> 865 S. Figueroa Stree, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 <br><br> Jomaire Crawford (admitted *pro hac vice*) <br> *jomairecrawford@quinnemanuel.com* <br> D. Seth Fortenbery (admitted *pro hac vice*) <br> *sethfortenbery@quinnemanuel.com* <br> 51 Madison Avenue, 22nd Floor |

| | |
|---|---|
| Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>aprom@dicellolevitt.com | New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 |
| **SIMMONS HANLY CONROY LLC**<br><br>By:   */s/ Jason Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br>*ejohnson@simmonsfirm.com* | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097)<br>sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>*josefansorge@quinnemanuel.com*<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>*tracygao@quinnemanuel.com*<br>Carl Spilly (admitted *pro hac vice*)<br>*carlspilly@quinnemanuel.com*<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>*jonathantse@quinnemanuel.com*<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 16, 2023

HON. YVONNE GONZALEZ ROGERS

United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2023, at Chicago, Illinois.

/s/ Andrew H. Schapiro

Andrew H. Schapiro