UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER RE REDACTIONS TO ORDER RE ACCOUNT IDENTIFIERS AND FURTHER PRODUCTION OF NAMED PLAINTIFFS' DATA** |

The Court's Order re Account Identifiers and Further Production of Named Plaintiffs' Data (Dkt. No. 510) has been filed provisionally under seal in its entirety because it may contain information that the Court has allowed to be filed under seal due to its confidential and business-sensitive nature.

The parties shall confer and by **May 19, 2023** submit a proposed order regarding redactions to the Court's Order (to the extent any redaction is required).[1] If no redactions are needed or if the parties dispute any proposed redactions, the parties shall submit a statement so advising the Court. If no proposed redactions are received by 11:59 p.m. on May 19, 2023, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: May 16, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The Clerk is directed to send the parties an unredacted copy of the Court's order.