| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>*Interim Class Counsel* | **COOLEY LLP**<br>Whitty Somvichian (SBN 194463)<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>wsomvichian@cooley.com<br><br>*Counsel for Defendant GOOGLE LLC* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation,*<br><br>This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION MOTION AND CASE SCHEDULE**<br><br>Civil L.R. 6-1(b); 6-2(a) |

WHEREAS, under the current pretrial schedule, plaintiffs' motion for class certification is due to be filed on May 23, 2023 (ECF No. 391); and

WHEREAS, there is no date in the current schedule for a hearing on the motion for class certification and no trial date has been set (ECF No. 391); and

WHEREAS, on April 14, 2023, the Court issued four discovery orders requiring Google to search for and produce additional named plaintiff data that plaintiffs contend is relevant to the class certification motion (ECF Nos. 481, 483, 485, 487); and

1    WHEREAS, on April 25, 2023, Google informed plaintiffs that it cannot complete its
2  production of additional named plaintiff data called for by the Court's four discovery orders until
3  May 26, 2023; and

4    WHEREAS, on May 16, 2023, the Court issued a further discovery order requiring Google
5  to investigate and then produce additional named plaintiff data that plaintiffs contend is relevant to
6  the class certification motion, and to report back to the Court by May 24, 2023 as to the status of
7  Google's investigation for this additional data and a timeline for when it can be produced (ECF No.
8  510); and

9    WHEREAS, in light of Google's ongoing productions of additional named plaintiff data and
10 uncertainty at this time as to when these productions can be completed, the parties agree that it is
11 not practicable to require plaintiffs to file their class certification motion on May 23, 2023 and that,
12 subject to Court approval, the current motion deadline should be vacated; and

13   WHEREAS, the parties are in agreement on the parameters of a new case schedule, subject
14 only to a determination as to when Google can complete its productions of additional named plaintiff
15 data; and

16   WHEREAS, the parties are also in agreement that any dispute as to discovery limitations
17 that may be requested or imposed in connection with a new case schedule will be preserved and
18 addressed when a new case schedule is submitted to the Court.

19   NOW, THEREFORE, the parties stipulate as follows, subject to Court approval:

20   1. The May 23, 2023, deadline for plaintiffs to file their motion for class certification shall
21      be vacated;
22   2. By May 25, 2023, the parties shall submit a new pretrial case schedule for the Court's
23      consideration;
24   3. Any new schedule submitted by the parties will maintain the time intervals proposed in
25      the pending administrative motion (ECF No. 492), with plaintiffs' class certification
26      motion due seven weeks after the completion of Google's document productions;

4. Any dispute about discovery limitations that should accompany the new pretrial case schedule will be addressed by the parties in a joint submission accompanying the new proposed case schedule.

**SO STIPULATED.**

Dated: May 18, 2023

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker* | By: */s/ Whitty Somvichian* |
| Elizabeth C. Pritzker (SBN 146267) | Michael G. Rhodes (SBN 116127) |
| Jonathan K. Levine (SBN 220289) | Whitty Somvichian (SBN 194463) |
| Bethany Caracuzzo (SBN 190687) | Aarti G. Reddy (SBN 274889) |
| 1900 Powell Street, Suite 450 | Robby L.R. Saldana (pro hace vice) |
| Emeryville, CA 94608 | Kelsey R. Spector (SBN 321488) |
| Tel.: (415) 692-0772 | Reece Trevor (SBN316685) |
| Fax: (415) 366-6110 | Anupam Dhillon (SBN 324746) |
| ecp@pritzkerlevine.com | Khary J. Anderson (pro hac vice) |
| jkl@pritzkerlevine.com | 3 Embarcadero Center, 20th Fl. |
| bc@pritzkerlevine.com | San Francisco, CA 94111-4004 |
| | Tel: (415) 693-2000 |
| *Interim Class Counsel* | Fax: (415) 693-2222 |
| | *rhodesmg@cooley.com* |
| | *wsomvichian@cooley.com* |
| | *areddy@cooley.com* |
| | *rsaldana@cooley.com* |
| | *kspector@cooley.com* |
| | *rtrevor@cooley.com* |
| | *adhillon@cooley.com* |
| | *kjanderson@cooley.com* |
| | |
| | *Counsel for Defendant GOOGLE LLC* |

**[PROPOSED] ORDER**

Having considered the parties' stipulation, the Court orders as follows:

1. Plaintiffs' pending administrative motion (ECF No. 492) is denied as moot.

2. The deadline for plaintiffs to file their motion for class certification is vacated.

3. The parties shall jointly submit a new proposed pretrial case schedule by May 25, 2023 that maintains the time intervals proposed in ECF No. 492, with plaintiffs' class certification motion due seven weeks after the completion of Google's document productions;

4. If the parties have a dispute about whether any discovery limitations should be imposed in connection with the new pretrial case schedule, they shall be addressed by the parties in a joint submission not to exceed 3 pages per side that accompanies the new proposed case schedule.

**SO ORDERED.**

Dated: _____, 2023

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

**FILER ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on May 18, 2023 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Bethany Caracuzzo
Bethany Caracuzzo

JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERT. MOTION AND CASE SCHEDULE

4:21-CV-05146-YGR-VKD