Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1  **TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that the Oakland office of Bleichmar Fonti & Auld LLP has
3  changed its address to:

4 
Bleichmar Fonti & Auld LLP
1330 Broadway, Suite 630
5 
Oakland, California 94612

6  The firm's telephone numbers, fax numbers, email addresses, and website remain the same.

7 

8  DATED:  May 19, 2023                                    Respectfully submitted,

9 

10                                                         **BLEICHMAR FONTI & AULD LLP**

11                                                         By: /s/ Lesley E. Weaver
                                                           Lesley E. Weaver (SBN 191305)
12                                                         Anne K. Davis (SBN 267909)
                                                           Joshua D. Samra (SBN 313050)
13                                                         1330 Broadway, Suite 630
                                                           Oakland, California 94612
14                                                         Tel.: (415) 445-4003
                                                           Fax: (415) 445-4020
15                                                         *lweaver@bfalaw.com*
                                                           *adavis@bfalaw.com*
16                                                         *jsamra@bfalaw.com*

17 
                                                           **Counsel for Plaintiffs and the Proposed Class**
18

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                            */s/ Lesley E. Weaver*
                                            Lesley E. Weaver