COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**STATEMENT RE PROPOSED REDACTIONS TO ORDER RE ACCOUNT IDENTIFIERS AND FURTHER PRODUCTION OF NAMED PLAINTIFFS' DATA (ECF NO. 510)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STATEMENT RE PROPOSED REDACTIONS TO
ORDER (ECF NO. 510)
CASE NO. 4:21-CV-02155-YGR-VKD

Pursuant to the Order Re Redactions to Order Re Account Identifiers & Further Production (ECF No. 511), Plaintiffs and Defendant Google LLC ("Google") have conferred regarding proposed redactions to the Order Re Account Identifiers & Further Production (the "Order"). Google has proposed the redactions highlighted in Exhibit A to the Declaration of Reece Trevor, filed concurrently herewith, and Plaintiffs do not oppose Google's proposal. Accordingly, Google respectfully requests that the Court enter the attached proposed order redacting those portions from the publicly-accessible version of the Order.

Dated: May 19, 2023                                        COOLEY LLP

                                                           By: */s/ Whitty Somvichian*
                                                                Whitty Somvichian

                                                           Attorney for Defendant
                                                           GOOGLE LLC

286238539

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STATEMENT RE PROPOSED REDACTIONS TO
ORDER (ECF NO. 510)
CASE NO. 4:21-CV-02155-YGR-VKD