COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF STATEMENT RE PROPOSED REDACTIONS TO ORDER RE ACCOUNT IDENTIFIERS AND FURTHER PRODUCTION OF NAMED PLAINTIFFS' DATA (ECF NO. 510)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TREVOR DECLARATION ISO STATEMENT RE
PROPOSED REDACTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare and state as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google, LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Statement Regarding Proposed Redactions to Order Re Redactions to Order Re Account Identifiers & Further Production (ECF No. 511). I have personal knowledge of the facts herein, and I am competent to testify.

2. On May 19, 2013, Google proposed to Plaintiffs redactions to the Order Re Account Identifiers & Further Production (the "Order").

3. Plaintiffs stated that they would not oppose Google's proposed redactions.

4. Attached hereto as Exhibit A is a copy of the Order that highlights the specific information that the parties seek to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023 at San Francisco, California.

/s/ Reece Trevor
Reece Trevor

**CIVIL L.R. 5-1 (H)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 19, 2023          COOLEY LLP

/s/ Whitty Somvichian
Whitty Somvichian

286248822