COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:     +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE REDACTIONS TO ORDER RE ACCOUNT IDENTIFIERS AND FURTHER PRODUCTION OF NAMED PLAINTIFFS' DATA (ECF NO. 510)** |

Pursuant to the Order Re Redactions to Order Re Account Identifiers & Further Production (ECF No. 511), Defendant Google LLC submitted proposed redactions, which Plaintiffs do not oppose, to the Order Re Account Identifiers & Further Production (ECF No. 510).

Upon consideration of the proposed redactions and good cause appearing, **IT IS HEREBY ORDERED** that a publicly-available version of the Order Re Account Identifiers & Further Production is to be filed with the parties' agreed-upon redactions.

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE