1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JOSHUA D. SAMRA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi |

I, Joshua D. Samra, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an associate at the law firm of Bleichmar Fonti & Auld LLP, a member in good standing of the bar of the State of California and of this Court, and counsel to Plaintiffs in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

4. A true and correct copy of the following documents are attached as follows:

   a. An **unredacted** copy of Exhibit 1 to Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes; and

   b. An **unredacted** copy of Exhibit 2 to Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of May, 2023, in San Francisco, California.

/s/ Joshua D. Samra
Joshua D. Samra