1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Exhibit 1 to Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit 2 to Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

1

Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED