Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JOSHUA D. SAMRA IN SUPPORT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS AT-ISSUE IN THE PARTIES' JOINT REPORT REGARDING REMAINING PRIVILEGE LOG DISPUTES**<br><br>Magistrate Judge Virginia K. DeMarchi |

I, Joshua D. Samra, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an associate at the law firm of Bleichmar Fonti & Auld LLP, a member in good standing of the bar of the State of California and of this Court, and counsel to Plaintiffs in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes.

4. Attached hereto as **Exhibit 1** is a chart of the disputed entries on Google's privilege log that Google did not supplement with additional information.

5. Attached hereto as **Exhibit 2** is a chart of the remaining disputed entries on Google's privilege log, over which Google supplemented with additional information.

6. Columns A to J of Exhibits 1 and 2 contain Google's document descriptions and privilege explanations, which Google's counsel provided to Plaintiffs on May 12, 2023. These include Google's "Privilege Description," "Additional explanation of the basis for the claim of privilege or protection," and "Additional Information re: distribution lists," which together exceed 42,000 words.

7. Column K of Exhibits 1 and 2 include Plaintiffs' bases for challenging Google's privilege claims. I provided this information to Google's counsel on May 16, 2023.

8. During a meet-and-confer on May 17, 2023, Plaintiffs and Google's counsel discussed the proposed attachments to the joint report. Google's counsel stated that it would agree to include only Google's descriptions of the privilege entries and not Plaintiffs' basis for challenge. Google confirmed this again via email on May 19, 2023.

\* \* \*

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct. Executed on this 19th day of May, 2023, in San Francisco, California.

                                              */s/ Joshua D. Samra*
                                              Joshua D. Samra