**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL AT-ISSUE IN THE PARTIES' JOINT REPORT REGARDING REMAINING PRIVILEGE LOG DISPUTES** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes (ECF No. 521), Defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS Plaintiffs' administrative motion. Exhibits 1 and 2 to the Declaration of Joshua D. Samra filed on May 19, 2023 (ECF Nos. 520-2 and 520-3) are DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

                                              HON. VIRGINIA K. DEMARCHI
                                              UNITED STATES MAGISTRATE JUDGE