COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1   Google LLC filed a Response to Plaintiffs' Administrative Motion ("Google's Response")
2   to Consider Whether Another Party's Materials Should be Sealed (ECF No. 518) in connection
3   with the Status Update re Remaining Privilege Log Disputes (ECF No. 519) (the "Status Update").
4   Upon consideration of the Motion, Google's Response, papers submitted in support, and
5   good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Exhibit 1 to the Samra Declaration (ECF No. 519) | Highlighted columns ("E-Mail From/Author/Custodian" and "Recipient(s)" columns) |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

286304011

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD