UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR   (VKD)<br><br>**ORDER RE ACCOUNT IDENTIFIERS AND FURTHER PRODUCTION OF NAMED PLAINTIFFS' DATA**<br><br>**(REDACTED)**<br><br>Re: Dkt. No. 503 |

The Court held a hearing on May 16, 2023 to address a dispute concerning the Court's April 14, 2023 order requiring Google to produce data fields the Court understood were necessary to ensure that Google's productions of named plaintiffs data can be easily correlated, specifically "the Google Account ID, Google User ID, and 'joining keys.'" *See* Dkt. No. 487 at 6-7. According to the parties, Google has or will produce the Google Account ID (or ▉▉▉) data field. Dkt. No. 503 at 1, 4. However, Google says that ▉▉▉▉▉▉▉▉ the "Google User ID," it cannot produce this data field. *Id.* at 4-5. Google further explains ▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. *Id.* at 5. Plaintiffs dispute Google's characterization of the available records, contending that Google admitted during an earlier hearing ▉▉▉▉ the Google User ID and pointing out that the Court has already ordered Google to produce both that data field and the "joining keys." *Id.* at 1 n.1 and 3.

The present dispute traces its immediate origins to the parties' March 1, 2023 discovery dispute letter, in which plaintiffs demanded that Google produce a data field called "google_user_id." *See* Dkt. No. 434. Plaintiffs described that field as follows:

> The Google_User_ID is a ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



*Id.* at 2.  Google described this data field differently:

> **google_user_id:** The google_user_id field is a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Id.* at 5 (emphasis in original).  In resolving the parties' dispute about whether this data field should be produced, the Court ordered Google to produce the google_user_id data field associated with the named plaintiffs data it had previously been ordered to produce, but only if Google logged the google_user_id data field somewhere.  Dkt. No. 485 at 4.

From the parties' presentations at the May 16, 2023 hearing, the Court now understands the following:  Google maintains ▮▮▮▮▮▮▮▮▮▮ Google User ID which it calls the ▮▮▮▮▮▮ ▮▮▮  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  The ▮▮▮▮▮▮▮▮ is not shared with RTB participants as part of a bid request.  Rather, Google includes an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ That ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is populated in a data field called "google_user_id."  Google ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ google_user_id field that is transmitted as part of a bid request.  Google does log the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  However, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

With respect to "joining keys," the Court understands that plaintiffs use this term to refer

1   to the internal mechanisms by which Google links a Google Account ID (or ▮▮▮▮) and a

2   ▮▮▮▮ Google says ▮▮▮▮▮▮▮▮▮▮

3   The Court accepts Google's representation that the ▮▮▮▮ google_user_id data field

4   that is shared with RTB participants ▮▮▮▮ and therefore cannot be produced to plaintiffs.

5   However, the Court now appreciates that there is a different but related data item, the ▮▮▮▮,

6   that Google maintains internally, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7   ▮▮▮▮▮▮▮▮ During the hearing, the Court inquired whether Google could

8   produce the internal ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ together with the

9   Google Account ID (or ▮▮▮▮), for all sampled named plaintiffs data that the Court has

10  previously ordered Google to produce, even though Google contends that the ▮▮▮▮ is never

11  shared with RTB participants. Google's counsel indicated he would need to investigate that

12  possibility.

13  The Court also accepts Google's representation that it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14  ▮▮▮▮

15  In these circumstances, the Court orders Google to investigate whether the ▮▮▮▮

16  ▮▮▮▮▮▮▮▮ may be produced, together with the Google Account ID (or ▮▮

17  ▮▮) where available, for all sampled named plaintiffs data. Google shall advise plaintiffs of the

18  result of this investigation, and the parties shall jointly report to the Court whether and when

19  Google will make a further production that includes the ▮▮▮▮ information. If Google

20  determines that the ▮▮▮▮ information cannot be produced, the parties shall discuss whether

21  any reasonable alternatives exist for the production of the same or similar information, and shall

22  jointly report to the Court on this point. The parties' joint report is due **May 24, 2023**.

23  **IT IS SO ORDERED.**

24  Dated: May 16, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge