COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF REECE TREVOR IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT REPORT REGARDING FURTHER PRODUCTION OF NAMED-PLAINTIFF DATA** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Reece Trevor, declare and state as follows:

**1.** I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion ("Administrative Motion") to Seal Portions of the Joint Report Regarding Further Production of Named-Plaintiff Data ("Joint Report") (ECF No. 529). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the designating party.

**2.** The highlighted portions in the Joint Report reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Report Regarding Further Production of Named-Plaintiff Data ("Joint Report") | Portions highlighted at page(s): 1 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

3. Google does not seek to redact or file under seal any of the remaining portions of the Joint Report not indicated in the table above.

4. To the best of my knowledge, certain information in the Joint Report indicated in the table above references technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to various of Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

5. I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

6. I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

7. Attached hereto as Exhibit A is a copy of the Joint Report that highlights the specific information that Google seeks to maintain under seal. A publicly-available redacted version will be filed concurrently.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2023 at San Francisco, California.

/s/ Reece Trevor
Reece Trevor

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

**CIVIL L.R. 5-1 (H)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 24, 2023                    /s/ Whitty Somvichian
                                       Whitty Somvichian

286475308

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF R. TREVOR ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD