COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

1   Google LLC filed an Administrative Motion ("Administrative Motion") to Seal Portions of
2   the Joint Report Regarding Further Production of Named-Plaintiff Data ("Joint Report") (ECF No.
3   529).
4   Upon consideration of the Motion and good cause appearing, IT IS HEREBY ORDERED
5   that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Joint Report Regarding Further Production of Named-Plaintiff Data ("Joint Report") | Portions highlighted at page(s): 1 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

286475419

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD