VIA CM/ECF

May 24, 2023

Hon. Virginia K. DeMarchi
Robert F. Peckham Federal Building & United States Courthouse
280 South 1st Street
Courtroom 2 – 5th Floor
San Jose, CA 95113

Re:   *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR-VKD
      Joint Report Regarding Further Production of Named-Plaintiff Data

Dear Magistrate Judge DeMarchi:

Pursuant to the Court's Order Re Account Identifiers and Further Production of Named Plaintiffs' Data (ECF No. 510), Defendant Google LLC ("Google") and Plaintiffs hereby submit this joint report updating the Court regarding Google's investigation as to the production of certain additional data fields.

Google has represented that it performed a reasonable investigation and confirmed that it can produce the ▮▮▮▮▮▮▮▮▮▮, where available, together with the Google Account ID, where available, for the prior and forthcoming productions of sampled named-Plaintiff data. Google has represented that it is working diligently to produce this additional information and endeavors to complete this production by June 2, 2023.

Google additionally has represented that it is also currently in the process of mapping the fields available in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ log that correspond to data fields included in an RTB bid request. Google intends to produce this ▮▮▮▮ data to the extent reasonably available and anticipates producing such data for the six time periods for which it has previously produced ▮▮▮▮▮▮▮ log data, as well as for two of the six time periods Plaintiffs have requested in response to the Court's Order re February 28, 2023 Discovery Dispute re Time Sampling (ECF No. 484). Google endeavors to complete this production by June 2, 2023, as well.

Plaintiffs reserve all rights with respect to the named plaintiff data Google will be producing on or before June 2, 2023 in response to the Court's recent discovery orders, including seeking additional named plaintiff data from Google and seeking further relief from the Court. Google disputes that Plaintiffs are entitled to further named plaintiff data and reserves all rights to object to any further request or motion Plaintiffs may seek to bring, and to contest the relevance of any information Google may produce.

Dated: May 24, 2023

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)

Bethany Caracuzzo (SBN 190687)
Caroline Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

*Interim Class Counsel*

Dated: May 24, 2023                    **COOLEY LLP**

By: */s/ Whitty Somvichian*
Michael G. Rhodes
Whitty Somvichian
Aarti Reddy
Kelsey R. Spector
Reece Trevor
Anupam S. Dhillon
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
kspector@cooley.com
rtrevor@cooley.com
adhillon@cooley.com

Robby L.R. Saldaña
Khary J. Anderson
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel.: 202-776-2109
Fax: 202-842-7899
rsaldana@cooley.com
kjanderson@cooley.com

Attorneys for Defendant
GOOGLE LLC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th of May, 2023, at Boston, Massachusetts.

*/s/ Whitty Somvichian*
Whitty Somvichian

286472268