**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

*Interim Class Counsel*

**COOLEY LLP**
Whitty Somvichian (SBN 194463)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
wsomvichian@cooley.com

*Counsel for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION MOTION AND CASE SCHEDULE**<br><br>**Civil L.R. 6-1(b); 6-2(a)** |

WHEREAS, on April 26, 2023, Plaintiffs filed an administrative motion to revise the pretrial case schedule so that Plaintiffs' motion for class certification would be due seven weeks after Defendant Google LLC ("Google") completed its production of named plaintiff data, with all subsequent case deadlines also moving accordingly and without any limitation on the use of newly-served discovery (ECF Nos. 492-493); and

WHEREAS, on May 1, 2023, Google filed a response to the administrative motion in which it agreed to the proposed revised pretrial case schedule, but requested that if the new schedule was adopted, Plaintiffs not be permitted to use, in support of their motion for class certification, any new discovery served after filing the administrative motion (ECF Nos. 498, 498-1); and

WHEREAS, on May 18, 2023, while the administrative motion was pending, the parties stipulated to vacate the class certification deadline and submit a new pretrial schedule for the Court's consideration by May 25, 2023 (ECF No. 514), which would maintain the same time intervals proposed in plaintiffs' administrative motion; and

WHEREAS, on May 19, 2023, the Court approved the parties' stipulation (ECF No. 515); and

WHEREAS, in response to the Court's discovery orders regarding named plaintiff data, (ECF Nos. 481, 483, 485, 487, 510), Google is making additional data productions as described in ECF No. 529; and

WHEREAS, in light of Google's forthcoming production, the parties have met and conferred regarding the case schedule and agree the Court should adopt the schedule previously submitted for the Court's consideration in Plaintiffs' April 26, 2023 administrative motion (*see* ECF No. 493 at 4) as follows:

| Event | Vacated Case Schedule | New Case Schedule |
|---|---|---|
| Class Certification Motion | Motion: May 23, 2023<br>Opposition: July 25, 2023<br>Reply: September 5, 2023<br>Hearing: To be reset later | July 14, 2023<br>September 29, 2023<br>November 17, 2023<br>To be reset later |
| Fact Discovery Cut-Off | November 10, 2023 | January 19, 2024 |
| Opening Expert Reports | December 8, 2023 | February 9, 2024 |
| Rebuttal Expert Reports | January 12, 2024 | March 15, 2024 |
| Close of Expert Discovery | February 9, 2024 | April 12, 2024 |
| Dispositive/Daubert Motions | By March 12, 2024 | By May 17, 2024 |
| Pretrial Conference | To be determined later | To be determined later |
| Jury Trial | To be determined later | To be determined later |

WHEREAS, the parties continue to dispute the discovery limitation Google proposed in connection with the case schedule modification, as articulated in Google's May 1, 2023 response to Plaintiffs' administrative motion (ECF No. 498) and respectfully request that the Court issue an order regarding this dispute;

NOW, THEREFORE, the parties stipulate as follows, subject to the Court's approval:

1. The parties request that the Court enter the revised case schedule as proposed in Plaintiffs' administrative motion (ECF Nos. 492, 493) and herein;

2. Separately, the parties request that the Court resolve their dispute over Google's proposed discovery limitation based on the arguments contained in Plaintiffs' administrative motion and Google's response thereto, without additional briefing. (ECF Nos. 492, 493, and 498).

**SO STIPULATED.**

Dated: May 25, 2023

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker* <br> Elizabeth C. Pritzker (SBN 146267) <br> Jonathan K. Levine (SBN 220289) <br> Bethany Caracuzzo (SBN 190687) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> Fax: (415) 366-6110 <br> ecp@pritzkerlevine.com <br> jkl@pritzkerlevine.com <br> bc@pritzkerlevine.com <br><br> *Interim Class Counsel* | By: */s/ Whitty Somvichian* <br> Michael G. Rhodes (SBN 116127) <br> Whitty Somvichian (SBN 194463) <br> Aarti G. Reddy (SBN 274889) <br> Robby L.R. Saldana (pro hace vice) <br> Kelsey R. Spector (SBN 321488) <br> Reece Trevor (SBN316685) <br> Anupam Dhillon (SBN 324746) <br> Khary J. Anderson (pro hac vice) <br> 3 Embarcadero Center, 20th Fl. <br> San Francisco, CA 94111-4004 <br> Tel: (415) 693-2000 <br> Fax: (415) 693-2222 <br> rhodesmg@cooley.com <br> wsomvichian@cooley.com <br> areddy@cooley.com <br> rsaldana@cooley.com <br> kspector@cooley.com <br> rtrevor@cooley.com <br> adhillon@cooley.com <br> kjanderson@cooley.com <br><br> *Counsel for Defendant Google LLC* |

### [PROPOSED] ORDER

Having considered the parties' stipulation and prior submissions at ECF Nos. 492, 493, 498, and 498-1, the Court orders as follows:

1. The Court enters the case schedule as stipulated by the parties and as set forth in Plaintiffs' administrative motion (ECF Nos. 492, 493)

2. With respect to the parties' dispute re discovery limitation, the Court [(a) grants Google's proposal as set forth in ECF No. 498, or (b) grants Plaintiffs' proposal as set forth in ECF No. 492].

**SO ORDERED.**

Dated: _____, 2023

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

## ATTESTATION

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on May 25, 2023 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo