COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LAURA M. ELLIOTT IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 520)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ELLIOTT DECL. ISO GOOGLE LLC'S RESP. TO
SEALING MOT. (ECF NO. 520)
CASE NO. 4:21-CV-02155-YGR-VKD

I, Laura M. Elliott, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 520).

2. I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5(e)-(f) as an attorney for Google, the Designating Party.

3. On May 19, 2023, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 520) in connection with Plaintiffs' Administrative Motion for Leave to File Supplemental Materials At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes (ECF No. 521) (the "Administrative Motion").

4. I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Local Rule 79-5. Based on my review of Exhibits 1 and 2 to the Declaration of Joshua D. Samra in support of the Administrative Motion ("Exhibits to the Samra Declaration") and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 1 to the Samra Declaration (ECF No. 520-2) | Highlighted columns ("E-Mail From/Author/Custodian" and "Recipient(s)" columns) | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |
| Exhibit 2 to the Samra Declaration (ECF No. 520-3) | Highlighted columns ("E-Mail From/Author/Custodian" and "Recipient(s)" columns) | I understand the information requested to be sealed contains confidential information of Google employees, disclosure of which may subject |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ELLIOTT DECL. ISO GOOGLE LLC'S RESP. TO
SEALING MOT. (ECF NO. 520)
CASE NO. 4:21-CV-02155-YGR-VKD

|  |  | them to unsolicited contact and harassment. |
|---|---|---|

5. The "E-Mail From/Author/Custodian" and "Recipient(s)" columns of the Exhibits to the Samra Declaration contain confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment.

6. Attached hereto as Exhibit A is a copy of Exhibit 1 to the Samra Declaration that highlights the specific information that Google seeks to maintain under seal.

7. Attached hereto as Exhibit B is a copy of Exhibit 2 to the Samra Declaration that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2023 in Lake Bluff, Illinois.

/s/ Laura M. Elliott
Laura M. Elliott

286362282