UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 536, 538 |

The plaintiffs and defendant Google LLC ("Google") have both filed administrative motions asking the Court to seal portions of their June 5, 2023 joint discovery letter brief. Dkt. Nos. 536, 537, 538. Both motions ask for identical redactions. *See* Dkt. Nos. 536 at 2; 538 at 2.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case," *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c). *Id.* at 1098-99; *Kamakana*, 447 F.3d at 1179-80.

The joint discovery letter at issue here does not address the merits of either party's claims or defenses, so the Court will apply the "good cause" standard of Rule 26(c).

Google argues that good cause exists here because the sealed portions of the letter "contain

information about technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business" and their public release would cause the company irreparable harm. Dkt. No. 538 at 3. The Court agrees and finds that good cause exists to seal the following material:

| Document | Portions to be Sealed |
|---|---|
| June 5, 2023 Joint Discovery Letter Brief re: Verticals Fields | Portions Highlighted on Dkt. No. 538-2 at pages 1 and 4. |

A redacted version of this document is already available on the public docket. *See* Dkt. No. 537. Accordingly, no further action is required from the parties. This order terminates Dkt. Nos. 536 and 538.

**IT IS SO ORDERED.**

Dated: July 10, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge