1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date: None set. <br> Hearing Time: <br> Hearing Location: |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Re. Google's Materials that were submitted by plaintiff in support of plaintiffs' Motion for Class Certification ("Mot."), and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and finding GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plfs.' Mot. at 7:-4, 7:15, 7:16, 7:18, 17:19-21, 9:24, 15:20, 15:21, 22:1 (re. Google data and documents) | Cites information, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| Plfs.' Mot. at 22:24 (re. damages calculations from Google data) | Cites information, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| Portions of plaintiffs' submitted Proposed Order re. Class Certification, at 5:17, 5:18, 5:21, 5:22-24. | Cites information, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 1** to Declaration of Elizabeth C. Pritzker submitted in support of plaintiffs' Mot. ("Pritzker Decl.")": Expert Class Certification Report of Professor **Zubair Shafiq**, portions of the following paragraphs and footnotes highlighted in yellow at ¶¶ 12, 18, 28, 31, Figure 1, ¶¶ 32, 33, Figure 2, ¶¶ 34, 35, Table 1, ¶¶ 36, 37, 39, FN 12, ¶¶ 39, 40, 42, FN 17, FN 18, FN 19, FN 20, Table 2, ¶¶ 43, 45, FN 22, ¶ 46, ¶¶ 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, FN 31, ¶¶ 78, 79, 80, 88, 91, 92, | Cites information designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |

| | | |
|---|---|---|
| 93, FN 67, ¶¶ 94, 95, 97, Figure 6, ¶ 98, Figure 7, ¶¶ 100, and 101. | | |
| **Ex. 2** to Pritzker Decl.: Expert Class Certification Report of Professor. **Christopher Wilson**, portions highlighted in yellow at ¶¶ 37, 47, 77, 79, FN 35, ¶ 95, portions of Table 5, ¶¶ 103, 104 | Cites information designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 3** to Pritzker Decl.: Expert Class Certification Report of Professor **Robert Zeithammer**, portions highlighted in yellow, except where noted highlighted for emphasis, at ¶¶ 19, 32-41, 65, 66, 68 – 70, 73 (portions of Table 1), ¶¶ 74, 80 (portions of Table 2), ¶¶ 83, 97, and 99. | Cites information designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 4** to Pritzker Decl.: Expert Class Certification Report of **Greg Regan**, CPA/CFF, CFE, portions highlighted in yellow at ¶¶ 33, 34, FN 51, FN 54, ¶ 36, FN 60, Figure 2, ¶ 38, FN 61, Figure 3, ¶ 42, 43, FN 72, FN 73, ¶ 45, FN 76, ¶ 47, FN 81, ¶ 48, Figure 4, FN 83, ¶¶ 51, 52, FN 85, Figure 5, ¶ 53, 59, and 60. | Cites information designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 5** to Pritzker Decl.: Expert Class Certification Report of Professor **Neil Richards** at ¶¶ 68, 72, 74, FN 130, ¶¶ 99, 114, 115, 116, 126, 136. | Cites information designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 12** to Pritzker Decl.: GOOG-HEWT-00349634 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 13** to Pritzker Decl.: GOOG-HEWT-00455800 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 15** to Pritzker Decl.: GOOG-HEWT-00455648 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |

| | |
|---|---|
| **Ex. 17** to Pritzker Decl.: excerpts of the deposition of Google employee George Levitte at 72:18-78:7 92:2-11, 157:6-158:24, 171:7-17, 204:17-24. | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 18** to Pritzker Decl.: excerpts of the deposition of Google employee Glenn Berntson at 80:4-11, 117:2-11. | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 19** to Pritzker Decl.: GOOG-HEWT-00456419 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 20** to Pritzker Decl.: GOOG-HEWT-00098506 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 21** to Pritzker Decl.: GOOG-HEWT-00481219 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 22** to Pritzker Decl.: GOOG-HEWT-00481225 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 23** to Pritzker Decl.: GOOG-HEWT-00480493 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 24** to Pritzker Decl.: GOOG-HEWT-00099180 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) |
| **Ex. 25** to Pritzker Decl.: GOOG-HEWT-00330758 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) |

| | | |
|---|---|---|
| **Ex. 26** to Pritzker Decl.: GOOG-HEWT-00035713 | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 42** to Declaration of Bethany Caracuzzo submitted in support of plaintiffs' Mot.: GOOG-HEWT-00456456 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Court Judge