1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  Caroline Corbitt (Cal Bar. No. 305492)
   **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9
   *Interim Class Counsel*
10

11

12
                     **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**
                              **OAKLAND DIVISION**
14

15 | In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This Document relates to: *all actions*. | **PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS** |
|  | **[Civil L.R. 79-5(f)]** |
|  | Judge: Hon. Yvonne Gonzalez Rogers |
|  | Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

Case No. 4:21-cv-02155-YGR-VKD
PROOF OF SERVICE

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On July 14, 2023, I caused the below documents, all of which were *lodged under seal*, to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion Whether Another Party's Materials Should be Sealed – Re. Google's Materials;
2. Declaration of Jonathan K. Levine in support;
3. Unredacted version of plaintiffs' Motion for Class Certification;
4. Unredacted version of plaintiffs' submitted Proposed Order re. Class Certification;
5. <u>Exhibits 1 - 5</u> - unredacted Expert Class Certification Reports of plaintiffs' experts submitted in support of plaintiffs' Motion for Class Certification;
6. <u>Exhibits 12, 13, 15, 17-26,</u> <u>and 42</u>– unsealed documents produced by Google submitted in support of plaintiff's Motion for Class Certification;
7. Proposed Order

<u>*Via E-mail*</u>
Whitty Somvichian, Esq. (wsomvichian@cooley.com)
Anu S. Dhillon, Esq. (adhillon@cooley.com)
Aarti Reddy, Esq. (areddy@cooley.com)
Laura Elliott, Esq. (lelliott@cooley.com)
Reece Trevor, Esq. (rtrevor@cooley.com)
Robby L.R. Saldaña, Esq. (rsaldana@cooley.com)
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 14, 2023 at Emeryville, California.

By: <u>/s/ Bethany Caracuzzo</u>
Bethany Caracuzzo