*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

# APPENDIX OF PLAINTIFFS' EXHIBITS

| Exhibits to Declaration of Elizabeth C. Pritzker | |
|---|---|
| Exhibit 1 | Expert Report of Professor Zubair Shafiq, Ph.D. |
| Exhibit 2 | Expert Report of Professor Christopher Wilson, Ph.D. |
| Exhibit 3 | Expert Report of Professor Robert Zeithammer, Ph.D. |
| Exhibit 4 | Expert Report of Greg Regan, CPA/CFF, CFE |
| Exhibit 5 | Expert Report of Professor Neil Richards |
| Exhibit 6 | Excerpts of deposition of Plaintiff Terry Diggs |
| Exhibit 7 | Excerpts of deposition of Plaintiff Rethena Green |
| Exhibit 8 | Excerpts of deposition of Plaintiff John Kevranian |
| Exhibit 9 | Excerpts of deposition of Plaintiff Salvatore Toronto |
| Exhibit 10 | Excerpts of deposition of Plaintiff Christopher Valencia |
| Exhibit 11 | Excerpts of deposition of Plaintiff Kimberley Woodruff |
| Exhibit 12 | GOOG-HEWT-00349634 - RTB Top Spenders May 2018 |
| Exhibit 13 | GOOG-HEWT-00455800 – account holder numbers |
| Exhibit 14 | Google's April 10, 2023 verified responses to Interrogatories Nos. 11 and 12; Google's June 29, 2023 verified supplemental responses to Interrogatories No. 11 and 12 |
| Exhibit 15 | GOOG-HEWT-00455648 – "Gross Revenue RTB (2017-2022)" |
| Exhibit 16 | GOOG-HEWT-00000767 – content verticals |
| Exhibit 17 | Excerpts of deposition of Google employee George Levitte |
| Exhibit 18 | Excerpts of deposition of Google employee Glenn Berntson |
| Exhibit 19 | GOOG-HEWT-00456419 "[Comms Doc]"" |

*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

| | |
|---|---|
| Exhibit 20 | GOOG-HEWT-00098506 –10/8/2018 |
| Exhibit 21 | GOOG-HEWT-00481219 – last updated: August 2019 |
| Exhibit 22 | GOOG-HEWT-00481225 – "Strat Paper"  - last modified 5/13/2020 |
| Exhibit 23 | GOOG-HEWT-00480493 - last modified 8/26/2020 |
| Exhibit 24 | GOOG-HEWT-00099180 – 9/24/2020 |
| Exhibit 25 | GOOG-HEWT-00330759 – Comments document – 7/28/2021 |
| Exhibit 26 | GOOG-HEWT-0035713 -- 6/14/2019 |
| Exhibit 27 | Google's June 29, 2023 Objection to Request for Production No. 117 |
| Exhibit 28 | Firm Resume of Pritzker Levine LLP |
| Exhibit 29 | Firm Resume of Bleichmar Fonti & Auld LLP |
| Exhibit 30 | Firm Resume of Cotchett Pitre & McCarthy LLP |
| Exhibit 31 | Firm Resume of Simmons Hanley Conroy LLC |
| Exhibit 32 | Firm Resume of DiCello Levitt LLC |
| Exhibit 33 | Firm Resume of Bottini & Bottini, Inc. |
| **Exhibits to Declaration of Bethany Caracuzzo – Google's Representations** | |
| Exhibit 34 | Google's September 10, 2015 "Privacy & Terms – Technologies – Privacy Principles"  [GOOG-HEWT-00058417] |
| Exhibit 35 | June 28, 2016 Google Privacy Policy (Ex. 6 to CCAC) |
| Exhibit 36 | May 25, 2018 Google Privacy Policy (Ex. 12 to CCAC) |
| Exhibit 37 | September 20, 2018 "Safety Center – Our Privacy & Security Principles"  [GOOG-HEWT-00459543] |
| Exhibit 38 | February 22, 2020 "How Our Business Works" (Ex. 5 to CCAC (March 21, 2021 downloaded version)) |
| Exhibit 39 | March 31, 2020 Google Terms of Service (Ex. 4 to CCAC) |

*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

| | |
|---|---|
| Exhibit 40 | March 31, 2020 Google Privacy Policy (Ex. 16 to CCAC) |
| Exhibit 41 | January 5, 2022 Google Terms of Service (current) |
| Exhibit 42 | Google's June 28, 2016 "Consent Bump" [GOOG-HEWT-00456456] |