# **Exhibit 1**

# **[Redacted Version]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| *In re Google RTB Consumer Privacy Litigation,* | Case No. 4:21-cv-02155-YGR-VKD |
| This document applies to: *all actions* | |

# EXPERT CLASS CERTIFICATION REPORT OF PROFESSOR ZUBAIR SHAFIQ

## JULY 14, 2023

## REDACTED VERSION

## TABLE OF CONTENTS

I.      QUALIFICATIONS ...................................................................................................3

II.     ASSIGNMENT ........................................................................................................5

III.    SUMMARY OF OPINIONS ....................................................................................5

IV.     OVERVIEW OF GOOGLE RTB ............................................................................6

V.      COMMON DATA FIELDS SHARED IN GOOGLE RTB AUCTIONS.......................8

      A.      Google Internal Example Bid Requests ...................................................9

      B.      Named Plaintiff Data ...............................................................................12

VI.     THE BROAD SCOPE OF THE DATA UNIFORMLY SHARED WITH RTB
        PARTICIPANTS IN GOOGLE RTB AUCTIONS.......................................................19

VII.    GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR LOGGING
        ACCOUNT HOLDER INFORMATION AND USER DATA ASSOCIATED
        WITH GOOGLE RTB AUCTIONS...........................................................................39

VIII.   GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR ASSOCIATING
        OR LINKING USER DATA SHARED IN GOOGLE RTB AUCTIONS WITH
        GOOGLE ACCOUNT HOLDERS ..........................................................................41

IX.     USER AND PUBLISHER CONTROLS ASSOCIATED WITH GOOGLE RTB
        AUCTIONS .............................................................................................................46

## I.     QUALIFICATIONS

1. I am an Associate Professor of Computer Science at the University of California, Davis. My lab's research and education efforts broadly focus on online security and privacy. My research over the last several years has specifically aimed to uncover personal data collection, sharing, and usage in the online advertising ecosystem. I regularly teach undergraduate and graduate courses on computer networks and computer security, including special courses covering emerging trends in online advertising and tracking.

2. I have co-authored more than 100 peer-reviewed research papers, many of which are on topics specifically related to the topics discussed in this report. I have received several awards and distinctions for my research. Notably, I am the recipient of the 2018 Andreas Pfitzmann Award at the flagship Privacy Enhancing Technologies Symposium for my research on detecting advertising and tracking in mobile apps. I also received the Best Paper Award at the 2017 ACM Internet Measurement Conference for my research on the abuse of a vulnerability in Facebook Graph API, and the Best Paper Award at the 2012 IEEE International Conference on Network Protocols for my research on reverse engineering proprietary network protocols.

3. I am a recipient of the Chancellor's Fellowship (2022-2023), Dean's Scholar Award (2020), National Science Foundation (NSF) Faculty Early Career Development (CAREER) Award (2018), and Fitch-Beach Outstanding Graduate Research Award (2013).

4. I have served on editorial boards and program committees of numerous computer science conference and journals. Notably, I am the Editor-In-Chief of the flagship Proceedings of Privacy Enhancing Technologies Symposium (PoPETS) journal. I am also the Program Chair of the Workshop on Technology and Consumer Protection (ConPro) at the IEEE Symposium on Security & Privacy as well as the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb) at the Network and Distributed System Security Symposium.

5. My graduate students and I have been invited multiple times to present our research on online security and privacy at the Federal Trade Commission (FTC), including the FTC's annual PrivacyCon event.

6. My research on online security and privacy is funded by the National Science Foundation (NSF) through multiple highly competitive research grants. Notably, I am leading the National Science Foundation (NSF) Secure and Trustworthy Cyberspace (SaTC) Frontier Center on Protecting Personal Data Flow on the Internet (ProperData: 2020-2025). As part of this effort, my research group is building new device instrumentation systems and measurement methods to investigate personal data collection, sharing, and usage in the web, mobile, and Internet-of-Things (IoT) ecosystems. Related to this report, my research group is specifically investigating new research methods to audit personal data collection, sharing, and usage in programmatic advertising protocols, including real-time-bidding (RTB).

7. My curriculum vitae, which includes a complete list of the cases in which I testified as an expert witness at trial or by deposition, together with a list of my research publications, conference papers, patents, and grant support, is attached as **Exhibit A**.

8. I have been retained by the counsel for plaintiffs as an expert in this matter and I submit this Report in support of Plaintiffs' Motion for Class Certification. My hourly rate is $500. My fee is neither contingent on the results of this case nor contingent on the content of my opinion.

9. The list of materials received, reviewed, and relied upon is set forth in **Exhibit B**.

10. I reserve the right to supplement and amend this Report based on additional materials made available to me.

## II.   ASSIGNMENT

11. I was asked by counsel for plaintiffs to review certain documents produced by Google and certain testimony provided by Google employees in this matter, and to analyze data records produced by Google pertaining to the seven named plaintiffs in order to determine the following:

   a. whether there are common data fields uniformly shared in all Google RTB auctions;

   b. if so, whether these common data fields contain enough information and are sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household;

   c. whether there are common processes or systems in place at Google to log Google account holder information and user data associated with Google RTB auctions;

   d. whether there are common processes or systems that would allow Google to associate or link user data shared in Google RTB auctions with Google account holders; and

   e. whether certain user and publisher controls impact the data fields shared in Google RTB auctions or Google's ability to associate or link those fields with Google account holders.

## III.   SUMMARY OF OPINIONS

12. There is a common set of at least ▮ data fields uniformly shared in all Google RTB auctions. *See* Section V below.

13. This common set of data fields contains enough information and is sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household. *See* Section VI below.

14. There are common processes and systems in place at Google to log Google account holder information and user data associated with Google RTB auctions. *See* Section VII below.

15. There are common processes and systems by which Google can associate or link user data shared in Google RTB auctions with Google account holders. *See* Section VIII below.

16. The named plaintiff data I reviewed did not indicate any user or publisher controls associated with Google's RTB auctions that would impact the data fields shared in RTB auctions or Google's ability to associate or link those fields with Google account holders. *See* Section IX below.

## IV.   OVERVIEW OF GOOGLE RTB

17. At a high level, Google RTB sells advertising inventory of publishers (websites or apps[1]) through online auctions to RTB participants, who are sometimes known as bidders. Google RTB includes two components, Authorized Buyers and Exchange/Open Bidding.[2]

18. The scale of Google RTB may be difficult for the ordinary consumer to comprehend. According to Stan Belov, Google's RTB tech leader, ███████████████████████ ████████████████████████████████████████████.[3] This translates to between ██████████ bid requests every minute, and ████████████ bid requests every hour.

19. The Google RTB auction process for any ad opportunity is completely automated and consists entirely of computers exchanging data with one another within a matter of milliseconds; faster than the blink of an eye. The name "real time bidding" accurately reflects the speed in which the Google RTB auction process occurs since, to the user, the ad appears virtually instantaneous – as soon as a website or mobile app loads.

20. The Google RTB auction process involves data sharing by Google with RTB participants, whether those participants bid in the auctions or not. The four primary methods of data

---

[1] These websites or apps may be accessed from a variety of devices such as a desktop, laptop, mobile phone, smart TV, etc.

[2] Please refer to the Expert Report of Professor Christopher Wilson for a more detailed explanation of RTB, Google RTB, bid requests, bid responses, cookie matching, and user lists.

[3] Stan Belov Deposition Transcript at 26.

sharing in Google RTB include bid requests, bid responses, cookie matching, and user lists.

21. Bid requests are sent by Google in RTB auctions to solicit bids from RTB participants to show advertising on the website or app that an internet user is currently viewing.  Bid requests include hundreds of individual data fields containing detailed information about, among other things, the user, his or her device, the content of the website or app being visited or viewed, the user's current location, the browser or app being used, and unique identifiers for tracking purposes.  I discuss the specific data fields in more detail in Section V below.

22. Bid responses are sent to Google by RTB participants who choose to make a bid in response to a particular bid request. Bid responses will include a number of additional data fields, including information about the amount the bidder is willing to pay to place its ad and specific information about the ad to be placed, such as whether it relates to any sensitive categories such as health status, race, political affiliation, etc.

23. In connection with its RTB auctions, Google offers RTB participants a cookie matching service that "enables the bidder to match their cookies with Google's," thus allowing participants to link together information on particular users that they have gathered with information Google has gathered.[4] Specifically, RTB participants can use a *match table* to map their identifier of a user to Google's identifier for that same user. Google RTB's cookie matching service supports the population of match tables by RTB participants as well as match tables hosted by Google. An RTB participant can use Google's RTB cookie matching service to populate user lists based on users' browsing history information.

24. User lists are essentially lists of user identifiers maintained by Google for users who have visited one or more specific webpages (e.g., set of webpages to buy a specific product).

---

[4] https://developers.google.com/authorized-buyers/rtb/cookie-guide

Note that a user identifier can be contained in multiple user lists. And thus, different user lists capture different subsets of a user's browsing history.

25. Google discloses user lists to RTB participants explicitly in bid requests[5] and implicitly via pretargeting.[6] In pretargeting, RTB participants can set up ad campaigns such that Google RTB only sends them bid requests that contain identifiers in a particular user list. For example, an RTB participant can set up a pretargeting ad campaign to target a specific user list maintained by either the participant or Google. In this case, when that RTB participant receives a bid request from Google RTB, the participant knows that the bid request corresponds to the user list.[7]

## V.   COMMON DATA FIELDS SHARED IN GOOGLE RTB AUCTIONS

26. As part of my assignment, I reviewed certain internal and publicly available Google documents, as well as a significant volume of data records produced by Google pertaining to the seven named plaintiffs to determine whether there is a common set of data fields uniformly shared in Google RTB auctions.

27. My review and analysis of these documents and records leads me to conclude that there is a common set of data fields uniformly shared in Google RTB auctions, as discussed below. While some data fields may have changed during the proposed class period, changes would be uniform for all class members.

28. Internal Google documents confirm that RTB bid requests contain  (GOOG-HEWT-00292078 at 184).

---

[5] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#userlist-object

[6] https://developers.google.com/authorized-buyers/apis/realtimebidding/reference/rest/v1/bidders.pretargetingConfigs

[7] Note that this logic applies to other data fields that Google has now "redacted" from bid requests, but that are still used in pretargeting. These include user lists, verticals, content labels, and app categories.



29. Google's internal documents are consistent with information Google publicly discloses about bid request fields on its RTB developer website. The RTB developer website also identifies more than 200 individual data fields available for RTB bid requests.[8] The RTB bid request fields listed on the RTB developer website can be broadly categorized into *identifiers* (such as Google User ID, device IDs [IDFA/ADID for mobile devices], hosted match data, IP address), *location* information (such as country, postal code, hyperlocal [longitude and latitude]), *browsing history* information (such as webpage URL, verticals, user lists), *device* information (such as user agent, screen size, orientation, pixel density, operating system version), and *controls* information (such as non-personalized ads limitations, limited ad tracking, user data treatment, and publisher settings).

### A.    Google Internal Example Bid Requests

30. Discussed below are two example Google RTB bid requests produced by Google, depicted in Figures 1 and 2.

31. The first example in Figure 1 is for a bid request pertaining to ███████████ ██████████████████ (GOOG-HEWT-00449351).

---

[8] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#bidrequest-object



**Figure 1: Example bid request**
**(From GOOG-HEWT-00449351)**

32. Based on my review of the bid request in Figure 1, an RTB participant would be able to ascertain the following:



33. The second example in Figure 2 is for a bid request pertaining to ███████ ██████████████████████████████████████████ (GOOG-HEWT-00403182 at 384).



**Figure 2: Example bid request**
**(GOOG-HEWT-00403182 at -384)**

34. Based on my review of the bid request in Figure 2, an RTB participant would be able to ascertain the following from just the bid request: ██████████████ ███████████████████████████████ ████████████████████████████████ ████████████████████████████████ █████████████████████████████████ ████████████████████████████ ███████████████████████



## B.     Named Plaintiff Data

35. There are seven named plaintiffs in this action. Google has produced limited RTB auction data for eight one-week periods pertaining to bid requests and bid responses associated with the seven named plaintiffs.[9] I have reviewed and analyzed this data, which includes almost ██████ individual bid requests. The results of my review and analysis are summarized in Table 1 below and discussed in the following paragraphs.[10]



---

[9] It is my understanding that, to date, Google has produced only some of the RTB bid request data fields and has refused to provide plaintiffs with a complete list of all RTB bid request data fields that are shared in RTB auctions.  My analysis is, therefore, confined to the particular data fields for which Google produced data.  I reserve the right to modify or change my analysis if Google produces additional data fields for the named plaintiffs or any absent class members.

[10] The named plaintiff data I reviewed for this Report was produced from certain Google data logs, which I discuss in more detail in Section VII below. I understand that Prof. Wilson has also reviewed certain named plaintiff data produced by Google for his Report. To be clear, the named plaintiff data I reviewed was produced from Google data logs and is completely different from the named plaintiff data Prof. Wilson reviewed, which I understand to have been produced from Google's Web & App Activity tool, which reflects web browsing and app usage history for each named plaintiff, and not the data shared through Google RTB auctions for each named plaintiff.

[11] Includes both "Christopher Valencia" and "Chris Valencia"



**Table 1: Summary of the named plaintiff data (from GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-00481294)**

36. For just the seven named plaintiffs and for just the eight one-week periods for which Google produced data, there are more than ▮▮▮▮▮▮ individual ad opportunities (queries), resulting in almost ▮▮▮▮ bid requests being made by Google to almost ▮▮▮▮ RTB participants, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. Because many RTB participants are themselves ad exchanges who then disseminate the bid request to potentially hundreds more entities within their own ad exchanges, the number of "RTB participants" who actually received bid requests pertaining to the seven named plaintiffs is almost certainly far higher than Google's records suggest.

37. The periods for which named plaintiff data was produced total 56 days. What this means is that Google shared information about the named plaintiffs to ▮▮▮▮ of RTB participants around the world on average more than ▮▮▮▮ times each day ( ▮▮▮▮ bid requests / ▮ days = ▮▮▮▮ bid requests shared per day).

38. The RTB participants identified in the named plaintiff data include companies that might have a first-party relationship (e.g., an account with name, physical address, email address) with a named plaintiff, such as Meta, LinkedIn, and Amazon. These three companies are, along with Google itself, among the largest technology companies in the world. Meta's products include Facebook, Instagram, WhatsApp, and Messenger. LinkedIn is owned by Microsoft and is one of the largest business-focused social media companies in the world, with over 900 million members in more than 200 countries.

Amazon is the world's largest online retailer, cloud computing service, live-streaming service and internet company, and its products include Amazon.com, Amazon Prime Video, Amazon Web Services, Kindle, Echo, Fire, and Amazon Music.

39. The RTB participants identified in the named plaintiff data also include at least ███  .[12] This includes ████████████████████████████████████████████████████████████████████████.[13]

40. Almost ████ of the bid requests identified in the named plaintiff data involve sensitive categories of information, such as health status, race, political affiliation, etc. Such sharing of sensitive personal information with foreign entities[14,15] was of particular concern to the bipartisan group of Senators Ron Wyden, Mark Warner, Kirsten Gillibrand, Sherrod Brown, Elizabeth Warren, and Bill Cassidy, who stated that "[t]his

---

[12] The complete list is as follows:



[13] The Hundreds of Little-Known Firms Getting Data on Americans
https://www.vice.com/en/article/n7bdkq/hundreds-companies-bidstream-data-location-browsing

[14] Congress Says Foreign Intel Services Could Abuse Ad Networks for Spying
https://www.vice.com/en/article/88aw73/congress-foreign-intelligence-agencies-bidstream-real-time-bidding

[15] Is Google sharing data from Americans and Europeans with sanctioned Russian adtech companies?  https://adalytics.io/blog/sanctioned-ad-tech-user-data

information would be a goldmine for foreign intelligence services that could exploit it to inform and supercharge hacking, blackmail, and influence campaigns."[16]

41. Based on my review of the named plaintiff data produced by Google to date, there are at least 60 RTB bid request data fields that are commonly included in all bid requests sent to RTB participants by Google.[17] I discuss certain of these fields in more detail below.

42. Data fields commonly included in all RTB bid requests include, among others, the following:



a.

b.

---

16

https://www.cassidy.senate.gov/imo/media/doc/040121%20Bidstream%20Letter%20to%20ATT.pdf

[17] For the purpose of my analysis, I considered 98% and higher to be included in all bid requests. Virtually all of the ▮ plus fields I analyzed were actually at 100%. It is also noteworthy that Google has thus far produced less than half of the more than 200 data fields it includes in RTB bid requests. Thus, the aforementioned estimate of ▮ common fields is just a lower bound.







**Table 2: Comparison of the location coordinates shared in bid requests vs. home/work address of the named plaintiffs**



43. As discussed in more detail in Section VI below, many of the data fields that are included in all RTB bid requests include what Google calls "███████████████" and contain a critical amount of "██████████████," meaning that just a few of these fields together make it possible for RTB participants to uniquely identify users.[21]

## VI.   THE BROAD SCOPE OF THE DATA UNIFORMLY SHARED WITH RTB PARTICIPANTS IN GOOGLE RTB AUCTIONS

44. The bid request fields described in paragraph 42 above that are commonly included in all Google RTB bid requests collectively or in combination reveal a broad and significant scope of information about users to RTB participants.

45. These bid request fields collectively or in combination provide RTB participants with ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████ 

46. My analysis of the bid request data for the seven named plaintiffs confirms that Google shares extensive information uniformly in RTB bid requests. For example, set forth below is the information obtainable from one bid request for each of the seven named plaintiffs based just on the data produced by Google in that one example, and without any effort on my part to combine this information with other data sources pertaining to the named plaintiff:

   a. ████████████████████████████████████████  ████████████████████████████████████████

---

[21] GOOG-HEWT-00035713, GOOG-HEWT-00456109.

[22] ████████████████████████████████████████████████ ████████████████████████████████████



b.

c.

[23] As noted in paragraph 42(e) above, Ms. Woodruff lives in ██████████

[24] As noted in paragraph 42(e) above, Mr. Valencia lives in ████████████
██████████

Expert Class Certification Report of Prof. Z. Shafiq



d.

e.

---

[25] As noted in paragraph 42(e) above, Ms. Green lives in ███████████



f.

g.

).[26]

).[27]

---

[26] As noted in paragraph 42(e) above, Ms. Diggs lives in <span>████████</span>

[27] As noted in paragraph 42(e) above, Mr. Toronto lives in <span>████████</span>



[28]

47. Dozens of internal Google documents confirm that Google has known about the issues arising from the broad scope of the information commonly revealed in Google RTB auctions since ████████████[29] For example, GOOG-HEWT-00299372 describes "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████).

48. GOOG-HEWT-00185699 acknowledges that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████."

49. GOOG-HEWT-00181721 acknowledges that the manner in which Google identifies users in RTB bid requests is "████████" because it provides ████████████ ████████."

50. GOOG-HEWT-00182243, ████████████████████████████, acknowledges that Google's RTB "████████████████████████████████████████████████████████████████████████████████." The document goes on to acknowledge that ████████████████████████████████████████████████████████████████████████████████████████████████████."

---

[28] As noted in paragraph 42(e) above, Ms. Williams lives in ████████

[29] All emphasis in quotations from Google internal documents is in the original documents, not added.

Expert Class Certification Report of Prof. Z. Shafiq                                    23

51. This same document (GOOG-HEWT-00182243) also acknowledges that ad tech providers have the ability to ███████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████).” The document goes on to state that “ ████████████████████████████████████████████ ██████████████████████████████████████.”

52. GOOG-HEWT-00182255, a ██████████████████████████████, acknowledges that ███████████████████████████████████ █████████” and that ████████████████████████████████ ████████████████████████████████████████████.” The document goes on to acknowledge that █████████████████████████████ ████████████████████████████████,” that ████████████████████████████████████████████ ████████████████████████,” and that ████████████ ████████████████████████████████████████████ ██████.”

53. GOOG-HEWT-00071376 acknowledges that ████████████ ████████████████████████████████████████████████ ██████████████████████████.”

54. GOOG-HEWT-00183574 acknowledges that “█████████████ ████████████████████.”

55. GOOG-HEWT-00157130 acknowledges that █████████████ ████████████████████████████████████████████ ██████████████████.”

56. GOOG-HEWT-00188123 acknowledges that with respect to RTB ███████

███████████ "

57. GOOG-HEWT-00177327, a ███████████████████████,

acknowledges that RTB ████████████████████████████

████████████████████ "

58. GOOG-HEWT-00144029 is a ██████████████████████████

████████████████████████████████

████████ . This document acknowledges that RTB bid requests include

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████ "

59. GOOG-HEWT-00188275 acknowledges that ███████████████

████████████████████████████████

████████████████████████████████

████████████ "

60. According to GOOG-HEWT-00456419, in ████████████████

████████████████████████████████

████████████████████████████████

████████████████ " But in the very same document [at GOOG-

HEWT-00456420], Google admits ███████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

█████████████████ "

61. GOOG-HEWT-00155042 at -046 acknowledges that ███████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████.” The document, at -048, also acknowledges that █████████████████████████████████████████████████ ████████████████████████████████████████████ █████████████████████████████████████████████████.” The document, at -050, also acknowledges that ███████████████████ █████████████████████████████████████████████████ ███████████████████████████████████.”

62. GOOG-HEWT-00156504, a █████████████████████, acknowledges at -506 that █████████████████████████████████████████” At -522, the document asks: “███████████████████████████████ ████████████” The document, at -557, acknowledges that ███████████ █████████████████████████████” and at -553, █████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████”[30]

63. GOOG-HEWT-00191932 acknowledges that RTB “████████████ ████████████████████” and lists “███████████████” included in bid requests, including the following fields: ████████████████████████████ ████████████████████████████████

64. GOOG-HEWT-00035713 similarly lists “███████████████” in RTB bid requests. ████████████████████████████████████████████████,



---

[30] ICO refers to the Information Commissioner's Office, a UK regulatory body regulating data protection and data privacy in the UK.



65. GOOG-HEWT-00183673 at -74 acknowledges that ███████████

███████████████████████████████████████████████

███████████████████ ”. It also acknowledges that “███████████” is used to

███████████████████.

66. GOOG-HEWT-00456109 acknowledges that ███████████████

███████████████████████████████████████████████

███████████████████████████████████████ ”[31].

67. GOOG-HEWT-00257917 acknowledges that ███████████████████

████████████████████████████████████████████████████

██████ . And GOOG-HEWT-00248341 similarly acknowledges that “█████

████████████████████████████████████████████████

███████████████████

68. GOOG-HEWT-00134605, ███████████████████████████, acknowledges

that ████████████████████████████████████████████

███████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████ .”

---

[31] ████████████████████████████████████████████████

███████████████████████████████████████████████

████████████ .

69. Google's internal analyses of the scope of the data disclosed in RTB auctions is consistent with the broader scientific community. The scientific community has widely adopted entropy as a privacy metric.[32] Entropy is typically measured in terms of bits. If the number of entropy bits for a piece of data exceed a certain threshold depending on the population size, that data can be used to uniquely identify or fingerprint users.

70. Google itself uses entropy to quantitatively measure the identifiability/fingerprinting risk of the data disclosed in RTB auctions. For example, Google's Privacy Sandbox project[33] uses entropy as a metric to determine "Privacy Budget". Outside of Google, EFF[34] and Mozilla[35] also use entropy as a metric to assess identifiability of information.

71. Google Chrome uses entropy to label APIs "that exposes data that folks on the internet find useful for fingerprinting". "Attributes and methods marked as [HighEntropy] are known to be practically useful for identifying particular clients on the web today." [36] See, for example (emphasis added): [**HighEntropy**=Direct, MeasureAs=NavigatorMaxTouchPoints] readonly attribute long maxTouchPoints[37]

---

[32] Note that dozens of privacy metrics and analysis techniques have been proposed in the scientific community over the past few decades. The following paper by Wagner and Eckhoff – that surveys more than 80 privacy metrics – explains that most of these metrics either directly build on entropy or are indirectly related to entropy. For this reason, and since Google also extensively uses entropy for privacy assessment, I use an entropy metric for privacy analysis. However, the same conclusion can be reached if other privacy metrics are suitably used to analyze the data shared by Google with RTB participants. Wagner, I. and Eckhoff, D., 2018. Technical privacy metrics: a systematic survey. ACM Computing Surveys, 51(3).

[33] https://developer.chrome.com/en/docs/privacy-sandbox/privacy-budget/

[34] A Primer on Information Theory and Privacy https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy

[35] Technical Comments on Privacy Budget https://mozilla.github.io/ppa-docs/privacy-budget.pdf

[36] https://chromium.googlesource.com/chromium/src/+/main/third_party/blink/renderer/bindings/IDLExtendedAttributes.md#HighEntropy_m_a_c

[37] https://source.chromium.org/search?q=HighEntropy%3DDirect&ss=chromium%2Fchromium%2Fsrc

72. Google specifically recommends using entropy to assess RTB privacy protections. It suggests that "Advertising exchanges can also apply the idea of a Privacy Budget to improve the RTB interface privacy protections and reduce or obviate the reliance on such **high-entropy fields** as IP address and user agent (emphasis added)" and that "some exchanges may already be **limiting the entropy**, for example, by truncating the IP address in the bid request (emphasis added)."[38]

73. The 32 bits threshold is typically determined to be the amount of entropy required to uniquely identify (or "fingerprint") a user or device on the Internet, assuming the population size of four billion.[39,40]

74. Google itself uses the 32 bits identifiability threshold. As shown in Figure 3, Google employees use the 32 bits as the identifiability threshold in calculating Google's "Privacy Budget". As another example, as shown in Figure 4, the FAQ page of Google's Privacy Budget project justifies the use of the 32-bit entropy threshold for identifiability (or fingerprinting).

---

[38] https://github.com/google/ads-privacy

[39] https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy

[40] Laperdrix, P., Bielova, N., Baudry, B., & Avoine, G. (2020). Browser fingerprinting: A survey. ACM Transactions on the Web.

 

**Figure 3: Googler describes that the 32-bit identifiability threshold is enough to uniquely identify a user**
**(https://www.youtube.com/watch?v=0STgfjSA6T8&t=423s)**

**Is the privacy budget feasible?**

This proposal is at an early stage and exact privacy budget limits are to be determined. But there are reasons to think that a privacy budget is feasible: it takes about **32 bits of entropy** to uniquely identify people on the web.

About these numbers:

- There are about 4.6 billion of web users. So it takes log2(4.6 billion) = about 32 bits of entropy to uniquely identify people on the web.
- Mobile web users make up most of web users.

Read more about entropy.

*FAQ Contributors: maudnals, jensenpaul, asankah, bslassey, rowan-m.*

**Figure 4: Googlers explain entropy and the 32-bit identifiability threshold**
**(https://github.com/mikewest/privacy-budget/blob/4e5f78adde92bd622dafeceae78682fc0823c0eb/faq.md)**

75. Entropy analysis of different fields commonly included in all RTB bid requests shows that many of them individually, and when put together, far exceed the 32 bit identifiability threshold. First off, all identifier fields in bid requests – by definition – exceed the 32 bits identifiability threshold. These identifier fields in bid request include Google User ID, device IDs (IDFA/ADID for mobile devices), hosted match data (User ID of the RTB participant), and session ID. The presence of any one of these identifiers in a bid request means there is more than 32 bits of entropy that is sufficient for unique identification. In addition to these identifier fields, the remaining fields also contain

sufficient entropy that they can be combined[41] to exceed the 32 bit identifiability threshold. For example, truncated IP address contains up to 24 bits for IPv4 and up to 48 bits for IPv6, user_agent contains 9.779 bits, detected_language contains 5.918 bits, timezone contains 3.338 bits, screen resolution (e.g., screen_width, screen_height, screen_pixel_ratio_millis) contains 4.889 bits, platform contains 2.310 bits, timezone_offset contains 0.2 bits.[42] Other fields, such as location (e.g., hyperlocal longitude and latitude), with considerable entropy and risk of identifiability are discussed later in this section.

76. Google shares truncated IP addresses with all RTB participants in RTB bid requests and full IP addresses if the participant bids and wins the auction. As discussed earlier, according to Google's internal assessments, even a truncated IP address and user agent can (re)identify a significant fraction of users. A peer-review research study reported similar results.[43] The researchers found that they were able to correctly identify 80 % of the users purely based on the IP address and the user-agent of the browser.

77. While IP addresses may not always be static (i.e., they can change), peer-review research[44] shows that the IP address by itself remains a serious threat to tracking despite the use of non-static IP addresses. Specifically, the researchers showed that "87 % of participants retain at least one IP address for more than a month". For the study participants in the United States, the average IP address retention period was 18.93 days.

---

[41] While the overall entropy of a combination of fields cannot be computed by simply adding them up if they are not independent, there is clear sufficient entropy together in the more than 200 bid request fields that it crosses the 32-bit identifiability threshold.

[42] Pierre Laperdrix, Walter Rudametkin, and Benoit Baudry. 2016. Beauty and the Beast: Diverting modern web browsers to build unique browser fingerprints. 37th IEEE Symposium on Security and Privacy.

[43] Yen, Ting-Fang, et al. "Host Fingerprinting and Tracking on the Web: Privacy and Security Implications." NDSS. Vol. 62. 2012.

[44] Don't Count Me Out: On the Relevance of IP Address in the Tracking Ecosystem
https://dl.acm.org/doi/pdf/10.1145/3366423.3380161

Another peer-reviewed research[45] showed that while IPv6 addresses can rotate, IPv6 prefixes of residential Internet subscribers can remain stable for months, permitting long-term use of 64-bit IPv6 prefixes to identify users at the household level (i.e., the router inside a home). In fact, the researchers found that these household-IPv6 prefixes are even more stable than IPv4 addresses. Thus, IP address remains a persistent identifier for a vast majority of Internet users.

78. While the discussion thus far has focused on privacy assessment of data fields in individual RTB bid requests, it is important to recognize that the data shared by Google in RTB auctions across multiple bid requests can be combined to identify users with even more certainty. More broadly, a collection of data across multiple bid requests – even if data in individual bid requests seem innocuous – reveal greater insight than consideration of each bid request in isolation. For example, in GOOG-HEWT-00182254, ██████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████ "

79. GOOG-HEWT-00481219 at -20 acknowledges that ██████████████

██████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████

---

[45] Padmanabhan, R., Rula, J.P., Richter, P., Strowes, S.D. and Dainotti, A., "DynamIPs: Analyzing address assignment practices in IPv4 and IPv6." In Proceedings of the 16th International Conference on emerging Networking EXperiments and Technologies (CoNEXT) 2020.

[46] https://www.google.com/doubleclick/adxbuyer/guidelines/



"████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████" (GOOG-HEWT-00081680).

80. In the context of Google RTB, if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of location (e.g., longitude and latitude) and browsing history (e.g., webpage URL, user list) information in the (approximately hundred thousand per-day) bid requests to obtain a highly detailed view of the user's life. For example, in GOOG-HEWT-00144286, ████████████████
████████████████████████████████████
████████████████████████████████████
████████████████."

81. There is ample scientific evidence that shows that a sequence of location or browsing history observations – such as those shared by Google with RTB participants – can be used to uniquely identify users and infer sensitive personal information such as home/work address, gender, age, marital status, educational background, occupation, religious, political, and sexual associations.[48]

82. Peer-reviewed research[49] shows that location information (even if its granularity is reduced) is highly identifying. Specifically, using a dataset of 25 million users, the researchers showed that just top-2 or top-3 locations, even when they are not precise GPS coordinates (e.g., at the "sector", "cell", or "zip code" granularity), can be used to re-

---

[47] Over just an eight-week period, Google sent more than 26,000 bid requests to Splicky EMEA for the seven named plaintiffs.

[48] Hinds, J., & Joinson, A. N. (2018). What demographic attributes do our digital footprints reveal? A systematic review. PloS one, 13(11).

[49] Zang, Hui and Jean Bolot. "Anonymization of location data does not work: A large-scale measurement study." In Proceedings of the 17th annual international conference on Mobile computing and networking, 2011.

identify a significant fraction of users from the anonymized data. The researchers showed that 85% of the users at the granularity of sector level, 50% of the users at the granularity of cell level, and 35% of the users at the zip code level, are uniquely identified just based on by their top 3 locations.

83. Peer-reviewed research shows that users' key locations (i.e., home and work) can be identified from zip code level[50] or more coarse-grained[51] location data.

84. Peer-review research[52] shows that 95% of individuals from a dataset of 1.5 million individuals can be uniquely identified if their location is specified hourly.

85. Peer-reviewed research[53] shows that it is possible to infer gender, age group, marital status, job, and the number of people in the household from a user's location history.

86. Peer-reviewed research[54] shows that location information (points of interests) can be used to infer a variety of demographic attributes such as gender, age, education background, and marital status.

---

[50] H. Efstathiades, D. Antoniades, G. Pallis, and M. D. Dikaiakos, "Identification of key locations based on online social network activity," in Proceedings of IEEE/ACM ASONAM, 2015.

[51] Z. Cheng, J. Caverlee, K. Lee, and D. Z. Sui, "Exploring millions of footprints in location sharing services," in Proceedings of ICWSM, 2011.

[52] Yves-Alexandre De Montjoye, César A Hidalgo, Michel Verleysen, and Vincent D Blondel. 2013. Unique in the crowd: The privacy bounds of human mobility. Scientific reports 3 (2013), 1376.

[53] Brdar, S., Culibrk, D. and Crnojevic, V., 2012, June. Demographic attributes prediction on the real-world mobile data. In Proceedings of Nokia Mobile Data Challenge Workshop, in Conjunction with International Conference on Pervasive Computing, Newcastle, UK.

[54] Zhong, Y., Yuan, N. J., Zhong, W., Zhang, F., & Xie, X. (2015). You are where you go: Inferring demographic attributes from location check-ins. In Proceedings of the eighth ACM international conference on web search and data mining.

87. Peer-reviewed research by Google[55] and its independent replication by Mozilla[56] shows that browsing history is highly identifying. Google's study of 368,284 browsing histories showed that 98% of the browsing histories of length 4 or more websites were unique. Mozilla's study of 52,000 browsing histories showed that 99.65% of the browsing histories were unique. Restricting visibility to top-100 most frequented domains resulted in 95.31% browsing histories being unique.

88. The information commonly shared by Google in the RTB auctions allows RTB participants to identify, associate with, or reasonably link that data to a natural person or household in several ways.

   a. The RTB participants who have a first-party relationship (e.g., an account with name, physical address, or email address) with Google account holders can easily link the information shared in RTB bid requests to a natural person or household. Many of the RTB participants listed in the named plaintiff data, ███████████████████ ██████████████████████████ fall under this category.

   b. The RTB participants who do not have a first-party relationship with Google account holders can rely on their own or third-party identity resolution services, which leverage *deterministic* or *probabilistic* matching to create a cross-device user identity graph.[57] Deterministic matching is based on identifiers such as email address, phone number, and device identifiers. Probabilistic matching (also known as fingerprinting[58]) relies on statistical analysis of multiple signals, often using

---

[55] Olejnik, L., Castelluccia, C., & Janc, A. (2012). Why johnny can't browse in peace: On the uniqueness of web browsing history patterns. In 5th Workshop on Hot Topics in Privacy Enhancing Technologies (HotPETs).

[56] Bird, S., Segall, I., & Lopatka, M. (2020). Replication: Why We Still Can't Browse in Peace: On the Uniqueness and Reidentifiability of Web Browsing Histories. In SOUPS@ USENIX Security Symposium.

[57] https://adage.com/article/neustar/solving-identity-resolution-crisis/315290

[58] https://www.incrmntal.com/resources/demystifying-problematic-measurement-deterministic-fingerprinting-and-probabilistic

sophisticated Artificial Intelligence (AI) techniques. Several RTB participants listed in the named plaintiff data have their own identity graphs that rely on deterministic and/or probabilistic matching. Others rely on third-party identity graphs.

i. Adobe: "Adobe Experience Platform Identity Service accomplishes this by grouping device IDs into "person clusters" that represent a pseudonymous person. Person clusters are identities based on deterministic data enriched with additional anonymous data associated with an individual through probabilistic matching."[59]

ii. Yahoo: "Yahoo uses a combination of deterministic and probabilistic links to determine the number of known people that DSP can reach via the segment. Yahoo considers several features such as a user's demographic (age and gender), geographical location, app activity, and website visitation data and feeds them into the Yahoo learning algorithms."[60]

iii. The Trade Desk: "Identity graphs, like the ones used by our Identity Alliance, are essentially built in three steps. They're composed of a combination of deterministic identifiers ["Cookies, Mobile ad IDs, CTV IDs, Hashed emails, Unified ID 2.0 (UID2), RampID, IP addresses"] and probabilistic signals ["Wifi address, Time stamp, Geolocation, Browser attributes, Device attributes, User agent, Contextual data"] to cluster IDs at the household and individual level. The key to a great identity graph foundation is a sophisticated machine-learning model that can use the best

---

[59] https://blog.developer.adobe.com/adobe-experience-platforms-identity-service-how-to-solve-the-customer-identity-conundrum-f95e22d16ea9

[60] https://developer.yahoo.com/dsp/docs/advertisers/people.html

data available to deliver scale and precision for targeting audiences across devices and channels."[61]

iv.  Liveramp: "LiveRamp deterministically matches offline personally identifiable information (PII: name & address, email, phone) and online devices to people-based IDs."[62]

v.  MediaMath: "This flag represents the relationship between the MM_UUID (primary device ID in bid request) and the ConnectedID that is retrieved from Cross-Device ID Graph (IDM). 0 - Probabilistic; 1 - Deterministic."[63]

vi.  AppNexus (now Xandr): "Xandr has built an identity graph using AT&T, WarnerMedia, Third-party and its own data, and leverage TigerGraph to perform deterministic and probabilistic entity resolution."[64]

vii.  Beeswax: "Beeswax evaluates identity signals (cookies, MAIDs, CTV IFAs, and now IPv4 Addresses) against the cross-device graphs to include all IDs connected to the incoming identity signal". "For this reason, we have deepened our integrations with TapAd and LiveRamp and can now match IPs received by Beeswax on bid requests to the TapAd and LiveRamp graphs" "TapAd's graph is probabilistic, which does not require as many data points to say an ID is the same person or household."[65]

---

[61] https://www.thetradedesk.com/us/resource-desk/how-identity-graphs-are-built-the-present-and-the-future

[62] https://docs.liveramp.com/connect/en/rampid-methodology.html

[63] https://apidocs.mediamath.com/docs/api/bbf98f90fa148-data-platform-architecture

[64] https://info.tigergraph.com/hubfs/Misc./DSC%20Webinar%20Dec%2016%20-%20Knowledge%20Graph%20and%20Machine%20Learning%20-%203%20Key%20Business%20Needs%20One%20Platform%20.pdf

[65] https://help.beeswax.com/article/262-cross-device-amplification

Expert Class Certification Report of Prof. Z. Shafiq                                    37

c.  It is noteworthy that Google is aware that RTB participants leverage these
    deterministic and probabilistic matching techniques for fingerprinting, and Google
    had plans to support third-party deterministic and probabilistic solutions in its ad
    exchange (GOOG-HEWT-00137234; GOOG-HEWT-00472281; GOOG-HEWT-
    00335599; GOOG-HEWT-00358131; GOOG-HEWT-00143821; GOOG-HEWT-
    00247087). Some excerpts:



d.  Peer-reviewed research shows that the device identifiers (e.g., IDFA and ADID)
    shared by Google with RTB participants can be used to serve hyper-targeted ads to a

specific user, surveil a user's commute, detect sensitive visits, etc.[66] Their survey of 21 DSPs (RTB participants) showed that any of the DSP can be used to surveil a user on a limited budget. This research clearly demonstrates how a "pseudonymous" identifier can used by RTB participant to contact and locate the corresponding natural person in the physical world.

89. In summary, RTB participants can reasonably link the information shared in RTB bid requests to a natural person or household. It goes without saying that Google is also – far more easily than RTB participants – able to associate the information it shares with RTB participants with Google account holders.

## VII. GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR LOGGING ACCOUNT HOLDER INFORMATION AND USER DATA ASSOCIATED WITH GOOGLE RTB AUCTIONS

90. My review of Google's internal documents and certain depositions in this matter confirms that Google maintains common processes and systems to log Google account holder information and user data associated with Google RTB auctions.

91. Google's production of , what Google calls "[REDACTED]," for each of the named plaintiffs shows that Google maintains [REDACTED]. GOOG-HEWT-00455543, for example, is the [REDACTED] for plaintiff John Kevranian. Similar documents exist for all of the other named plaintiffs. Google also maintains [REDACTED]

---

[66] Vines, P., Roesner, F. and Kohno, T., 2017. Exploring ADINT: using ad targeting for surveillance on a budget-or-how alice can buy ads to track bob. Workshop on Privacy in the Electronic Society.

██████████████████████████████████████

██████████████. GOOG-HEWT-00455642, GOOG-HEWT-00455549, and

GOOG-HEWT-0045555, for plaintiff John Kevranian, are examples of these records, but

similar records exist for the other named plaintiffs as well.

92. With respect to the user data associated with Google RTB auctions, Google's production

of nearly ██████████ records pertaining to the seven named plaintiffs for just the eight

one-week periods for which data has been produced by Google to date evidences that

Google does in fact maintain a common process to log user data associated with Google

RTB auctions for at least some defined period of time.

93. Based on representations of Google's counsel, the named plaintiff data about RTB



auctions has been produced by Google from ███ different data log sources: ████████

██████ (███ logs and █████████████████████ logs.[68]

a. ████████ logs comprise of ██████████████████ and ██████████████

Similar to ██████ logs, ██████ logs contain information about bid requests in

████████████████████ or ████████████████████

(GOOG-HEWT-00191919) and bid responses in

████████████████████ (GOOG-HEWT-00439151 at -53). Note

that ████ logs do not contain information about "██████████████]" (GOOG-

HEWT-00454586 at -606).

b. ████████ logs comprise of ████████████████████,

████████████ and ████████████████ logs contain

---

[67] ████████████████████ GOOG-HEWT-00438693 at -703

[68] As described earlier, distinct from RTB bid requests, Google also shares data with RTB
participants through its cookie matching service. It is my understanding that Cookie Matcher
logs (AdXCookieMatcherQueries and AdXCookieMatcherPushQueries) exist, but Google has
not produced named plaintiff data from them (GOOG-HEWT-00450670 at -71). Google has
produced "adx_cookie_match records" from "Oz" (GOOG-HEWT-00455804), but they do not
contain any information to identify the RTB participant or the publisher site/app where cookie
matching actually occurred.

information about " ███████████████████████████ ███████████████████████████████ ███████████████████████████████ ████████████████████████████ " (GOOG-HEWT-00295978 at -82).

94. While it seems that there is some overlap of information between ████ and ████ logs, each contains some unique information about RTB auctions. Based on Google's series of incremental named plaintiff data productions, it is my understanding that Google's named plaintiff data production from ████ and ████ logs contains only a subset of data fields that actually exist in the logs. Specifically, Google has thus far produced ███████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████.

95. Google maintains common processes and systems to log user data associated with Google RTB auctions in ████ and ████ logs. Google uses these common processes and systems for " ███████ (GOOG-HEWT-00450610) and " ███████ purposes (GOOG-HEWT-00450670), as well as to ████████████████████████████████████ ████████.

## VIII. GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR ASSOCIATING OR LINKING USER DATA SHARED IN GOOGLE RTB AUCTIONS WITH GOOGLE ACCOUNT HOLDERS

96. My review of Google's internal documents and certain depositions in this matter also confirms that Google maintains common processes and systems by which it can associate or link user data shared in Google RTB auctions with Google account holders, who are identified through their unique Google Account ID, or GAIA ID.

97. The information shared by Google with RTB participants in the RTB auctions can be reasonably linked by Google to a Google account holder. While Google does not share

the GAIA ID in RTB bid requests, the Google User ID, which is the per-bidder encrypted[69] Biscotti[70] ID, is shared. Google acknowledges in GOOG-HEWT-00283728 that ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████ ” which means Google has the ability for any particular bid request to link a Biscotti ID to a Gaia ID – in real-time as part of the bidding process. Below I outline several ways in which Google can and does link the Biscotti ID to the GAIA[71] ID or vice-versa.

a. **Cookie jar:** Google simultaneously stores the GAIA ID and the Biscotti ID in the browser's cookie jar in the DSID cookie and the IDE cookie, respectively. Google collects both GAIA and Biscotti IDs in each transmission to Google (i.e., doubleclick.net), and hence can map Biscotti to GAIA or vice-versa for signed-in Google account holders.



Mapping / Measurement Could Occur

- GAIA ID for USER@gmail.com
- Biscotti ID # 1 (2515782358150873158)

b. **Conversion:** Google maps the GAIA ID to the Biscotti ID to measure conversions. In a related matter, Google's technical expert acknowledged that "Conversions are measured through mapping a GAIA ID to a Biscotti ID".[72] Thus, Google's existing infrastructure to measure conversions can be used to link the GAIA ID to the Biscotti ID.

---

[69] Note that this encryption of the Biscotti ID only protects against different bidders joining callout data based on their respective Google User ID. It does not improve the privacy posture between Google and a bidder since there is a one-to-one mapping between the Biscotti ID and the Google User ID.

[70] The Biscotti ID is an identifier that is stored in the IDE cookie on doubleclick.net regardless of whether the user is signed-in or not signed-in to a Google account.

[71] GAIA ID (or Google account holder ID) is stored in cookies such as SID, HSID, and SSID on the google.com domain or DSID on the doubleclick.net domain when a user is signed-in to his or her Google account.

[72] *Brown v. Google*, Case 4:20-cv-03664-YGR; Document 666-21 (page 43; para 88).

c. ████ Google operates a system called the "████████████████ that is capable of mapping the GAIA ID to the Biscotti ID or vice-versa. GOOG-HEWT-00429432 at -438 describes that ███ is ████████████████████████████████████████████████████████████". GOOG-HEWT-00136159 at -94 describes that "████████████████████████████████████)". Note that Google already uses ███ in its products that involve Google RTB such as "Display Ads Serving" and "Cookie Matching."

d. ████████: Google maintains ████████" that can also be used to map the GAIA ID to the Biscotti ID. GOOG-HEWT-00429432 at -444 describes that "████████████████████████████████████████████ ████████████████████████ █ ████████████████████████████████ ████████ █ ████████████████████████████████ ████████

e. ████ GOOG-HEWT-00429432 at -451 describes that Google's ████████ can also map "████████". GOOG-HEWT-00144103 at -167 further shows how ████████████████████████ ████████████████████████.

f. ████: Google routinely and uniformly stores the GAIA IDs of Google account holders as well as the corresponding encrypted Biscotti IDs in various data logs called "████████" or "████████". These logs can be programmatically processed to construct a precise event-level timestamped map of GAIA and Biscotti IDs that can then be used to link the Biscotti ID to the GAIA ID or vice-versa, including tied to specific information shared through RTB.

i. GOOG-HEWT-00429627 describes that "███████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
█████████████████████"

ii. GOOG-HEWT-00121265 at -68 describes that "██████████████
███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████
█████████"

iii. The key is called the █████████████████" (GOOG-HEWT-00034829
at -31; GOOG-HEWT- 00136159 at -96). Google can use the ████████
███████████ to map the GAIA ID to the Biscotti ID for any Google
account holder at any given point in time from the aforementioned logs.

g. █████████████: Google uses "████████████████████" to map a GAIA ID
to various Biscotti IDs. Note that in case a user uses multiple devices, each with one
or more different Biscotti IDs, ████████████ is used to link "████████████████
████████████████████████" GOOG-HEWT-00429432 at -449; GOOG-
HEWT-00470785). GOOG-HEWT-00472042 outlines an approach to "████████████
████████████████████████████████████████
████████████". GOOG-HEWT-00019981 describes that ████████████████
████████████████████████████████t. GOOG-HEWT-00109147
further explains that "████████████████████████████████
████████████████████████████████████████." GOOG-HEWT-
00474188 explains that Google combines "██████████████████████████

). GOOG-HEWT-00472042 at -54 shows a GAIA-
based ▮▮▮▮▮▮▮▮ graph that can link various Biscotti IDs to the user (



**Figure 6: GOOG-HEWT-00472042 at -54**

98. Inspired by Google's own visualization in Figure 6, I describe a procedure in Figure 7 to
link the Biscotti-based Google User ID -- shared by Google with RTB participants -- to a
Google account holder's GAIA ID.

   a.  For Google account holders who are signed-in to their Google account, Google can
directly link GAIA ID and Biscotti ID. For the example scenario in Figure 7, this
would be the red link between Biscotti ID 123 and GAIA ID ABC established using
of the seven ways listed above (cookie jar, conversion, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮).

   b.  For Google account holders who are not currently signed-in to their Google account,
Google can link the Biscotti ID to GAIA ID directly or indirectly. For the example
scenario in Figure 7, if the Google account holder is using the device with Biscotti ID
123, then Google can directly link the Biscotti ID 123 to the GAIA ID ABC using the
red link. If the Google account holder is using the device with Biscotti ID 456, then
Google can indirectly link the Biscotti ID 456 to the GAIA ID ABC indirectly by first

using the black link between the Biscotti ID 456 and the Biscotti ID 123 (established via ▮▮▮▮▮▮ which is then linked to the GAIA ID ABC using the red link.



**Figure 7: Illustration of how Google can link the Biscotti ID shared in RTB auctions with Google account holders.**

## IX.  USER AND PUBLISHER CONTROLS ASSOCIATED WITH GOOGLE RTB AUCTIONS

99. Google provides users and publishers with certain controls that may theoretically, in limited instances, impact the scope of the information shared in RTB auctions.  This would include user controls (by account or device), such as "non-personalized ads" or NPA and "limit ad tracking" or LAT, and publisher controls, such as "publisher settings list id."

100.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-00481294).

101.  My review of the named plaintiff data confirms that for the almost ▮▮▮▮▮▮ bid requests for which Google has produced data so far, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-

00481294). Google has also not identified any publisher controls that would have impacted any of the named plaintiff data that has been produced to date.

102. Given the sheer volume of the bid requests Google RTB sends to RTB participants, even if we assume that the purported controls perfectly work, it is practically impossible for an active Google account holder to have completely avoided sharing of personal information throughout the class period.

\*     \*     \*

Dated: July 14, 2023                    /s/ _Zubair_ _____

Zubair Shafiq, Ph. D.

# EXHIBIT A

**TO THE EXPERT CLASS CERTIFICATION REPORT OF Z. SHAFIQ**

## Exhibit A

# Zubair Shafiq

*3043 Kemper Hall*
*Davis, CA, 95616 USA*
✉ *zubair@ucdavis.edu*
🌐 *www.cs.ucdavis.edu/~zubair*

## Research Interests

Web Privacy, Internet Measurement, Internet Security, Computer Networks

## Professional Experience

| | | |
|---|---|---|
| 2020 | **Associate Professor** | |
| | Department of Computer Science, University of California-Davis | |
| 2014  2020 | **Assistant Professor** | |
| | Department of Computer Science, University of Iowa | |
| 2009  2014 | **Research Assistant** | |
| | Department of Computer Science and Engineering, Michigan State University | |
| 2013 | **Research Intern** | |
| | IBM T. J. Watson Research Center | |
| 2012 | **Research Intern** | |
| | Telefonica Research | |
| 2011 | **Research Intern** | |
| | AT&T Labs   Research | |
| 2007-2009 | **Research Engineer** | |
| | Next Generation Intelligent Networks Research Center, Pakistan | |

## Education

| | | |
|---|---|---|
| 2009  2014 | **Ph.D. Computer Science** | |
| | Department of Computer Science and Engineering, Michigan State University | |
| 2004  2008 | **B.E. Electrical Engineering** | |
| | National University of Sciences & Technology (NUST), Pakistan | |

## Honors and Awards

| | |
|---|---|
| 2023 | **Chancellor's Fellow**, University of California Davis |
| 2020 | **Research Highlights**, Communications of the ACM |
| 2020 | **Dean's Scholar Award**, University of Iowa |
| 2018 | **NSF Faculty Early Career Development (CAREER) Award** |
| 2018 | **Andreas Pfitzmann Best Student Paper Award**, Privacy Enhancing Technologies Symposium |
| 2017 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2015 | **NSF CISE Research Initiation Initiative (CRII) Award** |
| 2013 | **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University |
| 2012 | **Best Paper Award**, IEEE International Conference on Network Protocols |
| 2007, 2008 | **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan |

## Publications

| | |
|---|---|
| arXiv | **The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain**<br>Yash Vekaria, Rishab Nithyanand, Zubair Shafiq<br>*arXiv:2210.06654*, 2022 |
| arXiv | **Your Echos are Heard: Tracking, Profiling, and Ad Targeting in the Amazon Smart Speaker Ecosystem**<br>Umar Iqbal, Pouneh Nikkhah Bahrami, Rahmadi Trimananda, Hao Cui, Alexander Gamero-Garrido, Daniel Dubois, David Choffnes, Athina Markopoulou, Franziska Roesner, Zubair Shafiq<br>*arXiv:2204.10920*, 2022 |
| JOLT | **A Scientific Approach to Tech Accountability**<br>Woodrow Hartzog, Scott Jordan, David Choffnes, Athina Markopoulou, Zubair Shafiq<br>*Beyond the FTC: The Future of Privacy Enforcement*, Harvard Journal of Law & Technology, in press |
| PNAS | **Auditing YouTube's Recommendation System for Ideologically Congenial, Extreme, and Problematic Recommendations**<br>Muhammad Haroon, Magdalena Wojcieszak, Anshuman Chhabra, Xin Liu, Prasant Mohapatra, Zubair Shafiq<br>*Proceedings of the National Academy of Sciences (PNAS)*, in press |
| PETS | **A Utility-Preserving Obfuscation Approach for YouTube Recommendations**<br>Jiang Zhang, Hadi Askari, Konstantinos Psounis, Zubair Shafiq<br>*Privacy Enhancing Technologies Symposium*, 2023 |
| PETS | **Blocking JavaScript without Breaking the Web**<br>Abdul Haddi Amjad, Zubair Shafiq, Muhammad Ali Gulzar<br>*Privacy Enhancing Technologies Symposium*, 2023 |
| CCS | **CookieGraph: Measuring and Countering First-Party Tracking Cookies**<br>Shaoor Munir, Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso<br>*ACM Conference on Computer and Communications Security*, 2023 |
| S&P | **Accuracy-Privacy Trade-off in Deep Ensemble: A Membership Inference Perspective**<br>Shahbaz Rezaei, Zubair Shafiq, Xin Liu<br>*IEEE Symposium on Security & Privacy*, 2023 |
| USENIX Security | **AutoFR: Automated Filter Rule Generation for Adblocking**<br>Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq<br>*USENIX Security Symposium*, 2023 |
| NDSS | **Harpo: Learning to Subvert Online Behavioral Advertising**<br>Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq<br>*Network and Distributed System Security Symposium*, 2022 |
| USENIX Security | **WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**<br>Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso<br>*USENIX Security Symposium*, 2022 |
| USENIX Security | **Khaleesi: Breaker of Advertising and Tracking Request Chains**<br>Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq<br>*USENIX Security Symposium*, 2022 |

PETS  **FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL  **Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL  **On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P  **DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE  **Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC  **TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P  **Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS  **CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL  **Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munir, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

ACL  **A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P  **AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS  **CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS  **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS  **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

IoTDI **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

PAM **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

PETS **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

PETS **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

WWW **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

WWW **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019

WWW **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

ASONAM **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019

TDSC **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

PETS **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
<span style="color:red">**Andreas Pfitzmann Best Student Paper Award**</span>

NDSS **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018

INFOCOM **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018

TON **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

IMC **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
<span style="color:red">**Best Paper Award**</span>
<span style="color:red">**CACM Research Highlights 2020**</span>

IMC **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017

SIGMETRICS **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017

PETS **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017

ICDM **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017

CHI **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017

ICDCS **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017

ICNP **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICWSM **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, Denver, 2017

HT **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

Networking **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
**Best Paper Award Candidate (3 nominations out of 43 accepted papers)**

Networking **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017

eCrime **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017

ICNP **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016

DSN **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016

SIGMETRICS **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France, 2016

ICDCS **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016

INFOCOM **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016

SIGSPATIAL **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco, 2016

CIKM **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi Driver Revenue Efficiency**
Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu
*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016

TON  **Characterizing and Optimizing Cellular Network Performance during Crowded Events**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang
*IEEE/ACM Transactions on Networking*, 2016

SMP  **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**
G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*Social Media and Politics*, 2016

TMC  **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Transactions on Mobile Computing*, 2015

NSF/FCC
QoE  **Tracking Mobile Video QoE in the Encrypted Internet**
Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

NSF/FCC
QoE  **Bidirectional Crosslayer QoE Optimization**
Srikanth Sundaresan, Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

IMC  **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**
Emiliano De Cristofaro, Arik Friedmam, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2014

SIGMETRICS  **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**
Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS  **Revisiting Caching in Content Delivery Networks**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS  **A First Look at Cellular Network Performance during Crowded Events**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013

ICNP  **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE International Conference on Network Protocols*, 2013

CSCW  **Is News Sharing on Twitter Ideologically Biased?**
Jonathan Morgan, Cliff Lampe, Zubair Shafiq
*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013

ACM HotNets  **Cross-Path Inference Attacks on Multipath TCP**
Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu
*ACM Workshop on Hot Topics in Networks*, 2013

TON  **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE/ACM Transactions on Networking*, 2013

JSAC  **Identifying Leaders and Followers in Online Social Networks**
Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JSAC  **A Distributed Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JNSM   **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**
Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin
*Springer Journal of Network and Systems Management*, 2012

ICNP   **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**
Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo
*IEEE International Conference on Network Protocols*, 2012
<span style="color:red">Best Paper Award</span>

SIGMETRICS   **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012

ICSE   **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*International Conference on Software Engineering*, Switzerland, 2012

INFOCOM   **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Conference on Computer Communications*, Orlando, 2012

SIGMETRICS   **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011

Networking   **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**
Zubair Shafiq, Alex X. Liu
*IFIP Networking*, Spain, 2011

INFOCOM   **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Conference on Computer Communications*, Spain, 2011

RAID   **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**
Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq
*International Symposium On Recent Advances In Intrusion Detection*, France, 2009

GECCO   **Evolvable Malware**
Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009

CCS AISec   **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**
Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq
*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009

KDD CSI   **Malware Detection using Statistical Analysis of Byte-Level File Content**
Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq
*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009

| VB | **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**<br>Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq<br>*Virus Bulletin*, Switzerland, 2009 |
| Elsevier | **Fuzzy Case Based Reasoning for Facial Expression Recognition**<br>Aasia Khanum, Muid Mufti, M. Y. Javed, Zubair Shafiq<br>*Elsevier Fuzzy Sets and Systems*, 2009 |
| EvoComNet | **A Comparative Study of Fuzzy Inference Systems, Neural Networks and Adaptive Neuro Fuzzy Inference Systems for Portscan Detection**<br>Zubair Shafiq, Muddassar Farooq, Syed Ali Khayam<br>*Applications of Evolutionary Computing, EvoComNet*, Italy, 2008 |
| DIMVA | **Embedded Malware Detection using Markov n-grams**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008 |
| GECCO | **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008 |

## Funding

### External Competitive Research Grants

| UC | **Auditing Compliance of Data Privacy Laws in California**<br>UC Partnerships in Computational Transformation<br>PI, Duration: 2022-2023, Total: $160,000, Share: $80,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Gene Tsudik (Co-PI: UC Irvine) |
| NSF-SaTC | **Defending against Emerging Stateless Web Tracking**<br>National Science Foundation<br>PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State) |
| CITRIS and the Banatao Institute | **Auditing the compliance of California consumer privacy regulations at scale**<br>Center for Information Technology Research in the Interest of Society (CITRIS)<br>Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000<br>Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis) |
| NSF-SaTC-Frontier | **Protecting Personal Data Flow on the Internet**<br>National Science Foundation<br>PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern) |
| NSF-CAREER | **Quality of Experience and Network Management in the Encrypted Internet**<br>National Science Foundation<br>PI, Duration: 2018-2023, Total: $500,000, Share: $500,000<br>Personnel: Zubair Shafiq (PI: UC Davis) |

NSF-SaTC | **A Multi-Layer Learning Approach to Mobile Traffic Filtering**
National Science Foundation
PI, Duration: 2018-2021, Total: $500,000, Share: $250,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine)

NSF-SaTC | **The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures**
National Science Foundation
PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000
Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside)

NSF-NeTS | **Towards Scalable and Energy Efficient Cellular IoT Communication**
National Science Foundation
PI, Duration: 2016-2019, Total: $500,000, Share: $166,000
Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI)

NSF-SaTC | **Multipath TCP Side Channel Vulnerabilities and Defenses**
National Science Foundation
PI, Duration: 2015-2018, Total: $500,000, Share: $167,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University)

NSF-NeTS | **Towards Measurement and Optimization of Internet Video Quality of Experience**
National Science Foundation
PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000
Personnel: Zubair Shafiq (PI: Iowa)

DTL | **Detection and Circumvention of Ad-Block Detectors**
Data Transparency Lab
PI, Duration: 2016-2017, Total: $56,000, Share: $28,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside)

### Internal Competitive Research Grants

Academic Senate | **Socio-Computational Interventions to Mitigate Misinformation in Recommendations**
Noyce Foundation
PI, Duration: 2022-2023, Total: $25,000
Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

Noyce | **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2022-2023, Total: $236,000
Personnel: Zubair Shafiq (PI), Magdalena Wojcieszak (Co-PI)

Noyce | **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2022-2023, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

Noyce | **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2021-2022, Total: $235,690
Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI)

Noyce **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

## Industry Grants and Unrestricted Gifts

Siemens PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

Siemens PI, Duration: 2019, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2018, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: Iowa)

Verizon PI, Duration: 2018, Total: $20,000, Share: $20,000
Personnel: Zubair Shafiq (PI: Iowa)

Minim PI, Duration: 2018, Total: $66,164, Share: $66,164
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2017, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Nokia PI, Duration: 2017, Total: $53,200, Share: $53,200
Personnel: Zubair Shafiq (PI: Iowa)

Futurewei PI, Duration: 2017, Total: $100,384, Share: $100,384
Personnel: Zubair Shafiq (PI: Iowa)

Facebook PI, Duration: 2016, Total: $8,400, Share: $8,400
Personnel: Zubair Shafiq (PI: Iowa)

## Teaching

FYS **Big Data, Big Brother**
Winter 2023, University of California at Davis

ECS 289M **Network Security & Privacy**
Winter 2023, University of California at Davis

ECS 152A **Computer Networks**
Fall 2022, University of California at Davis

ECS 152A **Computer Networks**
Spring 2022, University of California at Davis

ECS 153 **Computer Security**
Winter 2022, University of California at Davis

| | | |
|---|---|---|
| ECS 289M | **Data-Driven Security** | |
| | Spring 2021, University of California at Davis | |
| ECS 152B | **Computer Networks** | |
| | Winter 2021, University of California at Davis | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2020, The University of Iowa | |
| CS 4980 | **Online Advertising & Tracking** | |
| | Fall 2019, The University of Iowa | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2019, The University of Iowa | |
| CS 4980 | **Internet Measurement** | |
| | Fall 2018, The University of Iowa | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2018, The University of Iowa | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2017, The University of Iowa | |
| CS 4980 | **Network Security and Privacy** | |
| | Fall 2016, The University of Iowa | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2016, The University of Iowa | |
| CS 4980 | **Advanced Computer Networks** | |
| | Fall 2015, The University of Iowa | |
| CS 2620 | **Networking & Security for Informatics** | |
| | Spring 2015, The University of Iowa | |
| CS 4980 | **Internet Measurement** | |
| | Fall 2014, The University of Iowa | |

## Students

### Doctorate

| | |
|---|---|
| 2022-current | Rajvardhan Oak |
| 2021-current | Muhammad Haroon |
| 2021-current | Pouneh Nikkhah Bahrami |
| 2021-current | Shaoor Munir |
| 2021-current | Yash Vekaria |
| 2021-current | Rong-Ching (Anna) Chang |
| 2021-current | Hadi Askari |
| 2016-2021 | Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington |
| 2015-2021 | Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks |
| 2015-2019 | Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research |

### Select Recent Masters Mentees

| | |
|---|---|
| 2021 | Mohammad Ismail Daud |
| 2021 | Sunshine Chong |

| | |
|---|---|
| 2021 | Rachit Dhamija |
| 2020 | Pouneh Nikkhah Bahrami |

### Select Recent Undergraduate Mentees

| | |
|---|---|
| 2023 | Patrick Lee |
| 2022 | Jake Smith |
| 2022 | Christina Phan |
| 2022 | Kev Rockwell |
| 2020-2022 | Kajal Patel (NSF REU) |
| 2020-2022 | Wanyue Zhai (graduate student at Stanford) |
| 2020-2022 | Ray Ngan (NSF REU) (industry: Palo Alto Networks) |
| 2020-2021 | Surya Konkimalla |
| 2020-2021 | Charles Nguyen (industry: Apple) |
| 2019-2021 | Charlie Wolfe (NSF REU) (industry: Apple) |
| 2021 | Caelan MacArthur (NSF DREU) |
| 2020-2021 | Taimur Kashif (NSF REU) (industry: VMWare) |
| 2019-2020 | Ashton Woiwood (NSF REU) |
| 2017 | Treyton Krupp (NSF REU) |
| 2015 | Mirza Besic |

### High School

| | |
|---|---|
| 2021 | Jayalakshmi Raffill |
| 2019 | Kathy Zhong |
| 2018 | Alice Martynova |
| 2017 | William Kim |
| 2016 | Brandon Wang |

## External Service

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2023, 2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE INFOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |
| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2024 |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'23), IEEE Symposium on Security & Privacy ("Oakland") |

| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'22), IEEE Symposium on Security & Privacy ("Oakland") |
|---|---|
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'23), Network and Distributed System Security Symposium (NDSS) |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'22), Network and Distributed System Security Symposium (NDSS) |
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |
| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-2019) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021, 2022) |

## Internal Service

| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021-2023 |
|---|---|
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |
| Mentor | Summer Research Opportunities Program (SROP)<br>Graduate College, The University of Iowa, 2017 |

Mentor   Secondary Student Training Program (SSTP)
Belin-Blank Center, The University of Iowa, 2016-2019

## Patents

USPTO   Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq.  Optimization of cellular network architecture
10484881   based on device type-specific traffic dynamics.  November 2019

USPTO   Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq.  Cellular Connection Sharing.
10420167   September 2019

## Expert Testimony & Reports

4:20-cv-05146   **Calhoun et al. v. Google LLC**

4:21-cv-02155   **In re Google RTB Consumer Privacy Litigation**

5:23-cv-02431   **In John Doe I et al. v. Google**

# EXHIBIT B

**TO THE EXPERT CLASS CERTIFICATION REPORT OF Z. SHAFIQ**

# Exhibit B

## CASE MATERIALS CONSIDERED

Consolidated Amended Class Action Complaint with Exhibits. ECF Nos. 92, 92-1

Transcript of December 13, 2022 deposition of Stanislav Belov

| | | |
|---|---|---|
| GOOG-HEWT-00292078 | GOOG-HEWT-00183673 | GOOG-HEWT-00429432 |
| GOOG-HEWT-00449351 | GOOG-HEWT-00257917 | GOOG-HEWT-00136159 |
| GOOG-HEWT-00403182 | GOOG-HEWT-00248341 | GOOG-HEWT-00144103 |
| GOOG-HEWT-00455803 | GOOG-HEWT-00134605 | GOOG-HEWT-00429627 |
| GOOG-HEWT-00456450 | GOOG-HEWT-00182250 | GOOG-HEWT-00121265 |
| GOOG-HEWT-00481291 | GOOG-HEWT-00481219 | GOOG-HEWT-00034829 |
| GOOG-HEWT-00481294 | GOOG-HEWT-00081680 | GOOG-HEWT-00470785 |
| GOOG-HEWT-00128521 | GOOG-HEWT-00144286 | GOOG-HEWT-00472042 |
| GOOG-HEWT-00000767 | GOOG-HEWT-00137234 | GOOG-HEWT-00019981 |
| GOOG-HEWT-00035713 | GOOG-HEWT-00472281 | GOOG-HEWT-00109147 |
| GOOG-HEWT-00456109 | GOOG-HEWT-00335599 | GOOG-HEWT-00474188 |
| GOOG-HEWT-00299372 | GOOG-HEWT-00358131 | |
| GOOG-HEWT-00185699 | GOOG-HEWT-00143821 | |
| GOOG-HEWT-00181720 | GOOG-HEWT-00247087 | |
| GOOG-HEWT-00182243 | GOOG-HEWT-00455543 | |
| GOOG-HEWT-00182255 | GOOG-HEWT-00455642 | |
| GOOG-HEWT-00071376 | GOOG-HEWT-00455549 | |
| GOOG-HEWT-00183574 | GOOG-HEWT-00455550 | |
| GOOG-HEWT-00157130 | GOOG-HEWT-00438693 | |
| GOOG-HEWT-00188123 | GOOG-HEWT-00439151 | |
| GOOG-HEWT-00144029 | GOOG-HEWT-00454586 | |
| GOOG-HEWT-00188275 | GOOG-HEWT-00295978 | |
| GOOG-HEWT-00456419 | GOOG-HEWT-00450670 | |
| GOOG-HEWT-00155042 | GOOG-HEWT-00455804 | |
| GOOG-HEWT-00156504 | GOOG-HEWT-00450610 | |
| GOOG-HEWT-00191932 | GOOG-HEWT-00283728 | |