# Exhibit 13

# [Filed Entirely Under Seal]