# Exhibit 15

# [Filed Entirely Under Seal]