# Exhibit 17

# [Filed Entirely Under Seal]