# Exhibit 18

# [Filed Entirely Under Seal]