# Exhibit 19

# [Filed Entirely Under Seal]