# Exhibit 20

# [Filed Entirely Under Seal]