# Exhibit 21

# [Filed Entirely Under Seal]