# Exhibit 22

# [Filed Entirely Under Seal]