# Exhibit 23

# [Filed Entirely Under Seal]