# Exhibit 24

# [Filed Entirely Under Seal]