# Exhibit 25

# [Filed Entirely Under Seal]