# Exhibit 26

# [Filed Entirely Under Seal]