# Exhibit 28

# PRITZKER LEVINE LLP

Phone: 415.692.0772
Fax: 415.366.6100
www.pritzkerlevine.com

**Pritzker Levine LLP** is a boutique law firm focused on complex litigation and trial work nationwide. Our attorneys bring a unique blend of expertise, efficiency and sound judgment to the vigorous representation of clients in individual and class cases.

Pritzker Levine attorneys have successfully represented corporate clients, public entities, pension funds, small businesses, nonprofit groups, labor unions, whistleblowers and injured persons in cases involving antitrust violations, privacy violations, unfair competition, securities fraud and derivative claims, commercial disputes, employment law and personal injuries – resulting in recoveries in excess of $1.5 billion.

Founding partners, Elizabeth Pritzker and Jonathan Levine, each have more than 30 years of experience in complex, multi-party and class litigation. The firm's highly accomplished attorneys have repeatedly been recognized as "*Top Attorneys*," "*Super Lawyers*" or "*Rising Stars*" in their fields for their work serving their clients' interests in courtrooms, mediations and arbitrations across the country.

Pritzker Levine LLP maintains offices in California and New York, and represents clients in state and federal courts throughout the United States.

## PRIVACY VIOLATIONS AND UNFAIR COMPETITION

Pritzker Levine and its attorneys have represented consumers injured by violations of a wide variety of deceptive practices and consumer protection laws. We have brought claims for all types of consumers, including credit card holders and purchasers of prescription drugs, motor vehicles, cosmetics, consumer electronics, and time shares interests. We also prosecute privacy class actions for consumers impacted by unauthorized use of their personal information or by computer malware or data breaches. Examples of some of our consumer law cases include:

- ***In re ZF-TRW Airbag Control Units Products Liability Litigation,*** Case No. 2:19-ml-02905-JAK-FFM (C.D. Cal.): Jonathan Levine serves as Plaintiffs' Liaison Counsel in a multi-district action alleging that certain vehicles are installed with a defective Airbag Control Unit ("ACU") designed by ZF Friedrichshafen AG. Plaintiffs allege that this defective ACU causes a critical component that monitors signals from crash sensors throughout affected vehicles to be unreasonably susceptible

Main Office:
1900 Powell Street, Suite 450
Emeryville, CA 94608

New York Office:
41 Madison Avenue, 34th Floor
New York, NY 10010

    to damage from electrical overstress, which can result in malfunctioning airbags and seatbelts. The consolidated actions are pending before Central District of California Judge John A. Kronstadt, and are in active litigation.

- ***In re Google RTB Consumer Privacy Litigation***, Case No. 5:21-cv-02155-LHK-VKD (N.D. Cal.): Elizabeth Pritzker serves as court-appointed Interim Class Counsel in this consolidated class action on behalf of a nationwide class of Google account holders alleging that class members' personal information is improperly sold and disseminated by Google to thousands of companies through Google's proprietary advertising auction process, which is effectuated through real-time bidding ("RTB") auctions (the "Google RTB") in violation of California and federal law. The consolidated actions are pending before Northern District of California Judge Yvonne Gonzalez Rogers and are in active litigation.

- ***Corcoran v. CVS Pharmacy, Inc.***, Case No. 15-cv-02624-YGR (N.D. Cal.): Pritzker Levine serves as Co-lead Class Counsel in a multi-state class action alleging a common fraudulent and deceptive pricing scheme by CVS to overcharge customers with third-party health care plans for generic prescription drugs purchased at CVS pharmacies. A multi-state class was certified, and an appeal of the district court's summary judgment order was successfully appealed and reversed by the Ninth Circuit Court of Appeals. A jury trial was held in June 2021.

- ***In Re: Lenovo Adware Litigation***, MDL No. 2624 (N.D. Cal): Pritzker Levine, as Co-Lead Class Counsel, represented a certified class of more than 800,000 consumers in a nationwide multi-district class action against Lenovo and Superfish for damages arising from the surreptitious installation of a Superfish spyware program by Lenovo on certain notebook computer models sold in the United States. The Superfish program "VisualDiscovery" allowed Superfish to monitor and alter computer users' internet search results, and made those computers vulnerable to security breaches and data theft. The litigation resulted in an $8.3 million settlement to compensate purchasers of the affected Lenovo computers.

- ***Hubbard v. Google LLC***, Case No. 5:19-cv-07016-BLF (N.D. Cal.): Pritzker Levine, as plaintiffs' counsel, represents a proposed class of minor children and their parents or guardians throughout the United States in litigation alleging that Google, YouTube and certain other companies that develop and advertise content on the YouTube platform illegally tracked and collected personal information and persistent identifiers for minor children viewing children's content on YouTube. Plaintiffs successfully appealed the district court's dismissal of the action on preemption grounds. The case remains before the Ninth Circuit Court of Appeal pending the resolution of Defendants' motion for panel rehearing or rehearing en banc.

- ***In re Adobe Systems, Inc., Privacy Litigation***, Case No. 13-cv-05226-LHK (N.D. Cal.): As a member of the Plaintiffs' Executive Committee, Pritzker Levine partner Elizabeth Pritzker represented consumers and a proposed class of users of Adobe software products whose personal private information or property was compromised as a result of allegedly substandard security practices

**PRITZKER LEVINE LLP**

at Adobe that lead to a massive data and security breach in September 2013. The parties reached a settlement which required Adobe to substantially strengthen its security controls, including by undertaking new intrusion detection and encryption measures.

- ***In re Countrywide Financial Corp. Data Security Breach Litigation***, Case No. 3:08-MD-1988 (W.D. Ky.): As a member of the Plaintiffs' Executive Committee, Pritzker Levine partner Jonathan Levine represented a nationwide class of more than 2.4 million customers and potential customers of Countrywide whose personal information was stolen by a former employee and then sold to competing mortgage lenders.  The case settled for more than $10 million of cash and other benefits as well as changes in Countrywide's business practices.

- ***In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation***, MDL No. 2672 (N.D. Cal):  As cooperating plaintiffs' counsel, Pritzker Levine represented class representatives in multi-district litigation stemming from Volkswagen's admission to federal regulators in September 2015 that the company used illegal software to cheat emissions tests on certain of its four-cylinder diesel cars, including the popular TDI models of the VW Jetta, Passat, Golf and Beetle, and the Audi A3 TDI diesel sedan.  A set of class settlements for monetary compensation and auto repairs totaling more than $10.3 billion has received final court approval.

- ***Gathron v. Chrysler Group, LLC***, Case No. 4:13-cv-05922-WHO (N.D. Cal.):  As Co-lead Counsel, Pritzker Levine partners Elizabeth Pritzker and Bethany Caracuzzo represented a proposed class of owners and lessees of 2011-2012 Dodge Chargers alleging that factory-installed headlight harnesses in these model year vehicles were defective and posed a serious safety hazard.  The case was filed in the U.S. District Court for the Northern District of California, before Judge William H. Orrick. As a result of plaintiffs' efforts, Chrysler instituted a recall and repair program that included reimbursement benefits to vehicle lessees and owners.

- ***In re GIB LLC Cases***, J.C.C.P. No. 4657 (Cal. Sup. Ct., County of Los Angeles):  As Co-lead Class Counsel in this California State Court Judicial Council Coordinated Proceeding, Elizabeth Pritzker represented certified classes of salon owners, hair stylists and consumers who were exposed to off-gassing formaldehyde and other harsh chemicals from the Brazilian Blowout line of hair smoothing products and hair treatments that were deceptively advertised as "formaldehyde free" and as not containing harmful chemicals.  In January 2014, the Los Angeles Superior Court granted final approval to a class settlement that provided substantial monetary benefits distributed to stylists and consumers, together with business practice changes with respect to the marketing, sale, handling, use, and disposition of Brazilian Blowout products.

- ***Benedict v. Diamond Resorts Corp., et al.,*** Case No. 1:2012cv00183 (D. Hawaii):  Pritzker Levine partners Elizabeth Pritzker and Jonathan Levine, as Co-lead Counsel, represented a class of timeshare owners challenging the imposition of an unauthorized Special Assessment fee for the repair of one of the timeshare resorts in Hawaii.  Judge David A. Ezra granted final approval to a class action settlement of the matter in June 2013.

3

PRITZKER LEVINE LLP

- ***Berrien v. New Raintree Resorts, International, LLC, et al.,*** Case No. 4:10-cv-03125-CW (N.D. Cal):  Pritzker Levine partners Jonathan Levine and Elizabeth Pritzker, as Class Counsel, represented timeshare vacation program members of Raintree Vacation Club and Club Regina who were charged a Special Assessment Fee.  Following favorable decisions on defendants' motions to dismiss by Northern District of California Judge Claudia Wilken and plaintiffs' motion for class certification, the case resulted in a court-approved class settlement.

- ***Wixon v. Wyndham Resort Development Corp., et al.,*** Case No. C 07-2361- JSW (BZ) (N.D. Cal.): Pritzker Levine partners Jonathan Levine and Elizabeth Pritzker, as Lead Class and Derivative Counsel, represented time-share owners in a nationwide class action challenging pricing of WorldMark resorts and in derivative litigation against the WorldMark Board of Directors challenging corporate governance matters. After more than four years of litigation in federal and state court, the case was settled on favorable terms.

- ***In re Providian Credit Card Cases***, J.C.C.P. No. 4085 (Cal. Sup. Ct., County of San Francisco): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a nationwide class of Providian credit card holders in this California State Court Judicial Council Consolidated Proceeding.  The lawsuit alleged that Providian engaged in unlawful, unfair and fraudulent business practices by charging its customers unauthorized fees and charges.  The case resulted in a $105 million settlement, plus injunctive relief – one of the largest class action recoveries arising out of consumer credit card litigation.

- ***In re Ipod Cases,*** J.C.C.P. No. 4355 (Cal. Sup. Ct., County of San Mateo):  Pritzker Levine partner Elizabeth Pritzker, as Co-lead Class Counsel, represented consumers in a nationwide class action lawsuit alleging that Apple's advertising about the battery life of its First and Second Generation iPods was false and misleading.  This Judicial Council Coordinated Proceeding, which was filed in California State Court, resulted in a settlement conservatively valued at $15 million, which provided warranty extensions, battery replacements, cash payments, and store credits for class members. The Honorable Beth Labson Freeman, now a Northern District of California Judge, presided over the case and settlement.

## ANTITRUST

Pritzker Levine has served as a lead or co-lead counsel in antitrust litigation matters representing plaintiff classes alleging price fixing, monopolization and other anticompetitive conduct. We serve in a court-appointed leadership capacity in certain cases, and contribute as members of a court-approved executive committee or in a supportive role for the lead law firms in other cases.

PRITZKER LEVINE LLP

While our leadership role varies, our contributions are always valuable. Our leadership experience includes the following antitrust matters:

- ***In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation***, MDL No. 2785 (D. Kan.): Co-Lead Class Counsel Elizabeth Pritzker represents a certified class of end-payer plaintiffs in a nationwide RICO and multi-state antitrust class action alleging that Mylan NV and Pfizer, Inc., the seller and manufacturer of the life-saving EpiPen, respectively, engaged in an unlawful scheme to sharply increase the price of the device while at the same time stifling competition seeking to enter the market. The case is pending before Judge Daniel D. Crabtree in the U.S. District Court of Kansas. A $345 million settlement with Pfizer received final court approval on November 17, 2021. A $264 million settlement with Mylan received final approval on July 11, 2022. The combined settlements provided $609 million in monetary relief for class members.

- ***In re National Collegiate Athletic Association Grant-In-Aid Cap Antitrust Litigation***, MDL No. 2541 (N.D. Cal.): Additional Class Counsel Elizabeth Pritzker and Pritzker Levine represent college football and basketball players in an antitrust class-action against the National Collegiate Athletic Association (NCAA) and the NCAA's most powerful conference members, the Pac-12, Big Ten, Big-12, SEC and ACC, claiming that these entities have agreed in violation of national antitrust laws to unlawfully cap the value of athletic scholarships. Firm clients, Justine Hartman and Afure Jemerigbe, both former University of California-Berkeley women's basketball players, serve as class representatives in the case. Nationwide classes seeking injunctive relief have been certified, and $208 million class damages class settlement received final court approval in 2017. The injunctive relief case was tried, successfully, before the Hon. Claudia Wilken in 2018. The U.S. Supreme Court unanimously affirmed the judgment in June 2021. *Nat'l Collegiate Athletic Ass'n v. Alston*, __ U.S. __, 141 S. Ct. 2141 (June 21, 2021).

- ***In Re Google Play Store Antitrust Litigation***, Case No. 3:21-md-02981-JD (N.D. Cal.), Elizabeth Pritzker, as court-appointed Liaison Counsel, represents consumer class plaintiffs who use the Android OS operating system on their smart phone devices and who have downloaded or purchased applications ("apps") through the Google Play Store. Plaintiffs allege that Google has knowingly created, and continues to exert, an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store. The case is pending before Judge James Donato in the U.S. District Court for the Northern District of California, with trial presently set for November 2023.

- ***In re Packaged Seafood Products Antitrust Litigation***, MDL No. 2670 (S.D. Cal.): Elizabeth Pritzker and Pritzker Levine serve on the Indirect Purchaser Plaintiffs' Steering Committee and as Trial Counsel, representing a certified class of consumers in a multi-district antitrust case alleging price-fixing by the major producers of canned or packaged tuna products. The district court's class certification decision is currently pending *en banc* review before the Ninth Circuit

5

Court of Appeals. This multi-district litigation has been assigned by the Judicial Panel on Multidistrict Litigation to Judge Dana M. Sabraw in the U.S. District Court for the Southern District of California, and is in active litigation. While not yet scheduled, the matter is expected to be set for trial in late 2023.

- *Al's Discount Plumbing, LLC et al., v. Viega, LLC*, Case No. 1:19-cv-159 (M.D. PA): In her court-appointed role as Co-Lead Class Counsel, Elizabeth Pritzker represented indirect purchasers in a multi-state class action alleging anticompetitive and exclusionary conduct by a leading manufacturer of copper press pipe fittings. Chief Judge Christopher C. Conner in the U.S. District Court for the Middle District of Pennsylvania granted final approval granted final approval to a $15 million antitrust class settlement on behalf of a multi-state class of indirect purchasers of Viega ProPress® copper press fittings on December 18, 2020.

- *Staley et al., v. Gilead Sciences at al.,* Case No. 3:19-cv-02573-EMC (N.D. Cal.): Pritzker Levine represents plaintiffs and putative class members in a class action lawsuit against drug manufacturer Gilead and others, including Johnson & Johnson and Bristol-Meyers Squibb, for knowingly colluding to raise the price of anti-HIV drugs, and wrongfully raising the price of treatment for the one million people in the United States living with HIV. The case is pending before Judge Edward Chen in the U.S. District Court for the Northern District of California and is set for trial in May 2023.

- *Wood Mountain Fish LLC, et al, v. Mowi ASA (fka Marine Harvest ASA), et al.*, Case No. 19-cv-22128-RS (S.D. Fla.): Elizabeth Pritzker and Pritzker Levine serve on the Plaintiffs' Steering Committee and represent an indirect purchaser plaintiff class in a multi-state antitrust class action alleging price fixing by the major producers of farm-raised salmon and salmon products. Judge Rodney Smith in the U.S. District Court for the Southern District of Florida (Ft. Lauderdale) granted final approval to a $33 million antitrust class settlement on February 27, 2023.

- *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, MDL No. 2542 (S.D.N.Y.): Pritzker Levine serves on the Indirect Purchaser Plaintiff Litigation Committee and represents consumers and a proposed class of indirect purchasers in a nationwide class action against Keurig Green Mountain, Inc., Green Mountain Roasters, Inc., and Keurig, Inc. (collectively "Keurig"), for allegedly monopolizing the U.S. market for the sale of single-serve portion packages of coffee, tea, cocoa and other beverages. This multi-district litigation was consolidated before Judge Vincent S. Broderick in U.S. District Court for the Southern District of New York, who approved a $31 million class settlement on June 7, 2021.

- *In re Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. 07-cv-5634-CRB (N.D. Cal.): Elizabeth Pritzker, as a member of Plaintiffs' Executive Committee, represented a class of consumers and direct purchasers in a multi-district class action alleging fuel surcharge price-fixing by airlines in the transpacific passenger airline market. Plaintiffs secured class settlements totaling approximately $160 million.

- ***In re TFT-LCD (Flat Panel) Antitrust Litigation***, MDL No. 1827 (N.D. Cal.): Liaison Counsel Elizabeth Pritzker represented a certified class of direct purchaser plaintiffs in a multi-district antitrust class action alleging price-fixing by foreign and domestic manufacturers of Thin Film Transistor Liquid Crystal Display (TFT-LCD) panels and products. The case resulted in class settlements of $473 million, and an $87 million jury verdict before trebling. *TFT-LCD* is considered to be one of the largest antitrust MDL actions in the United States. The case was litigated and tried to verdict before Northern District of California Judge Susan Illston.

- ***Il Fornaio (America) Corporation et al. v. Lazzari Fuel Company, LLC et al.,*** Case No. 13-cv-05197-WHA (N.D. Cal.): Class Counsel Elizabeth Pritzker represented a certified class of direct purchasers in antitrust class action alleging customer allocation and bid rigging among sellers of restaurant grade mesquite charcoal. Northern District of California Judge William Alsup granted final approval of a class-wide settlement that resulted in settlement payments to class members representing approximately 85% of actual antitrust damages.

- ***In re Lithium Ion Rechargeable Batteries Antitrust Litigation***, MDL No. 2420 (N.D. Cal.): Elizabeth Pritzker and Pritzker Levine served as on the court-appointed Plaintiffs' Steering Committee, representing direct purchasers in a multi-district antitrust class action alleging price-fixing by the major manufacturers of lithium ion rechargeable batteries. Direct purchaser plaintiffs secured over $70 million in settlements. Northern District of California Judge Yvonne Gonzalez Rogers granted final settlement approval on May 8, 2018.

**PERSONAL INJURY**

Pritzker Levine LLP offers personal, attentive and professional legal services to those who have suffered pain or trauma as result of the negligent or wrongful conduct of others. The firm's attorneys have experience representing personal injury cases involving toxic chemicals, pharmaceuticals, dangerous products, medical malpractice and unsafe conditions. Our lawyers have helped clients in wrongful death cases, and in cases involving serious, permanent and debilitating injuries, such as spine and traumatic brain injuries, severe burns, cancer, and other devastating losses. In all personal injury cases, from class actions to mass actions to individual cases, we rigorously represent every claim and every client. Some of our significant cases include:

- ***In Re Aqueous Film-Forming Foams Products Liability Litig.***, MDL No. 2873 (D.S.C): Elizabeth Pritzker (as a member of the Plaintiffs' Executive Committee) and Pritzker Levine represent current and former firefighters and some of their spouses in multi-district litigation against manufacturers, designers, sellers, suppliers, and distributors of Class B firefighting foams as well as protective clothing (turnouts) specifically designed for firefighters. Each of the firefighter plaintiffs has been diagnosed with and treated for cancers that Plaintiffs allege were caused by

years of on-the-job exposure to per- and polyfluoroalkyl (PFAS) substances present in the firefighting foams they used and the protective clothing they wore.

- ***Jane Doe and John Doe v. Steven Lawrence Katz, M.D., et al***.:  Pritzker Levine attorneys represented a mother and child in an action against a fertility clinic for accidentally transferring an embryo belonging to another couple into the mother and the intentional cover-up of the mistake until the child was 10 months old.  The other couple then sought and later obtained shared custody of the child in unrelated family court proceedings.  The case resulted in a $1 million settlement for the mother and child despite MICRA limitations in medical malpractice actions.

- ***McKay v. Caltrans***:  Pritzker Levine attorneys represented a husband and wife in dangerous road condition action against Caltrans, in which the husband was severely injured by a motorist whose vehicle crossed the median barrier on Highway 80 and struck him head-on.  Plaintiffs alleged that Caltrans knew its median barriers could cause such cross-median accidents and failed to take any preventative action.  The case resulted in $2.9 million settlement.

- ***Andrade v. JSS Restaurant Group, et al.***  The firm represented a recently-retired client who was hospitalized and treated for severe hemolytic uremic syndrome (HUS) resulting from E. coli bacterium poisoning caused by eating contaminated meal prepared and served by an artisanal burger chain.  The case was litigated in the Contra Costa County Superior Court and settled close to trial for a significant monetary sum.

- ***Clergy Sexual Abuse/Coordinated Proceedings***. Pritzker Levine attorneys represented a woman who was sexually abused as a child by her parish priest. Part of landmark action against the Los Angeles Archdiocese and the Diocese of Orange.  The 562 cases, spanning four generations of victims, settled for $660 million.

- ***Mallard v. Mills Peninsula Health Services, et al***.  Pritzker Levine represented a client who, as a result of negligent care and treatment at both a hospital and skilled nursing facility, suffered injuries which became necrotic and infected, necessitating amputation of his leg below the knee. The client died in the course of the litigation. The case was filed, litigated and resolved, prior to trial, in a favorable monetary settlement for the client's estate.

### SHAREHOLDER AND SECURITIES FRAUD LITIGATION

Pritzker Levine's attorneys are leading advocates for individual and institutional investors, and have a deserved reputation for success in representing shareholder interests in derivative or shareholder litigation. Our experience in matters involving shareholder disputes or securities fraud includes the following matters.

- ***Young v. Henderson***, Case No. RG-15-778891 (Cal. Sup. Ct., County of Alameda):  We represent

shareholders in direct and derivative litigation filed in California State Court, alleging individual and derivative claims on behalf of six California limited liability companies, and asserting claims for breaches of fiduciary duty, conversion, breaches of contract, and related claims arising out of defendants' alleged misuse and misappropriation of foreign investment funds provided under the federal Immigration Investment, or EB-5, program. Pritzker Levine successfully moved for appointment of a receiver, and facilitated the sale of commercial real estate assets (including the landmark Oakland Tribune Tower), recouping approximately $30 million for foreign investors. The litigation is still pending in the California State Court, but has spawned a parallel federal enforcement action by the Securities and Exchange Commission (SEC), and a Ninth Circuit appeal that included a favorable appellate decision for Pritzker Levine and its clients. Northern District of California Judge Richard Seeborg is overseeing the litigation.

- *Securities and Exchange Commission v. Bivona, et al*., Case No. 3:16-cv-01386-EMC (N.D. Cal.): Pritzker Levine currently represents a majority investor group comprising approximately seventy percent of the membership interests in certain investment funds at issue as real parties in interest in a federal enforcement action by the SEC against a prior fund manager. Northern District of California Judge Edward Chen finally approved a resolution and plan of distribution as advocated by Pritzker Levine's clients.

- *In re Lehman Brothers Debt/Equity Securities Litigation*, Case No. 1:08-cv-05523-LAK:GWC (S.D.N.Y): Pritzker Levine partner Jonathan Levine represented as Class Counsel a certified class of retail investors in Lehman-issued structured products sold by UBS Financial Services, Inc. The plaintiffs alleged that UBS violated federal securities laws by selling the structured products pursuant to offering documents that misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency. The case resulted in a settlement that created a $120 million fund to resolve the claims.

- *In re SLM Corporation Securities Litigation*, Case No. 08 Civ. 1029 (WHP) (S.D.N.Y): Pritzker Levine partner Jonathan Levine, as Lead Counsel, represented a nationwide class of investors of SLM Corporation ("Sallie Mae") in litigation alleging that Sallie Mae, the leading provider of student loans in the U.S., misled the public about its financial performance in order to inflate stock prices. The case resulted in settlement that created a $35 million fund to resolve investors' claims.

- *In re Winstar Communications Securities Litigation*, Case No. 01 Civ. 3014 (GBD) (S.D.N.Y.): Pritzker Levine partner Jonathan Levine represented Allianz of America, Inc., Fireman's Fund and other large private institutional investors in federal securities litigation against the senior executives of Winstar Communications Inc., Lucent Technologies Inc. and Grant Thornton LLP, arising out of plaintiffs' investments in Winstar Communications, Inc. The case was resolved through several confidential settlements, the last one achieved on the eve of trial.

- *In re American Express Financial Advisors Securities Litigation*, Case No. 04 Civ. 1773 (DAB) (S.D.N.Y.): Pritzker Levine partner Jonathan Levine represented as Co-lead Counsel a nationwide

class of individuals who bought financial plans and invested in mutual funds from American Express Financial Advisors. The case alleged that American Express steered its clients into underperforming "shelf space funds" to reap kickbacks and other financial benefits. The case resulted in a cash settlement of $100 million.

## BUSINESS LITIGATION

Pritzker Levine has successfully handled litigation matters for corporate and business clients involving breach of contract, breaches of fiduciary duty, unfair competition, deceptive labeling, trade libel and other matters. While we employ our legal and business acumen to resolve business disputes amicably, the firm's attorneys are respected and skillful trial counsel. Some recent cases and trial successes include:

- ***Farmhouse DTLA Inc. v. LA Farmers Inc***., Case No. A245061-24 (Judicate West – Los Angeles): Partner Jonathan Levine and the Pritzker Levine firm represent a local tech company in a breach of contract and breach of fiduciary duty arbitration matter arising from an investment in and the subsequent sale of a marijuana grow operation and dispensary in Los Angeles, California. The matter was arbitrated in February 2021, resulting in a favorable arbitration award for the firm's client.

- ***ITyX Solutions, AG v. Kodak Alaris Inc***., Case No. 1:16-cv-10250-ADB (D. Mass.):  As chief trial counsel, firm partners Elizabeth Pritzker and Jonathan Levine successfully litigated an international business dispute involving artificial intelligence technologies. After a 10-day trial in the District Court of Massachusetts, the jury returned a unanimous $9.2 million verdict in favor of Pritzker Levine's clients, and United States District Court Judge Allison D. Burroughs entered judgment in favor of the firm's clients on equitable claims. Pritzker Levine also successfully defended the jury verdict after the defendant appealed to the First Circuit Court of Appeals.

- ***BeUbiq, Inc. v. CCG, Inc.,*** Case No. 114cv270691 (Cal. Sup. Ct., County of Santa Clara): Partners Jonathan Levine and Bethany Caracuzzo represented a Silicon Valley tech start-up in a breach of contract action against a software development company that BeUbiq hired to develop the software platform for its principal product, and obtained a California State Court jury verdict favorable to their clients.

- ***BTI Group v. Forrests Music***, Case No. C-17-00780 (Cal. Sup. Ct., County of Contra Costa)*:*  Pritzker Levine represented local business owners who were sued for breach of contract in connection with the sale of their business. Following several months of litigation, Pritzker Levine was able to obtain a dismissal with prejudice for its clients.

**ATTORNEY PROFILES**

### Elizabeth C. Pritzker

Elizabeth C. Pritzker is a co-founding partner of Pritzker Levine LLP, where she represents consumers, shareholders and businesses harmed by corporate wrongdoing and unfair competition. Elizabeth practices exclusively in the areas of litigation, trial and client counseling. She has prosecuted cases against monopolists, price-fixing cartels, big tech, major manufacturers, pharmaceutical companies, and the NCAA.

Elizabeth is frequently appointed by courts to lead major complex cases. Most recently, Elizabeth was appointed to serve as: (1) Interim Class Counsel in *In re Google RTB Consumer Privacy Litigation*, a putative nationwide class action on behalf of Google account holders alleging that class members' personal information is improperly sold and disseminated by Google through Google's proprietary advertising auction process, which is effectuated through real-time bidding ("RTB") auctions in violation of California and federal law; (2) Co-Lead Counsel in the *In Re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, a nationwide RICO and multi-state antitrust class action alleging that Mylan NV and Pfizer, Inc., the seller and manufacturer of the life-saving EpiPen, respectively, engaged in an unlawful scheme to sharply increase the price of the device while at the same time stifling competition from others seeking to enter the market; and (3) as Liaison Counsel for the consumer plaintiff class in the *In re Google Play Store Antitrust Litigation*, a multi-district antitrust class action alleging that Google has knowingly created, and continues to exert, an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store.

Elizabeth also serves as Additional Class Counsel in *In re NCAA Grant-in-Aid Cap Antitrust Litigation*, in which a trial verdict on behalf of a nationwide class of college athletes challenging NCAA-imposed caps on athletic scholarships has recently been upheld in a unanimous decision by the U.S. Supreme Court in June 2021. *Nat'l Collegiate Athletic Ass'n v. Alston*, __ U.S. __, 141 S. Ct. 2141 (June 21, 2021).

Additionally, Elizabeth serves on the leadership team and as trial counsel in the *In re Packaged Seafood Products Antitrust Litigation*, a certified class action on behalf of consumers harmed by price-fixing cartelists in the packaged tuna industry. This multi-district antitrust class action is expected to be scheduled for trial in late 2023.

Elizabeth's past work includes her appointment as Plaintiffs' Class Counsel in *Il Fornaio (America) Corporation v. Lazzari Fuel Company, LLC*, an antitrust class action alleging customer allocation and bid rigging among sellers of restaurant grade mesquite charcoal. She was appointed to the Direct Purchaser Plaintiffs' Steering Committee in the *In re Lithium Ion Rechargeable Batteries Antitrust Litigation*, and Liaison Counsel in the *In re TFT-LCD (Flat Panel) Antitrust Litigation.*

Elizabeth heads up the firm's antitrust practice, with additional leadership roles in *In re German Automotive Manufacturers Antitrust Litigation* (Plaintiffs' Steering Committee); *In re Transpacific Passenger Air Transportation Antitrust Litigation* (Plaintiffs' Executive Committee); *In re Domestic Drywall Antitrust Litigation* (Liability Team Leader/Plaintiffs' Steering Committee); and *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation* (Indirect Purchaser Plaintiffs' Litigation Committee).

**PRITZKER LEVINE LLP**

Elizabeth is experienced and successful in trial work. As recent examples, in addition to her work in the *NCAA* trial, she and law firm partner, Jonathan Levine, obtained a $9.2 million federal jury trial verdict for a German-based tech start-up in *ITyX AG v. Kodak Alaris, Inc*, No. 16-cv-10250-ADB (D. MA), that has been upheld by the First Circuit.

Elizabeth and the Pritzker Levine firm are leading the charge in several personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts").

**Education**
- University of San Francisco School of Law, J.D.
- McGill University, B.A (Economics)

**Admissions**
- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the District of Colorado, and the Eastern District of Michigan

**Honors/Appointments**
- Public Justice Foundation "Attorney of the Year" Nominee in 2023
- California Lawyers Association "Antitrust Lawyer of the Year" in 2022
- Recipient, American Antitrust Institute (AII) Award for Outstanding Antitrust Litigation Achievement in Private Law Practice, in 2022 and 2015
- *Daily Journal* "Top Antitrust Lawyer in 2020"
- Northern California "Super Lawyer"
- Northern California "Top 100 Lawyers"
- Northern California "Top 50 Women Lawyers"
- Past Chair, Antitrust and Unfair Competition Law Section of the California Lawyers Association, and founder of Section's Diversity & Inclusion Fellowship Program
- Past Editor-in-Chief, *Competition* - Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association
- Past Executive Committee Member of the Antirust and Unfair Competition Law Section of the California Lawyers Association (formerly the State Bar of California)
- Appointed Lawyer Representative, Ninth Circuit Conference Executive Committee
- Appointed Lawyer Representative, United States District Court for the Northern District of California
- Member/Contributing Author, Duke Law Committee on Standards and Best Practices for Increasing Diversity in Mass Tort and Class Action Leadership
- Board of Governors of Consumer Attorneys of California
- Board Member, Legal Aid Society of San Mateo County
- Board Member, Bay Area Lawyers for Individual Freedom

**Memberships**
- American Bar Association, Antitrust Law Section
- California Lawyers Association, Antitrust & UCL Section

**PRITZKER LEVINE LLP**

- American Association for Justice
- Consumer Attorneys of California
- Alameda County Bar Association
- Bay Area Lawyers for Individual Freedom

### Jonathan K. Levine

Jonathan K. Levine is a co-founding partner of Pritzker Levine LLP, where he represents investors, multi-national corporations, small businesses, whistleblowers and consumers in individual, derivative and class action litigation. Jonathan has more than 30 years of experience prosecuting complex securities fraud, business, antitrust and consumer class action litigation in state and federal courts.

Jonathan has served in a leadership role in numerous cases brought under federal and state securities, antitrust and consumer statutes. He also has successfully represented whistleblowers before the U.S. Securities and Exchange Commission, the U.S. Commodity Futures Trading Commission and the U.S. Department of Justice. Jonathan currently serves as Co-Lead Counsel in *In re Lenovo Adware Litigation,* where he represents more than 800,000 consumers in a nationwide multidistrict class action against Lenovo and Superfish for damages arising from the surreptitious installation of computer spyware on certain Lenovo computer models sold in the United States, and in *Corcoran v. CVS Pharmacy, Inc.*, a class action alleging that CVS wrongfully overcharges consumers who are insured and have third-party prescription drug coverage for commonly prescribed generic prescription drugs. He is also serving on the leadership team in the *In re ZF-TRW Airbag Control Units Products Liability Litigation*, a nationwide multidistrict class action concerning defective airbag control units in certain vehicles.

Jonathan has an active business litigation and trial practice. He served as lead trial counsel, with firm partner Elizabeth Pritzker, in *ITyX Solutions, AG v. Kodak Alaris Inc.*, representing several German companies and their executives in an international business dispute involving breaches of contract and fiduciary duty. After a 10-day trial in the District Court of Massachusetts, the jury returned a unanimous $9.2 million verdict in favor of Pritzker Levine's clients. Jonathan also served as lead trial counsel, with firm partner Bethany Caracuzzo, in *BeUbiq, Inc. v. CCG, Inc.***,** a breach of contract dispute, in which the firm obtained a favorable jury verdict for their Silicon Valley tech clients.

Jonathan currently represents a local tech entrepreneur in an ongoing breach of contract, breach of fiduciary duty and derivative action arising from his ownership interests in several related limited liability companies and partnerships. That action, while ongoing, has already resulted in the recovery of more than $29 million of misappropriated investor funds. Jonathan also currently represents a group of more than 130 accredited investors in a securities fraud action brought by the SEC against the managers of several investment funds. In that case, he successfully argued for the adoption of a receivership distribution plan different than the plan proposed by the SEC.

**Education**
- Fordham University School of Law, J.D.
- Columbia University, B.A.

**Admissions**
- California
- New York
- Connecticut

PRITZKER LEVINE LLP

- United States Supreme Court
- United States Courts of Appeals for the Second, Fourth, Ninth and Eleventh Circuits
- United States District Courts for the Southern and Eastern Districts of New York, the Northern, Central, Southern and Eastern Districts of California, the Northern District of Texas, the District of Colorado, and the Eastern District of Michigan

**Honors/Appointments**
- Chair, Executive Committee of the Business Section of the Alameda County Bar Association
- Appointed Member, Executive Committee of the Antitrust and Unfair Competition Law Section of the California Lawyers Association
- Appointed Member, Committee on Federal Courts of the State Bar of California
- American Bar Association Litigation Section Subcommittee on Officers and Directors Liability
- National Association of Public Pension Attorneys' *Morrison* Working Group
- Northern California "Super Lawyer"

**Memberships**
- California Lawyers Association
- Alameda County Bar Association
- New York State Bar Association
- Connecticut Bar Association

### Bethany L. Caracuzzo

Bethany L. Caracuzzo has more than twenty years of experience litigating federal and state antitrust violations, defective products and services, employment law disputes, and catastrophic injury actions.

Bethany has been active in the firm's prosecution of antitrust class actions, including *Al's Discount Plumbing LLC v. Viega LLC* (representing plumbers alleging that a plumbing fitting manufacturer uses its monopoly power to undermine competitors in the market for copper pipe press fittings); *In re Packaged Seafood Products Antitrust Litigation* (representing end payor plaintiffs in a multi-district class action alleging price fixing by producers of packaged seafood products); *Corcoran v. CVS Pharmacy, Inc.* (representing consumers in a class action alleging that CVS wrongfully overcharges consumers who are insured and have third-party prescription drug coverage for commonly prescribed generic prescription drugs); *In Re Transpacific Air Transportation Antitrust Litigation* (representing consumers in a multi-district class action alleging fuel surcharge price-fixing by airlines in the transpacific passenger airline market); *In re Domestic Drywall Antitrust Litigation* (representing nonprofit housing development entities and indirect purchasers in a multi-district class action alleging price fixing by U.S. drywall manufacturers); and *Il Fornaio (America) Corporation v. Lazzari Fuel Company, LLC* (representing restaurant-consumers alleging price-fixing by distributors of mesquite lump charcoal used in cooking and preparing food). She was also a key contributor to the firm's settlement of consumer class action litigation involving the Brazilian Blowout line of hair smoothing products.

Bethany, along with partner Jonathan Levine, successfully tried to a jury verdict a breach of contract action involving a Silicon Valley start-up. She has also served as a member of several trial teams in litigating cases to verdict, including those involving wrongful death, traumatic birth injuries and injuries from defective products.

PRITZKER LEVINE LLP

Prior to joining Pritzker Levine, Bethany spent twelve years representing injured victims and employees at two San Francisco Bay Area law firms, where she litigated and obtained favorable settlements in personal injury cases involving medical malpractice, dangerous drugs, defective products, dangerous property conditions, and motor vehicle accidents.

**Education**
- California Western School of Law, J.D.
- Boston College, B.A., *cum laude*

**Admissions**
- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, Southern and Eastern Districts of California

**Honors/Appointments**
- The Sedona Conference Working Group 1
- Northern California "Super Lawyer"

**Memberships**
- American Bar Association, Antitrust Section
- Consumer Attorneys of California
- San Francisco Trial Lawyers Association
- American Association for Justice
- Alameda County Bar Association

## Heather P. Haggarty

Heather P. Haggarty represents consumers, investors, and individuals in class actions and other complex litigation, holding companies and institutions accountable when they engage in misconduct. Over her 24-year legal career, Heather has litigated a wide range of commercial cases involving securities fraud, trademark, copyright, product liability and patent infringement and white-collar criminal defense. She also has experience in internal corporate investigations.

Most recently, Heather has had the privilege of aiding in the litigation of the *In Re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, (a class action alleging that the seller and manufacturer of the life-saving EpiPen engaged in anticompetitive practices in an unlawful scheme to sharply increase the price of the device); *In re NCAA Grant-in-Aid Cap Antitrust Litigation* (on behalf of a nationwide class of college athletes challenging NCAA-imposed caps on athletic scholarships); and *Corcoran v. CVS Pharmacy, Inc.* (a class action on behalf of insured consumers who were allegedly overcharged at CVS pharmacies for their generic prescription drugs).

Heather is active in the firm's prosecution of several personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts").

Prior to joining Pritzker Levine, Heather worked at Bullivant Houser Bailey PC in San Francisco and Dorsey & Whitney, LLP in New York. Heather has served as a volunteer attorney with the Lawyers Committee for

**PRITZKER LEVINE LLP**

Civil Rights Under Law and with Public Justice in Oakland, California. She has also done volunteer work for Public Advocates in San Francisco.

**Education**
- Fordham University School of Law, J.D.
- Scripps College, B.A.

**Admissions**
- California
- New York
- United States District Courts for the Northern and Central Districts of California, and the Southern District of New York

**Memberships**
- California Lawyers Association
- New York State Bar Association

## Caroline C. Corbitt

Caroline C. Corbitt is an associate attorney with a practice that encompasses a wide range of complex commercial litigation, including antitrust, privacy, consumer protection, defective products, and business litigation.

Caroline has been active in the firm's prosecution of *In re Google RTB Consumer Privacy Litigation* (a class action alleging that Google account holders' personal information is improperly sold and disseminated by Google to thousands of companies through Google's proprietary RTB advertising auction process); *Wood Mountain Fish LLC, et al, v. Mowi ASA* (representing an indirect purchaser plaintiff class in a multi-state antitrust class action alleging price fixing by the major producers of farm-raised salmon and salmon products); *In Re Google Play Store Antitrust Litigation* (an antitrust class action alleging that Google has an unlawful monopoly over the market for the distribution of apps through the Android OS through its Play Store); *Staley et al., v. Gilead Sciences at al.* (a class action lawsuit against drug manufacturer Gilead, Johnson & Johnson and Bristol-Meyers Squibb, for knowingly colluding to raise the price of anti-HIV drugs, and wrongfully raising the price of treatment for the one million people in the United States living with HIV), *Hubbard v. Google LLC* (a nationwide class action on behalf of minor children alleging that Google, YouTube and certain other companies that advertise content on YouTube illegally tracked and collected personal information and persistent identifiers for minor children viewing children's content on YouTube), and *Corcoran v. CVS Pharmacy, Inc.*, (a class action on behalf of insured consumers who were allegedly overcharged at CVS pharmacies for their generic prescription drugs).

Prior to joining Pritzker Levine, Caroline worked for four years as an associate attorney at Gibbs Law Group LLP. While there, she worked on numerous class action lawsuits that received widespread national media coverage, including *In re Anthem, Inc. Data Breach Privacy Litigation; In re Wells Fargo Collateral Protection Insurance Litigation;* and *Fero v. Excellus Health Plan, Inc.*

During law school, Caroline was a summer extern for the Honorable Laurel Beeler, Magistrate Judge of the United States District Court, Northern District of California. She also completed externships at the Federal Trade Commission and the California Department of Justice, Antitrust Division.

**PRITZKER LEVINE LLP**

**Education**
- University of Southern California, J.D.
- Harvard University, B.A.

**Admissions**
- California
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Central, and Southern Districts of California

**Honors/Appointments**
- Northern California "Rising Star"
- Senior Editor, The California Antitrust and Unfair Competition Law Treatise

**Memberships**
- California Lawyers Association

### Richard R. Seal

Richard R. Seal is of counsel to Pritzker Levine LLP. Rick is based in the firm's California office where is working with first responders who have sustained injuries from occupational exposure to toxic materials.

For the past four years, Rick has been working with firefighters who have sustained injuries and illness associated with workplace hazards. Rick has counseled fire chiefs and union officials in the development of protocols aimed at reducing the incidence of cancer in the fire service.

Rick is an active member of the firm's litigation team representing dozens of clients in several personal injury matters on behalf of firefighters who have been diagnosed with cancer and other serious illnesses as a result of their exposure to PFAS chemicals in Class B firefighter foams and firefighter protective gear ("turnouts").

Prior to attending law school and joining Pritzker Levine, Rick had a long and distinguished career in public safety. Over three decades, Rick served as a mobile intensive care paramedic, and then as a firefighter, fire captain, Battalion Chief and EMS Chief in San Jose, California. Rick ended his public safety career as the Fire Chief for the East Bay Regional Park District. In 1998, Rick received a Medal of Valor- Class A for a successful rescue and resuscitation of a young woman trapped in a residential structure fire.

Rick is also an accredited attorney with the United States Veterans Administration focusing on assisting veterans obtaining their benefits.

**Education**
- Golden Gate University, J.D.
- San Jose State University, M.P.A., *pi alpha*
- University of California, Berkeley, B.A., *phi beta kappa*

**Admissions**
- California
- United States District Court for the Northern District of California

PRITZKER LEVINE LLP

**Memberships**
- California Lawyers Association

### Anne Maness Whitney

Anne C. Maness Whitney is an associate attorney whose practice focuses on antitrust and privacy. She has assisted in the litigation of *In re Google Play Store Antitrust Litigation* (representing consumers in a multi-district antitrust class action alleging that Google has knowingly created, and continues to exert, an unlawful monopoly over the market for the distribution of apps through the Android OS, making it impossible for users to purchase apps other than through the Google Play Store); *Al's Discount Plumbing LLC v. Viega LLC* (representing plumbers alleging that a plumbing fitting manufacturer uses its monopoly power to undermine competitors in the market for copper pipe press fittings), *In re: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation* (representing current and former student-athletes in a class action alleging artificial caps on scholarships) and *In re: Lenovo Adware Litigation* (representing consumers in a class action alleging secret installation of spyware.)  Anne holds a certification from the International Association of Privacy Professionals in the area of U.S. private sector (C.I.P.P./US).

**Education**
- George Mason University School of Law, J.D.
- Duke University, B.A.

**Admissions**
- California
- North Carolina

**Memberships**
- California Lawyers Association
- North Carolina Bar Association