# **Exhibit 29**



# FIRM RESUME

## OVERVIEW

Bleichmar Fonti & Auld LLP ("BFA" or the "Firm") is a leading class action law firm founded in 2014 with offices in Oakland, California; New York City, New York; Toronto, Ontario; Westchester, New York; and Wilmington, Delaware. The Firm focuses on the prosecution of consumer protection, antitrust, securities, and corporate governance actions on behalf of consumers, governmental entities, and institutional investors.

Our Consumer Protection Group is led by a diverse group of attorneys who have deep experience across a gamut of practice areas. We enforce laws meant to protect the environment as well as the health, privacy, and financial wellbeing of consumers and our communities. The group has recovered billions of dollars on behalf of private companies, municipalities, and individual consumers. Lesley E. Weaver, head of the group, has litigated some of the most significant consumer actions of recent years, including: *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig.*, which resulted in settlements totaling greater than $17 billion, the largest automotive settlement in history; *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litig.*, which resulted in a settlement of $307.5 million; and *In re Facebook, Inc. Consumer Privacy User Profile Litig.*, which arises out of the Cambridge Analytica scandal. Lesley is also co-lead counsel or executive committee in other significant privacy cases, including of course the instant action, *In re Google RTB Consumer Privacy Litigation* and *Calhoun, et al. v. Google LLC.*

BFA's Antitrust Practice Group enforces laws meant to protect markets from anticompetitive behavior on behalf of private companies, municipalities, and individual consumers in landmark cases. We work with whistleblowers, experts, public enforcers, nonprofit organizations, and private actors to redress serious problems and identify solutions to them. This group plays a key role in significant antitrust actions and has achieved significant recoveries on behalf of plaintiffs.

In addition, BFA's founding partners have worked together for nearly two decades, recovering billions of dollars for investors. In the last ten years, BFA's partners have represented lead plaintiffs in dozens of securities class actions. Our partners are supported by a team recruited for their excellence and dedication to our practice, as they carefully built a talented team who have collaborated for years, ensuring a wealth of experience to draw on for our clients.

The lawyers leading these cases are nationally recognized as leading litigators in the field of privacy, consumer, and securities litigation, and our achievements have been profiled in a variety of national and international media, including *The Wall Street Journal*, *The New York Times*, *Law 360*, *Chambers*, the *National Law Journal's* Plaintiffs' Hot List, and *The Legal 500*. We are also frequently asked to comment on breaking developments in antitrust, consumer, financial fraud, securities, and other investment-related issues.

## CONSUMER LITIGATION HIGHLIGHTS

The Consumer Protection Group plays an important role in significant actions, including those described below.

| *In re Facebook, Inc. Consumer Privacy User Profile Litigation*<br>• MDL No. 2843<br>• Northern District of California, No. 3:18-md-02843 | Case Status:<br>Pending |
|---|---|

Background: This high-profile case arising out of the Cambridge Analytica scandal, seeks redress for Facebook users in the U.S. whose private content was unlawfully shared with numerous third parties. The detailed consolidated complaint alleges that Facebook violated consumer fraud and privacy laws by disclosing Facebook users' private information, without their knowledge or consent, to third parties, and that Facebook failed to take adequate steps to monitor third parties' access to, and use of, that information in violation of Facebook's terms of service.

BFA's Role: Ms. Weaver serves as Co-Lead Counsel for Plaintiffs.

Status: On March 29, 2023, Judge Vince Chhabria issued an Order Granting Preliminary Approval of the proposed $725 million class action settlement.

| *In re Google RTB Consumer Privacy Litigation*<br>• Northern District of California, No. 4:21-cv-02155 | Case Status:<br>Pending |
|---|---|

Background: The case is the first in the country to demand transparency about what information Google reveals about its users when it auctions ad placements to Google users through Google's "Real-Time Bidding" system.

BFA's Role: Ms. Weaver is a member of the Plaintiffs' Executive Committee.

Status: On June 13, 2022, Judge Gonzalez Rogers denied in large part Google's motion to dismiss, upholding all but one of Plaintiffs' claims. Discovery in this matter is ongoing.

| *Calhoun, et al. v. Google LLC*<br>• Northern District of California, No. 4:20-cv-05146 | Case Status:<br>Pending |
|---|---|

Background: This nationwide data privacy class action is brought on behalf of Google Chrome users alleging that Google violated its express promise not to take users' personal data when using the Chrome browser outside of synched mode.

BFA's Role: BFA is acting as co-lead counsel representing the class of Chrome users in this litigation.

Status: In March 2021, Judge Koh issued a landmark ruling holding that data is property in upholding Plaintiffs' claims at the pleading stage. In December 2022, Judge Gonzalez Rogers granted Google's motion for summary judgement. Plaintiffs have filed a notice of appeal.

| *In re: ZF-TRW Airbag Control Units Products Liability Litigation* | Case Status: |
|---|---|
| • MDL No. 2905<br>• Central District of California, No. 2:19-MD-02905 | Pending |

<u>Background</u>: The class action complaint alleges the ZF-TRW airbag and seat belt control units in over 15 million cars sold are defective and may prevent airbags from inflating in the event of crash. This defect has been linked to at least eight deaths and several serious injuries.

<u>BFA's Role</u>: Judge John A. Kronstadt of the Central District of California appointed Lesley Weaver to the Plaintiffs' Steering Committee for this multidistrict litigation.

<u>Status</u>: The parties have briefed motions to dismiss, to stay discovery, and to compel arbitration.

| *Ji, et al. v. Naver Corp., et al.* | Case Status: |
|---|---|
| • Northern District of California, No. 4:21-cv-05143 | Pending |

<u>Background</u>: The class action complaint alleges Defendants surreptitiously collected personal information of users of the mobile messenger app, LINE Messenger, and photo altering app, B612.

<u>BFA's Role</u>: BFA is acting as co-lead counsel representing the class of users of the LINE Messenger and B612 apps.

<u>Status</u>: Plaintiffs filed their First Amended Class Action Complaint on October 28, 2022. The Defendants' motions to dismiss are pending.

| *White, et al. v. Samsung Electronics America, Inc.* | Case Status: |
|---|---|
| • District of New Jersey, No. 2:17-cv-01775 | Pending |

<u>Background</u>: Plaintiffs allege that Samsung Electronics America, Inc. violated the federal Wiretap Act by surreptitiously collecting the personal and private information of Smart TV consumers without obtaining informed consent. The information Samsung collects through its Smart TVs includes what consumers watch, listen to, and their private conversations.

<u>BFA's Role</u>: BFA represents the putative class as interim class counsel.

<u>Status</u>: The case is proceeding through discovery. On August 21, 2019, Judge Arleo denied, in part, Defendants' motion to dismiss, and upheld Plaintiffs' claim for violation of the Wiretap Act.

On December 29, 2021, Judge Arleo denied Samsung's motion to compel arbitration. Samsung appealed and on March 7, 2023, the Third Circuit Court of Appeals affirmed the District Court's order holding that Samsung waived its right to arbitrate.

| *Nazos, et al. v. Toyota Motor Sales, U.S.A., Inc.* | Case Status: |
|---|---|
| • Central District of California, No. 2:22-cv-02214 | Pending |

Background: This case alleges that the 2007 to 2014 Toyota FJ Cruisers lack adequate rust protection, causing the frames of the vehicles to excessively and prematurely rust and corrode. Plaintiffs bring claims for fraudulent concealment and breach of implied warranty under the respective laws of the named plaintiffs' states.

BFA's Role: BFA represents the putative classes as interim class counsel.

Status: On March 3, 2023, Judge Percy Anderson denied, in part, Toyota Motor Sales U.S.A.'s motion to dismiss. Discovery in this matter is ongoing.

| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* | Total Settlements: |
|---|---|
| • MDL No. 2672<br>• Northern District of California, No. 3:15-md-02672 | $17 Billion |

Background: This landmark case resolved claims against Volkswagen, Audi and Porsche in connection with the widely-reported news that the companies had installed emission systems created to avoid regulator detection and defraud customers who believed they were buying Volkswagen and Audi vehicles with "clean diesel" engines. VW admitted that it installed these "defeat devices," which eliminated the emissions reduction during normal driving, and only allowed for reduced fuel emissions when the automobiles were being tested.

BFA's Role: Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee. Ms. Weaver's leadership position in the case included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software purposefully designed to evade emissions laws in vehicles. She also led the investigation into additional claims relating to defeat devices in certain gas vehicles, resulting in an additional $96.5 million settlement for the Class.

Status: Lead Counsel and the Plaintiffs' Steering Committee have achieved settlements for Plaintiffs worth more than $17 billion, the largest automotive class action recovery in history.

| *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* | Total Settlements: |
|---|---|
| • MDL No. 2777<br>• Northern District of California, No. 3:17-md-02777 | $307.5 Million |

Background: This case resolved claims against Fiat Chrysler and Bosch over allegations that they deliberately cheated on emission testing of 2014-2016 model Dodge and Jeep trucks marketed and sold as environmentally friendly "eco-diesel" vehicles.

<u>BFA's Role</u>: Judge Edward Chen of the U.S. District Court for the Northern District of California appointed Ms. Weaver as one of nine members of the Plaintiffs' Steering Committee. Ms. Weaver played a key role in litigating the action, including taking depositions and coordinating with experts.

<u>Result</u>: The case has settled for $307 million in cash in addition to extended warranties worth more than $120 million.

## U.S. ANTITRUST LITIGATION HIGHLIGHTS

Lesley Weaver, Anne Davis, and the BFA team play key roles in many significant antitrust actions, including in those described below.

| *In re Local TV Advertising Antitrust Litigation* | Case Status: |
|---|---|
| • MDL No. 2867 • Northern District of Illinois, No. 1:18-cv-0678 | Pending |

Background: Plaintiffs allege a price fixing cartel facilitated by an anticompetitive information exchange between and among certain major television station owners and operators to artificially inflate the prices of broadcast television spot advertisements.

BFA's Role: BFA acts as counsel for Plaintiff One Source Heating & Cooling, LLC and is an integral member of the litigation team.

Status: On November 6, 2020, Judge Virginia Kendall of the Eastern District of Illinois denied Defendants' motion to dismiss. Discovery in this matter is ongoing.

| *In re Packaged Seafood Products Antitrust Litigation* | Case Status: |
|---|---|
| • MDL No. 2670 • Southern District of California, No. 3:15-md-02670 | Pending |

Background: Plaintiffs allege Defendants entered into a conspiracy involving packaged seafood products in violation of the Sherman Act and state antitrust law.

BFA's Role: BFA is part of a critical discovery effort against a key Defendant.

Status: On July 30, 2019, Judge Janis L. Sammartino granted class certification to a class of direct purchasers. In January 2021, Direct Purchaser Plaintiffs and Defendants Tri-Union Seafoods d/b/a Chicken of the Sea International and Thai Union Group PCL announced a settlement agreement in principle, and a motion for final approval is pending. The remaining parties have briefed motions for summary judgment and are awaiting a decision.

| *In re Domestic Airlines Travel Antitrust Litigation* | Case Status: |
|---|---|
| • District of Columbia, No. 1:15-mc-01404 | $60 million in settlements; Remaining litigation pending |

Background: Plaintiffs allege a conspiracy by the four largest commercial air passenger carriers in the United States—American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc.—to fix prices for domestic air passenger transportation services in violation of the Sherman Act by colluding to limit capacity on their respective airlines.

<u>BFA's Role</u>: BFA is a key part of Plaintiffs' nonparty discovery committee and has led meet and confer negotiations with dozens of nonparties, resulting in the production of some of Plaintiffs' best evidence.

<u>Status</u>: Plaintiffs settled for $15 million with Defendant Southwest Airlines and $45 million with Defendant American Airlines. The parties have briefed summary judgment motions brought by the remaining Defendants.

| | |
|---|---|
| *In re Mexican Government Bonds Antitrust*<br>• Southern District of New York., No. 1:18-cv-02830 | **Case Status:**<br>**$21 million in settlements;**<br>**Remaining litigation pending** |

<u>Background</u>: Plaintiffs allege that Defendant broker-dealers have fixed auctions for securities issued by the Mexican government and manipulated the bid-ask spread in transactions to U.S.-based investors, causing U.S.-based investors to pay artificially inflated prices for their Mexican government bonds.

<u>BFA's Role</u>: BFA represents Southeastern Pennsylvania Transit Authority and is assisting the team litigating the case in the Southern District of New York.

<u>Status</u>: Plaintiffs negotiated ice-breaker settlements with JPMorgan for $15 million and Barclays PLC for $5.7 million, both of which are cooperating in litigating against the remaining Defendants, including by providing incriminating documents that have bolstered Plaintiffs' highly detailed complaint. The action against the remaining Defendants is on appeal.

| | |
|---|---|
| *In re Disposable Contact Lens Antitrust Litigation*<br>• MDL No. 2626<br>• Middle District of Florida, No. 3:15-md-02626 | **Total Settlements:**<br>**$118 million** |

<u>Background</u>: This case resolved claims against four leading contact lens manufacturers and the largest nationwide distributor of contact lenses. Plaintiffs alleged that Defendants unilaterally imposed minimum retail prices for contact lenses, in violation of state and federal antitrust laws.

<u>BFA's Role</u>: BFA led discovery efforts against the largest manufacturer-Defendant, Johnson & Johnson.

<u>Status</u>: Plaintiffs settled with Defendant CooperVision, Inc. for $3 million, with Defendant Bausch & Lomb for $10 million, with Defendant ABB Optical Group LLC for $30.2 million, with Defendant Alcon Vision, LLC for $20 million, and with Defendant Johnson & Johnson Vision Care, Inc. for $55 million.

| *In re Farm-Raised Salmon and Salmon Products Litigation*<br><br>• Southern District of Florida, No. 19-CV-21551 | Total Settlements:<br>$85 Million |
|---|---|

Background: Plaintiffs alleged that Defendants fixed prices of farm-raised Atlantic salmon sold in the United States.

Role: BFA worked with the executive team in facilitating jurisdictional discovery.

Status: Plaintiffs achieved a $85 million settlement.

## SECURITIES LITIGATION HIGHLIGHTS

BFA partners have represented lead plaintiffs in dozens of securities class actions and individual actions, including the cases featured below.

| *The Police Retirement System of St. Louis v. Granite Construction Incorporated, et al.*<br>• Northern District of California, No. 19-cv-04744<br>• Client: The Police Retirement System of St. Louis | Total Settlement:<br>$129 Million |
|---|---|

Background: Plaintiffs alleged that Granite and its senior management fraudulently misrepresented the impact of several of the company's largest joint venture construction projects on Granite's business by understating the significant cost overruns and schedule delays the Company was experiencing and their impact on Granite's financial statements.

BFA's Role: BFA is sole Lead Counsel for Court-appointed Lead Plaintiff the Police Retirement System of St. Louis.

Status: BFA achieved a $129 million settlement for the class in 2022. When approving the settlement, Judge William Alsup observed that it "is almost entirely the result of the hard work of class counsel."

| *Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd. et al.*<br>• District of Connecticut, No. 17-cv-00558<br>• Clients: Ontario Teachers' Pension Plan Board and Anchorage Police and Fire Retirement System | Total Settlement:<br>$420 Million |
|---|---|

Background: Plaintiffs alleged that the company and its senior management made materially false and misleading statements that concealed that Teva had engaged in a multi-year scheme to exponentially increase generic drug prices across its portfolio, in some instances by more than 1000%. Often, these increases were in lock-step with so-called competitors.

BFA's Role: BFA was sole Lead Counsel for Court-appointed Lead Plaintiff Ontario Teachers' and Named Plaintiff Anchorage Police and Fire Retirement System.

Status: BFA secured a $420 million settlement for the class. In approving the settlement, Judge Stefan R. Underhill described the case as "the most complex securities case I've ever had" and praised BFA's work as Lead Counsel, stating, "[t]he quality of the representation was excellent in the face of very quality defense . . . This was not a case that every law firm could handle, and I think it was done exceptionally well."

### In re Citigroup Securities Litigation
- Southern District of New York, No. 20-CV-9132
- Client: Public Sector Pension Investment Board ("PSP")

**Case Status: Pending**

Background: Plaintiffs allege that Citigroup and its senior management misrepresented and concealed that the company's internal controls and risk management systems suffered from serious and longstanding deficiencies that exposed the Company to massive regulatory penalties that will cost significantly more than $1 billion to remediate.

BFA's Role: BFA is sole Lead Counsel for Court-appointed Lead Plaintiff PSP.

Status: The Court appointed PSP as Lead Plaintiff and approved its choice of BFA as Lead Counsel on February 4, 2021. BFA filed an Amended Complaint on April 20, 2021. The Court dismissed the complaint on March 24, 2023. BFA's motion to amend the complaint is due May 24, 2023.

### Bilinsky v. Gatos Silver, Inc.
- District of Colorado, No. 22-CV-00453
- Client: Individual Investors

**Case Status: Pending**

Background: Plaintiffs allege that Gatos and its senior management made materially false and misleading statements and concealed the fact that a key technical report for its Cerro Los Gatos silver mine located in Chihuahua, Mexico contained significant errors and overestimated the mineral reserves in the mine by as much as 50%.

BFA's Role: BFA was appointed sole Lead Counsel for the putative class on June 3, 2022.

Status: BFA filed an amended class action complaint on August 15, 2022. Defendants' motion to dismiss is pending.

### In re Talis Biomedical Securities Litigation
- Northern District of California, No. 22-CV-00105
- Client: Individual Investors

**Case Status: Pending**

Background: Plaintiffs allege that the company, its senior officers and directors, as well as the underwriters for Talis's initial public offering violated the Securities Act of 1933 by misrepresenting the effectiveness, regulatory status, and ability to manufacture a COVID-19 test.

BFA's Role: BFA was appointed co-Lead Counsel for the putative class on June 3, 2022.

Status: BFA filed a second amended class action complaint on January 13, 2023. On April 28, 2023, the Court denied defendants' motion to dismiss. Discovery is ongoing.

### Owen v. Elastos Foundation
- Southern District of New York, No. 19-CV-05462
- Client: Individual Investors

**Case Status: Pending**

Background:  Lead Plaintiffs allege that the Defendants offered and sold unregistered securities in the form of ELA Tokens, which the Defendants marketed as the "intrinsic token on the Elastos blockchain" that could "be used for trading, investing in digital assets, paying for blockchain processing fees and so on."  Defendants offered or sold the ELA Tokens in an initial coin offering ("ICO") in January 2018, in the secondary market, and in a "Lock-In" program, whereby Elastos offered investors additional ELA Tokens in exchange for the investors agreeing not to sell their tokens for a predetermined length of time.  Lead Plaintiffs allege violations of Sections 5, 12(a)(1), and 15 of the Securities Act of 1933, and the case raises complex and novel issues concerning the application of the Securities laws to digital assets.

BFA's Role: BFA was appointed Lead Counsel for the putative class on May 26, 2020.

Status: On December 9, 2021, the Court denied the Defendants' motion to dismiss the Lead Plaintiffs' Amended Complaint.  In adopting BFA's arguments, Judge Woods held that it had personal jurisdiction over the Defendants and that the Amended Complaint properly alleged timely violations of the Securities Act related to the sale, offer, and/or delivery of ELA Tokens in the initial coin offering ("ICO"), on the secondary market, and in connection with Elastos' lock-in program.  The case is now in discovery.

### Lozada v. TaskUs, Inc.
- Southern District of New York, No. 22-CV-01479
- Client: Individual Investors

**Case Status: Pending**

Background: Plaintiffs allege that TaskUs and certain of its senior officers made materially false and misleading statements and concealed that the company was experiencing business challenges, and overstated the size of TaskUs's workforce and understated employee attrition rates.

BFA's Role: BFA filed the class action complaint against TaskUs on February 23, 2022.  The Court appointed BFA as sole Lead Counsel on October 20, 2022.

Status: BFA filed an Amended Complaint on December 16, 2022.

### MTA v. Allianz Global Investors U.S., L.L.C.
- Southern District of New York, No. 20-CV-7842
- Client: Metropolitan Transportation Authority

**Case Status: Settled**

Background: Plaintiff the Metropolitan Transportation Authority ("MTA") alleged that it lost over 90% of its investment in Allianz Global Investor's Structured Alpha funds due to Allianz's negligent and imprudent trading strategies and its failure to implement adequate risk management procedures.

BFA's Role: BFA represented the MTA.

<u>Status</u>: BFA achieved a confidential settlement in 2022.

| | |
|---|---|
| *In re MF Global Holdings Ltd. Securities Litigation*<br>• Southern District of New York, No. 11-cv-07866<br>• Client: Alberta Investment Management Corp. ("AIMCo") | **Total Settlements:**<br>**$234.3 Million** |

<u>Background</u>: This litigation arose from MF Global's dramatic bankruptcy in October 2011. Plaintiffs alleged that Defendants misrepresented MF Global's risk controls, liquidity position, and exposure to European sovereign debt, and failed to properly account for its deferred tax assets.

<u>BFA's Role</u>: BFA represented Court-appointed Co-Lead Counsel for the putative class.

<u>Status</u>: Lead Counsel achieved five partial settlements totaling just over $234 million on behalf of investors: (1) a $74 million settlement with Goldman Sachs and certain other underwriters of the company's securities; (2) a $64.5 million settlement with former officers and directors, including MF Global's former CEO Jon Corzine; (3) a $65 million settlement with auditor PricewaterhouseCoopers; (4) a $29.825 million settlement with Jeffries and other underwriters of the final bond offering issued during the Class Period; and (5) a separate $932,828 settlement with another underwriter Defendant associated with that last offering.

| | |
|---|---|
| *In re Genworth Financial Inc. Securities Litigation*<br>• Eastern District of Virginia, No. 14-cv-00682<br>• Client: Alberta Investment Management Corp. ("AIMCo") | **Total Settlement:**<br>**$219 Million** |

<u>Background</u>: Plaintiffs alleged that Defendants misrepresented the profitability of the company's core business and reported false financial results by grossly understating long-term care insurance reserves.

<u>BFA's Role</u>: The Court appointed BFA to serve as Co-Lead Counsel for the putative class.

<u>Status</u>: Lead Counsel achieved a $219 million settlement for the class, the largest securities class action recovery achieved in the Eastern District of Virginia.

| | |
|---|---|
| *In re Weatherford International Securities Litigation*<br>• Southern District of New York, No. 12-cv-02121<br>• Client: Anchorage Police and Fire Retirement System | **Total Settlement:**<br>**$120 Million** |

<u>Background</u>: Plaintiffs alleged that Weatherford, one of the world's largest oil and gas servicing companies, issued false financial statements that misled investors about its tax structure and internal controls.

<u>BFA's Role</u>: BFA represented Court-appointed Co-Lead Plaintiff Anchorage Police and Fire Retirement System, and BFA partner Javier Bleichmar represented Anchorage continuously since the case was filed in March 2012.

<u>Status</u>: Plaintiffs achieved a $120 million settlement.

| *In re Computer Sciences Corp. Securities Litigation* <br> • Eastern District of Virginia, No. 11-cv-00610 <br> • Client: Ontario Teachers' Pension Plan Board | Total Settlement: $97.5 Million |
|---|---|

<u>Background</u>: Plaintiffs alleged that the company and two of its executive officers misrepresented a multi-billion-dollar contract with the United Kingdom's National Health Service, and that the company's internal controls were adequate.

<u>BFA Role</u>: BFA partners Javier Bleichmar, Joseph A. Fonti, and Dominic Auld represented Court-appointed Lead Plaintiff Ontario Teachers' at all stages of this case.

<u>Status</u>: Plaintiffs achieved a $97.5 million settlement.

| *In re Celestica Inc. Securities Litigation* <br> • Southern District of New York, No. 07-cv-00312 <br> • Client: New Orleans Employees' Retirement System | Total Settlement: $30 Million |
|---|---|

<u>Background</u>: Plaintiffs alleged that Defendants made false and misleading statements relating to a significant corporate restructuring plan, earnings, profitability, and financial outlook.

<u>BFA's Role</u>: BFA partners Joseph Fonti and Erin Woods represented Lead Plaintiffs in this litigation.

<u>Status</u>: Plaintiffs achieved a $30 million settlement.

## DERIVATIVE ACTION HIGHLIGHT

The BFA team has also represented lead plaintiffs in derivative actions, including the case featured below.

| | |
|---|---|
| *The Police and Fire Retirement System of the City of Detroit v. Elon Musk, et al.* <br> • Delaware Chancery Court, C.A. No. 2020-0477 <br> • Client: Police and Fire Retirement System of the City of Detroit | Case Status: Pending |

Background: Plaintiffs allege that certain current and former members of Tesla's Board of Directors awarded themselves unfair and excessive compensation.

BFA's Role: BFA is Counsel for Plaintiff Police and Fire Retirement System of the City of Detroit.

Status: BFA is co-counsel representing the Police and Fire Retirement System of the City of Detroit ("Plaintiff") in a derivative suit brought on behalf of Tesla, Inc. against members of Tesla's Board of Directors (the "Director Defendants").  In its complaint, Plaintiff alleges that, from 2017 to 2020, the Director Defendants awarded themselves excessive compensation each year.  Specifically, they awarded themselves tens of thousands of stock options, with grant date fair values regularly exceeding more than $2 million per director per year.  This compensation was significantly above the compensation awarded to directors at Tesla's peer companies.  Through these awards, Plaintiff alleges that the Director Defendants breached their fiduciary duties and unjustly enriched themselves at Tesla's expense.

On September 17, 2020, the Director Defendants filed an answer to the complaint. The parties have been engaged in discovery:  Plaintiff has completed 22 fact witness depositions, the parties have exchanged opening expert reports, and expert discovery is scheduled to conclude by the end of July 2023.  The parties will then prepare for a five-day trial, which is scheduled for November 27 to December 1, 2023.

## TEAM PROFILES

| **LESLEY E. WEAVER**<br>*Partner* | Oakland | • Email: lweaver@bfalaw.com<br>• Tel: +1 415 455 4004<br>• www.bfalaw.com<br>/professionals/lesley-weaver |
| --- | --- | --- |

Lesley Weaver is the Partner in Charge of BFA's California office, and the practice head of the Antitrust and Consumer teams. For nearly thirty years, Lesley has litigated high profile cases that protect the public interest, consumers, and public entities and has been appointed to leadership positions in some of the largest class actions in the country.

As Co-Lead Counsel for plaintiffs in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Lesley and the BFA team resolved an extremely complex and hard fought litigation, resulting in the largest privacy class action settlement in history at $725 million. The case arose from revelations arising out of the Cambridge Analytica scandal, which revealed third parties' use of Facebook user profile data. After five years of intense litigation, resulting in numerous notable orders relating to both privacy and discovery matters, the matter resolved, and has been preliminarily approved. Lesley also served as liaison counsel in *In re Twitter Secs. Litigation*, which settled for $805 million in 2022.

Lesley served on the Plaintiffs' Steering Committee "legal dream team" in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig.*, MDL No. 2672 CRB (JSC). The PSC in the Volkswagen litigation recovered roughly $12 billion for class members and nearly $5 billion for the environment, the largest automotive class action recovery ever. In June 2017, Lesley was appointed to the Plaintiffs' Steering Committee bringing claims against Fiat Chrysler and Bosch in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability*, MDL No. 17-MD-02777-EMC ("Fiat Chrysler"). Like Volkswagen, that lawsuit provided significant financial relief to consumers arising out of the emissions defeat devices, resulting in consumer payments of roughly $400 million and another $350 million for the environment. In 2015, Lesley won a complete jury verdict in one of the few privacy cases to go to trial in the country, which awarded 100% of economic damages and $15 million in punitive damages.

Lesley has received numerous awards throughout her career, including being honored as National Law Journal's Elite Women of the Plaintiffs' Bar (2023), National Trial Lawyers Top 100 (2023), Lawdragon 500 Leading Lawyers in America (2023), California Lawyer of the Year (2018), the National Law Journal's Plaintiffs' Trailblazer (2018), and a SuperLawyer since 2016.

Currently, Lesley is a member of the Plaintiffs' Executive Committee in the *In re Google RTB Consumer Privacy Litigation*, a nationwide class action challenging Google's practice of sharing and selling users' personal information through Google's digital ad auction system, Google Real-Time Bidding (RTB); and a member of the Plaintiffs' Steering committee in *In re ZF-TRW Airbag Control Units Products Liability*

*Litigation*, a class case alleging that airbag and seat belt control units in over 15 million cars are defective and may prevent airbags from inflating in the event of crash.

Lesley also has extensive experience in litigating antitrust actions and representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re Local TV Advertising Antitrust Litigation*, *In re Domestic Airlines Travel Antitrust Litigation*, *In re Marsh & McLennan Cos., Inc. Securities Litigation* ($400 million settlement); *In re Cavanaugh Securities Litigation* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act ("PSLRA*")); In re Cardinal Health Inc. Securities Litigation* ($600 million settlement); and *In re Cisco Systems, Inc. Securities Litigation* ($99 million settlement).

Lesley is committed to public service through volunteer efforts. She is currently a Lawyer Representative for the Northern District of California;   Chair of BASF's cybersecurity and privacy committee. She is active in Sedona Working Groups 1, 6 and 11. She has been a repeat presenter at the Bolch Institute's MDL Certificate training program; PLI Accounting for Lawyers; and is one of the original drafters of the Duke MDL Diversity Guidelines. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom; a past Co-Chair of the San Francisco LGBT Community Center; past National Chair of the National Center for Lesbian Rights; past Vice-President and Director of the Board of the Frameline Film Festival; and a former Director of Equality California and the International Gay and Lesbian Human Rights Commission.

Lesley studied at the University of Bonn (Germany) and Harvard College (A.B.), and received a J.D. from the University of Virginia Law School (1997). She is admitted to practice in the federal district courts of California, the Eastern District of Michigan, and the Ninth Circuit, and speaks German, Danish and some French.

Lesley is admitted to practice in California (1997), the U.S. Court of Appeals for the Ninth Circuit (1998), and the U.S. District Courts for the Northern District (1997) and the Eastern, Central, and Southern Districts of California (1998).

| JAVIER BLEICHMAR<br>*Partner* | New York | • Email: jbleichmar@bfalaw.com<br>• Tel: +1 212 789 1341<br>• www.bfalaw.com/professionals/javier-bleichmar |
| --- | --- | --- |

Javier Bleichmar leads BFA's U.S. Case Evaluation and U.S. Securities Litigation teams. He brings a long career of litigation success to his prosecution of large-scale fraud class actions on behalf of institutional investors. Javier has over two decades of experience and in addition to recently being named a Titan of the Plaintiffs' Bar by Law 360, has been "recommended" in the field of securities litigation by *The Legal 500*.

Javier currently leads the BFA team prosecuting the class action against Citigroup, Inc. Recently, he prosecuted the securities action against Allianz Global Investors U.S., L.L.C. on behalf of the Metropolitan Transportation Authority, and was a

member of the team litigating a securities class action against Teva Pharmaceutical Industries, Ltd., which settled for $420 million.

Previously, Javier obtained a $129 million recovery from Granite Construction Inc., on behalf of the Police Retirement System of St. Louis and Granite investors, in connection with the company's restatement of its financial results in 2020. BFA's recovery was multiples higher than the enforcement action brought by the SEC, which recovered $12 million.

Javier also was BFA's lead lawyer *In re MF Global Holdings Limited Securities Litigation* on behalf of Her Majesty the Queen in Right of Alberta and MF Global investors, in connection with the company's dramatic collapse and bankruptcy. Plaintiffs secured settlements in 2015 totaling over $234 million, resolving claims against MF Global's former officers and directors, several underwriter defendants, and MF Global's outside auditor.

Javier is active in educating international institutional investors on developing trends in the law, particularly the ability of international investors to participate in securities class actions outside the United States. Through these efforts, many of Javier's international clients were able to join the organization representing investors (i.e., the Foundation) in the first securities class action settlement under the then-recently enacted Dutch statute against Royal Dutch Shell. He has co-authored articles concerning the potential conflicts of interest in the private equity industry and developments in the class action landscape in Australia, and also provides thought leadership as a regular contributor on securities issues in the *New York Law Journal*. He has co-authored "IndyMac Leaves Uncertain Landscape for Opt-Out Litigation" and "The Evolving Legacy of Fait v. Regions Financial." Javier is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).

Prior to founding the Firm, Javier was a Partner at two other plaintiffs' securities firms, where he was actively involved in the *In re Williams Securities Litigation*, which resulted in a $311 million settlement, as well as significant securities matters involving Lucent Technologies, Conseco, and Biovail. He began his legal career at Kirkland & Ellis LLP. Javier earned a B.A. from the University of Pennsylvania and a J.D. from Columbia University School of Law (1998), where he was a Harlan Fiske Stone Scholar. During law school, he served as a law clerk to the Honorable Denny Chin, U.S. District Judge for the Southern District of New York. Javier is a native Spanish speaker and fluent in French.

Javier is admitted to practice in New York (1999), the U.S. Supreme Court (2014), and the U.S. Courts of Appeals for the Second Circuit (2010), Eighth Circuit (2010), Ninth Circuit (2010), Tenth Circuit (2013), and Eleventh Circuit (2011). He is also admitted in the U.S. District Courts for the Southern and Eastern Districts of New York (1999).

| JOSEPH A. FONTI<br>*Partner* | New York | • Email: jfonti@bfalaw.com<br>• Tel: +1 212 789 1342<br>• www.bfalaw.com<br>  /professionals/joseph-fonti |
| --- | --- | --- |

Joseph A. Fonti leads the Firm's U.S. Securities Litigation practice.  With over two decades of experience representing institutional investors in complex litigation, Joseph's commitment to clients, dedication to his cases, and advocacy skills have led to exceptional results in several of the most prominent cases in recent decades.  Joseph and BFA have been recognized by several of the nation's leading and most selective legal publications, including *The Legal 500*, *ISS Securities Class Action Services*, and *Law 360*.  Most recently, Joseph has been named a Titan of the Plaintiffs Bar by Law360, and has been profiled by *The New York Law Journal*, *Forbes & Fortune*, and *CT Insider* for the landmark achievements he achieved for investors.

Joseph led BFA's prosecution of the securities class action against Teva Pharmaceutical Industries, Ltd. arising from misrepresentations concerning price fixing and other unlawful conduct.  BFA secured a $420 million settlement after five years of hard-fought litigation, including class certification, completing intensive fact and expert discovery, and preparing a summary judgment motion.  This represents the second largest securities class settlement in 2022 and the all-time fourth-largest within the Second Circuit, excluding cases arising from restatements or the 2008-09 financial crisis.

Throughout his career, Joseph has led historic litigations representing U.S. institutional investors as well as a number of Canada's most significant pension systems and asset managers.  He served as co-lead counsel in the $219 million recovery on behalf of shareholders of Genworth Financial, a long-term care insurer, which represents the largest securities class action settlement in the history of the Eastern District of Virginia.  Likewise, Joseph served as sole Lead Counsel in the securities class action involving Computer Science Corporation, and resolved the case for $97.5 million for the class at the brink of trial.  Joseph also helped lead the prosecution and ultimate resolution of the *Weatherford* securities litigation achieving a $120 million recovery for Weatherford shareholders.  He also contributed to securing a $173.5 million settlement in *In re Broadcom Corp. Securities Litigation*, which, at the time, was the second-largest cash settlement involving a company accused of options backdating.

Joseph's career is also marked by significant successes in the area of auditor liability.  He represented shareholders in the $671 million recovery in *In re HealthSouth Securities Litigation* and recovered $109 million from HealthSouth's outside auditor Ernst & Young LLP, one of the largest recoveries to date against an auditing firm.

Currently, Joseph is leading BFA's securities class action against Citigroup, Inc. and derivative action against Tesla's Board of Directors.

Additionally, Joseph has achieved notable success as an appellate advocate.  He successfully argued before the Second Circuit Court of Appeals in *In re Celestica Inc.*

*Securities Litigation*, resulting in the Second Circuit reversing the District Court's dismissal of claims. Joseph was also instrumental in the advocacy before the Ninth Circuit Court of Appeals in the *In re Broadcom Corp. Securities Litigation*, which marked the first occasion in which a court upheld allegations against an outside auditor related to options backdating.

Joseph is a member of the American Bar Association, the New York State Bar Association, the Bar of the City of New York, and the National Association of Public Pension Attorneys (NAPPA).

Deeply dedicated to community service, Joseph maintains an active pro bono practice and serves as Chair of the Leadership Committee for the Cardinal's Annual Stewardship Appeal for the Archdiocese of New York, which supports local communities throughout ten New York counties.

| ANNE DAVIS *Partner* | Oakland | • Email: adavis@bfalaw.com • Tel: +1 415 445 4016 • www.bfalaw.com/professionals/ anne-davis |
| --- | --- | --- |

Anne Davis has more than a decade of experience litigating complex matters in both federal and state courts, including the courts of California, Delaware, and Kansas. She focuses her practice on complex investigations and litigation of antitrust, consumer, and securities matters.

Anne plays a key role in litigating *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* and *In re Google RTB Consumer Privacy Litigation*; as well as a member of the *In Re: ZF-TRW Airbag Control Units Products Liability Litigation*, *In re Local TV Advertising Antitrust Litigation* and *In re Domestic Airlines Travel Antitrust Litigation* teams. She serves on the Executive Committee of the California Lawyer's Association's Antitrust and Unfair Competition Law Section, and is an active member of and contributor to the Data Security and Privacy Liability working group (WG11) for the Sedona Conference.

Prior to joining BFA, Anne served as a Principal Counsel for Sales Practice Enforcement at the Financial Industry Regulatory (FINRA), where she, as appropriate, brought charges and negotiated resolutions or litigated formal actions pertaining to violations of FINRA, U.S. Securities and Exchange Commission (SEC), and Municipal Securities Rulemaking Board (MSRB) rules, and the federal securities laws by registered individuals and FINRA member firms.

Before FINRA, she was a senior associate at a global law firm, where she specialized in securities litigation and enforcement, complex civil litigation, and internal investigations.

Anne earned a B.A. with honors from DePaul University (2002), a M.A. (Political Science) from the University of Michigan (2006), and a J.D. from the University of Michigan Law School (2008). She is admitted to practice in California (2009), and the U.S. District Courts for the Northern (2010), Central (2011) and Eastern (2014) Districts of California and the Eastern District of Michigan (2019).

| MATTHEW MELAMED<br>*Partner* | Oakland | • Email: mmelamed@bfalaw.com<br>• Tel: +1 415 445 5601<br>• www.bfalaw.com/<br>  professionals/matthew-melamed |
|---|---|---|

Matt Melamed is a Partner in BFA's Oakland office, where he is a member of the firm's Consumer Litigation and Antitrust teams. He has nearly 15 years of experience representing plaintiffs, municipalities, and states in almost every aspect of litigation.

Since joining BFA, Matt has primarily focused on representing the plaintiffs in the multi-district litigation *In re: Facebook, Inc. Consumer Privacy Litigation*, which consolidates numerous cases that arose out of the Cambridge Analytica scandal. Before joining the firm, Matt was a partner at another plaintiffs' class action firm, where he represented cities, counties, and states in nationwide litigation concerning the marketing, distribution, and dispensing of prescription opioids. Among other roles in those cases, he represented the City and County of San Francisco, whose case was remanded as an MDL bellwether from *In re: National Opiate Litigation*. Matt also litigated numerous securities fraud lawsuits, including *Villella v. Chemical & Mining Company of Chile, Inc.*, *In re St. Jude Medical, Inc. Securities Litigation*, *In re LeapFrog Enterprise, Inc. Securities Litigation*, and *Jones v. Pfizer Inc.*, each of which resulted in plaintiff recoveries. All told, Matt has been a member of case teams that recovered more than $1.2 billion for investors, consumers, and municipalities.

Matt was previously a law clerk for the Honorable Joseph A. Greenaway, Jr. on both the United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit. He was also the Kazan-Wallace Attorney at Public Justice PC.

Matt has authored the articles *Planning for Aggressive Multiparty Discovery in a Fast-Moving, Complex MDL: An Example from the Opioids Litigation*, 89 UMCK L. Rev. 897 (2021); *A Theoretical Justification for Special Solicitude: States and the Administrative State*, 8 Cardozo Pub. L. Pol'y & Ethics J. 577 (2010); *Timeliness and the Non-Existence of Arbitration Agreements: Three Analogies*, 12 J. Consumer & Commercial L. 78 (2009); and *Towards an Explicit Balancing Inquiry—R.A.V. and Black through the Lens of Foreign Freedom of Expression Jurisprudence*, 59 Hastings L. J. 407 (2007).

Matt earned a B.A. from Wesleyan University and a J.D., *magna cum laude*, from the University of California, Hastings College of the Law (2008). He is admitted to practice in California (2008), the United States Courts of Appeals for the Third (2010) and Tenth (2009) Circuits, and the United States District Courts for the Northern (2010) and Central (2012) Districts of California.

| DERRICK FARRELL *Partner* | Delaware | • Email: dfarrell@bfalaw.com<br>• Tel: +1 302 499 2158<br>• www.bfalaw.com/ professionals/ derrick-farrell |
|---|---|---|

Derrick Farrell is a Partner in the Delaware office and focuses his practice on representing stockholders in direct and derivative breach of fiduciary duty class action litigation. Derrick has substantial trial experience in the Delaware Court of Chancery.

Derrick served as one of the attorneys representing the lead plaintiff in *In re: Dell Technologies Inc. Class V Stockholders Litigation*, which challenged the acquisition of Dell's Class V tracking stock by Dell's controllers. In November 2022, the parties reached an agreement to settle the case for $1 billion. If approved by the Delaware Court of Chancery, it will be the largest settlement in U.S. state court history.

Derrick also served as a lead member of the trial team and successfully obtained a $3.1 million partial settlement in *In re Sears Hometown and Outlet Stores Inc. Stockholders Litigation*. In addition to helping lead the trial team, Derrick successfully argued and won a motion to exclude the expert report and testimony of one of Defendants' expert witnesses. The case is currently in post-trial briefing.

Derrick has tried a number of other cases in the Delaware Court of Chancery including: *In re Appraisal of Ancestry.com, Inc.*; *IQ Holdings, Inc. v. Am. Commercial Lines Inc.*; and *In re Cogent, Inc. Shareholder Litigation*. He has also argued before the Delaware Supreme Court on multiple occasions.

Derrick began his career as a Clerk for the Honorable Donald F. Parsons, Jr., Vice Chancellor, Court of Chancery of the State of Delaware and thereafter gained substantial M&A experience as a defense lawyer at a prominent global law firm. He has guest lectured at Harvard University and co-authored numerous articles for various publications, including the Harvard Law School Forum on Corporate Governance and Financial Regulation and PLI.

| SARA PILDIS SIMNOWITZ *Special Counsel* | New York | • Email: ssimnowitz@bfalaw.com<br>• Tel: +1 212 789 2309<br>• www.bfalaw.com/professionals/sara-simnowitz |
|---|---|---|

Sara Pildis Simnowitz is Special Counsel at BFA, prosecuting a variety of complex litigations.

Sara has nearly twenty years of experience in all aspects of litigating complex matters. Sara is dedicated to prosecuting securities, antitrust, and consumer fraud class actions on behalf of institutional, municipal, and individual clients. Sara draws on her extensive litigation experience while playing a key role in prosecuting the Firm's antitrust and consumer cases, including *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*.

Sara is also an active member of BFA's securities litigation teams. For example, she was a member of the team in both *In re Teva Securities Litigation* and *In re Genworth Financial Securities Litigation*.

Before joining BFA, Sara was a senior associate at Arnold & Porter LLP, where she focused on complex commercial litigation. She previously practiced at Heller Ehrman LLP in New York and Foley Hoag LLP in Massachusetts, where she focused on complex commercial and securities litigation.

Sara earned a B.A., *summa cum laude*, from Brandeis University, a J.D. from the University of Chicago Law School (2001), and an M.A. from the London School of Economics and Political Science (2002). She is admitted to practice in Massachusetts (2002), New York (2006), the U.S. Supreme Court (2008), the U.S. Court of Appeals for the First Circuit (2003), and the U.S. District Courts for the District of Massachusetts (2002), the Southern and Eastern Districts of New York (2006), and the Western District of New York (2008).

| ANGELICA ORNELAS<br>*Associate* | Oakland | • Email: aornelas@bfalaw.com<br>• Tel: +1 415 445 4011<br>• www.bfalaw.com/professionals/<br>  angelica-ornelas |
|---|---|---|

Angelica has been a member of BFA's antitrust and consumer litigation team since 2020. She has substantial experience litigating class actions and other complex matters in federal courts across the country. She currently represents plaintiffs in consumer privacy litigation, including *In re Facebook, Inc., Consumer Privacy User Profile Litigation* and *Calhoun v. Google*. Prior to joining BFA, Angelica was an associate at a class action litigation firm, where she specialized in consumer protection and financial products litigation. She was appointed co-class counsel in *Prather v. Wells Fargo Bank, N.A.*, representing individuals who received illegal automated calls and text messages from the bank. Angelica was also a member of the litigation team in *Daccache v. Raymond James Financial, Inc.*, brought on behalf of victims of the Jay Peak investment fraud—the largest in the history of the EB-5 visa program—and *Larson v. John Hancock Life Insurance Company (U.S.A)*, a certified class action alleging that John Hancock improperly inflated cost of insurance charges deducted from its customers' life insurance policies.

From 2012-2013, Angelica was a Fellow at the California Monitor Program, a program of the California Attorney General, where she worked closely with Congresswoman Katie Porter to ensure that the nation's five largest mortgage servicers delivered the relief then California Attorney General Kamala Harris negotiated for Californians as part of the landmark $25 billion National Mortgage Settlement.

Angelica earned an undergraduate degree from UC Los Angeles and completed a master's program at San José State University before receiving her law degree from UC Berkeley. After law school, she clerked for the United States District Court for the Northern District of California and the United States Bankruptcy Court for the District of Nevada.

Angelica is an active member of the Sedona Conference, Working Group 1 on Electronic Document Retention and Production. Angelica is also a member of the Federal Bar Association, Northern District of California Chapter, and serves on the Board of the East Bay La Raza Lawyers Association Scholarship Fund. She has been selected as a Northern California Rising Star every year since 2017, named to The National Trial Lawyers' list of "Top 40 Under 40 Civil Plaintiff Trial Lawyers in California" from 2020 to 2022, and made the *Best Lawyers*: *Ones to Watch in America* (Insurance Law) list in 2022.

She is admitted to practice in California (2012), the U.S. Court of Appeal for the Ninth Circuit (2019) and the U.S. District Courts of the Northern District of California (2016), the Central District of California (2017), and the Northern District of Illinois (2019).

| JOSHUA SAMRA<br>*Associate* | Oakland | • Email: jsamra@bfalaw.com<br>• Tel: +1 415 445 4017<br>• www.bfalaw.com/joshua-samra |
| --- | --- | --- |

Josh Samra is an associate in the Firm's Antitrust and Consumer practice group. Josh currently plays a significant role in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, *Calhoun, et al. v. Google LLC*, and *In re Google RTB Consumer Privacy Litigation*.

Prior to joining BFA, Josh was a Deputy District Attorney in Contra Costa County. As a Deputy District Attorney, Josh oversaw all parts of criminal prosecutions, including filing complaints, preparing and arguing motions, interviewing witnesses, trying cases before a jury, and litigating post-trial appeals. During his time in the District Attorney's office, Josh prosecuted ten jury trials to verdict.

Josh earned his B.A. from the University of California Berkeley (2013) and his J.D. from the University of California Los Angeles (2016), where he served as an Associate Editor for the UCLA Law Review. Josh is admitted to practice in California (2016).

Josh is an active member of The Sedona Conference, Working Group 1 on Electronic Document Retention and Production, and Working Group 6 on International Electronic Information Management, Discovery, and Disclosure.

| JOOYOUNG KOO<br>*Projects Associate* | Oakland | • Email: jkoo@bfalaw.com<br>• Tel: +1 415 445 4003<br>• www.bfalaw.com /professionals/<br>jooyoung-koo |
| --- | --- | --- |

Jooyoung Koo is a Project Associate in BFA's Oakland office.

Jooyoung is an experienced attorney who has worked on complex IP, antitrust, consumer protection and pharmaceutical product liability cases, and has conducted in-depth document review and research analysis on wide variety of subject matters.

She is also fluent in Korean.

| KATHERINE SULLIVAN<br>*Projects Associate* | Oakland | • Email: ksullivan@bfalaw.com<br>• Tel: +1 415 445 4014<br>• www.bfalaw.com/katherine-sullivan |
| --- | --- | --- |

Katherine ("Kasey") joined the Firm in 2016 and is currently a Projects Associate in BFA's Oakland office. Kasey brings nearly two decades of experience to BFA. She currently plays a significant role in managing discovery in the *In re Domestic Airlines Travel Antitrust Litigation*, *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, and *In re Google RTB Consumer Privacy Litigation*.

Kasey earned her J.D. from Northwestern University School of Law (1999), and is admitted to practice in California (2000).

| MARGARET STRAKOSCH<br>*Projects Associate* | Oakland | • Email: mstrakosch@bfalaw.com<br>• Tel: +1 415 445 4003<br>• www.bfalaw.com/margaret-strakosch |
| --- | --- | --- |

Margaret ("Margo") Strakosch joined the firm in 2020 and is currently a Projects Associate in BFA's Oakland office, where she works with the consumer and antitrust litigation team.

Margo plays a significant role in BFA's discovery efforts against defendants in major consumer privacy class actions including In re: Facebook, Inc. Consumer Privacy User Profile Litigation and In re Google RTB Consumer Privacy Litigation.

Prior to joining BFA, she clerked for Alaska Supreme Court Justice Susan M. Carney and the U.S. Department of Labor's Office of Administrative Law Judges.

Margo earned her J.D. from the University of Michigan Law School (2015) and a B.A. from the Thomas More College of the Liberal Arts (2008). While at the University of Michigan Law School, Margo served as an Executive Editor of the Michigan Journal of International Law. Margo is admitted to practice in California (2018).

| GLEN TSURUDOME<br>*Staff Associate* | Oakland | • Email: gtsurudome@bfalaw.com<br>• Tel: +1 415 789 1348 |
| --- | --- | --- |

Glen joined BFA's Oakland office in 2019. Glen brings over a decade of experience to his role as staff associate, where he focuses on prosecuting consumer and antitrust class actions. Glen is a key member of the team litigating the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* and *Calhoun, et al. v. Google LLC*.

Glen received a B.A. (2005) from the UC San Diego and a J.D. from the University of San Francisco School of Law (2005). Glen has also completed the Yamasa Institute Academic Intensive Japanese Program (2012). Glen is admitted to practice in California (2005).

| JENNIFER JURMARK<br>*Senior Discovery Operations Manager* | New York | • Email: jjurmark@bfalaw.com<br>• Tel: +1 212 789 1340<br>• www.bfalaw.com<br>/professionals/Jennifer-jurmark |
|---|---|---|

As BFA's Senior Discovery Operations Manager, Jennifer Jurmark oversees daily discovery operations firmwide and manages large scale document reviews. She works closely with Partners, Associates, Staff Attorneys and other external stakeholders on the strategy and implementation of eDiscovery protocols for complex high-stakes litigation. Jennifer leverages AI and Data Analytics to optimize evidence gathering and case analysis.

Jennifer helped lead the eDiscovery efforts and designed and implemented workflows for document reviews as a member of the teams that prosecuted the securities actions concerning Teva Pharmaceuticals Industries Ltd, Granite Construction Inc, and Allianz Global Investors U.S. LLC. Currently, Jennifer manages the eDiscovery efforts as a member of the teams litigating BFA's securities case against Elastos, and the firm's derivative action against Tesla's Board of Directors. She also helps manage eDiscovery efforts in the *In re Google RTB Consumer Privacy Litigation*.

Jennifer has nearly fifteen years of experience working at the intersection of law, business and technology. Prior to joining BFA, Jennifer worked at large financial institutions and law firms. In her prior roles, she gained extensive experience managing and leading eDiscovery efforts for multiple complex investigations and litigations using cutting edge technology, advising senior stakeholders daily, and running large document review teams.

For more information, please visit:
www.bfalaw.com