# <u>Exhibit 30</u>

# COTCHETT PITRE & McCARTHY LLP

BURLINGAME │ LOS ANGELES │ NEW YORK │ SEATTLE
WWW.CPMLEGAL.COM

# FIRM RESUME

## WHO WE ARE

Cotchett, Pitre & McCarthy, LLP, based on the San Francisco Peninsula for over 50 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in Burlingame, Los Angeles, New York and Seattle, the core of the firm is its people and their dedication to principles of law, work ethic and commitment to justice.

Most clients are referred by other lawyers who know of the firm's abilities and reputation in the legal community. We are trial lawyers dedicated to achieving justice.

The firm takes on a broad range of just causes, including individual and class actions for consumers, public entities, and whistleblowers involving corporate abuse, antitrust, securities and stock losses, products liability, aviation, construction, elder abuse, injury, wrongful death, mass torts, insurance, intellectual property, employment, human rights/public interest, and First Amendment cases.

For more information, please see the firm's website at http://www.cpmlegal.com.

1

# WHAT WE DO

A brief selection of cases is presented below to exemplify the breath and scope of Cotchett, Pitre & McCarthy's experience relevant to this action.

## CONSUMER CASES

### School Districts Social Media Litigation
**United States District Court, Northern District of California**
CPM represents school districts and educators against major social media companies including YouTube, TikTok, and Facebook, for youth-targeting business practices which are alleged to addict students to social media causing absenteeism and school vandalism, while increasing the need for schools to provide mental health and counseling services. The complaints assert claims for public nuisance and RICO, among other causes of action.

### In re Apple Inc. Device Performance Litigation
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel representing a nationwide class of Apple customers alleging that Apple issued software updates that slowed down ("throttled") the performance of certain iPhones. On March 17, 2021, the District Court granted final approval of the class settlement of $310 million to $500 million. The District Court entered Judgment on March 23, 2021.

### In re TikTok Inc., Consumer Privacy Litigation
**United States District Court, Northern District of Illinois**
CPM represents an individual who filed a privacy lawsuit in the Northern District of California that was transferred and consolidated with related cases in a multidistrict litigation (MDL) proceeding in the Northern District of Illinois alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"). The action is currently pending.

### In re Robinhood Outage Litigation
**United States District Court, Northern District of California**
CPM represents a putative class of consumers impacted by major outages of Robinhood's stock trading platform during key fluctuations in the stock market. Plaintiffs allege that Robinhood was negligent in the development and maintenance of the Robinhood application and failed to implement an adequate business continuity plan as required by financial regulators.

### In re Zoom Video Communications, Inc. Privacy Litigation
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel representing a nationwide class of Zoom customers who allege privacy and security issues with the Zoom Meetings Application ("App"), including that Zoom shared certain information with third parties, and should have prevented unwanted meeting disruptions by third parties. In April 2021, the District Court approved the class settlement of $85 million.

2

***Yick v. Bank of America,***
**United States District Court, Northern District of California**
CPM is interim Co-Lead Counsel in a consumer class action related to Bank of America's failure to protect the personal information of California Employment Development Department (EDD) cardholders and improper freezing of cardholder accounts, thereby denying class members access to their unemployment benefits.  In June 2021, the District Court granted plaintiffs' motion for preliminary injunction and provisional class certification.

***In re: Lenovo Adware Litigation***
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel in this privacy case alleging that Lenovo surreptitiously installed malware on Lenovo computers, and the adware violates privacy laws by intercepting users' behavioral data, including browsing history and electronic communications.

***In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation***
**United States District Court, Eastern District of Virginia**
CPM is Co-Lead Counsel in the Lumber Liquidators case filed in the Eastern District of Virginia. The class action was filed against Lumber Liquidators alleging that their Chinese-manufactured laminate wood flooring products emit unsafe and dangerous levels of formaldehyde.

***Credit Counseling Industry Suit names Chase, Money Management International and Others***
**United States District Court, Central District of California**
CPM filed a consumer fraud case against JP Morgan Chase & Co., Chase Manhattan Bank USA, Money Management International (a/k/a Consumer Credit Counseling Service) and Money Management By Mail, Inc., alleging fraudulent "debt counseling" and debt collections in the subprime credit industry.

***In re: Hewlett-Packard Inkjet Printer Litigation***
**United States District Court, Northern District of California**
CPM represented consumers who were allegedly deceived by inaccurate low-on-ink warnings on Hewlett-Packard Inkjet Printers. The low-on-ink warnings appear even when there is a substantial amount of ink remaining in the ink cartridges, thereby misleading consumers into unnecessarily buying expensive ink cartridges.

***Rich v. Hewlett-Packard***
**United States District Court, Northern District of California**
CPM represented consumers in a class action lawsuit against Hewlett-Packard, alleging the company designed printers to use expensive color ink even when printing in black and white. Hewlett-Packard does not disclose this design to consumers, who are forced to buy expensive color ink cartridges even when they only print simple black and white documents.

3

# OUR ATTORNEYS

Cotchett, Pitre & McCarthy has a team of 33 trial lawyers, virtually all admitted to the California Bar and the District Courts, with experience in state and federal courts, mediations and arbitrations, and administrative proceedings. With offices in the San Francisco Bay Area, Los Angeles, Seattle and New York, we are prepared and able to serve our clients nationwide.

The core attorney team is introduced below. Each is experienced handling complex litigation and works with a full complement of attorneys and more than 50 professionals, including paralegals, investigators, and support staff.



### <u>NANCI NISHIMURA</u>

Nanci Nishimura is a partner at Cotchett, Pitre & McCarthy, and a member of the Plaintiff's Steering Committee. She leads the firm's complex individual actions focusing on business litigation, representing cities, counties, and other public entities and non-profit organizations in California, New York, and Texas, including the City of Los Angeles, The Regents of the University of California, and the City and County of San Francisco. She also handles community based pro bono work. She took a precedence-setting privacy case to the United States Supreme Court titled *Hanlon v. Berger*, 526 U.S. 808 in 1999.

Nanci serves on the California Commission on Uniform State Laws and was appointed by Governor Gavin Newsom (2020). Governors Brown and Newsom appointed her to the Commission on Judicial Performance (2011-2020) where she was the first woman non-judge elected Chair for two terms. She also served on the Northern District Judicial Appointments Committee and the State Bar Judicial Nominees Evaluation (JNE) Commission.

She is Co-Chair of Leaders Forum (created from the White House Initiative on Asian American, Native Hawaiian, Pacific Islanders), Advisory Board of the Smithsonian Institution Traveling Exhibition Services, Board of Trustees of the California Science Center Foundation, and a Foundation Trustee and Commissioner of the Asian Art Museum of San Francisco.

Nanci attended the University of Southern California with a B.A. in Psychology and M.A. in International Relations. She studied at Waseda University in Japan and the United Nations in Switzerland. Following a career in the United States and Japan in business development, she received her J.D. from the Columbus School of Law at The Catholic University in Washington, DC. She worked at the U.S. Overseas Private Investment Corporation, clerked at the U.S. International Trade Commission, and was a Legislative Aide to former Senator Daniel Inouye. She entered private practice in Los Angeles and joined CPM as a partner over 20 years ago.

4



**<u>BRIAN DANITZ</u>**

Brian Danitz is a partner at Cotchett, Pitre & McCarthy. Brian has substantial experience representing clients in state and federal litigation, arbitration, internal investigations, and government investigations, involving consumer class actions, commercial disputes, corporate and securities fraud, shareholder litigation, antitrust actions, and employee whistleblower complaints. His practice includes all aspects of civil litigation in state and federal courts.

Brian's cases involve complex issues including allegations of securities law violations, shareholder disputes including involving breach of fiduciary duty and corporate governance, trade secret violations, and commercial disputes.  Prior to CPM, Brian worked at a Silicon Valley law firm, representing clients in commercial litigation, securities litigation, and government enforcement matters.

Brian has provided commentary on consumer rights issues, has appeared on local as well as national news broadcasts, and has appeared as a speaker and panelist in MCLE presentations, most recently at the Consumer Attorneys of California (CAOC). Brian is actively involved in the California and Bay Area legal communities and served on the State Bar of California's 2021 Commission on Judicial Nominees Evaluation.

Prior to becoming a lawyer, Brian was a documentary filmmaker and producer of new media. Brian was the cinematographer for the Oscar-winning documentary Bowling for Columbine, Oscar-nominated film Sound and Fury, and Emmy Award winner TV Nation, and directed Ecological Design: Inventing the Future, Objects and Memory, and N is for Nuclear, among other films.

Brian received his J.D. from Fordham University School of Law, cum laude, where he was the Symposium Editor of the Fordham Intellectual Property, Media and Entertainment Law Journal. Brian received B.F.A. and M.P.S. degrees from New York University.



**<u>KARIN SWOPE</u>**

Karin Swope is a Partner at Cotchett, Pitre & McCarthy, where she represents clients in consumer protection law, privacy litigation, antitrust and securities litigation, environmental actions, and intellectual property counseling. Karin appears in state and federal courts, as well as before the USPTO.

Karin has helped consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process. She has been appointed as co-lead counsel and to steering committees in antitrust and consumer cases. She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA. She has also represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty.

Since 2008, Karin has served as an Adjunct Professor at Seattle University School of law, where she has taught the Intellectual Property Art Law Clinic.  She is currently serving as President of the board of the Intellectual Property Section of the Washington State Bar Association and is a member of the Western Washington Federal Bar Association Local Rules Committee. She has presented and/or co-chaired numerous CLE's on topics ranging from E-Discovery practices to Intellectual Property.

Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit.



### ANDREW KIRTLEY

Andrew Kirtley is a Partner at Cotchett, Pitre & McCarthy, specializing in complex civil litigation. Before joining CPM, Andrew was a litigator in the District of Columbia, where he worked at a tenants' rights law firm, the D.C. Bar Pro Bono Center, and a boutique law firm specializing in federal environmental and civil rights litigation.

Andrew earned his J.D. from Northeastern University School of Law and a Master of Environmental Law and Policy from Vermont Law School. He also led a successful campaign to improve recycling at the law school, was a constitutional law teaching assistant, and served as a research assistant on a brief filed in a Guantánamo Bay detainee case.

Andrew completed externships with U.S. Magistrate Judge Ronald Ellis in the Southern District of New York (New York, NY), the Navajo Nation Department of Justice (Window Rock, AZ), the U.S. Department of Justice (Washington, DC), and the Human Rights Law Network (New Delhi, India).  Before law school, Andrew worked as a bicycle messenger and in various other service industry jobs, and lived in Boston, Chicago, Kentucky, and France.



### JEFF MUDD

Jeff Mudd is a Senior Associate at Cotchett, Pitre & McCarthy, where he practices in a broad range of civil litigation, including consumer protection, antitrust, securities and business fraud, and qui tam false claims actions.

Prior to joining CPM, Jeff was a litigator at two major international firms in New York and Los Angeles, including matters involving antitrust, False Claims Act, trade secrets, employment law, cybersecurity, defamation, eminent domain, and commercial disputes.  Jeff also represented nonprofit organizations and underserved residents pro bono in prosecuting a Voting Rights Act case to change a township's election structure, which unfairly disadvantaged minority groups.

Jeff received his J.D. from New York University School of Law, cum laude, where he served as Editor-in-Chief of the NYU Journal of Law & Business, as a judicial extern to the Honorable John A. Kronstadt at the U.S. District Court for the Central District of California, and as a teaching assistant for legal research and writing courses.  Jeff graduated magna cum laude with a B.A. in Political Science from the University of California, Los Angeles (UCLA), where he also worked as a Supervisor at the John Wooden student recreation center.  Jeff also studied abroad at the University of Copenhagen in Denmark.

7