# **Exhibit 31**

**FIRM RESUME**



# IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION
NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 4:21-cv-02155-YGR-VKD



*We stand for our clients.*

| HEADQUARTERS | NEW YORK | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 455 Market Street | 100 N. Pacific Coast Highway | 231 S. Bemiston Avenue |
| Alton, IL 62002 | 7th Floor | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | New York, NY 10016-7416 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | TEL: (212) 784-6400 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (314) 644-6222 |
| | FAX: (212) 213-5949 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

##  GENERAL INFORMATION AND FIRM HISTORY



A LEADING NATIONAL LAW FIRM. Simmons Hanly Conroy is a leading national law firm representing individuals, businesses and government entities seeking justice. Our clients have been harmed in every conceivable way: by terrorism, child abuse, defective drugs and devices, toxic exposures and economic conspiracies. We are at home in the justice system, whether in state or federal court, and we seek the best procedural course for our clients, including the filing of individual cases, class actions, or multidistrict mass tort litigation, as circumstances require.

A STRONG FOUNDATION AND COMMITMENT TO JUSTICE. Led by John Simmons, Paul J. Hanly, Jr., and Jayne Conroy, and with over 90 attorneys and 150 support staff in offices coast to coast, the firm brings centuries of experience to bear against companies who have harmed American workers and families. We have spent years researching, talking to countless experts, and creating a network of knowledge that gives clients the comprehensive resources they deserve. We use these resources to level the playing field against larger opponents in and out of the courtroom, and we have prevailed. Rest assured that SHC has the resources and capital to handle almost any case, and the staying power to remain committed throughout the litigation process. We are resolute and unwavering in our stance against corporate wrongdoers.

A PROVEN RECORD OF SUCCESS. We stand on a strong foundation of values and a track record of success. We never lose sight of the fact that our success is measured one satisfied client at a time. Keeping this paramount is what helps drive our success. To date, Simmons Hanly Conroy has secured over $9 billion in settlements and verdicts on behalf of thousands of clients across the country.

A DIVERSE LITIGATION PRACTICE. OUR PRACTICE AREAS INCLUDE:

- ASBESTOS & MESOTHELIOMA LITIGATION
- DANGEROUS DRUGS & MEDICAL DEVICES LITIGATION
- SEXUAL ABUSE LITIGATION
- BUSINESS AND COMMERCIAL LITIGATION
- CATASTROPHIC PERSONAL INJURY LITIGATION
- CLASS ACTIONS & MASS TORT LITIGATION



# FIRM AFFILIATIONS & AWARDS

SIMMONS HANLY CONROY and its attorneys are listed in several peer-reviewed legal listings for its mass tort and private liability litigation practices, and have been recognized by a number of legal and business listings, including:



### BBB Accredited

The firm has been a Better Business Bureau (BBB) accredited business since 2003 and has maintained an A+ rating during that time. The BBB has processed 0 total complaints about this company in the last 36 months, the BBB's standard reporting period.

 

### U.S. News & World Report/Best Law Firm

Since 2014, the firm has been ranked one of the "Best Law Firms" in the country by U.S. News & World Report and Best Lawyers. The annual ranking is based on a rigorous research process, including client and lawyer evaluations, peer reviews from leading attorneys, and a survey completed by the firm.



### Martindale-Hubbell AV rating

Attorneys at Simmons Hanly Conroy have earned AV Preeminent ratings from Martindale-Hubbell. An AV rating, which identifies a lawyer with a very high to preeminent legal ability, is a prestigious peer-reviewed analysis of the attorney's expertise, experience, integrity and overall professional excellence.



### Super Lawyers & Rising Stars

Firm attorneys have been represented on the Super Lawyers and Rising Stars lists since 2006. The annual selections are made using a rigorous, multi-phased process of statewide lawyer surveys, an independent research evaluation of candidates and peer reviews by practice area.



### Named Among America's Elite Trial Lawyers: Product Liability

The National Law Journal, the nation's top legal publication, and Law.com teamed up to select law firms doing the most creative and substantial work on the plaintiff's side. This is the fifth year Simmons Hanly Conroy has been included among the nation's top 50 firms that secured the largest awards for their clients in that calendar year.



### Top 100 Verdicts & Settlement Lists

Verdicts and settlements secured by Simmons Hanly Conroy's trial teams have been consecutively ranked in national and state Top 100 Verdicts & Settlements lists since 2016. In the past four years, the Asbestos Department has won eight asbestos verdicts, totaling more than $180 million. These results were featured on the National Law Journal's Top 100 Verdicts list, The New York Law Journal's Top Verdicts & Settlements List, The (California) Daily Journal's Top Verdicts List, and Texas Lawyer's Top Verdicts & Settlements of the Southwest List.



# FIRM QUALIFICATIONS

## FIRM QUALIFICATIONS | *Notable Cases*

SIMMONS HANLY CONROY attorneys have a history of persevering for their clients amid the most challenging circumstances and fierce opposition during the course of class action and mass tort lawsuits. The following representative cases illustrate the firm's experience, commitment, and success in handling complex litigations.

### *Opioid Litigation*

Since 1999, the amount of opioids sold in the U.S. has nearly quadrupled. Over that same time period, the number of deaths from prescription opioids have also more than quadrupled. From 1999 to 2019, nearly 500,000 people have died in the United States from overdoses involving opioids.

As hundreds of thousands of people suffered from the metastasizing opioid epidemic, attorneys at Simmons Hanly Conroy took notice and effectively invented large-scale, multi-defendant opioid litigation against drug manufacturers. In 2003, the firm commenced groundbreaking opioid litigation and went toe-to-toe against pharmaceutical giants, becoming the only major plaintiffs' firm in the country at the time to prosecute and hold drug manufacturers accountable for the havoc they wreaked on individuals, families and governmental entities throughout the country.

Simmons Hanly Conroy continues to lead the way in opioid litigation against drug manufacturers, distributors and retail pharmacies. SHC shareholder Jayne Conroy is co-lead in the *In Re National Prescription Opiate Litigation, MDL 2804 (N.D. Ohio)* and a member of the Plaintiffs' Steering Committee in *In re McKinsey & Co. Inc. National Prescription Opiate Consultant Litigation,* MDL 2996 (N.D. Cal.). In addition, the firm currently represents 11 New York counties and New York City in on-going litigation against pharmaceutical companies and physicians over aggressive and fraudulent marketing of prescription opioid painkillers that has led to a drug epidemic.

### *In re Chantix (Varenicline) Products Liability Litigation*

Chantix, known by the generic name varenicline, works by blocking the effect of nicotine on the brain. In early 2008, U.S. Food and Drug Administration officials acknowledged receiving troubling reports from Chantix patients throughout the U.S. These reports included 34 cases of suicide and nearly 420 reports of suicidal thoughts and behaviors. Firm attorneys Jayne Conroy, Clint Fisher and David Miceli served on the Plaintiffs' Steering Committee against Pfizer. The case consolidated more than 2,500 lawsuits filed between 2009 and 2012 and was settled for approximately $299 million.

## FIRM QUALIFICATIONS | *Notable Cases (Cont.)*

### *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*

In December 2016, SHC Shareholder Jayne Conroy served on the lead trial team that secured a $1 billion jury verdict against the defendants on behalf of six patients who were injured by DePuy's Pinnacle metal-on-metal hip implant. The jury awarded more than $1 billion punitive damages and nearly $40 million compensatory damages. The legal team convinced the jury in the U.S. District Court for the Northern District of Texas, Dallas Division that J&J sidestepped standard regulatory review and mislead doctors to believe that the design of the market-leading device was safe. The evidence presented during testimony against J&J told the deeper story of how the science was manipulated in order to sell the product, Jayne Conroy said. The trial was the third bellwether trial as part of the federal multidistrict litigation.

In March 2016, SHC Shareholder Jayne Conroy served on the lead trial team that secured a $502 million jury verdict against the defendants on behalf of five patients injured by DePuy's Pinnacle metal-on-metal hip implant. The jury verdict for $142 million compensatory and $360 million punitive damages followed 37 days of testimony in the U.S. District Court for the Northern District of Texas Dallas Division. The trial was the second bellwether trial as part of the federal multidistrict litigation.

### *In re: Actos (Pioglitazone) Products Liability Litigation*

The Actos lawsuits alleged Takeda Pharmaceutical Company executives ignored or downplayed risks about the drug's cancer-causing potential before Actos went on sale in the U.S. in 1999, and also misled regulators about the medication's risks. As reported by Bloomberg, Takeda executives failed to provide clear warnings about the associated cancer risk for at least seven years. Although research showed a link between Actos and bladder cancer, the company chose not to issue warnings to consumers. SHC Shareholder Jayne Conroy served as a court-appointed member of the Plaintiff's Steering Committee and helped secure millions of dollars for clients, with a global total of $2.37 billion.

### *Joseph Jean-Charles v. Douglas Perlitz et al.*

The firm represented 24 Haitian boys who were the victims of a pedophile sponsored by Fairfield University and the Society of Jesus. Members of the firm traveled to Haiti on numerous occasions to investigate the case and provide counsel to the victims. Because of their extraordinary efforts in both Haiti and the federal court proceedings in the United States, the firm was able to hold the defendants responsible and provide justice to the victims and their families, garnering a $12 million settlement and $500,000 per victim.

## FIRM QUALIFICATIONS | *Notable Cases (Cont.)*

*In re: Yasmin and YAZ (Drospirenone) Marketing,*
*Sales Practices and Products Liability Litigation*

Bayer aggressively marketed its birth control medications Yaz and Yasmin, claiming the medications also treated PMS symptoms, caused weight loss and treated acne. Not only were the claims misleading, according to the FDA, but the newer pill was also found to be three times more likely to cause serious, fatal complications. SHC, led by attorney Jayne Conroy, and joined by attorneys Trent Miracle and Paul Hanly, Jr., filed litigation on behalf of over 100 clients injured by the drug. Ms. Conroy and Mr. Miracle were appointed to leadership positions on the federal Yaz MDL and helped negotiate the final global settlement of $1.69 billion dollars for all women harmed by the drug.

*In Re: Toyota Motor Corp. Unintended Acceleration Marketing,*
*Sales Practices, and Products Liability Litigation*

SHC filed the first lawsuits on behalf of vehicle owners harmed by unintended acceleration in 2010. Three years of hard-fought litigation followed in which firm shareholder Jayne Conroy played a leading role, having been appointed by U.S. District Judge James Selna as a member of the plaintiffs' leadership team. In connection with the settlement, Ms. Conroy was separately appointed by Judge Selna as one of three settlement allocation counsel charged with overseeing the allocation of settlement funds to millions of Toyota owners throughout the United States. SHC helped to secure more than $1.1 billion, plus $200 million in attorneys' fees and Toyota's reimbursement of plaintiffs' counsel's expenses in the amount of approximately $27 million

*Chambers et al v. Merrill Lynch & Co., Inc., et al.*

In this nationwide class action suit, the firm represented 1,100 former Merrill Lynch financial advisors who were denied deferred compensation benefits upon the acquisition of the company in 2009 by Bank of America. The complex case involved difficult issues of contract interpretation in the context of class certification. The settlement was in the amount of approximately $20 million for the plaintiffs. Shareholder Paul Hanly, Jr. served as lead counsel.

## FIRM QUALIFICATIONS | *Notable Cases (Cont.)*

### *Families Impacted by 9/11 Terrorist Attack*

SHC proudly represented thousands of family members of September 11 victims in their suits against financial sponsors of terrorism and against airlines and airport security companies. Working directly with Ronald L. Motley in this litigation, Simmons Hanly Conroy co-founder Jayne Conroy was appointed to a leadership role on the Plaintiffs Executive Committee for Personal Injury and Death Claims. She, and other firm mass tort attorneys, represented the consolidated cases against the airlines and security companies in the multidistrict litigation against the financial sponsors of terrorism. In 2007, the litigation was settled for hundreds of millions of dollars in payments to clients of the firm. The firm also represented property owners who suffered financial injury as a result of the September 11 attacks.

### *Synergetics USA, Inc. v. Alcon Laboratories Inc., et al.,*

SHC represented Synergetics, a small medical device manufacturer, in an antitrust lawsuit against a larger competitor. The suit alleged that Alcon engaged in certain anti-competitive conduct in the market for vitreoretinal surgical equipment and supplies. Shareholder Paul Hanly, Jr. served as lead counsel and the firm secured a $32 million settlement.

### *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*

A total of $15.9 billion in a class action lawsuit was awarded to the owners of Volkswagen diesel vehicles that had secret software installed to falsely pass emission tests. More than $10 billion of the settlement was for buybacks of 2.0-liter diesel vehicles and owner compensation. Another $1.2 billion was for buybacks of 3.0-liter diesel vehicles and the remaining $4.7 billion went to offsetting excess emissions. Shareholder Jayne Conroy serves on the Plaintiffs' Executive Committee of the Volkswagen MDL.

### *In re Syngenta MIR162 Corn Litigation*

The subject of the case was Syngenta's Agrisure Viptera corn, a strain that had been genetically modified to be resistant to insects. While Viptera had been approved in 2010 for sale in the United States, it did not have such acceptance in corn markets worldwide, which class members allege was responsible for economic chaos within the U.S. corn market. Shareholder Jayne Conroy served on the Plaintiffs' Steering Committee for the Syngenta MIR 162 MDL and the case ultimately resulted in Syngenta agreeing to pay $1.51 billion to the members of a class of U.S. farmers who either grew corn or rent land for growing corn. The result was considered by some to be the largest monetary award to-date in a court case involving agriculture.

## FIRM QUALIFICATIONS | *Notable Cases (Cont.)*

### *In re Meta Pixel Healthcare Litigation*
### Case No. 3:22-cv-03580-WHO (N.D. Cal.)

Simmons Hanly Conroy led the charge against Meta in this privacy litigation, alleging that Meta, through its "Meta Pixel," unlawfully tracked, collected and used patients' Health Information. *In re Meta Pixel Healthcare Litigation* is a consolidated class action in the Northern District of California, alleging claims for federal, state and common law claims. Shareholder Jay Barnes was appointed co-lead.

### *In re Facebook Internet Tracking Litigation*
### Case No. 5:12-md-02314 (N.D. Cal.)

A class action filed on behalf of Facebook Users, *In re Facebook Internet Tracking Litigation* is a privacy suit against Facebook that challenges the company's use of cookies to track Facebook users even after they have logged out of the platform. Filed in the Northern District of California, Plaintiffs allege violation of the Federal Wiretap Act, the Stored Communications Act (SCA), the Computer Fraud and Abuse Act (CFAA) and California common law and statutes. Plaintiffs pursued the case from the Northern District of California to the Ninth Circuit, where they prevailed and garnered a decisive holding that privacy violations are concrete injuries. Following this victory, Plaintiffs successfully negotiated a $90 million settlement. SHC Shareholder Jay Barnes serves as chair of the Plaintiffs' Steering Committee and a member of a three-person Executive Committee.

*In re Facebook Internet Tracking Litigation* stands as a leading decision from the Ninth Circuit on key data privacy claims, including the ECPA, intrusion upon seclusion, and whether economic standing is established from the surreptitious taking and use of Internet user personal information through web-browsers. Following Plaintiffs' victories, lawyers at defense firm Quinn Emanuel Urquhart & Sullivan warned: "companies that profit from the sale of user data should be on notice that the decision in *In re Facebook, Inc. Internet Tracking Litigation* may well be a watershed for data privacy lawsuits in this area."[1]

---

[1] https://www.jdsupra.com/legalnews/june-2020-facebook-cookies-and-data-27641/

## FIRM QUALIFICATIONS | *Leadership Appointments (Partial List)*

SHC attorneys have held leadership roles in high-stakes, high-profile litigation of national scope. To be appointed, the firm and its attorneys must have a track record of experience and demonstrate that they have the resources necessary to litigate the cases to resolution. SHC attorneys hold leadership roles in the following case:

- *In re Facebook Internet Tracking Litig.*, Case No. 5:12-md-02314 (N.D. Cal.)
- *In re Google RTB Privacy Litigation,* Case No. 4:20-cv-02155 (N.D. Cal.)
- *In Re National Prescription Opiate Litig.*, MDL 2804 (N.D. Ohio)
- *In re McKinsey & Co. Inc. National Prescription Opiate Consultant Litig.*, MDL 2996 (N.D. Cal.)
- *In re Allergan Biocell Textured Breast Implant Prods. Liab. Litig.*, MDL No. 2921 (D.N.J)
- *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, And Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.)
- *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Prod. Liab. Litig.*, MDL 2151 (C.D. Cal.)
- *In re Terrorist Attacks on September 11, 2001*, MDL 1570 (S.D.N.Y.)
- *In re DePuy Pinnacle Hip Implant Prods. Liab. Litig.*, MDL 2244 (N.D. Tex.)
- *In re DePuy ASR Hip Implant Prods. Liab. Litig.*, MDL 2197 (N.D. Ohio)
- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010*, MDL 2179 (E.D. La.)
- *In re Syngenta AG MIR162 Corn Litig.*, MDL 2591 (D. Kan.)
- *In re Lipitor Prods. Liab. Litig.*, MDL 2502 (D.S.C.)
- *In re Zoloft Products Liability Litigation*, MDL 2342 (E.D. Pa.)
- *In Re Propecia (Finasteride) Product Liability Litigation*, MDL 2331 (E.D.N.Y.)
- *In re Pelvic Repair System Products Liability Litigation*, MDL 2325, 2326 & 2327 (S.D. W. Va.)
- *In re Actos Products Liability Litigation*, MDL 2299 (W.D. La.)
- *In re Yazmin and Yaz (Drospirenone) Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 2100 (S.D. Ill.)
- *In re Chantix (Varenicline) Prods. Liab. Litig.*, MDL 2092 (N.D. Ala.)
- *In re Gadolinium-Based Contrast Agents Prods. Liab. Litig.*, MDL 1909 (N.D. Ohio)
- *In re Zyprexa Litig.*, MDL 1596 (E.D.N.Y.)

FIRM QUALIFICATIONS | *Resources and Commitment*



Cases over the years: This map shows the amount of cases the we have filed in each state since 1999.

SHC has more than 70 lawyers and 150 support staff, has extensive financial resources, has extensive experience in mass torts and complex litigation, has a significant reputation nationwide, and has successfully prosecuted thousands of claims against some of the largest companies in the world.

Simmons Hanly Conroy has the track record, the staying power and the resources to handle all phases of litigation of this matter and the firm is committed to aggressively prosecuting this case through final resolution. Our firm has and will continue to litigate cases in multiple courts across the country, and we have the resources and the capital to support ongoing litigation. A sample list of the resources we bring to bear are as follows.

## OUR RESOURCES

- ✓ 90 plus attorneys and 150 paralegals, assistants and support staff spread through six offices in the United States

- ✓ 16 full-time case investigators, including former police officers

- ✓ State-of-the-art technical support for document management and trial preparation

- ✓ Research and Discovery Department comprised of veteran attorneys and PhD researchers

- ✓ Robust national network of consulting and trial experts

 **ATTORNEY QUALIFICATIONS**

## ATTORNEY QUALIFICATIONS | *Jayne Conroy, Leadership*



Jayne Conroy is a named shareholder at Simmons Hanly Conroy and oversees the Complex Litigation Department. Under her leadership, the firm has become one of the country's largest plaintiff law firms dedicated to helping those injured by corporate wrongdoing. With a legal career spanning more than three decades, Jayne has earned a superb national reputation as an elite trial lawyer, skilled strategist and decisive negotiator. She has consistently helped secure billions of dollars in verdicts and settlements for thousands of individuals, families and communities in numerous courtrooms nationwide.

Jayne focuses her practice in mass torts, class actions, product liability, pharmaceutical and sexual abuse litigation. She serves or has served on dozens of court-appointed leadership committees in complex legal actions of national scope.

### FIGHTING THE OPIOID EPIDEMIC

Jayne and the firm are at the forefront of unprecedented litigation that seeks to resolve the ongoing opioid epidemic. The litigation looks to secure meaningful funds for communities that incurred millions in costs related to dealing with the estimated 400,000 opioid-related deaths since 1996. A sampling of Jayne's leadership in the opioid litigation includes:

- *In re: National Prescription Opiate Litigation, MDL 2804 (N.D. Ohio 2018).* Co-Lead of Plaintiffs' Executive Committee.
- *In re McKinsey & Co Inc National Prescription Opiate Consultant Litigation, Judicial Panel on Multidistrict Litigation, No. 2996.* Court-appointed member of the Plaintiffs Steering Committee.
- *In re: Opioid Litigation, case number 400000/2017; County of Suffolk v. Purdue Pharma LP et al., case number 400001/2017; County of Nassau v. Purdue Pharma LP et al., case number 400008/2017; and State of New York v. Purdue Pharma LP et al., case number 400016/2018, in the Supreme Court of the State of New York, County of Suffolk.* Lead counsel for Suffolk County. $1.7 billion in settlements.

### A SAMPLING OF RESULTS

- **$26 billion global settlement** with McKesson Corp., Cardinal Health Inc., AmerisourceBergen Drug Corp. and Johnson & Johnson as part of the National Prescription Opiate MDL.
- **Over $1.7 billion in verdicts** for those affected by J&J/DePuy Pinnacle hip replacement devices after four bellwether trials.
- **$60 million** to a class of 170+ Haitian boys abused by a convicted pedophile at a school sponsored by a Connecticut-based university.
- **$16 billion global settlement** for owners of VW vehicles involved in the 2016 emissions scandal.
- **Multiple billions of dollars in claims** for businesses and individuals harmed by the Deepwater Horizon Oil Spill.
- **$1.69 billion global settlement** for women injured by Yaz birth control.
- **Hundreds of millions of dollars in settlements** for the families and victims of the 9/11 tragedy.

## ATTORNEY QUALIFICATIONS | *Jason "Jay" Barnes, Shareholder*



Jay Barnes is a shareholder at Simmons Hanly Conroy in the Complex Litigation Department. He leads the Class Action Litigation Team and focuses his practice on consumer protection and data privacy lawsuits. Prior to joining the firm, Jay served eight years as a state representative in the Missouri General Assembly. There, he fought against fraud, abuse and waste as chairman of the House Committee on Government Oversight and Accountability. He also served as chairman of the Special Investigative Committee on Oversight formed in 2018 to investigate the wrongdoings of former Missouri governor Eric Greitens.

As a shareholder, Jay represents hardworking people who have been wronged through corporate fraud and utilizes a mixture of experience, dedication, professionalism and tenacity to secure justice on behalf of his clients. As one of the nation's leading consumer-privacy attorneys, Jay has held leadership positions and key roles in several notable privacy cases, including:

- *In re Google Cookie Placement Consumer Privacy Litig.*, 806 F.3d 125 (3d Cir. 2015): Jay was a member of the Plaintiffs' Steering Committee. The case is the first decision to establish that a company can be held liable for intrusion upon seclusion for misleading consumers about their privacy practices.

- *In re Nickelodeon Consumer Privacy Litig.*, 827 F.3d 262 (3d Cir. 2016): Jay was co-lead counsel on this case. *Nickelodeon* remains a staple of the data privacy jurisprudence. It is the first post-*Spokeo* decision from any Circuit court to affirmatively hold that privacy injury is sufficient to confer Article III standing for common law torts and statutory claims. I served as co-lead counsel with two other firms; had responsibility for briefing the intrusion, Wiretap, and VPPA claims; and successfully argued the appeal before the Third Circuit.

- *In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020): Jay is chair of the Plaintiffs' Steering Committee and a member of a three-person Executive Committee. This case is the leading decision from the Ninth Circuit on key privacy claims, including the ECPA, intrusion upon seclusion, and whether economic standing is established from the surreptitious taking and use of Internet user personal information through web-browsers.

An Award-winning Attorney, Jay's accomplishments are well-documented not only through verdicts, settlements and press clippings, but also through the awards and accolades he's received from his peers and community. A small sampling of notable honors include:

- Influential Lawyer Award, Missouri Lawyers Weekly, 2019
- Champion of Justice Award, Missouri Association of Trial Attorneys, 2018
- State Advocate of the Year Award, St. Louis Children's Hospital, 2015
- Rory Ellinger Legislative Award, The Legal Services of Eastern Missouri, 2015
- Legislator of the Year Award, Missouri Bar Association, 2014

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/jason-barnes/

ATTORNEY QUALIFICATIONS | *Eric S. Johnson, Shareholder*



Eric Johnson is a shareholder at Simmons Hanly Conroy, focusing his practice on complex litigation, mass torts and consumer class actions. Eric graduated with his master's degree in public health from the University of Illinois at Chicago and earned his J.D. from St. Louis University's School of Law where he was a member of the school's National Moot Court Competition Team. During law school, he also worked as a law clerk for Judge Paula Bryant in the 22nd Judicial Circuit Court in St. Louis. Eric is a member of the Missouri Bar and admitted to practice in the Eastern and Western Districts of Missouri, and the South and central Districts of Illinois.

As a shareholder of the firm, Eric has represented individuals in consumer protection and consumer fraud class actions, dangerous drugs and defective medical devices litigations, and data privacy actions. In 2012, Eric was selected to serve on the national multidistrict litigation discovery sub-committee involving the DePuy Pinnacle System metal-on-metal hip implant. He was also awarded the Judge Robert G. Dowd, Sr. Appellate Advocacy Award in 2008.

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/eric-johnson/

ATTORNEY QUALIFICATIONS | *An V. Truong, Shareholder*



An Truong is an shareholder at Simmons Hanly Conroy in the Complex Litigation Department. Located in the firm's New York City office, An works with a team of attorneys to give clients a voice against corporations who prioritize profits over individuals' health and safety. Her practice is focused on advocating for the rights of consumers against large corporations, including class actions involving product liability, consumer fraud, and data privacy violations.

Currently, An serves on the law & briefing committee in the multidistrict litigation, *In re: Allergan Biocell Textured Breast Implant Products Liability Litigation*, MDL No. 2921, and she is a member of the litigation team for *Calhoun, et al. v. Google, LLC*, 20-cv-05146, *In re Google RTB Privacy Litigation*, 20-cv-02155, and *In re Meta Pixel Healthcare Litigation*, 22-cv-03580.

Prior to joining Simmons Hanly Conroy, An worked as a senior appellate court attorney with the New York Supreme Court, Appellate Division. An is a graduate of The Ohio State University and obtained her J.D., *cum laude*, from New York Law School. She is a member of the New York Bar and admitted to practice in the Southern and Eastern Districts of New York.

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/an-truong/

## ATTORNEY QUALIFICATIONS | *Erin Gee, Associate*



Erin Gee is an attorney at Simmons Hanly Conroy in the Complex Litigation Department. Her practice is focused on complex legal matters involving privacy, pharmaceutical, and medical device issues.

Erin was a member of the trial team for the bellwether trials in MDL 2244, *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, in the United States District Court for the Northern District of Texas. Together, the three trials resulted in more than $1.5 billion in jury verdicts and led to settlement of one of the largest MDLs in the country. Erin was also involved with individual cases pending in MDL 2391, *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation*, in the United States District Court for the Northern District of Indiana. In addition to briefing key issues, she assisted lead counsel with one of the largest and most diverse post-global settlement/opt out group of Biomet plaintiffs.

Erin received a B.B.A. in Management from Texas A&M University and her J.D. from Baylor University School of Law. While there, she served on the *Baylor Law Review* and participated in both mock trial and moot court teams.

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/erin-gee/

## ATTORNEY QUALIFICATIONS | *Jenny Paulson, Associate*



Jenny Paulson is an associate at Simmons Hanly Conroy. She joined the firm's Complex Litigation Department in 2022, and focuses her practice on consumer class action lawsuits. Located at the firm's Alton, Illinois office, Jenny works closely with the trial attorneys on all aspects of litigation from initial investigation, to pleadings and discovery, and on to trial preparation.

Prior to joining the firm, Jenny served as a judicial law clerk to Chief Judge Nancy J. Rosenstengel, the Honorable Mark A. Beatty and the Honorable Clifford J. Proud in the U.S. District Court for the Southern District of Illinois.

Jenny received a B.A. in English from The Ohio State University in 2014. She received her J.D. and MBA from Southern Illinois University School of Law, graduating summa cum laude and first in her class.

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/jenny-paulson/