Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD** <br><br> **DECLARATION OF BETHANY CARACUZZO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: TBD <br> Time: <br> Dept.: <br> Judge: Hon. Yvonne Gonzalez Rogers |

I, Bethany Caracuzzo, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court and a partner of Pritzker Levine LLP, one of law firms representing plaintiffs in this matter. I submit this declaration in support of plaintiffs' motion for class certification. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

I. **Google's Representations That It Does Not Sell Users' Personal Information**

2. From at least September 10, 2015 to the present, Google represented to its account holders that it does not sell users' personal information. This promise appears in several places, including:

    A. *Privacy & Terms – - Technologies - Privacy Principles*

3. Google publishes to the public a document titled *Privacy & Terms*. From September 10, 2015 through the present, Google represented on its public website, under the *Privacy & Terms – Technologies and Principles – Privacy Principles* heading, that "We don't sell user's personal information":

**Privacy principles**

4. **Give users meaningful choices to protect their privacy.**

People have different privacy concerns and needs. To best serve the full range of our users, Google strives to offer them meaningful and fine-grained choices over the use of their personal information. We believe personal information should not be held hostage and we are committed to building products that let users export their personal information to other services. We don't sell users' personal information.

4. A true and correct copy of one of Google's *Privacy & Terms - Technologies – Privacy Principles* documents, dated September 10, 2015, and which was produced by Google in this action at Bates No. GOOG-HEWT-00058417, is attached as **Exhibit 34**[1] hereto.

5. The above promise appears consistently in subsequent versions of the *Privacy & Terms* documents, produced by Google. GOOG-HEWT-00058419 (June 13, 2016); GOOG-HEWT-00058413 (August 22, 2016); GOOG-HEWT-0058415 (October 17, 2016); GOOG-HEWT-00058409 (November 2, 2016) and GOOG-HEWT-00058411 (November 10, 2017). In the interests of efficiency and judicial economy, plaintiffs do not attach every version. Should the Court wish for plaintiffs to provide the others, plaintiffs can and will do so.

6. The *Privacy & Terms – Technologies – Privacy Principles* documents, containing the above promise, were and are publicly posted on Google's public website, and Google continues to reference them, direct users to them, and hyperlink them in the Google Privacy Policies under "technologies and principles" through to the present. *See*, for example, Google's June 28, 2016 *Google Privacy Policy*, p. 10/17, a true and correct copy of which is attached as **Exhibit 35** hereto. The June 28, 2016 Privacy Policy is also Exhibit 6 to the Consolidated Class Action Amended Complaint ("CCAC") and is publicly available on Google's website at: https://policies.google.com/privacy/archive/20160628?hl=en-US.

7. To this day, when a user clicks on the hyperlink to "technologies" contained within the *Google Privacy Policy* (https://policies.google.com/privacy?hl=en-US) under "Other useful resources", they are brought to a page entitled "Privacy & Terms - Technologies" which then hyperlinks to "Our Privacy Principles" within the Google Safety Center (https://safety.google/principles/?hl=en_US). *See* excerpt in ¶ 12, below. Note: the July 1, 2023 most-current *Google Privacy Policy* does not number it's pages, so pinpoint cites cannot be included here.

---

[1] Exhibits 1 – 33 are attached to the Declaration of Elizabeth C. Pritzker filed herewith.

B.  *Safety Center – Our Privacy & Security Principles*

8. The *Safety Center* is publicly posted on Google's public website, and Google referenced it, directed users to it, and hyperlinked it under "safety center" in Google's Privacy Policies from at least September 20, 2018 to the present. *See, for example*, the June 28, 2016 Privacy Policy (Ex. 35), p. 10.

9. From at least September 20, 2018 to the present, in its *Safety Center*, under the heading *Our Privacy & Security Principles* Google represented and continues to represent that "It's important to clarify that our user's personal information is simply not for sale":

> 3. **Never sell our users' personal information to anyone.**
>
> We use data to make Google products like Search and Maps as useful as possible. We also use data to serve more relevant ads. While these ads help fund our services and make them free of charge for everyone, it's important to clarify that our users' personal information is simply not for sale.

10. A true and correct copy of Google's *Safety Center - Our Privacy & Security Principles* document, dated September 20, 2018, which was produced by Google at Bates No. GOOG-HEWT-00459543 is attached as **Exhibit 37** hereto.

11. Google has produced 54 of these *Privacy & Security Principles*, for 50 distinct dates during the time period September 20, 2018 to the present. They all contain the same language. In the interests of efficiency and judicial economy, plaintiffs do not attach every subsequent version. Should the Court wish for plaintiffs to provide the others, plaintiffs can and will do so.

12. The above promise appears consistently in each of the 54 versions, and remains in place to the present. To this day on Google's website, the "Our Privacy Principles" document

> **3. Never sell our users' personal information to anyone.**
>
> We use data to make Google products like Search and Maps as useful as possible. We also use data to serve more relevant ads. While these ads help fund our services and make them free of charge for everyone, it's important to clarify that our users' personal information is simply not for sale.

1  hyperlinked within the Google Safety Center (https://safety.google/principles/?hl=en_US ),
2  continues to promise:

   C.   *How Our Business Works*

13.    From at least February 22, 2020 to the present, on its *How Our Business Works* page, Google represents that, "We don't not sell your personal information to anyone…we never sell your personal information to anyone…Advertisers do not pay us for personal information…We never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation to personalize ads to you…" and that Google, though it shares reports "we do so without revealing any of your personal information

> We don't sell your personal information to anyone
> We use your personal information to make our products more helpful to you. It's how we can autocomplete your searches, get you home faster with Maps, or show you more useful ads based on your interests. But we never sell your personal information to anyone and you can use many of our products without signing in or saving any personal information at all.
>
> When we show ads, advertisers pay us either for the placement of an ad -- like a banner at the top of a web page -- or for how an ad actually performs -- like when someone

> clicks on it. Advertisers do not pay us for personal information, such as your name or email, and we never share that information with advertisers, unless you ask us to. We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you. We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected with industry-leading security technologies.

14.    A true and correct copy of Google's *How Our Business Works* page that existed on February 22, 2020 is attached as **Exhibit 38** hereto and is publicly available online at:

1  https://web.archive.org/web/20200222164213/https://about.google/intl/en_US/how-our-business-works/; see also a copy downloaded by plaintiffs on March 25, 2021, attached as Ex. 5 to the CACC. On July 6, 2023, Google produced 83 copies of the *How Our Business Works*, dated from February 14, 2020 to April 12, 2023. These contain the same promises, as does the current version, which is available on Google's website at: https://about.google/intl/en_US/how-our-business-works/.

> **What's covered in these terms**
>
> We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.
>
> These Terms of Service reflect <mark>the way Google's business works,</mark> the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

15. *How Our Business Works* has been incorporated and hyperlinked in Google's Terms of Service, from at least the March 31, 2020 Terms of Service to the present, under "the way Google's business works":

16. A true and correct copy of Google's March 31, 2020 Terms of Service is attached as **Exhibit 39** hereto, and publicly: https://policies.google.com/terms?hl=en-US. Google next issued a new Terms of Service on January 5, 2022, a true and correct copy of which is **Exhibit 41** hereto, and at: https://policies.google.com/terms?hl=en; this is the current version.

D.  *The Google Privacy Policy*

17. From March 31, 2020 continuing to the present, the Privacy Policy continues to represent to users whose information Google contends falls under the California Consumer Privacy Act ("CCPA"), that "Google does not sell your personal information.":

> **California requirements**
>
> The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.
>
> This Privacy Policy is designed to help you understand how Google handles your information:
>
> - We explain the categories of information Google collects and the sources of that information in Information Google collects.
> - We explain how Google uses information in Why Google collects data.
> - We explain when Google may share information in Sharing your information. Google does not sell your personal information.

Attached as **Exhibit 40** is a true and correct copy of the Privacy Policy dated March 31, 2020 which was produced by Google at GOOG-HEWT-00001203, is Ex. 16 to the CCAC, and at: https://policies.google.com/privacy/archive/20200331

18. The two most-recent versions of Google's Privacy Policy, effective December 15, 2022 and July 1, 2023, set forth similar information under a section now entitled "U.S. state law requirements":

> We explain when Google may disclose information in Sharing your information. Google does not sell your personal information. Google also does not "share" your personal information as that term is defined in the California Consumer Privacy Act (CCPA).

19. Google issued at least 19 versions of its Privacy Policy during the proposed Class Period to the present. Many of these were attached to plaintiffs' CCAC and all are still available publicly online. The 19 Privacy Policies are available:

- June 28, 2016 Privacy Policy – referenced above and Ex. 35 hereto, and Ex. 6 to the CACC and at https://policies.google.com/privacy/archive/20160628?hl=en-US.

- August 29, 2016 Privacy Policy – Ex. 7 to the CCAC and at: https://policies.google.com/privacy/archive/20160829?hl=en-US

- March 1, 2017 Privacy Policy – Ex. 8 to the CCAC and at: https://policies.google.com/privacy/archive/20170301?hl=en-US

- April 17, 2017 Privacy Policy – Ex. 9 to the CCAC and at: https://policies.google.com/privacy/archive/20170417?hl=en-US

- October 10, 2017 Privacy Policy – Ex. 10 to the CCAC and at: https://policies.google.com/privacy/archive/20171002?hl=en-US

- December 18, 2017 Privacy Policy – Ex. 11 to the CCAC and at: https://policies.google.com/privacy/archive/20171218?hl=en-US

- May 25, 2018 Privacy Policy – Ex. 36 hereto and Ex. 12 to the CCAC and at: https://policies.google.com/privacy/archive/20180525?hl=en-US

- January 22, 2019 Privacy Policy – Ex. 13 to the CCAC and at: https://policies.google.com/privacy/archive/20190122?hl=en-US

- October 15, 2019 Privacy Policy – Ex. 14 to the CCAC and at: https://policies.google.com/privacy/archive/20191015?hl=en-US

- December 19, 2019 Privacy Policy – Ex. 15 to the CCAC and at: https://policies.google.com/privacy/archive/20191219?gl=US&hl=en

- March 31, 2020 Privacy Policy – referenced above and Ex. 40 hereto, and Ex. 16 to the CCAC and at: https://policies.google.com/privacy/archive/20200331?hl=en-US

- July 1, 2020 Privacy Policy -- and Ex. 17 to the CCAC, produced by Google at GOOG-HEWT-00001203, and at: https://policies.google.com/privacy/archive/20200701?hl=en-US

- August 28, 2020 Privacy Policy – Ex. 18 to the CACC and at: https://policies.google.com/privacy/archive/20200828?hl=en-US

- September 30, 2020 Privacy Policy – Ex. 19 to the CACC and at: https://policies.google.com/privacy/archive/20200930?hl=en-US

- February 4, 2021 Privacy Policy – Ex. 20 to the CACC and at: https://policies.google.com/privacy?hl=en-US

- February 10, 2022 Privacy Policy, was produced by Google at GOOG-HEWT-00421479 and at: https://policies.google.com/privacy/archive/20220210?hl=en-US

- October 4, 2022 Privacy Policy, at https://policies.google.com/privacy/archive/20221004?hl=en-US

- December 15, 2022 Privacy Policy, produced by Google on July 6, 2023 at GOOG-HEWT-00481688, and at https://policies.google.com/privacy?hl=en-US

- July 1, 2023 Privacy Policy, this is the current policy and at: https://policies.google.com/privacy/archive/20221004?hl=en-US

20. Each of these policies also references, directs users to, and hyperlinks the *Technologies – Privacy Principles* and to the *Safety Center*, as explained above. Should the Court wish for plaintiffs to provide the others, plaintiffs can and will do so.

E. **The Consent Bump**

21. On or about June 28, 2016, Google issued what it calls a "*consent bump*" to its existing account holders, apprising account holders of "new features." In that "consent bump", which plaintiffs understand to be a one-time email blast, Google promises its account holders that it's "still the same" that "Google does not sell your personal information to anyone."

> **What's still the same?**
>
> - Google does not sell your personal information to anyone
> - You control the types of information we collect and use at *My Account* (myaccount.google.com)
>
> Choose I AGREE to turn these features on or MORE OPTIONS for more choices.
>
> I AGREE

22. These were produced by Google GOOG-HEWT-00456456 and GOOG-HEWT-00456464. A true and correct copy of GOOG-HEWT-00456456 is attached as **Exhibit 42** hereto.

II. **Google's Representations That It Does Not Share Users' Personal Information**

23. From at least June 18, 2016 to the present, Google consistently represented to its account holders in its Privacy Policy that it does not share users' personal information, except: "with your consent", "with domain administrators" for account management, "for external processing" and for "legal reasons":

> **Information we share**
>
> We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:
>
> - With your consent
>
>   We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

> We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.
>
> If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

Ex. 35 (June 18, 2016 Privacy Policy).

24. While the Privacy Policy changes over time, it has not changed materially with respect to the information excerpted herein, and the promise to not share users' personal information remained consistent. Further, the language under "With Your Consent" regarding changed from "we require opt-in consent for the sharing of any sensitive personal information" (see above) to "we'll ask for your explicit consent" starting in its May 25, 2018 version to the present, July 1, 2023 Privacy Policy.

### III. Google's Representations That It Does Use Sensitive Categories for Ads Targeting

25. From at least June 18, 2016 to the present, Google represented to its account holders that it does not use sensitive categories for ads targeting. This promise appears in various Google documents, including the following:

A.   *The Google Privacy Policy*

26.   Google's Privacy Policy, commencing at least with its June 28, 2016 policy to the present, promises to account holders that Google "…will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health":

> We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

*See* Ex. 35 (June 28, 2016 Privacy Policy), p. 4.

27.   The Privacy Policy, over time, also promises that "require[s] opt-in consent for the sharing of any sensitive personal information":

> **Information we share**
>
> We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:
>
> - **With your consent**
>
>   We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

*Id.*, p. 7.

28.   When a user clicks on the hyperlink to "sensitive personal information" they are brought to the following definition:

> **Sensitive personal information**
>
> This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

29. These representations and definitions remained materially the same throughout the Privacy Policy versions identified in ¶ 19 above. For example, in Google's May 25, 2018 Privacy Policy, a true and correct copy of which is attached as **Exhibit 36** hereto, the format and some of the information changed, but the essential promises did not:

> - We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.
>
> - We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

*See* Ex. 36, p. 5 (May 25, 2018 Privacy Policy) (publicly at: https://policies.google.com/privacy/archive/20180525?hl=en-US).

> **With your consent**
>
> We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

*Id.*, p. 11 (changing "opt-in consent" to "explicit consent").

> **sensitive categories**
>
> When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

*Id.*, p. 21.

> **Personal information**
>
> This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.
>
> **Sensitive personal information**
>
> This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

*Id.*, p. 26.

    **B.**    ***How Our Business Works***

    30.    In addition, Google's *How Our Business Works* page, which is incorporated into the Terms of Service (*see* ¶ 15 above) also represents that Google "never uses … sensitive information" to personalize ads:

> clicks on it. Advertisers do not pay us for personal information, such as your name or email, and we never share that information with advertisers, unless you ask us to. We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you. We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected with industry-leading security technologies.

*See* Ex. 38 (Feb. 22, 2020, publicly at: https://web.archive.org/web/20200222164213/https://about.google/intl/en_US/how-our-business-works/) and currently at: https://about.google/intl/en_US/how-our-business-works/ )

### IV. Google's Terms of Service and Privacy Policy are Standardized Contracts

31. From June 28, 2016 to the present, every Google Privacy Policy commits to users that: "When this policy applies - ***Our Privacy Policy applies to all of the services offered by Google Inc.*** and its affiliates…". *See*, for example, Ex. 35 (June 28, 2016 Privacy Policy) and the present July 1, 2023 Privacy Policy: https://policies.google.com/privacy?hl=en-US.

32. There are four Terms of Service that applied during the Class Period: April 14, 2014, October 25, 2017, March 31, 2020 and the current version, dated January 5, 2022.

33. Google's April 14, 2014 Terms of Service requires that: "By using our Services, you are agreeing to these terms[]" and "By using our Services, you agree that Google can use such data in accordance with our privacy policies." "You must follow any policies made available to you within the Services" and, "By using our Services, you agree that Google can use such data in accordance with our privacy policy." It also sets forth:

> The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services.

1  Ex. 2 to the CCAC, p. 1, 2, and 6, respectively, and the privacy policy is hyperlinked earlier in
2  that paragraph to "privacy policies". This is provided publicly
3  at: https://policies.google.com/terms/archive/20140414?hl=en-US.

4      34. Google's October 25, 2017 Terms of Service contains language similar to the April
5  14, 2014 version set forth immediately above. *See* Ex.3 to the CCAC, pp. 1, 2, and 6, respectively,
6  and publicly at: https://policies.google.com/terms/archive/20171025?hl=en-US.

7      35. The March 31, 2020 Terms of Service indicates "Understanding these terms is
8  important because, by using our services, you're agreeing to these terms[]" and "These terms help
9  define the relationship between you and Google. Broadly speaking, we give you permission to
10 use our services if you agree to follow these terms, which reflect how Google's business works
11 [hyperlinked] and how we earn money." "Besides these terms, we also publish a Privacy Policy
12 [hyperlinked]. Although it's not a part of these terms, we encourage you to read it to better
13 understand how you can update, manage, export, and delete your information." It also sets forth
14 that "California law will govern all disputes arising out of or relating to these terms, service-
15 specific additional terms [hyperlinked], or any related services, regardless of conflict of laws
16 rules." Ex. 39, p. 1, and publicly at: https://policies.google.com/terms?hl=en-US

17     36. The March 31, 2020 Privacy Policy and all other Google Privacy Policies set forth
18 that "**This Privacy Policy applies to all of the services offered by Google LLC** and its
19 affiliates…" Ex. 39 (emphasis added).

20     37. The current Terms of Service, effective January 5, 2022, a true and correct copy
21 of which is attached as **Exhibit 41** hereto, sets forth: "Understanding these terms is important
22 because, by using our services, you're agreeing to these terms[]" and "These terms help define
23 the relationship between you and Google. Broadly speaking, we give you permission to use our
24 services if you agree to follow these terms, which reflect how Google's business works
25 [hyperlinked] and how we earn money." "Besides these terms, we also publish a Privacy Policy
26 [hyperlinked]. We encourage you to read it to better understand how you can update, manage,
27 export, and delete your information[]" and "**You also agree that our** Privacy Policy
28 [hyperlinked] **applies to your use of our services**." It also sets forth that "California law will

govern all disputes arising out of or relating to these terms, service-specific additional terms [hyperlinked], or any related services, regardless of conflict of laws rules." Ex. 41, pp. 1, 4, respectively (emphasis added), and publicly at: https://policies.google.com/terms?hl=en-US.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Emeryville, California on the 14th day of July, 2023.

By: /s/ Bethany Caracuzzo
Bethany Caracuzzo