# Exhibit 42

# [Filed Entirely Under Seal]