Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA** <br><br> **[Civil L.R. 7-11, 79(c), 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Date: TBD <br> Time: TBD <br> Courtroom: TBD |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11, 79(c), and 79-5(f), plaintiffs hereby respectfully submit this Administrative Motion to Seal certain named plaintiff data submitted in support of plaintiffs' Motion for Class Certification. Google has previously designated all named plaintiff data produced as "Confidential." Plaintiffs, too, designate the portions of named plaintiff data described herein as "Confidential" pursuant to the protective order in this case (Dkt. 59) because it reflects sensitive, personal information concerning the named plaintiffs, including the "verticals" into which Google classified them, their location, their search history, and their Google account names. *See* Declaration of Jonathan K. Levine, submitted herewith ("Levine Decl.") at ¶ 5.

Plaintiffs support the confidentiality of only the portions specifically identified in their proposed order, but, in accordance with L.R. 79(f), must submit all information derived from named plaintiff data conditionally under seal in light of Google's designations and have done so in their separate Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials at Dkt. 545.

The specific named plaintiff data Plaintiffs seek to seal in this motion is the following:

  a. <u>Expert Class Certification Report of Prof. Z. Shafiq:</u> named plaintiff data reflected in the following paragraphs and footnotes highlighted in yellow at ¶ 42(b), Table 2 to ¶ 42(e), ¶ 42(f), ¶ 46(a)-(g), FNs 18, 19, 23, 24, 25, 26, 27, 28 [Dkt. 545-5].

  b. <u>Expert Class Certification Report of Prof. C. Wilson:</u> named plaintiff data reflected in Table 5 to ¶ 95 (Google account column only) [Dkt. 545-6].

A redacted version of the Shafiq Class Certification Reports was filed as Exhibit 1 to the Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Motion for Class Certification ("Pritzker Decl."), at Dkt. 546-3, and an unsealed and unredacted version was lodged under seal with plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials, at Dkt. 545-5, filed herewith. A redacted version of the Wilson Class Certification Report was filed as Exhibit 2 to the Pritzker Decl., at Dkt. 546-4, and an unsealed and unredacted version was lodged under seal with plaintiffs' Administrative Motion to Consider

Whether Another Party's Materials Should Be Sealed – Re. Google's Materials, at Dkt. 545-6. As the redacted and unsealed versions of these two reports were filed simultaneously herewith, plaintiffs do not resubmit them here. Plaintiffs also submit a proposed order herewith.

## II.     ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs seek to seal certain data produced by Google that reflects sensitive, personal information concerning the named plaintiffs, including the "verticals" into which Google classified them, their location, their search history, and their Google account names.

Plaintiffs have legitimate privacy interests in this information and will be injured if it is made public. *See* L.R. 79-5(c)(1); Levine Decl. at ¶ 5. This information is relevant to plaintiffs' Motion for Class Certification, and the request to seal cannot be more narrowly drawn by plaintiffs without injuring them. *See id.* Plaintiffs seek this relief in good faith in order to protect the privacy rights of the named plaintiffs. Levine Decl. at ¶ 5.

## II.     NOTICE OF LODGING

Plaintiffs have lodged with the Court, and will serve on counsel for Defendant Google, a complete copy of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III.    CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of named plaintiff data identified herein should remain conditionally under seal and in redacted form pursuant to Plaintiffs' and Google's designations.

DATED: July 14, 2023                                    Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*

Elizabeth C. Pritzker (Cal. Bar No.146267)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
1900 Powell Street, Ste. 450
Emeryville, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*