Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA**<br><br>**[Civil L.R. 7-11, 79(c), 79-5(f)]**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Date:       TBD<br>Time:      TBD<br>Courtroom: TBD |

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner at Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Seal certain confidential named plaintiff data submitted in support of plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Lodged under seal with Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials, Dkt. 545, are true and correct copies of the following:

   a. <u>Expert Class Certification Report of Prof. Z. Shafiq:</u> named plaintiff data reflected in the following paragraphs and footnotes highlighted in yellow at ¶ 42(b), Table 2 to ¶ 42(e), ¶ 42(f), ¶ 46(a)-(g), FNs 18, 19, 23, 24, 25, 26, 27, 28 [Dkt. 545-5].

   b. <u>Expert Class Certification Report of Prof. C. Wilson:</u> named plaintiff data reflected in Table 5 to ¶ 95 (Google account column only) [Dkt. 545-6].

3. These same documents were filed in redacted form at Dkts. 546-3 and 546-4.

4. Plaintiffs designate this data, produced by Google and designed by Google as "Confidential" or "Highly Confidential," as "Confidential" pursuant to the protective order.

5. Google cause exits to seal this data because it reflects sensitive, personal information concerning the named plaintiffs, including the "verticals" into which Google classified them, their location, their search history, and their Google account names. Plaintiffs have legitimate privacy interests in this information and will be injured if it is made public. *See* L.R. 79-5(c)(1). This information is relevant to plaintiffs' Motion for Class Certification, and the request to seal cannot be more narrowly drawn by plaintiffs without injuring them. *See id.* Plaintiffs seek this relief in good faith in order to protect the privacy rights of the named plaintiffs.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Executed on this 14th day of July, 2023 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine