1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA** <br><br> **[Civil L.R. 7-11, 79(c), 79-5(f)]** <br><br> Judge:     Hon. Yvonne Gonzalez Rogers <br> Date:       TBD <br> Time:      TBD <br> Courtroom: TBD |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Administrative Motion to Seal certain named plaintiff data submitted in support of plaintiffs' Motion for Class Certification ("Mot."), and all supporting papers. Google has previously designated all named plaintiff data produced as "Confidential" or "Highly Confidential." Plaintiffs, too, designate the portions of named plaintiff data produced by Google and described herein as "Confidential" pursuant to the protective order in this case (ECF No. 59) because they state that the data reflects sensitive, personal information concerning the named plaintiffs, including the "verticals" into which Google classified them, their location, their search history, and their Google account names.

Having considered the supporting declaration of the Designating Party, Plaintiffs, and finding GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| **Ex. 1** to Declaration of Elizabeth C. Pritzker ("Pritzker Decl.")": Expert Class Certification Report of Professor **Zubair Shafiq**, portions of the following paragraphs and footnotes highlighted in yellow at ¶ 42(b), Table 2 to ¶ 42(e), ¶ 42(f), ¶ 46(a)-(g), FNs 18, 19, 23, 24, 25, 26, 27, 28. | Information is Confidential to Plaintiffs and includes the "verticals" into which Google classified them, their location, and their search history; also cites information designated Confidential or Highly Confidential by Google. | |
| **Ex. 2** to Pritzker Decl.: Expert Class Certification Report of Professor**. Christopher Wilson**, Table 5 to ¶ 95 (Google account column only). | Information is Confidential to Plaintiffs, referring to their Google account names; also cites information designated Confidential or Highly Confidential by Google. | |

**IT IS SO ORDERED.**

| | |
|---|---|
| Date: _____ | _____ |
| | Hon. Yvonne Gonzalez Rogers |
| | United States District Court Judge |