1  Elizabeth C. Pritzker (Cal. Bar No. 146267)
2  Jonathan K. Levine (Cal Bar No. 220289)
   Bethany Caracuzzo (Cal Bar No. 190687)
3  Caroline Corbitt (Cal Bar. No. 305492)
   **PRITZKER LEVINE LLP**
4  1900 Powell Street, Suite 450
   Emeryville, CA 94608
5  Tel.: (415) 692-0772
   Fax: (415) 366-6110
6  *ecp@pritzkerlevine.com*
7  *jkl@pritzkerlevine.com*
   *bc@pritzkerlevine.com*
8  *ccc@pritzkerlevine.com*

9

10 *Interim Class Counsel*

11

12

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                      **OAKLAND DIVISION**

15 | *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| | **PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA** |
| *This document applies to all actions.* | **[Civil L.R. 7-11, 79(c), 79-5(f)]** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Judge:     Hon. Yvonne Gonzalez Rogers |
| | Date:      TBD |
| | Time:      TBD |
| | Courtroom: TBD |

Case No. 4:21-cv-02155-YGR-VKD
PROOF OF SERVICE

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On July 14, 2023, I caused the below-documents, all of which were *lodged under seal*, to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

1. Plaintiffs' Administrative Motion to File Under Seal Named Plaintiff Confidential Data;
2. Declaration of Jonathan K. Levine in support;
3. Expert Class Certification Report of Professor **Zubair Shafiq**, portions of the following paragraphs and footnotes highlighted in yellow at ¶ 42(b), Table 2 to ¶ 42(e), ¶ 42(f), ¶ 46(a)-(g), FNs 18, 19, 23, 24, 25, 26, 27, 28
4. Expert Class Certification Report of Professor **Christopher Wilson**, Table 5 to ¶ 95 (Google account column only)
5. Proposed Order

*Via E-mail*
Whitty Somvichian, Esq. (wsomvichian@cooley.com)
Kelsey Spector, Esq. (kspector@cooley.com)
Anu S. Dhillon, Esq. (adhillon@cooley.com)
Aarty Reddy, Esq. (areddy@cooley.com)
Laura Elliott, Esq. (lelliott@cooley.com)
Reece Trevor, Esq. (rtrevor@cooley.com)
Robby L.R. Saldaña, Esq. (rsaldana@cooley.com)
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 14, 2023 at Emeryville, California.

By: */s/ Bethany Caracuzzo*
Bethany Caracuzzo