1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. THE NEW YORK TIMES' MATERIALS** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date: None set. <br> Hearing Time: <br> Hearing Location: |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's (Third-Party The New York Times') Materials Should Be Sealed and all supporting papers.

Having considered the supporting declaration of the Designating Party, The New York Times, the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| **Ex. 2** to Pritzker Decl.: Expert Class Certification Report of Professor **Christopher Wilson** (Sealed ECF 545-6 / Public ECF 546-4), portions highlighted in yellow at ¶¶ 38, 39 & Table 2, 40 & Table 3, 79 | Designating Party to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                        _____
                                        Hon. Yvonne Gonzalez Rogers
                                        United States District Court Judge