COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO SEAL BRIEFING IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

A REDDY DECLARATION ISO
JOINT STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

**1.** I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of Google and Plaintiffs' (collectively, the "Parties") Joint Stipulation to Extend Time to Seal Briefing in Connection with Plaintiffs' Motion for Class Certification. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

**2.** The Parties anticipate that the briefing on Plaintiffs' forthcoming Motion for Class Certification, including opposition and reply briefing ("Class Certification briefing") is likely to include information that the Parties consider confidential and will seek to maintain under seal.

**3.** On July 13, 2023, the Parties agreed extend by two weeks all deadlines associated with responses to motions to seal materials filed in connection with the Class Certification briefing in order to accommodate the Parties' review of potentially voluminous confidential materials.

**4.** Pursuant to Local Rule 6-2, the following time modifications have occurred to date in this action:

- On April 22, 2021, the Parties stipulated to an initial extension of Google's time to respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

- On May 18, 2021, the Parties further stipulated to extend Google's deadline to answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an order regarding case consolidation and appointment of interim lead class counsel, or in the alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 46).

- Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No. 80).

- On May 25, 2022, the Parties stipulated to revise the case schedule to allow pre-class certification discovery to occur efficiently (ECF No. 208).

- On June 1, 2022, the Court granted the Parties' stipulation to revise the case

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

A REDDY DECLARATION ISO
JOINT STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD

1  schedule as modified by the Court (ECF No. 221).

2  • On June 24, 2022, the Court granted the Parties' stipulation to extend
3  Google's time to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).

4  • On July 15, 2022, the Court granted Google's unopposed motion to extend
5  the time to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF
6  No. 257).

7  • On August 5, 2022, the Court granted the Parties' stipulated request to move
8  a discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).

9  • On August 11, 2022, the Court granted Google's unopposed motion to
10 extend the time to file its response to Plaintiffs' administrative sealing motion until August 12,
11 2022 (ECF No. 286).

12 • On August 23, 2022, the Court granted Google's unopposed motion to
13 extend the time to file its response to Plaintiffs' administrative sealing motion until August 29,
14 2022 (ECF No. 307).

15 • On September 7, 2022, the Court ordered a further revision to the case
16 schedule in light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).

17 • On November 22, 2022, the Court granted Google's unopposed motion to
18 extend the time to file its response to Plaintiffs' administrative sealing motion until November 29,
19 2022 (ECF No. 369).

20 • On December 21, 2022, the Court entered an order granting in part Plaintiffs'
21 motion to revise the case schedule (ECF No. 391).

22 • On January 18, 2023, the Court granted Google's unopposed motion to
23 extend the time to file its response to Plaintiffs' administrative sealing motion until January 19,
24 2023 (ECF No. 406).

25 • On March 2, 2023, the Court granted Google's unopposed motion to extend
26 the time to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF
27 No. 435).

28 • On March 15, the Court granted the Parties' stipulated request to move the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

A REDDY DECLARATION ISO
JOINT STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD

hearing on Plaintiffs' motion for sanctions from April 4, 2023 to April 11, 2023 (ECF No. 449).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2023 in Newport Beach, California.

/s/ Aarti Reddy
Aarti Reddy

288650395

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

A REDDY DECLARATION ISO
JOINT STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD