**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Anne K. Davis (Cal. Bar No. 267909)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  PLEASE TAKE NOTICE that Angelica M. Ornelas hereby respectfully withdraws as
2  attorney of record for all Plaintiffs. Counsel of record for Plaintiffs otherwise remains the same.

5  DATED: July 19, 2023

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: /s/ *Angelica M. Ornelas*
Lesley Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

***Counsel for Plaintiffs and the Proposed Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I caused a copy of the foregoing document to be electronically filed using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

/s/ *Angelica M. Ornelas*
Angelica M. Ornelas