| | |
|---|---|
| ELIZABETH C. PRITZKER (SBN 146267)<br>**PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>Interim Class Counsel for Plaintiffs<br>*[Additional counsel listed on signature page]* | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI G. REDDY (SBN 274889)<br>(areddy@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM S. DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th floor San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>              Plaintiffs,<br><br>   v.<br><br>This Document Relates to: *all actions*,<br><br>              Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO SEAL BRIEFING IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

## **STIPULATION**

Pursuant to Civil Local Rule 6-1(b), Consolidated Plaintiffs ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, the Parties anticipate that the briefing on Plaintiffs' forthcoming Motion for Class Certification ("Class Certification Motion") is likely to include information that a Party considers confidential and will seek to maintain under seal;

WHEREAS, pursuant to Civil Local Rule 79-5(c) a party seeking to file its own materials under seal must simultaneously file its Administrative Motion to Seal with the underlying submission;

WHEREAS, pursuant to Civil Local Rule 7-11, a party has four days to oppose an Administrative Motion to Seal;

WHEREAS, pursuant to Civil Local Rule 79-5(f), a party seeking to lodge under seal materials that another party designated as confidential must simultaneously file its Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed with the underlying submission;

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), the designating party must respond within seven days of the filing of the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed in order to support the sealing;

WHEREAS, pursuant to Civil Local Rule 79-5(f)(4), the party seeking to lodge another party's materials under seal has four days to respond to the designating party's filing in support of sealing;

WHEREAS, the Parties have agreed to extend, for all briefing on the Class Certification Motion the time to respond to Administrative Motions to Seal and Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed by two weeks;

WHEREAS, good cause exists for this extension in order to afford the Parties' sufficient time to review and respond to provisionally-sealed materials filed in connection with Plaintiffs' Class Certification Motion, Google's Opposition to Plaintiffs' Class Certification, and Plaintiffs'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND
[PROPOSED] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

Reply in support of their motion, given the significant volume of confidential materials likely to be referenced in these filings.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, in connection with all briefing on the Class Certification Motion:

1.  The deadline for any response to an Administrative Motion to Seal is extended from 4 days after the filing of the motion to 18 days after the filing of the motion.

2.  The deadline for any response to an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed is extended from 7 days after the filing of the motion to 21 days after the filing of the motion.

3.  The deadline for any response to a designating party's filing in support of sealing is extended from 4 days after the filing of the response to the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed to 18 days after such filing.

4.  The provisions of this stipulation and order apply to non-parties as well as to Parties.

**IT IS SO STIPULATED.**

Dated: July 14, 2023                                COOLEY LLP


                                                    /s/ Aarti Reddy
                                                    Aarti Reddy
                                                    Attorneys for Defendant
                                                    GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND
[Proposed] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| 1 | Dated: July 14, 20232 | PRITZKER LEVINE LLP |
| 2 | | |
| 3 | | */s/ Elizabeth C. Pritzker* |
| 4 | | Elizabeth C. Pritzker |
| 5 | | Jonathan Levine<br>Bethany Caracuzzo |
| 6 | | **PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450 |
| 7 | | Emeryville, CA 94608<br>Tel: (415) 692-0772 |
| 8 | | Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com |
| 9 | |        jkl@pritzkerlevine.com<br>       bc@pritzkerlevine.com |
| 10 | | Joe Cotchett |
| 11 | | Nanci Nishimura<br>Brian Danitz |
| 12 | | Jeffrey G. Mudd<br>**COTCHETT PITRE & McCARTHY** |
| 13 | | 840 Malcolm Road, Suite 200<br>Burlingame, CA  94010 |
| 14 | | Tel: 650-697-6000<br>Fax: 650-597-0577 |
| 15 | | Email: POmalley@cpmlegal.com<br>       nnishimura@cpmlegal.com |
| 16 | |        BDanitz@cpmlegal.com<br>       JMudd@cpmlegal.com |
| 17 | | Karin B. Swope |
| 18 | | **COTCHETT PITRE & McCARTHY**<br>999 N. Northlake Way, Suite 215 |
| 19 | | Seattle, WA 98103<br>Email: KSwope@cpmlegal.com |
| 20 | | David A. Straite (*admitted pro hac vice*) |
| 21 | | Corban Rhodes (*admitted pro hac vice*)<br>**DICELLO LEVITT LLC** |
| 22 | | 485 Lexington Avenue. 10th Floor<br>New York, NY   10017 |
| 23 | | Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com |
| 24 | |        crhodes@dicellolevitt.com<br>       Julwick@dicellolevitt.com |
| 25 | | James Ulwick (*admitted pro hac vice*) |
| 26 | | **DICELLO LEVITT LLC**<br>Ten North Dearborn St., 6th Floor |
| 27 | | Chicago, IL 60602<br>Tel: (312) 214-7900 |
| 28 | | Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND
[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

Francis A. Bottini, Jr.
Yury A. Kolesnikov
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
Email:  fbottini@bottinilaw.com
            ykolesnikov@bottinilaw.com

*Interim Class Counsel for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Aarti Reddy, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on July 14, 2023, in Newport Beach, California.

*/s/ Aarti Reddy*
Aarti Reddy

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IS SO ORDERED.

Dated: July 20, 2023

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

288696131

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 4:21-CV-02155-YGR-VKD