UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE: THE NEW YORK TIMES'S MATERIALS AND NON-PARTY THE NEW YORK TIMES COMPANY'S STATEMENT IN SUPPORT OF SEALING CERTAIN CONFIDENTIAL MATERIAL FILED PROVISIONALLY UNDER SEAL BY PLAINTIFFS** <br><br> **[L.R. 79-5(f)(3)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date: None set. <br> Hearing Time: <br> Hearing Location: |

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re: The New York Times's (the "Times") Materials (ECF No. 548) and Non-Party The New York Times Company's Statement in Support of Sealing Certain Confidential Material Filed Provisionally Under Seal By Plaintiffs, as well as the supporting Declaration of James Glogovsky. Having considered these materials, the Court hereby orders the Motion is GRANTED in part and that the following materials will remain under seal:

| Document | Portion(s) to Maintain Under Seal |
| --- | --- |
| Ex. 2 to Pritzker Decl.: Expert Class Certification Report of Prof. Christopher Wilson (Sealed ECF 545-6, Public ECF 546-4) | Numerical figure contained in last sentence of ¶ 38 |
| | "UserID" values in Table 2 (¶ 39) and Table 3 (¶ 40) |

**IT IS SO ORDERED**

Dated: _____          _____
                                        HONORABLE YVONNE GONZALEZ ROGERS
                                        United States District Judge