1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)
3  (wsomvichian@cooley.com)
   AARTI REDDY (SBN 274889)
4  (areddy@cooley.com)
   REECE TREVOR (SBN 316685)
5  (rtrevor@cooley.com)
   ANUPAM DHILLON (SBN 324746)
6  (adhillon@cooley.com)
   3 Embarcadero Center, 20th floor
7  San Francisco, CA 94111-4004
   Telephone:    +1 415 693 2000
8  Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

9  Attorneys for Defendant
   GOOGLE LLC

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14

15  In re Google RTB Consumer Privacy
    Litigation,

16

17  This Document Relates to:  *all actions*

18

19

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 546)**

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am counsel for Defendant Google, Inc. ("Google") in this matter I make this declaration based on my personal knowledge and if called as a witness, I could and would testify competently to the matters stated herein.

2.      I submit this declaration in support of the Response ("Google's Response") to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 545), which was filed in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 546) ("Class Certification Motion") and certain exhibits from the Declaration of Elizabeth C. Pritzker (ECF No. 546-2) ("Pritzker Declaration") and Declaration of Bethany Caracuzzo (ECF No. 546-36) ("Caracuzzo Declaration").

3.      I have reviewed the portions of Plaintiffs' Class Certification Motion and the exhibits attached to the Pritzker Declaration and the Caracuzzo Declaration. Based on my review of the materials, the prior Orders in this case granting sealing of similar materials, and my understanding developed from this case and other representations of Google, I understand that there are compelling reasons to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 15, 22 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 9 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |

Cooley LLP
Attorneys at Law
San Francisco

3

Dec. of W. Somvichian ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 9, 23 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Proposed Order re Class Certification Motion (ECF No. 546-46) | Portions highlighted at page(s): 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. I further understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Proposed Order re Class Certification Motion (ECF No. 546-46) | Portions highlighted at page(s): 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details of Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 5-6, 13-14, 23-27, 32-33, 35, 38 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 8-27, 30-31, 33, 39-46 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and |

Cooley LLP
Attorneys at Law
San Francisco

6

Dec. of W. Somvichian ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| | | proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 26-27, 38 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 2 to Pritzker Declaration (ECF No. 546-4) | Portions highlighted at page(s): 10, 30-31 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 2 to Pritzker Declaration (ECF No. 546-4) | Portions highlighted at page(s): 12-15, 17, 21, 24, 28-31 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details of Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is |

Cooley LLP
Attorneys at Law
San Francisco

8

Dec. of W. Somvichian ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

| | | not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 3 to Pritzker Declaration (ECF No. 546-5) | Portions highlighted at page(s): 9-14, 24-26, 28-29, 31-32, 38-39 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 3 to Pritzker Declaration (ECF No. 546-5) | Portions highlighted at page(s): 4 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including Google's internal metrics and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 4 to Pritzker Declaration (ECF No. 546-6) | Portions highlighted at page(s): 12-22, 23, Schedules 1-4 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google |

Cooley LLP
Attorneys at Law
San Francisco

Dec. of W. Somvichian ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| | | maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 31, 48-49, 57 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 27, 31-33, 40, 52-55, 57 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 42-43 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's |

Cooley LLP
Attorneys at Law
San Francisco

| | | internal systems and operations, including information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case.  *See* ECF No. 531. |
| Exhibit 12 to Pritzker Declaration (ECF No. 546-14) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Exhibit 13 to Pritzker Declaration (ECF No. 546-15) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's revenue metrics related to Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 15 to Pritzker Declaration (ECF No. 546-17) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's revenue metrics related to Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to |

Cooley LLP
Attorneys at Law
San Francisco

| | | |
|---|---|---|
| | | the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 43:20, 44:2-8, 11-12, 45:12, 45:15, 45:17-18, 45:20, 45:23, 45:24-25, 51:13-15, 18-21, | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also |

Cooley LLP
Attorneys at Law
San Francisco

| | | understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 44:20-45:7, 51:1-9, 75:12-78:7, 78:9-16, 78:23-25, 187:6-11, 187:20-188:14, 188:19-25, 204:9-25 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 61:2-62:23, 69:11-71:4, 72:10-11, 72:13-25, 73:3- | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including information related to data systems |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | 75:11, 92:2-4, 92:7-11, 92:13, 92:19, 92:22-25, 157:2-4, 157:6-158:10, 158:12-16, 158:19-25, 171:2-17, 171:20-22, 171:24, | associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 18 to Pritzker Declaration (ECF No. 546-20) | Portions highlighted at page(s): 80:4-8, 80:11 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 18 to Pritzker Declaration (ECF No. 546-20) | Portions highlighted at page(s): 117:1-5, 117:8-12, 117:20 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 19 to Pritzker Declaration (ECF No. 546-21) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and |

Cooley LLP
Attorneys at Law
San Francisco

18

Dec. of W. Somvichian ISO Google's
Response to Plaintiffs' Admin. Motion
Case No. 4:21-cv-02155-YGR-VKD

| | | decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 20 to Pritzker Declaration (ECF No. 546-22) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary |

Cooley LLP
Attorneys at Law
San Francisco

| | | information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 21 to Pritzker Declaration (ECF No. 546-23) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 22 to Pritzker Declaration (ECF No. 546-24) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 23 to Pritzker Declaration (ECF No. 546-25) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 24 to Pritzker Declaration (ECF No. 546-26) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy,  that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit 25 to Pritzker Declaration (ECF No. 546-27) | Portions highlighted at page(s): Cover page | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 25 to Pritzker Declaration (ECF No. 546-27) | Portions highlighted at page(s): GOOG-HEWT-00330758-GOOG-HEWT-00330763 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 26 to Pritzker Declaration (ECF No. 546-28) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

4. To the best of my knowledge, certain information in Plaintiffs' Class Certification Motion contains highly sensitive, confidential, non-public information related to how Google operates RTB, including its internal policies, systems design, and relationships with partners.

5. Certain portions of the Class Certification Motion briefing and select exhibits to the Pritzker Declaration, including the portions identified above, also reflect highly sensitive, confidential, non-public information about Google's business strategy and analysis regarding Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products.

6. Certain portions of the Class Certification Motion briefing and select exhibits to the Pritzker Declaration, including the portions identified above, reveal highly sensitive, confidential, non-public information about Google's internal policies and business strategy related to Google's advertising products including discussions about data privacy.

7. I understand that the public disclosure of which would cause Google significant and irreparable competitive harm for multiple reasons. Specifically, it would (1) reveal information about the structure and operation of Google's internal systems and advertising infrastructure, including systems design and capabilities to competitors; (2) provide competitors and business partners with insight into Google's strategic business decisions, and policies and priorities related to Google RTB; and (3) reveal capabilities and design of Google's advertising systems used to handle user data.

8. I also understand that certain portions of the Class Certification Motion and select exhibits to the Pritzker Declaration, including the portions identified above, contain references and discussions of highly sensitive, confidential, proprietary, non-public technical details and identifiers related to internal data logs and data systems associated with Google RTB.

9. If disclosed, it would create a cyber security threat as bad actors could seek to compromise Google's data sources and internal infrastructure. Specifically, bad actors could use non-public information such as project names, document titles, and/or technical identifiers to target Google's internal systems and data sources.

10. Attached hereto as Exhibit A is a copy of Plaintiffs' Memorandum of Points and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

25

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

Authorities in Support of Class Certification Motion (ECF No. 546) that highlights the specific information that Google seeks to maintain under seal.

11.     Attached hereto as Exhibit B is a copy of the Proposed Order re Class Certification Motion (ECF No. 546-46) that highlights the specific information that Google seeks to maintain under seal.

12.     Attached hereto as Exhibit C is a copy of Exhibit 1 to the Pritzker Declaration (ECF No. 546-3) that highlights the specific information that Google seeks to maintain under seal.

13.     Attached hereto as Exhibit D is a copy of Exhibit 2 to the Pritzker Declaration (ECF No. 546-4) that highlights the specific information that Google seeks to maintain under seal.

14.     Attached hereto as Exhibit E is a copy of Exhibit 3 to the Pritzker Declaration (ECF No. 546-5) that highlights the specific information that Google seeks to maintain under seal.

15.     Attached hereto as Exhibit F is a copy of Exhibit 4 to the Pritzker Declaration (ECF No. 546-6) that highlights the specific information that Google seeks to maintain under seal.

16.     Attached hereto as Exhibit G is a copy of Exhibit 5 to the Pritzker Declaration (ECF No. 546-7) that highlights the specific information that Google seeks to maintain under seal.

17.     Attached hereto as Exhibit H is a copy of Exhibit 12 to the Pritzker Declaration (ECF No. 546-14) that Google seeks to maintain entirely under seal.

18.     Attached hereto as Exhibit I is a copy of Exhibit 13 to the Pritzker Declaration (ECF No. 546-15) that Google seeks to maintain entirely under seal.

19.     Attached hereto as Exhibit J is a copy of Exhibit 15 to the Pritzker Declaration (ECF No. 546-17) that Google seeks to maintain entirely under seal.

20.     Attached hereto as Exhibit K is a copy of Exhibit 17 to the Pritzker Declaration (ECF No. 546-19) that highlights the specific information that Google seeks to maintain under seal.

21.     Attached hereto as Exhibit L is a copy of Exhibit 18 to the Pritzker Declaration (ECF No. 546-20) that highlights the specific information that Google seeks to maintain under seal.

22.     Attached hereto as Exhibit M is a copy of Exhibit 19 to the Pritzker Declaration (ECF No. 546-21) that Google seeks to maintain entirely under seal.

23.     Attached hereto as Exhibit N is a copy of Exhibit 20 to the Pritzker Declaration

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

26

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1   (ECF No. 546-22) that Google seeks to maintain entirely under seal.

2       **24.**    Attached hereto as Exhibit O is a copy of Exhibit 21 to the Pritzker Declaration

3   (ECF No. 546-23) that Google seeks to maintain entirely under seal.

4       **25.**    Attached hereto as Exhibit P is a copy of Exhibit 22 to the Pritzker Declaration (ECF

5   No. 546-24) that Google seeks to maintain entirely under seal.

6       **26.**    Attached hereto as Exhibit Q is a copy of Exhibit 23 to the Pritzker Declaration

7   (ECF No. 546-25) that Google seeks to maintain entirely under seal.

8       **27.**    Attached hereto as Exhibit R is a copy of Exhibit 24 to the Pritzker Declaration (ECF

9   No. 546-26) that Google seeks to maintain entirely under seal.

10      **28.**    Attached hereto as Exhibit S is a copy of Exhibit 25 to the Pritzker Declaration (ECF

11  No. 546-27) that highlights the specific information that Google seeks to maintain under seal.

12      **29.**    Attached hereto as Exhibit T is a copy of Exhibit 26 to the Pritzker Declaration (ECF

13  No. 546-28) that Google seeks to maintain entirely under seal.

14

15      I declare under the laws of the State of California that the foregoing is true and correct.

16  Executed on August 4, 2023, at San Francisco, California.

17                                          */s/ Whitty Somvichian*

18                                          Whitty Somvichian

19  288933122

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27

**DEC. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD**