1  COOLEY LLP                                    COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)               ROBBY L.R. SALDAÑA (DC No. 1034981)
2  (rhodesmg@cooley.com)                         (rsaldana@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)               (*Admitted pro hac vice*)
3  (wsomvichian@cooley.com)                      KHARY J. ANDERSON (DC No. 1671197)
   AARTI REDDY (SBN 274889)                      (kjanderson@cooley.com)
4  (areddy@cooley.com)                           (*Admitted pro hac vice*)
   REECE TREVOR (SBN 316685)                     1299 Pennsylvania Avenue, NW, Suite 700
5  (rtrevor@cooley.com)                          Washington, DC 20004-2400
   ANUPAM DHILLON (SBN 324746)                   Telephone:    +1 202 842 7800
6  (adhillon@cooley.com)                         Facsimile:    +1 202 842 7899
   3 Embarcadero Center, 20th floor
7  San Francisco, CA 94111-4004
   Telephone:    +1 415 693 2000
8  Facsimile:    +1 415 693 2222

9  Attorneys for Defendant
   GOOGLE LLC

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14
   In re Google RTB Consumer Privacy              Master File No. 4:21-cv-02155-YGR-VKD
15 Litigation,
                                                   **[Proposed] Order Granting Google
16                                                 LLC's Administrative Motion to
                                                   Seal**
17 This Document Relates to:  *all actions*

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order Granting
Administrative Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD

Google LLC filed a Response to Plaintiffs' Administrative Motion ("Google's Response") to Consider Whether Another Party's Materials Should be Sealed (ECF No. 545) in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 546) ("Class Certification Motion") and certain exhibits from the Declaration of Elizabeth C. Pritzker ("Pritzker Declaration") and Declaration of Bethany Caracuzzo (ECF No. 546-36) ("Caracuzzo Declaration").

Upon consideration of the Motion, Google's Response, papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 15, 22 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 9 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Plaintiffs' Memorandum of Points and Authorities in Support of Class Certification Motion (ECF No. 546) | Portions highlighted at page(s): 7, 9, 23 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Proposed Order re Class Certification Motion (ECF No. 546-46) | Portions highlighted at page(s): 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  I further understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Proposed Order re Class Certification Motion (ECF No. 546-46) | Portions highlighted at page(s): 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details of Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 5-6, 13-14, 23-27, 32-33, 35, 38 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and |

| | | |
|---|---|---|
| | | maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 8-27, 30-31, 33, 39-46 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to |

| | | |
|---|---|---|
| | | compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 1 to Pritzker Declaration (ECF No. 546-3) | Portions highlighted at page(s): 26-27, 38 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 2 to Pritzker Declaration (ECF No. 546-4) | Portions highlighted at page(s): 10, 30-31 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
|---|---|---|
| Exhibit 2 to Pritzker Declaration (ECF No. 546-4) | Portions highlighted at page(s): 12-15, 17, 21, 24, 28-31 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details of Google's internal systems and operations, including various types of Google's internal logs, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It |

| | | may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 3 to Pritzker Declaration (ECF No. 546-5) | Portions highlighted at page(s): 9-14, 24-26, 28-29, 31-32, 38-39 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
| Exhibit 3 to Pritzker Declaration (ECF No. 546-5) | Portions highlighted at page(s): 4 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including Google's internal metrics and information related to data systems associated with |

[PROPOSED] Order Granting
Administrative Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| | | Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
| Exhibit 4 to Pritzker Declaration (ECF No. 546-6) | Portions highlighted at page(s): 12-22, 23, Schedules 1-4 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 31, 48-49, 57 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 27, 31-33, 40, 52-55, 57 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

| | | discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 5 to Pritzker Declaration (ECF No. 546-7) | Portions highlighted at page(s): 42-43 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public |

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

| | | disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 12 to Pritzker Declaration (ECF No. 546-14) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 13 to Pritzker Declaration (ECF No. 546-15) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's revenue metrics related to Google RTB that Google maintains as |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

**[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

| | | confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case.  *See* ECF Nos. 540, 327. |
| Exhibit 15 to Pritzker Declaration (ECF No. 546-17) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's revenue metrics related to Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 43:20, 44:2-8, 11-12, 45:12, 45:15, 45:17-18, 45:20, 45:23, 45:24-25, 51:13-15, 18-21, | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 44:20-45:7, 51:1-9, 75:12-78:7, 78:9-16, 78:23-25, 187:6-11, | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to |

| | 187:20-188:14, 188:19-25, 204:9-25 | Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 327. |
|---|---|---|
| Exhibit 17 to Pritzker Declaration (ECF No. 546-19) | Portions highlighted at page(s): 61:2-62:23, 69:11-71:4, 72:10-11, 72:13-25, 73:3-75:11, 92:2-4, 92:7-11, 92:13, 92:19, 92:22-25, 157:2-4, 157:6-158:10, 158:12-16, 158:19-25, 171:2-17, 171:20-22, 171:24, | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect |

Cooley LLP
Attorneys at Law
San Francisco

16

[Proposed] Order Granting
Administrative Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case. *See* ECF No. 531. |
|---|---|---|
| Exhibit 18 to Pritzker Declaration (ECF No. 546-20) | Portions highlighted at page(s): 80:4-8, 80:11 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including its internal policies, systems design, and relationships with partners that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Similar information has previously been sealed in this case. *See* ECF Nos. 540, 531, 427. |
| Exhibit 18 to Pritzker Declaration (ECF No. 546-20) | Portions highlighted at page(s): 117:1-5, 117:8-12, 117:20 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal logs, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. Similar information has previously been sealed in this case.  *See* ECF No. 531. |
| Exhibit 19 to Pritzker Declaration (ECF No. 546-21) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 20 to Pritzker Declaration (ECF No. 546-22) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 21 to Pritzker Declaration (ECF No. 546-23) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information |

| | | regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 22 to Pritzker Declaration (ECF No. 546-24) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 23 to Pritzker Declaration (ECF No. 546-25) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Exhibit 24 to Pritzker Declaration (ECF No. 546-26) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 25 to Pritzker Declaration (ECF No. 546-27) | Portions highlighted at page(s): Cover page | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining |

Cooley LLP
Attorneys at Law
San Francisco

| | | |
|---|---|---|
| | | many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 25 to Pritzker Declaration (ECF No. 546-27) | Portions highlighted at page(s): GOOG-HEWT-00330758-GOOG-HEWT-00330763 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-cv-02155-YGR-VKD

| Exhibit 26 to Pritzker Declaration (ECF No. 546-28) | Entire Document | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

288934446

Cooley LLP
Attorneys at Law
San Francisco