# EXHIBIT H

# (FILED ENTIRELY UNDER SEAL)