# EXHIBIT I

# (FILED ENTIRELY UNDER SEAL)