# EXHIBIT J

# (FILED ENTIRELY UNDER SEAL)