# EXHIBIT K

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# Exhibit 17

# FILED UNDER SEAL

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4    ------------------------------------------- x

5    IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION.

6    No. 4:21-CV-02155-YGR-VKD

7    ------------------------------------------- x

8

9                    7 Times Square

                     New York, New York

10

                     April 13, 2023

11                   9:11 a.m.

12

13    **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

14

15           VIDEOTAPED DEPOSITION OF GEORGE

16    LEVITTE, taken via Zoom, pursuant to Notice,

17    held at the above time and place, before Fran

18    Insley, a Notary Public of the States of New

19    York and New Jersey.

20

21

22

23

24

25

                                        Page 1

```
 1    A P P E A R A N C E S:
 2         BLEICHMAR FONTI & AULD
 3              Attorneys for Plaintiffs and
                Proposed Class
 4
                555 12th Street, Suite 1600
 5              Oakland, California 94607
 6         BY:   LESLEY WEAVER, ESQ.
                lweaver@bfalaw.com
 7
 8       COOLEY LLP
 9              Attorneys for Defendant
10              Three Embarcadero Center
                22nd floor
11              San Francisco, California 94111
12         BY:   WHITTY SOMVICHIAN, ESQ.
                wsomvichian@cooley.com
13
14    ALSO PRESENT:
15         DANIELLE PIERRE, ESQ. Google (Zoom)
16         JOOYOUNG KOO, ESQ. (Zoom)
17         MARCELO RIVERA, Videographer
18
19                  xxxxx
20
21
22
23
24
25
```

                                              Page  2

```
 1     --------------- I N D E X -----------------

 2     WITNESS                EXAMINATION BY      PAGE

 3     GEORGE LEVITTE      MS. WEAVER             6

 4     -------------E X H I B I T S----------------

 5     LEVITTE        DESCRIPTION               PAGE

 6     Exhibit 75  GOOG-HEWT-0371440             20

 7     Exhibit 76  GOOG-HEWT-00280620           125

 8     Exhibit 77  GOOG-HEWT-00278970           161

 9     Exhibit 78  GOOG-HEWT-00179788           185

10     Exhibit 79  GOOG-HEWT-00195119           200

11     Exhibit 80  GOOG-HEWT-00282625           206

12     Exhibit 81  GOOG-HEWT-00122453           209

13     Exhibit 82  GOOG-HEWT-00140838           221

14     Exhibit 83  GOOG-HEWT-00181510           237

15     Exhibit 84  GOOG-HEWT-00181819           247

16     Exhibit 85  GOOG-HEWT-00063782           250

17     Exhibit 86  GOOG-HEWT-00356746           273

18     Exhibit 87  GOOG-HEWT-00277192           277

19     Exhibit 88  GOOG-HEWT-00277272           279

20     Exhibit 89  GOOG-HEWT-00262734           283

21     Exhibit 90  GOOG-HEWT-00277928           287

22     Exhibit 91  GOOG-HEWT-00156626           292

23     Exhibit 92  GOOG-HEWT-00372259           294

24     Exhibit 93  GOOG-HEWT-00277925           303

25     Exhibit 94  GOOG-HEWT-00277044           298
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    name?

2         A.    Currently I work with one product

3    analyst and his name is Duncan Wood.

4         Q.    What product is Duncan Wood

5    analyzing?

6         A.    He covers Google Ad Manager and I'm

7    not sure if he also might cover some other

8    products.  Sometimes who is in charge of what,

9    scope changes and I am not always up to date on

10   everyone's scope.

11        Q.    Are you finished?

12        A.    I am, yes.  Go ahead.

13        Q.    When you say you work with Duncan

14   Wood, what do you mean you work with him?  How

15   does that take place?

16        A.    We are in communication around

17   metrics for our business and when I have

18   analytical questions, I might take them to him.

19        Q.    What metrics are you referring to?

20        A.    We have ████ metrics that we track

21   across our business.

22        Q.    I'm asking you when you said -- when

23   you work with Duncan you are in communication

24   around metrics for your business?

25        A.    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1         Q.    What did you mean by metrics?

████  ███    ███████████████████████

████  ██████████████████████████████

████  ██   ███████████████

████  ██   ██████████████████████████

████  █████████████████████████████████

████  ████  ████████████████████████████

████  ██████████████████████ .

9         Q.    Anything else?

10        A.    I don't have off the top of my head

11   the full list of metrics that we track.   ████████

████  ████████████

13        Q.    I understand, but in general, are

14   there any other metrics that you can think of,

15   categories as you sit here?

16        A.    The primary metrics that I'm

17   concerned with or that I would communicate with

18   Duncan on would relate to revenue metrics which

19   come in many different flavors.

████  ████  ██████████████████████

████  ████████████████████████

████  ███   █████████████████████

████  ████████████████████████████████

████  █████████████████████████████████

████  ██████████████████████████████

Page 44



8          Q.     What is RTB?

9          A.     RTB stands for real-time bidding.

10         Q.     Who are your real-time bidding

11   customers?

12         A.     There is a ████████ and I don't

13   have all of them off the top of my head.

14         Q.     Can you give an example?

15         A.     The ███████sk is an example of an

16   RTB customer of ours.

17         Q.     What is the ████████████

18         A.     ██████████████████████████

19         Q.     Can you think of any others?

20         A.     ███████is another RTB customer of

21   ours.

22         Q.     Can you think of any others?

23         A.     ██████████████

24         Q.     You referred a moment ago to █

██    ████████  correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1     ▮     ▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬

▮     ▮     ▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬

▮     ▮     ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬

10       Q.    When you communicate with Duncan

11   Wood about those metrics, why are you asking

12   about them in general?

13     ▮     ▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬

15   ▬▬▬▬▬▬▬   That would be

16   typically why I might speak with Duncan about

17   those types of revenue metrics.

18     ▮     ▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬

22       A.    The business that I work on, the

23   subset of Google has one such process.  I can't

24   speak for the broader Google organization.

25       Q.    What business are you working on?

Page 51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1        A.    I do, yes.

Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1

24      A.      Are you asking about my area or more

25      broadly outside of Google?

Page 62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A.     You're asking if there are RTB

2    bidders that bid into Google's buyside?

3          Q.     I'm asking about RTB revenues on the

4    buyside.

5          A.     I'm not sure what types of

6    arrangements the buyside may have with third

7    parties.

8          Q.     Who is in charge of the buyside in

9    your equivalent at Google?

10         A.     Well, Jerry Dischler is in charge of

11   ads which includes the buyside.  I don't know

12   if I have an equivalent on the buyside.

13         Q.     So Jerry Dischler would know if

14   there are any sources for real-time bidding

15   revenue on the buyside other than Ad Manager,

16   AdMob and AdSense?

17              MR. SOMVICHIAN:  Objection.  Lacks

18        foundation.

19         A.     I don't know if he would.  Maybe

20   someone on his team.

21         Q.     Can you identify anyone other than

22   him?

23              MR. SOMVICHIAN:  Objection.  Vague.

24         A.     Who would know the answer to your

25   question?

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A.    I'm not sure.

2          Q.    Does it go back prior to 2020?

3          A.    I'm not sure exactly how long this

4    particular set of revenue metrics that you're

5    asking about goes back in that specific

6    dashboard.

7          Q.    If you wanted to know how far back

8    it went, how would you determine that?

9          A.    To answer your question?

10         Q.    Yes.

11



Page 70

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    ███████ ████ ████ ███████████

██    ████ ████████ ████ █████████ ████ █████████████

██    ████ ████ ████ ████████ ███████████ ██████████████

██    ████ ██████

5       A.    Off the top of my head I don't

6    recall.

7       Q.    Is there a dashboard where you can

8    filter revenue for real-time bidding by

9    country?

10           MR. SOMVICHIAN:  Objection.  Lacks

11       foundation.

12       A.    I'm not sure off the top of my head

13    if there is a dashboard that contains that.

14       Q.    Who would know?

15       A.    Duncan.  He would be the person who

16    would know.

17       Q.    How long has he been at Google?

18       A.    I don't know.

19       Q.    How long have you known of him?

20       A.    I don't recall when we first met,

21    but at least several years.

22       Q.    Prior to 2020?

23       A.    I don't know when he joined Google

24    or when we started working together.

25       Q.    Going back to the filters in the

Page 71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    dashboard that you work with, what other

2    filters are there?

3         A.    You're asking about the revenue

4    dashboard that we were talking about?

5         Q.    Yes.

6         A.    I don't recall off the top of my

7    head what other filters are in that dashboard

8    beyond dates and the foreign exchange year

9    rates that we talked about.

10   ███ ████ ████ ███ ████ ███ ███████

███ ████ ██ ███ ███ ███

12               MR. SOMVICHIAN:  Objection.  Vague.

13   ███  █ ███ ███ █████ ██ ███ ███

██ █████ █████ ████ ███ █████ █████

██ ██████

██ ███ ███ ██████ ███████

██ ███ ██

██ ███ ███████ ███ ████ █████

██ █████

██ ███ █ ████ ██ █ ████ █ ███ ███

██ █████ ███ ███ ████ ███ ███ ████

██ ████ ██ ███ ████ ██ ███ ███

██ █████ ███ ████ ████ ████

██ ███ ███ ████ ███ ████ ███

██ ███ ██ ███ ████ ███ ████ ███

1        A.    We talked about several of them

2    earlier today, yes.



Page 73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page  74

1



Page  75

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page  76

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



7                        I'm not sure what you
8    mean by that.

17        Q.    How do you know that?
18        A.    How do I know what?
19        Q.    What you just testified to?
20        A.    I'm sorry, could you be more
21    specific?
22        Q.    Sure.  You just said there was --

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    Yes.

2    ██████  ████ ██ ████ ██ ████ ████ ███████

██ ████ ███ ██████ ████ ██████ ████ ███████

██ ███ ████ ██████████ ██████

5            MR. SOMVICHIAN:  Objection.  Asked

6        and answered.

7    █████     ████ ██████ ██████ ████ ████ ████

██ ██████

██    ████ ████ ██████ ██████████ ████ ████ ██████

██ █████████ ████ ██████

██     ████     █████

12        Q.    So at the time that you wrote

13    Exhibit 75, what ████████ contained the

14    information that you wrote about here?

15        A.    I'm not sure.

16        Q.    How would you find out?

17            MR. SOMVICHIAN:  Objection.  Vague.

18        A.    I'm not sure how I would find out

19    which ██████ I used several years ago in

20    writing this.

21        Q.    Do you see that the next sentence

22    says, ████ ████ ████ ████ ████ ████

██    █████ ██████ ████ ████ ████ ██████

██    █████ ████ ████ ████ ████ █████ ████

██    ████ ██ ██████ ████ █ ██████     Do you see

Page 92

1    annual growth rate.



5         A.    Yes, I see that.

Page 157



```
 1    ████████████

 ▮         ▮      ████████████████████████

 ▮    ████████████████

 ▮         ▮      ████████████████████

 ▮    ████████████████████

 ▮         ▮      ██████████████████

 ▮    ████████████████████████████████████████

 ▮    ████████████████

 ▮         ▮      ████████████████████████

 ▮    ██████

11    Q.    Yes.

12         ▮      ████████████████████

 ▮    ██████████████████████

 ▮    ████████████████████████████

 ▮    ████████████████████████████████████████

 ▮    ██████████████

17    Q.    So I just asked a question for

18    specifics and then you repeated the same thing

19    that you said earlier. ████████████████████

20    ████████████████████████

 ▮    ████████████████

 ▮         ▮      ████████████████████████

 ▮    ████████████████████████████████████████

 ▮    ██████████████████████

 ▮         ▮      ████████████████████
```

Page 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    parameter here, yes.

2    ███ ████████████████████████

███████████████████

███ ███████████████

██████████████████████ ███████████

██████████████████████

███ ███████████████████

████████████████████████████

███████████████

███ ██████████████████████████

█████████████████████████████

█████████████████████████████

█████

███ █████████████████████

█████████████

███ ██████████████████

████████████

18    Q.    How is that defined?

19    A.    Sorry, could you --

20    ███ ██████████████████

██████████████████████████

████████████████

23       A.    This is a hypothetical describing a

24    ███████████ I haven't seen and I would think that

25    the dimensions and how that is defined might

Page 171

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    Our finance analyst team.

2        Q.    Are they readily accessible in

3 Google docs?

4        A.    Is what readily accessible in Google

5 docs?



12        Q.    That's not what I asked.  Are they

13 readily accessible if you wanted to go view

14 them today?

15        A.    I don't know if I have access to --

16        Q.    Let's assume you have access because

17 you're involved in a lawsuit where you have

18 produced some but not all of such forecasts.

19 Can you logistically access them easily?

Page 187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



15          A.    I'm not sure I have access to that.

16   So the result might be nothing.

17          Q.    Setting aside the access issue, how

18   long would it take if you did have access?

Page 188

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    saying was the opinion of the folks who

2    launched this.

3           Q.    And it launched, correct?

4           A.    That is the statement here.

5           Q.    Any reason to think that didn't

6    happen?

7           A.    I have no reason to believe that the

8    statement here is incorrect.

Page 204

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1               A C K N O W L E D G M E N T

2

3     STATE OF               :

                             :ss

4     COUNTY OF              :

5

6          I, GEORGE LEVITTE, hereby certify that

7     I have read the transcript of my testimony

8     taken under oath in my deposition on the 13th

9     day of April, 2023; that the transcript is a

10    true, complete record of my testimony and that

11    the answers on the record as given by me are

12    true and correct.

13

14                    -------------------------

                            GEORGE LEVITTE

15

16    Signed and subscribed to before

      me this                 day of

17                      , 2023.

18

19    -------------------------------------

      Notary Public of the State of

20

21

22

23

24

25

                                        Page 309
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2                    C E R T I F I C A T E

3            I, FRAN INSLEY, hereby certify that the

4    Deposition of GEORGE LEVITTE was held before me

5    on the 13th day of April, 2023; that said

6    witness was duly sworn before the commencement

7    of testimony; that the testimony was taken

8    stenographically by myself and then transcribed

9    by myself; that the party was represented by

10   counsel as appears herein;

11           That the within transcript is a true

12   record of the Deposition of said witness;

13           That I am not connected by blood or

14   marriage with any of the parties; that I am not

15   interested directly or indirectly in the

16   outcome of this matter; that I am not in the

17   employ of any of the counsel.

18           IN WITNESS WHEREOF, I have hereunto set

19   my hand this 19th day of April, 2023.

20

21

22

23

24            FRAN INSLEY

25

                                        Page 310

1    LESLEY WEAVER, ESQ.

2    lweaver@bfalaw.com

3                                    April 19, 2023

4    IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

5    April 13, 2023-GEORGE LEVITTE-JOB NO.5817358

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25

                                              Page 311

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 312

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

 2   GEORGE LEVITTE-JOB NO.5817358

 3                 E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____  _____

24   WITNESS                            Date

25
```

Page 313