# EXHIBIT L

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# Exhibit 18

# FILED UNDER SEAL

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3      OAKLAND DIVISION
        Case No. 4:20-cv-02155-YGR-VKD
 4      ------------------------------------------x
 5      In re Google RTB Consumer Privacy
        Litigation
 6      This document applies to all actions
 7      ------------------------------------------x
 8                     December 8, 2022
 9                        9:14 a.m.
10
11                      *CONFIDENTIAL*
12
13         VIDEOTAPED DEPOSITION of DR. GLENN
14      BERNTSON, held at the offices of Simmons
15      Hanly Conroy LLC, located at 112 Madison
16      Avenue, 7th Floor, New York, New York
17      10016, before Anthony Giarro, a Registered
18      Professional Reporter, a Certified Realtime
19      Reporter and a Notary Public of the State
20      of New York.
21
22
23
24
25
                                                    Page 1
```

CONFIDENTIAL

```
 1      A P P E A R A N C E S :
 2
 3      BLEICHMAR FONTI & AULD LLP
         Attorneys for Plaintiffs
 4       555 12th Street, Suite 1600
         Oakland, California 94607
 5       (415) 445-4003
 6      BY:   LESLEY WEAVER, ESQ.
              (via Zoom)
 7             lweaver@bfalaw.com
              ANNE DAVIS, ESQ.
 8            (via Zoom)
 9      COTCHETT, PITRE & McCARTHY LLP
         Attorneys for Plaintiffs
10       840 Malcolm Road, Suite 200
         Burlingame, California 94010
11       (650) 697-6000
12      BY:   BRIAN DANITZ, ESQ.
              (via Zoom)
13             bdanitz@cpmlegal.com
              KARIN SWOPE, ESQ.
14            (via Zoom)
15      SIMMONS HANLY CONROY LLC
         Attorneys for Plaintiffs
16       112 Madison Avenue, 7th Floor
         New York, New York 10016
17       (618) 693-3104
18      BY:   JASON BARNES, ESQ.
               jaybarnes@simmonsfirm.com
19            AN TRUONG, ESQ.
               atruong@simmonsfirm.com
20            JENNY PAULSON, ESQ.
               jpaulson@simmonsfirm.com
21            ERIN GEE, ESQ.
              (via Zoom)
22
23
24
25
```

Page 2

```
 1      A P P E A R A N C E S (Cont.):
 2
        PRITZKER LEVINE LLP
 3       Attorneys for Plaintiffs
         1900 Powell Street, Suite 450
 4       Emeryville, California 94608
         (415) 692-0772
 5
        BY:   JONATHAN LEVINE, ESQ.
 6             jkl@pritzkerlevine.com
               ELIZABETH PRITZKER, ESQ.
 7             (via Zoom)
               ecp@pritzkerlevine.com
 8
 9
10
11
        COOLEY LLP
12       Attorneys for Google
         3 Embarcadero Center, 20th Floor
13       San Francisco, California 94111
         (415) 693-2026
14
        BY:   JEFF GUTKIN, ESQ.
15             jgutkin@cooley.com
               LIZ SANCHEZ SANTIAGO, ESQ.
16             (via Zoom)
17
18
19      ALSO PRESENT:
20               MARCELO RIVERA, Videographer
                 DENISHA BACCHUS, ESQ., Google
21               GREGG HOLDERMAN, Concierge Tech
22
23
24
25

                                             Page 3
```

```
 1                THE VIDEOGRAPHER:  Good
 2      morning.  We're going on the record
 3      at 9:14 a.m. on December 8th, 2022.
 4      Please note that the microphones are
 5      sensitive and may pick up whispering
 6      and private conversations.  Please
 7      mute your phones at this time.  Audio
 8      and video recording will continue to
 9      take place unless all parties agree
10      to go off the record.
11                This is Media Unit 1 of the
12      video-recorded deposition of
13      Mr. Glenn Berntson in the matter
14      Google RTB Consumer Privacy
15      Litigation.  This deposition is being
16      held at Simmons Hanly Conroy, located
17      at 112 Madison Avenue, New York, New
18      York.
19                My name is Marcelo Rivera,
20      representing Veritext Legal
21      Solutions.  And I am the
22      videographer.  The court reporter is
23      Anthony Giarro in association with
24      Veritext Legal Solutions.
25                I am not related to any
```

Page 4

```
 1                THE WITNESS:  I'm Glenn
 2        Berntson.
 3                THE VIDEOGRAPHER:  Will the
 4        court reporter please swear in the
 5        witness.
 6     D R.   G L E N N   B E R N T S O N, after
 7     having first been duly sworn by a Notary
 8     Public of the State of New York, was
 9     examined and testified as follows:
10      EXAMINATION BY
11      MR. BARNES:
12         Q       Good morning, Dr. Berntson.
13     We've met before.  This is not your first
14     rodeo with a deposition.  So I'll be
15     brief in the introduction.
16                Can we agree if you don't
17     understand a question that I ask, you'll
18     ask me to ask you again, so maybe you
19     understand it better?
20         A       Yes.
21         Q       And you understand that in a
22     deposition, you need to answer verbally
23     and not just with head nods; right?
24         A       Yes.
25         Q       Anytime you need a break,
```

Page 6

```
 1     vague.
 2          A      I'm not sure what you're
 3     asking.
 4     ███ ███████ ██  ██  ███  ██  ███████
       █ ██████ █ ███ █ █████ █ ███ █ ██
       █ █████ █ █████ █ ███ █ ██ █ ████████
       █ █ ██████████ █ ████ █ ███ █ █████ █
       █ █████ █ ██████ █ ███████
 9                 MR. GUTKIN:   Object as
10          lacking foundation and vague.
11          █          ████
12          Q      Do other companies in the
13     realtime bidding industry use IAB
14     standards?
15                 MR. GUTKIN:   Object as vague
16          and calling for speculation as
17          framed.
18          A      Some do.
19          Q      Do other companies use URLs
20     to place users into IAB content
21     verticals?
22                 MR. GUTKIN:   Object as
23          calling for speculation.
24          A      I would have to speculate.
25     I've only ever worked on Google ads.  So
```

Page 80

```
 1      ███████  ████████
 2          █          ██      ███   ████████   ██   ██
 3          █      ███████    ████  ████   █████   ████████
 4          █      ████████████████    ██   ████   ███   ███████
 5          █      ██   ████
 6                      MR. GUTKIN:  Object as
 7          misstating the testimony and vague.
 8          █      ██       ███████   ████  ████   ██
 9          █      ████  ███  ████  ██   ████████   ████  ██
10          █      ████  ██  ████  ████  ██  ████  ██  ███
11          █      ████████   ███   █████   ███████
12          █      ████████████████
13      Q       Can we go to page 4, please?
14              Can you explain what is
15      depicted on page 4 of Exhibit 7 in terms
16      of this transmission?
17      A       Nope.
18      Q       Can you explain what type of
19      data is transmitted to
20      █████████████████████████
21                      MR. GUTKIN:  From my
22          understanding, are you referring to
23          the next page what's listed as --
24                      MR. BARNES:  I'm sorry.
25          There we go.  I'm sorry.  Let's do --
```

Page 117

```
 1                   C E R T I F I C A T I O N
 2
 3
 4         I, ANTHONY GIARRO, a Shorthand
 5    Reporter and a Notary Public, do hereby
 6    certify that the foregoing witness, DR.
 7    GLENN BERNTSON, was duly sworn on the date
 8    indicated, and that the foregoing, to the
 9    best of my ability, is a true and accurate
10    transcription of my stenographic notes.
11           I further certify that I am not
12    employed by nor related to any party to
13    this action.
14    Dated" December 9, 2022
15
16
17
18
19
20
21         ANTHONY GIARRO
22
23
24
25
```

Page 348