# EXHIBIT M

# (FILED ENTIRELY UNDER SEAL)