# EXHIBIT N

# (FILED ENTIRELY UNDER SEAL)