# EXHIBIT O

# (FILED ENTIRELY UNDER SEAL)