# EXHIBIT P

# (FILED ENTIRELY UNDER SEAL