# EXHIBIT Q

# (FILED ENTIRELY UNDER SEAL)