# EXHIBIT R

# (FILED ENTIRELY UNDER SEAL)