# EXHIBIT S

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# Exhibit 25

# FILED UNDER SEAL

DocID :                          GOOG-HEWT-00330758
BegDoc :                         GOOG-HEWT-00330758
EndDoc :                         GOOG-HEWT-00330763
DocID_BEGATT :
DocID_ENDATT :
Parent_Attachment :
Custodian :                      Tom Wolfstein
Message Header :
From :



Recipients :
CC :
BCC :
Subject :
Title :



Sent Date :
Last Modified Date :
Creation Date :
Date Created :
File Extension :                 eml
Application Name :
Location :
File Name :
File Size :
MD5Hash :



Hidden Data :
Relativity Native Type :

Message

**From:** Glenn Berntson
**Sent:** 7/28/2021 1:05:34 PM
**To:**
**Subject:**

Glenn Berntson added action items and comments to the following document



New

1 action item, 8 comments

Resolved

2 comments

## Action Items



Overall stylistic comment throughout the deck: let's keep it short, please -- we don't have to use full sentences in bullet points.

The full sentences can go into the voiceover

*Assigned to you*

Glenn Berntson
**New**

I'm redrafting to tighten this up

CONFIDENTIAL

GOOG-HEWT-00330758

Glenn Berntson
**New**

*Marked as done*

ReplyOpen

## Comments



Glenn Berntson
**New**



Glenn Berntson
**New**

+1 -- I get what this slide is trying to do -- but it feels like it's all over.

ReplyOpen



Glenn Berntson
New

I like -- this should replace content in previous slide.

ReplyOpen



Glenn Berntson
New

ReplyOpen

FLoC

Osvaldo Doederlein

CONFIDENTIAL
GOOG-HEWT-00330760



Glenn Berntson
**New**

Interesting question we should run by Spam team.

ReplyOpen

Glenn Berntson

Glenn Berntson

**New**

"valid use cases"

Reply Open



Glenn Berntson
**New**

Reply Open

## Resolved

Comments



Glenn Berntson
**New**

*Marked as resolved*

Reply Open



Glenn Berntson
**New**

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You cannot reply to this email.

CONFIDENTIAL                                                                                    GOOG-HEWT-00330763