# EXHIBIT T

# (FILED ENTIRELY UNDER SEAL)