| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:     +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:    +1 202 842 7800<br>Facsimile:     +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 546-3, 546-4, 546-5, 546-6)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD

|   |   |
|---|---|
| 1 | Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed |
| 2 | Documents to remove from the dockets the following documents ("Plaintiffs' Filings"): |
| 3 | • Ex. 1 of Declaration of Elizabeth C. Pritzker - Expert Class Cert. Report of Prof. Z. |
| 4 | Shafiq (ECF No. 546-3) |
| 5 | • Ex. 2 of Declaration of Elizabeth C. Pritzker - Expert Class Cert. Report of Prof. C. |
| 6 | Wilson ) (ECF No. 546-4) |
| 7 | • Ex. 3 of Declaration of Elizabeth C. Pritzker - Expert Class Cert. Report or |
| 8 | Zeithammer (ECF No. 546-5) |
| 9 | • Ex. 4 of Declaration of Elizabeth C. Pritzker Expert - Class Cert. Report of G. Regan |
| 10 | (ECF No. 546-6) |

After Plaintiffs' filing of the docket entries listed above, Google discovered that certain confidential information was left unredacted. Google has filed corrected versions of Plaintiffs' Filings with proposed redactions in connection with its Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed ("Google's Response") (ECF No. 558). As explained in Google's Response, the information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Accordingly, Google respectfully requests that Plaintiffs' Filings be permanently deleted from the docket and replaced with the redacted versions attached to Google's Response.

Dated: August 4, 2023                             COOLEY LLP


                                                  By: /s/ Whitty Somvichian
                                                      Whitty Somvichian

                                                  Attorney for Defendant
                                                  GOOGLE LLC

289565021

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD