COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 546-3, 546-4, 546-5, 546-6)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD

1  Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed
2  Documents ECF Nos. 546-3, 546-4, 546-5, and 546-6 ("Motion"). Having considered the
3  Motion and supporting papers, the Court hereby **GRANTS** the Motion.  Plaintiffs pleadings as
4  referenced in the Motion shall be permanently deleted from the public record and replaced with the
5  redacted versions as attached to Google's Response to Plaintiffs' Administrative Motion to
6  Consider Whether Another Party's Materials Should be Sealed ("Google's Response") (ECF No.
7  558)

**SO ORDERED.**

DATED: _____   _____

The Honorable Yvonne Gonzalez Rogers
UNITED STATES JUDGE

289565308

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD