| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 546-3, 546-4, 546-5, 546-6) |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents ECF Nos. 546-3, 546-4, 546-5, and 546-6 ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion. Plaintiffs pleadings as referenced in the Motion shall be permanently deleted from the public record and replaced with the redacted versions as attached to Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed ("Google's Response") (ECF No. 558)

**SO ORDERED.**

DATED: August 10, 2023

_____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES JUDGE

289565308