COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1   Google LLC filed an Administrative Motion ("Motion") to consider whether portions of the
2   May 16, 2023 Hearing Transcript should be sealed.

3   Upon consideration of the Motion, the papers submitted in support, and good cause
4   appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| May 16, 2023 Hearing Transcript | Portions Highlighted at: Portions highlighted at page(s): 5:6, 5:22, 6:9, 7:4-13, 7:18-20, 7:25-8:3, 8:8-11, 8:16, 10:1, 10:7-12, 10:15, 10:22-23, 11:2-3, 11:10, 12:4-5, 12:12, 15:15-16, 16:14-15, 16:20, 16:22-23, 17:3-4, 19:10-13, 19:16, 19:22, 19:24-25, 20:6-7, 22:8, 22:22-24, 23:9-10, 23:14, 23:20, 24:10-22, 25:3, 25:7, 25:10, 25:14-15, 25:18, 26:3-4, 26:7, 26:9, 26:13, 26:24, 27:1-3, 27:5, 27:7-9, 27:11, 27:16, 27:18, 27:21-23, 28:5-6, 28:8, 28:10-13, 28:15, 28:17-20, 28:22-29:2, 29:18-19, 30:2, 30:6-7, 30:17, 30:24-25, 31:4, 31:9, 31:15, 32:2-3, 32:8-13, 32:21, 33:4, 33:7, 33:9, 33:12, 33:15, 33:19-20, 33:24-25, 34:2-6, 34:10, 34:12, 34:20, 34:22-35:2, 35:4-5, 35:7, 35:15, 36:7-8, 37:5-6, 37:21-22, 37:24, 38:6-8, 38:19, 38:22-23, 39:3-5, 39:8-10, 39:14-16, 39:20-23, 40:2-3, 40:5, 40:21, 41:10-11, 41:20, 41:22, 41:24, 43:2, 43:4-5, 43:11-12, 43:16, 44:7, 44:13-16, 45:16, 45:18, 45:21-22, 45:24-25, 47:3-4, 47:12, 47:15-17, 47:20, 48:3-4, 48:6, 49:12, 49:16-17, 49:20, 49:23-50:1, 50:23-51:2, 51:8, 51:18, 51:21, 53:8-9, 53:11-12, 55:2, 55:21, 55:24, 56:8-12, 56:14-15, 56:17-19, 57:11, 57:21-22, 57:24, 58:9-12, 58:18-19, 58:25, 59:2, 59:15, 59:19, 60:13, 60:15, 60:19-22, 61:7-9, 61:12, 61:15-16, 61:18, 62:4, 62:7, 62:10, 62:13, 62:15-16, 62:18-19, 62:21-22, 63:2-3, 63:11-12, 63:20, 63:23-24, 64:24, 65:3, 65:7-8, 65:12, 65:14, 65:21, 66:2-4, 67:10-13, 67:25, 68:9-12, 69:22, 70:14, 70:16-17-18, 71:1 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

289559291

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting
Administrative Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD