# EXHIBIT A

Elizabeth C. Pritzker (SBN 146267)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

[*Additional counsel listed on signature page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This document applies to: *all actions*. | Case No. 4:20-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF DEFENDANT GOOGLE LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |

1    **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiffs, by and through undersigned counsel, will take the deposition of Defendant Google LLC ("Defendant" or "Google") on **[DATE] at 9:00 a.m. PST** at the law offices of **Pritzker Levine LLP, 1900 Powell Street, Suite 450, Emeryville, California, telephone (415) 692-0772, facsimile (415) 366-6110**.

The deposition will be taken before a person authorized by law to administer oaths under Federal Rule of Civil Procedure 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed.

Pursuant to Federal Rule of Civil Procedure Rule 30(b)(6), Defendant is hereby notified of its duty to designate one or more officers, directors, managing agents or other persons most knowledgeable or qualified to testify on its behalf concerning the topics identified in <u>Schedule A</u>, attached. Plaintiff request that Google provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on Google's behalf.

Plaintiffs intend and reserve the right to record the deposition testimony of the person(s) designed to testify on Google's behalf by videotape and instant visual display, in addition to recording the testimony stenographically and via LiveNote/Realtime, and further intend and reserve the right to provide a secure live internet, video, audio and/or telephonic stream for parties and counsel of record. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

Plaintiffs further reserve the right to notice and conduct additional Rule 30(b)(6) depositions of Defendant on non-duplicative topics.

Dated: June 13, 2023

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
Caroline C. Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
Fax: (212) 213-5949
*dstraite@dicellolevitt.com*

James Ulwick (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*julwick@dicellolevitt.com*

**COTCHETT, PITRE & McCARTHY LLP**
Nanci E. Nishimura (SBN 152621)
Brian Danitz (SBN 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010

|    |                                                        |
|----|--------------------------------------------------------|
| 1  |                      Tel.: (650) 697-6000             |
| 2  |                      Fax: (650) 697-0577              |
|    |                      *nnishimura@cpmlegal.com*        |
| 3  |                      *bdanitz@cpmlegal.com*           |
|    |                      *kswope@cpmlegal.com*            |
| 4  |                      **BOTTINI & BOTTINI, INC.**      |

Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*ykolesnikov@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

## SCHEDULE A

## RELEVANT TIME PERIOD

Unless otherwise specified or agreed upon by the parties, the relevant time period for purposes of this Notice is from June 28, 2016 to the present (the "Relevant Time Period").

## MATTERS FOR TESTIMONY

In accordance with Federal Rule of Civil Procedure 30(b)(6), Plaintiffs designate the matters identified below for examination. In construing these topics, all terms shall be construed to encompass as broad a range of information as permitted under the Federal Rules of Civil Procedure. For purpose of this notice, the person(s) designed to testify on Google's behalf shall be prepared to address the following topics.

**Topic 1**: The policies, procedures and mechanisms through which individuals residing in the United States create a personal Google account.

**Topic 2**: The Google Terms of Service and Privacy Policies (including incorporated or hyperlinked documents) applicable in the United States and the accounts to which they apply..

**Topic 3**: The number of personal Google accounts in the United States active during the Relevant Time Period, and the methodology by which that number is determined or calculated. For purposes of this topic, "active" means signed into or used for a period of ninety (90) or more days at any time during the Relevant Time Period.

**Topic 4**: How Google logs, maps, associates or links to personal Google accounts any of the following information transmitted in connection with Google's Real-Time Bidding ("Google RTB") auction system:

    (a)    <u>Identifiers</u> (such as Google User ID, device IDs [IDFA/ADID for mobile devices], cookies, PPID, hosted match data, IP address, email address, phone number, user name);

    (b)    <u>Activity information</u> (such as webpage, URL, App, verticals, user lists);

    (c)    <u>Location information</u> (such as country, postal code, hyperlocal [longitude and latitude information]);

    (d)    <u>Device information</u> (such as user agent, screen size, orientation, pixel density,

1 operating system version);

2     (e)    <u>Controls information</u> (such as non-personalized ads limitations, limited ad tracking, user data treatment, publisher settings);

**Topic 5**: The databases, data systems or data logs that contain or reflect how Google logs, maps, associations or links to personal Google accounts, any of the information called for in Topic 4, and the standard preservation or retention period(s) associated with such databases, data systems or data logs.

**Topic 6**: The mechanisms and procedures, if any, by which Google seeks or obtains U.S. Google account holders' consent to share with or sell to third-parties outside of Google, in Google RTB, any of the information described in Topic 4, and the databases, data systems or records, if any, reflecting such account holders' consent.

**Topic 7**: The mechanisms and procedures, if any, by which Google seeks or obtains U.S. Google account holders' consent to share with or sell to third-parties outside of Google, information reasonably associated with or linked to a U.S. Google account holder in Google RTB, and the databases, data systems or records, if any, reflecting such account holders' consent.

**Topic 8**: The policies and practices governing Google employees' creation, use, maintenance and retention of internal Google emails, Google chats, internal and external presentations, internal memos, and other documents created in the course of employment at Google.

**Topic 9**: Google's litigation holds and preservation of data, records and information relevant or responsive to claims, defenses or issues in this action, including:

    (a)    The date(s) Google issued any litigation hold(s) in connection with this action;

    (b)    The scope of the litigation hold(s);

    (c)    The extent to which any litigation hold(s) issued by Google in connection with this action applied to only the named plaintiffs or the entire proposed class;

|   |   |   |
|---|---|---|
| 1 | (d) | Whether litigation holds issued by Google in connection with other matters or investigations require Google to preserve information and data relevant or responsive to claims, defenses or issues in this action and, if so, the time period of such preservation/retention; |
| 5 | (e) | The identity of all log(s) or data source(s) capable of associating or linking information transmitted in Google RTB bid requests with personal Google accounts, and the length of time such log(s) or data sources(s) have been preserved, whether as part of a routine preservation or retention directive, or as part of litigation holds issued by Google in this action or in other matters or investigations; |
| 11 | (f) | The identity of all log(s) or data source(s) from which the 'verticals' data fields Google shared with RTB participants can be produced, and the length of time such log(s) or data sources(s) have been preserved, whether as part of a routine preservation or retention directive, or as part of litigation holds issued by Google in this action or in other matters or investigations. |