UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

Case No. 21-cv-02155-YGR   (VKD)

**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**

Re: Dkt. No. 554

Further to the parties' August 1, 2023 discovery dispute concerning plaintiffs' request for additional depositions of Google employees (Dkt. No. 554) and the hearing conducted on August 22, 2023, the Court orders as follows:

1. Plaintiffs shall prepare proposed Rule 30(b)(6) deposition topics that describe the information they seek regarding the documents or information Google provided in response to plaintiffs' interrogatories referenced at page 2 of Dkt. No. 554. The topics should correspond to the categories of information for which plaintiffs seek the depositions of Ted Herbstman, Ben Kornacki, Timon Koehler, and Sierra Feitshans.[1] These proposed deposition topics must be shared with Google no later than **August 24, 2023**.

2. The parties shall confer regarding the scope and wording of the proposed topics.

3. On **August 31, 2023**, the parties must file agreed or respective proposed Rule 30(b)(6) deposition topics covering the subject matter in paragraph 1 above so that the Court

---

[1] During the hearing, the Court suggested that the topics be modeled on Topic 3 of plaintiffs' amended notice of deposition (*see* Dkt. No. 562-1 at 4), which encompasses the information plaintiffs associate with Aaron Powers. *See* Dkt. No. 554 at 2.

1   may consider them in the event it determines that plaintiffs should be permitted to take
2   deposition testimony on these matters. Additionally, the parties must attach the
3   interrogatories and responses referenced at page 2 of Dkt. No. 554.

4   **IT IS SO ORDERED.**

5   Dated: August 22, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge