# Exhibit 1

*In re: Google RTB Consumer Privacy Litigation*, 4:21-cv-02155-YGR-VKD (N.D. Cal.)

Exhibit 1 to Plaintiffs' Response in Opposition to
Google's Motion to Seal Portions of Class Certification Briefing

*Plaintiffs' Positions*

August 22, 2023

|   | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|---|---|---|---|
| 1. | Motion for Class Certification ECF No. 546 (public redacted) ECF No. 545-3 (sealed) | Google seeks to seal the redacted language on pp. 7, 9, 22 and 23. | Google has not established "compelling need" to keep these details of the RTB process sealed, particularly those portions describing data transmitted to hundreds of RTB participants. |
| 2. | [Plaintiffs' Proposed] Order Granting Motion for Class Certification ECF No. 546-46 (public redacted) ECF No. 545-4 (sealed) | Google seeks to seal the redacted language on p. 5, which mirrors language from the Motion for Class Certification at 7. | Google has not established "compelling need" to keep these details of the RTB process sealed, particularly those portions describing data transmitted to hundreds of RTB participants. |
| 3. | Expert Report of Prof. Zubair Shafiq, attached as Ex. 1 to Pritzker Decl.; ECF No. 546-3 (public redacted; removed from docket) ECF No. 558-5 (revised redacted, *see* Order at ECF No. 560) ECF No. 545-5 (sealed) | Google seeks to seal the redacted language at ¶¶ 12, 18, 28, 31; Figure 1; ¶¶ 32, 33; Figure 2; ¶¶ 34, 35; Table 1; ¶¶ 36, 37, 39; n.12; ¶¶ 39, 40, 42; nn.17–20; Table 2; ¶¶ 43, 45; n.22; ¶ 46; ¶¶ 47-68; n.31; ¶¶ 78-80, 88, 91-93; n.67; ¶¶ 94, 95, 97. | Google has not established "compelling need" to keep these details of the RTB process sealed, particularly those portions describing data transmitted to hundreds of RTB participants.<br><br>Google has also not established a "compelling need" to seal various identifiers (*e.g.,* p. 42) that are publicly available elsewhere, and which are currently not redacted in other places in the Shafiq report, including in footnotes 69–71, and in ¶ 97(d). Google also describes and names one of the identifiers on its public developer page, *https://developers.google.com/issue-tracker/concepts/access-control.* |

1

|   | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|---|---|---|---|
|   |   |   | Plaintiffs SUPPORT Google's request to seal the confidential Plaintiff-specific data at ¶ 42(b); Table 2 to ¶ 42(e); ¶ 42(f); ¶ 46(a)–(g); nn.18, 19, 23-28. |
| 4. | Expert Report of Christo Wilson, attached as Ex. 2 to Pritzker Decl., ECF No. 546-4 (public redacted, removed per Order at ECF No. 560) ECF No. 558-6 (revised redacted) ECF No. 545-6 (sealed) | Google seeks to seal the redacted portions at ¶¶ 37, 47, 77, 79; n.35; ¶ 95; portions of Table 5; ¶¶ 103, 104. | Google has not established "compelling need" to keep these details of the RTB process sealed, particularly those portions describing data transmitted to hundreds of RTB participants.<br><br>Google has also not established a "compelling need" to seal various identifiers (*e.g.,* p. 42) that are publicly available elsewhere, and which are currently not redacted in other places in the Shafiq report, including in footnotes 69–71, and in ¶ 97(d). Google also describes and names one of the identifiers on its public developer page, *https://developers.google.com/issue-tracker/concepts/access-control*<br><br>Plaintiffs SUPPORT Google's request to seal the confidential Plaintiff-specific data at Table 5 to ¶ 95. |
| 5. | Expert Report of Prof. Robert Zeithammer, attached as Ex. 3 to Pritzker Decl., ECF No. 546-5 (public redacted, removed per Order at ECF No. 560) ECF No. 558-7 (revised redacted) ECF No. 545-7 (sealed) | Google seeks to seal the redacted portions at ¶¶ 19; 32–41; 65; 66; 68–70; 73 (portions of Table 1); ¶¶ 74; 80 (portions of Table 2); ¶¶ 83, 97; and 99. | Google has not established "compelling need" to keep these details of the RTB process and revenue data sealed, particularly those portions describing data transmitted to hundreds of RTB participants. |

|    | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|----|--------------|----------------|--------------------------|
| 6. | Expert Report of Greg. J. Regan, attached as Ex. 4 to Pritzker Decl., ECF No. 546-6 (public redacted, removed per Order at ECF No. 560) ECF No. 558-8 (revised redacted) ECF No. 545-8 (sealed) | Google seeks to seal the redacted portions at ¶¶ 33, 34; n.51; n.54; ¶ 36; n.60; Figure 2; ¶ 38; n.61; Figure 3; ¶¶ 42, 43; n.72; n.73; ¶ 45; n.76; ¶ 47; n.81; ¶ 48; Figure 4; n.83; ¶¶ 51, 52; n.85; Figure 5; ¶¶ 53, 59, and 60. | Google has not established "compelling need" to keep these details of the RTB process and revenue data sealed, particularly those portions describing data transmitted to hundreds of RTB participants. |
| 7. | Expert Report of Prof. Neil Richards, attached as Ex. 5 to Pritzker Decl., ECF No. 546-7 (redacted) ECF No. 545-9 (sealed) | Google seeks to seal the redacted portions at ¶¶ 68, 72, 74; n. 130; ¶¶ 99, 114, 115, 116, 126, 136. | Google has not established "compelling need" to keep these quotes from internal privacy documents sealed, particularly those portions quoting internal employees commenting on general privacy norms and expectations. |
| 8. | GOOG-HEWT-00349634, attached as Ex. 12 to the Pritzker Decl., ECF No. 546-14 (redacted) ECF No. 545-10 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 9. | GOOG-HEWT-00455800, attached as Ex. 13 to the Pritzker Decl., ECF No. 546-15 (redacted). ECF No. 545-11 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 10. | GOOG-HEWT-00455648, attached as Ex. 15 to the Pritzker Decl., ECF No. 546-17 (redacted); | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |

3

|  | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|---|---|---|---|
|  | ECF No. 545-12 (sealed) |  |  |
| 11. | Excerpts of Deposition Transcript of Google Employee George Levitte, attached as Ex. 17 to the Pritzker Decl., ECF No. 546-19 (redacted); ECF No. 545-13 (sealed) | Google seeks to seal portions of every single page of the excerpt. | Google has not established "compelling need" to keep this information sealed. |
| 12. | Excerpts of Deposition Transcript of Google Employee Glenn Berntson, attached as Ex. 18 to the Pritzker Decl., ECF No. 546-20 (redacted); ECF No. 545-14 (sealed) | Google seeks to seal portions of pp. 80 and 117. | Google has not established "compelling need" to keep this information sealed. |
| 13. | GOOG-HEWT-00456419, attached as Ex. 19 to the Pritzker Decl., ECF No. 546-21 (redacted); ECF No. 545-15 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 14. | GOOG-HEWT-00098506, attached as Ex. 20 to the Pritzker Decl., ECF No. 546-22 (redacted); ECF No. 545-16 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |

|    | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|----|--------------|----------------|--------------------------|
| 15. | GOOG-HEWT-00481219, attached as Ex. 21 to the Pritzker Decl., ECF No. 546-23 (redacted); ECF No. 545-17 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 16. | GOOG-HEWT-00481225, attached as Ex. 22 to the Pritzker Decl., ECF No. 546-24 (redacted); ECF No. 545-18 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 17. | GOOG-HEWT-00480493, attached as Ex. 23 to the Pritzker Decl., ECF No. 546-24 (redacted); ECF No. 545-19 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 18. | GOOG-HEWT-00099180, attached as Ex. 24 to the Pritzker Decl., ECF No. 546-26 (redacted); ECF No. 545-20 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 19. | GOOG-HEWT-00330759, attached as Ex. 25 to the Pritzker Decl., ECF No. 546-27 (redacted); ECF No. 545-21 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |

| | **Document** | **Portion(s)** | **Plaintiffs' Position** |
|---|---|---|---|
| 20. | GOOG-HEWT-0035713, attached as Ex. 26 to the Pritzker Decl., ECF No. 546-28 (redacted); ECF No. 545-22 (sealed) | Google seeks to seal the entire document. | Google has not established "compelling need" to keep this document sealed; sealing proposal is not narrowly tailored. |
| 21. | GOOG-HEWT-00456456, attached as Ex. 42 to the Pritzker Decl., ECF 546-45 (redacted). ECF No. 545-23 (sealed) | Because Pritzker Decl. Ex. 42 is not mentioned in the Somvichian Declaration, Plaintiffs understand that Google does not seek to seal this document. | This document is a publicly available document that Plaintiffs understand was sent to millions of Google account holders. Plaintiffs filed this document under seal because Google produced it in discovery with a confidentiality designation. Because Pritzker Decl. Ex. 42 is not mentioned in the Somvichian Declaration, Plaintiffs understand that Google does not seek to seal this document. |