COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S REVISED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MAY 16, 2023 HEARING TRANSCRIPT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am a partner at the law firm of Cooley LLP and counsel of record for Google LLC ("Google") in the matter of *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Revised Administrative Motion ("Motion") to Seal Portions of the May 16, 2023 Hearing Transcript ("Hearing Transcript"). I have personal knowledge of the facts herein, and I am competent to testify. I make this declaration pursuant to Local Rule 79-5 as an attorney for Google, the Designating Party.

2. I submit this declaration in support of Google's Revised Administrative Motion to Seal Portions of the May 16, 2023 Hearing Transcript ("Hearing Transcript") in *In re Google RTB Consumer Privacy Litigation*, Case No. 21-cv-02155 (YGR) (N.D. Cal.).

3. I have reviewed the hearing transcript Google seeks to file under seal pursuant to Local Rule 79-5, and it reflects confidential information disclosed in this matter. Based on my review, consultation with my client, and familiarity with this Court's prior sealing orders, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| May 16, 2023 Hearing Transcript | Portions highlighted at page(s): 7:5-11; 7:13; 7:18-20; 7:25 – 8:3; 8:8-11; 8:16; 10:1; 10:8-10; 11:2; 12:4-5; 12:12; 15:15-16; 16:14-15; 16:20; 17:3-4; 19:11-13; 19:16; 20:6-7; 22:22-23; 23:9; 24:10-16; 24:18-21; 27:2-3; 27:9; 28:8; 28:11-13; 28:15; 28:17-20; 28:22 – 29:2; 29:18; 30:2; 30:6; 33:19-20; 33:24-25; 34:2-6; 34:12; 34:20; 34:22 – 35:2; 35:5; 36:7-8; 37:5-6; 37:21-22; 37:24; 38:6-8; 38:19; 38:22-23; 39:3-5; 39:8; 39:10; 39:15; 39:20-22; 40:3; 40:5; 40:21; 41:11; 41:20; 41:22; 41:24; 43:2; 43:5; 43:11-12; 43:16; 44:7; 44:13-14; 44:16; 45:16; 45:21; 45:25; 47:3; 47:12; 47:17; 47:20; 48:3-4; 49:20; 49:23-24; 50:23 – 51:2; 51:18; 53:8-9; 55:2; 55:21; | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including Google's internal logs and their proprietary functionalities as well as details regarding the protections related to certain account identifiers associated with these logs that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. I also understand that Public disclosure of such confidential and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| 55:24; 56:8-12; 56:14-15; 56:17-19; 57:11; 57:21-22; 57:24; 58:9-12; 58:18-19; 58:25; 59:2; 59:15; 59:19; 60:13; 60:15; 60:19-22; 61:7-9; 61:12; 61:15; 62:4; 62:7; 62:10; 62:13; 62:15-16; 62:18-19; 62:21-22; 63:2-3; 63:11-12; 63:20; 63:23-24; 64:24; 65:3; 65:7-8; 65:12; 65:14; 65:21; 66:3-4; 67:10-11; 67:25; 68:9-11; 69:22; 70:14; 70:17-18; 71:1 | proprietary information may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information (such as the disclosure of the names of Google's proprietary logs, what those logs contain, and the functionality of those logs) to compromise Google's data systems and infrastructure. My understanding is that if successful, bad actors could target Google's users that have certain information contained in the logs and could be used to infer further information about those users. Furthermore, I understand that public disclosure of this information makes it more likely that third parties could seek to circumvent Google's protections to safeguard account holder information by describing how Google implements those protections.<br><br>Additionally, I understand that the names of these proprietary logs, if made public, would allow individuals who, through legitimate or nefarious means, gain access to other documents or information that reference the same proprietary logs, to deduce additional details or information that they would not have understood were related.  I understand that if the individuals know a particular log name, they will be uniquely positioned to piece together unconnectable facts, gaining improper and potentially damaging insight into Google's operations and the capabilities of its data systems. |

**4.**     Google does not seek to redact or file under seal any of the remaining portions of the Hearing Transcript not indicated in the table above.

**5.**     To the best of my knowledge, the information in the Hearing Transcript indicated in the table above references technical details and account identifiers related to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public. Specifically, this information includes details related

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

to Google's advertising products and their proprietary functionalities, data infrastructure, logs, and security protections to safeguard the confidentiality of account identifiers associated with these logs.

6. I understand that were this information to become public, it could reveal Google's internal strategies, system designs, and business practices for operating and maintaining its important proprietary services.

7. I understand that Google takes various precautions to protect its infrastructure. However, bad actors actively target Google's data systems and infrastructure, and some of their attempts have been successful in the past.

8. I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems. Public disclosure of the information could expose Google's users to targeting by bad actors. For example, bad actors could use the information related to these logs to further infer additional information about Google users that Google stores in those logs. Further, bad actors could leverage the descriptions of Google's efforts to safeguard the confidentiality of account holder information to circumvent those protections. Finally, disclosure of the names of Google's logs or descriptions of particular data systems may make it easier for bad actors to piece together previously unconnectable facts, should those bad actors gain access to other documents or information that reference the same proprietary logs and systems.

9. Attached hereto as **Exhibit A** is a copy of the May 16, 2023 Hearing Transcript that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2023 in San Francisco, California.

/s/ Whitty Somvichian
Whitty Somvichian

290275560

Cooley LLP
Attorneys at Law
San Francisco

4

Decl. of W. Somvichian ISO Google's
Admin. Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD