COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S REVISED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MAY 16, 2023 HEARING TRANSCRIPT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING REVISED
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed a Revised Administrative Motion ("Motion") to consider whether portions of the May 16, 2023 Hearing Transcript should be sealed.

Upon consideration of the Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| May 16, 2023 Hearing Transcript | Portions highlighted at page(s): 7:5-11; 7:13; 7:18-20; 7:25 – 8:3; 8:8-11; 8:16; 10:1; 10:8-10; 11:2; 12:4-5; 12:12; 15:15-16; 16:14-15; 16:20; 17:3-4; 19:11-13; 19:16; 20:6-7; 22:22-23; 23:9; 24:10-16; 24:18-21; 27:2-3; 27:9; 28:8; 28:11-13; 28:15; 28:17-20; 28:22 – 29:2; 29:18; 30:2; 30:6; 33:19-20; 33:24-25; 34:2-6; 34:12; 34:20; 34:22 – 35:2; 35:5; 36:7-8; 37:5-6; 37:21-22; 37:24; 38:6-8; 38:19; 38:22-23; 39:3-5; 39:8; 39:10; 39:15; 39:20-22; 40:3; 40:5; 40:21; 41:11; 41:20; 41:22; 41:24; 43:2; 43:5; 43:11-12; 43:16; 44:7; 44:13-14; 44:16; 45:16; 45:21; 45:25; 47:3; 47:12; 47:17; 47:20; 48:3-4; 49:20; 49:23-24; 50:23 – 51:2; 51:18; 53:8-9; 55:2; 55:21; 55:24; 56:8-12; 56:14-15; 56:17-19; 57:11; 57:21-22; 57:24; 58:9-12; 58:18-19; 58:25; 59:2; 59:15; 59:19; 60:13; 60:15; 60:19-22; 61:7-9; 61:12; 61:15; 62:4; 62:7; 62:10; 62:13; 62:15-16; 62:18-19; 62:21-22; 63:2-3; 63:11-12; 63:20; 63:23-24; 64:24; 65:3; 65:7-8; 65:12; 65:14; 65:21; 66:3-4; 67:10-11; 67:25; 68:9-11; 69:22; 70:14; 70:17-18; 71:1 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

290275559

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING REVISED
ADMINISTRATIVE MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD