# EXHIBIT A

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (SBN 152621)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Ave., Suite 1001
New York, NY 10017
Tel.: (646) 993-1000
Fax: (212) 213-5949
*dstraite@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*

[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*. | Master File No. 21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANT (NOS. 11-12)** |

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFFS |
| RESPONDING PARTY: | GOOGLE LLC |
| SET NUMBER: | THREE |

Pursuant to the Federal Rules of Civil Procedure 26 and 33, Plaintiffs, by and through their undersigned counsel, hereby request that Defendant Google LLC answer the following Third Set of Interrogatories (Nos. 11-12), under oath, within 30 days from the date of service.

## INTERROGATORIES

11. With respect to the excel spreadsheet produced by Google as GOOG-HEWT-00455648:

   (a) Identify all persons who assisted in the preparation of the data included in the spreadsheet;

   (b) Identify the source(s) of the data included on the spreadsheet;

   (c) Explain what revenues are included in the row entitled "Non-US User Total";

   (d) Explain what revenues are included in the row entitled "US User Total";

   (e) Explain what "Non-US User" means in the context of the spreadsheet;

   (f) Explain what "US User" means in the context of the spreadsheet;

   (g) Identify which row on the spreadsheet would include RTB revenues from a Google account holder residing in the United States while that account holder is travelling outside the United States; and

   (h) Identify which row on the spreadsheet would include RTB revenues from a Google account holder residing outside the United States while that account holder is travelling in the United States.

   (i) To the extent a formula or calculation was used to provide the data included in the spreadsheet, identify the formula or calculation and the specific elements or inputs used in that formula or calculation.

12. With respect to the excel spreadsheet produced by Google as GOOG-HEWT-00455800:

(a) Identify all persons who assisted in the preparation of the data included in the spreadsheet;

(b) Identify the source(s) of the data included on the spreadsheet;

(c) Identify for what period of time the data included on the spreadsheet covers; and

(d) Identify how the accounts to be included on the spreadsheet were selected.

(e) To the extent a formula or calculation was used to provide the data included in the spreadsheet, identify the formula or calculation and the specific elements or inputs used in that formula or calculation.

Dated: March 10, 2023

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **SIMMONS HANLY CONROY LLC** |
| | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| */s/ Elizabeth C. Pritzker* | An Truong (admitted *pro hac vice*) |
| Elizabeth C. Pritzker (SBN 146267) | 112 Madison Avenue, 7th Floor |
| Jonathan K. Levine (SBN 220289) | New York, NY 10016 |
| Bethany Caracuzzo (SBN 190687) | Tel.: (212) 784-6400 |
| 1900 Powell Street, Suite 450 | Fax: (212) 213-5949 |
| Emeryville, CA 94608 | jaybarnes@simmonsfirm.com |
| Tel.: (415) 692-0772 | atruong@simmonsfirm.com |
| Fax: (415) 366-6110 | |
| ecp@pritzkerlevine.com | |
| jkl@pritzkerlevine.com | |
| bc@pritzkerlevine.com | |

*Interim Class Counsel*

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **COTCHETT, PITRE & McCARTHY LLP** |
| Lesley Weaver (SBN 191305) | Nanci E. Nishimura (SBN 152621) |
| Anne K. Davis (SBN 267909) | Brian Danitz (SBN 247403) |
| Joshua D. Samra (SBN 313050) | Karin B. Swope (admitted *pro hac vice*) |
| 555 12th Street, Suite 1600 | 840 Malcolm Road, Suite 200 |
| Oakland, CA 94607 | Burlingame, CA 94010 |
| Tel.: (415) 445-4003 | Tel.: (650) 697-6000 |
| Fax: (415) 445-4020 | Fax: (650) 697-0577 |
| lweaver@bfalaw.com | nnishimura@cpmlegal.com |
| adavis@bfalaw.com | bdanitz@cpmlegal.com |
| jsamra@bfalaw.com | kswope@cpmlegal.com |

| | |
|---|---|
| **DICELLO LEVITT GUTZLER LLC** | **BOTTINI & BOTTINI, INC.** |
| David A. Straite (admitted *pro hac vice*) | Francis A. Bottini, Jr. (SBN 175783) |
| 485 Lexington Ave., Suite 1001 | Yury A. Kolesnikov (SBN 271173) |
| New York, NY 10017 | 7817 Ivanhoe Avenue, Suite 102 |
| Tel.: (646) 993-1000 | La Jolla, CA 92037 |
| Fax: (212) 213-5949 | Tel.: (858) 914-2001 |
| *dstraite@dicellolevitt.com* | Fax: (858) 914-2002 |
| | *fbottini@bottinilaw.com* |
| | *ykolesnikov@bottinilaw.com* |

**Counsel for Plaintiffs and the Proposed Class**

- 4 -   Case No. 21-cv-02155-YGR-VKD
PLAINTIFFS' THIRD SET OF INTERROGATORIES TO GOOGLE

**CERTIFICATE OF SERVICE**

I, Bethany Caracuzzo, certify that on March 10, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record.

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Anu S. Dhillon
Kelsey R. Spector
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
ADhillon@cooley.com
kspector@cooley.com
rtrevor@cooley.com
rsaldana@cooley.com

Counsel for Defendant Google, LLC

/s/ Bethany Caracuzzo
Bethany Caracuzzo
Pritzker Levine LLP