# EXHIBIT C

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* |
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (SBN 191305)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **COTCHETT, PITRE & McCARTHY, LLP**<br>Nanci E. Nishimura (SBN 152621)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br>*nnishimura@cpmlegal.com* |
| **DICELLO LEVITT LLC**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Ave., Suite 1001<br>New York, NY 10017<br>Tel.: (646) 993-1000<br>Fax: (212) 213-5949<br>*dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br>Fax: (858) 914-2002<br>*fbottini@bottinilaw.com* |

[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*. | Master File No. 21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO DEFENDANT (NOS. 13-15)** |

- 1 -    Case No. 21-cv-02155-YGR-VKD
PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO GOOGLE

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFFS |
| RESPONDING PARTY: | GOOGLE LLC |
| SET NUMBER: | FOUR |

Pursuant to the Federal Rules of Civil Procedure 26 and 33, Plaintiffs, by and through their undersigned counsel, hereby request that Defendant Google LLC answer the following Fourth Set of Interrogatories (Nos. 13-15), under oath, within 30 days from the date of service.

## INTERROGATORIES

13. Identify the total number of RTB bid requests associated with each named plaintiff between March 26, 2016 and December 31, 2022.

14. Identify the total number of successful RTB auctions associated with each named plaintiff between March 26, 2016 and December 31, 2022.

15. With respect to any information or data provided in response to Interrogatories 13 and 14 above:

    (a) Identify all persons who assisted in the preparation of the response; and

    (b) Identify the source(s) of the information or data included in the response.

Dated: April 13, 2023

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **SIMMONS HANLY CONROY LLC** |
| | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| */s/ Elizabeth C. Pritzker* | An Truong (admitted *pro hac vice*) |
| Elizabeth C. Pritzker (SBN 146267) | 112 Madison Avenue, 7th Floor |
| Jonathan K. Levine (SBN 220289) | New York, NY 10016 |
| Bethany Caracuzzo (SBN 190687) | Tel.: (212) 784-6400 |
| 1900 Powell Street, Suite 450 | Fax: (212) 213-5949 |
| Emeryville, CA 94608 | *jaybarnes@simmonsfirm.com* |
| Tel.: (415) 692-0772 | *atruong@simmonsfirm.com* |
| Fax: (415) 366-6110 | |
| ecp@pritzkerlevine.com | |
| jkl@pritzkerlevine.com | |
| bc@pritzkerlevine.com | |

*Interim Class Counsel*

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*adavis@bfalaw.com*<br>*jsamra@bfalaw.com* | **COTCHETT, PITRE & McCARTHY LLP**<br>Nanci E. Nishimura (SBN 152621)<br>Brian Danitz (SBN 247403)<br>Karin B. Swope (admitted *pro hac vice*)<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br>*nnishimura@cpmlegal.com*<br>*bdanitz@cpmlegal.com*<br>*kswope@cpmlegal.com* |
| **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Ave., Suite 1001<br>New York, NY 10017<br>Tel.: (646) 993-1000<br>Fax: (212) 213-5949<br>*dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>Yury A. Kolesnikov (SBN 271173)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br>Fax: (858) 914-2002<br>*fbottini@bottinilaw.com*<br>*ykolesnikov@bottinilaw.com* |

*Counsel for Plaintiffs and the Proposed Class*

- 3 -   Case No. 21-cv-02155-YGR-VKD
PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO GOOGLE

# CERTIFICATE OF SERVICE

I, Bethany Caracuzzo, certify that on April 13, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Laura Elliott
Kelsey R. Spector
Reece Trevor
Robby L.R. Saldana
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
lelliott@cooley.com
kspector@cooley.com
rtrevor@cooley.com
rsaldana@cooley.com

Counsel for Defendant Google, LLC

                                         */s/ Bethany Caracuzzo*
                                         Bethany Caracuzzo
                                         Pritzker Levine LLP