COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF INTERROGATORY RESPONSES (ECF NO. 566)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

**1.** I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am counsel for Defendant Google, Inc. ("Google") in this matter I make this declaration based on my personal knowledge and if called as a witness, I could and would testify competently to the matters stated herein.

**2.** I submit this declaration in support of the Google's Administrative Motion ("Motion") to Seal Portions of Interrogatory Responses (ECF No. 566).

**3.** I have reviewed Google's Supplemental Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, Nos. 13-15 ("Google's Interrogatory Responses") that Google seeks to file under seal pursuant to Local Rule 79-5. Based on my review of Google's Interrogatory Responses and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Google's Supplemental Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, No. 13 | Portion(s) highlighted at: page 4-5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including internal metrics that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE'S
ADMIN MOT.TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Google's Supplemental Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, No. 14 | Portion(s) highlighted at: page 6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding how Google operates RTB, including internal metrics that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Google's Supplemental Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, No. 15 | Portion(s) highlighted at: page 8 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details of Google's internal systems and operations, including two types of Google's internal logs, their proprietary functionalities, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |

4. Google does not seek to redact or file under seal any of the remaining portions of its Interrogatory Responses not indicated in the table above.

5. To the best of my knowledge, certain information in Google's Interrogatory Responses contains highly sensitive, confidential, non-public information related to how Google

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

operates RTB, specifically internal metrics related to bid requests.

**6.** I understand that the public disclosure of this information would cause Google significant and irreparable competitive harm for multiple reasons. Specifically, it would (1) reveal information about the structure and operation of Google's internal systems and advertising infrastructure, including systems design and capabilities to competitors, and (2) provide competitors and business partners with insight into Google's strategic business decisions and priorities related to Google RTB.

**7.** Further, certain portions of Google's Interrogatory Responses also reflect highly sensitive, confidential, non-public information about the technical details associated with Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities Google RTB.

**8.** If disclosed, it would create a cyber security threat as bad actors could seek to compromise Google's data sources and internal infrastructure. Specifically, bad actors could use non-public information such as log names and/or technical identifiers to target Google's internal systems and data sources.

**9.** Attached hereto as **Exhibit A** is a copy of Google's Supplemental Objections and Responses to Plaintiffs' Fourth Set of Interrogatories, Nos. 13-15 that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2023 in San Francisco, California.

/s/ Aarti Reddy
Aarti Reddy

290590787

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF A. REDDY ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD