*In re: Google RTB Consumer Privacy Litigation*, 4:21-cv-02155-YGR-VKD (N.D. Cal.)

Exhibit 1 to Plaintiffs' Response in Opposition to
Google's Revised Motion to Seal Portions of May 16, 2023 Transcript

*Plaintiffs' Positions*
September 1, 2023

|    | Portion of the Transcript Google Seeks to Seal | Plaintiffs' Position |
|----|---|---|
| 1. | 28:18-20 | Google has not established "good cause" to keep this general description of a data function sealed, particularly given this description is publicly available elsewhere. *See* https://help.qlik.com/enUS/sense/May2023/Subsystems/Hub/Content/Sense_Hub/Scripting/combine-tables-join-keep.htm; https://datacarpentry.org/sql-ecology-lesson/03-sql-joins.<br><br>Google's motion is inadequate and untimely. |
| 2. | 7:5-10, 7:18-19, 7:25, 8:1-2, 8:8-11, 8:16, 10:1, 15:15, 16:15, 16:20, 22:22-23, 23:9, 24:10-16, 24:19-21, 27:2-3, 27:9, 28:8, 28:15, 28:17, 29:2, 30:6, 33:19-20, 33:25, 34:2-6, 34:12, 34:20, 34:22-23, 35:1-2, 35:5, 36:8, 37:6, 37:21, 38:6-8, 39:15, 39:20-22, 40:3, 40:5, 40:21, 41:11, 41:20, 41:22, 41:24, 43:2, 44:13-14, 44:16, 45:21, 45:25, 47:3, 47:12, 47:17, 47:20, 48:3-4, 49:20, 49:23-24, 50:23-51:2, 53:8-9, 55:21, 55:24, 66:3-4, 67:10-11, 67:25, 68:9-11, 69:22, 70:17-18 | Google has not established "good cause" to keep this description of an account identifier sealed, particularly because Google makes this description available on its public developer page. *See* https://developers.google.com/authorized-buyers/rtb/cookie-guide; https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide.<br><br>Similar information is also available in publicly filed documents. *See* Exhibit ISO Google's Admin. Mot. to Seal April 21, 2022 Hearing Transcript at 56:24-57:4, *Brown v. Google LLC*, No. 20-cv-03664-LHK (N.D. Cal.) (describing similar information), ECF No. 616-3; Ex. 77 ISO Google's Motion for Summary Judgment at ¶¶239, 240, 242, 244, 269, 271, 284, *Brown v. Google LLC*, ECF No. 908-5; Ex. 8 ISO Pltfs' Opp. to Google's Mot. for Summary Judgment at ¶24, *Brown v. Google LLC*, ECF No. 928-11; Google's Responsive Separate Stmt. to Pltfs' Additional Material Facts at 13, *Brown v. Google LLC*, ECF No. 934-1.<br><br>Google also does not seek to redact equivalent information from the May 16, 2023 transcript. *See* ECF No. 571-3 at 24:22-24, 27:5-8, 28:9-10, 32:12, 39:16.<br><br>Google's motion is inadequate and untimely. |

|   | **Portion of the Transcript Google Seeks to Seal** | **Plaintiffs' Position** |
|---|---|---|
| 3. | 28:22, 29:18, 70:14, 71:1 | Google has not established "good cause" to keep this description of an account identifier sealed, particularly given Google publicly describes this information on its public developer page. *See* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide. Google's motion is inadequate and untimely. |
| 4. | 17:3-4, 37:24, 53:9 | Google has not established "good cause" to keep these general statements sealed. The information Google seeks to seal is so general in nature that its unsealing could not reasonably harm it. Google's motion is inadequate and untimely. |
| 5. | *All other portions of the transcript Google seeks to seal* | Google has not established "good cause" to keep additional information sealed. Google's motion is inadequate and untimely. |