| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*Admitted pro hac vice*) |
| (wsomvichian@cooley.com) | KHARY J. ANDERSON (DC No. 1671197) |
| AARTI REDDY (SBN 274889) | (kjanderson@cooley.com) |
| (areddy@cooley.com) | (*Admitted pro hac vice*) |
| REECE TREVOR (SBN 316685) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| (rtrevor@cooley.com) | Washington, DC 20004-2400 |
| ANUPAM DHILLON (SBN 324746) | Telephone:   +1 202 842 7800 |
| (adhillon@cooley.com) | Facsimile:   +1 202 842 7899 |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:   +1 415 693 2000 | |
| Facsimile:   +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| | **DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |
| This Document Relates to: *all actions* | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF A. REDDY ISO ADMIN.
MOTION TO EXTEND PAGE LIMIT
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

**1.** I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion to Extend Page Limit for Its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

**2.** On August 30, 2023, during a meet-and-confer session with Plaintiffs' counsel, I requested that Plaintiffs stipulate to a three-page extension of the page limits for Google's opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I noted as the basis for Google's request that Plaintiffs had filed an overlength brief in support of class certification, violating Civil Local Rule 7-2(b). I followed up on this request by email to Plaintiffs' counsel on September 5, 2023.

**3.** On September 5, 2023, Plaintiffs' counsel informed me via email that Plaintiff would not stipulate to Google's proposed extension, though they indicated that they would join a request for Google to file its own one-page "statement of issues presented." Plaintiffs' counsel indicated that their refusal to agree to Google's request was based on the fact that they "have filed similarly formatted class certification motions before Judge Gonzalez Rogers and other judges in this district with no issues raised by either defense counsel, the clerk's office or the Court itself."

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2023 in Santa Monica, California.

*/s/ Aarti Reddy*
Aarti Reddy

290796341

Cooley LLP
Attorneys at Law
San Francisco

2

Decl. of A. Reddy ISO Admin.
Motion to Extend Page Limit
Case No. 4:21-cv-02155-YGR-VKD