COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE MOTION
TO EXTEND PAGE LIMIT FOR OPP.
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC ("Google") filed an Administrative Motion to Extend the Page Limit for its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion").

Upon consideration of the motion, the papers submitted in support, and all other materials properly before the Court, IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiffs' brief in support of their Motion, ECF No. 546, exceeds the page limits set by Civil Local Rule 7-2(b).  Accordingly, in the interest of parity and fulsome briefing on the issues raised by the Motion, Google may file a brief of no more than 28 pages in opposition to Plaintiffs' Motion.

IT IS SO ORDERED.


Dated: _____            _____
                                  Hon. Yvonne Gonzalez Rogers
                                  UNITED STATES DISTRICT JUDGE

290800520

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE MOTION
TO EXTEND PAGE LIMIT FOR OPP.
CASE NO. 4:21-CV-02155-YGR-VKD