# Exhibit 1

## Redacted Version of Document Sought to be Sealed

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4     _____
       PATRICK CALHOUN, et al.,      )
 5     on behalf of themselves and   )
       all others similarly          )
 6     situated,                     )
                                     )
 7            Plaintiffs,            )
                                     )Case No.: 5:20-cv-5146-LHK-SVK
 8     vs.                           )
                                     )
 9     GOOGLE LLC,                   )
                                     )
10            Defendant.             )
       _____)
11
12                    *** CONFIDENTIAL ***
13
14      VIDEOTAPED REMOTE DEPOSITION OF DEEPAK RAVICHANDRAN
15      Deponent testifying from Mountain View, California
16                  Friday, January 7, 2022
17                         Volume I
18
19
20
21
22    Stenographically Reported By:
      Melissa M. Villagran, RPR
23    CSR No. 12543
24    Job No. 4992196
25    PAGES 1 - 320
```

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4   _____
     PATRICK CALHOUN, et al.,    )
 5   on behalf of themselves and )
     all others similarly        )
 6   situated,                   )
                                 )
 7        Plaintiffs,            )
                                 )Case No.: 5:20-cv-5146-LHK-SVK
 8   vs.                         )
                                 )
 9   GOOGLE LLC,                 )
                                 )
10        Defendant.             )
     _____)
11
12             *** CONFIDENTIAL ***
13
14       Videotaped remote deposition of DEEPAK
15   RAVICHANDRAN, Volume I, taken on behalf of Plaintiff
16   with all participants appearing remotely via
17   videoconference and the Deponent testifying from
18   Mountain View, California, beginning at 9:28 a.m. and
19   ending at 6:10 p.m. on Friday, January 7, 2022, before
20   Melissa M. Villagran, RPR, Certified Shorthand Reporter
21   No. 12543.  6:10 p.m.
22
23
24
25
                                                     Page 2
```

```
 1   APPEARANCES:
 2   ALL ATTENDEES APPEARING REMOTELY
 3
 4   For Plaintiffs:
 5      BLEICHMAR FONTI & AULD LLP
 6      BY:  LESLEY WEAVER
 7           ANJELICA ORNELAS
 8      Attorneys at Law
 9      555 12th Street, Suite 1600
10      Oakland, California  946907
11      415.445.4003
12      Lweaver@bfalaw.com
13      Aornelas@bfalaw.com
14
15      - and -
16
17      SIMMONS HANLY CONROY
18      BY:  JASON "JAY" BARNES
19      Attorney at Law
20      112 Madison Avenue, Seventh Floor
21      New York, New York  10016
22      618.693.3104
23      jaybarnes@simmonsfirm.com
24
25
                                                     Page 3
```

```
 1   APPEARANCES (continued):
 2
 3   For the Brown plaintiffs:
 4      MORGAN & MORGAN
 5      BY:  RYAN MCGEE
 6      Attorney at Law
 7      201 North Franklin Street, Suite 700
 8      Tampa, Florida  33602
 9      813.223.0931
10      rmcgee@forthepeople.com
11
12   For Defendants and THE DEPONENT:
13      QUINN EMANUEL URQUHART & SULLI8VAN LLP
14      BY:  BRETT WATKINS
15      Attorney at Law
16      Pennzoil Place
17      711 Louisiana Street, Suite 500
18      Houston, Texas  77002
19      713-221-7030
20      brettwatkins@quinnemanuel.com
21
22
23
24
25
                                                     Page 4
```

```
 1   APPEARANCES (continued):
 2
 3   Also Present:
 4      Torren Taylor, Google
 5      Teuta Fani
 6
 7   Videographer:
 8      Jeff Nichols
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                     Page 5
```

```
                    INDEX

DEPONENT                                EXAMINATION
DEEPAK RAVICHANDRAN
Volume I
     BY MS. WEAVER                           12
     BY MR. WATKINS                         307
     BY MS. WEAVER                          311


                   EXHIBITS
DEPOSITION                                     PAGE
Exhibit 1    Similar Users for Content Ads       28
             document

Exhibit 2    AdX Static Bidding Stats            67
             document

Exhibit 3    [REDACTED]

Exhibit 4    Support 3-P Cross-Exchange Co-Op    77
             in IBA Server, [REDACTED] and
             [REDACTED]
```
Page 6

```
               INDEX (CONTINUED)

                   EXHIBITS
DEPOSITION                                     PAGE
Exhibit 5    E-mail                             110

Exhibit 6    A Whirlwind Tour of User           125
             Modeling Infras

Exhibit 7    Privacy Session                    175

Exhibit 8    Audience Summit 2016: Notes and    180
             AIs

Exhibit 9    DBM for Someone Familiar with      207
             GDN

Exhibit 10   [REDACTED] Link document           211

Exhibit 11   [REDACTED]                         214

Exhibit 12   Evaluating [REDACTED] Signals for SA  219
             & Auto Targeting
```
Page 7

```
               INDEX (CONTINUED)

                   EXHIBITS
DEPOSITION                                     PAGE
Exhibit 13   E-mail                             227

Exhibit 14   Labeled Effect of Blocking         233
             Third-Party Cookies on Publisher
             Revenue

Exhibit 15   Signed-In Ads document             235

Exhibit 16   New Organization/Governance        236
             [REDACTED] (Post Sundar Review)
             document

Exhibit 17   Product Alignment Status -         243
             [REDACTED] Updated May 1, 2019

Exhibit 18   [REDACTED] Modeled Frequency Caps  265
             document

Exhibit 19   E-mail                             267
```
Page 8

```
               INDEX (CONTINUED)

                   EXHIBITS
DEPOSITION                                     PAGE
Exhibit 20   Privacy Scenarios Analysis Plan    276

Exhibit 21   [REDACTED] PRD                     281

Exhibit 22   IPRC document                      286

Exhibit 23   E-mail                             299

Exhibit 24   E-mail                             302

Exhibit 25   GDA Remarketing Bridging           304
             Strategy Plan
```
Page 9

**Page 238**

```
 1  publishing we needed a lot of approvals.
 2  BY MS. WEAVER:
 3    Q  So did you publish it?
 4    A  Yes.
 5    Q  I see.                                03:59:36
 6       You did publish it; correct?
 7    A  Yes.
 8    Q  And whose approval did you have to get to
 9  publish it?
10    A  I got approvals from my VP at the time and   03:59:43
11  there was definitely somebody from the team that
12  works on investor relations.
13    Q  Investor relations; is that right?
14    A  Yes.
15    Q  And who in investor relations gave you   04:00:17
16  approval?
17    A  I do not recollect who gave me the approval.
18    Q  Looking at this document it says (as read):
19       "Overall leads Chetna and Ben/
20       _____."                                 04:00:31
21       Do you see that?
22    A  Yes.
23    Q  Who is Chetna?
24    A  Chetna was a project manager who was working
25  on _____ at that time.                        04:00:43
```

**Page 239**

```
 1    Q  And who is Ben?
 2    A  Ben refers to Ben Gabrit who was a Chrome PM
 3  who was working on the project at that time.
 4    Q  And this document refers to a Moonshot
 5  initiative.                                   04:01:04
 6       Do you see that?
 7    A  Can you exactly refer the spot?
 8    Q  Sure.  There's bullet point above the box on
 9  the first page.
10       It says Moonshot initiative long term.   04:01:15
11    A  Yes.
12    Q  And then if you turn to the next page ending
13  in 067 do you see it says, "Track one Moonshot
14  initiative" and then on the second bullet point
15  under remarketing and IBA leads.  It refers to you  04:01:37
16  and Michael Kleber; is that right?
17    A  Yes, that's my name in remarketing and IBA
18  section.
19    Q  Okay.  And it says (as read):
20       "Brainstorm prototype certain           04:01:53
21       privacy sensitive ways to do
22       remarketing."
23       Do you see that?
24    A  Yes.
25    Q  And it also refers to fingerprinting.   04:02:00
```

**Page 240**

```
 1    Q  Do you see that a little further below?
 2    A  Correct.
 3    Q  What is your understanding of fingerprinting?
 4    A  Yeah.  Fingerprinting is a project that's
 5  here referred in a different way, but the project  04:02:14
 6  should aptly be named anti-fingerprinting.  So it's
 7  an initiative within Chrome that aims to reduce
 8  fingerprinting by other ad tech players and others
 9  in industry and other nefarious players.
10       So this is a project that was started to look  04:02:40
11  for ways to stop fingerprinting or at least
12  mitigate.
13    Q  And then in track two under General Product
14  it lists a number of issues Chrome guard, Chrome
15  incognito, Chrome ads privacy center, and also   04:03:01
16  active fingerprinting.
17       Do you see that?
18    A  Yes.
19    Q  What is active fingerprinting referring to
20  there?                                         04:03:13
21    A  Active fingerprinting, I did not know what it
22  refers to here exactly.
23    Q  And what is fingerprinting?  Oh, I'm sorry.
24    A  But generally the first two, the whole
25  fingerprinting is the anti-fingerprinting effort.  I  04:03:28
```

**Page 241**

```
 1  just want to be very clear.  Maybe both -- the word
 2  fingerprinting was used, but what it really means is
 3  anti-fingerprinting.
 4    Q  What is fingerprinting?
 5    A  So fingerprinting is a technology that's   04:03:39
 6  pervasive in many of the online world.
 7       In one way to identify a user across multiple
 8  websites is third parties -- is third-party cookie,
 9  but if you assume that third-party cookies are gone
10  and nefarious active player could use other   04:04:07
11  alternate technologies to track a user across the
12  web.  This technology is commonly referred to as
13  fingerprinting.
14    Q  And how specifically could you use
15  Technologies to track a user across web?      04:04:25
16       MR. WATKINS:  Objection; vague, calls for
17  speculation.
18       MS. WEAVER:  I'm reading his testimony back
19  to him and asking him about it, Brett.  It's
20  ridiculous.  So let me just ask again.        04:04:36
21       So how could the technologies be used to
22  track a user across the web?
23       MR. WATKINS:  Same objection.
24       THE DEPONENT:  So if you -- if nefarious ad
25  tech players, and many do, they want to identify a  04:04:56
```

```
 1  user without the use of third-party cookies, the
 2  commonly used techniques are using IP address.  IP
 3  addresses don't change that much.  Then they can use
 4  other identifiers from a request such as user agent
 5  string, device ID.  Then there are a -- then many of    04:05:17
 6  these browsers support many APIs to perform deep
 7  graphic operations.  Usually when you -- when you go
 8  and ask -- request these APIs to perform these -- to
 9  request metadata related to these operations, they
10  could be unique to that device and so you combine      04:05:43
11  all of them and try to fingerprint the user.
12  BY MS. WEAVER:
13    Q   And by fingerprint you mean uniquely
14  identify?
15    A   Sorry.  I misspoke.                              04:06:00
16        Yeah, uniquely identify the user.
17    Q   And looking at the first page of Exhibit 16
18  it says (as read):
19        "News organization/governance
20         ▇▇▇ post Sundar review."                         04:06:20
21        Do you see that, at the very top?
22    A   What page again?
23    Q   The first page.
24        It's the title of the document.
25    A   Oh, yeah.  Sorry.  I was looking at the text.    04:06:55
```
Page 242

```
 1    Q   I'm sorry.
 2        So you see that's the title; is that right?
 3    A   (Moves head.)
 4    Q   What does "post Sundar review" mean, in your
 5  understanding?                                         04:07:06
 6    A   There was a review with Sundar about that
 7  project.
 8    Q   And by "Sundar," who do you mean?  You mean
 9  Sundar Pichai?
10    A   Yes, Sundar Pichai.                              04:07:15
11    Q   Then let's mark also Exhibit E -- or Tab E,
12  please.
13        Ms. ORNELAS:  One moment.
14        MS. WEAVER:  As Exhibit 17.
15  BY MS. WEAVER:                                         04:07:18
16    Q   So to your knowledge, was Mr. Pinchai
17  involved in the decision to launch project ▇▇▇
18        MR. WATKINS:  Objection; form.
19        THE DEPONENT:  I do not know.
20        MS. ORNELAS:  Exhibit 17 has been published.    04:08:09
21        MS. WEAVER:  And for the record, Exhibit 17
22  bears Bates numbers GOOG-CABR-04683191 through 3197.
23        (Exhibit 17 was marked for
24        identification and is attached
25        hereto.)                                         04:08:29
```
Page 243

```
 1  BY MS. WEAVER:
 2    Q   And it bears the words at the top, "Product
 3  Alignment Status - ▇▇▇ Updated May 1, 2019."
 4        Is -- and when you have a moment, the
 5  question is, is Exhibit 17 an internal Google          04:08:44
 6  document, to the best of your understanding?
 7    A   Yes, this document appears to be a Google
 8  internal document.
 9    Q   And it says (as read):
10        "Purpose of document:  Outline                   04:09:00
11        current status of ▇▇▇
12        Do you see that?
13    A   I see that.
14    Q   And that's the project that you worked on
15  that we've been discussing; correct?                   04:09:08
16    A   Yes, ▇▇▇ is the project we've been -- I
17  was working on for the past couple of years.
18    Q   Right.
19        And it says in the second paragraph (as
20  read):                                                 04:09:16
21        "We have been focused on answering
22        the question what is the right first
23        course of action in this rapidly
24        evolving landscape for Google to
25        continue to lead in the web ecosystem            04:09:29
```
Page 244

```
 1        in the ads industry."
 2        Do you see that?
 3    A   I see that.
 4    Q   And then a little lower it says (as read):
 5        "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 7        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 9        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14    A   Yes.
15    Q   Do you know who wrote those words?               04:09:57
16    A   I do not know who is the author of this
17  document.
18    Q   A little lower it says -- it's the second
19  paragraph from the bottom, it says (as read):
20        "Change the PR and political                     04:10:13
21        narrative.  Move away from the intense
22        public focus on distrust."
23        Do you see that?
24    A   Yes, I see that.
25    Q   Were you aware at this point -- let's say        04:10:20
```
Page 245

62 (Pages 242 - 245)

```
 1  of this research?
 2      MR. WATKINS: Objection; vague and calls for
 3  speculation.
 4      THE DEPONENT: I do know if any specific
 5  decisions were made based on this usage.        04:16:53
 6  BY MS. WEAVER:
 7   Q  Did you make any decisions based on the
 8  results of this research?
 9   A  This research more or less confirmed that we
10  always suspected that users like personalized ads   04:17:05
11  even though if you press on them in vacuum they may
12  say no.
13   Q  Do you know if the study revealed to users
14  that Google maintained profiles about them?
15   A  Yes. If I remember correctly there were    04:17:27
16  certain things that were revealed, certain things
17  that were not revealed. They had a whole bunch of
18  experiments that were --
19   Q  And how many people were involved in the
20  experiments?                                    04:17:43
21   A  I do not know. This was done by Savannah.
22  She worked on it.
23   Q  Okay.
24      And when was this study conducted? Was it in
25  May of 2019?                                    04:17:58
```
Page 250

```
 1   A  If I recollect. Sometime in 2019. I'm not
 2  exactly sure of the month.
 3   Q  So looking a little lower at the page ending
 4  3192. Do you see where it says (as read):
 5      "Sundar review 3/21/19. Plan was            04:18:16
 6      to announce based on product readiness
 7      and begin to develop, one, user
 8      research to identify bad experiences
 9      for user so user -- so Google can lead
10      plus encourage industrywide                 04:18:33
11      practices."
12      Do you see that?
13   A  Is it 3192?
14   Q  Yes.
15   A  Yes, I see that. Yeah.                     04:18:41
16   Q  Is that the user research that you were
17  referring to?
18      MR. WATKINS: Objection; calls for
19  speculation.
20      THE DEPONENT: The user research was supposed 04:18:53
21  to be a project. Savannah's project was one of
22  them, to the best of my knowledge.
23  BY MS. WEAVER:
24   Q  So you think that project was conducted
25  after -- let me just pause -- well, after March 21, 04:19:16
```
Page 251

```
 1  2019?
 2   A  No. It could have been conducted before too.
 3   Q  And just looking here at Sundar review, that
 4  refers to Sundar Pichai; is that correct?
 5   A  Sundar refers to Sundar Pichai, that is     04:19:34
 6  correct.
 7      MR. WATKINS: Ms. Weaver, when you reach a
 8  logical stopping point, I think it would be a good
 9  time to take a break.
10      MS. WEAVER: Sure. We'll finish with this   04:19:43
11  document.
12  BY MS. WEAVER:
13   Q  Were you aware of a review with Mr. Pichai
14  with the project ███████ team on or around
15  March 21st, 2019?                              04:19:52
16      MR. WATKINS: Objection; form.
17      THE DEPONENT: I wasn't aware.
18  BY MS. WEAVER:
19   Q  Do you know who met with Mr. Pichai for this
20  review on or around March 21st, 2019?          04:20:04
21      MR. WATKINS: Objection; calls for
22  speculation.
23      THE DEPONENT: I do not know who met with
24  Pichai.
25  BY MS. WEAVER:                                 04:20:14
```
Page 252

```
 1   Q  And this also identifies, Number 2, Chrome
 2  guard with first party, third-party cookie
 3  partitioning and transparency and control of
 4  third-party trackers.
 5      Do you see that?                           04:20:28
 6   A  I see that.
 7   Q  Were you involved with that initiative?
 8   A  I was involved in ads transparency and
 9  control initiative.
10   Q  Is that the same as this?                  04:20:40
11      MR. WATKINS: Objection; calls for
12  speculation.
13      THE DEPONENT: What is this?
14  BY MS. WEAVER:
15   Q  Number 2.                                  04:20:47
16      Where it says Chrome guard with one first
17  party and third-party cookie partitioning.
18      Was that part of your project?
19      MR. WATKINS: Same objection.
20      THE DEPONENT: So let me get new controls in 04:21:02
21  Chrome that allow users to clear three p cookies
22  specifically. I wasn't involved in the Chrome
23  portion of the project then in 2019. The No. 3
24  bullet, which is ads transparency and control, I was
25  involved in that part of the project in 2019.  04:21:21
```
Page 253

---

**Page 254**

1  BY MS. WEAVER:
2  Q  Oh, you're looking at the bullet points. I'm
3  looking under where it says Sundar review 3/29/2019.
4      Look below that.
5  A  Oh, I see.                              04:21:34
6  Q  Yes. So there were four bullet points
7  following the Sundar review, and so after the review
8  with Mr. Pichai, the plan was to announce, it looks
9  like, and develop four areas.
10     One was user research.                 04:21:46
11     Two was Chrome guard with first party and
12 third-party cookie partitioning and transparency and
13 control of third-party trackers.
14     Three was stronger incognito mode with
15 anti-fingerprinting measures.               04:22:01
16     And four was browser-based transparency and
17 control of ads metadata.
18     Do you see those?
19 A  I see that.
20     MR. WATKINS: Objection; mischaracterizes the  04:22:10
21 document.
22     Go ahead.
23 BY MS. WEAVER:
24 Q  Were you involved in any of the projects that
25 came out of review with Mr. Pichai on March 21st,  04:22:14

---

**Page 255**

1  2019?
2      MR. WATKINS: Objection; assumes facts not in
3  evidence and calls for speculation.
4      THE DEPONENT: So given what is certain in
5  the document, I was involved in the browser base  04:22:25
6  transparency and controls of ads metadata part of
7  the project.
8  BY MS. WEAVER:
9  Q  Okay.
10     And what was your involvement with that  04:22:36
11 project?
12 A  We built a tool, an extension to the Chrome
13 browser that would call for additional information
14 regarding all the ads that were shown on that page.
15 Q  And I'll ask you to turn to the page ending  04:22:55
16 at 3196.
17 A  Yes.
18 Q  At the top there there's a bullet point that
19 says (as read):
20     "There is also a track of work that     04:23:30
21     is focused on enhancing the ability
22     for publishers to modify using their
23     own identifiers first-party cookies,
24     PPID, other. This work is still being
25     scoped."                                04:23:40

---

**Page 256**

1  Do you see that?
2  A  I see that.
3  Q  Were you involved with that?
4  A  I -- I was partially involved in some of
5  these projects.                             04:23:52
6  Q  Okay. I'm sorry. I should have -- if you go
7  back to the previous page, at Phase 3 it says (as
8  read):
9      "Moonshot privacy preserving
10     mechanisms that would work without     04:24:02
11     third-party cookies."
12     Do you see that?
13 A  Yes.
14 Q  And this bullet point is a bullet point under
15 that Phrase 3; correct?                     04:24:10
16 A  Yes.
17 Q  And were you part of that Moonshot privacy
18 preserving mechanism analysis?
19     MR. WATKINS: Objection; vague.
20     THE DEPONENT: I was part of the Moonshot  04:24:22
21 privacy preserving mechanisms that were going to be
22 employed as part of the privacy sandbox project in
23 Chrome.
24 BY MS. WEAVER:
25 Q  Did you ever meet with Mr. Pichai to discuss  04:24:41

---

**Page 257**

1  your work?
2  A  No  I never met Mr Pichai and/or discussed
3  my work with him
4  Q  Do you know if he was involved in focusing on
5  enhancing the ability for publishers to monetize  04:24:54
6  using their own identifiers or PPIDs?
7      MR WATKINS: Objection; calls for
8  speculation
9      THE DEPONENT: I do not know if he was
10 involved                                    04:25:04
11     MS WEAVER: We can take a break now
12     THE VIDEOGRAPHER: We are going off the
13 record  The time is 4:25
14     (Recess )
15     THE VIDEOGRAPHER: We are going back on the  04:42:44
16 record  The time is 4:42
17 BY MS WEAVER:
18 Q  I'd like to direct your attention back to
19 what was marked as Exhibit 15
20 A  Yes                                     04:43 04
21 Q  And I'll note for the record it's
22 Bates numbers GOOG-CABR-04335703 through 47
23     And note that the metadata shows you,
24 Mr Ravichandran, as a custodian
25     Do you recognize Exhibit 15?            04:43:29

```
 1  statement for the revenue paid out in aggregate to
 2  publishers and revenue that's not paid out and the
 3  revenue that Google keeps that's called ex TAC.
 4  BY MS. WEAVER:
 5     Q   And --                              06:07:41
 6     A   And that's a publicly available number.
 7     Q   And that publicly available number reported
 8  to Google's investors is based on the analyses of
 9  Google's internal accountants and presumably is
10  something of which they have maintained a record; is  06:07:56
11  that right?
12     A   I -- yes, I would believe so.
13     Q   And for at least four years prior they had
14  maintained records of the kinds of revenues that
15  Google has earned and reported to investors as in    06:08:08
16  the ex TAC; is that correct?
17         MR. WATKINS:  Objection; vague.
18         THE DEPONENT:  I wouldn't know about that.
19  Obviously the external numbers are there.  They are
20  in aggregate.  I do not know whether they have       06:08:18
21  line-by-line numbers.
22         MS. WEAVER:  Okay.  Let me take a quick
23  break.
24         THE VIDEOGRAPHER:  We are going off the
25  record.  The time is 6:08.                           06:08:31
```
Page 314

```
 1     (Recess.)
 2         THE VIDEOGRAPHER:  We are back on the record.
 3  The time is 6:10.
 4         MS. WEAVER:  We have no further questions at
 5  this time for this witness.                          06:10:43
 6         MR. WATKINS:  Nor do I.
 7         Thank you, Mr. Ravichandran, and thank you
 8  everyone.
 9         THE VIDEOGRAPHER:  We are off the record at
10  6:10 p.m., and this concludes today's testimony     06:10:54
11  given by Deepak Ravichandran.  The total number of
12  media units used was one and will be retained by
13  Veritext Legal Solutions.
14         (Whereupon the deposition was
15          concluded at 6:10 p.m.)
16  ///
17  ///
```
Page 315

```
 8         I, DEEPAK RAVICHANDRAN, do hereby declare
 9  under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14         EXECUTED this _____ day of _____,
15  _____, at _____, _____.
              (City)              (State)


                    _____
                    DEEPAK RAVICHANDRAN
                    VOLUME I
```
Page 316

```
 1         I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, Registered
 3  Professional Reporter, Certified Live Note Reporter,
 4  do hereby certify:
 5         That the foregoing proceedings were taken
 6  before me at the time and place herein set forth;
 7  that any witnesses in the foregoing proceedings,
 8  prior to testifying, were duly sworn; that a record
 9  of the proceedings was made by me using machine
10  shorthand which was thereafter transcribed under my
11  direction; that the foregoing transcript is a true
12  record of the testimony given.
13         Further, that if the foregoing pertains to
14  the original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [  ] was [ X ] was not requested.
17         I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or party to this action.
20         IN WITNESS WHEREOF, I have this date
21  subscribed my name.

23  Dated: January 10, 2022

                    _____
                    MELISSA M. VILLAGRAN
                    CSR No. 12543 RPR
```
Page 317