# Exhibit 6

Redacted Version of
Document Sought to be Sealed

DocID :                    GOOG-CABR-05269598

BegDoc :                   GOOG-CABR-05269598

EndDoc :                   GOOG-CABR-05269633

DocID_BEGATT :

DocID_ENDATT :

Parent_Attachment :

Folder Name :              CROSS-PROD042

All Custodians :           Alex Ainslie;Sundar Pichai

Custodian :                Alex Ainslie

CONFIDENTIALITY :          HIGHLY CONFIDENTIAL —
                           ATTORNEYS' EYES ONLY

OWNER :                    darbybrennan@google.com

Author :

From :

Recipients :

CC :

BCC :

Title :                    8/21/19 Chrome Sundar
                           Review -- FULL

MasterDate :

Sent Date :

Creation Date :

Date Created :             8/14/2019

Last Modified Date :

Application Name :

Page Count :               36

Location :

File Name :                8-21-19 Chrome Sundar
                           Review --
                           FULL_1IptgYwk3y8AOEkCZFYMP
                           TkjEnUoTrv-KCTPiYm7uo7E_pp

Due to size limitations, not all document information was included on this page.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Agenda

 **Privacy and User Trust**

+ Privacy Focused Chrome
+ ▮▮▮▮▮▮▮
+ Extensions
+ Data Collection & Usage

**Appendix**

● Browser Roadmap
● Chromium
● SQV Efforts



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Privacy-Focused Chrome

*Principles*

Chrome helps you **get things done**

Chrome **keeps you and your data safe**

**You choose** how your data is used

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269601

You should **be safe** and **feel safe** using Chrome

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269602

You should **be safe** and **feel safe** using Chrome

Security & Privacy          Warning & Reassurance

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269603



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Chrome is centered around you, your information and your safety

Make privacy controls friendly and accessible through easy to
understand language and illustrations
Elevate frequently used features like clear browsing data
Provide the right defaults and make it easy to understand these
defaults and what they mean for you
Empower users to make informed decisions and to configure Chrome
in a way that works for them
The new privacy page is similar to the idea of a privacy checkup, but
makes it available right in Settings (without the need of a step-by-step
wizard UI).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



(like Password Leak Detection, Phish Guard, Clean Up Tool, Safe Browsing, extensions)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269606



(communicates via multiple channels like email or system notifications)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269608





In the medium term, we could do that (block 3P cookies by default) in incognito mode to measure impact and user feedback.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Less annoying (non-modal)? Embargo to combat spam/abuse?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269610



You can manage your Google Account, all the data stored in Chrome, switch profiles easily, go incognito, decide what data is shared with Google (and how to stop sharing it),...etc.

The aim of this workstream is to unify all features related to sharing user's data and identity with Google. This is most accessible currently from the identity pill. Users should be able to manage their Google account, all the data stored in Chrome, switch profiles easily, go incognito, decide what data is shared with Google (and how to stop sharing it),...etc.
This workstream also tackles the shared device use case by simplifying our identity models, making profile switching a viable option, and ensuring that your private data is kept private.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-CABR-05269613





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269621



Privacy and User Trust
**Data Collection & Usage**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269622





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269623



GOOG-CABR-05269624



2020 Roadmap

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269626



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Chromium

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269630



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269632

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269633