# Exhibit 10

## Redacted Version of Document Sought to be Sealed

[decision making framework slide]

Shiv:

In my view -- user KOF --- KOF have a huge influence on the user; in terms of shaping of what we do. Significantly.

Scott:

That's why we've broken that out. KOFs are a critical component.

Shiv:

Glad you have it.

Shiv:

End user may shape their own opinion which is not truth or reality -- not sure how or where we capture that. Perception of KOF saying something → some obtuse way users draw conclusions -- see something others do that attaches to us. What KOFs say gets magnified when... attribution is not always clear when you see an ad.

Shiv:

One question on the right hand side -- came up in a Sundar review -- regarding the Discovery launch. Sundar talked about -- sometimes we have these checkboxes and what not -- e.g. Chrome Sync is used for Chrome sync. We then say we can use the data for Discover or Discover Ads. [cross-product use cases] You can say users agree to it -- completely independent and orthogonal feature.

Mike:

■ may impact. This should ideally show in the Chrome strategic mission row. Would hurt Chrome if users are worried about using Chrome Sync if they think ... Lorraine will think it will effect our public rep

Shiv:

Who's the gatekeeper of the data? Product owner? Silos and not think of Google as one

Mike:

This will all have to be debated -- nothing's been fully decided. Everything is in this one-off personalization at sign up. We've made it so that all this data can be cross-pollinated. With ■ -- good chance we'll make it that when you log into Discover it'll ask whether you are okay using your Search / Chrome data for Discover. TBD whether separate q for Search and Discover.

CONFIDENTIAL
GOOG-CABR-03988269

Scott:

Idea here is create rules across everybody. A rule you could be you cannot user data across products without a seperate user permission saying you're okay [on the displaying product]. (Or an initial opt in could be sufficient and you don't need the additional opt in)

Shiv:

This is a massive exercise. It's worth doing it. Today we do it by gut. It's good to think about this. This is good.

Shiv:

Where does competition fit in? What is accepted ... even if it is KOF there is practices ...

Chetna:

It is in the industry-alignment box. If we come up with a set of rules like Scott was describing -- is that alignment enforceable. Or is it just a set of.

Shiv:

Example of DT -- we went ahead without industry alignment. Competition? I don't know how ...

Chetna:

Maybe not alignment but industry state.

Mike:

We are putting ourselves in a competitive disadvantage.

Shiv:

Sales will ask what does Facebook do? What do our competitors do?

Mike:

It should show up in the [revenue analysis]

Chetna:

Competitive piece is meant to be revenue piece

Mike:

CONFIDENTIAL                                                                                                    GOOG-CABR-03988270

We purposefully moved Ads to just be one of the strategic missions -- hope is to get PDPO to use this beyond just ads privacy decisions. My concern is PDPO is somewhat random on its decision making -- Sundar saying Chrome Sync we' shouldn't use Chrome Sync without understanding ... don't want to make this so heavy that this is pure Ads revenue. Some of the stuff buried under ads mission.

Shiv:

Apple? Privacy regs?

Chetna:

That comes under KOFs. Comes under the compatibility with spirit of regs / strategy for upcoming regs.

Apple is under KOFs -- Apple falls in a Dismantler. Mozilla might fall in Reformer.

Shiv:

Write Apple ITP in small letters (give examples)

Scott:

This is being thought of as an internal guideline for decision making for Google. Whatever we end up creating and figuring out for making our norms -- we can bring to industry. That is another way we can try to minimize that gap.

Once we have a clear set of norms that we're all bought in across -- it'll be easier

Shiv:

Does this look similar to Chrome? How does it look from the their POV?

Chetna:

Chrome, Search Privacy, and PDPO

Initial feedback is yeah it sounds reasonable -- we understand a lot of cross-PA decision are impacting and have to be thought of together

Shiv:

Android has a different dynamic -

Mike:

Chrome is much further along

CONFIDENTIAL                                                                                                    GOOG-CABR-03988271

[norms]

Shiv: One thing that is missing (research slide) a perspective that we should have -- light years ahead -- develop / driving what we can do -- Google overarching perspective. Apple -- Tim is driving a set of things. We are trying to develop this based on what we -- should we have one independent of these.

Scott: Bring to Sundar and he can say "here is our POV" -- right now for better or worse there are a lot of pieces to make a decision like this. Comprehensiveness / complexity is unfortunate.

Mike: We don't expect - I don't expect us -- to have a perfectly aligned across the entire company proposal -- we want to make sure everyone who disagrees or dissents is taken into account or brought into the framework. Sundar call. No one should feel like this is a sideroom deal.

Shiv:

Next step -- develop framework? Associate weights?

[work to do together]

Shiv:

ACM to get high level blessing on direction. Will follow up with questions. Super useful. Thank you.

CONFIDENTIAL

GOOG-CABR-03988272