COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy
Litigation,

This Document Relates to: *all actions*

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF SUNEETI VAKHARIA IN
SUPPORT OF GOOGLE'S ADMINISTRATIVE
MOTION TO SEAL PORTIONS OF GOOGLE'S
OPPOSITION TO PLAINTIFFS' CLASS
CERTIFICATION MOTION AND RELATED
DOCUMENTS**

I, Suneeti Vakharia,[1] declare as follows:

1.      I am the Director of Product Management on the Identity Ecosystems team at Google LLC ("Google"). In that capacity, I am familiar with Google's practices regarding the treatment of sensitive business and technical information.  I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Google's Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' Motion for Class Certification and Related Documents ("Google's Opposition Briefing") in the above-captioned action.

3.      I have reviewed the portions of Google's Opposition Briefing and my declaration ("Vakharia Declaration") in support of Google's Opposition Briefing that Google seeks to maintain under seal. Based on my review of the materials, the following materials contain highly sensitive, confidential, and proprietary information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Declaration of Suneeti Vakharia in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 4, 6, 9-12 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

---

[1] My legal name is Suneeti Shah, but I use my married surname, Vakharia, professionally at Google.

Cooley LLP
Attorneys at Law
San Francisco

2

Vakharia Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 16 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

4.      The information in the Vakharia Declaration in support of Google's Opposition Briefing specified above contains highly sensitive, confidential, non-public information related to how Google operates, including internal metrics associated with internal strategies, system designs, and business practices for operating and maintaining many of its important services.

5.      Public disclosure of this information would cause Google significant and irreparable competitive harm for multiple reasons. Specifically, it would (1) reveal information about the structure and operation of Google's communications with users and other infrastructure to competitors; (2) provide insight into Google's strategic business decisions and priorities.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2023 in San Francisco, California.

*/s/ Suneeti Vakharia*
Suneeti Vakharia

Cooley LLP
Attorneys at Law
San Francisco

3

Vakharia Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on September 29, 2023, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

VAKHARIA DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD