COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re Google RTB Consumer Privacy Litigation,

This Document Relates to: *all actions*

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF GLENN BERNTSON IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Glenn Berntson, declare as follows:

1. I am the Engineering Director and a Lead of the Google Ad Manager team at Google LLC ("Google"). In that capacity, I am familiar with Google's practices regarding the treatment of sensitive business and technical information. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' Motion for Class Certification and Related Documents ("Google's Opposition Briefing") in the above-captioned action.

3. I have reviewed the portions of Google's Opposition Briefing and supporting exhibits that Google seeks to maintain under seal. Based on my review of the materials, the following materials contain highly sensitive, confidential, and proprietary information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and revenue data regarding Google RTB** | | |
| Expert Report of Bruce Deal, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 3-4, 10-12, 14-19, 23-29, 31-32, 36, 68-70; Ex. 1, Ex. 4, Ex. 5 pages 1 and 2, Ex. 6 page 1 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, financial information, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary |

| | | |
|---|---|---|
| | | information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 10 (Deposition Transcript of Greg Regan) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 65:1-3; 65:5-6; 65:8-10, 65:12-14; 65:23-24; 67:1-4; 67:6-7; 67:12; 67: 15-16; 67:18-19; 94:3; 94:5; 94:8-9; 94:11-12; 94:14; 94:19; 94:21 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain |

Cooley LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 22 (GOOG-HEWT-00018008) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 33 (GOOG-HEWT-00456337) to Declaration of Whitty Somvichian In Support | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information |

Cooley LLP
Attorneys at Law
San Francisco

Berntson Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | | regarding Google's business strategy and analysis related to Google RTB including revenue analysis to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 34 (GOOG-HEWT-00456348) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including revenue metrics to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

**BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

| | | internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 28 (GOOG-HEWT-00455648) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 27 (GOOG-HEWT-00259486) Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions Highlighted at page(s): GOOG-HEWT-00259486-88 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, financial information, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. |

Cooley LLP
Attorneys at Law
San Francisco

6

Berntson Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| --- | --- | --- |
| Exhibit 29 (GOOG-HEWT-00455801) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including financial information and revenue metrics related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 37 (GOOG-HEWT-00481705) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 38 (GOOG-HEWT-00481706) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 39 (GOOG-HEWT-00481707) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class | Entire Document | See above |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Representatives and Class Counsel | | |
| Exhibit 40 (GOOG-HEWT-00481708) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 41 (GOOG-HEWT-00481709) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 42 (GOOG-HEWT-00481710) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| **Documents discussing technical details regarding internal data logs and systems associated with Google RTB** | | |
| Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class | Portions highlighted at page(s): 21, 23; 24 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| Representatives and Class Counsel | | their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Declaration of Glenn Berntson In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 6, 9 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| --- | --- | --- |
| Expert Report of Aaron Striegel, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 10, 23, 27, 40-44, 47-50, 58 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise |

Cooley LLP
Attorneys at Law
San Francisco

| | | Google's data systems and infrastructure. |
|---|---|---|
| Expert Report of Kostantinos Psounis, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 10, 17-18, 20, 25 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 23 (GOOG-HEWT-00047130) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers and data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Representatives and Class Counsel | | Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 24 (GOOG-HEWT-00047191) to Expert Report of Bruce Deal, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers and data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
|---|---|---|
| Exhibit 12 (Shafiq Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 40:24-25; 42:1; 44:18; 44:25; 45:9; 213:17; 223:2; 223:7; 223:9-10; 236:18; 252:24-25 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google logs, associated identifiers, their proprietary functionalities and internal metrics related to data signals associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |

Cooley LLP
Attorneys at Law
San Francisco

| | | |
|---|---|---|
| Exhibit 16 (Wilson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 83:22; 311:16; 311:19; 312:13; 312:15-16 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google data signals, data logs, and information flows related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 14:5-9; 14:12-23; 15:1-10; 15:21-16:5, 16:8-25; 39:1-2; 39:11-20; 197:15-23; 205:1-3; 205:19-25; 206:4; 324:6; 324:11-14; 324:17-25; | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google data signals, data logs, identifiers, and information flows related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| | | of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 48:24-49:12; 49:15; 52:5-12; 52:16-53:8; 53:11; 53:14-24; 54:2-55:5; 55:11; 55:18; 61:3-4; 61:14; 61:17; 61:19: 61:25; 64:1-2; 64:9-12; 64:16; 64:18-21; 64:23; 64:25-65:1; 65:5-6; 65:8; 65:17-21; 65:23; 69:1-11; 69:16-70:2; 70:8-14; 70:20-71:2; 71:5-11; 71:13-15; 71:18-25; 72:7-21; 138:3-5; 138:14-16; 138:20-139:21; 140:2-21; 140:23; 140:25-141:1; 141:18; 141:21; 141:24-142:4; 142:8-9; 142:14-143:2; 143:5-25; 159:14-23; 160:4-7; 160:11; 160:13-16; 160:19-20; 160:24-161:2; 161:11-162:7; 162:10; 162:22-25; 165:1-17; 165:21-166:5; 166:8-12; 166:15-25; 178:2-9; 179:6; | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of controls and information flows related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and |

Cooley LLP
Attorneys at Law
San Francisco

| | | |
|---|---|---|
| | 179:8-9; 179:15-18; 179:21-22; 180:3-7; 180:11; 180:16; 180:24-25; 181:4; 181:12; 181:18; 181:25' 182:6; 182:8-12; 182:17: 182:21-22; 182:24; 183:11-18; 183:21-184:1; 184:4-14; 184:17-25; 194:4-5 | proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 205:19-25; 268:1-13; 268:16-20; 268:23-269:1; 269:7-270:14; 270:17-23 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding internal tools related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 20 (Google's Revised Supplemental Responses to 4th Set of Interrogatories) to Declaration of Whitty Somvichian In Support | Portions highlighted at page(s): 4-6, 8 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including |

Cooley LLP
Attorneys at Law
San Francisco

| | | |
|---|---|---|
| of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | | various types of Google logs, associated identifiers, their proprietary functionalities and internal metrics related to data signals associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| **Documents discussing internal business strategy, analysis, and data privacy practices regarding Google RTB** | | |
| Exhibit 3 (Hanssens Report) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 44-45, 50 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and |

| | | |
|---|---|---|
| | | maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Finally, this information reflects internal discussions regarding Google's policies and practices that are not final, and disclosure of it may be misleading in that it would suggest that Google has adopted certain policies or practices that differ from its finalized, publicly disclosed policies. |
| Exhibit 21 (GOOG-HEWT-00012303) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and |

Cooley LLP
Attorneys at Law
San Francisco

19

Berntson Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| | | maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Finally, this information reflects internal discussions regarding Google's policies and practices that are not final, and disclosure of it may be misleading in that it would suggest that Google has adopted certain policies or practices that differ from its finalized, publicly disclosed policies. |
| Exhibit 25 (GOOG-HEWT-00057910) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 26 (GOOG-HEWT-00098506) to Declaration of Whitty Somvichian In Support of Google LLC's | Entire Document | See above. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | | |
| Exhibit 36 (GOOG-HEWT-00481219) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 35 (GOOG-HEWT-00480493) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |

4.     Certain portions of Google's Opposition Briefing and its supporting exhibits, including the portions identified above, reflect highly sensitive, confidential, non-public information about Google's business strategy and analysis regarding Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products.

5.     Further, certain portions of Google's Opposition Briefing and its supporting exhibits, including the portions identified above, reveal highly sensitive, confidential, non-public information about Google's internal policies and business strategy related to Google's advertising

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1     products, including discussions about data privacy.

2     **6.**     The public disclosure of this information would cause Google significant and

3 irreparable competitive harm for multiple reasons. Specifically, it would (1) reveal highly sensitive

4 financial information related to Google's operation of its advertising systems; (2) disclose

5 information about the structure and operation of Google's internal systems and advertising

6 infrastructure, including systems design and capabilities to competitors; and (3) provide

7 competitors and business partners with insight into Google's strategic business decisions, and

8 policies and priorities related to Google RTB; and (4) reveal capabilities and design of Google's

9 advertising systems used to handle user data.

10     **7.**     Further, Google would suffer irreparable harm from the disclosure of such highly

11 sensitive business information, as competitors and business partners could alter their own business

12 practices based on previously undisclosed information that could be damaging to Google's

13 competitive standing.

14     **8.**     Certain portions of Google's Opposition Briefing and its supporting exhibits,

15 including the portions identified above, contain references and discussions of highly sensitive,

16 confidential, proprietary, non-public technical details related to internal data logs, identifiers, data

17 signals, and data systems associated with Google RTB, specifically their proprietary functionalities

18 and internal metrics.

19     **9.**     Google takes various precautions to protect its infrastructure. However, bad actors

20 actively target Google's data systems and infrastructure, and some of their attempts have been

21 successful in the past.

22     **10.**     If disclosed, this information presents serious risk of irreparable harm to Google,

23 including cyber security risk, as third parties may seek to use this information to compromise

24 Google's data sources, including data logs, internal data structures, and internal identifier systems.

25 Public disclosure of the information could expose Google's users to targeting by bad actors. For

26 example, bad actors could use the information related to these logs to further infer additional

27 information about Google users that Google stores in those logs. Finally, disclosure of the names

28 of Google's logs or descriptions of particular data systems may make it easier for bad actors to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

**BERNTSON DECLARATION ISO GOOGLE'S
ADMIN MOT. TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**

1    piece together previously unconnectable facts, should those bad actors gain access to other

2    documents or information that reference the same proprietary logs and systems.

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

4    September 29, 2023 in New York, New York.

5

6                                    /s/ Glenn Berntson
                                     Glenn Berntson

7

8

9

10

11

12    291845453

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

23

Berntson Declaration ISO Google's
Admin Mot. to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD