1  COOLEY LLP                                    COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)                ROBBY L.R. SALDAÑA (DC No. 1034981)
2  (rhodesmg@cooley.com)                         (rsaldana@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)                (*Admitted pro hac vice*)
3  (wsomvichian@cooley.com)                      KHARY J. ANDERSON (DC No. 1671197)
   AARTI REDDY (SBN 274889)                      (kjanderson@cooley.com)
4  (areddy@cooley.com)                           (*Admitted pro hac vice*)
   KYLE C. WONG (SBN 224021)                     1299 Pennsylvania Avenue, NW, Suite 700
5  (kwong@cooley.com)                            Washington, DC 20004-2400
   REECE TREVOR (SBN 316685)                     Telephone:    +1 202 842 7800
6  (rtrevor@cooley.com)                          Facsimile:    +1 202 842 7899
   ANUPAM DHILLON (SBN 324746)
7  (adhillon@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO
8  (SBN 333789)
   (lsanchezsantiago@cooley.com)
9  3 Embarcadero Center, 20th Floor
   San Francisco, CA 94111-4004
10 Telephone:    +1 415 693 2000
   Facsimile:    +1 415 693 2222
11
   Attorneys for Defendant
12 GOOGLE LLC

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17 In re Google RTB Consumer Privacy              Master File No. 4:21-cv-02155-YGR-VKD
   Litigation,
18                                                **[PROPOSED] ORDER GRANTING
                                                  DEFENDANT GOOGLE LLC'S
19                                                ADMINISTRATIVE MOTION TO FILE UNDER
   This Document Relates to: *all actions*        SEAL**
20

21

22

23

24

25

26

27

28

Google LLC filed an Administrative Motion to Seal in connection with its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Google's Opposition"),

Upon consideration of the Motion, the papers submitted in support, and compelling reasons appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and revenue data regarding Google RTB** | | |
| Expert Report of Bruce Deal, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 3-4, 10-12, 14-19, 23-29, 31-32, 36, 68-70; Ex. 1, Ex. 4, Ex. 5 pages 1 and 2, Ex. 6 page 1 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, financial information, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic |

| | | business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 10 (Deposition Transcript of Greg Regan) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 65:1-3; 65:5-6; 65:8-10, 65:12-14; 65:23-24; 67:1-4; 67:6-7; 67:12; 67: 15-16; 67:18-19; 94:3; 94:5; 94:8-9; 94:11-12; 94:14; 94:19; 94:21 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 22 (GOOG-HEWT-00018008) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to |

| | | |
|---|---|---|
| Motion for Class Certification and Appointment of Class Representatives and Class Counsel | | Google RTB including discussion about product strategy, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 33 (GOOG-HEWT-00456337) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including revenue analysis to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products.  Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 34 (GOOG-HEWT-00456348) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including revenue metrics to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order Granting
Admin. Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| | | practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Exhibit 28 (GOOG-HEWT-00455648) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 27 (GOOG-HEWT-00259486) Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions Highlighted at page(s): GOOG-HEWT-00259486-88 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, financial information, revenue metrics, and decision-making related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 29 (GOOG-HEWT-00455801) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's business strategy and analysis related to Google RTB including financial information and revenue metrics related to Google advertising products that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. If this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | business decisions and the operation and capabilities of Google's systems. |
|---|---|---|
| Exhibit 37 (GOOG-HEWT-00481705) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 38 (GOOG-HEWT-00481706) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 39 (GOOG-HEWT-00481707) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 40 (GOOG-HEWT-00481708) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class | Entire Document | See above |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Representatives and Class Counsel | | |
| Exhibit 41 (GOOG-HEWT-00481709) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| Exhibit 42 (GOOG-HEWT-00481710) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above |
| **Documents discussing technical details regarding internal data logs and systems associated with Google RTB** | | |
| Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 21, 23; 24 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Declaration of Glenn Berntson In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 6, 9 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google's internal data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | use the information to compromise Google's data systems and infrastructure. |
|---|---|---|
| Expert Report of Aaron Striegel, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 10, 23, 27, 40-44, 47-50, 58 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Expert Report of Kostantinos Psounis, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class | Portions highlighted at page(s): 10, 17-18, 20, 25 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers, their proprietary functionalities, internal metrics, and information related to data systems associated |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Representatives and Class Counsel | | with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 23 (GOOG-HEWT-00047130) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers and data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 24 (GOOG-HEWT-00047191) to Expert Report of Bruce Deal, Ph.D. In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google identifiers and data signals, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit 12 (Shafiq Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 40:24-25; 42:1; 44:18; 44:25; 45:9; 213:17; 223:2; 223:7; 223:9-10; 236:18; 252:24-25 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google logs, associated identifiers, their proprietary functionalities and internal metrics related to data signals associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 16 (Wilson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 83:22; 311:16; 311:19; 312:13; 312:15-16 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google data signals, data logs, and information flows related to data systems associated with Google RTB that Google maintains as confidential in |

Cooley LLP
Attorneys at Law
San Francisco

**[Proposed] Order Granting Admin. Mot. to Seal**
**Case No. 4:21-cv-02155-YGR-VKD**

| | | |
|---|---|---|
| | | the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 14:5-9; 14:12-23; 15:1-10; 15:21-16:5, 16:8-25; 39:1-2; 39:11-20; 197:15-23; 205:1-3; 205:19-25; 206:4; 324:6; 324:11-14; 324:17-25; | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google data signals, data logs, identifiers, and information flows related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public |

| | | |
|---|---|---|
| | | disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 48:24-49:12; 49:15; 52:5-12; 52:16-53:8; 53:11; 53:14-24; 54:2-55:5; 55:11; 55:18; 61:3-4; 61:14; 61:17; 61:19: 61:25; 64:1-2; 64:9-12; 64:16; 64:18-21; 64:23; 64:25-65:1; 65:5-6; 65:8; 65:17-21; 65:23; 69:1-11; 69:16-70:2; 70:8-14; 70:20-71:2; 71:5-11; 71:13-15; 71:18-25; 72:7-21; 138:3-5; 138:14-16; 138:20-139:21; 140:2-21; 140:23; 140:25-141:1; 141:18; 141:21; 141:24-142:4; 142:8-9; 142:14-143:2; 143:5-25; 159:14-23; 160:4-7; 160:11; 160:13-16; 160:19-20; 160:24-161:2; 161:11-162:7; 162:10; 162:22-25; 165:1-17; 165:21-166:5; 166:8-12; 166:15-25; 178:2-9; 179:6; 179:8-9; 179:15-18; 179:21-22; 180:3-7; 180:11; 180:16; 180:24-25; 181:4; 181:12; 181:18; 181:25' 182:6; 182:8-12; 182:17: 182:21-22; 182:24; 183:11-18; 183:21-184:1; 184:4-14; 184:17-25; 194:4-5 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of controls and information flows related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Exhibit 6 (Berntson Transcript) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 205:19-25; 268:1-13; 268:16-20; 268:23-269:1; 269:7-270:14; 270:17-23 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding internal tools related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| Exhibit 20 (Google's Revised Supplemental Responses to 4th Set of Interrogatories) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 4-6, 8 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of Google logs, associated identifiers, their proprietary functionalities and internal metrics related to data signals associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| **Documents discussing internal business strategy, analysis, and data privacy practices regarding Google RTB** | | |
| Exhibit 3 (Hanssens Report) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 44-45, 50 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners |

| | | |
|---|---|---|
| | | may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Finally, this information reflects internal discussions regarding Google's policies and practices that are not final, and disclosure of it may be misleading in that it would suggest that Google has adopted certain policies or practices that differ from its finalized, publicly disclosed policies. |
| Exhibit 21 (GOOG-HEWT-00012303) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy and analysis related to Google RTB including discussion about product strategy, and decision-making related to Google advertising products, such as discussions about data privacy, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. Further, business partners |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | may also alter their business practices with Google. I also understand that, if this information were made public, it would allow individuals to gain improper and potentially damaging insight into Google's strategic business decisions and the operation and capabilities of Google's systems. Finally, this information reflects internal discussions regarding Google's policies and practices that are not final, and disclosure of it may be misleading in that it would suggest that Google has adopted certain policies or practices that differ from its finalized, publicly disclosed policies. |
| Exhibit 25 (GOOG-HEWT-00057910) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 26 (GOOG-HEWT-00098506) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| Exhibit 36 (GOOG-HEWT-00481219) to Declaration of Whitty | Entire Document | See above. |

Cooley LLP
Attorneys at Law
San Francisco

[Proposed] Order Granting
Admin. Mot. to Seal
Case No. 4:21-cv-02155-YGR-VKD

| | | |
|---|---|---|
| Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | | |
| Exhibit 35 (GOOG-HEWT-00480493) to Declaration of Whitty Somvichian In Support of Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Entire Document | See above. |
| **Documents discussing including internal metrics associated with internal strategies, system designs, and business practices** | | |
| Declaration of Suneeti Vakharia in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel | Portions highlighted at page(s): 4, 6, 9-12 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of such confidential and proprietary information could affect |

| | | |
|---|---|---|
| | | Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

291790528

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD