# EXHIBIT 2
# to Declaration of
# W. Somvichian

## (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD |

EXPERT REPORT OF KONSTANTINOS PSOUNIS, PhD.

**TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION ................................................................................................ 1

II.     ASSIGNMENT .................................................................................................. 3

III.    SUMMARY OF OPINIONS .............................................................................. 4

IV.     PLAINTIFFS' EXPERTS FAIL TO SHOW THAT INFORMATION
        CONTAINED IN RTB BID REQUESTS CAN BE USED TO RELIABLY AND
        CONSISTENTLY IDENTIFY INDIVIDUALS .............................................. 8

        A.      The data fields included in RTB bid requests are highly variable, which
                undermines the premise of Plaintiffs' experts' opinions ......................... 9

        B.      There is no reliable way to identify devices or users from RTB bid request
                fields ...................................................................................................... 10

                a.      IPv4 and IPv6 addresses cannot reliably identify unique
                        devices used by individuals in the Proposed Class, let alone
                        users ........................................................................................ 11

                b.      User agents cannot reliably identify devices used by
                        individuals in the Proposed Class, let alone users ..................... 15

                c.      Location data in bid requests cannot reliably identify
                        devices or users ........................................................................ 16

                d.      The device ID is not a reliable pseudonymous identifier for
                        all devices used by individuals in the Proposed Class ................. 19

                e.      RTB participants cannot reliably identify users by the
                        Google user ID .......................................................................... 19

        C.      There is no reliable way to identify unique devices or individuals from
                multiple RTB bid request fields in combination ................................... 20

                b.      The combination of IP address and user agent cannot
                        reliably identify devices, let alone users ..................................... 21

                c.      There is no reliable way to combine fields from multiple
                        RTB bid requests ....................................................................... 23

                d.      The combination of multiple pieces of location data from
                        multiple RTB bid requests cannot reliably identify devices
                        or users ...................................................................................... 24

                e.      The combination of multiple visited URLs from multiple
                        RTB bid requests cannot reliably identify users .......................... 27

        D.      RTB participants cannot reliably link RTB data to a natural person or
                household ............................................................................................... 28

## TABLE OF CONTENTS
(continued)

Page

b. RTB participants cannot reliably use first-party relationships with Proposed Class Members to identify them from RTB bid request data because that data lacks reliable identifiers and because not all Proposed Class Members have such first-party relationships. .............................. 29

c. "Identity graphs" do not permit reliable identification based on probabilistic matching. ............................................. 30

d. Shared devices prevent the reliable identification of users from devices ................................................................. 31

e. Shared accounts prevent the reliable identification of users from accounts ................................................................ 33

E. An example to illustrate why the data at issue cannot be reliably used to identify devices or individual users. ....................................................... 35

V. THE PROPOSED ENTROPY ANALYSIS IS FUNDAMENTALLY FLAWED ........ 38

A. Entropy is not a metric for identifiability ............................................. 40

B. Entropy is an average-case metric that can provide insight into a system as a whole but not individuals ...................................................................... 42

C. The entropy bits associated with one or more RTB bid request fields, no matter how many they may be, do not guarantee, and may not even indicate, that a U.S. Google account holder can be reliably identified by those bid request fields ......................................................................... 43

APPENDIX A: ENTROPY, ENTROPY BITS AND FINGERPRINTING: FORMAL EXPOSITION ................................................................................................... 46

A. Preliminaries: Random Experiment, Events, Probability of Events, Random Variables, Distribution of A Random Variable ..................................... 47

B. Entropy And Entropy Bits of a Random Experiment ........................................... 48

C. Entropy Bits and Fingerprinting .......................................................... 49

D. More Preliminaries: Independence, Conditional Probability, Jointly Distributed Random Variables ...................................................................... 52

E. Joint Entropy and Conditional Entropy ....................................................... 55

F. Entropy Bits and Fingerprinting Effectiveness of Multiple Identifiers ............... 57

G. On The Entropy Bits Reported By Dr. Shafiq .................................................... 59

APPENDIX B: CURRICULUM VITAE ................................................................ 62

APPENDIX C: MATERIALS RELIED UPON ........................................................ 63

PRIVILEGED & CONFIDENTIAL
PREPARED AT DIRECTION OF COUNSEL

## I.    Introduction

1.      I am a Professor of Electrical and Computer Engineering and of Computer Science at the University of Southern California, where I also serve as an Associate Chair of the Department of Electrical and Computer Engineering at the Viterbi School of Engineering.  I joined the University of Southern California in 2003, after completing my PhD at Stanford University as a Stanford Graduate Fellow.

2.      My professional career has spanned more than 20 years. As set forth in my curriculum vitae, attached as Appendix B, I have extensive experience in the field of networked distributed systems, including the Internet and the world wide web, content-delivery networks, data centers and cloud computing, and wireless mobile networking systems.

3.      I have published more than 100 technical papers in these fields, which have been cited tens of thousands of times. I have also been awarded numerous grants and significant funding from the government and industry leaders to advance these fields. As a result, I have been named an Institute of Electrical and Electronics Engineers (IEEE) Fellow, the highest grade of membership, and a Distinguished Member of the Association of Computing Machinery (ACM) for my contributions to the theory and practice of networked, distributed systems.

4.      Throughout my career, I have analyzed, designed, and developed efficient, privacy-preserving networked distributed systems for the internet and the Web, content-delivery networks, data centers and cloud systems, and wireless mobile networking systems. As such, I have acquired extensive expertise in the analysis and development of those systems and associated products.

5.      I have extensive experience with and made contributions specifically towards designing efficient, privacy-preserving networked distributed systems, as established by my funding and publication record. Over the last decade, I have received multiple awards from the

National Science Foundation (NSF), the leading governmental agency for funding computer engineering and computer science research, to work on privacy-preserving architectures for networked distributed systems, including the world wide web, mobile systems, and spectrum sharing systems. For example, I am a lead Principal Investigator (PI) of the NSF Secure and Trustworthy Cyberspace Frontiers (SaTC Frontiers) grant on Protecting Personal Data Flow on the internet and the sole lead PI of the NSF grant on Spectrum Sharing Systems for Wireless Networks: Performance and Privacy Challenges. During my professional career, I have also received multiple awards from NSF and industry leaders to work on network routing; for example, I was the sole lead PI on the NSF grant on Efficient Routing in Delay Tolerant Networking.

6.    I have published several papers in selective academic journals and conferences on protecting the privacy of user and system data. Recent work of mine in the area of privacy-preserving distributed systems concerns the protection of the privacy of personal data during web browsing and during usage of popular applications and systems, touching upon implications of cookies and fingerprinting.[1] In addition, I have a large body of publications in the most selective academic journals and conferences related to network routing and IP addresses.[2] I have also been the faculty in charge of the entire networking curriculum at the Electrical and Computer Engineering department at USC for more than a decade and teach networking classes as well as

---

[1] *See, e.g.*, M. Clark and K. Psounis, "Optimizing Primary User Privacy in Spectrum Sharing Systems," IEEE/ACM Transactions on Networking (Apr. 2020), https://ieeexplore.ieee.org/document/8985324; J. Zhang, K. Psounis, M. Haroon, and Z. Shafiq, "HARPO: Learning to Subvert Online Behavioral Advertising," NDSS (Apr. 2022), https://web.cs.ucdavis.edu/~zubair/files/harpo-ndss2022.pdf.

[2] *See, e.g.*, T. Spyropoulos, K. Psounis, and C. Raghavendra, "Efficient Routing in Intermittently Connected Mobile Networks: The Multiple-Copy Case," 16 IEEE/ACM Transactions on Networking 77 (Feb. 2008), https://cpb-us-e1.wpmucdn.com/sites.usc.edu/dist/b/364/files/2019/05/multiton.pdf; T. Spyropoulos, K. Psounis, and C. Raghavendra, "Efficient Routing in Intermittently Connected Mobile Networks: The Single-Copy Case," 16 IEEE/ACM Transactions on Networking 63 (Feb. 2008), https://ee.usc.edu/netpd/assets/001/51984.pdf.

probability theory classes which cover entropy and other related concepts to graduate students yearly.

7.      I also have extensive practical experience developing networked distributed system prototypes which operate over the internet. For example, I was the Technology Architect for Fineground Networks (later acquired by Cisco Systems), where I developed systems to accelerate the delivery of content over the World Wide Web via web proxy caches and content delivery networks. Also, I was a co-founder of SpaceMUX (whose IP was later acquired by Quantenna Communications), where I developed systems to increase the speed of wireless networked systems. In addition, for over 20 years I have been involved with technical consultation for industrial leaders where I produced prototype systems. I have also applied for and been granted numerous patents.

8.      In sum, I have extensive experience in and familiarity with both practical and analytical aspects of efficient, privacy-preserving networked distributed systems.

## II.     Assignment

9.      I understand that the plaintiffs in this action ("Plaintiffs") are seeking to represent a class consisting of "individual Google account holders subject to a Google United States Terms of Service whose personal information was sold or shared by Google in its Real Time Bidding auctions after June 28, 2016" (the "Proposed Class").[3]

10.     I was asked by Cooley LLP, counsel for Google LLC ("Google"), to review and evaluate certain opinions and analyses in the expert reports of Dr. Zubair Shafiq and Dr.

---

[3] Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and Class Representatives, ECF No. 546 at 8.

Christopher Wilson submitted by Plaintiffs in this action in support of their Motion for Class Certification and Appointment of Class Counsel and Class Representatives.[4]

11.    Specifically, I was asked to evaluate both experts' opinions and analyses regarding whether data that appears in Google's Real Time Bidding system ("RTB") bid requests can be used by third-party RTB participants to reliably identify individuals or households in the Proposed Class.[5]

12.    I was also asked to evaluate Dr. Shafiq's assertions and opinions regarding the concept of "entropy," and particularly his contention that a third party can reliably identify an individual or household if the number of "entropy bits" available to it exceeds a certain threshold.[6]

13.    I am being compensated for my work on this matter at a rate of $750 per hour. My compensation is not in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

## III.    Summary of Opinions

14.    First, I conclude that both Dr. Shafiq and Dr. Wilson have failed to demonstrate that information shared in bid requests sent to RTB participants can be used to reliably and consistently identify individuals in the Proposed Class. On the contrary, to the extent information in bid requests could potentially be used to identify any individuals at all, the feasibility of such identification is highly variable and would depend on a wide range of individualized factors that do not apply broadly to the Proposed Class members. Neither of the reports by Plaintiffs' two

---

[4] *See* Expert Class Certification Report of Professor Zubair Shafiq, ECF No. 546-3 ("Shafiq Rpt."); Expert Class Certification Report of Professor Christopher Wilson, ECF No. 546-4 ("Wilson Rpt.").
[5] *See* Shafiq Rpt. ¶ 13; Wilson Rpt. ¶ 14.
[6] *See* Shafiq Rpt. ¶ 75.

technical experts describe any specific, concrete way to resolve these issues, resorting instead to general and factually incorrect statements about the "uniformity" of the process. Specifically:

a.    The individual data fields that appear in RTB bid requests and on which Dr. Shafiq and Dr. Wilson focus cannot be used to reliably identify unique devices. First, contrary to both experts' assertions, these fields are not uniformly populated in RTB bid requests; there is instead considerable variability in when a field in a given bid request contains any information. This alone prevents RTB bid request data from being used as a reliable and broadly-applicable method for identifying devices used by individuals in the Proposed Class.

b.    Moreover, Dr. Shafiq and Dr. Wilson fail to account for the fact that the information in many of the data fields they rely on often will not correspond to a unique device. For instance, a single public IP address is often associated with multiple devices, creating ambiguity that is compounded by the fact that RTB bid requests do not even contain full IP addresses. Similarly, the "user agent" field reflects generic information about an operating system and browser; because many of the most popular devices use the same operating systems and browsers, this information does not meaningfully distinguish among devices in many situations. Dr. Shafiq also focuses extensively on the latitude and longitude coordinates that appear in RTB bid requests, but he ignores the fact that these coordinates provide only an estimated location that spans an area no smaller than dozens of city blocks–and usually much larger than that–and this general location

5

information cannot be used consistently or reliably to try to identify a unique device.

c.      The data fields on which Dr. Shafiq and Dr. Wilson focus also cannot be combined to reliably identify devices. Because fields in bid requests provide only limited information about the associated device, and because combinations of these fields may also correspond to multiple devices, their combination does not provide a reliable method to identify devices.

d.      Dr. Shafiq and Dr. Wilson both elide the important distinction between identifying a device and identifying a *person or household*. Even if information contained in RTB bid requests could reliably be used to identify the device associated with the bid request (and it cannot, as I explain), identifying a device is not the same thing as identifying the user associated with the bid request. Significant research demonstrates that individuals frequently share devices and/or Google accounts, and neither Dr. Shafiq nor Dr. Wilson account for this reality, much less explain how information in RTB bid requests could be used to distinguish among such users.

e.      Dr. Shafiq claims that RTB participants that have existing first-party account relationships with some users may be able to identify those individuals in RTB bid request data and, more generally, that RTB participants may try to use so-called "identity graphs" to potentially identify individuals. Neither method, however, could be used as a reliable and broadly-applicable means to identify individuals in the Proposed Class,

because they could work, if at all, only where specific individualized factors apply.

15.    Second, I conclude that Dr. Shafiq is mistaken in his assertions regarding the concept of "entropy" and his related claim that RTB bid requests always contain data that exceeds a certain threshold level of entropy necessary to identify a device. These claims rest on a misunderstanding of entropy, which is merely a measure of the uncertainty of the outcome of a process, and is not intended to determine whether data can be used to identify individuals or households.

a.    First, entropy is an average-case metric that obscures individualized variation in specific records in a dataset. For example, Dr. Shafiq refers to the entropy level of IP addresses and says it generally exceeds a threshold that enables identification, but that is an average measure; the actual amount of entropy for a specific IP address will depend on individualized factors like whether it is truncated, whether it is used by only a few devices or is a public IP address that corresponds to many devices, among other factors. Further, the amount of entropy bits in a given bid request will vary widely, given that there is no universal set of fields that are populated in all bid requests.

b.    Second, because there is no reliable, one-to-one correspondence between the information in bid requests and individual devices, the number of entropy bits that one, or a combination of bid requests contains, even if it is above Dr. Shafiq's proposed threshold, cannot be used to reliably identify a device, much less the user(s) associated with that device. Again, in the

7

example of an IP address in a bid request, even if the number of entropy bits were to exceed Dr. Shafiq's threshold, an IP address still cannot identify a unique device in most cases because a single full IP address is often used by multiple devices and a truncated IP address always corresponds to multiple devices.

16.    I reserve the right to update or supplement my opinions as additional information is made available to me. I also reserve the right to update or supplement my opinions should Dr. Shafiq or Dr. Wilson provide any new analysis that is not contained in their reports.

17.    The materials on which I relied in forming these opinions are set forth in this report and in Appendix C to this report.

## IV.    Plaintiffs' Experts Fail to Show that Information Contained in RTB Bid Requests Can Be Used to Reliably and Consistently Identify Individuals

18.    Dr. Shafiq and Dr. Wilson both assert the data included in all RTB bid requests enables bid recipients to consistently identify users associated with those bid requests.[7] This assertion  depends on multiple factual errors and faulty assumptions, which I explain in detail in this section.

19.    As an initial clarification, it is important to note that Dr. Shafiq's and Dr. Wilson's reports often obscure the important distinction between 1) identifying a unique device, like a web browser or a mobile phone associated with a pseudonymous identifier, versus 2) identifying the individuals who may use a given device. For example, Dr. Shafiq often refers to data that he believes can be used for "identification" or "tracking," without specifying whether he is referring

---

[7] Shafiq Rpt. ¶¶ 12-13; Wilson Rpt. ¶¶ 13-14.

to devices or persons.[8] On examination, however, most of the assertions in Dr. Shafiq's and Dr. Wilson's reports relate only to the issue of whether the data in RTB bid requests can be used to reliably identify unique *devices*. I address those assertions in this Section and clarify where there is additional discussion relating to the potential identification of persons. Further, Dr. Shafiq's report also includes specific opinions regarding (1) the use of bid request data to potentially identify a "natural person or household," which I address in Section IV.D, and (2) the use of a statistical concept of entropy for identification, which I address in Section V.

A.    **The data fields included in RTB bid requests are highly variable, which undermines the premise of Plaintiffs' experts' opinions**

20.    Plaintiffs' experts' opinions that RTB bid request data can be used to identify Proposed Class Members are each premised on an assumption that bid request data is uniform across all bid requests. Specifically, Dr. Wilson asserts that "the types of information shared with and sold to RTB participants are uniform…."[9] Dr. Shafiq likewise opines that "there is a common set of data fields uniformly shared in Google RTB auctions…."[10] This claim of uniformity is the basis for both experts' further conclusion that "[t]his common set of data fields contains enough information and is sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household."[11]

21.    But there is no common set of data fields sent in all RTB bid requests.

22.    I understand that Dr. Aaron Striegel, another expert retained by Google in this matter, has also analyzed various data samples produced in this case and found that they also reflect

---

[8] *See, e.g.*, Shafiq Rpt. ¶¶ 21, 75, 77.
[9] Wilson Rpt. ¶ 32.
[10] Shafiq Rpt. ¶ 27; *see also id.* ¶ 12 (same).
[11] Shafiq Rpt. ¶ 13; *see also* Wilson Rpt. ¶ 14 ("[I]t is my opinion that the common information contained in Google RTB bid requests is reasonably capable of being used to identify individuals and households.").

substantial variation in the data fields included in RTB bid requests. For instance, Dr. Striegel found (1) that the Google User ID field (a data field Dr. Shafiq emphasizes in his report) was empty in ███% of bid requests he reviewed in RTB participant The Trade Desk's data set and (2) the hosted match data field (another field Dr. Shafiq emphasizes, which contains the output of the cookie matching process) was empty in ███ of records in the named Plaintiffs' data samples..[12]

23.    This variation in the data fields included in individual bid requests undermines the fundamental premise of Dr. Shafiq's and Dr. Wilson's opinions and alone shows that there is no uniform and reliable way to use bid request data to identify all individuals in the Proposed Class or even the devices they used.

**B.    There is no reliable way to identify devices or users from RTB bid request fields**

24.    Dr. Shafiq states that the "common set of data fields" shared in Google RTB auctions "contains enough information and is sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household."[13] Dr. Wilson offers a similar opinion.[14]  I disagree. As I explain below in detail, the fields shared with RTB bid requests cannot reliably identify users because these identifiers' values do not consistently correspond to a specific, unique individual. I refer to this as a lack of reliable one-to-one mapping between identifiers' values and individuals.

---

[12] Striegel Rpt. ¶ 115.
[13] Shafiq Rpt. ¶ 13.
[14] Wilson Rpt. ¶ 14.

a.    **IPv4 and IPv6 addresses cannot reliably identify unique devices used by individuals in the Proposed Class, let alone users**

25.    Dr. Shafiq identifies an IP address as a major identifier, claiming that it "remains a persistent identifier for a vast majority of internet users."[15] However, under many circumstances, including in the context of RTB bid requests, an IP address will not correspond to a unique device, preventing reliable identification of devices.

26.    First, some terminology. An IPv4 address is a set of four numbers, each ranging from 0 to 255, assigned to an internet-connected device or devices. Each address consists of 32 bits, yielding a total of $2^{32}$ possible addresses. With the increase in the number of devices per person and the people using the internet, these IP addresses were not enough and a newer version of the IP protocol, IPv6, defined new IP addresses each consisting of 128 bits.  Adoption of IPv6 worldwide is still less than 40%, and currently 49.84% in US,[16] and thus at least 50 percent of the IP addresses in the US are IPv4 addresses.  Unless otherwise stated, I use the term IP address to refer to both IPv4 and 1Pv6 addresses.

27.    One reason that IP addresses in RTB bid requests are not accurate proxies for devices is that the IP address found in a bid request is truncated.[17] Such a truncated IP address will be identical for many devices. Specifically, in the case of IPv4 only the first 3 out of a total of 4 bytes appear in the truncated IP address. Thus, a single truncated IPv4 address corresponds to 256 different untruncated IPv4 addresses. In the case of IPv6, the numbers are dramatic: only the first

---

[15] Shafiq Rpt. ¶ 77; *see also id.* ¶ 76 ("[E]ven a truncated IP address and user agent can (re)identify a significant fraction of users."), Shafiq Depo Tr. at 213:1-3 ("[IP address] identifies your iPad in the hypothetical that we discussed. It will identify a device.").

[16] Google IPv6, https://www.google.com/intl/en/ipv6/statistics.html (last visited September 2023).

[17] Berntson Decl. ¶ 26.

6 out of a total of 16 bytes appear in the bid request. Thus, a single truncated IPv6 address received by an RTB bid participant corresponds to more than 1 *septillion full* IPv6 addresses. 1 septillion is an enormous number that starts with a 1 followed by 24 zeros. To put this into perspective, one report estimates that there will be 23.9 billion networked devices on the planet by the end of 2023, meaning that just one truncated IPv6 address corresponds to 41,841,004,000,000 times more IP addresses than there are networked devices on Earth.[18]

28.     Even if the complete IP address were shared in the IP address field of a bid request, it is rarely the case that a device has a unique, static IP address.

        a.      For example, many home internet routers use a protocol known as Network Address Translation (NAT), which permits multiple devices to have distinct local IP addresses, but share a single public IP address.[19] Consider a family of four who own a total of eight devices combined and use a NAT-enabled router. When connected to the family's router, the devices will all share the same external IP address, so even if an RTB participant had the household's full external IP address, the information in the bid request would not enable it to tell which of the eight devices was associated with the bid request. Dr. Shafiq conceded this point at deposition, offering his own example: "let's suppose in my home, me and my daughter, like, our devices from the perspective of the remote server will share the exact same IP address."[20]

---

[18] Cisco, Cisco Annual Internet Report (2018-2023), https://www.cisco.com/c/en/us/solutions/collateral/executive-perspectives/annual-internet-report/white-paper-c11-741490.pdf.

[19] J.F. Kurose and K.W. Ross, "Computer Networking: A Top-Down Approach," ch. 4 (Pearson 8th ed. 2021), https://www.amazon.com/Computer-Networking-Global-James-Kurose/dp/1292405465.

[20] Shafiq Depo Tr. at 149:16-19. Dr. Shafiq noted that when IP addresses are shared, "the distinguishing feature becomes port numbers," but it is undisputed that port number does not appear in an RTB bid request. *Id.* at 153:14-15, 154:20-21 ("In – the bid request port number is not included.").

b.      As another example, consider employees of a large company who work from home and connect to their company's systems via what is called a Virtual Private Network (VPN). For many VPN services, if any of these employees access a website, the external IP address will be the same for each employee and will equal the IP address of the VPN server.[21] Again, there is no way to know which of the hundreds of potential devices connected to the VPN server is the one that accessed the website, if the only identifier is the external IP address.

c.      As one more example, consider a company that assigns dynamic rather than static IP addresses to devices inside the company's network using Dynamic Host Configuration Protocol (DHCP).[22] Note that due to the flexibility of DHCP, it is the preferred method to assign IP addresses to end-user devices across large organizations.[23] Identifying a device by its IP address when DHCP is used is very unreliable because one cannot know for sure which device has a specific dynamic IP among the possible set of IP addresses at any given time, since the assignment of IP addresses to devices changes dynamically. For example, in a company with 200 devices and 256 IP addresses, any device may have any of the 256 IP addresses at any given

---

[21] Some VPN service providers offer, for an additional cost, the option of a dedicated IP address. In this case, the client IP address will still be hidden, but the client's internet traffic will not show the shared VPN server IP address but rather this dedicated IP address. *See, e.g.*, NordVPN, https://nordvpn.com/features/dedicated-ip/ (last visited September 12, 2023). This feature does not target institutional clients of VPN services like employers, but rather individual clients who want to avoid the so-called "bad neighbor" effect.

[22] J.F. Kurose and K.W. Ross, "Computer Networking: A Top-Down Approach," ch. 4 (Pearson 8th ed. 2021), https://www.amazon.com/Computer-Networking-Global-James-Kurose/dp/1292405465.

[23] Microsoft, "Dynamic Host Configuration Protocol (DHCP)," https://perma.cc/7N5L-QKCQ (July 29, 2021); J.F. Kurose and K.W. Ross, "Computer Networking: A Top-Down Approach," ch. 4 (Pearson 8th ed. 2021).

13

time. There is no way to know for sure which of the 200 devices is the one that accesses a website, based on the external IP address of the device that accesses the website.

29.     Similar issues apply to IPv6 addresses. Because the number of possible IPv6 addresses is so vast, there is a misconception that an IPv6 address always identifies a single device. This is a gross misconception. First, VPN services that support IPv6, hide both IPv4 and IPv6 device addresses in a seamless fashion.[24] Second, NAT between IPv6 hosts is done in a similar manner as IPv4 NAT, and, in this case, a single, public IPv6 address may correspond to a large number of private IPv6 addresses. In addition, to address privacy concerns with dynamic IPv6 addresses assigned by DHCPv6, privacy extensions allow clients to use random lower 64bit IIDs.[25] For the upper 64bit IID, providers employ prefix rotation via what is known as temporary mode DHCPv6,[26] made possible thanks to the sheer number of IPv6 addresses which has resulted in single residential customers often having more IPv6 addresses assigned than the entire IPv4 address space.[27] The combined result of the above random selection of IPv6 address bits, together with the large IPv6 address space, has resulted in many IPv6 addresses being used only once,[28]

---

[24]     NordVPN,     https://nordvpn.com/features/hide-ip/     (last visited     September     2023);     Surfshark, https://surfshark.com/use-cases (last visited September 2023).
[25] T. Narten, R. Draves, and S. Krishnan, "Privacy Extensions for Stateless Address Autoconfiguration in IPv6," RFC 4941 (Draft Standard) (Sept. 2007), https://www.rfc-editor.org/rfc/pdfrfc/rfc4941.txt.pdf.
[26] T. Mrugalski, et al., "Dynamic Host Configuration Protocol for IPv6 (DHCPv6)," RFC 8415 (Proposed Standard) (Nov. 2018), https://www.rfc-editor.org/rfc/pdfrfc/rfc8415.txt.pdf.
[27] E. Rye, R. Beverly, and K. Claffy, "Follow the Scent: Defeating IPv6 Prefix Rotation Privacy," Proceedings of ACM Internet Measurement Conference (IMC) (Nov. 2-4, 2021), https://arxiv.org/pdf/2102.00542.pdf.
[28] Obviously, IPv6 addresses that are only used once cannot be used to identify devices as they are non-persistent.

*see*, for example, data from a large content delivery network[29] showing that more than 90 percent of IPv6 addresses appear only once in a long-running data collection campaign.[30]

30.     It is thus evident that an IP address, let alone a truncated IP address, cannot reliably identify a device, let alone a user.

**b.     User agents cannot reliably identify devices used by individuals in the Proposed Class, let alone users**

31.     Dr. Shafiq identifies the user agent ("UA") field as an important part of the device information shared in bid requests that he contends RTB participants can use to identify devices.[31] A UA string contains information about the type of the browser (*e.g.*, Chrome, Edge, Mozilla, Safari), the version of the browser, and the operating system over which the browser is running (*e.g.*, Windows, macOS, iOS, Linux).[32] Given that there is a discrete number of browser and operating system combinations, it should be evident that many users can share the same UA. What is more, it should be equally evident that some UAs are more common than others: for example, recent versions of popular web browsers running on top of popular operating systems are very common across devices. In fact, a recent study, which collected UAs from an internet measurement company over the course of two years, found that the top 10 most popular UAs correspond to 26 percent of daily traffic.[33] With about 50 billion total HTTP requests per day in the collected data

---

[29] D. Plonka and A. Berger, "Temporal and Spatial Classification of Active IPv6 Addresses," Proceedings of ACM Internet Measurement Conference (IMC) (Oct. 28-30, 2015), https://www.akamai.com/site/en/documents/research-paper/temporal-and-spatial-classification-of-active-ipv6-addresses-technical-publication.pdf.

[30] While the use of one-time IPv6 addresses is prevalent among non-mobile devices, cellular providers may assign static IPv6 addresses to their clients.

[31] Shafiq Rpt. ¶ 42.

[32] MDN Plus, "User-Agent," https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/User-Agent (last visited September 2023); Chrome Developers, "User-Agent Strings," (updated Nov. 9, 2021), https://developer.chrome.com/docs/multidevice/user-agent/.

[33] J. Kline, P. Barford, A. Cahn and G. Sommers, "On the Structure and Characteristics of User Agent String," ACM Sigcomm (Nov. 1-3, 2017), https://conferences.sigcomm.org/imc/2017/papers/imc17-final253.pdf.

for this study, this implies that more than one billion daily HTTP requests correspond to the same UA.[34] If a device makes on average 10-100 HTTP requests during a day, this would imply that tens of millions of devices from which data have been collected in the study share the same UA.

32.    In addition to the above, in many instances the UA that appears in RTB bid requests has undergone a "generalization" process, "which can include limiting browser and OS version information to major versions only and other changes to protect user privacy."[35] In this case an even larger number of devices will share the same UA.

33.    It is thus evident that a user agent, let alone a generalized user agent, cannot reliably identify a device let alone a user.[36]

### c.    Location data in bid requests cannot reliably identify devices or users

34.    Dr. Shafiq identifies location information as a major part of the information shared in bid requests that can supposedly be used to identify a device (and from there a user).[37] As background, the main location information in RTB bid requests is derived from IP address and reported as a combination of (1) the latitude and longitude coordinates of a "reference position" and (2) an accuracy field that measures the "radius of a circle with the approximate area of that location."[38] This form of location data has low granularity, meaning that it identifies an area too large to reliably identify specific devices.

---

[34] 26 percent of the 50B HTTP requests is more than 12.5B HTTP requests. Hence, on average, each of the 10 most popular UAs corresponds to more than 1.25B HTTP requests.

[35] Google, "Authorized Buyers Real-time Bidding Protocol," https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto (last visited September 2023).

[36] Note that I address combinations of multiple identifiers, e.g. the combination of an IP address with a user agent, in Section II.E. below.

[37] Shafiq Rpt. ¶ 42. Note that other forms of shared location information, such as region, metro, city, are far less granular than latitude and longitude thus are far less effective than latitude and longitude if one were to attempt to pinpoint the location of a device.

[38] Google, "Authorized Buyers Real-time Bidding Protocol," https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto.

35.     In addition to the low granularity of latitude and longitude coordinates derived from IP addresses mentioned above, Google limits the precision of the latitude and longitude fields to 0.01 degrees,[39] which corresponds to a precision of 1.11 kilometers,[40] to further lower the granularity of the location data. Even setting aside the additional accuracy issues discussed below, a pair of latitude and longitude values shared in a bid request would correspond to an area of approximately 1.23 square kilometers. A square kilometer area is large enough to fit more than 1500 median lot sizes and thus single family homes in California,[41] and many more apartments. Thus, when the latitude and longitude values in a bid request point to a residential area, there could be many hundreds of homes or businesses (and a correspondingly large number of devices) encompassed by the area.

36.     What is more, the latitude and longitude values in bid requests are based on IP geolocation,[42] which comes with its own accuracy pitfalls,[43] even before Google further limits the precision of the reported coordinate numbers to 0.01 degrees. Due to the inherent errors of IP geolocation,  Google also includes an accuracy field as part of location data, which corresponds to the radius of the circle within which the true location might be. I understand that the bid request data for the named Plaintiffs shows a median accuracy of approximately 8 kilometers,[44] which

---

[39] Google, "Geographical Targeting," https://developers.google.com/authorized-buyers/rtb/geotargeting (last accessed September 2023).

[40] Garmin, "Accuracy of Decimal Places in Latitude and Longitude Degrees," https://support.garmin.com/en-US/?faq=hRMBoCTy5a7HqVkxukhHd8 (last accessed September 2023)

[41] Visual Capitalist, "Median Lot Size in Every U.S. State in 2022," https://www.visualcapitalist.com/cp/the-median-lot-size-in-every-american-state-2022/ (last accessed September 2023).

[42] Google, "Geographical Targeting," https://developers.google.com/authorized-buyers/rtb/geotargeting (last accessed September 2023); Google, "Authorized Buyers Real-time Bidding Protocol," https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto (last accessed September 2023).

[43] IP geolocation is based on regional Internet registries that allocate IP addresses to organizations within their region.

[44] And, as a matter of fact, both the 25% quartile and the 50% quartile (median) are more than 8 kilometers, which means that 75% of the measurements correspond to more than 200 square kilometers.

roughly corresponds to more than ▇ square kilometers (area of circle with radius 8 kilometers), a very large area posing no privacy risk.[45] The best accuracy in this data set (the first percentile of accuracy) is more than ▇ kilometers, which corresponds to more than ▇ square kilometers.[46] This is on top of the induced error from Google's limiting the precision of the reported coordinate numbers to 0.01 degrees as described above.

37.    Dr. Shafiq conducts some analysis of the Plaintiffs' location data in an effort to identify the home of each of the seven Plaintiffs.[47] As a first matter, it is important to point out that an RTB participant does not know the actual home address of a user, whereas Dr. Shafiq is aware of it which allows him to compute an "error" amount between the actual address and the shared coordinates. Because the RTB participant does not know the address of a user, any estimate of the location of the targeted device based on the shared coordinates will have at least an error of 1.23 square kilometers as I already explained.

38.    Similarly, Dr. Shafiq's claim that for some plaintiffs the error of his analysis is zero is misleading: the accuracy of the coordinates is at most within 1.23 square kilometers since all degrees numbers are limited to two decimal points, thus any analysis based on the shared coordinates cannot be more accurate than this baseline error.

39.    It is thus evident that the low granularity of the latitude and longitude coordinates, cannot reliably identify the location of a user's device, let alone the location of the user's home and the user.  Note that I address combinations of multiple pieces of location data in Section IV.C.d below.

---

[45] Striegel Rpt. ¶ 121.
[46] Striegel Rpt. ¶ 123.
[47] Shafiq Rpt. ¶ 42.

**d.** **The device ID is not a reliable pseudonymous identifier for all devices used by individuals in the Proposed Class**

40.     Dr. Shafiq identifies device ID as one of the identifiers shared in a bid request for one of the plaintiffs.[48] The device ID is not part of the bid requests analyzed for the remaining 6 plaintiffs. Indeed, device IDs can be reset by users so there is no persistent one-to-one mapping between a single device and a single device ID in all cases. Dr. Shafiq also does not identify any reliable method by which an RTB participant could link a device ID to the individual who owns the device.

41.     It is thus evident that the device ID cannot be used as a reliable pseudonymous identifier for all devices used by individuals in the Proposed Class.

42.     Moreover, as discussed in detail in Section IV.D below, device sharing is widespread and prevents the reliable identification of an individual person associated with a bid request that includes a given device ID, as there may be multiple individuals who use the device.

**e.** **RTB participants cannot reliably identify users by the Google user ID**

43.     Dr. Shafiq identifies the Google user ID as one of the important identifiers shared in a bid request for all plaintiffs.[49] To clarify, the Google user ID shared in RTB bid requests is not an identifier for someone's Google account; it is a bidder-specific, encrypted version of the "Biscotti ID," which is a cookie that Google associates with browsers for advertising purposes.

44.     I understand that there are many instances where the Google user ID is not shared in the bid request, for example, when the user has blocked cookies, has opted out of personalized ads through their Google settings, has opted out of advertising cookies on a particular website, as

---

[48] Shafiq Rpt. ¶ 46.
[49] Shafiq Rpt. ¶ 46.

well as when a publisher has enabled restricted data processing.[50] Dr. Shafiq has conceded this as well: "If a user blocks third-party cookies in their browser, Biscotti ID will – the cookie that contains Biscotti ID will also be blocked; hence, Google User ID will not be populated."[51] I understand that the Google user ID appears in less than ▮▮% of bid requests in certain data samples reviewed by Plaintiffs' experts.[52]  For this reason alone, the Google user ID cannot be used as a reliable pseudonymous identifier for all web browsers used by individuals in the Proposed Class.

45.    Even when the Google user ID is included in bid requests, there is no reliable way for RTB participants to identify an individual from the Google user ID. Note that Dr. Shafiq appears to agree with this statement, considering that he included in his report a lengthy description of how Google might hypothetically associate a Biscotti ID with a Google account but does not claim that *an RTB participant* may do any of the things he is alluding to.

46.    Last, even if one inaccurately assumes that the Google account holder associated with a Google user ID could be identified in some exceptional case, as discussed below in Section IV.D, account sharing is widespread and prevents the reliable identification of the user associated with the bid request that contained the Google user ID under consideration, as this user may not be the owner of the Google account.

**C.    There is no reliable way to identify unique devices or individuals from multiple RTB bid request fields in combination**

47.    Dr. Shafiq states in his report that "it is important to recognize that the data shared by Google in RTB auctions across multiple bid requests can be combined to identify users with

---

[50] Berntson Decl. ¶¶ 21, 41, 55, 60.
[51] Shafiq Depo Tr. at 106:2-5.
[52] Striegel Rpt.¶ 115.

even more certainty."[53] He further states that "In the context of Google RTB, if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of location (e.g., longitude and latitude) and browsing history (e.g., webpage URL, user list) information in the (approximately hundred thousand per-day) bid requests to obtain a highly detailed view of the user's life."[54] As I explain below, it is my opinion that there is no reliable way to identify users from multiple RTB request fields in combination.

**b.    The combination of IP address and user agent cannot reliably identify devices, let alone users**

48.    Dr. Shafiq asserts that an IP address, in combination with a User Agent, can be used to "fingerprint" a device.[55] In my opinion, the combination of IP address and user agent cannot reliably identify unique devices, let alone individual persons.

49.    As a first matter, RTB bid requests share a truncated IP address and a generalized user agent. As explained already, a truncated IPv4 address corresponds to 256 unique IP addresses, a truncated IPv6 address corresponds to a septillion (1 followed by 24 zeros) of unique IP addresses, and a generalized user agent which includes limiting browser and OS version information and corresponds to a large number of non-generalized user agents. It is evident that a combination of a truncated IP address and a generalized user agent cannot identify a device, let alone a user.

50.    Even if one incorrectly assumes that the full IP address and the full user agent are shared, still their combination cannot reliably identify a device, let alone a user.

---

[53] Shafiq Rpt. ¶ 78.
[54] Shafiq Rpt. ¶ 80.
[55] Shafiq Rpt. ¶¶ 50, 72.

51.    First, it is evident that multiple devices that share the same IP address may also have the same UA. As a matter of fact, it is more likely for two devices to have the same UA when they have the same IP address, than when they do not. Consider, for example, a virtual private network (VPN) used by a business organization for 100 remote workers.[56] All devices connected to the VPN will show an identical external IP address. Because IT departments often upgrade company devices in batches, browser types and versions as well as operating systems will likely match across company devices, resulting in the same UA.  Therefore, assuming the organization provides its employees with identical laptops with Chrome (or any other browser) as the default browser (and automatic updates enabled), both the IP address and UA will be identical for all 100 employees' laptops.

52.    With potentially thousands of devices sharing a single VPN IP address,[57] hundreds of millions of devices connecting to the internet via a VPN services in the United States,[58] and within the general population of users/devices, the 10 most popular UAs corresponding to at least

---

[56] VPNs are also used by individual users for a number of reasons, including to specifically mask a device's IP address in order to access content or services that are not available in the state or country where a device is physically located. *See, e.g.*, Arjun Ruparelia, "Best DraftKings Sportsbook VPN in 2023: Unblock DraftKings From Anywhere With a VPN," Cloudwards (Aug.. 11, 2023), https://www.cloudwards.net/draftkings-sportsbook-vpn/ ("Planning a quick trip to a state where DraftKings is inaccessible? You'll need a DraftKings Sportsbook VPN to get your daily dose of sports betting. If you're confused about which VPN to choose, we give you the five best ones that can access DraftKings from anywhere."); Osman Husain, "How to watch ESPN and ESPN+ from anywhere with a VPN," Comparitech (Aug. 29, 2023), https://www.comparitech.com/blog/vpn-privacy/best-vpn-espn/ ("Unfortunately, ESPN isn't available everywhere. This can cause problems for sports fans, for instance, if you're trying to watch your favorite team play while on vacation abroad (outside of the US). Even assuming you can stream ESPN where you are, there's a good chance that some sports are subject to regional restrictions (sometimes called blackouts) . . . On the plus side, it's fairly easy to stream ESPN live online with the right VPN. Short for Virtual Private Network, a VPN connection masks your real location so that you can browse safely and regain access to your usual services while traveling.").

[57] There is no limit on how many connections may be served under the same VPN IP address, as VPN services use load-balancing among multiple servers clustered together to scale the number of supported connections. *See, e.g.*, Microsoft, "About Always On VPN," (May 22, 2023), https://docs.microsoft.com/en-us/windows-server/remote/remote-access/vpn/always-on-vpn/deploy/always-on-vpn-adv-options#high-availability (last visited September 2023).

[58] Aleksandar Kochovski, "The Top 25 VPN Statistics, Facts & Trends for 2023,"(Aug. 11, 2023), https://www.cloudwards.net/vpn-statistics/.

a quarter of the total traffic/devices,[59] it is evident that the combination of an IP address and a UA is not unique since it may correspond to many different users. Moreover, since IP addresses are not static and UAs are not static the combination of an IP address and a UA is not static either. For these reasons, using the combination of an IP address and a UA to attempt to identify unique devices or users will be unreliable and determining whether it could feasibly work for certain specific IP-UA combinations would depend on many individualized circumstances, which Dr. Shafiq fails to address.

### c.    There is no reliable way to combine fields from multiple RTB bid requests

53.    Dr. Shafiq contends that "the data shared by Google in RTB auctions across multiple bid requests can be combined to identify users with even more certainty."[60] In another passage, he offers some information about how he envisions one may achieve such combination; specifically, he states that "if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of location (e.g., longitude and latitude) and browsing history (e.g., webpage URL, user list) information in the (approximately hundred thousand per-day) bid requests…."[61]

54.    As a first matter, Dr. Shafiq does not explain how one may combine "the data shared" "across multiple bid requests", or how one may combine "the timestamped sequence of locations and browsing history."

55.    Dr. Shafiq may have in mind to combine bid requests with the same pseudonymous identifier like Google User ID or device ID.  However, this is not a reliable method to combine

---

[59] J. Kline, P. Barford, A. Cahn, and G. Sommers, "On the Structure and Characteristics of User Agent String," ACM Sigcomm (Nov. 1-3, 2017), https://conferences.sigcomm.org/imc/2017/papers/imc17-final253.pdf.
[60] Shafiq Rpt. ¶ 78.
[61] Shafiq Rpt. ¶ 80.

bid requests for individuals in the Proposed Class because, as I already explained, these data fields are not consistently populated in bid requests, see Section IV.A.  Moreover, users can reset these pseudonymous identifiers at any time (by deleting cookies or resetting their device ID) so even where they are included in bid requests, they would not provide a reliable way to group multiple bid requests together for the same device or user in all cases. Finally, the widespread device and account sharing discussed in Section IV.D further reduces the reliability of combining bid requests using the device ID or Google User ID.  For all these reasons, grouping together multiple bid requests for purposes of potentially identifying users will be unreliable and determining whether it might work in part for certain groups of bid requests would depend on many individualized circumstances, which Dr. Shafiq fails to address.

     **d.**    **The combination of multiple pieces of location data from multiple RTB bid requests cannot reliably identify devices or users**

56.    Dr. Shafiq states that "if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of location (e.g., longitude and latitude) … information"[62] and later states that "location information (even if its granularity is reduced) is highly identifying"[63] supporting this statement by research publications. It is my opinion that location information, even when created by combining the location data from multiple bid requests associated with the same user, cannot reliably identify unique devices or users.

57.    As a first matter, as I explained above, the process of combining multiple bid requests is not reliable.

---

[62] Shafiq Rpt. ¶ 80.
[63] Shafiq Rpt. ¶ 82.

58.    Even if an RTB participant manages to combine location data of a device or user from multiple bid requests and order them in time, this information cannot be used to reliably identify the device or user.

59.    First, regardless of how many location data points are available from RTB bid requests for the same device or user, they and their combination can be no more accurate than the baseline error of 1.23 square kilometers discussed above in Section IV.B.c.[64] And, as explained above, this area can correspond to thousands of addresses. In addition, the best IP geolocation accuracy in the bid request data for the named Plaintiffs corresponds to an area of more than ■ square kilometers, *see* Section IV.B.c.[65] Thus, these IP geolocation data points alone or in combination can be no more accurate than ■ square kilometers, an area that can correspond to tens of thousands of addresses.

60.    Second, the unreliability of the location data in identifying users is supported by the very publications cited by Dr. Shafiq. As a first matter, these publications conduct controlled experiments using location derived from cellular data which is more precise than the IP-based geolocation data in RTB bid requests.[66] What is more, they utilize cellular data in their full precision whereas, as already explained, the IP geolocation data in bid requests is coarsened to protect privacy. This results in much more granular data as cells can be as small as 0,15 square

---

[64] This is because Google limits the precision of the latitude and longitude fields to 0.01 degrees.
[65] The median accuracy is far worse and corresponds to more than 200 square kilometers, as noted above.
[66] H. Zang and J. Bolot, "Anonymization of location data does not work: A large-scale measurement study," Proceedings of the 17th annual international conference on Mobile computing and networking (2011) https://web.archive.org/web/20170809052644id_/http://www.technicolorbayarea.com/papers/2011/ZB11anon.pdf; Y. de Montjoye, C. Hidalgo, M. Verleysen, and V. Blondel, "Unique in the crowd: The privacy bounds of human mobility," Scientific reports 3:1376 (2013), https://www.scienceopen.com/document_file/fc3e643f-dc19-4fa9-8bbe-806c1f65434f/PubMedCentral/fc3e643f-dc19-4fa9-8bbe-806c1f65434f.pdf.

kilometers in cities[67] and cell sectors usually correspond to a third of that size[68] (0.05 square kilometers), whereas as already stated any analysis using IP geolocation data will correspond at worst to an area of 1.23 square kilometers and likely to tens of square kilometers. But even if we disregard these differences, the analysis on these papers shows that identifying users is unreliable.

61.    Consider the first research publication cited by Dr. Shafiq.[69] Dr. Shafiq states that the authors showed that "*85% of the users at the granularity of sector level, 50% of the users at the granularity of cell level, and 35% of the users at the zip code level, are uniquely identified*". These numbers show that "identification" is not reliable, because a sizable fraction of users are not uniquely identified even when the more granular data based on cell sectors are used. As a matter of fact the authors are careful to state that "***fractions** of users are at **potential risk** of being re-identified*" [emphasis added] and also explain that such re-identification, which refers to matching cellular mobility data observed now with cellular mobility data observed before, requires the further step of correlating this information with side information, e.g. census data, in order for a user to be identified by the user's cellular mobility data.

62.    Because of the above reasons, my opinion is that even a timestamped sequence of the location data shared by RTB bid requests cannot reliably identify unique devices or users.

---

[67] Y. de Montjoye, C. Hidalgo, M. Verleysen, and V. Blondel, "Unique in the crowd: The privacy bounds of human mobility," Scientific reports 3:1376 (2013).

[68] H. Zang and J. Bolot, "Anonymization of location data does not work: A large-scale measurement study," Proceedings of the 17th annual international conference on Mobile computing and networking (2011).

[69] H. Zang and J. Bolot, "Anonymization of location data does not work: A large-scale measurement study." Proceedings of the 17th annual international conference on Mobile computing and networking (2011).

e.    **The combination of multiple visited URLs from multiple RTB bid requests cannot reliably identify users**

63.    Dr. Shafiq states that "if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of … browsing history (e.g., web page URL, user list) information,"[70] and later states that "browsing history is highly identifying,"[71] supporting this statement by two research publications. It is my opinion that the web browsing history, which is created by combining the visited URLs from multiple bid requests associated with the same user, cannot reliably identify users.

64.    As a first matter, as I explained above, the process of combining multiple bid requests is not reliable.

65.    Even if an RTB participant manages to acquire a precise web browsing history of a user, the web browsing history cannot be used to reliably identify the user. This is supported by the very two publications cited by Dr. Shafiq. Specifically, the second of these publications,[72] which *"replicates and extends"* the first one and is much more recent and thorough, concludes that "the reidentifiability rates are below 10%," where by "reidentifiability" the authors refer to the chance that a web browsing history observed during one week is correctly matched to the web browsing history of the same user from two weeks prior. Even when the authors change various parameters in their analysis to increase the reidentifiability rate, the "reidentifiability rates grow to ~50%," see Figure 7 in the publication. Hence, even in the context of this controlled experiment, without additional real-world constraints that an RTB participant might face if it wished to do

---

[70] Shafiq Rpt. ¶ 80.
[71] Shafiq Rpt. ¶ 87.
[72] S. Bird, I. Segal, & M. Lopatka, "Replication: Why We Still Can't Browse in Peace: On the Uniqueness and Reidentifiability of Web Browsing Histories," SOUPS at USENIX Security Symposium (Aug. 2020), https://www.usenix.org/system/files/soups2020-bird.pdf.

something similar, the authors achieved "reidentifiability" rates no higher than 50%, which does not support Dr. Shafiq's apparent position that the URLs contained in multiple bid requests can be used to reliably identify users across the class.

66.     Even if one inaccurately assumes that a method could reliably identify web browsing histories, it is crucial to note that the actual person associated with the web browsing history cannot be identified from that information. While a web browsing history does reveal information about the interests of a pseudonymous user, it cannot identify the identity of the individual. This is because there is no available "database" or other mechanism that RTB participants could use to reliably associate a given web browsing profile with an individual among the approximately 250 million US citizens with Google accounts.

67.     For all these reasons, the data that appears in RTB bid requests cannot consistently and reliably be used to identify unique devices or individual users in the Proposed Class, and the extent to which bid request data could potentially be used for such purposes in specific instances would depend on individualized circumstances that are not broadly applicable to all devices and users.

**D.     RTB participants cannot reliably link RTB data to a natural person or household**

68.     I now address Dr. Shafiq's additional opinion that bid request data can be used to not only identify unique devices (which I have addressed and refute for the reasons above) but individual persons. Specifically, Dr. Shafiq states that "[t]he information commonly shared by Google in the RTB auctions allows RTB participants to identify, associate with, or reasonably link

that data to a natural person or household in several ways."[73] It is my opinion that RTB bid request data cannot be used as a reliable way to identify the "natural persons" in the Proposed Class and even if it were possible to do so in isolated circumstances, it would depend on unusual and individualized circumstances that would not broadly apply to the Proposed Class as a whole.

      **b.**    **RTB participants cannot reliably use first-party relationships with Proposed Class members to identify them from RTB bid request data because that data lacks reliable identifiers and because not all Proposed Class members have such first-party relationships.**

      69.    Dr. Shafiq first focuses on RTB participants who have a first-party relationship with Google account holders. Google account holders of these RTB participants also have an account with the RTB participants which contains some information about them, e.g., a name and an email. For such RTB participants, Dr. Shafiq states that they can "easily link the information shared in RTB bid requests to a natural person or household." Dr. Shafiq does not say how they could do this, but I assume what he has in mind is to use some identifier values in RTB bid requests to identify one of the users with which they have a first-party relationship. However, as I have discussed in detail already, RTB bid request fields do not consistently include fields that can be used as reliable identifiers, hence any linking of the information shared in RTB bid requests to a natural person or household will not be reliable.

      70.    In any case, even if some RTB participants could, in some isolated circumstances, associate bid request data with information they already have about an individual, this would not be broadly applicable to the Proposed Class as a whole. As Dr. Shafiq acknowledged, such associations would depend on whether a given individual has an account with or has otherwise

---

[73] Shafiq Rpt. ¶ 88. Dr. Wilson reaches a similar conclusion, opining that "the information that is shared and sold through Google RTB is reasonably capable of being used to identify an individual or household." Wilson Rpt. ¶ 50.

provided information to that RTB participant.[74] Indeed, the inquiry is so fact-specific that Dr. Shafiq cannot opine on whether an RTB participant has managed to do this with regard to even the named Plaintiffs, much less on a larger scale.[75]

        **c.**     **"Identity graphs" do not permit reliable identification based on probabilistic matching.**

    71.    Dr. Shafiq then discusses RTB participants who do not have a first-party relationship with Google account holders.[76] It is obvious that these RTB participants have much more limited ability, if any, to attempt to personally identify an individual from RTB bid request data, as compared to RTB participants who have a first-party relationship with Google account holders, because they do not have a list of customers with customer information to attempt to match with the information from the shared RTB bid requests. As a first matter, since there is no reliable way to identify users from RTB bid request fields, any RTB participant, regardless of whether the participant has or does not have a first-party relationship with a Google account holder, cannot reliably link the information shared in RTB bid requests to a natural person or household. But for RTB participants without a first-party relationship with a Google account user, an attempt to do so will be even less reliable, because the identity graphs that Dr. Shafiq envisions that RTB participants may use are themselves unreliable. While the exact details of such proprietary identity

---

[74] Shafiq Depo Tr. at 247:16-22 ("16 Q. Well, what would -- what would you need to know in order to evaluate whether this risk of identification by Meta, in your example, actually occurred to one of the named plaintiffs? A. Whether or not they have a Facebook account. I think that would be the main piece of information that I would have to rely on.").

[75] Shafiq Depo Tr. at 247:9-15 ("Q. Do you know if that happened to any of the named plaintiffs? A. Like I mentioned, I don't precisely know whether the named plaintiffs have like a Meta account. And Meta has, like, different services like we discussed a little bit. So I don't know precisely."); *see also id.* at 74:25-75:11 ("Q. Okay. I'm just establishing, you -- you don't know, one way or the other, what particular social media or other accounts any of the named plaintiffs have, even though these are common and they might; right? A. I do not know whether or not a specific named plaintiff has a Facebook or LinkedIn or Amazon. And also, I just want to be sure here, so Meta, for example, has multiple products and services. Right now, we are only discussing Facebook, but I'm sure you know that Meta has many different products….").

[76] Shafiq Rpt. ¶ 88(b).

graphs are not public, it is well known and also acknowledged by Dr. Shafiq that these graphs use not only deterministic but also probabilistic matching. Any probabilistic matching, no matter how advanced machine learning techniques one may use, will never have 100% accuracy thus it can only add uncertainty and thus unreliability to the whole process.

72.     Because of the above, it is my opinion that an RTB participant, regardless of whether the participant has or does not have a first-party relationship with a Google account user, cannot reliably link the information shared in RTB bid requests to a natural person or household.

### d.    Shared devices prevent the reliable identification of users from devices

73.     Even if one incorrectly assumes that it is possible to reliably identify devices based on RTB bid request fields, a bid participant would still have to identify the individual associated with each device. Dr. Shafiq and Dr. Wilson do not account for this critical step. Both appear to assume that a given device will always have a single user, but this is false.[77] On the contrary, a significant body of research demonstrates that sharing of devices by more than one user is commonplace.[78]

---

[77] Shafiq Depo Tr. at 208-2-7 ("Q. Are you - are you saying uniquely identify a - a device or a browser, or are you saying uniquely identify a known person? A. Uniquely identify, in this particular case, a user which - the user who may have a device, for example."); Wilson Depo Tr. at 193:9-11 ("A device is going to be primarily used by a specific person, so it's tantamount to an individual.").

[78] *See, e.g.*, T. Matthews et. al., "'She'll just grab any device that's closer': A Study of Everyday Device and Account Sharing in Households," Proceedings of the ACM Conference on Human Factors in Computing Systems, ACM (2016), https://dl.acm.org/doi/10.1145/2858036.2858051, at 5921 ("Among our key findings are that device and account sharing is common, and that mobile phones were shared as much as computers and more often than tablets."); K. Levy and B. Schneier, "Privacy threats in intimate relationships," 6 Journal of Cybersecurity (2020), https://academic.oup.com/cybersecurity/article/6/1/tyaa006/5849222, at 10 ("[H]ouseholds are not units; devices are not personal; the purchaser of a product is not its only user."); *id.* (criticizing the "assumption . . . that devices considered 'personal' are used by only one person" because "abundant research demonstrates that this is often not the case"); A. Brush and K. Inkpen, "Yours, Mine and Ours? Sharing and Use of Technology in Domestic Environments," Proceedings of the 9th International Conference on Ubiquitous Computing (2007), https://www.microsoft.com/en-us/research/wp-content/uploads/2007/09/brushinkpenyoursmineours.pdf; B. Busse and M. Fuchs, "Prevalence of Cell Phone Sharing," Survey Methods: Insights from the Field (Jan. 31, 2013), https://surveyinsights.org/?p=1019; H. Muller, J. Gove, and J. Webb, "Understanding Tablet Use: A Multi-Method Exploration," Proceedings of the 14th international conference on Human-computer interaction with mobile devices and services (2012), https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/38135.pdf.

74.    Numerous publicly-available studies confirm that users often share devices. For example, a 2016 research study found the "'single-user' assumption may not consider the many account and device sharing situations that arise during everyday life."[79] Based on a study of U.S.-based households, the authors determined that "device and account sharing is common, and that mobile phones were shared as much as computers and more often than tablets—even though participants typically perceived phones as personal devices and did not realize how often they were shared until participating in our diary study."[80]  Their research yielded the following figures:[81]



Figure 1. Diary study results. (a) Sharing by device, shown as the average percent of sharing instances per participant (591 total instances reported by 25 participants). (b) Who participants shared with, shown as the average percent of relations reported per participant (533 total relations reported by 25 participants during 468 sharing instances; 1 relation listed in 413 instances, >1 relation listed in 55 instances). Sig. others and children were most common relations shared with. Error bars represent 95% CIs.

75.    The same study further determined that "'personal' devices are often shared; and sharing occurs in multiple ways and for a variety of reasons beyond the most obvious or visible."[82]

76.    Other research further confirms that device sharing is common. For example, in a 2015 study by the White House Council of Economic Advisers, "26 percent [of respondents] complain[ed] about having to share a computer with too many people in their household…."[83]

---

[79] T. Matthews et. al., "'She'll just grab any device that's closer': A Study of Everyday Device and Account Sharing in Households," Proceedings of the ACM Conference on Human Factors in Computing Systems, ACM (2016), https://dl.acm.org/doi/10.1145/2858036.2858051 ("Device Sharing Study") at 5921.
[80] Id. at 5921-22.
[81] Id. at 5925.
[82] Id. at 5930.
[83] R. Paulas, "The Digital Divide Is About Much More Than Access," Pacific Standard (June 14, 2017), https://psmag.com/environment/digital-divide-more-complicated-than-access.

77.    Indeed, multiple named Plaintiffs indicated that friends or family members have used their devices. Terry Diggs, for example, testified that her granddaughter used her mobile phone to access the internet, and Kimberley Woodruff identified multiple family members who had used both her laptop and her mobile phone.[84] Named Plaintiff Rethena Green, by contrast, testified: "I can't really recall a time when I would let someone use my phone to surf the Internet."[85]

78.    Based on my experience in the industry and review of the materials regarding device sharing cited above, I am of the opinion that one cannot equate "devices" with "users" in a way that supports the assumption that there consistently exists a one-to-one relationship between users and devices. Such an assumption, which Dr. Shafiq and Dr. Wilson both appear to make, is incorrect in light of the body of research (and the named Plaintiffs' own experiences) establishing that device sharing is common. It is not possible to reliably and consistently identify users from devices

**e.    Shared accounts prevent the reliable identification of users from accounts**

79.    There is yet another issue when it comes to attempting to reliably identify individuals in the Proposed Class: the use of shared Google accounts by multiple individuals, which is another common phenomenon, and one that Dr. Shafiq and Dr. Wilson do not even consider.[86]

---

[84] *See, e.g.*, Diggs Depo Tr. at 49:23-25. ("Q. Do you ever use the YouTube app on your phone? A. Me? No. My granddaughter? Yes."); Woodruff Depo Tr. at 85:1-8 ("Same questions for your family. So outside of -- I think we already pretty extensively delved into your nieces and nephews, outside of your nieces and nephews, has anyone used your -- in your family, used your laptop or phones in the past year? A. Yes. Q. And who are those individuals? A. Niece, nephew, brother. I think that's it.");
[85] Green Depo Tr. at 102:14-16.
[86] *See, e.g.*, K. Levy and B. Schneier, "Privacy threats in intimate relationships," Journal of Cybersecurity (2020), https://academic.oup.com/cybersecurity/article/6/1/tyaa006/5849222, at 2 ("Intimates might share social media and email accounts–and even if they have separate accounts, they may know one another's passwords."); C. Park et al.,

80.     As an initial matter, RTB bid requests do not indicate whether or not the user whose web or app activity triggered the bid request is a Google account holder. Rather, the Google User ID included in some (but not all) bid requests is only an encrypted pseudonymous identifier, derived from the Biscotti cookie for a browser on a device.[87]  There is no direct way for an RTB participant to use a Google User ID or other bid request data to determine whether the user is a Google account holder, much less to identify information about a specific account of an individual. In fact, I understand that even within Google there are various systems and restrictions that prevent the linking of an encrypted Biscotti ID to an individual's Google account.[88]

81.     Even if one incorrectly assumes that an RTB participant could somehow associate a Google User ID in a bid request with a given Google account, which Dr. Shafiq does not appear to claim can be done, this would still not allow an RTB participant to reliably identify an individual user. Consider a scenario where multiple family members share the same Google account and have visited websites that publish ads served through RTB. Neither Dr. Shafiq nor Dr. Wilson has identified a way in which RTB participants could distinguish among these individuals, even if it were possible to identify the shared Google account based on information sent through RTB. Indeed, only the family member whose name is associated with the account would even be included in Plaintiffs' Proposed Class.

82.     Named Plaintiff Salvatore Toronto illustrates this phenomenon. Mr. Toronto testified during deposition that at times, his adult son and daughter log into his Google account

"Share and Share Alike? An Exploration of Secure Behaviors in Romantic Relationships," Fourteenth Symposium on Usable Privacy and Security (SOUPS) (Aug. 2018), https://www.researchgate.net/publication/325608530_Share_and_Share_Alike_An_Exploration_of_Secure_Behaviors_in_Romantic_Relationships.
[87] Dr. Shafiq highlights the Google User ID field as one of the identifiers shared in a bid request and acknowledges that it is an encrypted version of the Biscotti ID. Shafiq Rpt. ¶ 42.
[88] Berntson Decl. ¶ 67.

34

both on their iPhones and on his personal computer.[89] Accordingly, even assuming that an RTB participant could reliably identify each of these devices from bid request data associated with Mr. Toronto's Google account (which they cannot), it would have to then find a way to determine that Mr. Toronto's children's iPhones belonged to his children, and not to Mr. Toronto. Likewise, even if an RTB participant could identify Mr. Toronto's computer using bid request data associated with his Google account, it would have to find a way to tell that one of his children was using that device, and not him. Dr. Shafiq and Dr. Wilson posit no reliable method to accomplish this identification; in fact, they do not discuss it at all. In each of these scenarios, because the shared Google account is associated with Mr. Toronto alone, there is no way for an RTB participant to correctly identify his children based on the Google user ID field, and there is no reliable way to do so based on additional information they may receive through RTB.

      **E.**    **An example to illustrate why the data at issue cannot be reliably used to identify devices or individual users.**

    83.    To better understand the enormous variability and difficulty involved in identifying devices, accounts, and users using RTB bid request data, a brief example is helpful.

    84.    Consider the following scenario: (1) John and Mary share the same home, each has a personal phone, and they share a laptop. They use a NAT in their home. (2) Mary works with Peter at the same company, which issued each of them their own work laptop. Their company uses a VPN for remote work access, and DHCP to assign IP addresses when employees work in the office. (3) Peter lives with Eva, and they share a home laptop and Google account; Eva also has her own phone. They also use a NAT in their home. The following figures illustrate why it is not

---

[89] Toronto Depo Tr. at 119:22 - 120:25.

possible to reliably identify a person in view of shared devices, shared accounts, and identifiers whose values do not correspond to a single device.

85.     Specifically, the boxes on the left represent unique IP address values, and each is labeled with the type of internet connection associated with it. The arrows from those boxes towards the right show the devices that each of those IP addresses could potentially relate to. The middle set of boxes represent each of the different devices that may be connecting to the internet and utilizing the different IP addresses. And the right set of boxes represents each of the individuals in the hypothetical described above, with arrows showing the uncertain relationship between each device and its potential user(s).



86.     Even if the IP addresses in the left-hand column were full IP addresses, as in the figure above, there would be no way for an RTB participant to tell from that IP address which

device is browsing the Internet among the devices within either Mary's and John's home, or Peter's and Eva's home, including devices from visitors, since their router's use of NAT would mean each device would have the same public IP.  As a matter of fact, even if one of them were outside their home–say, in a coffee shop with a NAT-enabled router–there would be no way to tell which device is browsing the Internet among the devices within the coffee shop, which would all have the same public IP address too.

87.    If Peter and Mary were working remotely via a VPN, there would be no way to distinguish their devices, as they would share the same VPN server IP address. If they worked from the office, there would be no reliable way to tell which device is browsing the internet among the two because of their company's DHCP.

88.    If, instead, an RTB participant had only the truncated IP address that is used in RTB bid requests, it would be possible that all the devices depicted in the figure could share the same truncated IP address, leaving no way to distinguish among them based on their IP address.[90]

---

[90] Other fields, like a user agent, would not necessarily be helpful for distinguishing among these devices either.  For instance, as discussed above, Mary and Peter's employer might propagate routine operating system and browser updates to their computers, causing them to both have the same user agent. Similar, if any combination of John, Mary, and Eva use the same popular phone and browser combination running on the latest operating system, they too would share the same user agent.



89.     Even if somehow an RTB participant identified John and Mary's shared home laptop (or Peter and Eva's shared home laptop), there would be no way to identify whether it was John or Mary using the shared device. Note that the presence of a device ID in an RTB bid request does not mean that the owner of the device can be identified, as there is no reliable method to associate a device ID with a person.

90.     Finally, even if somehow an RTB participant identified Peter and Eva's shared Google account, it could not tell which of the two was browsing the Internet.

**V.     The Proposed Entropy Analysis Is Fundamentally Flawed**

91.     In an attempt to argue that RTB bid requests permit third parties to identify users even if certain fields are not always present, Dr. Shafiq relies extensively on a concept known as

entropy. He asserts that "just a few of these [RTB] fields together make it possible for RTB participants to uniquely identify users" because "many of the data fields that are included in all RTB bid requests include what Google calls 'privacy sensitive fields' and contain a critical amount of 'user-identifying entropy.'"[91] Thus, he contends, "[i]f the number of entropy bits for a piece of data exceed[s] a certain threshold depending on the population size, that data can be used to uniquely identify or fingerprint users."[92] This threshold, Dr. Shafiq asserts, is 32 "entropy bits," which he concludes are always present in RTB bid requests.[93]

92.    This analysis is wrong and rests on a misunderstanding of entropy. As I explain in detail below, a number of necessary assumptions to connect entropy with identifiability in this way are not satisfied. In general, computing entropy bits and interpreting them correctly requires familiarity with probability and information theory.[94] To support my opinions, I have provided a detailed technical description of the relevant theory and formulas in Appendix A. As already discussed in my qualifications, I have been using probability, statistics, and entropy to model distributed systems for more than 20 years, and I have been in charge of and regularly teach the corresponding graduate level course at the University of Southern California. For readers without a background in probability and information theory, I explain the primary errors in Dr. Shafiq's approach using general terms below.

---

[91] Shafiq Rpt. ¶ 43.
[92] Shafiq Rpt. ¶ 69; *see also* Shafiq Depo Tr. at 203:23 - 204:2 ("[F]or the purpose of identification, so entropy is to uniquely identify something. For that itself, entropy is all you need. That's why it - it is so widely used in the research. It is - it gives you some very hard thresholds.").
[93] Shafiq Rpt. ¶¶ 73-75.
[94] P. Billingsley, "Probability and Measure," Wiley (3rd ed. 1995); S. Ross, "Introduction to Probability Models," Academic Press (10th ed. 2014), https://www.academia.edu/17872355/Introduction_to_Probability_Models_Tenth_Edition; T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW.

## A.    Entropy is not a metric for identifiability

93.    Entropy is a measure of the uncertainty of the outcome of a process.[95] Entropy does not—and cannot be used to—establish what specific information is necessary to uniquely identify any specific person.

94.    To understand the basic flaw in the way Dr. Shafiq interprets entropy bits with respect to identifiability, I will first explain how one computes entropy using a simple example. Suppose one tosses a coin. There are two possible outcomes, heads or tails, and they are equally likely. To describe whether the coin landed heads or tails, one may use a bit and assign heads to the bit value equal to 1 and tails to the bit value equal to 0. In other words, this bit is enough to represent the two equally likely possible outcomes of the coin toss experiment. In this case, the number of entropy bits associated with the uncertainty of this random experiment equals 1 entropy bit, because $2^{1 \ entropy \ bit} = 2 \ equally \ likely \ outcomes$.[96] With this in mind, the rationale behind the 32 bit threshold cited by Dr. Shafiq and other sources he references[97] is the following: Suppose the random experiment is to identify one person among a large population. Then, because $2^{32} = 4.28$ billion, an identifier that has 4.28 billion equally likely values, or, equivalent, 32 entropy bits, may identify a person among a large population by observing the value of this identifier, if (1) the size of the population is no more than 4.28 billion, and (2)  if each value of this identifier corresponds to a single unique person in the population. Importantly, both requirements must be met for this to work: first, the identifier values need to be equal or more than the population, and

---

[95] For a detailed technical explanation, *see* Appendix A; *see also* T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW.

[96] For a more detailed explanation of the meaning of entropy bits and how to compute them, e.g., when the possible outcomes are not equally likely, see Appendix A § A.

[97] Shafiq Rpt. ¶¶ 73-75.

second, each value can only correspond to one person. As noted above, I refer to this second requirement as "one to one mapping."

95.    Now let's consider a simple example where while the first requirement is satisfied, the second is not. Consider a family with two drivers that share 4 vehicles. We want to identify the driver by observing the vehicle leaving the family's home. There are $2^2 = 4$ different vehicles. Hence, the number of entropy bits associated with our "vehicle" identifier is 2 and we have four potential outcomes and associated identifier values. And we have two individuals to be identified. If Dr. Shafiq's analysis were correct, we could identify a driver based on which vehicle we see leave the home, since the number of entropy bits produces more outcomes (four) than people to identify (two). However, since the drivers share all four vehicles, common sense dictates that observing the vehicle cannot identify the driver. Put simply, the issue is that there is no one to one mapping between vehicles and drivers, so the number of entropy bits present does not guarantee that we can identify an individual.

96.    As I have discussed already in Section IV.B above, there is no reliable one to one mapping between RTB bid request fields and individuals that one may use to reliably and consistently identify individuals in the Proposed Class. As a result, statements that use the entropy bits of identifiers, calculated under the aforementioned assumptions, are invalid because the fundamental requirement of one to one mapping is not satisfied.

**B.    Entropy is an average-case metric that can provide insight into a system as a whole but not individuals**

97.    As Dr. Shafiq conceded at deposition, entropy is an average-case metric.[98] It can provide insight into a system but not individuals. This limitation of entropy was explained by Martin Thomson, Distinguished Engineer at Mozilla, in a recent post:

> "Information entropy remains useful as a means of understanding the overall utility of the information that a system provides. Understanding key statistics as part of a design is valuable. However, for entropy measures in particular, this is only useful from a perspective that seeks to reduce overall utility; ***entropy provides almost no information about the experience of individuals***."[99]

Think of information entropy as analogous to average household income in the United States. Just like the single metric of average household income does not provide useful information regarding the actual finances of any specific household, entropy can provide insight to a system but not into any individual experience in it.

98.    Specifically, entropy is calculated as the average number of entropy bits carried by each possible outcome of the corresponding random process, averaged over the likelihood of the corresponding outcome, *see* Appendix A § B. In our application, this means that observing a value of a data field, say a specific IP address in a bid request, may correspond to a very different number of entropy bits than observing another value of this same data field, say some other IP address in another bid request, *see* Appendix A § B. In general, the entropy of a given data field represents its average ability to perform identification. Because entropy is only an average measure, an identifier with low entropy may perform poorly on average but it is not guaranteed that no device

---

[98] Shafiq Depo Tr. at 217:9-11 ("So entropy, in plain terms, is an average metric that requires analysis of the totality of the data."). Specifically, entropy calculated as the average information conveyed by an outcome, averaged over all possible outcomes by weighting the information conveyed by an outcome with the likelihood of this outcome, *see* Appendix E. Equation (2) in § V.E.2 and associated discussion in § V.E.3.

[99] Low Entropy, "Entropy and Privacy Analysis," https://lowentropy.net/posts/entropy-privacy/ (last visited June 3, 2022) (emphasis added).

can be reliably identified. Conversely, an identifier with high entropy may perform well on average but it does not guarantee that all devices can be reliably identified.

99.    This is important because it highlights the variability in and individualized nature of the methodology proposed by Plaintiffs' experts. As discussed above, contrary to Dr. Shafiq's and Dr. Wilson's claims, RTB bid requests may contain different set of fields and contain different values for various fields. Each of these values will correspond to a different number of entropy bits, further underscoring the individualized nature of the high level methodology proposed by the plaintiffs. Dr. Wilson conceded exactly this:

> Q:    Does the omission of a data field impact the overall level of entropy in a data set?
>
> A:    Yes. There is a relationship between data included in the data sets and entropy.
>
> Q:    And that relationship depends on the specific amount of entropy in a given data field, which might differ from one field to another or based on the specificity of the values in the field as a general matter, right?
>
> A:    As a general matter, yes, you would need to know the number of fields, the entropy per field, in order to assess something like entropy overall.[100]

**C.    The entropy bits associated with one or more RTB bid request fields, no matter how many they may be, do not guarantee, and may not even indicate, that a U.S. Google account holder can be reliably identified by those bid request fields**

100.    Dr. Shafiq states "[i]f the number of entropy bits for a piece of data exceed[s] a certain threshold depending on the population size, that data can be used to uniquely identify or

---

[100] Wilson Depo Tr. at 165:23-166:15 (objections omitted).

fingerprint users."[101] This threshold, Dr. Shafiq asserts, is 32 "entropy bits," which he concludes are always present in RTB bid requests.[102] I disagree.

101.    We have discussed above an example of two drivers sharing four vehicles, and explained why observing the vehicle leaving the family's home cannot identify the driver, even though the number of entropy bits of the vehicle identifier produces more outcomes than the number of individuals to be identified.

102.    Consider now a scenario where we want to identify two devices sharing four IP addresses, where the IP address that a device has at any time is assigned to it using DHCP.[103] It is evident that observing an assigned IP address cannot identify the device that is currently using it, because there is no reliable one to one mapping between the four IP addresses and the two devices.

103.    As I establish in detail in Section IV.B above, there is no reliable one to one mapping between the identifiers highlighted by Dr. Shafiq and either devices, or users, or both. Specifically, there is no reliable one to one mapping between: (i) IPv4 or IPv6 addresses and devices, due to the widespread usage of NAT, VPN, DHCP and other reasons, *see* § IV.B.a; (ii) User Agents and devices, due to the limited number of user agent values and the skewed distribution of those values, *see* § IV.B.b; (iii) latitude and longitude coordinates and a precise enough location of devices/users that would allow their identification, due to the low granularity of the location information, *see* §§ IV.B.c, IV.C.c; (iv) the device ID and the device because the device ID is resettable by the user, or the device ID and a user due to the lack of an available

---

[101] Shafiq Rpt. ¶ 69; *see also* Shafiq Depo Tr. at 203:23-204:2 ("[F]or the purpose of identification, so entropy is to uniquely identify something. For that itself, entropy is all you need. That's why it - it is so widely used in the research. It is - it gives you some very hard thresholds.").
[102] Shafiq Rpt. ¶¶ 73-75.
[103] J.F. Kurose and K.W. Ross, "Computer Networking: a Top-Down Approach," ch. 4 (Pearson 8th ed. 2021), https://www.amazon.com/Computer-Networking-Global-James-Kurose/dp/1292405465.

mechanism to RTB participants that connect device IDs with the owners of the devices, *see* § IV.B.d; (v) the Google user ID (an encrypted Biscotti ID) and a person, due to the lack of an available mechanism to RTB participants to decrypt the user ID and connect it to a Google account (GAIA ID), *see* § IV.B.e; and (iv) the web browsing history of a user and a person, *see* § IV.D.

104.    As I also establish in detail in Section IV.C above, there is no reliable one to one mapping between a combination of multiple identifiers including from multiple bid requests and a person.

105.    Hence, whether one of these identifiers, or a combination of these identifiers, carry 2, 20, or 40 entropy bits, has no bearing on user identification in this case because there is no reliable mapping available to RTB participants between these identifiers, in isolation or combination, and an individual. Therefore, RTB participants cannot use these identifiers to reliably identify the person who is using the browser to which a target ad is selected regardless of the entropy bits of the identifiers.

Dated: September 29, 2023

_____
Konstantinos Psounis, PhD.

**APPENDIX A**

**ENTROPY, ENTROPY BITS AND FINGERPRINTING: FORMAL EXPOSITION**

**A.    Preliminaries: Random Experiment, Events, Probability of Events, Random Variables, Distribution of A Random Variable**

1.    To understand how to correctly compute entropy bits of identifiers and what is their fingerprinting effectiveness, we need to start with the concept of an experiment whose outcome is random. When the experiment takes place, the outcome can be any among a set of possible events each of which is assigned a probability representing its likelihood of occurring.[104]

2.    The simplest possible example to consider is a coin toss. The random experiment in this example is the act of tossing a coin. There are two possible outcomes, heads or tails, and the set of possible events is thus $\{H, T\}$ where $H$ represents heads and $T$ represents tails. If the coin is fair, the likelihood of either $H$ or $T$ is the same. If we toss this coin a very large number of times and record how many times it lands heads and how many times it lands tails, we will record that 50 percent of the times we get $H$ and 50 percent of the times we get $T$. [105] We thus assign a probability of 0.5 to the event $H$, and we write $P(H) = 0.5$, with $P(\cdot)$ representing the probability of an event, and we assign a probability 0.5 to the event $T$, and we write $P(T) = 0.5$.

3.    The next concept we need to introduce is that of a random variable.[106] A random variable is a function which maps events to probabilities. In the simple fair coin toss example, let $X$ be the random variable representing the outcome of the coin toss. Then, the random variable takes two possible values, $H$ or $T$, the probability of the events $\{X = H\}$ and $\{X = T\}$ is equal to 0.5, and we write $P(X = H) = P(X = T) = 0.5$. The coin may not be fair, for example, it may

---

[104] P. Billingsley, "Probability and Measure," Wiley (3rd ed. 1995); S. Ross, "Introduction to Probability Models," Academic Press (10th ed. 2014), https://www.academia.edu/17872355/Introduction_to_Probability_Models_Tenth_Edition.

[105] In theory, this statement is precise if we toss the coin (independently) an infinite amount of times.

[106] We will restrict the discussion to discrete random variables, *see* S. Ross, "Introduction to Probability Models," Academic Press (10th ed. 2014), https://www.academia.edu/17872355/Introduction_to_Probability_Models_Tenth_Edition, as this is the type of random variables which are relevant to our discussion about digital fingerprinting.

land heads way more often than tails, say 98 percent of the time. In this case, $P(X = H) = 0.98$ and $P(X = T) = 0.02$.

4.       In order to introduce the concept of entropy and thus entropy bits, we need one more concept, that of the distribution of a random variable. Thankfully, for the (discrete) random variables we are considering, the distribution of a random variable is simply the probability that the random variable assumes any of its possible values. Specifically, if the random variable $X$ may assume some values $x$ with some probability, we define by $p_X(x)$ the distribution of the random variable $X$ as follows:[107]

$p_X(x) = P(X = x)$.   (Equation (1) – probability distribution)

$p_X(x)$ is a function which maps each possible value $x$ of $X$ to the probability that the random variable $X$ assumes this value $x$. In our fair coin example, $p_X(H) = p_X(T) = 0.5$.

### B.    Entropy And Entropy Bits of a Random Experiment

5.       We are now ready to define the concept of entropy. The entropy $H(X)$ of a random variable $X$ with distribution $p_X(x)$ is defined as follows: [108]

$H(X) = -\sum_{all\ x}\ \ p_X(x) \cdot log_2(p_X(x))$.    (Equation (2) - entropy)

6.       The entropy is a measure of uncertainty. The more random an experiment is, the more the uncertainty of its outcome, the larger the entropy. To see this, consider the simple coin toss example. If the coin is fair, $p_X(H) = p_X(T) = 0.5$ and Equation (2) yields $H(X) = 1$. If,

---

[107] For the discrete random variables we are considering, this distribution is formally referred to as the probability mass function, *see* S. Ross, "Introduction to Probability Models," Academic Press (10th ed. 2014), https://www.academia.edu/17872355/Introduction_to_Probability_Models_Tenth_Edition.

[108] T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW.

however, the coin is not fair but instead $p_X(H) = 0.98$ and $p_X(T) = 0.02$, then $H(X) = 0.14$ which is a lot less than 1. As a matter of fact, if the coin is so biased that it only lands heads, i.e. $p_X(H) = 1$, then we get $H(X) = 0$. This makes sense as there is no uncertainty anymore about the outcome of the coin toss.

7.    Consider again the fair coin toss example, where we calculated that the entropy $H(X) = 1$. We say that the entropy of a fair coin toss experiment is 1 entropy bit. Similarly, we say that the entropy of a coin toss with $p_X(H) = 0.98$ is 0.14 entropy bits.

8.    Another useful interpretation of the entropy is that it is the expectation of $-log_2(p_X(x))$. Specifically, it is calculated as the average information conveyed by an outcome, $-log_2(p_X(x))$, averaged over all possible outcomes, $x$, by weighting the information conveyed by an outcome with the likelihood of this outcome, $p_X(x)$, see Equation (2).

### C.    Entropy Bits and Fingerprinting

9.    Fingerprinting refers to the process of using an identifier to identify a member of a set. For example, an IP+UA pair may be used to identify a device which accesses a web site. In this example the identifier is the combination of an IP address and a User Agent string, and the set consists of all possible devices.

10.    The first step in this process is to recognize that guessing the device that accesses the web site is the outcome of a random experiment. In the absence of any information about the devices, any device is equally likely to be the one that accesses the web site. Hence, if there are $2^K$ possible devices, each accessing the web site with probability $1/2^K$, using Equation (2) yields that the entropy equals $K$ entropy bits.

49

11.    The second step in this process is to recognize that observing a particular identifier value is the outcome of another random experiment. To compute the entropy of the identifier, one needs to know, or estimate from a dataset, the distribution of the values of the identifier, and then use Equation (2). In general, we want the entropy bits of the identifier to be as large as possible, hopefully as large as $K$. That said, having many entropy bits is only a necessary condition, it is not sufficient, as we also need to have a way to go from identifier values to devices.

12.    The third step in this process is to have a mapping which reliably maps the observed value of the identifier to a single device. If there is no reliable mapping relating an identifier value to a device, because, for example, an identifier value may correspond to multiple devices, then, regardless of the entropy bits of the identifier, obviously we cannot reliably identify a device, see § V.E.7 below for a simple example..

### *A simple numerical example*

13.    Let's consider a simple example to illustrate some of the points we have discussed. Suppose that our identifier is a UA, there are only two possible UA values, say $UA_1$ an $UA_2$, and we are trying to guess which web browser among, say, $64 = 2^6$ possible web browsers, is the one with the UA we just observed. In the absence of any information, any of the 64 web browsers are equally likely to be the one, each with probability 1/64. Let $X$ denote the random variable representing the web browser, say $X$=1,2,…,64. We have $p_X(x) = 1/64$ for all $x$ and, using Equation (2), $H(X) = 6$, that is, our uncertainty is six entropy bits.

14.    The fingerprinting effectiveness of an identifier has to do with how much it can reduce this uncertainty. If $P(UA = UA_1) = P(UA = UA_2) = 0.5$, the identifier has 1 entropy bit and can reduce the uncertainty from 6 bits to 6-1=5 entropy bits. This makes intuitive sense: Since $P(UA_1) = P(UA_2) = 0.5$, it must be that 32 of the 64 web browsers have $UA_1$, and 32 have $UA_2$.

50

Thus, knowing that $UA = UA_1$ restricts the set of possible browsers from 64 to 32, and the remaining entropy is 5 as the remaining $32 = 2^5$ web browsers are equally likely to be the one.

15.    How much would the $UA$ identifier decrease the uncertainty if its two possible values are not equally likely but instead one is much more likely than the other? As an example, assume that $P(UA_1) = 63/64$, because 63 of the 64 web browsers have this $UA$ value. We already know the answer to this, as 63/64 is about 0.98 and we have already computed the entropy of a binary random variable with distribution $\{0.98, 0.02\}$ to be equal to $0.14.$[109] Hence, the uncertainty is now reduced from 6 bits to $6 - 0.14 = 5.86$ entropy bits. Intuitively, the reason why the identifier is so ineffective now is because with probability 0.98 we will observe $UA_1$ and this will give us very little information, we will merely restrict the set of possible browsers from 64 to 63. While it is true that if we observe a $UA_2$ we will uniquely identify one of the 64 web browsers, the probability of this event is so low that, on average, we are really learning very little from this identifier.

16.    Notice that even though the identifier only has 0.14 entropy bits, if we observe $UA_2$ we will uniquely identify one web browser. This has to do with the fact that entropy is an expectation thus the entropy of an identifier represents its average ability to perform fingerprinting. An identifier with low entropy may perform bad on average but it does not guarantee that no browser can be reliably identified. Similarly, an identifier with high entropy may perform well on average but it does not guarantee that all browsers can be reliably identified.

17.    The fact that more skewed distributions yield less entropy bits is not merely a numerical observation. It can be proved that a uniform distribution, that is, a distribution where all

---

[109] 63/64=0.984375 > 0.98, so, as a matter of fact, the identifier is even weaker than our calculations here, though by very little.

outcomes are equally likely, maximizes uncertainty and thus entropy bits,[110] and the more skewed a distribution is, the deterministic case being the most skewed of all as only one outcome is possible (with probability 1), the less the uncertainty and the less the entropy bits (0 in the deterministic case).

**D.    More Preliminaries: Independence, Conditional Probability, Jointly Distributed Random Variables**

18.     To understand how to compute and interpret the joint entropy of more than one identifier and what is the fingerprinting effectiveness of multiple identifiers used together, we first need to introduce the concepts of independence, conditional probability, and jointly distributed random variables.

19.     Two events are independent if the outcome of one does not affect the outcome of the other. As an example, if one has two coins in one's pocket, tosses the first coin, and then tosses the second coin, it makes intuitive sense to argue that whether the first coin lands heads or tails (first event) does not affect whether the second coin lands heads or tails (second event). If we denote by $H_1$ the event that the first coin lands heads, and by $H_2$ the event that the second coin lands heads, then, formally, $H_1$ and $H_2$ are independent if:

$P(H_1 \ and \ H_2) = P(H_1) \cdot P(H_2),$     (Equation (3) – independent events)

where $P(H_1)$ is the probability of the event $H_1$, $P(H_2)$ is the probability of the event $H_2$, and $P(H_1 \ and \ H_2)$ is the probability that both $H_1$ and $H_2$ occur, a.k.a. the intersection of the two events.

20.     The intuition about the independence of two events carries over for random variables as well. If we use $X_1$ to denote the random variable associated with the first coin toss,

---

[110]   T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW.

and $X_2$ to denote the random variable associated with the second coin toss, one may argue that $X_1$ and $X_2$ are independent random variables, in the sense that the value that one assumes does not affect the value that the other assumes, or, knowing what value one assumes, does not change our guess about what value the other may assume.

21.    To formally define the concept of independent random variables (and later the concept of joint entropy which is directly related with the fingerprinting effectiveness of multiple identifiers used together) we first define the concept of a joint distribution of two random variables $X_1$ and $X_2$ as follows:

$$p_{X_1,X_2}(x_1, x_2) = P(X_1 = x_1, X_2 = x_2).$$     (Equation (4) – joint distribution)

Similar to the case of one random variable, the joint distribution of two random variables is a function that yields the probability that $X_1 = x_1$ and $X_2 = x_2$ for all possible values $x_1$ and $x_2$. In our simple example of two coin tosses, there are four possible joint cases to consider, $\{H_1, H_2\}$ (both coins land heads), $\{H_1, T_2\}$, $\{T_1, H_2\}$ and $\{T_1, T_2\}$, and the joint distribution gives the probability of each of these four cases.

22.    We are now ready to formally define the concept of independent random variables. Two random variables $X_1$ and $X_2$ are independent if and only if:

$$p_{X_1,X_2}(x_1, x_2) = p_{X_1}(x_1) \cdot p_{X_2}(x_2),$$   (Equation (5) – independent random variables)

that is, the joint distribution of the two random variables equals the product of the two individual distributions of each random variable.[111] If the two coin tosses are independent and both coins are fair, it is easy to see that each of the 4 possible outcomes occurs with probability $1/2 \cdot 1/2 = 1/4$.

---

[111] Individual distributions are called marginal distributions.

23.    Not all events / random variables are independent. For example, suppose $X_1$ represents whether there are clouds in the sky on a particular day ($X_1 = 1$ indicates there are clouds and 0 otherwise) and $X_2$ represents whether it will rain this day ($X_2 = 1$ indicates it will rain and 0 otherwise). Knowing that there are clouds in the sky does increase the chance that it will rain hence $X_1$ and $X_2$ are dependent. The concept of conditional probability allows us to figure out how this dependence changes the corresponding probabilities. Let $C$ represent the event "clouds in the sky" and R the event "rain." We formally define the conditional probability of event $R$ given event $C$, i.e. the probability $R$ occurs given that we know $C$ occurred, as follows:

$P(R|C) = P(R \text{ and } C)/P(C)$,         (Equation (6) – conditional probability)

where $P(C)$ is the probability of the event that there are clouds, considered non-zero, and $P(R \text{ and } C)$ is the probability of the event that there are clouds and it is raining, i.e. the intersection of the two events. The key here is to observe that it is more likely to rain if there are clouds in the sky, hence $P(R|C) > P(R)$, where $P(R)$ is the unconditional probability of whether it will rain or not. Also, one may argue that it is impossible to rain without clouds, in which case one may argue that $P(C|R) = 1$, since, given that there is rain, there must be clouds.

24.    Note that if two events, $H_1$ and $H_2$, are independent, then from Equations (3) and (6) we get that $P(H_2|H_1) = P(H_2)$, which makes intuitive sense as knowledge of whether $H_1$ has occurred or not does not have any effect on the likelihood of $H_2$, since they are independent.

25.    Going back to the concept of the joint distribution, with $X_1$ and $X_2$ representing clouds and rain respectively, it is obvious that the 4 possible events {clouds, rain}, {clouds, no rain}, {no clouds, rain}, {no clouds, no rain} are not equally likely. For example, it is impossible

to rain without clouds, hence the probability of the outcome {no clouds, rain} equals $P(X_1 = 0, X_2 = 1) = 0$.

26.    Last, we define the conditional distribution of a random variable $X_2$ given the value of another random variable $X_1$, as a function that yields the probability that $X_2$ may assume a value $x$, given that $X_1$ has assumed a known value $x_1$. Formally, the conditional distribution of $X_2$ given $X_1$ is given by:

$$p_{X_2|X_1}(x|x_1) = p_{X_2,X_1}(x, x_1)/p_{X_1}(x_1), \qquad \text{(Equation (7) – conditional distribution)}$$

for all possible values $x$ of $X_2$, where $p_{X_1}(x_1)$ is non-zero. Note that if $X_1$ and $X_2$ are independent, Equations (5) and (7) imply that $p_{X_2|X_1}(x|x_1) = p_{X_2}(x)$, that is, the conditional distribution equals the individual (marginal) distribution. This makes intuitive sense, as conditioning on the value of $X_1$ does not change the distribution of $X_2$ since they are independent.

### E.    Joint Entropy and Conditional Entropy

27.    We have defined entropy in Equation (2) and explained how entropy bits are directly related to the effectiveness of an identifier to perform fingerprinting by reducing uncertainty. To understand how to calculate the entropy and entropy bits of multiple identifiers used together, we first define the concepts of joint entropy and conditional entropy.[112]

28.    The joint entropy of two random variables $X_1$ and $X_2$ is defined as follows:

$$H(X_1, X_2) = -\sum_{all\ x_1, x_2} p_{X_1, X_2}(x_1, x_2) \cdot log_2(p_{X_1, X_2}(x_1, x_2)). \quad \text{(Equation (8) – joint entropy)}$$

---

[112]    T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW.

The joint entropy, similar to the entropy of a single random variable, measures the uncertainty of a pair of random variables. Note that because $P(X_1 = x_1, X_2 = x_2) = P(X_2 = x_2, X_1 = x_1)$, it follows that $p_{X_1,X_2}(x_1, x_2) = p_{X_2,X_1}(x_2, x_1)$ and $H(X_1, X_2) = H(X_2, X_1)$.

29.    The conditional entropy of $X_2$ given $X_1$ is defined as follows:

$H(X_2|X_1) = -\sum_{all\ x_1,x_2}\ \ p_{X_1,X_2}(x_1, x_2) \cdot log_2(p_{X_2|X_1}(x_2|x_1))$.    (Equation (9) – conditional entropy)

To understand the intuition behind conditional entropy, note the following equation which relates the joint entropy of two random variables $X_1$ and $X_2$ with the entropy of $X_1$ alone:[113]

$H(X_1, X_2) = H(X_1) + H(X_2|X_1)$.     (Equation (10) – meaning of conditional entropy)

Equation (10) implies that $H(X_2|X_1)$ is the additional uncertainty in $\{X_1, X_2\}$ due to $X_2$, when the uncertainty of $X_1$ is already accounted for.

30.    It can be shown that $H(X_2|X_1) \leq H(X_2)$ with equality if and only if they are independent. Thus, from Equation (10) we conclude that $H(X_1, X_2) = H(X_1) + H(X_2)$ if and only if $X_1$ and $X_2$ are independent.

31.    There are two methods to compute $H(X_1, X_2)$. One is to use Equation (8) if the joint distribution of $X_1$ and $X_2$ is known, or it can be estimated from a dataset. The other is to use Equation (10), which is particularly easy to do if $X_1$ and $X_2$ are independent, since in this case the joint entropy is simply the sum of the individual entropies.

---

[113] *Id.*

### F.    Entropy Bits and Fingerprinting Effectiveness of Multiple Identifiers

32.    We can now explain the fingerprinting effectiveness of multiple identifiers used together. Without loss of generality, consider two identifiers, represented by the random variables $X_1$ and $X_2$, since we do not know in advance which value the identifiers may assume. First, let's consider the case where the identifiers are independent. In this case, $H(X_1, X_2) = H(X_1) + H(X_2)$ and the total entropy bits of the pair of identifiers equals the sum of the individual entropy bits, where, as already discussed, the individual entropy bits depend on how skewed the distributions of $X_1$ and $X_2$ are.

33.    Now, let's consider the case where the identifiers are not independent. In this case, $H(X_1, X_2) = H(X_1) + H(X_2|X_1)$. The first term in this equation depends on how skewed the distribution of $X_1$ is. The second term depends on how skewed the conditional distribution of $X_2$ is, given $X_1$. Even if the marginal distribution of $X_2$ is, say, uniform, which, as discussed, would maximize the entropy $H(X_2)$, the conditional distribution may be very skewed. As a matter of fact, conditioning on $X_1$ may even reduce the possible values that $X_2$ may assume to 1, yielding a deterministic case and zero additional entropy bits.

### *A numerical example involving multiple identifiers*

34.    We present a simple numerical example involving two popular identifiers often used jointly, the UA and the IP address. Say $X_1$ represents the UA and $X_2$ the IP address of a device / web browser. Suppose there are a total of 64 possible browsers, thus the entropy bits associated with guessing which browser accesses a web site is 6 bits, since $2^6 = 64$ and all browsers, in the absence of any other information, are equally likely to be the one. How much can we reduce the uncertainty of this estimate by observing the UA and the IP address? This depends not only on

57

how skewed the individual distributions of the two identifiers are, $p_{X_1}$ and $p_{X_2}$, but also on how

dependent they are, which is captured by the conditional distribution $p_{X_2|X_1}$.

35.     Like in our previous example, assume there are two possible UA values, that is, $X_1$

is equal to $UA_1$ or $UA_2$. Also, assume that there are $4 = 2^2$ possible IP addresses, that is, $X_2$ is

equal to $IP_1, IP_2, IP_3, IP_4$. If $X_1$ and $X_2$ have uniform distributions and are independent, then the

entropy bits of the two identifiers combined is $1+2 = 3$, and the uncertainty of guessing the web

browser is reduced from 6 to 6-3 = 3 bits. We have essentially narrowed down our guess from 64

to 8 possible browsers. But, in practice, none of these assumptions may hold: the distributions of

both $X_1$ and $X_2$ are skewed,[114] and $X_1$ and $X_2$ may not be independent.[115]

36.     To illustrate the drastic effect of lifting the uniform assumption, assume that the

distribution of $X_1$ equals, like before, {0.98, 0.02}, that is, $P(X_1 = UA_1) = 0.98$ and $P(X_1 = UA_2) = 0.02$. Then, $H(X_1) = 0.14$, which is a lot less than 1 entropy bit (uniform distribution

case). Also, assume the distribution of $X_2$ is skewed, say equal to {0.48, 0.48, 0.02, 0.02}, because,

for example, 31 out of the 64 web browsers have the same IP address equal to $IP_1$, another 31 have

the same IP address $IP_2$, and the last two web browsers have IP addresses $IP_3$ and $IP_4$

respectively.[116] Then, from Equation (2) we compute $H(X_2) = 1.24$, which is sizably less than 2

entropy bits (uniform distribution case). Even if we assume $X_1$ and $X_2$ are independent, to get the

maximum entropy, the combined fingerprinting effectiveness of UA and IP is reduced from 3 bits

---

[114] J. Kline, P. Barford, A. Cahn,  and G. Sommers, "On the structure and characteristics of user agent strings," ACM Sigcomm (Nov. 1-3, 2017), https://conferences.sigcomm.org/imc/2017/papers/imc17-final253.pdf, at Figure 4.
[115] For example, if devices have the same IP address because they sit behind a VPN, it is likely to also share the same UA if the devices belong to the same company and the IT department is updating the software of the company devices in batches.
[116] This may be the case because 31 IP addresses connect to the internet via the same VPN server and thus share the same IP address, *IP1*, and the same is true for *IP2*.

(uniform case) to merely 0.14+1.24 = 1.38, representing a more than 55 percent reduction in fingerprinting effectiveness.

37.    To illustrate the drastic effect of lifting the independence assumption, we will first assume that $X_1$ is uniform, that is, $UA_1$ and $UA_2$ are equally likely, such that $H(X_1) = 1$. This is the maximum possible entropy bits for UA. And, we will also assume that $X_1$ and $X_2$ are not independent. Specifically, assume that all 31 browsers with IP address equal to $IP_1$ have the same UA,[117] equal to $UA_1$, all 31 browsers with IP address equal to $IP_2$ have the same UA, equal to $UA_2$, and for the remaining 2 browsers with IP addresses $IP_3$ and $IP_4$, we assume it is equally likely to have a UA equal to either $UA_1$ or $UA_2$. Essentially, we described the conditional distribution of $X_2$ given $X_1$ to be {62/64, 0, 1/64, 1/64} when $X_1 = UA_1$, and {0, 62/64, 1/64, 1/64} when $X_1 = UA_2$. We can now use Equations (7) and (9) and compute $H(X_2|X_1) = 0.22$. Notice how few entropy bits $X_2$ adds given $X_1$. This is because UA ($X_1$) reveals a lot about the IP ($X_2$), for example, $X_1 = UA_1$ informs us that the set of possible browsers is very likely to be one of the 31 with $IP_1$ and for sure none of the browsers with $IP_2$. Equation (1) yields $H(X_1, X_2) = 1+0.22 = 1.22$, which is again a lot less than the 3 bits under the assumptions of uniform distributions and independence, representing an almost 60 percent reduction in fingerprint-ability.

### G.    On The Entropy Bits Reported By Dr. Shafiq

38.    Entropy is a measure of the uncertainty of the outcome of a random process. Entropy can not be used to establish what specific information is necessary to uniquely identify any specific person in the absence of a one to one mapping which maps identifier values to specific

---

[117] As discussed in the main text, when devices share the same IP address, *e.g.*, because they are behind a VPN server of an organization, it is likely they also share UAs, as the IT department of the organization may centrally control the software updates on organizations' devices.

individuals, *see* Appendix A § B.3. For this reason, Dr. Shafiq's statement that "[i]f the number of entropy bits for a piece of data exceed[s] a certain threshold depending on the population size, that data can be used to uniquely identify or fingerprint users"[118] is incorrect. For this same reason, the statement that "[t]he 32 bits threshold is typically determined to be the amount of entropy required to uniquely identify (or 'fingerprint') a user or device on the Internet, assuming the population size of four billion."[119] is also incorrect.

39.     Dr. Shafiq also reports a number of entropy bits associated with various identifiers: "For example, truncated IP address contains up to 24 bits for IPv4 and up to 48 bits for IPv6, user_agent contains 9.779 bits, detected_language contains 5.918 bits, timezone contains 3.338 bits...."[120]

40.     As discussed already above, there are two entropy bits calculations related to fingerprinting. The first concerns the entropy of the task at hand: identifying an individual among the U.S. citizens with a Google account. The second concerns the entropy of the identifier, or group of identifiers, used to do so, which depends on the number of distinct values it may assume and on how skewed the distribution of the popularity of these values is. A necessary but not sufficient condition for an identifier to perform well on average is to have more entropy bits than the entropy of the task at hand. A second condition that must be satisfied is the requirement for a reliable one-to-one mapping of identifier values to individuals. As has been explained in detail in the main body of this report, there is no reliable mapping between the identifier values and individuals for

---

[118] Shafiq Rpt. ¶ 69.
[119] Shafiq Rpt. ¶ 73.
[120] Shafiq Rpt. ¶ 75.

the considered identifiers. Hence, the number of entropy bits of each of these identifiers, as well as of their combination, has no bearing on user identification.

**APPENDIX B:**

**CURRICULUM VITAE**

# Curriculum Vitae
Konstantinos Psounis

| | | |
|---|---|---|
| **Education** | STANFORD UNIVERSITY | Stanford, CA |
| | *Department of Electrical Engineering* | Jan. 1999 - Dec. 2002 |

**Ph.D. degree in Electrical Engineering.** Thesis title: "Probabilistic Methods for Web Caching and Performance Prediction of IP Networks and Web Farms", supervised by Prof. Balaji Prabhakar.

STANFORD UNIVERSITY — Stanford, CA
*Department of Electrical Engineering* — Sep. 1997 - Jan. 1999
**M.S. degree in Electrical Engineering.** GPA: 4.0/4.0. (Actual GPA 4.05/4.0.)

NATIONAL TECHNICAL UNIVERSITY of ATHENS — Athens, Greece
*Electrical and Computer Engineering Department* — Sep. 1992 - June 1997
**Diploma in Electrical and Computer Engineering.** GPA: 9.74/10.0. (Graduated ranking 1st in the class of '97.)

**Work in Academia**

UNIVERSITY OF SOUTHERN CALIFORNIA — Los Angeles, CA
Electrical and Computer Engineering (ECE) and (jointly) Computer Science (CS) dept.
*Professor* — Nov. 2017 - now
*Associate Chair of ECE department* — July 2021 - now
*Associate Chair of ECE department* — Jan. 2019 - Aug 2019
*Associate Professor* — May. 2009 - Nov. 2017
*Assistant Professor* — Sep. 2003 - Apr. 2009
Research interests: Modeling, performance analysis, algorithm design, and system implementation for efficient and privacy-preserving networked, distributed systems, including the Internet and the web, data centers, CDNs and cloud systems, WiFi/cellular and spectrum sharing systems, sensor and IoT systems, mobile ad hoc and delay tolerant networks, peer to peer systems, and autonomous vehicles systems.

STANFORD UNIVERSITY — Stanford, CA
*Visiting Associate Professor* — Aug. 2009 - Dec. 2009
*Electrical Engineering department.*

STANFORD UNIVERSITY — Stanford, CA
*Postdoctoral Research Fellow* — Jan. 2003 - Aug. 2003
Scheduling of Internet flows and multi-server systems.

**Work in Industry**

ADANT Technologies
*Technical Consultant* — Jan. 2017 - May 2018
WiFi 802.11ax and smart antennas.

QUANTENNA COMMUNICATIONS
*Technical Consultant* — Jan. 2015 - 2016
Advanced MAC and PHY layer techniques applied to next generation wireless networks.

HONEYWELL
*Technical Consultant* — Sep. 2013 - Jun. 2014
Sensor-network based fire alarm systems.

SpaceMUX, Inc.
*Co-founder and CEO* — May 2013 - Dec. 2014
Increasing wireless bandwidth and speed tenfold.

CISCO SYSTEMS                                                    San Jose, CA
*Technical Consultant*                                    Sep. 2009 - Dec. 2009
Vehicular multi-technology wireless connectivity.

FINEGROUND NETWORKS Inc.                                      Cambell, CA
*Technology Architect*                                   Sep. 2000 - June 2001
Accelerating web downloads using delta encoding.

**Teaching Experience**

- Co-creator and instructor for the USC graduate class EE597: "Wireless Networks". Content: Introduction to current and next generation wireless networking technologies, detailed exploration of fundamental architectural and design principles used at all layers.

- Instructor for the USC graduate class EE503: "Probability for Electrical and Computer Engineering". Content: Probability, discrete and continuous time Markov chains, basic queueing theory.

- Instructor for the USC undergrad class EE465: "Probabilistic Methods in Computer Systems Modelling". Content: Probability, Markov chains, simulations.

- Creator and instructor for the USC graduate class EE650: "Advance Topics in Computer Networks: Mathematical tools for analyzing wired and wireless networks". Content: Applications to networking problems of probability, queueing, Lyapunov functions, fluid limits, bipartite matchings, stable marriages, random walks on graphs, deterministic and stochastic optimization, statistical analysis, information theory, game theory.

**PhD Student Supervision**

- Rohan Sequeira (Aug. 2023 - now)
- Te Yi Kan (Spr. 2023 - now)
- Tina Esmaeilzadeh (Aug. 2022 - now)
- Namo Asavisanu (Aug. 2021 - now)
- Sean Hackett (co-advised with Prof. Aleksandra Korolova, Aug. 2021 - now)
- Jiang Zhang (Aug. 2019 - now)
- Lillian Clark (co-advised with Prof. Bhaskar Krisnamachari, Sep. 2018 - March 2023, currently at *SpaceX* )
- Hang Qiu (co-advised with Prof. Ramesh Govindan, Jan. 2015 - June 2021, currently *Assistant Professor at the University of California, Riverside*)
- Po-Han Huang (Sep. 2015 - Jan. 2020, currently at *Facebook* )
- Kaidong Wang (Sep. 2014 - Dec. 2019, currently at *Qualcomm*)
- Yonglong Zhang (Sep. 2013 - Dec. 2018, currently at *Facebook* )
- Matthew Clark (Sep. 2013 - Dec. 2017, currently at *Aerospace Corporation*)
- Weng Chon Ao (Sep. 2012 - Dec. 2017, currently at *Qualcomm*)
- Antonios Michaloliakos (Aug. 2010 - Sep. 2016, currently at *Enfabrica, California*)
- Ranjan Pal (co-advised with Prof. Leana Golubchik, Jan. 2009 - Aug. 2014, currently *Research Scientist at MIT* )
- Vlad Horia Balan (Sep. 2007 - Aug. 2013, currently at *Google*)
- Wei-Cherng Liao (Sep. 2004 - Dec. 2008, currently at *MediaTek, Taiwan*)
- Apoorva Jindal (Sep. 2003 - Dec. 2008, currently at *Uber* )
- Fragkiskos Papadopoulos (Sep. 2003 - Dec. 2007, currently *Associate Professor at Cyprus University of Technology, Cyprus*)
- Thrasyvoulos Spyropoulos (Sep. 2003 - Jun. 2006, currently *Professor at Technical University of Crete, Greece*)

| | | |
|---|---|---|
| **Proposals Funded** | **Amazon Grant** | Sep. 2023 |

**Proposals Funded**

**Amazon Grant**                                                                              Sep. 2023
Proposal title: Private labelling and learning for voice assistants with cameras

**Amazon Grant**                                                                              Sep. 2022
Proposal title: Federated learning with secure aggregation: Accessing and improving its privacy

**CA-Santa Monica Mountains Conservancy Grant**                          Dec. 2021
Proposal title: Wildfire Detection and Fighting Using a Network of Collaborative Drones

**NSF SaTC Grant**                                                            Oct. 2020 - Sep. 2025
National Science foundation (NSF) award under the Secure and Trustworthy Computing (SaTC) call.
Proposal title: SaTC: Frontiers: Collaborative: Protecting Personal Data Flow on the Internet.

**NSF CNS Grant**                                                            Oct. 2020 - Sep. 2023
National Science foundation (NSF) award under the Computer and Networked Systems (CNS) call.
Proposal title: CNS Core: Medium: Network-Enabled Cooperative Perception for Future Autonomous Vehicles.

**NSF NeTS Grant**                                                          Sep. 2019 - Aug. 2022
National Science foundation (NSF) award under the Networking Technology and Systems (NeTS) call.
Proposal Title: CNS Core: Medium: Collaborative Research: Privacy-Preserving Mobile Crowdsourcing.

**Cisco Systems Grant**                                                                   April 2019
Research grant from the Cisco University Research Program.
Proposal Title: Virtual and augmented reality over next generation WiFi.

**Cisco Systems Grant**                                                                    Dec 2016
Research grant from the Cisco University Research Program.
Proposal Title: Data-driven formal optimization of data centers.

**NSF NeTS Grant**                                                          Sep. 2016 - Aug. 2020
National Science foundation (NSF) award under the Networking Technology and Systems (NeTS) call.
Proposal Title: Spectrum Sharing Systems for Wireless Networks: Performance and Privacy Challenges.

**Adant Technologies Grant**                                                             June 2016
Research grant from Adant Technologies.
Proposal Title: Using reconfigurable antenna systems with WiFi communication devices.

**Huawei Grant**                                                                           May 2016
Research grant from Huawei.
Proposal Title: Addressing wireless bandwidth demand via asynchronously coordinated multi-cell deployments.

**Adant Technologies Grant**                                                             Dec. 2015
Research grant from Adant Technologies.
Proposal Title: Asynchronous coordination of WiFi transmitters equipped with smart antennas for enhanced spectral efficiency.

**NSF EARS Grant**                                          Sep. 2014 - Aug. 2019
National Science foundation (NSF) award under the Enhancing Access to the Radio Spectrum (EARS) crosscutting program.
Proposal Title: Future Wireless Broadband Access: Cross-Optimizing Hardware, Physical and Network Layers.

**Cisco Systems Grant**                                              May 2014
Research grant from the Cisco University Research Program.
Proposal Title: Rateless encoded UDP for error-resilient wireless links.

**Army Research Laboratory (ARL) Grant**            Sep. 2009 - Aug. 2014
CTA: Communications and Networking Academic Research Center.
Proposal Title: QUANTA: Quality of Information-Aware Networks for Tactical Applications.

**DoCoMo Labs Grant**                                       Sep. 2011 - 2013
Research support from the DoCoMo Labs, US.
Proposal Title: MIMO systems with TDD

**Cisco Systems Grant**                                      Sep. 2011 - 2013
Research grant from the Cisco University Research Program.
Proposal Title: Efficient airtime allocation in wireless networks.

**Ming Hsieh Institute (MHI) Grant**                        May 2011 - 2013
MHI grant to build a large scale software radio testbed and implement distributed MIMO, interference alignment and massive MIMO systems, as well as perform channel sounding and modelling.
Proposal Title: Large-Scale Software-Radio Testbed.

**METRANS transportation center Grant**            Aug. 2009 - Aug. 2010
METRANS Transportation Center grant to conduct research on metropolitan transportation issues.
Proposal title: End-to-end performance in vehicular networks with an emphasis on safety and security applications.

**Cisco Systems Grant**                                              Sep. 2008
Research grant from the Cisco University Research Program.
Proposal Title: Neighborhood centric transport for home networking environments.

**NSF NeTS Grant**                                          Aug. 2008 - Aug. 2011
National Science foundation (NSF) award under the Networking Technology and Systems (NeTS) call.
Proposal title: Contention-Awareness in Mesh Transport: Theory and Practice.

**Cisco Systems Grant**                                              Apr. 2008
Research grant from the Cisco University Research Program.
Proposal Title: TCP challenges in multi-hop wireless networks. From the networking workshop "The Future of TCP: Train-wreck or Evolution?".

**NSF REU site Grant**                                      Mar. 2008 - Mar. 2011
Grant to establish a National Science Foundation (NSF) Research Experiences for Undergraduates (REU) site within the Computer Science department at the Viterbi School of Engineering.
Proposal Title: Coordination, Communication, Autonomy: Principles and Technologies.

**VSoE Innovative Research Fund Grant**            Dec. 2007 - Dec. 2008
Fund to initiate a Viterbi School of Engineering (VSoE) invited workshop on Wireless

Networks. Proposal title: Establishing a New USC Invited Workshop on Theory and Practice in Wireless Networks.

**METRANS transportation center Grant**                    Oct. 2007 - Dec. 2008
METRANS Transportation Center grant to conduct research on metropolitan transportation issues.
Proposal title: Efficient Routing for Safety Applications in Vehicular Networks.

**NSF NeTS Grant**                                         Aug. 2005 - Aug. 2008
National Science foundation (NSF) award under the Networking Technology and Systems (NeTS) call.
Proposal title: Efficient Routing in Delay Tolerant Networking.

**Zumberge Faculty Research and Innovation Grant**        July 2005 - June 2006
The James H. Zumberge faculty research and innovation award is granted to a selected number of Professors at the University of Southern California.
Proposal title: Routing in Intermittently Connected Mobile Networks.

**Charles Lee Powell Scholarship Grant**                  Dec. 2003 - Dec. 2004
The Charles Lee Powell grant is granted to a selected number of Assistant Professors at the University of Southern California.

**Awards**      **ACM Distinguished Member**                              Nov. 2019
The ACM Distinguished Member program recognizes up to 10 percent of ACM worldwide membership with at least 15 years of professional experience who have achieved significant accomplishments or have made a significant impact on the computing field.

**IEEE Fellow**                                           Jan. 2018
The IEEE Grade of Fellow is conferred by the IEEE Board of Directors upon a person with an outstanding record of accomplishments in any of the IEEE fields of interest. The total number selected in any one year cannot exceed one-tenth of one- percent of the total voting membership. IEEE Fellow is the highest grade of membership and is recognized by the technical community as a prestigious honor and an important career achievement.

**Distinguished Member of 2018 IEEE Infocom TPC Award**    2018
The IEEE Communications Society awards annually a select number of TPC members of its flagship conference IEEE Infocom with a Distinguished Member award.

**Distinguished Member of 2016 IEEE Infocom TPC Award**    2016
The IEEE Communications Society awards annually a select number of TPC members of its flagship conference IEEE Infocom with a Distinguished Member award.

**ACM Notable Article in Computing - Best of 2013**        2014
Selection of paper "Modelling BitTorrent-like systems with many classes of users", W.-C. Liao, F. Papadopoulos, K. Psounis, and C. Psomas, ACM Transactions on Modelling and Computer Simulation, Vol. 23, Issue 2, Article No. 13, May 2013.

**MEPC Business Plan Competition - 2nd place**             2013
Presentation of SpaceMUX Inc., a USC spinoff startup specializing in advanced physical layer techniques applied to next generation wireless networks.

**ACM Senior Member Award**                               Jan. 2009
The Senior Member grade recognizes those ACM members with at least 10 years of prof essional experience and 5 years of continuous professional membership who have demonstrated performance that sets them apart from their peers.

IEEE Senior Member Award                                          Nov. 2008
Qualifications for this distinction are at least ten years of professional practice and five years of significant performance as demonstrated by substantial engineering responsibility or achievement, publication of engineering and technical papers, books or inventions, and the development and teaching of engineering courses.

Future of TCP Best Presentation Award                            Apr. 2008
"Best and Most Compelling Presentation and Demonstration Award" at the networking workshop "The Future of TCP: Train-wreck or Evolution?" held at Stanford University and sponsored by Cisco Systems.

Zumberge Faculty Research and Innovation Award                   July 2005
The James H. Zumberge faculty research and innovation award is granted to a selected number of Professors at the University of Southern California.

Charles Lee Powell Scholarship Award                            Dec. 2003
The Charles Lee Powell award is granted to a selected number of Assistant Professors at the University of Southern California.

Illeana and Eric Benhamou Stanford Graduate Fellowship          1997 - 2002
Fellowship is awarded for four years to a very select number of PhD students based on academic merit.

Best-student National Technical University of Athens award           1997
Awarded yearly to the student that graduates with the highest GPA across all departments of National Technical University of Athens.

Other graduate studies awards                                  1997 - 1998
Regent's Fellowship by University of California Berkeley, Charles Lee Powell Foundation Graduate Fellowship by Caltech, Gordon Y. S. Wu Fellowship in Engineering by Princeton University, Sage Fellowship by Cornell University.

**Publications**   Refereed Journals

1. R. Pal, N. Sastry, E. Obiodu, S. Prabhu, K. Psounis. "EdgeMart: A Sustainable Networked OTT Economy on the Wireless Edge for Saving Multimedia IP Band- width", *ACM Transactions on Autonomous and Adaptive Systems*, July 2023, DOI: 10.1145/3605552.

2. E. Alimpertis, A. Markopoulou, C. Butts, E. Bakopoulou, K. Psounis. "A Unified Prediction Framework for Signal Maps: Not All Measurements are Created Equal", *IEEE Transactions on Mobile Computing*, October 2022, DOI: 10.1109/TMC.2022.3221773.

3. J. Zhang, L. Clark, M. Clark, K. Psounis and P. Kairouz. "Privacy-utility trades in crowdsourced signal map obfuscation", *Elsevier Computer Networks*, Vol. 215, October 2022. DOI: 10.1016/j.comnet.2022.109187

4. L. Clark, J. Galante, B. Krishnamachari, and K. Psounis. "A Queue-Stabilizing Framework for Networked Multi-Robot Exploration", *IEEE Robotics and Automation Letters*, February 2021, DOI: 10.1109/LRA.2021.3061304.

5. W. Chon Ao, P. Huang and K. Psounis. "Joint Workload Distribution and Capacity Augmentation in Hybrid Datacenter Networks", *IEEE/ACM Transactions on Networking*, Vol. 29, Issue 1, Feb. 2021, DOI: 10.1109/TNET.2020.3027607.

6. R. Pal, K. Psounis, J. Crowcroft, F. Kelly, P. Hui, J. Kelly, A. Chatterjee, L. Golubchik, and S. Tarkoma. "When Are Cyber Blackouts in Modern Service Networks Likely? A Network Oblivious Theory On Cyber (Re)Insurance Feasibility", *ACM Transactions on Management Information Systems*, Article No.: 5, June 2020.

7.  M. Clark and K. Psounis. "Optimizing Primary User Privacy in Spectrum Sharing Systems", *IEEE/ACM Transactions on Networking*, Vol. 28, Issue 2, April 2020.

8.  W. Chon Ao and K. Psounis. "Resource-constrained Replication Strategies for Hierarchical and Heterogeneous Tasks", *IEEE Transactions on Parallel and Distributed Systems*, Vol. 31, Issue 4, June 2020.

9.  K. Wang and K. Psounis. "Efficient scheduling and resource allocation in 802.11ax multi-user transmissions", *Computer Communications, Elsevier*, Vol. 152, pp.171-186, February 2020.

10. R. Pal, L. Golubchik, K. Psounis and T. Bandyopadhyay. "On Robust Estimates of Correlated Risk in Cyber-Insured IT Firms: A First Look at Optimal AI-Based Estimates under Small Data", *ACM Transactions on Management Information Systems*, Article No.: 9, October 2019.

11. Y. Zhang and K. Psounis. "Efficient Indoor Localization via Switched-beam Antennas", *IEEE Transactions on Mobile Computing*, June 2019.

12. P. Huang and K. Psounis, "Optimal Backhauling for Dense Small-Cell Deployments Using mmWave Links", *Computer Communications Journal, Elsevier*, Vol: 139, April 2019.

13. R. Pal, L. Golubchik, K. Psounis, and P. Hui, "Security Pricing as Enabler of Cyber-Insurance: A First Look at Differentiated Pricing Markets", *IEEE Transactions on Dependable and Secure Computing*, Vol. 16, Issue 2, March-April 2019.

14. W. Chon Ao and K. Psounis. "Data-locality-aware User Grouping in Cloud Radio Access Networks", *IEEE Transactions on Wireless Communications*, Vol: 17, Issue: 11, Nov. 2018.

15. Y. Zhang and K. Psounis. "Consistently High MIMO Rates via Switched-beam Antennas", *IEEE/ACM Transactions on Networking*, Vol: 26, Issue: 5, Oct. 2018.

16. W. Chon Ao and K. Psounis. "Fast Content Delivery via Distributed Caching and Small Cell Cooperation", *IEEE Transactions on Mobile Computing*, Vol: 17, Issue: 5, May 2018.

17. R. Pal, L. Golubchik, K. Psounis, "Improving Cyber-Security via Profitable Insurance Markets", *ACM SIGMETRICS Performance Evaluation Review*, Vol: 45, Issue 4, Mar. 2018.

18. M. Clark and K. Psounis. "Trading Utility for Privacy in Shared Spectrum Access Systems", *IEEE/ACM Transactions on Networking*, Vol. 26, Issue 1, February 2018.

19. A. Michaloliakos, W. C. Ao, K. Psounis and Y. Zhang. "Asynchronously Coordi- nated Multi-timescale beamforming architecture for multi-cell networks", *IEEE/ACM Transactions on Networking*, Vol. 26, Issue 1, February 2018.

20. W. Chon Ao and K. Psounis. "Approximation Algorithms for Online User Association in Multi-Tier Multi-Cell Mobile Networks", *IEEE/ACM Transactions on Networking*, Vol: 25, Issue: 4, August 2017.

21. M. Clark and K. Psounis. "Equal Interference Power Allocation for Efficient Shared Spectrum Resource Scheduling", *IEEE Transactions on Wireless Communications*, Vol: 16, Issue 1, January 2017.

22. A. Michaloliakos, R. Rogalin, Y. Zhang, K. Psounis and G. Caire. "Performance Modeling of Next-Generation WiFi Networks", *Computer Networks Journal*, Vol. 105, pp.150-165, August 2016.

23. R. Rogalin, O. Y. Bursalioglu, H. Papadopoulos, G. Caire, A. Molisch, A. Michaloli- akos, V. Balan, and K. Psounis. "Scalable Synchronization and Reciprocity Calibra- tion for Distributed Multiuser MIMO", *IEEE Transactions on Wireless Communications*, Vol. 13, Issue 4, pp. 1815 - 1831, April 2014.

24. H. V. Balan, R. Rogalin, A. Michaloliakos, K. Psounis and G. Caire. "AirSync: Enabling Distributed Multiuser MIMO with Full Spatial Multiplexing", *IEEE/ACM Transactions on Networking*, Vol. 21, Issue 6, pp. 1681 - 1695, December 2013.

25. A. Jindal and K. Psounis. "On the Efficiency of CSMA-CA Scheduling in Wireless Multihop Networks", *IEEE/ACM Transactions on Networking*, Vol. 21, Issue 5, pp. 1392 - 1406, October 2013.

26. W.-C. Liao, F. Papadopoulos, K. Psounis, and C. Psomas. "Modelling BitTorrent-like systems with many classes of users", *ACM Transactions on Modelling and Computer Simulation*, Vol. 23, Issue 2, Article No. 13, May 2013.

27. A. Jindal, K. Psounis, and M. Liu, "CapEst: A Measurement-based Approach to Estimating Link Capacity in Wireless Networks", *IEEE Transactions on Mobile Computing*, Vol. 11, Iss. 12, pp. 2098–2108, May 2012.

28. S. Rangwala, A. Jindal, K.-Y. Jang, K. Psounis, and R. Govindan. "Neighborhood-centric congestion control for multi-hop wireless mesh networks", *IEEE/ACM Transactions on Networking*, Vol. 19, No. 6, pp. 1797–1810, December 2011.

29. W.-J. Hsu, T. Spyropoulos, K. Psounis and A. Helmy. "Modelling Spatial and Temporal Dependencies of User Mobility in Wireless Mobile Networks", *IEEE/ACM Transactions on Networking*, Vol. 17, Iss. 5, pp. 1564–1577, October 2009.

30. A. Jindal and K. Psounis. "The Achievable Rate Region of 802.11-Scheduled Multihop Networks", *IEEE/ACM Transactions on Networking*, Vol. 17, Iss. 4, pp. 1118–1131, August 2009.

31. A. Jindal, and K. Psounis. "Contention-Aware Performance Analysis of Mobility-Assisted Routing", *IEEE Transactions on Mobile Computing*, Vol. 8, No. 2, 145-161, February 2009.

32. T. Spyropoulos, K. Psounis, and C. Raghavendra. "Efficient Routing in Intermittently Connected Mobile Networks: The Multiple-copy Case", *IEEE/ACM Transactions on Networking*, Vol. 16, Iss. 1, pp. 77–90, February 2008.

33. T. Spyropoulos, K. Psounis, and C. Raghavendra. "Efficient Routing in Intermittently Connected Mobile Networks: The Single-copy Case", *IEEE/ACM Transactions on Networking*, Vol. 16, Iss. 1, pp. 63–76, February 2008.

34. F. Papadopoulos and K. Psounis. "Efficient Identification of Uncongested Internet Links for Topology Downscaling", *ACM SIGCOMM Computer Communication Re- view (CCR)*, Vol. 37, Issue 5, pp. 39–52, October 2007.

35. W.-C. Liao, F. Papadopoulos and K. Psounis. "Performance Analysis of BitTorrent- like Systems with Heterogeneous Users", *Performance Evaluation Journal*, Vol. 64, Issues 9–12, pp. 876-891, October 2007.

36. F. Papadopoulos, K. Psounis, and R. Govindan. "Performance Preserving Topo- logical Downscaling of Internet-like Networks", *IEEE Journal on Selected Areas in Communications (JSAC)*, special issue on "Sampling the Internet: Techniques and Applications", Vol. 24, No. 12, pp. 2313-2326, December 2006.

37. W.-C. Liao, F. Papadopoulos, and K. Psounis. "A Peer-to-peer Cooperation Enhance- ment Scheme and its Performance Analysis", *Journal of Communications (JCM)*, Vol. 1, No. 7, pp. 24–35, November/December 2006.

38. A. Jindal and K. Psounis. "Modelling Spatially Correlated Data in Sensor Networks", *ACM Transactions on Sensor Networks*, Vol. 2, Issue 4, pp. 466 - 499, November 2006.

39. S. Rangwala, R. Gummadi, R. Govindan, and K. Psounis. "Interference-aware Fair Rate Control in Wireless Sensor Networks", *ACM SIGCOMM Computer Communi- cation Review (CCR)*, Vol. 36, Issue 4, pp. 63–74, October 2006.

40. W.-C. Liao, F. Papadopoulos, and K. Psounis. "An Efficient Algorithm for Resource Sharing in Peer-to-peer Networks", *Lecture Notes in Computer Science, Springer*, Vol. 3976/2006, pp. 592–605, April 2006.

41. K. Psounis, P. Molinero Fernandez, B. Prabhakar, and F. Papadopoulos. "Systems with Multiple Servers under Heavy-tailed Workloads", *Performance Evaluation Jour- nal*, Vol. 62, Issue 1–4, pp. 456–474, October 2005.

42. R. Pan, K. Psounis, B. Prabhakar, and D. Wischik. "SHRiNK: A Method for Enabling Scaleable Performance Prediction and Efficient Network Simulation", *IEEE/ACM Transactions on Networking*, Vol. 13, No. 5, pp. 975–988, October 2005.

43. J. Faruque, K. Psounis, and A. Helmy. "Analysis of Gradient-based Routing Proto- cols in Sensor Networks", *Lecture Notes in Computer Science, Springer-Verlag*, Vol. 3560/2005, pp. 258–275, July 2005.

44. K. Psounis, A. Zhu, B. Prabhakar, and R. Motwani. "Modelling Correlations in Web-Traces and Implications for Designing Replacement Policies", *Computer Networks Journal*, Vol. 45, No. 4, pp. 379–398, July 2004.

45. K. Psounis, R. Pan, B. Prabhakar, and D. Wischik. "The Scaling Hypothesis: Simpli-fying the Prediction of Network Performance Using Scaled-down Simulations", *ACM SIGCOMM Computer Communication Reviews*, Vol. 33, No. 1, pp. 35–40, January 2003.

46. K. Psounis and B. Prabhakar. "Efficient Randomized Web-Cache Replacement Schemes Using Samples from Past Eviction-Times", *IEEE/ACM Transactions on Networking*, Vol. 10, No. 4, pp. 441-454, August 2002.

47. K. Psounis, R. Pan, and B. Prabhakar. "An Approximate Fair Dropping Scheme for Variable Length Packets", *IEEE Micro*, Vol. 21, No. 1, pp. 48–56, January/February 2001.

48. K. Psounis. "Active Networks, Applications, Security, Safety, and Architectures", *IEEE Communications Surveys Magazine*, Vol. 2, No. 1, pp. 1–16, 1st quarter 1999.

## Conference, Peer-reviewed, Full-length Papers

1. Y. Hu, X. Ye, Y. Liu, S. Kundu, G. Datta, S. Mutnuri, N. Asavisanu, N.Ayanian, K. Psounis, and P. Beerel, "FireFly A Synthetic Dataset for Ember Detection in Wild- fire", in *Proceedings of the 5th Workshop on Artificial Intelligence for Humanitarian Assistance and Disaster Response, at ICCV*, 2023.

2. J. Zhang, H. Askari, K. Psounis, and Z. Shafiq, "No Video Left Behind: A Utility-Preserving Obfuscation Approach for YouTube Recommendations", in *Proceedings of PETS*, 2023.

3. A. Elkordy, J. Zhang, Y. Ezzeldin, K. Psounis, and S. Avestimehr, "How Much Privacy Does Federated Learning with Secure Aggregation Guarantee?", in *Proceedings of PETS*, 2023.

4. H. Qiu, P.-H. Huang, N. Asavisanu, X. Liu, K. Psounis, and R. Govindan, "Auto-Cast: Scalable Infrastructure-less Cooperative Perception for Distributed Collabora- tive Driving", in *Proceedings of ACM MobiSyS* 2022.

5. J. Zhang, K. Psounis, H. Muhammad, and Z. Shafiq, "HARPO: Learning to Subvert Online Behavioral Advertising", in *Proceedings of NDSS*, 2022.

6. L. Clark, C. Andre, J. Galante, B.Krishnamachari, and K. Psounis, "TEAM: Trilat-eration for Exploration and Mapping with Robotic Networks", in *Proceedings of the 18th International Conference on Ubiquitous Robots*, July 2021.

7. L. Clark, J. Galante, B.Krishnamachari, and K. Psounis, "A Queue-Stabilizing Frame- work for Networked Multi-Robot Exploration", in *Proceedings of IEEE International Conference on Robotics and Automation (ICRA)*, May 2021.

8. P.-H. Huang and K. Psounis, "Efficient User-Cell Association for 360 Video Streaming over Wireless Networks", in *Proceedings of IFIP Networking*, June 2020.

9. A. Petropulu, K. Psounis, and A. Al Hilli, "MIMO Radar Privacy Protection Through Gradient Enforcement in Shared Spectrum Scenarios", in *Proceedings of IEEE International Symposium on Dynamic Spectrum Access Networks (DySPAN)*, Newark, NJ, November 2019.

10. E. Alimpertis, A. Markopoulou, C. T. Butts and K. Psounis, "City-Wide Signal Strength Maps: Prediction with Random Forests", in *Proceedings of WWW*, San Fransisco, CA, May 2019. (acceptance rate 15%)

11. A. Dimas, M. Clark, B. Li, K. Psounis and A. Petropulu, "On Radar Privacy in Shared Spectrum Scenarios", in *Proceedings of the International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, Brighton, UK, May 2019.

12. K. Wang and K. Psounis. "Scheduling and Resource Allocation in 802.11ax", in *Proceedings of IEEE Infocom*, Honolulu, Hi, April 2018. (acceptance rate 19.2%)

13. M. Clark and K. Psounis. "Achievable Privacy-Performance Tradeoffs for Spectrum Sharing with a Sensing Infrastructure", in *Proceedings of the 14th Annual Conference on Wireless On-Demand Network Systems and Services (IFIP WONS)*, 8 pages (no pp. avail.), Isola, France, February 2018.

14. Y. Zhang and K. Psounis. "Efficient MU-MIMO via Switched-beam Antennas", in *Proceedings of ACM MOBIHOC*, 10 pages (no pp. avail.), Madras, India, July 2017. (acceptance rate 17%)

15. M. Clark and K. Psounis. "Designing Sensor Networks to Protect Primary Users in Spectrum Access Systems", in *Proceedings of the 13th Annual Conference on Wireless On-Demand Network Systems and Services (IFIP/IEEE WONS)*, 8 pages (no pp. avail.), Jackson, WY, February 2017. (acceptance rate 30%)

16. P.-H. Huang and K. Psounis. "Efficient mmwave wireless backhauling for dense small- cell deployments", in *Proceedings of the 13th Annual Conference on Wireless On-Demand Network Systems and Services (IFIP/IEEE WONS)*, 8 pages (no pp. avail.), Jackson, WY, February 2017. (acceptance rate 30%)

17. W. Chon Ao and K. Psounis. "An Efficient Approximation Algorithm for Online Multi-Tier Multi-Cell User Association", in *Proceedings of ACM MOBIHOC*, 10 pages (no pp. avail.), Paderborn, Germany, July 2016. (acceptance rate 18.7%)

18. H. Qiu, K. Psounis, G. Caire, K. Chugg and K. Wang. "High-Rate WiFi Broadcasting in Crowded Scenarios via Lightweight Coordination of Multiple Access Points", in *Proceedings of ACM MOBIHOC*, 10 pages (no pp. avail.), Paderborn, Germany, July 2016. (acceptance rate 18.7%)

19. M. Clark and K. Psounis. "Can the Privacy of Primary Networks in Shared Spectrum be Protected?", in *Proceedings of IEEE INFOCOM*, 9 pages (no pp. avail.), San Fransisco, April 2016. (acceptance rate 18.2%)

20. G. Zois, A. Michaloliakos, K. Psounis, V. Vassalos and I. Mourtos. "Non-asymptotic performance bounds for downlink MU-MIMO scheduling", in *Proceedings of the 12th Annual Conference on Wireless On-Demand Network Systems and Services (IFIP WONS)*, 8 pages (no pp. avail.), Italy, January 2016. (acceptance rate 30%)

21. W. Chon Ao and K. Psounis. "Distributed Caching and Small Cell Cooperation for Fast Content Delivery", in *Proceedings of ACM MOBIHOC*, pp. 127–136, Hangzhou, China, June 2015. (acceptance rate 14.8%)

22. M. Clark and K. Psounis. "Efficient Resource Scheduling for a Secondary Network in Shared Spectrum", in *Proceedings of IEEE INFOCOM*, pp. 1257–1265, Hong Kong, April 2015. (acceptance rate 19.0%)

23. R. Pal, L. Golubchik, K. Psounis, and P. Hui. "Will Cyber-Insurance Improve Network Security? A Market Analysis", in *Proceedings of IEEE INFOCOM*, pp. 235–243, Toronto, Canada, April 2014. (acceptance rate 19.4%)

24. E. N. Ciftcioglu, A. Michaloliakos, K. Psounis, T. La Porta, and A. Yener. "Power Minimization with Quality-of-Information Outages", in *Proceedings of the IEEE Wireless Communications and Networking Conference (WCNC)*, pp. 1655–1660, Istanbul, Turkey, April 2014.

25. R. Pal, L. Golubchik, K. Psounis, and P. Hui. "On A Way to Improve Cyber-Insurer Profits: When A Security Vendor Becomes the Cyber-Insurer", in *Proceedings of IFIP NETWORKING*, 9 pages (no pp. avail.), New York, May 2013. (acceptance rate 26.2%)

26. H. V. Balan, M. Segura, S. Deora, A. Michaloliakos, R. Rogalin, K. Psounis and G. Caire. "USC SDR, an easy-to-program, high data rate, real time software radio platform", in *Proceedings of the ACM SIGCOMM workshop of Software Radio Implementation Forum (SRIF 2013)*, pp. 25–30, Hong Kong, China, August 2013.

27. A. Michaloliakos, R. Rogalin, H. V. Balan, K. Psounis and G. Caire. "Efficient MAC for distributed multiuser MIMO systems", in *Proceedings of the 10th Annual Conference on Wireless On-Demand Network Systems and Services (IFIP/IEEE WONS)*, pp. 52–59, Alberta, March 2013.

28. H. V. Balan, R. Rogalin, A. Michaloliakos, K. Psounis and G. Caire, "Achieving High Data Rates in a Distributed MIMO System", in *Proceedings of ACM MOBICOM*, pp. 41–52, Istanbul, Turkey, August 2012. (acceptance rate 15.1%)

29. M. Mongiovi, A. Singh, X. Yan, B. Zong, and K. Psounis, "Efficient multicasting for delay tolerant networks using graph indexing", in *Proceedings of IEEE INFOCOM*, pp. 1386–1394, Orlando, Florida, March 2012. (acceptance rate 18.0%)

30. R. Pal, L. Golubchik, and K. Psounis. "Aegis: A Novel Cyber-Insurance Model", in *Proceedings of the 2nd Conference on Decision and Game Theory for Security (GameSec 2011)*, pp. 131–150, College Park, Maryland, November 2011.

31. E. N. Ciftcioglu, A. Yener, R. Govindan, and K. Psounis. "Operational Information Content Sum Capacity: Formulation and Examples", in *Proceedings of the 14th International Conference on Information Fusion (FUSION)*, pp. 1–7, Chicago, July 2011.

32. K.-Y. Jang, K. Psounis, and R. Govindan. "Simple Yet Efficient, Transparent Airtime Allocation for TCP in Wireless Mesh Networks", in *Proceedings of ACM CoNEXT*, article no. 28, 12 pages, Philadelphia, December 2010. (acceptance rate 19%)

33. A. Jindal and K. Psounis. "Making the Case for Random Access Scheduling in Wireless Multi-hop Networks", in *Proceedings of IEEE INFOCOM*, (mini-conference), pp. 1–5, San Diego, California, March 2010. (acceptance rate 24%)

34. S. Rangwala, A. Jindal, K.-Y. Jang, K. Psounis, and R. Govindan. "Understanding Congestion Control in Multi-hop Wireless Mesh Networks", in *Proceedings of ACM MOBICOM*, pp. 291–302, San Fransisco, California, September 2008. (acceptance rate 12%)

35. F. Papadopoulos and K. Psounis. "Scaling Properties of IEEE 802.11 Wireless Networks", in *Proceedings of the 6th Intl. Symposium on Modeling and Optimization in Mobile, Ad Hoc and Wireless Networks (WiOpt)*, 8 pages (no pp. avail.), Berlin, Germany, March 2008.

36. W.-C. Liao, F. Papadopoulos and K. Psounis. "Performance Analysis of BitTorrent-like Systems with Heterogeneous Users", in *Proceedings of the 26th International Symposium on Computer Performance, Modeling, Measurements and Evaluation (IFIP Performance)*, pp. 876–891, Cologne, Germany, October 2007. (acceptance rate 23%)

37. W.-J. Hsu, T. Spyropoulos, K. Psounis and A. Helmy. "Modeling Time-variant User Mobility in Wireless Mobile Networks", in *Proceedings of IEEE INFOCOM*, pp. 758–766, Anchorage , Alaska , USA, May 2007. (acceptance rate 18%)

38. A. Jindal, and K. Psounis. "Contention-Aware Analysis of Routing Schemes for Mobile Opportunistic Networks", in *Proceedings of ACM MOBISYS, on the 1st In- ternational Workshop on Mobile Opportunistic Networking (MobiOpp)*, pp. 1–8, San Juan, Puerto Rico, June 2007.

39. F. Papadopoulos and K. Psounis. "Predicting the Performance of Mobile Ad hoc Networks Using Scaled-down Replicas", in *Proceedings of IEEE International Conference on Communications (ICC)*, pp. 3928-3935, Glasgow, Scotland, June 2007.

40. T. Spyropoulos, K. Psounis, and C. Raghavendra. "Spray and Focus: Efficient Mobility-Assisted Routing for Heterogeneous and Correlated Mobility", in *Proceed- ings of IEEE PERCOM, on the International Workshop on Intermittently Connected Mobile  Ad hoc Networks (ICMAN)*, pp. 79–85, New York City, USA, March 2007.

41. A. Jindal and K. Psounis. "Fundamental Mobility Properties for Realistic Perfor- mance Analysis of Intermittently Connected Mobile Networks", in *Proceedings of IEEE PERCOM, on the International Workshop on Intermittently Connected Mo- bile Ad hoc Networks (ICMAN)*, pp. 59–64, New York City, USA, March 2007.

42. S. Rangwala, R. Gummadi, R. Govindan, and K. Psounis. "Interference-aware fair rate control in wireless sensor networks", in *Proceedings of ACM SIGCOMM*, pp. 63–74, Pisa, Italy, September 2006. (acceptance rate 12%)

43. T. Spyropoulos, K. Psounis, and C. Raghavendra, "Performance Analysis of Mobility-assisted Routing, in *Proceedings of ACM MOBIHOC*, pp. 49–60, Florence, Italy, May 2006. (acceptance rate 10%)

44. W.-C. Liao, F. Papadopoulos, and K. Psounis. "An Efficient Algorithm for Resource Sharing in Peer-to-peer Networks", in *Proceedings of IFIP Networking*, pp. 592–605, Coimbra, Portugal, May 2006. (acceptance rate 20%)

45. A. Jindal and K. Psounis. "Performance Analysis of Epidemic Routing under Con- tention", in *Proceedings of IWCMC*, pp. 539–544, Vancouver, Canada, July 2006.

46. K. Psounis, P. Molinero Fernandez, B. Prabhakar, and F. Papadopoulos. "Systems with Multiple Servers under Heavy-tailed Workloads", in *Proceedings of the 24th International Symposium on Computer Performance, Modeling, Measurements and Evaluation (IFIP Performance)*, pp. 456–474, Juan-les-Pins, France, October 2005. (acceptance rate 22%)

47. A. Jindal and K. Psounis. "Modeling Spatially-correlated Data of Sensor Networks with Irregular Topologies", in *Proceedings of IEEE SECON*, pp. 305–316, Santa Clara, California, USA, October 2005. (acceptance rate 27%)

48. T. Spyropoulos, K. Psounis, and C. Raghavendra. "Spary and Wait: An Efficient Routing Scheme for Intermittently Connected Mobile Networks", in *Proceedings of ACM SIGCOMM workshop on Delay Tolerant Networking (WDTN)*, pp. 252–259 Philadelphia, Philadelphia, USA, August 2005. (acceptance rate 22%)

49. J. Faruque, K. Psounis, and A. Helmy. "Analysis of Gradient-based Routing Protocols in Sensor Networks", in *Proceedings of IEEE/ACM DCOSS*, pp. 258–275, Marina Del Rey, California, USA, June 2005. (acceptance rate 28%)

50. K. Psounis, A. Ghosh, B. Prabhakar, and G. Wang. "SIFT: a Simple Algorithm for Trucking Elephant Flows and Taking Advantage of Power Laws", in *Proceedings of the 43rd Allerton Conference on Communication, Control, and Computing*, 10 pages (no pp. avail.), Urbana-Champaign, Illinois, USA, September 2005.

51. F. Papadopoulos, K. Psounis, and R. Govindan. "Performance-Preserving Network Downscaling", in *Proceedings of the 38th Annual Simulation Symposium (ANSS)*, pp. 285–294, San Diego, California, April 2005.

52. A. Jindal and K. Psounis. "Modelling Spatially-correlated Sensor Network Data", in *Proceedings of IEEE SECON*, pp. 162–171, Santa Clara, California, USA, October 2004. (acceptance rate 19%)

53. T. Spyropoulos, K.Psounis, and C. Raghavendra. "Single-copy Routing in Intermittently Connected Mobile Networks", in *Proceedings of IEEE SECON*, pp. 235–244, Santa Clara, California, USA, October 2004. (acceptance rate 19%)

54. R. Pan, B. Prabhakar, K. Psounis, and D. Wischik. "SHRiNK: A Method for Scalable Performance Prediction and Efficient Network Simulation", in *Proceedings of IEEE INFOCOM*, Vol. 3, pp. 1943–1953, San Fransisco, California, USA, April 2003. (acceptance rate 21%)

55. K. Psounis, R. Pan, B. Prabhakar, and D. Wischik. "The Scaling Hypothesis: Simplifying the Prediction of Network Performance Using Scaled-down Simulations", in *Proceedings of ACM HOTNETS*, pp. 35–40, Princeton, New Jersey, USA, October 2002.

56. R. Pan, B. Prabhakar, K. Psounis, and M. Sharma. "A Study of the Applicability of a Scaling Hypothesis", in *Proceedings of ASCC*, 6 pages (no pp. avail.), Singapore, Singapore, September 2002.

57. K. Psounis. "Class-based Delta Encoding: A Scalable Scheme for Caching Dynamic Web Content", in *Proceedings of IEEE ICDCS Workshops*, pp. 799 - 805, Vienna, Austria, July 2002.

58. K. Psounis and B. Prabhakar. "A Randomized Web-cache Replacement Scheme", in *Proceedings of IEEE INFOCOM*, Vol. 3, pp. 1407–1415, Anchorage, Alaska, USA, April 2001. (acceptance rate 23%)

59. R. Pan, B. Prabhakar, and K. Psounis. "CHOKe, A Stateless Active Queue Management Scheme for Approximating Fair Bandwidth Allocation", in *Proceedings of IEEE INFOCOM*, Vol. 2, pp. 942–951, Tel Aviv, Israel, March 2000. (acceptance rate 26%)

60. K. Psounis, R. Pan, and B. Prabhakar. "An Approximate Fair Dropping Scheme for Variable Length Packets", in *Proceedings of Hot Interconnects 8*, pp. 2–10, Stanford, California, USA, August 2000.

61. K. Psounis, B. Prabhakar, and D. Engler. "A Randomized Cache Replacement Scheme Approximating LRU", in *Proceedings of the 34th annual conference on Information Sciences and Systems*, 6 pages (no pp. avail.), Princeton, New Jersey, USA, March 2000.

## Book Chapters

1. K. Psounis and M. Clark. Privacy in Spectrum Sharing Systems with Applications to Communications and Radar, In *Signal Processing for Joint Radar-Communications*, Wiley-IEEE Press, 2021.

## Invited Journals

1. T. Spyropoulos, A. Jindal, and K. Psounis. "An Analytical Study of Fundamental Mobility Properties for Encounter-based Protocols", *International Journal of Autonomous and Adaptive Communications Systems*, Vol. 1, Issue 1, pp. 440, July 2008.

## Invited Conference Papers

1. L. Clark, M. Clark, K. Psounis and P. Kairouz. "Privacy-utility trades in wireless data via optimization and learning", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, 10 pages (no pp. avail.), San Diego, California, USA, February 2019.

2. A. Dimas, B. Li, M. Clark, K. Psounis, A. Petropulu. "Spectrum Sharing Between Radar and Communication systems: Can the Privacy of the Radar be Preserved?", in *Proceedings of the Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, California, USA, October 2017.

3. A. Michaloliakos, W. Chon Ao and K. Psounis. "Joint user-beam selection for hybrid beamforming in asynchronously coordinated multi-cell networks", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, 10 pages (no pp. avail.), San Diego, California, USA, February 2016.

4. Y. Zhang, D. Bethanabhotla, T. Hao and K. Psounis. "Near-optimal user-cell association schemes for real-world networks", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, 10 pages (no pp. avail.), San Diego, California, USA, February 2015.

5. A. Jindal, K. Psounis, and M. Liu. "CapEst: Estimating wireless link capacity in multi-hop networks", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, 6 pages (no pp. avail.), San Diego, California, USA, February 2011.

6. D. Antonellis, A. Mansy, K. Psounis, and M. Ammar. "Real time, distributed network classification for routing protocol selection in mobile ad hoc networks", in *Proceedings of the fourth international wireless Internet conference (WICON)*, 8 pages (no pp. avail.), Maui, Hawaii, November 2008.

7. Y. Wang, A. Ahmed, B. Krishnamachari, and K. Psounis. "IEEE 802.11p perfor- mance evaluation and protocol enhancement", in *Proceedings of the IEEE Interna- tional Conference on Vehicular Electronics and Safety*, pp. 317–322, Columbus, Ohio, USA, September 2008.

8. A. Jindal and K. Psounis. "Achievable Rate Region and Optimality of Multi-hop Wireless 802.11-Scheduled Networks", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, 7 pages (no pp. avail.), San Diego, California, USA, January 2008.

9. F. Papadopoulos and K. Psounis. "Application of the many sources asymptotic in downscaling Internet-like networks", in *Proceedings of the Information Theory and Applications Workshop (ITA)*, pp. 314–322, San Diego, California, USA, January 2007.

10. A. Jindal and K. Psounis. "Optimizing Multi-Copy Routing Schemes for Resource Constrained Intermittently Connected Mobile Networks", in *Proceedings of the Forti- eth Asilomar Conference on Signals, Systems and Computers*, pp. 2142–2146, Pacific Grove, California, USA, October 2006.

**Citations**
- Total citations: 14108
- h-index: 40
- (source: google scholar, accessed: Fall 2023)

**Issued Patents**
- G. Caire, K. Psounis. Composite beamforming to coordinate concurrent WLAN links. Quantenna Communications, Inc. *US Patent No. 9,479,240*, issued Oct. 2016.
- K. Psounis, G. Caire, H. V. Balan. AirSync: enabling distributed multiuser MIMO with full multiplexing gain. USC. *US Patent No. 61,651,964*, issued Jan. 2015.

- K. Psounis and J. Jawahar. Method and System for Class-based Management of Dynamic Content in a Networked Environment. Cisco Systems, Inc.
  *US Patent No. 7,802,014*, issued Sep. 2010.
- R. Pan, B. Prabhakar and K. Psounis. A Stateless Active Queue Management Scheme for Approximating Fair Bandwidth Allocation. Stanford.
  *US Patent No. 7,324,442*, issued Jan. 2008.

**Selected Professional Service**

## International Conferences - Organizing/Executive Committee

- Steering Committee, IFIP/IEEE WONS, 2017 - now.
- General Chair, ACM SIGMETRICS, 2018.
- General Chair, IFIP/IEEE WONS, 2017.
- Program Chair, IFIP/IEEE WONS, 2016.
- Program Chair, IEEE DCOSS workshop on Wireless Sensor Networks (PWSN), 2014.
- Program Chair, ACM MOBICOM workshop on Challenged Networks (CHANTS), 2008.
- Workshop Chair, ACM SIGMETRICS 2008.
- Workshop Chair, USC Workshop on Theory and Practice in Wireless Networks, 2008.
- Publication Chair, ACM SIGMETRICS 2007.
- Panel Chair, ACM MOBIHOC, 2009.
- Panel Chair, IEEE CCW, 2008.

## International Conferences - Technical Program Committee

- IFIP/IEEE WONS 2013 - 2014, 2018, 2022
- IEEE INFOCOM 2005 - 2020.
- ACM SIGMETRICS 2008, 2014, 2015, 2017, 2020.
- ACM MOBIHOC, 2008 - 2010, 2017-2020.
- WiOpt 2016-2017.
- IEEE SECON 2007 - 2010.
- IFIP NETWORKING 2006 - 2010.
- ACM MOBICOM, 2009.
- IEEE ICNP 2009.
- IEEE WOWMOM workshop on Autonomic and Opportunistic Communications (AOC), 2008 -2009.
- IEEE ICDCS workshop on Delay Tolerant Mobile Networks (DTMN), 2008.
- ACM MOBISYS workshop on Mobile Opportunistic Networks (MOBIOPP), 2007.
- IEEE PERCOM workshop on Intermittently Connected Mobile Ad hoc Networks (IC-MAN), 2007.

## Journals

- Editorial Board, IEEE/ACM Transactions on Networking (ToN), 2015 - 2020.
- Editorial Board, IEEE Transactions on Mobile Computing (TMC), 2009 - 2019.
- Editorial Board, Computer Networks Journal, Elsevier, 2009 - 2010.

- Editorial Board, International Journal of Autonomous and Adaptive Communications Systems (IJAACS), 2008.
- Reviewer of IEEE/ACM Transactions on Networking, IEEE Journal on Selected Areas in Communication, IEEE Transactions on Parallel and Distributed Systems, IEEE Transactions on Mobile Computing, ACM Transactions on Sensor networks, Elsevier Computer Networks Journal, Elsevier Performance Evaluation Journal, Elseviers Ad Hoc Networks Journal, Transportation Research Journal Part C, IEEE Transactions on Automatic Control.

### Governmental Agencies

- NSF ML panel, 2020.
- NSF CAREER panel, 2019.
- NSF EARS meeting, 2016.
- NSF Future Internet Architecture Summit participant, 2009.
- NSF CRI panel member, 2008.
- NSF Wireless mobile workshop participant, 2007.
- NSF NeTS-NOSS panel member, 2005.
- Reviewer of NSF NeTS proposals.

| | |
|---|---|
| **Prior Expert Testimony** | - *Atlas Global Technologies v. TP-Link Tech.*, No. 2:21-cv-00430-JRG (E.D. Texas)<br>- *Atlas Global Technologies v. Sercomm Corp.*, No. 6:21-cv-00818-ADA (E.D. Texas)<br>- *Brown v. Google LLC*, No. 4:20-cv-03664-YGR (N.D. Cal.)<br>- *CA, Inc. et al v. Netflix, Inc.*, No. 2:21-cv-00080-JRG-RSP (E.D. Tex.) |
| **Professional Associations** | - Institute of Electrical and Electronic Engineers (IEEE):<br>IEEE Fellow, 2018 - now.<br>Senior Member, 2008 - 2017.<br>Member, 1998 - 2008.<br>- Association for Computing Machinery (ACM):<br>ACM Distinguished Member, 2019 - now.<br>Senior Member, 2009 - 2018.<br>Member, 2001 - 2008.<br>- Technical Institution of Greece (TEE), 1997 - now. |
| **Languages** | English, Greek, French. |
| **Personal** | Married, three children. |

**APPENDIX C:**

**MATERIALS RELIED UPON**

*Pleadings*
- Consolidated Class Action Compliant (ECF No. 92)
- Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 546)

*Expert Reports & Declarations*
- Expert Class Certification Report of Professor Zubair Shafiq (ECF No. 546-3)[121]
- Expert Class Certification Report of Professor Christopher Wilson (ECF No. 546-4)[122]
- Report of Dr. Aaron Striegel
- Declaration of Glenn Berntson

*Deposition Transcripts[123]*
- Transcript of Deposition of Zubair Shafiq
- Transcript of Deposition of Christopher Wilson
- Transcript of Deposition of Terry Diggs
- Transcript of Deposition of Rethena Green
- Transcript of Deposition of Salvatore Toronto
- Transcript of Deposition of Kimberley Woodruff

*Articles and Publications*
- P. Billingsley, "Probability and Measure," Wiley, (3rd ed. 1995)
- S. Bird, I. Segal, & M. Lopatka, "Replication: Why We Still Can't Browse in Peace: On the Uniqueness and Reidentifiability of Web Browsing Histories," SOUPS at USENIX Security Symposium (Aug. 2020), https://www.usenix.org/system/files/soups2020-bird.pdf
- A. Brush and K. Inkpen, "Yours, Mine and Ours? Sharing and Use of Technology in Domestic Environments," Proceedings of the 9th International Conference on Ubiquitous Computing (2007), https://www.microsoft.com/en-us/research/wp-content/uploads/2007/09/brushinkpenyoursmineours.pdf
- B. Busse and M. Fuchs, "Prevalence of Cell Phone Sharing," Survey Methods: Insights from the Field (2013), https://surveyinsights.org/?p=1019
- M. Clark and K. Psounis, "Optimizing Primary User Privacy in Spectrum Sharing Systems," IEEE/ACM Transactions on Networking (Apr. 2020), https://ieeexplore.ieee.org/document/8985324
- T.M. Cover and J.A. Thomas, "Elements of Information Theory," Wiley (2nd ed. 2006), https://www.academia.edu/25024538/Elements_of_Information_Theory_2nd_ed_T_Cover_J_Thomas_Wiley_2006_WW

---

[121] I reviewed a version of this document with redactions that I understand reflect information that Plaintiffs filed under seal.

[122] I reviewed a version of this document with redactions that I understand reflect information that Plaintiffs filed under seal.

[123] All deposition transcripts cited in this report appear as exhibits to the concurrently-filed Declaration of Whitty Somvichian.

- A. De Montjoye, C. Hidalgo, M. Verleysen, and V. Blondel, "Unique in the crowd: The privacy bounds of human mobility," Scientific reports 3:1376 (2013), https://www.scienceopen.com/document_file/fc3e643f-dc19-4fa9-8bbe-806c1f65434f/PubMedCentral/fc3e643f-dc19-4fa9-8bbe-806c1f65434f.pdf
- O. Husain, "How to watch ESPN anywhere with a VPN," Comparitech (Jan. 19, 2022), https://www.comparitech.com/blog/vpn-privacy/best-vpn-espn/
- J. Kline, P. Barford, A. Cahn, and G. Sommers, "On the structure and characteristics of user agent strings," ACM Sigcomm (Nov. 1-3, 2017), https://conferences.sigcomm.org/imc/2017/papers/imc17-final253.pdf
- A. Kochovski, "The Top 25 VPN Statistics, Facts & Trends for 2022" (Mar. 18, 2022), https://www.cloudwards.net/vpn-statistics/
- J.F. Kurose and K.W. Ross, "Computer Networking: a Top-Down Approach," Pearson (8th ed. 2020), https://www.amazon.com/Computer-Networking-Global-James-Kurose/dp/1292405465
- K. Levy and B. Schneier, "Privacy threats in intimate relationships," Journal of Cybersecurity (2020), https://academic.oup.com/cybersecurity/article/6/1/tyaa006/5849222
- T. Matthews, et. al., "'She'll just grab any device that's closer': A Study of Everyday Device and Account Sharing in Households," Proceedings of the ACM Conference on Human Factors in Computing Systems, ACM, https://dl.acm.org/doi/10.1145/2858036.2858051 (2016)
- T. Mrugalski, et al., "Dynamic Host Configuration Protocol for IPv6 (DHCPv6)," RFC 8415 (Proposed Standard) (Nov. 2018), https://www.rfc-editor.org/rfc/pdfrfc/rfc8415.txt.pdf
- H. Muller, J. Gove, and J. Webb, "Understanding Tablet Use: A Multi-Method Exploration," Proceedings of the 14th international conference on Human-computer interaction with mobile devices and services (2012), https://static.googleusercontent.com/media/research.google.com/en//pubs/archive/38135.pdf
- T. Narten, R. Draves, and S. Krishnan, "Privacy Extensions for Stateless Address Autoconfiguration in IPv6," RFC 4941 (Draft Standard) (Sept. 2007), https://www.rfc-editor.org/rfc/pdfrfc/rfc4941.txt.pdf
- C. Park, et al., "Share and share alike? An exploration of secure behaviors in romantic relationships," Fourteenth Symposium on Usable Privacy and Security (SOUPS) (2018), https://www.researchgate.net/publication/325608530_Share_and_Share_Alike_An_Exploration_of_Secure_Behaviors_in_Romantic_Relationships
- R. Paulas, "The Digital Divide Is About Much More Than Access," Pacific Standard (June 14, 2017), https://psmag.com/environment/digital-divide-more-complicated-than-access
- D. Plonka and A. Berger, "Temporal and Spatial Classification of Active IPv6 Addresses," Proceedings of ACM Internet Measurement Conference (IMC) (Oct. 28-30, 2015), https://www.akamai.com/site/en/documents/research-paper/temporal-and-spatial-classification-of-active-ipv6-addresses-technical-publication.pdf

- S. Ross, "Introduction to Probability Models," Academic Press (10th ed. 2014), https://www.academia.edu/17872355/Introduction_to_Probability_Models_Tenth_Edition
- A. Ruparelia, "Best DraftKings Sportsbook VPN in 2022: Unblock DraftKings From Anywhere With a VPN," Cloudwards (Apr. 27, 2022), https://www.cloudwards.net/draftkings-sportsbook-vpn/
- E. Rye, R. Beverly, and K. Claffy, "Follow the Scent: Defeating IPv6 Prefix Rotation Privacy," Proceedings of ACM Internet Measurement Conference (IMC) (Nov. 2-4, 2021). https://arxiv.org/pdf/2102.00542.pdf
- T. Spyropoulos, K. Psounis, and C. Raghavendra, "Efficient Routing in Intermittently Connected Mobile Networks: The Multiple-copy Case," IEEE/ACM Transactions on Networking (Feb. 2008), https://cpb-us-e1.wpmucdn.com/sites.usc.edu/dist/b/364/files/2019/05/multiton.pdf
- T. Spyropoulos, K. Psounis, and C. Raghavendra, "Efficient Routing in Intermittently Connected Mobile Networks: The Single-Copy Case," IEEE/ACM Transactions on Networking (Feb. 2008), https://ee.usc.edu/netpd/assets/001/51984.pdf
- J. Zhang, K. Psounis, M. Zaroon, and Z. Shafiq, "HARPO: Learning to Subvert Online Behavioral Advertising," NDSS (Apr. 2022), https://web.cs.ucdavis.edu/~zubair/files/harpo-ndss2022.pdf
- H. Zang and J. Bolot, "Anonymization of location data does not work: A large-scale measurement study." Proceedings of the 17th annual international conference on Mobile computing and networking (2011), https://web.archive.org/web/20170809052644id_/http://www.technicolorbayarea.com/papers/2011/ZB11anon.pdf
- Chrome Developers, "User-Agent Strings," https://developer.chrome.com/docs/multidevice/user-agent/ (updated Nov. 9, 2021)
- Cisco, Cisco Annual Internet Report (2018-2023), https://www.cisco.com/c/en/us/solutions/collateral/executive-perspectives/annual-internet-report/white-paper-c11-741490.pdf
- Garmin, "Accuracy of Decimal Places in Latitude and Longitude Degrees," https://support.garmin.com/en-US/?faq=hRMBoCTy5a7HqVkxukhHd8 (last accessed September 2023)
- Google, Google IPv6, https://www.google.com/intl/en/ipv6/statistics.html (last visited September 2023)
- Google, "Authorized Buyers Real-time Bidding Protocol Buffer," https://developers.google.com/authorized-buyers/rtb/downloads/realtime-bidding-proto (last visited, September 2023)
- Google, "Geographical Targeting," https://developers.google.com/authorized-buyers/rtb/geotargeting (last accessed September 2023)
- Low Entropy, "Entropy and Privacy Analysis," https://lowentropy.net/posts/entropy-privacy/ (last visited June 3, 2022)
- MDN Plus, "User-Agent," https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/User-Agent (last visited September 2023)

- Microsoft, "Dynamic Host Configuration Protocol (DHCP)," (July 29, 2021), https://perma.cc/7N5L-QKCQ
- Microsoft, "High Availability," https://docs.microsoft.com/en-us/windows-server/remote/remote-access/vpn/always-on-vpn/deploy/always-on-vpn-adv-options#high-availability (last visited September 2023)
- NordVPN, https://nordvpn.com/features/dedicated-ip/ (last visited September 12, 2023)
- NordVPN, https://nordvpn.com/features/hide-ip/ (last visited September 2023)
- Surfshark, https://surfshark.com/use-cases (last visited September 2023)
- Visual Capitalist, "The Median Lot Size in Every U.S. State in 2022," https://www.visualcapitalist.com/cp/the-median-lot-size-in-every-american-state-2022/ (last accessed September 2023)

291444145