# EXHIBIT 5
# to Declaration of
# W. Somvichian

HIGHLY CONFIDENTIAL

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  OAKLAND DIVISION

4

5  ----------------------------------x

6  In re Google RTB Consumer Privacy

7  Litigation

8  This Document Applies to All Actions

9  Case No. 4:20-cv-02155-YRG-VKD

   ----------------------------------x

10

11         HIGHLY CONFIDENTIAL

12

13       VIDEOTAPED DEPOSITION OF

14          STANISLAV BELOV

15         New York, New York

16         December 13, 2022

17

18

19

20

21  Reported By:

22  ERIC J. FINZ

23  JOB No. 5608779

24

25  PAGES 1 - 391

                                   Page 1

HIGHLY CONFIDENTIAL

```
 1            BELOV - Highly Confidential
 2                THE VIDEOGRAPHER:  Will the      08:58:17
 3        court reporter please swear in the      08:58:18
 4        witness.                                08:58:19
 5   STANISLAV BELOV,                             08:58:19
 6   having been first duly sworn by the         08:58:19
 7   Notary Public (Eric J. Finz), was           08:58:19
 8   examined and testified as follows:          08:58:19
 9                EXAMINATION BY                  08:58:29
10                MR. LEVINE:                     08:58:29
11        Q.    Good morning, Mr. Belov.  My      08:58:32
12    name is Jonathan Levine, I represent the   08:58:35
13    plaintiffs in this action.                 08:58:37
14                Have you ever been deposed      08:58:38
15    before?                                    08:58:39
16        A.    No, this is the first time.      08:58:40
17        Q.    Have you ever given sworn        08:58:41
18    testimony of any kind?                     08:58:43
19        A.    Might have when I received the   08:58:44
20    U.S. citizenship, when I was naturalized.  08:58:49
21        Q.    How about in connection with     08:58:53
22    your employment at Google?                 08:58:54
23        A.    No, never.                       08:58:55
24        Q.    Do you understand you're under   08:58:56
25    oath?                                      08:58:57
```

Page  7

HIGHLY CONFIDENTIAL

```
 1            BELOV - Highly Confidential
 2            MR. GUTKIN:  You might want to      09:00:31
 3       speak a little more slowly just for      09:00:32
 4       the sake of the court reporter.          09:00:34
 5       Just slow down.                          09:00:35
 6            THE WITNESS:  Sounds good.           09:00:36
 7       Q.    Is RTB a platform, a program?      09:00:37
 8  A product?  How would you define it?          09:00:40
 9       A.    That's a good question.            09:00:42
10  Real-Time Bidding is a way by which           09:00:43
11  programmatic buyers and sellers,              09:00:51
12  publishers, by buyers I mean advertisers,     09:00:53
13  can connect and buy and sell advertising      09:00:56
14  on the internet or on mobile app.  So in      09:01:03
15  this context, Real-Time Bidding is not        09:01:06
16  something that is specific to a Google        09:01:10
17  product the way that I described it.          09:01:12
18       Q.    Would it be fair to call it        09:01:13
19  like a platform?                              09:01:14
20            MR. GUTKIN:  Object as vague.       09:01:15
21       Q.    Or should I just call it RTB?      09:01:17
22       A.    I think if you refer to the        09:01:20
23  technique, to the technology as RTB, that     09:01:24
24  would be fair.  If you would like to          09:01:27
25  refer to it that way, I wouldn't call it      09:01:29
```

Page 10

1            BELOV - Highly Confidential

2      a platform because I think platform might    09:01:31

3      imply some specific product.  I think you    09:01:34

4      can call it a technology.                    09:01:39

5           Q.    What level are you at Google      09:01:42

6      currently?                                   09:01:45

7           A.    You mean as a -- the -- what      09:01:46

8      do you mean by that?                         09:01:49

9           Q.    L6, L7, L5?                       09:01:50

10          A.    L6.                               09:01:52

11          Q.    You're an L6?                     09:01:53

12          A.    Mm-hmm.                           09:01:54

13          Q.    Who do you currently report       09:01:55

14     to?                                          09:01:56

15          A.    I report to Glen Berntson.        09:01:56

16          Q.    Do you have any direct reports    09:01:59

17     that report to you?                          09:02:02

18          A.    No.  I was never a manager        09:02:03

19     there.                                       09:02:05

20          Q.    How long have you reported to     09:02:06

21     Mr. Berntson?                                09:02:09

22          A.    Since 2020, sometime in 2020.     09:02:11

23          Q.    Before then, who did you          09:02:16

24     report to?                                   09:02:18

25          A.    Before that I reported to Amod    09:02:19

                                            Page 11

HIGHLY CONFIDENTIAL

```
 1              BELOV - Highly Confidential
 2                C E R T I F I C A T E
 3
 4       I, ERIC J. FINZ, a Shorthand
 5   Reporter and Notary Public within and for
 6   the State of New York, do hereby certify:
 7       That STANISLAV BELOV, the witness
 8   whose deposition is hereinbefore set
 9   forth, was duly sworn by me and that such
10   deposition is a true record of the
11   testimony given by the witness.
12       I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I
15   am in no way interested in the outcome of
16   this matter.
17       IN WITNESS WHEREOF, I have hereunto
18   set my hand this 19th day of December, 2022.
19
20
21
22
23
24
25       ERIC J. FINZ
```

Page 376

```
 1              BELOV - Highly Confidential

 2

 3

 4        I, STANISLAV BELOV, the witness

 5   herein, having read the foregoing

 6   testimony of the pages of this

 7   deposition, do hereby certify it to be a

 8   true and correct transcript, subject to

 9   the corrections, if any, shown on the

10   attached page.

11

12

13

14

15        _____

16             STANISLAV BELOV

17

18

19

20

21

22

23

24

25

                                    Page 390
```