# EXHIBIT 6
# to Declaration of
# W. Somvichian

## (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND DIVISION

     Case No. 4:20-cv-02155-YGR-VKD

4    ----------------------------------------x

5    In re Google RTB Consumer Privacy

     Litigation

6    This document applies to all actions

7    ----------------------------------------x

8                    December 8, 2022

9                    9:14 a.m.

10

11                 *CONFIDENTIAL*

12

13         VIDEOTAPED DEPOSITION of DR. GLENN

14    BERNTSON, held at the offices of Simmons

15    Hanly Conroy LLC, located at 112 Madison

16    Avenue, 7th Floor, New York, New York

17    10016, before Anthony Giarro, a Registered

18    Professional Reporter, a Certified Realtime

19    Reporter and a Notary Public of the State

20    of New York.

21

22

23

24

25

                                    Page 1

1               THE WITNESS:  I'm Glenn

2        Berntson.

3               THE VIDEOGRAPHER:  Will the

4        court reporter please swear in the

5        witness.

6    D R.   G L E N N   B E R N T S O N, after

7    having first been duly sworn by a Notary

8    Public of the State of New York, was

9    examined and testified as follows:

10    EXAMINATION BY

11    MR. BARNES:

12        Q       Good morning, Dr. Berntson.

13    We've met before.  This is not your first

14    rodeo with a deposition.  So I'll be

15    brief in the introduction.

16               Can we agree if you don't

17    understand a question that I ask, you'll

18    ask me to ask you again, so maybe you

19    understand it better?

20        A       Yes.

21        Q       And you understand that in a

22    deposition, you need to answer verbally

23    and not just with head nods; right?

24        A       Yes.

25        Q       Anytime you need a break,

Page 6

CONFIDENTIAL

1          A          Now called Ad Manager.

2          Q          And the answer to that

3     question is yes?

4          A          Yes.

5     ████  ████ ████  ████ ██ ████

████  ██ ████  ████  ████  ████ ████

████  ██ ████  ████  ████  ████ ██

████  ████  ████  ████ ██ ████

████  ████  ████  ████

10                    MR. GUTKIN:  Object as

11     vague.

12     █  ████ █ ████  ████

████  ████  ██ ████  ██ ████  ████ ██

████  ████  ██ ████  ████  ████ ██

████  ████  ████  ████  ████

████  ████ ██ ██ ████  █ ████

████  ████  ████ ██ ████  ████ ████

████  ████  ████ ██ ██ ██ ████

████  ████  ████  ██ ████  ████ ██

████  ████ █ ████  ████  ████ ████

████  ████ ██ ████  ████  ████

████  ████  ████  ████  ████ ████

████  █ ████  ████  ████

24          Q          So there's a point in the

25     road, there's a point in the pipe in

                                        Page 14

CONFIDENTIAL



11    Q        And prior to that point,

12    there is a shared data pipeline between

13    Doubleclick for publishers and authorized

14    bidders?  Authorized buyers.  I'm sorry.

15              MR. GUTKIN:  Object as vague

16       and misstates the testimony.

17    A        The way you described it is

18    incorrect.

19    Q        Can you describe it

20    correctly?

Page 15



6                    MR. GUTKIN:    Object as

7        vague.

Page 16

1    whom they send information that flows

2    through RTB?

3                    MR. GUTKIN:  Object as vague

4        and calling for speculation.

5        A        I would presume so because

6    that's what an exchange does.

7        Q        Can you explain in further

8    detail, what these AdExchanges that

9    participate in open bidding do?

10       A        I can tell you generally

11   what AdExchanges do.  I can't give you

12   much information about the specific

13   business model of any of the exchanges

14   because that's outside the scope of what

15   I know.

16                    Generally speaking, another

17   term for them is a sell side platform.

18   And they work with publishers to get them

19   access to multiple sources of demand from

20   demand side platforms.  And they

21   aggregate that and return back to the

22   publisher, say, the ad that's going to

23   earn them the most money.  That is at a

24   high level what an exchange does.

25       Q        How does the exchange decide

Page 22

1    never share personal data.  We share

2    pseudonymous data.

3         Q       So then why not send

4    children's information?  If you're saying

5    that RTB doesn't share personal data and

6    you don't want to share children's

7    personal data, why not share children's

8    data through RTB?

9              MR. GUTKIN:  I'll object to

10        form.  And also, just remind you that

11        you're free to answer for the

12        purposes of RTB business operations,

13        how the system works.  Please don't

14        relay any legal advice you've

15        received if any such advice has been

16        received that relates to that

17        request.

18         A       Google's RTB business does

19    not directly share any personal data.

20    With regards to child-directed traffic,

21    we don't even send bid requests.

22         Q       Why not?

23              MR. GUTKIN:  Same caution

24        about not relaying legal advice.  But

25        you can answer otherwise.

Page 33

1          A          I think the fundamental
2     reason is because of the privacy policies
3     Google has established with regards to
4     treating kids.  We don't support
5     third-party demand, giving any data of
6     any sort when it relates to kids because
7     we have very protective policies.
8          Q          Why not?
9          A          I don't -- I didn't make the
10    decision.
11         Q          You'd be okay with it, but
12    for the Google policy?
13                    MR. GUTKIN:  Object as
14         argumentative and vague.
15         A          I'm not sure what my opinion
16    relates to because it's Google policy.
17         Q          Do you have any -- does your
18    opinion matter at all in shaping Google
19    policy?
20                    MR. GUTKIN:  Object as
21         vague.
22         A          As it relates to how we
23    treat kids, no, I don't think so.
24         Q          As it relates to what data
25    is shared through RTB, do your opinions

1 ███ ████ █████ ████ ███

2 ████ ███ ██ ███ ███ ████

3      Q         Hold on.

4                So in order to make RTB

5  anonymous, you have to remove certain

6  elements from the RTB bid request that

7  are present today; is that your

8  testimony?

9                MR. GUTKIN:   Object as vague

10     and misstating the testimony.

11

21      Q         When a user opts out of

22  personal information, what do you mean by

23  that?

24                MR. GUTKIN:   Object as

25      misstating the testimony from what he

Page 39

CONFIDENTIAL

```
 1           Q        Is there a sixth control?
 2           A        For Google users that are
 3      signed in, they have the ability of
 4      saying I don't want personalized ads.
 5           Q        Is that called GAP?
 6           A        That is GAP.
 7           Q        GIA Ads Personalization, is
 8      that what GAP stands for?
 9           A        You know, I don't know the
10      answer to that question.  I always treat
11      it as GAP.  Sometimes acronyms become
12      words in their own right.  And that would
13      be the case for me with GAP.
14           Q        There are a lot of acronyms
15      at Google.
16           A        Yeah.
17           Q        Is there another after GAP?
18           A        That impacts this -- I may
19      be missing one.  But those are the
20      primary ones that come to mind.  There's
21      COPPA.  But for COPPA, we don't even send
22      a bid request.  So that's sort of special
23      in its own right.
24                MR. BARNES:  Ms. Paulson,
25           can you give me two documents?  One
```

Page 43

CONFIDENTIAL

```
 1            Q         And there could be other
 2      examples, but I just want to make sure
 3      we're clear on what you're talking about.
 4            A         Correct.
 5            Q         For CCPA, do you recognize
 6      the Rows 2 through 16 as information that
 7      is shared in RTB bid request to
 8      authorized buyers?
 9                      MR. GUTKIN:  I'll object as
10          Exhibit 2 lacking foundation and
11          calling for speculation as the
12          question calling for speculation.
13            A         I don't understand your
14      question.
15            Q         For authorized buyers, let's
16      look at Row No. 2.
17                      For authorized buyers, does
18      Google send IP address to authorized
19      buyers?
20                      MR. GUTKIN:  Object as
21          lacking foundation for Exhibit 2.
22          But go ahead.
23            A         Google sends the first three
24      bytes for an IPV4 address and the first
25      six bytes for an IPV6 address when, but
```

Page 47

1     only when the user has not opted out of

2     personalization or opted into restricted

3     data processing.

4          Q          So let's talk about

5     Exhibit 2 with respect to the CCPA.

6                     So that we are accurate, can

7     you just write CCPA on the top of the

8     document?

9          A          Proto.

10         Q          Just write CCPA because I'm

11    going to ask you with respect to CCPA,

12    what does Google disclose and not

13    disclose?  What does Google send and not

14    send?

15         A          Can you be more clear?

16    CCPA --

17                    MR. GUTKIN:  I don't think

18       there's a question pending.

19         Q          Dr. Berntson, so that we're

20    clear on what this exhibit relates to, I

21    just want CCPA at the top.  Okay.

22                    Explain the CCPA opt-out

23    that you listed.

24           ████      ████████  ██████  ████████████

██   ████   ██████████   ████   ██   ████████   ████

                                    Page 48

CONFIDENTIAL



13          MR. GUTKIN:  Object as

14       misstating the testimony and vague.

15

16       Q       Is there a button or a

17    toggle that a Google account holder can

18    enable or disable that says I'm a

19    California user, treat every transmission

20    from me as being related to the CCPA, as

21    getting the CCPA treatment?

22          MR. GUTKIN:  Object as

23       calling for speculation and vague.

24       A       I don't understand your

25    question.

Page 49

1                    MR. GUTKIN:  Object as vague

2         and calls for speculation.

3         A         I don't understand your

4    question again.

5    [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

13                   MR. GUTKIN:  Object as vague

14        and asked and answered and calls for

15        speculation.

16   [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

                                        Page 52



9      Q        And how is -- by latter
10   case, you mean on a particular ad
11   request, the publisher says give this
12   treatment; correct?
13      A        That is correct.
14

25                   MR. GUTKIN:   Object as

Page 53

1      vague.



Veritext Legal Solutions
866 299-5127

CONFIDENTIAL



6           MR. GUTKIN:  Object, vague.

7     A           All privacy identity and

8  regulatory processing takes place very

9  early on in ad processing.

10          Q           Is that decision made in the

11  ███████████  ███████████  ███████████

12          MR. GUTKIN:  Object as

13     calling for speculation.

14     A           I don't manage that system.

15  It is a determination that is made by

16  infrastructure that is managed by shared

17  infrastructure that Ad Manager uses.  It

18  could be in  ███████

19     Q           By shared infrastructure,

20  you mean this is -- explain what you mean

21  by shared infrastructure.

22     A           There are multiple sell side

23  products.  And by sell side products,

24  that's a product that would support a

25  publisher.  There's Ad Manager, there's

Page 55

CONFIDENTIAL

```
1      it is sent.
2           Q         And with respect to when a
3      publisher turns the toggle for ████████
4      ████  █████████  on, is -- are the first
5      three bytes of IPV4, the first six bytes
6      of IPV6 still sent through RTB?
7           A         Not today.
8           Q         When did that change?  Can
9      you cross out IP address then?  You said
10     not today.  When did that change?
11          A         I'd need to go look up the
12     precise date.  It's a relatively recent
13     change.
14          Q         Did it happen in █████
15          A         Yes.
16          Q         Can you give an approximate
17     time, which it occurred in █████
18          A         I'm thinking back.  I think
19     it was within the █████  ████  ████████
20          Q         If that's the best you could
21     do right now, I'm not asking within the
22     last six months why was IP address, first
23     three bytes of IPV4 or first six bytes of
24     IPV6 removed for RTB data that has
25     ████████  ████  ██████████  applied to it.
```

Page 61

CONFIDENTIAL

1    ███    ███ ███ ████

2 ██    ███    ███ ███ ███ ██ ████

3      A      I'm happy to draw a line

4 here if you tell me to draw a line.  It's

5 your instruction.

6      Q      Is it sent or not?

7      MR. GUTKIN:  Object as

8    vague.

9    ███    ████ ███

10 ██ ████ █████ ████ ████

11 ██ ████ ███ ███ ███ ████ ███

12 ██ ████ ███ ███ ███ ████ █████

13      MR. GUTKIN:  I object as

14    vague.

15      A      Are we still talking about

16 ███ specifically?

17      Q      Well, even broader than

18 ███ -- the data flow isn't stopped just

19 in RTB because of ████ your testimony

20 is; ███ ████ ████

21    ██    ████

22      Q      So in what circumstances is

23 ██████ ██████ ██████ even sent

24 out?

25    ██    ███ ████ ███ ██ ████

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1  ████ ████ ██████ ██████

2     Q       Are there any other

3  circumstance in which there is an RTB bid

4  request that goes out, that there's

5  something ██ ████ ██████ ██████

6        ██     ████ ████ █ ████ ██████

7     Q       Would it go out and just

8  have a ██████ ████████ ████ on it with

9  nothing else?

10             MR. GUTKIN:  Object as

11     vague.

12     A       No.

13     Q       You understand what I'm

14  saying?

15     A       No.  I don't understand what

16  you're saying.

17        █       ██████ ████ ██████ ████

██ ████ ████ ████ ████████ ████ ████ ██ ████

██ ██████ ████ █ ████ ██████ ████ ████

██ ████ ████ ████ ██████ ████ ██████

██ ████ ████ ████████

22             So my question was, for

23  ██████ ████████, is that field and that

24  field alone sent out to say, hey, we got

25  a bid request, but we're not telling you

Page 65

CONFIDENTIAL



1

12          MR. GUTKIN:   Objection as

13     misstating the testimony and vague.

14        A        What you're saying is not an

15     accurate representation of what I said.

16        Q        When were ████████  ██████ removed

17     from ██████████████  ██████  ████████████  ██████████

18     ████████   Dr. Berntson?

19

Page 69

CONFIDENTIAL



1   ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮

     ▮▮▮▮▮▮

3          Q        When did that occur?

4                   MR. GUTKIN:  Object as vague

5       about that.

6          Q        When did you remove -- start

7       redacting the fields?

8   ▮▮▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮

     ▮▮▮

14      ▮▮▮▮▮▮▮        Again, I'd

15      need to look up the date.

16         Q        Is that true of the Google

17      ID?

18                  MR. GUTKIN:  Object as

19      vague.

20  ▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮

     ▮▮▮

     ▮▮▮▮▮▮▮▮

     ▮▮▮▮

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL



```
 1        ██████ ███ ████ ████ ████ ████
 ▮    ██████ ██ ██████
 3        A       Can you ask the question?
 4        Q       Sure.
 5                ████ ████ ████ ████
 ▮    ██████ ████ ████ ████ ████
 ▮    █████ █████ ██ ████
 ▮      ██ ███ ██ ██ ████ ██ ████
 ▮    ████ ████ ████ ████ ████ ████ ████
 ▮     ██ ████ ████ ████ ████ ████
 ▮     ████
12        A       I'm trying to understand.
13        What do you mean prior to ██ ██?
14        ██ ████ ████ ████ ████
 ▮    ██████
16        A       Incorrect.
17        Q       When did it start?
18        ██ ████ ████ ████ ██████ ████
 ▮    ████ ████ ████ ████
 ▮      ██ ████ ████ ████ ████
 ▮      ██ ██ ████ ████ ████ ████
 ▮      ██ ████
 ▮        ████ ████ ██ ████ ████
 ▮    ████ ████ ████ ████ ████ ████
 ▮    ██████ ████
```

CONFIDENTIAL

1              MR. GUTKIN:   I'll just
2         object to the framing as calling for
3         speculation, but you could answer.
4         A          It treated it differently at
5    different points in time.
6         Q          Okay.   Explain.
7         ███  ███  ███  ███  ████  ████
█  ██████  ██  ████  ███  ████
█  ████  ████  ████  ████  ████
█  ████  ████  ████  ████  █████
█  ████  █  ████  ███  ███  ████  ███
█  ████
█  █  ███  ███  ███  ████
█  ████  ████  ████  ████  ███
█  █  ███  ███  ███
█  █████  ███  ███  ███  ████  █████
█  ████  ████  ████
█  █  ████  ████
█  █  ████  ████  ████  ███  ████  ██
█  █████  ████  ████  ████  ████  ████
21   ██████     It's part of the public record.
22        Q          And when did it end?   When
23   did this phase end?
24              MR. GUTKIN:   Object as
25         vague.

                              Page 72



1       Q       Do you know how to use it?

2       A       Yes.

3       ██      ████████ ████████ ██

██  ██████████ ███████ ████ ███ ██████ ███████

██  ██████

6                       MR. GUTKIN:   Object as

7           vague.

8           A       I'm not understanding your

9           question.

10          Q       Publishers by a subset of

11      data, what I mean is a -- maybe I should

12      have said a subset of traffic.

13          A       Okay.

14      ██      ████████ ██████████ ██

██  ██████████ ███████ ████ ███ ██████ ████████

██  ██████ ██████

17                      MR. GUTKIN:   Object as vague

18          and calls for speculation.  Actually,

19          withdraw that.  Just vague.

20      ██      ████████ ████ ███ █████████

██  ████ ██ █ █ ████ ██ █ ████ █ ██████ ███████

██  ████ █ ████ █████ ███ ████ ██ ███ █████

██  ████████ █ ████ █ ███ ████ ████ ███ █████

██  ███ ████

██  ██      ████████ ██████ ██████ ████ ███

CONFIDENTIAL



22          MR. GUTKIN:    Object as

23      calling for speculation and vague.

24      A         Your question doesn't make

25      sense to me because it's not logically

Page 139

1        possible.



22        Q        And so when you speak to the

23    idea of ███ -- let me ask this a

24    different way.

25

Page 140

CONFIDENTIAL

1  ███████ ██████ ██████ ███ ████ ██████ █████ ███████

2             MR. GUTKIN:    Object as

3       vague.

4        A       Can you explain what you

5  mean to me by option?

6        Q       Sure.

7                I'm thinking as a publisher,

8  you have an interface for publishers;

9  correct?

10       A       Yes.

11       Q       And you try to make it easy

12  for publishers to interact with your

13  systems; correct?

14       A       Yes.

15       Q       So is it -- I'm presuming

16  that publishers -- you provide publishers

17  with some options short of a complete

18       ████

19                What are those options that

20  are presented to publishers that are

21  short of the blanket ███?

22       A       I want to make sure I'm

23  answering the question correctly.  When

24  you say ████████ █████ █████ ███ █ ████████

██ ██████ █████ ████ ██████ ████ ██ █████

                              Page 141

CONFIDENTIAL



1  ████████ ████████ ██ █ ██████ ████

2  ██████

3  █ █ ████ ████ ████ █████

4  ████ █ ████ ████ █████ █████

5      A        I'm trying to understand

6  your words.

7      Q        You testified earlier that I

8  believe there is an option to ████  ████

9  ███  correct?  I called it blanket.

10     A        I know.  They're your words.

11     Q        That blanket option, that

12  relates to users in California?

13     A        I'll describe the

14  functionality again. ███ ████  ██████

15  ████ ████ ██ █ ███

█  ████ ████ ████ █████ ████ █████

█  ████ ████ ████ ███ ████ ██ █

█  ████ ████ ████ ████ ████ █

█  ████ ████ ███ ███ ██ █ ██

█  ████ █ █████ ████ █████

█        ███ ████ █████ ██ █

█  ████ ██ █ █████ ████ ██

█  ████ ███ █ █████ ████

█  ████ ████ ███ ████ ██

█  ████ ██ ████ █████ ████ ███

                              Page 142



1  ████ ████ ██ ████ ████ ██ ███ ████ ██ █████

2 ▇  ████ ████

3       Q     Thank you.

4               Are there any other options?

5      ▌   ███ ████ ██ ███ ████

Page 143

```
 1    given me.
 2         Q         What other information do
 3    you need?
 4         A         I need to know whether
 5    third-party cookies are enabled.
 6         Q         Let's say that third-party
 7    cookies are enabled.
 8                   MR. GUTKIN:  Same
 9         objections.
10         A         Is your question about
11    authorized buyers?
12         Q         I'm looking for the list.
13    You beat me to it.
14    ███    ███    ██████    █████
██  ████  ████  ████  ███  ████  ████  ████
██  ████  ████  ███  ███  ████  ███  ████
██  ████  ████  ████  ████  ███  ████  ████
██  ████  ████  ████  ████  ████  ████  ████
██  ████  ████  ████  ████  ████
██  ████  ███  ████  ████  ████  ██████
██  ████  ████  ████  ████  ████  ████  ████
██  ████  ████  ████  ████  ███  ████  ████
██  ████  ████  ███  ██  ████  ████
██  ███████
24                   MR. GUTKIN:  Object as vague
25         and improper hypothetical.
```

                                        Page 159

1        Q        And if it's helpful, I can

2    tick through the bullet list here, or you

3    can refer to the earlier exhibit.

4              ████        ████ ████ ████ ████

██    ████████ ████ ████ ████ ████ ████ ████

██    ████████████

7        Q        So as of ██████ ██████ that

8    means the IP address is removed; is that

9    correct?

10       A        Yeah.

11       Q        ████ ████ ██████ it means -- let

12    me stop for a second.

13              ████ ████ ████ ████    ████

██    ████ ████ ████ ████ ████ ████ ████ ████

██    ████ ████ ████ ████ ████ ████ ████

██    ████████████

17              MR. GUTKIN:    Object as

18    vague.

19              ████        ████ ████

20       Q        When in ██████ was that change

21    made?

22              MR. GUTKIN:    Object as vague

23    and misstating the testimony.

24              ████        ████ ██ ████ ████

██    ████████ ████ ████ ████ ████ ████

Page 160



3        Q        So earlier today, you

4    testified you didn't recall the exact

5    date of when that happened.

6                 But it was the same day for

7    both of these actions; is that correct?

8                 MR. GUTKIN:    Object as

9        misstating the testimony and vague.

10       A        It was the same time.

Page 161



```
 1

 8              MR. GUTKIN:   Object as
 9        vague.
10

11        Q        What is entropy?
12        A        Entropy is a measure of
13   information in the system.
14        Q        What is it typically used to
15   measure?
16              MR. GUTKIN:  Object as vague
17        and calls for speculation.
18        A        I would have to speculate.
19   And therefore, I don't know that it's
20   relevant because we don't use the term
21   internally within the RTB -- my RTB team.
22
```

Page 162

CONFIDENTIAL



18          MR. GUTKIN:   Object as
19      improper hypothetical, vague and
20      lacks foundation.

Page 165

CONFIDENTIAL



1

6          MR. GUTKIN:    Object as
7     misstating the testimony and vague.
8

13         MR. GUTKIN:    Object as
14    improper hypothetical and vague.
15

Page 166

CONFIDENTIAL

```
1         and lacking foundation.
2
```

10        Q        So does WAA have an

11    impact -- explain to me -- can you

12    explain what WAA is?

13        A        There's so many of those

14    weird acronyms in GIA accounts.  And most

15    of them control behavior on Google

16    properties.  So when you're using your

17    Google account to sign into gmail or

18    these others, I'm not sure there's any

19    relationship for that one to RTB.

20        Q        What does WAA stand for?

21        A        I don't know.

22        Q        Does SWAA have any impact on

23    RTB?

24            MR. GUTKIN:  Object as

25        calling for speculation based on

Page 178

```
 1           testimony.
 2           A        I'm going to put it in the
 3      same bucket.
 4           Q        What does SWAA mean?
 5           A        I don't know.
 6           Q        Does ████ have any impact on
 7      RTB?
 8           A        Yeah.  ████ no, it doesn't.
 9           Q        What does ████ stand for?
10           A        I don't know what it stands
11      for.  But I know more about sort of the
12      scope of the control.
13           Q        Can you explain the scope of
14      the control?
15      █   ████ ████ ████ ██ ████
   █  ████ ████ ███ ████ █ ████
   █  ████ ████ █ █ ████ █
   █  ████ ████ ██ ████ ████ █████
19           Q        Let's go to your next -- the
20      next user control in the list -- I think
21      it's a user control, ████ █ ████
22                     What is ████ █ ████
23           A        I don't know the origin.
24      But it's an industry standard that was
25      adopted by mobile device manufacturers,
```

Page 179

CONFIDENTIAL

1    set top boxes where they allowed anyone

2    who's like using a device to say enable

3    ███████ █ ████████

     █          ████ ██ ████ █ ████ ████ ███

     █    ██████ █ ██████ ███ ████ ███

     █    ███ ████ ████ █ ████ ███

     █    ███████ ████ █████ ████ ███

8         Q         By device-related traffic,

9    are you -- so there's mobile; correct?

10   What does it -- does it only apply to

11   mobile, ████████ █ ████████

12                  MR. GUTKIN:    Object as

13        vague.

14        A         I'm trying to understand

15   what you mean by only.

16        Q         Does ██████ █ ████████

17   apply to browsers?

18                  MR. GUTKIN:    Object as

19        vague.

20        A         What do you mean by only

21   apply?

22        Q         Well, that's why I went in

23   the reverse.

24                  Are there ██████ █

25   ██████ signals sent for browsers who

                                        Page 180

CONFIDENTIAL

```
 1    are -- that are not mobile device
 2    browsers?
 3         A        So you're asking what
 4    generates the ███ signal?
 5         Q        Correct.
 6         A        Okay.  To my knowledge, it's
 7    limited just to devices.
 8         Q        Can you give examples of --
 9    do you mean an Android device versus an
10    iOS device, Apple device, Google device?
11    Can you give examples of what you're
12    talking about where ██████ ██ ████████
13    applies?
14         A        An Android device is a good
15    example.  Said top box is like a Roku
16    device if you've got a Smart TV.  They
17    all, if you go into the settings, can
18    find enable ██████ ██ ████████
19         Q        What about Apple devices?
20         A        I can tell you about iOS.
21    But I cannot be a representative as to
22    whether or not Google TV actually
23    supports industry standards.  I don't
24    know that.  But for iOS, they have
25    deprecated ████
```

Page 181

```
 1              MR. GUTKIN:  For the record,
 2      you said Google TV.  You meant Apple?
 3              THE WITNESS:  Sorry.  I
 4      meant Apple.
 5              MR. BARNES:  Thank you.
 6      Q       IOS does not use ████  Okay.
 7      A       They used to.
 8      Q       For Android, is █████████ ██
 9  ████████ turned on by default?
10      A          ████
11      Q       For a Roku, is ███████ ██
12  ███████ turned on by default?
13              MR. GUTKIN:  Object as
14  calling for speculation.
15      A       Not to my knowledge.
16      Q       What percentage of Android
17  users have ████████ ██ ████████ enabled?
18              MR. GUTKIN:  Object as
19  calling for speculation.
20      A       I actually saw this data not
21  that long ago. █ ████████ ███████
22  ██████████ ████████
23      Q       And what impact does the
24  ████████ █ ████████ control have on the
25  data that flows through realtime bidding?
```

Page 182

CONFIDENTIAL

```
 1                    MR. GUTKIN:   Object as
 2         vague.
 3         A         On the data that flows --
 4                    MR. GUTKIN:   I'm sorry.   And
 5         improper hypothetical.
 6         A         On the data that flows
 7    through realtime bidding, like some of
 8    the earlier questions, you're leaving me
 9    sort of a very broad swath.   So if I
10    provide an answer, it needs context.
```

11 ████

████

████

████

████

████

████

████

```
19                    MR. GUTKIN:   Object as an
20         improper hypothetical and vague.
```

21 ████

████

████

████

████

Page 183

CONFIDENTIAL

1　　████ ████ ██████ ███ ██████

2　　　　　　　MR. GUTKIN:   Object as

3　　vague.

4　　　██ ██████ ██ ██████ █

████ ██████ ██████ ███ ███ ███

████ ██████ ███ ████ █ ███ ████

██████ █ ███ ██ ██████ ██ ██ █ ████

████ ███ ██████

█ ███ ██ ███ ███████ ███ ███

██████ █████ ██████ ██ █ ███ █

██████ ███ ███ ██████ ██ █████████

██████ ███ ███ ██████ ███ ██████ ████

██████ ███ ██████ ██████████ ███ ████

████ ███ ██████ ████ ██████ █████

15　　　　　　　MR. GUTKIN:   Object as

16　　calling for speculation.

17　　　█ ███ ████ █████

█ ███ █ ███ ██████████ ██████

██ ███ ██████ ████ ████

██████ █████ █████

███████ ███ ███ ███ ██████ █████

███ ███ █ ███ ████ █ ███ ████

███ ████ ███ ████ ██████ ███ ████

███

███ ██ ███ ██████ ██ ██ █

```
1      shared through realtime bidding?
2                    MR. GUTKIN:  Object as
3         vague.
4         A          ██████████
5         Q          Are ██████ sent through
6      realtime bidding?
7                    MR. GUTKIN:  Object as
8         vague.
9         A          Sometimes.
10        Q          Is the Google user ID that
11     is shared through realtime bidding
12     related to the Biscotti cookie?
13        A          Yes.
14        Q          And how is it related?
15        A          It's a per bidder encrypted
16     copy of the Biscotti.
17        Q          Where does Google maintain a
18     mapping of the per bidder Biscotti
19     cookies for each Biscotti cookie?
20                   MR. GUTKIN:  Object as lacks
21        foundation and calls for speculation.
22        Q          Let me back up.  Tell me if
23     I'm explaining this correctly.
24                   There's one Biscotti cookie
25     for which let's say there are 100
```

Page 194

1    through?

2         A       Okay.

3         Q       Okay.

4              MR. GUTKIN:    Sorry.  Can you

5       repeat the question?

6         Q       I'm trying to figure out

7    where the mapping between Google's

8    publisher ID and the encrypted versions

9    of that same ID that gets sent to RTB

10   participants is stored and accessed in

11   the RTB process.

12             MR. GUTKIN:   Object as

13       compound and vague and asked and

14       answered.

15        A       I want to clarify.  We share

16   an encrypted version of Biscotti which

17   means we don't need to store a mapping.

18   We can just encrypt Biscotti.  So when

19   you say where do you store the mapping,

20   that's -- it's assuming we store mapping.

21   We encrypt.

22        Q       Does each bidder receive the

23   same cookie value?

24             MR. GUTKIN:   Object as

25       vague.

Page 197

CONFIDENTIAL

1          A          No.

2          Q          So each bidder receives a

3    different Google user ID, even though

4    it's the same user?

5                     MR. GUTKIN:   Object as

6        improper hypothetical.

7          A          It's related to the same

8    Biscotti.

9          Q          So the Google user ID that

10   is shared through RTB, that is relating

11   to the Biscotti ID for Google; correct?

12         A          Yeah.

13                    MR. GUTKIN:   Object as asked

14       and answered.

15         Q          And as it's sent out, each

16   RTB bidder the Google user ID sent to

17   each RTB bidder relates back to the same

18   Biscotti ID; correct?

19         A          Yeah.

20         Q          But each bidder receives a

21   different number for the Google user ID;

22   correct?

23         A          A different value.

24         Q          Where is the mapping of

25   those values stored?

Page 198

1        Q        And what is the -- how does

2    a person opt -- how does one enable the

3    Biscotti Opt-Out?

4              MR. GUTKIN:   Object as

5        calling for speculation.

6        A        The primary flow that Google

7    supports and invests in is where -- there

8    are two different flows.   And in both

9    cases, the user is signed out of their

10   Google account.   In one case, you can

11   basically go to google.com/ad settings.

12   And if you're not signed in, it won't

13   force you to sign in.   It'll literally

14   allow you to turn on and off, whether or

15   not personalization is enabled for

16   Biscotti because Biscotti is our

17   pseudonymous representation for that

18   browser.

19

Page 205



14          MR. GUTKIN:    Object as
15      vague.

21          MR. GUTKIN:    Object as
22      vague.

Page 268

CONFIDENTIAL

1    ████████████ ████████

2              MR. GUTKIN:  Same

3        objections.

4        Q        And I don't mean individual

5    authorized buyers; right?

6        A        You can't do that.  I don't

7    know the answer to that question.  ████████

8    ████████ ████ ████ ██████ ██████ ████ ██████ ██████ ████

Page 269



15                    MR. GUTKIN:   Object as
16        vague.
17
24                    MR. GUTKIN:   Object as
25        compound and vague.

Page 270

```
1      quotes -- that can be used for tracking a
2      user without their ability to disable."
3           Q        Did you write that?
4           A        Yup.
5           Q        Can an IP address be
6      included in a ██████
7                    MR. GUTKIN:  Object as
8        vague.
9           A        If you're asking if it's
10     hypothetically possible, yeah.
11     ████ ████████ ██████ ██████ ██████ ██████
██ ████████████ ██████ ████████ ██ ██████████
██ ██████████ ████████ ██████ ████████████████
██ ████████ ██████ ████ ████████████ ██████████
15                   MR. GUTKIN:  Object as vague
16       and lacks foundation.
17     ██     ████
██ ██       ████████████ ████████████
██ ██████████ ██ ██ ██ ████
██ ████████ ████████ ████████ ██████████
██ ████████████████ ████████ ████████████
██ ██ ████ ████████ ████████ ██████████
██ ██████ ████████ ████ ████████ ████
██ ████████████ ████████ ████████ ████████ ████
██ ████████ ██ ████████ ██████ ██ ████████████
```

Page 324

CONFIDENTIAL

1          I declare under penalty of perjury that the

2    foregoing is true and correct.  Subscribed at

3    _____, California, this_____day of

4    _____, 2022.

5

6

7

8

9          _____

10              DR. GLENN BERNTSON

11

12

13

14    Subscribed and sworn to

15    before me on this _____day

16    of _____, 2022.

17

18    _____

19              NOTARY PUBLIC

20

21

22

23

24

25

                                   Page 345

1              C E R T I F I C A T I O N

2

3

4         I, ANTHONY GIARRO, a Shorthand

5    Reporter and a Notary Public, do hereby

6    certify that the foregoing witness, DR.

7    GLENN BERNTSON, was duly sworn on the date

8    indicated, and that the foregoing, to the

9    best of my ability, is a true and accurate

10   transcription of my stenographic notes.

11         I further certify that I am not

12   employed by nor related to any party to

13   this action.

14   Dated" December 9, 2022

15

16

17

18

19

20

21        ANTHONY GIARRO

22

23

24

25

                                        Page 348