# EXHIBIT 8
# to Declaration of
# W. Somvichian

# (REDACTED VERSON OF
# DOCUMENT SOUGHT TO BE FILED
# UNDER SEAL)

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4                    --oOo--

5

6  IN RE GOOGLE RTB CONSUMER      Case No.

7  PRIVACY LITIGATION             4:21-CV-02155-LHK-VKD

8  _____/

9

10

11

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16

17      VIDEO-RECORDED DEPOSITION OF RETHENA GREEN

18            SAN FRANCISCO, CALIFORNIA

19           THURSDAY, APRIL 20, 2023

20

21

22

23  Reported by:

24  Anrae Wimberley, CSR No. 7778

25  Job No. CS5819744

Page 6

1                   THURSDAY, APRIL 20, 2023;

2                   SAN FRANCISCO, CALIFORNIA;

3                        9:15 A.M.

4                          - - -

5        THE VIDEOGRAPHER:  Good morning.  We are going

6    on the record.  The time now is 9:15 on April 20th,

7    2023.

8             This is Media Unit 1 in the video

9    deposition of Rethena Green in regards to Google RTB

10   Consumer Privacy Litigation, Case No. 4:21-cv-02155

11   and Case No. 5:21-cv-02155.

12            This video deposition is taking place at

13   Three Embarcadero Center in San Francisco.

14            My name is Ted Hoppe and I represent

15   Veritext and I'm the videographer.

16            Counsel, could you please voice identify

17   yourselves for the record?

18       MS. SPECTOR:  Kelsey Spector on behalf of

19   Defendant Google.

20       MR. ULWICK:  James Ulwick on behalf of the

21   plaintiffs.

22       MR. STRAITE:  David Straite on behalf of

23   plaintiffs.

24                   RETHENA GREEN,

25    sworn in personally as a witness by the Certified

Page 7

1          Shorthand Reporter, testified as follows:

2                          EXAMINATION

3    BY MS. SPECTOR:

4          Q.   Hi, Ms. Green.  Thank you so much for

5    being here today.

6               Have you been deposed before?

7          A.   No.

8          Q.   Okay.  So let's go over some basics.

9               You understand that you're under oath just

10   as you would be in a regular court of law?

11         A.   Yes.

12         Q.   Okay.  Great.

13              And the court reporter is transcribing

14   everything you say, so -- and that I say, so it's

15   important that you answer audibly.  She can't

16   transcribe gestures or head nods, so just make sure

17   that you answer audibly.

18              Understood?

19         A.   Yes.

20         Q.   Great.

21              And if you could just -- I will try my

22   best to do this, too, but if we can pause and not

23   talk over each other, that helps the court reporter.

24              Understood?

25         A.   Yes.

1    A.    Yes.

2    Q.    Do you use any other search engines?

3    A.    No.

4    Q.    Okay.  And why not?

5    A.    Because I use Google search engine.

6    Q.    Okay.  And is that -- why do you prefer a

7  Google search engine?

8    A.    That's just the one I've used.

9    Q.    Okay.  So do you use the Internet to

10  receive news?

11    A.    Yes.

12    Q.    Okay.  And where do you get your news?

13    A.    From various sites.  I get my news from,

14  you know, just various sites, maybe CNN, maybe

15  MSNBC.

16    Q.    Okay.  Do you use any social media to

17  receive news?

18    A.    Yes.

19    Q.    Okay.  Which social media sites?

20    A.    Facebook.  Yeah, that's about -- Facebook.

21    Q.    Okay.  And how often would you say you use

22  Facebook?

23    A.    As far as hours?

24    Q.    Yeah.

25    A.    Maybe a couple hours a day.

1      Q.    Okay.   And how long have you been on

2  Facebook?

3      A.    I believe it's 12 years.

4      Q.    Okay.   It's about the same for me, too.   I

5  know, it's hard now to calculate, but . . .

6            And what do you use Facebook for?

7      A.    Facebook, I use it for keeping up with

8  family members and friends, primarily.

9      Q.    Okay.   Do you use it -- you use it to

10  receive news?

11      A.    I do receive news.

12      Q.    Okay.   Do you use it to shop for any

13  products?

14      A.    I don't use Facebook to shop for products.

15      Q.    Okay.   Do you use Instagram?

16      A.    I do have an Instagram account.

17      Q.    Okay.   Do you use it frequently?

18      MR. ULWICK:   Objection; vague.

19      THE WITNESS:   I mean, I go to Instagram.   I

20  don't know frequently, but I do go to Instagram.

21  BY MS. SPECTOR:

22      Q.    Do you use it every day?

23      A.    I look at it every day.

24      Q.    Okay.   And what do you use Instagram for?

25      A.    I just look at whatever is going across

1    the timeline.  I don't really use it for anything

2    specific.

3          Q.    Okay.  Do you shop for any products at all

4    through Instagram?

5          A.    I have.  I have.

6          Q.    What have you shopped for?

7          A.    I believe I shop for -- something for

8    collagen.

9          Q.    Collagen?  Okay.

10               I've shopped for Hailey Bieber's new lip

11   product.  She, like, releases her drop, so -- and

12   you can, like, click on it.  It's hard to get.  So

13   I've definitely used Instagram to shop, too.

14               Have you shopped for anything else on

15   Instagram?

16         A.    I've probably shopped for more than the

17   collagen but not very often.

18         Q.    And when you say you shopped for collagen,

19   did you do that through their -- they have like a

20   commerce extension now where you can buy the product

21   in app or did you click an ad and go to a different

22   site?

23         MR. ULWICK:  Objection; compound.

24         THE WITNESS:  I clicked an ad.

25   BY MS. SPECTOR:

1          Q.    Okay.  And that took you to another site?

2          A.    Yes.

3          Q.    And did you purchase the collagen there?

4          A.    Yes.

5          Q.    Okay.  Would you say that ad was helpful

6     to you?

7          A.    I can say yeah.

8          Q.    Okay.  And why was it helpful?

9          A.    I had seen something that was interesting

10    to me, and I clicked on it and purchased it.

11         Q.    Great.

12               And have you seen other ads that were

13    interesting to you?

14         A.    Yes.

15         Q.    On Instagram?  Sorry, strike that.

16               Have you seen other ads on Instagram that

17    were interesting to you?

18         A.    Yes.

19         Q.    Like what?

20         A.    Nothing specific.  Just -- like I seen

21    some lip gloss, too.

22         Q.    Yeah.

23         A.    Just maybe beauty products, anti-aging

24    products.

25         Q.    I like those, too.

Page 27

1              So would you say that those ads were

2     relevant to your interests?

3          A.    They were relevant to my interests.

4          Q.    Were they helpful?

5          A.    They were helpful.

6          Q.    How were they helpful?

7          A.    I've seen something that interests me and

8     I made a purchase at some times.  Sometime -- most

9     of the time I don't.

10         Q.    Even when you don't make a purchase, do

11    you still think they're helpful?

12         A.    I do.

13         Q.    Why?

14         A.    Because it may be something that's

15    interesting to me.

16         Q.    Yeah.  I like learning about new products,

17    too.  It's fun.

18              So do you use any other social media, like

19    Twitter?

20         A.    No.

21         Q.    Okay.  TikTok?

22         A.    Yes.

23         Q.    Okay.  How long have you been on TikTok?

24    MR. ULWICK:  Objection; vague.

25    THE WITNESS:  Less than a year.

1    BY MS. SPECTOR:

2        Q.    Less than a year?  Okay.

3              And why did you sign up for TikTok?

4        A.    My daughter kept sending me TikToks.

5        Q.    I know.  I don't have a TikTok yet, but I

6    need to get one because people send me some, too.  I

7    just do the thing where I wait for them to get

8    posted on Instagram.

9              Do you enjoy TikTok?

10       A.    It's okay.

11       Q.    Okay.

12       A.    Yeah.

13       Q.    Okay.  And have you ever seen any ads

14   on -- for products on TikTok?

15       A.    Yes.

16       Q.    Okay.  Have you purchased any products

17   that you've seen advertised on TikTok?

18       A.    No.

19       Q.    No.  Okay.

20             What kinds of ads have you seen on TikTok

21   for products?

22       A.    I think I've seen gaming ads.

23       Q.    What kind of gaming?

24       A.    Like casino games.

25       Q.    Okay.  Interesting.

1              Would you say those are relevant to your
2    interests?
3        A.    To my interests as in?
4        Q.    Do you like casino games?
5        A.    I've played a casino game.
6        Q.    Okay.  And when you say, "casino game," do
7    you mean online casino games or -- let me just --
8    strike that.
9              Do you mean online casino games?
10       A.    Online casino games.
11       Q.    Okay.  Like what?
12       A.    I don't understand what you mean by --
13       Q.    Explain to me what an online casino game
14   is.
15       A.    Well, it doesn't involve any money.
16       Q.    Okay.
17       A.    It's just playing the game with virtual
18   coins that they give you.
19       Q.    Okay.  And so you don't pay any money to
20   play the game?
21       A.    No.
22       Q.    Okay.  Any other kinds of ads that you've
23   seen on TikTok?
24       A.    Not that I can -- I can't really remember
25   any ads -- of the ads because I don't . . . I don't

Page 30

1    look at the ads.  I don't remember too many of the
2    ads on TikTok.
3         Q.    Okay.  And how often do you use TikTok per
4    week?
5         A.    Maybe three times a week.
6         Q.    Okay.  So less frequently than Instagram?
7         A.    Less frequently than Instagram.
8         Q.    Okay.  And just to go back to Instagram
9    quickly, how long have you been -- how long have you
10   had an account with Instagram?
11        A.    I don't know.  I don't know.
12        Q.    Okay.  That's fine.
13              Do you use LinkedIn?
14        A.    No.
15        Q.    No.  Okay.
16        MS. SPECTOR:  Let me introduce the second
17   exhibit.
18              (Deposition Exhibit 2 was marked.)
19   BY MS. SPECTOR:
20        Q.    Is this your LinkedIn?
21        A.    Yes.
22        Q.    Okay.  Do you remember setting this up?
23        A.    I don't remember doing it.
24        Q.    Okay.  Do you use it anymore?  Do you use
25   this account anymore?

1   did you visit?

2          A.    I don't think it's a particular website

3   that I would visit for just one specific health site

4   I would visit.

5          Q.    Okay.  Do you use WebMD?

6          A.    I have.

7          Q.    Okay.  Have you used Cleveland Clinic's

8   website?

9          A.    I don't -- I don't recall.

10          Q.    Okay.  Have you ever seen any

11   health-related advertisements?

12          A.    Yes.

13          Q.    Like what?

14          A.    For ███████████

15          Q.    Okay.  And did you find those

16   advertisements helpful?

17          A.    Sometimes.

18          Q.    Okay.  And why do you say that?

19          A.    Sometimes it pertain to me, sometime it

20   didn't.

21          Q.    Okay.  And so when the ad pertained to

22   you, it was helpful?

23          A.    Yes.

24          Q.    Okay.  And what kind of ads have you seen

25   related to ██████████ that pertain to you that were

1          Q.    Have you ever had a website ask you for

2     permission to access your location?

3          A.    Yes.

4          Q.    Okay.  Which site?

5          A.    I can't think of anything.  I know

6     Facebook --

7          Q.    Okay.

8          A.    -- has the location.

9          Q.    When websites ask you for permission to

10    access your location, do you generally say yes?

11          MR. ULWICK:   Objection; speculation.

12          THE WITNESS:   Yes.

13    BY MS. SPECTOR:

14          Q.    Okay.  And why?

15          A.    Because they ask -- they ask for my

16    location, I -- maybe it enhances my time on the

17    website.

18          Q.    Great.

19               And when you say, "enhanced time on the

20    website," can you give me an example?

21          A.    If it -- it helps the location -- if I'm

22    looking for a location and they want to know -- if I

23    want to know the closest to me, sometime I -- you

24    know, it would help that way --

25          Q.    Great.

1          A.    Yes.

2          MR. ULWICK:  Objection; calls for speculation.

3    BY MS. SPECTOR:

4          Q.    Okay.

5          A.    Yes.

6          Q.    And do you generally find it helpful if

7    websites present you with options that are in your

8    general location?

9          MR. ULWICK:   Objection; vague.

10          THE WITNESS:   Yes.

11    BY MS. SPECTOR:

12          Q.    Why?

13          A.    To find the closest to me -- the location

14    closest to me.

15          Q.    Great.

16          So switching gears a little bit, do you

17    ever visit -- well, strike that.

18          Do you have any grandkids?

19          A.    Not yet.

20          Q.    Do you ever visit any sites that are

21    directed towards kids, like Disney?

22          MR. ULWICK:  Objection; calls for speculation.

23    Objection; vague.

24          THE WITNESS:  Not very often.

25    BY MS. SPECTOR:

```
 1    address?
 2         A.   I have heard of an IP address.
 3         Q.   Okay.  Do you know what an IP address is?
 4         A.   I believe that an IP address is -- I'm not
 5    sure.  This is just my recollection of what it is --
 6    is the location address.
 7         Q.   Okay.  And do you understand how an IP
 8    address is used online?
 9         MR. ULWICK:  Objection; vague.
10         THE WITNESS:  I do not understand how it works
11    online.
12    BY MS. SPECTOR:
13         Q.   Okay.  We talked earlier about seeing
14    results or ads that are related to your approximate
15    location.
16              Do you remember that conversation?
17         A.   Yes.
18         Q.   Okay.  Do you find it helpful to get
19    online information related to your location?
20         MR. ULWICK:  Objection; vague.
21         THE WITNESS:  If I am trying to say, as an
22    example, like a restaurant, and I guess that that
23    location would help me, the location -- I'm not sure
24    how to say it.
25              I guess the location app or whatever would
```

1  help, yes.

2  BY MS. SPECTOR:

3      Q.   Okay.  Are you objecting to the use of IP

4  address to help give you location-specific results?

5      MR. ULWICK:  Objection; vague.  Objection;

6  calls for legal conclusions.

7      THE WITNESS:  Kind of -- I'm not computer savvy

8  and -- with all these words.  So can you kind of

9  rephrase that one for me?

10 BY MS. SPECTOR:

11     Q.   Yeah.  Let me think about how to say this.

12          So you understand IP address to be related

13 to location; correct?

14     A.   Correct.

15     Q.   Okay.  And you like to get results that

16 are specific to your location online --

17     MR. ULWICK:  Object --

18 BY MS. SPECTOR:

19     Q.   -- obviously in some circumstances?

20     MR. ULWICK:  Objection; misstates prior

21 testimony.

22     THE WITNESS:  Yes.

23 BY MS. SPECTOR:

24     Q.   Okay.  So do you object to the use of IP

25 address to get you results that are specific to your

```
 1          Q.   What kind of shoes?
 2          A.   I looked for sparkly shoes for my
 3   grandmother's birthday.
 4          Q.   Oh, that's very cute.
 5          A.   Yes.
 6          Q.   Did you see any ads related to sparkly
 7   shoes after you looked for some?
 8          A.   Yes, I did.
 9          Q.   Okay.  Did you find those ads helpful?
10          MR. ULWICK:  Objection; vague.
11          THE WITNESS:  Yeah, they were helpful.
12   BY MS. SPECTOR:
13          Q.   Okay.  Why?
14          A.   Because it was sparkly shoes.  I was
15   looking for them and then I seen ads for them.  I
16   had already purchased the shoes, but I had seen ads
17   afterwards, so --
18          Q.   Okay.
19          A.   -- it was okay.
20          Q.   Okay.  Where else do you see ads besides
21   social media sites and CNN?
22          MR. ULWICK:  Objection; foundation.
23          THE WITNESS:  I don't know what you mean.
24   BY MS. SPECTOR:
25          Q.   Are there any other websites where you see
```

Page 74

```
 1       Q.    Okay.  So we talked about the sparkly
 2   shoes before.
 3             Have you ever seen other ads for a product
 4   or service that you've recently looked at?
 5       A.    Yes.
 6       Q.    Like what?
 7       A.    Collagen.
 8       Q.    Okay.
 9       A.    So I've seen ads for collagen.
10       Q.    Okay.  And you saw the ad for collagen on
11   Instagram; is that right?
12       A.    I recently saw the ad for collagen on
13   Instagram.
14       Q.    Okay.  And before you saw that ad had you
15   looked at collagen on other websites?
16       A.    No.
17       Q.    Where had you looked at collagen before?
18       A.    I hadn't seen any collagen ads since I'd
19   seen the first one, so I hadn't seen any, but I seen
20   them afterwards, so --
21       Q.    Got it.  Okay.
22             So let me ask the question again, and let
23   me rephrase to see if we can get on the same page.
24             Have you ever been looking for a product
25   or a service and then later saw an ad for that
```

```
 1          MR. ULWICK:  Objection; vague.  Objection;
 2    misstates prior testimony.
 3    BY MS. SPECTOR:
 4          Q.   You can answer.
 5          A.   Okay.  Yeah, I sign out --
 6          Q.   Okay.
 7          A.   -- when I get off the computer.
 8          Q.   Okay.  And why?
 9          A.   I don't use the computer very much.
10          Q.   Do other people use the computer that you
11    use?
12          A.   Not often.
13          Q.   Okay.  Let's circle back to that.  But
14    let's talk just really quickly about the Google
15    services you use.
16               Do you use Google Search tool?
17          A.   Yes.
18          Q.   Right, we talked about that.
19               How often would you say you use Google
20    Search tool?
21          MR. ULWICK:  Objection; vague.
22          THE WITNESS:  I probably use it every day.
23    BY MS. SPECTOR:
24          Q.   Okay.  Have you ever paid any money to use
25    Google Search tool?
```

1          MR. ULWICK:  Objection; vague.

2          THE WITNESS:  No.

3     BY MS. SPECTOR:

4          Q.    Okay.  Do you enjoy using it for free?

5          MR. ULWICK:  Same objections.

6          THE WITNESS:  I enjoy using everything that's

7     free.

8     BY MS. SPECTOR:

9          Q.    So let's talk about Gmail.

10               I understand you have three accounts.  You

11    use all three accounts for Gmail?

12         A.    Yes.

13         Q.    Okay.  And have you ever paid any money to

14    use Gmail?

15         MR. ULWICK:  Objection; vague.

16         THE WITNESS:  No, I can't recall paying any

17    money to use Gmail.

18    BY MS. SPECTOR:

19         Q.    Okay.  Do you enjoy using it for free?

20         MR. ULWICK:  Same objection.

21         THE WITNESS:  I don't know if I'm using it for

22    free, that's the thing.  But I enjoy using -- I use

23    Google e-mail.

24    BY MS. SPECTOR:

25         Q.    Okay.  But you don't remember paying any

1    money to use Gmail?

2          A.    I don't remember paying any money to use

3    Gmail.

4          Q.    Okay.  Do you use Google Maps?

5          MR. ULWICK:  Objection; vague.

6          THE WITNESS:  I do use Google Maps.

7    BY MS. SPECTOR:

8          Q.    Okay.  Are you logged into the map --

9    strike that.

10               Do you have the Maps app on your cell

11   phone?

12         A.    Yes, I have the Maps app.

13         Q.    Okay.  Are you logged into any Google

14   account on the Maps app?

15         MR. ULWICK:  Objection; vague.  Objection;

16   calls for expert testimony.

17         THE WITNESS:  Yes, I'm logged in.

18   BY MS. SPECTOR:

19         Q.    Okay.  Which account, do you know?

20         MR. ULWICK:  Same objections.

21         THE WITNESS:  I believe it's the RKimGee.

22   BY MS. SPECTOR:

23         Q.    Okay.  Do you ever log out of the Maps

24   app?

25         MR. ULWICK:  Same objections.

1   cell phone.

2           Does anyone else use your cell phone?

3       MR. ULWICK:  Objection; vague.

4       THE WITNESS:  It's rare, very rare, that

5   someone would use my phone.  They would use it to

6   make a call.

7   BY MS. SPECTOR:

8       Q.   Okay.

9       A.   And that's all.

10      Q.   Would they ever use it to surf the

11  Internet?

12      MR. ULWICK:  Objection; vague.  Objection;

13  calls for speculation.

14      THE WITNESS:  I can't really recall a time that

15  I would let someone use my phone to surf the

16  Internet.

17  BY MS. SPECTOR:

18      Q.   Okay.  Does your mom have a cell phone?

19      A.   Yes.

20      Q.   Okay.  Is it a smartphone?

21      A.   Yes.

22      Q.   Okay.  What about your grandma?

23      A.   Yes.

24      Q.   She has a smartphone?

25      A.   She has a smartphone.

Page 240

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing transcript is

11  a true record of the testimony given.

12        Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript ( ) was (X) was not requested.

16        I further certify that I am neither

17  financially interested in the action nor a relative

18  or employee of any attorney of any party to this

19  action.

20        IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  May 2, 2023

23

24  _____

25        ANRAE WIMBERLEY, CSR No. 7778