# EXHIBIT 9
# to Declaration of
# W. Somvichian

CONFIDENTIAL

Page 1

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                         OAKLAND DIVISION

4

5        In re Google RTB Consumer

         Privacy Litigation,

6                                        No. 21-cv-02155-YGR

7        This Document Relates to:

         all actions,

8        _____/

9

10                      *** CONFIDENTIAL ***

11            VIDEOTAPED DEPOSITION OF JOHN KEVRANIAN

12             appearing at San Francisco, California

13                  Friday, December 9, 2022

14

15

16

17

18

19

20

21

22        Reported by:

23        Natalie Y. Botelho

24        CSR No. 989

25        Job No. CS5613874

CONFIDENTIAL

Page 8

1    representing Veritext Legal Solutions, and I'm the

2    videographer.  The court reporter is Natalie

3    Botelho, from the firm Veritext Legal Solutions.  I

4    am not related to any party in this action, nor am I

5    financially interested in the outcome.

6              If there are any objections to proceeding,

7    please state them at the time of your appearance.

8    Counsel and all present, including remotely, will

9    now state their appearances and affiliations for the

10   record, beginning with the noticing attorney.

11             MR. SOMVICHIAN:  Whitty Somvichian, with

12   Cooley, representing Google.

13             MR. DANITZ:  Brian Danitz of Cotchett

14   Pitre & McCarthy, for the plaintiff.

15             MS. NISHIMURA:  Nanci Nishimura, Cotchett

16   Pitre & McCarthy, for plaintiff.

17             MR. STRAITE:  David Straite, Dicello

18   Levitt, for Plaintiff.

19             MS. PRITZKER:  This is Elizabeth Pritzker

20   of Pritzker Levine.  I represent the plaintiffs.

21             THE VIDEOGRAPHER:  Thank you.

22             Will the court reporter please swear in

23   the witness, and then counsel may proceed.

24                  JOHN KEVRANIAN,

25   having been administered an oath, was examined and

CONFIDENTIAL

1               testified as follows:

2

3             EXAMINATION BY MR. SOMVICHIAN

4             MR. SOMVICHIAN:  Q.  Good morning,

5    Mr. Kevranian.  We just met this morning.  You

6    understand you're here to be deposed in the class

7    action matter in which you're one of the named

8    plaintiffs?

9    A.        Yes.

10   Q.        Let me -- let me just mark for the record

11   the deposition notice in this case, so we have it.

12             And this will be the second exhibit.  Just

13   put a couple things in front of you.

14             (Whereupon Exhibit 1 and Exhibit 2 were

15             marked for identification.)

16             MR. SOMVICHIAN:  Q.  Mr. Kevranian, let's

17   start with the first document.  We won't take much

18   time with that.  Have you seen that before?

19   A.        Yes.

20   Q.        You understand it's the notice by which we

21   requested your deposition here today?

22   A.        Yes.

23   Q.        Have you been deposed before?

24   A.        Yes.

25   Q.        How many times?

CONFIDENTIAL

Page 52

1    A.        Can you define -- can you explain me?  I

2    don't know what --

3    Q.        Yeah.  Do you use Google Chrome?

4    A.        Google -- once in a while.

5    Q.        Do you use Safari?

6    A.        Yes.

7    Q.        Okay.  Sounds like you're more familiar

8    with Safari; is that right?

9    A.        Yes.

10   Q.        Okay.  You use that more often?

11   A.        Yes.

12   Q.        Do you use Safari -- well, let me -- we'll

13   come back to the devices that you use it on.  Can

14   you -- can you estimate for me how often you might

15   use Google Chrome as a web browser?

16             MR. DANITZ:  Objection; calls for

17   speculation.

18             THE WITNESS:  I don't know.

19             MR. SOMVICHIAN:  Q.  Do you have any idea

20   whether it's possible to use Google Chrome when

21   you're signed out of a Google account?

22   A.        I don't know.

23   Q.        After filing this lawsuit, did you ever

24   look into that subject?

25   A.        No.

CONFIDENTIAL

Page 53

```
 1    Q.         Mr. Kevranian, you've never -- you've
 2   never paid anything for the Google services that
 3   you've used, right?
 4    A.         No.
 5    Q.         Okay.   They've been free to you?
 6    A.         Yes.
 7    Q.         Do you feel that's a benefit to you to
 8   have free services provided to you through Google?
 9    A.         It's a service they offer.
10    Q.         That you utilize.   Do you get a benefit
11   from using those free services?
12    A.         I guess.
13    Q.         Do you know what enables them to be free
14   to users?
15              MR. DANITZ:   Objection; calls for
16   speculation.
17              THE WITNESS:   Can you repeat the question,
18   please?
19              MR. SOMVICHIAN:   Q.   Yeah.   Do you know
20   what enables Google to provide free services to
21   people like you?
22              MR. DANITZ:   Objection; calls for
23   speculation.
24              THE WITNESS:   I don't understand the
25   question.
```

CONFIDENTIAL

Page 82

1    A.         Yes.

2    Q.         Okay.  Do you have an iPhone?

3    A.         An iPhone.

4    Q.         What's the model?

5    A.         8.

6    Q.         That's still the one you're using

7    currently?

8    A.         Yes.

9    Q.         How long have you had that?  It's a

10   collector's item now.

11   A.         It is.  So long time.

12   Q.         You have a MacBook?

13   A.         Yes.

14   Q.         You use that to browse the Internet?

15   A.         Yes.

16   Q.         How long have you had that MacBook?

17   A.         Over a year.

18   Q.         What -- what computer did you use before

19   that?  Did that replace something?

20   A.         It was another Mac -- Apple computer.

21   Q.         Okay.  And you don't have that anymore?

22   A.         No.

23   Q.         What did you do with it?

24   A.         Actually, I do have it, but it's -- it

25   doesn't operate.  It doesn't turn on.

CONFIDENTIAL

Page 83

1    Q.        Is that the one that you had at the time

2    that you filed the complaint, the one that no longer

3    works?

4    A.        I don't remember.

5    Q.        Okay.  So you have some other Apple

6    computer that no longer works?

7    A.        That's right.

8    Q.        And you have a MacBook that you're

9    currently using?

10   A.        Yes.

11   Q.        Do you also have like a desktop computer

12   that you use?

13   A.        No.

14   Q.        You mentioned that you predominantly use

15   Safari as the web browser, but you also use Chrome

16   from time to time.  Do you recall that?

17   A.        Yes.

18   Q.        Do you use Chrome on your MacBook?

19   A.        Yes.

20   Q.        Do you use Chrome on your iPhone?

21   A.        Yes.

22   Q.        I assume you have to install Chrome on

23   both of those devices, right?

24   A.        I don't know.

25   Q.        You don't remember doing that?

1    a term that's familiar to you at all?

2             MR. DANITZ:  Objection; vague and

3    ambiguous --

4             THE WITNESS:  I don't know.

5             MR. DANITZ:  -- as to "private browsing

6    mode."

7             MR. SOMVICHIAN:  Q.  You've never heard of

8    that, right?

9    A.        No.

10   Q.        Since filing this complaint, have you done

11   any research to see if there are ways of using your

12   Internet browsers in a way that might address some

13   of the concerns that you've laid out in your

14   complaint?

15   A.        I don't remember.

16   Q.        You haven't done that, right?

17   A.        I don't remember.

18   Q.        Have you ever looked into using other

19   types of browsers other than Safari and Chrome that

20   might have features that could address, at least in

21   part, some of your privacy concerns that you've

22   alleged in this case?

23             MR. DANITZ:  Objection; lacks foundation.

24             THE WITNESS:  I don't know.

25             MR. SOMVICHIAN:  Q.  Do you know what ad

Page 86

1   blockers are?

2   A.        I don't know.

3   Q.        Have you ever heard of an add-on to your

4   web browser that can help block you from seeing

5   certain ads?

6           MR. DANITZ:  Objection; vague and

7   ambiguous as to "add-on."

8           THE WITNESS:  I don't know.

9           MR. SOMVICHIAN:  Q.  Did you ever look

10  into that or research it as to whether there are

11  things that you can utilize that would block ads

12  from being shown to you?

13  A.        No.

14  Q.        You never researched that after filing the

15  complaint in this case, right?

16  A.        I don't remember.

17  Q.        Do you know what a VPN is?

18  A.        No.

19  Q.        Earlier you mentioned cookies.  I know

20  it's a big subject, but what's your general

21  understanding of cookies when you referred to it

22  earlier?

23  A.        It has something to do with technical

24  computer terminology.

25  Q.        Do you have any other understanding of it

CONFIDENTIAL

Page 92

1    did to look into that subject; is that fair?

2    A.        I don't recall.

3    Q.        And after becoming concerned about these

4    issues that you were alerted to, did you change in

5    any way, you know, how you browse the Internet, what

6    sites you access, or anything else about your web

7    browsing activity?

8    A.        I don't remember.

9    Q.        Did you ever ask anyone other than your

10   lawyers about ways where you might be able to

11   protect yourself from some of the privacy concerns

12   that you had that led you to file this case?

13   A.        Repeat the question, please.

14   Q.        Yeah.  Do you have -- do you have family

15   members that you view as being more tech-savvy that

16   you might ask questions to, for example?

17   A.        No.

18   Q.        You don't have -- so if you have a

19   computer-related question that you don't know

20   yourself, you don't have a resource that you go to?

21   A.        No.

22   Q.        You don't have any younger family members

23   who are more familiar with Internet-related

24   concepts?

25   A.        I have kids, but I don't bother them.

CONFIDENTIAL

Page 104

```
 1   Mr. Kevranian, is it your allegation that the

 2   highlighted text with the statements reflected in

 3   there -- strike that.

 4            Is it your allegation that the statements

 5   highlighted in this document on the first page are

 6   false?

 7            MR. DANITZ:  I'm sorry, Counsel.  Okay.

 8   "False."  I didn't hear that last word.

 9            THE WITNESS:  Can you repeat the question,

10   please?

11            MR. SOMVICHIAN:  Q.  Yeah.  You see the

12   highlighted text?  Let's be more specific.  You see

13   the text that says, "We don't sell your personal

14   information to anyone"?  You see that?  It's

15   highlighted.

16   A.       Yes.

17   Q.       Is it your allegation in this case that

18   that statement is false?

19   A.       Yes.

20   Q.       What's the basis for saying that it's

21   false?

22   A.       Google has promised and has stated to all

23   Google account holders that they don't sell their

24   personal information to anyone.

25   Q.       Yeah.  What's your basis for alleging in
```

CONFIDENTIAL

Page 105

1   this case that that is not true?

2   A.          From the news --

3               MR. DANITZ:  Objection.  You can answer if

4   you have an independent basis, but objection, it

5   calls for attorney -- to the extent it calls for our

6   communications regarding privileged issues in this

7   case, please don't reveal those.  Also calls for

8   expert testimony.  You can answer.

9               THE WITNESS:  It's the information I've

10  received through the media, the congressional

11  hearings, news reports, that Google sells private

12  information -- private personal information to third

13  parties.

14              MR. SOMVICHIAN:  Q.  Okay.  And that's the

15  same information and sources that you referred to me

16  earlier today, right?

17  A.          Yes.

18  Q.          You don't have in mind some other source

19  that you've now remembered that's part of why you

20  think this is untrue, is it?

21              MR. DANITZ:  Mischaracterizes the

22  testimony, calls for expert testimony.  And I

23  instruct the witness not to reveal privileged

24  communications.  You can respond.

25              THE WITNESS:  No.

CONFIDENTIAL

Page 233

1           I, JOHN KEVRANIAN, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear noted, in ink, initialed by me, or attached

5    hereto; that my testimony as contained herein, as

6    corrected, is true and correct.

7           EXECUTED this _____ day of

     _____,

8

     20__, at _____, _____.

9              (City)                    (State)

10

11

12

13

14

15         _____

16                   John Kevranian

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 234

1                    CERTIFICATE OF REPORTER

2

3          I, Natalie Y. Botelho, a Certified

4    Shorthand Reporter, hereby certify that the witness

5    in the foregoing deposition was by me duly sworn to

6    tell the truth, the whole truth, and nothing but the

7    truth in the within-entitled.

8               The said deposition was taken down in

9    shorthand by me, a disinterested person, at the time

10   and place therein stated, and that the testimony of

11   said witness was thereafter reduced to typewriting,

12   by computer, under my direction and supervision;

13              That before completion of the deposition,

14   review of the transcript [ ] was|[X] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18              I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

     any of the parties thereto.

22   DATED: December 21, 2022

23

24   _Natalie Y. Botelho_

25        Natalie Y. Botelho, CSR No. 9897