# EXHIBIT 12
# to Declaration of
# W. Somvichian

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   In re Google RTB Consumer    )

    Privacy                      ) Case No.

6   Litigation,                  ) 4:21-cv-02155-YGR-VKD

                                 )

7                                )

    This document applies to:    )

8   All actions                  )

    _____  )

9

10

11

12                   CONFIDENTIAL

13     VIDEO-RECORDED DEPOSITION OF ZUBAIR SHAFIQ

14

15              Tuesday, August 22, 2023

16              San Francisco, California

17

18

19

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 6056429

                                    Page 1

CONFIDENTIAL

```
 1    3 Embarcadero Center, 20th Floor, San Francisco,

 2    California, 94111.

 3            My name is Cassia Leet representing

 4    Veritext Legal Solutions, and I am the videographer.

 5    The court reporter is Hanna Kim from the firm          09:14:41

 6    Veritext Legal Solutions.

 7            I am not related to any party in this

 8    action, nor am I financially interested in the

 9    outcome.

10            Will counsel and all present please state     09:14:53

11    your appearances and affiliations for the record,

12    beginning with noticing attorney.

13            MR. SOMVICHIAN:  Yeah.  Whitty Somvichian

14    with Cooley representing Google today.

15            MR. TREVOR:  Reece Trevor, also with          09:15:09

16    Cooley, for Google.

17            MR. LEVINE:  Jonathan Levine, Pritzker

18    Levine, representing Plaintiffs.

19            MS. DAVIS:  Anne Davis, Bleichmar, Fonti &

20    Auld, representing Plaintiffs.                         09:15:21

21            THE VIDEOGRAPHER:  Thank you.

22            Would the court reporter please swear in

23    the witness, and then counsel may proceed.

24    ///

25    ///
```

Page 9

CONFIDENTIAL

```
 1                    ZUBAIR SHAFIQ,

 2           having been duly administered an oath,

 3           was examined and testified as follows:

 4

 5                    EXAMINATION

 6   BY MR. SOMVICHIAN:

 7        Q.    Good morning, Dr. Shafiq.

 8              We just met today; correct?

 9        A.    Yes.

10        Q.    You understand you're here today in        09:15:47

11   connection with the work that you've performed in a

12   litigation filed against Google?

13        A.    That's correct.

14        Q.    Okay.  And -- and the name of the matter

15   is -- is In Re:  Google RTB Consumer Privacy          09:15:59

16   Litigation.  You're aware of --

17        A.    Yes.

18        Q.    -- this matter.  It's not the only matter

19   that you're working on relating to Google; right?

20        A.    Is that a question?                         09:16:10

21        Q.    Yeah.

22        A.    Yes.

23        Q.    For -- for this case, which we'll --

24   we'll -- we'll call the RTB case, you submitted

25   an -- an expert report.                               09:16:23
```

Page 10

CONFIDENTIAL

```
 1    is that fair?

 2         A.   I lost you on the first part of the

 3    question.

 4              Can you like be precise --

 5         Q.   Yeah.                                    09:50:56

 6         A.   -- like what do you mean by legal thing?

 7         Q.   I -- I was just trying to refer loosely to

 8    what -- to what you described.

 9              It's -- I think you explained that it's

10    your understanding that Google somehow promised that  09:51:06

11    we're going produce this named plaintiffs' data and

12    it's going to be representative of the whole class.

13              Is that your understanding?

14         A.   I understand that, yes, Google made -- I

15    don't -- so let me rephrase it.                      09:51:20

16              It is my understanding that the Court

17    required Google to produce representative data.

18         Q.   And when you say "representative" in that

19    context, you mean that you understood the data that

20    you reviewed was supposed to be representative of      09:51:38

21    other people, not the named plaintiffs, but who are

22    part of the class; is that fair?

23         A.   Yeah, I believe -- again, I don't remember

24    the exact wording in one of those letters that I

25    remember I came across, but it said something to the   09:51:53
```

Page 39

1    effect of class and class period or -- one or the

2    other or perhaps both.  Something like this.

3          But assuming that data is representative,

4    then extrapolating from that, there is no reason to

5    believe that would not be the case.              09:52:08

6          And I'm sure we will talk about like later

7    parts of the report, we will look at the data in

8    more detail.

9          Q.   Okay.

10         A.   Yeah, I'll stop here.                 09:52:17

11         Q.   Okay.  But you said "assuming that data is

12   representative."  I just want to confirm that that's

13   an assumption you applied and it's not an

14   independent analysis that you performed in this case

15   to come to an independent judgment that the data     09:52:30

16   that I'm looking at is, in fact, representative of

17   other people in the class; correct?

18         A.   So for this particular opinion and this

19   particular statement in Paragraph 41, yes.

20         But, again, I think as we go later in the      09:52:42

21   report, I opine on some other issues.  The data that

22   I analyzed, the volume is so huge.  For example,

23   just for these seven named plaintiffs or these just

24   like eight-week periods, the volume is like ███

25   ███████ bid requests.  It's not like there are only   09:52:59

Page 40

1    true for other individuals as it relates to these ■

2    common data fields.

3        A.    Again, based on that assumption, based on

4    the representation from Google's counsel, that data

5    is supposed to be representative.                    09:54:32

6             If you ask me to form an opinion, I will

7    extrapolate based on just that.

8             I did not see anything in the data that

9    stood me out [verbatim] as like not representative.

10   I'm sure you know like I do research in this space.  09:54:46

11   I independently conduct research, collect a lot of

12   data.

13       Q.    Yeah.

14       A.    Based on general understanding of like how

15   people browse the internet, the stuff that I see for 09:54:56

16   these named plaintiffs seem pretty typical.

17       Q.    Okay.  In -- in your independent research

18   that you referred to, have you ever extrapolated

19   from observations drawn from seven, eight, or nine

20   individuals to a larger group encompassing millions  09:55:16

21   of people?

22       A.    It depends, yes.  So I think it really

23   comes down to volume of data.

24             So, for example, if I only look at one or

25   two data points, if you run a statistical test, you  09:55:29

                                            Page 42

1  that are used.

2         So one of the standard metrics that is

3  being -- is typically computed is called p-value

4  analysis based on different types of tests that are

5  being run.  So that's the analysis I refer to.      09:56:56

6     Q.    Let -- can -- can you take a look at

7  Exhibit 2?  Let me ask questions this way.

8         So if you look on page -- the second page

9  of this, you're saying here, as I -- as I read it,

10 Dr. Shafiq, that -- let's just pick anything.  The   09:57:14

11 "region" field.  It's kind of a third of the way

12 from the bottom.

13         The region field --

14    A.    First page or second page?

15    Q.    Second page.                               09:57:26

16    A.    Mm-hmm.

17    Q.    But you observed in the named plaintiffs

18 'data that the region field was populated ■ percent

19 of the time?

20    A.    Yeah, that's what this represents.         09:57:35

21    Q.    Okay.  You don't have any basis to

22 conclude that if we looked at a -- a population of

23 other individuals other than the named plaintiffs,

24 and looked at their data, that that same field would

25 be populated ■ percent of the time?  You don't have 09:57:47

Page 44

1    any basis to make that conclusion, do you?

2        A.   Again, two bases.  One is the assumption

3    that I make.

4        Q.   Yes.

5        A.   -- assuming the data is representative,      09:57:55

6    then there is no reason to believe.

7             Secondly, based on my general

8    understanding -- again, because here we are dealing

9    with ███████ bid requests, it's a lot of data.

10            Based on that general understanding, if I    09:58:11

11   applied that to this, I have no reason to believe

12   that it will change.

13            If, again, there is additional data, for

14   example, if Google samples data from some other

15   individuals who are not plaintiffs, if there are --   09:58:24

16   I'm happy to do that analysis and see if any -- if

17   it changes, but I don't expect it to.

18       Q.   Okay.

19       A.   With different -- and the basis is the

20   three things that I mentioned.                        09:58:35

21       Q.   And the three things are the -- the

22   assump- -- the --

23       A.   The assumption.

24       Q.   The assumption.

25       A.   The general understanding that I have.       09:58:43

Page 45

1       Q.   So it's just -- it's -- it's the two.

2    It's the -- the assumption --

3       A.   Mm-hmm.

4       Q.   -- that Google produced data that was

5    in -- supposed to be representative.  And the second    10:00:39

6    is the volume and consistency that you see in the

7    named plaintiffs' records that you're using as the

8    basis to conclude that you don't see a reason why it

9    would be any different if we looked at other

10   people's data?                                          10:00:57

11      A.   The third is, I think, like I mentioned,

12   my own independent experience collecting this kind

13   of data, analyzing this kind of data in my lab.

14      Q.   Okay.  Have you looked at other RTB bid

15   request data in other work that you've done?            10:01:08

16      A.   In my research -- independent research

17   that I do in my lab, we analyze bid request data all

18   the time.

19      Q.   Okay.  Can you think of a recent research

20   paper where you've described that?                      10:01:19

21      A.   I hope it's on my CV.

22           I think I have a recent one.  Yeah.

23           Yeah.  So, for example, if you look at the

24   first two papers in my CV, the first one is The

25   Inventory is Dark and Full of Misinfor- --             10:01:49

                                                            Page 48

1    A.    -- an Amazon account or --

2    Q.    Sure.

3    A.    -- a LinkedIn account.  So based on that

4  general understanding -- I, of course, qualify it

5  might still because I don't precisely know, but --    10:48:00

6    Q.    Well --

7    A.    -- yeah.

8    Q.    -- it's not that you don't precisely know;

9  you don't know at all, do you?

10   A.    It is my general understanding that these    10:48:07

11 named plaintiffs, these are common persons.  And I

12 would be shocked, for example, if none of them have

13 a Facebook account.  They should -- yeah, that's --

14 that's all I will say.

15   Q.    Does Salvatore Toronto have a LinkedIn    10:48:20

16 account?

17   A.    I don't know.  I did not check any

18 individual, but it --

19   Q.    Does Terry Diggs -- does Terry Diggs have

20 a Facebook account?    10:48:30

21   A.    I don't know.  But I will be shocked if

22 none of them had a Facebook account.

23   Q.    Sure.

24   A.    So that's why the word, it is "might."

25   Q.    Okay.  I'm just establishing, you -- you    10:48:39

Page 74

1    don't know, one way or the other, what particular

2    social media or other accounts any of the named

3    plaintiffs have, even though these are common and

4    they might; right?

5        A.    I do not know whether or not a specific    10:48:48

6    named plaintiff has a Facebook or LinkedIn or

7    Amazon.   And also, I just want to be sure here, so

8    Meta, for example, has multiple products and

9    services.   Right now, we are only discussing

10   Facebook, but I'm sure you know that Meta has many    10:49:03

11   different products, for example, What's App and --

12       Q.    Sure.

13       A.    -- Instagram and now Threads --

14       Q.    Right.

15       A.    -- and like so many other services.  So --    10:49:09

16       Q.    Yeah.  Does Rethena Green use Threads?

17       A.    I don't know.

18       Q.    Okay.  Does Mr. Kevranian use Instagram?

19       A.    I don't know --

20       Q.    Okay.    10:49:20

21       A.    -- for each specific plaintiff which

22   internet services they use or do not use.

23       Q.    Okay.  Can you turn to Paragraph 42,

24   please.

25       A.    All right.  Yep.    10:49:41

Page 75

```
 1    clear cookies in their browser?

 2         A.   If a user blocks third-party cookies in

 3    their browser, Biscotti ID will -- the cookie that

 4    contains Biscotti ID will also be blocked; hence,

 5    Google User ID will not be populated.              11:24:33

 6         Q.   Okay.  So in a situation where somebody

 7    goes into their browser settings and blocks

 8    third-party cookies, it's your understanding that a

 9    bid request for that individual using that browser

10    would then not include the Google User ID?          11:24:52

11         A.   Can you repeat?  Sorry, I just, like, lost

12    you in the middle there.

13         Q.   Yeah, I got -- it was long.

14              So the -- the hypothetical is, an

15    individual goes into their browser settings, let's   11:25:07

16    say they use Chrome.  They use the setting for

17    blocking third-party cookies.

18              Are you with me so far?

19         A.   Mm-hmm.

20         Q.   In that situation, is your expectation     11:25:19

21    that the bid requests for that individual when

22    they're using that browser with that setting, would

23    not include the Google User ID?

24         A.   That's correct.

25         Q.   And do you know how often people use       11:25:31
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    for example, if -- let's suppose in my house I have

2    internet from Comcast or AT&T or whatever, if --

3    let's suppose Comcast assigns me like one IP address

4    and that IP address is shared between different

5    devices in my household, that even if you for a          12:23:55

6    second pretend that port number does not exist,

7    ignore that, which should consider if you want to

8    distinguish between different devices, that shared

9    IP address still points to that household.  And I

10   cite some research --                                    12:24:07

11       Q.   Sure.

12       A.   -- talking a little bit about that.

13       Q.   But -- but it won't distinguish among the

14   different devices that connect to or that roll up

15   into that IP address in your example; right?            12:24:19

16       A.   So in my example -- for example, let's

17   suppose in my home, me and my daughter, like, our

18   devices from the perspective of the remote server

19   will share the exact same IP address.  But our port

20   numbers will be different.                               12:24:32

21       Q.   Understood.

22       A.   And those IP addresses point to our house,

23   which contains multiple persons, let's suppose,

24   living in that house.

25       Q.   Yeah.  And in a -- in a business setting,      12:24:43

Page 149

1   dynamism, like persistence of IP address.

2          So I think we were switching back to

3   uniqueness?

4      Q.   Yes.

5      A.   Okay.  So just like your hypothetical          12:28:37

6   example of a NAT, I think the same logic there

7   applies.  So it can happen that multiple users can

8   essentially share the same proxy.  Let's call it

9   that for the sake of simplicity or VPN.  The remote

10  server has to be able to distinguish between          12:28:53

11  different devices that are using the exact same VPN.

12         And in that case, in addition to IP

13  address, because it has to be able to tell, like,

14  which device to send the package to, the

15  distinguishing information becomes port numbers.  So   12:29:06

16  there is a common misconception amongst people who

17  are not very familiar with, like, how privacy works.

18  They think if an IP address is shared, like, it's no

19  longer an identifier.

20         It still remains because, yes, that IP          12:29:17

21  address is shared, but the way those systems are

22  designed, there is this extra information that is

23  necessarily included to be able to distinguish

24  between different devices that share the same IP

25  address.                                                12:29:31

                                            Page 153

1        Q.   Okay.  So if -- if I'm -- if I'm here

2    in -- in -- in the Cooley office, and I'm accessing

3    some website, what you're telling me is that my --

4    my IP address might look the same as somebody else

5    at Cooley ac- -- accessing through our network, but        12:29:46

6    there's additional information conveyed to the

7    website that they can use to distinguish me from

8    that other person for purposes of making, you know,

9    everything work; right?

10       A.   Understand they do -- like, they have        12:29:59

11   to --

12       Q.   Yeah.

13       A.    -- they have to rely on that port number

14   information, for instance.

15       Q.   Yeah.  And so, just to -- to tie this then    12:30:06

16   to RTB in the contents of a bid request, you've

17   identified the IP address as a field that you've

18   observed in -- in the data files; correct?  Is the

19   port number included?

20       A.   In -- the bid request port number is not      12:30:20

21   included.  But in the other, for example, things

22   that we talked about, where the full IP address is

23   shared, when that happens, the port number is

24   automatically included.

25       Q.   Okay.  Are -- in -- you -- in addition to     12:30:33

                                              Page 154

1     Q.    Yeah, it's a question.

2     A.    What's the question?

3     Q.    The letters that you're referring to and

4     the representations that you believe were made in

5     those letters are materials that you considered, and    01:51:13

6     they're not listed in your report, whether in

7     Exhibit B or otherwise; right?

8              MR. LEVINE:   Objection.

9              THE WITNESS:   Right.

10    BY MR. SOMVICHIAN:                                       01:51:23

11    Q.    Okay.  Going on in subparagraph f --

12    A.    Which paragraph?

13    Q.    Subparagraph f of page 22.

14          Okay?

15    A.    Mm-hmm.                                            01:51:40

16    Q.    -- you say that the bid request show,

17    quote, "the content information about the webpage,"

18    quote, "'Pitching for Yankees' October lives at

19    Fenway Park, Gerrit Cole takes center stage' located

20    at," and then there's a URL.                            01:51:55

21          Do you see that?

22    A.    Yeah.

23    Q.    So the URL, I think, is included in the

24    bid request; correct?

25    A.    Yeah.                                              01:52:04

                                            Page 190

1    and the data files that you reviewed?

2        A.   The named plaintiff data that was produced

3    by Google included that field.

4        Q.   Okay.   And is it your understanding and

5    belief that that field was included in the actual          01:54:16

6    bid request that was sent to -- externally to

7    third-party RTB participants?

8            MR. LEVINE:   For this particular bid?

9            MR. SOMVICHIAN:   Sure.

10           THE WITNESS:   I don't know.   Let me first        01:54:28

11   make some general statements here.

12           It is my understanding that RTB's

13   functioning has -- like one of the fields that has

14   changed recently is verticals.   Verticals were sent

15   in RTB bid requests.                                        01:54:45

16           I don't precisely remember whether -- the

17   exact timestamp when this bid request was sent out,

18   whether or not Google used to still send vertical

19   information or not.

20           Secondly, the URL information that is sent          01:54:59

21   is -- it is sufficiently straightforward for an --

22   RTB participants to try to drive these verticals or

23   other content information from those URLs, as has

24   been acknowledged by some other Google employees

25   that I cite later on in my report.                          01:55:23

Page 193

1    details of -- the context here is, you can compute

2    entropy of one variable.  It is called marginal

3    entropy.  Then you can take multiple variables and

4    separately compute the entropy.  But to compute an

5    overall sense of entropy, you have to compute joint    02:07:29

6    entropy.

7            So you have to jointly look at different

8    entropy of different fields to be able to ascertain

9    what the -- of the whole dataset level, what is the

10   entropy of that whole dataset.                         02:07:44

11       Q.   Does it matter -- does -- does the nature

12   of the information matter, other than just the

13   amount of bits?

14       A.   I don't get the question.  Can you re- --

15   maybe rephrase your question a bit.                    02:07:57

16       Q.   Yeah.

17            And for -- for the purposes of using this

18   concept of entropy to determine whether a dataset

19   can be used to identify a device or a user, is it

20   really just the number of bits that matters, or does  02:08:08

21   the nature of the information, in any way, matter

22   other than its bit size?

23       A.   To -- for the purpose of identification,

24   so entropy is to uniquely identify something.  For

25   that itself, entropy is all you need.  That's why      02:08:27

Page 203

1    it -- it is so widely used in the research.   It

2    is -- gives you some very hard thresholds.   And in

3    this particular case, as, for example, in Figure 4,

4    where a Google employee is explaining 32 bits is all

5    you need to "uniquely identify people on the web."    02:08:45

6    And I'm quoting from the diagram.

7        Q.   Okay.  And you agree with that 32-bit

8    threshold?

9        A.   Generally, yes.  I mean, it's based on

10   some assumptions, like I said in some -- let me --    02:08:59

11   strike that.  Yeah.

12           So in some recent research, in the privacy

13   community, people are realizing 32 bits is too much.

14   By the time you get to 32 bits, you've already

15   passed the point of no return.                        02:09:15

16           So there was a recent paper I remember

17   reading a couple of months ago.  It was presented

18   at -- next door actually at a conference in security

19   and privacy.  Some researchers from Princeton -- I

20   remember this -- said the threshold that Google       02:09:31

21   should use in this particular product that they're

22   considering, should only be 20 bits because the

23   universe of devices that typically, at any given

24   point, someone might try to identify is not

25   4.6 billion.                                          02:09:46

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    it.

2        Q.   Are you -- are you saying uniquely

3    identify a -- a device or a browser, or are you

4    saying uniquely identify a known person?

5        A.   Uniquely identify, in this particular          02:13:28

6    case, a user which -- the user who may have a

7    device, for example.  And I think we've discussed

8    this a fair bit.  A user may have multiple devices,

9    like, use their own -- that really does not

10   impact -- that's a different problem.  Uniqueness    02:13:44

11   still applies.

12       Q.   Okay.  Is there -- is there any

13   distinction between the concept of uniquely

14   identifying someone or fingerprinting someone?

15   You've got two different concepts here, but are --   02:13:59

16   are they really distinct, or are you --

17       A.   I think they're -- we can -- I mean, yeah,

18   we can go into some details, but they are

19   equivalent.

20       Q.   Okay.  So what do you mean by fin- --       02:14:11

21   "fingerprinting a user" in this context?

22       A.   In this context, it is to uniquely

23   identify a user from a population of users.

24       Q.   I think before you told me that an IP

25   address on its own has some number of bits.          02:14:38

Page 208

1        A.    It identifies your iPad in the

2   hypothetical that we discussed.  It will identify a

3   device.

4        Q.    Okay.  What if there are multiple devices

5   accessing through the same network, both of which       02:19:15

6   generate the same public IP address?

7        A.    In that hypothetical IPv4 example, like we

8   discussed, there is other information that is

9   available, for example, port numbers.

10        Q.    Okay.  For --                                02:19:28

11        A.    And just to give this, like, proper

12   context in which we are sitting, we're talking about

13   200 plus fields.  And -- out of which, like, about

14   70-ish that Google has --

15             THE COURT REPORTER:  And what?  70-ish?      02:19:35

16             THE WITNESS:  And out of which only about

17   70-ish Google has produced, out of which about ■

18   are uniformly sent.  So if you look at, like, just

19   the totality -- so if you are thinking about entropy

20   analysis, I would encourage you to think in           02:19:52

21   totality.

22   BY MR. SOMVICHIAN:

23        Q.    Okay.  Well, thank you.

24        A.    I mean, IP address is -- by itself, almost

25   gets you there, especially IPv6.                       02:19:59

                                                    Page 213

1    interested in understanding the concept.  I'm sure

2    that your -- your experts agree.  But the gist here

3    is, you do not look at an individual data point.  So

4    I cannot look at your IP address and say, like,

5    entropy in this IP address is 32 bits or 31 bits.        02:23:21

6    You look at the totality of the data, and then you

7    would compute entropy in that data field.

8            Q.    Okay.

9            A.    So entropy, in plain terms, is an average

10    metric that requires analysis of totality of the          02:23:38

11    data.  So the research that I cite, a bunch of other

12    papers where they try to do this entropy analysis,

13    they actually collect real data.  So they have a

14    data of -- dataset of, let's say, hundreds of

15    thousands of users.                                        02:23:56

16            And then they look at IP addresses or like

17    all the bunch of other fields, like user agent, we

18    discussed.  So they look at user agent of, let's

19    suppose, all the users in the dataset.  Then they

20    compute entropy, and they reach the conclusion that        02:24:06

21    in totality across the population of users that are

22    considered, entropy in user agent and most research

23    is around ten bits.  You essentially do the exact

24    same thing for all the other fields.

25            Q.    Okay.  So it's a -- let me try it again.      02:24:22

Page 217

```
 1        A.    -- analysis.
 2        Q.    So you've identified ██ some fields that
 3   you've opined are commonly included in bid requests.
 4              Do you recall that?
 5        A.    Out of only about 70 -- out of 200, that      02:30:27
 6   Google has produced.
 7        Q.    Yeah.  So let's just take that set of ██
 8              The -- the ar- -- the entropy calculation,
 9   if we're just focusing on that set of ██ would
10   differ if all ██ were populated versus whether just    02:30:45
11   half were populated; fair?
12        A.    It's a hypothetical?
13        Q.    Yes.
14        A.    Sure.
15        Q.    Did -- I -- strike that.                      02:30:55
16              I think your opinion in this case is that
17   there are so many data fields here, that when you
18   take them in combination, like, we're way way over
19   32 bits; right?
20        A.    Generally, yes.                               02:31:15
21        Q.    Okay.  Have you calculated or tried to
22   evaluate what the entropy would be for any
23   particular subset of RTB bid request fields?
24        A.    So to compute the entropy, you would need
25   data.  Data of the whole class.  And it is my          02:31:34
```

Page 223

1    should -- if you give me some concrete specifics,

2    then I could comment on it.

3        Q.    But the calculation that you have in mind

4    for entropy is a broad aggregate average; right?

5        A.    Yep.                                        02:46:25

6        Q.    And if you look at any given bid request,

7    maybe there is a -- some record in there that --

8    that has very few of the fields populated, that --

9    that would -- that would lead to a different

10   conclusion for that bid request as to whether you      02:46:38

11   can use the data in that bid request to identify

12   somebody?

13       A.    For that hypothetical bid request, sure.

14   But for the named plaintiff data that were analyzed

15   where all of these fields populated, that does not     02:46:50

16   apply.

17            And the other thing perhaps is worth

18   considering here, we're here talking about █████████

19   bid requests just for these seven people.  For just

20   these eight-week periods.  So it is really -- it is     02:47:05

21   almost never the case, and I think it's also

22   acknowledged in a lot of internal communications

23   between Google employees, it's not just like one bid

24   request, it's all of the bid request.

25            And then, like I've explained, it is not     02:47:20

                                              Page 236

```
 1    Facebook does that.  All of these companies

 2    typically do that as part of their business.

 3              So Facebook would simply have to link --

 4    would use the device identifier to figure out, Okay,

 5    this bid request is coming from this Google          03:14:19

 6    accountholder.  And using the device identifier,

 7    they will be able to link it to the corresponding

 8    Facebook account.

 9        Q.   Do you know if that happened to any of the

10    named plaintiffs?                                    03:14:26

11        A.   Like I mentioned, I don't precisely know

12    whether the named plaintiffs have like a Meta

13    account.  And Meta has, like, different services

14    like we discussed a little bit.  So I don't know

15    precisely.                                           03:14:41

16        Q.   Well, what would -- what would you need to

17    know in order to evaluate whether this risk of

18    identification by Meta, in your example, actually

19    occurred to one of the named plaintiffs?

20        A.   Whether or not they have a Facebook         03:14:57

21    account.  I think that would be the main piece of

22    information that I would have to rely on.

23        Q.   What else?

24        A.   I think that's the main thing, unless we

25    are trying to think of, like, the exact protocol,    03:15:08
```

                                                    Page 247

1      A.   If we look at -- if you're simply trying

2  to answer is it the case that RTB participant -- and

3  let's for a second assume at least one RTB

4  participant -- based on all of the data, has there

5  been at least one or more bid requests where they        03:20:18

6  have been able to successfully do this, the answer

7  is, it would be very close to 100 percent.

8          Like, even if you try to make it about

9  individual bid requests, since none of those user

10 controls were in enabled in the data that I saw that     03:20:32

11 Google produced, I have no reason to believe that

12 that match would be unsuccessful because device

13 identifiers, for example, amongst many other things,

14 is like a core component of this identity graph.

15      Q.   Okay.  And it would depend on whether --        03:20:48

16 in your example of -- of the use of device

17 identifier, it would depend on whether a particular

18 entity had that user's device identifier from some

19 other source; right?

20      A.   Yeah, and they do.  Like, it is very           03:21:07

21 common -- it's an open secret, like, companies

22 basically share their datasets.  For example, some

23 of the information that Google RTB potentially

24 shares in bid requests, ████████████████████████

25 ████████████████████████                                  03:21:20

                                              Page 252

```
 1              THE COURT REPORTER:  Yes.

 2              (Shafiq Deposition Exhibit 6 was marked

 3              electronically.)

 4    BY MR. SOMVICHIAN:

 5         Q.   Dr. Shafiq, do you recognize Exhibit 6 as      05:04:46

 6    an article that you helped author?

 7         A.   Yes.  It's a little -- I think two years

 8    or so when I wrote this article, but yes, I have

 9    written this article.

10         Q.   Okay.  Right under the introduction           05:05:01

11    heading, there's a reference to "privacy-enhancing

12    content blocking tools such as AdBlock Plus, uBlock

13    Origin and Brave."

14              Do you see that?

15         A.   Yes.                                          05:05:21

16         Q.   I don't need the details of those.  But

17    in -- in general, what's your understanding of what

18    those tools do?

19         A.   So let's take a look at, for example,

20    AdBlock Plus.  AdBlock Plus is a tool that can be       05:05:35

21    used to block advertising.  That's, as the name

22    implies, what the tool does.

23              Do you have a specific question or?

24         Q.   Yeah.

25              Do you have any understanding as to how       05:05:51
```

                                                   Page 330

1    any of these tools, if a user was implementing them,

2    might impact the data that is included or omitted

3    from an RTB bid request?

4         A.   It really depends on the tool.  But for

5    the particular case of AdBlock Plus, it is my          05:06:10

6    understanding that Google pays AdBlock Plus to get

7    its advertising whitelisted.  So it is my

8    understanding that using AdBlock Plus would not

9    impact the information that is shared by Google RTB.

10        Q.   What about these other tools?              05:06:33

11        A.   I don't remember exactly how they work.

12   For the case of uBlock Origin, I can, for example,

13   say I think in case of uBlock Origin, if I remember

14   correctly, it would generally block all advertising

15   tracking requests to Google, in which case, for       05:06:54

16   example, in the context of the named plaintiff data

17   that we were looking at, records will not simply

18   exist, if that makes sense.

19        Q.   Would there be an RTB bid request that's

20   not populated?                                        05:07:08

21        A.   No, the thing will not happen.  So even

22   the first request to Google ad server will never

23   leave the device.

24        Q.   Okay.  What about --

25        A.   If not, there will be a request to not be   05:07:19

Page 331

1    populated --

2            THE COURT REPORTER:  Could you say that

3    again, please.

4            THE WITNESS:  So it will not be the case

5    that you get to a point of issuing an RTB request,        05:07:24

6    the request will not occur, and it will show in the

7    data.

8    BY MR. SOMVICHIAN:

9        Q.   In what data?

10       A.   The named plaintiff data, for example.  So      05:07:33

11   for example, if all named plaintiffs in theory had

12   used one of these tools, and let's suppose one of

13   those tools blocked all transmissions to Google in a

14   particular setting, then there won't be any named

15   plaintiff data.                                           05:07:53

16       Q.   Okay.  And what about this other tool

17   called Brave?

18       A.   I don't remember exactly.  I have not

19   recently used Brave.  But I use uBlock Origin so I

20   can tell you about that.  And I also use extensively     05:08:04

21   AdBlock Plus, so I can tell you about the specifics

22   of that.

23       Q.   Are you familiar with another tool called

24   Ghostery?

25       A.   I am generally, but I have not recently         05:08:19

                                                              Page 332

CONFIDENTIAL

```
 1                        JURAT

 2

 3          I, ZUBAIR SHAFIQ, do hereby certify under

 4    penalty of perjury that I have read the foregoing

 5    transcript of my deposition taken remotely via

 6    videoconference on Tuesday, 08/22/2023; that I have

 7    made such corrections as appear noted herein in ink,

 8    initialed by me; that my testimony as contained

 9    herein, as corrected, is true and correct.

10

11          Dated this _____ day of _____, 2023,

12    at _____.

13

14

15

16

17

18                    _____
                      ZUBAIR SHAFIQ
19

20

21

22

23

24

25

                                           Page 363
```

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER

 2         I, Hanna Kim, a Certified Shorthand

 3    Reporter, do hereby certify:

 4         That prior to being examined, the witness

 5    in the foregoing proceedings was by me duly sworn to

 6    testify to the truth, the whole truth, and nothing

 7    but the truth;

 8         That said proceedings were taken before me

 9    at the time and place therein set forth remotely via

10    videoconference and were taken down by me in

11    shorthand and thereafter transcribed into

12    typewriting under my direction and supervision;

13         I further certify that I am neither

14    counsel for, nor related to, any party to said

15    proceedings, not in anywise interested in the

16    outcome thereof.

17         Further, that if the foregoing pertains to

18    the original transcript of a deposition in a federal

19    case, before completion of the proceedings, review

20    of the transcript [X] was [ ] was not requested.

21         In witness whereof, I have hereunto

22    subscribed my name.

23    Dated: 8/24/23

24

                   Hanna Kim

25                 CLR, CSR No. 13083
```

Page 364