# EXHIBIT 15
# to Declaration of
# W. Somvichian

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   In re Google RTB Consumer   )
     Privacy                     ) Case No.
 6   Litigation,                 ) 4:21-cv-02155-YGR-VKD
                                 )
 7                               )
     This document applies to:   )
 8   All actions                 )
     _____ )
 9
10
11
12                       CONFIDENTIAL
13   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
14                     TARA L. WILLIAMS
15
16              Thursday, August 17, 2023
17      Remotely Testifying from Madison, Wisconsin
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6045627
```

Page 1

```
 1                    TARA L. WILLIAMS,
 2       having been duly administered an oath over
 3     videoconference as stipulated by all counsel, was
 4             examined and testified as follows:
 5
 6                       EXAMINATION
 7   BY MR. ANDERSON:
 8       Q.   Good morning.
 9            Could you please state your name for the
10   record.                                              09:09:01
11       A.   Tara L. Williams.
12            MR. ANDERSON:  And, Mr. Concierge, could
13   you please introduce Tab 1, please.
14            THE CONCIERGE:  Coming right up.
15            (Williams Deposition Exhibit 1 was marked   09:09:14
16            electronically.)
17            MR. ANDERSON:  And, for the record, Tab 1
18   is the deposition notice of Ms. Williams.
19   BY MR. ANDERSON:
20       Q.   Ms. Williams, have you seen this document   09:09:41
21   before?
22       A.   Yes.
23            MR. ANDERSON:  And can you scroll down to
24   the second page, Mr. Concierge?
25   BY MR. ANDERSON:                                     09:09:55
```

Page 10

```
1                Can you think of any other things that you
2    would consider to be personal information?
3                MR. ULWICK:  Objection.  Vague.  Calls for      
4    a legal conclusion.
5                THE WITNESS:  Anything that I look at on        09:53:52
6    the computer is personal because it's on my
7    computer.  No one else should know what I'm looking
8    at but me.
9    BY MR. ANDERSON:
10        Q.    And what -- and do you believe any of            09:54:22
11   these examples of personal information was sold and
12   shared through Google RTB?
13               MR. ULWICK:  Objection.  Calls for
14   speculation.  Vague.  Calls for expert testimony.
15               THE WITNESS:  Yes, I do believe.                09:54:46
16   BY MR. ANDERSON:
17        Q.    And which examples do you think were sold
18   through Google RTB?
19               MR. ULWICK:  Same objections.
20               THE WITNESS:  Again, when I go and search       09:54:57
21   for something one time, I should not have to look at
22   it again from some other source, meaning, I
23   shouldn't have -- if I look up Little Caesars, I
24   shouldn't be seeing Pizza Hut on my thing trying to
25   sell me the same pizza that I just looked at Little         09:55:18
```

```
 1                        JURAT
 2
 3          I, TARA L. WILLIAMS, do hereby certify
 4   under penalty of perjury that I have read the
 5   foregoing transcript of my deposition taken remotely
 6   via videoconference on Thursday, 08/17/2023; that I
 7   have made such corrections as appear noted herein in
 8   ink, initialed by me; that my testimony as contained
 9   herein, as corrected, is true and correct.
10
11          Dated this _____ day of _____, 2023,
12   at _____.
13
14
15
16
17
18               _____
                         TARA L. WILLIAMS
19
20
21
22
23
24
25

                                                 Page 302
```

```
 1                  CERTIFICATE OF REPORTER
 2             I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4             That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8             That said proceedings were taken before me
 9   at the time and place therein set forth remotely via
10   videoconference and were taken down by me in
11   shorthand and thereafter transcribed into
12   typewriting under my direction and supervision;
13             I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17             Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [X] was [ ] was not requested.
             In witness whereof, I have hereunto
21   subscribed my name. Dated:  5TH day of SEPTEMBER, 2023
22
23
24
                          Hanna Kim
25                        CLR, CSR No. 13083
```

Page 303