# EXHIBIT 18
# to Declaration of
# W. Somvichian

1          *** TRANSCRIPT DESIGNATED ATTORNEYS EYES ONLY ***

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7      _____

                                )

8      In re Google RTB          )

       Consumer Privacy          ) Master File No.

9      Litigation,               ) 4:21-cv-02155-YGR-

       This Document Relates     ) VKD

10     to:  All actions          )

       _____)

11

12

13

14     VIDEOTAPED DEPOSITION OF PROFESSOR ROBERT ZEITHAMMER, PH.D.

15                     Santa Monica, California

16                   Thursday, September 7, 2023

17                          Volume I

18

19

20

21

22     Reported by:

       LORI M. BARKLEY

23     CSR No. 6426

24     Job No. 6056505

25     PAGES 1 - 257

                                              Page 1

```
 1            If there are any objections to proceeding,        09:03:45

 2     please state them at the time of your appearance.  At    09:03:47

 3     this time will counsel and all present please state      09:03:49

 4     their appearances and affiliations for the record,       09:03:52

 5     starting with the noticing party.                        09:03:55

 6            MS. REDDY:  Aarti Reddy from the Cooley Law Firm   09:03:57

 7     on behalf of defendant Google LLC.                       09:04:01

 8            MR. DANITZ:  Brian Danitz of Cotchett, Pitre &     09:04:03

 9     McCarthy, LLP, for the plaintiffs.                       09:04:05

10            MR. MUDD:  Jeff Mudd of Cotchett, Pitre &          09:04:11

11     McCarthy, LLP, for the plaintiffs.                       09:04:13

12            MS. PRITZKER:  Good morning, everybody.  This is  09:04:23

13     Elizabeth Pritzker of Pritzker Levine LLC, plaintiffs.   09:04:25

14

15                      ROBERT ZEITHAMMER,

16     having been administered an oath, was examined and

17     testified as follows:

18

19                         EXAMINATION

20                                                              09:04:44

21     BY MS. REDDY:

22        Q.   Good morning, Dr. Zeithammer.                    09:04:45

23        A.   Good morning.                                    09:04:47

24        Q.   Today you are under an oath to tell the truth.   09:04:48

25     This is the same oath you would be under if you were     09:04:51
```

Page 8

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. DANITZ:  Asked and answered. | 10:30:56 |
| 2 | THE WITNESS:  I believe I've answered your | 10:30:57 |
| 3 | question. | 10:30:57 |
| 4 | BY MS. REDDY: | 10:31:16 |
| 5 | Q.  I'd like to give you a hypothetical.  Assuming a | 10:31:16 |
| 6 | study was done using study from 2014 before Safari | 10:31:19 |
| 7 | deprecated third-party cookies by default, the study | 10:31:25 |
| 8 | estimates the effect of third-party cookies on ad | 10:31:27 |
| 9 | revenue. | 10:31:31 |
| 10 | Do you follow me?  Assuming at that time in | 10:31:31 |
| 11 | 2015, cookies were available for 80 percent of users. | 10:31:36 |
| 12 | Now, assume the study found that removing third-party | 10:31:40 |
| 13 | cookies resulted in a 50 percent revenue drop. | 10:31:44 |
| 14 | Now, I'd like to you assume the same study was | 10:31:52 |
| 15 | done in 2020 after Safari launched deprecation of | 10:31:54 |
| 16 | third-party cookies by default. | 10:31:57 |
| 17 | This time cookies were only available for about | 10:31:59 |
| 18 | 20 percent of users.  Would you expect the revenue drop | 10:32:02 |
| 19 | in the second study to also be 50 percent? | 10:32:05 |
| 20 | A.  I think there are a lot of differences, a lot of | 10:32:17 |
| 21 | technological evolution between 2015 and 2020 that would | 10:32:19 |
| 22 | potentially confound the effects. | 10:32:23 |
| 23 | And I have not seen this study.  I'm not even | 10:32:28 |
| 24 | sure whether the particular percentages you quote are | 10:32:34 |
| 25 | realistic. | 10:32:37 |

Page 54

| | | |
|---|---|---|
| 1 | overall revenue of that auction is a result of | 11:23:02 |
| 2 | competitive interaction among all the bidders, which | 11:23:07 |
| 3 | itself is driven by the information. | 11:23:10 |
| 4 | So I actually think that all revenues from | 11:23:13 |
| 5 | auctions where even some bidders had access, were given | 11:23:20 |
| 6 | this user information, are potentially relevant. | 11:23:25 |
| 7 | And if there's data to show that it's somehow | 11:23:27 |
| 8 | not relevant, that is not data that I was provided with. | 11:23:32 |
| 9 | But if I was provided with that data, I could update my | 11:23:34 |
| 10 | opinion. | 11:23:39 |
| 11 | BY MS. REDDY: | 11:23:39 |
| 12 | Q.   Do you agree that if Google did not share | 11:23:39 |
| 13 | personal information with third parties through bid | 11:23:45 |
| 14 | requests in RTB, but did share that same information | 11:23:48 |
| 15 | with Google products like DV360 and Google Display | 11:23:53 |
| 16 | Network, Google RTB would still earn revenue? | 11:23:58 |
| 17 | MR. DANITZ:   Objection, speculation. | 11:24:06 |
| 18 | THE WITNESS:   This is not a situation I'm aware | 11:24:07 |
| 19 | of.   I think it's too far from reality. | 11:24:08 |
| 20 | I'm not prepared to speculate on what would | 11:24:11 |
| 21 | happen in such a counterfactual scenario. | 11:24:15 |
| 22 | BY MS. REDDY: | 11:24:18 |
| 23 | Q.   So you are not aware of whether Google would | 11:24:18 |
| 24 | still earn revenue from Google products like DV360 and | 11:24:21 |
| 25 | Google Display Network even if it did not share personal | 11:24:27 |

Page 85

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | information with third parties through bid requests? | 11:24:29 |
| 2 | A.    Sorry, can you repeat the question? | 11:24:41 |
| 3 | Q.    So you are not aware of whether Google would | 11:24:43 |
| 4 | still earn revenue from Google products like DV360 and | 11:24:45 |
| 5 | Google Display Network even if it did not share personal | 11:24:48 |
| 6 | information with third parties through bid requests? | 11:24:51 |
| 7 | MR. DANITZ:   Objection, form. | 11:25:02 |
| 8 | THE WITNESS:   This is a hypothetical that I have | 11:25:03 |
| 9 | not analyzed certainly.   And it is a situation that I | 11:25:04 |
| 10 | have not come across in the data or in the discussions | 11:25:08 |
| 11 | or in the academic literature.   And so while it is | 11:25:12 |
| 12 | entirely possible that revenue still is made, I'm not | 11:25:21 |
| 13 | prepared to sort of talk about or even have an opinion | 11:25:24 |
| 14 | about how large that revenue is, if it's even there, | 11:25:28 |
| 15 | what is the effect of the things on it. | 11:25:33 |
| 16 | This is too far from what I have been analyzing. | 11:25:40 |
| 17 | BY MS. REDDY: | 11:25:42 |
| 18 | Q.    So you have not analyzed whether Google would | 11:25:43 |
| 19 | earn revenue from Google products like DV360 and Google | 11:25:45 |
| 20 | Display Network if it did not share personal information | 11:25:49 |
| 21 | with third parties through bid requests? | 11:25:51 |
| 22 | A.    No, I have not come across specific information | 11:26:08 |
| 23 | that would allow me to measure that revenue.   This is | 11:26:12 |
| 24 | not saying that somehow that revenue doesn't exist. | 11:26:14 |
| 25 | It's possible.   And if I received detailed | 11:26:22 |

Page 86

ATTORNEYS EYES ONLY

1    information about what that revenue is, I would be able    11:26:23

2    to refine my model to incorporate that information.    11:26:25

3        Q.    Are you aware of whether Google Display Network    11:26:29

4    or DV360 received bid requests through RTB?    11:26:33

5        A.    I'm not a technical expert.  And I don't know    11:26:41

6    how Google's internal systems work.    11:26:43

7        Q.    Have you heard of the term automated bidding?    11:26:47

8        A.    No, I have not.    11:26:51

9        Q.    Okay.    11:26:53

10       A.    Could we have a break?    11:26:57

11       Q.    Oh, yes.    11:26:59

12       A.    Perfect.    11:27:00

13            VIDEO OPERATOR:  This marks the end of media    11:27:02

14   number two.  Going off the record at 11:27 a.m.    11:27:05

15

16            (Whereupon at the hour of 11:27 a.m., a

17            luncheon recess was taken.  The

18            deposition was resumed at 1:15 p.m.,

19            the same persons being present.)

20                                                    12:18:57

21            VIDEO OPERATOR:  This marks the beginning of    12:18:57

22   media number three.  Going back on the record at 12:19    12:19:01

23   p.m.    12:19:05

24   BY MR. DANITZ:    12:19:07

25       Q.    Good afternoon, Professor Zeithammer.  Am I    12:19:07

Page 87

```
 1        Q.   So you provide one price to estimate the value    12:20:38

 2    of user data per year in this case?                        12:20:43

 3        A.   Well, I estimate -- my assignment, let's be very  12:20:53

 4    clear is to establish a market price of the user data      12:20:57

 5    and that's it.                                             12:21:02

 6             I am not to provide an opinion about how that     12:21:03

 7    fair market price is then used in some subsequent          12:21:07

 8    calculation.  That is beyond the scope of my report.       12:21:11

 9        Q.   Do you think that are some circumstances in       12:21:16

10    which user data may be worth more in terms of dollars      12:21:21

11    than in other circumstances?                               12:21:24

12             MR. DANITZ:  Objection, speculation.              12:21:33

13             THE WITNESS:  Can you -- worth more to whom?       12:21:34

14    It's not clear.                                            12:21:37

15    BY MS. REDDY:                                              12:21:38

16        Q.   Do you generally agree that more data about a     12:21:38

17    user would be worth more money in a market for user        12:21:40

18    data?                                                      12:21:48

19        A.   Well, if we're referring to my second assignment 12:21:48

20    where I studied the fair market price, I certainly         12:21:50

21    encountered different vendors that buy different           12:21:53

22    collections of data from consumers, overlapping in big     12:22:04

23    ways, and they all share fact that personal identifiable   12:22:08

24    information is collected.                                  12:22:16

25             But I certainly encountered different prices      12:22:19
```

Page 89

ATTORNEYS EYES ONLY

1    paid by these vendors for the data.  So there certainly    12:22:21

2    is some variations in the market as to what vendors are    12:22:28

3    willing to pay for this kind of data.    12:22:35

4        Q.    And the variation may depend on the amount of    12:22:41

5    data available to a user, correct?    12:22:43

6        A.    It seems the variation can depend on multiple    12:22:50

7    factors.    12:22:55

8            For example, some of these vendors in their    12:22:55

9    product promise to aggregate the information and not    12:22:58

10   actually sell it as personally identifiable individual    12:23:03

11   level information.  Others don't make such a promise.    12:23:06

12           And so that's a good example of a difference    12:23:10

13   between these vendors that might influence the amount of    12:23:13

14   money that they have to pay consumers for the data.    12:23:22

15           I actually was not able to find a systematic    12:23:25

16   relationship.  Although not surprisingly with only four    12:23:29

17   vendors that I was able to locate, it's possible that    12:23:34

18   systematic relationship is there, it's just not visible    12:23:36

19   in just four observations.    12:23:39

20       Q.    When you say you were not able to find a    12:23:45

21   systematic relationship, what do you mean by that?    12:23:48

22       A.    Well, for example, I would have expected the    12:23:52

23   vendors that promised to aggregate the data and    12:23:54

24   anonymized the data to pay less.    12:24:03

25           But this is not the case, at least not in the    12:24:06

Page 90

ATTORNEYS EYES ONLY

```
 1   small samples I was able find.  I don't think there's a    12:24:08

 2   relationship between aggregation and pricing.               12:24:10

 3      Q.   So the monetary compensation that vendors are       12:24:12

 4   willing to provide for user data may vary depending on      12:24:23

 5   different circumstances.                                    12:24:25

 6           Do you agree with that?                             12:24:26

 7      A.   I certainly find variation.  But I'm not able to    12:24:26

 8   pinpoint which circumstances leads to the variation.  I     12:24:29

 9   gave you an example of a particular circumstance going      12:24:33

10   into this research I expected to be there, and it           12:24:36

11   doesn't seem to be there.                                   12:24:38

12           So surprisingly, I actually found that the          12:24:39

13   prices given -- offered by the vendors for data are all     12:24:44

14   in the same ballpark, very similar to each other            12:24:50

15   regardless of the details of exactly what the               12:24:53

16   circumstances are and how the data's used and aggregated    12:24:56

17   or not, for example.                                        12:24:58

18      Q.   Do you agree that generally speaking more data      12:25:00

19   about a user is worth more money than less data about a     12:25:04

20   user?                                                       12:25:11

21      A.   I am not sure whether such a generalization can     12:25:11

22   actually be made because I think it actually depends on     12:25:15

23   what kind of data, right?                                   12:25:17

24           For example, the data that's provided may be        12:25:18

25   redundant in which case such a relationship would not       12:25:23
```

Page 91

ATTORNEYS EYES ONLY

```
1    hold.                                              12:25:26

2         So I'm not sure.  I think that this kind of   12:25:26

3    relationship would have to be evaluated with a specific  12:25:29

4    data set and a specific variation, not just amount of    12:25:32

5    data, but quality and type of data.                12:25:37

6    Q.   So the quality and type of data is an         12:25:40

7    individualized circumstance that effects the value of    12:25:44

8    that data, correct?                                12:25:47

9    A.   No --                                         12:25:49

10        MR. DANITZ:  Objection to form.               12:25:50

11        THE WITNESS:  No, that is not what I said.    12:25:51

12        I think that to evaluate whether there's a    12:25:52

13   relationship between amount of data and its value to,    12:25:57

14   for example, bidders in RTB auctions, one would have to  12:26:04

15   define not just quantity of data and say, you know, how  12:26:09

16   many fields or how many kilobytes of it is provided.     12:26:15

17        But really say what it is, and then we could  12:26:18

18   make that estimation.  So in general, I think that would 12:26:20

19   be too much a generalization to say that it should be    12:26:26

20   always true.                                       12:26:30

21   BY MS. REDDY:                                       12:26:30

22   Q.   So to quantify the value of data, you need to 12:26:30

23   look at the specific data fields that are at issue.      12:26:34

24        Do you agree with that?                       12:26:36

25   A.   I would think so.  Yeah, to ascertain the     12:26:37
```

Page 92

| | | |
|---|---|---|
| 1 | relationship between quantity of data and value, it | 12:26:41 |
| 2 | depends on not -- it depends on things like which data | 12:26:45 |
| 3 | and how good is it. | 12:26:49 |
| 4 | Q.   In paragraph 84 of your report, you state | 12:27:07 |
| 5 | that -- strike that. | 12:27:34 |
| 6 | In paragraph 84 your report, you state that | 12:28:15 |
| 7 | members of Screenwise panel agree to install various | 12:28:17 |
| 8 | meters to track their online behavior. | 12:28:21 |
| 9 | Do you see that? | 12:28:23 |
| 10 | A.   Yes. | 12:28:31 |
| 11 | Q.   Are you aware of whether proposed class members | 12:28:31 |
| 12 | in this case are asked to install meters on their | 12:28:34 |
| 13 | devices? | 12:28:36 |
| 14 | A.   I think the reason why the Screenwise meters are | 12:28:44 |
| 15 | relevant to the fair market price of user data is that | 12:28:48 |
| 16 | potential class member here, which are the Google | 12:29:00 |
| 17 | account holders, are essentially operating in an online | 12:29:02 |
| 18 | environment that's very similar to the environment of | 12:29:10 |
| 19 | these users who installed meters. | 12:29:14 |
| 20 | In other words, the amount of information about | 12:29:17 |
| 21 | the Google account holders that's provided in the RTB | 12:29:22 |
| 22 | bid requests is similar to the kind of information that | 12:29:28 |
| 23 | these meters collect. | 12:29:31 |
| 24 | Q.   Class members in this action are not required to | 12:29:34 |
| 25 | install meters on their computers; is that correct? | 12:29:43 |

Page 93

| 1 | So in the absence of additional information | 12:34:46 |
| 2 | about these vendors and exactly how big their panels are | 12:34:48 |
| 3 | other weights that I could have used to perhaps give | 12:34:56 |
| 4 | more weight to one or the other, I resort to the | 12:34:59 |
| 5 | average, as the most widely used, straightforward | 12:35:04 |
| 6 | statistic, to go from four numbers to a single number | 12:35:09 |
| 7 | that captures the central tendency of these numbers. | 12:35:11 |
| 8 | Q.   Looking specifically at the language in | 12:35:19 |
| 9 | paragraph 94, did you look for any information about the | 12:35:20 |
| 10 | relative prominence or importance of different vendors | 12:35:22 |
| 11 | in formulating your opinion in this case? | 12:35:25 |
| 12 | A.   Yes, I have certainly searched the available | 12:35:27 |
| 13 | resources for how large these vendors are, or where in | 12:35:31 |
| 14 | some cases.  And I was not able to find reliable | 12:35:36 |
| 15 | information about it. | 12:35:39 |
| 16 | And so that's what I mean by absence of | 12:35:43 |
| 17 | additional data about the relative prominence and | 12:35:44 |
| 18 | importance.  By that I mean, I tried very hard to learn | 12:35:47 |
| 19 | about these companies, some of them are startups, some | 12:35:50 |
| 20 | of them are no longer with us, some of them are highly | 12:35:53 |
| 21 | proprietary. | 12:35:56 |
| 22 | And so I was not able to find reliable | 12:35:57 |
| 23 | information about all four.  So still have to go from | 12:36:01 |
| 24 | four numbers to one and I chose to use the most | 12:36:08 |
| 25 | straightforward and to the most widely used statistic to | 12:36:10 |

Page 97

ATTORNEYS EYES ONLY

```
 1    this case, correct?                                   12:48:48

 2        A.   Yes, not about cars, planes or houses.       12:48:50

 3        Q.   So you are not willing to state whether that 12:48:53

 4    would be similar for purposes of finding a valuation? 12:48:55

 5        A.   You would have to tell me exactly which car and  12:48:58

 6    exactly which plane and provide me some background for 12:49:00

 7    me to make that determination.                        12:49:05

 8            These hypotheticals are too undefined for me to 12:49:09

 9    say one way or the other.  And they're far beyond the 12:49:14

10    scope of my report.                                   12:49:20

11        Q.   So you think that there are probably some    12:49:21

12    circumstances then in which a car could be used to    12:49:24

13    create a fair market price for a plane depending on the 12:49:29

14    circumstances?                                        12:49:31

15        A.   I really don't know.  I'm not an expert on   12:49:31

16    transportation pricing.                               12:49:36

17        Q.   Do you know if there are industry standards that 12:49:38

18    apply for using market transactions to value assets?  12:49:40

19        A.   Which industry?  I'm not aware.              12:49:48

20        Q.   The accounting industry.                     12:49:50

21        A.   I'm not an accountant.                       12:49:51

22        Q.   Did you review any established standards in  12:49:53

23    connection with forming your market value opinion in  12:49:56

24    this case?                                            12:50:05

25        A.   Not that I recall.                           12:50:05
```

Page 106

ATTORNEYS EYES ONLY

```
 1    This is not my writing.  This a quote from a description    14:03:31

 2    of Killi, in, let's see, in an article by David Lazarus     14:03:34

 3    in Los Angeles Times.                                        14:03:45

 4          So these are his -- the representations of what        14:03:46

 5    Killi does.                                                  14:03:53

 6       Q.   Do you know whether Killi accountholders are        14:03:53

 7    paid for providing their date of birth, e-mail address,      14:03:56

 8    gender, location, phone number, postal code and country?     14:04:02

 9       A.   Certainly the article that we've just referenced    14:04:09

10    makes that claim.  Interesting, another article from         14:04:12

11    Yahoo Finance then says, the same paragraph, "Killi pays      14:04:17

12    users to share location, shopping, browsing and spending     14:04:20

13    data."                                                       14:04:23

14          And then yet another article says that there's         14:04:24

15    an all-star tier where Killi members share their profile     14:04:31

16    information, device information, and browsing                14:04:36

17    information.                                                 14:04:37

18          So what I do here in this paragraph is I present       14:04:37

19    various sources of evidence about what is it that Killi      14:04:41

20    does because, as you probably know, it's hard to            14:04:47

21    ascertain exactly what the deal is with Killi.               14:04:49

22          They don't have something like what you've            14:04:55

23    provided me from Screenwise where it's just laid out in     14:04:58

24    a document.                                                  14:05:02

25          So I was -- had to resort to sort of news and         14:05:02
```

Page 143

ATTORNEYS EYES ONLY

1    business press coverage of this company to really            14:05:06

2    understand what's being shared.                              14:05:09

3            My overall understanding based on these three        14:05:12

4    sources that don't necessarily agree with each other in      14:05:15

5    every detail is that the appropriate level of Killi          14:05:18

6    membership that will be as comparable as possible to the     14:05:22

7    user data shared in RTB bid requests is indeed the last      14:05:27

8    tier precisely because it provides device information,       14:05:34

9    browsing information, and profile information.               14:05:38

10           So it's the device and the browsing information      14:05:44

11   which I think is important here.  I will agree that just     14:05:47

12   giving your name is not equivalent to the user ID being      14:05:54

13   shared by RTB request.                                       14:05:59

14           The essence is the persistent individualized         14:06:01

15   identifier over time, which is more similar to the last      14:06:04

16   Killi tier because of the browsing and the device            14:06:12

17   information.                                                 14:06:13

18      Q.   In researching the Killi program, did you rely       14:06:14

19   on any other information besides the three articles          14:06:19

20   cited here, the Yahoo article, the LA Times article, and     14:06:21

21   the I believe it's the CREDITDONKEY article?                 14:06:25

22      A.   Well, I will now correct myself.  I said Killi       14:06:29

23   provides nothing but now I see in the footnote 75 that       14:06:35

24   I'm also citing Killi's own document called what are the     14:06:38

25   different Killi paycheck tiers.                              14:06:43

Page 144

| | | |
|---|---|---|
| 1 | So there are three business articles and one | 14:06:46 |
| 2 | document from Killi itself. | 14:06:50 |
| 3 | Q.    The Killi FAQ; is that right? | 14:06:52 |
| 4 | A.    Yes. | 14:06:54 |
| 5 | Q.    Okay, where there any materials that you relied | 14:06:57 |
| 6 | on -- any other materials besides those four sources | |
| 7 | that you relied on in analyzing whether Killi is | 14:06:59 |
| 8 | comparable to the data at issue in this case? | 14:07:08 |
| 9 | A.    No, I was not able to find additional resources | 14:07:10 |
| 10 | and additional sources of data. | 14:07:13 |
| 11 | Although as I already said, these three sources | 14:07:14 |
| 12 | don't exactly agree with each other word for word as to | 14:07:22 |
| 13 | what's going to. | 14:07:25 |
| 14 | And so I would welcome additional information | 14:07:26 |
| 15 | and were I to receive additional information about | 14:07:29 |
| 16 | different Killi tiers, more details about what data is | 14:07:33 |
| 17 | shared, I would be able to refine my model, and perhaps | 14:07:37 |
| 18 | come up with a better estimate of the fair market price | 14:07:48 |
| 19 | based on Killi. | 14:07:52 |
| 20 | However, of course, my overall approach would | 14:07:54 |
| 21 | remain unchanged.  It is just a standard approach which | 14:08:00 |
| 22 | let me use now, the official Exhibit 4, the standard | 14:08:04 |
| 23 | market approach of trying to find comparables and get at | 14:08:08 |
| 24 | the central tendency, see if there's an agreement among | 14:08:15 |
| 25 | the comparables about what the fair market price should | 14:08:17 |

Page 145

```
 1          Because just because Google can do something, it   17:18:02

 2    doesn't mean that that technology was or was not         17:18:05

 3    deployed in one, two or even three of the experiments I  17:18:08

 4    analyzed.                                                17:18:11

 5          We requested data, it was not provided.            17:18:15

 6          So I'm not prepared to do this.  I'm not a         17:18:16

 7    technical expert, and without additional data both about 17:18:19

 8    the technology that you have in which mind and it's a    17:18:21

 9    deployment at the time of the experiments that enter     17:18:23

10    into my analysis, I can not make a determination one way 17:18:28

11    or the other.                                            17:18:32

12    BY MS. REDDY:                                            17:18:32

13       Q.   Is it your understanding that if ad impression   17:18:32

14    isn't bid on by a third party in Google RTB, that the ad 17:18:39

15    impression would not be filled?                          17:18:45

16          MR. DANITZ:  Objection, form, vague.               17:18:53

17          THE WITNESS:  My understanding is that most        17:19:00

18    exchanges, including the Google exchange, have ways to   17:19:03

19    monetize and otherwise fill potential impressions even   17:19:10

20    if the actual auction that's relevant to this case is    17:19:16

21    results in no winner.                                    17:19:23

22          For example, when the bids don't exceed the        17:19:27

23    reserve price.  But the details of how this is done at   17:19:31

24    different exchanges, I'm not privy to.                   17:19:35

25    ///
```

Page 236

ATTORNEYS EYES ONLY

```
 1    BY MS. REDDY:                                    17:19:41

 2        Q.   Is it your understanding that if an ad  17:19:41

 3    impression isn't bid on by a third party through Google  17:19:43

 4    RTB, that there would no winning bidder for that  17:19:47

 5    particular ad impression?                        17:19:53

 6        A.   Can you define winning bidder?          17:20:05

 7        Q.   You just used it in your response so I'm  17:20:07

 8    actually --                                      17:20:09

 9        A.   I don't think I did.                    17:20:11

10        Q.   You used winner, no winner is the phrase you  17:20:12

11    used.                                            17:20:14

12        A.   That's right.                           17:20:14

13        Q.   So I guess how I'm using it for purposes of this  17:20:15

14    question is there would be no participant in the auction  17:20:22

15    who would be awarded the ad impression.          17:20:27

16             So is it your understanding that if a third  17:20:31

17    party doesn't bid on an ad impression through Google RTB  17:20:39

18    that there would be no winning bidder for that ad  17:20:43

19    impression?                                      17:20:45

20        A.   That is not my understanding, because, for  17:20:51

21    example, that could be the first party.          17:20:53

22        Q.   Okay, so for example, DV360 or Google ads could  17:20:55

23    bid on that particular ad impression, correct?   17:21:01

24             MR. DANITZ:   Objection, foundation.    17:21:04

25             THE WITNESS:   It's an example of a situation in  17:21:05
```

Page 237

1    which no third party bidders participate yet the auction    17:21:09

2    finds an internal bidder who can fill the space, yes.    17:21:16

3    BY MS. REDDY:    17:21:21

4        Q.    Did you consider the revenue from those    17:21:21

5    first-party participants in conducting your meta    17:21:24

6    analysis?    17:21:28

7             MR. DANITZ:    Objection.    17:21:28

8             THE WITNESS:    This is a question we discussed    17:21:32

9    earlier.    The revenue I considered is the total revenue.    17:21:37

10            And what matters in the experiments that I've    17:21:40

11   analyzed and the studies that I've referred to is    17:21:43

12   whether or not the auction participants are given user    17:21:49

13   data with persistent personal identifiers?    17:21:55

14            And the revenue that's generated as a function    17:21:58

15   of this information is not somehow different depending    17:22:11

16   on the identity of the auction's winner because the    17:22:20

17   price of an auction is a result of a competitive    17:22:25

18   interaction among all participants in which that    17:22:27

19   auction.    17:22:30

20   BY MS. REDDY:    17:22:45

21       Q.    Okay, I'd like to go back to just some basic    17:22:45

22   background questions.    17:22:49

23            How did you become involved in this case?    17:22:52

24       A.    I think I was contacted by one of the attorneys.    17:22:59

25       Q.    Have you worked with any of the plaintiffs'    17:23:02

Page 238

ATTORNEYS EYES ONLY

1    I declare under penalty of perjury under the laws of the

2    State of California that the foregoing is true and

3    correct.

4           Executed on _____, 2023, at

5    _____, _____.

6

7

8

9           _____

10           PROFESSOR ROBERT ZEITHAMMER. PH. D.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 256

ATTORNEYS EYES ONLY

```
 1    STATE OF CALIFORNIA          ) ss.

 2    COUNTY OF LOS ANGELES        )

 3

 4            I, Lori M. Barkley, CSR No. 6426, do hereby

 5    certify:

 6            That the foregoing deposition proceedings were

 7    taken before me at the time and place therein set forth

 8    and were recorded stenographically by me, and were

 9    thereafter transcribed under my direction and

10    supervision, and that the foregoing pages contain a

11    full, true and accurate record of all proceedings and

12    testimony to the best of my skill and ability.

13            I further certify that I am neither counsel for

14    any party to said action, nor am I related to any party

15    to said action, nor am I in any way interested in the

16    outcome thereof.

17            IN WITNESS WHEREOF, I have subscribed my name

18    this 11th day of September, 2023.

19

20

21

22

23    _____

24            LORI M. BARKLEY, CSR No. 6426

25
```

Page 257