| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*Admitted pro hac vice*) |
| (wsomvichian@cooley.com) | KHARY J. ANDERSON (DC No. 1671197) |
| AARTI REDDY (SBN 274889) | (kjanderson@cooley.com) |
| (areddy@cooley.com) | (*Admitted pro hac vice*) |
| KYLE C. WONG (SBN 224021) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| (kwong@cooley.com) | Washington, DC 20004-2400 |
| REECE TREVOR (SBN 316685) | Telephone:   +1 202 842 7800 |
| (rtrevor@cooley.com) | Facsimile:   +1 202 842 7899 |
| ANUPAM DHILLON (SBN 324746) | |
| (adhillon@cooley.com) | |
| ELIZABETH SANCHEZ SANTIAGO (SBN 333789) | |
| (lsanchezsantiago@cooley.com) | |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:   +1 415 693 2000 | |
| Facsimile:   +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE: THE TRADE DESK'S INFORMATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER RE GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED.
CASE NO. 4:21-CV-02155-YGR-VKD**

Google LLC filed an Administrative Motion to Consider Whether Another Party's (The Trade Desk) Materials Should Be Sealed in connection with its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Google's Opposition").

Upon consideration of the Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that the specific portions of Google's Opposition and supporting Exhibits that contain information designated as "Confidential" by The Trade Desk are to be sealed as follows:

- Portions highlighted at the following pages of Google's Opposition: 9
- Portions highlighted at the following pages of Exhibit 1 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Aaron Striegel, Ph.D."): 10, 34–37, 44–45, 53–54, 58
- Portions highlighted at the following pages of Exhibit 2 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Konstantinos Psounis, Ph.D."): 10

Dated: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED.
CASE NO. 4:21-CV-02155-YGR-VKD