COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE: PLAINTIFFS' INFORMATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN. MOT. TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED.
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed in connection with its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Google's Opposition").

Upon consideration of the Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that the specific portions of Google's Opposition and supporting Exhibits that contain information designated as "Confidential" by Plaintiffs are to be sealed as follows:

- Portions highlighted at the following pages of Google's Opposition: 9.
- Portions highlighted at the following pages of Exhibit 1 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Aaron Striegel, Ph.D."): 10, 41–43, 47–52
- Portions highlighted at the following pages of Exhibit 2 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Konstantinos Psounis, Ph.D."): 10, 17–18
- Portions highlighted at the following pages of Exhibit 3 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Dominique Hanssens, Ph.D."): ¶ 82 n.152.
- Portions highlighted at the following pages of Exhibit 4 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Expert Report of Bruce Deal, Ph.D."): 68–70.
- Portions highlighted at the following pages of Exhibit 7 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Excerpts from the Deposition Transcript of Terry Diggs"): 199-200
- Portions highlighted at the following pages of Exhibit 8 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Excerpts from the Deposition Transcript of Rethena Green"): 50

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED.
CASE NO. 4:21-CV-02155-YGR-VKD

- Portions highlighted at the following pages of Exhibit 14 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Excerpts from the Deposition Transcript of Christopher Valencia"): 67

- Portions highlighted at the following pages of Exhibit 17 to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Excerpts from the Deposition Transcript of Kimberley Woodruff"): 59-63

Dated: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED.
CASE NO. 4:21-CV-02155-YGR-VKD