# EXHIBIT 27
# to Declaration of
# W. Somvichian

**(REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)**

Message

**From:** Glenn Berntson (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 9/3/2020 10:29:28 AM
**To:** deeptib@google.com
**Subject:** Ad Manager Strate... - @hgaron@google.com - Do we have any b...

Glenn Berntson replied to a comment in the following document



Ad Manager Strategy 2021 (go/am-strat-2021)

opening up NPA inventory


George Levitte


Haskell Garon

@sbelov@google.com did some analysis



George Levitte



CONFIDENTIAL  GOOG-HEWT-00259486

@heeten@google.com

Haskell Garon

@hyunjungpark@google.com @gberntson@google.com @tomwolf@google.com

Glenn Berntson

@hgaron@google.com

Haskell Garon

Haskell Garon

Agreed - that's exactly what we need live data on in H2.



Stan Belov

Glenn Berntson

New

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are subscribed to all discussions on Ad Manager Strategy 2021 (go/am-strat-2021). Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL