# EXHIBIT 31
# to Declaration of
# W. Somvichian

Real-time bidding  >  Non-personalized ad requests

# Non-personalized ad requests

Beginning on October 21, 2021, Google will start sending bid requests for non-personalized and restricted data processing ad requests to third-party RTB bidders.

This help center will be updated periodically to ensure you have the latest information.

**Non-personalized ads** are ads that are not based on a user's past behavior. They are targeted using contextual information, including coarse geo-targeting based on current location and content of the current site or app. Bidders should not personalize ads served on NPA requests.

Publishers can use different controls for non-personalized ads depending on the region:

- **EEA, the UK, and Switzerland**: Publishers can select ad partners (ad technology providers) to receive personalized and non-personalized bid requests.
- **Regulated US states**: Publishers can select from a set of ad partners to receive personalized and non-personalized bid requests.
- **Brazil**: Bid requests will be sent to all bidders that are part of the Ad Technology Providers for the LGPD list.
- **Other regions**: Non-personalized ad requests outside of the previously noted regions will be sent to all bidders, subject to other protections.

## Signals in bid requests

Bid requests for non-personalized ads will be labeled with privacy signals depending on the reason for serving non-personalized ads.

| When request is… | The bid request should include TC string… |
|---|---|
| TCFv2 basic ads | `regs.gdpr=1`<br>`NonPersonalizedAdsReason.User_Opt_Out=1` |
| `?npa=1` in EEA/Switzerland/UK | `regs.gdpr=1`<br>`NonPersonalizedAdsReason.Publisher_Declared_NPA=1` |
| EEA/Switzerland/UK requests where publisher has set account-level NPA | `regs.gdpr=1`<br>`NonPersonalizedAdsReason.Publisher_Declared_NPA=1` |
| `?npa=1` in BR | `regs.lgpd=1`<br>`NonPersonalizedAdsReason.Publisher_Declared_NPA=1` |
| `?npa=1` outside of EEA/Switzerland/UK or BR | `NonPersonalizedAdsReason.Publisher_Declared_NPA=1` |
| `?rdp=1` globally | `NonPersonalizedAdsReason.Restrict_Data_Processing=1` |
| Requests where publisher has set account-level RDP | `NonPersonalizedAdsReason.Restrict_Data_Processing=1` |
| Pub sends `us_privacy` string indicating user opt out | `NonPersonalizedAdsReason.Restrict_Data_Processing=1` |

You can find these fields in the OpenRTB and Authorized Buyer RTB protocols.

User identifiers (such as `google_user_id`, `hosted_match_data`, any device advertising IDs, and `session_id`) will be removed from bid requests for non-personalized ads. User-Agent information will be generalized in bid requests for non-personalized ads. Learn more When the User-Agent information is generalized, `privacy_treatments.user_agent_data` will be set to USER_AGENT_DATA_COARSENED, and `privacy_treatments.user_agent` will be set to USER_AGENT_COARSENED.

Truncated IP address will be removed from bid requests for non-personalized ads. When IP address is redacted, `privacy_treatments.ip` will be set to IP_REDACTED.

**Real-time bidding**

- Introduction to real-time bidding (RTB)
- Set up pretargeting groups
- View bidding activity with RTB Breakout
- Learn the ad approval process
- View and edit real-time bidding (RTB) settings
- Bidder endpoints
- Cookie matching
- Troubleshooting deals with RTB breakout
- Set Google-hosted frequency caps for RTB bids
- Non-personalized ad requests
- Advanced options
- Use RTB troubleshooting API
- Bidders and Buyers

| Authorized Buyer RTB Fields | OpenRTB Fields | Applied action |
|---|---|---|
| `google_user_id` | `user.id` | redacted |
| Device advertising ID (`IDFA`, `UDID`) | `device.ifa` | redacted |
| `hosted_match_data` | `user.buyeruid` | redacted |
| `session_id` | `device.ext.session_id` | redacted |
| `ip` | `device.ip`, `device.ipv6` | redacted |
| `user_agent` | `device.ua` | generalized |
| `user_agent_data` | `device.ext.user_agent_data` | generalized |

If Authorized Buyers do not intend to bid on non-personalized ad requests, they can filter bid requests without user identifiers in pretargeting.

## Exceptions

- Ads for which child-directed treatment applies are not eligible to be sent to third-party RTB bidders. *Example: Ad requests tagged with* `childDirectedTreatment` *or* `underAgeOfConsent`

Give feedback about this article

Was this helpful?    Yes    No

## Need more help?

Sign in for additional support options to quickly solve your issue

Sign in

©2022 Google - Privacy Policy - Terms of Service    English