# EXHIBIT 32
# to Declaration of
# W. Somvichian

Help Center  Community  Google Ad Manager 

Protect your inventory > Block ads by type > Block cookies and data uses in Ad Manager

**Block ads by type**

- Block advertisers and brands
- Block ad experiences
- Block general categories
- Block sensitive categories
- Custom labels to block ads
- Block advertiser URLs
- Block cookies and data uses in Ad Manager
- Block buyers
- About data collection controls (Beta)

**Release notes**

Read about the latest Ad Manager features and Help Center updates.

See what's new

# Block cookies and data uses in Ad Manager

 This article is for the Google Ad Manager product only. It doesn't apply to other Google products.

You can block other buyers from showing ads based on user interest categories or remarketing. The categories you can block are:

- **Data collection**: (Discontinued) This category will be retired in Q2, 2022. To allow RTB buyers to collect data, please use the new data collection control instead. Ads where a real-time bidding (RTB) call declares that data will be collected for subsequent use in targeting or remarketing. This setting applies to all non-Google buyers.
- **Interest-based category cookies**: Ads where an RTB call declares that the ad will target consumers based on user interest categories. This setting applies to all non-Google buyers.
- **Match-coding and subsequent data**: (Web only) Ad Exchange won't provide cookie matching (match tags) in the creative to buyers that have not won the impression. This control only applies to non-Google buyers participating in the Ad Exchange auction.
- **Remarketing list cookies**: Ads where any RTB call declares that the ad will target consumers based on remarketing lists. This setting applies to all non-Google buyers.

Note: After Q2, 2022, identifiers on RTB traffic are redacted when you block both "Interest-based category cookies" and "Remarketing list cookies." Prior to that date, you have to block "Data collection," "Interest-based category cookies," and "Remarketing list cookies" for the redaction to occur.

## Cookies and data uses blocks apply to these transactions

- Open Auctions
- First Look
- Private Auctions
- Programmatic Guaranteed
- Preferred Deals
- Legacy private deals

Learn more about transaction types.

## Get started

1. Sign in to Google Ad Manager.
2. Click **Protections** > **Protections**.
3. Click **New protection** > **Ad content**.
4. Name your protection.
5. From the "Inventory type" dropdown, select the medium on which you want to control the display of ads, such as **Mobile app**.
6. (Optional) To target all inventory, click **Protect all inventory**.
7. (Default) To target specific inventory, click **Only protect specified inventory**, and then:
   a. Click **Add targeting** and select an item from the menu.
   b. On the item you added, click ⌄ and make your targeting selections.
   c. To add more targeting, repeat the steps.
   Learn more about targeting in protections.
8. Under "Blocks," next to "Cookies and data uses (non-Google demand)," click **Add**.
9. For each type of cookie and data you want to exclude, enable the Block ⚫.
10. Click **Update**.
11. Add more protections as needed and click **Save**.

 Give feedback about this article

**Was this helpful?**    Yes    No

## Need more help?

Sign in for additional support options to quickly solve your issue

GOOG-HEWT-00455880

GOOG-HEWT-00455881