# EXHIBIT 38
# to Declaration of
# W. Somvichian

**(DOCUMENT SOUGHT TO BE FILED COMPLETEY UNDER SEAL)**