# EXHIBIT 43
# to Declaration of
# W. Somvichian

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM 10-Q

☒ **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the quarterly period ended June 30, 2023

**OR**

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from _____ to _____

**Commission File Number 001-36911**

# Etsy

## ETSY, INC.

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **20-4898921** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **117 Adams Street**    **Brooklyn, NY** | **11201** |
| (Address of principal executive offices) | (Zip code) |

**(718) 880-3660**

**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | ETSY | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
|  |  | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐    No ☒

The number of shares of common stock outstanding as of July 28, 2023 was 123,013,800.

## Key Operating and Financial Metrics

We collect and analyze operating and financial data to evaluate the health and performance of our business and allocate our resources (such as capital, people, and technology investments). We are providing Etsy marketplace standalone information in certain instances where particularly relevant. The unaudited GAAP and non-GAAP financial measures and key operating metrics we use are:

|  | Three Months Ended June 30, | | % (Decline) Growth Y/Y | Six Months Ended June 30, | | % (Decline) Growth Y/Y |
|---|---|---|---|---|---|---|
|  | 2023 | 2022 |  | 2023 | 2022 |  |
|  | (in thousands, except percentages) | | | | | |
| GMS (1) | $ 3,012,504 | $ 3,029,777 | (0.6) % | $ 6,113,862 | $ 6,282,164 | (2.7) % |
| Revenue | $ 628,876 | $ 585,135 | 7.5 % | $ 1,269,753 | $ 1,164,401 | 9.0 % |
| Marketplace revenue | $ 452,957 | $ 439,549 | 3.1 % | $ 920,473 | $ 867,240 | 6.1 % |
| Services revenue | $ 175,919 | $ 145,586 | 20.8 % | $ 349,280 | $ 297,161 | 17.5 % |
| Gross profit | $ 440,238 | $ 413,714 | 6.4 % | $ 885,662 | $ 819,985 | 8.0 % |
| Operating expenses | $ 442,610 | $ 341,153 | 29.7 % | $ 809,835 | $ 663,109 | 22.1 % |
| Net income | $ 61,915 | $ 73,123 | (15.3) % | $ 136,452 | $ 159,232 | (14.3) % |
| Net income margin | 9.8 % | 12.5 % | (270) bps | 10.7 % | 13.7 % | (300) bps |
| Adjusted EBITDA (Non-GAAP) | $ 166,235 | $ 162,704 | 2.2 % | $ 336,578 | $ 321,902 | 4.6 % |
| Adjusted EBITDA margin (Non-GAAP) | 26.4 % | 27.8 % | (140) bps | 26.5 % | 27.6 % | (110) bps |
| Active sellers (2) | 8,312 | 7,403 | 12.3 % | 8,312 | 7,403 | 12.3 % |
| Active buyers (2) | 96,250 | 93,947 | 2.5 % | 96,250 | 93,947 | 2.5 % |
| Percent mobile GMS (3) | 68 % | 66 % | 200 bps | 68 % | 66 % | 200 bps |
| Percent GMS ex-U.S. Domestic (1)(3) | 45 % | 43 % | 200 bps | 45 % | 44 % | 100 bps |

(1) Consolidated GMS for the three and six months ended June 30, 2023 includes Etsy marketplace GMS of $2.6 billion and $5.3 billion, respectively. Percent GMS ex-U.S. domestic for the Etsy marketplace for the three and six months ended June 30, 2023 was 47% and 46%, respectively.

(2) Consolidated active sellers and active buyers includes Etsy marketplace active sellers and active buyers of 6.3 million and 90.6 million, respectively, as of June 30, 2023.

(3) See "Mobile GMS" and "GMS ex-U.S. domestic" definitions below.

**GMS**

Gross merchandise sales ("GMS") is the dollar value of items sold in our marketplaces, excluding shipping fees and net of refunds, within the applicable period. To provide consistency with our calculation of GMS, beginning in the first quarter of 2023, we are also reporting our mobile GMS, GMS ex-U.S. domestic, and Non-U.S. domestic GMS as a percentage of GMS net of refunds. We did not retroactively apply this change to prior periods as the impact was immaterial to such periods. GMS does not represent revenue earned by us. GMS is largely driven by transactions in our marketplaces and is not directly impacted by Services activity. However, because our revenue and cost of revenue depend significantly on the dollar value of items sold in our marketplace, we believe that GMS is an indicator of the success of our sellers, the satisfaction of our buyers, and the health, scale, and growth of our business. We track "Paid GMS" for the Etsy marketplace and define it as Etsy marketplace GMS that is attributable to our performance marketing efforts, which excludes most of our marketing investments focused on brand awareness like TV and digital video.

GMS decreased $17.3 million to $3.0 billion in the three months ended June 30, 2023, a slight decline compared to the three months ended June 30, 2022, and GMS decreased $168.3 million to $6.1 billion in the six months ended June 30, 2023, compared to the six months ended June 30, 2022. Etsy marketplace GMS continued to be impacted by headwinds impacting consumer discretionary spending, including less spending by lower household income buyers. While GMS per active buyer on a trailing twelve month basis for the Etsy marketplace was down year-over-year in the second quarter, trends in this metric began to stabilize on a sequential basis. In addition, active buyers on the Etsy marketplace reached 90.6 million as of June 30, 2023, a new all time high.

On a consolidated basis we experienced the following (decline) / growth in new buyer and existing buyer GMS in the periods presented:

|  | Three Months Ended June 30, | | | |
|---|---|---|---|---|
|  | 2023 | | 2022 | |
|  | % (Decline) Growth Y/Y | % of GMS | % (Decline) Growth Y/Y | % of GMS |
| New Buyer GMS (1)(2) | (4)% | 11 % | (14)% | 12 % |
| Existing Buyer GMS | — % | 89 % | 2 % | 88 % |

|  | Six Months Ended June 30, | | | |
|---|---|---|---|---|
|  | 2023 | | 2022 | |
|  | % (Decline) Y/Y | % of GMS | % (Decline) Growth Y/Y | % of GMS |
| New Buyer GMS (1)(2) | (6)% | 11 % | (15)% | 12 % |
| Existing Buyer GMS | (2)% | 89 % | 4 % | 88 % |

(1) New buyer GMS represents the total GMS from each new buyer's first purchase day in each of our marketplaces. It does not include GMS from each new buyer's subsequent purchase days, if any, in the periods presented. A new buyer for a given marketplace is a buyer who has made a purchase for the first time in that marketplace.

(2) While new buyer GMS was down 4% and 6% year-over-year in the three and six months ended June 30, 2023, respectively, the number of Etsy marketplace new buyers we acquired in both the three and six months ended June 30, 2023 remains meaningfully elevated when compared to pre-pandemic levels.

There continues to be significant global macroeconomic and geopolitical uncertainty, which may impact the performance of our business. See Part II, Item 1A, "Risk Factors" for further detail.

## Adjusted EBITDA and Adjusted EBITDA Margin

Adjusted EBITDA represents our net income adjusted to exclude: interest and other non-operating (income) expense, net; (benefit) provision for income taxes; depreciation and amortization; stock-based compensation expense; foreign exchange (gain) loss; acquisition-related expenses; and asset impairment charges. Adjusted EBITDA margin is Adjusted EBITDA divided by revenue. See "Non-GAAP Financial Measures" for a reconciliation of Adjusted EBITDA to net income, the most directly comparable GAAP financial measure.

## Active Sellers

An active seller is a seller who has had a charge or sale in the last 12 months. Charges include Marketplace and Services revenue fees, discussed in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Overview—Business." A seller is separately identified in each of our marketplaces by a unique e-mail address; a single person can have multiple seller accounts and can count as a distinct active seller in each of our marketplaces. We succeed when sellers succeed, so we view the number of active sellers as a key indicator of consumer awareness of our brands, the reach of our platforms, the potential for growth in GMS and revenue, and the health of our business.

## Active Buyers

An active buyer is a buyer who has made at least one purchase in the last 12 months. A buyer is separately identified in each of our marketplaces by a unique e-mail address; a single person can have multiple buyer accounts and can count as a distinct active buyer in each of our marketplaces. We generate revenue when buyers order items from sellers, so we view the number of active buyers as a key indicator of our potential for growth in GMS and revenue, the reach of our platforms, consumer awareness of our brands, the engagement and loyalty of buyers, and the health of our business.

## Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  | ETSY, INC. |
|---|---|
| Date: August 2, 2023 | /s/ Merilee Buckley |
|  | Merilee Buckley |
|  | Chief Accounting Officer |
|  | (Principal Accounting Officer) |