# EXHIBIT 44
# to Declaration of
# W. Somvichian

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2023.

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Transition Period from          to         .

Commission file number 001-36859

# PayPal Holdings, Inc.

**(Exact Name of Registrant as Specified in Its Charter)**

| **Delaware** | | **47-2989869** |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation or Organization)** | | **(I.R.S. Employer Identification No.)** |
| **2211 North First Street** | **San Jose,    California** | **95131** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**(408) 967-1000**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| *Title of each class* | *Trading Symbol(s)* | *Name of each exchange on which registered* |
|---|---|---|
| **Common stock, $0.0001 par value per share** | **PYPL** | **NASDAQ Global Select Market** |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes  ☒    No  ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes  ☒    No  ☐

Additionally, in connection with transactions occurring in multiple currencies on our payments platform, we generally set our foreign currency exchange rates daily and may face financial exposure if we incorrectly set our foreign currency exchange rates or as a result of fluctuations in foreign currency exchange rates between the times that we set our foreign currency exchange rates and when transactions occur.

## KEY METRICS AND FINANCIAL RESULTS

### KEY METRICS

TPV, number of payment transactions, active accounts, and number of payment transactions per active account are key non-financial performance metrics ("key metrics") that management uses to measure the scale of our platform and the relevance of our products and services to our customers, and are defined as follows:

- *TPV* is the value of payments, net of payment reversals, successfully completed on our payments platform or enabled by PayPal via a partner payment solution, not including gateway-exclusive transactions.

- *Number of payment transactions* are the total number of payments, net of payment reversals, successfully completed on our payments platform or enabled by PayPal via a partner payment solution, not including gateway-exclusive transactions.

- An *active account* is an account registered directly with PayPal or a platform access partner that has completed a transaction on our platform, not including gateway-exclusive transactions, within the past 12 months. A platform access partner is a third party whose customers are provided access to PayPal's platform or services through such third party's login credentials, including individuals and entities that utilize Hyperwallet's payout capabilities. A user may register on our platform to access different products and may register more than one account to access a product. Accordingly, a user may have more than one active account. The number of active accounts provides management with additional perspective on the overall scale of our platform, but may not have a direct relationship to our operating results.

- *Number of payment transactions per active account* reflects the total number of payment transactions within the previous 12-month period, divided by active accounts at the end of the period. The number of payment transactions per active account provides management with insight into the average number of times an account engages in payments activity on our payments platform in a given period. The number of times a consumer account or a merchant account transacts on our platform may vary significantly from the average number of payment transactions per active account.

As our transaction revenue is typically correlated with TPV growth and the number of payment transactions completed on our payments platform, management uses these metrics to gain insights into the scale and strength of our payments platform, the engagement level of our customers, and underlying activity and trends which may be indicators of current and future performance. We present these key metrics to enhance investors' evaluation of the performance of our business and operating results.

Our key metrics are calculated using internal company data based on the activity we measure on our payments platform and compiled from multiple systems, including systems that are internally developed or acquired through business combinations. While the measurement of our key metrics is based on what we believe to be reasonable methodologies and estimates, there are inherent challenges and limitations in measuring our key metrics globally at our scale. The methodologies used to calculate our key metrics require judgment.

We regularly review our processes for calculating these key metrics, and from time to time we may make adjustments to improve the accuracy or relevance of our metrics. For example, we continuously apply models, processes, and practices designed to detect and prevent fraudulent account creation on our platforms, and work to improve and enhance those capabilities. When we detect a significant volume of illegitimate activity, we generally remove the activity identified from our key metrics. Although such adjustments may impact key metrics reported in prior periods, we generally do not update previously reported key metrics to reflect these subsequent adjustments unless the retrospective impact of process improvements or enhancements is determined by management to be material.



The graphs below present the respective key metrics (in millions) for the three and six months ended June 30, 2023 and 2022:

**Active Accounts***



| | Q2 2023 | Q2 2022 |
|---|---|---|
| | 431 | 429 |

*Reflects active accounts at the end of the applicable period.

**Number of payment transactions**

| Q2 2023 | Q2 2022 | Q2 2023 YTD | Q2 2022 YTD |
|---|---|---|---|
| 6,074 | 5,513 | 11,908 | 10,674 |

**TPV**



| Q2 2023 | Q2 2022 | Q2 2023 YTD | Q2 2022 YTD |
|---|---|---|---|
| $376,538 | $339,791 | $731,046 | $662,772 |

The following table provides a summary of related metrics:

| | Three Months Ended June 30, | | Percent Increase/(Decrease) | Six Months Ended June 30, | | Percent Increase/(Decrease) |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| Number of payment transactions per active account | 54.7 | 48.7 | 12 % | 54.7 | 48.7 | 12 % |
| Percent of cross-border TPV | 12 % | 13 % | ** | 12 % | 14 % | ** |

** Not meaningful

We had active accounts of 431 million and 429 million as of June 30, 2023 and 2022, respectively. Our total number of payment transactions was 6.1 billion and 5.5 billion for the three months ended June 30, 2023 and 2022, respectively, an increase of 10%. Our total number of payment transactions was 11.9 billion for the six months ended June 30, 2023, compared to 10.7 billion in the six months ended June 30, 2022, an increase of 12%. TPV was $377 billion and $340 billion for the three months ended June 30, 2023 and 2022, respectively, an increase of 11%. TPV was $731 billion for the six months ended June 30, 2023 compared to $663 billion in the six months ended June 30, 2022, an increase of 10%.



# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |  |  |
|---|---|---|---|
|  |  | PayPal Holdings, Inc. |  |
|  |  | Principal Executive Officer: |  |
| Date: | August 2, 2023 | By: | /s/ Daniel H. Schulman |
|  |  |  | **Daniel H. Schulman** |
|  |  |  | **President and Chief Executive Officer** |
|  |  |  |  |
|  |  | Principal Financial Officer and Principal Accounting Officer: |  |
| Date: | August 2, 2023 | By: | /s/ Gabrielle Rabinovitch |
|  |  |  | **Gabrielle Rabinovitch** |
|  |  |  | **Acting Chief Financial Officer and Senior Vice President, Investor Relations and Treasurer** |

