# EXHIBIT 7
# to the Declaration of
# S. Vakharia

# CB2 Consent Flow

## Default web flow

CONFIDENTIAL

GOOG-HEWT-00456459



CONFIDENTIAL

GOOG-HEWT-00456460



CONFIDENTIAL
GOOG-HEWT-00456461



CONFIDENTIAL

GOOG-HEWT-00456462