# EXHIBIT 1
# to the Declaration of
# H. Hanzarik

*Curriculum Vitae for*
# Hunter J. Hanzarik
Digital Forensics Technician, Forensic Technology and Consulting
TransPerfect Legal Solutions

**BIO/SUMMARY**

Hunter Hanzarik is a Digital Forensics Technician at TransPerfect Legal Solutions in the Forensic Technology and Consulting division. Hunter has experience in computer technology, computer forensics acquisitions, mobile device acquisitions, and social media forensics.

Hunter started his career in digital forensics as an Intern at the Officer David M. Petzold Digital Forensics Laboratory of Lehigh County. While interning at the Petzold Digital Forensics Lab, Hunter assisted law enforcement officials with the investigation of crimes involving technology and data of evidentiary value. Additionally, Hunter assisted in the daily operations of the lab. Subsequently, after graduating from DeSales University with two bachelor's degrees, Hunter was hired as a full time Digital Forensics Technician at TransPerfect Legal Solutions.

**EDUCATION & TRAINING**
- Bachelor of Arts, Criminal Justice; Digital Forensics
  DeSales University, Center Valley, PA, May 2022
- Bachelor of Science, Computer Science; Cybersecurity
  DeSales University, Center Valley, PA, May 2022
- DeSales University Cyber Security & Digital Forensics Conference, April 2021
- DeSales University Cyber Security & Digital Forensics Conference, April 2022
- SecureWorld Conference, March 2022

**CERTIFICATIONS & LICENSES**
- Magnet Certified Forensics Examiner – May 2021
- Cellebrite Certified Operator – October 2021

**WORK EXPERIENCE**
- Officer David M. Petzold Digital Forensics Laboratory of Lehigh County, Center Valley, PA, Intern Jan. 2022 – Sep. 2022
  Mr. Hanzarik was employed at the Petzold Digital Forensics Laboratory as an Intern from January 2022 to September 2022. Mr. Hanzarik assisted with digital forensic investigations and assisted in the daily operations of the lab. He gained proficiency in state-of-the-art forensics software and hardware used in digital forensics examinations.