# EXHIBIT 2
# to the Declaration of
# H. Hanzarik

AccuWeather updated its 2023 Atlantic hurricane season forecast. Get the details.

AccuWeather

Search Location

RECENT LOCATIONS

Center City East
Pennsylvania
82°F
RealFeel® 93°

The 1 Household Item That Visibly Tightens Saggy Skin

Sponsored by Beverly Hills MD

UNITED STATES WEATHER RADAR See more →

UNITED STATES WEATHER CONDITIONS See more →

| | | | |
|---|---|---|---|
| Austin | 95° | Boston | 70° |
| Brooklyn | 79° | Chicago | 84° |
| Dallas | 101° | Houston | 96° |
| Los Angeles | 82° | Manhattan | 78° |
| Nashville | 84° | New York | 78° |
| Philadelphia | 82° | Phoenix | 101° |
| Queens | 77° | Raleigh | 85° |
| Sacramento | 69° | San Antonio | 93° |
| San Diego | 76° | San Jose | 65° |
| The Bronx | 76° | Washington | 81° |

Temperatures to soar again in Southwest, ramping up fire concerns

## Weather News

See more →

Smoke is back in the Midwest, Northeast. Here's what you nee...
22 hours ago

Temperatures to soar again in Southwest, ramping up fire con...
2 hours ago

AccuWeather's 2023 US fall forecast
2 days ago

SPONSORED BY WELLNESSGUIDE101.COM
If You Have Toenail Fungus Try This Tonight (It's Genius!)
Read More
LEARN MORE

## Travel and Weather

See more →

AccuWeather flight cancellation tracker
6 hours ago

UNESCO recommends putting Venice on its heritage danger list
21 hours ago

Tourists struggle with the heat
2 days ago

## Space and Astronomy

See more →

Mystery object on Australian beach 'most likely' from Indian...
1 day ago

Contact with NASA's Voyager 2 probe severed by technical gli...
1 day ago

Looking back on 65 years of NASA
1 day ago

## Around the Web

EHEALTHYLIFEJOURNAL
Simple Method "Ends" Tinnitus - Stops Ringing Ears (Watch)

TRENDIFYER
If You Have Toenail Fungus Try This Tonight (It's Genius!)

THE SENIOR SCOOP
Here's What a Walk-in Tub Ought to Cost for Philadelphia Seniors

TINNPIX
Top Scientists: if Anyone Has Tinnitus (Ear Ringing) Do This Now

SOGOODLY
Put a Toilet Paper Roll Under the Toilet Seat at Night if Alone, Here's Why

DOGFOODDISCOVERY.COM
Top Vet: "If You Can't Brush Your Dog's Teeth Daily, Do This"

HEALTH TRUTH FINDER
Genius Japanese Diabetes Treatment Works Better Than Prescription Drugs (Watch)

BEVERLY HILLS MD
Forget Retinol, Use This Household Item To Fill In Wrinkles

BEVERLY HILLS MD
The 1 Household Item That Visibly Tightens Saggy Skin

Seniors Under 85 Years Old Get $250k In Life Insurance for $13/Month

Sponsored by Branded Links

## Top Stories

HURRICANE
AccuWeather's updated hurricane forecast calls for more named storms
4 hours ago

SEVERE WEATHER
Severe weather, flash flooding concerns to keep central US on alert
52 minutes ago

WEATHER NEWS
Massive fire burning in West is spawning dangerous 'fire whirls'
21 hours ago

HURRICANE
Biblical flooding in Beijing after heaviest rain in 140 years
3 hours ago

WEATHER FORECASTS
Suddenly it feels like September in the Northeast. But, will it last?
7 hours ago

More Stories

## Viral Weather

LIVE BLOG
Astronomy news: Supermoon astounds stargazers around the globe

LATEST ENTRY
Supermoon illuminates skyline of NYC, Los Angeles
2 hours ago

Chinese zoo assures visitors that their sun bears are not people in co...
19 hours ago 0:41

ASTRONOMY
Contact with NASA's Voyager 2 probe severed by technical glitch
1 day ago

AccuWeather
Stay Updated. Stay Prepared. Stay Ahead of Summer Storms.
Get the App

## Featured Stories

CLIMATE
Americans are spotting more sharks. Here's why that's a good thing
21 hours ago

Bride walks down flooded aisle after Typhoon Doksuri
6 hours ago 0:21

CLIMATE
Drought-stricken Mexico uses controversial technology to make it rain
1 hour ago

WEATHER NEWS
8-year-old survives 'extraordinarily rare' cougar attack
2 days ago

HEALTH
How to sleep in a heat wave, according to experts
1 day ago

## Retro Weather

LIVE BLOG
Weather History: 1936 heat wave set records that still stand today

LATEST ENTRY
Unprecedented 1936 heat wave set state high temperature records that still stand
4 days ago

RECREATION
Why America stopped building public pools
5 days ago

WEATHER NEWS
Ship sunk by 'incredible storm' in 1842 discovered in Lake Michigan
1 week ago

SEVERE WEATHER
This 121-year-old landmark was destroyed in seconds
1 week ago

AROUND THE GLOBE

HURRICANE TRACKER →
SEVERE WEATHER →
RADAR & MAPS →
NEWS →
VIDEO →
PODCASTS →
WINTER CENTER →

World > North America > United States > Pennsylvania > Center City East

COMPANY
Proven Superior Accuracy
About AccuWeather
Digital Advertising
Careers
Press
Contact Us

PRODUCTS & SERVICES
For Business
For Partners
For Advertising
AccuWeather APIs
AccuWeather Connect
Podcast
RealFeel® and RealFeel Shade™

APPS & DOWNLOADS
iPhone App
Android App
See all Apps & Downloads

SUBSCRIPTION SERVICES
AccuWeather Premium
AccuWeather Professional

MORE
AccuWeather Ready
Business
Health
Hurricane
Leisure and Recreation
Severe Weather
Space and Astronomy
Sports
Travel
Weather News
Winter Center

© 2023 AccuWeather, Inc. "AccuWeather" and sun design are registered trademarks of AccuWeather, Inc. All Rights Reserved.
Terms of Use | Privacy Policy | Cookie Policy | Do Not Sell My Data

