# EXHIBIT 4
# to the Declaration of
# H. Hanzarik

LAST MODIFIED: AUGUST 21, 2020

# Privacy Policy

At AccuWeather, We want to assure that We provide You, as a User, with information and choice about Our policies and practices. We do this so You may make informed decisions whether or not You want to use AccuWeather Sites and how you choose to use them.

Please read this Privacy Policy carefully before using AccuWeather Sites. When You use AccuWeather Sites, You consent to the terms and conditions and the practices described in this Privacy Policy. It applies to You if You access AccuWeather Sites directly, through a third-party or by other means. It takes precedence over any conflicting terms published by a third party regarding Your access or use of AccuWeather Sites.

As AccuWeather expands its offerings and as technology evolves, We may, from time to time, update Our privacy practices to address these changes. We encourage You to check here on a regular basis for updates to this Privacy Policy.

ACCUWEATHER SITES, AND THE PRODUCTS, SERVICES AND ADVERTISING MADE AVAILABLE THROUGH THEM, ARE NOT INTENDED FOR USE BY CHILDREN UNDER THE AGE OF 18 WITHOUT PARENTAL SUPERVISION. AccuWeather does not intentionally collect any information from children under 18 years of age. We will undertake to delete any details from such users where a parent or guardian has notified us that any such details have been obtained.

## CONTENTS

1. DEFINITIONS WE USE IN THIS PRIVACY POLICY
2. WHAT INFORMATION DO WE COLLECT?
3. HOW DO WE USE THE INFORMATION?
4. HOW DO WE SHARE THE INFORMATION?
5. WHERE IS THE INFORMATION STORED?
6. HOW LONG IS THE INFORMATION STORED?
7. HOW CAN YOU ACCESS AND CONTROL YOUR INFORMATION?
8. CHANGES TO THIS PRIVACY POLICY
9. HOW DO YOU CONTACT US?

## DEFINITIONS WE USE IN THIS PRIVACY POLICY

We use certain defined terms in this Privacy Policy. They have the following meanings:

"AccuWeather," "We," "Our," and "Us" refers to AccuWeather, Inc. and any and all entities that are controlled by or under common control with AccuWeather, Inc.

"AccuWeather Sites" include but are not limited to all AccuWeather wired and mobile websites, digital products, services, websites, applications, data, content, advertising, and other elements. These other elements may include sign-up screens, contests, data input and tracking, and other interfaces.

"Online Behavioral Advertising," also referred to as "OBA," which is also sometimes called "interest-based advertising," uses information collected across multiple web sites that You visit in order to predict Your preferences and to show You advertisements that are most likely to be of interest to You.

"Personally Identifiable Information" or "PII" means information by which a natural person can be specifically identified. This information includes things such name, address and email address. Your username and a password You supply are examples of PII. Information about a device or the location of a device may be PII, but only if We also have other information that, when combined with information about that device, might lead to identification of You or another natural person.

"Providers," refers to non-AccuWeather entities such as, but not limited to, service providers, advertisers, vendors, data collection services and other third parties. These Providers may also collect information about You.

"User," "You," "Your," and "Visitor," whether in the singular or plural refers to a natural person who views, downloads or interacts with any AccuWeather Sites.

## WHAT INFORMATION DO WE COLLECT?

We may collect Your PII or device information, including Your device's location, when You use the AccuWeather Sites. Users are informed during the registration or onboarding process for certain AccuWeather Sites of the information We may collect about You or Your device and prompted to provide that information or grant Us access to it for specified purposes such as product improvements and push notifications.

**Information We ask You to provide.** We may ask You to provide PII or allow AccuWeather and/or its Providers to identify or contact You. We may request this information when we ask You to register for fee-based services, although some free products and services may also request or require registration. For example, We may request PII from You when You create an account, download an application or content through AccuWeather Sites, upload content (e.g., photos, videos) to AccuWeather Sites, subscribe to e-mail newsletters or other content made available by AccuWeather Sites, or report a problem with Your account or AccuWeather Sites. As a registered subscriber or user, You may be able to download software, enter contests or sweepstakes, order e-mail newsletters or participate in additional services or other promotions offered on AccuWeather Sites.

**Information Your device provides passively about the device, the network it is on and the device's location.** Your use of AccuWeather Sites may result in the assignment of unique identifiers (IDs). Some of these IDs are generated by Your device and some of these are provided to Your device by Us or our Providers. These may be in the form or numbers or combinations of letters, numbers and other characters or other codes. These may be used to allow AccuWeather and its Providers and others who assist AccuWeather in the support of AccuWeather Sites to know Your device's location, web browsing movements or information about the environment near the device. When You use certain AccuWeather Sites, We allow You to choose when and how often to share Your device location data with Us and the purposes for which We or our Providers may use Your device location data. Basic AccuWeather app features will still function if You choose not to share Your device location data to receive personalized content and advertising.

When you use AccuWeather Sites, your device may send us some or all of the following:

- **GPS Coordinates**. The GPS coordinates of a device. On many devices, enabling or disabling "Location Services" or a similar setting controls whether the device sends GPS coordinates.
- **Internet Protocol (IP) Address**. An IP Address is a number automatically assigned by Your Internet Service Provider (ISP). The IP address is the host computer a device uses to connect to the ISP's network to send information to Us or to our Providers and for a device to receive information back from Us or from our Providers.
- **Device ID**. A Device ID is a combination of letters and numbers that is unique to the device You are using. The Device ID identifies the device, regardless of who is using the device. On many devices, the Device ID is provided by the device manufacturer and stored permanently in the memory of the device. Depending on how the manufacturer configured the device, You may not be able to change it.
- **Advertising ID (AAID) or ID for Advertising (IDFA)**. These are combinations of letters and numbers that are unique to the device You are using. However, these identifiers may not be permanent. Depending on Your device, You may be able to reset them through the settings of Your device or Your browser.
- **Information about other devices that are near Your device**. Your device commonly has several types of wireless communications methods, and each is enabled or disabled separately by You. If You are using a wireless or cellular connection, the device may log and transmit when it has come in contact or connected to other devices or components of the network the device is using. These include things such as:
  - When You enable WiFi, a basic service set identifier (BSSID) of a WiFi access point near the device
  - When You enable a cellular connection, a cell tower near the device
  - When You enable Bluetooth, a Bluetooth beacon near the device
- **Information from sensors on Your device**. Many mobile devices include sensors that measure information about the surroundings of the device. These include things like gyroscopes, accelerometers and altimeters that measure things like rotation, speed direction and altitude. Some wearable devices also include sensors for body conditions like pulse and body temperature.
- **Information about the performance of Your device**. This may include information such as how much battery power the device is using, the operating system and version the device is using and the version of Our application the device is using.
- **Cookies**. Cookies are files with small amounts of data, which may include an anonymous unique identifier. If You are accessing an AccuWeather Site through a browser, including a browser on a mobile device, cookies may be sent to the browser and stored in the device's memory. This identifies the device the next time it accesses an AccuWeather Site through a browser. You can instruct your browser to refuse all cookies or to indicate when a cookie is being sent. However, if You do not permit the device to accept cookies, Your experience may not be optimal when You return to an AccuWeather Site because We may not recognize the device. You can learn more about how we use cookies here.
- **Pixel Tags, Web Beacons, Flash Shared Objects/HTML5 Local Storage/HTML5 Mini Databases**. Many mobile devices use these technologies which allow for the storage of information on the mobile devices and, in effect, allow the enhancement of internet browsing The Flash Shared Objects, HTML5 Local Storage and HTML5 Mini Databases also allow the device to track a user's web browsing movements across the internet and not just on one particular website. You can learn more about how we use these technologies here.

If you turn off "Location Services" or a similar setting that controls GPS functionality, the device still may automatically send or receive this other information as long as you have these other communications types enabled. You should read the instructions related to Your device, operating system or browser to learn about how to control the information Your device may transmit.

We do not respond to web browser Do Not Track signals at this time.

**Weather observations, videos and other information You choose to upload or submit to Us.** You may have the opportunity to submit information about Yourself and your surroundings, such as weather-related data You observe, as well as your present location or another location of interest. You also may be able to post or submit photos, videos, graphics, information, comments, and other content to an AccuWeather Site. When you submit this information, it becomes the property of AccuWeather, and you accept responsibility for its accuracy, appropriateness and legality. It may be distributed and become publicly available. It may be viewed, read, collected, or used by others, outside of Our control, including any geo-location, tags, or other metadata in the submission.

**Information about You that You choose to share through Social Media.** You may engage with Our content on or through social media services or other third-party platforms such as Facebook, Twitter and others that are integrated to an AccuWeather Site. We refer to those here generally as "Social Media." When you engage with Our content on or through Social Media, We may have access to certain information in Your profile with that Social Media platform if You have enabled Your profile details to be shared. This may include your name, e-mail address, photo, gender, birthday, location, an ID associated with the Social Media profile, user files, photos and videos, list of friends or connections, people You follow and who follow You, posts, "likes" and more. You should read the privacy policies and terms of use of the Social Media platforms You use and check Your privacy settings on those Social Media platforms to make sure You are permitting those platforms to share only the information that You want to share.

**Information You provide AccuWeather if You contact Us directly.** If You contact AccuWeather, We may keep a record of that contact or correspondence.

**Your Mobile Device SMS / Text Messages.** You may decide to opt-in and consent to receiving SMS / text messages from AccuWeather. If you do, we do not sell or disclose Your SMS / text messaging opt-in data and consent to any unaffiliated third parties.

## HOW DO WE USE THIS INFORMATION?

It is important for Us to know Our users. AccuWeather uses the information it collects to:

- Provide You weather alerts at the location(s) You provide us
- Provide You a more accurate service
- Provide You a user-friendly and engaging service with content We believe will be most relevant to You
- Deliver to You targeted or contextual advertising We and our advertising Providers believe will be most relevant to You
- Analyze the traffic and use patterns on AccuWeather Sites
- Provide You up-to-date information on Our products, Our services and the AccuWeather Sites
- Provide access to subscription-based AccuWeather Sites
- Process and verify subscriptions
- Bill for subscription-based AccuWeather Sites and other services
- Process Your data access and deletion requests

## HOW DO WE SHARE THIS INFORMATION?

We may disclose information to Our affiliated companies.

We also may disclose information to unaffiliated third-party Providers. We deliver valuable information to You on AccuWeather Sites free of charge or at low rates. We can accomplish this by working with Providers. You can find a list of these Providers here. We update this list from time to time, so You should review it from time to time. You also should visit the sites of these Providers and review their privacy terms and disclosures.

These unaffiliated third-party Providers may:

- **Provide services to Us needed to operate the AccuWeather Sites**, such as website hosting and moderating, mobile application hosting, data analysis, payment processing, order fulfillment, infrastructure provision, IT services, customer service, e-mail and direct mail delivery services, credit card processing, auditing services and other services. We need to provide certain information in order to enable them to provide those services to Us. For example, We may use Providers to administer the process for You to make submissions of videos to AccuWeather Sites and/or to host or store such submissions for Us.
- **Serve advertisements when You visit AccuWeather Sites.** Providers may use information about Your visits to AccuWeather Sites and other web sites in order to provide advertisements about goods and services they believe may be of interest to You. AccuWeather Sites may be designed to utilize Online Behavioral Advertising (OBA). This means that certain information regarding Your internet viewing behaviors or practices, over periods of time and perhaps involving websites or applications which are not AccuWeather Sites, may be used for the purpose of choosing advertising to display to You. If You would like more information about this practice and to know Your choices about not having this information used by these companies, see https://www.aboutads.info/choices or https://networkadvertising.org/managing/opt_out.asp or https://choice.live.com/AdvertisementChoice or https://youronlinechoices.eu/ .
- **Use the information to offer promotions to you for other products and services.** For example, many wireless products may be made available through cooperative arrangements with Providers who offer specialized products, information or services that We believe work well with the AccuWeather Sites.
- **Use the information in combination with other information.** Providers may have obtained other information directly from You or from other sources that are not related to Us and not related to Your use of AccuWeather Sites. We enter into agreements with these Providers that provide, among other things, that they keep PII they receive from Us confidential, that they only use it for specific purposes, that they provide access to it and that when they receive a valid request to delete it, they delete it within a reasonable period of time.

We also may disclose PII we collect if We think it is necessary under applicable law. This may include laws outside your country of residence. We may need to do this:

- to comply with legal process
- to respond to requests from public and government authorities, including public and government authorities outside your country of residence
- to protect Our rights, privacy, safety, or property or Yours
- to complete a reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of Our business, assets, or stock

**Disclosures relating to our Provider Google.** Some or all AccuWeather Sites make use of Google Analytics Demographics and Interest Reporting. AccuWeather Sites also may make use of other Google Analytics for Display Advertising features, including Remarketing, Google Display Network Impression Reporting or DoubleClick Campaign Manager integration. We are required by Google to disclose the following information to You in Our Privacy Policy in connection with Our use of any Google Analytics for Display Advertising features on AccuWeather Sites:

- You may opt out of Google Analytics for Display Advertising or customize Google Display Network advertising by using the Google Ads Settings page . You may also prevent Your data from being collected and used by Google Analytics by opting out through the use of the Google Analytics Opt-out Browser Add-on .
- If AccuWeather Sites make use of the Google Analytics for Display Advertising Remarketing feature, AccuWeather will use such Remarketing feature to advertise online and third-party vendors, including Google, may show AccuWeather ads on sites across the Internet.
- AccuWeather and third-party vendors, including Google, may use first-party cookies (such as the Google Analytics cookies) and third-party cookies (such as the DoubleClick cookie) together to: (a) inform, optimize and serve ads based on a user's past visits to AccuWeather Sites or (b) report how Your ad impressions, other uses of ad services, and interactions with these ad impressions and ad services are related to visits to AccuWeather Sites.
- Data from Google Analytics Demographics and Interest Reporting may be utilized by AccuWeather to help recognize and understand user preferences, to make improvements to AccuWeather Sites, to choose content and advertising to display to You, and for other business purposes that will allow AccuWeather to better serve You.

## WHERE IS THE INFORMATION STORED?

AccuWeather Sites are controlled and operated from within the United States. PII may be stored and processed in any country where we have facilities or Providers. When You consent to use AccuWeather Sites, You are consenting to the transfer of information to countries outside of your country of residence, including to the United States, which may provide for different data protection rules than in Your country.

## HOW LONG IS THE INFORMATION STORED?

We retain PII for as long as You have a registered account with Us or as long as needed to provide You services on the AccuWeather Sites. If You request that We delete or restrict certain PII about You controlled by Us, We will comply with your request, but We may retain and use the PII for a period of time. For example, We may use the records to follow-up on a request, resolve a dispute or as needed to comply with applicable law. In addition, some PII may be stored on back-up files for financial, legal, or technical reasons.

## HOW CAN YOU ACCESS AND CONTROL YOUR INFORMATION?

**Controlling Information Your Device Sends to Us.** Most devices and web browsers offer privacy settings and options where you can control the information that Your device sends. Changing these settings will not prevent you from seeing advertisements and offers, but those advertisements and offers may not be tailored to your interests and needs. You may disable cookies, reset your IDFA or AAID, or turn off location-based (GPS) services. We do not override these settings or options, and You can change them at any time. We encourage you to use them to enhance your choices and personalize your experiences. However, in order to access certain content, features, services, products, or benefits of AccuWeather Sites, you may be required to provide Us certain information. Basic AccuWeather app features will still function if You choose not to share Your device location with Us to receive local content and customized advertising.

**Online Behavioral Advertising (OBA).** If You desire to opt-out of OBA described above in the section "How Do We Share Your Information?", You should visit https://www.aboutads.info/choices for web-based advertising), and https://www.aboutads.info/appchoices for mobile advertising. This hyperlink and process is the recommended tool for the Digital Advertising Alliance Self-Regulatory Principles of Online Behavioral Advertising, to which AccuWeather endeavors to adhere, as a member of the Interactive Advertising Bureau.

**Accessing and updating Your online account information.** If You have a subscription or account with Us where You voluntarily provided PII through email, registration forms, the best way to access or control this information is to visit the applicable AccuWeather Site to update Your online profile, change Your password. If You have a user name or password associated with an account, You are responsible for maintaining the confidentiality of Your user name and password.

**US Residents.** If You have a subscription or account with Us where You voluntarily provided PII through email, registration forms, or other contact forms request, the best way to update Your subscription or account information is to visit the applicable AccuWeather Site to update Your online profile or change Your password. You also can request that We provide You a summary of PII we maintain in connection with Your account. Upon your request, if we have any of this PII, we will update or correct that information. Users of the AccuWeather Sites may also request that We provide you with a summary of data We collect about Your device or delete Your device data, inclusive of any PII.

**California Residents.** California Civil Code Section 1798.83, known as the "Shine the Light" law, permits users who are California residents to request and obtain from us once annually, free of charge, information about PII (if any) we disclosed to third parties for direct marketing purposes in the preceding calendar year. If applicable, this information would include a list of the categories of PII that was shared and the names and addresses of third parties with which we shared information in the immediately preceding calendar year. We do not respond to web browser Do Not Track signals at this time.

**Users accessing from the European Union.** You have the right to request that We confirm what PII we collect or hold about You, provide a copy of Your PII to You in a machine-readable format and to ask us to correct or update the PII. You also have the right to ask us to delete Your PII that we hold, in accordance with applicable law. However, the deletion of the PII may impact Your access, use and ability to use features on the AccuWeather Sites.

**A note about links to Provider sites from AccuWeather Sites.** You may seek access to certain products or services on AccuWeather Sites that are available through third parties, either through their own web sites or on web sites hosted by or linked to AccuWeather Sites. When ordering, registering for, or purchasing products or services from these Providers, You may be entering into an agreement with a Provider, and not with AccuWeather, and the Provider's terms may apply. Those terms may differ substantially from this Privacy Policy and other AccuWeather terms and conditions. You should read and understand Providers' terms of use and policies before using their sites or entering into agreements with them. If You have questions or concerns about their sites, terms or conditions, or privacy policies, You should contact the Providers directly. AccuWeather neither endorses nor accepts responsibility for the contents of the Provider sites, products or services. For convenience, We may provide information and contact information about Providers, but We cannot ensure that the contact information is correct or accurate.

**Use by Children under age 18.** AccuWeather Sites are not directed to children and AccuWeather does not intend to collect any PII from children. Please do not allow children under age 18 to use AccuWeather Sites, provide any PII to AccuWeather, or ask questions or participate in chat rooms on AccuWeather Sites. If We are notified with verifiable information that a child under age 18 has provided PII to Us, We will delete that information as soon as reasonably possible. If You become aware that a child under age 18 has provided such information, please send Us a detailed email with all identifiable information at customerservice@accuweather.com so We may delete this information. We have no way to control the use of an access device that You allow a child under age 18 to use, and therefore the device may be sending Us information about the device's location and other factors. PLEASE EXERCISE CONTROL OF YOUR DEVICES TO PREVENT MINORS FROM GETTING INTO A SITUATION WHERE THEIR LOCATION MAY BE DISCLOSED TO US, OUR PROVIDERS, OR OTHER THIRD PARTIES.

## CHANGES TO THIS PRIVACY POLICY

We recently included a disclosure about our practices regarding your SMS / text messaging opt-in data and consent. We made this disclosure as a requirement by phone carriers with whom You may have services with, and to inform You of our existing practices. We do not share such information with unaffiliated third parties.

## HOW DO YOU CONTACT US?

You may request a copy of the data we hold about you or amend or delete that data by contacting the Privacy Officer at privacyofficer@accuweather.com or through a "Contact Us" or similar link on an AccuWeather Site.

For all other inquiries or issues relating to AccuWeather's products or services, please contact AccuWeather's support group at the following email: support@accuweather.com.

© 2023 AccuWeather, Inc. "AccuWeather" and sun design are registered trademarks of AccuWeather, Inc. All Rights Reserved.