# EXHIBIT 5
# to the Declaration of
# H. Hanzarik

| TERMS OF USE | PRIVACY STATEMENT | BOTS & MESSENGER | PROVIDER LIST | COOKIE POLICY | HUAFENG-ACCUWEATHER |

LAST MODIFIED: MAY 25, 2018

# Provider List

Below is a list of unaffiliated Providers to whom we disclose information about a User or a device that accesses AccuWeather Sites. We deliver valuable information to you on AccuWeather Sites free of charge or at low rates. We can accomplish this by working with Providers. You can find a list of these Providers below. We update this list from time to time, so you should review it from time to time.

Please check our Privacy Policy related to use of AccuWeather Sites for how information we share with these Providers may be used and for definitions of capitalized terms we use here. You also should visit the sites of these Providers and review their privacy terms and disclosures.

## ADVERTISING

| Provider | Privacy Policy Link |
| --- | --- |
| Amazon Publisher Services | https://aps.amazon.com/aps/privacy-policy/index.html |
| App Monet | https://appmonet.com/ |
| AppNexus | https://www.appnexus.com/en/company/platform-privacy-policy |
| Criteo | https://www.criteo.com/privacy/ |
| Cuebiq and its Trusted Partners | https://www.cuebiq.com/privacypolicy/ | https://www.cuebiq.com/trusted-partners/ |
| Doubleclick For Publishers | https://policies.google.com/privacy |
| Facebook Audience Network | https://developers.facebook.com/docs/audience-network/policy |
| Index Exchange | https://www.indexexchange.com/privacy/ |
| Intersection | https://www.intersection.com/privacy-policy/ |
| LiveRamp | https://liveramp.com/privacy/ |
| Moat | https://moat.com/privacy |
| Oath | https://policies.oath.com/in/en/oath/privacy/index.html |
| OpenX | https://www.openx.com/legal/privacy-policy/ |
| PubMatic | https://pubmatic.com/legal/privacy-policy/ |
| RhythmOne | https://www.rhythmone.com/privacy-policy |
| Rubicon | https://rubiconproject.com/privacy-policy/ |
| Smaato | https://www.smaato.com/privacy/ |
| Sovrn | https://www.sovrn.com/privacy-policy/ |
| TrustX | https://trustx.org/rules/ |
| Yieldbot | https://www.yieldbot.com/privacy-policy/ |

## PRODUCT ANALYTICS

| Provider | Privacy Policy Link |
| --- | --- |
| Apps Flyer | https://www.appsflyer.com/privacy-policy/ |
| Comscore | https://www.comscore.com/About-comScore/Privacy-Policy |
| Ford | https://developer.ford.com/pages/privacy |
| Google Analytics | https://policies.google.com/privacy |
| Pendo | https://www.pendo.io/legal/privacy-policy/ |
| Salesforce | https://www.salesforce.com/company/privacy/ |

## PRODUCT SERVICES

| Provider | Privacy Policy Link |
| --- | --- |
| Akamai | https://www.akamai.com/legal/compliance/privacy-trust-center |
| Apigee | https://apigee.com/about/privacy |
| Braze | https://www.braze.com/privacy/ |
| Facebook | https://www.facebook.com/policy.php |
| Foursquare | https://foursquare.com/legal/privacy |
| HubSpot | https://legal.hubspot.com/privacy-policy |
| Marketo | https://documents.marketo.com/legal/privacy/ |
| Ooyala | https://www.ooyala.com/privacy |
| Pushly | https://pushly.com/privacy-policy/ |
| Urban Airship | https://www.urbanairship.com/legal/privacy-policy |

## PAYMENT PROCESSING

| Provider | Privacy Policy Link |
| --- | --- |
| Recurly | https://recurly.com/legal/privacy |

## SITE OPERATIONS

| Provider | Privacy Policy Link |
| --- | --- |
| Microsoft Azure | https://privacy.microsoft.com/en-us/privacystatement |

© 2023 AccuWeather, Inc. "AccuWeather" and sun design are registered trademarks of AccuWeather, Inc. All Rights Reserved.

Terms of Use | Privacy Policy | Cookie Policy | Do Not Sell My Data