# EXHIBIT 6
# to the Declaration of
# H. Hanzarik

# WAHENDALNA PRIVACY POLICY

Last updated 12/12/2021

This Privacy Policy explains the information practices of the Wanna!Media family of companies, ("us", "us", or "our"), and the choices you can make about information collected through our websites, applications ("apps"), services, connected devices (e.g., connected TVs), and other offerings (each a "Service"). The terms "you" and "your" implies that you find this Service. The information contained herein applies to all the additional notices about our information practices that may appear in connection with a Service and may be published on other various parts of the Service. This is designed to provide transparency into our privacy practices and principles. You can learn more about our different companies by visiting our website and affiliate sites. https://www.wannamedia.com/privacy-and-principles.

## TABLE OF CONTENTS

- INFORMATION WE COLLECT
- HOW DO WE USE INFORMATION
- INFORMATION SHARING AND DISCLOSURE
- YOUR CHOICES AND CONTROLS
- COOKIES AND OTHER TECHNICAL INFORMATION
- HOW YOU CAN ACCESS, DELETE, OR CORRECT YOUR INFORMATION
- ADDITIONAL INFORMATION REGARDING CHILDREN'S PRIVACY
- INTERNATIONAL TRANSFER
- CALIFORNIA AND OTHER PRIVACY RIGHTS AND DISCLOSURES
- NOTIFICATION REGARDING PRIVACY UPDATES
- HOW TO CONTACT US

## INFORMATION WE COLLECT

We may collect different types of information using our interactions online and offline and through our advertising and similar across the Internet and mobile apps. This information may include general information, general contact, physical location, address, and certain payment information, technical information (e.g., device identifier, browser type, operating system and usage information (e.g., how you use and navigate to and from our Sites, and information about content or advertisements you have been shown or have interacted with). Certain information, such as your precise geolocation data, are treated as sensitive and will require your affirmative consent or an opt-out right, where required by law. We may collect the information directly from you, automatically, and from third parties such as your mobile carrier or a social media network, as described below.

**Registration, account, and sign up information.** We may collect information in the course of your use of, or registration with, our Sites. For example, when you create an account, register for or download an app or sign up to a service we may provide, or enter some personal information. The types of information we may collect may include your name, your email address, your username, your password, your date of birth and/or age, your gender, mobile telephone number, and other demographic information.

**Information you provide via our Sites.** We collect the content, communications, and other information you provide when you use our Sites, including when you sign up for an account, create or share content, and message or communicate with others. For example, when you create an account, post or upload a comment, article, photo, video, audio or other content on our Sites, and/or review other information or content you provide. This can include information in or about the content you provide, such as the location of a photo or the date a file was created. We also collect information about how you use our Services, such as the types of content you view or engage with, the features you use, the actions you take, the people or accounts you interact with, and the time, frequency, and duration of your activities.

**Information from other existing accounts.** In some circumstances we might collect information about you if you used another website or app that is owned or operated by one of our affiliates/partners, or which is associated with us. For example, if you have previously provided personal information (such as your email address) to one of our affiliates/partners, they may share that information with us. We may combine this information with information we collect about you through our Sites.

**Information from other sources.** On occasion, we combine information with other information that we receive from publicly available sources (for example, demographic information) as well as information supplied by providers and partners that we work with, such as data partners, advertising partners, social media networks, and other third parties. This information may be combined with other information we collect and used to enhance and personalize your experiences with us, communicate with you, and provide and improve our Sites.

**Information you provide through social media.** You may choose to connect to our Sites through a social media network, share information about your use of our Sites, or link your account on our Sites with your account on a social media network. By connecting your account on our Sites with your account on a social media network, you authorize us to access certain information from your social media account. This may include your name, email address, photo, list of contacts, and any other information that you have made available. We may also receive other profile information that you have made public. The information we collect may depend on the privacy settings you have with the social media network, so please review the privacy and data sharing practices of that social media network before connecting.

**Information you provide through mobile devices.** When you use an app, we may collect certain information in addition to the information discussed elsewhere. Some operating systems may provide us with access to certain information stored on your device, such as your phone contacts, photos, location, calendar, or similar information, if you choose to allow the app to access this information. For example, we may need to access your device's location to provide certain features or functionality. You can change these permissions and settings within your device settings or app settings.

**Information you provide through cross-device tracking.** We may gather information about you across the different devices you use. For example, we may use information collected on your mobile device to identify you and serve you relevant content when you visit our Sites on your computer.

**Technical and usage information.** We also collect certain technical and usage information about you as you interact, use, or log into the Sites from your device, application, or browser. This information may include your hardware model, operating system and version, software, file names and versions, preferred languages, advertising identifiers, serial numbers, device motion information, and mobile network information, the URLs or web pages you visit, IP address, location, timestamps, and other information.

**Event information.** We may collect information during an event, meeting, conference, or similar activity, for example in the form of registration, attendance, engagement or feedback. We may share your information with third parties in connection with an event.

**Information you provide through content access.** We may collect information about your activity when you interact with our content or advertising, including outside our Sites, in order to provide more relevant advertising, and to measure the effectiveness of our advertising. We may collect information about the pages you visit, the advertisements you view, and other content you engage with.

## HOW DO WE USE INFORMATION

We use information for the purposes described in this policy or illustrated at the time of collection or with your consent.

**Providing and marketing products and services.** We may use the information collected about you through our Sites to fulfill your requests for and deliver our products and services to you, to process and administer your account and payment transactions, to provide customer service and other support, and to otherwise operate and administer our Sites. This includes delivering information related to our products and services you have expressed interest in, delivering targeted advertising and promotions, developing new products, and improving existing products. We may also use your information to personalize and enhance your experiences with us, and communicate with you about our products, services, features, contests, surveys, and offers. We may also combine information to better understand and serve you, to offer personalized content, advertising and recommendations, and measure the effectiveness of our campaigns and advertising.

**Communicating with you.** We may use the information collected about you to communicate with you. For example, we may use your contact information to send you administrative communications, such as updates to our policies or terms. We may also use your information to respond to your inquiries, comments, or requests, or to provide customer support. If you contact us, we may keep a record of your communication to help solve any issues you might be facing.

**Use of technical and usage information.** We use technical and usage information to analyze trends, administer the Sites, track users' movements around the Sites, gather demographic information about our user base, and improve our Sites. This information allows us to provide content, features, and advertising more likely to be of interest to you, and to enhance and personalize your experiences with us. We may use information collected on one device to recognize you across multiple devices. We may link or combine the information we collect from you to better personalize your experiences on our Sites, and may share this information with third parties in some circumstances. We also use this information to detect and prevent fraud, protect the security and integrity of our Sites and users, and to comply with legal obligations.

**Aggregate and de-identified information.** We may aggregate and/or de-identify information about you so that such information can no longer be used to identify you. We may use aggregated or de-identified information, and disclose this information to third parties, for our own or our partners' lawful business purposes, including to analyze, build and improve our products and services and promote our business. We may also use such information to create analytics, reports, and statistics about how our Sites are used.

**Legal and safety purposes.** We may use and disclose information about you to establish or exercise our legal rights, to enforce our terms and conditions, to defend against legal claims, to detect, investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or violations of our policies, or as otherwise required or permitted by law. We may also use your information to protect our rights and the rights of our users and others.

**Consent or as permitted.** We may combine information we collect or obtain from different sources, described above or otherwise with information from other sources and use or disclose it for the purposes described above.

**Advertising networks.** We may share certain information with partners to provide you with advertising about products and services tailored to your individual interests. You can learn more about this by visiting our Choices page.

## YOUR CHOICES AND CONTROLS

**Marketing communications and sharing with third parties.** We provide you with the opportunity to express your preferences with respect to receiving certain marketing communications from us and/or the sharing of your information with third parties for their marketing purposes. You can manage these choices with respect to whether you will receive such communications, or whether we will share your information for these purposes, by following the instructions provided in the communications, or by contacting us. If at any time you wish to stop receiving marketing communications from us, you may do so by using the unsubscribe link or other similar mechanism provided in such communications, or by contacting us. Please note that even if you opt out of receiving marketing communications, we may still send you non-marketing communications, such as administrative messages, transaction confirmations, and other service-related communications.

**Cookies and other technologies.** Most browsers are set up to accept cookies. If you prefer, you can usually set your browser to remove or reject browser cookies. Please note that doing so could affect the use of our Sites. To learn more about cookies and other similar technologies and how to manage your preferences, please see the section below titled "Cookies and Other Technical Information".

**Ad Choices.** You may opt out of certain interest-based advertising or online behavioral advertising by visiting the websites and using the tools described in the "Cookies and Other Technical Information" section. Please note that even if you opt out, you will still see ads, but they may not be as relevant to you. Your opt-out choices apply only to the browser or device you use to make them, so you will need to opt out on each browser and device you use.

**Mobile advertising ID.** Your mobile device may allow you to limit the use of information about your apps usage for interest-based advertising. To learn more, please review the instructions and settings provided by your device or operating system.

**Precise location information.** To disable location collection on your mobile device, you can use the settings provided by your device or operating system. You may also be able to adjust the settings within the relevant app.

**Do Not Track.** Some browsers offer a "do not track" ("DNT") feature that signals to websites that you visit that you do not want to have your online activity tracked. Because there is no common understanding of how to interpret DNT signals, our Sites do not currently respond to browser DNT signals. You can learn more about DNT here: https://allaboutdnt.com.

## COOKIES AND OTHER TECHNICAL INFORMATION

**Cookies and other technologies.** We, and our affiliates, vendors, and business partners, may use "cookies" (a small text file sent by a website or app to your computer or other device that uniquely identifies your browser and stores information) and related technologies (such as web beacons, pixels, tags, SDKs, and mobile device identifiers) to help provide, protect, and improve our Sites and personalize your experiences.

We may use these technologies to store your preferences and settings, enable you to sign in, analyze how our Sites perform, track your interactions with the Sites, develop insights, deliver and measure the effectiveness of advertising campaigns, combat fraud, and provide other services. Some cookies we use are "session cookies", which are deleted when you close your browser, while others are "persistent cookies" that remain on your device until they expire or you delete them. We may also allow third parties (such as advertising and analytics companies) to use these technologies on our Sites.

You may opt out of certain cookie-based advertising by using the tools available from the advertising industry self-regulatory programs, such as the Network Advertising Initiative (http://www.networkadvertising.org/choices/) and the Digital Advertising Alliance (http://www.aboutads.info/choices/). For users in the EU, you can visit http://www.youronlinechoices.eu. For mobile devices, you can opt out through your device settings.

Some of our Sites use Google Analytics. To learn more about how Google Analytics collects and processes data, visit https://www.google.com/policies/privacy/partners/. You can opt out of Google Analytics by installing the Google Analytics Opt-out Browser Add-on available at https://tools.google.com/dlpage/gaoptout.

## HOW YOU CAN ACCESS, DELETE, OR CORRECT YOUR INFORMATION

You may manage, access, update, delete, or correct certain information about you through your account settings. If your account, or if you have questions about the information we maintain about you, you can contact us using the information in the "How To Contact Us" section below. We will respond to your request in accordance with applicable law. Please note that we may need to retain certain information for recordkeeping purposes, to complete transactions, or to comply with our legal obligations.

## ADDITIONAL INFORMATION REGARDING CHILDREN'S PRIVACY

Our Sites are not directed to children under the age of 13 (or other relevant age as required under applicable local law). We do not knowingly collect personal information from children under this age without parental consent. If we learn that we have collected personal information from a child without appropriate consent, we will take steps to delete it. If you believe that we might have any information from or about a child, please contact us.

## INTERNATIONAL TRANSFER

Your information may be transferred to, and maintained on, computers located outside of your state, province, country, or other governmental jurisdiction where the privacy laws may differ from those in your jurisdiction. If you are located outside the United States and choose to provide information to us, please note that we transfer the information to the United States and process it there. By using our Sites or providing us with your information, you consent to such transfer and processing in accordance with this policy and applicable law.

## CALIFORNIA AND OTHER PRIVACY RIGHTS AND DISCLOSURES

Some U.S. states, such as California and other states, provide their residents with certain privacy rights and disclosures. For more information about these rights and how to exercise them, please see our California Privacy Notice and other applicable state privacy notices. These rights may include the right to request access to, deletion of, or correction of your personal information, as well as the right to opt out of the sale or sharing of your personal information.

## NOTIFICATION REGARDING PRIVACY UPDATES

We may update this policy from time to time. When we make changes, we will revise the "Last updated" date at the top of this policy. We encourage you to review this policy periodically to stay informed about our information practices. If we make material changes, we may provide additional notice, such as by posting a notice on our Sites or sending you a notification.

## HOW TO CONTACT US

If you have any questions about this Privacy Policy or our privacy practices, you can contact us by email at privacy@wannamedia.com or by mail at Wanna!Media, Attn: Privacy, or through the contact information provided on our Sites.