# EXHIBIT 7
# to the Declaration of
# H. Hanzarik

# CALIFORNIA & OTHER STATES RIGHTS

Last Updated: 12/14/2022

This supplement applies to California and Virginia, require us to inform their residents about additional privacy information and rights. This supplement ("US State Supplement") to our Privacy Policy (https://www.warnermediaprivacy.com/policycenter/b2c/WMG/en-us/) provides this additional privacy information and explains those additional US State rights. This US State Supplement applies to our online and offline practices.

## Categories of Personal Information We Collect and Share

Here are the categories of personal information that we may collect and process:

- Identifiers – such as name, phone number, postal address, zip code, email address, account name or number, or other similar identifiers.
- Legally Protected Characteristics – such as age or gender
- Unique and other similar identifiers – such as IP address, device IDs, or other similar identifiers that relate to your device and its operating system
- Customer records and other commercial information – such as products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies
- Internet or other electronic network activity information – such as browsing history, search history, and information regarding your interactions with our websites, applications ("apps"), ads, content, services, connected devices (e.g., connected TVs), and other offerings (each a "Site" or collectively, the "Sites"),
- Biometric Information – if you choose to participate in one of our interactive research studies or other initiatives
- Audio, electronic, visual, thermal, olfactory, or similar information – such as photos, videos and video footage (CCTV), or recordings that you choose to post to our Sites or otherwise provide to us while using our Sites
- Geolocation information – such as your device's general location in connection with the Platform
- Inferences or audience segmentation – such as individual profiles, preferences, characteristics, and behaviors
- "Sensitive Personal Information," such as:
  - Social security, driver's license, state identification card, or passport number, account log-in, or a financial account, debit card, or credit card number in combination with any required security or access code, password, or credentials allowing access to an account
  - Precise geolocation
  - Racial or ethnic origin, religious or philosophical beliefs, or union membership
  - Health Information
  - Information regarding sex life and sexual orientation
  - Information regarding citizenship or immigration status
  - Information we know pertains to a child under 13

We may collect, share, sell, or otherwise process these categories of personal information, including Sensitive Personal Information, for the following business or commercial purposes:

- Providing products or services you request and performing services on behalf of the business, such as customer service, processing or fulfilling orders, providing content recommendations, and processing payments
- Maintaining or servicing accounts
- Auditing customer transactions and other internal risk management or compliance purposes
- Prevention of fraud, crime, and other harms, providing security, and protecting the integrity of our Sites, products, or business
- Debugging to repairing or debugging systems or Sites, including to deliver intended functionality
- Marketing and advertising, including targeted advertising
- Internal research, analytics and development – e.g., user-preference analytics
- Developing, maintaining, provisioning or upgrading networks, products, services, or devices

We may obtain personal information from a variety of sources, including:

- Directly from you – such as information you provide when you register or sign-up for our Sites or services and technical and usage information when you use our or our affiliates' Sites or services
- Our joint ventures and potential strategic partners
- Information suppliers and other unaffiliated third parties, such as linked sites, third-party platforms, Social Media Sites and marketing mailing lists
- Distributors and other vendors
- Other users who submit information about you – such as to invite you to participate in an offering, make recommendations, or share content
- Publicly available sources

### Retention of personal information:

We retain personal information only for as long as reasonably needed to fulfill the purposes for which we collected or obtained it. We use reasonable business criteria to establish retention periods for personal information. For example, if we collect the Site, we will store your personal information for as long as needed to maintain your account, fulfill your requests, enforce any applicable terms that govern your use of the Sites, maintain appropriate records of the above, or as otherwise required by law.

### Disclosures of personal information, including sales or sharing of personal information to third parties:

We may disclose, for a business purpose, the following categories of personal information to third parties:

- Identifiers
- Characteristics of protected classifications
- Unique and other online identifiers
- Customer Records and commercial information
- Internet or other electronic network activity information
- Biometric information
- Audio, electronic, visual, thermal, olfactory, or similar information
- Geolocation Data
- Government identifiers
- Health information
- Inferences or audience segmentation
- Sensitive Personal Information

We may disclose, for a business purpose, each of these categories of personal information to the following categories of third parties:

- Affiliates – These entities are associated with us through common ownership. For a list of affiliates, visit our affiliates page (https://www.warnermediaprivacy.com/policycenter/b2c/affiliateslist/).
- Service Providers – These entities process information on our behalf for business purposes, helping us provide products or services to you
- Social Media Platforms – Twitter entities maintain networks connecting individuals and organizations – such as Facebook, LinkedIn, or Twitter
- Advertising Partners – These entities help us advertise our products or services , as well as connect us with others who want to place advertisements on some of our products or services
- Analytics Partners – These entities help us collect data on how our products or services are used, so that we can improve them and better understand our consumers
- Promotional Partners – We partner with these entities to jointly promote our products, for example by running sweepstakes, contests or other promotional campaigns
- Government Entities – These entities include law enforcement authorities, regulatory agencies, and courts

### Categories of personal information shared with or sold to third parties

We do not disclose personal information to third parties in exchange for monetary consideration (e.g., cash payment). However, California law defines 'sale' very broadly. It includes the disclosure of personal information for anything of value. California law also defines "sharing" to mean disclosure of personal information for targeted advertising.

Applying these definitions, in the year before this section was last updated, we may have sold or shared the following categories of personal information to third parties:

- Identifiers
- Characteristics of protected classifications
- Unique and other online identifiers
- Customer Records and commercial information
- Internet or other electronic network activity information
- Biometric information
- Audio, electronic, visual, thermal, olfactory, or similar information
- Geolocation Data
- Government identifiers
- Health information
- Inferences or audience segmentation
- Sensitive Personal Information

We may have sold or shared each of these categories of personal information to the following categories of third parties:

- Affiliates – For a list of affiliates, visit our affiliates page (https://www.warnermediaprivacy.com/policycenter/b2c/affiliateslist/).
- Social Media Platforms
- Advertising Partners
- Analytics Partners
- Promotional Partners

## YOUR STATE SPECIFIC RIGHTS

This section describes some of the state-specific privacy rights that are available to residents of the states that were mentioned at the beginning of this US State Supplement. When you make a request, we may provide more detailed information regarding whether your request is applicable law, and whether any exception or limitation applies.

### YOUR RIGHT TO ASK US TO DELETE YOUR PERSONAL INFORMATION

Upon your request, we will delete the personal information we have collected about you, subject to certain legally permissible exceptions.

To make a request, please visit our Delete Your Data page (https://www.warnermediaprivacy.com/delete-data/request/) in our Privacy Center (https://www.warnermediaprivacy.com/).

### YOUR RIGHT TO ASK US TO ACCESS YOUR PERSONAL INFORMATION

You have the right to ask us to confirm that we process your personal information, or to ask us for a copy of the specific personal information we have collected about you.

To make a request, please visit our Access your Data page (https://www.warnermediaprivacy.com/access-data/request/) in our Privacy Center (https://www.warnermediaprivacy.com/).

In addition, if you are a California resident, you have the right to request certain information about our practices in the prior 12 months with respect to personal information. In particular, you can request the following:

- The categories of personal information that we've collected
- The categories of sources from which we collected personal information
- The business or commercial purposes for which we collected or sold personal information

You can submit a request to us for the following additional information:

- The categories of third parties to which we've shared or sold personal information, and the category or categories of personal information shared or sold to each
- The categories of third parties to which we've disclosed personal information, and the category or categories of personal information disclosed to each

### YOUR RIGHT TO ASK US NOT TO SELL OR SHARE YOUR PERSONAL INFORMATION – CALIFORNIA

If you are a California resident, you can tell us not to sell or share (defined by California law to mean that we have disclosed personal information to a third party in exchange for anything of value or for targeted online advertising based on your activities over time across other websites and applications), your personal information according to applicable law, by visiting our Do Not Sell or Share Page (https://www.warnermediaprivacy.com/do-not-sell-or-share-request/). This option is limited to California residents.

California has specific rules regarding the use of California information from consumers under 16 years of age. In particular, if we knowingly collect the California information of a consumer under the age of 16, we will not share or sell the information unless we receive affirmative permission to do so. If the consumer is between the ages of 13 and 16 years of age, the consumer may provide that permission; if the consumer is under the age of 13, the consumer's parent or guardian must provide that permission.

### YOUR RIGHT TO LIMIT OUR USE OF YOUR PERSONAL INFORMATION FOR TARGETED ADVERTISING

You can ask us not to use your personal information for targeted online advertising, which means we will not use personal information collected by third parties from your activities over time across websites and applications we do not operate to present ads that we think will interest you. Even if you opt out of targeted ads, we will continue to use cookies and other data for purposes that are not related to targeted advertising, including research, analytics, and internal operations, and to serve you ads based on information we gain from your direct engagement with our content and Services. To opt-out of targeted advertising, please visit our Opt-Out Page (https://www.warnermediaprivacy.com/opt-out/).

### YOUR RIGHT TO ASK US TO CORRECT YOUR PERSONAL INFORMATION

You can ask us to correct information about you that is inaccurate. We will take into account the nature of the personal information, where we obtained the personal information, and the purposes of our processing when we address your request. We may deny your request to correct if we determine that these circumstances make it more likely than not that the personal information we have is accurate.

If you are unable to correct your information through self-service tools, please visit our Right to Correct Page (https://www.warnermediaprivacy.com/correct-data-request/).

### YOUR RIGHT TO LIMIT OUR USE OF YOUR SENSITIVE PERSONAL INFORMATION

We may use Sensitive Personal Information about you for the business or commercial purposes described above. Subject to a few exceptions, you may limit our use of this Sensitive Personal Information to only uses that are reasonably necessary to perform services or provide goods. Depending on your state, you may have the right to limit our processing of certain Sensitive Personal Information (or to withdraw consent for such processing if you previously gave it).

### YOUR RIGHT TO LIMIT OUR USE OF YOUR PERSONAL INFORMATION FOR PROFILING/AUTOMATED PROCESSING

Under applicable law, you may have the right to opt-out of certain automated processing performed on personal information to evaluate, analyze, or predict personal aspects of a person's economic situation, health, personal preferences, interests, reliability, behavior, location, or movements. At this point we are not aware of any such processing that could produce legal or similarly significant effects concerning you. However, if you have questions or concerns, please contact us at wmprivacy@warnermedia.com.

## HOW TO EXERCISE YOUR STATE SPECIFIC RIGHTS

You may exercise any of the rights described in this US State Supplement, by visiting our Privacy Center (https://www.warnermediaprivacy.com/). You can also contact us toll free at 833-WM-PRVCY (833-967-7829) or TTY: 833-PRVCY-TT (833-778-2988) and an agent will assist you with submitting a request. These requests are generally free. We may, however, charge a fee if your request is excessive. We will usually ask you to provide an email address which we will contact to confirm the request we received has actually been submitted.

If you are the parent or guardian of a minor child, you may also submit a request on behalf of your child. In that event, we will ask you to provide your child's email address and to submit a signed form authorizing us to proceed with the request regarding your child's personal information.

You may also designate an authorized agent to submit a request on your behalf. Depending on the nature of the request, we may authenticate the request, such as by requiring a signed written permission from you that authorizes the agent to act on your behalf. A valid power of attorney will constitute signed written permission, but you are not required to obtain a power of attorney to use an authorized agent.

Your authorized agent can make a request by contacting us toll free at 833-WM-PRVCY (833-967-7829) or TTY: 833-PRVCY-TT (833-778-2988) or by visiting our Privacy Center (https://www.warnermediaprivacy.com/).

## YOUR RIGHT TO APPEAL

In certain situations, if we deny/cannot fulfill your request, you may appeal the denial by contacting us via wmprivacy@warnermedia.com to ask us to review your request again.

## OUR SUPPORT FOR THE EXERCISE OF YOUR DATA RIGHTS

We are committed to providing you control over your personal information. You have the right to receive discriminatory treatment if you exercise any of the rights explained in this Privacy Policy.

## YOUR CALIFORNIA PRIVACY RIGHTS TO REQUEST INFORMATION ABOUT OUR PRACTICES WITH RESPECT TO PERSONAL INFORMATION WE COLLECT AND SHARE ABOUT YOU

### California Consumers under 18 Years Old

As of the Effective Date of this US State Supplement, we do not have actual knowledge that we share or sell personal information of consumers under 18 years of age.

### California Consumers under 18 Years Old

California Consumers who are registered users of the Sites and under 18 years of age may request removal of content or information they posted on the Sites. We will remove such content or information when we are required to do so by law. To request removal of content or information posted by you on the Sites, please contact us at wmprivacy@warnermedia.com, or at Privacy Office, 4000 Warner Blvd., Bldg. 700, Burbank, CA 91522.

However, even if we remove the content or information that you posted, we cannot completely prevent further use or disclosure of that content or information by others once you have shared it in a public available forum.

## CCPA METRICS

CCPA Regulations require us to provide disclosure of metrics for the previous calendar year regarding certain requests by California residents. These metrics report the number of access, correction, deletion, Limit My Use of Sensitive Personal Information, and Do Not Sell or Share requests we received, the number fulfilled in whole or in part, and the number denied as well as the average number of days in which we substantively responded. That information can be found by navigating to the CCPA Metrics Reporting page (https://www.warnermediaprivacy.com/ccpa-metrics/).

## NOTIFICATION REGARDING UPDATES

From time to time, we may update this US State Supplement. We will notify you about any material changes by placing a notice on our sites. We encourage you to periodically check back and review this Supplement so that you are up to date.

## HOW TO CONTACT US

If you have any questions about this US State Supplement, you can contact us and our Data Protection Officer at wmprivacy@warnermedia.com at 833-WM-PRVCY (833-967-7829) or TTY: 833-PRVCY-TT (833-778-2988) or at Privacy Office, 4000 Warner Blvd., Bldg. 700, Burbank, CA 91522.

TM & © 2022 All rights reserved