# EXHIBIT 8
# to the Declaration of
# H. Hanzarik