# EXHIBIT 9
# to the Declaration of
# H. Hanzarik

Etsy

Search for anything

Sign in

The Halloween Shop   Jewelry & Accessories   Clothing & Shoes   Home & Living   Wedding & Party   Craft Supplies   Gifts & Gift Cards   Etsy Registry

## Sign in

Register

**Email address**

**Password**

☑ Stay signed in    Forgot your password?

Sign in

Trouble signing in?

OR

 Continue with Google

Continue with Facebook

 Continue with Apple

By clicking Sign in or Continue with Google, Facebook, or Apple, you agree to Etsy's Terms of Use and Privacy Policy. Etsy may send you communications; you may change your preferences in your account settings. We'll never post without your permission.

F

Personalized Gifts

Halloween Finds

Clothing

ON SALE

Shop Now

## Popular gifts right now











Personalized Cutting Board Wedding Gift, Customize your...
★★★★★ (6,778)
$22.25 $89.00 (75% off)
FREE shipping

Personalized Birth Flower Cup With Name ,Personalize...
★★★★★ (3,979)
$12.74 $16.99 (25% off)
FREE shipping

...alized Name Necklace, ...Her, Personalized Gift,...
★★★★ (13,059)
$120.00 (60% off)
...ping

Custom Name Necklace, 18K Gold Plated Name Necklace,...
★★★★★ (9,903)
$12.86 $25.71 (50% off)
FREE shipping