# EXHIBIT 10
# to the Declaration of
# H. Hanzarik

