# EXHIBIT 14
# to the Declaration of
# H. Hanzarik










## JULY 26TH - 28TH, 2023

### InstructureCon 2023

InstructureCon 2023 is now live. Stay tuned for post-conference content and announcements about InstructureCon 2024!

VIEW AGENDA →

**WHO WE HELP**

## Instructure Love for Every Level of Learning

### K-12
A lot changes between that K and that 12. Our platform supports every student, at every stage, in any environment.

LEARN MORE →

### Higher Ed
Our solutions make educators more effective and students more successful, both in school and beyond.

LEARN MORE →

### Corp Edu
To work is to learn. But when work takes extra learning, our tools make it extra intuitive, engaging, and effective.

LEARN MORE →

**MEET**

## The Instructure Learning Platform

Every lesson has the power to change lives. Even more so with our teaching and learning solutions in your corner.

**Canvas** | Mastery | Elevate | Impact



### The World's #1 Teaching and Learning Software

The tools you need for teaching and learning in one place. Connection between teachers, students, and families, wherever learning happens with Canvas by Instructure.

FOR HIGHER EDUCATION → | FOR K-12 →



**OVER 1 MILLION STRONG**

### Join Our Community

Meet our user community: over a million of the most insightful, talkative, learning-loving folks out there.

**1.6M+** Members
**430K+** Posts

CHECK OUT THE COMMUNITY →



**OUR AWARDS**

### Thanks for the gold stars.

Education means everything to us. So it feels extra awesome when Instructure gets recognized by the educational community.

LEARN MORE ABOUT US →



**FEATURED CUSTOMER**
**Poway Unified School District**

Michael Gizzo, High School Assistant Principal

### Crafting Consistency with Canvas LMS

Discover how Poway Unified School District identified enduring digital learning practices to prepare their students, teachers, and families for the future with Canvas LMS.

READ NOW →

"Using a single learning management system like Canvas LMS streamlines content delivery and communications with students and families."




## Ready to explore our learning ecosystem?

LET'S GET STARTED →



INSTRUCTURE LEARNING PLATFORM
- Pages
- LearnPlatform
- Services
- Leadership Development
- All Products

RESOURCES
- Articles
- Case Studies
- CENTERS
- The Study Hall
- Our Community
- Canvas Network
- Integrations

EVENTS
- News & Events
- Higher Ed
- Corp Edu
- For Our Partners

ABOUT US
- Our Story
- Evidence as a Service
- Privacy
- Security
- Accessibility
- Contact Us

CONTACT US
800-203-6755

Privacy | California Privacy Notice | Do Not Sell My Personal Information | Modern Slavery Act | Acceptable Use | Acceptable Use International | Data Processing | Status

Copyright © 2008-2023 Instructure, Inc. All rights reserved. Various trademarks held by their respective owners.