# EXHIBIT 16
# to the Declaration of
# H. Hanzarik