# EXHIBIT 17
# to the Declaration of
# H. Hanzarik



Did someone say... cookies?

We use cookies (and other similar technologies) for many reasons, including to improve your experience on our site and to show you personalized advertising. For more information, please see our Privacy Policy and Cookie Policy.

Accept all cookies

Reject all

Cookie Settings

Up to $500 off packages. See ya, summer.

Book a roundtrip flight + hotel package and save big now through summer.

Get promo code

Where would you go with 70,000 points?

Earn 70,000 points in statement credits after qualifying account activity.

Apply now

Summer travels ahead.

Book that August trip before it flies away.

$49
one-way

Book now

Roundtrip travel from New York (JFK) to Aruba (AUA)

Soaring toward net zero by 2040

Flying sustainably isn't just a nice-to-have for JetBlue, it's essential. We're working toward achieving net zero carbon emissions by 2040.

See sustainability in action

All travel. All right here. All for you.

Add more to your trip or book the whole shebang — we've got all the best flight deals, hotel savings, and must-see sights. And there's even more summer savings!

Car Rentals

Get shiny wheels to explore all the wonder that awaits you. Hit the road with car rentals on JetBlue.

Book car rentals

Hotels

Here's over a thousand places to relax and rejuvenate. Search for the best hotels, the best prices.

Book hotels

Travel Bags

From seaside retreats to mountain getaways, they'll find your vibe in there somewhere. Book a vacation package today.

Book travel bags

Vacation Rentals

Make yourself at home with up to 60% off on stays with an Airbnb.

Book vacation rentals

Activities

From a hot air balloon to beachy-waves & wonder over 5,000 activities. Experience the unforgettable.

Book activities

Theme Park Tickets

Have a blast on your next trip with theme park tickets and savings on all your favorite attractions.

Book theme park tickets

jetBlue

Flights
100+ destinations in the U.S., Latin America, Caribbean, Canada and across the Atlantic.

Explore flights

Packages
Enjoy even more savings (and hassle) with a vacation package.

Explore packages

Paisly

Cars, stays, activities & travel bags
Unlock exclusive savings & earn TrueBlue points when you book with Paisly.

Explore stays & more

Pools & parks
Earn points, perks and award travel with the addition Paisly & our partners.

Explore pools & parks

jetBlue Card

Credit cards
Earn up to points with our cards.

Explore cards

TRUPLAY

Group trip planning
A free mobile tool to help you make your group travel easier.

Explore group travel

Need help planning?

Need help?
Search for answers

I'm thinking to

Where to go

I'm unsure on

Deals & inspiration

I want to know

Rewards & TrueBlue