# EXHIBIT 18
# to the Declaration of
# H. Hanzarik

## Take your pick of cookies.

Cookies help us deliver a more personalized experience. Please let us know which ones we can use during your visit.

**Required Cookies**
These cookies do not store any personally identifiable data but keep our site functioning properly.
View cookies ▸

**Functional Cookies**
These cookies allow us to analyze site usage so we can measure and improve performance.
View cookies ▸

On | Off

**Advertising Cookies**
These help advertisers serve up ads and content that are relevant to your interests.
Hide cookies ▾

On | Off

| Company | Domain |
| --- | --- |
| ◉ Cloudflare | cdnjs.cloudflare.com |

Cloudflare is a web performance and security company that provides internet services to protect and accelerate websites online.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Contently.com | track.contently.com |

Contently is a technology company that helps brands create great content at scale.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Flashtalking | dt1.flashtalking.com, flashtalking.com, servedby.flashtalking.com  Hide ▸ |

Flashtalking is an independent ad serving, tracking and technology company, providing digital advertising products, service and support for online advertisers, key media buying and creative agencies.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ Google Advertising Products | adservice.google.com, doubleclick.net, googleads.g.doubleclick.net, www.googleadservices.com  Hide ▸ |

Google Ads is an online advertising platform developed by Google, where advertisers pay to display brief advertisements, service offerings, product listings, video content and generate mobile application installs within the Google ad network to web users.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ Google Inc. | www.youtube.com |

Google Inc. is an American multinational technology company that specializes in Internet-related services and products, which includes a search engine, cloud computing, software, and hardware.
Terms and Conditions ▸

| ◉ Index Exchange Inc. | casalemedia.com, dsum-sec.casalemedia.com |

Index Exchange is an exchange technology, enabling digital publishers and suppliers to sell ad impressions programmatically and in real time.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Integral Ad Science, Inc. | ci.iaads01.com |

Integral Ad Science (IAS) is a technology and data company that builds verification, optimization, and analytics solutions to empower the advertising industry to effectively influence consumers everywhere, on every device.
(Privacy Policy) ▸

| ◉ LinkedIn | ads.linkedin.com, linkedin.com, px.ads.linkedin.com, www.linkedin.com  Hide ▸ |

LinkedIn is a business- and employment-oriented social networking service that operates via websites and mobile apps.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Magnite, Inc. | pixel.rubiconproject.com |

Magnite is an independent sell-side ad platform. They will help you across every channel, every format and on your terms.
Data Subject Rights ▸

| ◉ Meta (formerly Facebook) | connect.facebook.net, facebook.com, www.facebook.com  Hide ▸ |

Meta is a social technology company that enables people to connect, find communities, and grow businesses.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Microsoft Advertising | bat.bing.com, bing.com |

Microsoft Advertising (formerly Bing Ads, Microsoft adCenter and MSN adCenter) is a service that provides pay per click advertising on the Bing, Yahoo!, and DuckDuckGo search engines.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ Movable Ink | uwhfgljv.micpn.com |

Movable Ink offers visual experience platform to deliver consistent experiences for their customers. Digital marketing leaders choose Movable Ink to create relevant, and compelling visual experiences across email, web, and display at the moment of engagement.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Salesforce DMP (formerly Krux Digital, Inc.) | beacon.krxd.net, consumer.krxd.net, krxd.net |

Salesforce DMP is a data management platform that captures, unifies and activates your customer data to help you build customer relationships.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Amazon Ad Server | 2082006!p.rfihub.com, p.rfihub.com, rfihub.com |

Amazon Ad Server is an adtech company that offers Open Ad Management services to advertisers and agencies.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Snap Inc. | sc-static.net, snapchat.com, tr.snapchat.com |

Snap Inc. is an American camera and social media company, founded on September 16, 2011. The company developed and maintains technological products and services, namely Snapchat, Spectacles, and Bitmoji.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ SpotX, Inc | spotxchange.com, sync.search.spotxchange.com |

SpotX is a video ad serving platform providing media owners with monetization tools for desktop, mobile and connected TV.
Data Subject Rights ▸
(Privacy Policy) ▸

| ◉ Tapad, Inc. | tapad.com |

Tapad Inc. is a cross-platform ad technology. The company's groundbreaking technologies address the new and ever-evolving reality of media consumption on smartphones, tablets and home computers. Through Tapad, advertisers are now able to get a unified view of consumers across all screens. Tapad has built a robust, real-time cross-platform audience buying technology available.
(Privacy Policy) ▸

| ◉ The UK Trade Desk Ltd | insight.adsrvr.org, js.adsrvr.org |

The UK Trade Desk Ltd is an online demand-side platform that provides tools for digital media buyers.
Data Subject Rights ▸
(Privacy Policy) ▸

| ◉ Twitter | analytics.twitter.com, static.ads-twitter.com, t.co, twitter.com  Hide ▸ |

Twitter is a real-time information network that connects you to the latest stories, ideas, opinions and news about what you find interesting. Simply find the accounts you find compelling and follow the conversations.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ Xandr, Inc. | adnxs.com, secure.adnxs.com |

Xandr Media is a company in addressable and audience-based advertising. They combine large scale portfolio of ad inventory across a premium content library with audience targeting capabilities and advertising solutions to deliver better value for advertisers.
Terms and Conditions ▸
(Privacy Policy) ▸

| ◉ Yahoo EMEA Limited | a.yimg.com |

Yahoo EMEA Limited is a media and technology company that offers offer a collection of products owned and operated sites and apps, including Yahoo offerings and AOL.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Yahoo Inc. | analytics.yahoo.com, sp.analytics.yahoo.com, yahoo.com  Hide ▸ |

Yahoo is a technology company that is known for its web services and applications.
Terms and Conditions ▸
Data Subject Rights ▸

| ◉ Zeta Global Corp. | live.rezync.com, rezync.com |

Zeta Global is a data-driven technology company that acquires and retains customers through people-based marketing.
Terms and Conditions ▸
(Privacy Policy) ▸

Cancel | Submit preferences

Privacy Policy