# EXHIBIT 19
# to the Declaration of
# H. Hanzarik