# EXHIBIT 20
# to the Declaration of
# H. Hanzarik



## HEADLINES

## TRENDING NOW

## In-Season Tournament

## NBA APP

## BEST OF 2022-23

## 2023 FREE AGENCY

## AROUND THE LEAGUE

## NBA APP

## FOLLOW THE NBA

## SOCIAL IMPACT

## QUICK LINKS

## 2022-23 STANDINGS

© 2023 NBA Media Ventures, LLC. All rights reserved.