# EXHIBIT 21
# to the Declaration of
# H. Hanzarik

# NBCU Privacy Center

Last Updated: December 16, 2022

English

DOWNLOAD PDF

## California Notice

I'M A RESIDENT OF CALIFORNIA AND USE NBCUNIVERSAL PRODUCTS OR SERVICES AND WANT TO UNDERSTAND NBCUNIVERSAL'S PRIVACY PRACTICES.

Collapse All

### WHAT INFORMATION DOES NBCUNIVERSAL COLLECT & PURPOSES FOR WHICH WE COLLECT AND USE IT?

The tables below explain the categories of information we collect and the purposes for which we use them. Each NBCUniversal Service's collection and use may vary. Please note that we may use any or all of this information to comply with the law, detect or prevent fraud, for safety and security purposes, and to defend our legal rights. Further detail about each of the purposes is set out in the "Additional Information on Purposes" table in the **Privacy Policy**.

**Information you provide to us:**

| Categories of personal information we collect | Purposes of use |
|---|---|
| **Contact and account registration information**<br>For example: name, email, postal address, telephone number, account user name and password, business contact information, and any information you may provide to us at an event or in person. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Send you NBCUniversal marketing and advertising<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Build and manage business-to-business relationships<br>• Market and advertise for third parties |
| **Identification information, demographics, and interests**<br>For example: as permitted by law, date of birth, race*, ethnicity*, gender, interests, lifestyle information, school and sports information, photos, social media credentials, including identification information about friends, contacts or referrals you provide. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Send you NBCUniversal marketing and advertising<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Market and advertise for third parties |
| **Transactional**<br>For example: credit/debit card details, purchase history, delivery address, membership information, reservations and other travel related information, meal preferences, and the personal details of any of your guests. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Send you NBCUniversal marketing and advertising<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Market and advertise for third parties |
| **User-generated content**<br>For example: photos, videos, audio, and other information you may submit to us, such as comments on our forums. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Send you NBCUniversal marketing and advertising<br>• Safety and security<br>• Market and advertise for third parties |
| **Research and feedback**<br>For example: comments that you send us through online forms and social media platforms, by email, over the phone, by mail, or in surveys. | • Provide the NBCUniversal Services<br>• Personalize your experience |
| **Biometric identifiers***<br>For example: as permitted by law, facial scans or fingerprints we collect at some of our theme parks, studios, our offices. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Safety and security |
| **Health Data***<br>For example: as permitted by law, vaccine or symptom related information | • Provide the NBCUniversal Services<br>• Safety and security |
| **Audio and video**<br>For example: audio recordings of customer service calls or security video footage if you visit one of our properties. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Safety and security |

**Information we collect automatically from you and/or your device:**

| Categories of personal information we collect | Purposes of use |
|---|---|
| **Device information and identifiers**<br>For example: IP address, cookie IDs, browser type and language, operating system, platform type, device type, and advertising and app identifiers. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Send you NBCUniversal marketing and advertising<br>• Market and Advertise for third parties<br>• Build and manage business-to-business relationships |
| **Connection and Usage (including information collected through cookies)**<br>For example: domain names, browsing activity, scrolling and keystroke activity, advertisements viewed, forms or fields you complete or partially complete, search terms, whether you open an email, content you view and duration, quality of the service and interaction with the content, logs, and other similar information. If these events occur while you are offline, they may be logged and uploaded to us when you next connect. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Send you NBCUniversal marketing and advertising<br>• Market and advertise for third parties<br>• Build and manage business-to-business relationships |
| **Geolocation***<br>For example: city, state and ZIP code associated with your IP address or derived through Wi-Fi triangulation.<br>We will ask for your permission before using your precise location from GPS-based functionality on your mobile devices. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Send you NBCUniversal marketing and advertising<br>• Market and advertise for third parties<br>• Build and manage business-to-business relationships |

**Information we collect from third party sources:**

| Categories of personal information we collect | Purposes of use |
|---|---|
| **Information from public and commercial sources**<br>For example: demographic including at a household level, contact information, inferences about your preferences, viewing and other consumption choices, loyalty program membership, and purchasing data. | • Provide the NBCUniversal Services<br>• Personalize your experience and make recommendations<br>• Provide seamless experience across platforms and devices<br>• Send you NBCUniversal marketing and advertising<br>• Build and manage business-to-business relationships<br>• Market and advertise for third parties<br>• Safety and security |
| **Social Media Information**<br>For example: if you interact with us through a social media service or log in using social media credentials, depending on your social media settings, we may have access to your information from that social network, such as your name, email address, friend list, photo, age, gender, location, birthday, social networking ID, current city, your comments about our Services, and the people/sites you follow. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Send you NBCUniversal marketing and advertising<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Market and advertise for third parties |
| **Third Party Partners in Connection with providing the NBCUniversal Services**<br>For example: contact information such as authentication information, account legitimacy, search requests, log events and device identifiers such as IP addresses, device IDs or other unique identifiers. | • Provide the NBCUniversal Services<br>• Personalize your experience<br>• Provide seamless experience across platforms and devices<br>• Safety and security<br>• Send you NBCUniversal marketing and advertising<br>• Market and advertise for third parties |

*Please note: this information is considered "sensitive" under certain laws, and we process this information in accordance with applicable legal requirements.

**Additional information that we collect for business-to-business relationships only**

| Categories of personal information we collect | Purposes of use |
|---|---|
| **Business contact information**<br>For example: company name, your name, email address, and job | • Build and manage business-to-business relationships |
| **Transactional information**<br>For example: bank details of suppliers, credit/debit card details, purchase history, delivery address. | • Build and manage business-to-business relationships |
| **Demographics**<br>For example (as permitted by law): ethnicity (minority owned businesses), gender (women-owned businesses) | • Build and manage business-to-business relationships |
| **Due diligence information**<br>For example: contact information, nationality (as permitted by law), job title, age, date of birth, gender, country of residence, employment and education information, public, religious, political or trade union role (each as permitted by laws), personal and professional affiliations, connections to criminal activities or offences related to money laundering. | • Compliance and risk management activities for business-to-business relationships<br>• Build and manage business-to-business relationships |
| **Events Information**<br>For example: travel information including passport and visa, meal preferences and restrictions, payment details, and guest's details. | • Build and manage business-to-business relationships |
| **Social Media and Lifestyle Information**<br>For example: if you interact with us on social media or other platforms as an influencer or an athlete, we may have access to your name, photos, age, gender, location, birthday, social networking ID, current city, interests, lifestyle information, list of followers, engagement with your posts, school and sports information. | • Build and manage business-to-business relationships |

### DOES NBCUNIVERSAL "SELL" OR "SHARE" MY PERSONAL INFORMATION & HOW CAN I OPT OUT?

California residents may opt out of the "sale" of their personal information and the sharing of their personal information for cross context behavioral advertising (also known as "targeted advertising"). The California Consumer Privacy Act ("CCPA") defines a 'sale' in a way that may include allowing a third party to receive certain information to add to a profile about your device, browser, or you. This profiling powers interest-based advertising on some NBCUniversal sites and services and marketing to you and allows us to keep many of our sites and services at low or no cost.

We disclose the following information to third parties and such disclosure may be considered a "sale" of personal information under the CCPA and is sharing of personal information for targeted advertising purposes:

- identification and demographics; device information and identifiers, such as IP address, and unique advertising identifiers and cookies; connection and usage information, such as browsing history or app usage; hashed identifiers [contact information], geolocation information, such as city; and inference data.

We disclose this information in order to enable marketing to you and to deliver targeted advertising on the NBCUniversal Services or other sites. Advertising, including targeted advertising, enables NBCUniversal to provide you certain content for free and provide relevant offers to you.

To learn how to opt-out of the sale or sharing of your personal information for targeted advertising, you can go to **this link**.

### CAN I LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION?

We may use certain sensitive personal information as allowable by law for purposes including analytics and to enable marketing to you and the delivery of targeted advertising on the NBCUniversal Services or other sites, such displaying an ad relevant to your precise location data.

- You can change your precise geolocation permissions for our mobile apps in your mobile device settings.

### HOW LONG DOES NBCU RETAIN MY DATA?

We will keep your information only for as long as it is necessary to fulfill the purposes of use described above, unless a longer retention is required or permitted by law. In determining how long to retain information, we consider the amount, nature and sensitivity of the information, the potential risk of harm from unauthorized use or disclosure of the information, the purposes for which we process the information, applicable legal requirements, and our legitimate interests. The purposes for which we process information (as well as the other factors listed above) may dictate different retention periods for the same types of information. For example, we retain your email address as an authentication credential (where applicable) as long as you have an account with us and an additional period of time after that for our legitimate interests and for our fraud and legal compliance purposes. If you opt out of email marketing, we maintain your email on our suppression list for an extended time to comply with your request. In addition, in the event you have an account that holds credits, point balances or other entitlements, we may continue to hold the account to allow you to obtain the benefit in accordance with the relevant terms and conditions.

We may delete or de-identify your information sooner if we receive a verifiable deletion request, subject to exemptions under applicable law. The retention period that applies to your information may vary depending on the NBCUniversal Services you use and how you interact with them. Some NBCUniversal Services may provide additional details on their data retention practices, so we encourage you to consult their website and/or FAQs.

© 2023 NBCUNIVERSAL MEDIA, LLC.