# EXHIBIT 22
# to the Declaration of
# H. Hanzarik

# NBCU Privacy Center

Privacy Policy | Cookie Notice | California Notice | Privacy FAQs

Last Updated: February 28, 2023

English

DOWNLOAD PDF

## Cookie Notice

This Cookie Notice ("Notice") explains how NBCUniversal and its affiliates ("NBCUniversal" or "we"), along with our partners, including advertisers and vendors, use cookies and similar tracking technologies when you use our websites, applications, such as games, interactive TV, voice-activated assistants, and other services that link to this policy, as well as connected devices, including those used in our theme parks ("Services"). This Notice provides more information about these technologies, your choices, and is part of the NBCUniversal Privacy Policy available here. You should read the Privacy Policy and this Notice for a full picture of NBCUniversal's use of your information.

Collapse All –

### WHAT ARE COOKIES AND HOW ARE THEY USED?

Like many companies, we use cookies (small text files placed on your computer or device) and other tracking technologies on the Services (referred to together from this point forward as "Cookies", unless otherwise stated), including HTTP cookies, HTML5 and Flash local storage/flash cookies, web beacons/GIFs, embedded scripts, ETags/cache browsers, and software development kits.

**First-party Cookies**

First-party Cookies are placed by us (including through the use of third-party service providers) and are used to allow you to use the Services and their features and to assist in analytics activities.

**Third-party Cookies**

Certain third parties may place their Cookies on your device and use them to recognize your device when you visit the Services and when you visit other websites or online services. These third parties collect and use this information pursuant to their own privacy policies. Third-party Cookies enable certain features or functionalities, and advertising, to be provided on the Services.

**Types of Cookies**

The Services use the following types of first and third-party Cookies for these purposes:

- **Strictly Necessary Cookies:** These Cookies are required for Service functionality, including for system administration, security and fraud prevention, and to enable any purchasing capabilities. You can set your browser to block these Cookies, but some parts of the site may not function properly.
- **Information Storage and Access:** These Cookies allow us and our partners to store and access information on the device, such as device identifiers.
- **Measurement and Analytics:** These Cookies collect data regarding your usage of and performance of the Services, apply market research to generate audiences, and measure the delivery and effectiveness of content and advertising. We and our third-party vendors use these Cookies to perform analytics, so we can improve the content and user experience, develop new products and services, and for statistical purposes. They are also used to recognize you and provide further insights across platforms and devices for the above purposes.
- **Personalization Cookies:** These Cookies enable us to provide certain features, such as determining if you are a first-time visitor, capping message frequency, remembering choices you have made (e.g., your language preferences, time zone), and assist you with logging in after registration (including across platforms and devices). These Cookies also allow your device to receive and send information, so you can see and interact with ads and content.
  - Content Selection and Delivery Cookies: Data collected under this category can also be used to select and deliver personalized content, such as news articles and videos.
  - Ad Selection and Delivery Cookies: These Cookies are used to collect data about your browsing habits, your use of the Services, your preferences, and your interaction with advertisements across platforms and devices for the purpose of delivering interest-based advertising content on the Services and on third-party sites. Third-party sites and services also use interest-based Advertising Cookies to deliver content, including advertisements relevant to your interests on the Services and third-party services. If you reject these Cookies, you may see contextual advertising that may be less relevant to you.
- **Social Media Cookies:** These Cookies are set by social media platforms on the Services to enable you to share content with your friends and networks. Social media platforms have the ability to track your online activity outside of the Services. This may impact the content and messages you see on other services you visit.

We and third parties may associate Measurement And Analytics Cookies, Personalization Cookies, Content Selection, Delivery Cookies, and Reporting, Ad Selection, Delivery and Reporting Cookies, and Social Media Cookies with other information we have about you.

### COOKIE MANAGEMENT

Depending on where you live, you may be able to adjust your Cookie preferences at any time via the "Cookie Settings" link in the footer of relevant websites. You can also use the methods described below to manage Cookies. You must take such steps on each browser or device that you use. If you replace, change or upgrade your browser or device, or delete your cookies, you may need to use these opt-out tools again. As some Cookie-management solutions also rely on Cookies, please adjust your browser Cookie settings carefully, following the relevant instructions below.

**Browser Controls:** You may be able to disable and manage some Cookies through your browser settings. If you use multiple browsers on the same device, you will need to manage your settings for each browser. Please click on any of the below browser links for instructions:

- Google Chrome
- Apple Safari
- Mozilla Firefox
- Microsoft Internet Explorer

If the browser you use is not listed above, please refer to your browser's help menu for information on how to manage Cookies. Please be aware that disabling cookies will not disable other analytics tools we may use to collect information about you or your use of our Services.

**Analytics Provider Opt-Outs:** To disable analytics Cookies you can use the browser controls discussed above or, for some of our providers, you can use their individual opt-out mechanisms:

- Google and Google Products' (such as YouTube API Services) Privacy Policy and Google Analytics Opt-Out
- Omniture's Privacy Policy and Omniture's Opt-Out
- Mixpanel's Privacy Policy and Mixpanel's Opt-Out

The above examples of our analytics providers and this is not an exhaustive list. We are not responsible for the effectiveness of any other providers' opt-out mechanisms.

**Flash Local Storage:** These cookies are also known as local shared objects and may be used to store your preferences or display content by us, advertisers and other third-parties. Flash cookies need to be deleted in the storage section of your Flash Player Settings Manager.

**Interest-Based Advertising:** Most third-party advertisers offer a way to opt out of their interest-based advertising. For more information or to opt out of receiving interest-based advertising from participating third-party advertisers, depending on your country of residence, please visit:

- Digital Advertising Alliance in the US
- Digital Advertising Alliance of Canada
- European Interactive Digital Advertising Alliance
- Australian Digital Advertising Alliance

You can also opt out of some of the advertising providers we use by visiting their opt-out pages:

- Google and Google Products' (such as YouTube API Services) Privacy Policy and Google's Opt-Out Page
- Facebook Privacy Policy and Facebook's Opt-Out Page
- Twitter Privacy Policy and Twitter's Opt-Out Page
- Liveramp's Privacy Policy and Liveramp Opt-Out Page
- The Trade Desk's Privacy Policy and The Trade Desk's Opt-Out Page

These are examples of our advertising providers and this is not an exhaustive list. In addition, we are not responsible for the effectiveness of any of these providers' opt-out mechanisms.

After you opt out, you will still see advertisements, but they may not be as relevant to you.

**Mobile Settings:** You may manage the collection of information for interest-based advertising purposes in mobile apps via the device's settings, including managing the collection of location data. To opt out of mobile ad tracking from Nielsen or other third parties, you can do so by selecting the "Limit Ad Tracking" (for iOS devices) or "Opt-out of Ads Personalization" (for Android devices) options in your device settings.

**Connected Devices:** For connected devices, such as smart TVs or streaming devices, you should review the device's settings and select the option that allows you to disable automatic content recognition or ad tracking. Typically, to opt out, such devices require you to select options like "limit ad tracking" or to disable options such as "interest-based advertising," "interactive TV," or "smart interactivity". These settings vary by device type.

**Cross-Device Tracking:** If you would like to opt out of our browser-based cross-device tracking for advertising purposes, you may do so by using the various methods described above. You must opt out separately on each device and each browser that you use. For more information about cross-device matching, please visit the Network Advertising Initiative or the Digital Advertising Alliance. If you opt out of cross-device tracking for advertising purposes, we may still conduct cross-device tracking for other purposes, such as analytics.

**Consequences of Deactivation of Cookies:** If you disable or remove Cookies, some parts of the Services may not function properly. Information may still be collected and used for other purposes, such as research, online services analytics or internal operations, and to remember your opt-out preferences.

### CONTACT US

For inquiries about this Cookies Notice, please contact us at Privacy@nbcuni.com or Chief Privacy Officer, NBCUniversal Legal Department, 30 Rockefeller Plaza, New York, NY 10112, US.

For inquiries from users who reside in the European Economic Area, the United Kingdom or Switzerland, please contact us at Privacy@nbcuni.com or Privacy, Legal Department, Central Saint Giles, St Giles High Street, London, WC2H 8NU, UK

### CHANGES TO THIS NOTICE

This Notice may be revised occasionally and in accordance with legal requirements. Please revisit this Cookie Notice regularly to stay informed about our and our analytic and advertising partners' use of Cookies.

NBCUniversal

AD CHOICES
PRIVACY POLICY
YOUR PRIVACY CHOICES
CA NOTICE
NEW TERMS OF SERVICE (UPDATED JULY 7, 2023)

SUPPLY CHAIN VALUES
ADVERTISE WITH US

© 2023 NBCUNIVERSAL MEDIA, LLC.