# EXHIBIT 24
# to the Declaration of
# H. Hanzarik

# COOKIE NOTICE

**Last Modified:** December 27, 2022

Like many companies, we and our service providers and third-party partners, including advertisers and vendors, use cookies, web beacons and other technologies on our Services to collect information that helps us enhance our Services and your experience using our Services. As described in more detail below, we use cookies and other similar technologies (referred to in this Cookie Notice, collectively, as "cookies") to allow our websites and mobile apps to function and help us to understand how to better tailor the Services to your interests.

**WHAT ARE COOKIES?**

A "cookie" is a small text file that is placed on your computer, mobile phone, tablet or other internet enabled device (each, a "Device") to uniquely identify the Device or to store information in the browser (e.g., Google Chrome, Safari). A "web beacon" links web pages you access on a Device to servers and may be used to transmit information collected through cookies back to those servers.

**COOKIES AND OTHER SIMILAR TECHNOLOGIES WE USE**

*First-Party v. Third-Party Cookies.* First-party cookies are ones that we place (or have a service provider place for us), which enable you to use the Services and their features and allow us to perform certain internal analytics functions. Third-party cookies are placed by certain third parties when you visit the Services or other websites or online services. These third-party cookies enable certain functionalities, including targeted advertising, to be provided on the Services. These third parties collect and use this information pursuant to their own privacy policies.

Below we list the different types of first-party cookies and third-party cookies and other similar technologies we may use on the Services.

*Strictly Necessary Cookies and Similar Technologies.* Strictly necessary cookies and similar technologies are essential to the operation of our Services. You may block placement of these cookie through your browser settings, but without them, the performance of the Services may be affected and you may not be able to take full advantage of the Services and their features. These cookies may be used to assist in fraud prevention, security and to enable purchasing capabilities. Strictly necessary cookies may collect user session identifiers, device identifiers, demographic information, log-in identifiers and other information that is necessary, for instance, to authenticate users on multiple sites. These cookies are generally temporary cookies that are deleted after each session.

*Functionality Cookies and Similar Technologies.* Functionality cookies and similar technologies collect information about your choices and preferences (such as, your language preference, user name or location) to provide a more personalized online experience and show you content relevant to where you are located or what you prefer to read/watch, such as customizing a certain webpage, remembering if we have asked you to participate in a promotion,
and for other services you request, like watching a video or commenting on a blog.

If you access the Services using a Device, we may collect a unique identifier assigned to that Device ("UDID"), geolocation data or other traffic information for that device. These features help us improve your experience with the Services. For example, functionality cookies help us determine the location of a Device during a session, count articles viewed or store language settings.

*Flash Cookies and Similar Technologies.* In some situations, we may use Adobe Flash cookies to deliver special content, such as video clips or animation. Flash cookies, also known as local shared objects, are used to improve your experience by providing certain functions, such as remembering your settings or preferences. These Adobe Flash cookies and similar technologies are stored on your Device, but you cannot manage them through your web browser in the same way you would manage other cookies. Since these are downloaded to a Device by the Adobe Flash Player. Rather you can delete them from the storage section of your Flash Player Settings Manager.

*Analytics Cookies and Similar Technologies.* We and our service providers use analytics cookies and similar technologies to collect information about your use of our Services to help create reports and statistics on the performance of the Services, which enable us to improve the way they work. Analytics cookies and similar technologies collect information such as your IP address, type of Device, operating system, websites or other services you visited before and after visiting the Services (referring URL), country information data, time of page visits and pages visited. This information allows us to identify overall patterns of usage on the Services, help us record any difficulties you have with the Services and gauge the effectiveness of our advertising. Analytics cookies may also be used to recognize you across Devices for the purposes described herein.

*Social Networking Cookies and Similar Technologies.* Some of our products may include social plug-in capabilities to allow you to register with or sign in to the Services using your social network account, and track both members and non-members of social networks for additional purposes such as behavioral advertising, analytics and market research. When you use these capabilities, your activities on our Services may impact the content and messages you see on other services you visit.

*Advertising Cookies and Similar Technologies.* We and our service providers use Advertising cookies and similar technologies to deliver content that is more relevant to you and your interests, to deliver targeted advertising, limit the number of times you see an advertisement and/or measure the effectiveness of our advertising campaigns. Advertising cookies and similar technologies (such as tokens) remember your previous browsing activity and this information is shared with other parties or may be combined with other information acquired from third parties, such as more specific location information or purchasing habits, and we may share this information with other organizations, including advertisers and our agencies, in accordance with applicable law. For example, you may be doing research to buy a bicycle, and read several articles about bikes on various websites. As you browse those sites, a cookie from an advertising network would be placed in your browser. It would remember that you had visited several websites related to bikes. Then, when you visit another website in the same advertising network, the website could show you an ad related to bicycles.

For more information about interest-based advertisements, please visit: www.aboutads.info/choices and www.networkadvertising.org/choices. To opt out of token-based technologies, please visit: https://yourachoices.com/token.

We also utilize a technology offered by our affiliate NC Audience Exchange LLC, also known as NewsIQ, which collects information from you through automated means when you are using the Services. Click here to learn more about NewsIQ

By using our Services, you are consenting to our use of cookies in accordance with this Cookie Notice and our Privacy Notice.

**HOW WE USE INFORMATION WE COLLECT FROM COOKIES AND SIMILAR TECHNOLOGIES**

We use the information we collect through automated means to allow us access to our Services and for the following general purposes:

- *Protect our Networks:* Cookies and similar technologies help us identify and prevent threats to our sites. They are necessary to protect your information and our business from outside threats.
- *Allow you to Access our Services:* Cookies and similar technologies permit your connection to our websites: our servers receive and record information about your computer, device, and browser, which may include your IP address, browser type, other software or hardware information and your geographic location (i.e., city, state/province, country, postal code, media market area).
- *Access Usage of Services:* We use information about your usage of our Services, such as pages you have visited, content you have viewed, search queries you have run, and advertisements you have seen or interacted with to assess how our Services are used.
- *Provide eCommerce Functionality:* Cookies and similar technologies help us provide functionality that you need to navigate our sites, select products and services and purchase them.
- *Provide Relevant Content:* The content on our websites and in our communications with you may be adjusted depending on what we know about the content, products and services that you like. This means we can highlight content and articles that we believe will be of interest to you. We provide personalization by using cookies, IP addresses, web beacons, URL tracking and mobile app settings.
- *Selling Third Party Advertisers:* We sell space on our websites and apps to advertisers. The advertisements they display on our websites will often contain cookies. Our advertisers may use cookies or similar technologies to provide you with advertisements that they believe are relevant to you. They may use browsing data obtained to restrict the number of times you see particular advertisements (frequency capping). You may also see advertisements from these advertisers on other websites you visit.

In addition, third parties that support our services by serving advertisements or providing other services, such as allowing you to share content or tracking aggregate service usage, may also use cookies and other technologies to collect information relevant to the provision of those services. For more information on how third parties use cookies and similar technologies on our Services to support functionality, please see the section below on How Third Parties Use Information From Cookies and Similar Technologies on our Services.

*Mobile Apps:* By downloading our apps, we will require access to the following services on your device: unique identifier (UDID), MAC address or other applicable device identifier and location. Other services may also be required in order for the apps to function. We may use this information to validate free trials. Our apps may also provide push notifications to your device. You may control these through using the tools on your device, such as turning off push notification and location services.

**HOW THIRD PARTIES USE INFORMATION FROM COOKIES AND SIMILAR TECHNOLOGIES ON OUR SERVICES**

We work with third parties to support our Services to deliver advertisements or provide services. For example, we use analytics services supported by third party companies who generate analytics cookies on our behalf. We may not have access to these cookies, although we may use statistical information arising from the cookies provided by these third parties to customize content and for the other purposes described above. These companies may also transfer this information to other parties where required to do so by law, or where such other parties process the information on their behalf.

Third-party advertisers and other organizations may also use their own cookies to collect information about your activities on our websites and/or the advertisements you have clicked on. This information, which may be combined with other information acquired from third parties, may be used by them to serve advertisements on our website and third party sites that they believe are most likely to be of interest to you based on content you have viewed.

Third-party advertisers may also use this information to measure the effectiveness of their advertisements and to track aggregate usage statistics.

Please note that we do not control these third-party cookies and other technologies and their use may be governed by the privacy notices or policies of the third parties employing them. The information practices of these third parties are not covered by this Privacy Notice.

To provide you with access to social media networks, functionality and services, we may allow third party social networks to collect cookie information from your browser through our services. For instance, Facebook and YouTube place their cookies on the Services to support functionality, such as integrating videos from those platforms and for use according to their respective privacy policies. For more information, please see our Social Networking Notice.

To find out more about how you can manage the information collected by these companies, see the How to Manage Cookies and Similar Technologies section of this Cookie Notice.

**HOW TO MANAGE COOKIES AND SIMILAR TECHNOLOGIES**

You have choices regarding cookies being placed on your Devices by us and our third party partners or service providers. However, without cookies, you may not be able to use all of the features of our Services. Similarly, if you upgrade or change your browser or Device or delete your cookies, you may need to use these opt-out tools again. We have outlined below ways to manage your cookies.

**MANAGING COOKIES VIA YOUR BROWSER SETTINGS**

You have the option to stop cookies from being downloaded to your Device from the Services at any time by selecting the appropriate settings in your browser. Most browsers will tell you how to change your browser settings to notify you when a cookie is being set or updated, or to restrict or block certain types of all cookies. Please visit www.allaboutcookies.org, or select the "Help" menu in your browser.

Please note that if you use different Devices to view and access a particular website, you will need to adjust your cookie options in the browser for each Device.

**MANAGING FLASH COOKIES**

You may delete Adobe Flash cookies or adjust Adobe Flash cookie options on Adobe's Flash Player.

**MANAGING ANALYTICS, SOCIAL NETWORKING AND ADVERTISING COOKIES**

More information on how to opt out of specific Analytics, Social Networking and Advertising cookies can be found in the Cookies and Other Similar Technologies We Use section.

- **Analytics Cookies**
  
  Please use the following links for more information on Analytics cookies:
  
  - Google Analytics: https://tools.google.com/dlpage/gaoptout

- **Advertising Cookies**
  
  The Digital Advertising Alliance ("DAA") is an industry self-regulatory program developed by the media and marketing industry to give users more control over customized ads based on their online behavior across different websites. To make choices about interest-based ads from participating third parties:
  
  For United States residents, click here.
  
  For European residents, click here.
  
  On your mobile device, you can install DAA's AppChoices to make choices about cross-app interest-based advertisements from participating companies.
  
  In addition, the Network Advertising Initiative ("NAI") offers a way to opt out of receiving tailored ads from member companies that use cookies to collect information about your online activities using web-based advertising. To opt out of information collection by NAI member companies, or to obtain information about the technologies they use or their own privacy policies, please visit the NAI opt-out of interest-based advertising.
  
  Please note that if you opt out of having your information used to deliver advertisements tailored to your interests, you will continue to see advertisements on our Services, but these advertisements may not be of interest to you.
  
  In Europe, we participate in the IAB Europe Transparency & Consent Framework and comply with its specification and policies. We use a consent management platform ("CMP") with the identification number 28. The CMP allows you to manage your preferences based on cookie category, the purposes for which your data is processed or according to which third-party parties are involved. The CMP also allows us to maintain records of your consent. If you wish to update your choices via the CMP, please Do Not Sell or Share My Personal Information/Opt-Out.
  
  Please note that as with your web browser settings you will not be able to withdraw consent for cookies which are strictly necessary for the Services to operate.

**MANAGING COOKIES ON OUR MOBILE APPLICATIONS**

If you download our applications, we may place cookies on your mobile device. You may be provided with an opportunity to decline cookies before downloading one of our apps. Your mobile device settings may also allow you to prohibit mobile app platforms (such as Apple or Google) from sharing certain information obtained by automated means with us.

**CROSS-DEVICE TRACKING**

If you would like to opt out of our browser-based cross-device tracking for advertising purposes, you may do so using the methods described herein. You must opt out separately on each browser and each browser that you use. For more information about cross-device matching, please visit the Network Advertising Initiative or the Digital Advertising Alliance. If you opt out of cross-Device tracking for advertising purposes, we may still conduct cross-Device tracking for other purposes, such as analytics.

**DO NOT TRACK**

Our Services do not process or respond to "Do Not Track" signals, since uniform standards for "Do Not Track" signals have not been adopted. To learn more about "Do Not Track", please visit "All About Do Not Track"

**CHANGES TO THIS COOKIE NOTICE**

From time to time, we may change this Cookie Notice to reflect changes to our privacy practices and Services. This may be related to changes in the law, changes in our Services or treatment of your personal information. Where necessary, we will notify you of these changes. We will always display clearly when the Cookie Notice was last amended.

**CONTACT US**

If you have any questions or comments about this Cookie Notice, please contact us as follows:

privacy@nypost.com

You also may write to:

NYP Holdings, Inc.
Attention: Privacy Lead
1211 Avenue of the Americas
New York, NY 10036

Return to Privacy Notice