# EXHIBIT 26
# to the Declaration of
# H. Hanzarik



# BITTER TASTE



**EXCLUSIVE**

# One of NYC's most exclusive private clubs is 'actively purging' members: 'No one is safe'

The club is not explaining why they're allegedly not renewing the memberships of certain clientele, according to sources.



Thank you for visiting. By continuing, you agree to our Terms of Use and Privacy Notice.