# EXHIBIT 28
# to the Declaration of
# H. Hanzarik

Search

# The New York Times Company Privacy Policy

Can't find what you're looking for?

Review our Help topics or chat with one of our Customer Care advocates.

Contact us

*Last Updated on July 6, 2023*

At The Times, our mission is to seek the truth and help people understand the world. We want you to understand how we handle your personal information. We also want you to know your rights and choices.

This policy describes how we handle your personal information when you use the "Times Services," listed below:

- The New York Times newspaper, plus our International Edition
- Our websites, *like nytimes.com*
- Our apps, *like the New York Times app and the New York Times Games app*
- Our email newsletters, *like Cooking and Morning Briefing*
- Our pages or ads on social media networks, *like our Facebook and Instagram pages*
- Anywhere we gather information from you and refer you to this Privacy Policy

How we handle information about you depends on which Times Services you use — and how you use them. For example, we use different information about print subscribers than website visitors.

Be aware that certain Times Services work differently. Some have additional terms that supplement this policy *(e.g., Reader Submissions)*. Others, like The Athletic, refer to a different privacy policy altogether, so this one does not apply in those cases.

If you have questions, please don't hesitate to contact us at privacy@nytimes.com. You can also review our Privacy F.A.Q.


1. What Information Do We Gather about You?
   1. (A) Information Collected through Times Services
      i. Information You Voluntarily Give Us
      ii. Information Collected Automatically
      iii. A Note about Sensitive Personal Information
   1. (B) Information We Create or Generate
   1. (C) Information Collected from Other Sources
      i. Privately Owned Databases
      ii. Social Media Platforms and Other Third-Party Services
      iii. Workplace and Schools
2. What Do We Do With the Information We Collect about You?
   2. (A) We Provide the Times Services
   2. (B) We Personalize Your Experience
   2. (C) We Allow You to Share User-Generated Content
   2. (D) We Develop Products and Services, and Do Analysis
   2. (E) We Carry Out Administrative Tasks
   2. (F) We Offer Sweepstakes, Contests and Other Promotions
   2. (G) We Allow for Personalized Advertising on Times Services and Create Audiences for Third-Party Advertisers
   2. (H) We Advertise or Market Times Services to You
   2. (I) We Aggregate (or De-identify) Personal Information into Larger Findings
3. To Whom Do We Disclose or Share the Information We Gather?
   3. (A) Within The New York Times Company
   3. (B) With Service Providers
   3. (C) With Other Third Parties
4. What Are Your Rights and Choices?
   4. (A) In General
      i. Communications Preferences
      ii. Access, Correct, Change/Update, Delete or Restrict Processing of Your Personal Information
      iii. Managing Your Digital and Home Delivery Accounts
      iv. Browser and Platform Controls
      v. Other Rights and Choices
   4. (B) California Privacy Rights
      i. Notice at Collection
      ii. Rights to Know, Correction, and Deletion
      iii. "Do Not Sell or Share My Personal Information"
      iv. Right to Limit Use and Disclosure of Sensitive Personal Information
      v. Authorized Agents
      vi. Non-Discrimination Rights
      vii. Record of Requests
      viii. California "Shine the Light" Privacy Rights
      ix. Removal of Content for California Minors
5. How Long Do You Retain Data?
6. How Do You Protect My Information?
7. Are There Guidelines for Children?
8. How Is Information Transferred Internationally?
9. What Is Our Legal Basis?
10. What about Third-Party Services?
11. How Are Changes to this Privacy Policy Communicated?
12. How Can You Contact Us? Who Is the Controller of Your Personal Information?


## 1. What Information Do We Gather about You?

The information we gather about you depends on the context. By and large, it's information about you that can personally identify you — either on its own or when combined with other information.

The following describes the information we collect and how we obtain it.

### *1. (A) Information Collected through Times Services.*

#### i. Information You Voluntarily Give Us

- **For Registration:**

When you sign up for a Times Service *(e.g., a subscription)*, we collect your contact information and account credentials. Once you're registered, we assign you a unique ID number. This ID number helps us recognize you when you're signed in.

For some Times Services, you can instead sign up by linking your Apple, Facebook or Google account. See Information Collected From Other Sources below.

If you register for an event or conference, we might ask for additional information *(e.g., your company name, your job title or your dietary restrictions)*.

- **For Billing:**

To process payments or donations, we collect and use your payment information.

This can include your name, your address, your telephone number, your email address, your credit or debit card information and any other relevant information.

- **For User-Generated Content:**

We offer you the ability to post content that other users can read *(e.g., comments or recipe reviews)*. Anyone can read, collect and use any personal information that accompanies your posts. See the Comments F.A.Q., or read the User-Generated Content section in our Terms of Service for more information.

We do not have to publish any of your content. If the law requires us to take down, remove or edit your personal information, we will comply to the required extent.

- **For Contests, Sweepstakes and Special Offers:**

When you sign up for these, you give us your name, email and any other required information.

- **For Reader Surveys, Research, Panels and Experience Programs:**

We gather information through questionnaires, surveys and feedback programs, including demographic information like your age, ethnicity, race, or gender. We also conduct similar research for advertisers. We ask you for your consent to use this information when you participate in these programs and events.

- **During Contact with Our Call Centers:**

We collect information from you when you place an order over the phone or contact customer service through one of our toll-free numbers. This can include your name, contact information and any other information you choose to provide.

- **Personal Contacts Data:**

We never scan your device for your contacts or upload that data.

With your consent, we do comply with your requests to collect data about your friends, family or acquaintances *(e.g., Refer a Friend campaigns)*. This functionality is only meant for U.S. residents. By using it, you acknowledge and agree that both you and your contacts are based in the United States — and that you have everyone's consent for us to use their contact information.

#### ii. Information Collected Automatically

When you use Times Services, we collect some information automatically. The technologies we use to assist with this data collection include cookies, web beacons, tags and scripts and software development kits (or SDKs). We use these technologies on our digital properties, including our websites and apps, as well as in our email communications and newsletters. For more information about tracking methods on Times Services, and how to manage them, read our Cookie Policy and the What Are Your Rights and Choices? section below.

The categories of personal information we collect automatically include:

- **Identifiers and Device Information:**

When you visit our Services, including our websites, apps, email communications and newsletters, our servers automatically log information about the device you are using, including unique identifiers. If your browser doesn't accept our cookies or similar technologies, you can't access certain parts of our websites *(e.g., your account on nytimes.com)*. The items we log include:

- Your IP address
- Cookie identifiers
- Your operating system and browser (e.g., type, version, and configuration)
- Your browser language
- Device identifiers (such as MAC address)
- Advertising identifiers

We combine this data with other information we collect about you.

- **Geolocation Information:**

Some of our apps can provide content based on your GPS location if you enable this feature. Your GPS location is your precise geolocation, which is considered a type of sensitive personal information.

You choose whether to enable GPS features when you first install the app. You can edit that setting on your device at any time. If you enable these features, your GPS location can be found by satellite, cell phone tower or Wi-Fi and used by the app. If you save a location-based search in your history, that data moves to our service provider's servers — see below for the definition of service provider.

If you do not enable GPS location-based services, or if a specific app does not have location-based features, we don't collect your precise GPS location. We do collect your IP address, which can establish your approximate location. Ads on our sites and apps may be targeted based on this approximate location but are never targeted based on your GPS location.

- **Other Usage Data:**

We collect certain internet and network activity on our Services, including our websites and apps, such as the URLs of any pages you visit on our sites and apps, the URL of the website from which you came to our sites, how long you spent on a page, access times and other details about your use of and actions on our Services.

#### iii. A Note about Sensitive Personal Information

We generally don't want to gather sensitive information about you. This includes:

- Government-issued IDs (such as your driver's license, passport or social security number)
- Your racial or ethnic origin
- Your political opinions
- Your religion or other beliefs
- Your health, biometric or genetic characteristics
- Any trade union membership
- Your sexuality (information about your sex life or sexual orientation)
- Any criminal background
- The content of your private communications (other than messages you may send to us)

However, as discussed above, we sometimes collect precise geolocation information (which may be considered a sensitive data type) to provide GPS-based location services you choose to enable. Also, some laws define account access information, such as a username and password, as sensitive personal information, but we collect that information only for the accounts you create directly with us and not for any other account you may have with a third party.

Finally, there are situations when we request certain of the above information *(e.g., a reader survey asks about your political leanings or ethnicity)*, but you can decline to answer. Outside those situations we would prefer you never share these types of information with us.

### *1. (B) Information We Create or Generate.*

We infer new information from other data we collect, including using automated means to generate information about your likely preferences or other characteristics ("inferences").

### *1. (C) Information Collected from Other Sources.*

#### i. Privately Owned Databases:

Marketing, data analytic and social media-owned databases give us access to a range of information — like public data, survey data and more. This data sometimes includes your mailing address, your gender, your age, your household income and other demographic data.

#### ii. Social Media Platforms and Other Third-Party Services:

*(Social media platforms include services like Facebook. Third-party services include services like Google and Nook.)*

You can link your social media or other third-party account to a Times Service. By linking the services, you authorize us to collect, store and use any information they may give us *(e.g., your email address)*. You can disconnect your nytimes.com registration from third-party accounts at any time.

We also receive information from you when you interact with our pages, groups, accounts or posts on social media platforms. This includes aggregate data on our followers *(e.g., age, gender and location)*, engagement data *(e.g., "likes," comments, shares, reposts and clicks)*, awareness data *(e.g., number of impressions and reach)* and individual users' public profiles.

For more information, refer to our social login and Nook F.A.Q.

#### iii. Workplace and Schools:

When your employer or school buys an organization-wide subscription to nytimes.com, they sometimes provide us with your name and organization email address to grant you access as a user.

Back to top

## 2. What Do We Do with the Information We Collect about You?

We use each of the categories of personal information described above for the following business and commercial purposes. The activities below can involve outside companies, agents or contractors ("service providers") to whom we disclose your personal information for these purposes (discussed further below in Section 3 of this Privacy Policy).

### *2. (A) We Provide the Times Services.*

[illegible]

of your personal information with third parties who are not our service providers (as those terms are defined under the California Consumer Privacy Act and the California Privacy Rights Act, or "CCPA" for short in this Policy). To exercise this right, click the "Your Privacy Choices" link on the bottom of the webpage where your information is being collected or go to "Account" and then "Settings" and "About This App" and click of the "Your Privacy Choices" link there. You can also submit a request to opt out by emailing us at privacy@nytimes.com with the subject line "California Resident - Do Not Sell or Share." Finally, if your browser supports it, you can turn on the Global Privacy Control to opt-out of the "sale" or "sharing" of your personal information.

If you have an account with certain Times Services (specifically nytimes.com, cooking.nytimes.com, nytimes.com/crosswords, the New York Times app, the New York Times Cooking app and the New York Times Games app) and are logged in, we will save your preference and honor your opt out request across browsers and devices so long as you remain logged in. If you are not logged in, or do not have an account with any Times Services listed above, your opt out of the "sale" or "sharing" of personal information will be specific to the browser or device from which you have clicked "Your Privacy Choices" and until you clear your cookies (or local storage in apps) on this browser or device.

We do not knowingly "sell" or "share" (as those terms are defined by the CCPA) the personal information of minors under 16 years old.

#### iv. Right to Limit Use and Disclosure of Sensitive Personal Information

If you are a California resident, effective January 1, 2023, you have a right to limit our use of sensitive personal information for any purposes other than to provide the services or goods you request or as otherwise permitted by law. To opt out from such additional purposes, contact us via this form or by calling us at our toll-free number, 1-800-NYTIMES.

#### v. Authorized Agents

You can designate an authorized agent to make a request to exercise your rights under the CCPA on your behalf. In order to do that, please provide the agent with written permission, signed by you, authorizing the agent to submit the request on your behalf. The agent must submit that written permission along with the request. We will contact you to verify your identity — and the authorized agent's permission — before a response to the request is sent.

#### vi. Non-Discrimination Rights

You may exercise any of your rights listed in this section without fear of unlawful discrimination.

#### vii. Record of Requests

We keep a record of requests that we received from California residents.

For data deletion and data access requests, our readers submit requests through our intake form. In the intake form, they mark whether they reside in California. We then send an identity verification email to the user. If the user does not verify their identity in 45 days, their request will be denied. If the user does verify in 45 days, we begin to fulfill their request.

We have calculated our median process time for verified data deletion and data access requests. Any requests completed within the same day are rounded to one day. The median process time is found by organizing the processing time of each verified request from lowest to highest. The middle number is the median.

| Request Type | Total Requests Received from California Residents* | Number of Denied Requests Due to No Verification* | Number of Verified Requests* | Median Process Time for Verified Requests in Days** |
|---|---|---|---|---|
| Deletion (requests to delete) | 1106 | 215 | 893 | 1 |
| Access (requests to know) | 44 | 14 | 30 | 99 |

* Requests that we received from California residents between January 1, 2021, 00:00 UTC and December 31, 2021, 23:59 UTC.

** Numbers are rounded to the nearest whole number. Numbers below .5 are rounded down and the numbers .5 or above are rounded up.

| Request Type | Total Requests* | Median Process Time in Seconds** |
|---|---|---|
| Right to Opt Out of Sale of Personal Information, including Global Privacy Control (GPC). This number has been corrected to include individuals using GPC to opt out of sale. This number is larger than the total number of opt out of sale requests because it also includes the number of consumers using Mozilla's Do Not Track Setting and iOS's Limit Ad Tracking Setting, which are not technically part of a Do Not Sell request, but are not easily separated from the GPC metrics. | 14,227,833 | 0.6 |

* Requests that we received from California residents between January 1, 2022, 00:00 UTC and December 31, 2022, 23:59 UTC.

** Numbers are rounded to the nearest tenth. Numbers below .05 are rounded down and the numbers .05 or above are rounded up.

#### viii. California "Shine the Light" Privacy Rights

Under the California "Shine the Light" law, California residents can opt out of our sharing of their information to third parties (and sometimes affiliates) for their direct marketing purposes.

- To do so, email us at privacy@nytimes.com with "Shine the Light Opt Out" in the subject line and your full name and phone number in the body of the email. You can also write to us at: Customer Care/Call Center 620 Eighth Avenue, New York, NY 10018, Attn: Postal. Include your account number and phone number in the body of the letter.

#### ix. Removal of Content for California Minors

If you're a California resident under 18 years old and you're registered with a Times Service, you can ask us to remove content or information you've posted to a Times Service. Email us at privacy@nytimes.com with "California Under 18 Content Removal Request" in the subject line and tell us what you want removed. We will make reasonable efforts to remove the post from public view, although we cannot ensure the complete removal of the content and may retain the content as necessary to comply with our legal obligations, resolve disputes and enforce our agreements.

Back to top

## 5. How Long Do You Retain Data?

We store your personal information for as long as needed, or permitted, based on the reason why we obtained it (consistent with applicable law). This means we might retain your personal information even after you close your account with us.

When deciding how long to keep your information, we consider:

- How long we have had a relationship with you or provided a Times Service to you
- Whether we are subject to any legal obligations *(e.g., any laws that require us to keep transaction records for a certain period of time before we can delete them)*
- Whether we have taken any legal positions *(e.g., in connection with any statutes of limitation)*.

Rather than delete your data, we might de-identify it by removing identifying details.

Back to top

## 6. How Do You Protect My Information?

We protect your personal information with appropriate organizational, technological and physical safeguards — but we cannot guarantee its absolute security. We recommend that you use complex and unique passwords for your Times accounts and for third-party accounts linked to them. Do not share your password with anyone.

If you have reason to believe your interaction with us is no longer secure, notify us immediately.

Back to top

## 7. Are There Guidelines for Children?

Times Services are intended for a general audience and are not directed at children under (13) years of age.

We do not knowingly gather personal information (as defined by the U.S. Children's Privacy Protection Act, or COPPA) in a manner not permitted by COPPA. If you are a parent or guardian and you believe we have collected information from your child in a manner not permitted by law, contact us at privacy@nytimes.com. We will remove the data to the extent required by applicable laws.

Back to top

## 8. How Is Information Transferred Internationally?

The New York Times Company is headquartered in the United States. If you are located outside the United States, your information is collected in your country and then transferred to the United States — or to another country in which we (or our affiliates or service providers) operate.

If we transfer your data out of the European Economic Area (E.E.A.), we implement at least one of the two following safeguards:

- We transfer your information to countries that have been recognized by the European Commission as providing an adequate level of data protection according to E.E.A. standards (see the full list of these countries).
- We take steps to ensure that the recipient is bound by contractual obligations, including E.U. Standard Contractual Clauses together with additional safeguards to protect your personal data. You can see a copy of these clauses.

In certain situations, the courts, law enforcement agencies, regulatory agencies or security authorities in those countries might be entitled to access your personal information.

Back to top

## 9. What Is Our Legal Basis?

In some jurisdictions, like the European Union and the European Economic Area, we only collect, use or share information about you when we have a valid reason. This is called a "lawful basis." Specifically, this is one of the following:

- The consent you provide to us at the point of collection of your information
- The performance of the contract we have with you
- The compliance of a legal obligation to which we are subject, or
- The legitimate interests of The Times or a third party. "Legitimate interest" is a technical term under international laws, including the European Union General Data Protection Regulation. It means that there are good reasons for the processing of your personal information, and that we take measures to minimize the impact on your privacy rights and interests. "Legitimate interest" also refers to our use of your data in ways you would reasonably expect and that have a minimal privacy impact.

We have a legitimate interest in gathering and processing personal information, for example: (1) to ensure that our networks and information are secure; (2) to administer and generally conduct business within The New York Times Company; (3) to prevent fraud; and (4) to conduct our marketing activities.

Back to top

## 10. What about Third-Party Services?

Some Times Services contain links to third-party websites, resources, vendors and advertisers. These third parties are not Times Services. Additionally, Times Services may be available to you through third-party digital properties such as Google's Accelerated Mobile Pages (AMP). We do not control (and are not responsible for) third-party content or privacy practices. These third parties may independently collect and solicit information about you and affect your data preferences when you access the Times Services on third-party digital properties (see "Additional Notes" below for more information). Any personal information you provide to them is not covered by this Privacy Policy. These third parties have their own policies and practices about data, which may include what information they share with us, your rights and choices on their services and devices, and whether they store information in the U.S. or elsewhere. We encourage you to familiarize yourself with their privacy policies and terms of use.

**Additional Notes**

- As mentioned above, some Times Services are offered on third-party digital properties (such as third-party websites, frameworks, and domains) which can affect our data practices and your data preferences. For example, we use Google AMP to help Times Services load quickly on mobile devices. We also use third-party properties to facilitate other Times Services, such as our Live Events.
- If you set your data preferences while using one of these third-party digital properties, your preferences will only be saved with respect to the Times Services on that specific third-party digital property. Your preferences will not carry over when you use the Times Services on The Times's own digital properties. And, your preferences will only be saved on Google AMP and other third-party digital properties until your cookies are cleared. Once your cookies are cleared, you will need to reset your data preferences for each third-party digital property used to access Times Services.
- If your browser settings allow for cross-site tracking (e.g., allows for trackers to follow your preferences across websites), you can set your preferences on The Times's digital properties so that your preferences will be remembered when you access the Times Services through Google AMP. However, if your browser settings do not allow for cross-site tracking, your preferences on The Times's own digital properties will not carry over to the Times Services you access through Google AMP.
- If you are an European resident and you do not accept trackers (other than essential trackers) while using Times Services on AMP, you will be served non-personalized ads. If you do not accept trackers (other than essential trackers) while using the Times Services on The Times's digital properties, you will receive The Times house ads or no ads at all.

Back to top

## 11. How Are Changes to this Privacy Policy Communicated?

We are always improving our products and services, and we create new features regularly. These updates sometimes require us to collect new information or use what we already have differently. Further, the laws regarding personal information and privacy frequently change. As a result, we must periodically update this Privacy Policy.

We will post any changes on this page by updating this policy. If we make a significant or material change in the way we collect, use or share your personal information, we will notify you at least 30 days prior to the changes taking effect. We will do this via email or prominent notice within Times Services. If you object to any change, you can stop using the Times Services.

After we post any changes on this page, your continued use of Times Services is subject to the updated Privacy Policy.

Back to top

## 12. How Can You Contact Us? Who Is the Controller of Your Personal Information?

If you have any questions, email us at privacy@nytimes.com or write us at:

The New York Times Company
620 Eighth Avenue
New York, N.Y. 10018
Attn.: Privacy Counsel

We can also be reached by phone at 1-800-NYTIMES (see a list of our local telephone numbers outside the United States).

The New York Times Company is referred to in this Privacy Policy as "The Times," "we" or "our."

Certain Times Services operate as independent controllers of your personal information. Wirecutter operates as an independent controller of personal information collected through the Wirecutter site available at nytimes.com/wirecutter, pages or ads on social media networks, email messages sent by Wirecutter, your offline contacts and any other service offered by Wirecutter (collectively, the "Wirecutter Services"). If you have any questions regarding Wirecutter, please email us at privacy@thewirecutter.com or write us at:

Wirecutter, Inc.
c/o The New York Times Company
620 Eighth Avenue
New York, N.Y. 10018
Attn.: Privacy Counsel

Wirecutter operates the Wirecutter Services in accordance with the practices disclosed in this Privacy Policy. With respect to the Wirecutter Services, Wirecutter, Inc. is referred to in this Privacy Policy as included in "The Times," "we" or "our." In this Privacy Policy, Wirecutter Services are included under "Times Services."

The Athletic also operates as an independent controller of personal information collected through The Athletic site available at www.theathletic.com and The Athletic mobile app. As noted above, The Athletic has its own Privacy Policy and its practices are not included in the "Times Services." If you have any questions regarding The Athletic, please contact The Athletic at privacy@theathletic.com.

Back to top

Was this article helpful?