# EXHIBIT 29
# to the Declaration of
# H. Hanzarik

YGR Document 595-9 Filed 09



LIVE Hunter Biden Case 5m ago Federal R

We've updated our terms

We encourage you to review our updated Terms of Sale, Terms of Service, and Privacy Policy. By continuing, you agree to the updated Terms listed here.

Continue

New York Times

No more passwords to remember. Signing in is fast simple and secure.

Continue

Kenny Holston/The New York Times

UPDATES FROM REPORTERS

**Michael S. Schmidt**

In just the past 24 hours we've had House Republicans file a brief to try to blow up the deal, a judge accuse Hunter Biden's lawyers of misrepresenting themselves, and now a question about whether today is the end of the road for Biden's criminal problems. 23m ago

## Kevin McCarthy, Pressured by the Right, Escalates Talk of Impeaching Biden

His comments came on the eve of a hearing in the tax case against Hunter Biden, and ahead of a potential third indictment of former President Trump.

4 MIN READ

ADVERTISEMENT

LIVE 21m ago

## U.S. Federal Reserve Is Expected to Resume Rate Increases

The central bank is poised to raise interest rates to a 22-year high. The big question now: When will it stop?

See more updates 9+

Federal funds target rate

Expected: 0.25-pt. increase

RECESSIONS

Big consumer companies keep raising prices, complicating the Fed's efforts to tame inflation.

2 MIN READ

Markets traded cautiously ahead of a pivotal Fed meeting.

2 MIN READ

Here's what higher interest rates mean for mortgages, credit cards and more.

4 MIN READ

## Artillery Duels Flare Along Southern Front as Ukraine Describes Slow Gains

Russia portrayed the heavy fighting in the Zaporizhzhia region as a major attack.

See more headlines 9+

**Odesa** Clearing debris from inside the House of Scientists after a Russian missile attack.

Emile Ducke for The New York Times

Vladimir Putin's war in Ukraine brought him closer to some African leaders. Now it appears to be pushing them apart.

6 MIN READ

Israel's Judicial Overhaul What to Kno

## Israel's High Court to Review Netanyahu's Judicial Overhaul

The justices will hear petitions in September against a law that curbs their authority. Benjamin Netanyahu pushed the law through despite political turmoil.

4 MIN READ

## Beto O'Rourke: One Person Can End Cruelty at the Border

5 MIN READ

JESSICA GROSE

## The Church of Group Fitness

5 MIN READ

Eleanor Davis

HAERYUN KANG

## The Fading Dream of Korean Reunification

5 MIN READ

## Readers, Show Us Your Wit

THOMAS FRIEDMAN

## 'Joe Biden May Be the Last Pro-Israel Democratic President'

THE DAILY AUDIO

*Is the plea deal really the end of the Hunter Biden story? Michael Schmidt explains.*

0:56

Listen to the full episode.

NEWSLETTER

## Read The Morning

The Morning

The picture of Covid's origins has changed as more evidence emerges, but there might never be a clear answer, Julian E. Barnes writes.

6 MIN READ

In Case You Missed It

*Top picks from The Times, recommended for you*

## How the Gilgo Beach Suspect Wielded Power in Brownstone Brooklyn

5 MIN READ

## How a Mexican Lager Quietly Rose to Become America's Best-Selling Beer

4 MIN READ

## After Ousting Marjorie Taylor Greene, Freedom Caucus Is at a Crossroads

8 MIN READ

## In Search of a Crowd-Free Summer Getaway? Try These 6 Hotels.

6 MIN READ

## An Impossible Mission to Find Tom Cruise

16 MIN READ

Paid Post

INTUIT

**This is Dream Street: Three All-Star Small Businesses With Bold Founders**

An educator, an artist and a driver inspire their communities.

More News

## G.M. and Other Automakers Will Build 30,000 Electric Vehicle Chargers in U.S.

The companies will jointly spend at least $1 billion to build a North American network in an effort to persuade more people to buy battery-powered cars.

1 MIN READ

THE ATHLETIC

## What to Expect From U.S. Women vs. Netherlands

U.S.-Netherlands is a rematch of the 2019 World Cup final. But both teams have undergone big changes since then.

## Family Died in Rockies After Trying to Live 'Off the Grid,' Official Says

Two sisters and a teenage son moved to a Colorado campsite last July. They had wanted a break from a world that distressed them, a local coroner said.

4 MIN READ

## The Whales Gathered in a Heart Shape. Experts Feared What Would Come Next.

A pod of nearly 100 pilot whales displayed unusual behavior before the whales beached themselves in Western Australia. More than 50 have died.

3 MIN READ

Courtesy DBCA

## Crane Partially Collapses in Midtown Manhattan, Injuring 6

3 MIN READ

## Soldiers Attempt Mutiny in Niger, Its President's Office Says

3 MIN READ

## Judge Vacates Bowe Bergdahl's Conviction and Dishonorable Discharge

4 MIN READ

## Oregon Wildfire Destroys Dozens of Homes and Disrupts 911 Service

2 MIN READ

## How Regional Banks Got Healthy Again

4 MIN READ

## Hun Sen, Cambodia's Long-Ruling Leader, to Step Down Next Month

2 MIN READ

Well

Bobbi Lin for The New York Times

## Secrets of a Healthy Breakfast

4 MIN READ

Culture and Lifestyle

Chris Simpson for The New York Times. Food stylist: Maggie Ruggiero. Prop stylist: Sophia Pappas.

## This Hummus Holds Up After 800 Years

First written down in the 13th century, this recipe has an enduring simplicity — but no garlic.

4 MIN READ

## Read Your Way Through Maine

"Some extraordinary literature has come out of this state," the novelist Lily King says.

7 MIN READ

## 6 Thought-Provoking Y.A. Thrillers

Angeline Boulley shares young adult thrillers that tackle social issues.

3 MIN READ

## Use These Fans to Keep Cool. Or to Channel Beyoncé.

They could also be used to say, "I love you." Can an air-conditioner do that?

4 MIN READ

## 'Annihilation,' 'Support the Girls' and More Streaming Gems

Here is this month's rundown of off-the-radar picks.

4 MIN READ

ADVERTISEMENT

The Athletic

*Unlimited for All Access and The Athletic subscribers.*

## Could the Buffalo Bills Cut Damar Hamlin?

The safety's inspirational comeback story may intersect with the cruel business of the N.F.L. during training camp.

Joshua Bessex/Getty Images

## Is Messi That Good or Are Defenders That Bad?

Inter Miami's new star scored twice and assisted once in his first start — so how do we put it in context?

## Paul Mullin's Punctured Lung Leaves Wrexham Fuming

Ryan Reynolds's soccer club may need to buy a replacement for Mullin, who will miss the start of Wrexham's season after being injured in San Diego.

## He Temporarily Went Blind. Now He's Back Broadcasting N.B.A. Games.

## Explaining Cardiac Arrest After Bronny James Collapse: Is It Common?

## The Horse Placenta Craze Among Europe's Soccer Stars

New York Times Cooking

*Recipes, advice and inspiration for any occasion.*

Bryan Gardner for The New York Times

## Heirloom Tomato Tart

Recommendations From Wirecutter

*Independent reviews for thousands of products.*

## These Cheap Sunglasses Make Me Feel Like a Million Bucks

They also come with a lifetime warranty and money-back guarantee.

Michael Murtaugh

## The Best Carry-On Travel Backpacks

Our picks are designed to ultimately replace all of your other luggage and become your exclusive bag as you travel. Be free.

## Our Favorite Coffee Maker Since 2016

It delivers coffee that tastes like it was fussily made. But it actually requires only the push of a button.

## The Perfect Air Conditioner Doesn't Exist — but This One Comes Close

It's quiet, uses less energy than other models and works like a charm. Plus, you can still open your window.

ADVERTISEMENT

See How

New York Times Games

*Daily word and visual games, plus more.*

## Wordle

Guess the 5-letter word with 6 chances.

## Today's Wordle Review

Our columnist reviews the day's puzzle. Warning: Contains spoilers!

## Connections | Beta

Group words that share a common thread.

## Spelling Bee

Subscribers can now play puzzles from previous days.

## The Crossword

Get clued in with wordplay, every day.

## Letter Boxed

Create words using letters around the square.



Get clued in with wordplay, every day.

Letter Boxed

Create words using letters around the square.



© 2023 The New York Times Company