# EXHIBIT 30
# to the Declaration of
# H. Hanzarik

# Secure. Trusted. Sign up for PayPal.

## Personal

Send, spend, and manage your money. All from one app.

- Shop online without sharing your payment info
- Access exclusive rewards and cash back
- Manage money, discover crypto, and more

## Business

Get paid online, in store, or on the go. Collect donations. Help grow your business.

- Accept more forms of payment so you don't miss a sale
- Easily integrate with the tools you use to run your business
- Sell securely with a brand customers trust

Get Started

© 1999–2023


