# EXHIBIT 31
# to the Declaration of
# H. Hanzarik

