# EXHIBIT 32
# to the Declaration of
# H. Hanzarik



## Phone number

Phone number

⚠ Phone number is required.

By continuing, you confirm that you are authorized to use this phone number and agree to receive text messages. Carrier fees may apply.

**Next**

©2023 PayPal   **Privacy**   **Cookies**   **Legal**   **Contact**   **Feedback**