# EXHIBIT 33
# to the Declaration of
# H. Hanzarik

