# EXHIBIT 34
# to the Declaration of
# H. Hanzarik

## Personal info

[ Legal first name ]

[ Legal last name ]

[ Street address 🔍 ]

[ Apt., ste., bldg. ]

☐ You confirm that you are at least 18 years old and agree to the following terms. You've read and agree to **E-Sign Disclosure and Consent** to receive all communications electronically. You've read and agree to the **User Agreement** and **Privacy Statement**.

**Agree and Create Account**

©2023 PayPal   Privacy   Cookies   Legal   Contact   Feedback