# EXHIBIT 36
# to the Declaration of
# H. Hanzarik

