# EXHIBIT 37
# to the Declaration of
# H. Hanzarik

# Manage your cookie settings

You get to control how we use cookies on each device and browser you use. These settings will apply to your current device when you use Chrome.

**What are cookies?**

Cookies and tracking technologies are small text files stored on your device when you use a web browser. Some cookies are essential for you to use our site, while other cookies collect data about your browsing habits. We use this data to give you the best experience.

☐ **Marketing**

We use marketing cookies to deliver ads we think you'll like.

For example, marketing cookies let us show you personalized PayPal ads based on your interests.

See our partners ⌄

 **Performance**

We use performance cookies to understand how you interact with our site.

For example, performance cookies help us learn which parts of PayPal are the most popular and which parts we could improve for you.

 **Functional**

We use functional cookies to customize your experience.

For example, functional cookies let us remember your preferences like language, country or region, and text sizes.

🔒 **Essential**

We use essential cookies to make our site work for you.

popular and which parts we could improve for you.

 **Functional**

We use functional cookies to customize your experience.

For example, functional cookies let us remember your preferences like language, country or region, and text sizes.

🔒 **Essential**

We use essential cookies to make our site work for you.

For example, essential cookies let you securely sign in and browse our site. These cookies help us keep your account safe and prevent fraud.

You can read more about how we use cookies in our **Cookie Statement**.