# EXHIBIT 38
# to the Declaration of
# H. Hanzarik



