# EXHIBIT 39
# to the Declaration of
# H. Hanzarik

## SAMSUNG PRIVACY POLICY FOR THE U.S.

Last Updated: December 30, 2022

Samsung Electronics Co., Ltd. and our affiliates and subsidiaries (collectively, "Samsung"), know how important privacy is to our customers. This Privacy Policy describes the personal information we may obtain online across all of our internet-connected Samsung devices and services (from mobile phones and tablets to TVs, home appliances, online services, and more) (collectively, our "Services"), and how we may use and disclose that information. We also explain the choices available to you regarding our use of the information, the steps we take to safeguard the information, and how you may contact us if you have any questions about our privacy practices.

In addition to this Privacy Policy, we provide additional information about our privacy practices related to particular Services where appropriate. You can review such information before enabling such Services.

Click on the links below to learn more:

- Information We Obtain
- How We Use the Information We Obtain
- Information Sharing
- Links to Other Websites, Devices, Apps, And Features
- Your Rights and Choices
- Notice To California Residents
- How We Protect Personal Information
- Children's Personal Information
- Updates To This U.S. Privacy Policy
- How To Contact Us

### Information We Obtain

We may obtain the following personal information about you when you interact with us, including but not limited to when you purchase a Samsung product, create a Samsung Account, register for or use a Service, contact Customer Support, visit a Samsung retail location, or while attending an event:

- contact information (including your name, email address, postal address, and phone number);
- payment card information (including your name, card number, expiration date, and security code);
- user coupon or gift card number;
- date of birth;
- demographic data (e.g., gender and age range).
- information stored in or associated with your Samsung Account (including your Samsung Account profile, ID, username, and password);
- username and password for participating third-party devices, apps, features, or services;
- information you store on your device, such as photos, contacts, text logs, and calendar information, when you back-up your device or use a feature that requires collection (such as when you share it with other users);
- recordings of your voice when you voice commands to control a Service, or when you contact our Customer Service team;
- transcripts of chat sessions, text messages, emails, and other communications when you communicate with us using these methods;
- information about products and services you purchase, obtain, or consider; and
- location data (including (1) the precise geolocation of your device if you consent to the collection of this data and (2) information about nearby Wi-Fi access points and cell towers that may be transmitted to us when you use certain Services).

We may obtain certain information about you from publicly or commercially-available sources and from third parties who perform services for us. We may also obtain other information about you, your devices, and your use of the Services, in ways we describe at the time we collect the information or otherwise with your consent.

### Information We Collect Automatically

Our Services collect some data automatically when you use the Services. We may obtain information by automated means such as through browser cookies, pixels, web server logs, web beacons, and other technologies. Among other purposes, these technologies help us (1) remember your information so you will not have to re-enter it, (2) track and understand how you use and interact with the Services, (3) tailor the Services around your preferences, (4) manage and measure the usability of the Services, (5) understand the effectiveness of our communications, and (6) otherwise enhance the Services.

Information we may collect automatically includes information about:

- your device, including MAC address, IP address, log information, device model, hardware model, IMEI number, serial number, subscription information, device settings, connections to other devices, mobile network operator, web browser characteristics, app usage information, sales code, access code, current software version, MNC, subscription information, and randomized, non-persistent and resettable device identifiers, such as Personalized Service ID or PSID, and advertising IDs, including Google Ad ID.
- your use of the Services, including clickstream data, your interactions with the Services (such as the web pages you visit, search terms, and the apps, services and features you use, download, or purchase), the pages that lead or refer you to the Services, how you use the Services, and dates and times of use of the Services; and
- your use of third-party websites, apps and features that are connected to the Services.

Your browser may tell you how to be notified when you receive certain types of cookies or how to restrict or disable certain types of cookies. You can find out how to do this for your particular browser by clicking "help" on your browser's menu or visiting www.allaboutcookies.org. For mobile devices, you can manage how your device and browser share certain device data by adjusting the privacy and security settings on your device. The Services are not designed to respond to "do not track" signals received from browsers. Please note that without cookies, you may not be able to use or benefit from all of the features of our Services.

### Information Stored on Your Device Not Accessible to Samsung

In addition to the categories of information obtained by Samsung discussed above, our Services may generate data automatically when you use certain Services (e.g. Samsung's face-clustering technology that allows the device to group together images of the same face from different photographs ("Face-Clustering Data")), or may utilize data that you generate independently (e.g. registering biometric data such as fingerprints to unlock your device or to verify you in certain Services, or when you register your wake-up command in our Bixby Voice service). All of this data remains on the device and is not transmitted to Samsung, nor does Samsung obtain or access this data. Samsung does not share this data with third parties. Face-Clustering Data will remain on your device until you clear the cache in your system settings, you reset your device to its factory setting, or you delete the photos from your device. You can delete your registered biometric data or your wake-up command from your device at any time in the applicable settings. Because Samsung does not have access to this data, Samsung cannot delete it.

### Third-Party Web Analytics Services

Through certain Services, we may collect personal information about your online activities on websites and connected devices over time and across third-party websites, devices, apps, and other online features and services. We may use third-party analytics services on the Services, such as Google Analytics and Firebase Analytics. The information we obtain may be disclosed to or collected directly by these providers and other relevant third parties who use the information, for example, to evaluate use of the Services or help administer the Services. To learn more about Google Analytics, please visit https://www.google.com/policies/privacy/partners/. To learn more about Firebase Analytics, please visit https://firebase.google.com/policies/analytics/.

### Online Tracking And Interest-Based Advertising

Through certain Services, both we and various third parties may collect information about your online activities to provide you with advertising about products and services tailored to your individual interests.

*Samsung Ads*

Our Samsung Ads service is designed to serve advertisements that are customized to users' interests on Samsung and third-party platforms, devices, websites, and apps. Samsung Ads may deliver customized ads based on your demographic characteristics, preferences, choices, and interests by collecting certain information about your online activities as specified in this Privacy Policy. Please see the Samsung Ads Privacy Notice (https://www.samsung.com/us/account/privacy-policy/samsungads/) for more information, including information on how to opt out of receiving customized ads from Samsung Ads.

*Ad networks*

Because Samsung participates in various advertising networks, you may also see our ads on other websites or mobile apps. Ad networks allow us to target our messaging to users considering demographic data, users' inferred interests, and browsing context. These networks can track users' online activities over time by collecting information through automated means, including through the use of browser cookies, web beacons, pixels, device identifiers, server logs, and other similar technologies. The networks use this information to show ads that may be tailored to individuals' interests, to track users' browsers or devices across multiple websites and apps, and to build a profile of users' online browsing and app usage activities. The information our ad networks may collect includes data about users' visits to websites and apps that participate in the relevant ad networks, such as the pages or ads viewed and the actions taken on the websites or apps. This data collection takes place both on certain Services and on third-party websites and apps that participate in the ad networks. This process also helps us track the effectiveness of our marketing efforts.

To learn how to opt out of network interest-based advertising in the U.S., please visit www.aboutads.info/choices/ and http://www.networkadvertising.org/choices/.

### How We Use the Information We Obtain

We may use the personal information we obtain to:

- provide and enhance our Services, such as registering you or your device for a Service, identifying and authenticating you so you may use and interact with our Services (such as your device) and third-party services, and improving and customizing your experience within the Services;
- provide ads, which may include targeted (or interest-based) ads delivered on your Samsung device or within certain Samsung-branded apps (where targeted or interest-based ads are available, if you turn off targeted or interest-based ads, you will receive generic ads);
- support our marketing activities and sales initiatives, and provide you with product and service recommendations;
- communicate with you;
- provide customer support;
- operate, evaluate, and improve our business, including developing new products and services, managing our communications, analyzing our Services and customer base, conducting market research, aggregating and anonymizing data, performing data analytics, and undertaking accounting, auditing, and other internal functions;
- protect against, identify, and prevent fraud and other criminal activity, claims and other liabilities; and
- comply with and enforce applicable legal requirements, relevant industry standards, and our policies, including this Privacy Policy and the applicable Terms of Use for a Service.

We may combine information we obtain about you for the purposes described above. We also may use the information we obtain in other ways for which we provide specific notice at the time of collection or otherwise with your consent.

### Information Sharing

We may share your personal information with our subsidiaries and affiliates and with service providers who perform services for us. We do not authorize our service providers to use or disclose the information except as necessary to perform services on our behalf or to comply with legal requirements. In addition, we may share your personal information with our business partners, such as wireless carriers, as well as third parties who operate apps and services that connect with certain Services. This kind of sharing may be considered a "sale" under certain state privacy laws.

We may share personal information we collect through the Services if you ask us to do so or otherwise with your consent. We also may disclose information about you in other circumstances, including:

- to law enforcement authorities, government or public agencies or officials, regulators, and/or any other person or entity with appropriate legal authority or justification for receipt of such information, if required or permitted to do so by law or legal process;
- when we believe disclosure is necessary or appropriate to prevent physical harm or financial loss, or in connection with an investigation of suspected or actual fraudulent or illegal activity; or
- in the event we may or do sell or transfer all or a portion of our business or assets (including in the event of a merger, acquisition, joint venture, reorganization, divestiture, dissolution, or liquidation).

### Links to Other Websites, Devices, Apps, And Features

The Services may provide the ability to connect to other websites, devices, apps, and other features, which may operate independently from us and may have their own privacy notices or policies. We strongly suggest you review them. To the extent any linked website, device, app, or other feature is not owned or controlled by us, we are not responsible for its content, use, or privacy practices.

### Your Rights and Choices

We offer you certain choices in connection with the personal information we obtain about you.

To update your preferences, limit the communications you receive from us, or submit a request, please contact us as specified in the How To Contact Us section below.

The Services may offer choices related to the collection, deletion, and sharing of certain information and communications about products, services, and promotions that are unique to specific Services. You can access the relevant settings of each Service to learn about choices that may be available for that Service. If you decline to allow the Services to collect, store, or share certain information, you may not be able to enjoy full use of all the features available through the Services.

Subject to applicable law and to the extent applicable to each Service, you may (1) request access to, or correction or deletion of, the personal information we maintain about you; (2) request that we limit our use and disclosure of your sensitive personal information; or (3) opt out of the (a) sale of your personal information, (b) sharing of your personal information for cross-context behavioral advertising purposes, or (c) processing of your personal information for targeted advertising purposes. In addition, subject to applicable law, you may receive, in a structured, commonly used and machine-readable format, certain of your personal information that you have provided to us. Subject to applicable law, you may have the right to have this information transmitted to another company, where it is technically feasible.

How to Submit a Request. To submit an access, deletion or correction request, click here or call us at 1-800-SAMSUNG (1-800-726-7864). To opt out of the (a) sale of your personal information, (b) sharing of your personal information for cross-context behavioral advertising purposes, or (c) processing of your personal information for targeted advertising purposes, click here or call us at 1-800-SAMSUNG (1-800-726-7864).

To submit a request as an authorized agent on an individual's behalf, please click here or call us at 1-800-SAMSUNG (1-800-726-7864).

Subject to applicable law, you may appeal our decision with respect to a request you have submitted by clicking here.

### Notice to California Residents

If you are a California consumer, for more information about our privacy rights, please see our California Consumer Privacy Statement at www.samsung.com/us/account/privacy-policy/california/.

### How We Protect Personal Information

We maintain safeguards designed to protect personal information we obtain through the Services.

### Children's Personal Information

Unless otherwise specified, the Services are designed for a general audience and are not directed at children. In connection with the Services, we do not knowingly solicit or collect personal information from children under the age of 13 without parental consent. If we learn that we have collected personal information from a child under age 13 without parental consent, we will either seek parental consent or promptly delete that information. If you believe that a child under age 13 may have provided us with personal information without parental consent, please contact us as specified in the How To Contact Us section of this Privacy Policy.

### Updates To This Privacy Policy

We may update this Privacy Policy from time to time and without prior notice to you to reflect changes in our personal information practices with respect to the Services. We will indicate at the top of the policy when it was most recently updated.

### How To Contact Us

You can contact us to update your preferences, update or correct your information, submit a request, or ask us questions at:

Privacy Office
Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
NAPrivacy@sea.samsung.com