# EXHIBIT 40
# to the Declaration of
# H. Hanzarik

# Top 100:
# The Most Visited Websites in the US
[2023 Top Websites Edition]



Discover the most visited websites in the world's top economy, as the US are the global trend when it comes to the top sites by traffic received.

## Top Websites in the US by Traffic [June 2023]

Based on data from the Semrush .Trafic Analytics tool, this page reveals the **top 100 most visited websites in the US**, as well as uncovering the top players across various industries.

We will be updating this post on a monthly basis, so you can keep track of all the market shifts and spot changes in user interest.

🇺🇸 United States, June 2023

| Traffic rank | Domain | Visits | Desktop share | Mobile share | Pages/visit | Avg. visit duration | Bounce rate |
|---|---|---|---|---|---|---|---|

*Some websites featured in the list above may contain adult content, please use caution when visiting unknown sites.

## General Trends Across the Most Popular US Websites by Traffic

As we head into summer and approach the midpoint of 2023, June's top 100 most visited sites list showed strong drops in traffic overall. Of the top 100, the average overall a -9% month over month. Of the top 100, only 11% saw traffic increases, and of those domains only 4 saw traffic increase over 10%.

The top of the list remained stable. Google.com led the list with a whopping 15B in monthly traffic for June, despite a -12% loss month over month. Youtube.com came in second place with 10B in traffic, seeing traffic at -14%. And in third place, facebook.com welcomed 2B visitors in June, with a similar double digit dip at -16%.

A couple of interesting themes emerged in June in terms of winners. Gaming and entertainment-focused websites did well in June with twitch.tv (1%), discord.com (4%), roblox.com (5%), and roblox.com (17%) all seeing gains month over month.

Likewise, Accuweather.com also saw a large bump in traffic of 13%, likely inspired by web surfers hoping for a break in record-smashing heat waves unfolding across the globe. The biggest winner in June, however, was tripadvisor.com. The travel-based site saw a strong 29% boost in June, likely inspired by summer travelers making their holiday plans.

On the downside of the top 100, all of the top 10 domains on the list saw downturns. The majority of domains across the list saw losses in the single and low double-digits. Notable list leaders like amazon.com (-9%), twitter.com (-11%), and wikipedia.com (-10%) all saw declines.

While AI has been all the rage in 2023, June saw some strong traffic decreases for domains looking to capitalize on the trend. Bing.com, which has placed a strong emphasis on AI integrations with their search engine, saw traffic tumble -31% in June. Likewise, character.ai witnessed a massive -46% drop in traffic, knocking the domain down to from #26 to #52 on the list.

Other significant losers included, instructure.com (-42%), espn.com (-23%), and wordpress.com (-21%). While each of these losses was significant, they don't appear to reflect any larger trends. If anything, summer holidays and the slow down of major sporting events as baseball season gets underway may be the biggest factor with these domains' decreases.

## It's Not Just About the Traffic

Although observing position changes through traffic volume can help to analyze global trends and benchmark your performance against the competition, Semrush's Traffic Analytics reports include important metrics to keep watch on:

- **Mobile vs. desktop traffic share** shows which devices people use to enter a site page. When doing competitive benchmarking, this metric can help to determine whether you need to implement certain steps (e.g. ensure further mobile optimization or come up with additional desktop traffic generation tactics) to strengthen your traffic acquisition strategy and stay in the game.
- **Number of pages per visit, average visit duration, and bounce rate** reflect the quality of site content. If you spot that your competitor's website shows better performance, it's a sign that you have to work on your SEO and content strategy, comparing the structure, content, and design of your site pages against theirs.



Explore traffic patterns in your industry with Open .Trends

[ Get Insights ]

## Insights on the Most Popular Sites in the US by Industry

To spot more granular market patterns and provide more useful insights, we decided to show the leading US websites in terms of traffic volume by different industries: Education, Fashion, Travel, Retail, Teamwork, Social Networks, Media, Food Delivery, and Streaming Services.

Education | Fashion | Travel | Retail | Teamwork | Social Networks | Media | Food Delivery | Streaming Services

### Education

🇺🇸 United States, June 2023

## The Most Visited Websites - US, Education Category

The Education category fared the worst of all of the categories in the month of June with an overall decline of -18%. Surprisingly, 30% of the top 10 sites showed positive growth, though the uptrend was slim compared to the steep losses posted by other domains on the list.

The category winner in the month of June was albion.com with a significant 59% month-over-month growth rate. Coursera.org and udemy.com, which offer similar services geared toward professional development, also experienced slim gains of just over 1%.

On the losing side, education-based platforms focused on primary, highschool, and college students saw an overall downward trend. K12.com led the pack with a steep -47% dip in traffic for the month, followed by instructure.com which dropped magnitude -42%. Likewise, blackboard.com (-30%), khanacademy.com (-27%), and study.com (-36%) saw double-digit decreases.

All in all, steep decreases were undoubtedly inspired by the end of the academic year. This also explains the growth in traffic to learning platforms focused on professional development and leisure learning likely driven by professionals using their slower summer schedules to enhance their skill sets for the upcoming fall.



Reveal the top market players for any industry with Open .Trends

[ Try for free ]

SEMRUSH

USA, 800 Boylston Street, Suite 2475, Boston, MA 02199

mail@semrush.com

COMPANY
Features
Pricing
Security Demo
Stats and Facts
Insights
News
Custom Report

MORE TOOLS
Projects
Content Marketplace
Agency Partners
Affiliate Program
SEOquake
Sensor
Trends for Amazon
Prowly
App Center

COMPANY
About Us
Newsroom
Careers
Partners
Legal Info
Privacy Policy
Cookie Settings
Do Not Sell My Personal Info

HELP
Knowledge Base
Academy
Semrush API

COMMUNITY
Semrush Blog
Webinars
Events

FOLLOW US
Twitter
Facebook
LinkedIn
Instagram
YouTube
Pinterest

LANGUAGE
English
Deutsch
Español
Français
Italiano
Português (Brasil)
中文

Get started with Semrush

or see our manuals & pricing

© 2008-2023 Semrush. All rights reserved.