# EXHIBIT 41
# to the Declaration of
# H. Hanzarik

# PRIVACY POLICY

[illegible]

viewing, marine or aviation data, driving patterns and condition.

Device Data may be collected through the following technologies:

- Cookies and Local Storage. Cookies and local storage are text files placed within a web browser on a device when it is used to visit the Services. Cookies only apply to websites and certain connected device applications. For information about automatic data collection on a mobile phone, please see the section below on SDKs. Certain web browsers and browser add-ons may provide additional local data storage mechanisms. We may use cookies and similar technologies to help keep your use of the Services more secure, to study traffic patterns on the Services, to study the effectiveness of our customer communications, to maintain the integrity of the Services, to measure crash analytics and other maintenance related information, to manage and measure the performance of advertisements displayed on or delivered by or through the Services, and to personalize your experience through the Services, such as to recognize you when you return to the Services. Most browsers provide you with the ability to disable, decline, or clear cookies and local storage; please check your browser's settings for further information. For more information about cookies, please visit https://www.aboutcookies.org.
- Web Tags. Small graphic images or other web programming code (also known as web beacons or pixel tags or 1x1 GIFs or clear GIFs) may be included in our web pages and email messages. These technologies are used to understand how end users interact with the Services, including to count visitors to the Services, to monitor how users navigate Services, to count how many of our email messages were opened, or to count how many particular products were viewed. The information we collect through this technology may include the first date and time you open our email, and whether you click any links included in our email.
- Embedded Scripts. Siriusxm.com may use an embedded script to collect information about your usage of the online Service, such as the links you click on or the time you spend on a part of the page.

**Data Collected Through Mobile and Connected Devices.**

**Software Development Kits** ("**SDKs**"). We and certain third parties with whom we have a relationship to facilitate our business and advertising purposes collect data through the use of embedded scripts and tools provided in SDKs. These SDKs are included in the app itself and may collect information when you install the mobile app or access the Services through mobile devices. Such data may include hardware model, operating system and version, device ID, mobile network information, and application usage behavior. Some Device Data may be deemed personal data, to the extent that it remains associated with a device identifiable to you in some way. When this is the case, we treat Device Data as personal data. Device Data is used for the business and commercial purposes disclosed in this Policy, such as to deliver and personalize the Services to you, to understand service usage and improve the Services, to debug, troubleshoot, prevent fraud and other security related purposes, to identify you across devices for service and advertising purposes, and to facilitate your request to log in to the Service through a third party or social media platform, conduct a transaction through a third party or share content with a friend or other third party account. Settings specific to your mobile or connected device manufacturer may allow you to change or block the transmission of your device ID and other Device Data. Please see the privacy policy of your device manufacturer for details.

**Live Chat.** The SiriusXM Service offers a Customer Support Chat, which will record, use, and retain your information provided, as well as the communications within the chat, for purposes of assisting you during the conversation, provide related support for your account, subscription, or services, to improve our products and services, and for marketing purposes. If you do not consent to such recording, use and retention, please do not use the chat assistance feature.

**Session Replay Technology.** Sirius XM may record through session replay technology your interactions with the Services such as what pages you visit on the Services, how long you visit those pages, and any links you click or information you provide. We use this information for our internal business purposes, such as for website analytics, to improve the Services and our products and services, and to address functionality issues.

**Photos and Audio.** We may allow you to post photos or audio files to the Services or to submit them to us in some other way. We do not process your photos or audio to create a record of facial geometry or use as them as a means for facial or voice recognition, facial surveillance, or in any other way as a biometric identifier. We may process a command that you provide by voice, in order to execute the request. However, the voice command is not used to identify you or your subscription and is not retained in association with you.

Please note that to the extent that you post your photos or audio publicly onto community spaces on the Services, they will be public. In addition, when you post or share photos, videos or audio on social media or other third party platforms, we do not control the actions of those third parties, and their use of such media will be governed by their own privacy policies.

**Connected Devices.** The Services may also be accessed through third party devices such as connected set top boxes or media players, speakers or other smart devices, gaming consoles, or other similar devices. Sirius XM does not control these devices, your underlying subscription with that device, or their collection and use of your personal data, including in relationship to targeted advertising they may deliver through a connected device. Please contact the manufacturer of the connected device or purveyor of the connected services for information on their privacy practices and policies.

**Disclosures to Third Parties**

We may share personal data we have collected about you in the circumstances described below or elsewhere in the Policy. Please note that we are not responsible for the privacy practices of any third party. If you decide that you do not want to receive communications from a third party, or have questions about their privacy practices, you will need to contact that third party directly.

A. Other Sirius XM Users

Personal data on your account or subscription may be accessible to others that you allow to interact with your account/subscription. It is solely your choice whether or not you allow other individuals to have access to your account or sign-in credentials.

B. Subsidiaries

Sirius XM may share personal data collected in conjunction with the Services with our subsidiaries for business, analytical, marketing, operational and advertising purposes and to offer, provide, and improve services and products offered both individually and jointly.

C. Unaffiliated Third-Party Business Relationships

We may share your personal data with unaffiliated third parties with whom we have a business relationship for ours or for their own business and advertising purposes. These third parties may include companies with whom we have marketing, licensing, sponsorship, product or service distribution or similar agreements. Such third party's use of the personal data is subject to their privacy policy and data practices. You may opt-out of our sharing of your information for third-party marketing through your Sirius XM Online Account Center (for former or current SiriusXM subscribers) or by sending an email request to opt-out of sharing for third-party marketing to privacy@siriusxm.com or privacy@pandora.com, depending upon your subscription service. Opt-out requests received via these channels may take up to 15 business days to process. California residents, please see Section 13 – State-Specific Rights . below titled CALIFORNIA for additional information.

Note that when you elect to accept a promotional offer for a service offered by a third party as part of a SiriusXM premium or other subscription service, we will only share information with that third party in order to confirm your eligibility for the associated service or as needed to maintain your access to the promotion, unless you consent to additional sharing or uses by the third party.

D. Third Parties to Whom you Agree or Direct Us to Share Your Personal Data

We may share your personal data when you expressly consent or otherwise direct us to do so. For example, you may agree to share your information with a third party content provider in order to have access to that content.

E. Social Media and Other Third Party Platforms

We may facilitate interactions with social media or other third party platforms which may include the ability to "like" or "share" content. You may also have the opportunity to log in through or otherwise connect your third party platform account to your subscription Service. When you interact with these third party platforms through the Services, we will receive your personal data from the third party platform service and you agree to share data, which may be personal, about your interactions with the Service with that social media service. We may also receive personal data identifying you if other users of social media give us access to their profiles and you are one of their connections or "friends."

The third party platform service may place cookies on your device and/or on the Services that collect information about your use of the Services, including your IP address or other device identifiers, and which pages you visit on the Services. The third party platform may be able to collect personal data about you on your visits to the Services regardless of whether or not you affirmatively interact with the feature and whether or not you are logged into (or have) an account with the third party platform. If you are logged out or do not have an account and visit a page with a social plug-in, your browser sends a more limited set of data, such as the webpage you are visiting, the date and time of your visit, and other browser-related information. Please see section 5 about how to manage cookies and tags online. Personal data collected and stored by the third party is subject to that third party's privacy practices, including, without limitation, whether the third party continues to share data with us, the types of data shared, and your choices with regard to what is visible to others on that third-party website or service. The third party may allow you to remove the application or feature; however we may retain data previously collected.

F. Information You Disclose Publicly. Services may offer message boards, chats, forums, and other public areas ("**Community Forums**") where you can choose to interact with others and/or to post or submit comments, images, and content. Note that anything you choose to disclose in such a Community Forum is public. Similarly, any information you choose to post to a social media or third-party platform will be publicly available. This Policy does not apply to collection and use of such public information. Think carefully before you post and use caution before disclosing any personal data.

G. Public Broadcasting/On Air. If you provide us with personal data when making a request such as a birthday announcement, comments or suggestions, or content requests, we may use the personal data you provide in accordance with this Policy, including to announce your name and request on the air where relevant.

H. Sweepstakes, Promotions, and Surveys.

We may offer sweepstakes, contests, in-studio events, giveaways, research surveys and other promotions (any of which, a "Promotion") that require registration or request additional information. By participating in a Promotion, you are agreeing to the provisions, conditions, or official rules that govern the Promotion, which may contain specific requirements (including, allowing the sponsor(s) of the Promotion to use your name, voice, likeness, or other indicia of persona in advertising or marketing materials where allowed by law). If you choose to enter a Promotion, personal data may be disclosed to third parties, to vendors facilitating the implementation of the Promotion, or to the public in connection with the administration of such Promotion, including in connection with winner selection, prize fulfillment, as required by law, or as permitted by the Promotion's terms or official rules.

I. Third Parties in the Course of a Business Transition.

In the event one or more entities of Sirius XM goes through a business transition, Sirius XM reserves the right to disclose and transfer all personal data related to the respective Services to the full extent allowed by law (including, without limitation, during the course of any due diligence process): (i) to a subsequent owner, co-owner or operator of the Services; or (ii) in connection with a corporate merger, consolidation, restructuring, bankruptcy, the sale of certain of Sirius XM's ownership interests, assets, or both, or other company change. By providing your information, you understand and agree that we may transfer such information to the acquiring entity without your further consent, except where required by law.

**5. Third Party Advertising and Analytics/Privacy Controls**

Sirius XM engages in third party business relationships, including with advertising companies, ad agencies, ad tech providers, measurement and attribution vendors, and analytics providers to place and display Sirius XM ads, to deliver third party ads on the Services, and to provide us with information regarding the use of the Services and ad effectiveness. In addition, some advertisers, agencies and ad tech vendors may utilize their own tracking technologies embedded in their ads or on your device, and they may otherwise collect or have access to data about your device and other information about you, some of which may be personal data under certain state laws. Some of these parties may collect personal data over time when you visit the Services or other online websites and services. We may share data that has been aggregated, de-identified, or pseudonymized or Device Data, and general location information with advertising companies, analytics providers, and attribution and measurement vendors, including for the purpose of serving you more relevant ads on and off the Services.

There are a variety of means and tools that allow you to place some limits on the collection and use of your personal data for targeted and/or cross device behavioral advertising by third parties, or by Sirius XM on other sites and applications:

**Cookie Opt-Out Tools**. To disable sharing through cookies set on our site by third parties for advertising and analytics purposes, please adjust your settings by clicking on either Cookie Settings or Manage Cookies from the footer of our webpages.

**NAI/DAA Opt-Out**. Some advertising companies are members of the Network Advertising Initiative ("NAI") or Digital Advertising Alliance ("DAA"). The NAI provides information regarding targeted advertising, the opt-out procedures of NAI members, and a tool to opt out from participating NAI members using your hashed email address for interest-based advertising. You may also want to visit the DAA's website for more about targeted advertising and an opt-out for DAA-participating companies.

**Mobile Device/AppChoices**. Mobile devices contain settings that may allow you to disable tracking advertising or analytics. If you are using an iOS-based device and do not want to receive advertisements personalized to you or your individual interests, you may be able to limit these advertisements by enabling "Limit Ad Tracking" on your iOS Device following the instructions provided by Apple. If you are using an Android-based device and do not wish to receive advertisements personalized to you, you can visit Google's Ads Settings page from a browser on your Android-based device and make your choices there. In addition, the digital advertising industry has provided the ability for mobile users to register at AppChoices for their intent not to receive targeted advertising.

**Google Analytics/Adobe Analytics.** We utilize Google Analytics and Adobe Analytics, which use cookies and similar technologies, to collect and analyze information about the use of the Services and report on activities and trends. These services may also collect information about the use of other websites, apps, and online services. You can learn about Google's practices, and opt out of them by downloading the Google Analytics opt-out browser add-on. Learn about Adobe's practices here.

Note that cookie settings and other technological controls are specific to the browser or device on which such control is implemented. When cookies or other such tags are disabled, we are not able to recognize you when you use a different device to access the Services, and therefore cannot apply the settings from the initial device. You will need to manage your cookies and tag settings as well as any global privacy controls individually on each device with which you access the Services.

Please note, it is not possible to opt-out of all advertising on the Services. Advertising allows the Services to be delivered at a lower cost to you or, with certain Services such as the free tier of Pandora Services, at no additional subscription fee. Using any combination of the methods described here to opt-out of personalized or individually targeted advertising means only that you will receive ads that are not tailored to you as a unique individual. By continuing to access the Services, you understand that even in light of your cookie settings and other opt-out choices, you will continue to receive ads, which may be delivered based on non-personalized information about the context or genre of the content to which you are listening, or the general demographic or behavioral interest profile of listeners of certain content, types of music, or titles or episodes of podcasts. You may also receive ads that are delivered generally to anyone in a certain geographical region or based on aggregated or non-personal data.

**6. Your Choices and Opt Out Rights**

**A. Marketing Messages from Us.** You can manage how we use your personal data to contact you with regard to SiriusXM services by setting your contact preferences. Please visit here for additional information and instructions on how to do so. We may also provide you with options to manage how we communicate with you for marketing purposes for each of the Sirius XM Services through the contact or notification preferences under your account or profile settings online or in the respective app**.**

- **Email.** You may unsubscribe from marketing emails and newsletters we send you through the opt-out link included in the footer of each such email. You may also opt-out of email marketing communications about SiriusXM satellite and streaming services using the SiriusXM Email Communications Preference Center at https://pc2.mypreferences.com/SiriusXMV2/Customer/EmailRequest?params=PSZPcmlnaW5hbFVybD1VbnN1YnNjcmliZQ%3D%3D. Team Coco services users may opt out by sending an email to legal @teamcoco.com. We will continue to send you certain communications relating to your use of the Services, renewal notices, notices of changes to this Privacy Policy or other terms, or similar administrative and transactional messages.
- **Text Messages.** Sirius XM may use text messaging to send you offers, to facilitate account management or otherwise assist you in your access to the Services or your subscription. To the extent that you choose to stop receiving marketing texts,, you may unsubscribe by replying "STOP" to the short code.
- **Push Notifications.** We may send promotional and non-promotional push notifications or alerts through the Services. You control whether you receive those messages in your device settings at any time.

**B. Changing Your Information.** You are responsible for maintaining the accuracy of the information you submit to us, such as contact information you have provided for your account. You may be able make changes to your account information using the settings under your account.

- **SiriusXM.** Former or current subscribers to SiriusXM services may visit SiriusXM Listener Care online at http://www.siriusxm.com/contactus, or log into your Online Account Center to update your information. You may also call SiriusXM Listener Care at 1-855-539- 1-888-539-7474 and ask to update your information.
- **Pandora.** Pandora users may update their account information through their Settings page or contact the User Support team for assistance. You may find further instructions on how to modify your information by visiting help.pandora.com.
- **Team Coco.** If you joined the Team Coco mailing list or otherwise provided personal data to Team Coco that you would like to update, please contact legal @teamcoco.com.

Note that when you edit your personal data or change your preferences, information that you remove may persist internally for certain administrative purposes or within backup media. If you have made any public postings on the Services including community forums or on social media platforms, those communications generally cannot be removed even if you cancel or deactivate your account.

**C. For Users of SiriusXM Satellite and Streaming Audio Services Only**

- **Telemarketing.** You may opt out of telemarketing sales calls by placing your phone number on our "Do Not Call" list using the instructions in our "Do Not Call" Policy available here and via the link from the footer of our home page on siriusxm.com. We may have more than one telephone number on record for you or your household members; you must specify all the phone numbers you are directing us to not call. Although your request will be processed immediately, it may take up to ten (10) days to remove your information from active telemarketing and solicitation lists that are in flight. Please note, even if you opt out of telemarketing sales calls, you may continue to receive calls for service and account-related matters.
- **Direct Mail.** If you prefer to not receive any marketing offers via direct mail, please visit the communications section in your account to indicate your preference. Please note such requests must be renewed every three (3) years. Please note, even if you tell us that you do not wish to receive marketing mail from us, we will continue to send transactional communications relating to your subscription, account, or use of the Services, such as renewals, or administrative and services announcements

**7. Security**

Sirius XM takes commercially reasonable steps designed to secure your personal data; however no data transmission over the Internet, wireless transmission, or electronic storage of information can be guaranteed to be 100% secure. Sirius XM cannot ensure or warrant the security of any information we collect. You use the Services and provide us your information at your own risk.

**8. Supplemental Information for SiriusXM In-Vehicle Services Users**

If you access the SiriusXM audio Services using in-vehicle hardware, please know that in addition to collection, use, and sharing of personal data as set forth in this Policy, the following apply:

Special Types of Data and Uses

A. Vehicle Information – We may collect information from the vehicle such as your VIN, vehicle make, model, and year, vehicle usage metrics such as when the vehicle ignition starts or stops, or your license plate. Note that we only collect license plate when you provide it to us as part of our authentication process of you. We may also collect information about your use of the Services in the vehicle, such as which presets you use, when you navigate to the Service or away from it. For further information about our use of Vehicle Information, please see the Table at the bottom of this Policy.

B. Device Data from Enabled Radios – Certain SiriusXM radios are enabled for two-way communications through a modem installed in the vehicle, including radios that use a combination of the SiriusXM satellite network and a wireless Internet connection, or directly through a voice over IP wireless connection in the vehicle (each of these an "**Enabled Radio**"). Enabled Radios may transmit Device Data and your listening history or preferences to us, our service providers, and/or the automotive manufacturer when you use the Services. Note, SiriusXM satellite-only radios are not Enabled Radios and cannot transmit usage, location or other information from the radio or the vehicle. Please see your vehicle manufacturer or dealer for more information about the radio in your vehicle.

a. Vehicle Location Data. Some Enabled Radios are capable of transmitting the precise geolocation (latitude/longitude) of your vehicle when you consent to do so. If you access the Services through an Enabled Radio in your vehicle and your vehicle is configured to provide your precise geolocation information, you will see notice of the collection of precise location data on the Welcome Screen of the Enabled Radio prior to your first use. By choosing "LISTEN NOW" or taking other affirmative action to continue past the screen on which the collection of precise geolocation is expressly indicated, you consent to us having access to your precise location until you take action to disable the geolocation data transmission. Geolocation transmission may be disabled in your Enabled Radio's SiriusXM System Settings or by other means designated by your vehicle manufacturer. If you disable precise geolocation tools and continue to use Traffic, Travel Link and related infotainment services while driving, we will be unable to provide you with the optimal functionality of these services.

C. Your Choices

a. Enabled Radios – You may be able to limit certain data transmitted by the Enabled Radio in your vehicle through the privacy settings provided in your vehicle. Please contact your vehicle manufacturer or dealer directly for more information.

**9. Supplemental Information for Pandora Services Users**

If you access and use the Pandora digital streaming audio service, please know that in addition to the collection, use, and sharing of personal data set forth in this Policy, the following apply:

A. Your Choices Related to Your Pandora Profile

a. Profile Visibility - Your profile and listening activity are public. When the visibility of your profile is set to public, your listening activity is automatically published to your profile. For example, if you create a new station or thumb up a song, that activity will be posted in your profile and publicly visible. You may adjust your profile visibility settings by visiting help.pandora.com. Please note that changes to the visibility of your profile do not have any impact on the advertising you may see if you use the ad-supported version of the service.

b. Cached Profiles on Search Engines - Even upon deactivating your account or making your profile private, Internet search engines such as Google and Bing cache publicly available webpages for a period of time beyond our control and may make your deactivated or formerly public profile available to users of their services on their platforms until such time as they refresh their webpage cache. Please consult with the applicable search engine to determine how you may remove webpages from their webpage cache.

**10. Retention**

We will retain your personal information while you have an account, maintain a listener profile with us or continue to use the Services, and for as long as it is reasonably necessary for the purposes set out in this policy; to support and provide you access to the Services; exercise the choices and rights you have requested; comply with our contractual obligations; resolve disputes and enforce our agreements with you, and comply with legal, financial and regulatory requirements.

**11. General Audience Sites**

The Services are not intended for use by individuals younger than 16 years of age. Users must be 18 and older to sign up for use of the SiriusXM services. We do not knowingly collect any personal data from individuals younger than the age of 13.

**12. Changes to This Privacy Policy**

We reserve the right to change this Privacy Policy at any time. If we make material changes to our privacy policy, we will update the effective date and post a notice on the Services. We may also provide notice to you in other ways, such as through contact information you have provided, and provide you with the ability to opt-in or opt-out of the changes as required by law. Note that when applicable, you may need to consent to a revised policy in order to continue to use the Services. Your continued use of any of the Services after the effective date of the revised Privacy Policy will constitute your consent to those changes to the fullest extent allowed by applicable law.

**13. How To Contact Us**

You may contact us by email at privacy @siriusxm.com or privacy @pandora.com, respective to your subscription service. The information you provide is used to respond directly to your questions or comments. We may also file your comments and share them with our consumer care team to improve our service in the future. If you still have questions or concerns about our privacy policy, please write us at:

Sirius XM Radio Inc.
Attn: Chief Privacy Officer
8550 Freeport Parkway
Irving, Texas 75063

**14. State Specific Rights.** As set forth below, residents of certain U.S. states may have the ability to exercise additional rights and choices regarding their personal data. We will take reasonable steps to accommodate your request but may need to verify your identity before doing so.

***A. Colorado, Connecticut, Utah, and Virginia.*** We set forth in this Policy the categories of personal data we process, the purpose for processing personal data, the categories of personal data shared, and the categories of third parties with whom personal data is shared. Residents of Virginia, Colorado, Connecticut, and Utah have certain privacy rights with respect to this data, as described below.

**Your Rights**

**Access Your Information/Obtain Your Information/Data Portability** (CO, CT, UT, VA Residents) –You have the right to confirm whether we are processing your personal data and request to access such data, obtain a copy of the personal data previously provided by you to us and, to the extent feasible, in a readily usable format to allow data portability.

**Delete Your Information** (CO, CT, UT, VA Residents). You have the Right to request the deletion of your personal data, subject to certain exemptions and exceptions.

**Correct Your Information** (CO, CT, VA Residents). You have the Right to correct the personal data we hold about you.

**Sensitive Data**. If you are a Virginia, Colorado, or Connecticut resident, to the extent Sirius XM processes sensitive data, we will obtain your consent to the processing of any Sensitive Data (as defined by the applicable state law) before any such data is collected. You may also opt out using the methods to exercise your rights listed below in this section. Commencing December 31, 2023, Utah residents shall have the right to opt out of the processing of Sensitive Data, each as defined by Utah law, to the extent that Sirius XM processes any such data.

**Opt-Out of Sale of Your Personal Data and Targeted Advertising** (CO, CT, VA and UT residents) – CO, CT, VA, and UT residents have the right to opt-out of "Sale" of personal data or from the use of personal data in "Targeted Advertising", as defined by the applicable state law, using the methods to exercise your rights listed below in this section. Sirius XM does not sell personal data to third parties for monetary compensation. Sharing of IP address or mobile ad IDs with third party advertising vendors and certain other targeted advertising practices may constitute a "sale" under definitions set forth in Colorado and Connecticut laws. Please note that opting out of "sale" in CO or CT or "targeted advertising" in any of these four states will not opt you out of all advertising. You may continue to receive ads delivered through the Services based on listening content, region, or other general categories to which non-personal data applies.

*Cookie Based Opt Outs for Sale and Targeted Advertising*

Sirius XM may use technologies, such as cookies and pixels, in the course of web-based or online advertising, analytics or similar activities that collect or share personal data in a manner that may constitute a "sale" under CO and CT law or support "targeted advertising" under VA, CO, CT and UT state laws. You may opt out of cookies set by third parties for advertising or analytics by launching the Cookie Settings from the footer of our web pages. Please also review the Third Party Advertising and Analytics section above for information on industry tools and device settings that may be available to you.

**Right to Opt-Out of Profiling in furtherance of legal or similarly significant effects** (CO, CT, VA). Sirius XM does not process personal data for the purposes of profiling in furtherance of decisions that produce legal or similarly significant effects.

**Right to Appeal** (CO, CT, VA Residents) – If you are a resident of Colorado, Connecticut or Virginia, and you would like to appeal our decision relating to your request, you have the right to submit an appeal. You may do so using the Sirius XM appeal form here or the Pandora appeal form here, depending on your subscription service and follow the instructions on the form.

If you wish to appeal a Team Coco decision, please contact legal @teamcoco.com. Please include your full name, the basis for your appeal, and any additional information to consider.

**Exercise Your Rights**

If you are a Consumer residing in Colorado, Connecticut, Virginia or Utah (as defined in each state's respective law) and would like to exercise your applicable rights as outlined above:

- **Right to Correct Only**.
- SiriusXM subscribers. You may exercise this right directly through your Online Account Center (SiriusXM services users) or by contacting SiriusXM Listener Care at 1-888-539-7474 during posted hours.
- Pandora listeners may use the settings section in the Pandora app or contact privacy @pandora.com.
- Team Coco customers, please contact legal @teamcoco.com.

- **All Other Applicable Rights** – Please submit your consumer data rights request through the method associated with your respective subscription or service:
- SiriusXM listeners – please submit using the online form here or call 1-800-869-5593 to submit a request.
- Pandora listeners – please use this online form or send a request to privacy@pandora.com.
- TeamCoco listeners – please submit your request legal @teamcoco.com.

Authorized Agents Submitting Opt-Out Requests for Sales and Targeted Advertising (CO and CT Residents Only) – If you are an authorized agent submitting a request to opt out of sales or targeted advertising on behalf of a Colorado or Connecticut resident, please submit the request pursuant to the instructions on the respective form. We may require documentation to authenticate the consumer's identity and that you are authorized to submit the request on the consumer's behalf in order to be able to fulfill your request. Please keep in mind that if we cannot authenticate that you are authorized to act on the consumer's behalf or we cannot authenticate the consumer's identity, we may deny the request.

***B. Nevada.*** If you are a Nevada resident please note that we do not sell your personal data (or "covered information") as defined in Nevada S.B. 220. However, if you are a Nevada resident, you may still submit an opt-out request, and if our practices were to change in the future, we would honor your request. Your request to opt out of the sale of your covered information must be submitted to privacy @siriusxm.com or privacy @pandora.com, depending on your subscription service with the subject line "**Nevada Do Not Sell Request**" along with your full name, street address, city, state, zip code, whether you are a former or a current subscriber/listener and a valid email address so that we can contact you if needed regarding your request. If you previously provided a phone number, including it will assist us in making sure we identify you as someone who wants to opt out. You may be required to take reasonable steps as we determine from time to time to verify your identity and/or the authenticity of your request. Note: in order to process a request from a former or current subscriber/listener, your email address must match the email address on your account.

***C. California.*** Your Rights Under the California Consumer Privacy Act of 2018 (CCPA) and as amended by the California Privacy Rights Act of 2020 (CPRA): If you are a California resident, please see YOUR CALIFORNIA CONSUMER PRIVACY ACT RIGHTS for additional information about your privacy rights and how to exercise them.

Global Privacy Control (GPC) and Do Not Track (DNT) Signals. Global Privacy Controls ("GPC") and Do Not Track ("DNT") offered by some web browsers are settings that automatically inform websites of your privacy preferences. When you choose to turn on the GPC/DNT setting in your browser, your browser sends a special signal to websites, analytics companies, ad networks, plug in providers, and/or other web services you encounter while browsing to exercise your privacy rights and stop tracking your activity. You can learn more about and set up GPC here: https://globalprivacycontrol.org/#about and set up Do Not Track here: http://www.allaboutdnt.com. We comply with GPC as required under applicable law, but because there is not yet an accepted standard for how to respond to browser DNT signals, we do not currently respond to them.

Your Rights under California's "Shine the Light" law (Civil Code Section 1798.83, also known as S.B. 27). California residents have the right to request from companies conducting business in California certain information relating to third parties to which the company has disclosed certain categories of personal information during the preceding year for the third parties' direct marketing purposes. Alternatively, the law provides that a company may comply, as Sirius XM does, by disclosing in its privacy policy that it provides consumers choice (opt in or opt out) regarding sharing personal information with third parties for those third parties' direct marketing purposes, and information on how to exercise that choice. As stated in this Privacy Policy, Sirius XM provides you choice prior to sharing your personal information with third parties for their direct marketing purposes. If you do not opt-in or if you opt-out at the time we offer that choice, we do not share your information with that identified third party for its direct marketing purposes.

If you are a California resident and you have questions about our practices with respect to sharing information with third parties for their direct marketing purposes and your ability to exercise choice, please write to us at: Sirius XM Radio Inc., 1221 Avenue of the Americas, 35th Floor, New York, NY 10104, Attn: Legal Department – Shine the Light Privacy Request. Shine the Light requests that come to us by other means may result in a delayed response. You must include your name, street address, city, state, and zip code. We are not responsible for notices that are not labeled or sent properly, or do not have complete information.

**15. TABLE OF OUR DATA COLLECTION AND USE PRACTICES**

The following Table sets out by category of personal data collected:

A. The purposes for which personal data is collected;

B. Categories of third parties to whom personal data may be disclosed for a business purpose; and

C. Categories of third parties to whom the information may be sold for monetary value or other valuable consideration or shared for cross contextual behavioral or targeted advertising, each term as defined by applicable law

Please Note All Categories of Personal Data Below May be Used for the Following Purposes:

- **Legal** (to resolve disputes; enforce our agreements and policies; protect our or others' rights/assets; comply with our contractual obligations; cooperate in governmental or other legal inquiries; fulfill regulatory reporting obligations),
- **Business Transitions** (in connection with a merger, acquisition, consolidation, bankruptcy, or other corporate transition, affecting all or part of our assets, including during due diligence),
- **Security** (to protect the Services; investigate, detect, prevent, and protect against issues of our systems, fraud, crime, or other activities that violate our policies or applicable laws; to protect the health and safety of our users or the general public), and
- Other purposes as disclosed at the time of collection or with your consent.

Please Note All Categories of Personal Data Below May be Disclosed To the Following:

- **Law Enforcement and Government Agencies/Where Required By Law** (including third parties in connection with court or other legal actions including valid subpoenas)
- **Third parties in the course of a Business Transition**
- **Third parties to whom you agree or direct us to share your information**
- **Other service providers** who use your personal data to provide services to us or to you.

| **Category of Personal Data** | **A. Purpose for Collection**<br>**B. Categories of Third Parties Personal Data is Disclosed To**<br>**C. Third Parties to whom Personal Data is Sold or Shared for Targeted Advertising** |
|---|---|
| | **A. Purposes for Collection:** **1.Provide You Services** (process transactions and orders; facilitate access to SiriusXM services, create and manage your account on Services; identify and recognize you across services and devices; send service and account related communications; respond to your inquiries; provide customer service; send you information that you requested or agreed to receive such as newsletters; facilitate your participation in activities you sign up for such as sweepstakes, contests, research); **2.Internal Business Purposes** (provide and improve our services; develop new products and services; market research, auditing and publication; understand how you use our services, including analyzing trends and usage patterns; analyze the effectiveness of our marketing efforts); **3.Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties); **4.Advertising** (to identify your preferences, tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services; to monitor and control the ad delivery, performance and frequency); **5.Administrative** (investigate and prevent fraud and other illegal activities; detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties the Data Is Disclosed to:** **1. Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **2.Customer Service Providers** (call centers, live chat agents, email delivery and text messaging vendors), **3.Order Fulfillment Service Providers** (payment processors, order fulfillment centers, delivery services, order tracking vendors), **4.Third-Party Business Relationships** (unaffiliated parties that are joint marketing and licensing relationships), **5.Sweepstakes/Promotions Vendors**, **6.Third-Party Advertising Entities and Analytics Providers** (analytics companies, advertising agencies), **7.Subsidiaries, 8. Other SiriusXM Users** (including those on your account/subscription) |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1.Third-Party Advertising Entities and Analytics Providers, 2.Third-Party Business Relationships** |
| **Vehicle Data** - This may include vehicle identification number (VIN), vehicle make, model, and year, and vehicle metrics (such as date and time stamp of ignition on, odometer reading, and data usage amount). | **A. Purposes for Collection:** **1.Provide You Services** (process transactions and orders; facilitate access to SiriusXM services, create and manage your account on Services; provide customer service); **2.Administrative** (investigate and prevent fraud and other illegal activities; detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties Personal Data Is Disclosed to: 1.Other SiriusXM Users** (including those on your account/subscription), **2.Technology Systems Service Providers** (including webhosts, database hosts, cloud computing providers, technology maintenance, software-as-a-service providers, repair), **3.Customer Service Providers** (call centers, live chat agents), |
| | **C. Categories of Third Parties to Whom Personal Data is Sold or Shared for Targeted Advertising:** This category of data is not sold or shared for targeted advertising. |
| **Payment Data** (if you purchase a product or service from Sirius XM directly) – This may include, credit or debit card number, expiration date, billing zip code, secure payment token associated with your payment card. | **A. Purposes for Collection:** **1.Provide You Services** (process transactions, orders, and refunds); **2.Administrative** (to conduct sales audits, manage chargebacks, investigate and prevent fraud and other illegal activities). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Customer Service Providers** (call centers, live chat agents), **2.Order Fulfillment Service Providers** (payment processors, order fulfillment centers, delivery services, order tracking vendors), **3.Security Vendors** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising:** This category of data is not sold or shared for targeted advertising. |
| **Sensitive Personal Data** (data revealing ethnic origin/race, mental or physical health condition or diagnosis, sex life or sexual orientation, or citizenship or citizenship status). | **A. Purposes for Collection:** **1.Internal Business Purposes** (market research; understand how you use our services, including analyzing trends and usage patterns); **2. Advertising** (to tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services); **3. Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties**).** |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **2. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: Third-Party Advertising Entities and Analytics Providers** |
| **Other Demographic Data –** This may include gender, marital status, number of drivers in your household, name of your university and military affiliation (active duty, veteran), consumer interest segments. | **A. Purposes for Collection:** **1.Provide You Services (**facilitate access to Sirius XM services, create and manage your account on Services; determine and verify eligibility for student and military discounts; facilitate your participation in activities you sign up for such as sweepstakes, contests, research); **2.Internal Business Purposes** (market research; understand how you use our services, including analyzing trends and usage patterns); **3.Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties); **4.Advertising** (to tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **2.Customer Service Providers**, **3 Third-Party Business Relationships** (parties that are joint marketing and licensing relationships), **4.Security Vendors, 5.Sweepstakes/Promotions Vendors**, **6.Third-Party Advertising Entities and Analytics Providers** (analytics companies, advertising agencies), 7. **Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1. Third-Party Advertising Entities and Analytics Providers, 2. Third-Party Business Relationships** |
| **Transaction Data – (**This may include subscription status, services and products purchased or considered, purchase and cancellation history, amount of purchase, date of purchase) | **A. Purposes for Collection:** **1.Provide You Services (**facilitate access to SiriusXM services, create and manage your account on Services; send transactional messages regarding your use of the services, purchases, and other service and account related communications; provide customer service); **2.Internal Business Purposes** (provide and improve our services; market research, auditing and publication; understand how you use our services, including analyzing trends and usage patterns); **3. Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties); **4.Advertising** (to identify your preferences; tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services); **5.Administrative** (conduct sales audits, manage charge backs, investigate and prevent fraud and other illegal activities; detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Other SiriusXM Users** (including those on your account/subscription), **2.Technology Systems Service Providers** (including webhosts, database hosts, cloud computing providers, software-as-a-service providers, technology maintenance, repair), **3.Customer Service Providers** (call centers, live chat agents, email delivery and text messaging vendors), **4.Order Fulfillment Service Providers** (payment processors, order fulfillment centers, delivery services, order tracking vendors), **5.Third-Party Business Relationships** (unaffiliated parties that are joint marketing and licensing relationships), **6. Third-Party Advertising Entities and Analytics Providers** (analytics companies, marketing agencies), **7.Security Vendors, 8. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1. Subsidiaries, 2.Third-Party Advertising Entities and Analytics Providers, 3. Social Media and Other Third-Party Platforms, 4. Third-Party Business Relationships** |
| **Listening Preferences** – This may include music and content preferences including favorites channels and shows, episodes you listen to, stations and playlists you create or listen to, tune starts, songs you skip. | **A. Purposes for Collection:** **1.Internal Business Purposes** (provide and improve our services; develop new products and services; market research, auditing and publication; understand how you use our services, including analyzing trends and usage patterns); **2.Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties); **3.Advertising** (to identify your preferences; tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Other SiriusXM Users** (when you make your information public), **2.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **3.Third-Party Business Relationships** (unaffiliated parties that are joint marketing and licensing relationships), **4.Third-Party Advertising Entities and Analytics Providers** (analytics companies, marketing agencies), **5.Security Vendors, 6. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1.Subsidiaries, 2.Third-Party Advertising Entities and Analytics Providers, 3. Third-Party Business Relationships** |
| **Account Information and Settings –** This may include username, password, communication preferences, content settings (i.e., allowing explicit content or artist audio messages). | **A. Purposes for Collection:** **1.Provide You Services (**process transactions and orders; facilitate access to SiriusXM services, create and manage your account on Services; identify and recognize you across services and devices; send service and account related communications; respond to your inquiries;); **2.Internal Business Purposes** (provide and improve our services); **3.Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties in accordance with your preferred communication channel); **4.Administrative** (verify your identity; investigate and prevent fraud and other illegal activities; detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **2. Customer Service Providers** (email delivery and text messaging vendors), **3. Security Vendors**, **4. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising:** This category of data is not sold or shared for targeted advertising. |
| **Device Data –** This may include IP address, mobile device ID, other unique ID, device information (device model, operating system version, date and time of access, mobile network information, cookie settings). | **A. Purposes for Collection:** **1.Provide You Services** (facilitate access to SiriusXM services, create and manage your account on Services; identify and recognize you across services and devices); **2.Internal Business Purposes** (provide and improve our services; market research and auditing; understand how you use our services, including analyzing trends and usage patterns); **3.Marketing** (to send you special deals, offers, invites to events, and similar information from us or third parties); **4.Advertising** (to tailor content, including advertising and listening recommendations, to you on the Services and on other websites and services; to monitor and control the ad delivery, performance and frequency); **5.Administrative** (investigate and prevent fraud and other illegal activities; detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Other SiriusXM Users** (including those on your account/subscription), **2.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **3.Customer Service Providers** (email delivery and text messaging vendors), **4.Third-Party Business Relationships** (unaffiliated parties that are joint marketing and licensing relationships), **5.Third-Party Advertising Entities and Analytics Providers** (analytics companies, marketing agencies), **6.Security Vendors, 7. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1.Subsidiaries, 2.Third-Party Advertising Entities and Analytics Providers, 3. Third-Party Business Relationships** |
| **Audio and Visual Data** – This may include images, video, audio recordings, voice data when you use certain features of Sirius XM services. | **A. Purposes for Collection:** **1.Provide You Services (**facilitate access to SiriusXM services, including to understand and respond to voice commands; respond to your inquiries and provide customer service); **2. Internal Business Purposes** (provide and improve our services; market research and auditing); **3.Administrative** (detect and troubleshoot technical issues). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair), **2. Security Vendors** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising:** This category of data is not sold or shared for targeted advertising. |
| **Geolocation Data –** This may include rough or approximate location at hometown, city, state, region/country level or your precise geolocation in specific or limited instances | **A. Purposes for Collection:** **1.Provide You Services** (facilitate access to SiriusXM services, create and manage your account on Services; personalize your service; exercise territorial limits where required); **2.Internal Business Purposes** (provide and improve our services; market research and auditing; understand how you use our services, including analyzing trends and usage patterns); **3.Marketing** (to send you offers, invitations to events, and similar information from us or third parties); **4.Advertising** (to tailor content, including advertising and listening recommendations, based on your location on the Services and on other websites and services); **5.Administrative** (investigate and prevent fraud and other illegal activities). |
| | **B. Categories of Third Parties the Data Is Disclosed to: 1.Technology Systems Service Providers** (including webhosts, database hosts, software-as-a-service providers, cloud computing providers, technology maintenance, repair, security vendors), **2.Customer Service Providers** (email delivery and text messaging vendors), **3.Third-Party Advertising Entities and Analytics Providers** (analytics companies, marketing agencies), **5.Security Vendors, 6. Subsidiaries** |
| | **C. Categories of Third Parties to Whom the Data is Sold/Shared for Targeted Advertising: 1.Subsidiaries, 2.Third-Party Advertising Entities and Analytics Providers** |



© 2023 Sirius XM Radio Inc.