# EXHIBIT 42
# to the Declaration of
# H. Hanzarik

((SiriusXM))

What's On   Plans   Listen on the SXM App   Help & Support

# Live & Exclusive
# More than a Playlist
# A-List Artists & Hosts

Enjoy ad-free music across all genres and decades, news and issues, talk shows and podcasts, comedy, and more.

**3 MONTHS FOR $1**

Music & Entertainment Plan
Fees, taxes, and Offer Details apply.

Feedback

Got Questions?
Chat with an expert.

**LET'S GET STARTED**

We use cookies on our site. You may block some cookies by clicking on the "Reject Cookies" button. Learn more about these cookies in our Privacy Policy

Manage Cookies | REJECT COOKIES | ACCEPT COOKIES