# EXHIBIT 43
# to the Declaration of
# H. Hanzarik

