# EXHIBIT 44
# to the Declaration of
# H. Hanzarik



Free shipping
On all orders
12:55:35
Free returns
Within 90 days
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Summer Vacay New Arrivals Categories
dresses for women
Sign in / Register
Orders & Account
Support EN

Home › Privacy policy and setting › Personalized advertising

# Personalized advertising

## Personalized advertising

Allow Temu to share my data to personalize my ad experience.

To enable personalized advertising such as interest-based ads, we may share your data with our marketing partners using cookies and other technologies. This type of data sharing may be considered a "sale" of information under California privacy laws. Turning off personalized advertising opts you out of these "sales". Opting out from personalized advertising won't stop you from seeing Temu ads or impact Temu's own personalization technologies, but it may make the Temu ads you see less relevant or more repetitive.

© 2023 WhaleCo Inc. Terms of use Privacy policy Ad Choices