# EXHIBIT 45
# to the Declaration of
# H. Hanzarik

Free shipping
On all orders
12:55:54
Free returns
Within 90 days
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Summer Vacay New Arrivals Categories
room decor
Sign in / Register
Orders & Account
Support EN

Home › Privacy policy and setting

# Privacy policy and setting

## Required cookies & technologies

Always on

For details on how we use your data, see our Privacy & cookie policy.

## Personalized advertising

Under the laws of some states such as California, Virginia, Colorado, and Connecticut, the "sale" of personal information is defined broadly and may include sharing information for personalized advertising purposes. If you are a resident of such a state, you have the right to opt out of the "sale" of your personal information. Click here to opt out.

## Additional privacy options

Click here to make access, deletion or other specific requests relating to your personal information.

Want to delete your account? To start the process tap here.

Company info
About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer
Campus ambassador
Contact us
Careers
Press

Customer service
Terms of use
Return and refund policy
Intellectual property policy
Shipping info
Student discount

Help
Support center & FAQ
Temu purchase protection
Privacy policy and setting
Sitemap
How to order
How to track
Sell on Temu

Download the Temu App
Download on the App Store
Get it on Google Play

Connect with Temu

Security certification

We accept

Subscribe
Messages
Feedback

© 2023 WhaleCo Inc. Terms of use Privacy policy Ad Choices

