COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF HUNTER HANZARIK IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT. FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

I, Hunter Hanzarik, declare as follows:

1. I am over eighteen years of age and am fully competent to testify to the facts set forth in this declaration, of which I have personal knowledge (unless otherwise indicated).

2. I am a Digital Forensic Technician in the Forensic Technology and Consulting (FTAC) Division at TransPerfect Legal Solutions (TLS) based in Philadelphia, PA. TLS specializes in digital forensics and electronic discovery and is frequently engaged to collect, preserve, analyze, cull, review, and/or produce electronically stored information from digital devices and media.

3. My curriculum vitae is attached hereto as Exhibit 1, which outlines my education and work experience to date. My responsibilities at TLS include handling complex cases involving digital forensic investigations. I regularly perform digital forensics services which include, among other things, digital evidence acquisitions and preservations.

**Synopsis**

4. In May 2023, TLS was engaged by Cooley LLP to perform digital forensic and eDiscovery services in connection with this matter.

5. On May 17, 2023, Cooley LLP requested a forensic collection of portions of several websites. TLS performed these collections between May 2023 and September 2023, and true and correct copies of the collected web pages are attached hereto (as set forth in more detail below) as Exhibits 2 through 62.

**Collection Processes**

6. On June 26, 2023, TLS began collections by leveraging several collection methods. Website collections often require the deployment of multiple collection types and methodologies in order to account for different website formats and elements, such as privacy notices, headers, pop-ups and mobile views. Websites are constantly evolving, and it is uncommon for a single collection tool or methodology to sufficiently capture all available information.

7. The first collection methodology utilized WebPreserver, an industry-standard forensic preservation tool for social media and web content. WebPreserver is a web browser plug-in accessed by launching Google Chrome. When initiated for preservation, WebPreserver captures metadata and HTML source code from the online evidence and places a digital signature and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

timestamp on all preservations. Additionally, through the use of the "Inspect" function and toggle device toolbar of Google Chrome, TLS was able to collect the mobile versions of web pages and several desktop and mobile web pages with "sticky" or "fixed" headers that remain at the top of a user's screen while they scroll. TLS cleared the computer's prior Google Chrome browser data related to site cookies, data, and settings in order to capture the web pages as though the sites were being visited by a device for the first time, which allowed for the preservation of pop-ups relating to privacy notices and cookies. Exhibits 2 through 10, 12 through 34, 36 through 48, and 51 through 62 were collected with WebPreserver.

8. For the collection of standard web pages with WebPreserver, TLS navigated to the identified web pages through a computer web browser and launched the collection tool. Web Preserver offers multiple collection options based on the complexity of the website and the nature of the data to be captured. TLS leveraged the Scroll View, Smart View, and Current View options throughout the process of capturing the identified webpages. The Scroll View option captures the entirety of the webpage by scanning the page from top to bottom. The Smart View option was deployed when the Scroll View option was unable to accurately capture the entirety of a page as it appeared in the computer browser. The Current View option captures the page as it is currently displayed on the screen of a device without navigating or documenting the remainder of the page in an automated fashion, and was used when the other options were unable to accurately capture webpage elements such as pop-ups.

9. For the collection of webpages with fixed or sticky headers, TLS utilized the "Inspect" function of the web browser, which displays the various elements of a website or webpage. TLS then located the header of the webpage within its code, and visually identified the header. Once located, TLS prevented the header information from being visually displayed and obstructing the view of the website; and leveraged Web Preserver's Scroll View option to capture the page. The Smart View option was deployed when the Scroll View option was unable to accurately capture the entirety of a page as it appeared in the computer browser.

10. For the collection of mobile webpages with WebPreserver, TLS navigated to the identified webpage through a computer web browser, launched the collection tool, and changed the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

view of the webpage from Desktop to Mobile. TLS used WebPreserver's Scroll View and Current View options to collect the mobile webpages. All webpage captures were exported in PDF format.

11. The second collection methodology is an industry-standard preservation tool comparable to WebPreserver, known as Page Vault. Page Vault can be accessed through the Google Chrome web browser, or by accessing the user interface of the installed software application. When initiated for preservation, Page Vault includes the timestamp, URL, and SHA 256 hash value of the captured data. Page Vault was used to collect Exhibits 11, 35, 49, and 50, which were unable to be accurately captured by Web Preserver.

12. True and correct copies of the web pages TLS captured are attached hereto as the Exhibits set forth below:

| Exhibit | Webpage | Description | Date Captured |
|---|---|---|---|
| 2 | https://www.accuweather.com/ | AccuWeather home page | August 2, 2023 |
| 3 | https://www.accuweather.com/en/cookiepolicy | AccuWeather cookie policy | August 2, 2023 |
| 4 | https://www.accuweather.com/en/privacy | AccuWeather privacy policy | August 2, 2023 |
| 5 | https://www.accuweather.com/en/provider-list | AccuWeather "Provider List" | August 2, 2023 |
| 6 | https://www.warnermediaprivacy.com/policycenter/b2c/WMNS/en-us/ | WarnerMedia privacy policy | July 26, 2023 |
| 7 | https://www.warnermediaprivacy.com/policycenter/b2c/CA-rights/en-us/ | WarnerMedia "California & Other States Rights" page | July 26, 2023 |
| 8 | https://www.ebay.com/help/policies/member-behaviour-policies/user-privacy-notice?id=4260 | eBay privacy policy | September 22, 2023 |
| 9 | https://www.etsy.com/ | Etsy user signup flow | September 22, 2023 |
| 10 | https://www.etsy.com/ | Etsy user signup flow | September 26, 2023 |
| 11 | https://www.etsy.com/legal/privacy/?ref=ftr | Etsy privacy policy | August 3, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit | Webpage | Description | Date Captured |
|---|---|---|---|
| 12 | https://www.foxnews.com/privacy-policy | Fox News privacy policy | September 22, 2023 |
| 13 | https://www.instructure.com/policies/privacy | Instructure privacy policy | August 1, 2023 |
| 14 | https://www.instructure.com/ | Instructure home page | July 31, 2023 |
| 15 | https://www.instructure.com/ | Instructure Privacy Preference Center | August 1, 2023 |
| 16 | https://www.jetblue.com/legal/privacy | JetBlue privacy policy | July 27, 2023 |
| 17 | https://www.jetblue.com/ | JetBlue home page | August 3, 2023 |
| 18 | https://www.jetblue.com/ | JetBlue "Take your pick of cookies" page | September 22, 2023 |
| 19 | https://www.nba.com/privacy-policy | NBA privacy policy | July 26, 2023 |
| 20 | https://www.nba.com/ | NBA home page | July 26, 2023 |
| 21 | https://www.nbcuniversal.com/privacy/california-consumer-privacy-act | NBC Universal California privacy notice | August 2, 2023 |
| 22 | https://www.nbcuniversal.com/privacy/cookies | NBC Universal cookie policy | August 2, 2023 |
| 23 | https://www.nbcuniversal.com/privacy?intake=NBC_Entertainment#accordionheader1 | NBC Universal privacy policy | August 2, 2023 |
| 24 | https://nypost.com/cookie-notice/ | New York Post cookie policy | September 26, 2023 |
| 25 | https://nypost.com/privacy-notice/ | New York Post privacy policy | September 26, 2023 |
| 26 | https://nypost.com/ | New York Post home page | September 26, 2023 |
| 27 | https://www.nytimes.com/privacy/cookie-policy | New York Times cookie policy | September 28. 2023 |
| 28 | https://help.nytimes.com/hc/en-us/articles/10940941449492 | New York Times privacy policy | July 26, 2023 |
| 29 | https://www.nytimes.com/ | New York Times home page | July 26, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit | Webpage | Description | Date Captured |
|---|---|---|---|
| 30 | https://www.paypal.com/us/webapps/mpp/account-selection | PayPal signup flow | September 22, 2023 |
| 31 | https://www.paypal.com/us/welcome/signup/#/login_info | PayPal signup flow | September 22, 2023 |
| 32 | https://www.paypal.com/us/welcome/signup/#/login_info_phone | PayPal signup flow | September 22, 2023 |
| 33 | https://www.paypal.com/us/welcome/signup/#/password | PayPal signup flow | September 22, 2023 |
| 34 | https://www.paypal.com/us/welcome/signup/#/basic_info | PayPal signup flow | September 22, 2023 |
| 35 | https://www.paypal.com/us/legalhub/privacy-full | PayPal privacy policy | August 3, 2023 |
| 36 | https://www.paypal.com/us/home | PayPal home page | July 31, 2023 |
| 37 | https://www.paypal.com/myaccount/privacy/cookiePrefs?locale=en_US | PayPal cookie preferences page | August 1, 2023 |
| 38 | https://www.samsung.com/us/ | Samsung home page | August 1, 2023 |
| 39 | https://www.samsung.com/us/account/privacy-policy/ | Samsung privacy policy | August 1, 2023 |
| 40 | https://www.semrush.com/blog/most-visited-websites/ | "Top 100: The Most Visited Websites in the US" | August 3, 2023 |
| 41 | https://www.siriusxm.com/privacy-policy?intcmp=OTHER_NA_www:Home_PrivacyPolicy#relatedcontent-1550862574767 | SiriusXM privacy policy | September 22, 2023 |
| 42 | https://www.siriusxm.com/ | SiriusXM home page | August 1, 2023 |
| 43 | https://www.siriusxm.com/ | SiriusXM "Cookie Settings" and "Manage Consent Preferences" page | August 1, 2023 |
| 44 | https://www.temu.com/bgp_personalized_advertising.html?title=Personalized%20advertising&_bg_fs=0&_x_sessn_id | Temu "Personalized advertising" page | August 2, 2023 |

Cooley LLP
Attorneys at Law
San Francisco

6

Decl. of H. Hanzarik ISO Google's Opposition to Mot for Class Cert.
Case No. 4:21-cv-02155-YGR-VKD

| Exhibit | Webpage | Description | Date Captured |
|---|---|---|---|
| | =iow65bn4vl&refer_page_na me=bgp-privacy-policy-and-setting&refer_page_id=10181 _1689787226955_0bsu8n91v f&refer_page_sn=10181 | | |
| 45 | https://www.temu.com/bgp-privacy-policy-and-setting.html?_x_sessn_id=io w65bn4vl&refer_page_name =privacy-and-cookie-policy&refer_page_id=10026 _1689787214076_dwa6dnwp wa&refer_page_sn=10026&is _back=1 | Temu "privacy policy and setting" page | August 2, 2023 |
| 46 | https://www.temu.com/privac y-and-cookie-policy.html?title=Privacy%20 %26%20Cookie%20Policy& _bg_fs=0&_x_sessn_id=iow6 5bn4vl&refer_page_name=bg p-privacy-policy-and-setting&refer_page_id=10181 _1687549036495_y2dw2pz2z t&refer_page_sn=10181 | Temu privacy policy | August 2, 2023 |
| 47 | https://privacy.thewaltdisneyc ompany.com/en/current-privacy-policy/ | Walt Disney Company privacy policy | September 22, 2023 |
| 48 | https://www.t-mobile.com/ | T-Mobile home page | August 1, 2023 |
| 49 | https://www.t-mobile.com/privacy-center/privacy-notices/t-mobile-privacy-notice | T-Mobile privacy policy | August 2, 2023 |
| 50 | https://www.t-mobile.com/content/digx/tmo bile/us/en/privacy-center/education/cookies-tracking.html | T-Mobile "Cookies and tracking" page | August 2, 2023 |
| 51 | https://www.twitch.tv/p/en/le gal/privacy-notice/ | Twitch privacy policy | August 2, 2023 |
| 52 | https://www.ups.com/us/en/H ome.page | UPS home page | August 1, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

| Exhibit | Webpage | Description | Date Captured |
|---|---|---|---|
| 53 | https://www.ups.com/us/en/support/shipping-support/legal-terms-conditions/privacy-notice.page | UPS privacy policy | August 1, 2023 |
| 54 | https://usa.visa.com/ | Visa home page | July 31, 2023 |
| 55 | https://usa.visa.com/legal/global-privacy-notice.html | Visa privacy policy | August 2, 2023 |
| 56 | https://usa.visa.com/legal/global-privacy-notice/cookie-notice.html#How_we_use_cookies-160b | Visa cookie policy | August 02, 2023 |
| 57 | https://www.washingtonpost.com/privacy-policy/ | Washington Post privacy policy | August 2, 2023 |
| 58 | https://www.washingtonpost.com/cookie-policy/ | Washington Post cookie policy | August 2, 2023 |
| 59 | https://www.washingtonpost.com/my-post/privacy-settings | Washington Post privacy settings page | August 2, 2023 |
| 60 | https://weather.com/ | The Weather Channel home page | September 26, 2023 |
| 61 | https://weather.com/privacy-settings | The Weather Channel privacy settings page | September 26, 2023 |
| 62 | https://weather.com/en-US/twc/privacy-policy | The Weather Channel privacy policy | September 26, 2023 |

13. TLS was instructed to capture privacy policy pages accessed via pop-ups or banners displayed on several of the websites' home pages as follows:

   a. TLS was able to access the privacy policy shown as Exhibit 13 and the Cookie Setting shown as Exhibit 15 by utilizing the hyperlink in the popup on the Instructure.com homepage.

   b. TLS was able to access the "Take your pick of cookies" page shown as Exhibit 18 by utilizing the manage cookies hyperlink in the popup on the JetBlue.com homepage.

   c. TLS was able to access the privacy policy shown as Exhibit 19 by utilizing the privacy policy hyperlink in the popup on the NBA.com homepage.

Cooley LLP
Attorneys at Law
San Francisco

8

Decl. of H. Hanzarik ISO Google's
Opposition to Mot for Class Cert.
Case No. 4:21-cv-02155-YGR-VKD

    d. TLS was able to access the privacy notice shown as Exhibit 25 and the cookie policy shown as Exhibit 24 by utilizing the privacy policy and cookies policy hyperlinks in the popup on the NYPost.com homepage.

    e. TLS was able to access the privacy policy shown as Exhibit 28 by utilizing the privacy policy hyperlink in the popup on the NYTimes.com homepage.

    f. TLS was able to access the privacy policy shown as Exhibit 35 by utilizing the "Learn more and manage your cookies" hyperlink in the popup on the PayPal.com homepage.

    g. TLS was able to access the Privacy Policy shown as Exhibit 39 by utilizing the "See our Privacy Policy here" hyperlink in the popup on the Samsung.com homepage.

    h. TLS was able to access the privacy policy shown as Exhibit 41 by utilizing the Privacy Policy hyperlink in Exhibit 42 through the "Manage Cookies" hyperlink on the SiriusXM.com homepage.

    i. TLS was able to access the privacy policy shown as Exhibit 49 by utilizing the "For more information, read our Privacy Center article on Cookies and tracking" hyperlink in the popup on the T-Mobile.com homepage.

    j. TLS was able to access the cookie policy shown as Exhibit 56 by utilizing the "Visa Cookie notice" hyperlink in the popup on the Visa.com homepage.

14. Cooley LLP also instructed TLS to capture the login and sign-up processes of the below websites as follows.

    a. **PayPal.com** The signup process captured in Exhibits 30 through 34, accessed from the URL "https://www.paypal.com/us/webapps/mpp/account-selection" first requires the user to select whether the account will be used for personal or business use. After the user selects the account's intended use, the site then prompts for the entry of an email address. After entering an email address and selecting the "next" prompt, a user is then prompted to enter a phone number. After entering a phone number, a user is prompted for two factor authentication code that is sent to the previously entered phone number. Once the two-factor authentication code is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

      submitted, a user is prompted to enter an account password. Once an account password is registered, a user is prompted to enter their name and address and check a box next to a block of text that reads: "You confirm that you are at least 18 years old and agree to the following terms. You've read and agree to E-Sign Disclosure and Consent to receive all communications electronically. You've read and agree to the User Agreement and Privacy Statement." The term "Privacy Statement" on this screen is a hyperlink that resolves to the privacy policy captured in Exhibit 35. Links to PayPal's privacy policy and cookie policy also appear in a footer at the bottom of each screen in the new account creation flow except when the user is prompted to enter the two-factor authentication code.

    b. The login and signup process of Exhibits 9 and 10, accessed from the URL "etsy.com" is first requires the selection of the "sign in" button on the webpage. From there, a user is presented with the option to sign in with an email address and password, continue through a Google, Facebook, or Apple account, or to register for a new account. If a user opts to register for a new account, they are required to input an email address, a first name, and a password; or to continue with a Google, Facebook, or Apple account. This screen contains a block of text that reads: "By clicking Sign in or Continue with Google, Facebook, or Apple, you agree to Etsy's Terms of Use and Privacy Policy. Etsy may send you communications; you may change your preferences in your account settings. We'll never post without your permission." The term "Privacy Policy" on this screen is a hyperlink that resolves to the privacy policy captured in Exhibit 11.

**Collection Export**

15. All data exports described herein have been preserved and stored within TLS's secure laboratory evidence storage repository.

16. The data exports from this collection were provided to Cooley LLP for review.

I declare under penalty of perjury that the foregoing is true and correct.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

Executed this 29th day of September 2023 in Philadelphia, PA.

/s/ *Hunter Hanzarik*
Hunter Hanzarik

291682667

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF H. HANZARIK ISO GOOGLE'S
OPPOSITION TO MOT FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD