# EXHIBIT 46
# to the Declaration of
# H. Hanzarik

# Temu | Privacy & Cookie Policy

Last updated Jun 27, 2023

This Privacy & Cookie Policy describes how Whaleco Inc. and its affiliates ("Temu," "we," "us" or "our") handle personal information that we share through our digital properties that link to this Privacy & Cookie Policy, including our website (temu.com), the Temu mobile application and Temu's other partner interfaces (the "Service"), as well as through social media, our marketing activities, and other sources described in this Privacy and Cookie Policy.

**Index**

- Personal information we collect
- How we use your personal information
- How we share your personal information
- Cookies
- Your choices
- Retention
- Other data and services
- Security
- International data transfer
- Children
- Changes to this Privacy & Cookie Policy
- How to contact us

## Personal information we collect

**Information you provide to us.** Personal information you may provide to us through the Service or otherwise includes:

## How we use your personal information

We may use your personal information for the following purposes or as otherwise described at the time of collection:

## How we share your personal information

We may share your personal information with the following parties and as otherwise described in this Privacy and Cookie Policy, at the time of collection or with your consent.

## How we store your personal information

We do not sell your personal information for money but we may share your personal information with third parties for online targeted advertising.

## Your choices

## Behavioral Advertising

## Your choices

## Information for California Residents

## Other data and services

## Security

## International data transfer

## Children

## Changes to this Privacy & Cookie Policy

## How to contact us

- Email us at Privacy-Policy@Temu.com
- Write to Whaleco Inc, Suite 355, 31 St James Avenue, Boston, Massachusetts 02116, USA