# EXHIBIT 48
# to the Declaration of
# H. Hanzarik

Save $35 per line with $0 Device Connection Charge + free 2-day shipping on online activations. Call 866-902-1937.



## T-Mobile Notice

We use a tool to capture how users interact with our websites so we can analyze and improve the user experience. Clicking "Accept" allows us to use this tool when you visit our websites. For more information, read our Privacy Center article on Cookies and tracking.

Accept

Reject

## T-Mobile helps you break free from Verizon and AT&T.

You shouldn't be stuck in a 3-year phone contract where rates can go up at any time. We'll help you pay off your contract, upgrade your phone, and switch to the network with more 5G coverage than Verizon and AT&T combined.

Capable device req'd; coverage not avail. in some areas. Some uses may require certain plan or feature; see plan for details.

Make the switch

Get full terms

## America's largest and fastest 5G network.

Some uses may require certain plan or features; see plan for details. **Fastest:** Based on median, overall combined 5G speeds according to analysis by Ookla® of Speedtest Intelligence® data for Q1 2023.

### SAMSUNG Galaxy Z Flip5
### Pre-order and get yours FREE.

Add a new line or trade in a qualifying phone on a Go5G Plus or Magenta® MAX plan for a free Samsung Galaxy Z Flip5—the strongest Flip yet. Open it up and turn heads.

Call 877-486-5239

Pre-order now    Check it out

### SAMSUNG Galaxy Z Fold5
### Pre-order and get up to $1000 off.

Add a new line or trade in a qualifying phone on a Go5G Plus or Magenta® MAX plan for up to $1000 off the new Samsung Galaxy Z Fold5. Double the screen. Double the experience.

Call 877-486-5239

Pre-order now    Check it out

Via 24 monthly bill credits. If you cancel before 24 credits, credits stop & balance on required finance agreement may be due; contact us for full details.

Via 24 monthly bill credits. If you cancel before 24 credits, credits stop & balance on required finance agreement may be due; contact us.

Get full terms

Get full terms

## Pre-order for a FREE storage upgrade.

Get a free upgrade to 512GB of storage if you pre-order.

Pre-order Galaxy Z Flip5    Pre-order Galaxy Z Fold5

Limited-time offer; while supplies last; requires qualifying purchase during pre-order.

Get full terms



## Meet our best plan yet.

The first plan where new and existing customers always get the same great device deals, and with New in Two, you can upgrade every two years. Because three years is too long to wait.

Let's go

T-Mobile offers 2-year financing agreements on Go5G Plus plans.

## With Price Lock, we won't raise your price for internet. Ever.

Leave exploding bills behind. T-Mobile 5G Home Internet is just $30/month with AutoPay and eligible payment method and a Go5G Plus or Magenta® MAX voice line.



Check availability

Get full terms

Exclusions like taxes & fees apply. Not available in all areas.

### NEW AND EXISTING CUSTOMERS
## Get the amazing iPhone 14 and Apple TV+ ON US with Go5G Plus plan.

Shop iPhone

With 24-mo. bill credits on Go5G Plus when you trade in an eligible phone. 1 offer/well-qualified customers; plus tax. Apple TV+: while you maintain one qualifying Go5G plus line in good standing. Reg. in Apple TV app req'd. One Offer per account.

Get full terms

## Get $1,000 when you switch 5 lines to our Go5G Plus plan.

Explore our plans ›

Via $200 virtual prepaid card per line for up to 5 lines; allow 8 weeks.

Get full terms


## FREE smartphones.
### $0 down.

No down payment. Yours FREE when you add a new line.

Shop smartphones

### SAMSUNG Galaxy A14 5G

Via 24 monthly bill credits. If you cancel before 24 credits, credits stop & balance on required finance agreement may be due; contact us for well-qualified customers; plus tax.

Get full terms

## Get a 3rd line FREE.

For a limited time, when you join with two qualifying lines.

Check it out

Get full terms

## Get up to $800 to keep the phone you love.

Add four new lines for just $26.25/line with Autopay when you switch and bring your own eligible phone.

Check it out

Limited-time offer; subject to change. Plus taxes & fees. Pricing for switchers w/ 1st 3 paid/eligible lines w/ AutoPay. For well-qualified customers. Card typically taken 15 days. See full terms



### NEW YEAR, NEW GEAR
## Discover ways to save with back to school deals.

Gear up for back to school. This season T-Mobile has you covered with great deals on cellphones, smartwatches, tablets, home internet, and more for the family. Plus, exclusive plan deals like 4 lines for just $26.25/line when you switch.

Check it out

With AutoPay using eligible payment method. Plus taxes & fees. Pricing for switchers w/ 1st 3 paid/eligible lines first new voice line; monthly bill credits. credits stop if you cancel or upgrade lines. Plus $5/line virtual build-to debit or bank account.

Get full terms







Follow T-Mobile

| Even more places | New featured cell phones | New featured tablets, smartwatches & more | Helpful consumer guides | Switch to T-Mobile | Additional support |
|---|---|---|---|---|---|
| International phone plans | New Apple iPhone 14 Pro Max | T-Mobile SyncUP KIDS watch | Compare iPhone models | How to switch to T-Mobile | View return policy |
| International passes | New Apple iPhone 14 | Apple iPad 10th gen | Cool tech gift ideas | Try our 5G network | Contact us |
| Hotspot data plans | Apple iPhone SE 3rd Gen | Google Pixel Watch | Samsung Galaxy S23 vs. S22 | Bring your own device | Billing |
| Smartwatch data plans | Samsung Galaxy S23 Ultra | T-Mobile 5G portable | How to activate eSIM card | Switch to T-Mobile from Verizon or AT&T | Emergency Broadband Benefit |
| | Samsung Galaxy S23 | Apple Watch Ultra 49mm | What's an eSim card? | Carrier freedom deal | Affordable connectivity program |
| Shop cell phones by brand | Motorola razr+ | Samsung Galaxy Tab S7 FE 5G | 2023 Tech Gift Ideas | Cell phone trade-in | Redeem a rebate |
| Apple iPhones | | | What is a hotspot? | | Domestic Violence Resources |
| Samsung Galaxy phones | | | T-Mobile customer benefits | | |
| Google Pixel phones | | | TV streaming deals | | About T-Mobile |
| OnePlus phones | | | T-Mobile Tuesdays | | Our Story |
| T-Mobile REVVL phones | | | In-flight Wi-Fi | | T-Mobile careers |
| Motorola Moto phones | | | AAA membership deal | | Privacy Center |
| | | | Free MLB.TV deal | | Newsroom |
| | | | T-Mobile apps | | Corporate Responsibility |

English    Español



© 2023 T-Mobile USA, Inc.

About us    Investor relations    Press    Careers    Deutsche Telekom    Puerto Rico    Public safety/911    Terms & conditions    Terms of use    Accessibility    Open Internet

Do Not Sell or Share My Personal Information    Privacy Notice    Interest-based ads    Privacy Centre    Consumer information    Chat with us