# EXHIBIT 52
# to the Declaration of
# H. Hanzarik



| | | |
|---|---|---|
| Shipping | Tracking | |

# Track   Quote

Tracking Number

Need help changing your delivery? Get H...

## Cookie Settings

### Functional
These cookies are required for basic site functionality and are therefore always enabled. These include cookies that allow you to be remembered as you explore the site within a single session or, if you request, from session to session. They help make the shopping cart and checkout process possible as well as assist in security issues and conforming to regulations.  **Yes**

### Analytics
These cookies allow us to analyze your use of the website, including the content on which you click while browsing the website, IP addresses, and MyUPS IDs. Some cookies also allow us to view a simulation of your browsing experience based on button clicks, mouse movements, scrolls, window resizing, touches (on mobile) keystrokes, page navigation, page source, page ID, and error messages. These cookies are provided by third parties and will be used for troubleshooting purposes, customer support, or to improve the performance and design of the website.  **Yes**

### Display Ad
Online advertising that comes in several forms, including banner ads, rich media, and more. By selecting No, you may opt out of certain targeted advertising and sales or sharing of your personal information for cross-context behavioral advertising via cookies.  **Yes**

### Email
To track when visitors are entering our site to determine effectiveness of our targeting efforts  **Yes**

### Personalization
To create customized experiences for visitors to our website  **Yes**

### Social
To better generate, target, and deliver marketing communications via Social networks  **Yes**

### Research
Used to generate surveys and other methods of gaining valuable insight from the users of our site. Research surveys may be targeted to specific users and configurations. Users will have the option to choose whether or not to participate in surveys.  **Yes**

**Confirm**



Save up to 50%*

...with promo code DELIVER.

---

## One Dashboard for All Your UPS Services

Connect, view and manage shipping, tracking, claims, and more with UPS My Choice® for Business.

**View Dashboard ›**

---

## About Us

Explore what makes UPS unique.

**Read Our Stories**



### UPS, Teamsters reach agreement in labor negotiations

"Together we reached a win-win-win agreement on the issues that are important to Teamsters leadership, our employees and to UPS and our customers," said CEO Carol B. Tomé.

Learn More



### The Recipe for a Rewarding 50-Year Career

Part-time UPS employee Bobbie is inspiring. And he's retiring soon because he took advantage of UPS savings programs and then invested in UPS stock. As he says, his 'bet' on UPS paid off.

Read About Bobbie

---

## Need Help?

| Tracking Help › | Order Supplies › | Contact Us › |
|---|---|---|
| Shipping Help › | Shipping Costs and Rates › | File a Claim › |

---

### This Site
- Tracking
- Shipping
- Contact Us
- Communication Preferences

### Other UPS Sites
- About UPS
- Recognize a UPS Employee
- Supply Chain Solutions
- The UPS Store
- UPS Jobs
- UPS Developer Portal

### Connect with Us
- Facebook
- Twitter
- Instagram
- LinkedIn
- YouTube

---

Global Home | Protect Against Fraud | Terms and Conditions | Website Terms of Use | Your California Privacy Rights | Privacy Notice | Cookie Settings | Do Not Sell or Share My Personal Information

Copyright ©1994- 2023  United Parcel Service of America, Inc. All rights reserved.