# EXHIBIT 53
# to the Declaration of
# H. Hanzarik

# UPS Privacy Notice

Feedback

**Effective date: June 16, 2023**

Select one of the links below to jump to the listed section:


Overview | Information We Obtain | How We Use The Information We Obtain
Interest-Based Advertising | Information We Share | Your Options
Access and Correction | Data Transfers | Children's Privacy
How We Protect Personal Information | Additional Notice of U.S. State-Specific Privacy Information and Rights | Metrics Regarding Privacy Requests (California)
Data Retention | Updates To Our Privacy Notice | How To Contact Us
UPS: Privacy Notice - EEA Addendum


## Overview

We at United Parcel Service, Inc., along with our subsidiaries and affiliates (collectively, "UPS"), respect your concerns about privacy.

This Privacy Notice describes the types of personal information we collect about consumers, how we may use the information and with whom we may share it. The notice also describes the measures we take to safeguard the personal information. In addition, we tell you how you can ask us to (i) access or change the personal information we maintain about you, (ii) withdraw consent you previously provided to us, (iii) refrain from sending you certain communications, and (iv) answer questions you may have about our privacy practices.

**This Privacy Notice is not a contract and does not create any contractual rights or obligations.**

This notice does not apply to The UPS Store or any other retail location. This Notice does not apply to any subsidiary or affiliate of United Parcel Service, Inc. that maintains its own privacy notice, including The UPS Store or any other retail location.

Our privacy practices may vary among the countries or territories in which we operate to reflect local practices and legal requirements.

You can view certain country-specific information by selecting the Addendum link below.

Privacy Notice Addendum

## Information We Obtain

We may obtain consumer personal information (such as name, contact details and payment information) in connection with various activities such as (i) use of the UPS websites and applications, (ii) shipping activities, including delivery and pick-up of shipments, (iii) requests to track shipments or answer questions, (iv) events in which we participate, (v) promotions and other offers, and (vi) calls placed with customer service and accounting centers which may be recorded.

The types of personal information we may obtain include:

- Individual and business contact information (such as name, company name, physical address, email address and telephone or fax number)
- Shipping information (such as (i) shipping-related contact details like the sender's, and consignee's and/or neighbor's (for UPS My Choice's "leave with neighbor" feature) name, physical address, email address and telephone number, (ii) signature for proof of delivery, (iii) UPS account number, and (iv) information given to us that helps us access locations to which we provide service) and information provided to us regarding the content of certain shipments, but only to the extent an identifiable person can be linked to such content.
- Information that enables us to verify an individual's identity
- Names, email addresses and telephone numbers of others to whom we are asked to send information
- Information provided in response to surveys
- Username, password and other credentials used to access UPS products and services
- Social media handles, content and other data posted on our official social media pages or elsewhere on the Internet (such as other public locations), and information (such as email address and other information you allow to be shared) we obtain through UPS-related social media apps, tools, widgets and plug-ins (including third-party login services such as "Login with Facebook")
- The geographic location of your mobile device if you use certain features of our apps
- Payment information (including payment card details or online payment services number and invoicing address) and financial information (such as bank account numbers)
- Tax identification number in circumstances in which you request products or services for which this information is required, or in connection with certain promotions or prize draws
- Other personal information that may be provided to us to obtain a UPS product or service

We also receive consumer personal information from our customers in order to perform services. We may receive personal information from third parties, including public databases, social media platforms, or third party partners such as analytics or marketing providers.

When we pick up or deliver a shipment or provide other services, we may obtain physical location data. This includes, for example, data identifying the actual location of a physical address using information such as GPS data, geocodes, latitude and longitude information, and images of the various locations.

In addition, when you visit our websites, use our apps, or interact with UPS-related tools, widgets or plug-ins, we may collect certain information by automated means, such as cookies and web beacons. The information we collect in this manner includes IP address, unique device identifier, browser characteristics, device characteristics, operating system, language preferences, referring URLs, information on actions taken, and dates and times of activity. A "cookie" is a text file that websites send to a visitor's computer or other Internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon" also known as an Internet tag, pixel tag or clear GIF, links web pages or apps to web servers and may be used to transmit information back to a web server. Through these automated collection methods, we obtain and store "clickstream" data to tell us usage patterns. We may link certain data elements we have collected through automated means, such as your browser information, with other information we have obtained about you to let us know, for example, whether you have opened an email we sent to you. We also use third-party analytics tools that collect information about visitor traffic on our websites or apps. Your browser may tell you how to be notified when you receive certain types of cookies or how to restrict or disable certain types of cookies. Please note, however, that without cookies you may not be able to use all the features of our websites or apps. Both we and others (such as our advertising networks) may collect personal information about our visitors' online activities, over time and across third-party websites, when using our websites and apps.

We collect session analytics information, including browsing behavior, click patterns, keystrokes, and pages visited, when you visit our websites and applications. This information helps us understand our customers' online activities, determine usage patterns, provide customer service and support, and improve and impair website functionality. This information is also helpful to our experience teams so they can design better experiences for you.

The providers of third-party apps, tools, widgets and plug-ins on our websites and apps, such as Facebook "Like" button, also may use automated means to collect information regarding your interactions with these features. This information is subject to the privacy policies or notices of these providers.

## How We Use The Information We Obtain

We may use the information we obtain to:

- Pick up, deliver and track shipments
- Provide products and services you request (such as logistics, supply chain management, customs clearance and brokerage services, and financial services)
- Process and collect payments
- Provide customer support and respond to and communicate with you about your requests, questions and comments
- Send you tracking updates (from UPS and/or our business partners) and help you select convenient delivery options
- Establish and manage your UPS account (including your online account on UPS.com and its various features, such as the address book and the UPS Billing Center)

[illegible]

## Additional Notice of U.S. State-Specific Privacy Information and Rights

This Addendum applies to consumers who resided in U.S. States that have enacted comprehensive consumer data privacy laws.

### Personal Information We Collect about Consumers

We describe the personal information we have collected about consumers in the twelve (12) months preceding the effective date of the UPS Privacy Notice in the part titled, "Information We Obtain." The information we have obtained includes the following:

- Identifiers such as name, physical address, email address, username, password and other credentials used to access UPS products and services, social media handles, and, when you visit our websites, use our apps or interact with UPS-related tools, widgets or plug-ins, Internet Protocol address and unique device identifier.
- The following categories of personal information described in California Civil Code § 1798.80(e): (1) the personal information listed in the preceding bullet point as "Identifiers," (2) signature, (3) telephone number, (4) payment information (including payment card details or online payment services number and invoicing address) and financial information (such as bank account numbers), and (5) the other information that identifies, relates to, describes, or is capable of being associated with, a particular individual that we describe in "Information We Obtain."
- Commercial information, including (1) records of services purchased or received from UPS, (2) information provided to us regarding the content of certain shipments, but only to the extent an identifiable person can be linked to such content, (3) information on actions taken on UPS websites or mobile apps, which may include information about UPS services considered, and (4) information about consumer preferences and behavior that we collect on our websites and mobile apps or purchase from third parties in order to target consumers for digital advertisements or to personalize content we deliver on our websites and mobile apps.
- Internet or other electronic network activity information, including, but not limited to, browsing history, search history, and information regarding a consumer's interaction with UPS websites and mobile apps, and UPS advertisements that we display on UPS websites or mobile apps or on third party sites and apps.
- Geolocation data.
- Audio information from calls placed with customer service and accounting centers which may be recorded, and electronic information in the form of Internet or other electronic network activity information as described above.
- Professional or employment-related information in the form of business contact information such as name, company name, physical address and email address and telephone or fax number.
- Inferences drawn from (1) the information we collect when you visit our websites, use our apps, or interact with UPS-related tools, widgets or plug-ins or our official social media pages, (2) information we collect, including through third-party suppliers, regarding content and other data posted on the Internet (such as public locations on the Internet), and (3) information about consumer preferences and behavior that we collect on our websites and mobile apps or purchase from third parties in order to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, and attitudes.
- Sensitive personal information such as account login information allowing access to an account, and precise geolocation data, in each case as further described above in the relevant categories.

We collect this personal information from sources including yourself directly and others (e.g., ecommerce retailers) whom you instruct to interact with us on your behalf, shippers, consignees and other customers, including customers of our forwarding and logistics services, public databases, social networks, and third party partners such as analytics or marketing providers. For more information, please see "Information We Obtain" in the UPS Privacy Notice.

### Disclosures of Personal Information for Monetary or Other Valuable Consideration or for Business Purposes

We have disclosed email addresses of certain customers of UPS for monetary or other valuable consideration within the twelve (12) months preceding the effective date of the UPS Privacy Notice to customers who purchase shipping services from UPS and business partners who support UPS transportation operations, such as business partners at which UPS has located Access Point® lockers. As is common practice among businesses that operate Internet Web sites, we may also have disclosed certain identifiers, information about the use of our websites and apps, and inferences drawn about you to our social media, advertising, and analytics partners for monetary or other valuable consideration. These disclosures may qualify as "sales" of personal information for consideration or sharing of personal information for cross-context behavioral advertising under U.S. state comprehensive data privacy laws.

We have disclosed personal information in all or substantially all of the categories identified in this Addendum for various business purposes. For more information about the categories of personal information we have disclosed, the categories of entities with which we have disclosed this information and the purposes for which we have disclosed the information, please see "Information We Share" in the UPS Privacy Notice.

We do not disclose personal information of individuals we know to be under the age of 16 to businesses or third parties for monetary or other valuable consideration as a "sale" of personal information, for cross-context behavioral advertising, or as the "sharing" of personal information as defined under U.S. state comprehensive data privacy laws, without affirmative authorization.

### Use of Personal Information about Consumers

We use the personal information we collect about consumers for the business purposes disclosed within the UPS Privacy Notice. For more information, please see "How We Use the Information We Obtain" in the UPS Privacy Notice.

The business purposes for which we may use personal information about consumers include:

- Auditing related to counting ad impressions to unique visitors, verifying positioning and quality of ad impressions, and auditing compliance with this specification and other standards;
- Helping to ensure security and integrity to the extent the use of a consumer's personal information is reasonably necessary and proportionate for these purposes;
- Debugging to identify and repair errors in our systems and on our websites and apps;
- Short-term, transient use including non-personalized advertising shown as part of a consumer's current interaction with us;
- Providing services on our behalf or on behalf of another, including maintaining or servicing accounts, providing customer service, fulfilling transactions, verifying identity information, processing payments, and other services. This includes:
  - Conducting internal research to develop and demonstrate technology; and
  - Conducting activity to verify, enhance, and maintain the quality or safety of services or devices which we may own, control, or provide.

We may also use the information we collect for our own or our service providers' other operational purposes, purposes for which we provide you additional notice, purposes disclosed elsewhere in this Addendum or the UPS Privacy Notice, or for purposes compatible with the context in which the personal information was collected.

UPS does not use sensitive personal information for purposes that would give rise to a right to limit the use or disclosure of sensitive personal information for residents of California.

### Your Privacy Rights

If you reside in a U.S. state that has enacted a comprehensive consumer data privacy law, you may have one or more of the following rights. We will honor requests received to the extent required by applicable law and within the time provided by law.

- **Right to Know.** You have the right to request that we disclose to you the categories and specific pieces of personal information we have collected about you. Specifically, you have the right to request that we disclose what personal information we have collected, used, disclosed, including:
  - Whether we are processing personal information about you;
  - Specific pieces of information that we have collected about you;
  - Categories of personal information we have collected about you;
  - Categories of sources from which the personal information is collected;
  - Categories of third parties to whom we disclose personal information;
  - The business or commercial purpose for collecting, selling, or sharing personal information
  - Categories of personal information about you, if any, that we have sold or shared and the categories of third parties to whom we have sold or shared the information, by category or categories of personal information for each category of third party to whom we sold or shared the personal information; and
  - Categories of personal information about you that we disclosed for a business purpose and the categories of recipients to whom we disclosed the information for a business purpose.

As used above, "sale," "sold," "selling," "shared," and "sharing" have the meanings provided in U.S. state comprehensive consumer data privacy laws.

- **Right to Correct.** You have the right to request that we correct inaccurate personal information that we have collected about you.
- **Right to Delete.** You have the right to request that we delete personal information that we have collected about you. Please note if you have requested a service that requires the use of your personal information, we may not be able to provide that service if you choose to delete your personal information.
- **Right to Opt Out.** You have the right to opt out of the disclosure of personal information about you for monetary or other valuable consideration, the sharing of personal information about you for cross-context behavioral advertising, targeted advertising, and profiling. To opt-out, click here or as provided below under "Requests to Exercise Your Rights."

If we receive and are able to process a signal from your device indicating your preference to opt out from sales or sharing of personal information, as defined by law, then we will apply that preference to personal information we collect from that device, provided that we may not be able to associate the signal to the same device if:

- you use a different web browser or other tool to interact with us,
- you make changes to your browser (e.g., uninstall and reinstall or certain types of upgrades) that impact our ability to associate the device with the signal your device originally sent, or
- you clear cookies or browsing data from your browser or device in a way that impacts our ability to associate the device with the signal your device originally sent.

Please note that a signal sent from one device will not apply to other devices you use or to data that we collect from you through other sources.

To opt out of the collection of personal information by certain of our social media, advertising, and analytics partners, you can visit Cookie Settings the following site:

UPS Shipping & Logistics Solutions | Your Ultimate Home for Global Delivery Services | UPS - United States

- **Right to Appeal.** If we decline to take action on a request that you make in accordance with the foregoing to exercise the foregoing privacy rights, then you may appeal our decision by submitting an appeals request through the UPS E-mail Application.

### Verification Process

For requests made in connection with the Right to Know, Right to Correct, and/or Right to Delete, please note:

- as required or permitted under applicable law, we may take steps to verify your request before we can provide personal information to you, correct or delete personal information, or otherwise process your request. To verify your request, we may require you to provide your name, physical address, email address, contact information, and information about your account or previous transactions with us. If we believe we need further information to verify your request as required by law, we may ask you to provide additional information to us.
- We will deliver personal information that we are required by law to disclose to you in the manner required by law within 45 days after receipt of a request, unless we notify you that we require additional time to respond, in which case we will respond within such additional period of time required by law. We may deliver the personal information to you through your account, if you maintain an account with UPS, or electronically or by mail at your option. If electronically, then we will deliver the information to you or, at your request, to another entity, in a portable and, to the extent technically feasible, in a structured, commonly used, machine-readable format that allows you to transmit the information from one entity to another without hindrance.

### Nondiscrimination

We may not discriminate against you because of your exercise of any of the foregoing privacy rights, or any other rights under your U.S. state's comprehensive consumer data privacy law, including by:

- Denying you goods or services;
- Charging different prices or rates for goods or services, including through the use of discounts or other benefits or imposing penalties;
- Providing you a different level or quality of goods or services; or
- Suggesting that you will receive a different price or rate for goods or services or a different level or quality of goods or services.

We may, however, charge different prices or rates, or provide a different level or quality of goods or services, if that difference is reasonably related to the value provided to UPS by your personal information. We may limit our response to your exercise of rights as permitted by law.

### Requests to Exercise Your Rights

You may request to exercise the foregoing rights by:

-Submitting a request through the UPS E-mail Application

-Calling us toll-free at 888-912-9055.

### Agent Authorization

You may designate an authorized agent to request any of the above rights on your behalf. You may make such a designation by providing the agent with written permission, signed by you, to act on your behalf. Your agent may contact us via the information provided in the "How to Contact Us" section below to make a request on your behalf. Even if you choose to use an agent, we may, as permitted by law, require:

- The authorized agent to provide proof that you provided signed permission to the authorized agent to submit the request
- You to verify your identity directly with us; or
- You to directly confirm with us that you provided the authorized agent permission to submit the request.

### Data Sharing for Direct Marketing Purposes (California)

California Civil Code Section § 1798.83 permits California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. If you are a California resident, you may ask us to refrain from sharing your personal information with certain of our affiliates and other third parties for their marketing purposes. Please tell us your preference by contacting us as specified below. To make such a request, please tell us your preference by contacting us as specified in the "How to Contact Us" section below.

### Do Not Track

Please note that our Web sites and mobile apps are not designed to respond to "do not track" requests from Web browsers.

## Metrics Regarding Privacy Requests (California)

Please see the chart below for metrics relating to our handling of California rights requests in the period from January 1, 2022, to December 31, 2022.

| Type of Request | Number of Requests Received | Number of Requests Complied With (in whole or in part) | Number of Requests Denied* | Mean Days to Substantive Response |
|---|---|---|---|---|
| Requests to Know | 14 | 6 | 8 | 16 |
| Requests to Delete | 55 | 46 | 9 | 12 |
| Requests to Opt-Out | 10 | 10 | 0 | 1 |
| Do Not Sell My Personal Information | 2304 | 2304 | 0 | 1 |

## Data Retention

Your personal information will not be stored for longer than necessary for the purposes for which they were collected or as required under applicable retention policies and/or in accordance with applicable law. Our retention policies reflect local statute of limitation periods and national statutory obligations of UPS.

## Updates To Our Privacy Notice

This Privacy Notice may be updated periodically and without prior notice to you to reflect changes in our personal information practices. We will post a prominent notice on our websites to notify you of any significant changes to our Privacy Notice and indicate at the top of the notice when it was most recently updated.

## How To Contact Us

If you have any questions or comments about this Addendum, please contact us by email using the UPS E-mail Application.

You also may write to us at:

UPS Corporate Headquarters
Attention: Global Privacy Manager
55 Glenlake Parkway, NE
Atlanta, GA 30328
United States

## UPS: Privacy Notice - EEA Addendum

If you are a resident of the European Economic Area ("EEA"), the following additional EEA-specific provisions apply to our processing of your personal information. For EEA residents, the provisions of this EEA Addendum prevail over conflicting provisions in the Privacy Notice.

**Relevant Data Controller**
In addition to United Parcel Service, Inc., our subsidiaries and affiliates located in the EEA collect personal information.

The relevant data controller for your personal information is the UPS entity listed for the country you reside in according to the following list:

UPS Data Controllers

**Information We Obtain**
We process names, email addresses and telephone numbers of others to whom we are asked to send information on the assumption that the person who provided the information obtained it in accordance with applicable law. If this assumption is incorrect, please do not ask us to send information to third parties on your behalf.

We may need certain of your information in order to provide services, such as street addresses to deliver packages, or to use our website or our apps, such as your IP address. In addition, we may be required by law to collect certain information, such as whether a package contains hazardous materials. Where such information is so required, we may be unable to provide you with our services unless you provide us with this information.

In accordance with applicable law, we may obtain your consent separately before collecting information by automated means using cookies or similar devices. To learn more about the cookies and similar devices we use, please see our Cookies Policy.

**How We Use The Information We Obtain**
The legal bases for which we collect, use, transfer or disclose your personal information include (i) the performance of the contract we have with you, (ii) marketing, improvement of our services and other legitimate business interests, (iii) compliance with a legal obligation, and (iv) the protection of yours and others vital interests. The corresponding purposes for which we process your personal information are systematically included in the "How We Use the Information We Obtain" section in the Privacy Notice above.

We may process your personal information based on your consent, where required by law. If we request your consent, we will inform you of the intended purposes for which your information will be processed. Please note that if you choose to withdraw your consent, you may not be able to participate in or benefit from our programs, services and initiatives for which you provided consent. We also may use the information we obtain about you in other ways for which we provide specific notice at the time of collection.

**Data Retention**
Your personal information will not be stored for longer than necessary for the purposes for which they were collected or as required under applicable retention policies and/or in accordance with applicable law. Our retention policies reflect local statute of limitation periods and national statutory obligations of UPS.

**International Data Transfers**
If you are a resident of the European Economic Area, we may transfer your personal information to countries that have not been found by the European Commission to provide adequate protection, including the United States. For any such transfers, UPS takes necessary contractual measures to ensure that your personal information receives an adequate level of protection (including, for example, standard contractual clauses). For further information about UPS's international data transfer practices, and to consult the said contractual measures, please contact us using the contact details in the "How to Contact Us" section above.

**Your Personal Information Rights**
In addition to the right to access and correction, as specified above (under "Access and Correction" in the main body of this Notice), you have (i) the right to request the transmission of the personal information you have provided to us to you or another company, (ii) the right to object to any uses or disclosures of your personal information, (iii) the right to withdraw your consent in relation to our processing of your personal information based on your consent, (iv) the right to request deletion of your personal information and (iv) the right to request that we restrict processing of your personal information.

You may exercise these rights free of charge unless the request is unfounded, excessive, or otherwise unreasonable, for instance because it is repetitive. In some situations, we may refuse to act or may impose limitations on your rights, as permitted by law. Before UPS is able to provide you with any information or correct any inaccuracies, we may ask you to verify your identity and/or provide other details to help us respond to your request. For the exercise of your rights, please contact us using the contact information provided above in the "How to Contact Us" section. In all cases, you have a right to file a complaint with a Data Protection Authority.

**Note**
UPS Freight Less-than-Truckload ("LTL") transportation services are offered by TFI International Inc., its affiliates or divisions (including without limitation TForce Freight), which are not affiliated with United Parcel Service, Inc. or any of its affiliates, subsidiaries or related entities ("UPS"). UPS assumes no liability in connection with UPS Freight LTL transportation services or any other services offered or provided by TFI International Inc. or its affiliates, divisions, subsidiaries or related entities.



Copyright ©1994- 2023 United Parcel Service of America, Inc. All rights reserved.