# EXHIBIT 54
# to the Declaration of
# H. Hanzarik

Visa websites only share your personal information for cross-contextual behavioral advertising with your consent. To enable sharing, please modify your choices below. For details, see the Visa Cookie Notice.

Accept    Reject all    Review ∨



**VISANET**

# The power of VisaNet

Shaping the future of global commerce.

Discover VisaNet ›



**GETP@ID**
## Learn with creators →



**CARDS + BENEFITS**
## Find your Visa →



**GLOBAL SUPPORT CENTER**
## Get help, wherever you are →



**SHE'S NEXT IN FASHION**
## See how Visa uplifts women-owned SMBs →



**STARTUP COMPETITION**
## Visa Everywhere Initiative Special Editions →



**ACCEPT PAYMENTS GLOBALLY**
## Help customers pay how and when they want →



**OUR PROMISE**

# WHAT WE STAND FOR

Leading by example ›

**PEOPLE + POSSIBILITIES**
Addressing economic inequality by empowering people traditionally excluded from the financial system. ›

**SUPPORTING COMMUNITIES**
Empowering underserved communities and supporting local economies everywhere. ›

**PRESERVING OUR PLANET**
Committed to driving sustainable commerce as we work towards a more sustainable future. ›

## About Visa
Leading by Example
What We Do
Careers

## Our Values
ESG + Responsibility
Social Impact
Inclusion + Diversity

## News + Media
Visa Blog
Newsroom
Visa Navigate
Investor Relations

## Support
Support Center
Lost or Stolen Visa
Gift Card Balance
Visa Rules + Policy
Contact Us

## Legal + Privacy
Legal
Privacy Notice
Cookie Preferences
Your Privacy Rights
Intellectual Property Rights
Accessibility
Political Engagement + Advocacy

Select country/region
United States

   

©Copyright 1996 - 2023. All Rights Reserved.