# EXHIBIT 56
# to the Declaration of
# H. Hanzarik

VISA

Individuals  Businesses  Innovators  Everyone

Visa Privacy Center | Global Privacy Notice | **Visa Cookie Notice** | Your Privacy Rights | US Social Security Statement Page

# Visa Cookie Notice

**Effective date:** March 3, 2023

**A guide to cookies and other technologies**

- **Cookies**

Cookies are small text files that websites send to your computer or other Internet-connected devices to uniquely identify your browser or to store information or settings in your browser. Cookies allow us to recognize you when you return. They also help us provide a customized experience and can enable us to detect certain kinds of fraud.

First-party cookies are those cookies that are placed by Visa or otherwise generated by a domain that is visited directly, such as a social media platform. These cookies are used by Visa and include all the strictly necessary cookies that support the basic operations of our websites and apps.

Third-party cookies are placed by another company, including service providers, social media platforms, and third-party advertising companies. Cookies placed by third parties can be read by these third parties when you visit other sites in the advertising network, allowing a profile of your online behavior to be created so that the third party can deliver targeted ads from all its customers.

- **Pixel Tags and Web Beacons**

Pixel tags (also called web beacons) are tiny graphic images and small blocks of code placed on website pages, ads, or in emails that allow us to determine whether you have performed a specific action. When you access the pages or you open an email, the tag lets us know you have accessed the web page or opened the email. These tools allow us to measure response to our communications and improve our web pages and promotions.

- **Server Logs**

Server logs record activities on our websites. Other types of logs collect similar information from our apps. These logs record information about the device you use to access our website, your operating system type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. Our logs also record the IP address of the device you use to connect to the Internet. An IP address is a unique identifier that devices require to identify and communicate with each other on the Internet. We may also collect information about the website you were visiting before you came to Visa and the website you visit after you leave our site.

Cookies are small text files that websites send to your computer or other Internet-connected devices to uniquely identify your browser or to store information or settings in your browser. Cookies allow us to recognize you when you return. They also help us provide a customized experience and can enable us to detect certain kinds of fraud.

First-party cookies are those cookies that are placed by Visa or otherwise generated by a domain that is visited directly, such as a social media platform. These cookies are used by Visa and include all the strictly necessary cookies that support the basic operations of our websites and apps.

Third-party cookies are placed by another company, including service providers, social media platforms, and third-party advertising companies. Cookies placed by third parties can be read by these third parties when you visit other sites in the advertising network, allowing a profile of your online behavior to be created so that the third party can deliver targeted ads from all its customers.

https://policy.cookiereports.com/ff4ac8f3-en-gb.html

## How we use cookies

We use cookies and other online data collection tools for several many different purposes.

- **Strictly necessary cookies** and tags are used by Visa to support the basic operations of our websites and apps. They enable core website functions, such as authentication, security, network management, and accessibility. You may be able to disable these by changing your browser settings, but this may affect how the website functions.
- **Analytics cookies** and tags are used to measure aggregate website visitor activity, allowing Visa to optimize content. These are only treated as a separate category of cookies in certain countries where these cookies may be "on" by default (allowing you to turn them off at your option). Otherwise these cookies are categorized under the "performance and operation" category listed below and will be "off" by default where required (such as in the UK/EU).
- **Performance and operation cookies** and tags are used by us and our service providers to manage our websites. These activities may include collecting analytics about visitors to our website and collecting information about website usage. We use the information to compile reports and to help us improve the website. These cookies help us gather data to optimize our website's performance.
- **Site experience cookies** and tags are used to support your experience and include user-selected options and site navigation aids.
- **Marketing and personalization cookies** are used to enable social sharing and to deliver interest-based ads to you online.
  - **Social media cookies** and tags are used by us and social media platforms to enable users of the platforms to share content across our sites. We also work with social media platforms to deliver ads to you when you use these platforms. This targeting is done by the platform under its own terms of use.
  - **Advertising cookies** and tags are used by us, our service providers, and third parties to personalize the ads delivered to you on our site and on other sites. These cookies collect data about your online activity and allow ads to be displayed that may be of relevant interest to you. These cookies also record which ads you have seen and whether you engaged with the ad. These cookies help make sure that the ads you see are valuable to you and not repetitive.

We may also place third parties' cookies and tags when you visit a Visa website. This practice allows these third parties to collect information from you using these technologies on our websites. The information they collect is subject to their own privacy policies.

Our **server logs** record information about users to our websites. We may use these logs for internal purposes, such as website administration, optimization, and security. We may also use the data for fraud-protection, personalization, and advertising.

Uses of cookies can vary by country or state. More information is provided in the supplemental privacy notices posted in the Privacy Center or in the relevant website or app.

## Your choices

- For websites in certain countries, Visa provides you with the ability to manage cookies that are not strictly necessary to display our website, by clicking on the banner that appears upon first accessing the site or accessing the Cookie Preferences link at the bottom of the Visa website you are interacting with. Many Visa websites only place marketing, personalization, and advertising cookies if you explicitly accept these cookies by clicking "Accept All Cookies" when you first visit the website. If you have accepted cookies, you may adjust your preferences by accessing the Cookie Preferences link at the bottom of the Visa website you are interacting with.
- You can manage cookies and delete cookies from Visa and other companies using your browser settings. Browsers such as Chrome, Internet Explorer, Firefox, and Safari give you the ability to accept, reject, or delete cookies. Visit the "help center" for your browser to learn more. Please note that your browser settings are not used to manage Flash or Silverlight cookies. To manage Adobe Flash Cookies, visit the Flash Player help page. To manage Microsoft Silverlight Cookies, visit the Silverlight section of Microsoft's privacy statement.
- You can also take advantage of industry-sponsored programs that allow you to control the way companies advertise to you.
  - The Network Advertising Initiative (NAI) manages an opt-out program for many third-party advertising companies. You can opt out of being targeted by NAI members by visiting https://thenai.org/opt-out/.
  - On some websites, you may see an AdChoices icon, which may appear on certain targeted ads. You may click on this AdChoices icon to learn more information about the collection and use of your information or to opt-out of such collection in the future. To learn more about the Digital Advertising Alliance Consumer Choice tool, please visit https://optout.aboutads.info.
  - Additional information on cookies and online advertising choices are offered by:
    - **Adobe Marketing Cloud:** If you would like more information on how to remove yourself from the tracking and reporting functions performed for this website by Adobe Marketing Cloud, please visit the Opt-Out page at https://www.adobe.com/privacy/marketing-cloud.html.
    - **Google:** For information on how Google Analytics uses data, please visit "How Google uses information from sites or apps that use our services," located at https://policies.google.com/technologies/partner-sites.

In most cases, the choices you make are linked to your browser. If you use different browsers or different devices, you will need to set your preferences on each one. Even if you opt-out, you may still receive ads that are not customized for you, unrelated to your browser settings.

Although our websites currently do not have a mechanism to recognize the various web browser Do Not Track signals, we do offer our customers choices to manage their cookie preferences as described above. To learn more about browser tracking signals and Do Not Track, please visit https://www.allaboutdnt.com.

Residents of some countries and states have additional privacy rights. Information on these rights is provided in the supplemental privacy notices posted in the Privacy Center.

## Social media and platforms

Our websites may enable you to interact with us and others via social media platforms. This functionality is enabled using social media cookies and tags. For example, some Visa websites allow you to sign in using social media platform credentials. Please read the privacy statements provided by your social media platforms to understand how they use your information and to manage your choices.

---

| About Visa | Our Values | News + Media | Support | Legal + Privacy |
|---|---|---|---|---|
| Leading by Example | ESG + Responsibility | Visa Blog | Support Center | Legal |
| What We Do | Social Impact | Newsroom | Lost or Stolen Visa | Privacy Notice |
| Careers | Inclusion + Diversity | Visa Navigate | Gift Card Balance | Cookie Preferences |
|  |  | Investor Relations | Visa Rules + Policy | Your Privacy Rights |
|  |  |  | Contact Us | Intellectual Property Rights |
|  |  |  |  | Accessibility |
|  |  |  |  | Political Engagement + Advocacy |

Select country/region: United States




©Copyright 1996 - 2023. All Rights Reserved.