# EXHIBIT 57
# to the Declaration of
# H. Hanzarik