# EXHIBIT 58
# to the Declaration of
# H. Hanzarik

# Cookie Notice

Share

*Updated: February 15, 2022*

This Cookie Notice ("Notice") explains how WP Company LLC ("**The Washington Post**," "**we**," or "**us**"), along with our partners, including advertisers and vendors, use cookies and similar tracking technologies when you use our websites, applications, email newsletters, and other online products services that link to this policy ("Services"). This Notice also explains your choices with respect to cookies and other similar technologies. This Notice is part of the Washington Post Privacy Policy available here.

### What Are Cookies and How Are They Used?

Cookies and other tracking technologies on the Services, including but not limited to web beacons/GIFs, pixels, and SDKs (together "Cookies" unless otherwise stated) are small files or technologies that are placed on your computer or device when you visit an online site, service or app. They are used to recognize visitors across one or more browsing sessions and across one or more sites. Cookies help enable certain features (like remembering you so you do not have to re-log in), improve the Services, and deliver advertising.

Cookies can be set by the site or service you are visiting ("first-party cookies") or by a third party, such as analytics or advertising services ("third-party cookies"). Third parties may collect and use information as we have described in this Notice and our Privacy Policy and pursuant to their own privacy policies.

### Types of Cookies

Our Services use the following types of first and third-party Cookies:

- *Strictly Necessary Cookies* are necessary for our services to function properly and securely. They cannot be switched off in our systems. You can set your browser to block or alert you about these cookies, but some parts of the Services will not work.
- *Functional Cookies* enable us to provide enhanced functionality and personalization by remembering your preferences or settings when you return to our Services. Without these cookies, certain features may not function properly.
- *Performance Cookies* allow us to count visits and traffic sources so we can measure and improve the performance of our Services. They help us to know which parts of the Services are the most and least popular and see how visitors use our Services. We use third-party cookies, such as Google Analytics, to help with performance and analytics.
- *Targeting or Advertising Cookies* help deliver advertisements, make them more relevant and meaningful to users, and track the efficiency of advertising campaigns. We and our third-party advertising partners may use these cookies to build a profile of your interests and deliver relevant advertising on our Services, or on other sites or services. If you disable these Cookies, you may still see contextual advertising or ads based on information we have about you.
- *Social Media Cookies* are set by social media platforms on the Services to enable you to share content with your friends and networks. Social media platforms have the ability to track your online activity outside of the Services. This may impact the content and messages you see on other services you visit.

### Choices

Depending on where you live, you may be able to adjust your Cookie preferences at any time via a "Manage Cookies" option. You can also use the methods described below to manage certain Cookies and similar technologies. In many cases, including for Cookies, you must take such steps on each browser or device that you use. If you change or upgrade your browser or device, or delete your Cookies, you may need to use these opt-out tools again. Some Cookie-management solutions also rely on Cookies, so please adjust your browser Cookie settings carefully. We do not maintain or control the opt-out mechanisms and settings below and are not responsible for their operation.

**Browser Controls:** You may be able to disable and manage some Cookies through your browser settings. Instructions for how to manage Cookies in popular browsers are available at: Internet Explorer, Firefox, Chrome, Safari (iOS), Safari (Mac), and Opera. For other browsers, you can also visit your browser's help menu.

**Mobile Settings**: Your mobile device may also include settings that allow you to manage the use of cookies, such as Limit Ad Tracking or Tracking settings in iOS and Opt out of Ads Personalization in Android.

**Analytics:** To disable certain analytics Cookies, you can use the browser controls discussed above or, for some of our providers, you can use their individual opt-out mechanisms, such as Google Analytics Opt-Out, Chartbeat at https://static.chartbeat.com/opt-out.html, and Comscore at https://www.scorecardresearch.com/optout.aspx?newlanguage=1.

**Interest-Based Advertising:** Most third-party advertisers offer a way to opt out of their interest-based advertising. In addition to the steps described above, you may opt-out of certain targeted advertising from participating entities by visiting the Network Advertising Initiative and Digital Advertising Alliance in the US, Digital Advertising Alliance in the US, Digital Advertising Alliance of Canada, European Interactive Digital Advertising Alliance, Australian Digital Advertising Alliance.

You can also opt out of some of the advertising providers and vendors we use by visiting their settings or opt-out pages, such as Google's Opt-Out page, Facebook's Settings, LiveIntent's Ad Choices page, and LiveRamp's Opt-Out Page.

If you opt out through these methods, you may still see advertisements, but they may not be as relevant to you.

**Consequences of Deactivation of Cookies:** If you disable or remove Cookies, some parts of the Services may not function properly. Information may still be collected and used for other purposes, such as internal operations and to remember your opt-out preferences.

| Company | Get The Post | Contact Us | Terms of Use |
|---|---|---|---|
| About The Post | Become a Subscriber | Contact the Newsroom | Digital Products Terms of Sale |
| Newsroom Policies & Standards | Gift Subscriptions | Contact Customer Care | Print Products Terms of Sale |
| Diversity and Inclusion | Mobile & Apps | Contact the Opinions team | Terms of Service |
| Careers | Newsletters & Alerts | Advertise | Privacy Policy |
| Media & Community Relations | Washington Post Live | Licensing & Syndication | Cookie Settings |
| WP Creative Group | Reprints & Permissions | Request a Correction | Submissions & Discussion Policy |
| Accessibility Statement | Post Store | Send a News Tip | RSS Terms of Service |
|  | Books & E-Books | Report a Vulnerability | Ad Choices |
|  | Newspaper in Education |  |  |
|  | Print Archives (Subscribers Only) |  |  |
|  | Today's Paper |  |  |
|  | Public Notices |  |  |
|  | Coupons |  |  |