# EXHIBIT 59
# to the Declaration of
# H. Hanzarik



Subscribe   Sign in

# Advertising choices for individuals residing outside of California, Colorado, Connecticut, Utah, or Virginia

If you are a California, Colorado, Connecticut, Utah, or Virginia resident, you have certain rights with respect to the sale, sharing or processing of your personal information for targeted advertising under applicable law. We do not detect that you are from one of these states. If you believe this is an error, please Contact Us.

As explained further in our Privacy Policy, the Washington Post and our advertising partners collect certain pieces of information from our visitors, such as device identifiers, cookies, advertising IDs, and IP addresses and usage activity. We and our partners may share this information with third parties to deliver ads that are more relevant to you. Below, we explain how you can control the information that is shared by us, and we provide important information about those choices. You will still see some advertising, regardless of these choices.

**Digital Advertising Alliance ("DAA") Opt-Out**

The Digital Advertising Alliance ("DAA") offers tools to provide consumers with choices as to whether participating third parties can use your information to provide targeted advertising. To opt out of sharing your information with such participating third parties for targeted advertising, please use the following tools:

For websites: the DAA WebChoices Tool, available at https://optout.aboutads.info/?c=2&lang=EN. For mobile applications: the DAA AppChoices Tool, available at https://www.aboutads.info/appchoices.

**Google Opt-Out**

If you are on the web, you can also opt out of Google Analytics by installing Google's opt-out browser add-on, and opt out of interest-based Google ads using Google's Ads Settings. Google may also participate in the DAA WebChoices Tool (above).

**Mobile Ad Settings**

If you no longer wish to receive interest-based advertising on your mobile applications, please refer to your device's operating system settings, which may include "Limit Ad-Tracking" on iOS devices and "opt-out of interest-based advertising" on Android devices.

**Facebook Ad Preferences**

Facebook offers settings that may control what information Facebook uses about you or your device activity for advertising purposes. Login to Facebook and go to Settings > Ads > Ad Settings (web) or Ad Preferences > Ad Settings (app) for more information.

**LiveIntent**

We use LiveIntent to deliver personalized ads in some of our email newsletters. To learn more about LiveIntent or how to manage the data that LiveIntent may use to display email ads to you, please visit LiveIntent here and review the information LiveIntent provides about your choices. You can also visit LiveIntent's Ad Choices page.

*Please note:*

- The opt-outs described above are device and browser based. You must opt out on each device and each browser where you want your choice to apply.

- Opt-outs may be stored via cookies. If you clear cookies, your opt-out will no longer be valid and you must opt out again where you want your choices to apply.

- The Washington Post does not maintain or control the opt-out mechanisms and settings above and is not responsible for their operation.

- Exercising these choices does not prevent us from delivering contextual advertising, conducting cross-device tracking for us to serve you first-party ads directly, or using information for non-targeted advertising purposes.

- We may still disclose personal information as permitted by law, including with our service providers to help us perform certain functions such as analytics, providing and securing ads, and/or reducing ad fraud.

- The above choices will not opt you out of the use of previously collected and shared information or all interest-based advertising (such as that conducted by entities that do not recognize the choices exercised through the tools above).

If you have any other questions or requests, please contact us.

| Company | Get The Post | Contact Us | Terms of Use |
|---|---|---|---|
| About The Post | Become a Subscriber | Contact the Newsroom | Digital Products Terms of Sale |
| Newsroom Policies & Standards | Gift Subscriptions | Contact Customer Care | Print Products Terms of Sale |
| Diversity and Inclusion | Mobile & Apps | Contact the Opinions team | Terms of Service |
| Careers | Newsletters & Alerts | Advertise | Privacy Policy |
| Media & Community Relations | Washington Post Live | Licensing & Syndication | Cookie Settings |
| WP Creative Group | Reprints & Permissions | Request a Correction | Submissions & Discussion Policy |
| Accessibility Statement | Post Store | Send a News Tip | RSS Terms of Service |
|  | Books & E-Books | Report a Vulnerability | Ad Choices |
|  | Newspaper in Education |  |  |
|  | Print Archives (Subscribers Only) |  |  |
|  | Today's Paper |  |  |
|  | Public Notices |  |  |