# EXHIBIT 60
# to the Declaration of
# H. Hanzarik

The Weather Channel An IBM Business

59° Philadelphia, PA

Today | Hourly | 10 Day | Monthly | Weekend | Radar | Video | More Forecasts

HONDA New ACCORD HYBRID LEARN MORE

TOP STORY

# TRYING TO HOLD BACK THE SEA

## New Orleans' Drinking Water Crisis Grows

- Now Tracking Two Areas In The Atlantic
- First El Nino In 4 Years & How It Could Impact You
- Florida In For A Soggy Week With Rounds Of Storms
- Deadly Landslide Washes Homes Into River
- What Exactly is 'Winter Gas,' & Can It Save You Money?
- West Nile Danger: Mosquito Population Surges
- Jellyfish May Have A Thing Or Two To Teach Us About Our Brains
- Watch: Green Aurora Paints Alaskan Night Sky
- Don't Miss An Update: Get Breaking Weather News On Your Device

See More

Advertisement
ENJOY A $10 REWARD* WHEN YOU SPEND $25 ON HALEON PRODUCTS
Learn More
Available at Walmart

## Celebrating The Season

Your Complete Guide To All That's Fall

Advertisement
Saks
Saks Fifth Avenue Collection $264
Christian Louboutin $1,395
Zimmermann $1,600
Givenchy $2,395

## Check This Out

- Nature — Giraffe 'Finds Joy In Every Drop' On Rainy Day
- Travel — Fall Foliage Tracker: Peak Times And Current Status Across The U.S.
- Trending News — Cop Jumps In To Help Boy Land Big Fish
- Weather Explainers — 5 Changes To Expect From The Weather This Fall

More News

## Web Notifications

Breaking News & Top Stories

Stay up-to-date on the latest weather news with desktop and mobile phone notifications.

If you need help to opt in, please visit our Support Center.

Advertisement
GoDaddy Sell everywhere online with GoDaddy. Start for Free

Advertisement
The Weather Channel morningbrief
A daily, content-rich newsletter from your trusty weather source.
Get Newsletter

## Weather Today Across the Country

TODAY'S FORECAST SEP 26, 2023

Read More

## Hurricane Tracker

Track Storm

Advertisement
EPCOT The Magic of Possibility
Walt Disney World Learn More

Advertisement
Financial advice that fits your life
Financial advice that fits your life
ADVERTISEMENT BY VANGUARD

## Fall Driving Hazards

Don't Let These Dangers Creep Up On You

## REJUVENATE FOR FALL

- Do You Still Need Sunscreen In Fall?
- These 5 States Have Highest Rates Of Melanoma
- How To Get Relief From A Sunburn
- How To Minimize The Risk Of Eczema Flare-Ups On Hot Summer Days

See More

## Stay Safe

SKIN HEALTH BE PREPARED Presented by CVS

## No Ads. Just Weather.

Zap all the ads out of your weather experience.

Go Ad Free

Sponsored Content

Here Are 29 of the Coolest Gifts for This 2023 — Trending Gifts
Don't miss it! Listen to The Joel Klatt Show podcast for all the best colleg... — Fox Sports
The US States People Are Fleeing And The Ones They Are Moving To — Forbes
Philadelphia: Small New Volvo Cars For Seniors - Take A Look At Prices! — Volvo XC40
Vacant Houses inPhiladelphia- For Sale at Mind-Blowing Low Prices — GoFindYou
Why Your Firewood Needs This Drill Bit? — Libiyi

Sponsored Links by Taboola

Advertisement
hp BUY NOW

Connect With Us

The Weather Company An IBM Business

Feedback | Careers | Press Room | Advertise With Us | TV | Newsletter Sign Up

Terms of Use | Privacy Policy | AdChoices | Accessibility Statement | Data Vendors

Georgia

We recognize our responsibility to use data and technology for good. We may use or share your

## Your Privacy

See our Privacy Policy to learn about the types of data we collect and how we use and share it. We collect data from your browser to personalize your weather and the ads you see.

Review Privacy and Advertising Settings

