# EXHIBIT 61
# to the Declaration of
# H. Hanzarik



| Today | Hourly | 10 Day | Monthly | Weekend | Radar | Video | More Forecasts ▼ |

# Privacy Settings

### The Weather Channel and Your Privacy

Everything is better when it's tailored to you, including your weather forecast. Our website uses data from your browser to provide a personalized website experience.

We recognize the importance of being responsible with your data. That's why we offer you choices on how your data is used. Learn more in our Privacy Policy.

### Opt Out of Targeted Advertising and the Sale of Personal Data

We display advertisements to specific audiences based on preferences or interests, which is known as "targeted advertising." The Weather Channel does not sell your personal data as the term "sell" is commonly understood (i.e., monetary consideration). We do allow some advertising vendors to use your personal data for certain purposes other than providing and improving advertising services for our apps and websites (described in Section 3.D. of our Privacy Policy), which is considered a sale under certain U.S. state privacy laws. **We do not engage in any other sales of personal data.**

You may opt out of targeted advertising and the sale of your personal data (as described above) by using the options below. Sign in to associate these preferences with your account. Alternatively, you may use Global Privacy Control browser signals to opt out. This opt out is specific to this browser on this device, so:

- if you opt out here and later clear your cookies, you will need to opt out again after clearing your cookies;
- if you opt out here and later visit this site from a different browser or device, you will need to opt out through the other browser or device;
- if you opt out here and also use our app, you will need to opt out through the app.

You can change permissions at any time.

**Choose an option:**

⦿ Accept Standard Advertising Settings (Opt In)
I agree to receive targeted advertising and the sale of my personal data (as defined above). This is the default setting when cookies are enabled.

○ Opt Out of Targeted Advertising and the Sale of My Personal Data (Opt Out)
I do not wish to receive targeted advertising nor for my personal data to be sold (as defined above).

Are you a resident of a US state that provides a privacy right you don't see addressed here? Please visit our Privacy Policy for details about the rights that are available to you.

### Advertising, Analytics, and Opt Out Choices

You have the ability to control how your data is used, including to tailor advertising to your likely interests based on your activities across other apps or websites you use ("personalized ads"), in the following ways:

- Vendors: In order to provide accurate weather data free of charge, we work with vendors for advertising purposes that use cookies to serve and measure personalized ads on our website. We also work with certain vendors that use data collection technologies to track, analyze, and report data about the use of our apps and websites, and to analyze and optimize their performance. Click here to review the vendors' privacy policies and manage how they use your data.
- Browser settings: Your web browser may allow you to manage your cookies and local storage to control access to data about your online activity. We encourage you to check your browser's "Help" feature to learn how to block, disable, and delete cookies. Please note that for technical reasons, if you delete or block certain cookies, some features of the site may be unavailable or may not function as intended. For more information, please visit this "All About Cookies" guide on managing cookies.

You can exercise your Advertising, Analytics, and Opt Out Choices at any time. Note that if you use our apps or websites on more than one device or web browser, you will need to opt out of personalized ads on each device or web browser. If you choose to opt out, you will still see ads, but the ads will not be personalized ads.

### Manage Data Rights

We've put you in control of what data you share with us. To request a copy of data collected from this browser, manage your preferences, or request data be deleted, click Manage Data below.

Manage Data

Connect With Us          

Feedback   Careers   Press Room   Advertise With Us   TV   Newsletter Sign Up

Terms of Use | Privacy Policy | AdChoices ▷ | Accessibility Statement | Data Vendors



We recognize our responsibility to use data and technology for good. We may use or share your data with our data vendors. Take control of your data.

| Review All Privacy and Ad Settings | Choose how my information is shared | Data Rights |

© Copyright TWC Product and Technology LLC 2014, 2023

