# EXHIBIT 62
# to the Declaration of
# H. Hanzarik

- Interact with the Services — we may collect information you provide when you interact with content available on our Services; for example, you might set a "home" location so that every time you visit the Services, you are automatically displayed the weather for that home location, or you may choose to interact with optional polls or surveys, or you may choose to search for a location; and we may use that information to personalize the Services you visit, analyze and measure how you use the Services, deliver personalized advertisements and help measure the effectiveness of advertisements; and
- Engage with interactive advertising — we may receive the information you provide when you submit oral or written questions or comments via the interactive ads that are placed on the Services or on third-party platforms; and we may share this information with our advertisers where required by applicable law.
- Exercise a data subject rights request – to enable us to verify your identity and respond to your request, we may request additional information such as name and address.

C. *Automatic Collection.* We also collect certain information through automated means.
Some of the information we collect through automated means may, whether alone or combined with other data, be personal data. For example, we automatically collect:

- Information about your device and device capabilities;
- Information about your device operating system;
- Information about your browser;
- Information about how you use and interact with the Services;
- Your activities on the Services;
- IP address;
- Advertising identifiers;
- Mobile or Internet Carrier;
- Browser type;
- Browser identifier; and
- Referring URL.

D. *Location Information.* We may collect location information to provide you with location-based services (such as severe weather alerts, air quality, and other weather information), and conduct analytics to improve the Services. We may also use the collected location information to show you content (including advertisements) that are relevant to your geographic location. The type of location information we collect depends on your settings in the device you use to access the Services.

- **Web/Mobile Web Use of Location Information** – If you are accessing the Services through the Site, including via your mobile web browser, we may detect your general location based on your device's IP address information, so that we can automatically show you the weather for your approximated area. Depending on browser type and configuration, your browser may inform you that the Site would like to collect your specific location and request your permission to do so. Specific location may consist of the precise geographic location. If the collection is allowed on mobile web, it may be derived from the Global Positioning System (GPS). If you do not consent to the collection of specific location, or if your browser blocks the collection by default, then only your general location information is collected and may be stored locally on your device. You can always manually enter a location (such as city, postal code, and country). If you opt out of sharing your current location, you may continue to receive content, including advertisements, that is contextual to the latest location you searched (i.e., "contextual location").
- **Mobile App/In-Vehicle App Use of Location Information** – If you access the Services on your mobile device or automotive infotainment system and consent to sharing location information with our application, we may directly collect precise geographic location information and sensor data via Global Positioning System (GPS), cellular network information, and other location-based features. We typically receive the latitude and longitude of your device, as well as date and time and sensor data such as altimeter or information about the vehicle. Factors such as device and operating system determine the accuracy of this latitude and longitude we receive as it corresponds with your device's location. If you allow any of The Weather Channel mobile applications or The Weather Channel in-vehicle application to directly collect location information while the application is running in the background, you will enable continuous location collection. This may allow us to send you severe weather alerts for the area in which you might be traveling, in addition to other Services. You can turn off direct location collection (or, on some operating systems, continuous direct location collection) through your device settings or by deleting the application from your device. If you turn off location-based services, you may continue using the Services by manually entering a location into the search bar. When you disable direct location collection, you may continue to receive select alerts and advertisements based on your contextual location. Contextual location for the mobile apps or in-vehicle app is an approximated location derived from the latest location stored by the Services, (last searched location), prior to turning off direct location collection.
- **Data Vendor Use of Location Information** – Our service providers, and Advertising Vendors and Analytics Vendors (see Section 2 for more information) may also collect location information through the Services. We may share the location information we collect with third parties as addressed in Section 3. Refer to The Weather Channel In- Vehicle Application Section 17 for more information about vendor use of location data for the in-vehicle application.

E. *Alerts and Notifications.* Certain Services offer you the ability to receive push notifications (or in-vehicle app notifications) for weather-related or product updates, news stories, and special offers. To provide these Services, we may need to collect your device/browser information and/or mobile carrier information, in addition to the postcode or geographic area to which the alert, update, or notification pertains, including location information shared with the in-vehicle application (either precise location or contextual/searched location).

If you no longer wish to receive these types of notifications, you may opt out by turning them off within the settings of your device/browser, in-vehicle application, or the particular Service for which you registered, or by deleting the application.

F. *Information from Analytics Vendors, Advertising Vendors, and Advertisers.* Where legally permissible, we may obtain information about you or your use of the Services from Analytics Vendors and Advertising Vendors (see Section 2 for more information) and advertisers. We may combine the information you provide us and information we automatically collect with information from public or third-party sources. If we combine or associate information from other sources with personal data that we collect through the Services, we will treat the combined information as personal data in accordance with this Privacy Policy.

2. **Data Collection Technologies and Consumer Choice**

We and third parties acting on our behalf, or on behalf of advertisers or vendors, use various technologies that help us to manage the operations of our Services and track usage behavior. These technologies enable us to personalize your experience, advertisements, and provide you with requested forecast data. We follow the self-regulatory principles of the Digital Advertising Alliance ("DAA"), the Digital Advertising Alliance of Canada ("DAAC"), and the European Interactive Digital Advertising Alliance ("EDAA").

We work with a variety of advertising services that use various technologies to collect data about your use of the Services (such as content viewed or ads clicked on) on our behalf or on behalf of advertisers ("Advertising Vendors") in order to serve relevant ads. Advertising Vendors use various technologies on the Services to (among other purposes): track how the Services are used, what pages or content users interact with, and what sites or mobile applications users interact with after they leave the Services; link users' devices (i.e., cross-device or cross-platform tracking); and serve more relevant ads on and within the Services or other websites or mobile applications that you visit. Advertising Vendors may combine this data with other information they may have obtained from you or from other sources that is unrelated to your use of the Services in order to target and measure the effectiveness of advertisements. More information about this type of advertising that is tailored to your likely interests based on your activities across other apps or websites ("personalized advertising") is available from the Network Advertising Initiative's website - https://www.networkadvertising.org/understanding-online-advertising/what-is-it/.

We also work with certain entities that use data collection technologies to track, analyze, and report data about the use of the Services and to analyze and optimize the performance of the Services ("Analytics Vendors").

Information collected via the data collection technologies described in this section may be linked to other information about you such as location information and may be considered personal data. We and our vendors may use the technologies described in this section, alone or in combination, to understand user behavior, target and measure the effectiveness of advertisements, help diagnose problems, recognize repeat visitors, and facilitate your access to and use of the Services.

A. *Use of Cookies, Web Beacons, and Information Saved by Other Technologies*

Third parties may use cookies and other technologies through use of our Services to support or deliver personalized advertising on third-party websites and online services. The data collection technologies we and third parties use on web include but are not limited to:

1. **Cookies:** Cookies are text files containing small amounts of information that are downloaded to your computer or mobile device when you visit a website and stored within your browser. Cookies are then sent back to the originating website on each subsequent visit to that website or to another website that recognizes those cookies. Some cookies on our Services collect IP and MAC addresses, which may be considered personal data in some jurisdictions. Cookies are useful because they allow a website to recognize a user's device. For more information, please visit this "All About Cookies" guide - https://www.allaboutcookies.org/. The cookies used on this website can be categorized in the following ways:

   Category 1: Strictly Necessary Cookies
   These cookies are essential in order to enable you to use the Services and its features.

   Category 2: Performance Cookies
   These cookies collect information about how you use the Services (such as which pages you go to most often and if you receive error messages). In general, these cookies do not collect information that directly identifies you. However, some such cookies may collect GeoIP or other identifiers that may be considered personal data in some jurisdictions.

   Category 3: Functionality Cookies
   These cookies allow Services to remember choices you make (such as language or the region you are in) and provide enhanced features (such as local weather reports or traffic news). These cookies can also be used to remember changes you have made to customize the Services.

   Category 4: Targeting Cookies
   These cookies collect several pieces of information about your browsing habits. They are often placed by advertising networks rather than website operators. They collect information about your interactions over time with the Services as well as with third-party websites and online services. This information may be shared with other organizations such as advertisers in order to provide you with advertisements that may be more relevant to you based on your inferred interests.

   Category 5: Social Network Cookies
   These cookies are generally generated by content embeds. They allow social network users to share content and use other features such as publishing comments.

2. **Web beacons:** Certain pages on the Services contain web beacons, also known as web bugs, pixel tags or clear GIFs. Web beacons allow third parties to obtain information, such as the IP address of the computer that accessed the page on which the web beacon appears, the URL of the page on which the web beacon appears, the time the page containing the web beacon was viewed, the type of browser used to view the page, and the information in cookies sent by the third party.

3. **Web Storage:** We use local storage, to enhance user experience by, for example, storing your user preferences and settings (e.g., volume/mute) in connection with animated content on the Services. Local storage is similar to browser cookies but can store data more complex than simple text. By itself, local storage cannot do anything to or with the data stored on your device.

B. *Use of Advertising Identifiers*

We and our Advertising Vendors may collect information about usage of mobile applications via advertising identifiers to support or deliver personalized advertising. An advertising identifier is a randomly-generated alphanumeric code associated with a user's device. Advertising identifiers provide advertisers a way to identify a user's device without using a permanent device identifier, such as serial number.

C. *Your Choices Around Cookies, Advertising Identifiers, and Other Technologies Used by Vendors*

You have the ability to control how your data is used, including for personalized advertising, in the following ways:

- *Vendors:* This Privacy Policy does not cover the practices of vendors outside of our Services and we do not control vendors' technologies. We provide links to more information about vendors' privacy practices and any available opt outs here.
- *Browser settings:* Your web browser may allow you to manage your cookies and local storage to control access to data about your online activity. We encourage you to check your browser's "Help" feature to learn how to block, disable, and delete cookies. Please note that for technical reasons, if you delete or block certain cookies, some features of the site may be unavailable or may not function as intended. For more information, please visit this "All About Cookies" guide - https://www.allaboutcookies.org/manage-cookies/ on managing cookies.
- *Device settings:* The Android and iOS versions 6 to 13 mobile device operating systems allow you to control how your device's advertising identifier is used to support or deliver personalized advertising. The iOS versions 14 and above mobile device operating systems allow you to control use of the advertising identifier and "tracking;" learn about tracking from Apple at Settings > Privacy > Tracking > Learn More
  - Android device settings (version 2.3 and above): "Opt out of Ads Personalization" by following the instructions provided by Google here - https://support.google.com/googleplay/answer/3405269
  - iOS device settings (versions 6 to 13): "Limit Ad Tracking" at Settings > Privacy > Advertising > Limit Ad Tracking
  - iOS device settings (versions 14 and above): "Tracking" permissions at Settings > Privacy > Tracking

The opt outs described above are device- or browser-specific and may not be available for all devices. So, if you opt out on your mobile device, you may continue to receive personalized advertising on your desktop computer or other devices. If you choose to opt out, you will still see ads, but the ads will not be based on your activities across other apps and websites you use.

The automotive in-vehicle infotainment system (device) includes permissions for location data and notifications. The Weather Channel in-vehicle application does not provide advertising. Refer to Section 17 for more information about The Weather Channel in-vehicle application.

The automotive in-vehicle infotainment system (device) includes permissions for location data and notifications. The Weather Channel in-vehicle application does not provide advertising. Refer to Section 17 for more information about The Weather Channel in-vehicle application.

You can also opt out of future information collection from the Services by adjusting the settings on your device, ceasing use of the Service on web, or un-installing the relevant application.

*Industry Group Opt-Outs:* Some industry organizations offer centralized tools where you can opt out of the use of your data by multiple vendors at once. For more information about Digital Advertising Alliance (DAA) and Network Advertising Initiative (NAI) opt-out tools to assist you in managing choices for participating companies that use cookies, visit the following sites:

- The DAA's opt-out page - https://optout.aboutads.info/?c=2&lang=EN
- The Digital Advertising Alliance of Canada's (DAAC's) opt- out page - https://optout.aboutads.info/?c=3&lang=en
- One of the EDAA's country-specific opt-out pages - https://youronlinechoices.eu/
- The NAI's opt-out page - https://optout.networkadvertising.org/?c=1

Also, the DAA offers AppChoices, a separate choice tool for users to exercise control over the collection and use of data through mobile applications for personalized advertising and other related uses. To exercise choice for participating companies, you can install the DAA's AppChoices application on your mobile device. Visit http://youradchoices.com/appchoices for more information on DAA's AppChoices tool.

Information collected via the data collection technologies described in this section may be linked to other information about you such as location information and may be considered personal data. We and vendors may use the technologies described in this section, alone or in combination, to understand user behavior, target and measure the effectiveness of advertisements, help diagnose problems, recognize repeat visitors, and facilitate your access to and use of the Services.

*Do Not Track:* Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals, and in general the signal has yet to gain widespread acceptance. As a result, we will not recognize requests coming through as DNT signals.

*Marketing and Newsletter Communications:* If you have previously subscribed to any of our marketing or newsletter communications with your email address, you have three options to opt-out of this correspondence as detailed below:

- Withdraw consent from your account settings page which can be accessed on the Site or by following the "update my preferences" button at the bottom of your emails
- Utilize the "unsubscribe" button at the bottom of your emails
- Request a data delete from our Manage Data Rights page which will completely delete your account (see Section 6 for more information)

3. **How We Share or Disclose Your Information with Vendors**

We may also share any information collected from the Services including aggregated or statistical data that we may generate from such information in the following ways:

A. *Service Providers.* When your data is collected on the Services, it may be shared with select Analytics Vendors and Advertising Vendors that assist us with marketing or advertising campaigns for our brands, and providers of services that assist us with our business operations, with the provision of the Services, or in delivering you the features and functionality that you have requested ("Technology Vendors"). These service providers include companies that support our advertising programs for our brands, provide data storage, support customer service, assist with audience research and product development, facilitate, or deliver materials to you, and provide map content for the Services. Our service providers are authorized to use the data that we provide to them only to carry out and improve the service they are providing for us. All such service providers are contractually bound by us to keep the data confidential. See Section 17 for information about service providers for The Weather Channel in-vehicle application.

B. *Companies Offering Promotions, Products, or Services.* At times, we will provide you with the opportunity to choose to receive promotions, products, or services from third-party sponsors. We also may provide you with the opportunity to receive products and services directly from specifically identified third parties through the Services. In these instances, you must explicitly consent to receive each offer. When you choose to receive offers from specific third parties, your information is shared with them to enable them to provide you with the offer you have requested. We are not responsible for the information collection practices of these third parties, and all information provided is governed by their privacy policies. You should review the privacy policies of these third parties before supplying personal data to them.

C. *Other Websites, Other Services, Plug-Ins and Links.* Like many websites on the Internet and other Internet-based services, the Services may link to webpages located on websites or services maintained by various other entities. In some cases, you may navigate to pages of other websites that are framed with elements of the Services such as in the header or footer or an interactive ad. In that case, the URL or prominent text on the other website will identify the site you are visiting. In other cases, such as advertisements, you will be connecting to another site or service when you click on or otherwise activate those opportunities, including click-to-call, click-to-text, and click-to-email opportunities. These other sites and services are not bound by this Privacy Policy, and we are not responsible for their information collection practices. The privacy policies of other organizations may differ from ours, for example, with respect to the level of security, use of cookies, and collection, use and disclosure of personal data. Some of the Services allow users to interact with other websites or services. You may remain logged into those other sites and services until you log off. Your use of those other sites and services is subject to the privacy policies of those sites and services, and not this Privacy Policy.

Some of the Services use third-party operating systems, platforms, communication services, devices, and software elements (such as mobile device operating systems, wireless services, mobile phone, and tablet devices), and some of the Services are provided by third-party distributors, device makers, device operators, platform operators, and communication services. We do not control these third-party entities, products, and services, and they may collect, use, process, transmit, and disclose your information. As we do not control these third-parties' data handling practices, we recommend that you review their privacy policies, terms of use, and license agreements (if any).

D. *Advertising Vendors.* We may share information we collect with Advertising Vendors, including those used by our advertisers, so that they can: (i) deliver and/or support the delivery of relevant content or ads on our websites or apps, advertisers' websites or apps, or other third-party websites or apps; (ii) analyze and report on content or ads users see or interact with, and; (iii) improve their services. Advertising Vendors may also collect information via the technologies discussed in Section 2 above or via interactive ads. The information may include data about how users interact with the Services, information users provide via interactive ads, the content and ads users have viewed, users' activities on other websites and online services, and physical places users have visited.

E. *Bundling Companions.* We have partnered with several publishers and businesses to provide you with an option to bundle ("the Bundle") their subscriptions through your registered account and/or on an offer page available on our Services. You will need to manage your account for the Bundle on our Services. By subscribing to the Bundle, you agree that certain account information (e.g., your e-mail address, name, and account status) will be provided to each Bundling Companion for purposes of assessing your eligibility for the Bundle, activating, administering, improving your experience with the Bundle and each Bundling Companion, and communicating confirmation that the Bundle has been activated. Any such account information received by the Bundling Companion will be subject to each Bundling Companion's respective Privacy Policy and Terms of Use.

F. *Purchase or Sale of Businesses.* We continually look for ways to improve our business, including purchasing a business or selling all or part of our business. If we buy, merge, reorganize or sell any business or assets, personal data and non-personal information will likely be disclosed or transferred as part of the transaction.

G. *Aggregated Information.* As part of the Services, we may aggregate or otherwise alter information (including location information) that is collected from the Services so that it does not identify your device and cannot reasonably be linked to your device. We may use or share such information with third parties for research or commercial purposes (e.g., analyzing trends based on foot traffic). As explained in Section 1.D. above, you can turn off the collection of location data through your device settings.

4. **Other Limitations on Privacy**

We, our affiliates, or our service providers may disclose your data without your permission (i) pursuant to judicial or other government subpoenas, warrants, or orders or otherwise to comply with law; (ii) where we believe an individual's rights, property, or safety or security is at risk; (iii) if we find that your actions violate our Terms of Use (available in application settings for The Weather Channel in-vehicle application) or any of our other legal rights; or (iv) where otherwise required or permitted by applicable law (which may include a lawful access request by U.S. or foreign courts, governments, or law enforcement agencies).

5. **Retention Period**

We will retain your information for as long as needed to provide and develop the Services. We will also retain and use your information as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements. We may retain information that no longer identifies you indefinitely.

6. **Data Rights**

You can request to access, obtain a portable copy of, correct, or delete data related to your stored preferences and your use of the Services. Please note that we may take steps to verify your identity to enable us to respond to your request.

Because we do not require users to register in order to use our Services, if you use more than one of our Services, or if you use our Services on more than one device or web browser, you will need to manage your data for each of the Services separately. If you have a registered account and are logged in to your account at the time of the request, we will be able to retrieve data related to your use of the Services while you were logged in and all other devices you have used while logged into your registered account.

- To manage your Data Rights on weather.com, click here.
- To manage your Data Rights on The Weather Channel iOS or Android mobile application or Storm Radar mobile application, navigate to Data Rights in the app menu.
- To manage your Data Rights on The Weather Channel in-vehicle application, please email twc-auto-support@weather.com. Refer to Section 17 for more information about your data rights with The Weather Channel in-vehicle application.

Please note that following a deletion request, we will resume collecting personal data if you continue your use of the Services, and your personal data will also enable us to personalize the Services you visit and the ads that are placed on the Services.

As permitted by law or to provide our Services, we do not delete data we use to:

- Complete transactions requiring data such as billing information or transaction histories;
- Respond to customer support inquiries;
- Detect and prevent security incidents, identify, and repair errors that impair functionality of our Services (e.g., log files, error diagnostics); and
- Comply with legal obligations.

Note to registered users and subscribers: At this time, we cannot delete data directly associated with your account without deleting your account. If you wish to correct information related to your account or delete your account and all data associated with it, please click here. Please note we associate to your account every device (including different browsers) you log into with the sole exception of local data stored on your devices. Performing a deletion request will delete data we have on all other devices you have used while logged into your registered account, and similarly, an access request will return data from all these same devices.

In the event that you consider our processing of data related to your use of the Services not to be compliant with the applicable data protection laws, you can contact us at privacy@weather.com or lodge a complaint with the relevant data protection authority. If you are a California resident, you can contact us at californiaprivacy@weather.com.

7. **Minors' Privacy**

We are committed to protecting the safety and privacy of young people using the Internet. We do not knowingly collect personal data from children under age 18. We believe that children should get their parents' or guardians' consent before giving out any personal data. If you become aware that we have collected personal data from a child without parental consent, please notify us promptly at privacy@weather.com. If we become aware that a child under age 18 has provided us with personal data without parental consent, we will take steps to remove such personal data.

8. **International Transfers**

The Services are hosted on servers inside and outside the United States. If you are located in the European Union or elsewhere outside of the United States, information that we collect (including through cookies) will be processed and stored in the United States, a jurisdiction in which the data protection and privacy laws may not offer the same level of protection as those in the country where you reside or are a citizen. Subject to applicable law, by using our Services and providing information to us, you consent to the transfer to and processing of information in the United States and other jurisdictions. Where necessary under applicable law, we may employ appropriate cross-border transfer methods governing personal data.

9. **Our Commitment to Security**

We have put in place physical, electronic, and managerial procedures intended to protect your data. Of course, we cannot guarantee that your communications with the Services will never be unlawfully intercepted or that your data will never be unlawfully accessed by third parties. Any transmission of information is at your own risk.

10. **Changes to the Privacy Policy**

We reserve the right to change this Privacy Policy as business needs require. If we decide to change this Privacy Policy, we will post those changes here prior to the time they take effect. If we make material changes to the way we use personal data, we will notify affected users through the Services.

11. **How to Contact Us**

If you have a question related to this Privacy Policy, please contact us at privacy@weather.com or if you are a California resident, at californiaprivacy@weather.com, or if you are a user of The Weather Channel in-vehicle application, at twc-auto-support@weather.com, or at:

The Weather Company, an IBM Business
Attn: Privacy Office
1001 Summit Boulevard, Floor 20
Brookhaven, GA, USA 30319

12. **California Privacy Rights Act (CPRA) Notice**

The California Consumer Privacy Act of 2018 ("CCPA") as amended by the California Privacy Rights Act of 2020 ("CPRA") hereafter referred to as CPRA, requires certain disclosures that are covered above in this Privacy Policy. This section provides an overview of the information required by CPRA and how to exercise your CPRA rights if you are a California resident.

A. *Disclosures about the use of your Personal Information*

As described in Section 1 of this Privacy Policy, we collect and use certain information, some of which may be considered Personal Information, in order to operate the Services and to maximize your experience.

The list below includes the categories of Personal Information that we have collected in the past twelve months from you, collected or derived from your use of the Services, or information we received from our Analytics Vendors and Advertising Vendors:

- Identifiers such as a name or email address;
- Personal information described in Cal. Civ. Code Section 1798.80(e), such as credit card information (only if you have registered an account