| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*Admitted pro hac vice*) |
| (wsomvichian@cooley.com) | KHARY J. ANDERSON (DC No. 1671197) |
| AARTI REDDY (SBN 274889) | (kjanderson@cooley.com) |
| (areddy@cooley.com) | (*Admitted pro hac vice*) |
| REECE TREVOR (SBN 316685) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| (rtrevor@cooley.com) | Washington, DC 20004-2400 |
| ANUPAM DHILLON (SBN 324746) | Telephone:  +1 202 842 7800 |
| (adhillon@cooley.com) | Facsimile:  +1 202 842 7899 |
| ELIZABETH SANCHEZ SANTIAGO | |
| (SBN 333789) | |
| (lsanchezsantiago@cooley.com) | |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:  +1 415 693 2000 | |
| Facsimile:  +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| | **DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 584-1 & 585-1)** |
| This Document Relates to: *all actions* | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD

1    Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2    Documents to remove the following documents from this Court's docket:

- Ex. 1 to Declaration of Whitty Somvichian – Redacted Expert Report of Aaron Striegel, PhD. (ECF No. 584-1)
- Ex. 7 to Declaration of Whitty Somvichian – Redacted Deposition Transcript of Terry Diggs (ECF No. 585-1)

After the filing of the docket entries listed above, Google discovered that certain confidential information was left unredacted. Upon discovering this error, Google's counsel contacted the ECF HelpDesk, requesting that the inadvertently-filed documents be temporarily blocked. Google will promptly file corrected versions of these documents. Accordingly, Google respectfully requests that ECF Nos. 584-1 and 585-1 be permanently removed from the docket.

Respectfully submitted,

Dated: October 3, 2023                COOLEY LLP

By: */s/ Whitty Somvichian*
     Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

291956642

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD