# EXHIBIT 1
# to Declaration of
# W. Somvichian

## (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD |

**EXPERT REPORT OF AARON STRIEGEL, Ph.D**

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ................................................................................................ 3

    A.    Qualifications ................................................................................ 3

    B.    Assignment ................................................................................... 8

    C.    Executive Summary of Opinions ................................................. 9

II.    BACKGROUND ............................................................................................ 11

    A.    Case Background ........................................................................ 11

    B.    General Overview of Web Communications ............................... 11

           1.    Overview of Protocols ...................................................... 12

           2.    Examples of Internet Communications and The Information Typically Shared ......................................... 14

           3.    Cookies ............................................................................. 16

    C.    Real-Time Bidding ..................................................................... 17

    D.    Overview of Cookie Matching .................................................... 20

    E.    Overview of Relevant RTB Bid Request Fields ......................... 22

    F.    Choices, Settings, and Characteristics Impacting RTB ............. 27

           1.    Publisher Controls ............................................................ 28

           2.    User Controls .................................................................... 29

III.    THERE IS SIGNIFICANT VARIATION IN THE DATA INCLUDED IN RTB BID REQUESTS AND THE OPINIONS OF DR. WILSON AND DR. SHAFIQ TO THE CONTRARY ARE INCORRECT ................................... 34

    B.    Dr. Wilson's claim of "uniform" data in RTB bid requests is contradicted by the data he reviewed ................................... 34

           1.    Trade Desk Data ............................................................... 34

           2.    New York Times Data ....................................................... 37

    C.    Dr. Shafiq's assertion of "uniformly shared" data is contradicted by the data he reviewed as well as the data samples discussed above ......................................................... 39

           1.    Even where data fields are consistently populated with substantive values in the named Plaintiffs' data, the data varies across individual bid requests in terms of specificity, accuracy, and other factors ................................................ 42

           2.    Dr. Shafiq provides no adequate basis to extrapolate his findings based on the named Plaintiffs' data to the Proposed Class Members as a whole ....................................................................... 43

# TABLE OF CONTENTS
(continued)

Page

3.  Dr. Shafiq's illustrations of alleged data sharing in RTB are misleading. ............................................................................. 46

    a.  Paragraph 42e Location Examples ............................................. 46

    b.  Paragraph 46 Examples .............................................................. 49

IV.  DR. WILSON'S ADDITIONAL OPINIONS ARE ALSO INACCURATE AND UNSUPPORTED. ............................................................................................ 52

A.  Dr. Wilson's claim that certain data fields are "reasonably capable of being associated with individuals and households" mischaracterizes the data. ........................................................................................................... 52

    1.  Third-party cookies and cookie matching ................................. 52

    2.  Mobile Device IDs .................................................................... 54

    3.  User Lists ................................................................................... 55

    4.  Fingerprinting ........................................................................... 55

B.  Dr. Wilson's claim that RTB is "unavoidable" is contradicted by his own findings from the named Plaintiffs' data. ......................................... 57

C.  Dr. Wilson's opinion that the GAP setting does not "completely stop the sharing and selling of google account holder's information through Google RTB" is based on an unreliable experiment that does not support his conclusion. ............................................................................................ 59

## I.    Introduction

### A.    Qualifications

1.      The details of my education, work experience, and research are summarized in my curriculum vitae ("CV"), which is attached to this Report as Appendix A. A list of all cases in which, during the last five years, I have testified as an expert at trial or by deposition is attached to this Report as Appendix B.  In the remaining paragraphs in this section, I have summarized some of the relevant information from my CV.

2.      I am currently a Professor in the Department of Computer Science and Engineering at the University of Notre Dame. I received my Ph.D. in Electrical and Computer Engineering in 2002 from Iowa State University in Ames, Iowa. I received my Bachelor's degree in Computer Engineering in 1998 from Iowa State University in Ames, Iowa. I have served in my current role as Professor in the Department of Computer Science and Engineering at the University of Notre Dame since May 2018. Prior to that period, I served as an Associate Professor from May 2009 to May 2018, and prior to that as an Assistant Professor (tenure track) from January 2003 through May 2009.

3.      From 2012 through 2018, I served as the Associate Chair in the Department of Computer Science and Engineering overseeing junior faculty mentoring, external degree program accreditation via ABET (the professional accreditation body for engineering, including Computer Science via CSAB), and other administrative duties for the department. In 2011 and 2017, I led the reaccreditation of the Computer Science and Computer Engineering programs for the Department of Computer Science and Engineering at the University of Notre Dame with ABET. Furthermore, since 2020, I have served as the Program Director for the Bachelor of Arts in Computer Science which is a joint program between the Department of Computer Science and Engineering and the College of Arts and Letters at the University of Notre Dame.

4.     I have published nearly 40 peer-reviewed journal papers and over 100 papers in the areas of computer networking, computer security, engineering education, and real-time systems. Out of those papers, three papers have received best paper awards at conferences. My work has been cited by research papers and other scholarly materials over 3780 times with an h-index of 35 (h papers having been cited at least h times).

5.     I have served on numerous Technical Program Committees (TPCs) for top conferences in my field of research. For example, I served as the general chair for ICCCN on its 25th International Conference on Computer Communications and Networks, which was held in August 2016. For the past several years, I have served amongst a select group of nearly 40 individuals serving as Area Chairs for IEEE INFOCOM which is one of the premier research venues in the area of computer networking. I have also served on numerous panels and federal grant review efforts. For example, I recently served on a panel at INFOCOM 2018 concerning the impact of artificial intelligence (AI) on networking research. Prior examples include serving on a panel regarding large-scale instrumentation of mobile devices at CSET 15 (8th Workshop on Cyber Security and Test). Most recently, I gave a keynote regarding data collection and smart device challenges at the SmartWork workshop in October 2021.

6.     My research group has produced numerous, large-software artifacts available to researchers and interested parties including code bases across C, C++, C#, Java, MATLAB, Python, Swift, Go, and Tcl. Notable software products produced by our research group include a fully functional agent for Android proximity / communication monitoring (PhoneMonitor, Java), a full visualization suite for network security context (ENAVis, Java, C++), improved rehabilitation utilizing a combination of the Nintendo Wii balance board and Microsoft Kinect (WeHab, C#), an integrated software suite for capturing smartphone, wearable, and beacon sensing

4

streams (Tesserae, multiple languages), implementations for video streaming utilizing QUIC (Go), and a full network programming suite for layer two to layer seven interactions (ScaleBox, C++). All of the efforts involve multiple years of development and range on the order of thousands to hundreds of thousands of lines of code. I have supervised / am in the process of supervising millions of dollars (over $17M) of funding during my time at the University of Notre Dame for research purposes relating generally to networks, network security, and sensing devices. Funding sources include government agencies (National Science Foundation (NSF), National Institute of Health (NIH), Defense Advanced Research Projects Agency (DARPA), and Intelligence Advanced Research Projects Activity (IARPA), private foundations (National Academies / Keck Foundation), and industrial support.

7.      I have supervised 16 students through completion of their Ph.D. degrees, eight students through completion of their Masters degrees, and numerous undergraduates conducting research. Primary focus areas of the various dissertations and theses are outlined in my CV and are oriented around my primary areas of research (computer networking, computer security, and computer systems, specifically embedded systems and ubiquitous sensing (Internet of Things)).

8.      I have instructed over 30 courses across my time as an instructor between Iowa State University and the University of Notre Dame. Courses have ranged from an introductory course for freshmen on engineering concepts to graduate level courses on operating systems and security. During that time, I co-taught a MOOC (Massive Online Open Course) to nearly 10,000 students entitled "Understanding Wireless" offered as a joint effort between edX and the University of Notre Dame.

9.      I have participated in multiple curriculum revisions including a recasting of the lab of the embedded system course at Iowa State University (C, Assembly), a conversion of the

5

introductory programming sequence at the University of Notre Dame (from Scheme to C/C++), and piloted new courses on computer security, human-computer interaction, graduate networks— also at the University of Notre Dame. 10. I served as a co-PI (Principal Investigator) of the Industrial University Cooperative Research Center (IU/CRC) sponsored by the National Science Foundation at the University of Notre Dame, of which Notre Dame is a site under the Broadband Wireless Applications Center (BWAC). I have participated in considerable industrial outreach including funding from Sprint, Google, Alcatel-Lucent, Hewlett-Packard, and Sun Microsystems. I am a founding member of the Wireless Institute at the University of Notre Dame and serve as part of the Executive Committee. Past and current collaborators for the Wireless Institute include Sprint, Alcatel-Lucent, InterDigital, National Instruments, the Office of Naval Research, and the Lab for Telecom Sciences.

10.     I completed several industrial internships during my graduate and undergraduate work, all with substantive programming roles. In 1996 (January through August), I worked in a cooperative work program with Fisher Controls (now Emerson Process) in Marshalltown, Iowa. In 1997 and 1998 (both May to August), I continued with additional summer internships also at Fisher Controls. The work at Fisher Controls included development in C++ and C supporting GUI development and communications tool development (HART, Fieldbus). In 2000 (May to August), I worked for Architecture Technology Corporation, a small research firm in Eden Prairie, Minnesota. My tasks included development in C++ on a fully functional suite of a network gateway capable of providing DHCP and MobileIPv4 support. In 2002 (January to May), I worked for the Universite de Technologie Compiegne in Compiegne, France in partnership with Motorola. My duties there included the development of a specification for distributed admission control support with C++ and Tcl support for simulation in ns2 for the purposes of mobile resource

management. In 2002 (May to August), I worked for Sun Microsystems in Mountain View, California. My duties included the creation of a fully functional emulation testbed for the evaluation of network processors via Layer 2 through Layer 4 rule bases (for a product dubbed NEON related to an upcoming Sun Blade system) with all code written in Java.

11.     During my time as an instructor (both as a Ph.D. student and as a professor), I have drawn extensively on those industrial experiences in teaching the various code and system-oriented classes. I have taught 11 courses that involved significant aspects of C programming (CSE 20211, CPRE 211, CSE 30341, CSE 60641, over 800 students), four courses that involved significant aspects of object-oriented (CSE 20211, CSE C++, C#) programming (over 150 students), six courses that had significant systems components with considerable C programming (over 225 students, CSE 30341, CSE 30342, CSE 60641), two courses with considerable introductory programming (MATLAB) (800 students, EG 10111), and four courses with robust assembly components (nearly 500 students, CPRE 211). Furthermore, my programming and system notes were published as an open note set. Finally, I have taught three courses centered on networking (CSE 30289, CSE 60744, CSE 60884— one at the undergraduate level, two at the graduate level) and one course on security (CSE 498U— cross-listed between undergraduate / graduate). Cumulatively, I have over 20 years of coding experience (industry, graduate school, faculty member) in C and C++ programming. I have over 20 years of experience with computer networks and over 18 years of experience with computer security topics.

12.     With respect to this effort, several aspects of my expertise are particularly relevant. First, I have extensive experience dealing with personal information including gathering, storing, and processing human subject data.  Over a period of more than ten years, I led studies involving several thousand human subjects studying the interplay of mobile devices, wearables, and social

media as part of the NetSense, NetHealth, Tesserae, and Future of Work efforts. These studies all involved gathering significant survey data, day to day short surveys, health and activity data via wearables, usage data from smartphones, and archival extractions of social media behavior. My personal role included supervising these studies directing nearly all aspects of data collection, data storage, security, platform auditing, and data sharing / collaboration policy supervision involving numerous portions of personal and sensitive data. Second, my research group has done significant recent work on the interplay of network instrumentation and advertising. Our recent publication at ICC 2023 looked at how wireless network instrumentation can be leveraged to improve rich video delivery for advertisements and we have studied extensively the interplay of cached content and its relationship to the advertising ecosystem on mobile devices, particularly as part of real-time bidding.

### B.    Assignment

13.    Defendant Google LLC ("Google") has retained me to review the expert reports of Dr. Zubair Shafiq and Dr. Christopher Wilson, submitted on behalf of Plaintiffs in the *In re Google RTB Consumer Privacy* litigation, and to evaluate certain opinions in those reports.[1] Specifically, I have been asked to evaluate (1) Dr. Shafiq's and Dr. Wilson's assertions that bid requests in Google's Real-Time Bidding system ("RTB") all contain "uniform" or "common" data, including Dr. Shafiq's extrapolation of his findings from the named Plaintiffs' data samples to the proposed class as a whole, Shafiq Rpt. Section V, Wilson Rpt. Section V, and various examples and illustrations that Dr. Shafiq and Dr. Wilson offer about the data, Shafiq Rpt. Section VI, Wilson Rpt. Section V, (2) Dr. Wilson's claim that certain data fields are "reasonably capable of being

---

[1] *See* Expert Report of Zubair Shafiq ("Shafiq Rpt."); Expert Report of Christopher Wilson ("Wilson Rpt."). My decision not to respond to any one of Plaintiffs' experts' opinions in this report should not be construed as an endorsement of that opinion.

associated with individuals and households," Wilson Rpt. Section VI (3) Dr. Wilson's claim that

RTB is "unavoidable," Wilson Rpt. Sections VII, VIII, and (4) Dr. Wilson's opinion that disabling

the Google Ads Personalization setting ("GAP") does not "completely stop the sharing and selling

of Google account holder's information through Google RTB" Wilson Rpt. Section IX.

14.     In forming my opinions, I have reviewed materials, data, and information provided

to me by counsel or obtained from public sources. These materials include, among others, the

Complaint[2], the Shafiq Report, the Wilson Report, documents Dr. Shafiq cited in his report, certain

documents Dr. Wilson cited in his report, certain documents the parties produced in the case,

certain deposition testimony of Google employees, and various data and publications from publicly

available sources.[3] I have also reviewed the same data samples that Drs. Shafiq and Wilson

reviewed in forming their opinions, and I provide detailed analyses of those data samples below.

The facts and data that I have relied on in forming my opinions are identified in this report and in

Appendix C. I reserve the right to adjust or supplement any opinions, as appropriate and permitted

by the Court, should additional relevant documents or data become available.

15.     My billing rate for time spent on this matter is $575 an hour.  My compensation is

not contingent in any way on the nature of my opinions or the outcome of this litigation.

**C.    Executive Summary of Opinions**

16.     For the reasons stated in this Report, it is my opinion, based on findings drawn from

the same data samples that Plaintiffs' experts reviewed, that Google does <u>not</u> share a "common"

or "uniform" set of data in all RTB bid requests, as Drs. Shafiq and Wilson contend.  Instead,

whether certain information that Plaintiffs contend is "personal information" is included in a given

---

[2] *In re Google RTB Consumer Priv. Litig.*, Consolidated Class Action Complaint, Case No. 4:21-cv-02155-YGR-VKD (N.D. Cal.).
[3] All deposition transcripts and documents produced by Google cited in this report appear as exhibits to the concurrently-filed Declaration of Whitty Somvichian.

bid request, and in what form that information is included, depends on many individualized factors. These factors include various privacy-related settings that are available to both publishers and Google account holders, including (1) tools that Google provides to publishers to restrict the data used for advertising on their websites; (2) the GAP setting Google account holders can use to disable personalized ads; and (3) various controls in web browsers, mobile devices, and other tools to restrict cookies, prevent personalized ads, and otherwise control the use of their data.

      17.    As a result of these many different factors that can impact the data included in RTB bid requests, I expected that the data samples produced in this case would show significant variation in the specific data that is included in individual bid requests. My analysis of the data confirms this is the case. For instance, in the named Plaintiffs' data samples, the ▇▇▇▇▇▇▇▇▇▇ field (which relates to cookie matching, one of the alleged wrongful practices that Plaintiffs allege) was omitted in ▇▇▇ of bid requests. In the sample of bid request data produced by the Trade Desk (a third-party in this case), the ▇▇▇▇▇▇▇ field–one of the pseudonymous identifiers Plaintiffs claim constitutes "personal information"–was omitted in ▇▇▇ of records. And in the data sample produced by the New York Times (another third party), the ▇▇▇▇▇ field, another pseudonymous identifier Plaintiffs' experts address, was omitted in ▇▇▇▇▇▇▇ of records.  Moreover, in data samples where location information was available, the size of the location area (based on the combination of reference coordinates and reported accuracy level) ranged from an area of a few kilometers to an area of hundreds of kilometers.  These are just some examples of the variation I observed in the relevant data samples, which undermine Dr. Shafiq's and Dr. Wilson's opinions.  Thus, it is my opinion that the data included in RTB bid requests in fact varies significantly across individual bid requests.

18.     In addition, I have formed the additional opinions as follows: <u>First</u>, Dr. Wilson's assertion that certain information in bid requests is "reasonably capable of identifying individuals or households" misstates the nature and potential use of the data fields he identifies, which cannot be used to reliably identify unique devices or individual persons or households in the proposed class. <u>Second</u>, Dr. Wilson's opinion that RTB is "unavoidable" is incorrect; his own data analysis shows that a substantial portion of websites do not participate in Google RTB and visiting those websites does not result in bid requests being sent. <u>Third</u>, Dr. Wilson's opinion that the GAP setting does not "completely stop the sharing and selling of Google account holder's information" is based on an unreliable experiment that does not support his conclusion.

## II.     Background

### A.     Case Background

19.     I have reviewed Plaintiffs' Complaint, and understand that Plaintiffs have brought various legal claims against Google based on allegations that Google "sells" and "shares" the "personal information" of Google account holders (as defined under the Google Terms of Service and under California law) by including certain data in bid requests sent to RTB participants. *See* Complaint ¶¶ 19-21.

20.     I understand that Plaintiffs seek to certify a class consisting of all Google account holders who have had their account holder information shared through Google RTB since June 28, 2016 ("Proposed Class Members").

### B.     General Overview of Web Communications

21.     To provide a foundation for later discussion in my report, I begin with a brief overview of basic networking protocols as related to web-based content retrieval. This includes a brief overview of the networking protocols (IP, TCP, and HTTP), the mechanisms governing how

an end device interacts with the Internet (DHCP, DNS, NAT), and how modern web pages generally operate.

### 1.    Overview of Protocols

22.    In short, web and app-based connectivity generally needs three key protocols in order to operate: IP, TCP, and HTTP / HTTPS.

23.    IP: IP (Internet Protocol) governs the network layer which routes data across the Internet from one device to another between the respective IP addresses.[4]  The two most common versions of IP are IPv4 which consists of a 4-byte address (ex. 129.74.20.40) or a 16-byte IPv6 address.[5]  A device typically receives an IP address dynamically through a protocol such as DHCP (Dynamic Host Configuration Protocol).[6]  DHCP is often initiated when a device first joins the network to receive an IP address that is valid for a specific duration while connected to the network (the lease time).

24.    TCP: The Transmission Control Protocol (TCP) provides a protocol to reliably deliver data across the Internet.[7]  Each server that accepts network connections via TCP listens on specific port(s) (a 16-bit number) with port 80 being a common port used for HTTP (web) transfers.

25.    HTTP/HTTPS: HTTP or the HyperText Transfer Protocol defines what is known as an application-layer protocol and defines how a web client (e.g. a web browser) interacts with a web server.[8]  HTTPS is the secure version of the HTTP protocol. HTTP defines a set of actions

---

[4] Larry Peterson & Bruce Davie, Computer Networks: A Systems Approach (2009), ch. 3.3, https://book.systemsapproach.org/internetworking/basic-ip.html.

[5] *Id.* at ch. 4.2, https://book.systemsapproach.org/scaling/ipv6.html.

[6] *Id.* at ch. 3.3.7, https://book.systemsapproach.org/internetworking/basic-ip.html#host-configuration-dhcp.

[7] *Id.* at ch. 5.2, https://book.systemsapproach.org/e2e/tcp.html.

[8] *Id.* at ch. 9.2.1, https://book.systemsapproach.org/applications/traditional.html#world-wide-web-http.

that a client or server can undertake including actions such as GET, PUSH, and POST.  During a web session, a client will use HTTP or HTTPS to retrieve or push content for or to the server.

26.   <u>NAT</u>: Many networks (e.g., home, enterprise, cellular) employ NAT (Network Address Translation) whereby one or more end devices can share one or more "public" IP addresses.[9]  NAT allows a gateway or router to offer "private" IP addresses (non-publicly routable addresses) to devices on the "inside" of the network (via DHCP).  When packets need to cross over from "inside" the network to the "outside" (e.g., public on the Internet) or vice versa, the IP address is appropriately translated between the respective addresses.

27.   From the perspective of a server on the Internet, it is the public address that is presented when a device connects to the server via TCP/IP.  Informally, one can think of public address effectively as a "care of" address that is translated appropriately at the gateway / router via NAT as noted earlier.  Hence, any public IP address that is shared via NAT could represent one or more actual devices.[10]

28.   With the rise of mobile devices, devices will frequently roam between different networks to connect to the Internet.  For example, one smartphone or laptop might initially connect from a home WiFi network, then connect over a cellular network while the individual rides to work, and then connect at work to a different WiFi network.  In each case, the mobile device reconnects and re-initiates DHCP as it switches to each different network.  As noted earlier, the server only sees the public IP address as part of a connection.  Hence, it is likely that from the server perspective, many public IP addresses that connect to a server are often shared by one or

---

[9] Pyda Srisuresh & Matt Holdrege, *IP Network Address Translator (NAT) Terminology and Considerations*, IETF Datatracker (August 1999), https://datatracker.ietf.org/doc/html/rfc2663.
[10] What Is Network Address Translation (NAT)?, Cisco, https://www.cisco.com/c/en/us/products/routers/network-address-translation.html.

often many devices.[11]   Furthermore, it is not uncommon that even the same device may connect to the same server using different IP addresses over the course of a normal day.

29.    A Virtual Private Network (VPN) is a mechanism whereby an end device can choose to tunnel some or all of its traffic to a specific endpoint in the Internet rather than through the default path of the router.[12]  VPNs can be used to grant access to on-site resources that are normally restricted by external firewalls.  Over the past decade, VPNs have also been used to redirect traffic for the purposes of increased privacy with numerous commercial services offering the ability to select endpoints (exits) across numerous states and countries. This results in a user appearing to originate their traffic from a different geographic location.

30.    While geographic locations can be derived from IP addresses, the accuracy of such locations can vary considerably.  The variation in accuracy can be traced to technical challenges, including network mobility (e.g. mobile devices on cellular networks share public IPs via NAT) and other aspects of IP assignment.

### 2.    Examples of Internet Communications and The Information Typically Shared

31.    During a normal web connection, a TCP/IP flow is first established and the client (e.g. a web browser) will send a HTTP GET request to the server hosting a web page.[13]  For instance, consider an access to the New York Times web page (see below).

---

[11] *Id.*

[12] Peterson, *supra*, ch. 3.3.9, https://book.systemsapproach.org/internetworking/basic-ip.html#virtual-networks-and-tunnels.

[13] https://developer.mozilla.org/en-US/docs/Web/HTTP/Methods/GET.



32.    The example HTTP GET request that begins the process of fetching the content on my web browser to the New York Times (https://www.nytimes.com) web server is shown as captured using a tool named `mitmproxy`.[14]



33.    In this example, the GET request is sent to the web server at www.nytimes.com. Generally, a GET request will also include headers with information about the device on which the browser is running, among other things. The "user-agent" shown above is an example of a HTTP request header[15] whereby the web browser can identify itself, as part of a normal HTTP GET request.  In this example, the user agent string was "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.6 Safari/605.1.15".  This user agent identifies a Mac OS X device (my laptop) accessing the Internet using the Apple web browser Safari, version 605.1.15, for the request.

---

[14] `mitmproxy` is an open source tool that allows for the proxy and inspection of secure traffic (e.g., HTTPS). *See* https://mitmproxy.org/.

[15] https://developer.mozilla.org/en-US/docs/Glossary/Request_header.

34.     As noted earlier, the remote web server (in this example, the New York Times) will see the public IP address for my connection, not the private IP address on my local network.  The screenshot below on the left side shows the IP address of my local machine[16] while the screenshot on the right shows the result from browsing to WhatIsMyIP.com, a free website that shows the public address, ISP, and estimated location.[17]  Notably, my location was not Naperville, Illinois but rather was in Indiana.



35.     Frequently, various objects within a web page are drawn from multiple different web servers, not just those of the content provider.  Advertisements are one example of objects within a page that are retrieved by the browser as part of displaying the given web page or content. For each object included in the web page, the retrieval of said object (page, script, image, video) often involves making a new TCP/IP connection from the client to the relevant server using HTTP or HTTPS.

### 3.     Cookies

36.     Many websites employ the use of cookies which are small pieces of information that may persist between web browsing sessions.[18]  Informally, a web browsing session can be defined as the time from when the web browser is opened until the web browser is closed or exited.

---

[16] The IP address for my laptop was accessed by pressing Option and clicking on the WiFi icon on my Mac.
[17] *IP Address Lookup – IP Location Lookup For Any IP Address*, What Is My IP, https://www.whatismyip.com/.
[18] https://developer.mozilla.org/en-US/docs/Web/HTTP/Cookies.

Cookies allow a website to remember a user or the respective settings of the user thereby enabling customization of a site and potentially improving the user experience.

37.     Cookies may either be non-persistent or persistent.[19]  Non-persistent cookies exist only within a given browsing session.  Non-persistent cookies typically govern actions such as on-line shopping (e.g. using a shopping cart).  Persistent or stored cookies continue to exist between web sessions.  Persistent cookies can be used to cache authorization credentials (e.g. Remember Me to stay logged into a website) or to remember preferences (e.g., the user wishes to have the satellite view when seeing a map).  Persistent cookies have an expiration as defined by the site setting the persistent cookie. In addition, cookies may be either first party or third-party cookies.[20] A first party cookie is a cookie placed by the primary domain that is visited (e.g., a cookie from cnn.com).  A third-party cookie is a cookie placed by a web object not associated with the primary site that is visited (e.g., a cookie from doubleclick.net from an image on doubleclick.net when visiting cnn.com).  A server associated with a domain may only read cookies associated with its domain (e.g., only google.com can read cookies associated with google.com).

### C.     Real-Time Bidding

38.     Real-time bidding refers to a protocol that enables the buying and selling of online ad impressions through auctions that occur in near real-time during a visit to a website.  Real-time bidding takes advantage of the natural loading time of a website to allow for a real-time auction to take place for various advertising opportunities.  The original concept of real-time bidding can be traced back to the early 2000's.[21]

---

[19] *What is a Persistent Cookie?*, CookiePro by OneTrust, https://www.cookiepro.com/knowledge/what-is-a-persistent-cookie/.

[20] Masha Komnenic, *First-Party vs. Third-Party Cookies: Differences Explained*, Termly (Mar. 1, 2022), https://termly.io/resources/articles/first-party-cookies-vs-third-party-cookies/.

[21] *See* Roi Fainstein, *What is Real-Time Bidding (RTB) in Program Advertising?*, TaboolaBlog, (Apr. 20, 2022), https://blog.taboola.com/what-is-real-time-bidding.

39.     In real-time bidding, the publisher (e.g. the operator of the website) makes its ad inventory (the ad space available on a page or app) available to a supply side platform (SSP).  A SSP is a technology platform that allows a publisher to manage and sell their advertising inventory.[22]  One example of a SSP operated by Google is Ad Manager.

40.     The real-time bidding process involves the SSP sending requests for ads to one or more ad exchanges.  The ad exchange is responsible for running the real-time auctions for individual ad slots.  The SSP may elect to act as both the SSP as well as the ad exchange.  Ad buyers typically use Demand Side Platforms (DSPs) to manage ad placement across multiple exchanges.

41.     Conceptually, real-time bidding can be divided into three distinct phases which include: ad request, bid collection (bid requests and bid responses), and ad placement.

42.     <u>Ad Request</u>: The process begins with a user's browser sending a request to fetch the publisher's webpage (HTTP GET).  Next, the publisher responds with the core HTML document that contains page content as well as multiple page objects, one of which is the code for what is known as the ad tag.  The ad tag causes the user's web browser to generate a request to the SSP, known as the ad request.

43.     As the SSP is likely a different server than the server for the publisher, the user's browser will generate a new TCP/IP connection with the SSP,[23] which arrives at the SSP with the public IP address associated with the user.  The ad request to the SSP will include relevant

---

[22] *SSP (supply-side platform): definition, how it works?*, OnAudience, https://www.onaudience.com/resources/ssp-supply-side-platform-definition-how-it-works/.

[23]  From the perspective of the SSP, the IP address is the public address(es) on which the user is connected.

information provided by the publisher about the particular type of ad being requested (dimension, type) as well as typical HTTP request headers (including the user-agent as described earlier).

44.     <u>Bid Collection (Bid Requests and Bid Responses)</u>: The next phase is the bid collection phase, consisting of bid requests and bid responses. After receiving an ad request from a publisher, the SSP will then commence an auction at the ad exchange.  The ad exchange notifies the various DSPs (e.g., the RTB participants) of the available ad inventory by sending a bid request containing information about the ad inventory (dimensions, type, pricing) as well as other information.[24]  This can encompass a variety of information known by the SSP such as information contained within the HTTP GET request to the SSP (e.g., user-agent, IP address), derived information from the request (general location from IP, etc.), and various cookie or cookie-derived information (e.g. pseudonymous advertising identifiers).

45.     The OpenRTB protocol is an industry protocol that specifies a standardized set of information that may be included in a RTB bid request although individual SSPs may choose what specific data fields and information to include in a given bid request.[25]  The Authorized Buyers protocol is Google's implementation of the real-time bidding process.[26]  The Authorized Buyers protocol includes various extensions to OpenRTB as well as various fields from OpenRTB that are intentionally excluded, coarsened, or redacted from the OpenRTB specification.  Google's RTB bid requests are the focus of Plaintiffs' claims and I address the contents of bid requests in more detail below in Section II.E.

---

[24] *SSP (supply-side platform): definition, how it works?*, OnAudience, https://www.onaudience.com/resources/ssp-supply-side-platform-definition-how-it-works/.
[25] *OpenRTB        (Real-Time        Bidding)*,        IAB        Technology        Laboratory, https://iabtechlab.com/standards/openrtb/.
[26] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide.

46.     Upon receiving the bid request and taking into account the information in the bid request and its own information, the DSP may act on behalf of an advertiser to send a bid response to the ad exchange, with a bid amount.

47.     Ad Placement: The final phase is ad placement.   The ad exchange collects bid responses from the various participants and determines the winning bid using an auction mechanism.  If the winning bid surpasses the minimum price set by the publisher, the winning bid and ad is sent from the ad exchange to the SSP.  The SSP will then send the URL for the winning ad back to the user.   Finally the user's web browser will fetch the content of the ad from the web server.  Similar to the connection to the SSP, the web browser of the user will initiate a new TCP/IP connection and HTTP GET to the ad URL which will include the relevant HTTP request header information (user-agent, referer, etc.).

48.     The process described above is the same regardless of whether the user is a Google account holder or not.

### D.     Overview of Cookie Matching

49.     Cookie matching also known as cookie syncing[27] refers to a process whereby cookies associated with the same browser but from different domains are linked together.  This cookie matching process stems from the fact that web servers from a given domain can only read cookies from that same domain (e.g., bestbuy.com can only read cookies from bestbuy.com, not appnexus.com and vice versa).  As an example, take a web browser that searches for big screen Samsung TVs on the Best Buy website (bestbuy.com) and then browses Yahoo (yahoo.com). Cookie matching allows the ad buyer (Best Buy) to receive a bid request that includes its cookie, which indicates that the same browser that visited Best Buy is now browsing Yahoo.  Best Buy

---

[27] Maciej Zawadziński, *What Is Cookie Syncing and How Does it Work?*, Clearcode (June 7, 2022), https://clearcode.cc/blog/cookie-syncing/.

can then bid on that ad opportunity to display, for example, a more relevant ad for that user that involves Samsung TV deals.  Much like how a car dealership might elect to send a postcard advertising a sale for a particular model of car a person had expressed interest in, this process is similar but tied to a particular browser.

50.     For the purposes of the remainder of this background, I will focus on the cookie matching process as associated with Google RTB.[28]  The Google pseudonymous identifier in bid requests is derived from a Google cookie known as a Biscotti (e.g. a cookie created by fetching a web object from doubleclick.net).  The Biscotti identifies only a web browser on a given device; it is not tied to the Google account of any particular user.[29]  Further, the Biscotti itself is not included in bid requests; rather a unique, encrypted version of the Biscotti is generated for each RTB participant.  This is called the Google User ID, which can be included in bid requests but may be omitted for various reasons discussed further below.  The Google User ID is not the Google account ID nor is it related to any information in a user's Google account.

51.     Similarly, RTB participants also can create their own cookies which act as pseudonymous identifiers for a browser, for the purposes of populating the match table.  This process may also employ appropriate hashing or encryption or both.  In contrast to the Biscotti, which can fall into the category of as third party cookies, the RTB participant's cookies would typically be a first party cookie, e.g. the user previously visited that site (Best Buy).

---

[28] Google's RTB documentation describes several different variations of cookie matching: bi-directional and uni-directional variations as well as bidder-initiated and Google-initiated variations.  There is also a fifth variation named Cookie Match Assist which is targeted at exchanges / DSPs that operates in a similar manner to the aforementioned variations. The center of the cookie matching process is the population of a match table that matches the pseudonymous identifiers from both the RTB participant as well as the Google RTB service.

[29] *See In re Google RTB*, No. 4:21-cv-02155-YGR-VKD, ECF 510, at 2 (N.D. Cal. May 16, 2023).

52.     Notably, whether a cookie match occurs and how long a match remains valid is dependent upon several factors, particularly with regards to cookie management, advertiser settings, and user settings.

53.     First, if a user elects to clear the cookies in their browser related to either the advertiser or Google, the match table linkage is broken.  If both cookies are cleared, any derived information is no longer valid and the match fails until reconstructed if at all (e.g. if the user never revisits the original site, no new first party cookies will be created).  One example would be the usage of a private browsing session whereby all cookies are deleted at the end of the session.[30]

54.     Second, if the browser does not support third party cookies or if the user employs software that eliminates advertising cookies, Google's cookie and any derived identifiers would no longer be valid.

55.     Third, as will be noted later, the owner of the site (e.g., Best Buy) may elect to use only non-persistent cookies.  The browser and its users would still be able to conduct e-commerce but cookies or settings would not persist between visits.  No cookie matching would be possible due to the lack of persistent cookies.

56.     Finally, a Google account holder may elect to opt out of ad personalization (discussed later).  In such a case, no pseudonymous identifier is provided as part of the bid request.

### E.     Overview of Relevant RTB Bid Request Fields

57.     I understand that Plaintiffs are asserting, through the expert reports of Drs. Shafiq and Wilson, that certain data fields in RTB bid requests are uniformly shared in all bid requests.  I disagree with this assertion and describe my findings that show substantial variation in the data included in bid requests, below in Section III.  For this background section, I discuss certain data

---

[30] https://support.google.com/chrome/answer/7440301?hl=en.

fields that Drs. Shafiq and Wilson address, including the purpose of the field, the mechanisms by which such fields are generated, and briefly discuss other external factors that impact said fields. Later in my report, I discuss in more detail the lack of uniformity across many of the fields based on my analysis of the log data.

58.     **google_user_id field:** The `google_user_id` field can contain the Google User ID that is derived from the Biscotti cookie described earlier.  When an ad request is sent from a browser to Google, as described above, the Biscotti cookie associated with that browser (if present) may be included.[31]  As noted earlier, the Biscotti cookie is transformed into an encrypted value that is unique to each RTB participant before it is sent in a bid request.  As will be described later in this report, there are many factors that determine whether or not the `google_user_id` field is actually populated in a given bid request.  It is also important to note that the Biscotti cookie does not indicate whether or not the user of the browser is a Google account holder.

59.     **hosted_match_data field:** The `hosted_match_data` field is related to the cookie matching process as described earlier.  If there is a cookie match for a given RTB participant, information about the match may be provided as part of the bid request to that RTB participant.  The `hosted_match_data` field will not and cannot be populated if a match is not found. The `hosted_match_data` field is different from the ███████████████████████ field, which only tracks whether hosted match data was included in a bid request. The ███████████████████████████ field is not included in bid requests but is logged internally by Google.[32]

---

[31] *See* Section II.F. (discussing browser restrictions concerning third party cookies and tracking cookies).

[32] *See In re Google RTB*, No. 4:21-cv-02155-YGR-VKD, ECF 434, at 6 (N.D. Cal. Mar. 1, 2023).

60.    **ip_address field:** As part of an ad request, the user's browser will establish a TCP/IP connection to Google, as explained above.  Google will see the public IP address making the ad request as part of normal TCP/IP operation.  Google truncates the IP address value before including it in the bid request sent to RTB participants.  For IPv4, this means including only the uppermost three bytes (out of four total bytes) and for IPv6, this means including the uppermost six bytes (out of sixteen total bytes).[33]  In certain configurations, as discussed below in Section II.F., the IP address field may not be populated even in a coarsened form.

61.    As noted earlier, the particular public IP address may be shared by one or more devices with most devices undergoing some sort of NAT before transiting out from the initial network connectivity.  For mobile networks and in particular cellular networks, a given public IP address may cover a fairly significant geographic area (e.g. an entire city or town).  By truncating an IP address to only the uppermost bytes, the truncated IP address would represent potentially 253 separate public IP addresses, each of which could be used by numerous shared devices and browsers.[34]

62.    **user-agent field:** As noted earlier, the user-agent string is provided by the web browser as part of the HTTP request headers during a normal web request.  The user-agent string can contain a variety of information including various browser versions, operating system, and other capabilities (see earlier discussion).[35]

---

[33]  *See*  https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#bidrequest-object.

[34] For a class C network in IPv4 which is the upper 3 bytes (e.g. a /24), IP addresses .0 and .255 are generally not considered to be valid addresses due to their usage as broadcast addresses or subnet identifiers.

[35] *See* https://developer.mozilla.org/en-US/docs/Web/HTTP/Browser_detection_using_the_user_agent ("But note that some browsers are lying: Chrome for example reports both as Chrome and Safari. So to detect Safari you have to check for the Safari string and the absence of the Chrome

63.     The granularity of the user-agent string can vary depending upon the particular publisher setting with Google RTB as will be described later.  If selected by the publisher, only a generalized agent string[36] is shared that redacts many of the minor version fields associated with the user agent string to zero (e.g., Chrome 106.5.15.4 becomes Chrome 106.0.0.0).

64.     **advertising ID fields:** The device advertising ID is a unique, per-device, user-resettable pseudonymous identifier employed for tracking of user activity for advertising purposes.  For an iOS device, the advertising ID is known as the Identifier for Advertising (IDFA) and on an Android device, the advertising ID is known as the Google Advertising ID (AdId).[37] A device's advertising ID may be contained in certain data fields in a bid request (including the `encrypted_advertising_id`, `encrypted_hashed_idfa`, `advertising_id`, and `hashed_idfa` fields) as inclusion of these fields is optional, per Google's RTB documentation.[38]

65.     Various settings may impact whether or not advertising ID is included in a bid request or whether the advertising ID is provided to Google.  On iOS, the user may elect to disable tracking (IDFA) through several different mechanisms, LAT (Limit Ad Tracking) and ATT (App Tracking Transparency).  Similar settings are also available for Android.  In both cases, control is handled locally on the device meaning that the device itself passes a blank advertising identifier (all zeroes) when interacting with the Google Ads mobile SDK.[39]

---

string, Chromium often reports itself as Chrome too or Seamonkey sometimes reports itself as Firefox.").

[36] *See* https://developers.google.com/authorized-buyers/rtb/useragent-gen.

[37] *See* https://support.google.com/admanager/answer/6274238?hl=en.

[38] *See* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#mobile-object.

[39] Unlike browsers which use cookies together with a web-centric approach for ads, an app uses a mobile SDK or software development kit for ads that does not use cookies.  Mobile apps are generally focused on a specific task (game, shopping, etc.) rather than allowing for broad browsing of the web.

66.     Users may also reset their mobile device advertising IDs through standard device settings in iOS and Android devices.  In the event that a user resets the advertising identifier on their device, subsequent ad interactions from that device within an app will appear to be from a different device.

67.     **Location fields:** Bid requests may also contain location data derived from the public IP address observed during the TCP/IP connection when the ad request is sent to Google. Location data is not derived from GPS information from a user's mobile device, which tends to be more accurate than IP-derived location.  I understand that no information from a user's Google account is used to derive location (or to populate any other bid request data field, as noted earlier).[40]

68.     The location fields in a Google RTB bid request can be grouped into two categories: civil locations and geographical coordinates.[41]  Civil locations include the fields country, region, metro, city, and zip.  Note that there exists some overlap amongst the fields as a city may contain multiple zip (codes), a metro area may contain multiple cities, etc.

69.     Geographical coordinates contain the latitude and longitude of a reference point to the hundredths of a degree and an associated accuracy which contains an estimated radius of uncertainty in meters around the reference point.  For instance, an accuracy value of 8322 would denote an uncertainty radius of 8.32 km (5.17 miles) or an area of 217.35 square kilometers (83.92

---

[40] In contrast to the OpenRTB specification which allows for separate geolocations for the user (e.g., home address) and the device (where the device is when the ad is placed). *See* OpenRTB API Specification Version 2.0 at 10, available at https://www.iab.com/wp-content/uploads/2015/06/OpenRTB_API_Specification_Version2_0_FINAL.pdf.  Several fields from the OpenRTB specification are also never populated in a Google RTB bid request (regionfips104, lastfix, type, ipservice).

[41] https://developers.google.com/authorized-buyers/rtb/geotargeting.

square miles).  As I understand the Google documentation, Google applies additional coarsening based on the size of the geographic area and number of users within that area.[42]

70.    **Verticals and user lists**:  Bid requests previously included a ████████████████ field, which contained the subject matter category (the "vertical") of the website where the ad inventory was located. This ██████████████ field has not been populated in bid requests since approximately February 2020 and there are no other data fields in bid requests that contain information on the vertical(s) of the websites where the ad inventory is located.[43]

71.    Bid requests also previously contained a `user_list` field. As background, RTB participants can create user lists (for example, a list of cookie IDs for browsers that have visited a given web site) and provide them to Google.  When a bid request to an RTB participant involved a user on one or more of the RTB participant's user lists, the applicable list was noted in the `user_list` field.  This field has not been populated in bid requests since 2018.[44]

F.    **Choices, Settings, and Characteristics Impacting RTB**

72.    The extent to which various fields are included in a bid request, and in what form they appear, depends on many individualized factors and circumstances, including publisher controls, user-controlled settings in their accounts, browsers, and device, and other user characteristics. The impact of these different factors have also changed throughout Plaintiffs' proposed class period.

---

[42] *See* Declaration of Glenn Berntson ("Berntson Decl.") ¶ 32.
[43] *See In re Google RTB*, No. 4:21-cv-02155-YGR-VKD, ECF 447-3, at ¶ 4 (N.D. Cal. Mar. 14, 2023).
[44] *Id.* at ¶¶ 3-4.

### 1.    Publisher Controls

73.    Publishers can control what information is included in RTB bid requests. For instance, a publisher can enable restricted data processing ("RDP") mode for some or all the traffic on its sites.   Currently, bid requests for sites with RDP enabled will not include the `google_user_id`, device advertising IDs, `hosted_match_data`, `session_id` fields, or any IP address (not even a truncated IP address).[45]   The user agent string is also generalized (specifically, the browser version minor values are replaced with zeros) so that the information is less specific.[46]   RDP mode also disables cookie matching.[47]

74.    Publishers can enable RDP mode for all traffic on their sites involving users from states with privacy legislation, such as California.[48]   Alternatively, publishers can enable RDP on an individual basis for users who choose to opt out of personalized ads on the website (e.g, depending on how a user responds to a banner that the publisher presents to the user with cookie and privacy options).[49]

75.    RDP mode has changed over time.   In 2019, when Google first implemented the ability for publishers to enable RDP mode, RDP mode caused all bid requests to be blocked.[50]

76.    Publishers may also choose to disable ads personalization from taking place on their websites.[51] When a publisher disables ads personalization, bid requests do not include any

---

[45] *See* GOOG-HEWT-00455861.
[46] *Id.*
[47] Berntson Decl. ¶ 41.
[48] *See* GOOG-HEWT-00455861; GOOG-HEWT-00455856.
[49] *See* GOOG-HEWT-00455856; Glenn Berntson Deposition Tr. 52:16-55:3.
[50] *See* Berntson Decl. ¶ 41.
[51] *See* Berntson Deposition Tr. 39:3-20.

pseudonymous identifiers, such as device advertising IDs and the `google_user_id`.[52]   The truncated IP address is omitted, and user agent data is also generalized, as in a RDP bid request.

77.   A publisher can additionally choose to block "remarketing cookies" and "interest-based category cookies" on their sites. When a publisher blocks remarketing cookies and interest-based category cookies, pseudonymous identifiers in bid requests are removed.[53]

### 2.   User Controls

78.   The data included or omitted in any particular bid request also depends on various settings, controls, and other actions that individual Google account holders can take.  As with the publisher settings, these options have varied somewhat during Plaintiffs' proposed class period.[54]

79.   <u>Google Account Settings for Signed-in Users</u>: Signed-in Google account holders may change their Google account settings to opt out of receiving any personalized ads.  This option is known as the Google ads personalization ("GAP") setting and is available to all signed-in Google account holders.[55]   When an account holder has enabled the GAP setting, all pseudonymous identifiers are removed from a bid request, including the `google_user_id`, `hosted_match_data`, device advertising IDs, and `session_id`.[56] Cookie matching is also disabled.

80.   <u>Personalized Ads Settings for Signed-out Users</u>: Google account holders who are not signed into their Google accounts also have several options to opt out of receiving personalized ads.[57]  For instance, they can navigate to adsettings.google.com to sign in and access their GAP

---

[52] GOOG-HEWT-00455861.
[53] GOOG-HEWT-00455879.
[54] *See* Berntson Deposition Tr. 160:11-161:10.
[55] GOOG-HEWT-00456112.
[56] GOOG-HEWT-00455861.
[57] *See* Berntson Decl. ¶¶ 51-53.

setting.  If they wish to remain signed out, they can opt out of personalized ads by clicking on the AdChoices icon in an ad that is displayed in their web browser.

81.    <u>User Settings in their Web Browsers</u>: Users may enable various web browser settings that limit or altogether block certain information from inclusion in bid requests. These settings include (1) blocking some or all cookies, (2) deleting existing cookies, or (3) using private browsing modes offered by the most popular browsers.

82.    <u>Blocking cookies</u>: All popular browsers allow users to block some or all cookies.[58] Many users utilize these controls; for example, a 2020 McKinsey article found that approximately 40 percent of consumers set their browsers "to disable or turn off cookies."[59]  Some browsers block third-party cookies by default.  For example, Apple's Safari browser, whose U.S. market share. has averaged 33.6 percent during the Class Period, stopped sharing third-party cookies starting in 2017.[60]  Firefox also deprecated third party cookies in 2019, and Chrome deprecated third party

---

[58]    *See* "How to block cookies on most browsers," Ghostery, available at https://www.ghostery.com/blog/how-to-block-cookies-on-most-browsers, accessed on September 18, 2023; "Clear, allow and manage cookies in Chrome," Google Chrome Help, available at https://support.google.com/chrome/answer/95647?hl=en-GB&co=GENIE.Platform%3DDesktop, accessed on September 18, 2023.

[59] *See* Venky Anant, et al., *The consumer-data opportunity and the privacy imperative*, McKinsey & Company (Apr. 27, 2020), available at https://www.mckinsey.com/capabilities/risk-and-resilience/our-insights/the-consumer-data-opportunity-and-the-privacy-imperative, accessed September 18, 2023.

[60] *See* Michael Sweeney, and Paulina Zawiślak, *A Timeline of Apple's Privacy Changes in Safari and iOS* [infographic], Clearcode (Oct. 12, 2021), available at https://clearcode.cc/blog/timeline-apple-privacy-changes/, accessed on September 18, 2023; *Browser Market Share United States of America*, Statcounter Global Stats (Aug. 2023), available at https://gs.statcounter.com/browser-market-share/all/united-states-of-america/#monthly-201606-202307, accessed on September 18, 2023.  Similarly, Firefox, whose market share averaged 4.7 percent during the Class Period, blocked known third party trackers in 2019. *See* Michal Wlosik, *How Different Browsers Handle First-Party and Third-Party Cookies*, Clearcode (Aug. 9, 2022), available at https://clearcode.cc/blog/browsers-first-third-party-cookies/, accessed on September 18, 2023.

cookies in its private browsing mode beginning in 2020.[61]  An academic study from 2019, which examined ad transactions of one large publisher, found that about 73% of the ads shown on a Safari browser and 17% of the ads shown on a Chrome browser do not have a cookie associated with them.[62]

83.    When users employ these controls to block third-party cookies, the `google_user_id` (which is a "per bidder encrypted copy of the Biscotti" cookie as described above), is not included in bid requests and cookie matching is also disabled.[63]

84.    Private browsing modes: In addition to various cookie-blocking settings, most of the popular browsers also offer a private browsing mode, including Google Chrome, Apple Safari, and Microsoft Edge.  When a user starts a new private browsing session, any cookies generated in that private browsing session will be unique to that session.  When the user ends that private browsing session and returns to regular browsing, or another private browsing session, those cookies will be different from the cookies generated during the previous browsing session.  As a result, if any Google User IDs were included in a bid request during the private browsing session, they will be different from any Google User IDs included in a bid request for regular browsing, or other private browsing, sessions.[64]

85.    VPN Use: Individuals may also use virtual private networks (VPNs) to mask their IP address.  Various reports indicate that approximately two thirds of Americans currently use

---

[61] See Emil Protalinski, *Chrome 83 arrives with redesigned security settings, third-party cookies blocked in Incognito*, VentureBeat (May 19, 2020), available at https://venturebeat.com/business/google-chrome-83/, accessed on 18, 2023.

[62] See Veronica Marotta, et al., Online Tracking and Publisher's Revenues: An Empirical Analysis (May 2019), p. 14, available at https://weis2019.econinfosec.org/wp-content/uploads/sites/6/2019/05/WEIS_2019_paper_38.pdf, accessed on September 18, 2023.

[63] Berntson Deposition Tr. 194:10-16, 197:15-198:23; *see also* Berntson Decl. ¶ 55.

[64] See Berntson Decl. ¶¶ 57-58.

VPNs for personal or work purposes.[65]  When a user uses a VPN, the IP address transmitted in a bid request, if it is even included, is the truncated public IP address of the VPN server[66] (the exit point), and not the truncated public IP address of the user's network.

86.    The use of VPN may also affect the geolocation information included in a bid request, which is derived from the public IP address of the connection.[67]  For example, if a user in Idaho who is accessing a VPN based in Los Angeles, geolocation would have the user's location appear as somewhere in Los Angeles.

87.    <u>User Settings on Mobile Devices</u>: Mobile devices also provide users with options to restrict ad personalization by preventing the sharing of device advertising IDs.  On an iOS device running iOS 14.5 or newer, a user may decline Apple's App Tracking Transparency consent, which causes the IDFA to be removed from any ad requests generated by that app where App Tracking Transparency consent was declined.  Prior to the release of iOS 14.5 in 2021, iOS users had the option to enable the limit ad tracking  ("LAT") setting.[68]  In 2020, 31.5 percent of Apple iOS users

---

[65]  Statista reports that 79% of U.S. users used VPN at home in 2022.  *See* "Virtual private network (VPN) usage in the United States from 2019 to 2022, by location," Statista, available at https://www.statista.com/statistics/1291880/vpn-usage-in-the-us/#:~:text=Virtual%20private%20network(VPN)%20usage,respondents%20increased%20to%2063%20percent, accessed on September 18, 2023. Forbes reports that "66% of people in the U.S. have used a VPN at some point in their Lives."  *See* Chauncey Crail, "VPN Statistics And Trends In   2023,"   Forbes,   available   at   https://www.forbes.com/advisor/business/vpn-statistics/#sources_section, accessed on September 18, 2023. Comparitech reports that "68 percent of U.S. adults use VPNs."  *See* Aimee O'Driscoll, "VPN statistics: What the numbers tell us about VPNs," Comparitech, available at https://www.comparitech.com/vpn/vpn-statistics/, accessed on September 18, 2023.

[66]  *See What Is a VPN and Can it Hide My IP Address?*, McAfee, available at https://www.mcafee.com/learn/what-is-a-vpn-and-can-it-hide-my-ip-address/,   accessed   on September 18, 2023.

[67]  *See* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#geo-object.

[68]  *See Limit Ad Tracking*, Singular, available at https://www.singular.net/glossary/limit-ad-tracking/, accessed on September 18, 2023; "AdId," Android Developers, available at https://developer.android.com/design-for-safety/privacy-sandbox/reference/adservices/adid/AdId, accessed on September 18, 2023.

and 2.3 percent of Android users had activated the LAT setting.[69]  The LAT setting was a device-level setting which allowed users to indicate that they neither wanted personalized advertising nor to be tracked.[70]  Like the GAP setting, the LAT setting caused the bid request to not include any pseudonymous identifiers.[71]

88.     On an Android device, a Google account holder may reset or entirely delete the ADID from their device.  When an account holder invokes these settings, the Android device appears as a new, entirely different device in a bid request.[72]

89.     Child Detection: Finally, although the detection of being a minor is not necessarily a user control, an individual's characteristics such as age can also impact what is potentially included in a RTB auction.  For example, user age determines whether Google sends any bid requests, and if so, whether those bid requests are processed under the RDP protocol.  To comply with the Children's Online Privacy Protection Act ("COPPA"), Google does not send bid requests when it detects that the users are minors under 13 years of age.[73]  For minors that Google detects are between the ages of 13 and 17, Google automatically turns off ad personalization.[74]  This means

---

[69] *See Privacy checkup: Limit Ad Tracking up 216% on iOS, but down 85% on Android*, Singular, available at https://www.singular.net/blog/limit-ad-tracking-privacy-checkup-in-2020/, accessed on September 18, 2023.

[70] *See* Berntson Deposition Tr. 179:19-181:18.

[71] According to Dr. Berntson, LAT "has triggered scrubbing all user data from call-outs [bid requests] since before . . . 2015." Berntson Deposition Tr. 184:4-8.

[72] *See* Berntson Decl. ¶¶ 62-63.

[73] *See* Berntson Deposition Tr. 33:3-21, 43:17-23; *How Open Bidding works*, Google Ad Manager Help, available at https://support.google.com/admanager/answer/7128958?hl=en&ref_topic=7512060&sjid=11192043347591034842-NA, accessed on September 18, 2023.

[74] *See* GOOG-HEWT-00456112 ("Personalized ads might be turned off for you, for example, because your Google Account shows that you are under 18 years old.").

that, for minors, Google either does not send bid requests, or sends bid requests processed under Google's RDP protocol.[75]

### III.   There is significant variation in the data included in RTB bid requests and the opinions of Dr. Wilson and Dr. Shafiq to the contrary are incorrect.

90.     I now address certain Dr. Shafiq's and Dr. Wilson's opinions, beginning with their opinions that RTB bid requests include "uniform" or "common" data fields in all instances.  As detailed below, these opinions are incorrect and the data samples in this case show significant variation in when data fields are populated, including the key data fields Plaintiffs emphasize in this case.

### B.   Dr. Wilson's claim of "uniform" data in RTB bid requests is contradicted by the data he reviewed.

91.     Dr. Wilson opines that **"**there is a uniform set of information contained in all RTB bid requests that is shared and sold to RTB participants."[76]  The data Dr. Wilson analyzed shows the contrary, however.  In his analysis, Dr. Wilson reviewed data samples produced by third parties the TradeDesk and New York Times, which I address below.

#### 1.   Trade Desk Data

92.     The Trade Desk data sample Dr. Wilson reviewed contains ███████ individual bid requests records.  My review of the data[77] shows that many data fields are <u>not</u> consistently populated or otherwise show significant variation, including the following:

---

[75]  *Id.*

[76]  Wilson Rpt. ¶ 13; *see also id*. ¶ 37 (asserting that Google shares "a common core set of Google account holder information" to RTB participants).

[77]  To conduct my analysis, I created a Python script that extracted each field from the provided CSV file.  Each relevant field was assessed to determine the extent to which values were present and the number / distribution of unique values present in each field.

93.   <u>ID Fields</u>: Various data fields for pseudonymous identifiers are often empty and the omissions do not appear to have a consistent relationship, meaning an identifier may be present when others are omitted in many instances.

94.   The ███████████ field discussed above is empty (contained a ██████ value) ██████ times or █████ of the total records.  This is one of the key fields Plaintiffs emphasize as being alleged "personal information" and its omission indicates, among other things, that cookie matching did not appear to have occurred for a given bid request.

95.   The ████████████████ field was empty ████████ times or ████%. This is the field for the mobile advertising ID discussed above.  This is another of the key fields that Plaintiffs emphasize.  If we consider only cases where a device could potentially have an ███████████████ (i.e., the ██████████ is "Mobile" or "█████"), the following characteristics were observed.  Out of the ████████ entries in the TradeDesk data, ██████ entries had a ██████████ of "█████" (████%) and ██████ had a ████████████ of "█████" (████).  Amongst the entries that had a ████████████ of "██████", ██████ entries did not have a ██████████████████ (████%).  Amongst the entries that had a ████████████ of "█████", ██████ did not have a ████████████████ (███%).

96.   In addition, the ██████ field, which appears to be an internal TradeDesk identification field, was empty (had a ██████ value) ██████████ times or ████%.

97.   As noted, there is no consistent pattern in which these fields are present or missing relative to others.

98.   For example, (1) the ████████████ and ███████████████ fields were both empty ████████ times (████%), (2) the ██████████████ was empty ████████ times when the ████████████████ was populated (███%), and (3) the

35



▮▮▮▮▮▮▮▮▮▮was empty ▮▮▮▮times when the ▮▮▮▮▮▮▮▮▮was populated (▮▮%).  Similarly, (1) the ▮▮▮▮▮▮▮▮and the ▮▮▮▮field were both empty in ▮▮▮▮▮entries (▮▮%), (2) the ▮▮▮▮▮▮▮was empty ▮▮▮when the ▮▮▮field was ▮▮▮▮▮ (▮▮%), and (3) the ▮▮▮▮▮▮▮was populated ▮▮▮▮▮times when the TDID field was empty (▮▮%).

99.   Location Data: As explained above, location information in bid requests is derived from IP address and is reported as a combination of (1) latitude/longitude coordinates for a reference point, and (2) an accuracy field indicating the distance in meters of the area around the reference point that comprises the potential location of the device.  In my analysis of the TradeDesk data, I observed the following characteristics.  The ▮▮▮, ▮▮▮▮, and ▮▮▮▮values were generally present but missing in ▮▮▮▮records.  The median value of the ▮▮▮▮▮ field (where present) was ▮▮▮.  This means the typical location shared in a bid request in the Trade Desk data sample would encompass a circle with a radius of ▮▮▮meters or ▮▮km (roughly ▮▮miles).  This confirms my understanding that Google only shares approximate location in bid requests.

100.   The respective quartiles[78] of the values I observed in the Trade Desk data were ▮▮▮, ▮▮, and ▮▮▮meters, which corresponds to locations represented by circles with a radius of (i) ▮▮kilometers (roughly▮▮miles), (ii) ▮▮kilometers (roughly ▮▮miles), and (iii) ▮▮kilometers (roughly▮▮miles). To give a sense of variation these numbers represent, the area covered by (i) is about 45 square kilometers or roughly the size of the city of Berkeley, California, whereas the area covered by (i) is about 45 square kilometers or roughly the size of the

_____

[78] A quartile represents certain cutoffs whereby all values are greater than or equal to a value when considering a sorted representation of the values.  Hence, for the lower quartile of ▮▮m, that means 25% of the values were equal to or less than ▮▮m while 75% of the values were equal to or greater than ▮▮m.  The median represents the midpoint for those values, i.e., 50% of the values are less than or equal to ▮▮m and 50% or greater than or equal to ▮▮m.

city of Berkeley, California, whereas the area covered by (iii) is about <u>700 square kilometers</u>, which is larger than the city of Chicago and nearly the size of New York City.[79]  Both (i) and (iii) are substantial areas that cover many thousands of individuals, but (iii) is plainly much larger than (i).

      101.   <u>Additional Observations</u>: First, for the ████████████ field, ██████ of those entries contained "(████████)" and there was no actual user agent string included.  For the other records, ████████ entries (████%) contained a <u>generalized</u> user agent string (the version number of the browser ended in 0.0.0 meaning the actual version was omitted).  Second, each of the IP address values in the data were truncated in a manner consistent with the Authorized Buyers protocol.  Third, I did not observe any fields for user lists or verticals, which is consistent with my understanding that these fields are no longer included in bid requests.

### 2.   New York Times Data

      102.   Regarding the New York Times ("NYT") data, Dr. Wilson claims "[t]he logs produced by the New York Times also confirm that Google in fact distributes, among other information, a common core set of Google account holder information that is identified in Google's protocols."[80]  Dr. Wilson provides two exemplar records from the NYT data sample in his report but provides no further analysis of whether the fields in the data are consistently populated.  They are not.  The NYT data consists of ████████ entries and my analysis shows significant variation

---

[79]   The approximate geographic size of Berkeley is located at https://www2.census.gov/geo/docs/maps-data/data/gazetteer/2020_Gazetteer/2020_gaz_place_0 6.txt.  The approximate geographic size of Chicago is located at https://www.britannica.com/place/Chicago.  The approximate geographic size of New York City is located at  https://www.britannica.com/place/New-York-City.

[80] Wilson Rpt. ¶ 39.

in what data fields are populated in individual records, with many fields being empty or containing a zero.[81] For instance, with respect to identifiers:

103.    The  field was empty in ████ entries (███). The ████ field was empty in ████ entries (██%).

104.    With respect to location data, there were no entries present with geographical coordinates (latitude, longitude, accuracy).

105.    The ████ and its related ████ field[82] were empty or zero in ████  entries (██%). The ██ and its related ████ field were empty or zero in ████ entries (██%).    The PostalCode and its related PostalCodeId field were empty or zero in ████ entries ██%).

106.    The location fields (████, and ████) do  not always appear consistently together.  In ████ entries (██%), all five of those location fields were present.  In ████ entries (██%), only the ████ field was empty.  In ████ entries (██%), both the ██ and ████ fields were empty.  For ████ entries (██%), both the ██ and ████ fields were empty, but all other fields (████) were present

107.    In addition, the NYT data shows variations in other relevant fields including: The  field was empty in ████ entries (██%).

---

[81] Dr. Wilson indicated that the NYT data is a "reliable set of data" for the purpose of concluding whether there is a common set of data sent in bid requests because, according to Dr. Wilson, it "should reflect what is actually happening" in bid requests.  Wilson Deposition Tr. 82:24-85:4. Applying Dr. Wilson's assumptions and methodology, my findings of variations in the NYT data would thus be a reliable indication of the variation present in RTB bid requests more generally.
[82] For the ████ and ████ fields, the ████ field was 0 any time that the ████ field was blank.

108.    The ████████████ field was empty in ████████ entries ( ██ %).  The most common value was ████████████████  The referer field would likely come from the RTB bid request referer field.

109.    In sum, the data samples that Dr. Wilson reviewed are inconsistent with his opinion and show there is in fact substantial variation in the data included in RTB bid requests, which is consistent with the fact that many different user and publisher actions can affect bid request data, as described above.

**C.      Dr. Shafiq's assertion of "uniformly shared" data is contradicted by the data he reviewed as well as the data samples discussed above.**

110.    Dr. Shafiq reviewed certain named-Plaintiff data samples that Google produced in this case and concluded there is a "common set of at least 60 data fields uniformly shared in all Google RTB auctions."[83]  In coming up with his list of 60 data fields, Dr. Shafiq says "I considered 98% and higher to be included in all bid requests."[84]  Dr. Shafiq's analysis is flawed for several reasons and his findings are reported in a misleading manner that significantly overstate the level of commonality in the named Plaintiffs' data, for the following reasons.

111.    <u>First</u>, although Dr. Shafiq did not explain this in his Report, my own examination of the data shows Dr. Shafiq considered a field to be "commonly included in all bid requests" if it

---

[83] Shafiq Rpt. ¶ 12; *see also id.* ¶ 41.  Dr. Shafiq says his list of 60 is only a "lower bound" and claims "Google has thus far produced less than half of the more than 200 data fields it includes in RTB bid requests."  *Id.* n.17.  This statement is incorrect for multiple reasons: (1) Dr. Shafiq's count of 200 fields appears to be based on all fields as listed on the developer page and does not distinguish amongst required versus optional versus repeated fields or fields whose comment denote that information is redacted.  *See* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide.  And (2) Dr. Shafiq does not explain how his list of 60 fields relates to the unspecified list of 200 fields, and a cursory examination shows that multiple fields on the 60-field list do not appear among the fields identified in the developer pages.
[84] *Id.* n.17.

had <u>any</u> non-empty value in 98% or higher of records, even where records are populated with null values, brackets, or other non-substantive information.

112.   For instance, the `bid_response_ad_native_ad` field that Dr. Shafiq included in his list contains the string ████████████ ████████ times out of ████████ bid requests (████%).   In that same field, the next most common occurrence was the string



113.   In the case of the ████████████████ field that Dr. Shafiq includes on his list, the string ████████████ appears ████████ times ████%).   The field ████████████████████ contains the string ████████████ times (████%) and ████████████ contains the string ████████████ times (████%).   In my opinion, it would not be proper to include these fields as being uniformly included as the fields have nearly all blank entries.

114.   <u>Second</u>, Dr. Shafiq identifies fields "commonly included in all bid requests" even if the field is only a <u>flag</u> in the ████ log that indicates <u>whether or not</u> information was included in a bid request.   For instance, the ████████████████ field is a flag denoting whether `hosted_match_data` (the output generated when there is a cookie match) was sent in a bid request.   Because the ████████████████ field is consistently populated in the data Dr. Shafiq analyzed, he included the field in his list of 60 "commonly included" fields.   But this is misleading because the ████████████████ field is not itself included in a bid request.

115.    More importantly, the ████████████████ field was populated with a value of zero in ███████ times out of ████████ bid requests, which means that the hosted_match_data was <u>omitted</u> in ██% of bid requests in the named Plaintiffs' data.  Thus, in contrast to Dr. Shafiq's assertion that the field would have been present in more than 98% of the bid requests, that field was actually a flag and the relevant cookie match would have been sent <u>less than</u> ██% of the time.

116.    Similarly, Dr. Shafiq includes the ████████████████ field in his list of 60 "commonly included" fields, but this field is not itself shared and is a flag in the ████ log indicating <u>whether</u> a mobile device advertising ID was sent in a bid request.  Here, the data indicates the field has a value of zero ███████ times while the value one occurs ███████ times, which means the mobile advertising device ID was <u>omitted in</u> ████% of bid requests in the named Plaintiffs' data samples.[85]

117.    In my opinion, it would not be proper to include these fields as being uniformly included as these fields are not themselves included in bid requests and they show that the data fields to which they relate are not populated anywhere near the threshold of 98% that Dr. Shafiq uses.

118.    <u>Third</u>, Dr. Shafiq's list includes data fields that do not relate to the user and could not be within any definition of "personal information" that the Plaintiffs allege in this case.  For instance, fields such as `is_ping`, `is_test`, `supply_chain_nodes`, `billable_event_rate_adjustment`, ████████████████ and numerous others

---

[85]  While this number is lower (in terms of omissions) than the TradeDesk data which had <u>85.4%</u> of the data without a mobile advertising device ID, it is not surprising given that the named plaintiff Ms. Woodruff had <u>nearly all</u> of the bid queries originating from a mobile phone.  Named plaintiff Ms. Woodruff had ████ query requests in the data logs of which ████ originated from a mobile phone (██%) and had ██% of the query requests.

relate to the broader RTB process, not user information.  Similarly, fields such as `viewability` and `format` also relate to the ad presentation, not the user.  Dr. Shafiq makes no attempt to distinguish between these fields and includes all of these non-user related fields in his count.

119.   In my opinion, it would not be proper to include these fields as being uniformly included as they do not even arguably comprise alleged "personal information."

       1.      **Even where data fields are consistently populated with substantive values in the named Plaintiffs' data, the data varies across individual bid requests in terms of specificity, accuracy, and other factors.**

120.   Dr. Shafiq asserts that the "common" data fields shared in bid requests include "information about the location of the user,"[86] but this ignores significant variation in the accuracy of the location data included.  As part of my analysis, I conducted a statistical analysis of the location `accuracy` field in the named Plaintiffs' data samples.  For this analysis, I extracted each of the respective `QueryIDs` in the data and used that as a unique identifier for a particular ad query that generates corresponding bid requests.  As the latitude, longitude, and accuracy are the same for a bid request, my analysis focuses on each ad query.  For the purposes of this analysis, I counted the number of occurrences of each accuracy value observed in the logs for each query. I observed the following characteristics:

121.   There were ▇ unique values for accuracy present in the data, with the median value being ▇ meters.  For bid requests with that value, that means the location reported was a circle with a radius of ▇ km (roughly ▇ miles) which corresponds to roughly ▇ square kilometers or ▇ square miles.

122.   The 10th percentile for the values of accuracy started at ▇ km or ▇ m.  This means <u>90%</u> of the reported accuracy values were ▇ m or more.  The 75th percentile for the

---

[86] Shafiq Rpt. ¶ 42e.

values of accuracy started at ███ km or ███ m.  This means that 25% of the reported accuracy values were ███ m or more.

123.    The 1st percentile for the values of accuracy started at ███ m.  This means that 99% of the reported accuracy values were ███ m or more.

124.    These findings comport with my understanding of the coarsening that Google applies to location data.[87]  For reference, the accuracy that would be afforded by GPS or WiFi triangulation would be significantly more granular (as accurate as 5-8m for well-tuned systems, 20m for crowd-sourced data).[88]  A value in the `accuracy` field of ███ m (radius of uncertainty) implies significant coarsening of location information which is also unsurprising given location information in bid requests is derived from IP address, which is coarse in terms of fidelity.

> **2.    Dr. Shafiq provides no adequate basis to extrapolate his findings based on the named Plaintiffs' data to the Proposed Class Members  as a whole.**

125.    While Dr. Shafiq's findings about the "uniform" data fields in the named Plaintiff data samples are flawed, as discussed above, his further conclusion that these findings can be extrapolated to Proposed Class Members as a whole, spanning many millions of individuals, are unfounded for additional reasons.  To the extent some data fields are commonly populated in the named Plaintiffs' data samples, Dr. Shafiq offers no reliable basis to conclude those same fields would also be commonly populated in all bid requests for all Proposed Class Members.  I am not aware of any basis to conclude that the data samples for the seven individual Plaintiffs would be representative of millions of other individuals with respect to all the data fields Dr. Shafiq contends are "commonly" shared.

---

[87] *See* Berntson Decl. ¶ 32.
[88] *See Are Wi-Fi Positioning Systems Still Worth Implementing in 2023?*, Mapsted Blog (Feb. 22, 2023), https://mapsted.com/blog/wifi-positioning-system-explained.

126.    Rather, the many user-specific and publisher-specific actions that can impact the specific data fields included in individual bid requests (see Section II.F. above) indicates that the named Plaintiffs' data samples would <u>not</u> be representative of the bid request data for Proposed Class Members as a whole.

127.    As one example, Dr. Shafiq states that the `google_user_id` field is populated in ■ records in the named Plaintiffs' data samples.  If that finding were correct (it is not[89]), it would not be representative of the TradeDesk data, which includes many more records and encompasses many more users and shows the `google_user_id`  is included in only ■% of bid requests.  Because Dr. Shafiq only reviewed the named Plaintiffs' data samples, he was not aware of, and did not account for, these differences, which undermine his conclusion that the named Plaintiffs' data is representative of the broader group of Proposed Class Members.

128.    I understand Dr. Shafiq testified in his deposition that he believes it is appropriate to extrapolate his findings from the named Plaintiffs' data to Proposed Class Members for three reasons.[90]  I disagree that these reasons are a reliable basis to conclude that the named Plaintiffs' data is representative of bid request data for the class as a whole.

129.    <u>First</u>, Dr. Shafiq assumes the data is representative because he believes Google stated in some context that the named Plaintiffs' data samples would be representative of the class as a whole.[91] Dr. Shafiq, however, does not cite any pleading, correspondence, or other document

---

[89] There are many individualized factors which determine whether the `google_user_id` field is included in a bid request.  *See supra* Section II.F.  For instance, a publisher may enable RDP mode or a signed-in user may opt out of the GAP setting. *Supra* ¶¶ 73, 79.

[90] *See* Shafiq Deposition Tr. 48:1-13.

[91] *See id.* 42:3-5 ("Again, based on that assumption, based on the representation from Google's counsel, that data is supposed to be representative."); 39:18-40:5 ("But assuming that data is representative, then extrapolating from that, there is no reason to believe that would not be the case.").

that sets out any such statement by Google in the materials he relied on for his report.[92]

130.     Second, Dr. Shafiq states that given the large number of individual records in the named Plaintiffs' data records "I have no reason to believe that it will change" if he reviewed bid request data for individuals other than the Plaintiffs.[93]   The number of individual records in the named Plaintiffs' data samples, however, does not somehow equate to them being reflective of bid requests of the class as whole.   The data contained or omitted in the named Plaintiffs' data samples reflect their own individual choices in the settings and controls they opted to use or not use.   For example, the bid requests for those Plaintiffs who never took steps to delete or block advertising cookies—whether it consists of five or five million records—would not be representative of Proposed Class Members as a whole because even Dr. Shafiq acknowledges that some appreciable number of individuals do block cookies, which in turn impacts the content of RTB bid requests as discussed above.   Again, this is confirmed in the TradeDesk data, which shows that for over ██% of bid requests, no Google User ID is included.

131.     Third, Dr. Shafiq testified that some of his prior research supports his belief that the named Plaintiffs' data samples are similar to RTB bid requests data overall.[94]   Dr. Shafiq did not cite these prior research studies as materials that support his expert opinion, however.[95]   Regardless, the two articles he cites (neither of which was peer-reviewed) do not support such a conclusion.[96]

---

[92] *See id.* 190:3-9 (referring generally to unspecified correspondence but acknowledging that no such correspondence is referenced in Exhibit B of his Report).

[93] *Id.* 44:21-45:12.

[94] *Id.* 48:4-13.

[95] *See* Shafiq Rpt., Exhibit B.

[96] *See* Yash Vekaria et al., *The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain*, (May 18, 2023), available at https://arxiv.org/abs/2210.06654; Umar Iqbal et al., *Your Echos are Heard: Tracking, Profiling,*

132.   *The Inventory is Dark*: This paper is study of dark pooling, a concept that the authors define as publishers' exploitation of the ad-tech supply chain (including RTB), subversion of ad-tech transparency standards (ads.txt and sellers.json), and undermining of brand safety protections by pooling their ad inventory with unrelated sites.  The study shows that dark pooling is commonly used by misinformation publishers (e.g., Breitbart) to allow them to sell their ad inventory to reputable brands.  This article does not conclude or otherwise state that a sample of a RTB dataset can be representative of all data shared through RTB.

133.   *Your Echos are Heard*: This paper is a study of the data privacy implications of smart speaker ecosystems.  Specifically, the authors concluded that the Amazon (and its line of Echo speakers) process voice recording data and uses that serve targeted and "likely personalized" ads on the speaker and as well on the web. They also conclude that the data processed by smart speakers is "leaked" to advertisers, meaning that certain inputs, including both streaming and non-streaming services, contact advertising and tracking services.  This article does not conclude or otherwise state that a sample of a RTB dataset can be representative of all data shared through RTB.

**3.      Dr. Shafiq's illustrations of alleged data sharing in RTB are misleading.**

**a.      Paragraph 42e Location Examples**

134.   In his report, Dr. Shafiq provides a flawed view of location accuracy that creates a false impression of precision.  At Table 2 (Paragraph 42e), Dr. Shafiq notes the latitude/longitude coordinates he observed in certain records and claims the location reported in those bid requests corresponds exactly or very closely to the coordinates of the home addresses of certain named Plaintiffs.  This is misleading for several reasons.

---

*and Ad Targeting in the Amazon Smart Speaker Ecosystem* (Feb. 20, 2023), available at https://arxiv.org/pdf/2204.10920.pdf.

135.   <u>First</u>, the latitude/longitude reported in a bid request is stated to the hundredth of a degree (two decimal points).  A latitude/longitude value stated to the hundredths of a degree covers a distance of roughly 0.69 miles.  As noted in the reference: "The hundredths place (.69 miles apart) will help get someone close to the neighborhood."[97]  To get more precisely to a specific building, a latitude and longitude to the thousandth of degree would be required: "The thousandths place (364 feet apart) should get one to the proper building."[98]  Dr. Shafiq ignores this baseline level of imprecision in the location information included in bid requests.

136.   <u>Second</u>, and more importantly, Dr. Shafiq ignores that the coordinates in a bid request are only a reference point for a larger area, the size of which is determined by the `accuracy` field, as discussed above.  To correctly analyze the data, I took Dr. Shafiq's <u>Table 2</u> and included (1) the respective accuracy values as observed in the RTB data, (2) the number of times that particular location occurred, and (3) as appropriate, different accuracy values for that same location (these are reflected in the right column).  For instance, in the case of named plaintiff Christopher Valencia, there were ▮▮▮ records containing latitude, longitude, and accuracy and for the specific RTB location coordinates that Dr. Shafiq identified (▮▮▮▮▮▮▮), the reported accuracy was ▮▮ m.  That particular location coordinate was reported only ▮ times.  In the cases where different accuracy values were stated, those values have been appropriately enumerated along with their respective number of times.

| Named Plaintiff / # of Queries With Identified Lat/Lon | Location Coordinates from RTB | Accuracy (m) and Occurrences (times) |
|---|---|---|
| Kimberly Woodruff ▮▮▮ queries | (▮▮▮▮▮) | ▮▮ m, ▮ times<br>▮▮ m, ▮ times |

---

[97] Brian Higgins, *How Long is a Coordinate Degree?*, SSP Innovations, (Feb. 28, 2017), available at https://sspinnovations.com/blog/how-long-coordinate-degree.
[98] *Id.*

| Christopher Valencia ██ queries | ( ████████ ) | ██ m, █ times |
| Rethena Green ██ queries | ( ████████ ) | ██ m, █ times |
| John Kevranian ██ queries | ( ████████ ) | █ times |
| ██ queries | ( ████████ ) | ███ m, █ times |
| Terry Diggs ██ queries | ( ████████ ) | ███ m, █ times |
| ██ queries | ( ████████ ) | ███ m, █ time |
| Salvatore Toronto ██ queries | ( ██████ ) | ███ m, █ times |
| Tara Williams ██ queries | ( ██████ ) | ███ m, █ times |
| | | ███ m, █ times |
| | | ███ m, █ times |
| | | ███ m, █ times |

137.    From this table, there are several shortcomings that are readily apparent in Dr. Shafiq's report.  To start, many of the cited examples occur a relatively small number of times as compared to the other location information present via RTB.  For example, Dr. Shafiq cites one location from named plaintiff Kimberly Woodruff and implies that the location is quite close to either the home or work location.  Beyond the fact that the accuracy for each of the observations is greater than █ km (over a █ km diameter for the circle of uncertainty), those █ observations of the same location were less than ██ % of the total location observations ( █████ ).  A similar analysis is conducted for named plaintiff Christopher Valencia where the cited instance occurs with an accuracy of ███ m but occurs only █ times in a dataset of █████ queries ( ███ %).

138.    All told, for these exemplar locations identified by Dr. Shafiq, the respective locations purported to be close to the respective locations of the Plaintiffs' home or work represented ██ occurrences out of ████ purported shared Google RTB locations, roughly ██ % of the locations present in the Google log file.  The unweighted mean of the accuracy field would be ███ m across those same locations noted to the close to the home/work locations.  By omitting the accuracy field, Dr. Shafiq creates a false impression of extreme precision with respect to the location coordinates.

b.      **Paragraph 46 Examples**

139.    In Paragraphs 46a-g, Dr. Shafiq claims to describe what information an RTB participant "would be able to ascertain" from the data shared "uniformly" in bid requests. These illustrations are inaccurate for various reasons in addition to the incorrect premise that data is shared "uniformly." As an example, Dr. Shafiq writes that:



This description is inaccurate in multiple respects.

140.    <u>First</u>, the title of a webpage (here ▮▮▮▮▮▮▮▮▮▮▮") is <u>not</u> included in the named Plaintiffs' data based on my review, which is consistent with my review of the Trade Desk and New York Times datasets and my understanding from Google materials that only the URL of the web page is included in a RTB bid request, not a separate title of a web page. While it is possible that the title of a webpage could be included in the web page's URL, that would depend on the specific web page at issue and would not be generally or even broadly true of all bid requests for the class as a whole.

141.    <u>Second</u>, this illustration refers to the "▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[99] Shafiq Rpt. ¶ 46a.

████████████████████   This type of vertical information also is <u>not</u> included in the named Plaintiffs' data based on my review.  This omission is consistent with my understanding that verticals data was not shared in bid requests in the time period covered in the named Plaintiffs' data.[100]  Further, I understand that Dr. Shafiq acknowledged in his deposition that he was unaware of whether verticals data was in fact still included in the time periods of the named Plaintiffs' data that he reviewed.[101]  Based on my review of the current Google RTB documentation, this does not appear to be the case.[102]

142.   <u>Third</u>, Dr. Shafiq states that the data shows that Ms. Woodruff was "██████████ ████████████████████."  This characterization is misleading.  The bid request does <u>not</u> refer to any landmark like "██████████" and provides only an approximate location, as discussed above.  The accuracy for the location coordinates that encompassed ██████████ were █████ m and █████ m which means an uncertainty radius of █████ km and █████ km around that particular location.

143.   A Google Maps search reveals the location of the ██████████ in ██████████ ███ to be ██████████████.  For illustration purposes, I have included the view shown when searching for the location specified by Dr. Shafiq and the map scrolled to show both the location (██████████) and the ██████████ location.

---

[100] *See In re Google RTB*, No. 4:21-cv-02155-YGR-VKD, ECF 447-3, at ¶ 4 (N.D. Cal. Mar. 14, 2023).
[101] Shafiq Deposition Tr. 193:4-25.
[102] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide ("Note: Values for this field are now redacted.  Unordered list of detected content verticals. Refer to the publisher-verticals.txt file in the technical documentation for a list of IDs.").



144.    It is important to note the scale of the map as stated in the lower right which shows roughly 200 feet per inch on my display.  However, the actual uncertainty of the measurement was actually 14.4km or almost 9 miles.  A more appropriate map zoomed out with the original location still as a red marker is shared below, which shows that the location information in the bid requests that Dr. Shafiq uses as an illustration do not correspond to "████████████" but to a much larger area that includes many different landmarks.



145.    These same types of mischaracterizations apply to the illustrations in Paragraphs 46(a) through 46(g).

**IV.    Dr. Wilson's additional opinions are also inaccurate and unsupported.**

**A.    Dr. Wilson's claim that certain data fields are "reasonably capable of being associated with individuals and households" mischaracterizes the data.**

146.    Next, I consider Dr. Wilson's opinion that the data he says is "commonly shared" in RTB bid requests is also "reasonably capable of being associated with individuals and households."[103]   These opinions are unfounded for the reasons below.

**1.    Third-party cookies and cookie matching[104]**

147.    <u>First</u>, Dr. Wilson asserts in passing that third-party cookies are reasonably capable of identifying "individuals."[105]   But cookies in this context are merely pseudonymous identifiers (an alphanumeric string) assigned to a web browser on a computer, which could be used by any

---

[103] Wilson Rpt. ¶ 39.
[104] *Id.*, Section VI.A.
[105] *Id.* ¶ 51.

number of individuals.  Dr. Wilson does not explain how third-party cookies could be used to identify a specific individual person, as opposed to their intended purpose of identifying a browser on a device.

148.    <u>Second</u>, even with respect to the use of cookies to identify a browser on a device, Dr. Wilson fails to account for a number of factors that prevent cookies from being used to reliably identify the devices used by Proposed Class Members.  Most obviously, Dr. Wilson does not address the fact that the `google_user_id`—the bidder-specific and encrypted value in bid requests that is derived from Google's Biscotti cookie—is <u>omitted</u> in a substantial portion of bid requests, as detailed earlier.[106]  This alone undermines Dr. Wilson's opinion that cookie-related information in RTB bid requests can reasonably be associated with Proposed Class Members.

149.    <u>Third</u>, even where the `google_user_id` is included in a bid request, Dr. Wilson concedes that third-party cookies can be "removed from a person's web browser,"[107] which impacts any ability to use the `google_user_id` as a persistent identifier for a browser (let alone an individual person).

150.    <u>Fourth</u>, with respect to cookie matching, Dr. Wilson contends the `hosted_match_data` field can be used to show that successful cookie matching occurred.[108]  But Dr. Wilson fails to account for the fact that the `hosted_match_data` is included in only a fraction of bid requests, as discussed above, which reflects the various factors that can prevent cookie matching from occurring.  Even when there is a cookie match, this means only that two

---

[106] *Id.* ¶ 55.  The `GoogleUserID` was blank in ██% of the entries in the TradeDesk data which Dr. Wilson had examined as part of his analysis.
[107] *Id.* ¶ 54.
[108] *Id.* ¶ 61.

pseudonymous identifiers were matched to each other, and Dr. Wilson does not explain how this process could result in the identification of any individuals.

151.    Dr. Wilson also asserts that Google uniformly shares a user's complete IP address through its cookie matching service.[109]  This is inaccurate.  Google does not share a device's complete IP address in a RTB bid request, only a truncated IP address.  In the cookie matching process, the user's device can connect with the RTB participant.  This is not directly transmitted from Google but rather the complete IP address is received as part of the expected Internet protocol.

### 2.    Mobile Device IDs[110]

152.    Dr. Wilson states in passing that mobile device IDs are the "primary mechanism that Google uses to identify <u>individuals</u> on mobile devices . . . ."[111]  But as with cookies, mobile device IDs are only pseudonymous identifiers (an alpha-numeric string) assigned to a mobile device, and Dr. Wilson does not explain how they could be used to identify the persons who may use a given device.  In fact, mobile device IDs cannot be used to even identify a unique device in all cases because users can reset the IDs whenever they wish.  Further, in the context of RTB, mobile device IDs cannot be used to reliably identify devices used by Proposed Class Members because the data is often omitted from bid requests, as detailed earlier.[112]

---

[109] *Id.* ¶ 45.
[110] *Id.*, Section VI.B.
[111] *Id.* ¶ 63 (emphasis added).
[112] The `DeviceAdvertisingID` was blank in ███% of the entries in the TradeDesk data which Dr. Wilson had examined as part of his analysis.

### 3. User Lists[113]

153.   Dr. Wilson opines that a user list is a tool "provided by Google that allows RTB participants to target ads based on account holder data."[114]  But he concedes that Google does not itself create or otherwise generate user list information for RTB participants.[115]  Regardless, my understanding is that the `user_list` data field itself has not been shared in bid requests since at least 2018.[116] This is consistent with the data I reviewed in this case, which does not include any populated field for user lists.  Even when the `user_list` field was populated in bid requests, my understanding is that it did not identify individuals and was only an identifying value for a specific user list created by an RTB participant.

### 4. Fingerprinting[117]

154.   In Paragraph 79 of his report, Dr. Wilson offers an opinion with respect to "how susceptible visitors to The New York Times are to fingerprinting via information in Google RTB bid requests."[118]  I disagree with Dr. Wilson, as his methodology is flawed and creates an inflated impression as to susceptibility.

155.   First, Dr. Wilson's analysis is limited to records that contained a `UserId`, but this field was blank ██% of the time in the NYT data.  Dr. Wilson therefore excluded nearly four-fifths of the bid requests from his analysis.  This has significant implications with regards to his finding as significantly more entries could be associated with the location and user agent information he used for his fingerprints. Specifically, Dr. Wilson concludes that ██% of the

---

[113] Wilson Rpt., Section VI.C.
[114] *Id.* ¶ 68.
[115] *Id.* ¶ 69 ("RTB participants communicate what devices, people, and households they would like to include in a user list by supplying lists of unique identifiers to Google.").
[116] *See In re Google RTB*, No. 4:21-cv-02155-YGR-VKD, ECF 447-3, at ¶¶ 3-4 (N.D. Cal. Mar. 14, 2023).
[117] Wilson Rpt., Section VI.D.
[118] *Id.* ¶ 79.

fingerprints he created were "uniquely associated with a single individual, device, or household that visited the New York Times" but this is misleading because those fingerprints could also have corresponded to <u>other</u> devices within the 80.3% of records that Dr. Wilson did <u>not</u> analyze.

156.    Second, the NYT data is drawn from only a single day, which does not represent a broad cross section of the activities of users.  If the NYT data covered multiple days or weeks instead of a single day, I would expect there to be fewer fingerprints "uniquely associated" with a single `UserID`.  For example, a given "fingerprint" consisting of location X and user agent Y may be associated with only one `UserID` in the NYT data spanning a single day, but another device with a different `UserID` could very well generate the same "fingerprint" on subsequent days if it accesses the New York Times website from the same location X and with the same user agent Y.  This is particularly likely to occur given that the most granular location information in the NYT data is a zip code.

157.    Third, Dr. Wilson's methodology does not present a firm basis for evaluating the statistical reliability of his conclusion nor did he appear to provide code supporting how he arrived at his result.  This imprecision becomes more pronounced when Dr. Wilson notes the significant range of two to nine "individuals, devices, or households" sharing a fingerprint in 31% of the data.[119]  Absent a more detailed statistical breakout, it is difficult to ascertain why Dr. Wilson selected that range and what exactly was Dr. Wilson's threshold for a fingerprint to be considered semi-unique.  If anything, Dr. Wilson's finding that 31% of his fingerprints are <u>not</u> uniquely associated with a single device, user, or household underscores that the potential risks of fingerprinting are not uniformly applicable to the class as a whole and that any effort to assess such risks would depend on the specific facts that apply to each individual in the proposed class.

---

[119] *Id.* ¶ 79.

158.    In sum, it is my opinion that the data does not support Dr. Wilson's opinion. Numerous identifiers are not present consistently and the data represents only a single day of observed activity which could easily vary across weekdays and weekend behavior.  In my opinion, the data necessitates a more detailed analysis to more properly account for variations and that applying Dr. Wilson's opinion to the class as a whole would be improper.

**B.    Dr. Wilson's claim that RTB is "unavoidable" is contradicted by his own findings from the named Plaintiffs' data.**

159.    Dr. Wilson's opinion, that it is "impossible" for Google account holders to avoid the sharing of their information in RTB bid requests, is unreliable and contradicted by his own findings from the named Plaintiffs' experiences.

160.    <u>First</u>, while Dr. Wilson uses the terms "impossible" and "unavoidable" in certain parts of his report, he elsewhere clarifies that his opinion is that it is "<u>very unlikely</u> that there are any Google U.S. account holders who, over the entire seven-year Class Period, did not have their data shared and sold through Google RTB at least once."[120]  Dr. Wilson, however, does not quantify what he means by "very unlikely," and he confirmed in deposition that he is unprepared to provide any quantification because it was not his assignment to do so.[121]  Without some quantification for what Dr. Wilson means by "very unlikely" and a reasoned basis with evidentiary support for the quantification, Dr. Wilson's conjecture about the likelihood of bid requests affecting U.S. Google account holders cannot be considered a reliable scientific opinion.

161.    <u>Second</u>, Dr. Wilson's own findings for the named Plaintiffs show that the likelihood of web activity triggering RTB bid requests varies widely for different individuals.  As reported in Table 5 of Dr. Wilson's Report, the percentage of websites that each Plaintiff visited that triggered

---

[120] *Id.* ¶ 124 (emphasis added).
[121] Wilson Deposition Tr. 347:19-348:9.

either cookie matching or bid requests (based on Dr. Wilson's methodology) spans a wide range across the different Plaintiffs.  For example, only ██% of the websites Plaintiff Diggs visited generated RTB bid requests, as compared to ██% of the websites that Plaintiff Kevranian visited. And only ██% of websites that Plaintiff Diggs visited led to cookie matching, as compared to ██% of Plaintiff Green.[122]  As Dr. Wilson acknowledged, these different results for the individual Plaintiffs were due to their "individual web activity" and the websites they chose to visit.[123]  Dr. Wilson's own findings from the named Plaintiffs' experiences show that the likelihood that any given individual would have been subject to RTB bid requests is not uniform and varies across a wide range based on individualized factors.

162.  <u>Third</u>, Dr. Wilson's findings relate only to how likely web activity is to generate RTB bid requests <u>in general</u> and not to the more relevant question in this case of whether web activity might lead to the sharing of the specific data fields Plaintiffs allege to be "personal information."  On this latter and more salient point, individuals have many ways to control what data is shared for advertising purposes, which necessarily affects the analysis.  For example, Dr. Wilson seems to include cookies in his opinion that the sharing of data in RTB bid requests is "impossible" to avoid, but there are numerous ways that users can block the sharing of cookies, as discussed earlier.  In fact, the available data I analyzed indicates that many users do utilize these tools to block cookies, as shown in the percentage of records in which the `google_user_id` (a cookie) is omitted (██% of the TradeDesk data), discussed above.  Dr. Wilson's conclusions entirely ignore this evidence, which undermine his opinion that sharing of data is "unavoidable."

---

[122] Wilson Rpt., Table 5.
[123] Wilson Deposition Tr. 311:24-312:11.  In addition, Dr. Wilson acknowledged individuals can use various tools to block RTB bid requests, even when visiting websites that would otherwise trigger bid requests to be sent.  *See id.* 278:7-279:12. *See also* Shafiq Deposition Tr. 330:24-332:15.

163.   _Fourth_, the percentages Dr. Wilson identified in his report to support his opinion (shown in Table 5) are inflated and unreliable.  Dr. Wilson explained in deposition that to generate the numbers in Table 5, he (1) set up a web crawler to access not just the web pages the named Plaintiffs visited, but five additional web pages linked to that web page (in the same domain), and (2) he then counted the website as triggering RTB bid requests if any one of those linked pages triggered a bid request.[124]  As Dr. Wilson acknowledged, this means a web page that the named Plaintiff visited would have been counted as triggering RTB bid requests even if it did not actually trigger any bid requests.[125]  As Dr. Wilson acknowledged, "[t]he crawler's behavior is not really reflective of what a human being would do."[126]  I agree with Dr. Wilson's concession in that regard, which confirms that his findings are an unreliable way to estimate the likelihood that human web activity would trigger RTB bid requests.[127]

**C.    Dr. Wilson's opinion that the GAP setting does not "completely stop the sharing and selling of google account holder's information through Google RTB" is based on an unreliable experiment that does not support his conclusion.**

164.   Dr. Wilson opines that the GAP setting does not function as Google described, but the experiment he performed to test this hypothesis was inherently flawed and his findings are unreliable as a result.  As background, Dr. Wilson programmed a web crawler to (1) visit a number of websites involving pregnancy-related topics, (2) subsequently visit a number of publisher sites,

---

[124] Wilson Deposition Tr. 295:8-18.

[125] _Id._ 302:2-16.

[126] _Id._ 302:2-10.

[127] I have also compared Dr. Wilson's list of RTB participants as shown in the data and testing files for Table 5 of his Report to the website domains that appear in the exhibits to the Declaration of Hunter Hanzarik, and I found that 14 of the 22 websites are identified by Dr. Wilson as RTB participants. There are no records for the remaining six websites, suggesting that Dr. Wilson has not reached any conclusion as to whether they are RTB participants.

and (3) record the ads shown on the publisher site.[128]  This web crawler was logged into a Google account for which the GAP setting was turned off.[129]

165.    In <u>one</u> instance (out of several hundred publisher pages that were crawled in the experiments), Dr. Wilson identified an advertisement shown on a publisher site (dictionary.com) that advertised one of the pregnancy websites that the web crawler had previously accessed.[130] Dr. Wilson then concludes that the advertisement must have been targeted in a manner inconsistent with the intended operation of the GAP setting and that there could be no other explanations.[131] This finding is flawed for multiple reasons.

166.    <u>First</u>, Dr. Wilson acknowledged in his deposition that Google does <u>not</u> promise that turning GAP off will disable all targeted advertising or entirely block RTB bid requests.[132] Rather, Dr. Wilson understood that the GAP setting is "supposed to be controlling things like the user ID and potentially the user list" and "is not meant to control other forms of information from being distributed, like the user agent, the location.  <u>Those things are still distributed whether you've opted out or not</u>."[133]  Dr. Wilson's conclusion from his experiment is unfounded because the advertisement he observed was not necessarily targeted based on "things like the user ID" and could have been targeted based on the "other forms of information" that "are still distributed" when GAP is turned off, as part of the intended operation of the setting.

167.    Notably, Dr. Wilson conceded that the advertisement he observed could have been targeted based on <u>advertisers</u> tracking the IP address and user agent associated with Dr. Wilson's

---

[128] Wilson Rpt. ¶¶ 107-115.
[129] *Id*. ¶ 107c.
[130] *Id.* ¶ 122.
[131] *Id.* ¶ 123.
[132] Wilson Deposition Tr. 328:13-329:6.
[133] *Id.* (emphasis added).

web crawlers across different browsing sessions, not necessarily any identifiers that Google included in bid requests.[134]  In other words, Dr. Wilson's experiment does <u>not</u> necessarily show that identifiers are shared even when GAP is turned off.

168.    Further, Dr. Wilson's methodology increased the chances that the advertisement he observed was targeted based on IP address or other information that Dr. Wilson acknowledged is still shared when GAP is turned off, in the expected operation of the setting.  Specifically, Dr. Wilson used a single public IP address for all of his web crawlers.[135]  Moreover, this IP address is one that Dr. Wilson knew to be "pretty stable."[136]  In combination, these factors increased the likelihood that the advertisement Dr. Wilson believed to have been targeted was targeted based on IP address and not any identifier that is intended to be omitted from bid requests when GAP is turned off.  This also comports with my discussion in the earlier background section that the public IP address is known to the winning bidder when the ad is served due to how the Internet operates.

169.    For these reasons, I find Dr. Wilson's experiment to be flawed and the conclusion that he draws (that turning off GAP does not have the expected effect) to be unsound.  If anything, Dr. Wilson's experiment underscores the difficulty of assessing these issues and the need for individualized analysis to determine if any individual was in fact shown an ad that was targeted based on data that GAP is supposed to block from bid requests.

Aaron Striegel, Ph.D.
September 29, 2023

---

[134] *Id.* 329:7–17.
[135] Wilson Rpt. ¶ 109.
[136] Wilson Deposition Tr. 333:6-11.

# Appendix A

## Curriculum Vitae – Aaron D. Striegel

**Updated:**     September 25th, 2023

## I. PERSONAL DATA

Dept. of Computer Science and Engineering
211B Cushing Hall
University of Notre Dame
Notre Dame, IN 46556

| | |
|---|---|
| Telephone: | (574) 631-6896 |
| Fax: | (574) 631-9260 |
| E-Mail: | striegel@nd.edu |
| | aaron.striegel@gmail.com |

**Website:**     https://sites.nd.edu/aaron-striegel
https://www.linkedin.com/pub/aaron-striegel/5/9bb/370
https://scholar.google.com/citations?user=w88NouMAAAAJ

## II. EDUCATION

- Ph.D., Computer Engineering, Iowa State University  Dec. 2002
     Major Professor: Dr. Manimaran Govindarasu
- B.S. Computer Engineering, Iowa State University     Dec 1998

## III. ACADEMIC EXPERIENCE

- Professor, University of Notre Dame - May 2018 to present
     Program Director, Bachelor of Arts in Computer Science – March 2020 to present
- Associate Professor, University of Notre Dame – May 2009 to May 2018
     Associate Chair - May 2012 to Summer 2018
     Assistant Professor, University of Notre Dame – Jan 2003 to May 2009
     Department of Computer Science and Engineering
- Research Exchange, Université de Technologie de Compiègne – Jan 2002 – May 2002
- Graduate Student, Iowa State University – 1999 - 2002
     Department of Electrical and Computer Engineering

## IV. HONORS AND AWARDS

| | |
|---|---|
| 2020 | Honorable Mention – Apple Best Paper Award @ WristSense 2020 |
| 2014-2016 | Leadership Award - ICCCN Service |
| 2013 | Best Paper Award - ACM HotPlanet Workshop @ SIGCOMM |
| 2012 | National Academy of Engineering Indo-American Frontiers of Engineering Symposium (IAFOE) |
| | Selected Participant, National Academies Keck Futures Initiative (NAFKI), "The Informed Brain in the Digital World" |

1

| 2011 | Best Paper Award - IEEE Healthcom |
|------|-----------|
|      | National Academy of Engineering Frontiers of Engineering Education Symposium, One of 65 individuals selected nation-wide |
| 2010 | Iowa State ECpE Early Career Impact Award |
| 2009 | Adviser to 2nd place team – National Security Innovation Competition |
| 2008 | Best Paper Award – Large Installation System Administration (LISA) 2008 |
| 2006 | Notre Dame Computer Science & Engineering Teacher Faculty Award |
| 2003 | NSF CAREER Award, 1st Attempt |
| 2002 | Iowa State University Research Excellence Award |
| 2001 | Faculty Member Nomination (2 students) - Student Scholars and Leaders Recognition Ceremony<br>Participant – NSF Engineering Educators & Scholars Workshop (August 2001)<br>New Faculty Fellow Grant – Frontiers in Education (FIE'2001) |
| 2000 | Iowa State University Teaching Excellence Award<br>NSF Graduate Research Fellowship – Honorable Mention |
| 1999 | Iowa State University EE/Cpr E Fellowship |
| Summary: | 3x Best Paper Awards<br>1x Runner Up – Best Presentation Award<br>2x NAE Symposium (Selected Participant) |

## V. PROFESSIONAL MEMBERSHIPS

### INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)

Senior Member (2017+), Full Member since 2002, Student Member 98-02

### ASSOCIATION OF COMPUTING MACHINERY (ACM)

Full Member since 2006

### AMERICAN SOCIETY FOR ENGINEERING EDUCATION (ASEE)

Full Member since 2011

2001    New Faculty Fellow, Frontiers in Education, October 2001.

**Academic Honor Societies**

    Eta Kappa Nu, Tau Beta Pi

# VI. TECHNICAL PUBLICATIONS AND PRESENTATIONS

Most publications are available via IEEE Xplore or the ACM Digital Library.

**Major Current Projects**

<u>Future of Work:</u> As a follow-on project to Tesserae (see below), we have explored whether the same sensing stack can be utilized to explore effective teams with a specific focus on the impact of COVID and remote teaming. The work is funded by the National Science Foundation with the goal of creating computationally-derived mechanisms that can encourage effective team behaviors. The work is a joint work with the University of California-Irvine (Lead) and the University of Colorado-Boulder.

<u>Fast Mobile Network Characterization:</u> The goal of the Fast Mobile Network Characterization (FMNC) work is to explore how cleverly constructed packet probing trains can be created to accurately, rapidly, and efficiently capture the link characteristics for various types of wireless links (WiFi, LTE). Current work includes explorations of active and passive approaches to link characterization, the impact of pre-staging on short video, and mechanisms by which active link probing can be leveraged to time shift content for rich, video ads.

**Past Major Projects**

<u>Privacy Sensitive Contact Tracing:</u> In conjunction with Prof. Taeho Jung who served as PI, we explored privacy preserving primitives that avoid unnecessary information leakage while providing scalability for the purposes of privacy-centric proximity sharing. Our group's contribution included network modeling and sharing past proximity data from NetSense, NetHealth, and Tesserae.

<u>Tesserae:</u> The focus of this project expands on our prior work with NetSense / NetHealth (see below) to explore how smartphones, wearable devices, social media, and context can be used to capture and model workplace productivity. The work has instrumented seven hundred and fifty working professionals in cognitively demanding professions (information work) and instrumented their day to day activities over a period of one year. I am serving as the lead PI with Notre Dame as the lead institution (approx. $10M in total). Eight contributing institutions have been part of the effort (University of California-Irvine, Georgia Tech, Dartmouth, Carnegie Mellon, University of Colorado-Boulder, Ohio State, University of Texas-Austin, University of Washington). The work began in June 2017 and finished in December 2020. A full set of de-identified data was released via the Open Science Framework.

<u>NetSense Smartphone Study:</u> The NetSense smartphone study has instrumented nearly two hundred incoming freshmen at the University of Notre Dame for the purposes of exploring the interplay between smartphone usage (always-on networking) and social ties (make / keep friends). The study has now been gathering data since August of 2011 and is slated to run through May of 2015. My particular focus for this work is with respect to the instrumentation on the device itself (data backend, data security) as well as exploring network usage patterns / optimization efforts. Our current research efforts are focusing on indoor optimization, WiFi offloading, and streamlined content distribution in ultra-dense environments (ex. stadium, dining hall, classroom).

<u>NetHealth Study:</u> The NetHealth study expanded upon the NetSense study to instrument 500 incoming freshmen in the Fall of 2015 with smartphone agents, health sensors (Fitbit Charge HR),

and co-location sensing (shared locations).  The focus of the work from a sociological perspective was to explore the underlying network effects with regards to homophily on quantitative metrics such as physical activity levels and sleep.   The study instrumented over 700 students with rich sensing capabilities and gathered data for students from their freshmen through senior years.

WeHab: The WeHab study explores how low-cost motion-based gaming peripherals (ex. Nintendo Wii Balance Board, Microsoft Kinect) can be used to deliver enhanced balance rehabilitation with applications for post-TBI (stroke, concussion) and orthopedic physical therapy.   Our current research efforts are focusing on robust framework development (open source instrumentation platform), audio feedback mechanisms, and predictive modeling for mapping in-therapy results to existing evaluation mechanisms (Berg Balance, FIM).

Lockdown: The Lockdown project focused on visualization of changes in network patterns for the purposes of network security, namely network flows with augmentation of gathered data to include Host, Users, and Applications.  Through a novel interface that we dubbed HUA (Host, User, Applications), system administrators could easily add and remove context / edges from network graphs and easily visualize network changes across a variety of views and metrics including graph edit distance, clustering via tools such as walktrap, and various other mechanisms.

Research Summary / Impact

> 38 peer-reviewed journal papers
> 100+ peer-reviewed conference / workshop papers
> 6 invited papers
> 16 graduated PhD students, 8 completed Masters theses
> 3 Best Paper Awards
> 1 Honorable Mention / Runner-Up – Best Paper Award
> 1 Patent
> 6 Technology Disclosures

> Google Scholar        3700+ citations, h-index 35, i-10 index 89

Journal Publications (Peer-Reviewed)

Students / staff advised / supervised directly by myself are noted in **bold**.  The legend for inclusion is as follows: (*) Undergraduates, (@) for Graduate Students, and (+) for Post-doctoral Appointees or past students at a different institution.

1. J. David Creswell, Michael J. Tummini, Stephen Price , Yasaman Sefidgar, Sheldon Cohen , Yiyi Ren, Jennifer Brown, Anind K. Dey, Janine M. Dutcher , Daniella Villalba, Jennifer Mankoff, Xuhai Xu, Kasey Creswell, Afsaneh Doryab, **+Stephen Mattingly**, Aaron Striegel, David Hachen, **@Gonzalo Martinez**, and Marsha C. Lovett, "Nightly sleep duration predicts grade point average in the first year of college," *Proceedings of the National Academy of Sciences of the United States of America,* 120(8), e2209123120. https://doi.org/10.1073/pnas.2209123120.
2. M. Hydari, I. Adjerid, A. D. Striegel, "Health Wearables, Gamification, and Healthful Activity," *Management Science*, Dec. 2022, https://doi.org/10.1287/mnsc.2022.4581
3. **@G. J. Martinez**, T. Grover, **+S.M. Mattingly**, G. Mark, S. D'Mello, T. Aledavood, F. Akbar, P. Robles-Granda A. Striegel, "Alignment Between Heart Rate Variability From Fitness Trackers and Perceived Stress: Perspectives From a Large-Scale In Situ Longitudinal Study of Information Workers," *JMIR Hum Factors* 2022; 9(3):e33754 doi: 10.2196/33754

4

4.  **+S. M. Mattingly**, **@G. Martinez**, J. Young, M. K. Cain, A. Striegel, "Snoozing: an examination of a common method of waking," *Sleep*, Volume 45, Issue 10, October 2022, zsac184, https://doi.org/10.1093/sleep/zsac184

5.  **@G. Martinez**, **+S. Mattingly**, P. Robles-Granda, K. Saha, A. Sirigiri, J. Young, N. Chawla, M. De Choudhury, S. D'Mello, G. Mark, A. Striegel, "Predicting Participant Compliance With Fitness Tracker Wearing and Ecological Momentary Assessment Protocols in Information Workers: Observational Study," *JMIR mHealth and uHealth*, vol. 9, no. 11, November 2021. DOI: 10.2196/22218

6.  S. Mirjafari, H. Bagherinezhad, S. Nepal, **@G. J. Martinez**, K. Saha, M. Obuchi, P. G. Audia, N. V. Chawla, A. K. Dey, A. Striegel, A. T. Campbell, "Predicting Job Performance Using Mobile Sensing," *IEEE Pervasive Computing*, October 2021, doi: 10.1109/MPRV.2021.3118570

7.  S. Nepal, **@G. J. Martinez**, S. Mirjafari, **+S. Mattingly**, V. Das Swain, A. Striegel, P. Audia, A. T. Campbell, "Assessing the Impact of Commuting on Workplace Performance Using Mobile Sensing," *IEEE Pervasive Computing*, October 2021, doi: 10.1109/MPRV.2021.3112399.

8.  I. Adjerid, G. Loewenstein, **@R. Purta**, and A. Striegel, "Gain-Loss Incentives and Physical Activity: The Role of Choice and Wearable Health Tools," *Management Science,* May 2021.  https://doi.org/10.1287/mnsc.2021.4004

9.  **+S. Mattingly**, T. Grover, **@G. Martinez**, T. Aledavood, P. Robles-Granda, K. Nies, A. Striegel, G. Mark, "The Effects of Seasons and Weather on Sleep Patterns Measured through Longitudinal Multimodal Sensing," *Nature Digital Medicine*, 4, 76 (2021). https://doi.org/10.1038/s41746-021-00435-2

10. P. Robles-Granda, S. Lin, X. Wu, **@G. J. Martinez**, **+S. M. Mattingly**, E. Moskal, A. Striegel, N. V. Chawla, S. D'Mello, J. Gregg, K. Nies, G. Mark, T. Grover, A. T. Campbell, S. Mirjafari, K. Saha, M. De Choudhury, A. D. Dey, "Jointly Predicting Job Performance, Personality, Cognitive Ability, Affect, and Well-Being," *IEEE Computational Intelligence Magazine*, vol. 16, no. 2, April 2021.

11. L. Song, A. Striegel, **@A. Mohammed**, "Sniffing Only Control Packets: A Lightweight Client-Side WiFi Traffic Characterization Solution," *IEEE Internet of Things Journal*, 2021.

12. S. Liu, F. Vahedian, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, T. Milenkovic, "Heterogeneous network approach to predict individuals' mental health," *ACM Transactions on Knowledge Discovery from Data (TKDD)*, 2021.

13. Z. Li, +**Q. Liao**, A. D. Striegel, "A Game-theoretic Analysis on the Economic Viability of Mobile Content Pre-Staging," *Wireless Networks,* 26, 667–683 (2020).

14. S. Liu, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, T. Milenkovic, "Network analysis of the NetHealth data: Exploring co-evolution of individuals' social network positions and physical activities," *Applied Network Science*, Dec 2018. DOI: 10.1007/s41109-018-0103-2

15. **@L. Meng**, A. Striegel, T. Milenkovic, "Local versus Global Biological Network Alignment," *Bioinformatics*, vol.32, no. 20, October 2016. DOI: 10.1093/bioinformatics/btw348

16. **@L. Meng**, Y. Hulovatyy, T. Milenkovic, A. Striegel, "On the Interplay Between Individuals' Evolving Interaction Patters and Traits in Dynamic Multiplex Social Networks," *IEEE Transactions on Network Science and Engineering (TNSE)*, vol. 3, no. 1, pp. 32-43, Jan 2016. DOI: 10.1109/TNSE.2016.2523798

17. **@L. Meng**, **@S. Liu**, A. Striegel, "Analyzing the longitudinal impact of proximity, location, and personality on smartphone usage," *Computational Social Networks*, 1:6, Dec 2014.

18. M. Kazjer, J. D'Arcy, C. R. Crowell, A. Striegel, **@D. Van Bruggen**, "An exploratory investigation of message-person congruence in information security awareness campaigns," *Computers & Security*, vol. 43, pp. 64-76, June 2014.

5

19. M. Kennedy, C. Crowell, A. Striegel, M. Villano, J. Schmiedeler, "Relative efficacy of various strategies for visual feedback in standing balance activities," *Experimental Brain Research*, vol. 230, no. 1, pp. 117-125, Sep 2013.

20. **@S. Liu**, +**Y. Jiang**, A. Striegel, "Face-to-Face Proximity Estimation Using Bluetooth On Smartphones," *IEEE Transactions on Mobile Computing*, vol. 13, no. 4, pp. 811-823, April 2014.

21. **@Q. Liao**, A. Striegel, Z. Li, "Could Firewall Rules Be Public -- A Game Theoretical Perspective", in *Security and Communications*, vol. 5, no. 2, pp. 197-210, Feb. 2012. DOI: 10.1002/sec.307

22. **@Q. Liao, @A. Blaich, @D. VanBruggen**, A. Striegel, "Managing Networks through Context: Graph Visualization and Exploration," *Computer Networks*, vol. 54, no. 16, pp. 2809-2824, Nov. 2010.

23. **@Q. Liao**, Z. Li, **@A. Blaich**, A. Striegel, "Fighting Botnets with Economic Uncertainty," *Security and Communication Networks*, vol 4, no. 10, pp. 1104-1113, October 2011.

24. **@A. Blaich**, A. Striegel, D. Thain, "Reflections on The Virtues of Modularity: A Case Study in Linux Security Modules," *Software: Practices and Experience*, vol. 39, no. 15, pp. 1235-1251, Oct. 2009.

25. **@Y. Jiang**, A. Striegel, "An Analysis of the Effects of State Granularity Through (m,k) Real-Time Streams," *IEEE Transactions on Computers*, vol. 58, no. 6, pp. 784-798, June 2009.

26. P. Brenner, **@J. M. Wozniak**, D. Thain, A. Striegel, J. W. Peng, J. A. Izaguirre, "Biomolecular Committor Probability Calculation Enabled by Processing in Network Storage," *Parallel Computing*, vol. 34, no. 11, pp. 652-680, Nov 2008.

27. **@Q. Liao, @D. Cieslak**, A. Striegel, N. Chawla, "Using Selective, Short-Term Memory to Improve Resilience Against DDoS Exhaustion Attacks," *Security and Communication Networks*, vol. 1, no. 4, pp. 287-299, Jul/Aug 2008.

28. **@C. Mano, @A. Blaich, @Q. Liao, @Y. Jiang, @D. Cieslak, @D. Salyers**, A. Striegel, "RIPPS: Rogue Identifying Packet Payload Slicer Detecting Unauthorized Wireless Hosts Through Network Traffic Conditioning," *ACM Transactions on Information and System Security (TISSEC)*, vol. 11, no. 2, pp. 1-23, March 2008.

29. **@J. M. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Making the Best of a Bad Situation: Prioritized Storage Management in GEMS," *Future Generation Computer Systems*, vol. 24, no. 1, pp. 10-16, January 2008.

30. **@D. Salyers, @Y. Jiang**, A. Striegel, C. Poellabauer, "JumboGen: Dynamic Jumbo Frame Generation for Network Performance Scalability," *ACM Computer Communications Review (CCR)*, vol. 37, no. 5, pp. 53-64, October 2007.

31. **@X. Li**, A. Striegel, "A Case for Passive Application Layer Multicast," *Computer Networks*, vol. 51, no. 11, pp. 3157-3171, Aug 2007.

32. **@C. D. Mano, *J. Smith, *W. Bordogna, *A. Matta, *D. Dugovic**, A. Striegel, "CLog: Low Cost Gigabit Full Packet Logging," *Journal of Communications*, vol. 1, no. 7, pp. 17-23, Nov/Dec 2006

33. **@Y. Jiang**, A. Striegel, "A Distributed Traffic Control Scheme based on Edge-Centric Resource Management," *ACM Computer Communications Review (CCR)*, vol. 36, no. 2, pp. 5-16, April 2006.

34. A. Striegel, G. Manimaran, "DSMCast: A Scalable Approach for DiffServ Multicasting," *Computer Networks*, vol. 44, no. 6, pp. 713-735, April 2004.

35. A. Striegel, G. Manimaran, "Dynamic Class-Based Queue Management for Scalable Media Servers," *Journal of Systems and Software (JSS)*, vol. 66, no. 2, pp. 119-128, June 2003.

36. A. Striegel and G. Manimaran, "A survey of QoS multicasting issues," in *IEEE Communications Magazine*, vol. 40, no. 6, pp. 82-87, June 2002, doi: 10.1109/MCOM.2002.1007412.

37. A. Striegel, G. Manimaran, "Packet Scheduling with Delay and Loss Differentiation," *Computer Communications,* vol.25, no.1, pp.21-31, Jan. 2002.

38. A. Striegel, G. Manimaran "Best-effort Scheduling of (m,k)-firm Real-time Streams in Multihop Networks," *Computer Communications,* vol.23, no.13, pp.1292-1300, July 2000.

Conference / Workshop Publications

1. T. Breideband, R. G. Moulder, @**G. J. Martinez**, M. Caruso, G. Mark, A. D. Striegel, S. D'Mello. 2023. "Location, Location, Location: An Exploration of Different Workplace Contexts in Remote Teamwork during the COVID-19 Pandemic," in *Proc. ACM Human Computer Interaction* 7, CSCW1, Article 71 (April 2023), 22 pages. https://doi.org/10.1145/3579504

2. @**A. Mohammed**, T. Karagioules, E. Halepovic, @**S. Zhu**, A. Striegel, "rePurpose: A Case for Versatile Network Measurement," in *Proc. Of IEEE ICC*, May 2023.

3. T. Breideband, @**G. J. Martinez**, @**P. Talkad Sukumar**, M. Caruso, S. D'Mello, A. D. Striegel, G. Mark. "Sleep Patterns and Sleep Alignment in Remote Teams during COVID-19," in *ACM Human Computer Interaction* 6, CSCW2, Article 326 (November 2022) https://doi.org/10.1145/3555217

4. @**S. Zhu**, T. Karagioules, E. Halepovic, @**A. Mohammed**, A. Striegel, "Swipe Along: A Measurement Study of Short Video Services," in *Proc. of ACM MMSys*, June 2022.

5. @**P. T. Sukumar**, A. Dey, G. Mark, R. Metoyer, A. Striegel, "Triggers and Barriers to Insight Generation in Personal Visualizations," in *Proc. of Graphics Interface*, May 2022.

6. T. Briedeband, @**P. T. Sukumar**, G. Mark, M. Caruso, S. D'Mello, A. Striegel, "Home-Life and Work Rhythm Diversity in Distributed Teamwork: A Study with Information Workers during the COVID-19 Pandemic," in *Proc. of ACM CSCW*, 2022.

7. R. Karl, J. Takeshita, @**A. Mohammed**, A. Striegel, and T. Jung "Provably Secure Contact Tracing with Conditional Private Set Intersection" in *Proc. of 17th EAI International Conference on Security and Privacy in Communication Networks (SecureComm)*, 2021

8. R. Karl, J. Takeshita, @**A. Mohammed**, A. Striegel, and T. Jung "Cryptonomial: A Framework for Private Time-Series Polynomial Calculations" in *Proc. of 17th EAI International Conference on Security and Privacy in Communication Networks (SecureComm)*, 2021.

9. R. Karl, J. Takeshita, @**A. Mohammed**, A. Striegel, T. Jung, "CryptoGram: Fast Private Calculations of Histograms over Multiple Users' Inputs," in *Proc. of DCOSS*, 2021.

10. L. Song, E. Halepovic, @**A. Mohammed**, A. Striegel, "CUP: Cellular Ultra-light Probe-based Available Bandwidth Estimation," in *Proc. of IWQoS*, June 2021.

11. K. Saha, T. Grover, +**S. Mattingly**, V. Das Swain, P. Gupta, @**G. Martinez**, P. Robles-Granda, G. Mark, A. Striegel, M. DeChoudhury, "Person-Centered Predictions of Psychological Constructs with Social Media Contextualized by Multimodal Sensing," in *Proceedings of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)*, March 2021.

12. @**P. Talkad Sukumar**, T. Briedband, @**G. Martinez**, M. Caruso, S. Rose, C. Steputis, S. D'Mello, G. Mark, A. Striegel, "Designing an Interactive Visualization for Monitoring Participant Compliance in a Large-Scale, Longitudinal Study," in *Proc. of CHI Case Studies*, 2021.

13. V. D. Swain, K. Saha, H. Rajvanshy, A. Sirigiri, J. M. Gregg, S. Lin, @**G. J. Martinez**, +**S. M. Mattingly**, S. Mirjafari, R. Mulukutla, S. Nepal, K. A. Nies, M. D. Reddy, P. Robles-Granda, A. T. Campbell, N. V. Chawla, S. D'Mello, A. K. Dey, K. Jiang, Q. Liu, G. Mark, **E. Moskal**, A. Striegel, L. Tay, G. D. Abowd, and M. De Choudhury, "A Multisensor Person-Centered Approach to Understand the Role of Daily Activities in Job

Performance with Organizational Personas," in *Proc. of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)*, September 2020.

14. **+L. Song**, **@A. Mohammed**, A. Striegel, "A Passive Client Side Control Packet-based WiFi Traffic Characterization Mechanism," in *Proc. of IEEE ICC 2020*, Dublin, Ireland, June 2020.

15. **@P. Talkad Sukumar**, **@G. Martinez**, T. Grover, G. Mark, S. D'Mello, N. Chawla, **+S. Mattingly**, and A. Striegel, "Characterizing Exploratory Behaviors on a Personal Visualization Interface Using Interaction Logs," in *Proc. of EuroViz,* May 2020.

16. **@G. J. Martinez**, **+S. Mattingly**, J. Young, L. Faust, A. Dey, A. Campbell, M. DeChoudhury, S. Mirjafari, S. Nepal, P. Robles-Granda, K. Saha, A. Striegel, "Improved Sleep Detection Through the Fusion of Phone Agent and Wearable Data Streams," in *Workshop on Sensing Systems and Applications Using Wrist Worn Smart Devices (WristSense)*, March 2020.  Honorable Mention – Best Paper Presentation Award

17. **@G. J. Martinez, +S. Mattingly**, S. Mirjafari, S. Nepal, A. Campbell, A. Dey, A. Striegel, "On the Quality of Real-world Wearable Data in a Longitudinal Study of Information Workers," in *Proc. of Workshop on Sensing Systems and Applications Using Wrist Worn Smart Devices (WristSense)*, March 2020.

18. S. Liu, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, and T. Milenkovic "The power of dynamic social networks to predict individuals' mental health," in *Proc. of Pacific Symposium on Biocomputing (PSB) 2020*, Big Island, Hawaii, Jan 2020.

19. S. Mirjafari, K. Masaba, T. Grover, Wang, W., Audia, P., Campbell, A. T., Chawla, N. V., Das Swain, V., De Choudhury, M., Dey, A. K., D'Mello, S.K., Gao G., Gregg, J.M., Jagannath, K., Jiang, K., Lin, S., Liu, Q., Mark, G., **@G. Martinez**, **+S. M. Mattingly**, Moskal, E., Mulukutla, R., Nepal, S., Nies, K.A., Reddy, M. D., Robles-Granda, P., Saha, K., Sirigiri, A., Striegel, A. "Differentiating High and Low Job Performers in the Workplace using Mobile Sensing," to appear in *Proc. of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)[1]*, 2019.

20. K. Saha, M. D. Reddy, V. Das Swain, J. M. Gregg, T. Grover, S. Lin, **@G. J. Martinez**, **+S. M. Mattingly**, S. Mirjafari, R. Mulukutla, K. Nies, P. Robles-Granda, A. Sirigiri, D. W. Yoo, P. Audia, A. T. Campbell, N. V. Chawla, S. K. D'Mello, A. K. Dey, K. Jiang, Q. Liu, G. Mark, **E. Moskal**, A. Striegel, and M. De Choudhury, "Imputing Missing Social Media Data Streams in Multisensor Studies of Human Behavior," to appear in *Proc. of the 8th International Conference on Affective Computing and Intelligent Interaction (ACII)*, 2019.

21. K. Saha, A. E. Bayraktaroglu, A. T. Campbell, N. V. Chawla, M. De Choudhury, S. K. D'Mello, A. K. Dey, G. Gao, J. M. Gregg, K. Jagannath, G. Mark, **@G. J. Martinez**, **+S. M. Mattingly**, **E. Moskal**, A. Sirigiri, A. Striegel, D. W. Yoo, "Social Media as a Passive Sensor in Longitudinal Studies of Human Behavior and Wellbeing," in *Proc. of CHI Case Studies*, Glasgow, Scotland, May 2019.

22. **+S. M. Mattingly**, J. M. Gregg, P. Audia, A. E. Bayraktaroglu, A. T. Campbell, N. V. Chawla, V. D. Swain, M. De Choudhury, S. K. D'Mello, A. K. Dey, G. Gao, K. Jagannath, K. Jiang, S. Lin, Q. Liu, G. Mark, **@G. J. Martinez**, K. Masaba, S. Mirjafari, **E. Moskal**, R. Mulukutla, K. Nies, M. D. Reddy, P. Robles-Granda, K. Saha, A. Sirigiri, A. Striegel, "The Tesserae Project: Large-Scale, Longitudinal, In Situ, Multimodal Sensing of Information Workers," in *Proc. of CHI Case Studies*, Glasgow, Scotland, May 2019.

23. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," in *Proc. of HICSS-52*, Honolulu, Hawaii, Dec. 2018.

24. **@L. Song**, A. Striegel, "SEWS: A Channel-Aware Stall-Free WiFi Video Streaming Mechanism," in *Proc. of NOSSDAV*, June 2018.

---

[1] IMWUT is nominally the venue for ACM Ubicomp and as such is listed in the Conference / Workshop section.  Although structured as a journal, papers follow nominally a conference review process with an opportunity for revisions similar to shepherding.

25. L. Faust, P. Jimenez, D. Hachen, O. Lizardo, A. Striegel and N. Chawla, "Long-term Compliance Habits: What Early Data Tells Us," in *Proc. of Workshop on Long-Term Tracking* (workshop at CHI), 2018.

26. @**R. Purta**, A. Striegel, "Estimating Dining Hall Usage Using Bluetooth Low Energy Beacons," in *Proc. of UbiMI workshop* at Ubicomp, Maui, Hawaii, September 2017.

27. S. Vhaduri, C. Poellabauer, A. Striegel, O. Lizardo and D. Hachen, "Discovering Places of Interest Using Sensor Data from Smartphones and Wearables," in *Proc. of IEEE UIC (Ubiquitous Intelligence and Computing)*, 2017.

28. @**L. Song**, A. Striegel, "Leveraging Frame Aggregation for Estimating WiFi Available Bandwidth" in *Proc. of IEEE SECON*, San Diego, CA, June 2017 (Acceptance Rate 26.5%)

29. @**X. Hu**, A. Striegel, "Redundancy Elimination Might Be Overrated: A Quantitative Study on Wireless Traffic," in *Proc. of INFOCOM IECCO Workshop (Integrating Edge Computing, Caching, and Offloading in Next Generation Networks)*, Atlanta, GA, May 2017.

30. @**L. Song**, A. Striegel, "Leveraging Frame Aggregation to Improve Access Point Selection," in *Proc. of INFOCOM International Workshop on Mobility Management in the Networks of the Future World (MobiWorld)*, Atlanta, GA, 2017.

31. L. Faust, @**R. Purta**, D. Hachen, A. Striegel, C. Poellabauer, O. Lizardo, N. Chawla, "Exploring Compliance: Observations from a Large Scale Fitbit Study," in *Proc. of SocialSens* workshop, 2017.

32. @**R. Purta**, @**L. Song**, S. Mattingly, D. Hachen, O. Lizardo, J. Payne, C. Poellabauer, A. Striegel, "Experiences Measuring Sleep and Physical Activity Patterns Across a Large College Cohort With Fitbits," in *Proc. of ISWC (International Symposium on Wearable Computing)*, September 2016.

33. @**L. Meng**, J. Crawford, A. Striegel, T. Milenkovic, "IGLOO: Integrating global and local biological network alignment," *in Proc. of 12th International Workshop on Mining and Learning with Graphs (workshop at KDD)*, San Francisco, CA, August 2016.

34. Q. Liao, Z. Li, A. Striegel, "On the Economics of Mobile Content Pre-Staging," in *Proc. of 5th Workshop on Smart Data Pricing* (at *IEEE INFOCOM*), San Francisco, April 2016.

35. J. Shi, @**L. Meng**, D. Koutsonikolas, C. Qiao, A. Striegel, G. Challen, "A Walk on the Client Side: Monitoring Enterprise Wifi Networks Using Smartphone Channel Scans," in *Proc. of IEEE INFOCOM*, San Francisco, CA, April 2016 (Acceptance Rate 18.25%).

36. @**R. Purta**, D. Hachen, J. Liew, A. Striegel, "Toward a System for Longitudinal Emotion Sensing," in *Proc. of the 1st International Workshop on Social Sensing (SocialSens)*, workshop at IEEE MASS, Oct. 2015.

37. @**X. Hu**, @**L. Song**, @**D. Van Bruggen**, A. Striegel, "Is There WiFi Yet? How Aggressive Probe Requests Deteriorate Energy and Throughput," in *Proc. of ACM Internet Measurement Conference (IMC)*, Tokyo, Japan, Oct. 2015 (Short Paper - 16% acceptance rate on short papers).  Dataset made public.

38. T. Neal, D. Woodard, A. Striegel, "Mobile Device Application, Bluetooth, and Wi-Fi Usage Data as Behavioral Biometric Traits" in *IEEE BTAS (Biometrics Theory, Applications and Systems)*, Arlington, VA, Sept. 2015. (Acceptance Rate: 44%)

39. @**B. Bockstege**, A. Striegel, "A Management System for Motion-Based Gaming Peripherals for Physical Therapy Instrumentation," in *Proc. of IEEE Healthcom*, Natal, Brazil, Oct. 2014.

40. @**X. Hu**, @**L. Meng**, A. Striegel, "Evaluating the Raw Potential for Device-to-Device Caching via Co-Location," in *Proc. of MobiSPC*, August 2014 (Acceptance Rate = 47%).

41. Q. Liao, Z. Li, A. Striegel, "Is More P2P Always Bad for ISPs? -- An Analysis of P2P and ISP Business Models," in *Proc. of HotData*, July 2014.

42. @**L. Meng**, @**S. Liu**, A. Striegel, "Analyzing the Impact of Proximity, Location and Personality on Smartphone Usage," Proc. of Workshop on Dynamic Social Networks (DySON), April 2014.

9

43. @**L. Meng**, T. Milenkovic, A. Striegel, "Systematic Dynamic and Heterogeneous Analysis of Rich Social Network Data," in *Proc. of CompleNet (5th Workshop on Complex Networks)*, March 2014.

44. @**X. Hu**, A. Striegel, "Preserving Location Privacy on the Release of Large-scale Mobility Data," in *Proc. of IEEE Globecom*, Atlanta, GA, Dec. 2013.

45. @**S. Liu**, A. Striegel, "Exploring the Potential in Practice for Opportunistic Networks Amongst Smart Mobile Devices," in *Proc. of ACM MOBICOM*, pp. 315-326, Miami, FL, Oct 2013.

46. @**D. Van Bruggen**, @**S. Liu**, M. Kazjer, A. Striegel, C. Crowell, J. D'Arcy, "Modifying User Smartphone Locking Behavior," in *Proc. of SOUPS (Symposium on Usable Privacy and Security)*, Newcastle, UK, July 2013.

47. A. Striegel, @**S. Liu**, @**L. Meng**, C. Poellabauer, D. Hachen, O. Lizardo, "Lessons Learned from the NetSense Smartphone Study," in *Proc. of ACM HotPlanet (workshop at ACM SIGCOMM)*, Hong Kong, Aug 2013. **Best Paper Award**

48. @**A. Blaich**, @**S. Liu**, A. Striegel, "Re-thinking 802.11 Rate Selection In The Face of Non-Altruistic Behavior," in *Proc. of WiMAN (Workshop at ICCCN)*, July 2013.

49. @**Y. Jiang**, @**S. Liu**, A. Striegel, "Save For Later: A Technique for Improving End-to-End Mesh Network Performance," in *Proc. of WiMAN (Workshop at ICCCN)*, July 2013.

50. @**S. Liu**, A. Striegel, "Casting Doubts on the Viability of WiFi Offloading," in *Proc. of Cellular Networks: Operations, Challenges, and Future Design (CellNet)*, Helsinki, Finland, August 2012.

51. @**Q. Liao**, A. Striegel, "Intelligent Network Management Using Graph Differential Anomaly Visualization," in *Proc. of IEEE/IFIP Network Operations and Management Symposium (NOMS 2012)*, Maui, HI, 2012.

52. L. Shi, @**Q. Liao**, Y. He, R. Li, A. Striegel, Z. Su, "SAVE: Sensor Anomaly Visualization Engine," in *Proc. of IEEE VAST 2011*, Providence, RI, October 2011.

53. M. Kennedy, J. Schmiedeler, A. Striegel, C. Crowell, M. Villano, J. Kuitse, "Enhanced Feedback in Balance Rehabilitation using the Nintendo Wii Balance Board," in *Proc. Of IEEE HealthCom*, 2011 (Best Paper Award).

54. C. Miller, S. Chasins, C. Farris, J. Varner, C. Carmony, C. Poellabauer, and A. Striegel, "An Integrated Monitoring System for Mobile Phones", *Proceedings of the 1st International Workshop on Sensing for App Phones (PhoneSense)*, Zurich, Switzerland, November 2010.

55. @**Q. Liao**, A. Striegel, N. Chawla "Visualizing Graph Dynamics and Similarity for Enterprise Network Security and Management," in *Proceeding of the ACM 7th International Symposium on Visualization for Cyber Security (VizSec'10)*, Sept. 2010.

56. Z. Li, @**Q. Liao**, and A. Striegel. "Toward a socially optimal wireless spectrum management", In *Fifth IEEE Workshop on Networking Technologies for Software-Defined Radio and White Space*, held in conjunction with IEEE SECON, Boston, Massachusetts, June 21, 2010.

57. A. Striegel, @**D. Van Bruggen**, "Work in Progress: Development of a Human Computer Interface Course on the Microsoft Surface," in *Proc. Of Frontiers in Education (FIE)*, Oct. 2010.

58. *****M. Overholt**, *****S. Zhang**, A. Striegel, "WiiDoRF: Decision and Recording Framework for Educational Labs Centered on the Nintendo Wiimote," in *Proc. Of Frontiers in Education*, Oct. 2010.

59. @**A. Blaich**, A. Striegel, ""Is High Definition a natural DRM?" in *Proc. Of ICCCN 2009 Workshop on Multimedia Communications and Computing*, August 2009.

60. @**Q. Liao**, Z. Li, A. Striegel, "Information Game of Public Firewalls," in *Proc. of 5th Workshop on Network Protocols and Security (NPSec)*, 2009.

61. @**Y. Jiang**, A. Striegel, "Fast Admission Control for Short TCP Flows," in *Proc. of IEEE GLOBECOM*, Honolulu, Hawaii, Nov. 2009.

10

62. **\*J. Brindza, \*J. Szweda, @Q. Liao, @Y. Jiang**, A. Striegel, "WiiLab: Bringing Together the Nintendo Wiimote and MATLAB," in *Proc. of Frontiers in Education (FIE)*, 2009.

63. **@A. Blaich**, A. Striegel, "On the Difficulties of Passively Detecting 802.11n Rogue Wireless Access Points," in the *Proc. of IEEE WoWMoM*, June 2009.

64. **@D. Salyers**, A. Striegel, C. Poellabauer, "Opportunistic Wireless Broadcast (OWB): Dynamic Redundancy Detection in the Wireless Medium", in *Proc. of 8th IEEE International Workshop on Wireless Local Networks (WLN)*, Montreal, Canada, Oct 2008.

65. **@Q. Liao, @A. Blaich**, A. Striegel, D. Thain, "ENAVis: Enterprise Network Activities Visualization," in *Proc. of LISA (Large Installation System Administration) Conference*, San Diego, CA, Nov. 2008 (Best Paper Award).

66. **@D. Salyers**, A. Striegel, C. Poellabauer, "A Light Weight Method for Maintaining Clock Synchronization for Networked Systems," in *Proc. of IEEE ICCCN,* St. Thomas, US Virgin Islands, August 2008

67. Z. Li, **@Q. Liao**, A. Striegel, "Botnet Economics: Uncertainty Matters," in *Proc. of Workshop on Economics of Information Security*, Hanover, New Hampshire, June 2008.

68. **\*K. O'Brien, @D. Salyers**, A. Striegel, C. Poellabauer, "Power and Performance Characteristics of USB Flash Drives," in *Proc. of IEEE WOWMOM (IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks)*, Newport Beach, CA, June 2008 (short paper).

69. **@D. Salyers**, A. Striegel, C. Poellabauer, "Rethinking 802.11 Packet Loss," in *Proc. of IEEE WOWMOM (IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks)*, Newport Beach, CA, June 2008 (short paper).

70. N. Shillingford, **@D. Salyers**, C. Poellabauer, A. Striegel, "Delay- and Energy-Aware Multi-Path Routing in Wireless Ad Hoc Networks," in *Proc. of MobiQuitous*, pp. 1-8, August 2007.

71. **@M. J. Chapple**, N. Chawla, A. Striegel, "Authentication Anomaly Detection: A Case Study On A Virtual Private Network," in *Proc. of 3rd Annual ACM Workshop on Mining Network Data (MineNet),* pp. 17-22, San Diego, California, June 2007.

72. **@J. M. Wozniak, @Y. Jiang**, A. Striegel, "Effects of Low Quality Time Estimates in Policed Schedulers," in *Proc. of 40th Annual Simulation Symposium (ANSS)*, pp. 283-292, 2007.

73. P. Brenner, **@J. M. Wozniak**, D. Thain, A. Striegel, J. A. Izaguirre, J. Peng, "Biomolecular Path Sampling Enabled by Processing in Network Storage," in T*he Sixth IEEE International Workshop on High-Performance Computational Biology* at *IPDPS,* pp. 1-6, 2007.

74. **@J. M. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Access Control for a Replica Management Database," in *Proc. of the Second ACM Workshop on Storage Security and Survivability*, pp. 41-46, Alexandria, VA, Oct. 2006.

75. **@X. Li, D. Salyers**, A. Striegel, "Improving Packet Cache Scalability Through the Concept of an Explicit End of Data Marker," in *Proc. of HotWeb,* pp. 1-12, Boston, MA, Nov. 2006.

76. **@C. Mano**, L. DuHadway, A. Striegel, "A Case for Instilling Security as a Core Programming Skill," in *Proc. of Frontiers in Education (FIE)*, pp. 13-18, San Diego, CA, Oct. 2006.

77. **@C. Mano, \*J. Smith, \*W. Bordogna**, A. Striegel, "High Speed Packet Logging on a Budget," in *Proc. of IFIP Networking*, pp. 501-512, Coimbra, Portugal, May 2006.

78. **@D. Cieslak**, N. Chawla, A. Striegel, "Combating Imbalance in Network Intrusion Datasets," in *Proc. of IEEE Granular Computing*, pp. 732-737, May 2006.

79. **@C. Mano**, A. Striegel, "Resolving WPA Limitations in SOHO and Open Public Wireless Networks," in *Proc. of IEEE Wireless Communications and Networking Conference (WCNC)*, Las Vegas, NV, pp. 617-622, April 2006.

80. **@Y. Jiang**, A. Striegel, "Granularity-aware (m,k) Queue Management for Real-Time Media Servers," in *Proc. of Real Time Application Symposium (RTAS)*, pp. 103-112, San Jose, CA, April 2006.

81. **@C. Mano**, A. Striegel, "Group Matrix Architecture for Computation Grid Data Integrity," in *Proc. of Trusted Internet Workshop (TiW)*, Dec. 2005.

82. D. Thain, S. Klous, @**J. Wozniak**, P. Brenner, A. Striegel, and J. Izaguirre, "Separating Abstractions from Resources in a Tactical Storage System," in *Proc. of the International Conference for High Performance Computing and Communications (Supercomputing)*, Nov 2005.

83. **@J. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. Izaguirre, "Generosity and Gluttony in GEMS: Grid Enabled Molecular Simulations," in *Proc. of IEEE Symposium on High Performance and Distributed Computing (HDPC)*, pp. 191-200, July 2005.

84. **@C. Mano**, A. Striegel, "Introducing Security Concepts Through An Electronic Voting Project," in *Proc. Of Frontiers In Education (FIE)*, Indianapolis, IN, Oct 2005.

85. **@C. Mano**, A. Striegel, "Trusted Security Devices for Bandwidth Conservation in IPSec Environments," in *Proc. of IFIP Networking – LNCS 3462*, pp. 166-177, Waterloo Canada, May 2005.

86. **@D. Salyers**, A. Striegel, "A Novel Approach to Transparent Bandwidth Conservation," in *Proc. of IFIP Networking – LNCS 3462*, pp. 1219-1230, Waterloo, Canada, May 2005.

87. **@J. M. Wozniak**, **@D. Salyers**, A. Striegel, J. Izaguirre, "GIPSE: Streamlining the Management of Simulation on the Grid," in *Proc. Of 38th Annual Simulation Symposium (ANSS)*, pp. 130-137, April 2005.

88. A. Striegel, "Stealth Multicast: A Novel Catalyst for Multicast Deployment," in *Proc. Of IFIP Networking – LNCS 3042*, pp. 817-828, Athens, Greece, May 2004.

89. A. Striegel, A. Bouabdallah, H. Bettahar, G. Manimaran, "EBM: Edge-Based Multicast in DiffServ Networks," in *Fifth International Workshop on Network Group Communication (NGC) - LNCS 2816*, pp. 131-142, Munich, Germany, Sep. 2003. (33.3% acceptance rate)

90. A. Striegel, G. Manimaran, "Dynamic DSCPs for Heterogeneous QoS in DiffServ Multicasting," in *Proc. of IEEE GLOBECOM*, pp. 2123-2127, Nov. 2002.

91. A. Striegel, D. Rover, "Enhancing Student Learning in an Introductory Embedded Systems Laboratory," in *Proc. of Frontiers in Education (FIE)*, pp. T1D7-T1D12, Nov. 2002.

92. A. Striegel, D. Rover, "Problem-based Learning in an Introductory Computer-Engineering Course," in *Proc. of Frontiers in Education (FIE)*, pp. F1G7-F1G12, Nov. 2002.

93. A. Chakrabarti, A. Striegel, G. Manimaran, "A Case for Tree Evolution in QoS Multicasting," in *Proc. of International Workshop on Quality of Service (IWQoS)*, pp. 116-125, 2002.

94. A. Striegel, G. Manimaran, "An Edge-Based Fault Detection Scheme for DiffServ Networks," in *Proc. of Dependable Systems and Networking (DSN)'2002*, pp. 79-88, Washington D.C., June 2002.

95. A. Striegel, "Distance Education and Its Impact on Computer Engineering Laboratories," in *Proc. of Frontiers in Education* (FIE), pp. F2D4-9, Reno, Nevada, USA, Oct. 2001.

96. A. Striegel, J. Bonney, R. Ramanujin, "A Protocol Independent Internet Gateway for Ad-Hoc Wireless Networks," in *Proc. of Local Computer Networks (LCN)*, pp. 92-101, Tampa, Florida, USA, Nov. 2001.

97. A. Striegel, G. Manimaran, "A Scalable Protocol for Member Join/Leave in a Multicast DiffServ Environment," in *Proc. of Conf. on Local Computer Networks (LCN)*, pp. 395-404, Tampa, Florida, USA, Nov. 2001.

98. A. Striegel, G. Manimaran, "A Scalable Approach to DiffServ Multicasting," in *Proc. International Conference on Communications (ICC)*, pp. 2327-2331, Helsinki, Finland, June 2001.

99. A. Striegel and G. Manimaran, "A scalable QoS adaptation scheme for media servers," in *Proc. Intl. Workshop on Parallel and Distributed Real-time Systems (WPDRTS)*, pp. 1045-1052, San Francisco, USA, Apr. 2001.

12

*100.* A. Striegel, G. Manimaran, "Dynamic Class-Based Queue Management for Scalable Media Servers," in *Proc. IEEE Real-time Technology and Applications Symposium (RTAS),* Washington DC, USA, pp.228-236, May 2000.

*101.* A. Striegel, G. Manimaran "Best-effort Scheduling of (m,k)-firm Real-time Streams in Multihop Networks," in *Proc. Intl. Workshop on Parallel and Distributed Real-time Systems (WPDRTS)*, Cancun, Mexico, pp. 743-752, Apr. 2000.

LNCS – Lecture Notes in Computer Science (Springer-Verlag)

Book Chapters

1. T. J. Neal, D. Woodard, A. D. Striegel, "Mobile device usage data as behavioral biometrics," in Chapter 7 in *Mobile Biometrics*.
2. **@M. Chapple**, A. Striegel, C. Crowell, "Firewall Security Maintenance," in *CT Ethics and Security in the 21st Century: New Developments and Applications*, IGI Global.
3. **@J. M. Wozniak**, A. Striegel, "Investigating Deadline-Driven Scheduling Policy via Simulation with East," to appear as a chapter in *Quantitative Quality of Service for Grid Computing: Applications for Heterogeneity, Large-Scale Distribution and Dynamic Environments*, IGI Global.

Invited Conference Papers

1. **@A. Mohammed**, T. Karagioules, E. Halepovic, **@S. Zhu**, A. Striegel, "On The Harmful Effects of Active Network Probing," in *Proc. of ICCCN*, July 2023.
2. **@G. J. Martinez**, G. Dubrovskiy, **@S. Zhu**, **@A. Mohammed**, H. Lin, J. N. Laneman, A. D. Striegel, R. V. Pragada, D. R. Castor, "An Open, Real-World Dataset of Cellular UAV Communication Properties," in *Proc. of ICCCN*, August 2021.
3. **@S. Zhu**, **@A. Mohammed**, A. Striegel, "A Frame-Aggregation-Based Approach for Link Congestion Prediction in WiFi Video Streaming," in *Proc. of ICCCN*, August 2020.
4. **@R. Purta**, A. Striegel, "Predicting Friendship Pairs from BLE Beacons Using Dining Hall Visits," in *Proc. of ICCCN*, Valencia, Spain, August 2019.
5. **@L. Song**, A. Striegel, "A Lightweight Scheme for Rapid and Accurate WiFi Path Characterization," in *Proc. of ICCCN*, Hangzhou, China, August 2018.
6. **@X. Hu**, A. Striegel, "PASS: Content Pre-staging through Provider Accessible Storage Service," in *Proc. of ICCCN*, Vancouver, Canada, August 2017.
7. A. Striegel, **@S. Liu, @X. Hu**, "LTE and WiFi: Experiences with Quality and Consumption," in *Proc. of MobiSPC*, August 2014.
8. **@L. Meng, @S. Liu**, A. Striegel, "Characterizing the Utility of Smartphone Background Traffic," in *Proc. of WiMAN*, Shanghai, China, July 2014.
9. **@S. Liu**, A. Striegel, "Accurate Extraction of Face-to-Face Proximity Using Smartphones and Bluetooth," in *Proc. of Fifth International Workshop in Wireless Mesh and Ad Hoc Networks (WiMAN)*, Maui, HI, July 2011.
10. **@C. D. Mano, @D. C. Salyers, @Q. Liao, @A. Blaich**, A. Striegel, "SAABCOT: Secure Application-Agnostic Bandwidth COnservation Techniques", in *Proc. of IEEE BroadNets*, September 2007 (Invited Paper).

arXiv Papers (Non-Refereed)

1. N. Kleber, J. Chisum, A. Striegel, B. Hochwald, A. Termos, J. Laneman, **@Z. Fu**, J. Merritt, " RadioHound: A Pervasive Sensing Network for Sub-6 GHz Dynamic Spectrum Monitoring," posted Oct 2016, https://arxiv.org/abs/1610.06212

2. **@X. Hu**, A. Striegel, "Redundancy Elimination Might Be Overrated: A Quantitative Study on Real-World Wireless Traffic," posted May 2016, http://arxiv.org/abs/1605.04021
3. **@L. Meng**, T. Milenkovic, A. Striegel, "IGLOO: Integrating global and local biological network alignment," posted April 2016, http://arxiv.org/abs/1604.06111
4. **@X. Hu, @L. Song**, A. Striegel, "Is There WiFi Yet? How Aggressive Probe Requests Deteriorate Energy and Throughput," posted Feb 2015, http://arxiv.org/abs/1502.01222

Non-Refereed Conference / Poster Publications

1. **@P. Talkad Sukumar**, D. Reinholz, A. Striegel, "Visualizing Participatory Inequities in Classroom Data," in the VIS 2020 Posters.
2. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," presented at WISE (Workshop on Information System Economics), San Francisco, California, December 2018.
3. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," presented at CHITA (Conference on Health IT and Analytics), Oct. 19-20, 2018, Washington, D.C.
4. N. Kleber, A. Termos, **@G. Martinez**, J. Merritt, B. Hochwald, J. Chisum, A. Striegel, J. Laneman, "RadioHound: A Pervasive Sensing Platform for Sub-6 GHz Dynamic Spectrum Monitoring," demo at *IEEE DySpan 2017*.
5. Yang Yang and Omar Lizardo and Dong Wang and Yuxiao Dong and Aaron D. Striegel and David Hachen and Nitesh V. Chawla, "Gender Differences in Communication Behaviors, Spatial Proximity Patterns, and Mobility Habits," arXiV, https://arxiv.org/abs/1607.06740, 2016.
6. M. Kazjer, C. Crowell, A. Ferreira, J. D'Arcy, **@D. Van Bruggen**, A. Striegel, "Poster: Memorability of Computer Security Posters as Affected by Message Type," at *SOUPS (Symposium on Usable Privacy and Security)*, July 2013.
7. **@M. Chapple**, A. Striegel, J. D'Arcy, "An Analysis of Firewall Rulebase (Mis)Management Practices," *Information Systems and Security Journal*, Jan 2009.
8. **@A. Blaich, Q. Liao**, A. Striegel, D. Thain, "Simplifying Network Management with Lockdown," at *Workshop on Usable IT Security Management (USM '08) – Symposium on Usable Privacy and Security (SOUPS)*, July 2008.
9. **@C. Mano**, A. Striegel, "Demo: Rogue Identifying Packet Payload Slicing via RIPPS," demonstration at *INFOCOM 2008*.
10. A. Striegel, **@D. Salyers, @Y. Jiang, @A. Blaich**, "Improving Medium-Sized Media Clip Distribution Through Transparent Tail Synchronization," extended abstract/poster in *Proc. Of IEEE BroadNets*, Sept. 2007.
11. **A. Blaich, Q. Liao, B. Sullivan, G. Allan**, A. Striegel, D. Thain, "Lockdown: Distributed Policy Analysis and Enforcement within the Enterprise Network," poster at *USENIX Security*, August 2007.
12. **@J. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Applying Feedback Control to a Replica Management System," in *Proc. of Southeastern Symposium on System Theory (SSST)*, pp. 472-476, March 2006.
13. **@D. Salyers, @X. Li**, A. Striegel, S. Chandra, "Wireless Stealth Multicast: Bandwidth Conservation for Last-Mile Wireless Clients," poster at *IEEE INFOCOM*, Miami, FL, March 2005.
14. **J. M. Wozniak**, A. Striegel, D. Salyers, J. A. Izaguirre, "Overview of the GIPSE Architecture," poster at *GlobusWorld*, Boston, MA, Feb. 2005.
15. A. Striegel, J. A. Izaguirre, ***M. Shorts, @D. Salyers, *K. McCusker, *B. Bien, *G. Shewakramani**, "Taming the grid management beast with GRIM," poster at GlobusWorld, San Francisco, CA, Jan. 2004.

14

16. A. Striegel, "Security Issues in a Differentiated Services Internet," *Trusted Internet Workshop - HiPC*, Bangalore, India, Dec. 2002.

17. A. Striegel, C. Reynolds, G. Manimaran, "An integrated heuristic for best effort scheduling of (m,k)-firm streams in point-to-point networks," *FTCS-29 Fast Abstracts,* Madison, WI, USA, June 1999.

To Appear: 1x – CHITA 2022 (w. I. Adjerid)

Editor - Journals or Books

1. K. Sha, A. Striegel, M. Song, "Advances in Computer Communications: From Green, Mobile, Pervasive Networking, to Big Data Computing," *River Publishers Series* in Communications, 2017. (Selected papers from ICCCN 2015)

2. K. Sha, A. Striegel, M. Song, "Security, Privacy, and Reliability in Computer Communications and Networking," *River Publishers Series in Communications*, 2017. (Selected papers from ICCCN 2015).

3. S. Mao, H. Wang, A. Striegel, K. Sha, "Guest Editorial: Special Issue on Cognitive, Cellular and Mobile Networks," Special Issue in *EAI Endorsed Transactions on Wireless Spectrum*, vol. 2, no. 7, January 2016. (http://eudl.eu/issue/ws/2/7)

Books or Chapters of Books

- Proofreader – "Resource Management in Real-Time Systems and Networks", G. Manimaran, C. Siva Ram Murthy, MIT Press, Apr. 2001

Provisional Patents / Disclosures

- A. Striegel, @**D. Salyers**, @**C. Mano**, @**X. Li**, @,+**Y. Jiang**, "TWiCE: Transparent Wireless Capacity Enhancement," Provisional Patent, #61/628,883, Nov. 2011.
- @**C. Mano**, A. Striegel, "RIPPS: Rogue Identifying Packet Payload Slicing," provisional patent #60/752,945.
- A. Striegel, @**L. Song**, "Rapid End-to-End Path Characterization involving Wireless Network Hops," disclosure on April 19, 2016.
- @**L. Song**, A. Striegel, "Simplified Mechanism for Conveying Residual Capacity at a Wireless Access Point," disclosure on April 19, 2016.
- 2x disclosures on cryptography with Prof. Taeho Jung at Notre Dame on secure contract tracing / computation

Patents

- @**L. Song**, A. Striegel, "Systems and Methods for Rapidly Estimating Available Bandwidth in a WiFi link," Patent #10,383,002, awarded May 2019.
  - https://patents.google.com/patent/US10383002B2/en

Software Artifacts

- *Colocation*: Simplified toolset for detecting co-location (proximity) between multiple individuals for longitudinal interaction monitoring between individuals
- *FMNC:* Fast Mobile Network Characterization
- *MBP-M*: Motion-Based Peripheral Management for open source logging / instrumentation of low-cost gaming peripherals such as the Nintendo Wii and Microsoft Kinect

15

- *PhoneMonitor*: Agent for monitoring critical phone / digital communications on Android for the NetSense study
- *Scalebox:* Unified framework for bandwidth efficiency and network emulation
- *Lockdown:* Network flow visualization for security
- *PyBluez:* Python toolkit for Bluetooth operations
- *CheapLogger*: Tool for logging full packet payloads at near Gigabit speeds
- *EEOD:* Linux kernel / Apache modifications for TCP explicit end of data as well as underlying packet caching software
- *RIPPS*: Tool for identifying rogue wireless access points (RWAPs)
  - Integrated as part of ScaleBox code base
- *GEMS*: Reliable storage mechanism for storing molecular simulations on the grid of inexpensive host storage devices (hosted on SourceForge)
- *PALM*: C-based implementation of Passive Application Layer Multicast
- *GIPSE*: Toolkit for managing parameter sweep jobs on the grid
- *Libpcap tutorial*: Extensive libpcap tutorial for packet capture / creation
- *East*: Grid resource simulator
- *GenMcast*: Generic framework for multicast simulation in ns-2
- *Tesserae*: Software suite in support of the Tesserae effort including
  - Android, iOS phone agents
  - Automated data ingestion for Qualtrics, Garmin Health API, Gimbal Bluetooth LE beacons
  - User-facing portal and issue management
  - Numerous back-end tools for data integrity management
  - Machine learning toolkits for data analysis
- *Wiilab*: Toolkit for interfacing MATLAB with the Nintendo Wiimote via C# / Bluetooth
- *WiiDoRF*: Toolkit for designing educational modules with Java and the Nintendo Wiimote
- *WeHab*: Stroke / balance rehabilitation
  - Website being migrated to new host

Public Datasets
- Dataset for IMC 2015 paper on WiFi probe requests
  - Posted: October 2015
  - 6x home football game probe request captures - gates + bowl
  - DeBartolo 101
    - https://drive.google.com/folderview?id=0B8WDgYSa7Pe6X1dFd2pCcFRBTU0&usp=sharing
- Dataset for INFOCOM 2016 paper on WiFi scanning (client-side)
  - Posted: March 2016
  - Scans from SUNY-Buffalo and Notre Dame
  - Posted to CRAWDAD
    - http://crawdad.org/buffalo/phonelab-wifi/20160309/
- Tesserae Social Media Corpus
  - Posted: May 2019
  - Available upon request, see https://tesserae.nd.edu/
- Tesserae De-Identified Dataset
  - Posted: January 2021
  - 757 participants, information workers, wearable, phone agent, beacon data from an entire year along with accompanying ground truth
  - Available via request via OSF, see https://tesserae.nd.edu/
- DroneSounder Dataset
  - Posted: May 2021

16

  o  Available via Google Drive – see paper

<u>Popular Press</u>

- USA Today, "Fact check: No, cell data used to arrest Idaho suspect doesn't prove '2000 Mules' correct," by Chris Mueller – January 20, 2023
  o  https://www.usatoday.com/story/news/factcheck/2023/01/20/fact-check-post-wrongly-links-idaho-death-investigation-2000-mules/11066693002/
- Politifact, "No, cellphone data used to arrest suspected Idaho killer doesn't give '2,000 Mules' credibility," by Tom Kertscher – January 12, 2023
  o  https://www.politifact.com/factchecks/2023/jan/12/john-rich/no-cellphone-data-used-to-arrest-suspected-idaho-k/
- Notre Dame Observer: "'We should be sympathetic toward snoozers': Study finds unexpected effect of snoozing an alarm" – September 6, 2022
  o  https://ndsmcobserver.com/2022/09/we-should-be-sympathetic-toward-snoozers-study-finds-unexpected-effect-of-snoozing-an-alarm/
- Factcheck.org: Evidence Gaps in '2000 Mules' – Posted June 10, 2022
  o  Discussions on the accuracy of geolocation / cellular stie location information
  o  https://www.factcheck.org/2022/06/evidence-gaps-in-2000-mules/
- AP News: FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules' – Posted May 3, 2022
  o  Discussions on the accuracy of geolocation / cellular site location information
  o  https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762
- Interview with ABC57 (local ABC affiliate) – Aired October 12, 2020
  o  Experts warning consumers of 'scams' ahead of Amazon Prime Day
  o  https://abc57.com/news/experts-warning-consumers-of-phishing-schemes-ahead-of-amazon-prime-day
- Podcast on Sciencious Soundwaves – Streamed originally September 2021
  o  Discussions on Tesserae, wearables, workplace performance
  o  https://open.spotify.com/episode/0Q8TmB8zCL1LWet6ooHhJd
- Interview with WSBT (local CBS affiliated) - Aired February 19th, 2018
  o  Overview of Tesserae
  o  http://wsbt.com/news/local/notre-dame-studies-how-wearable-trackers-can-make-workers-happier-more-productive
  o  Picked up by 9 and 10 in Michigan
     ▪  http://www.9and10news.com/2018/02/20/notre-dame-studies-workplace-satisfaction-participants-activity-trackers/
- Interview with ABC57 on Tesserae
- Interview with WVPE (local NPR affiliate) - February 14, 2018
  o  Overview of Tesserae
  o  http://wvpe.org/post/notre-dame-researchers-use-wearable-tech-study-workplace-success
- ND Press Release on Tesserae, February 12, 2018
  o  https://news.nd.edu/news/researchers-use-wearables-mobile-devices-to-study-workplace-performance/
- Interview with ABC 57 on Alexa / Smart Home Devices - TBA - February 2018
- Engineer for the Soul interview:
  o  https://engineerforthesoul.weebly.com/interviews/aaron-striegel
- "Cybersecurity Experts Warn Companies Against Hackers" on WSBT News by Niko Burton, August 10, 2017

17

- "Special Report: Your attachment to your smartphone could be hurting your family" on WSBT News by Catlin Connin (first appeared on 6 PM news), February 6, 2017
- Internet Radio Show, Global Business on Steroids: The DT Revolution Is Real, hosted by Bonnie D. Graham, http://www.voiceamerica.com/episode/92056/global-business-on-steroids-the-dt-revolution-is-real, May 5th, 2016
- "New technology to provide insights into the health of students," ND Newswire http://news.nd.edu/news/63538-new-technology-to-provide-insights-into-the-health-of-students/
- "Here's the truth about the frightening hacking scenario in Cisco's ads," quoted in Business Insider article by Danielle Muoio, December 3rd, 2015.
- "Student computers face virus threat", The Observer (ND Student Newspaper) http://ndsmcobserver.com/2008/10/student-computers-face-virus-threats/
- Featured Alumni in Iowa State University ECpE Connections on Wii Game Work, Spring 2013 (http://www.ece.iastate.edu/news/alumni-newsletter/)
- Commentary on Anonymous hack of Berrien County Website, WSBT, March 30, 2013 (evening news program via phone interview)
- "Striegel to participate in Frontiers of Engineering Education symposium," ND Newswire, November 2011 http://newsinfo.nd.edu/news/27320-striegel-to-participate-in-frontiers-of-engineering-education-symposium/
- "Wehab: Wii Homework For Stroke Victims," Fast Company, August 2011, http://www.fastcompany.com/1773118/wehab-wii-homework-helps-stroke-victims-heal
- WeHab, Just Before 6 Segment, WNDU, http://www.youtube.com/watch?v=TFjXJ8xPmz0
- "Much more than a game," Notre Dame Newswire, February 2011, http://newsinfo.nd.edu/news/18407/
- "Course innovates with the Wii", The Observer, February 18, 2011, http://www.ndsmcobserver.com/news/course-innovates-with-wii-1.2004571
- "Notre Dame students tie Wii to stroke patient rehab," WSBT, March 4, 2011, http://articles.wsbt.com/2011-03-04/wiihab_28654533

## VII. GRANTS AND CONTRACTS

Funded Grants (Active)

- (PI) M. Ghosh, (Co-PI) A. Striegel, Broadband Characterization, Schmidt Foundation, August 2023 - July 2024.
- (Co-PI) A. Striegel, "Collaborative Research: FW-HTF-RM: Intelligent Facilitation for Teams of the Future via Longitudinal Sensing in Context," NSF, $1.2M ($600k ND share), Sep 2019 – Sep 2023. (PI @ ND, joint w/UCI, UC-Boulder)

Funded Grants (Completed)

- (PI) A. Striegel, " NeTS: Small: Lightweight, Accurate Network Estimation at the Wireless Edge," NSF, $500k, Aug 2017 - July 2022.
  - Gift from AT&T for $20k - Fall 2022
- (Co-PI) A. Striegel, "RAPID: Longitudinal Modeling of Teams and Teamwork during the COVID-19 Crisis," NSF, $197,667, June 2020 – May 2021 (Lead PI – S. D'Mello at UC-Boulder).
- (Co-PI) T. Jung, A. Striegel, "BLE-based Contact Tracing with Provable Security and Verifiability," IARPA, $200k, Sep 2020 – Aug 2021.

- (PI) A. Striegel (ND), C. Angst (ND), I. Adjerid (VT), T. Milenkovic (ND), R. Metoyer (ND), T. Jung (ND), "NDistance: A Unified Risk Score to Capture Susceptibility Infectiousness and Propensity to COVID," $1M, April 2020 – March 2021.
- (PI) A. Striegel, "Opportunistic Content Pushing from the Network Edge," NSF, $110k, Oct 2017 - Jan 2021.
- (PI) A. Striegel, N. Chawla (ND), S. D'Mello (CU-Boulder), G. Mark (UC-Irvine), M. DeChoudhury (GTech), A. Campbell (Dartmouth), A. Dey (Univ. Washington / CMU), "A Comprehensive Approach to Modeling Job Performance via Unobtrusive, Continuous, Multimodal Sensing," IARPA, approx. $10M (Phase 1, Phase 1 Extension, Phase 2), 6/23/17 - 12/31/20.
- (Site PI) Sub-contract under N. Fox (Maryland) for NIH grant on longitudinal monitoring of at-risk individuals. ND portion was roughly $10k / year for 4 years.
- (Co-PI) J. Laneman, A. Striegel, B. Hochwald, T. Pratt, A. Striegel, "NSF IU/CRC Grant", National Science Foundation, Aug 2014-2019.
  - 2014[2]: $65k NSF, $160k industry, $40k industry (in-kind)
  - 2015: $65k NSF, $120k industry
  - 2016: $65k NSF, $130k industry
- (Co-I) O. Lizardo, D. Hachen, A. Striegel, C. Poellabauer, N. Chawla, "NetHealth:  Modeling the Co-Evolution of Social Networks and Health Behaviors," National Institute of Health (NIH) R01, $2.9M, Sep 2014-Aug 2019
- (PI) A. Striegel, J. Laneman, "Stadium Video Pilot," Oct 2015-Sept 2016, IBM, $30k.
  - Spring 2017: Additional $30k
- (PI) A. Striegel, "EAGER: NeTS: Pilot Studies on Proximity for Taming the Wireless Data Tsunami," National Science Foundation, Jan 2015 – August 2015, $49,467.
- (Co-PI) D. Hachen, A. Striegel, J. Liew, "Exploring Passive Voice Monitoring for Emotionality in Social Interactions via Smart Devices," National Academies / Keck Futures Initiative (NAKFI), $100k, May 2013 - April 2015.
- (PI) A. Striegel, C. Poellabauer, D. Hachen, O. Lizardo, "SoCS: Explorations on the Effects of Pervasive Networking on Social Relationships and Resource Planning," National Science Foundation, August 2010 – July 2012, $748,825.  Cost-sharing ND ($105k), Industrial Support ($300k - Sprint (Aug 2011), $300k - Sprint (Aug 2013))
- (Co-PI) J. Schmiedeler, A. Striegel, C. Crowell, M. Villano, "SHI: Low-Cost Rehabilitation via Gaming Peripherals," National Science Foundation, Sept. 2011 – Aug. 2014 (+1 year No-Cost), $499,000.
- J. Laneman, B. Hochwald, M. Haenggi, A. Striegel, "NSF IU/CRC Planning Grant", National Science Foundation, $15k, April 2013-March 2014.
- (PI) A. Striegel, T. Milenkovic, Google Faculty Research Grant, $35k, March 2013 - February 2014.
- A. Striegel, "Collaborative Data Analysis - NetSense Study," Alcatel-Lucent, $30k, July 2012- June 2013.
- C. Poellabauer, A. Striegel, "REU Site: Experimental Research on Wireless Networking," *National Science Foundation*, $354,628, Jan 2011 – Dec 2013, CNS-1062743.
- A. Striegel, C. Crowell, J. D'Arcy, "TC:Small: A Formal Inter-Disciplinary Study of the Impact of Security Awareness Efforts on User Behavior," NSF, $477,783, Sep 2009 – Aug 2012.
- A. Striegel, A. Chaudhury, C. Crowell, M. Villano, "Curriculum and Laboratory Development Through 3-D Interfacing via the Nintendo Wiimote," NSF, $170,000, Dec 2009 – Dec 2012.
- A. Striegel, Visualization of PCMD / CDR Data, Sprint, July 2011-January 2012, $75k.

---

[2] Award amounts for the IU/CRC Site are based on company memberships at $40k / each.

- A. Striegel, "Use of a visual feedback with the Nintendo Wii system in rehabilitation of balance among acute stroke patients," Notre Dame Pilot Development, $15,733, Jan 2010 – Dec 2010.
- C. Poellabauer, A. Striegel, "REU Site: Wireless Network Research," May 2008 – Aug 2010, $300k.
- C. Poellabauer, A. Striegel, N. Laneman, "Wireless Mesh Network at Notre Dame," ONR DURIP (Defense University Research Instrumentation Program), equipment grant, $259.874.
- A. Striegel, "CAREER: Transparent Techniques for Bandwidth Conservation," NSF CAREER grant  (ANIR) - $435,440, March 2004 – February 2009 (Award No. 0347392)
  *REU Supplement:* Summer 2005 ($12k), Summer 2006 ($12k), Summer 2007 ($12k), Summer 2008 ($12k)
- C. Poellabauer, A. Striegel, "Mobile WiFi-based Content Sharing," Motorola Labs, $20k, May 2008.
- J. Izaguirre, A. Striegel, J. Peng, "Grid-enabled Integration of Experimental Data for Simulations of Flexible Protein Docking," NSF, $831,884, March 2005 – Feb 2007 plus one year no-cost extension.
  *REU Supplement:* Summer 2005 ($22k), Summer 2007 ($12k)
- A. Striegel, "SGER: GRIM Core Framework Development," NSF Shared Cyber Infrastructure (SCI), $49,182, June 2004 – May 2005.
  *REU Supplement:* Summer 2004 ($12k)
- A. Striegel, "TCP/IP Control Plane Enhancements," DARPA, $150,000, sub-contract under Architecture Technology Corporation, Feb 2005 – Jul 2006.
  - Successfully passed performance review – Phase I
- C. Poellabauer, A. Striegel, "IXP Development of Wireless Stealth Multicast," Intel Corporation, $25,000, May 2005.
- A. Striegel, "Trust Inference," Notre Dame Grant, $9.8k, Jan 2007-Dec 2007.

Cumulative Funding:          > $17.2M

Project Proposals (pending / under preparation)

- 2x NSF NeTS (Short video, network instrumentation)

Equipment / Software Grants

- A. Striegel, D. Thain, Sun Equipment Grant (AEG) – Thin Clients for Security Validation, $40k
- A. Striegel, D. Thain, "Academic Equipment Grant," Sun Microsystems, $58k.
- A. Striegel, "Itanium2 Initiative at Notre Dame", Hewlett-Packard Itanium2 Initiative - $120k – May 2003
- A. Striegel, "Academic Equipment Grant", Sun Microsystems - $50k – July 2003
- A. Striegel, LANDecoder32 licenses, Architecture Technology Corporation, $6k – Feb 2003.

## VIII. TECHNICAL PRESENTATIONS

Keynote Addresses

- Keynote – UEMCON 2022
  - Network Measurement: Great or Good Enough?

20

- Keynote - 2nd International Workshop on Smart, Personalized and Age-Friendly Working Environments - SmartWork 2021

Panelist / Presenter

- DoD Wearables Summit – August 2020
- INFOCOM 2018 - Machine Learning in Network / Smart Networking
- USENIX CSET 2015 - Experimental Testbeds for Mobile Devices and Large-scale Testing on Mobile Devices
- HotData – Workshop @ ICCCN 2014 – Wireless Big Data
- IEEE CCW 2013 - Panel Organizer - Smartphone Experimentation
- IEEE BroadNets – IP vs. Ethernet in the MAN and WAN

Tutorials

- Tutorial – Mobile IP – Architecture Technology Corporation – August 2000
- A. Striegel, "Security Issues in a DiffServ Internet," tutorial at *CERT'2001*, Omaha, Nebraska, USA.

Invited Talks
- January 2019:   Tesserae          University of Iowa
- April 2016
  - Industry / University Projects
    - SAP Day @ Notre Dame
- Nov 2015
  - Remote, Accessible Testbeds for Cyber-Physical Systems
    - NSF Workshop - Presented work on NetSense / NetHealth study logistics
- May 2015
  - The Neurodevelopment of Stress Regulation, Social Buffering and Fear Learning Integration and Crosstalk
    - NSF Workshop – Presenting work on Co-Location / Proximity Detection
- Fall 2012
  - "How Computer Gaming Brings Social Justice to Rehabilitation", Hope College
  - "Network Analytics," Sprint Developer Conference (panel w/Sprint, Guavus)
- Summer 2012
  - "How Computer Gaming Brings Social Justice to Rehabilitation", St Pius X University Lecture Series
- Spring 2012:   Stroke Rehab   Notre Dame Thinks Big
- Summer 2010:  Lockdown      IBM Research (Beijing)
- Spring 2010:   Lockdown      Iowa State University
- Fall 2009:       Lockdown      Hope College
- Spring 2008:   ScaleBox       Boston Univ., Univ. Kentucky
- Spring 2008:   RIPPS          Univ. Connecticut, MIT
- Fall 2007:       ScaleBox, North Carolina State
- Fall 2004:       Stealth Multicast, Michigan State
- Spring 2004:   Stealth Multicast, Purdue
- Fall 2003:       Stealth Multicast, UIUC

## IX. GRADUATE STUDENTS DIRECTED

Doctoral Dissertations Completed

21

1. Chad Mano: Graduated with Ph.D in summer 2006
   Assistant Professor – Utah State University – Dept. of Computer Science
2. Justin Wozniak, Graduated with Ph. D in spring 2008
   Research Staff – Argonne National Labs – Chicago, IL
3. Dave Salyers, Graduated with Ph. D in summer 2008
   Oracle, Seattle, WA
4. Mike Chapple: Graduated with Ph. D. in summer 2009
   Senior Director, Enterprise Support Services, Univ. Notre Dame
5. Yingxin Jiang: Defended Ph. D in spring of 2010
   Engineer at Google
6. Andrew Blaich: Defended Ph.D. in fall 2010
   Researcher at Lookout Security
7. Qi Liao: Defended Ph. D. in spring of 2011
   Assistant Professor – Central Michigan University
8. Shu Liu: Defended Ph. D. in spring of 2014
   Winner of CSE Grad Student Research Award
   Data Engineer at SalesForce
9. Dirk Van Bruggen: Defended Ph.D in spring of 2014
   Scientist at the Department of Defense
10. Lei Meng: Defended PhD in spring of 2016 (co-advised with T. Milenkovic)
    Engineer at Google
11. Xueheng Hu (started Fall 2011)
    Amazon Lab 126
    PhD Proposal - June 2015
    PhD Defense - Defended in July 2017, Graduated in January 2018
12. Lixing Song (started Fall 2014)
    Assistant Professor, Computer Science, Rose Hulman Institute of Technology
    PhD Proposal – May 2017
    PhD Defense – Summer 2018
13. Rachael Purta (started Fall 2013)
    Masters - Nov 2015
    PhD Proposal - August 2016
    PhD Defense – Spring 2019
14. Poorna Talkad Sukumar (started Fall 2019 with my group)
    Co-Advised with R. Metoyer
    PhD Defense – August 2021
15. Gonzalo Martinez (started Fall 2016)
    PhD Proposal - Summer 2019
    PhD Defense – Spring 2022
16. Shangyue Zhu (started Fall 2018)
    PhD Proposal - May 2021
    PhD Defense - August 2023

Masters Theses Completed
1. Xialong Li: Graduated with Masters in summer 2006
   Completed Ph. D University California - Irvine
2. Dave Cieslak – (started Fall 2004) – working on Masters/Ph.D.
   Completed Masters (Spring 2006)
   Research assistant at ND Center for Research Computing
3. Dave Salyers – (started Fall 2003) - working on Masters/Ph.D.
   Completed Masters (Fall 05), See above
4. Qi Liao
   Completed Masters (Fall 2007), See above

5. Dirk Van Bruggen
   Completed Masters (Fall 2012), See above
6. Ben Bockstege
   Completed Masters (Fall 2014)
7. Rachael Purta
   Completed Masters (Fall 2015)
8. Zhongying Qiao (started Fall 2017)
   Completed Masters (Fall 2018)

Current Graduate Students
1. Alamin Mohammed (started Fall 2018)
   PhD Proposal – July 2021
   PhD Defense slated for October 2023
2. Annapurna Puttaswammy (started July 2022)
3. Francis Gatsi (started August 2022)
4. Saeid Mehrdad (started June 2023)

Past Post-Doctoral Researchers
1. Yingxin Jiang
2. Stephen Mattingly

Current Post-Doctoral Researchers
   None

Current Staff (Supported)
   None

Past Staff
1. Rae Hoffman – Study Manager (10/18-6/20)
2. Ed Moskal – Project Manager (6/17-6/19)
3. Peter Mycue – Senior Software Engineer (10/17 – 9/18)
4. Scott Null (supported half time in tandem with the Wireless Institute)
5. Katie Cybulski (part-time through Office of Research)

Undergraduate Researchers

2023: C. Whitehouse, G. Nield
2022: C. Ferguson, C. Riley, M. Chaboud,
2021: J. Shen, C. Ferguson
2020: None due to COVID
2019: A. Berjanaro
2018: J. A. Leon, C. Pickard, S. Spencer
2017: K. Dingens, A. Flores, T. Franchetti
2016: B. Byrne, N. Klair, D. Mattia, C. Sonderman
2015: M. Nulle, D. Mellitt
2014: C. Barron, M. Nulle
2013: T. Young, M. Streeter, A. Aman, E. Kloswick, R. Tang, M. Nulle, E. Vaughn, J. Hu
2012: K. LaBelle, J. Schnieder, T. Young, M. Maguire
2011: K. LaBelle, S. Suddarth, J. Fetsch
2010: B. Pacione, M. Mooney, T. Walton, S. Ringling, B. Shrewsbury, C. Carmony, S. Chasins,
      C. Farris, J. Flores, P. Monroe, J. Varner, M. Kaufman, T. Young
2009: O. Holtz, S. Adeyemi, S. Zhang, M. Overholt, N. Carrion, Y. Colon, C. Norman, S.
      Tucker, X. Zhang

2008:   B. Roesch, J. Langley, J. Hof, J. Brindza, J. Szweda
2007:   M. Hudson, B. Roesch, J. Hof, P. McGowan, M. Moriarity, P. Strei, G. Allan, N. Kohlmeier, K. O'Brien
2006:   N. Schott, D. Dugovic, A. Matta
2005:   B. McRoskey, M. Sheehan, J. Smith, B. Jeffrey, W. Bordogna, H. Mooers, R. Pingalore, C. Hancock
2004:   M. Shorts, E. Stuntebeck, C. Picardo, K. McCusker, J. Gentile, W. Leimkuhler
2003:   M. Shorts, G. Shewakramani, B. Bien, E. Stuntebeck, K. McCusker

## X. PROFESSIONAL ACTIVITIES – EXTERNAL SERVICE

1. **Technical Program Committee (TPC)**

| | |
|---|---|
| IFIP Networking | 2005-2008 |
| IEEE GLOBECOM | |
|  Wireless Symposium | 2004, 2009+ |
|  Control of High Performance Networks | 2006 |
| Trusted Internet Workshop (TiW) | 2004-2005 |
|  Workshop at HIPC | |
| IEEE AINA | 2010 |
| CNS | 2021+ |
| CNSR | 2007-2009 |
|  Computer Network and Services Research | |
| CNSS | 2007 |
|  Computer and Network Security Symposium | |
| AReS | 2007-2011 |
|  Int'l Conference on Availability, Reliability, and Security | |
| ICCCN | |
|  Internet Services, Systems, and Applications | 2009 |
| IEEE BroadNets | 2007 |
| INFOCOM External Reviewer | 2008 |
| INFOCOM Session Chair | 2008 |
| INFOCOM | 2009+ |
| INFOCOM Area Chair | 2021+ |
| IWCMC | 2007-2008 |
| SECRYPT | 2007-2008 |
| WiMAN (workshop at ICDCS) | 2008, 2012 |
| IEEE PIMRC | 2013 |
|  Symposium on Personal, Indoor, Mobile Radio Communications | |
| IEEE CNS | 2014, 2016 |
| ALGOSENSORS | 2014 |
| ICNP | 2014-15, 21+ |
| ICC | |
|  Social Networking (SN) Track | 2014 |
| PerCom WIP | 2014, 2015 |
| SEC (Symposium on Edge Computing) | 2020 |
| 5G World Forum | 2019+ |

2. **Program Chair / Volunteer Work**

| | |
|---|---|
| Workshop on Enterprise Network Security – Co-Chair | 2006 |
|  Workshop at Securecom 2006 | |
| IEEE ICCCN | |

| | |
|---|---|
| Internet Services and Applications (Track Co-Chair)_ | 2008 |
| Publicity Co-Chair | 2009 |
| Multimedia, QoS (Track Co-Chair) | 2012 |
| Workshop, General Publicity Co-Chair | 2012 |
| Workshop Co-Chair | 2013, 2014 |
| Program Chair | 2015 |
| General Chair | 2016 |

| | |
|---|---|
| Workshop on Cooperation in Pervasive Environments | 2009 |
| Co-Chair of workshop at Percom 2009 | |
| IEEE BroadNets | |
| Internet Services and Applications (Co-Chair) | 2009 |
| IEEE INFOCOM | |
| Publication Co-Chair | 2011, 2016 |
| IEEE ICNC | |
| Internet Services and Applications – Co-Chair | 2012 |
| Green Computing - Track Co-Chair | 2018 |
| HotPlanet | |
| Co-Chair w/Yanyong Zhang | 2014 |
| Workshop at IEEE MASS 2014 | |
| Jointly held with MiSeNet | |
| HotPlanet | 2016 |
| Workshop at ACM Ubicomp (Heidelberg, Germany) | |
| IEEE MASS | |
| Track Chair | 2016 |
| Track Chair | 2020 |

## 3. Reviewing

**Reviewer (Journal):** IEEE Trans. Networking, IEEE Network, IEEE Communications, Computer Communications, Computer Networks, IEEE Surveys/Tutorials, IEEE Trans. Computers, IEEE Trans. Parallel and Distributed Systems, Journal of High Speed Networking, Journal of Communications

**Reviewing:** Distinguished Reviewer - IEEE INFOCOM        2014, 2015, 2019

### Area Editor / Associate Editor

| | |
|---|---|
| 2014-15 | EURASIP Journal on Wireless Communications and Networking |
| 2018+ | IEEE Networking Letters |
| 2018-2023 | IEEE Transactions on Mobile Computing |

## 4. NATIONAL SCIENCE FOUNDATION

**Panels:** CyberTrust (1), NeTS (6), CSR (1), CHS (1), CRI (1), SWIFT (1)

2016    Participant - NSF Future Cities Workshop (Feb 2016)
Participant - NSF US / Japan Workshop on Trustworthy Systems (March 2016)
Participant - NSF Testbed Experiences Workshop (Nov 2016)

2004    NSF CAREER award

2001    Engineering Education Workshop (EES), August 2001.

2000    Graduate Research Fellowship – Honorable Mention

## 5. INTERNET ENGINEERING TASK FORCE (IETF)

2001-2003    DiffServ mailing list administrator (with Dr. Brian Carpenter)
2000-2010    DiffServ-Interest mailing list admin

## 6. Government

2017    Workshop on Technological Gaps and Opportunities for Realizing Open Source based
        end-to-end Network Architecture @ Mobicom 2017 (NSF PAWR, 5GinFire)

2016    Workshop on Future Cities @ NSF
                One of 36 invited participants
        Workshop on Large Scale Testbeds @ NSF
                One of 30 invited participants

2015    Workshop on Fear and Social Buffering @ NSF
                Invite to present on co-location work

        Workshop on Accessible Remote Testbeds
                Invite to present on NetSense / NetHealth efforts

2010    Cyber Security Grass Roots Effort (Multiple Agencies, led by PNNL)

2007    Dept. of Energy – Cyber Security Needs for Open Science Workshop

2006    DARPA ARO Workshop on BotNets

# XI. UNIVERSITY ACTIVITIES – INTERNAL SERVICE

## Departmental / College Committees

University of Notre Dame

| | |
|---|---|
| 2023+ | University Committee on Committees |
| 2020 | CSE Awards Committee |
| 2020, 21 | CSE Faculty Search (Chair) |
| 2020+ | BACS Program Director |
| 2020+ | BACS Implementation Committee (chair of CSE side) |
| 2018-2021 | Faculty Board of Athletics |
| 2017-2018 | Dean Review Committee – College of Engineering |
| 2016-2019 | Faculty Senate (CSE Representative) |
| 2016 | SAFE Committee (OIT committee on two-step authentication) |
| 2015 | Young Leader Notre Dame (YLND) steering committee |
| 2015-2019, 22+ | College of Engineering Elections Committee |
| 2013-2018 | University Committee on Academic Technology (UCAT) |
| 2012-2018 | Associate Chair (Dept. Comp Sci & Engr) |
| 2012+ | Wireless Institute (Executive Committee) |
| 2008-2018 | Assessment Committee (Chair) |
| 2010+ | Wireless Institute (Founding Member) |
| 2019+ | Committee on Reappointment, Promotion, and Tenure (CRPT) |

26

|            |                                                          |
|------------|----------------------------------------------------------|
| 2010-2019 | Committee on Assessment / Promotion (CAP) |
| 2010-2018 | Faculty Search |
| 2009-2012, | College Council (Engineering) |
| 2014-2017 | |
| 2008 | University Security Policy for Research (Engineering Rep) |
| 2007-2011 | College of Engineering – College Computing Committee (CCC) |
| 2007-present | College of Engineering Security Facilitator |
| AY 2007 | Infrastructure, Assessment (Chair) |
| AY 2006 | Faculty Search, Assessment |
| AY 2005 | Faculty Search, Curriculum, Facilities |
| AY 2004 | Curriculum, Facilities |
| AY 2003 | Graduate Student, Facilities |

Notable Administrative Efforts as Associate Chair
- 2017 - Led Notre Dame ABET accreditation effort (Two programs - CS + CPEG)
- 2015 - Evaluation of offering an on-line Masters in Data Science
- 2013 - Led ND CSE ten-year self-study report creation / data collection
- 2011 - Led Notre Dame ABET accreditation effort - (Two programs - CS + CPEG)
- Mentored junior faculty
  - Through three-year renewal: 5 (L. Riek, T. Milenkovic, C. McMillan, D. Wang, T. Weninger)
  - Through tenure: 4 (S. D'Mello, T. Milenkovic, L. Riek, C. McMillan, T. Weninger)
  - Teaching feedback
- Staff Supervision (3x admins, 1 technician, 1 study manager)

Efforts on Wireless Institute Executive Committee
- Recruitment / retention of industrial partners
  - Sprint, Alcatel-Lucent, Inter-Digital, Cisco, IBM, AT&T, Nokia, ONR, LTS
- Grant development
  - IU/CRC site, MRI submission
- NDXG steering committee for wireless on Campus Crossroads Project
  - October 2015 - Summer 2016
- Offered WiFi for University Relations tent at home football games
  - 2014-2019

Iowa State University

|           |                                                         |
|-----------|---------------------------------------------------------|
| 2001-2002 | University CAC (Computer Assessment Committee) – Grad student rep |
| 2000-2002 | EE/CpE Ambassador |

## XII. TEACHING

Teaching - Course Experience

The overall course experience is drawn from the composite median score (CIFS, >= Fall 2008) or Q17 (TCE < 2008) which is out of a maximum score of 5.0. In the spring of 2012 and the fall of 2019, I was on sabbatical and did not have any course duties.  The overall student rating is the Instructor Effectiveness (or appropriate analog).  In the spring of 2013, I was on release time for being Associate Chair and had a course release of one course per year for serving in that role (Fall 2012 through Spring 2018) though occasionally served to cover necessary courses as needed during that time frame.

| Course | Title/Content | Dates (Students) | Overall Effectiveness |
|---|---|---|---|
| Notre Dame CSE 60896 | **Advanced Wireless Networking** WiFi, Cellular, IoT | 2019 Spring (5) | 4.6 / 5.0 |
| Notre Dame CSE 34468 | **Internet of Things** Embedded systems, networking, Raspberry Pi, Python Dublin Summer Program | 2017 Summer (14) | 4.3 / 5.0 |
| Notre Dame / edX EG240x | **Understanding Wireless** co-taught with Profs. Bellia, Laneman, Keating MOOC focusing on principles of wireless across business, law, and engineering | 2015 Summer (11k+ enrolled) | N/A |
| Notre Dame CSE 30341 | **Operating System Principles** Required course for all CSE undergrads, threading, storage, memory management | 2013 Spring (50) 2017 Spring[3] (60) 2018 Spring (48) 2021 Spring (83) | 4.6 / 5.0 3.5 / 5.0 4.0 / 5.0 |
| Notre Dame CSE 60641 | **Graduate Operating Systems** Required course for all CSE graduate students, research aspects of operating systems | 2011 Fall (25) 2012 Fall (28) 2013 Fall (27) 2014 Fall (27) 2015 Fall (36) 2021 Fall (22) 2022 Fall (36) | 4.2 / 5.0 4.3 / 5.0 4.0 / 5.0 4.4 / 5.0 4.6 / 5.0 4.8 / 5.0 5.0 / 5.0 |
| Notre Dame CSE 30264 | **Computer Networks** Undergraduate computer networks | 2010 Fall (23) 2011 Fall 2022 Spring (40) | 4.6 / 5.0 None[5] 3.9 / 5.0 |
| Notre Dame CSE 40416 | **System Interface Design** Human / Computer Interaction | 2009 Fall (22) 2010 Fall (16) | 4.3 / 5.0 3.8 / 5.0 |
| Notre Dame EG 10111 | **Introduction to Engineering** Programming Module | 2007 Fall (380) 2008 Fall (420) | On Request[4] |
| Notre Dame CSE 20211 | **Fundamentals of Computing I** C/C++ Programming | 2005 Fall (46) 2006 Fall (65) | 3.55 / 4 3.40 / 4 |
| Notre Dame CSE 60744 | **Advanced Networking** Inter/intra-domain routing, QoS, content distribution, TCP dynamics | 2007 Spring (12) 2008 Spring (2) 2020 Fall (6) | 3.64 / 4 3.60 / 4 5.0 / 5.0 |
| Notre Dame CSE 498U | **Computer Security** Security Fundamentals, Cryptography, Network Security, Database Security, Ethics | 2003 Fall (22) 2004 Fall (16) | 3.60 / 4 3.58 / 4 |
| Notre Dame CSE 422 CSE 40422 | **Computer System Design** VHDL, C, Embedded Programming Labs – Altera FPGA Senior Design Projects (Capstone) | 2003 Spring (8) 2004 Spring (14) 2005 Spring (1) 2006 Spring (5) 2008 Spring (10) | 3.5 / 4 3.69 / 4 None 3.84 / 4.0 3.92 / 4.0 |

[3] CSE30341 class was simultaneously streamed to Silicon Valley as CSE34341 with 12 remote students.

[4] EG 10111 had scores broken out by section rather than a single score across all sections. The composite median was between 3.4-4.1 / 5.0.

|  |  |  | 2009 Spring (17) | None[5] |
|  |  |  | 2011 Spring (2) | None |
| Notre Dame CSE 40522 | **Capstone Design** Capstone design project involving mixed hardware + software design |  | 2015 Spring (10) | 4.2 / 5.0 |
| ISU Cpr E 211 (Instructor) | **Introduction to Microcontrollers** C, Assembly, Emb. Programming Labs – Motorola 68HC11 |  | 1999 Summer 2000 Spring 2001 Spring 2001 Summer | 4.47 / 5 4.29 / 5 4.44 / 5 4.50 / 5 |

Course Development

**ISU - Cpr E 211 – Introduction to Microcontrollers**
    Migration from 68HC11 to PowerPC 555, introduction of semester-long final projects
**ND – CSE 20211 – Fundamentals of Computing I**
    Migration from Scheme to C/C++
**ND – CSE 60744 – Advanced Networking**
    New graduate course offering in networking
**ND – CSE 40416 – System Interface Design**
    New course on human / computer interface on the Nintendo Wiimote / Microsoft Surface
**edX - EG240x - Understanding Wireless**
    MOOC on wireless from a legal, economic, and technical perspective
    Modules on networking basics, WiFi basics, cellular basics
**ND - CSE 34468 - Internet of Things**
    Summer course for the Dublin Summer Program involving embedded systems, networking, Raspberry Pi, Python, 3D printing / design

Teaching Areas
- Computer Networking, Computer Security
- Programming – C/C++/C#/Java/Assembly
- Real-time Systems, Fault-Tolerant Systems, Multimedia Systems
- Embedded Systems
- Human Computer Interface
- Operating Systems (Undergraduate, Graduate Levels)

# XIII. Industrial Experience / Collaborations

**Industrial Collaborators:** Sprint, Alcatel-Lucent, Google, IBM, InterDigital, AT&T, Assia

**Sun Microsystems**, Summer 2002
    o  Work on Sun Network Element (NEON), pre-cursor to Software Defined Networks / Open Flow
**Motorola / Universite de Technologie – Compiegne**, Spring 2002
    o  Edge QoS for mobile systems supporting rapid roaming with QoS considerations
**Architecture Technology Corporation,** Summer 2000
    o  Ad Hoc Routing Protocol Development – Cluster Gateway blending NAT / MobileIP for ad hoc routing support with asymmetry
**Fisher Controls (now Emerson Process)** – 1996, 1997, 1998 – internships
    o  C++ development – multiplexing for HART, LabView – support for Fieldbus, multithreading support for ValveLink software package

---

[5] Due to a configuration mistake, CIFS were not taken for this section.

**Expert Consultation**
- Source code review, validity analysis, infringement analysis, apportionment, secondary considerations (listing available upon request)

# Appendix B

## Prior Case Information - Striegel

**Date:**         September 2023

**List of Cases - Testimony or Deposition[1] - Last Five Years**

| Case Number / Parties | Venue / Timeline | Effort (Month Year) |
|---|---|---|
| 2:18-cv-00094-HCM-LRL<br>**Centripetal Networks** vs. Cisco Systems | E District of VA<br>2019 - 2020 | Deposition (Mar 20)<br>Testimony (May / Jun 20) |
| 5:17-cv-04467-BLF<br>**Finjan, Inc.** vs. Sonicwall | N District of CA<br>2020 - 2021 | Deposition (Nov 20) |
| 1:19-CV-00885-ADA<br>**Freshhub** vs. Amazon, Inc. | W District of TX<br>2020 - 2021 | Deposition (Mar 21)<br>Testimony (Jun 21) |
| 3:19-cv-4238-MMC-RMI<br>Proofpoint vs. **Vade Secure** | N District of CA<br>2020 - 2021 | Deposition (Apr 21)<br>Testimony (Aug 21) |
| 6:20-cv-01033-ADA<br>Sunstone Information Defence. Inc. vs. **International Business Machines (IBM) Corporation** | W District of TX<br>2021 - 2022 | Deposition (Feb 22)<br>Testimony (Aug 22) |
| IPR2022-00096<br>**Hewlett Packard Enterprise Company** v. Intellectual Ventures II, LLC, | PTAB<br>2021   2022 | Deposition (Aug 22) |
| 3:21-cv-00757-JD<br>ERICA FRASCO, individually and on behalf of all other similarly situated vs. FLO HEALTH, INC., **GOOGLE LLC**, META PLATFORMS, INC., and FLURRY LLC | N District of CA<br>2023+ | Deposition (Aug 23) |

**List of All Companies - Employment**

University of Notre Dame    Notre Dame, IN
- Professor, Department of Computer Science and Engineering

**List of All Parties – Consulting – Last Five Years**

Cases that are still on-going are demarcated with a plus (+) following the starting date. Hiring party is denoted in bold.

| Case Number / Parties / Subject | Venue / Timeline | Effort (Date) |
|---|---|---|
| 2:17-cv-123-JRG-RSP | E District of TX<br>2017   2018 | Report |

---

[1] Hiring party denoted in bold (e.g. Centripetal)

| | | |
|---|---|---|
| **OPTIS WIRELESS TECH**. vs. HUAWEI TECHS. CO. LTD.<br>Wireless Networking | | |
| 2:18-cv-00094-HCM-LRL<br>**Centripetal Networks** vs. Cisco Systems<br>Network Security | E District of VA<br>2019   2020 | Reports<br>Deposition (Mar 20)<br>Testimony (May / Jun 20) |
| 5:17-cv-04467-BLF<br>**Finjan, Inc.** vs. Sonicwall<br>Network Security, Computer Security | N District of CA<br>2020   2021 | Report<br>Deposition (Nov 20) |
| 1:19-CV-00885-ADA<br>**Freshhub** vs. Amazon, Inc.<br>Voice Shopping / Distributed Systems | W District of TX<br>2020   2021 | Reports<br>Deposition (Mar 21)<br>Testimony (Jun 21) |
| 3:19-cv-4238-MMC-RMI<br>Proofpoint vs. **Vade Secure**<br>E-Mail Security | N District of CA<br>2020   2021 | Source Code Analysis<br>Reports<br>Deposition (Apr 21)<br>Testimony (Aug 21) |
| 3:18-cv-01251-M<br>**CUPP Cybersecurity LLC** et al v. Trend Micro Inc et al<br>Computer Security | N District of TX<br>2021 | Source Code Analysis |
| IPR2022-00096<br>**Hewlett Packard Enterprise Company** v. Intellectual Ventures II, LLC, | PTAB<br>2021   2022 | Declaration,<br>Report,<br>Deposition (Aug 22) |
| 6:20-cv-01033-ADA<br>Sunstone Information Defence. Inc. vs. **International Business Machines (IBM) Corporation** | W District of TX<br>2021   2022 | Reports,<br>Deposition (Feb 22),<br>Testimony (Aug 22) |
| 6:20-cv-00487-ADA<br>**WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT** vs. ZTE CORPORATION ET AL | W District of TX<br>2022 | Affidavit (Nov 22) |
| 1:21-cv-00977-KAJ<br>**ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED** vs. DEXCOM, INC. | Delaware<br>2022+ | Disclosed |
| 9:22-cv-80388-DMM<br>OLLNOVA TECHNOLOGIES, LTD. vs. **CARRIER GLOBAL CORPORATION** | S District of FL<br>2022 - 2023 | Affidavit (Nov 22)<br>Source Code Analysis |
| 50-2022-CA-005163-XXXX- MB<br>YUZZ BUZZ, LLC, vs.<br>**SPRINGBIG, INC.** | S District of FL<br>2023+ | Source Code Analysis<br>Report (Jun 23) |
| 3:21-cv-00757-JD | N District of CA<br>2023+ | Report (Jun 23)<br>Deposition (Aug 23) |

| | | |
|---|---|---|
| ERICA FRASCO, individually and on behalf of all other similarly situated vs. FLO HEALTH, INC., **GOOGLE LLC**, META PLATFORMS, INC., and FLURRY LLC | | |
| 5:21-cv-02155<br>BENJAMIN HEWITT and KIMBERLY WOODRUFF, on behalf of themselves and all others similarly situated vs. **GOOGLE LLC** | N District of CA 2023+ | Report (Sep 23)<br>Deposition TBD |
| 4:20-cv-01525-YGR<br>MARK MAHON vs.<br>**YOUTUBE LLC** | N District of CA 2023+ | Report (July 23)<br>Deposition TBD |
| 4:20-cv-01534-YGR<br>MARK MAHON vs.<br>**APPLE INC.** | N District of CA 2023+ | Report (July 23)<br>Deposition TBD |

**Other Commitments**

All commitments listed below are not publicly disclosed but details may be provided as appropriate with respect to any conflict of interest issues.

| Area | Role |
|------|------|
| Secure File Storage | Technical consulting   litigation preparation |
| Computer Networking (Routing) | Technical consulting   litigation preparation |
| Network Security | Technical consulting   litigation preparation |
| Secure Verification | Technical consulting   litigation preparation |
| Wireless Security | Technical consulting   litigation preparation |

**Identification - Pending Works / IP**

- Two intellectual property disclosures related to WiFi network characterization (network speed) with Notre Dame Office of Research
- Intellectual property disclosure on low-cost spectrum scanning
- Intellectual property disclosure on blockchains and secure contract tracing
- Disclosure (with AT&T) regarding cellular network characterization, short video service characterization

All provisional patents and patents are disclosed in my CV.

**Additional Funding**

All grant funds from government agencies, industrial partners, and foundations are identified in my CV.

# Appendix C: Materials Relied Upon

### *Pleadings and Orders*

- Consolidated Class Action Complaint, in *Benjamin Hewitt, et al., v. Google LLC*, Case No. 5:21-cv-02155-LHK, September 16, 2021.
- Joint Letter Brief re Joint Discovery Dispute – Bid Request Fields, in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, March 1, 2023.
- Declaration of Stanislav Belov in Support of Google's Opposition to Motion for Sanctions, Exhibit 2 to Declaration of Kelsey R. Spector in Support of Google's Administrative Motion to File Under Seal, in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155- YGR, March 14, 2023.
- Order re Account Identifiers and Further Production of Named Plaintiffs' Data, in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155- YGR, May 16, 2023.

### *Expert Reports & Declarations*

- Expert Class Certification Report of Christopher Wilson, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, July 14, 2023.
- Expert Class Certification Report of Zubair Shafiq, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, July 14, 2023.
- Declaration of Dr. Glen Berntson Regarding Google Ad Manager and Google Adsense, in *Chasom Brown, et al., v. Google LLC*, Case No. 4:20-cv-03664-YGR, August 4, 2022.
- Declaration of Prof. Zubair Shafiq in Support of Plaintiffs' Motion for Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155- YGR, June 8, 2022.
- Expert Report of Jonathan Hochman, in *Chasom Brown, et al., v. Google LLC*, Case No. 4:20-cv-03664-YGR, April 15, 2022.
- Expert Report of Bruce Schneier Report in *Chasom Brown, et al., v. Google LLC*, Case No. 4:20-cv-03664-YGR, April 15, 2022.
- Georgios Zervas Expert Report, in *Chasom Brown, et al., v. Google LLC*, Case No. 4:20-cv-03664-YGR, April 15, 2022.
- Georgios Zervas Expert Rebuttal Report, in *Chasom Brown, et al., v. Google LLC*, Case No. 4:20-cv-03664-YGR, June 7, 2022.
- Expert Rebuttal Report of Zubair Shafiq, in *Patrick Calhoun, et al., v. Google LLC*, Case No. 5:20-cv-5146-LHK, February 15, 2022.
- Declaration of Dr. Glen Berntson Regarding Google Ad Manager in Opposition to Plaintiffs' Motion for Class Certification, in *Patrick Calhoun, et al., v. Google LLC*, Case No. 5:20-cv-5146-LHK, December 21, 2021.
- Expert Report of Zubair Shafiq, in *Patrick Calhoun, et al., v. Google LLC*, Case No. 5:20-cv-5146-LHK, October 14, 2021.

### *Deposition Transcripts & Exhibits*

- Christopher Wilson Deposition Transcript, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155- YGR, August 31, 2023.

- Zubair Shafiq Deposition Transcript, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155- YGR, August 22, 2023.
- Excerpts from Tim Hsieh Deposition Transcript, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, March 23, 2023.
- Excerpts from Haskell Garon Deposition Transcript, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, January 26, 2023.
- Glenn Berntson Deposition Transcript & Exhibits 9-10, *In re Google RTB Consumer Privacy Litigation*, Case No. 5:21-cv-02155-YGR, December 8, 2022.

### *Bates Numbers*

- AW_000009
- GOOG-HEWT-00047130
- GOOG-HEWT-00047833
- GOOG-HEWT-00403384
- GOOG-HEWT-00455800
- GOOG-HEWT-00455808
- GOOG-HEWT-00455820
- GOOG-HEWT-00455827
- GOOG-HEWT-00455856
- GOOG-HEWT-00455856
- GOOG-HEWT-00455861
- GOOG-HEWT-00455861
- GOOG-HEWT-00455868
- GOOG-HEWT-00455871
- GOOG-HEWT-00455875
- GOOG-HEWT-00455877
- GOOG-HEWT-00455879
- GOOG-HEWT-00455879
- GOOG-HEWT-00455919
- GOOG-HEWT-00456112
- GOOG-HEWT-00456112
- GOOG-HEWT-00456189
- GOOG-HEWT-00456240
- GOOG-HEWT-00480489
- GOOG-HEWT-00480490
- GOOG-HEWT-00480491
- GOOG-HEWT-00480492
- GOOG-HEWT-00481289
- GOOG-HEWT-00481290
- GOOG-HEWT-00481291
- GOOG-HEWT-00481292
- GOOG-HEWT-00481293
- GOOG-HEWT-00481294
- GOOG-HEWT-00481295

- GOOG-HEWT-00481296
- GOOG-HEWT-00481297
- GOOG-HEWT-00481298
- GOOG-HEWT-00481299
- METARTB-00000004
- TTD-Hewitt-0000001
- TTD-Hewitt-0000002

### *Articles and Publications*

- https://arxiv.org/abs/2210.06654
- https://arxiv.org/pdf/2204.10920.pdf
- https://blog.taboola.com/what-is-real-time-bidding
- https://book.systemsapproach.org/applications/traditional.html#world-wide-web-http
- https://book.systemsapproach.org/e2e/tcp.html
- https://book.systemsapproach.org/internetworking/basic-ip.html
- https://book.systemsapproach.org/internetworking/basic-ip.html#host-configuration-dhcp
- https://book.systemsapproach.org/internetworking/basic-ip.html#virtual-networks-and-tunnels
- https://book.systemsapproach.org/scaling/ipv6.html
- https://www.cisco.com/c/en/us/products/routers/network-address-translation.html
- https://clearcode.cc/blog/browsers-first-third-party-cookies/
- https://clearcode.cc/blog/cookie-syncing/.
- https://clearcode.cc/blog/timeline-apple-privacy-changes/
- https://www.cookiepro.com/knowledge/what-is-a-persistent-cookie/
- https://datatracker.ietf.org/doc/html/rfc2663
- https://developer.android.com/design-for-safety/privacy-sandbox/reference/adservices/adid/AdId
- https://developer.mozilla.org/en-US/docs/Glossary/Request_header
- https://developer.mozilla.org/en-US/docs/Web/HTTP/Cookies
- https://developer.mozilla.org/en-US/docs/Web/HTTP/Browser_detection_using_the_user_agent
- https://developer.mozilla.org/en-US/docs/Web/HTTP/Cookies.
- https://developer.mozilla.org/en-US/docs/Web/HTTP/Methods/GET
- https://developers.google.com/authorized-buyers/rtb/geotargeting
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#bidrequest-object
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#mobile-object
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#geo-object
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide
- https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide
- https://developers.google.com/authorized-buyers/rtb/useragent-gen.

- https://gs.statcounter.com/browser-market-share/all/united-states-of-america/#monthly-201606-202307
- https://iabtechlab.com/standards/openrtb/.
- https://mapsted.com/blog/wifi-positioning-system-explained
- https://mitmproxy.org/
- https://sspinnovations.com/blog/how-long-coordinate-degree
- https://support.google.com/admanager/answer/6274238?hl=en
- https://support.google.com/admanager/answer/7128958?hl=en&ref_topic=7512060&sjid=1119204334 7591034842-NA
- https://support.google.com/chrome/answer/95647?hl=en-GB&co=GENIE.Platform%3DDesktop
- https://support.google.com/chrome/answer/7440301?hl=en
- https://termly.io/resources/articles/first-party-cookies-vs-third-party-cookies/
- https://venturebeat.com/business/google-chrome-83/
- https://weis2019.econinfosec.org/wp-content/uploads/sites/6/2019/05/WEIS_2019_paper_38.pdf
- https://www.comparitech.com/vpn/vpn-statistics/
- https://www.cookiepro.com/knowledge/what-is-a-persistent-cookie/.
- https://www.forbes.com/advisor/business/vpn-statistics/#sources_section
- https://www.ghostery.com/blog/how-to-block-cookies-on-most-browsers
- https://www.iab.com/wp-content/uploads/2015/06/OpenRTB_API_Specification_Version2_0_FINAL.pdf.
- https://www.mcafee.com/learn/what-is-a-vpn-and-can-it-hide-my-ip-address/
- https://www.mckinsey.com/capabilities/risk-and-resilience/our-insights/the-consumer-data-opportunity-and-the-privacy-imperative
- https://www.nytimes.com
- https://www.onaudience.com/resources/ssp-supply-side-platform-definition-how-it-works/
- https://www.singular.net/blog/limit-ad-tracking-privacy-checkup-in-2020/
- https://www.statista.com/statistics/1291880/vpn-usage-in-the-us/#:~:text=Virtual%20private%20network(VPN)%20usage,respondents%20increased%20to%2063%20percent
- https://www.whatismyip.com/

## *Other*

- Documents Relied on by Plaintiffs' Class Certification Expert Experts
- June 2, 2023 - W. Somvichian letter re June 2 Production of Named-Plaintiffs Data
- May 8, 2023 - W. Somvichian letter re production of Named-Plaintiffs Data
- August 3, 2023 – W. Somvichian letter re Production of Named-Plaintiffs Data
- New York Times Network Request Files