UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| | **APLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| | **[CIVIL LOCAL RULE 11-3]** |
| This document applies to: *all actions*. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

I, Demetri Blaisdell, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Non-Party The New York Times Company (The "Times") in the above-entitled action. My local co-counsel in this case is Elizabeth L. Schilken, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 241231.

| | 2029 Century Park East, Ste. 1400, |
|---|---|
| 620 8th Avenue, New York, NY 10018 | Los Angeles, CA 90067-2915 |
| My address of record | Local co-counsel's address of record |
| 212-556-7314 | 424-204-4371 |
| My telephone # of record | Local co-counsel's telephone # of record |
| demetri.blaisdell@nytimes.com | schilkene@ballardspahr.com |
| My email address of record | Local co-counsel's email address of record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 5342217.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court once in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2023

_____
Demetri Brumis Blaisdell

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Demetri Brumis Blaisdell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
HON. YVONNE GONZALEZ ROGERS

- 2 -

CASE NO. 4:21-CV-02155
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND PROPOSED ORDER