1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy
Litigation,

This document applies to: *all actions*.

Master File No. 4:21-cv-02155-YGR-VKD

**[PROPOSED] ORDER RE: GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RE. THE NEW YORK TIMES COMPANY'S INFORMATION AND NON-PARTY THE NEW YORK TIMES COMPANY'S STATEMENT IN SUPPORT OF SEALING CERTAIN CONFIDENTIAL MATERIAL FILED PROVISIONALLY UNDER SEAL BY DEFENDANT GOOGLE LLC**

**[L.R. 79-5(f)(3)]**

Judge: Hon. Yvonne Gonzalez Rogers

Hearing Date: None set.
Hearing Time:
Hearing Location:

MASTER FILE NO. 4:21-CV-02155-YGR-VKD

Before the Court is Google LLC's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Re. The New York Times Company's (the "Times") Information (ECF No. 586) and Non-Party The New York Times Company's Statement in Support of Sealing Certain Confidential Material Filed Provisionally Under Seal By Defendant Google LLC, as well as the supporting Declaration of James Glogovsky.  Having considered these materials, the Court hereby orders the Motion is GRANTED in part and that the following materials will remain under seal:

| Document | Portion(s) to Maintain Under Seal |
|---|---|
| Google Opposition (Sealed ECF No. 583-3 and 583-4) | Numerical figure contained in upper right cell of chart at the bottom of page 9 |
| Ex. 1 to Somvichian Decl.: Expert Report of Aaron Striegel, Ph.D (ECF No. 584-1 and 584-2, re-filed as ECF No. 602-1 and 602-2) | Name of data field, numerical value, and percentage in fifth sentence of ¶ 17 |
|  | Numerical value contained in last full sentence of ¶ 102 |
|  | Names of data fields, numerical values, and percentages in ¶¶ 103-108 & n.82. |
|  | Numerical value in first sentence of ¶ 155. |

**IT IS SO ORDERED**

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge