**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | **CASE NO. 4:21-cv-02155-YGR-VKD** <br><br> **JOINT STIPULATION REVISING BRIEFING SCHEDULE ON GOOGLE LLC'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT NEIL RICHARDS (ECF NO. 582)** <br><br> **Civil L.R. 6-1(b); 6-2(a)** |

1   WHEREAS, Defendant Google LLC ("Google") moved to exclude Plaintiffs class certification expert pursuant to Fed. R. Evid. 702 and *Daubert v. Merril Dow Pharmaceuticals Inc.*, 509 U.S. 579 (1993) ("*Daubert*"), on September 29, 2023 (ECF No. 582);

WHEREAS, the electronic filing system associated with docket entry ECF No. 582 automatically calculated a briefing schedule on that motion, with Plaintiffs' opposition due October 13, 2023 and Google's reply due October 20, 2023;

WHEREAS, the Parties have conferred and have reached agreement to revise the briefing schedule associated with ECF No. 582, with Plaintiffs' opposition due on October 27, 2023 and Google's reply due on November 14, 2023;

WHEREAS, the Parties' agreement to revise the briefing schedule as set forth above does not impact the Court's calendar with respect to the class certification proceedings to which Google's motion is directed, in that class certification briefing is presently scheduled to conclude with Plaintiffs' class certification reply brief due November 17, 2023 and no class certification hearing date has yet been set by the Court;

WHEREAS, good cause exists to modify the briefing schedule on Google's motion (ECF No. 582) to allow the Parties to efficiently complete discovery and related class certification briefing activities; and

WHEREAS, there have been no prior requests to modify the briefing schedule on Google's motion;

NOW, THEREFORE, the Parties stipulate to a revised briefing schedule on Google's motion (ECF No. 582) as follows, subject to Court approval:

- The due date for Plaintiffs' opposition to the motion extended from October 13, 2023 to October 27, 2023; and
- The due date for Google's reply to the motion is extended from October 27, 2023 to November 14, 2023.

SO STIPULATED.

Dated: October 10, 2023

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker* | By: */s/ Whitty Somivichian* |
| Elizabeth C. Pritzker (SBN 146267) | COOLEY LLP |
| Jonathan K. Levine (SBN 220289) | MICHAEL G. RHODES (SBN 116127) |
| Bethany Caracuzzo (SBN 190687) | (rhodesmg@cooley.com) |
| 1900 Powell Street, Suite 450 | WHITTY SOMIVICHIAN (SBN 194463) |
| Emeryville, CA 94608 | (wsomivichian@cooley.com) |
| Tel.: (415) 692-0772 | AARTI G. REDDY (SBN 274889) |
| Fax: (415) 366-6110 | (areddy@cooley.com) |
| ecp@pritzkerlevine.com | KYLE C. WONG (SBN 224021) |
| jkl@pritzkerlevine.com | (kwong@cooley.com) |
| bc@pritzkerlevine.com | REECE TREVOR (SBN 316685) |
| | (rtrevor@cooley.com) |
| *Interim Class Counsel* | ANUPAM DHILLON (SBN 324746) |
| | (adhillon@cooley.com) |
| | 3 Embarcadero Center, 20th floor |
| | San Francisco, CA 94111-4004 |
| | Telephone:   +1 415 693 2000 |
| | Facsimile:    +1 415 693 2222 |
| | |
| | COOLEY LLP |
| | ROBBY L.R. SALDAÑA |
| | (DC No. 1034981) |
| | (rsaldana@cooley.com) |
| | (admitted *pro hac vice*) |
| | KHARY J. ANDERSON |
| | (DC No. 1671197) |
| | (admitted *pro hac vice*) |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | Telephone:   +1 202 776 2109 |
| | Facsimile:    +1 202 842 7899 |
| | |
| | Attorneys for Defendant GOOGLE LLC |

# [PROPOSED] ORDER

# GRANTING REVISION OF BRIEFING SCHEDULE RE: ECF NO. 582

Pursuant to the stipulation and agreement of the parties, and for good cause shown, the Court hereby revises the briefing schedule on Google's motion to exclude (ECF No. 582) as follows:

- The due date for Plaintiffs' opposition to the motion extended from October 13, 2023 to October 27, 2023.
- The due date for Google's reply to the motion is extended from October 27, 2023 to November 14, 2023.

**SO ORDERED.**

Dated: _____, 2023

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge for the
Northern District of California

**FILER ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on October 10, 2023 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo