**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | **CASE NO. 4:21-cv-02155-YGR-VKD**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER <u>EXTENDING</u> DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**(CIVIL L.R. 6-1(b); 6-2(a))**<br><br><u>Current Filing Deadline</u>: **November 17, 2023** (per ECF Nos. 530, 534)<br><br><u>Proposed Filing Deadline</u>: **November 29, 2023**<br><br><u>Motion Hearing Date</u>:  **None/To Be Reset Later** (per ECF Nos. 530, 534) |

1  WHEREAS, on June 1, 2023, the Court entered a scheduling order (ECF No. 534),
2  approving a class certification briefing schedule as stipulated to by the parties (ECF No. 530) that
3  provides as follows

| | |
|---|---|
| Motion: | July 14, 2023 |
| Opposition: | September 29, 2023 |
| Reply: | November 17, 2023 |
| Hearing: | To be reset later |

WHEREAS, Plaintiffs filed their class certification motion on July 14, 2023, and Defendant Google LLC ("Google") filed its opposition on September 29, 2023;

WHEREAS, Google's opposition to Plaintiffs' motion for class certification includes a declaration from Suneeti Vakharia (*see* ECF No. 592-6);

WHEREAS, on October 9, 2023, Google further identified Ms. Vakharia as an individual whom Google has designated to provide corporate testimony on behalf of Google pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, Google has agreed to produce relevant and responsive documents for which Ms. Vakharia is a custodian to Plaintiffs, but has represented that it is unable to make that production prior to November 1, 2023;

WHEREAS, the parties have agreed that Ms. Vakharia will sit for deposition in Burlingame, California, between the hours of 8:00 a.m. and 5:00 p.m. (PST) on November 15, 2023;

WHEREAS, Plaintiffs require time to review and assess the discovery Google intends to produce for Ms. Vakharia prior to completing her deposition;

WHEREAS, the parties have conferred and have reached agreement to conduct the above discovery and to <u>extend</u> the date for Plaintiffs to file their reply in support of class certification to allow for such discovery, subject to Court approval, as follows:

| | |
|---|---|
| Google to serve Ms. Vakharia's document production by: | November 1, 2023 |
| Ms. Vakharia to appear for deposition on: | November 15, 2023 |
| Revised Date for Plaintiffs' Class Certification Reply: | November 29, 2023 |

WHEREAS, the parties' agreement to revise the date for plaintiffs' class certification reply does not impact the Court's calendar with respect to the class certification proceedings, in that no class certification hearing date has yet been set by the Court (*see* ECF Nos. 530, 534); and

WHEREAS, good cause exists to modify and extend the date for Plaintiffs' reply in support of class certification to allow the parties to efficiently complete discovery and related class certification briefing activities;

NOW, THEREFORE, the parties stipulate as follows, subject to Court approval:

- Google will serve its document production for Suneeti Vakharia by November 1, 2023;
- Ms. Vakharia will appear for deposition in Burlingame, California, between the hours of 8:00 a.m. and 5:00 p.m. (PST) on November 15, 2023; and
- The due date for Plaintiffs' reply in support of their motion for class certification is <u>extended</u> from November 17, 2023 to November 29, 2023.

**SO STIPULATED.**

Dated:  October 20, 2023

**PRITZKER LEVINE LLP**

By: <u>/s/  Elizabeth C. Pritzker</u>
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

**COOLEY LLP**

By: <u>/s/  Whitty Somivichian</u>
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMIVICHIAN (SBN 194463)
(wsomivichian@cooley.com)
AARTI G. REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)

3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(admitted *pro hac vice*)
KHARY J. ANDERSON
(DC No. 1671197)
(admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 776 2109
Facsimile:    +1 202 842 7899

Attorneys for Defendant GOOGLE LLC

4

JOINT STIPULATION AND [PROPOSED ORDER] EXTENDING DEADLINE FOR PLAINTIFFS' REPLY IN
SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION          4:21-CV-02155-YGR-VKD

**[PROPOSED] ORDER**

Pursuant to the stipulation and agreement of the parties, and for good cause shown, the Court hereby orders as follows:

- Google will serve its document production for Suneeti Vakharia by November 1, 2023;
- Ms. Vakharia will appear for deposition in Burlingame, California, between the hours of 8:00 a.m. and 5:00 p.m. (PST) on November 15, 2023; and
- The due date for Plaintiffs' reply in support of their motion for class certification is <u>extended</u> from November 17, 2023 to November 29, 2023.

**SO ORDERED.**

Dated: _____, 2023

Hon. Yvonne Gonzalez Rogers
United States District Court Judge for the
Northern District of California

**FILER ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on October 20, 2023, in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo