IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL INFORMATION IN DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil L.R. 7-11, 79(c), 79-5(f)]**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br>Date:       TBD<br>Time:       TBD<br>Courtroom:  TBD |

**[PROPOSED] ORDER**

Before the Court is Administrative Motion to Seal certain named plaintiff data submitted by Defendant Google conditionally under seal (ECF No. 588) in support of Google's Opposition Motion for Class Certification ("Oppn.")(ECF Nos. 583-3 (redacted version) and 583-4 (sealed version)), and all supporting papers. Google has previously designated all named plaintiff data produced as "Confidential" or "Highly Confidential." Plaintiffs, too, designate the portions of named plaintiff data produced by Google and described as "Confidential" pursuant to the protective order in this case (ECF No. 59) because they state that the data reflects sensitive, personal information concerning the named plaintiffs, including the "verticals" into which Google classified them, their location, their search history, and their Google account names.

Having considered the supporting declaration of the Designating Party (plaintiffs), and finding GOOD CAUSE APPEARING, the Court ORDERS that the following documents and information remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Portions of Google's Oppn., ECF No. 588-3, at p. 10, FN 9, citing in part to Table 5 in the Expert Class Certification Report of Christopher Wilson dated July 15, 2023 submitted by plaintiffs in support of plaintiffs' Motion for Class Certification, at ECF No. 558-6. | Information is Confidential to the named Plaintiffs, referring to their Google account names; also contains information produced by Google that Google designated Confidential or Highly Confidential. Plaintiff also moved to seal the information in Table 5 of the Wilson Report on July 14, 2023. *See* ECF No. 545-6. | |
| Portions of the expert report of Aaron Striegel, Ph.D., at 10, 41-43, 47-52, submitted by Google as Exhibit 1 to the Decl. of W. Somvichian in support of Google's Oppn., ECF No. 584-1. | Information is Confidential to the named Plaintiffs: contains detailed location information regarding named Plaintiffs as well as private personal information about them contained in "verticals". | |

CASE NO. 4:21-CV-02155-YGR-VKD

[PROPOSED] ORDER RE. PLFS.' ADMIN. MTN. TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA IN DEFENDANT'S OPPN. TO PLFS.' MTN. FOR CLASS CERTIFICATION

| Excerpts of the deposition transcript of named Plaintiff Terry Diggs 7:8-13[1], 199:17, 21 and 24, and 200:16, submitted by Google as Exhibit 7 to the Decl. of W. Somvichian in support of Google's Oppn., ECF 585-1. *See also* ECF No. 601, 602, where Google resubmits these excerpts. | Information is Confidential to the named Plaintiffs: contains personal and private health and medical information regarding named Plaintiff Diggs. | |
|---|---|---|
| Excerpts of the deposition transcript of named Plaintiff Rethena Green, at 40:14 and 40:15, submitted by Google as Exhibit 8 to the Decl. of W. Somvichian in support of Google's Oppn., ECF No. 585-3. | Information is Confidential to the named Plaintiffs: contains personal and private health and medical information regarding named Plaintiff Green. | |
| Excerpts of the deposition transcript of named Plaintiff Kimberley Woodruff, at pp. 59-63, submitted by Google as Exhibit 17 to the Decl. of W. Somvichian in support of Google's Oppn., ECF No. 585-17. | Information is Confidential to the named Plaintiffs: contains personal and private health and medical information regarding named Plaintiff Woodruff, as well as personal and private online searches she conducted. | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

---

[1] Page 7 was not redacted in Google's original filing, and therefore not addressed in ECF No. 588. Google did re-submit the Diggs' deposition transcript with the further redaction on Oct. 3, 2023, and moved to correct the record. (ECF Nos. 601, 602). But out of an abundance of caution, the Court hereby seals 7:8-13.