Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE LLC'S *DAUBERT* MOTION TO EXCLUDE PLAINTIFFS' EXPERT NEIL RICHARDS** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers <br> Date:  TBD <br> Time:  TBD <br> Courtroom:  1, 4th Floor |

I, Elizabeth C. Pritzker, declare and state as follows:

1.    I am a partner of Pritzker Levine LLP, and an attorney licensed in the State of California and duly admitted to practice before this Court. On August 3, 2021, I was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF 77.

2.    This declaration is made in support of Plaintiffs' Opposition to Google, LLC's *Daubert* Motion to Exclude Plaintiffs' Expert Neil Richards (ECF 582).

3.    I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the August 24, 2023 deposition transcript of Neil Richards.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the September 12, 2023 deposition transcript of Tom Wolfstein.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of October, 2023, in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker