# EXHIBIT 2

```
1    IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
2    OAKLAND DIVISION

     ----------------------------------------
3
     IN RE GOOGLE RTB CONSUMER PRIVACY
4    LITIGATION

5

6    This document applies to all actions.

7
     Case No. 4:21-CV-02155-YGR
8    ----------------------------------------

9
                              September 12, 2023
10                            9:06 a.m.

11

12            *** CONFIDENTIAL ***

13

14            DEPOSITION of TOM WOLFSTEIN,
15   taken by Plaintiffs, pursuant to
16   Notice, held at the offices of DICELLO
17   LEVITT LLC, 485 Lexington Avenue, New
18   York, New York before Wayne Hock, a
19   Notary Public of the State of New York.
20
21
22
23
24
25
```

Page 1

```
 1    A P P E A R A N C E S:
 2
          PRITZKER LEVINE LLP
 3        Attorneys for Plaintiffs
                  1900 Powell Street
 4                Emeryville, California 94608
 5        BY:     JONATHAN K. LEVINE, ESQ.
                  jkl@pritzkerlevine.com
 6
                  -and-
 7
          SIMMONS HANLY CONROY LLC
 8                112 Madison Avenue
                  New York, New York 10016
 9
          BY:     AN TRUONG, ESQ.
10                atruong@simmonsfirm.com
11
          COOLEY LLP
12        Attorneys for Defendant
                  3 Embarcadero Center
13                San Francisco, California 94111
14        BY:     WHITTY SOMVICHIAN, ESQ.
                  wsomvichian@cooley.com
15
16        ALSO PRESENT:
17
                  DEVERELL WRITE, Videographer
18                DANIELLE PIERRE
                  (via videoconference)
19
20                      *       *       *
21
22
23
24
25

                                              Page 2
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: We are | 09:06:44 |
| 2 | going on the record at 9:06 a.m. on | 09:06:44 |
| 3 | September 12, 2023. | 09:06:49 |
| 4 | This is media unit one of the | 09:06:50 |
| 5 | video recorded deposition of Tom | 09:06:53 |
| 6 | Wolfstein taken by counsel for | 09:06:56 |
| 7 | Plaintiff in the matter of In Re | 09:06:59 |
| 8 | Google RTB Consumer Privacy | 09:07:01 |
| 9 | Litigation. | 09:07:05 |
| 10 | This case is filed in the | 09:07:05 |
| 11 | United States District Court for | 09:07:07 |
| 12 | the Northern District of | 09:07:08 |
| 13 | California, Oakland Division. | 09:07:10 |
| 14 | My name is Deverell Write | 09:07:11 |
| 15 | representing Veritext Legal | 09:07:13 |
| 16 | Solutions. | 09:07:14 |
| 17 | The court reporter is Wayne | 09:07:14 |
| 18 | Hock from Veritext Legal Solutions. | 09:07:16 |
| 19 | At this time will counsel | 09:07:17 |
| 20 | please state their appearances. | 09:07:19 |
| 21 | MR. LEVINE: Jonathan Levine, | 09:07:20 |
| 22 | Pritzker Levine, for the | 09:07:22 |
| 23 | plaintiffs. | 09:07:22 |
| 24 | MS. TRUONG: An Truong, | 09:07:22 |
| 25 | Simmons Hanly Conroy, for | 09:07:22 |

Page 3

| | | |
|---|---|---|
| 1 | Plaintiffs. | 09:07:25 |
| 2 | MR. SOMVICHIAN: Whitty | 09:07:25 |
| 3 | Somvichian with Cooley representing | 09:07:27 |
| 4 | Google and the witness. | 09:07:29 |
| 5 | THE VIDEOGRAPHER: Will the | 09:07:30 |
| 6 | reporter please swear in the | 09:07:33 |
| 7 | witness. | 09:07:34 |
| 8 | T O M   W O L F S T E I N, having | 09:07:34 |
| 9 | been first duly affirmed by a | 09:07:34 |
| 10 | Notary Public of the State of | 09:07:34 |
| 11 | New York, upon being examined, | 09:07:34 |
| 12 | testified as follows: | 09:07:36 |
| 13 | EXAMINATION BY | 09:07:36 |
| 14 | MR. LEVINE: | 09:07:37 |
| 15 | Q.   Good morning, Mr. Wolfstein. | 09:07:37 |
| 16 | Have you ever been deposed | 09:07:51 |
| 17 | before? | 09:07:52 |
| 18 | A.   No. | 09:07:52 |
| 19 | Q.   Have you ever given sworn | 09:07:53 |
| 20 | testimony of any kind in the United | 09:07:55 |
| 21 | States before? | 09:07:57 |
| 22 | A.   No. | 09:07:57 |
| 23 | Q.   You understand you're under | 09:07:57 |
| 24 | oath and you remain under oath | 09:08:02 |
| 25 | throughout the day even though we may | 09:08:04 |

Page 4

```
 1              Same objections, and lacks            09:54:10
 2        foundation.                                 09:54:13
 3              Go ahead.                             09:54:13
 4              THE WITNESS:  I don't know            09:54:17
 5        what is -- what specific control.           09:54:17
 6        I can't recall what specific                09:54:20
 7        controls Google gives users.                09:54:21
 8        Q.    Do you know whether there are         09:54:23
 9   any controls?                                    09:54:24
10        A.    Are there any controls there          09:54:29
11   for users to control the privacy?                09:54:32
12        Q.    Well, not privacy, but is             09:54:34
13   there any control where -- that Google           09:54:36
14   offers to a user that says, you know, I          09:54:39
15   hereby opt out of RTB, I don't want my           09:54:44
16   data shared or sold with third parties?          09:54:47
17              MR. SOMVICHIAN: Object to             09:54:51
18        form.                                       09:54:53
19              THE WITNESS:   I don't believe        09:54:54
20        so.                                         09:55:01
21        Q.    Let's skip ahead to page --           09:55:01
22   we'll use the numbers at the bottom              09:55:05
23   right -- 255, please.                            09:55:07
24        A.    Yes.                                  09:55:10
25        Q.    Okay.                                 09:55:10
```

Page 46

CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly affirmed before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of September, 2023.

VERITEXT REPORTING COMPANY

(516) 608-2400              (212) 267-6868

Page 191