**MANNING | KASS**
Yury A. Kolesnikov (SBN 271173)
225 Broadway, Suite 1200
San Diego, California 92101
Telephone:    (619) 515-0269
Facsimile:    (619) 515-0268

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* GOOGLE RTB CONSUMER PRIVACY LITIGATION | ) Case No. 21-cv-02155-YGR (VKD) |
| _____ | ) |
| | ) **Notice of Withdrawal of Yury A.** |
| This document relates to all actions. | ) **Kolesnikov as Counsel** |
| | ) |
| | ) |
| _____ | ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Yury A. Kolesnikov is no longer associated with Bottini & Bottini, Inc. and no longer represents Plaintiffs in this matter.  Please remove Mr. Kolesnikov from the docket as counsel of record and from the ECF distribution list for this action.  Other attorneys from Bottini & Bottini continue to represent Plaintiffs.

DATED:  October 31, 2023          Respectfully submitted,

By: _____s/ Yury A. Kolesnikov_____
                    Yury A. Kolesnikov

Notice of Withdrawal as Counsel                    No. 21-cv-02155-YGR (VKD)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Yury A. Kolesnikov, certify that on October 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sends a notification of such filing to all counsel of record.

    s/ Yury A. Kolesnikov
    Yury A. Kolesnikov

Notice of Withdrawal as Counsel          No. 21-cv-02155-YGR (VKD)