UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**ORDER ON ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 509, 546, 547, 555, 557, 559, 566, 593, 598, 611 |

Before the Court are several administrative motions to file under seal materials associated with discovery disputes in this case. Dkt. 484, 509, 516, 518, 534; *see also* Dkt. 507, .

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that re "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local Rule 79-5.

Here, the "good cause" standard applies because the information the parties seek to seal was submitted to the Court in connection with discovery-related motions, rather than a motion that concerns the merits of the case. The Court may reach different conclusions regarding sealing these documents under different standards or in a different context. Having considered the motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the Court **ORDERS** as follows:

1. **Dkt. 509**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission | GRANTED as to redacted portions at: Pages 4-5, 10-15, 17, 20-21, 25, 28-29 | The redacted portions contain Google's confidential information regarding its products and systems, including details related to Google's internal cookies, identifiers, practices, logs, employee medical information, as well as internal metrics and investigation into financial impact of certain features, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal strategy and systems regarding various products and nonpublic investigations thereto. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal projects. |

2. **Dkt. 546**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Exhibit A of the Order | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's contains non-public, sensitive confidential and proprietary business |

| | Pages 2-3, 8, 10-11, 15, 18-19, 26-28 | information that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including details related to Google's internal identifiers, practices, logs, personal and private medical information related to a Google employee, as well as internal metrics and investigation into financial impact of certain features, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal strategy and systems regarding various products and nonpublic investigations thereto. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal systems and operations |
|---|---|---|

3.   **Dkt. 547**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Exhibit A to the Order | GRANTED as to redacted portions at:<br><br>Pages 2-, 3 | The information requested to be sealed contains personal and private medical information related to a Google employee, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public. |

4.   **Dkt. 555** (*see also* **Dkt. 581**)

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Motion to Compel Deposition of Sundar Pichai | GRANTED as to redacted portions at:<br><br>2:8-9, 2:16-20 | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and |

3

|  |  |  |
|---|---|---|
|  |  | operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 1 (January 7, 2022 Deposition Transcript of Deepak Ravichandran) | GRANTED as to redacted portions at:<br><br>6:19-21, 6:24-25, 7:18, 7:20, 7:22, 8:14, 8:18, 8:20, 9:7, 238:20, 238:25, 242:20, 243:17, 244:3, 244:3, 244:11, 244:16, 245:5-13, 252:14 | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 2 (February 8, 2022 Deposition Transcript of Chetna Bindra) | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and |

| | | | |
|---|---|---|---|
| | 66:8-24, 68:3, 69:10, 69:22, 206:17-21, 225:3-4, 232:4, 232:14, 232:21, 233:3, 233:15 | | operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 3 (GOOG-CABR-04004680) | | GRANTED as to redacted portions at:<br><br>Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities and internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 4 (GOOG-CABR-03751608) | | GRANTED as to redacted portions at:<br><br>Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and |

| | | |
|---|---|---|
| | | operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 5 (GOOG-CABR-03766440) | GRANTED as to redacted portions at: Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities and internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 6 (GOOG-CABR-05269598) | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and |

| | | | |
|---|---|---|---|
| | | Pages 3, 9-13, 15, 18-20, 22-25, 27, 30-31, 33, 35 | operations, including details related to internal projects and their proprietary functionalities and internal metrics and investigations of certain features, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 7 (GOOG-CABR-03767728) | GRANTED as to redacted portions at: Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 8 (GOOG-CALH-01026247) | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive |

| | | Redacted in its entirety | features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|---|
| | Ex. 9 (GOOG-CABR-03833103) | GRANTED as to redacted portions at: Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 10 (GOOG-CABR-03988269) | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive |

|  | Page 1 | features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Ex. 11 (GOOG-CABR-05383036) | GRANTED as to redacted portions at: Redacted in its entirety | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 12 (GOOG-CABR-03983616) | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive |

| | Redacted in its entirety | features of Google's internal systems and operations, including details related to internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

**5.    Dkt. 557**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| February 28, 2022 Hearing Transcript | GRANTED as to redacted portions at:<br><br>7:1, 7:11, 8:5-6, 8:12, 10:24, 11:14, 12:2-3, 12:5-7, 12:10, 12:23, 13:5, 18:5-6, 18:22-19:1, 19:3-4, 19:7-8, 20:16-17, 28:17, 30:11, 31:20, 33:22-23, 34:4-5, 34:18, 35:2, 37:17, 37:24, 38:14, 44:24, 45:6, 45:14, 45:24, 46:7, 46:13-17, 46:25, 47:3, 47:21-22, 48:3, 48:6-8, 48:10-12, 48:20, 48:23-24, 49:3, 49:6-7, 49:18, 49:22, 49:25, 50:2-4, 50:6-9, 51:21-22, 52:6, 52:19, 52:21-22, 58:17-19, 58:25, 59:16, 59:21, 60:13, 65:24, 66:25, 79:18 | The information requested to be sealed contains Google's contains non-public, sensitive confidential and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including details related to Google's internal projects, identifiers, data fields, dashboards, and logs and their proprietary functionalities, and internal investigations of features, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal strategy and systems regarding various products and nonpublic investigations thereto. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices |

| | | relating to competing products, time strategic litigation, focus their patent prosecution strategies, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal systems and operations. |
|---|---|---|

**6.     Dkt. 559 (*see also* Dkt. 583)**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission in Response to Sealed Order at Dkt. 523 re: Status of Fact Discovery Disputes | GRANTED as to redacted portions at:<br><br>Pages 3-4, 6, 9-11, 15, 17-18, 20-22 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's data logs, internal data structures, internal identifiers and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit A - re: Priority RFPs | GRANTED as to redacted portions at:<br><br>Pages 10-12, 23, 26-27, 30-31, 35, 38 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's data logs, internal data structures, internal identifiers and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit B – re: Interrogatories | GRANTED as to redacted portions at:<br><br>Pages 2-5, 7-10, 14-16, 22-24, 26 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's data logs, internal data structures, internal identifiers and their proprietary functions, that Google |

| | | maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

7.  Dkt. 566

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition to Plaintiffs' Motion to Compel Deposition of Sundar Pichai | GRANTED as to redacted portions at: 2:13-14, 2:19-20, 2:22, 2:23, 2:28, 3:2 | The information requested to be sealed contains Google's confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its services. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

8.  Dkt. 593

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| First Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 565) | GRANTED as to redacted portions at: PDF pages 4-5, 7, 10-12, 16, 19-23 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including details related to internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| Second Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 579) | GRANTED as to redacted portions at:<br><br>PDF pages 5-6, 8, 13-15, 21, 25-27, 29-30, 32-33, 40, 45-47, 58, 61-62, 65-66, 70, 73, 75-78, 80-83, 87-89, 95-97, 99 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including details related to internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

9. **Dkt. 598**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission re Clawback Dispute (Dispute 1.34) | GRANTED as to redacted portions at:<br><br>4:10-16, 4:21 | The information requested to be sealed contains quotes from and summaries of attorney-client communications and was submitted to facilitate the Court's in camera review of Google's privilege claims. |

10. **Dkt. 611**

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Special Master's Report and Recommendations on Referred Discovery Issues (Preservation Plan) (Dkt. 604) | GRANTED as to redacted portions of Exhibit A to Special Master Report re Preservation Plan at:<br><br>Pages 2-3 | Narrowly tailored to protect confidential technical information regarding sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

Dated: April 14, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge