COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF KYLE WONG IN SUPPORT OF GOOGLE LLC'S *DAUBERT* REPLY BRIEF TO EXCLUDE PLAINTIFFS' EXPERT NEIL RICHARDS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KYLE WONG ISO
GOOGLE'S *DAUBERT* REPLY
CASE NO. 4:21-CV-02155-YGR-VKD

I, Kyle Wong, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Cooley LLP. I am counsel for Defendant Google, Inc. ("Google") in this matter I make this declaration based on my personal knowledge and if called as a witness, I could and would testify competently to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiffs' expert Neil Richards, taken on August 24, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2023 in San Francisco, California.

*/s/ Kyle C. Wong*
Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF KYLE WONG ISO
GOOGLE'S *DAUBERT* REPLY
CASE NO. 4:21-CV-02155-YGR-VKD