Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED –** *RE. GOOGLE'S MATERIALS* **SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>[Civil L.R. 7-11, 79-5(f)]<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, my partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF 77. This declaration is made in support of plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal are true and correct copies of the following documents filed this same date. Where documents were filed in redacted form and not entirely under seal, the portions that are conditionally sealed are highlighted in yellow. The exhibits referenced below are Exhibits to the Declaration of Elizabeth C. Pritzker submitted in support of plaintiffs' Reply to Google's Opposition to Plaintiff's Motion for Class Certification ("Pritzker Reply Decl."), except where otherwise noted:

   a. The unredacted version of plaintiffs' Reply, highlighted at pp. 1, 2, FN 3, pp. 3, 4, 5, FN 12, pp. 6, 7, FN 24, FN 25, pp. 9, 10, 11, and 14.

   b. The unredacted version of the Pritzker Reply Decl., highlighted at ¶¶ 18, 26, 27. The redacted material in paragraphs 18 and 26 are quotes from the Confidential deposition of Google's Fed. R. 30(b)(6) corporate designee Suneeti Vakharia. Those excerpts are included in Exhibit 52 hereto. The redacted material in paragraph 27 contains quotes from the deposition of Google's Fed. R. 30(b)(6) corporate designee Glenn Berntson, Ph.D., large portions of which Google designated Highly Confidential – Attorneys' Eyes Only. Those excerpts are included in Exhibit 51 hereto. *See* below;

   c. <u>Exhibit 43</u>: the unredacted version of the Expert Class Certification Report of **Professor Zubair Shafiq** ("Shafiq Reb."), highlighted at ¶¶ 21, 23, 24, FN 14, ¶ 25, FN 15, ¶¶ 26, 28, 30, 35c., 37, 39, 44, 45, 47, 52, 53, 55, Figure 3, ¶¶ 59, 67,

|     |     |                                                                                                                                                                                                                                           |
| --: | :-- | :-- |
|   1 |     | 70a., 70b., 76, 89, 90, 91, 92, 100, 102a., 102b., 102d., 102e. 102f., 102g., FN |
|   2 |     | 100, ¶¶ 102h., 102i, FN 102, ¶¶ 106, 106a., 106b., ¶106c, FN 106, 106d, FN 107; |
|   3 | d.  | Exhibit 44: the unredacted version of the Expert Class Certification Report of |
|   4 |     | **Professor Christopher Wilson** ("Wilson Reb."), highlighted at ¶¶ 46, 69, 85, |
|   5 |     | FN 55, FN 139; |
|   6 | e.  | Exhibit 45: the unredacted version of the Expert Class Certification Report of |
|   7 |     | **Professor Robert Zeithammer**, highlighted at Table of Contents, II. 9,  ¶¶ 10, |
|   8 |     | 13, FN 5, ¶¶ 14, 15, 16, 21, 22, 33, 37, 42, 45, 46, 48, 50, 51, 54, 55, 69, 72, 78, |
|   9 |     | 79, 80, 81, 82, 83, 84, 85, Heading 9 (p.27), ¶¶ 92, 93, 94, 97, 102, 105, 107, 199, |
|  10 |     | 200; |
|  11 | f.  | Exhibit 46: the unredacted version of the Expert Class Certification Report of |
|  12 |     | **Greg Regan, CPA/CFF, CFE** ("Regan Reb.") highlighted at Table of Contents, |
|  13 |     | II.A.2,  ¶ 5, FN 2, ¶¶ 7, 13, 14, 15, 17, 18, FN 16, FN 20, ¶¶ 19, 20, FN 21, FN |
|  14 |     | 22, ¶ 21, FN 27, ¶ 23, FN 29, ¶ 22, FN 30, FN 33, ¶ 24, FN 38, ¶¶ 25, 28, FN 43, |
|  15 |     | FN 44, ¶¶ 30, 31, 36, 37,   FN 56, ¶ 43, FN 70, ¶¶ 44, 45, FN 71, FN 72, ¶47, FN |
|  16 |     | 74, ¶48, FN 75; |
|  17 | g.  | Exhibit 47: the unredacted version of the Expert Class Certification Report of |
|  18 |     | **Professor Neil Richards** ("Richards Reb."), highlighted at ¶ 37, FN 40, FN 70, |
|  19 |     | ¶ 76, FN 105, ¶¶ 78, 79, 80, 81; |
|  20 | h.  | Exhibit 49: GOOG-HEWT-00144028; |
|  21 | i.  | Exhibit 50: excerpts of contracts between Google and third-parties, designated |
|  22 |     | Highly Confidential by Google and those third-parties:   GOOG-HEWT- |
|  23 |     | 0041850; NBCU_HEW_00001; XANDR-RTB-00000005; |
|  24 | j.  | Exhibit 51: excerpts of October 30, 2023 deposition of Google declarant/ |
|  25 |     | employee/ Fed. R. Civ. P. 30(b)(6) corporate designee **Glenn Berntson, Ph.D**., |
|  26 |     | at 11:18-13:7, 15:3-11, 52:21-54:24, 55:6-56:20, 58:22-24, 73:5-13, 75:22-77:1, |
|  27 |     | 81:24-82:9, 83:5-18, 89:19-91:23, 94:11-19, 98:21-25, 106:1-107:25, 108:1-10, |
|  28 |     | 109:8-18,   110:2-115:15,   115:20-116:22,   118:8-15,   122:13-124:9,   136:14- |

Case No. 4:21-cv-02155-YGR-VKD
2
DECL. OF J. LEVINE I.S.O. PLFS.' ADMIN. MTN. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS SUBMITTED I.S.O PLFS.' REPLY TO CLASS CERT.

        137:16, 149:20-150:5, 151:6-15, 162:8-12, 163:15-165:1, 178:3-8, 182:2-183:10, 191:17-22, 197:17-198:12, 212:7-214:18, 215:6-219:10, 225:13-226:4, 229:8-12, 230:9-20, 231:18-232:10, 233:14-235:10, 235:15-236:21, 237:4-242:5, 239:3-240:9, 241:10-242:5, 242:6-243:22, which transcript Google designated in large part Highly Confidential – Attorneys' Eyes Only;

k. Exhibit 52: excerpts of November 15, 2023 deposition of Google declarant/employee/ Fed. R. Civ. P. 30(b)(6) corporate designee **Suneeti Vakharia**, 15:2-14, 49:15-50:9, 56:14-20, 62:18-63:7, 66:24-65:18, 68:16-70:21, 87:20-88:7, 88:19-89:11, 94:17-96:4, 99:8-100:19, 101:1-23, 121:22-122:6, 124:6-125:16, 129:17-131:11, 132:9-13, 136:1-9, 149:10-150:9, 150:12-15, 158:8-159:2, 184:20-186:18, 188:19-23, 190:21-192:23, 193:23-194:4, 205:13-206:10, 214:21-215:12, 216:13-221:14, 224:14-225:22, 226:16-228:2, 248:11-25, 249:13-250:15, 274:8-275:15, 276:10-17, 277:1-10, 278:7-18, 294:6-295:11, and 298:13-24, which Google designated entirely Confidential;

l. Exhibit 53: excerpts of deposition of Google's **expert Konstantino Psounis, Ph.D.** portions of which Google designated Confidential at 144:13-145:18, 164:14-165:1, 233:4-11;

m. Exhibit 54: excerpts of deposition of Google's expert **Aaron Striegel, Ph.D**., at 77:16-78:3, 97:16-99:4, which transcript Google designated Confidential in part;

n. Exhibit 56: Excerpts of deposition of Google's expert **Bruce Deal**, portions of which Google designated Confidential at 100:20-101:16, 130:7-131:13, 268:25-270:9;

o. Exhibit 57: Excerpts of deposition of Google's expert **Dominique Hanssens, Ph.D**, portions of which Google designated Highly Confidential at 147:1-7, 150:5-9, and portions of which Google designated Confidential at 163:24-165:5;

p. Exhibit 59: Excerpts of deposition of Google employee **George Levitte**, at 61:2-10, 61:25-62:7, 174:25-175:16, which Google designated Highly Confidential – Attorneys' Eyes Only.

3.  As to all of the above, Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines, except as noted in paragraphs 4 - 6 below.

4.  Portions of Exhibit 43, the unredacted Expert Class Certification Rebuttal Report of Professor Zubair Shafiq ("Shafiq Reb.") at ¶¶44, 45, 47 refer to confidential and private data pertaining to certain named plaintiffs, the sealing of which is addressed in plaintiffs' separate administrative motion to file under seal, also filed contemporaneously herewith.

5.  Portions of Exhibit 44, the unredacted Wilson Reb. also contains information designated Confidential or Highly Confidential by third-parties NYT and TTD. Plaintiffs therefore file separately herewith two additional administrative motions to consider whether another party's materials should be sealed regarding this data. In addition, Wilson Reb. ¶ 74 cites to Confidential named plaintiff data. Plaintiffs also file separately herewith a motion to seal that data.

6.  Portions of Exhibit 50, also contain information designated Highly Confidential by third-parties NBC Universal ("NBCU") and Xandr, respectively, that are therefore subject to two additional administrative motions to consider whether another party's materials should be sealed, also filed contemporaneously herewith.

7.  Plaintiffs' request seeks to conditionally seal language in the above-identified expert reports, Reply, and Pritzker Reply Declaration that quote from and refer to documents and testimony that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order, and/or seeks to conditionally seal entire documents and transcripts that Google has designated "Confidential" or "Highly Confidential." These documents and information are relevant to the litigation and to plaintiffs' motion for class certification. The request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google.

8.  Plaintiffs do not join in Google's designation and do not join any request by Google to seal any portion of plaintiffs' motion, expert reports, or the documents or transcripts they quote, or the other Google-produced documents, but submit these documents in redacted form or entirely sealed in order to comply with the protective order and Google's designations.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on this 29th day of November, 2023 in Emeryville,
3  California.

4  /s/ Jonathan K. Levine
   Jonathan K. Levine