1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

10

In re Google RTB Consumer Privacy
Litigation,

11

12

This document applies to: *all actions.*

13

14

15

16

17

18

19

20

Master File No. 4:21-cv-02155-YGR-VKD

**[PROPOSED] ORDER RE: PLAINTIFFS'**
**ADMINISTRATIVE MOTION TO**
**CONSIDER WHETHER ANOTHER**
**PARTY'S MATERIALS SHOULD BE**
**SEALED –** *RE. GOOGLE'S MATERIALS* **–**
**SUBMITTED IN SUPPORT OF**
**PLAINTIFFS' REPLY IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

**[Civil L.R. 7-11, 79-5(f)]**

Judge:  Hon. Yvonne Gonzalez Rogers

Hearing Date:  None set.
Hearing Time:
Hearing Location:

21

22

23

24

25

26

27

28

Case No. 4:21-cv-02155-YGR-VKD

[PROPOSED] ORDER RE. PLFS.' ADMIN. MTN. TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED – *RE. GOOGLE'S MATERIALS*

1

## [PROPOSED] ORDER

2      Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's

3   Materials Should Be Sealed Re. Google's Materials that were submitted by plaintiff in support of

4   plaintiffs' Reply to Google's Opposition to Plaintiffs' Motion for Class Certification ("Reply"), and

5   all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having

6   considered the supporting declaration of the Designating Party, Google LLC, and finding GOOD

7   CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

8

9

10

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plfs.' Reply at:<br>Page 1, line 2,<br>Page 2, line 17, Page 2, FN 3<br>Page 3, line 1,<br>Page 3, lines 14, 15, 16, 18, 19<br>Page 4, lines 6, 7, 8,<br>Page 4, line 17,<br>Page 4, lines 23-24<br>Page 5, lines 3, 15, and 17<br>Page 5, FN 12<br>Page 6, lines 14-16,<br>Page 6, line 24 – Page 7, line 3<br>Page 7, FN 24,  FN 25<br>Page 9, lines 5-6,<br>Page 10, lines 22- Page 11, line 1,<br>Page 11, line 2 and line 22<br>Page 14, line 13<br>Page 15, lines 1-2 | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| Declaration of Elizabeth C. Pritzker submitted in support of plaintiffs' Reply ("Pritzker Reply Decl.") at ¶¶ 18, 26, 27. | Quotes from depositions of Google corporate witnesses that Google designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 43** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor **Zubair Shafiq**, portions of the following paragraphs highlighted in yellow at  ¶¶ 21, 23, 24, FN 14, ¶ 25, FN 15,  ¶¶ 26, 28, 30, 35c., 37, 39, 44, | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; | |

Case No. 4:21-cv-02155-YGR-VKD

[PROPOSED] ORDER RE. PLFS.' ADMIN. MTN. TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS

| | | |
|---|---|---|
| 45, 47, 52, 53, 55, Figure 3, ¶¶ 59, 67, 70a., 70b., 76, 89, 90, 91, 92, 100, 102a., 102b., 102d., 102e. 102f., 102g., FN 100, ¶¶ 102h., 102i, FN 102, ¶¶ 106, 106a., 106b., ¶106c, FN 106, 106d, FN 107. | Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 44** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor **Christopher Wilson**, portions highlighted in yellow at ¶¶ 46, 69, 85, FN 55, FN 139. | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 45** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor **Robert Zeithammer**, portions highlighted in yellow, at Table of Contents, II. 9, ¶¶ 10, 13, FN 5, ¶¶ 14, 15, 16, 21, 22, 33, 37, 42, 45, 46, 48, 50, 51, 54, 55, 69, 72, 78, 79, 80, 81, 82, 83, 84, 85, Heading 9 (p.27), ¶¶ 92, 93, 94, 97, 102, 105, 107, 199, 200. | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 46** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of **Greg Regan**, CPA/CFF, CFE, portions highlighted in yellow at   Table of Contents, II.A.2, ¶ 5, FN 2, ¶¶ 7, 13, 14, 15, 17, 18, FN 16, FN 20, ¶¶ 19, 20, FN 21, FN 22, ¶ 21, FN 27, ¶ 23, FN 29, ¶ 22, FN 30, FN 33, ¶ 24, FN 38, ¶¶ 25, 28, FN 43, FN 44, ¶¶ 30, 31, 36, 37, FN 56, ¶ 43, FN 70, ¶¶ 44, 45, FN 71, FN 72, ¶47, FN 74, ¶48, FN 75. | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 47** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor **Neil Richards** at ¶¶ ¶ 37, FN 40, FN 70, ¶ 76, FN 105, ¶¶ 78, 79, 80, 81. | Cites information, documents, testimony, or expert reports discussing information, designated Confidential or Highly Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |

[PROPOSED ] ORDER RE. PLFS.' ADMIN. MTN. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS

| | |  |
|---|---|---|
| **Ex. 49**  GOOG-HEWT-00144029 | Designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 50**   Excerpts of contracts between Google and third-parties: GOOG-HEWT-0041850; NBCU_HEW_00001; XANDR-RTB-00000005 | Designated Highly Confidential – Attorneys' Eyes Only by Google and by third-parties (*see* Order(s) on Mtns to Seal); Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 51** to Pritzker Reply Decl.: excerpts of the deposition of Google employee, class cert. declarant and 30(b)(6) corporate designee **Glenn Berntson** at 11:18-13:7, 15:3-11, 52:21-54:24, 55:6-56:20, 58:22-24, 73:5-13, 75:22-77:1, 81:24-82:9, 83:5-18, 89:19-91:23, 94:11-19, 98:21-25, 106:1-107:25, 108:1-10, 109:8-18, 110:2-115:15, 115:20-116:22, 118:8-15, 122:13-124:9, 136:14-137:16, 149:20-150:5, 151:6-15, 162:8-12, 163:15-165:1, 178:3-8, 182:2-183:10, 191:17-22, 197:17-198:12, 212:7-214:18, 215:6-219:10, 225:13-226:4, 229:8-12, 230:9-20, 231:18-232:10, 233:14-235:10, 235:15-236:21, 237:4-242:5, 239:3-240:9, 241:10-242:5, 242:6-243:22. | Designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 52** to Pritzker Reply Decl.: excerpts of the deposition of Google employee, class cert. declarant and 30(b)(6) corporate designee **Suneeti Vakharia** at 49:15-50:9, 56:14-20, 62:18-63:7, 66:19-67:18, 68:16-70:21, 87:20-88:7, 88:19-89:11, 94:17-96:4, 99:8-100:19, 101:1-23, 124:6-125:16, 129:17-131:11, 136:1-9, 149:10-150:9, 150:12-15, 158:8-159:2, 184:20-186:18, 188:19-23, 190:21-192:23, 193:23-194:4, 205:13-206:10, 214:21-215:12, 216:13-221:14, 224:14-225:22, 226:16-228:2, 248:11-25, | Transcript designated entirely Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |

[PROPOSED ] ORDER RE. PLFS.' ADMIN. MTN. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. GOOGLE'S MATERIALS

| | | |
|---|---|---|
| 249:13-250:15, 274:8-275:15, 276:10-17, 277:1-10, 278:7-18, 294:6-295:11, and 298:13-24. | | |
| **Ex. 53** to Pritzker Reply Decl.: excerpts of the deposition of Google expert **Konstantino Psounis, Ph.D.** 144:13-145:18, 164:14-165:1, 233:4-11. | Portions designated Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 54** to Pritzker Reply Decl.: excerpts of the deposition of Google expert **Aaron Striegel, Ph.D.**, portions designated Confidential at 77:16-78:3, 97:16-99:4. | Portions designated Highly Confidential – Attorneys' Eyes Only; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 56** to Pritzker Reply Decl.: excerpts of the deposition of Google expert **Bruce Deal** at 100:20-101:16, 130:7-131:13, 268:25-270:9 | Portions designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 57** to Pritzker Reply Decl.: excerpts of the deposition of Google expert **Dominique Hanssens, Ph.D.**, portions at 147:1-7, 150:5-9, 163:24-165:5. | Portions designated Highly Confidential – Attorneys' Eyes Only and Confidential by Google; Google to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 59** to Pritzker Reply Decl.: excerpt of the deposition of Google employee **George Levitte** at 61:2-10, 61:25-62:7, 174:25-175:16. | Portions designated Highly Confidential – Attorneys' Eyes Only by Google; Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge