Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – *RE. GOOGLE'S MATERIALS CITED IN PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY CLASS*** <br><br> **[Civil L.R. 79-5(f)]** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers <br><br> Hearing Date:        None set. <br> Hearing Time: <br> Hearing Location: |

1

2

3    I, Bethany Caracuzzo, hereby declare as follows:

4    I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a

5    party to this action. On November 29, 2023, I caused the below documents, the sealed versions

6    of which were lodged conditionally under seal, to be served by electronic mail to the individuals

7    at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

8    **Unsealed and unredacted version of Plaintiffs' Reply in Support of Motion to Certify Class;**

9    **Unsealed and unredacted version of the Pritzker Reply Declaration;**
     **Unsealed and unredacted versions of Exhibits 43-47, 49-54, 56, 57, and 59**

10

11   *__Via E-mail__*
     Whitty Somvichian, Esq. (wsomvichian@cooley.com)
     Anu S. Dhillon, Esq. (adhillon@cooley.com)

12   Aarti Reddy, Esq. (areddy@cooley.com)
     Laura Elliott, Esq. (lelliott@cooley.com)

13   Reece Trevor, Esq. (rtrevor@cooley.com)
     Robby L.R. Saldaña, Esq. (rsaldana@cooley.com)

14   **COOLEY LLP**
     101 California Street, 5th Fl

15

16   San Francisco, CA 94111-5800

17   *Counsel for Defendant Google LLC*

18   I declare under penalty of perjury under the laws of the United States of America that the

19   above is true and correct. Executed on November 29, 2023 at Emeryville, California.

20                                          By:  *__/s/ Bethany Caracuzzo__*

21                                               Bethany Caracuzzo

22

23

24

25

26

27

28