*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

# APPENDIX OF PLAINTIFFS' REPLY EXHIBITS

Plaintiffs' Exs. 1-42 were filed with Plaintiffs' opening brief (ECF Nos. 545, 546, 558)

| **Exhibits to the Reply Declaration of Elizabeth C. Pritzker** | |
|---|---|
| Exhibit 43 | Expert Class Certification Rebuttal Report of Professor Zubair Shafiq, Ph.D. ("Shafiq Reb.") |
| Exhibit 44 | Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. ("Wilson Reb.") |
| Exhibit 45 | Expert Class Certification Rebuttal Report of Professor Robert Zeithammer, Ph.D. ("Zeithammer Reb.") |
| Exhibit 46 | Expert Class Certification Rebuttal Report of Greg Regan, CPA/CFF, CFE ("Regan Reb.") |
| Exhibit 47 | Expert Class Certification Rebuttal Report of Professor Neil Richards, Ph.D. ("Richards Reb.") |
| Exhibit 48 | Google's September 28, 2023 Supplemental Initial Disclosures |
| Exhibit 49 | GOOG-HEWT-00144029 – internal Google comments on example OpenRTB bid request (cited in Shafiq Report, ECF 545-5, ¶ 58) |
| Exhibit 50 | Excerpts of contracts - GOOG-HEWT-0041850, NBCU_HEW_00001, XANDR-RTB-000000005 |
| Exhibit 51 | Excerpts of October 30, 2023 deposition of Google declarant/ employee/ corporate designee Glenn Berntson |
| Exhibit 52 | Excerpts of November 15, 2023 deposition of Google declarant/employee/ corporate designee Suneeti Vakharia |
| Exhibit 53 | Excerpts of deposition of Google's expert Konstantino Psounis, Ph.D. |
| Exhibit 54 | Excerpts of deposition of Google's expert Aaron Striegel, Ph.D. |
| Exhibit 55 | Excerpts of deposition of Thomas Wolfstein |

*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

| Exhibit 56 | Excerpts of deposition of Google's expert Bruce Deal |
| --- | --- |
| Exhibit 57 | Excerpts of deposition of Google's expert Dominique Hanssens, Ph.D. |
| Exhibit 58 | Excerpts of deposition of declarant Hunter Hanzarik |
| Exhibit 59 | Excerpts of deposition of Google employee George Levitte |
| Exhibit 60 | Excerpts of deposition of plaintiffs' expert Professor Christo Wilson, Ph.D. |