# Exhibit 55

CONFIDENTIAL

```
 1    IN THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
 2    OAKLAND DIVISION

      _____
 3

      IN RE GOOGLE RTB CONSUMER PRIVACY
 4    LITIGATION

 5

 6    This document applies to all actions.

 7
      Case No. 4:21-CV-02155-YGR
 8
      _____
 9
                            September 12, 2023
10                          9:06 a.m.

11

12            *** CONFIDENTIAL ***

13

14            DEPOSITION of TOM WOLFSTEIN,
15    taken by Plaintiffs, pursuant to
16    Notice, held at the offices of DICELLO
17    LEVITT LLC, 485 Lexington Avenue, New
18    York, New York before Wayne Hock, a
19    Notary Public of the State of New York.
20
21
22
23
24
25
```

Page 1

CONFIDENTIAL

```
 1     A P P E A R A N C E S:

 2

       PRITZKER LEVINE LLP
 3     Attorneys for Plaintiffs
                1900 Powell Street
 4              Emeryville, California 94608
 5     BY:      JONATHAN K. LEVINE, ESQ.
                jkl@pritzkerlevine.com

 6
                -and-
 7

       SIMMONS HANLY CONROY LLC
 8              112 Madison Avenue
                New York, New York 10016
 9
       BY:      AN TRUONG, ESQ.
10              atruong@simmonsfirm.com
11
       COOLEY LLP
12     Attorneys for Defendant
                3 Embarcadero Center
13              San Francisco, California 94111
14     BY:      WHITTY SOMVICHIAN, ESQ.
                wsomvichian@cooley.com
15
16     ALSO PRESENT:
17
                DEVERELL WRITE, Videographer
18              DANIELLE PIERRE
                (via videoconference)
19
20              *       *       *
21
22
23
24
25


                                        Page 2
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: We are | 09:06:44 |
| 2 | going on the record at 9:06 a.m. on | 09:06:44 |
| 3 | September 12, 2023. | 09:06:49 |
| 4 | This is media unit one of the | 09:06:50 |
| 5 | video recorded deposition of Tom | 09:06:53 |
| 6 | Wolfstein taken by counsel for | 09:06:56 |
| 7 | Plaintiff in the matter of In Re | 09:06:59 |
| 8 | Google RTB Consumer Privacy | 09:07:01 |
| 9 | Litigation. | 09:07:05 |
| 10 | This case is filed in the | 09:07:05 |
| 11 | United States District Court for | 09:07:07 |
| 12 | the Northern District of | 09:07:08 |
| 13 | California, Oakland Division. | 09:07:10 |
| 14 | My name is Deverell Write | 09:07:11 |
| 15 | representing Veritext Legal | 09:07:13 |
| 16 | Solutions. | 09:07:14 |
| 17 | The court reporter is Wayne | 09:07:14 |
| 18 | Hock from Veritext Legal Solutions. | 09:07:16 |
| 19 | At this time will counsel | 09:07:17 |
| 20 | please state their appearances. | 09:07:19 |
| 21 | MR. LEVINE: Jonathan Levine, | 09:07:20 |
| 22 | Pritzker Levine, for the | 09:07:22 |
| 23 | plaintiffs. | 09:07:22 |
| 24 | MS. TRUONG: An Truong, | 09:07:22 |
| 25 | Simmons Hanly Conroy, for | 09:07:22 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Plaintiffs. | 09:07:25 |
| 2 | MR. SOMVICHIAN: Whitty | 09:07:25 |
| 3 | Somvichian with Cooley representing | 09:07:27 |
| 4 | Google and the witness. | 09:07:29 |
| 5 | THE VIDEOGRAPHER: Will the | 09:07:30 |
| 6 | reporter please swear in the | 09:07:33 |
| 7 | witness. | 09:07:34 |
| 8 | T O M   W O L F S T E I N, having | 09:07:34 |
| 9 | been first duly affirmed by a | 09:07:34 |
| 10 | Notary Public of the State of | 09:07:34 |
| 11 | New York, upon being examined, | 09:07:34 |
| 12 | testified as follows: | 09:07:36 |
| 13 | EXAMINATION BY | 09:07:36 |
| 14 | MR. LEVINE: | 09:07:37 |
| 15 | Q.    Good morning, Mr. Wolfstein. | 09:07:37 |
| 16 | Have you ever been deposed | 09:07:51 |
| 17 | before? | 09:07:52 |
| 18 | A.    No. | 09:07:52 |
| 19 | Q.    Have you ever given sworn | 09:07:53 |
| 20 | testimony of any kind in the United | 09:07:55 |
| 21 | States before? | 09:07:57 |
| 22 | A.    No. | 09:07:57 |
| 23 | Q.    You understand you're under | 09:07:57 |
| 24 | oath and you remain under oath | 09:08:02 |
| 25 | throughout the day even though we may | 09:08:04 |

Page 4

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Same objections, and lacks | 09:54:10 |
| 2 | foundation. | 09:54:13 |
| 3 | Go ahead. | 09:54:13 |
| 4 | THE WITNESS:  I don't know | 09:54:17 |
| 5 | what is -- what specific control. | 09:54:17 |
| 6 | I can't recall what specific | 09:54:20 |
| 7 | controls Google gives users. | 09:54:21 |
| 8 | Q.    Do you know whether there are | 09:54:23 |
| 9 | any controls? | 09:54:24 |
| 10 | A.    Are there any controls there | 09:54:29 |
| 11 | for users to control the privacy? | 09:54:32 |
| 12 | Q.    Well, not privacy, but is | 09:54:34 |
| 13 | there any control where -- that Google | 09:54:36 |
| 14 | offers to a user that says, you know, I | 09:54:39 |
| 15 | hereby opt out of RTB, I don't want my | 09:54:44 |
| 16 | data shared or sold with third parties? | 09:54:47 |
| 17 | MR. SOMVICHIAN: Object to | 09:54:51 |
| 18 | form. | 09:54:53 |
| 19 | THE WITNESS:  I don't believe | 09:54:54 |
| 20 | so. | 09:55:01 |
| 21 | Q.    Let's skip ahead to page -- | 09:55:01 |
| 22 | we'll use the numbers at the bottom | 09:55:05 |
| 23 | right -- 255, please. | 09:55:07 |
| 24 | A.    Yes. | 09:55:10 |
| 25 | Q.    Okay. | 09:55:10 |

Page 46

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: We are | 02:08:39 |
| 2 | going off the record at 2:08 p.m. | 02:08:40 |
| 3 | This concludes today's | 02:08:45 |
| 4 | testimony given by Tom Wolfstein. | 02:08:46 |
| 5 | The total number of media | 02:08:46 |
| 6 | units used was three and will be | 02:08:47 |
| 7 | retained by Veritext Legal | 02:08:49 |
| 8 | Solutions. | 02:08:50 |
| 9 | Thank you. | 02:08:50 |
| 10 | We are off the record. | 02:08:51 |
| 11 | (TIME NOTED:  2:08 p.m.) | |
| 12 | _____ (Signature of witness) | |
| 13 | Subscribed and affirmed to | |
| 14 | before me this_____ | |
| 15 | day of_____, | |
| 16 | 2023. | |
| 17 | _____ | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

1           CERTIFICATION BY REPORTER

2

3        I, Wayne Hock, a Notary Public of the

4    State of New York, do hereby certify:

5        That the testimony in the within

6    proceeding was held before me at the

7    aforesaid time and place;

8        That said witness was duly affirmed

9    before the commencement of the testimony,

10   and that the testimony was taken

11   stenographically by me, then transcribed

12   under my supervision, and that the within

13   transcript is a true record of the

14   testimony of said witness.

15       I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, that I am not

18   interested directly or indirectly in the

19   matter in controversy, nor am I in the

20   employ of any of the counsel.

21       IN WITNESS WHEREOF, I have hereunto

22   set my hand this 13th day of September, 2023.

23

24

25

            VERITEXT REPORTING COMPANY

        (516) 608-2400            (212) 267-6868

                                        Page 191

CONFIDENTIAL

1    JONATHAN K. LEVINE, ESQ.

2    jkl@pritzkerlevine.com

3                                    September 13, 2023

4    IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

5    SEPTEMBER 12, 2023, TOM WOLFSTEIN, JOB NO. 6029976

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

Page 192

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 193