# Exhibit 58

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                          OAKLAND DIVISION
 4      _____
                                        :
 5      IN RE GOOGLE RTB CONSUMER       : Case No.
        PRIVACY LITIGATION              : 4:21-cv-02155-YGR
 6      _____:
                                        :
 7      This document applies to all    :
        all actions.                    :
 8      _____:
 9
10                               - - -
11              DEPOSITION OF HUNTER J. HANZARIK
12                 THURSDAY, NOVEMBER 2, 2023
                                 - - -
13
14          Oral sworn video-recorded deposition of
15      HUNTER J. HANZARIK, taken remotely, before
16      Patricia R. Frank, Registered Merit Reporter,
17      Certified Realtime Reporter, and Notary Public in
18      and for the Commonwealth of Pennsylvania,
19      commencing at 10:14 a.m. EDT, on the above date.
20
21                               - - -
22
23
24
25

                                                       Page 1
```

```
 1      A P P E A R A N C E S:
 2      (All parties appearing remotely)
 3
 4      ATTORNEYS FOR THE PLAINTIFFS AND THE
        PROPOSED CLASS:
 5
                  SIMMONS HANLY CONROY LLC
 6                BY: AN TRUONG, ESQUIRE
                  112 Madison Avenue, 7th Floor
 7                New York, NY 10016
                  212.784.6400
 8                atruong@simmonsfirm.com
 9                SIMMONS HANLY CONROY LLC
                  BY: ERIN GEE, ESQUIRE
10                One Court Street
                  Alton, IL 62002
11                618.693.3104
                  egee@simmonsfirm.com
12
13      ATTORNEYS FOR DEFENDANT GOOGLE LLC
        AND THE WITNESS:
14
                  COOLEY LLP
15                BY: KYLE WONG, ESQUIRE
                  101 California Street, 5th Floor
16                San Francisco, CA 94111-5800
                  415.693.2029
17                kwong@cooley.com
18
19      ALSO PRESENT:
20                DANIELLE PIERRE, ESQUIRE
                  In-House Counsel for Google
21
                  OLIVIA SATTAN, Videographer
22
23
24
25
                                              Page 2
```

```
                          I N D E X

Witness                                              Page
HUNTER JOHN HANZARIK
    By Ms. Truong                                       8
    By Mr. Wong                                       138


                        E X H I B I T S
               (Exhibits attached to transcript
       in hard copy format and/or electronically.)


Marked for I.D.                                      Page

Exhibit 1         Exhibit 1 to the Declaration of      25
                  H. Hanzarik - Curriculum Vitae
                  for Hunter J. Hanzarik

Exhibit 2         Declaration of Hunter Hanzarik       30
                  in Support of Google's
                  Opposition to Plaintiffs'
                  Motion for Class Certification
                  and Appointment of Class
                  Representatives and Class
                  Counsel

Exhibit 3         Exhibit 3 to the Declaration of      95
                  H. Hanzarik - AccuWeather
                  cookie policy

Exhibit 4         Exhibit 4 to the Declaration of      99
                  H. Hanzarik - AccuWeather
                  privacy policy

Exhibit 5         Exhibit 9 to the Declaration of     103
                  H. Hanzarik - Etsy user signup
                  flow

(Index cont'd. on next page)
```

```
 1      (Index cont'd.)
 2      Marked for I.D.                                      Page
 3      Exhibit 6       Exhibit 10 to the Declaration         104
                        of H. Hanzarik - Etsy user
 4                      signup flow
 5      Exhibit 7       Exhibit 14 to the Declaration         105
                        of H. Hanzarik - Instructure
 6                      home page
 7      Exhibit 8       Exhibit 15 to the Declaration         106
                        of H. Hanzarik - Instructure
 8                      Privacy Preference Center
 9      Exhibit 9       Exhibit 17 to the Declaration         108
                        of H. Hanzarik - JetBlue home
10                      page
11      Exhibit 10      Exhibit 18 to the Declaration         110
                        of H. Hanzarik - JetBlue "Take
12                      your pick of cookies" page
13      Exhibit 11      Exhibit 20 to the Declaration         112
                        of H. Hanzarik - NBA home page
14
        Exhibit 12      Exhibit 26 to the Declaration         113
15                      of H. Hanzarik - New York Post
                        home page
16
        Exhibit 13      Exhibit 29 to the Declaration         115
17                      of H. Hanzarik - New York Times
                        home page
18
        Exhibit 14      Exhibit 35 to the Declaration         116
19                      of H. Hanzarik - PayPal privacy
                        policy
20
        Exhibit 15      Exhibit 36 to the Declaration         117
21                      of H. Hanzarik - PayPal home
                        page
22
        Exhibit 16      Exhibit 37 to the Declaration         118
23                      of H. Hanzarik - PayPal cookie
                        preferences page
24
25      (Index cont'd. on next page)
```

(Index cont'd. on next page)

Page 4

```
 1        (Index cont'd.)
 2        Marked for I.D.                                      Page
 3        Exhibit 17     Exhibit 42 to the Declaration          121
                         of H. Hanzarik - SiriusXM home
 4                       page
 5        Exhibit 18     Exhibit 43 to the Declaration          122
                         of H. Hanzarik - SiriusXM
 6                       "Cookie Settings" and "Manage
                         Consent Preferences" page
 7
          Exhibit 19     Exhibit 44 to the Declaration          125
 8                       of H. Hanzarik - Temu
                         "Personalized advertising" page
 9
          Exhibit 20     Exhibit 48 to the Declaration          127
10                       of H. Hanzarik - T-Mobile home
                         page
11
          Exhibit 21     Exhibit 52 to the Declaration          129
12                       of H. Hanzarik - UPS home page
13        Exhibit 22     Exhibit 54 to the Declaration          131
                         of H. Hanzarik - Visa home page
14
          Exhibit 23     Exhibit 60 to the Declaration          133
15                       of H. Hanzarik - The Weather
                         Channel home page
16                                   - - -
17
```

```
18                (REPORTER'S NOTE: All quotations
19        from exhibits are reflected in the manner in
20        which they were read into the record and do
21        not necessarily denote an exact quote from the
22        document.)
23
24
25        (Index cont'd. on next page)
```

```
 1      (Index cont'd.)
 2
 3           OBJECTION - INSTRUCTION NOT TO ANSWER
 4                                            Page     Line
 5   By Mr. Wong                                21        8
 6   By Mr. Wong                                38       20
 7                            - - -
```

Page 6

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good | 10:13:54 |
| 2 | morning.  We are going on the record at | 10:13:54 |
| 3 | 10:14 a.m. on November 2, 2023.  This is | 10:13:56 |
| 4 | Media Unit 1 of the video-recorded deposition | 10:14:03 |
| 5 | of Hunter Hanzarik taken in the matter of In | 10:14:06 |
| 6 | Re Google RTB Consumer Privacy Litigation | 10:14:10 |
| 7 | filed in the United States District Court, | 10:14:16 |
| 8 | Northern District of California, Oakland | 10:14:17 |
| 9 | Division, Case Number 4:21-cv-02155-YGR. | 10:14:22 |
| 10 | My name is Olivia Sattan | 10:14:35 |
| 11 | representing Veritext, and I'm the | 10:14:37 |
| 12 | videographer.  The court reporter is Patricia | 10:14:39 |
| 13 | Frank from the firm Veritext.  This | 10:14:40 |
| 14 | deposition is being conducted remotely using | 10:14:44 |
| 15 | virtual technology. | 10:14:46 |
| 16 | Will counsel please state their | 10:14:47 |
| 17 | appearances for the record. | 10:14:49 |
| 18 | MS. TRUONG:  An Truong, Simmons | 10:14:51 |
| 19 | Hanly Conroy, for plaintiffs.  Joining me is | 10:14:53 |
| 20 | also Erin Gee, Simmons Hanly Conroy, also for | 10:14:56 |
| 21 | plaintiffs. | 10:14:59 |
| 22 | MR. WONG:  Kyle Wong of Cooley | 10:15:01 |
| 23 | LLP on behalf of Google and the witness. | 10:15:02 |
| 24 | THE VIDEOGRAPHER:  All right. | 10:15:06 |
| 25 | Will the court reporter please swear in the | 10:15:06 |

| | | |
|---|---|---|
| 1 | witness and then counsel may proceed. | 10:15:09 |
| 2 | — — — | 10:15:11 |
| 3 | HUNTER J. HANZARIK, | 10:15:11 |
| 4 | having been duly sworn, was examined and | 10:15:11 |
| 5 | testified as follows: | 10:15:11 |
| 6 | BY MS. TRUONG: | 10:15:31 |
| 7 | Q.   Good morning, Mr. Hanzarik. | 10:15:32 |
| 8 | How are you? | 10:15:33 |
| 9 | A.   I'm well.  How are you? | 10:15:34 |
| 10 | Q.   Good.  Thank you. | 10:15:36 |
| 11 | Can you state your full name | 10:15:36 |
| 12 | again for the record, please. | 10:15:38 |
| 13 | A.   Hunter John Hanzarik. | 10:15:39 |
| 14 | Q.   Do you go by any aliases or | 10:15:42 |
| 15 | other names? | 10:15:44 |
| 16 | A.   No. | 10:15:45 |
| 17 | Q.   Have you ever testified before? | 10:15:48 |
| 18 | A.   No, I have not. | 10:15:49 |
| 19 | Q.   And specifically in a | 10:15:50 |
| 20 | deposition setting such as this? | 10:15:52 |
| 21 | A.   No. | 10:15:54 |
| 22 | Q.   So let me go over a couple | 10:15:55 |
| 23 | ground rules, okay?  The first being very | 10:15:57 |
| 24 | important is everything that is being said | 10:16:00 |
| 25 | today is being recorded by a stenographer, | 10:16:02 |

Page 8

| | | |
|---|---|---|
| 1 | bit more? | 11:12:12 |
| 2 | Q. Yeah. So you only looked at | 11:12:13 |
| 3 | the accuviewweather.com -- for Exhibit 2, for | 11:12:15 |
| 4 | example, you only looked at | 11:12:19 |
| 5 | accuviewweather.com, AccuWeather home page, | 11:12:20 |
| 6 | only on August 2, 2023; is that correct? | 11:12:24 |
| 7 | A. There may have been other | 11:12:30 |
| 8 | versions of it as there may have been errors | 11:12:32 |
| 9 | in an initial collection that was not | 11:12:35 |
| 10 | produced. | 11:12:37 |
| 11 | Q. Okay. But did all of the | 11:12:40 |
| 12 | collection and captures occur in 2023? | 11:12:42 |
| 13 | A. Correct. | 11:12:46 |
| 14 | Q. Did they all occur within this | 11:12:46 |
| 15 | late July to late September time frame? | 11:12:49 |
| 16 | A. Yes. | 11:12:52 |
| 17 | Q. Was there any attempt to look | 11:12:55 |
| 18 | at older versions of these web pages? | 11:12:56 |
| 19 | A. No. | 11:13:01 |
| 20 | Q. Okay. Any attempt to look at | 11:13:01 |
| 21 | older versions of the privacy policies that | 11:13:04 |
| 22 | you captured? | 11:13:06 |
| 23 | A. No. | 11:13:08 |
| 24 | Q. Let's go to -- let's go to | 11:13:22 |
| 25 | paragraph 6 and on where you talk about your | 11:13:32 |

Page 57

```
 1      The time is 1:44 p.m. and this concludes          01:44:09
 2      today's video testimony.                          01:44:13
 3                  (The deposition concluded at          01:44:15
 4      1:44 p.m. EDT.)                                   01:44:15
 5                       * * * * *                        01:44:15
 6                                                        01:44:15
```

```
 1                C E R T I F I C A T I O N
 2
 3             I, Patricia R. Frank, a Registered Merit
 4     Reporter, Certified Realtime Reporter, and Notary
 5     Public in and for the Commonwealth of Pennsylvania,
 6     do hereby certify that I reported the deposition in
 7     the above-captioned matter; that the said witness
 8     was duly sworn by me; that reading and signing was
 9     not requested; that the foregoing is a true and
10     correct transcript of the stenographic notes of
11     testimony taken by me in the above-captioned matter.
12             I further certify that I am not an
13     attorney or counsel for any of the parties, nor a
14     relative or employee of any attorney or counsel
15     connected with the action, nor financially
16     interested in the action.
17
18     Dated:  November 6, 2023
19
20
21
22     _____
23         Patricia R. Frank, RMR #9764
24
25
```

Page 143