Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL *NAMED PLAINTIFF CONFIDENTIAL INFORMATION* SUBMITTED WITH PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **[Civil L.R. 7-11, 79-5(c), 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Date: TBD <br> Time: TBD <br> Courtroom: TBD |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(c) and (f), plaintiffs, as the Designating Party, hereby respectfully submit this Administrative Motion to Seal certain named plaintiff data and information submitted by plaintiffs with plaintiffs' reply brief in support of plaintiffs' Motion for Class Certification ("Reply"). Google has previously designated all named plaintiff data produced as "Confidential." Plaintiffs, too, designate the portions of named plaintiff data described herein as "Confidential" pursuant to the protective order in this case (ECF 59) because it reflects sensitive, personal information concerning the named plaintiffs. *See* Declaration of Jonathan K. Levine, submitted herewith ("Levine Decl.") at ¶ 6.

Plaintiffs support the confidentiality of only the portions specifically identified herein and in their proposed order, but, in accordance with L.R. 79(f), must submit all information derived from named plaintiff data conditionally under seal in light of Google's designations and have done so in their separate Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – *Re. Google's Materials*.

The specific named plaintiff data Plaintiffs seek to seal in this motion is the following:

 a. Exhibit 43 to the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Reply and filed this same date ("Pritzker Reply Decl.") (sealed version: ECF 616-5): **Expert Class Certification Rebuttal Report of Prof. Zubair Shafiq**: named plaintiff data referred to in the following paragraphs highlighted in yellow: ¶¶ 44, 45, 47, which reflect personal and private URL and location data regarding certain named plaintiffs, produced by Google;

 b. Exhibit 44 to the Pritzker Reply Decl.: **Expert Class Certification Rebuttal Report of Prof. Christopher Wilson**: named plaintiff data reflected in ¶ 74, which has been highlighted in yellow (sealed version: ECF 616-6).

Unsealed and unredacted versions of the Shafiq Reb. (Exhibit 43) and Wilson Reb. (Exhibit 44) were lodged under seal with plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – *Re. Google's* Materials – Submitted in Support of Plaintiffs' Reply in Support of Motion for Class Certification, at ECF 616-5 and 616-6, respectively, filed this

same date. Redacted versions of Exhibits 43 and 44 were filed with the Pritzker Reply Decl., at ECF 617-3, at 617-4, respectively. *See* Levine Decl., ¶ 5. As the redacted and unsealed versions of these two reports were filed simultaneously herewith, ***plaintiffs do not resubmit them here***. *Id*. Plaintiffs submit a proposed order herewith.

## III. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs seek to seal certain data that reflects sensitive, personal information concerning the named plaintiffs, including URL and location information and their private browsing history.

Plaintiffs have legitimate privacy interests in this information and will be injured if it is made public. *See* L.R. 79-5(c)(1); Levine Decl. at ¶ 6. This information is relevant to plaintiffs' Reply, and the request to seal cannot be more narrowly drawn by plaintiffs without injuring them. *Id.* Plaintiffs seek this relief in good faith in order to protect the privacy rights of the named plaintiffs. *Id.* Plaintiffs also moved to seal similar plaintiff personal information submitted in support of plaintiffs' motion for class certification (*see* ECF 545), which Google did not oppose, and which is currently pending resolution by the Court. *Id.*, at ¶¶ 2-3.

## II. NOTICE OF LODGING

Plaintiffs have lodged with the Court with its Reply brief, and will serve on counsel for Defendant Google, a complete copy of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of named plaintiff data identified herein and in plaintiffs' proposed order should remain conditionally under seal and in redacted form pursuant to Plaintiffs' designations.

DATED: October 20, 2023                              Respectfully submitted,

|   |   |
|---|---|
| 1 | **PRITZKER LEVINE LLP** |
| 2 | By: /s/ Jonathan K. Levine |
| 3 | Elizabeth C. Pritzker (Cal. Bar No.146267) |
|   | Jonathan K. Levine (Cal. Bar No. 220289) |
| 4 | Bethany Caracuzzo (Cal. Bar No. 190687) |
| 5 | Caroline Corbitt (Cal Bar No. 305492) |
|   | 1900 Powell Street, Ste. 450 |
| 6 | Emeryville, CA 94602 |
|   | Tel.: (415) 692-0772 |
| 7 | Fax: (415) 366-6110 |
|   | *ecp@pritzkerlevine.com* |
| 8 | *jkl@pritzkerlevine.com* |
|   | *bc@pritzkerlevine.com* |
| 9 | *ccc@pritzkerlevine.com* |
|   | *Interim Class Counsel* |

PLFS.' ADMIN MTN. TO FILE UNDER SEAL *NAMED PLAINTIFF CONFIDENTIAL INFO.* IN PLFS.' REPLY I.S.O. PLFS.' MTN. FOR CLASS CERTIFICATION
- 4 -
4:21-cv-02155-YGR-VKD