Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** *NAMED PLAINTIFF CONFIDENTIAL INFORMATION* **SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** <br><br> **[Civil L.R. 7-11, 79(c), 79-5(f)]** <br><br> Judge:          Hon. Yvonne Gonzalez Rogers <br> Hearing Date: TBD <br> Time:            TBD <br> Courtroom:   TBD |

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner at Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF 77. This declaration is made in support of plaintiffs' Administrative Motion to Seal certain confidential named plaintiff information submitted by plaintiffs with plaintiffs' reply brief in support of plaintiffs' Motion for Class Certification ("Reply").

2. Plaintiffs moved to certify a class and for appointment of class representatives and class counsel on July 14, 2023. ECF 546.

3. With its Motion for Class Certification, plaintiffs also moved to seal similar plaintiff personal information that plaintiffs' seek to seal here (*see* ECF 545), which Google did not oppose, and which is currently pending resolution by the Court.

4. Plaintiffs, as Designating Party of portions of the Confidentiality designations contained in the materials identified in requests that the following information be ordered sealed:

   a. <u>Exhibit 43</u> to the Declaration of Elizabeth C. Pritzker submitted in support of Plaintiffs' Reply and filed this same date ("Pritzker Reply Decl."): **Expert Class Certification Rebuttal Report of Prof. Zubair Shafiq**: named plaintiff data referred to in the following paragraphs highlighted in yellow: ¶¶ 44, 45, 47, which reflect personal and private URL and location data regarding certain named plaintiffs, produced by Google

   b. <u>Exhibit 44</u> to the Pritzker Reply Decl.: **Expert Class Certification Rebuttal Report of Prof. Christopher Wilson**: named plaintiff data reflected in ¶ 74, which has been highlighted in yellow.

5. Unsealed and unredacted versions of the Shafiq Reb. (Exhibit 43) and Wilson Reb. (Exhibit 44) were lodged under seal with plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – *Re. Google's* Materials – Submitted in Support of Plaintiffs' Reply in Support of Motion for Class Certification, filed this same date. Redacted versions of Exhibits 43 and 44 were filed with the Pritzker Reply Decl., also filed this same date.

DECL. OF J. LEVINE I.S.O. PLFS.' ADMIN. MOT. TO FILE UNDER SEAL *NAMED PLAINTIFF CONFIDENTIAL INFORMATION* CITED IN PLFS.' REPLY I.S.O. MTN. FOR CLASS CERTIFICATION

Case No. 4:21-cv-02155-YGR-VKD

1

As the redacted and unsealed versions of these two reports were filed simultaneously herewith, ***plaintiffs do not resubmit them here***.

6. Good cause exists to seal the information detailed in paragraph 4 above because the information identified reflects sensitive, personal information concerning the named plaintiffs, including location and URL information and browsers visited, which is private personal information reflecting private internet searches and use. Plaintiffs have legitimate privacy interests in this information and will be injured if it is made public. *See* L.R. 79-5(c)(1). This information is relevant to the parties' briefing with respect to plaintiffs' Motion for Class Certification, Google's opposition thereto, and Plaintiffs' Reply filed herewith, and the request to seal cannot be more narrowly drawn by plaintiffs without injuring them. Plaintiffs seek this relief in good faith in order to protect the privacy rights of the named plaintiffs.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed on this 29th day of November, 2023 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine

DECL. OF J. LEVINE I.S.O. PLFS.' ADMIN. MOT. TO FILE UNDER SEAL *NAMED PLAINTIFF CONFIDENTIAL INFORMATION* CITED IN PLFS.' REPLY I.S.O. MTN. FOR CLASS CERTIFICATION

Case No. 4:21-cv-02155-YGR-VKD

2