IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL *NAMED PLAINTIFF CONFIDENTIAL INFORMATION* SUBMITTED WITH PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **[Civil L.R. 7-11, 79(c), 79-5(f)]** <br><br> Judge:     Hon. Yvonne Gonzalez Rogers <br> Date:       TBD <br> Time:       TBD <br> Courtroom: TBD |

**[PROPOSED] ORDER**

Before the Court is plaintiffs' Administrative Motion to Seal certain named plaintiff data submitted by plaintiffs with plaintiffs' Reply in support of plaintiffs' Motion for Class Certification.

Having considered the supporting declaration of the Designating Party (plaintiffs), and finding GOOD CAUSE APPEARING, the Court ORDERS that the following documents and information remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Portions of the Expert Class Certification Report of Professor Zubair Shafiq, <u>Exhibit 43</u> to the Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Reply in support of Class Certification, at ¶¶ 44, 45, 47 | Information is Confidential to the named Plaintiffs, referring to their personal and private internet search and URL history and location information. | |
| Portions of the Expert Class Certification Rebuttal Report of Christopher Wilson, Ph.D., <u>Exhibit 44</u> to the Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Reply in support of Class Certification, at ¶ 74. | Information is Confidential to the named Plaintiffs, referring to their personal and private internet search (browsing) history. | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

CASE NO. 4:21-CV-02155-YGR-VKD

[PROPOSED] ORDER RE. PLFS.' ADMIN. MTN. TO FILE UNDER SEAL NAMED PLAINTIFF CONFIDENTIAL DATA SUBMITTED WITH PLFS.'S REPLY I.S.O OF MOT. FOR CLASS CERTIFICATION