1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF ANNE K. DAVIS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. THE TRADE DESK, INC.'S MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:    None set. |

I, Anne K. Davis, hereby declare as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of California and duly admitted to practice before this Court. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. The Trade Desk, Inc. is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

4. Plaintiffs' request seeks to conditionally seal language in the Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. attached as Exhibit 44 to the Reply Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Motion for Class Certification ("Wilson Rebuttal Report") that quotes from and refers to documents that The Trade Desk, Inc. has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order.

5. A true and correct copy of an unsealed and unredacted version of the Wilson Rebuttal Report is lodged under seal with the Declaration of Jonathan K. Levine in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials at ECF 616-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2023, at Pacifica, California.

*/s/ Anne K. Davis*
Anne K. Davis

1   Case No. 4:21-cv-02155-YGR-VKD
DECL. OF ANNE K. DAVIS ISO PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – THIRD-PARTY THE TRADE DESK, INC.