# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. THE TRADE DESK, INC.'S MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's (Third-Party The Trade Desk, Inc.'s) Materials Should Be Sealed and all supporting papers.

Having considered the supporting declaration of the Designating Party, The Trade Desk, Inc., the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617) at page 4, lines 7, 17; page 5, lines 15, 17. | Designating Party to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 44** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. (Sealed ECF 616-6 / Public ECF 617-4), portions highlighted in yellow at ¶¶ 13, 46, 55, 57, 58, 65; fns. 39, 49, 55 | Designating Party to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Court Judge

1

Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – THIRD-PARTY THE TRADE DESK, INC.