Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

Counsel for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. THE NEW YORK TIMES' MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Third-Party The New York Times') Materials Should Be Sealed. Plaintiffs redact this information provisionally and lodge the Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. attached as Exhibit 44 to the Reply Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Motion for Class Certification ("Wilson Rebuttal Report") conditionally under seal at the request of the Designating Party, The New York Times, which maintains that portions of the report quote from and summarize information that The New York Times has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF 59).

The specific portions of the Wilson Rebuttal Report that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a supporting declaration by the Designating Party, are highlighted at:

| Document | Portions Sought to be Sealed |
|---|---|
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617) | • Page 4, lines 8, 17;<br>• Page 5, lines 15, 17. |
| **Ex. 44** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. (Sealed ECF 616-6 / Public ECF 617-4) | • ¶¶ 48, 51, 53, 56, 59, 60, 64, 66; fns. 50, 55 (information regarding data provided in the Third-Party's document production found at File Names: NetworkRequests_357278_20211130_0.zip, NetworkRequests_357278_20211130_1.zip, and NetworkRequests_357278_20211130_2.zip) |

An unsealed and unredacted version of the Wilson Rebuttal Report is lodged under seal with the Declaration of Jonathan K. Levine in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials at ECF 616-1. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise

entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to conditionally seal language in the Wilson Rebuttal Report that The New York Times maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order.

Plaintiffs seek this relief in good faith because The New York Times has requested the document be filed under seal and the information sought to be sealed has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by The New York Times pursuant to the Protective Order entered in this action. Civil L.R. 79-5(f)(3) imposes additional requirements on the Designating Party, Third-Party The New York Times.

### III.   CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the Wilson Rebuttal Report should remain conditionally under seal and in redacted form pursuant to The New York Times' designation.

DATED: November 29, 2023                               Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

***Counsel for Plaintiffs and the Proposed Class***

# CERTIFICATE OF SERVICE

I, Anne K. Davis, hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the foregoing document to be delivered to counsel for Third-Party The New York Times via electronic mail.

> Ryan Kantor
> ryan.kantor@morganlewis.com
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Ave. NW
> Washington, DC 20004
>
> Caiti Zeytoonian
> caiti.zeytoonian@morganlewis.com
> Morgan, Lewis & Bockius LLP
> One Federal St.
> Boston, MA 02110

*/s/ Anne K. Davis*
Anne K. Davis