IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| This document applies to: *all actions.* | **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. THE NEW YORK TIMES' MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:  None set.<br>Hearing Time:<br>Hearing Location: |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's (Third-Party The New York Times') Materials Should Be Sealed and all supporting papers.

Having considered the supporting declaration of the Designating Party, The New York Times, the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617), portions highlighted at page 4, lines 8, 17; page 5, lines 15, 17. | Designating Party to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 44** to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor **Christopher Wilson**, Ph.D. (Sealed ECF 616-6 / Public ECF 617-4), portions highlighted in yellow at ¶¶ 48, 51, 53, 56, 59, 60, 64, 66; fn. 50, fn. 55 | Designating Party to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                            Hon. Yvonne Gonzalez Rogers
                                            United States District Court Judge