1  Lesley E. Weaver (SBN 191305)
   H. Melissa Mather (admitted *pro hac vice*)
2  Anne K. Davis (SBN 267909)
   Joshua D. Samra (SBN 313050)
3  **BLEICHMAR FONTI & AULD LLP**
4  1330 Broadway, Suite 630
   Oakland, CA 94612
5  Tel.: (415) 445-4003
   Fax: (415) 445-4020
6  *lweaver@bfalaw.com*
7  *mmather@bfalaw.com*
   *adavis@bfalaw.com*
8  *jsamra@bfalaw.com*

9  *Counsel for Plaintiffs and the Proposed Class*

10

11                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                    **OAKLAND DIVISION**

13

| | |
|---|---|
| 14  In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| 15 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER** |
| 16  This Document relates to: *all actions*. | **ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE.** |
| 17 | **NBCUNIVERSAL MEDIA, LLC'S MATERIALS** |
| 18 | |
| 19 | **[Civil L.R. 7-11, 79-5(f)]** |
| 20 | Judge:  Hon. Yvonne Gonzalez Rogers |
| 21 | Hearing Date:   None set. |

22

23

24

25

26

27

28

Case No. 4:21-cv-02155-YGR-VKD

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED – THIRD-PARTY NBCUNIVERSAL MEDIA, LLC

## I.     INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Third-Party NBCUniversal Media, LLC's) Materials Should Be Sealed. Plaintiffs redact this information provisionally and lodge the Plaintiffs' Reply in Further Support of Motion for Class Certification (the "Reply") and Exhibit 50-B to the Reply Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Motion for Class Certification conditionally under seal at the request of the Designating Party, NBCUniversal Media, LLC ("NBCU"), which maintains that portions of the documents quote from and summarize information that NBCU has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF 59).

The specific portions of the Reply and Exhibit 50-B that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a supporting declaration by the Designating Party, are highlighted at:

| Document | Portions Sought to be Sealed |
| --- | --- |
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617) | • Page 7, fn. 24 |
| **Ex. 50-B** to Pritzker Reply Decl.: NBCU_HEW_00001 (Sealed ECF 616-11 / Public ECF 617-10) | • Entirety of document (NBCU_HEW_00001) |

An unsealed and unredacted version of the Reply and Exhibit 50-B is lodged under seal with the Declaration of Jonathan K. Levine in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials at ECF 616-1. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II.     ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request

seeks to conditionally seal language in the Reply and Exhibit 50-B that NBCU maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order.

Plaintiffs seek this relief in good faith because NBCU has requested the document be filed under seal and the information sought to be sealed has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by NBCU pursuant to the Protective Order entered in this action. Civil L.R. 79-5(f)(3) imposes additional requirements on the Designating Party, Third-Party NBCU.

## III.    CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the Reply and Exhibit 50-B should remain conditionally under seal and in redacted form pursuant to NBCUniversal Media, LLC's designation.

DATED:  November 29, 2023                                     Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

***Counsel for Plaintiffs and the Proposed Class***

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED – THIRD-PARTY NBCUNIVERSAL MEDIA, LLC

## CERTIFICATE OF SERVICE

I, Anne K. Davis, hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the foregoing document to be delivered to counsel for Third-Party NBCUniversal Media, LLC via electronic mail.

Jeffrey Landis
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Tel.: (202) 706-5203
Facsimile: (202) 706-5298
*jeff@zwillgen.com*

/s/ *Anne K. Davis*
Anne K. Davis