Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. XANDR, INC.'S MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Third-Party Xandr, Inc.'s) Materials Should Be Sealed. Plaintiffs redact this information provisionally and lodge Plaintiffs' Reply in Further Support of Motion for Class Certification (the "Reply") and Exhibit 50-C to the Reply Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Motion for Class Certification conditionally under seal at the request of the Designating Party, Xandr, Inc. ("Xandr"), which maintains that portions of the documents quote from and summarize information that Xandr has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF 59).

The specific portions of the Reply and Exhibit 50-C that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a supporting declaration by the Designating Party, are highlighted at:

| Document | Portions Sought to be Sealed |
|---|---|
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617) | • Page 7, fn. 24 |
| **Ex. 50-C** to Pritzker Reply Decl.: XANDR-RTB-000000005 (Sealed ECF 616-11 / Public ECF 617-10) | • Entirety of document (XANDR-RTB-000000005) |

An unsealed and unredacted version of the Reply and Exhibit 50-C is lodged under seal with the Declaration of Jonathan K. Levine in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed – Re. Google's Materials at ECF 616-1. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to

conditionally seal language in the Reply and Exhibit 50-C that Xandr maintains quotes from and refers to documents that Xandr has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order.

Plaintiffs seek this relief in good faith because Xandr has requested the document be filed under seal and the information sought to be sealed has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Xandr pursuant to the Protective Order entered in this action. Civil L.R. 79-5(f)(3) imposes additional requirements on the Designating Party, Third-Party Xandr.

### III.  CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the Reply and Exhibit 50-C should remain conditionally under seal and in redacted form pursuant to Xandr, Inc.'s designation.

DATED:  November 29, 2023  Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**Counsel for Plaintiffs and the Proposed Class**

# CERTIFICATE OF SERVICE

I, Anne K. Davis, hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the foregoing document to be delivered to counsel for Third-Party Xandr, Inc. via electronic mail.

Robert D. Keeling
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel.: (202) 736-8396
Facsimile: (202) 736-8711
rkeeling@sidley.com

David A. Goldenberg
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel.: (415) 772-1255
Facsimile: (415) 772-7400
dgoldenberg@sidley.com

/s/ Anne K. Davis
Anne K. Davis

3

Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – THIRD-PARTY XANDR, INC.