**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED – RE. XANDR, INC.'S MATERIALS**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: None set.<br>Hearing Time:<br>Hearing Location: |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's (Third-Party Xandr, Inc.'s) Materials Should Be Sealed and all supporting papers.

Having considered the supporting declaration of the Designating Party, Xandr, Inc., the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply in Further Support of Motion for Class Certification (Sealed ECF 616-3 / Public ECF 617) portions highlighted in yellow at page 7, fn. 24 | Designating Party to provide evidence, per Local Rule 79-5(f) | |
| **Ex. 50-C** to Pritzker Reply Decl.: XANDR-RTB-000000005 (Sealed ECF 616-11 / Public ECF 617-10) in its entirety | Designating Party to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                                        _____
                                                        Hon. Yvonne Gonzalez Rogers
                                                        United States District Court Judge