Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

Counsel for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   None set. |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed. Plaintiffs cite to, summarize, and submit documents and testimony in support of Plaintiffs' *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal (the "Motion") and exhibits attached thereto that Google that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF No. 59). Therefore, Plaintiffs must lodge this information and these documents conditionally under seal.

The specific portions of the Motion and exhibits that Plaintiffs respectfully request be conditionally redacted or sealed at this time, subject to a motion by Google, are:

- Highlighted portions on page 3, lines 14-15; page 4, lines 24, 27, 28; page 5, lines 1, 2, 3; page 9, lines 15, 16; page 10, lines 24, 25, 27, 28; page 11, lines 1, 2, 3, 4, 5, 9, 10, 11; page 13, lines 19, 22, 23, 24; page 14, lines 21, 22; page 15, lines 10, 11, 13, 14, 15; page 16, lines 3, 4; page 17, line 13, 14; page 18, lines 15, 16, 17, 18, 19.

- Exhibits to the Weaver Declaration:

  a. Exhibit 1: Excerpts of the October 24, 2023 deposition of Google's expert Bruce Deal, portions of which Google designated Confidential at 101:17-102:15, 105:10-106:9, 276:25-277:11;

  b. Exhibit 2: Excerpts of the April 13, 2023 deposition transcript of George Levitte, portions of which Google designated Highly Confidential – Attorneys' Eyes Only at 61:2-62:17;

  c. Exhibit 3: Excerpts of the November 15, 2023 deposition transcript of Suneeti Vakharia, designated Confidential by Google, in its entirety;

  d. Exhibit 4: GOOG-HEWT-00482703, designated Confidential by Google, in its entirety.

Unsealed and unredacted versions of the documents identified above are lodged under seal with the Declaration of Lesley E. Weaver filed herewith. Plaintiffs, though not the Designating Party, also submit a proposed order herewith.

1

Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED

## II. ARGUMENT

Materials and documents may be filed conditionally under seal pursuant to Civil Local Rule 79-5 when the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is and narrowly tailored. *See* L.R. 79-5(a), (c)(3). Plaintiffs' request seeks to conditionally seal language in the Motion and exhibits that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order. This information is relevant to Plaintiffs' Motion, and the request to seal cannot be more narrowly drawn by Plaintiffs without the consent of Google. Plaintiffs seek this conditional relief in good faith in order to comply with Google's designations and the protective order, and do not join in the request to seal.

Civil L.R. 79-5(f)(3) imposes additional requirements on the "Designating Party," Defendant Google. Plaintiffs do not agree that the conditionally-redacted information or sealed documents and excerpts be permanently sealed from public view, other than that Plaintiffs wish to comply with the protective order and Google's designations.

## II. NOTICE OF LODGING

Plaintiffs will lodge with the Court, and serve on counsel for Defendant Google, a complete copy of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## III. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether those portions of the Motion and exhibits should remain conditionally under seal and in redacted form pursuant to Google's designation.

DATED: November 29, 2023                                  Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**Counsel for Plaintiffs and the Proposed Class**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of November, 2023, at Charleston, South Carolina.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

4

Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Google LLC via electronic mail.

                                                        */s/ Lesley E. Weaver*
                                                        Lesley E. Weaver