IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal, portions highlighted in yellow at page 3, lines 14-15; page 4, lines 24, 27, 28; page 5, lines 1, 2, 3; page 9, lines 15, 16; page 10, lines 24, 25, 27, 28; page 11, lines 1, 2, 3, 4, 5, 9, 10, 11; page 13, lines 19, 22, 23, 24; page 14, lines 21, 22; page 15, lines 10, 11, 13, 14, 15; page 16, lines 3, 4; page 17, line 13, 14; page 18, lines 15, 16, 17, 18, 19. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 1 to the Weaver Decl.: Excerpts from the October 24, 2023 deposition transcript of Bruce Deal, portions designated Confidential at 101:17-102:15, 105:10-106:9, 276:25-277:11. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 2 to the Weaver Decl.: Excerpts of the April 13, 2023 deposition transcript of George Levitte, portions of which Google designated Highly Confidential – Attorneys' Eyes Only at 61:2-62:17. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 3 to the Weaver Decl.: Excerpts of the November 15, 2023 deposition transcript of Suneeti Vakharia, designated Confidential by Google, in its entirety. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 4 to the Weaver Decl.: GOOG-HEWT-00482703, designated Confidential by Google, in its entirety. | Defendant to provide evidence, per Local Rule 79-5(f) | |

1

Case No. 4:21-cv-02155-YGR-VKD
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

1  **IT IS SO ORDERED.**

3  Date: _____

                                                                Hon. Yvonne Gonzalez Rogers
                                                                 United States District Judge