Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal. Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE DEFENDANT GOOGLE LLC'S EXPERT BRUCE DEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: TBD<br>Time: TBD<br>Courtroom: 1, 4th Floor |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' *Daubert* Motion to Exclude Defendant Google LLC's Expert Bruce Deal.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the October 24, 2023 deposition transcript of Bruce Deal.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the April 13, 2023 deposition transcript of George Levitte.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the November 15, 2023 deposition transcript of Suneeti Vakharia.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 8 to the November 15, 2023 deposition transcript of Suneeti Vakharia, Bates numbered GOOG-HEWT-00482703.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the October 30, 2023 deposition transcript of Dr. Glenn Berntson.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of November, 2023, in Charleston, South Carolina.

                    */s/ Lesley E. Weaver*
                    Lesley E. Weaver