# **Exhibit 5**

CONFIDENTIAL

```
 1   ** C O N F I D E N T I A L **
 2   IN THE UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   OAKLAND DIVISION
 5   CASE NO. 4:21-CV-02155-YGR
 6   --------------------------------------x
 7
     IN RE GOOGLE RTB CONSUMER
 8   PRIVACY LITIGATION
 9
     --------------------------------------x
10
     This document applies to all actions
11
     --------------------------------------x
12                 October 30, 2023
                   9:02 a.m.
13
14
15        Videotaped Deposition of GLENN
16   BERNTSON, taken by Plaintiffs, pursuant to
17   Notice, held at the offices of Simmons
18   Hanly Conroy LLC, 112 Madison Avenue, New
19   York, New York, before Todd DeSimone, a
20   Registered Professional Reporter and Notary
21   Public of the State of New York.
22
23
24
25
                                          Page 1
```

```
 1   A P P E A R A N C E S :
 2   SIMMONS HANLY CONROY LLC
     112 Madison Avenue
 3   7th Floor
     New York, New York 10016
 4         Attorneys for Plaintiffs
     BY:    JAY BARNES, ESQ.
 5            jaybarnes@simmonsfirm.com
            AN V. TRUONG, ESQ. (Via Zoom)
 6            atruong@simmonsfirm.com
 7
 8
 9   PRITZKER LEVINE LLP
     1900 Powell Street
10   Suite 450
     Emeryville, California 94608
11         Attorneys for Plaintiffs
     BY:    JONATHAN K. LEVINE, ESQ.
12            jkl@pritzkerlevine.com
            BETHANY CARACUZZO, ESQ. (Via Zoom)
13            bc@pritzkerlevine.com
14
15
16   BLEICHMAR FONTI & AULD LLP
     1330 Broadway
17   Suite 630
     Oakland, California 94607
18         Attorneys for Plaintiffs
     BY:    ANNE K. DAVIS, ESQ. (Via Zoom)
19            adavis@bfalaw.com
20
21
22
23
24
25
```

Page 2

```
 1   A P P E A R A N C E S: (Continued)
 2   COOLEY LLP
     3 Embarcadero Center
 3   20th Floor
     San Francisco, California 95111
 4          Attorneys for Defendant
            Google LLC
 5   BY:    WHITTY SOMVICHIAN, ESQ.
              wsomvichian@cooley.com
 6          KHARY J. ANDERSON, ESQ. (Via Zoom)
              kanderson@cooley.com
 7
 8
     ALSO PRESENT:
 9     DANIELLE PIERRE, Google (Via Zoom)
10     ROBERT RUDIS, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | pretend I'm a lawyer? | 09:06:31AM |
| 2 | Q. Do you understand that your | 09:06:33AM |
| 3 | answers today are binding on Google? | 09:06:34AM |
| 4 | A. Oh, I do. I do. That's one of | 09:06:35AM |
| 5 | the differences between a 30(b)(6) and a | 09:06:38AM |
| 6 | personal deposition. A personal deposition | 09:06:39AM |
| 7 | is I answer questions that are specifically | 09:06:43AM |
| 8 | related to my experience and knowledge. On | 09:06:45AM |
| 9 | a 30(b)(6) there are specific topics that | 09:06:47AM |
| 10 | I'm supposed to represent from a | 09:06:51AM |
| 11 | professional context in terms of covering | 09:06:53AM |
| 12 | the information for Google. | 09:06:55AM |
| 13 | Q. I think that's a pretty good | 09:06:57AM |
| 14 | summation. | 09:06:59AM |
| 15 | You understand that today you | 09:06:59AM |
| 16 | are here representing Google as a corporate | 09:07:00AM |
| 17 | representative, correct? | 09:07:03AM |
| 18 | A. Yes. | 09:07:07AM |
| 19 | Q. Okay. Do you recognize what's | 09:07:08AM |
| 20 | been marked as Exhibit 1, Berntson 30(b)(6) | 09:07:10AM |
| 21 | Exhibit 1? | 09:07:16AM |
| 22 | A. Partially. There is material | 09:07:17AM |
| 23 | here that I did not cover with counsel. | 09:07:37AM |
| 24 | Q. Okay. And that's fair, because | 09:07:41AM |
| 25 | not every topic, you were not designated | 09:07:44AM |

Page 8

```
 1    in terms of how taxes work, etc., we need          03:06:13PM
 2    to know where did an ad serve.                     03:06:16PM
 3               So the information we have              03:06:20PM
 4    derived from an IP address relating to             03:06:21PM
 5    where an an ad served is information that          03:06:27PM
 6    is also stored in the billing reports and          03:06:30PM
 7    invoices that we provide as well as what           03:06:32PM
 8    our finance team has.                              03:06:34PM
 9         Q.    Okay.  I think that goes a long         03:06:35PM
10    way to answering my next question.                 03:06:37PM
11               There is a difference here,             03:06:39PM
12    there is two rows, one is non-U.S. user            03:06:40PM
13    total, the other is U.S. user total.  How          03:06:43PM
14    does Google distinguish between the U.S.           03:06:46PM
15    user total and the non-user -- non-U.S.            03:06:48PM
16    user total?                                        03:06:52PM
17         A.    The term "user" here is                 03:06:53PM
18    probably not the best label.  This is the          03:06:55PM
19    inferred location of where the ad was              03:06:58PM
20    served from the IP address of the client           03:07:01PM
21    that generated the ad request.                     03:07:05PM
22         Q.    Okay.  Does this distinguish            03:07:07PM
23    between Google account holders and                 03:07:09PM
24    non-Google account holders?                        03:07:11PM
25         A.    I answered that question                03:07:13PM
```

Page 236

```
 1              CERTIFICATION
 2
 3      I, TODD DeSIMONE, a Notary Public for
 4   and within the State of New York, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me; and
 8   that the within transcript is a true record
 9   of the testimony given by said witness.
10      I further certify that I am not related
11   to any of the parties to this action by
12   blood or marriage, and that I am in no way
13   interested in the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 30th day of October, 2023.
16
17
18
19
20
21                  [signature: Todd DeSimone]
22                  TODD DESIMONE
23
24
25
```

Page 256