# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE DEFENDANT GOOGLE LLC'S EXPERT BRUCE DEAL**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Date:     TBD<br>Time:     TBD<br>Courtroom:  1, 4th Floor |

**[proposed] ORDER**

Plaintiffs Christopher Valencia, John Kevranian, Terry Diggs, Kimberley Woodruff, Rethena Green, Salvatore Toronto, and Tara Williams filed a Daubert Motion to Exclude Defendant Google LLC's Expert Bruce Deal ("Deal Report") on November 29, 2023 (the "Motion") and the accompanying Declaration of Lesley E. Weaver.

Upon consideration of all papers filed in support of and in opposition to plaintiffs' motion, the parties' oral arguments at the hearing on the motion, and good cause appearing, **IT IS HEREBY ORDERED** that plaintiffs' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the portions of the Deal Report identified below are **EXCLUDED**:

- Opinion 1 (Unjust Enrichment), Deal Report, ¶¶ 9–14; 34–73;
- Opinion 2 (Compensatory Damages), Deal Report, ¶¶ 15, 17, 19–20; 91–93;
- Opinion 3 (Unharmed Proposed Class Members), Deal Report, ¶¶ 94–135;
- Opinion 4 (Allocation), Deal Report, ¶¶ 137–138; 142; and
- All sections of the Deal Report relying on Mr. Deal's interview with Mr. Belov, as follows: ¶¶ 27, 40–42, 47, 65–66.

Dated: _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE