COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DEFENDANT GOOGLE LLC'S MOTION TO EXTEND TIME FOR BRIEFING ON PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE GOOGLE LLC'S EXPERT BRUCE DEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S MOTION TO EXTEND TIME
FOR BRIEFING ON PLFS' DAUBERT MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

Defendant Google LLC ("Google") respectfully requests that the Court issue an order extending the time for its opposition to Plaintiffs' *Daubert* motion to exclude the expert deposition testimony of Bruce Deal ("Plaintiffs' Motion," ECF No. 623-3) by seven days, until December 20, 2023, with a 19-day extension for Plaintiff's reply. Absent an extension, Google's Opposition would be due on December 13, 2023.

Due to multiple intervening deadlines in other matters, including briefing deadlines on two dispositive motions in the coming weeks, Google's counsel requests a brief extension of time to prepare its response to Plaintiffs' Motion. Declaration of Aarti G. Reddy ("Reddy Decl.") ¶ 2. Further, the Motion is lengthy, detailed and incorporates new evidentiary citations; Google therefore needs time to confer with Mr. Deal to prepare its response. *Id.* Google further submits that Plaintiffs would not be prejudiced by the requested extension, given that (1) there is presently no hearing scheduled on Plaintiffs' motion for class certification; and (2) the requested extension would not alter any other deadline set by this Court. *Id.* ¶ 7.

Google regrets burdening the Court with this routine scheduling matter and diligently endeavored to resolve this issue with Plaintiffs without seeking judicial intervention. It has, to date, cooperated with Plaintiffs in good faith on scheduling matters. For example, Google recently consented to Plaintiffs' request for a two-week extension for their Opposition to Google's Motion to Exclude the Expert Declaration of Neil Richards. ECF No. 605. In this instance, Google sought Plaintiffs' reciprocal agreement to a shorter extension for similar briefing. In requesting an extension here, Google offered to extend Plaintiffs' deadline to file their reply brief by 23 days, until January 12, 2024, to address Plaintiffs' stated concern that Google's requested extension would require their professional staff to assist in the preparation of a brief during the intervening holidays. Reddy Decl. ¶ 4. Plaintiffs refused Google's modest extension request unless Google also agreed to a two-month extension of fact discovery and all other case deadlines, none of which are affected by briefing on Plaintiffs' Motion. Reddy Decl. ¶ 5. Google does not believe that further delay of the case schedule is warranted at this time, and respectfully seeks this Court's relief as to the deadline for its opposition to Plaintiffs' Motion.

Based on the foregoing, Google respectfully requests that the Court enter the following revised briefing schedule:

- The due date for Google's opposition to Plaintiffs' Motion is extended from December 13, 2023 to December 20, 2023.

- The due date for Plaintiffs' Reply in support of Plaintiffs' Motion is extended from December 20, 2023 to January 8, 2024.

Dated: December 4, 2023                    COOLEY LLP

                                           By: /s/ Aarti Reddy
                                               Aarti Reddy

                                           Attorney for Defendant
                                           GOOGLE LLC

294866305

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S MOTION TO EXTEND TIME
FOR BRIEFING ON PLFS' DAUBERT MOTION
CASE NO. 4:21-CV-02155-YGR-VKD