COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
LIZ SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO EXTEND TIME FOR BRIEFING ON PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE GOOGLE LLC'S EXPERT BRUCE DEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A REDDY ISO GOOGLE'S
MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Motion to Extend Time for Briefing on Plaintiffs' *Daubert* Motion to Exclude Google's Expert Bruce Deal.

2. On November 29, 2023, Plaintiffs filed a *Daubert* Motion to Exclude Google's Expert Bruce Deal. Under the Local Rules, absent an extension, Google's opposition brief would be due on December 13, 2023, and Plaintiffs' reply brief would be due on December 20, 2023. Given pre-existing deadlines in other cases that affect the time and capacity of Google's counsel (including multiple dispositive motions in other cases), the December 13 deadline for Google to file an opposition brief in response to Plaintiffs' *Daubert* Motion presents a substantial burden. This is particularly true given the length and complexity of Plaintiffs' motion and Google's need to confer with Mr. Deal to prepare its response.

3. On December 1, 2023, I requested that lead Plaintiffs' counsel Elizabeth Pritzker agree to a joint stipulation that would allow a modest extension of the deadline for Google to oppose Plaintiffs' *Daubert* Motion to Exclude Google's Expert Bruce Deal, with a corresponding extension of Plaintiffs' deadline to file a reply brief in support of their Motion, given the constraints on Google's counsel.

4. On December 3, 2023, Ms. Pritzker rejected the proposed extension, citing the intervening holidays and the desire to complete all class certification briefing in 2023. On the same day and to address Plaintiffs' stated concern, I responded that Google would agree to a longer extension of Plaintiffs' deadline to file a reply brief in support of their *Daubert* Motion, until January 12, 2024.

5. On December 4, 2023, Ms. Pritzker responded to the revised proposal for the briefing deadlines in connection with Plaintiffs' *Daubert* Motion. She expressly conditioned Plaintiffs' agreement to an extension of Google's deadline to oppose Plaintiffs' *Daubert* Motion on Google's agreement to extend several remaining case deadlines by two months, including the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A REDDY ISO GOOGLE'S
MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

1  deadlines for fact discovery cut-off, merits expert reports, the close of expert discovery, dispositive
2  motions, and *Daubert* Motions related to merits experts.

3        6.      On December 4, 2023, I communicated that Google could not agree to Plaintiffs'
4  conditions and would seek permission from the Court to extend the briefing schedule in connection
5  with Plaintiffs' *Daubert* Motion to Exclude Google's Expert Bruce Deal.

6        7.      Pursuant to Local Rule 6-3(a)(6), the requested time modification would not affect
7  any other deadlines or the case schedule for this matter.

8        8.      Pursuant to Local Rule 6-3(a)(5), the following time modifications have occurred to
9  date in this action:

10       •      On April 22, 2021, the Parties stipulated to an initial extension of Google's time to
11 respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

12       •      On May 18, 2021, the Parties further stipulated to extend Google's deadline to
13 answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an
14 order regarding case consolidation and appointment of interim lead class counsel, or in the
15 alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated
16 Complaint") (ECF No. 46).

17       •      Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No. 80).

18       •      On May 25, 2022, the Parties stipulated to revise the case schedule to allow pre-
19 class certification discovery to occur efficiently (ECF No. 208).

20       •      On June 1, 2022, the Court granted the Parties' stipulation to revise the case schedule
21 as modified by the Court (ECF No. 221).

22       •      On June 24, 2022, the Court granted the Parties' stipulation to extend Google's time
23 to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).

24       •      On July 15, 2022, the Court granted Google's unopposed motion to extend the time
25 to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF No. 257).

26       •      On August 5, 2022, the Court granted the Parties' stipulated request to move a
27 discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).

28       •      On August 11, 2022, the Court granted Google's unopposed motion to extend the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A REDDY ISO GOOGLE'S
MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

1  time to file its response to Plaintiffs' administrative sealing motion until August 12, 2022 (ECF No.
2  286).

3  • On August 23, 2022, the Court granted Google's unopposed motion to extend the
4  time to file its response to Plaintiffs' administrative sealing motion until August 29, 2022 (ECF No.
5  307).

6  • On September 7, 2022, the Court ordered a further revision to the case schedule in
7  light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).

8  • On November 22, 2022, the Court granted Google's unopposed motion to extend
9  the time to file its response to Plaintiffs' administrative sealing motion until November 29, 2022
10 (ECF No. 369).

11 • On December 21, 2022, the Court entered an order granting in part Plaintiffs' motion
12 to revise the case schedule (ECF No. 391).

13 • On January 18, 2023, the Court granted Google's unopposed motion to extend the
14 time to file its response to Plaintiffs' administrative sealing motion until January 19, 2023 (ECF
15 No. 406).

16 • On March 2, 2023, the Court granted Google's unopposed motion to extend the time
17 to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF No. 435).

18 • On March 15, the Court granted the Parties' stipulated request to move the hearing
19 on Plaintiffs' motion for sanctions from April 4, 2023 to April 11, 2023 (ECF No. 449).

20 • On July 20, the Court granted the Parties' stipulated request to extend the deadlines
21 to respond to any administrative motions to seal in connection with the briefing on Plaintiffs'
22 motion for class certification (ECF No. 552).

23 • On October 24, the Court granted the Parties' stipulated request to the extend the
24 deadline for Plaintiffs to respond to Google's *Daubert* motion to exclude Plaintiffs' expert Neil
25 Richards, from October 13, 2023 to October 27, 2023, and for Google's reply brief in support of
26 the Daubert motion from October 27, to November 14, 2023 (ECF No. 611).

27 • On October 26, the Court granted the Parties' stipulated request to extend Plaintiffs'
28 deadline to file a reply brief in support of Plaintiffs' motion for class certification from November

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A REDDY ISO GOOGLE'S
MOTION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

17, 2023 to November 29, 2023 (ECF No. 612).

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2023 in Newport Beach, California.

*/s/ Aarti Reddy*
Aarti Reddy

Cooley LLP
Attorneys at Law
San Francisco

5

Dec. of A Reddy ISO Google's
Motion to Extend Time
Case No. 4:21-cv-02155-YGR-VKD