COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br><br>This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXTEND TIME FOR BRIEFING ON PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE GOOGLE LLC'S EXPERT BRUCE DEAL** |

1    On November 29, 2023, Plaintiffs filed a *Daubert* Motion to Exclude the Expert Report of

2  Defendant Google LLC's ("Google") Expert Bruce Deal ("Plaintiffs' *Daubert* Motion").  (ECF No.

3  623-3.)  On December 4, 2023, Google filed an Administrative Motion to Change the Time to

4  Respond to Plaintiffs' *Daubert* Motion.

5    Upon consideration of Google's Administrative Motion, the Court finds that there is good

6  cause and **GRANTS** the Administrative Motion as follows:

7    •    Google may file an opposition brief to Plaintiffs' *Daubert* Motion no later

8        than December 20, 2023.

9    •    Plaintiffs may file a reply brief in support of their *Daubert* Motion no later

10       than January 8, 2024.

11  No further modifications to the briefing schedule on Plaintiffs' *Daubert* Motion will be permitted.

12    **IT IS SO ORDERED.**

13

14

15  Dated: _____          _____

                                     HON. YVONNE GONZALEZ ROGERS
16                                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting Google's
Motion to Extend time
Case No. 4:21-cv-02155-YGR-VKD