1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

5    In re Google RTB Consumer Privacy
     Litigation,

6

7    This document applies to: *all actions*.

8

9

10

11

12

13

14

15

16

17

Master File No. 4:21-cv-02155-YGR-VKD

**[PROPOSED] ORDER RE:
PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED RE. THE NEW
YORK TIMES COMPANY'S
INFORMATION AND NON-PARTY
THE NEW YORK TIMES COMPANY'S
STATEMENT IN SUPPORT OF
SEALING CERTAIN CONFIDENTIAL
MATERIAL FILED PROVISIONALLY
UNDER SEAL BY PLAINTIFFS**

**[L.R. 79-5(f)(3)]**

Judge: Hon. Yvonne Gonzalez Rogers

Hearing Date: None set.
Hearing Time:
Hearing Location:

18

19

20

21

22

23

24

25

26

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Re. The New York Times Company's (the "Times") Information (ECF No. 620) and Non-Party The New York Times Company's Statement in Support of Sealing Certain Confidential Material Filed Provisionally Under Seal By Plaintiffs, as well as the supporting Declaration of James Glogovsky.  Having considered these materials, the Court hereby orders the Motion is GRANTED in part and that the following materials will remain under seal:

| Document | Portion(s) to Maintain Under Seal |
|---|---|
| Plaintiffs' Reply (Sealed ECF No. 616-3) | Numerical figures contained on lines 8 and 17 of page 4 |
| | Numerical figure contains in line 15 of page 5 |
| Ex. 44 to Pritzker Reply Decl.: Expert Class Certification Rebuttal Report of Professor Christopher Wilson, Ph.D. (Sealed ECF 616-6 / Public ECF 617-4) | Numerical values in ¶ 48 |
| | Names of data fields and percentages contained in ¶ 51 |
| | Names of data fields, numerical values, and percentages in ¶¶ 53, 56 & n.50. |
| | Numerical values in ¶ 59. |
| | Names of data fields in ¶ 64 |
| | Names of data fields, text, and percentages in ¶ 66 prior to last line of page 20 |

**IT IS SO ORDERED**

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge