COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO
GOOGLE'S MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

**1.** I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing. I submit this declaration pursuant to Local Rule 79-5.

**2.** On November 29, 2023, Plaintiffs filed their Reply in support of their motion for class certification as well as supporting exhibits, including class certification expert rebuttal reports. In response to these filings, Google is lodging objections ("Google's Objections") to the evidence submitted with Plaintiffs' Reply and the expert rebuttal reports.

**3.** I have reviewed the documents that Google seeks to file under seal. These documents reflect Google's highly sensitive, confidential, and proprietary information. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Declaration of Aarti Reddy in Support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing | Portions highlighted at pages 4-6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF W. SOMVICHIAN ISO
GOOGLE'S MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices. |
| Ex. 3 to Declaration of Whitty Somvichian in Support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing | Portions highlighted at 56:2-3, 56:13-14, 56:21-22, 57:7-58:25, 60:3-6, 60:10-13, 60:17-25, 61:2-6, 61:15-16, 61:20-22, 70:1-25 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors.  Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices. |

4.     Google does not seek to redact or file under seal any of the remaining portions of Google's Objections not indicated in the table above.

5.     To the best of my knowledge, certain information in the documents cited in the table above references technical details and identifiers relate to highly sensitive data logs and data systems that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors. Specifically, this information includes details related to various of Google's advertising products and their proprietary functionalities, data infrastructure, logs, and metrics.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF W. SOMVICHIAN ISO
GOOGLE'S MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

**6.** I understand that revealing this information publicly may reveal Google's internal strategies, system designs, and business practices for operating and maintaining many of its important proprietary services.

**7.** I understand that public disclosure of this information presents serious risk of irreparable harm to Google, including cybersecurity risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.

**8.** Attached hereto as Exhibit A is a copy of the Declaration of Aarti Reddy ("Reddy Declaration") filed concurrently with Google's Objections that highlights the specific information that Google seeks to maintain under seal.

**9.** Attached hereto as Exhibit B is a copy of the transcript of the deposition of Google LLC and Glenn Berntson, submitted as Exhibit 3 to the Reddy Declaration, that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2023 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Whitty Somvichian*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Whitty Somvichian

294946437

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF W. SOMVICHIAN ISO
GOOGLE'S MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD