COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274880)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN
MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion to Seal Portions of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing.

Upon consideration of the motion and the concurrently-filed Declaration of Whitty Somvichian ("Somvichian Declaration"), the Court hereby orders as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Reddy Declaration in Support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing at page 4, line 28; page 5, lines 2-6, 9, 11-13, 19-20, 21-23, 25-29; page 6, lines 2-5. | Somvichian Declaration ¶¶ 3, 5-7 | |
| Ex. 3 to Reddy Declaration in Support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing at page 56, lines 2-3, 13-14, 21-22; page 57, line 7 through page 58, line 25; page 60, lines 3-6, 10-13, 17-25; page 61, lines 2-6, 15-16, 20-22; page 70, lines 1-25. | Somvichian Declaration ¶¶ 3, 5-7 | |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

294961172