| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO (333789)<br>(lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF UNREDACTED EXHIBITS** |

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is gwilson@cooley.com.

On the date set forth below I served the documents described below in the manner described below:

- **EXHIBIT A (UNSEALED) TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING**

- **EXHIBIT B (UNSEALED) TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING**

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA  94607<br>Tel:  (415) 445-4003<br>Fax: (415) 445-4020<br>Email:  lweaver@bfalaw.com<br>           adavis@bfalaw.com<br>           jsamra@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | **SIMMONS HANLY CONROY LLC**<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY  10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>          atruong@simmonsfirm.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772 | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY  10017<br>Tel: (646) 993-1000 |

| | |
|---|---|
| Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>        jkl@pritzkerlevine.com<br>        bc@pritzkerlevine.com<br><br>***Attorneys for Consolidated Plaintiffs*** | Email:  dstraite@dicellolevitt.com<br>        crhodes@dicellolevitt.com<br>        Julwick@dicellolevitt.com<br><br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>***Attorneys for Consolidated Plaintiffs*** |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>        nnishimura@cpmlegal.com<br>        BDanitz@cpmlegal.com<br>        JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>        ykolesnikov@bottinilaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

Executed on December 6, 2023, at Walnut Creek, California.

*Gina Wilson*
Gina Wilson

294988363