COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE LLC'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO GOOGLE'S
EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Third Amended Notice of Deposition of Defendant Google LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6).

3. Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the transcript of the deposition of Google LLC and Suneeti Vakharia in this action. Ms. Vakharia was designated to testify on Google's behalf under Rule 30(b)(6) as to Topics 1, 2, and 6 listed in Exhibit 1.

4. Attached hereto as **Exhibit 3** is a true and correct excerpted copy of the transcript of the deposition of Google LLC and Glenn Berntson in this action. Dr. Berntson was designated to testify on Google's behalf under Rule 30(b)(6) as to Topics 3, 4, 5, and 7-10 listed in Exhibit 1.

5. Attached hereto as **Exhibit 4** is a true and correct excerpted copy of the transcript of the deposition of Professor Neil Richards in this action.

6. Google submits Exhibits 2, 3, and 4 in support of its request that the Court consider them as related writings that ought to be considered alongside the testimony cited in Plaintiffs' reply submissions in support of their class certification motion pursuant to Federal Rule of Evidence 106, as noted in the chart below:

| Citation in Plaintiffs' Reply Papers | Testimony Cited | Testimony Required for Completeness |
|---|---|---|
| ECF No. 616-3 at 3 ("Google admits that it does not disclose what it uses, shares and sells about Google account holders in RTB auctions *anywhere* in these materials."). | Vakharia Depo. Tr. at 224:15-225:22, 274:22-275:8, 275:10-15, 278:7-17, 294:6-18, 295:6-11. | Vakharia Depo. Tr. at 158:8-21; 178:13–183:4; 255:10-273:22; 241:4-241:14l 277:1-10 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO GOOGLE'S
EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

| Citation in Plaintiffs' Reply Papers | Testimony Cited | Testimony Required for Completeness |
|---|---|---|
| ECF No. 616-3 at 6 ("***Nowhere*** in its ToS or Privacy Policies does Google disclose that, contrary to this promise, it *in fact* shares with and sells to hundreds of companies class members' personal information in RTB auctions. Google admits this."). ECF No. 616-8, Regan Rebuttal Rep. ¶ 31 (Google did not disclose to users that it might sell their personal information. Indeed, Google promises users that they will not do so. Google also failed to inform users that Google is sharing their information in RTB auctions.). | Vakharia Depo. Tr. at 99:8-100:19, 158:8-159:2, 274:22-275:15, 276:10-18, 277:1-10, 278:7-17 | Vakharia Depo. Tr. at 178:13 – 183:4, 241:4-241:14, 255:10 – 273:22 |
| ECF No. 616-3 at 7. ("Google admits its ToS, Privacy Policies and related disclosures *do not disclose* Google RTB, its extensive reach, or the sharing and sale of account holder personal information with and to hundreds of companies – the practices at issue here."). ECF No. 616-9, Richards Reply Rpt. ¶ 38 ("I agree with Ms. Vakharia that neither the fact nor scope of the Google RTB auctions, nor the way or breadth with which Google uses, shares and sells Google account holder information in the Google RTB auctions, are disclosed to Google account holders anywhere in these materials.") Reply Rpt. | Vakharia Depo. Tr. at 49:15-18; 274:6-18; 274:22-275:8; 275:10-15; 295:6-11. | Vakharia Depo. Tr. at 178:13 – 183:4; 241:4-241:14; 255:10 – 273:22. |
| ECF No. 616-3 at 7 ("Google admits that it 'would not ask someone to consent to something that is not disclosed to them.'"). | Vakharia Depo. Tr. at 62:18-63:7. | Vakharia Depo. Tr. at 18:11-25 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO GOOGLE'S
EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

| Citation in Plaintiffs' Reply Papers | Testimony Cited | Testimony Required for Completeness |
|---|---|---|
| ECF No. 616-9, Richards Reply Rpt. ¶ 78 ("As to my first opinion, that protection of fundamental privacy rights and historical societal privacy norms require, at a minimum, disclosure of the data practice at issue in order to establish consumer consent, Ms. Vakharia testified for Google…) Richard Rpt. ¶ 78. | | |
| ECF No. 616-3, Reply Rpt.at 9, ("Ignoring Google testimony that consumer surveys do not reflect the real-world that its consumers face, Google argues individualized issues of implied consent *may* be drawn from the consumer surveys set forth in the Hanssens Report…"), 14 ("This Court has held that '[a]n expert who offers testimony on the question of what a reasonable consumer is likely to do and/or think is not required to conduct a consumer survey if his testimony is otherwise reliable . . . . Google agrees."). | Vakharia Depo. Tr. at 205:13-206:10 | Vakharia Depo. Tr. at 196:6-19 |
| ECF No. 616-9, Richards Reply Rpt. ¶ 43 ("As I explained at deposition, while I have not personally designed or executed a 'large-n' quantitative survey study, I am frequently called upon to read and evaluate such studies for academic rigor, as part of my academic work at Washington University and elsewhere."). | Richards Depo. Tr. at 49:17-50:11. | Richards Depo. Tr. at 50:12-55:21. |
| ECF No. 616-5, Shafiq Rebuttal Rtp. at ¶ 102(b) ("Google's ▮▮▮▮ | Berntson Depo. Tr. at 58:22–24. | Berntson Depo. Tr. at 57:7-58:21, 60:13-61:4. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO GOOGLE'S
EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

| Citation in Plaintiffs' Reply Papers | Testimony Cited | Testimony Required for Completeness |
|---|---|---|
| ▆▆▆▆▆▆ which is described in my report (Shafiq Report ¶ 97-c). Thus, Google can link GAIA and Biscotti using ▆▆▆."). | | |
| ECF No. 616-5, Shafiq Rebuttal Rtp. at ¶¶ 102(d) ("Google stores receipts of RTB auctions in ▆▆ and ▆▆ logs that also include other information such that Google described it as 'a logical super set of the information that would be shared on an RTB bid request,' explaining that 'a super set would be all of the items, and there may be additional information.'"), 102(e) ("Through the ▆ and ▆ Google can link GAIA (the Google Account ID) and Biscotti (Google User ID) for ▆▆▆ which is described in my report (Shafiq Report ¶ 97-f-iii). Thus, Google can link GAIA and (the encrypted) Biscotti in ▆▆▆), 102(f) ("Dr. Berntson admitted that Google can ▆▆ 'all' of the ▆▆ | Berntson Depo. Tr. at 15:3–11, 89:19-91:23, 212:7-214:18, 218:24–219:10, 225:13–226:4. | Berntson Depo. Tr. at 55:6-56:1, 70:1-9. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF A. REDDY ISO GOOGLE'S
EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD

| Citation in Plaintiffs' Reply Papers | Testimony Cited | Testimony Required for Completeness |
|---|---|---|
| ▓▓▓; and that it can associate activities in the ▓▓ with a Google Account, including through the ▓▓▓▓▓▓). ECF No. 616-8, Regan Reply Rpt. at ¶ 21 ("Dr. Berntson testified, however, that 'it is possible' for Google to associate activities in a ▓▓ with a Google account."). | | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2023 in Newport Beach, California.

/s/ Aarti Reddy
Aarti Reddy

**CIVIL L.R. 5-1 (H)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Whitty Somvichian, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 6, 2023

/s/ Whitty Somvichian
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
294897623
6
DEC. OF A. REDDY ISO GOOGLE'S EVIDENTIARY OBJECTIONS
CASE NO. 4:21-CV-02155-YGR-VKD