# EXHIBIT 1

1  Elizabeth C. Pritzker (SBN 146267)
   **PRITZKER LEVINE LLP**
2  1900 Powell Street, Suite 450
   Emeryville, CA 94608
3  Tel.: (415) 692-0772
4  Fax: (415) 366-6110
   *ecp@pritzkerlevine.com*
5
   *Interim Class Counsel*
6
7  [*Additional counsel listed on signature page*]

8

9

10

11                    **IN THE UNITED STATES DISTRICT COURT**

12                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                                **OAKLAND DIVISION**

14

15 | *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:20-cv-02155-YGR-VKD |
|---|---|
16 | | **PLAINTIFFS' THIRD AMENDED NOTICE OF DEPOSITION OF DEFENDANT GOOGLE LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |
17 | This document applies to: *all actions.* | |

1  **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiffs, by and through undersigned counsel, will take the deposition of Defendant Google LLC ("Defendant" or "Google") on **[Date, Time and Location to be determined]**

The deposition will be taken before a person authorized by law to administer oaths under Federal Rule of Civil Procedure 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed.

Pursuant to Federal Rule of Civil Procedure Rule 30(b)(6), Defendant is hereby notified of its duty to designate one or more officers, directors, managing agents or other persons most knowledgeable or qualified to testify on its behalf concerning the topics identified in <u>Schedule A</u>, attached. Plaintiff request that Google provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on Google's behalf.

Plaintiffs intend and reserve the right to record the deposition testimony of the person(s) designed to testify on Google's behalf by videotape and instant visual display, in addition to recording the testimony stenographically and via LiveNote/Realtime, and further intend and reserve the right to provide a secure live internet, video, audio and/or telephonic stream for parties and counsel of record. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

Plaintiffs further reserve the right to notice and conduct additional Rule 30(b)(6) depositions of Defendant on non-duplicative topics.

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Bethany Caracuzzo (SBN 190687)
Jonathan K. Levine (SBN 220289)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **SIMMONS HANLY CONROY LLC** |
| By: */s/ Lesley E. Weaver* | By: */s/ Jay Barnes* |
| Lesley Weaver (Cal. Bar No.191305) | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| Anne K. Davis (Cal. Bar No. 267909) | An Truong (admitted *pro hac vice*) |
| Joshua D. Samra (Cal. Bar No. 313050) | Jenny Paulson (admitted *pro hac vice*) |
| 1330 Broadway, Suite 630 | 112 Madison Avenue, 7th Floor |
| Oakland, CA 94607 | New York, NY 10016 |
| Tel.: (415) 445-4003 | Tel.: (212) 784-6400 |
| Fax: (415) 445-4020 | Fax: (212) 213-5949 |
| lweaver@bfalaw.com | *jaybarnes@simmonsfirm.com* |
| adavis@bfalaw.com | *atruong@simmonsfirm.com* |
| jsamra@bfalaw.com | *jpaulson@simmonsfirm.com* |
| **DICELLO LEVITT LLP** | **COTCHETT, PITRE & McCARTHY LLP** |
| By: */s/ David A. Straite* | By: */s/ Nanci E. Nishimura* |
| David A. Straite (admitted *pro hac vice*) | Nancy E. Nishimura (Cal. Bar No. 152621) |
| 485 Lexington Avenue | Brian Danitz (Cal Bar. No. 247403) |
| Suite 1001 | Karin B. Swope (admitted pro hac vice) |
| New York, New York 10017 | 840 Malcolm Road |
| Tel.: (646) 933-1000 | Burlingame, CA 94010 |
| | Tel.: (650) 697-6000 |
| *dstraite@dicellolevitt.com* | nnishimura@cpmlegal.com |
| James Ulwick (admitted *pro hac vice*) | bdanitz@cpmlegal.com |
| Ten North Dearborn Street, Sixth Floor | kswope@cpmlegal.com |
| Chicago, IL 60602 | |
| Tel.: (312) 214-7900 | **BOTTINI & BOTTINI, INC.** |
| *julwick@dicellolevitt.com* | By: */s/ Francis A. Bottini, Jr.* |
| | Frances A. Bottini, Jr. (Cal. Bar No. 175783) |
| | Anne Bottini Beste (Cal. Bar No. 326881) |
| | 7817 Ivanhoe Ave., Ste. 102 |
| | La Jolla, CA 92037 |
| | Tel.: (848) 914-2001 |
| | fbottini@bottinilaw.com |
| | abeste@bottinilaw.com |

*Counsel for Plaintiffs and the Proposed Class*

## SCHEDULE A

## RELEVANT TIME PERIOD

Unless otherwise specified or agreed upon by the parties, the relevant time period for purposes of this Notice is from June 28, 2016 to the present (the "Relevant Time Period").

## MATTERS FOR TESTIMONY

In accordance with Federal Rule of Civil Procedure 30(b)(6) and the Court's September 8, 2023 Order, ECF 576, Plaintiffs designate the matters identified below for examination. In construing these topics, all terms shall be construed to encompass as broad a range of information as permitted under the Federal Rules of Civil Procedure. For purpose of this notice, the person(s) designed to testify on Google's behalf shall be prepared to address the following topics set forth in Plaintiffs' June 13, 2023 Amended Notice:

**Topic 1:** The policies, procedures and mechanisms through which individuals residing in the United States create a personal Google account.

**Topic 2:** The Google Terms of Service and Privacy Policies (including incorporated or hyperlinked documents) applicable in the United States and the accounts to which they apply. The terms of service and privacy policies (including incorporated or hyperlinked documents) that are the subject of this topic are limited to the documents specifically discussed and identified in plaintiffs' class certification motion (specifically the Caracuzzo Declaration). Plaintiffs generally seek testimony from Google about how these documents were created, the authorization and approval process before any such documents are released publicly, how they are maintained and tracked within Google, who the documents apply to, for what periods of time each applies, and how each of these documents is published or made available to Google account holders either at the time of account creation, or otherwise. Plaintiffs expect that the witness(es) will be able to authenticate and provide sufficient testimony to admit each of the documents as a Google business record. While plaintiffs reserve the right to question the witness(es) about specific provisions in any particular document, it is not plaintiffs present intention to seek testimony from the witness(es) about the meaning or legal import of any specific provision in any of the documents. This should address Google's concern about having to prepare a witness to testify about the substance of

PLAINTIFFS' THIRD AMENDED NOTICE
OF 30(B)(6) DEPOSITION                             - 3 -                      CASE NO. 4:20-CV-02155-YGR-VKD

particular provisions of multiple documents.

**Topic 4:** How Google logs, maps, associates or links to personal Google accounts any of the following information transmitted in connection with Google's Real-Time Bidding ("Google RTB") auction system:

(a) <u>Identifiers</u> (such as Google User ID, device IDs [IDFA/ADID for mobile devices], cookies, PPID, hosted match data, IP address);

(b) <u>Activity information</u> (such as webpage, URL, App, verticals, user lists);

(c) <u>Location information</u> (such as country, postal code, hyperlocal [longitude and latitude information]);

(d) <u>Device information</u> (such as user agent, screen size, orientation, pixel density, operating system version);

(e) <u>Controls information</u> (such as non-personalized ads limitations, limited ad tracking, user data treatment, publisher settings);

**Topic 5:** The databases, data systems or data logs that contain or reflect how Google logs, maps, associat[es] or links to personal Google accounts, any of the information called for in Topic 4, and the standard preservation or retention period(s) associated with such databases, data systems or data logs.  As construed by the Court (ECF 576), plaintiffs are entitled to "testimony about the records Google keeps of how the information in Topic 4, subparts (a)-(e), that is shared with RTB participants is logged, mapped, associated or linked to personal Google accounts."

**Topic 6:** The mechanisms and procedures, if any, by which Google seeks or obtains U.S. Google account holders' consent to share with or sell to third-parties outside of Google, in Google RTB, any of the information described in Topic 4, and the databases, data systems or records, if any, reflecting such account holders' consent.

The person(s) designated to testify on Google's behalf shall also be prepared to address the following topics set forth in the Court's September 8, 2023 Order, ECF No. 576, at pp. 4-5:

**Topic 7**: The creation and maintenance of the excel spreadsheet produced as GOOG-HEWT-00455648 as a business record of Google, the particular source(s) of the data included on the spreadsheet, the formula or calculation and inputs used for that formula or calculation to derive

the figures included on the spreadsheet, the manner in which Google records RTB revenues from Google U.S. account holders while outside the U.S., the manner in which Google records RTB revenues from Google non-U.S. account holders while in the U.S, and Google's ability to provide information similar to that provided in the spreadsheet for the remainder of the proposed class period (i.e., the second half of 2016, the second half of 2022, and the first half of 2023).

**Topic 8:** The creation and maintenance of the Excel spreadsheet produced as GOOG-HEWT-00455800 as a business record of Google, the particular source(s) of the data included on the spreadsheet, the formula or calculation and inputs used for that formula or calculation to derive the figures included on the spreadsheet, the manner in which Google determined account activity, and the time period covered by the spreadsheet.

**Topic 9:** The manner in which Google identified and quantified the RTB bid requests associated with each named plaintiff as set forth in Google's Supplemental Response to Interrogatory 13, and the reasons why Google only included RTB bid requests for portions of 2021 and all of 2022 in its response.

**Topic 10:** The manner in which Google identified and quantified the successful RTB auctions associated with each named plaintiff as set forth in Google's Supplemental Response to Interrogatory 14, and the reasons why Google only included successful RTB auctions for portions of 2021 and all of 2022 in its response.

# CERTIFICATE OF SERVICE

I, Bethany Caracuzzo, hereby certify that on October 18, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Aarti Reddy
Anu S. Dhillon
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
adhillon@cooley.com
rtrevor@cooley.com

*Counsel for Defendant Google LLC*

/s/ *Bethany Caracuzzo*
Bethany Caracuzzo
Pritzker Levine LLP