# EXHIBIT 2

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4                       ---O0O---

 5

 6      IN RE GOOGLE RTB

 7      CONSUMER PRIVACY

 8      LITIGATION

 9      _____/     Consolidated Number

10      This document applies to      5:21-cv-02155-LHK-VKD

11      all actions.

12      _____/

13

14                    CONFIDENTIAL

15   VIDEOTAPED DEPOSITION OF GOOGLE AND SUNEETI VAKHARIA

16          30(b)(6) and Personal Capacity

17

18                 November 15, 2023

19

20

21

22      REPORTED BY:

23      EARLY K. LANGLEY RMR, RSA, B.A.

24      CSR NO. 3537

25      JOB NO:  SF 6278992
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              marked for identification.)

 2          MS. REDDY:  To clarify, Counsel, this

 3     portion of the deposition is in Ms. Vakharia's

 4     personal capacity?

 5          MS. WEAVER:  Well, the previous portion   08:13

 6     was not, and I will get there.

 7     BY MS. WEAVER:

 8          Q.  Ms. Vakharia, is this your LinkedIn

 9     profile?

10          A.  Yes.                                  08:13

11          Q.  So your counsel is interposing a question

12     regarding testifying in your personal capacity as

13     opposed to on behalf of Google.  Do you have an

14     understanding as to the distinction?

15          A.  I do.                                 08:13

16          Q.  Okay.  So we are going to start with you

17     testifying in your personal capacity.

18          A.  Okay.

19          Q.  And when we get to the section where I

20     will be asking questions about the 30(b)(6)       08:13

21     topics, I will let you know.  Okay?

22          A.  Okay.

23          Q.  And if you don't understand, just ask me.

24     Okay?

25          A.  Yes, I will.                          08:14
```

Page 18

CONFIDENTIAL

1          For instance, the ad settings is one

2     example of where we would have.

3          But this represents the breadth of all of

4     the information that we would provide to users,

5     and there may be other flavors of it that exist      11:16

6     since we communicate to them in many different

7     ways.

8          Q.   In looking at the exhibits to this

9     declaration, then, where do they refer to the

10    real-time bidding auction?                            11:16

11         A.   They do not specifically refer to the

12    real-time bidding auction.   They refer to -- we

13    use a different nomenclature.   As I was

14    mentioning, trying to communicate understandably

15    or more clearly to users, that wouldn't be a term    11:16

16    that we would use normally from a user experience

17    perspective.

18         We would talk about it in -- more in the

19    context of Google services with partner sites and

20    apps or with third parties instead of specifically   11:17

21    using terms that are more technical.

22         Q.   So do you believe that the average user

23    would not understand what an auction is?

24         MS. REDDY:   Objection.   Outside the scope

25    of the 30(b)(6) notice.                               11:17

                                          Page 158

1      A.   Whitty dialed in sometimes for some of our

2   preparation.

3      Q.   And did they provide Exhibit 12 to you?

4           MS. REDDY:  Objection.  Asked and

5   answered.                                          11:34

6           THE WITNESS:  Yes.  I was provided this.

7   BY MS. WEAVER:

8      Q.   And then you wrote some handwritten

9   notations?

10     A.   Yes.  I was trying to mentally map, as I   11:34

11  reviewed all of these, what things I recall and

12  what things I would need to look up.

13     Q.   And so Exhibit 12 represents Google's

14  position on what documents are operative to

15  contain consent in this case; is that right?       11:35

16          MS. REDDY:  Objection.  Misstates

17  testimony.

18          THE WITNESS:  These are the documents that

19  I have provided as illustrative examples of the

20  kinds of disclosures that we -- and as part of the 11:35

21  declaration to communicate what we have actually

22  communicated to users.

23  BY MS. WEAVER:

24     Q.   So I'm trying to just determine which

25  documents Google is relying on to say that it      11:35

                                            Page 178

1    obtained consent in this case, and the question

2    is:  Does Exhibit 12 identify those documents?

3          A.   This identifies --

4          MS. REDDY:  Objection.  Asked and

5    answered.                                        11:35

6          Go ahead.

7          THE WITNESS:  Thank you.

8          This identifies the same documents that

9    were in the -- my own exhibits that were attached

10   to my declaration.                               11:35

11   BY MS. WEAVER:

12         Q.   Okay.  Are there any documents that Google

13   is relying on to clam that it obtained users'

14   consent in this case that is not identified on

15   Exhibit 12?                                      11:36

16         MS. REDDY:  Objection.  Asked and

17   answered.

18         THE WITNESS:  This -- from my perspective,

19   this represents the breadth of the documents that

20   communicate, yes --                             11:36

21   BY MS. WEAVER:

22         Q.   Thank you.

23         A.   -- our position.

24         Q.   Now --

25         A.   There are other disclosures that exist, as 11:36

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    I referenced, on the policy site that would be

2    additive that -- to your point about the signed-

3    out identifier and what is it.

4    BY MS. WEAVER:

5         Q.   Okay.   What documents are those additive     11:36

6    ones?   I'm trying to get a comprehensive list.

7         A.   Oh, I don't know that I can off the top of

8    my head give you a comprehensive list, but the --

9    when you were asking where do we communicate the

10   specific cookie that's used, for instance,           11:36

11   Biscotti, that would be where that particular

12   description lives.   It's in the cookies.

13            If you look at the "Technologies" on

14   Exhibit 2 -- there is a header called

15   "Technologies" in the privacy and terms site.        11:36

16   That is alongside the privacy policies.

17            That "Technologies," when you click that,

18   has a list of information, including how Google

19   uses cookies.   And then there is a description

20   also of other additional identifiers.   And so that  11:37

21   would be, as in the course of my work, one of the

22   things that I know where Biscotti and descriptions

23   of Biscotti lives.

24        Q.   Okay.   So to be clear for the record,

25   you're identifying on page 2 of Exhibit 2, there     11:37

Page 180

1    is the word "Technologies" in the left-hand

2    margin.   And that is a hyperlink that you say

3    users can click on to learn that their signed-out

4    data may be combined with their signed-in data; is

5    that right?                                    11:37

6         A.   I would have to review the actual content

7    of whether that phrase is in there, but it's the

8    place where they can understand how cookies --

9    each specific kind of cookie is used.   And then in

10   conjunction with the actual consent is how they     11:37

11   would know that this data gets combined.

12        Q.   Okay.   Other than that "Technologies,"

13   link, are there any other documents that Google is

14   relying on in this case for the position that it

15   obtained users' consent in this action?            11:38

16        A.   Off the top of my head, I can't

17   immediately think of any.   There's a lot of

18   information on this particular privacy policies

19   site and in the privacy policy itself.

20        Q.   Okay.                                    11:38

21        A.   And so there are various disclosures in

22   the consent moment itself.   I'm not recollecting

23   anything off the top of my head additionally.

24        Q.   And when you say, "there are various

25   disclosures in the consent moment itself," what do  11:38

Page 181

1    you mean?

2        A.   I mean the user interface that has the

3    consent bump.  The screen that's the consent will

4    communicate information to users about what data

5    is being collected or used in that consent.          11:38

6            And then there are additionally "learn

7    mores" and links that would link to either

8    directing users to the privacy policy or to learn

9    more information.

10           For instance, if you look -- and, also,    11:38

11   controls do the same thing, where there's

12   additional information, as illustrated in the ad

13   settings example in Exhibit 7, I think it is.

14           Hang on.  I'm just looking it up really

15   quick.  Sorry.                                      11:39

16           Exhibit 7 is the consent flow, and then

17   the -- that would be one example of where -- and

18   you can actually see it.  I will just walk through

19   that one.

20           Exhibit 7 is an example of in the consent,  11:39

21   we communicate what data is being used and then

22   for what purposes.  And then there is additional

23   kind of drop-down menus that a user can select if

24   they choose to dig deeper and kind of learn more

25   about what -- what purposes and how or more         11:39

Page 182

1   context.

2       Q.   Okay.

3       A.   And that would be some of those additional

4   disclosures I'm talking about.

5       Q.   So for Exhibit 7, in the consent flow,    11:39

6   what is the time period for which Google claims

7   this operated to obtain consent from the class

8   members in this case?

9       A.   This has been in existence since July of

10  2016, when the consent bump was introduced.    11:39

11      Q.   And --

12      A.   And I can double-check that date in my

13  declaration, but I believe it was July 2016.

14           Yeah, "Beginning in July 2016," that's on

15  page 13 of my declaration.    11:40

16      Q.   Well, actually, let's look at

17  paragraph 35.

18      A.   Sure.

19      Q.   And you testify there that:

20           "In June 2016, Google launched a new  11:40

21           consent process"; right?

22      A.   Correct.

23      Q.   And this was called the "Consent Bump";

24  right?

25      A.   That's correct.    11:40

Page 183

1      Q.   And do you have a recollection of what

2   this was about?

3      A.   I don't recall it.

4      Q.   Okay.  Is Exhibit 14 a summary of user

5   research prepared at Google?                        12:42

6          MS. REDDY:   I'm just going to stop right

7   here.  Are we in her individual capacity or her --

8          MS. WEAVER:   This is her individual.

9          MS. REDDY:   Counsel, I'm just going to

10  have a standing objection that it is very           12:42

11  confusing.

12         MS. WEAVER:   You have it.

13         MS. REDDY:   You are moving back and forth

14  and not clarifying when she's in her personal

15  capacity and in her Google capacity.  It's          12:42

16  confusing for --

17         MS. WEAVER:   You can have a standing

18  objection, and that means you don't need to repeat

19  it.

20         MS. REDDY:  I'm going to do it every time   12:42

21  you intentionally confuse the witness.

22         MS. WEAVER:  Okay.  Then it's not

23  standing.  It's you objecting every time.

24         MS. REDDY:  I'm going to object when I

25  want to object.                                     12:42

                                        Page 196

1      A.   2.   Thank you.

2      Q.   And I'll restate the question.

3      A.   Thank you.

4      Q.   Looking at Exhibit 2, which is the

5    30(b)(6) deposition notice, and Topic 4, is it        13:51

6    Google's understanding that none of those

7    categories of information constitute personal

8    information?

9           MS. REDDY:   Objection.   Exceeds the scope

10    of the 30(b)(6) notice.   Calls for a legal           13:52

11    conclusion.

12          THE WITNESS:   My understanding of these

13    categories, that these are not personal

14    information and treated as personal information.

15    BY MS. WEAVER:                                        13:52

16      Q.   Is it also your understanding that none of

17    those categories of information constitute

18    personal information when associated or linked to

19    each other?

20          MS. REDDY:   Same objections.   Incomplete     13:52

21    hypothetical.

22          THE WITNESS:   I wouldn't have a view on

23    how they interact when they're linked to each

24    other in any way.

25    BY MS. WEAVER:                                        13:52

                                              Page 241

| 1 | MS. WEAVER:  Now it's personal. |
|---|---|
| 2 | MS. REDDY:  Okay. |
| 3 | THE WITNESS:  So what disclosures.  The |
| 4 | disclosures that I provided are those disclosures |
| 5 | that I've identified that talk about how we |
| 6 | collect and use data for personalized ad purposes |
| 7 | or in the context of non-personalized advertising |
| 8 | with third-party sites and apps. |
| 9 | BY MS. WEAVER: |
| 10 | Q.  So can you show me which disclosures you |
| 11 | believe provide information about what is shared |
| 12 | in the real-time bidding auction? |
| 13 | A.  There is a variety of -- so the -- as I |
| 14 | mentioned, there is the advertising page, which |
| 15 | talks about what data is shared for the use of |
| 16 | personalized advertising in the context of our |
| 17 | partner sites and our -- |
| 18 | There is one additional -- what is it |
| 19 | called?  I forget what it's called. |
| 20 | The "How Google uses information from |
| 21 | sites and apps that use our services" is one |
| 22 | disclosure. |
| 23 | And the privacy policy itself -- |
| 24 | Q.  Okay. |
| 25 | A.  -- communicates how we collect and use |

14:06 (line 5)
14:07 (line 10)
14:07 (line 15)
14:07 (line 20)
14:07 (line 25)

Page 255

```
 1    data for the purposes of third-party --
 2    advertising on third-party sites and apps.
 3         Q.   Okay.   Let's do these one at a time.
 4              So show me what exhibit and what language
 5    specifically you're referring to.                    14:07
 6         A.   Sure.   I'm going to use the other one as
 7    my pointer.
 8              So in my declaration, the privacy policy
 9    itself has sections related to information that we
10    collect and the different types of identifiers      14:08
11    that may be stored and used in the section
12    called -- "Information Google Collects" is the
13    first page.
14         Q.   Okay.   So let's back up.
15         A.   0952.                                      14:08
16         Q.   Which exhibit, which page?
17         A.   Exhibit 1 --
18         Q.   Great.
19         A.   -- page 0952 --
20         Q.   Uh-huh, perfect.                           14:08
21         A.   -- describes the set of identifiers and
22    information that's collected.
23         Q.   Which paragraph are you referring to?
24         A.   It's "Information Google Collects."   And
25    then it proceeds for a few different paragraphs     14:08
```

Page 256

1    related to different identifiers.

2              Things that we collect, apps, browsers,

3    and devices -- this is on 0953 --

4         Q.  Hang on.  Hang on.  Let's stick with one

5    disclosure at a time.                                    14:09

6              So the first one you're referring to is

7    "Information Google Collects"?

8         A.  That's correct.

9         Q.  What is the language you are pointing to

10   that you think discloses to users that their            14:09

11   information is being shared in an auction?

12             MS. REDDY:  Objection.  Misstates

13   testimony.

14             THE WITNESS:  It does --

15             MS. REDDY:  Overbroad.                         14:09

16             THE WITNESS:  It does not communicate that

17   specifically, use inside an auction.

18             It just describes how, depending on how

19   you use our services and manage your privacy

20   controls, this is the information collected, and        14:09

21   how that information is used depends on how the

22   services are used or how you manage your privacy

23   controls.

24             And there are other sections that describe

25   the use in the --                                        14:09

Page 257

1    BY MS. WEAVER:

2        Q.   Okay.

3        A.   -- context.

4             So it does not talk about the auction

5    here.                                                14:09

6        Q.   Okay.   To be very specific, can you read

7    into the record the exact language on page 952

8    that you were referring to?

9        A.   Sure.

10                  "When you're not signed in to a      14:09

11            Google account, we store the information

12            we collect with unique identifiers tied to

13            the browser, application, or device you

14            are using."

15            And then it provides an example.            14:10

16       Q.   And you believe that that discloses to

17   users that Google is sharing that information with

18   third parties?

19            MS. REDDY:   Objection.   Misstates

20   testimony.                                           14:10

21            THE WITNESS:   No, I don't believe that in

22   its isolation communicates that to users.

23            This is the section that describes -- the

24   privacy policy describes how information is

25   collected, a section on how it's used, and then a   14:10

1    second on what controls users have to manage how

2    that information is used.

3            And so the policy itself has different

4    references that describe for users how the

5    information is collected -- what information is    14:10

6    collected, how it might be used, which is in a

7    different section of the same document.

8    BY MS. WEAVER:

9        Q.    Okay.    I'm going to back up and say, I now

10   want you to testify on behalf of Google and    14:10

11   identify what language specifically in the

12   policies that we've discussed that discloses to

13   users what information is shared about them in the

14   real-time bidding auction.

15           MS. REDDY:    Objection.    Exceeds the scope   14:11

16   of the 30(b)(6) notice.    Vague.    Overbroad.

17           THE WITNESS:    It does not describe it, as

18   I mentioned previously, the use in the real-time

19   bidding auction.

20           Rather, we would describe it, and we have,  14:11

21   in both the privacy policy, when we talk about how

22   it's used, and in the "How Google uses information

23   from sites or apps that use our services," as well

24   as "The 'Advertising' Disclosure," how we use data

25   in the context of personalized or non-personalized  14:11

Page 259

1    ads for third-party sites and apps.

2              It is not referencing RTB specifically.

3    BY MS. WEAVER:

4        Q.   Okay.   Can you please read into the record

5    on behalf of Google the exact language from every      14:11

6    disclosure that you think does that work?

7        A.   Sure.

8              MS. REDDY:   Objection.   Vague.   Ambiguous.

9    Overbroad.   Exceeds the scope of the 30(b)(6)

10   notice.                                                 14:12

11             THE WITNESS:   I'll read a couple sections

12   from the privacy policy itself.

13   BY MS. WEAVER:

14       Q.   And give us the exhibit number and the

15   page number.                                            14:12

16       A.   I'll tell you the exhibit number, yes.

17       Q.   Thank you.

18       A.   In the first -- Section 14 of my

19   declaration, we talk about -- in the first,

20   second, third fourth -- fifth bullet in              14:12

21   Section 14 --

22       Q.   Paragraph 14?

23       A.   Paragraph -- sorry -- paragraph 14:

24             (As read):

25                   "'We may share non-personally         14:12

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 identifiable information publicly and with

2 our partners -- like publishers or

3 advertisers, developers, or rights

4 holders....  We also allow specific

5 partners to collect information from your 14:12

6 browser or device for advertising and

7 measurement purposes using their own

8 cookies or similar technologies.'"

9  And this is one of the examples where we

10 would disclose that some of the personal -- that 14:12

11 non-personally identifiable information may be

12 shared with publishers and advertisers, who are

13 these third-party entities.

14  And then in the context of the advertising

15 page, "The 'Advertising Disclosure," which I 14:13

16 discuss in paragraph 16 -- and it is the

17 disclosure -- I forget which exhibit it is.  Let

18 me find it for you.

19  Specifically, I believe it's Exhibit 2.

20 I'm just double-checking. 14:13

21  "The 'Advertising' Disclosure," we

22 describe that "Many websites, such as news sites

23 and blogs" --

24  Sorry.  In Section 16, start of "The

25 'Advertising' Disclosure," the paragraph 16, and 14:13

Page 261

1    it describes the informational page called

2    "Advertising," and it describes --

3         Q.   Do me a favor and just read the language.

4         A.   Sure.

5              (As read):                                      14:13

6                   "Since the start of the proposed

7              class period, Google has maintained an

8              informational page titled 'Advertising.'"

9              The page is currently available at a URL.

10        Q.   Okay.  And then --                               14:14

11        A.   And then in section -- and that's just

12   to --

13        Q.   I'm not trying to interrupt.

14        A.   I know.  I know.

15        Q.   So can you then read the exact language -- 14:14

16        A.   Yes.

17        Q.   -- in the disclosure?

18        A.   Yes.

19        Q.   Thank you.

20        A.   I was pointing you to the --                   14:14

21        Q.   Good.

22        A.   -- to the paragraph.  So Exhibit 2 is

23   identified in paragraph 16.

24              Paragraph 17, there is a section about --

25   a sub-header labeled "How Google uses cookies in    14:14

Page 262

1    advertising" which explains how partners may use

2    cookies to personalize ads for users.

3            And there's text that says:

4            (As read):

5                "'Many websites, such as news sites    14:14

6            and blogs, partner with Google to show ads

7            to their visitors.  Working with our

8            partners, we may use cookies for a number

9            of purposes,'" including -- there is a

10           dot, dot, dot -- "'to show ads that are    14:14

11           likely to be more relevant (such as ads

12           based on websites you have visited).'"

13           And this, again, is a description of how

14   we might share information in the context of

15   showing how information may be shared via cookie    14:14

16   for express purposes of third-party ads.

17           In the context of -- sorry.  Let me find

18   the next...

19           Section 29 -- or paragraph 29:

20           (As read):                                 14:15

21               "The 'How personalized ads work' page

22           contains multiple disclosures related to

23           'ads on partner sites and apps,' which it

24           states 'specifically use Google technology

25           to show ads' that 'are either personalized  14:15

Page 263

1       or non-personalized.'"

2            And then there are various texts that

3    includes factors such as information you've given

4    to that website or app that can affect the types

5    of ads that are shown through Google services like    14:15

6    RTB.

7            And then on a disclosure related to GAP

8    and disabling GAP -- I believe it's "How

9    Google" -- it's in the third-party -- it's the

10   document "How Google uses information from sites    14:16

11   or apps that use our services."  Let me find the

12   exhibit for you.

13   BY MS. WEAVER:

14        Q.  I'm sorry.  Can you slow down.  Which

15   exhibit and which page?    14:16

16        A.  Exhibit -- it's Exhibit 6, the "Ads

17   personalization" section of Exhibit 6, which is --

18   ends with 6119 -- it's the first page of that

19   exhibit -- states:

20            (As read):    14:17

21            "If ads personalization is turned on,

22            Google will use your information to make

23            your ads more useful to you."

24            And then it provides an example:

25            "If ads personalization is off,    14:17

Page 264

1          Google will not collect or use your

2          information to create an ad profile or

3          personalize the ads shown to you....  Ads

4          may still be based on the topic of the

5          website or app you are looking at, your          14:18

6          current search terms, or your general

7          location, but not on interests, search

8          history, or browsing activity."

9               "Google will not personalize the ads

10          you see if your ad personalization" --          14:18

11     Q.   I'm sorry.  I'm not following where you

12     are now.

13     A.   Sorry.  It's the second -- the next

14     paragraph.  It's the third paragraph in the "Ad

15     personalization" section:                            14:18

16          (As read):

17               "Google will not personalize the ads

18          you see if your ad personalization setting

19          is off or your account is ineligible....

20               "You may see and control what          14:18

21          information we use to show you ads by the

22          same (sic) ad settings."

23          And this is in the context of third-party

24     sites and apps that use services.

25     Q.   I'm really sorry, but which page are you          14:18

Page 265

1    on?   What's the Bates?

2         A.   Exhibit 6.

3         Q.   5 or 6?

4         A.   Exhibit 6.

5         Q.   Exhibit 6 at Bates number --                14:18

6         A.   "Ad personalization" section.

7         Q.   -- 6119 --

8         A.   Yes.

9         Q.   -- the "Ads personalization" --

10        A.   It's towards the bottom.                     14:18

11        Q.   (As read:)

12                    "Google will not personalize the ads

13             you see if your ad personalization setting

14             is off or if your account is ineligible."

15             Is that it?                                  14:19

16        A.   Yes, that's correct.

17        Q.   Okay.

18        A.   And then the section at 6120 describes:

19             (As read):

20                    "Here are some ways you can control   14:19

21             the information that is shared by your

22             device when you visit or interact with

23             sites and apps that use Google services."

24             This is the third-party sites and apps

25    that use Google services.                            14:19

                                          Page 266

```
 1              And:
 2                     "Ad settings helps you control ads
 3              you see on Google...or on non-Google
 4              websites and apps that use Google's ad
 5              services.   You can also learn how ads are   14:19
 6              personalized, opt out of ad
 7              personalization, and block specific
 8              advertisers."
 9              And then there are various other
10     disclosures about how you can change or delete        14:20
11     cookies.
12              And in the -- there's one more exhibit
13     with that, too.
14              The Ad Center, which I will need to find
15     which exhibit that is...                              14:20
16              Sorry.   These are not labeled.
17              In Exhibit 5, I believe it is...
18              Exhibit 5 is an example of the disclosure
19     when a user goes to the Ad Center to review their
20     ad settings, they can choose to opt out of            14:21
21     personalization on partner sites.
22              And then there's a disclosure that
23     explains --
24        Q.   Can you -- yeah.
25        A.   -- what does this mean.                        14:22
```

Page 267

1          Q.  So instead of describing, because I've

2     read your deck, can you read the language?

3          A.  Yeah, I'm just describing the actual --

4          Q.  Perfect.

5          A.  -- location of this.  This particular        14:22

6     disclosure sits in My Ad Center.

7          Q.  Okay.

8          A.  As described in my declaration -- this

9     disclosure sits in the Ad Center, where users can

10    control their ads.                                      14:22

11              There is a disclosure that describes "How

12    Personalized Ads Work," and there is a section on

13    both personalized ads and, effectively, how ads

14    work.

15              (As read):                                    14:22

16                  "Open the sections below to learn

17              more about the factors used to show you

18              personalized and non-personalized ads."

19              And then there's information about what is

20    used for personalized ads.                              14:23

21              And then "Activity from sites that partner

22    with Google" is referenced here.

23              And then in the "Non-personalized ads"

24    section -- if -- that first page of "How

25    personalized ads work," Exhibit 5 -- it describes:  14:23

                                           Page  268

1          (As read):

2              "Non-personalized ads on Google are

3          shown...according to factors like the time

4          of day, the topic of the website you're

5          visiting, your general location, or your     14:23

6          current search."

7              "Websites, like news sites" -- this

8          is moving to the next page over.

9              "Websites, like news sites and

10         shopping sites, and apps often have space    14:23

11         reserved for ads.  When sites and apps

12         would like to show ads, they can partner

13         with Google or a number of other ad

14         technology providers to manage those

15         spaces and show visitors relevant ads."      14:23

16             "Ads you see" --

17         In the following section below that; you

18    jump one paragraph:

19             (As read):

20             "Ads you see on partner sites and       14:24

21         apps are either personalized or

22         non-personalized.  Although these partner

23         sites are neither owned nor operated by

24         Google, you can choose whether or not the

25         ads you see on sites are personalized."      14:24

Veritext Legal Solutions

Calendar-CA@veritext.com 866-299-5127

1          That's one more example of the kind of

2    control a user has on what information would be

3    shared.

4          The section below that explains how ads

5    show up on partner sites and apps.  Non -- the          14:24

6    "Non-personalized ads on partner sites and apps"

7    section describes:

8          (As read):

9                "Non-personalized ads on partner

10               sites and apps are shown to you according  14:24

11               to factors like the time of day, the topic

12               of the website you're visiting, or your

13               general location."

14         And "The 'Advertising'" -- I believe I

15   walked through this earlier.  "The 'Advertising         14:24

16   Disclosure" as well, Exhibit 2, talks about -- in

17   the section "How Google uses cookies in

18   advertising" --

19      Q.  Which page?

20      A.  On the first page -- I apologize -- 0208,        14:25

21   Exhibit 2, right-hand corner.

22      Q.  This is the same paragraph that you read

23   before, "Many websites partner with Google to show

24   ads to their visitors"?

25      A.  And "we may use cookies for a number of          14:25

                                              Page 270

1    purposes."

2              And then the next section below that, "We

3    store a record," and it describes the kinds of

4    information that may be used for the purposes of

5    advertising.                                    14:25

6              And then towards the bottom -- it's

7    actually cut off a little bit in my copy -- "Other

8    technologies used in advertising":

9         (As read):

10              "Google advertising systems may use    14:26

11         other technologies....  We may use the IP

12         address, for example, to identify your

13         general location.  We also may select

14         advertising based on information about

15         your computer or device, such as your    14:26

16         device model, browser type" -- and then

17         it's cut off -- "or sensors" -- I'm not

18         sure what that says -- "on your device."

19              And then there is a section below it

20    around advertising identifiers, if you look at    14:26

21    0209, to talk about:

22         (As read):

23              "To serve ads in services where

24         cookie technology may not be available

25         (for example, mobile apps), we use    14:26

Page 271

CONFIDENTIAL

```
 1              technologies that perform similar

 2              functions."

 3              And it describes how the identifier would

 4     be used for the purposes of advertising with

 5     advertisers.                                    14:26

 6              For example -- here we go:

 7                   "Sometimes Google links the

 8              identifier used for advertising...to a

 9              mobile cookie -- advertising cookie...to

10              coordinate ads on your mobile apps and   14:27

11              mobile browser."

12              And then there is a section underneath it

13     that describes what determines the ads:

14              (As read):

15                   "Sometimes the ads you see are based 14:27

16              on your current or past location.  Your IP

17              address is usually a good indication of

18              your approximate location."

19                   "Sometimes you may see an ad on the

20              web that's based on your app activity or  14:27

21              activity on Google services; an in-app ad

22              that's based on your web activity; or...

23              activity on another device.

24                   "Sometimes the ad you see on a page

25              is served by Google but selected by       14:27
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          another company.  For example, you might

2          have registered with a newspaper website.

3          From the information you've given the

4          newspaper, it can make decisions about

5          which ads to show you, and it can use          14:27

6          Google's ad serving products to deliver

7          those ads."

8          And these are some examples of how we

9     communicate to users what data is collected and

10    how it might be used in the context of a third          14:28

11    party --

12         Q.   Okay.

13         A.   -- ad that's shown.

14              I think these are the main examples.

15         Q.   Okay.  I'm going to go back --          14:28

16         A.   Sure.

17         Q.   -- and try to address some of these.

18         A.   Sure.

19         Q.   You feel like you've picked out the main

20    ones?          14:28

21         A.   I think I've picked out the main ones.  If

22    something else drives my memory, I'll ask.

23         Q.   Okay, great.

24              Starting with -- well, looking at all of

25    these and looking at the promise in the consent          14:28

Page 273

1          Q.   Does Google, in any of the disclosures

2     you've identified, tell class members, "We do

3     share information that personally identifies you

4     with advertisers"?

5                MS. REDDY:   Objection.   Exceeds the scope   14:31

6     of the 30(b)(6) notice.

7                THE WITNESS:   We don't communicate to

8     users that we share their personal information

9     with advertisers in our disclosures because we do

10    not do that.                                            14:31

11    BY MS. WEAVER:

12         Q.   And can you turn to Exhibit 40 in the same

13    declaration.

14         A.   Yes.

15         Q.   And that is the 3/24/2021 privacy policy.    14:31

16              And I ask you to turn to page 20 of 29.

17         A.   Yes.

18         Q.   Do you see "Personal information" in this

19    policy?

20         A.   I do.                                         14:32

21         Q.   And can you read that definition into the

22    record.

23         A.   (As read:)

24                   "Personal information.

25                   "This is information that you provide   14:32

                                              Page 277

1    STATE OF CALIFORNIA

2

3    REPORTER'S CERTIFICATE

4

5          I, EARLY LANGLEY, a Shorthand Reporter,

6    State of California, do hereby certify:

7          That SUNEETI VAKHARIA, in the foregoing

8    deposition named, was present and by me sworn as a

9    witness in the above-entitled action at the time

10   and place therein specified;

11         That said deposition was taken before me at

12   said time and place, and was taken down in

13   shorthand by me, a Certified Shorthand Reporter of

14   the State of California, and was thereafter

15   transcribed into typewriting, and that the

16   foregoing transcript constitutes a full, true and

17   correct report of said deposition and of the

18   proceedings that took place;

19         That before completion of the proceedings,

20   review of the transcript was not requested.

21         IN WITNESS WHEREOF, I have hereunder

22   subscribed my hand this November 17, 2023.

23         *Earley Langley*

24

         EARLY LANGLEY, CSR NO. 3537

25         State of California

                              Page 333