# EXHIBIT 3

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

```
 1    ** C O N F I D E N T I A L **
 2    IN THE UNITED STATES DISTRICT COURT
 3    NORTHERN DISTRICT OF CALIFORNIA
 4    OAKLAND DIVISION
 5    CASE NO. 4:21-CV-02155-YGR
 6    ------------------------------------x
 7
      IN RE GOOGLE RTB CONSUMER
 8    PRIVACY LITIGATION
 9
      ------------------------------------x
10
      This document applies to all actions
11
      ------------------------------------x
12                  October 30, 2023
                    9:02 a.m.
13
14
15        Videotaped Deposition of GLENN
16    BERNTSON, taken by Plaintiffs, pursuant to
17    Notice, held at the offices of Simmons
18    Hanly Conroy LLC, 112 Madison Avenue, New
19    York, New York, before Todd DeSimone, a
20    Registered Professional Reporter and Notary
21    Public of the State of New York.
22
23
24
25

                                      Page 1
```

| | | |
|---|---|---|
| 1 | encryption or decryption key? | 10:07:50AM |
| 2 | A. I would need to look that up. | 10:07:53AM |
| 3 | Q. Is it the RTB key? | 10:07:55AM |
| 4 | A. Probably, but I would need to | 10:07:57AM |
| 5 | look that up. | 10:08:01AM |
| 6 | Q. Does Google log, map, associate | 10:08:04AM |
| 7 | or link the common Biscotti ID that forms | 10:08:07AM |
| 8 | the basis for each Google user ID shared in | 10:08:10AM |
| 9 | RTB to a person's Google account or Google | 10:08:13AM |
| 10 | account ID? | 10:08:16AM |
| 11 | MR. SOMVICHIAN: Objection, | 10:08:19AM |
| 12 | vague and ambiguous. | 10:08:19AM |
| 13 | A. We have systems in place | 10:08:28AM |
| 14 | specifically to partition that Biscotti and | 10:08:34AM |
| 15 | GAIA to make sure that whatever linkages | 10:08:37AM |
| 16 | are in place are there purely for approved | 10:08:41AM |
| 17 | business purposes, such as being able to | 10:08:45AM |
| 18 | identify that there is a query that comes | 10:08:51AM |
| 19 | in for a signed-in user on a publisher that | 10:08:52AM |
| 20 | has enabled GAIA keyed serving, that we can | 10:08:56AM |
| 21 | process that as a personal ad request and | 10:09:01AM |
| 22 | still enable RTB. And so RTB specifically | 10:09:04AM |
| 23 | is dealing only in the Biscotti ID space | 10:09:08AM |
| 24 | and not the GAIA ID space. So when you say | 10:09:11AM |
| 25 | explicitly link, only to make sure that we | 10:09:14AM |

Page 55

| | | |
|---|---|---|
| 1 | never actually combine GAIA and Biscotti. | 10:09:18AM |
| 2 | ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:09:25AM |
| 3 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:09:31AM |
| 4 | MR. SOMVICHIAN: Hold on. Hold | 10:09:37AM |
| 5 | on. Objection, vague and ambiguous. | 10:09:38AM |
| 6 | It is also beyond the scope of the | 10:09:41AM |
| 7 | 30(b)(6) topics, lacks foundation. | 10:09:42AM |
| 8 | MR. BARNES: Your witness | 10:09:46AM |
| 9 | talked about purposes. He opened the | 10:09:47AM |
| 10 | door. | 10:09:48AM |
| 11 | A.   You referred to two different | 10:09:48AM |
| 12 | IDs and called it "it." Can you rephrase? | 10:09:50AM |
| 13 | ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:09:54AM |
| 14 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 10:09:57AM |
| 15 | MR. SOMVICHIAN: Same | 10:09:59AM |
| 16 | objections, beyond the scope. | 10:10:00AM |
| 17 | A.   They are used in some cases for | 10:10:11AM |
| 18 | conversion tracking to my knowledge. I'm | 10:10:14AM |
| 19 | not an expert on conversion tracking, but | 10:10:21AM |
| 20 | to my knowledge they are. | 10:10:24AM |
| 21 | Q.   What is ▇▇▇▇ ▇▇▇▇▇ | 10:10:25AM |
| 22 | ▇▇▇▇ | 10:10:29AM |
| 23 | MR. SOMVICHIAN: Also beyond | 10:10:32AM |
| 24 | the scope, vague and ambiguous. | 10:10:33AM |
| 25 | MR. BARNES: I would ask you to | 10:10:40AM |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | read the deposition notice again. | 10:10:41AM |
| 2 | Topic 5 is the databases, data systems | 10:10:42AM |
| 3 | or data logs that contain or reflect | 10:10:45AM |
| 4 | how Google logs, maps, associates or | 10:10:47AM |
| 5 | links to personal Google accounts, | 10:10:49AM |
| 6 | Counsel. | 10:10:51AM |
| 7 | Q.    What is the ▆▆▆ ▆▆▆ | 10:10:52AM |
| 8 | ▆▆▆ Mr. Berntson? | 10:10:53AM |
| 9 | ▆ ▆▆▆▆▆▆▆▆▆▆▆▆ | 10:10:54AM |
| 10 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 10:10:57AM |
| 11 | ▆▆▆▆▆▆▆▆▆▆▆ | 10:11:03AM |
| 12 | ▆▆▆▆▆▆▆▆▆▆▆ | 10:11:08AM |
| 13 | ▆▆▆▆▆▆▆▆▆. | 10:11:10AM |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Case 4:21-cv-02155-YGR　　Document 628-4　　Filed 12/06/23　　Page 6 of 10
CONFIDENTIAL



```
22      Q.      ■■■■■■■■■■■■■■■■■■■■■■■■  ■■■■■■■■■
                ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■  10:13:00AM
24      A.      ■■                                 10:13:03AM
25      Q.      When you referenced ■■             10:13:04AM
```

Page 58

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.     We are assuming there is going | 10:14:12AM |
| 2 | to be an RTB auction.  When a signed-in | 10:14:14AM |
| 3 | user gets data sent to the ▓▓▓▓▓▓▓ | 10:14:17AM |
| 4 | ▓▓▓▓ what is the payload, what can be | 10:14:21AM |
| 5 | included in the payload that ▓ sends back | 10:14:25AM |
| 6 | and where does ▓ send it back to? | 10:14:28AM |
| 7 | MR. SOMVICHIAN:  I object to | 10:14:32AM |
| 8 | form, vague and ambiguous, incomplete | 10:14:33AM |
| 9 | hypothetical. | 10:14:36AM |
| 10 | A.     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10:14:37AM |
| 11 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10:14:42AM |
| 12 | ▓▓▓▓▓▓▓▓▓▓ | 10:14:45AM |
| 13 | Q.     What is returned from ▓ when | 10:14:50AM |
| 14 | a user is signed in? | 10:14:54AM |
| 15 | MR. SOMVICHIAN:  Same | 10:14:56AM |
| 16 | objections. | 10:14:56AM |
| 17 | A.     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ |  |

[Remainder of answer redacted]

Page 60

```
1    ad request.                                      10:15:29AM
2    ███ ██████████████████████         ███           10:15:37AM
3    ███ ████████████████████████       ███
     █   ██████                         ███
     █   ███ ████████ ████████████████  ███
     █   █████████                                    10:15:37AM
7         A.    Okay.                                 10:15:38AM
8         Q.    Sorry, I don't know if he             10:15:39AM
9    picked it up.                                    10:15:41AM
10        A.    That's fair.                          10:15:42AM
11        Q.    Okay.                                 10:15:42AM
12        A.    I assumed GAIA was a given            10:15:43AM
13   given that you were talking about                10:15:45AM
14   processing a signed-in ad request.               10:15:47AM
15        Q.    Okay.  And after it hits ███          10:15:48AM
16   does ██ send information on to anywhere in       10:15:51AM
17   Google's system?                                 10:15:55AM
18        A.    Yes.                                  10:15:57AM
19        Q.    Where does it send it?                10:15:57AM
20        A.    ████████████                          10:16:00AM
21        Q.    And would you refer to what ███       10:16:01AM
22   sends to ████████ as a payload?                  10:16:04AM
23        A.    I would refer to it as a              10:16:10AM
24   request.                                         10:16:11AM
25        Q.    What is in the request that           10:16:13AM
```

Page 61



```
 1    ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
 2  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                      ▇▇▇▇
 3  ▇ ▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
 4  ▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
 5  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
 6  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇            ▇▇▇▇
 7  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
 8  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇            ▇▇▇▇
 9  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇                              ▇▇▇▇
10  ▇       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇        ▇▇▇▇
11  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
12  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
13  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              ▇▇▇▇
14  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              ▇▇▇▇
15  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
16  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
17  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇
18  ▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                ▇▇▇▇
19  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              ▇▇▇▇
20  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                  ▇▇▇▇
21  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇      ▇▇▇▇
22  ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                10:26:13AM
23      Q.    What is the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇          10:26:14AM
24      ▇                                            10:26:18AM
25      A.    The ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇            10:26:18AM
```

Page 70

```
 1                CERTIFICATION
 2
 3      I, TODD DeSIMONE, a Notary Public for
 4   and within the State of New York, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me; and
 8   that the within transcript is a true record
 9   of the testimony given by said witness.
10      I further certify that I am not related
11   to any of the parties to this action by
12   blood or marriage, and that I am in no way
13   interested in the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 30th day of October, 2023.
16
17
18
19
20
21                  [signature: Todd DeSimone]
22                  TODD DESIMONE
23
24
25
```

Page 256