Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*<br><br>This document applies to all actions. | Case No. 4:21-cv-02155-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO GOOGLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING (ECF 628)**<br><br>**CIVIL L.R. 7-3(d); 7-11**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## I. INTRODUCTION AND STATEMENT OF RELIEF SOUGHT

Pursuant to Civil Local Rules 7-3(d) and 7-11, and for the reasons set forth herein and in the accompanying Declaration of Elizabeth C. Pritzker ("Pritzker Decl."), plaintiffs respectfully request leave to file a response to Defendant Google, LLC's Evidentiary Objections, dated December 6, 2023. ECF No. 628 (the "Objections"). Plaintiffs' proposed response is attached as **Exhibit A** to the accompanying Pritzker Declaration. A proposed order granting leave also accompanies this motion.

## II. COMPLIANCE WITH CIVIL LOCAL RULE 7-11(a)

Plaintiffs conferred with Google's counsel as required by Civil Local Rule 7-11(a). As of the filing of this motion, Google has not provided plaintiffs with its position on the motion. Pritzker Decl. ¶ 4.

## III. ARGUMENT

By way of a short set of evidentiary objections to which plaintiffs have no automatic right to reply, Google seeks to strike large portions, or even the entirety of, four of plaintiffs' class certification rebuttal reports, including the rebuttal reports of Prof. Wilson, Dr. Zeithammer, Prof. Richards, and Mr. Regan. Google also seeks to extensively supplement the record with respect to the deposition testimony of two Google corporate witnesses and one of plaintiffs' experts cited by plaintiffs in their reply papers on the grounds that what plaintiffs submitted is incomplete because elsewhere in those depositions, the witnesses may have said things contradictory or more favorable to Google.

Plaintiffs seek leave of Court to file a short response to Google's Objections because those Objections misstate the record and misapply the applicable law. Contrary to what Google claims in its Objections, the expert testimony it seeks to strike is proper rebuttal testimony. It directly responds to the opinions expressed by Google's experts and to the extensive new evidence Google only produced with its opposition to plaintiffs' class certification motion. The law is nowhere as confined as Google represents it to be in its Objections, and plaintiffs' experts' rebuttal testimony is well within what is allowed as proper rebuttal testimony. Plaintiffs' experts also are not providing "improper opinion testimony," as Google contends. Finally, there is nothing misleading or incomplete about how plaintiffs cited to the deposition testimony of Google's corporate witnesses and plaintiffs' expert, and the mere fact that those witnesses

may have said something elsewhere in their testimony that is more favorable to Google is not a license for Google to now attempt to rehabilitate those witnesses with the late submission of their testimony.

As a matter of fairness, and given the extent to which Google seeks to materially change the class certification record by way of its Objections, plaintiffs should be allowed the opportunity to respond to the Objections.

## IV. CONCLUSION

If the Court does not strike the Objections, for the reasons set forth above, plaintiffs respectfully request leave to file the proposed response attached as Exhibit A to the Pritzker Declaration.

DATED: December 12, 2023            Respectfully submitted,

**PRITZKER LEVINE LLP**
By: *Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No.146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400 *jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

**DICELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*julwick@dicellolevitt.com*

**COTCHETT PITRE & MCCARTHY, LLP**
Nancy E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**BOTTINI & BOTTINI INC.**
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
7817 Ivanhoe Ave., Ste. 102
LA Jolla, CA 92037
Tel.: (848) 914-2001
*fbottini@bottinilaw.com*

*Plaintiffs' Executive Committee*