Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD**<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT GOOGLE LLC'S EVIDENTIARY OBJECTIONS (ECF NO. 628)** |

I, Elizabeth C. Pritzker, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court and a partner of Pritzker Levine LLP, one of law firms representing plaintiffs in this matter. On August 3, 2021, I was appointed to serve as Interim Class Counsel for plaintiffs. ECF No. 77.

2. Pursuant to Civil Local Rules 7-3 and 7-11, I submit this declaration in support of plaintiffs' motion for leave to file a response to defendant Google LLC's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing (ECF No. 628), in which Google (i) seeks to strike large portions or all of four of plaintiffs' class certification rebuttal expert reports, and (ii) to supplement the record by submitting additional deposition testimony from two Google corporate witnesses and one of plaintiffs' experts on the grounds that what plaintiffs submitted is somehow incomplete.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

4. On Friday, December 8, 2023, plaintiffs' counsel informed Google's counsel that plaintiffs would be filing this motion for leave and asked Google to provide plaintiffs with its position on the motion by noon on Monday, December 11, 2023. Google asked for more information as to the basis for the motion on Monday morning, to which plaintiffs promptly responded. Google then requested times for a meet and confer the following day to discuss further before providing a simple response as to whether Google would oppose the motion or not. Plaintiffs invited a prompt meet and confer on Monday afternoon to avoid any delay in the filing of this motion, to which Google did not respond. Plaintiffs reached out again on Tuesday morning, December 12, 2023 and again invited a prompt meet and confer. As of the filing of this motion at noon on Tuesday, December 12, 2023, Google has not responded further or provided its position with respect to this motion.

5. Attached hereto as **Exhibit A** is plaintiffs' proposed response to Google's evidentiary objections if the Court grants plaintiffs leave to file a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of December in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker