1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT GOOGLE LLC'S EVIDENTIARY OBJECTIONS** |

On December 6, 2023, defendant Google LLC filed evidentiary objections to certain evidence plaintiffs submitted in support of their class certification reply briefing. ECF No. 628. In its objections, Google seeks to strike portions of the rebuttal reports of four of plaintiffs' class certification experts and to supplement the record with additional testimony from two of Google's corporate witnesses and one of plaintiffs' experts. Google contends that the expert testimony it seeks to strike is not proper rebuttal testimony or is improper opinion testimony, and that it is entitled to supplement the deposition testimony record so that it is "complete."

Plaintiffs seek leave to file a response to Google's evidentiary objections and have submitted their proposed response as an exhibit to their motion for leave. Plaintiffs contend that all of the expert testimony in question is proper rebuttal testimony under the applicable law and that none is improper opinion testimony. Plaintiffs also respond that the deposition testimony they submitted is complete and that the mere fact that Google can point to other testimony by these deponents that is more favorable to Google is not a ground to allow Google to supplement the record after briefing has closed.

Having considered the parties submissions and the record in this action, the Court hereby **GRANTS** plaintiffs' motion for leave to file a response to Google's evidentiary objections. Plaintiffs shall file the response attached as Exhibit A to the Pritzker Declaration within two business days of this order.

**IT IS SO ORDERED**

DATED: December __, 2023

_____
YVONNE GONZALEZ ROGERS
United States District Judge