United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION** | **Case No.:** 4:21-cv-2155-YGR<br><br>**ORDER SEEKING UPDATES ON ALL PENDING MOTIONS**<br><br>Re: Dkt. Nos. 496, 497, 499, 500, 521, 528, 545, 546, 547, 548, 549, 553, 558, 582, 583, 586, 587, 588, 601, 602, 608, 616, 618, 619, 620, 621, 622, 623, 624, 627, 630 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court **ORDERS** the parties to provide an update as to the status of all pending motions. Parties shall file a joint statement, in chart form, by no later than **Monday, December 18, 2023. Absolutely no argument should be included in the joint statement.** The parties shall only provide the following updates: (1) Identify all pending motions (note, in red, any motion that is not listed above); (2) Identify which motions are now moot and which motions still need resolution from the Court; (3) Identify which motions are in front of this Court and which are in front of Magistrate Judge DeMarchi; (4) For the motions that need resolution by this Court, identify which are ripe; and (5) For all motions that are ripe and in front of this Court, the parties may jointly propose any mechanisms the Court could adopt for their efficient resolution.

**IT IS SO ORDERED**.

Date: **December 13, 2023**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE