| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274880)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO<br>(SBN 333789) (lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to:  *all actions*, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF GOOGLE'S OPPOSITION TO PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE GOOGLE'S DAMAGES EXPERT BRUCE DEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S ADMIN.
MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' *Daubert* Motion to exclude the expert testimony of Google's damages expert Bruce Deal, and its accompanying Exhibits.

Upon consideration of the motion and the concurrently-filed Declaration of Whitty Somvichian ("Somvichian Declaration"), the Court hereby orders as follows:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Google's Opposition to Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal | Somvichian Declaration ¶¶ 3, 6–9 | |
| Ex. 1 (Deal Deposition Transcript) to the Declaration of Aarti Reddy ("Reddy Declaration") in Support of Google's Opposition to Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal | Somvichian Declaration ¶¶ 3, 6–9 | |
| Ex. 2 (Berntson Deposition Transcript) to the Reddy Declaration in Support of Google's Opposition to Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal | Somvichian Declaration ¶¶ 3, 10–11 | |
| Ex. 3 (Regan Deposition Transcript) to the Reddy Declaration in Support of Google's Opposition to Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal | Somvichian Declaration ¶¶ 3, 6–9 | |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order re Google's Admin.
Motion to File Under Seal
Case No. 4:21-cv-02155-YGR-VKD