1  COOLEY LLP                                    COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)               ROBBY L.R. SALDAÑA (DC No. 1034981)
2  (rhodesmg@cooley.com)                        (rsaldana@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)               (*Admitted pro hac vice*)
3  (wsomvichian@cooley.com)                     KHARY J. ANDERSON (DC No. 1671197)
   AARTI REDDY (SBN 274889)                     (kjanderson@cooley.com)
4  (areddy@cooley.com)                          (*Admitted pro hac vice*)
   KYLE C. WONG (SBN 224021)                    1299 Pennsylvania Avenue, NW, Suite 700
5  (kwong@cooley.com)                           Washington, DC 20004-2400
   REECE TREVOR (SBN 316685)                    Telephone:    +1 202 842 7800
6  (rtrevor@cooley.com)                         Facsimile:    +1 202 842 7899
   ANUPAM DHILLON (SBN 324746)
7  (adhillon@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO
8  (SBN 333789)
   (lsanchezsantiago@cooley.com)
9  3 Embarcadero Center, 20th Floor
   San Francisco, CA 94111-4004
10 Telephone:    +1 415 693 2000
   Facsimile:    +1 415 693 2222
11
   Attorneys for Defendant
12 GOOGLE LLC

13                        UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17 In re Google RTB Consumer Privacy            Master File No. 4:21-cv-02155-YGR-VKD
   Litigation,
18                                              **PROOF OF SERVICE OF [UNREDACTED]
                                                DOCUMENTS**
19
   This Document Relates to: *all actions*
20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE OF
[UNREDACTED] DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD

1

**PROOF OF SERVICE**

2          I am a citizen of the United States and a resident of the State of California.  I am

3   employed in San Francisco County, State of California, in the office of a member of the bar of

4   this Court, at whose direction the service was made.  I am over the age of eighteen years, and not

5   a party to the within action.  My business address is Cooley LLP, 3 Embarcadero Center, 20th

6   Floor, San Francisco, California 94111-4004 and my email address is gwilson@cooley.com.  On

7   the date set forth below I served the documents described below in the manner described below:

8             1.      **Ex. A (UNREDACTED) to Declaration of Whitty Somvichian**

9             2.      **Ex. B (UNREDACTED) to Declaration of Whitty Somvichian**

10            3.      **Ex. C (UNREDACTED) to Declaration of Whitty Somvichian**

11            4.      **Ex. D (UNREDACTED) to Declaration of Whitty Somvichian**

12

13   ☒      (BY ELECTRONIC MAIL) I am personally and readily familiar with the business
            practice of Cooley LLP for the preparation and processing of documents in
14          portable document format (PDF) for e-mailing, and I caused said documents to be
            prepared in PDF and then served by electronic mail to the parties listed below.

15   on the following part(ies) in this action:

| **BLEICHMAR FONTI & AULD LLP** | **SIMMONS HANLY CONROY LLC** |
|---|---|
| Lesley Weaver | Jason "Jay" Barnes (admitted *pro hac vice*) |
| Anne Davis | An Truong (admitted *pro hac vice*) |
| Joshua D. Samra | 112 Madison Avenue, 7th floor |
| 555 12th Street, Suite 1600 | New York, NY  10016 |
| Oakland, CA  94607 | Tel: (212) 784-6400 |
| Tel:  (415) 445-4003 | Fax: (212) 213-5949 |
| Fax:  (415) 445-4020 | |
| Email:  lweaver@bfalaw.com | Email: jaybarnes@simmonsfirm.com |
|          adavis@bfalaw.com |          atruong@simmonsfirm.com |
|          jsamra@bfalaw.com | |
| ***Attorneys for Consolidated Plaintiffs*** | ***Attorneys for Consolidated Plaintiffs*** |

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

2

Proof of Service of
[UNREDACTED] Docs.
Case No. 4:21-cv-02155-YGR-VKD

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>       jkl@pritzkerlevine.com<br>       bc@pritzkerlevine.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY  10017<br>Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>       crhodes@dicellolevitt.com<br>       Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>***Attorneys for Consolidated Plaintiffs*** |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>       nnishimura@cpmlegal.com<br>       BDanitz@cpmlegal.com<br>       JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>       ykolesnikov@bottinilaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

Executed on December 13, 2023, at Walnut Creek, California.

_Gina Wilson_
_____
Gina Wilson

3