COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE GOOGLE LLC'S EXPERT BRUCE DEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO DEF.'S OPP.
TO PLFS' *DAUBERT* MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Opposition to Plaintiffs' *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal.

2. Attached hereto as **Exhibit 1** is a true and correct excerpted copy of the transcript of the Deposition of Bruce Deal in this action, dated October 24, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the transcript of the Deposition of Glenn Berntson in this action, dated October 8, 2022.

4. Plaintiffs deposed Dr. Berntson again on October 30, 2023, and they previously deposed Dr. Berntson's predecessor, Stanislav Belov, on October 13, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct excerpted copy of the transcript of the Deposition of Greg Regan in this action, dated September 5, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct excerpted copy of the transcript of the deposition of Robert Zeithammer in this action, dated September 7, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct excerpted copy of the transcript of the deposition of Suneeti Vakharia and Google LLC in this action, dated November 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2023 in Newport Beach, California.

*/s/ Aarti Reddy*
Aarti Reddy

295359071

Cooley LLP
Attorneys at Law
San Francisco

2

Dec. of A. Reddy ISO Def.'s Opp.
to Plfs' *Daubert* Motion
Case No. 4:21-cv-02155-YGR-VKD