# EXHIBIT 2
# to the Declaration of
# Aarti Reddy
## (Excerpt Copy of Transcript of
## G. Berntson)

**(REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)**

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3      OAKLAND DIVISION
        Case No. 4:20-cv-02155-YGR-VKD
 4      ----------------------------------------x
 5      In re Google RTB Consumer Privacy
        Litigation
 6      This document applies to all actions
 7      ----------------------------------------x
 8                      December 8, 2022
 9                        9:14 a.m.
10
11                     *CONFIDENTIAL*
12
13         VIDEOTAPED DEPOSITION of DR. GLENN
14      BERNTSON, held at the offices of Simmons
15      Hanly Conroy LLC, located at 112 Madison
16      Avenue, 7th Floor, New York, New York
17      10016, before Anthony Giarro, a Registered
18      Professional Reporter, a Certified Realtime
19      Reporter and a Notary Public of the State
20      of New York.
21
22
23
24
25

                                              Page 1
```

CONFIDENTIAL



18   MR. GUTKIN: Object as
19   improper hypothetical, vague and
20   lacks foundation.

Page 165

```
 1                    C E R T I F I C A T I O N
 2
 3
 4          I, ANTHONY GIARRO, a Shorthand
 5     Reporter and a Notary Public, do hereby
 6     certify that the foregoing witness, DR.
 7     GLENN BERNTSON, was duly sworn on the date
 8     indicated, and that the foregoing, to the
 9     best of my ability, is a true and accurate
10     transcription of my stenographic notes.
11          I further certify that I am not
12     employed by nor related to any party to
13     this action.
14     Dated" December 9, 2022
15
16
17
18
19
20
21          ANTHONY GIARRO
22
23
24
25
```

Page 348