# EXHIBIT 3
# to the Declaration of
# Aarti Reddy
## (Excerpt Copy of Transcript of
## G. Regan)

**(REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | ) ) Case No. ) 4:21-cv-02155-YGR-VKD ) ) |
| This document applies to: All actions | ) ) ) |

VIDEO-RECORDED DEPOSITION OF GREG REGAN

Tuesday, September 5, 2023
San Francisco, California

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083
Job No. 6056486

1  shares information with third parties?
2       A.   I was connecting those two things.  And in
3  part, it was to express my under- -- recollection
4  that I -- that I don't know how much DV360 revenue
5  was generated during the period in how Google
6  internally treated it as a different category of
7  revenue.  That's...
8       Q.   What --
9       A.   -- what I was thinking.
10      Q.   Sorry, Mr. Regan.
11           Aren't Plaintiffs alleging that what's
12 improper in Google RTB is the selling or sharing of
13 information to third parties through Google RTB?
14      A.   Yes, that's my understanding.
15      Q.   If DV360 and GDN don't transmit data to
16 third parties, isn't that not at issue in this case?
17           MS. WEAVER:  Objection.
18           THE WITNESS:  That would be consistent
19 with my understanding.
20 BY MR. SALDAÑA:
21      Q.   Thank you, Mr. Regan.  You can set
22 Exhibit 2 to the side.  We'll turn back to
23 Exhibit 1, your report.
24           Turning to Paragraph 29, this is on page
25 10, do you see what's titled as "Figure 1"?

Page 81

1    Q.   And could -- could you explain why --
2    could you explain, saying that you don't believe so,
3    do you have any reason to doubt that?
4    A.   No.  Just that I'm not a lawyer, and I
5    think the attorneys are the best people to ask about
6    the definition of the class.
7    Q.   So on page 15 of your report, Paragraph
8    38, you state, "Having determined Google's gross RTB
9    revenues for U.S. account holders for most of the
10   Class Period."  [As read]
11            Correct?
12   A.   So I -- I got to page 15.  I was trying to
13   figure out where you're reading.  I just saw it now
14   on Paragraph 38.  Okay.  I'm with you.
15   Q.   So don't you state there, essentially,
16   that you're determining Google's gross RTB revenues
17   for U.S. account holders?
18   A.   Yes.
19   Q.   So you are trying to line up your analysis
20   with the proposed class definition; correct?
21   A.   Yes.
22   Q.   Which is limited to Google account
23   holders; correct?
24   A.   That's my understanding.
25   Q.   Did you do anything to investigate the

1  part of the class definition that focuses on subject
2  to a Google U.S. terms of service?
3      A.  What I recall is the -- the allegation, I
4  think it's my understanding that all U.S. account
5  holders must agree to the U.S. term -- terms of
6  service, and that those terms of service have been
7  substantially consistent throughout the class
8  period.
9      Q.  When you say "allegation," you're
10 referring to an allegation in the operative
11 Complaint in this case?
12     A.  Yes.
13     Q.  And your understanding that all U.S.
14 account holders must agree to the U.S. terms of
15 service is based solely on that allegation?
16     A.  I don't think it's based solely on that
17 allegation.  I -- the documents that I've seen,
18 including the -- the terms of service, I think
19 reenforce that recollection.  I have a recollection
20 of -- of testimony on this particular point.  But I
21 have seen other documents that perhaps it was
22 discovery responses that indicate or reenforce my
23 recollection.
24     Q.  Focused on the class definition, wouldn't
25 this exclude revenue that Google received or

Page 100

1  Media Number 2.  Off the record.  The time is 11:51.
2              (Lunch recess taken.)
3              THE VIDEOGRAPHER:  This marks the
4  beginning of Media Number 3 in the deposition of
5  Greg Regan.  We're back on the record.  The time is
6  12:41.
7  BY MR. SALDAÑA:
8      Q.   Mr. Regan, before we took a break for
9  lunch, we were discussing Step 1 of your Defendant's
10 profits calculation.
11             We were specifically focusing on your
12 understanding of the term ▮▮▮▮▮▮▮▮
13             Do you recall that?
14     A.   I do.
15     Q.   Did you assume that the phrase ▮▮▮▮▮▮▮▮
16 refers only to a Google account holder in Step 1 of
17 your analysis?
18     A.   Based upon the information presently
19 available to me, that -- that's the assumption I
20 made.
21     Q.   And when you refer to the information
22 presently available to you, can you clarify what you
23 mean?
24     A.   I think prior to breaking for lunch we had
25 talked about my understanding of a typical process,

Page 104

1       THE WITNESS: I think I've answered that
2   before, but the bases would be the discovery
3   requests that were issued to Google seeking this
4   type of information, Google's response to identify
5   ███████ revenue for RTB, and my understanding that
6   U.S. users agree to the terms of service in the U.S.
7   BY MR. SALDAÑA:
8       Q.  So focusing on the ███████ aspect of
9   the revenue data, you understand that the definition
10  of ███████ is also tied to an IP address; is
11  that correct?
12      A.  That's my understanding.
13      Q.  Do you know whether a Google account
14  holder subject to a U.S. terms of service could have
15  an IP address outside of the United States?
16      A.  I would imagine that to be possible, which
17  would cause the calculation of ███████ RTB revenue
18  to be understated.
19      Q.  Understated in -- in what way, to clarify?
20      A.  It would mean -- in the scenario that I
21  understand you're asking about, it would be a user
22  that would be -- or potentially a U.S. account
23  holder revenue that's classified in the ███████
24  ███ bucket, which would need to be reclassified to
25  a ███████████.

Page 225

# CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth remotely via videoconference and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [x] was [ ] was not requested.

In witness whereof, I have hereunto subscribed my name.

Dated: 7th day of September 2023

Hanna Kim

CLR, CSR No. 13083