# EXHIBIT 4
# to the Declaration of Aarti Reddy
## (Excerpt Copy of Transcript of R. Zeithammer)

ATTORNEYS EYES ONLY

1  *** TRANSCRIPT DESIGNATED ATTORNEYS EYES ONLY ***
2
3　　　　　　　UNITED STATES DISTRICT COURT
4　　　　　　NORTHERN DISTRICT OF CALIFORNIA
5　　　　　　　　　OAKLAND DIVISION
6
7  _____
　　　　　　　　　　　　　　)
8  In re Google RTB　　　　 )
　　Consumer Privacy　　　 ) Master File No.
9  Litigation,　　　　　　 ) 4:21-cv-02155-YGR-
　　This Document Relates  ) VKD
10 to:  All actions　　　　 )
　　_____)
11
12
13
14 VIDEOTAPED DEPOSITION OF PROFESSOR ROBERT ZEITHAMMER, PH.D.
15　　　　　　　Santa Monica, California
16　　　　　　Thursday, September 7, 2023
17　　　　　　　　　　Volume I
18
19
20
21
22 Reported by:
　　LORI M. BARKLEY
23 CSR No. 6426
24 Job No. 6056505
25 PAGES 1 - 257

                                                    Page 1

| | | |
|---|---|---|
| 1 | statements specifically in my report. | 09:30:09 |
| 2 | Q. Okay. Are you aware that Google produced | 09:30:11 |
| 3 | revenue data for RTB in this case? | 09:30:14 |
| 4 | A. No. | 09:30:20 |
| 5 | Q. And you didn't review any revenue data for RTB | 09:30:20 |
| 6 | in this case? | 09:30:28 |
| 7 | A. Let me check. | 09:30:33 |
| 8 | MR. DANITZ: Counsel, just -- I believe it's a | 09:30:41 |
| 9 | stipulation of the parties that the only documents that | 09:30:43 |
| 10 | need be disclosed are those relied upon. | 09:30:46 |
| 11 | And that's what is included in this report. | 09:30:49 |
| 12 | THE WITNESS: I think it's entirely possible | 09:30:52 |
| 13 | that in my course of research and familiarizing myself | 09:30:54 |
| 14 | with this case, I have reviewed some of revenue | 09:30:57 |
| 15 | documents. | 09:31:02 |
| 16 | But again, I checked my appendix, I don't think | 09:31:03 |
| 17 | I'm relying specifically on them in my report. | 09:31:08 |
| 18 | BY MS. REDDY: | 09:31:11 |
| 19 | Q. Okay, do you recall considering RTB revenue | 09:31:11 |
| 20 | materials in connection with forming your opinions in | 09:31:15 |
| 21 | this case? | 09:31:26 |
| 22 | (Technology discussion.) | 09:31:26 |
| 23 | MR. DANITZ: Counsel, again, it's the | 09:31:27 |
| 24 | stipulation of the parties that all documents considered | 09:31:29 |
| 25 | is not disclosable. It's the documents relied upon that | 09:31:32 |

Page 26

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | are required to be disclosed. | 09:31:39 |
| 2 |     MS. REDDY:  Are you instructing the witness not | 09:31:40 |
| 3 | to answer? | 09:31:42 |
| 4 |     MR. DANITZ:  I am not instructing the witness | 09:31:42 |
| 5 | got to answer.  But, you know, goose and gander? | 09:31:43 |
| 6 |     THE WITNESS:  Sorry, since my microphone was | 09:31:54 |
| 7 | missing, do we need to redo anything?  Or is it all | 09:31:55 |
| 8 | good? | 09:31:59 |
| 9 |     Okay, so can you please repeat the question? | 09:31:59 |
| 10 | BY MS. REDDY: | 09:32:04 |
| 11 |     Q.  Of course.  Do you recall considering any RTB | 09:32:05 |
| 12 | revenue materials in connection with forming your | 09:32:07 |
| 13 | opinions in this case? | 09:32:10 |
| 14 |     A.  I do not specifically recall. | 09:32:14 |
| 15 |     Q.  You testified earlier -- strike that. | 09:32:25 |
| 16 |     Are you aware that plaintiffs have designated | 09:32:27 |
| 17 | another damages expert in this case? | 09:32:30 |
| 18 |     A.  I am aware that there is an expert who takes my | 09:32:36 |
| 19 | apportionment as input into their damage calculation. | 09:32:40 |
| 20 |     Q.  Do you know who this witness is it? | 09:32:47 |
| 21 |     A.  No. | 09:32:48 |
| 22 |     Q.  So you haven't spoken with this witness? | 09:32:48 |
| 23 |     A.  No. | 09:32:50 |
| 24 |     Q.  Do you know how your witness used your 51.1 | 09:32:56 |
| 25 | percent result? | 09:33:01 |

| | | |
|---|---|---|
| 1 | user is viewing, unique identifiers that are used for | 09:48:39 |
| 2 | tracking, cookie matching. | 09:48:42 |
| 3 |     And in paragraph 19, this is specified further | 09:48:44 |
| 4 | as being things like Google user ID, device IDs, hosted | 09:48:51 |
| 5 | match data, IP address, user agent, device information, | 09:48:56 |
| 6 | carrier ID, hyper-local information, URL on user list. | 09:48:59 |
| 7 |     <u>It is my understanding based on other expert</u> | 09:49:04 |
| 8 | <u>reports in this case that something like 60 fields is</u> | 09:49:06 |
| 9 | <u>commonly shared in the bid requests.</u> | 09:49:13 |
| 10 | BY MS. REDDY: | 09:49:17 |
| 11 |     Q.   What do you mean by user in this context? | 09:49:17 |
| 12 |     A.   Oh, the user is the person who is viewing online | 09:49:19 |
| 13 | content. | 09:49:29 |
| 14 |     Q.   Does the user have to be a Google account | 09:49:30 |
| 15 | holder? | 09:49:33 |
| 16 |     A.   Well, in paragraph 7, it is -- I make it clear | 09:49:48 |
| 17 | of my understanding of what the proposed class is, which | 09:49:53 |
| 18 | is account holders in the United States, US account | 09:49:58 |
| 19 | holders. | 09:50:04 |
| 20 |     So the users that are at issue here are the US | 09:50:15 |
| 21 | account holders. | 09:50:18 |
| 22 |     Q.   Where does it state is that in your report? | 09:50:19 |
| 23 |     A.   Paragraph 7. | 09:50:21 |
| 24 |     Q.   But it doesn't state that in your definition of | 09:50:22 |
| 25 | user data in paragraph 6, correct? | 09:50:25 |

Page 37

| | | |
|---|---|---|
| 1 | this report that user data is commonly shared in RTB? | 09:52:04 |
| 2 | A. Well in paragraph 6, I state that this is my | 09:52:16 |
| 3 | understanding.  Paragraph 6 begins, "My understanding of | 09:52:18 |
| 4 | the relevant facts is as follows." | 09:52:21 |
| 5 | And little bit later it says (as read): | 09:52:25 |
| 6 | | |
| 7 | For every potential display | 09:52:26 |
| 8 | advertising impression auction on the | 09:52:29 |
| 9 | Google RTB, Google provides all auction | 09:52:30 |
| 10 | participant with a bid request that | 09:52:32 |
| 11 | includes the information. | 09:52:33 |
| 12 | | |
| 13 | And this would be the third time I read | 09:52:34 |
| 14 | this paragraph so I'll spare you. | 09:52:36 |
| 15 | Q. Yes, I understand what your report says.  My | 09:52:38 |
| 16 | question is what your understanding is:  Is it your | 09:52:41 |
| 17 | understanding that user data is commonly shared through | 09:52:45 |
| 18 | bid requests? | 09:52:49 |
| 19 | A. Yes, it is my understanding, as I say, in this | 09:52:49 |
| 20 | paragraph. | 09:52:52 |
| 21 | Q. Okay.  Would it change your opinions if you | 09:52:52 |
| 22 | learned that user data was not commonly shared through | 09:53:03 |
| 23 | bid requests? | 09:53:17 |
| 24 | A. This would first and foremost surprise me | 09:53:17 |
| 25 | because -- this potential situation -- because | 09:53:20 |

|    |                                                                              |          |
|----|------------------------------------------------------------------------------|----------|
| 1  | <u>everything I have seen in this -- in the documents and</u>                | 09:53:22 |
| 2  | <u>the other expert reports shows that indeed it is</u>                      | 09:53:27 |
| 3  | <u>commonly shared.</u>                                                      | 09:53:31 |
| 4  | So if somehow it wasn't really the case, this                                | 09:53:32 |
| 5  | would be far out of the -- so far away, so far from                          | 09:53:42 |
| 6  | reality that, as I understand it at least, that -- that                      | 09:53:47 |
| 7  | I don't even have an opinion about what would happen, I                      | 09:53:59 |
| 8  | don't know.                                                                  | 09:54:01 |
| 9  | Q.   Would it affect your opinions in this matter?                           | 09:54:01 |
| 10 | A.   I would have to look at the data.  And again,                           | 09:54:03 |
| 11 | there was an experiment, there's several experiments                         | 09:54:11 |
| 12 | conducted, which I am sure were documented in detail                         | 09:54:12 |
| 13 | because I do trust the engineers to do a good job with                       | 09:54:17 |
| 14 | experimentation.                                                             | 09:54:21 |
| 15 | And we've requested the data and perhaps in that                             | 09:54:21 |
| 16 | data, you could show me where are already these bid                          | 09:54:26 |
| 17 | requests that do not include user data.                                      | 09:54:30 |
| 18 | And if I saw that detailed data and I hope I                                 | 09:54:35 |
| 19 | will, then I might be able to use, sort of refine my                         | 09:54:38 |
| 20 | model and my calculations to do a more precise estimate                      | 09:54:44 |
| 21 | of the proportion of RTB revenues through the sharing of                     | 09:54:47 |
| 22 | user data.                                                                   | 09:54:52 |
| 23 | But I have not been provided with that data to                               | 09:54:52 |
| 24 | date.                                                                        | 09:54:55 |
| 25 | Q.   I'd like you refer you to paragraph 19 of your                          | 09:54:55 |

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | overall revenue of that auction is a result of | 11:23:02 |
| 2 | competitive interaction among all the bidders, which | 11:23:07 |
| 3 | itself is driven by the information. | 11:23:10 |
| 4 | So I actually think that all revenues from | 11:23:13 |
| 5 | auctions where even some bidders had access, were given | 11:23:20 |
| 6 | this user information, are potentially relevant. | 11:23:25 |
| 7 | And if there's data to show that it's somehow | 11:23:27 |
| 8 | not relevant, that is not data that I was provided with. | 11:23:32 |
| 9 | But if I was provided with that data, I could update my | 11:23:34 |
| 10 | opinion. | 11:23:39 |
| 11 | BY MS. REDDY: | 11:23:39 |
| 12 | Q. Do you agree that if Google did not share | 11:23:39 |
| 13 | personal information with third parties through bid | 11:23:45 |
| 14 | requests in RTB, but did share that same information | 11:23:48 |
| 15 | with Google products like DV360 and Google Display | 11:23:53 |
| 16 | Network, Google RTB would still earn revenue? | 11:23:58 |
| 17 | MR. DANITZ: Objection, speculation. | 11:24:06 |
| 18 | THE WITNESS: This is not a situation I'm aware | 11:24:07 |
| 19 | of. I think it's too far from reality. | 11:24:08 |
| 20 | I'm not prepared to speculate on what would | 11:24:11 |
| 21 | happen in such a counterfactual scenario. | 11:24:15 |
| 22 | BY MS. REDDY: | 11:24:18 |
| 23 | Q. So you are not aware of whether Google would | 11:24:18 |
| 24 | still earn revenue from Google products like DV360 and | 11:24:21 |
| 25 | Google Display Network even if it did not share personal | 11:24:27 |

Page 85

| | | |
|---|---|---|
| 1 | information with third parties through bid requests? | 11:24:29 |
| 2 |     A.   Sorry, can you repeat the question? | 11:24:41 |
| 3 |     Q.   So you are not aware of whether Google would | 11:24:43 |
| 4 | still earn revenue from Google products like DV360 and | 11:24:45 |
| 5 | Google Display Network even if it did not share personal | 11:24:48 |
| 6 | information with third parties through bid requests? | 11:24:51 |
| 7 |         MR. DANITZ:  Objection, form. | 11:25:02 |
| 8 |         THE WITNESS:  This is a hypothetical that I have | 11:25:03 |
| 9 | not analyzed certainly.  And it is a situation that I | 11:25:04 |
| 10 | have not come across in the data or in the discussions | 11:25:08 |
| 11 | or in the academic literature.  And so while it is | 11:25:12 |
| 12 | entirely possible that revenue still is made, I'm not | 11:25:21 |
| 13 | prepared to sort of talk about or even have an opinion | 11:25:24 |
| 14 | about how large that revenue is, if it's even there, | 11:25:28 |
| 15 | what is the effect of the things on it. | 11:25:33 |
| 16 |     This is too far from what I have been analyzing. | 11:25:40 |
| 17 | BY MS. REDDY: | 11:25:42 |
| 18 |     Q.   So you have not analyzed whether Google would | 11:25:43 |
| 19 | earn revenue from Google products like DV360 and Google | 11:25:45 |
| 20 | Display Network if it did not share personal information | 11:25:49 |
| 21 | with third parties through bid requests? | 11:25:51 |
| 22 |     A.   No, I have not come across specific information | 11:26:08 |
| 23 | that would allow me to measure that revenue.  This is | 11:26:12 |
| 24 | not saying that somehow that revenue doesn't exist. | 11:26:14 |
| 25 |     It's possible.  And if I received detailed | 11:26:22 |

Page 86

| | | |
|---|---|---|
| 1 | information about what that revenue is, I would be able | 11:26:23 |
| 2 | to refine my model to incorporate that information. | 11:26:25 |
| 3 | Q.  Are you aware of whether Google Display Network | 11:26:29 |
| 4 | or DV360 received bid requests through RTB? | 11:26:33 |
| 5 | A.  I'm not a technical expert.  And I don't know | 11:26:41 |
| 6 | how Google's internal systems work. | 11:26:43 |
| 7 | Q.  Have you heard of the term automated bidding? | 11:26:47 |
| 8 | A.  No, I have not. | 11:26:51 |
| 9 | Q.  Okay. | 11:26:53 |
| 10 | A.  Could we have a break? | 11:26:57 |
| 11 | Q.  Oh, yes. | 11:26:59 |
| 12 | A.  Perfect. | 11:27:00 |
| 13 | VIDEO OPERATOR:  This marks the end of media | 11:27:02 |
| 14 | number two.  Going off the record at 11:27 a.m. | 11:27:05 |
| 15 | | |
| 16 | (Whereupon at the hour of 11:27 a.m., a | |
| 17 | luncheon recess was taken.  The | |
| 18 | deposition was resumed at 1:15 p.m., | |
| 19 | the same persons being present.) | |
| 20 | | 12:18:57 |
| 21 | VIDEO OPERATOR:  This marks the beginning of | 12:18:57 |
| 22 | media number three.  Going back on the record at 12:19 | 12:19:01 |
| 23 | p.m. | 12:19:05 |
| 24 | BY MR. DANITZ: | 12:19:07 |
| 25 | Q.  Good afternoon, Professor Zeithammer.  Am I | 12:19:07 |

Page 87

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | do so: The average. | 12:36:14 |
| 2 | Q. So you were not able to find -- I just want to | 12:36:19 |
| 3 | make sure I understand your testimony. | 12:36:23 |
| 4 | <u>You were not able to find information about the</u> | 12:36:24 |
| 5 | <u>relative importance or prominence of specific vendors?</u> | 12:36:30 |
| 6 | <u>A. No, I was not able to find reliable information</u> | 12:36:37 |
| 7 | <u>that I could actually rely on.</u> | 12:36:39 |
| 8 | Q. Okay, and you mentioned earlier that you have | 12:36:46 |
| 9 | valued an asset previously; is that right? | 12:36:48 |
| 10 | A. I have calculated a price. | 12:36:50 |
| 11 | Q. And that was in a copyright context? | 12:36:54 |
| 12 | A. Yes. | 12:36:56 |
| 13 | Q. About how did you approach that valuation? You | 12:36:59 |
| 14 | know, I'm going to withdraw that question. | 12:37:07 |
| 15 | A. I could tell you about that case. But I have a | 12:37:09 |
| 16 | feeling it could take a long time. | 12:37:11 |
| 17 | Q. I'll withdraw the question. Did you review | 12:37:14 |
| 18 | Professor Lasinsky's report filed in the Brown matter? | 12:37:17 |
| 19 | A. Not to my knowledge. | 12:37:21 |
| 20 | Q. Was it originally your idea to use Screenwise as | 12:37:21 |
| 21 | one of the vendors in conducting your market value | 12:37:25 |
| 22 | analysis? | 12:37:30 |
| 23 | A. I was tasked with estimating a fair market | 12:37:34 |
| 24 | price. And in the course of my research, I came across | 12:37:36 |
| 25 | Screenwise. | 12:37:39 |

Page 98

| | | |
|---|---|---|
| 1 | fair market price opinion in this case, you did not | 12:45:39 |
| 2 | perform any specific testing or experiments to analyze | 12:45:41 |
| 3 | whether individual class members would have voluntarily | 12:45:44 |
| 4 | allowed for the sharing of their user data through bid | 12:45:47 |
| 5 | requests; is that correct? | 12:45:52 |
| 6 |     MR. DANITZ:  Objection, foundation. | 12:45:53 |
| 7 |     THE WITNESS:  My assignment was asking for a | 12:46:02 |
| 8 | fair market price.  And to get a fair market price, I | 12:46:04 |
| 9 | would have really benefitted if there was actually a | 12:46:12 |
| 10 | market, right, if there was actually a market for data, | 12:46:15 |
| 11 | where I could observe such a price, including zero as | 12:46:20 |
| 12 | you suggest. | 12:46:24 |
| 13 |     But I was not able to find such a market inside | 12:46:24 |
| 14 | the RTB stream.  My understanding was that -- or it | 12:46:29 |
| 15 | continues to be that this user data is shared without | 12:46:38 |
| 16 | the full knowledge and consent of users. | 12:46:41 |
| 17 |     <u>But I'm not a privacy expert.</u>  So I cannot | 12:46:54 |
| 18 | make -- so this is just my inexpert judgment. | 12:46:55 |
| 19 | BY MS. REDDY: | |
| 20 |     Q.  I'll make the question a little simpler.  In | 12:46:57 |
| 21 | forming your opinion regarding the fair market value for | 12:47:01 |
| 22 | the user data at issue in this case, you did not perform | 12:47:04 |
| 23 | any experiments, correct? | 12:47:08 |
| 24 |     THE WITNESS:  Correct, I did not perform | 12:47:13 |
| 25 | experiments. | 12:47:14 |

| | | |
|---|---|---|
| 1 | this case, correct? | 12:48:48 |
| 2 | A. Yes, not about cars, planes or houses. | 12:48:50 |
| 3 | Q. So you are not willing to state whether that | 12:48:53 |
| 4 | would be similar for purposes of finding a valuation? | 12:48:55 |
| 5 | A. You would have to tell me exactly which car and | 12:48:58 |
| 6 | exactly which plane and provide me some background for | 12:49:00 |
| 7 | me to make that determination. | 12:49:05 |
| 8 | These hypotheticals are too undefined for me to | 12:49:09 |
| 9 | say one way or the other. And they're far beyond the | 12:49:14 |
| 10 | scope of my report. | 12:49:20 |
| 11 | Q. So you think that there are probably some | 12:49:21 |
| 12 | circumstances then in which a car could be used to | 12:49:24 |
| 13 | create a fair market price for a plane depending on the | 12:49:29 |
| 14 | circumstances? | 12:49:31 |
| 15 | A. I really don't know. I'm not an expert on | 12:49:31 |
| 16 | transportation pricing. | 12:49:36 |
| 17 | Q. Do you know if there are industry standards that | 12:49:38 |
| 18 | apply for using market transactions to value assets? | 12:49:40 |
| 19 | A. Which industry? I'm not aware. | 12:49:48 |
| 20 | Q. The accounting industry. | 12:49:50 |
| 21 | A. I'm not an accountant. | 12:49:51 |
| 22 | Q. Did you review any established standards in | 12:49:53 |
| 23 | connection with forming your market value opinion in | 12:49:56 |
| 24 | this case? | 12:50:05 |
| 25 | A. Not that I recall. | 12:50:05 |

Page 106

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | two, Screenwise and RTB bid requests, are comparable? | 13:20:24 |
| 2 | MR. DANITZ: Objection, form. | 13:20:33 |
| 3 | THE WITNESS: It is my understanding, and <u>I'm</u> | 13:20:34 |
| 4 | <u>not a technology expert</u>, that because of persistent | 13:20:35 |
| 5 | identifiers, third parties can reconstruct much of web | 13:20:44 |
| 6 | browsing history. | 13:20:54 |
| 7 | And to the extent that similar reconstruction is | 13:20:55 |
| 8 | possible for Screenwise panelists, for whom it's | 13:21:00 |
| 9 | presumably also not complete because I'm assuming a | 13:21:05 |
| 10 | Screenwise panelist who only has one device connected, | 13:21:08 |
| 11 | perhaps their laptop, but whatever browsing they do on | 13:21:11 |
| 12 | their mobile phone is not complexed anymore. | 13:21:15 |
| 13 | So in that sense the Screenwise panelist nor the | 13:21:17 |
| 14 | individual using whose data is transmitted through RTB | 13:21:20 |
| 15 | request is tracked completely and exactly. | 13:21:24 |
| 16 | So I think it actually quite comparable in that | 13:21:26 |
| 17 | particular instance. | 13:21:29 |
| 18 | MS. REDDY: | 13:21:30 |
| 19 | Q. I understand your opinion that these two are | 13:21:30 |
| 20 | comparable. My question is simply is that part of your | 13:21:32 |
| 21 | determination that Screenwise is comparable to the data | 13:21:37 |
| 22 | shared with third parties in bid requests? | 13:21:42 |
| 23 | Is the fact that persistent identifiers are used | 13:21:45 |
| 24 | to reconstruct a user's browsing history, is that fact, | 13:21:51 |
| 25 | which you're assuming, is that relevant to your | 13:21:55 |

Page 124

| | | |
|---|---|---|
| 1 | This is not my writing.  This a quote from a description | 14:03:31 |
| 2 | of Killi, in, let's see, in an article by David Lazarus | 14:03:34 |
| 3 | in Los Angeles Times. | 14:03:45 |
| 4 | So these are his -- the representations of what | 14:03:46 |
| 5 | Killi does. | 14:03:53 |
| 6 | Q.   Do you know whether Killi accountholders are | 14:03:53 |
| 7 | paid for providing their date of birth, e-mail address, | 14:03:56 |
| 8 | gender, location, phone number, postal code and country? | 14:04:02 |
| 9 | A.   Certainly the article that we've just referenced | 14:04:09 |
| 10 | makes that claim.  Interesting, another article from | 14:04:12 |
| 11 | Yahoo Finance then says, the same paragraph, "Killi pays | 14:04:17 |
| 12 | users to share location, shopping, browsing and spending | 14:04:20 |
| 13 | data." | 14:04:23 |
| 14 | And then yet another article says that there's | 14:04:24 |
| 15 | an all-star tier where Killi members share their profile | 14:04:31 |
| 16 | information, device information, and browsing | 14:04:36 |
| 17 | information. | 14:04:37 |
| 18 | So what I do here in this paragraph is I present | 14:04:37 |
| 19 | various sources of evidence about what is it that Killi | 14:04:41 |
| 20 | does because, as you probably know, it's hard to | 14:04:47 |
| 21 | ascertain exactly what the deal is with Killi. | 14:04:49 |
| 22 | They don't have something like what you've | 14:04:55 |
| 23 | provided me from Screenwise where it's just laid out in | 14:04:58 |
| 24 | a document. | 14:05:02 |
| 25 | So I was -- had to resort to sort of news and | 14:05:02 |

Page 143

| | | |
|---|---|---|
| 1 | <u>business press coverage of this company to really</u> | 14:05:06 |
| 2 | <u>understand what's being shared.</u> | 14:05:09 |
| 3 | My overall understanding based on these three | 14:05:12 |
| 4 | sources that don't necessarily agree with each other in | 14:05:15 |
| 5 | every detail is that the appropriate level of Killi | 14:05:18 |
| 6 | membership that will be as comparable as possible to the | 14:05:22 |
| 7 | user data shared in RTB bid requests is indeed the last | 14:05:27 |
| 8 | tier precisely because it provides device information, | 14:05:34 |
| 9 | browsing information, and profile information. | 14:05:38 |
| 10 | So it's the device and the browsing information | 14:05:44 |
| 11 | which I think is important here.  I will agree that just | 14:05:47 |
| 12 | giving your name is not equivalent to the user ID being | 14:05:54 |
| 13 | shared by RTB request. | 14:05:59 |
| 14 | The essence is the persistent individualized | 14:06:01 |
| 15 | identifier over time, which is more similar to the last | 14:06:04 |
| 16 | Killi tier because of the browsing and the device | 14:06:12 |
| 17 | information. | 14:06:13 |
| 18 | Q.  In researching the Killi program, did you rely | 14:06:14 |
| 19 | on any other information besides the three articles | 14:06:19 |
| 20 | cited here, the Yahoo article, the LA Times article, and | 14:06:21 |
| 21 | the I believe it's the CREDITDONKEY article? | 14:06:25 |
| 22 | A.  Well, I will now correct myself.  I said Killi | 14:06:29 |
| 23 | provides nothing but now I see in the footnote 75 that | 14:06:35 |
| 24 | I'm also citing Killi's own document called what are the | 14:06:38 |
| 25 | different Killi paycheck tiers. | 14:06:43 |

Page 144

| | | |
|---|---|---|
| 1 | So there are three business articles and one | 14:06:46 |
| 2 | document from Killi itself. | 14:06:50 |
| 3 | Q.   The Killi FAQ; is that right? | 14:06:52 |
| 4 | A.   Yes. | 14:06:54 |
| 5 | Q.   Okay, where there any materials that you relied | 14:06:57 |
| 6 | on -- any other materials besides those four sources | |
| 7 | that you relied on in analyzing whether Killi is | 14:06:59 |
| 8 | comparable to the data at issue in this case? | 14:07:08 |
| 9 | A.   No, I was not able to find additional resources | 14:07:10 |
| 10 | and additional sources of data. | 14:07:13 |
| 11 | Although as I already said, these three sources | 14:07:14 |
| 12 | don't exactly agree with each other word for word as to | 14:07:22 |
| 13 | what's going to. | 14:07:25 |
| 14 | And so I would welcome additional information | 14:07:26 |
| 15 | and were I to receive additional information about | 14:07:29 |
| 16 | different Killi tiers, more details about what data is | 14:07:33 |
| 17 | shared, I would be able to refine my model, and perhaps | 14:07:37 |
| 18 | come up with a better estimate of the fair market price | 14:07:48 |
| 19 | based on Killi. | 14:07:52 |
| 20 | However, of course, my overall approach would | 14:07:54 |
| 21 | remain unchanged.  It is just a standard approach which | 14:08:00 |
| 22 | let me use now, the official Exhibit 4, the standard | 14:08:04 |
| 23 | market approach of trying to find comparables and get at | 14:08:08 |
| 24 | the central tendency, see if there's an agreement among | 14:08:15 |
| 25 | the comparables about what the fair market price should | 14:08:17 |

| | | |
|---|---|---|
| 1 | gift cards. | 15:24:35 |
| 2 | So that is evidence that Killi points are | 15:24:40 |
| 3 | exchangeable for money. | 15:24:41 |
| 4 | Q. Okay, you didn't rely on this article in | 15:24:42 |
| 5 | formulating your opinion on Killi though, right? | 15:24:45 |
| 6 | A. I did not quote it. But this article is one of | 15:24:50 |
| 7 | the documents relied upon in my report, and I'm telling | 15:24:54 |
| 8 | you now that this contains evidence as to the question | 15:24:59 |
| 9 | you asked earlier. | 15:25:04 |
| 10 | Q. Can you tell me -- I'll work on getting that | 15:25:09 |
| 11 | image for you. | 15:25:12 |
| 12 | Can you tell me, do you know if Datacy only | 15:25:12 |
| 13 | makes payments if they're able to sell the user's data? | 15:25:15 |
| 14 | A. I'm not aware of the details. | 15:25:28 |
| 15 | Q. Did you attempt to enroll in Datacy as part of | 15:25:29 |
| 16 | your research in this case? | 15:25:31 |
| 17 | A. I did not. | 15:25:32 |
| 18 | Q. Did you not believe that it was important to get | 15:25:41 |
| 19 | more information about Datacy by enrolling as a | 15:25:43 |
| 20 | participant? | 15:25:46 |
| 21 | A. I believe I had enough information to go on for | 15:25:53 |
| 22 | the purposes of my report based on the articles that I | 15:25:56 |
| 23 | cite. | 15:26:00 |
| 24 | Q. Based on the two articles that you cite? | 15:26:00 |
| 25 | A. Yes. | 15:26:03 |

Page 183

| | | |
|---|---|---|
| 1 | Q.   In paragraph 91, you state the proceeding | 15:26:15 |
| 2 | section documented annual compensation several prominent | 15:26:16 |
| 3 | vendors offer. | 15:26:20 |
| 4 | <u>What makes Killi, Datacoup, and Datacy</u> | <u>15:26:22</u> |
| 5 | <u>prominent?</u> | <u>15:26:31</u> |
| 6 | <u>A.   My ability to find them relatively easily</u> | <u>15:26:32</u> |
| 7 | <u>through searching.</u> | <u>15:26:36</u> |
| 8 | <u>Q.   You testified earlier that you were unable to</u> | <u>15:26:37</u> |
| 9 | <u>find reliable evidence or excuse me reliable information</u> | <u>15:26:40</u> |
| 10 | <u>about the prominence of different vendors.</u> | 15:26:44 |
| 11 | Is it your testimony now that Killi, Datacoup | 15:26:48 |
| 12 | and Datacy are prominent vendors? | 15:26:51 |
| 13 | A.   They're certainly prominent relevant to the | 15:26:54 |
| 14 | vendors that I did not find at all.  But regarding | 15:26:57 |
| 15 | relative prominence, I don't have further information. | 15:26:59 |
| 16 | Q.   Are there any vendors that you researched in | 15:27:02 |
| 17 | your analysis and chose to exclude because the data | 15:27:06 |
| 18 | those vendors collected is different from the data at | 15:27:08 |
| 19 | issue in this case? | 15:27:11 |
| 20 | A.   No. | 15:27:17 |
| 21 | Q.   Are in any vendors that you researched in your | 15:27:18 |
| 22 | analysis and chose to exclude because those vendors were | 15:27:20 |
| 23 | not prominent enough? | 15:27:22 |
| 24 | A.   Not that I recall. | 15:27:26 |
| 25 | Q.   Are there any vendors that you researched in | 15:27:28 |

ATTORNEYS EYES ONLY

```
1    STATE OF CALIFORNIA        ) ss.
2    COUNTY OF LOS ANGELES      )
3
4           I, Lori M. Barkley, CSR No. 6426, do hereby
5    certify:
6           That the foregoing deposition proceedings were
7    taken before me at the time and place therein set forth
8    and were recorded stenographically by me, and were
9    thereafter transcribed under my direction and
10   supervision, and that the foregoing pages contain a
11   full, true and accurate record of all proceedings and
12   testimony to the best of my skill and ability.
13          I further certify that I am neither counsel for
14   any party to said action, nor am I related to any party
15   to said action, nor am I in any way interested in the
16   outcome thereof.
17          IN WITNESS WHEREOF, I have subscribed my name
18   this 11th day of September, 2023.
19
20
21
22
23          _____
24          LORI M. BARKLEY, CSR No. 6426
25
```

Page 257