# EXHIBIT 5
# to the Declaration of Aarti Reddy
## (Excerpt Copy of Transcript of S. Vakharia)

```
1              IN THE UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                        OAKLAND DIVISION
4                           ---oOo---
5
6     IN RE GOOGLE RTB
7     CONSUMER PRIVACY
8     LITIGATION
9     _____/      Consolidated Number
10    This document applies to       5:21-cv-02155-LHK-VKD
11    all actions.
12    _____/
13
14                         CONFIDENTIAL
15    VIDEOTAPED DEPOSITION OF GOOGLE AND SUNEETI VAKHARIA
16              30(b)(6) and Personal Capacity
17
18                    November 15, 2023
19
20
21
22    REPORTED BY:
23    EARLY K. LANGLEY RMR, RSA, B.A.
24    CSR NO. 3537
25    JOB NO:  SF 6278992
```

Page 1

1    mean?
2        A.   Safari intelligent tracking prevention was
3    a new feature that the Safari browser introduced.
4    And so as a result, certain features did or did
5    not work the way that they used to work in the          08:22
6    advertising space, and so my responsibility was to
7    help coordinate making sure that we understood how
8    things broke --
9        Q.   And --
10       A.   -- or worked.                                   08:22
11       Q.   -- how did Safari ITP affect or prevent
12   features from working?
13       A.   Because it was a cookie change or a way
14   that the browser managed cookies -- and I'm not a
15   technical expert on the actual change -- it caused      08:23
16   certain functionality that relied historically on
17   whatever technical feature used to work to then
18   not work so that either the cookie would not
19   persist or the interaction that occurred
20   historically in the browser did not work.               08:23
21            <u>I'm not technically involved.  Like, I</u>
22   <u>don't -- I'm not a technical expert, and I'm not</u>
23   <u>an engineer, but my job was to make sure that</u>
24   <u>people understood what was happening</u> and sort of
25   socializing to the rest of the product                  08:23

Page 27

| | | |
|---|---|---|
| 1 | just a screen that would show on -- if you clicked | |
| 2 | "Privacy Checkup," there is a series of short | |
| 3 | screens that show the relevant setting in the | |
| 4 | scope of the account that are held in that | |
| 5 | activity controls product.  And you click it, and | 08:47 |
| 6 | the user can click through multiple cards, so to | |
| 7 | speak, screens, that allow them to review their | |
| 8 | settings. | |
| 9 |         And before, it was a static set that were | |
| 10 | just, you know, in some order, whatever the order | 08:48 |
| 11 | was that was defined at some point. | |
| 12 |         And then we changed it, and the product | |
| 13 | manager that owned this changed it to be more | |
| 14 | relevant to those settings that were actually | |
| 15 | utilized by the user such that they could review | 08:48 |
| 16 | the things they had actually made choices to turn | |
| 17 | on that needed to be reviewed again to make sure | |
| 18 | they still wanted something to happen, to make | |
| 19 | sure it was still on. | |
| 20 |         So if it was 3 and -- 1, 2, 3, it might be | 08:48 |
| 21 | 3, 2, 1 for a particular user to make it more | |
| 22 | relevant to that particular user's needs. | |
| 23 |     Q.  You're familiar with the real-time bidding | |
| 24 | auction; is that right? | |
| 25 |     A.  I'm not a technical expert, but I know | 08:48 |

Page 48

1       what it is.
2            Q.  And what is it?
3            A.  It is some version of a marketplace where
4       an ad request is communicated to a set of
5       advertisers, including, I believe, Google as a        08:48
6       participant.  But we have some sort of product
7       that allows for this marketplace to occur such
8       that there is an ad slot made available to a set
9       of advertisers.
10               And then I don't exactly know what a         08:49
11      bidding process looks like, but they're able to do
12      some bid.  And based on whatever just parameters,
13      they're able to be matched to that ad slot, and
14      they get the ad slot.
15           Q.  Are you aware of any projects that were      08:49
16      user facing that describe the real-time bidding
17      auction to users?
18           A.  No.
19               MS. REDDY:  Objection.  Vague and
20      ambiguous.                                            08:49
21      BY MS. WEAVER:
22           Q.  And are you aware of what user verticals
23      are?
24           A.  I don't know what that is.
25           Q.  Were you aware of any projects that would    08:49

Page 49

```
 1   be a part of the ads team.
 2        Q.  Okay.  And what was the consent team at
 3   this time?
 4        A.  I don't recall who would be on the consent
 5   team or what it was.                                  10:42
 6        Q.  Okay.  Looking -- and can you turn to the
 7   page ending in 2717.
 8        A.  Sure.
 9            Yes.
10        Q.  This says "Signed-" --                       10:43
11            Well, can you describe what this chart is
12   reflecting?
13        A.  Yes.  This is a chart that reflects the
14   different platforms that we have signed-in users
15   interacting on, with revenue data attached to         10:43
16   where we have users signed in and where there's
17   users who are not signed out -- who are not signed
18   in.
19        Q.  And what is the source of the revenue data
20   by sign in and device?                                10:43
21        A.  I don't know what the source would be.  It
22   looks like percentages, but I don't know what
23   those -- the source would have been.  It would
24   have been the ads finance team.
25        Q.  So ads finance team prepared this?           10:43
```

Page 124

| | |
|---|---|
| 1 | revenue and 2729 is estimated; is that fair? |
| 2 |     A.  That's what it -- yes.  The title suggests |
| 3 | one is an estimate. |
| 4 |     Q.  And do you recall what the purpose of the |
| 5 | entire slide deck was?   10:50 |
| 6 |     A.  I don't recall the specific purpose, no. |
| 7 | It looks like a general update on revenue and |
| 8 | forecasting. |
| 9 |     Q.  In general, in your role at this time, |
| 10 | were you interested in tracking the revenue impact  10:51 |
| 11 | to having users sign in? |
| 12 |     A.  That was part of the scope of my |
| 13 | engineering team. |
| 14 |     Q.  And do you have a recollection of your |
| 15 | general conclusion around that?   10:51 |
| 16 |     A.  The general conclusion, I don't remember. |
| 17 | I think it was simply that we should have more |
| 18 | users signed in if they -- if that's what this |
| 19 | chart is indicating, but I don't have any real |
| 20 | conclusions.  I was quite junior at the time, so I  10:51 |
| 21 | didn't have many conclusions.  I was mostly doing |
| 22 | work and learning. |
| 23 |     Q.  And if users signed in, according to this |
| 24 | document, comparing the actual revenue to the |
| 25 | estimated revenue, isn't it true that Google's   10:51 |

```
1    STATE OF CALIFORNIA
2
3    REPORTER'S CERTIFICATE
4
5            I, EARLY LANGLEY, a Shorthand Reporter,
6    State of California, do hereby certify:
7            That SUNEETI VAKHARIA, in the foregoing
8    deposition named, was present and by me sworn as a
9    witness in the above-entitled action at the time
10   and place therein specified;
11           That said deposition was taken before me at
12   said time and place, and was taken down in
13   shorthand by me, a Certified Shorthand Reporter of
14   the State of California, and was thereafter
15   transcribed into typewriting, and that the
16   foregoing transcript constitutes a full, true and
17   correct report of said deposition and of the
18   proceedings that took place;
19            That before completion of the proceedings,
20   review of the transcript was not requested.
21           IN WITNESS WHEREOF, I have hereunder
22   subscribed my hand this November 17, 2023.
23
24
             EARLY LANGLEY, CSR NO. 3537
25           State of California
```

Page 333