COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO GOOGLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REDDY DECL. ISO OPP. TO ADMIN. MOTION
FOR LEAVE TO RESPOND TO EVID. OBJ.
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Opposition to Plaintiffs' Administrative Motion (the "Administrative Motion") for Leave to File a Response to Google's Objections to Plaintiffs' Evidence in Support of Class Certification Reply Briefing.

2. On December 11, 2023, after Plaintiffs' counsel requested Google's position as to their request for leave to respond to Google's objections to Plaintiffs' class certification reply evidence, I requested via email at 3:31 p.m. Pacific Time that Plaintiffs' counsel provide times the following day to meet and confer regarding the basis for Plaintiffs' request. Plaintiffs' counsel responded shortly afterwards: "[P]laintiffs are filing [the Administrative Motion] shortly. If Google wants to meet and confer, its counsel can pick up the phone and call me, now."

3. Plaintiffs did not file their Administrative Motion on December 11, 2023. The next day, at 10:42 a.m. Pacific Time, Plaintiffs counsel stated by email: "Plaintiffs are filing at noon today, and remain available to discuss before then." I informed counsel that Google's counsel had "understood from your email yesterday that Plaintiffs were filing yesterday afternoon" and was "not available on such short notice."

I declare under penalty of perjury that the foregoing is true and correct. Executed December 18, 2023 at Newport Beach, CA.

>                         */s/ Aarti Reddy*
>                         Aarti Reddy

295634097

Cooley LLP
Attorneys at Law
San Francisco

1

Reddy Decl. iso Opp. to Admin. Motion for Leave to Respond to Evid. Obj.
Case No. 4:21-cv-02155-YGR-VKD