Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR-VKD** |
| *This document applies to all actions.* | **PLAINTIFFS' ADMINSTRATIVE MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO REVISE CASE SCHEDULE** |

## I. INTRODUCTION

Pursuant to Civil Local Rules 6-3 and 7-11, and for the reasons set forth below and in the accompanying Declaration of Elizabeth C. Pritzker, plaintiffs seek an order:

    (1) setting a hearing on plaintiffs' motion for class certification (ECF Nos. 546 –558-8); and

    (2) extending the current case schedule (*see* ECF Nos. 530, 534) by approximately two months to allow the Court to hear and decide that motion.

The requested case extension, which may be on an interim basis subject to any further modification by the Court at or following the hearing on plaintiffs' motion for class certification, is as follows:

| Event | Proposed Case Extension/New Dates |
|---|---|
| Fact Discovery Cut-Off | From January 19, 2024 to **March 15, 2024** |
| Opening Expert Reports | From February 9, 2024 to **April 12, 2024** |
| Rebuttal Expert Reports | From March 15, 2024 to **May 17, 2024** |
| Close of Expert Discovery | From April 12, 2024 to **June 14, 2024** |
| Dispositive/*Daubert* Motions | From May 17, 2024 to **July 19, 2024** |

Plaintiffs, through their lead counsel, have conferred with Google LLC ("Google") and its counsel regarding the requested case extension, starting on December 4, 2023 and finally on December 15, 2023, as Civil Local Rules 6-3 and 7-11 require. *See* Pritzker Decl. ¶12. Despite these extended meet and confer efforts, in the last conference of counsel, Google's counsel represented that Google has not authorized its counsel to agree to the requested case extension, necessitating this motion. *Id.*

## II. ARGUMENT

<u>Good cause exists for the relief requested by this motion</u>. The current case schedule does not provide for a hearing date on plaintiffs' class certification motion and plaintiffs are acutely aware that the Court's docket is significant. Class certification and related *Daubert* briefing is not set to close until December 22, 2023, however. *See* ECF Nos. 616 – 623; Pritzker Decl. ¶¶6-7. This leaves little scheduling room for the Court to hear[1] - let alone adjudicate – plaintiffs' class certification

---

[1] Plaintiffs are aware that the Court is unavailable on Wednesday, January 17, 2024.

motion prior to the current fact discovery cut-off date of **January 19, 2024**. *See* ECF Nos. 530, 534.

Additionally, under the current case schedule, the parties' opening merits expert reports are due **February 9, 2024**. *See id.* Absent a brief case extension to allow the Court to rule on the pending class certification motion, the parties and the Court will be forced to expend substantial sources preparing and evaluating the parties' merits expert reports, but without the benefit of the Court's decision as to the suitability for class treatment of the claims and defenses at issue.

<u>Plaintiffs have exercised diligence in prosecuting their class claims</u>. Class certification briefing in this matter has been extended three times over the past year due to discovery delays on Google's part – first, from September 23, 2022 to January 24, 2023 (ECF No. 329), then from January 24, 2023 to May 23, 2023 (ECF No. 391), and then from May 23, 2023 to July 14, 2023 (ECF Nos. 515, 534). Pritzker Decl. at ¶¶4-6. Additional discovery delays related to Google's late production of documents from one its class certification witnesses' custodial file on November 1, 2023 and Google's inability to present that witness for deposition until November 15, 2023 required a further short extension (from November 17, 2023 to November 29, 2023) for Plaintiffs to file their class certification reply brief. *See* ECF No. 612.

Plaintiffs met the November 29, 2023 class certification reply filing deadline, and Plaintiffs' *Daubert* motion with respect to Mr. Deal accompanied that filing. *See* ECF Nos. 616 - 623. The briefing schedule on plaintiffs' *Daubert* motion was set by the Court on November 29, 2023 (ECF No. 624), and allowed for all class certification briefing to be concluded this year prior to the Christmas holidays – with Google's opposition due December 13, 2023 and plaintiffs' reply due December 20, 2023 (*id*). Google timely filed its opposition briefing under seal (ECF No. 633), and plaintiffs will timely file their reply brief by December 20, 2023. Pritzker Decl. ¶6.

<u>These extensions to allow for Google to meet its discovery obligations have resulted in an extremely compressed case schedule once class certification briefing is completed</u>. In its September 7, 2022 case scheduling order, the Court anticipated a schedule in which fact discovery would close approximately 10 weeks after class certification briefing is concluded, and expert merits reports would be due roughly 4 weeks later. *See* ECF No. 329. Under the current case schedule, fact discovery closes just 4 weeks after the close of class certification briefing, on January 19, 2024, and

merits expert reports are due just 3 weeks later, on February 9, 2024. The Court is unavailable during the week of December 25-29, 2023 (as are plaintiffs' counsel), and is also unavailable on January 17-19, 2024 and February 8-9, 2024. *See* N.D. Cal. Court Calender for Judge Yvonne Gonzalez Rogers, https://apps.cand.uscourts.gov/CEO/cfd.aspx?7145, last accessed on December 18, 2023. Therefore, there is very little time on the Court's calendar to schedule a hearing on plaintiffs' class certification motion prior to the fact discovery cut-off of January 19, 2024 or, potentially, the expert merits opening report deadline of February 9, 2024. Nor does the current schedule allow for the Court to rule on plaintiffs' class certification motion ahead of these case deadlines. Pritzker Decl. ¶¶7-9.

The modest extension plaintiffs propose also is necessary to allow time for plaintiffs to complete class discovery after the Court rules on the pending class certification motion. To date, Google has **refused** to produce certain class discovery, claiming it is not relevant unless the Court certifies a class. *See, e.g.*, ECF No. 269-1 at p.22 ("Google…objects to this Request [No. 12] to the extent it is not limited to the named Plaintiffs and, instead, seeks information and documents relating to individual putative class members when no class has been certified."). Pritzker Decl. ¶10. Under the current schedule, as noted, fact discovery is likely to close even before the Court hears plaintiffs' class certification motion. The fair administration of justice weighs in favor of a short case extension to allow plaintiffs to fairly conduct class discovery that Google has refused to produce unless and until the Court certifies a class in this matter. *Id.*

Finally, the requested modest case extension, if granted, will not upset the Court's calendar. No hearing date has been set by the Court to hear plaintiffs' class certification motion. Nor have hearing dates been established for dispositive motions, for the parties' pre-trial conference, or for trial. Pritzker Decl. ¶11.

### III. CONCLUSION

For the foregoing reasons, plaintiffs respectfully request that the Court extend the current case schedule (*see* ECF Nos. 530, 534) as follows:

| **Event** | **Proposed Case Extension/New Dates** |
|---|---|
| Fact Discovery Cut-Off | From January 19, 2024 to **March 15, 2024** |
| Opening Expert Reports | From February 9, 2024 to **April 12, 2024** |

| | | |
|---|---|---|
| Rebuttal Expert Reports | From March 15, 2024 to | **May 17, 2024** |
| Close of Expert Discovery | From April 12, 2024 to | **June 14, 2024** |
| Dispositive/*Daubert* Motions | From May 17, 2024 to | **July 19, 2024** |

Plaintiffs further respectfully request that the Court set a case management conference in conjunction with the Court's scheduling of any hearing on plaintiffs' class certification motion, so the parties can discuss with the Court whether any further adjustments to the case schedule are warranted, and also discuss pre-trial conference and trial dates which have not yet been set.

Dated: December 18, 2023                     Respectfully submitted

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (Cal. Bar No.146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**SIMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

|   |   |
|---|---|
| 1 | **DICELLO LEVITT LLP** |
| 2 | David A. Straite (admitted *pro hac vice*) |
|   | James Ulwick (admitted *pro hac vice*) |
| 3 | 485 Lexington Avenue, Suite 1001 |
|   | New York, NY 10017 |
| 4 | Tel.: (646) 933-1000 |
| 5 | *dstraite@dicellolevitt.com* |
|   | *julwick@dicellolevitt.com* |
| 6 |   |
|   | **COTCHETT PITRE & MCCARTHY, LLP** |
| 7 | Nancy E. Nishimura (Cal. Bar No. 152621) |
|   | Brian Danitz (Cal Bar. No. 247403) |
| 8 | Karin B. Swope (admitted *pro hac vice*) |
|   | 840 Malcolm Road |
| 9 | Burlingame, CA 94010 |
| 10 | Tel.: (650) 697-6000 |
|   | *nnishimura@cpmlegal.com* |
| 11 | *bdanitz@cpmlegal.com* |
|   | *kswope@cpmlegal.com* |
| 12 |   |
| 13 | **BOTTINI & BOTTINI INC.** |
|   | Francis A. Bottini, Jr. (Cal. Bar No. 175783) |
| 14 | 7817 Ivanhoe Ave., Ste. 102 |
|   | LA Jolla, CA 92037 |
| 15 | Tel.: (848) 914-2001 |
|   | *fbottini@bottinilaw.com* |
| 16 |   |
| 17 | *Plaintiffs' Executive Committee* |