1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* <br><br> *This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND CASE SCHEDULE** |

On December 18, 2023, plaintiffs filed an administrative motion pursuant to Civil Local Rules 6-3 and 7-11 to extend the current pre-trial case schedule in this matter by approximately two months. Defendant Google LLC ("Google") opposes the proposed adjustments to the case schedule.

Having considered the parties' submissions, the Court finds that there is good cause to grant the relief requested and extend the pretrial case schedule in this matter as set forth below.

| EVENT | OLD CASE SCHEDULE | NEW CASE SCHEDULE |
|---|---|---|
| Fact Discovery Cut-Off | January 19, 2024 | **March 15, 2024** |
| Opening Expert Reports | February 9, 2024 | **April 12, 2024** |
| Rebuttal Expert Reports | March 15, 2024 | **May 17, 2024** |
| Close of Expert Discovery | April 12, 2024 | **June 14, 2024** |
| Dispositive/*Daubert* Motions | To be filed by May 17, 2024 | **To be filed by July 19, 2024** |
| Pretrial conference | TBD | **TBD** |
| Jury Trial | TBD | **TBD** |

The Court sets a hearing on plaintiffs' class certification motion for _____ at _____.

The Court will consider whether additional modifications to the case schedule are warranted at a case management conference to be held at the conclusion of the hearing on plaintiffs' class certification motion. The parties are directed to file a joint case management conference statement by no later than one week prior to the hearing on plaintiffs' class certification motion.

**IT IS SO ORDERED**

DATED: December __, 2023

_____
YVONNE GONZALEZ ROGERS
United States District Judge