Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

[Additional Counsel Appear on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR-VKD**<br><br>**JOINT RESPONSE TO COURT'S ORDER SEEKING STATUS UPDATES ON ALL PENDING MOTIONS (ECF NO. 632)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 2, Fifth Floor |

Plaintiffs and Defendant Google LLC respectfully submit this joint response to the Court's December 13, 2023 Order Seeking Status Updates on all Pending Motions (ECF No. 632). Set forth below is a chart identifying all pending motions, the date each was filed, who it is pending before, whether the motion is ripe, and whether it has been resolved. Matters identified in red were not included in the Court's Order, but have been included by the parties for completeness. Following the chart is the parties' proposal for the efficient resolution of these matters.

| ECF No. | Date | Motion | Pending Before | Fully Briefed (Ripe) | Resolved |
|---|---|---|---|---|---|
| 496 | 4/28/2023 | Plfs' Mtn for Partial Relief from 4/14/2023 Order (Dkt. 481) re. NPD re. Three Bid Response Fields | YGR | Yes. | No. |
| 497 | 4/28/2023 | Plfs' Mtn for Relief from 4/14/2023 Order (Dkt. 485) re. NPD From Ten Bid Request Fields | YGR | Yes. | No. |
| 499 | 5/5/2023 | Plfs.' Mtn to Seal re. following Motion (ECF 500) | YGR | Yes. | No. |
| 500 | 5/5/2023 | Plfs' Mtn to YGR for Relief from VKD 4/21/2023 Order (Dkt. 491) re. compelling Belov to appear for an additional day of deposition. | YGR | Yes. | No. |
| 519 | 5/19/2023 | The Parties' Joint Report Regarding Remaining Privilege Log Disputes | VKD | Yes. | No. |
| 521 | 5/19/2023 | Plfs.' Admin Mtn for Leave to File Supplemental Material At-Issue in the Parties' Joint Report Regarding Remaining Privilege Log Disputes | VKD | Yes.<br><br>Oppn filed on 5/23/2023 (ECF 525) | No. |
| 528 | 5/24/2023 | Google's Admin. Mtn to Seal Portions of the Joint Report regarding Further Production of Named Plaintiff Data | VKD | Yes. | No. |

| 545 | 7/14/2023 | Plfs.' Admin. Mtn to Consider Whether Another Party's Materials Should be Sealed – *re. Google's documents* - submitted ISO Class Cert. | YGR | Yes. Google filed Statement in support on 8/4/2023 (ECF 558) | No. |
|---|---|---|---|---|---|
| 546 | 7/14/2023 | Public/Redacted version of Plfs' Mtn for Class Cert. | YGR | Yes. | No |
| 547 | 7/14/2023 | Plfs.' Admin Mtn to Seal Named Plaintiff Data cited in Plfs' Mtn for Class Cert. | YGR | Yes. | No |
| 548 | 7/14/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. NYT data* – submitted ISO Class Cert. | YGR | Yes. NYT submitted a statement ISO on 8/4/2023 (ECF 556, 557). | No. |
| 549 | 7/14/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. TTD data* – submitted ISO Class Cert. | YGR | Yes. | No. |
| 553 | 7/24/2023 | Plfs.' Mtn to YGR for Relief from 7/10/23 VKD Order (Dkt. 543) to produce NPD from two bid request data fields that categorize the contents of the website being viewed (content labels) or app being used (app categories) by the named plaintiffs | YGR | Yes. | No. |
| 558 | 8/4/2023 | Google's Admin Mtn to Seal - Google's Response to Plfs.' Admin Mtn. to Consider Whether Another Party's Materials Should be Sealed – *re. Google Data* cited by Plfs' in Mtn. for Class Cert. | YGR | Yes. Plfs.' filed Oppn on 8/22/2023 (ECF 567) | No. |

| | | | | | |
|---|---|---|---|---|---|
| | | Corrected Docket Exhibits to replace ECF 584-1 and ECF 585-1 filed at ECF 602. | | | |
| 582 | 9/29/2023 | Google's *Daubert* Motion of Neil Richards | YGR | Yes. | No. |
| 583 | 9/29/2023 | Google's Mtn to Seal - Oppn to Class Cert | YGR | Yes. | No. |
| 586 | 9/29/2023 | Google's Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. NYT data* – submitted ISO Oppn. to Class Cert. | YGR | Yes. | No. |
| 587 | 9/29/2023 | Google's Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. TTD data* – submitted ISO Oppn. to Class Cert. | YGR | Yes. | No. |
| 588 | 9/29/2023 | Google's Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. Plfs' Documents* – submitted ISO Oppn. to Class Cert | YGR | Yes. Plfs' filed Mtn ISO on 10/20/2023 (ECF608) – see below. | No., |
| 601 | 10/3/2023 | Google's Mtn to Remove Incorrectly Filed Document – ECFs 584-1 and 585-1. Corrected via ECF 602. | YGR | Yes. | Yes. |
| 608 | 10/20/2023 | Plfs.' Admin Mtn to Seal – to Seal NPD cited in Google's Oppn. to Class Cert. | YGR | Yes. | No. |
| 616 | 11/17/2023 | Plfs.' Admin. Mtn to Consider Whether Another Party's Materials Should be Sealed – *re. Google Data* – cited ISO Plfs' Reply to Class Cert. | YGR | Yes. | No. |

| | | | | | |
|---|---|---|---|---|---|
| 618 | 11/17/2023 | Plfs.' Admin Mtn to Seal Confidential Named Plaintiff Data cited in Plfs.' Reply to Class Cert. | YGR | Yes. | No. |
| 619 | 11/17/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. TTD data* – submitted ISO Reply to Class Cert. | YGR | Yes. | No. |
| 620 | 11/17/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. NYT data* – submitted ISO Reply to Class Cert. | YGR | Yes. | No. |
| 621 | 11/17/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. NBCUniversal Data* – submitted ISO Reply to Class Cert. | YGR | Yes. | No. |
| 622 | 11/17/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. Xandr data* – submitted ISO Reply to Class Cert. | YGR | Yes. | No. |
| 623 | 11/17/2023 | Plfs' Admin Mtn To Consider Whether Another Party's Materials Should be Sealed – *re. Google data* – cited in *Daubert* Mtn of Google Expert Bruce Deal | YGR | Yes. | No. |
| 624 | 11/17/2023 | Public/Redacted version of Plfs.' *Daubert* Motion of Google Expert Bruce Deal | YGR | Will be fully briefed as of 12/20/2023 | No. |
| 627 | 12/6/2023 | Google's Mtn to Seal Portions of Google's Objections to Plfs.' Class Cert Reply Evidence | YGR | Yes. | No. |
| 630 | 12/12/2023 | Plfs.' Admin. Mtn for Leave to File a Response to Google's Objections to Plfs.' Class Cert. Reply Evidence | YGR | Yes. | No. |

| | | | | | |
|---|---|---|---|---|---|
| 636 | 12/15/2023 | Google's Admin. Mtn. Seeking to (1) File a Sur-Reply to Plfs' Reply Brief iso Class Cert. & (2) Depose Plfs' Rebuttal Experts | YGR | Will be fully briefed as of 12/19/2023 | No. |
| 638 | 12/18/2023 | Plaintiffs' Admin. Mtn. to Revise Case Schedule | YGR | Will be fully briefed as of 12/22/2023 | No. |

The matters identified above can be grouped into five categories: (i) Plaintiffs' class certification motion (ECF Nos. 546, 583, 617), the two related *Daubert* motions (ECF Nos. 582, 613, 615, 624, 633), and objections to certain class certification reply evidence (ECF Nos. 628, 630); (ii) sealing motions before the District Court related to the class certification and *Daubert* motions and evidentiary objections (ECF Nos. 545, 547-549, 556-558, 567, 583-597, 602, 604, 608, 616, 618-623, 626-627, 633); (iii) four motions before the District Court for relief from orders by Magistrate Judge DeMarchi (ECF Nos. 496, 497, 500, 553); (iv) three privilege and sealing matters pending before Magistrate Judge DeMarchi (ECF Nos. 519, 521, 528); and (v) three recently filed administrative motions (a) for leave to file a response to Google's objections to Plaintiffs' class certification reply evidence (by Plaintiffs)(ECF No. 630), (b) for leave to file a sur-reply on class certification and conduct additional expert depositions (by Google) (ECF No. 636), and (c) to extend the pretrial schedule (by Plaintiffs) (ECF No. 638).

For the Court's consideration, the parties respectfully propose the following for the efficient resolution of these matters:

1. That the District Court first resolve the two recently filed administrative motions for leave to file additional briefing in connection with Plaintiffs' class certification motion after briefing is completed this week (ECF Nos. 630, 636). Plaintiffs also request that the District Court prioritize resolution of their motion to extend the case schedule (ECF No. 638); Google takes no position on this request.

2. That the District Court then resolve the class certification motion and related *Daubert* motions and evidentiary objections (ECF Nos. 546, 582-583, 613, 615, 624, 628, 633).

3. That the class certification-related sealing motions be resolved either by the District Court or Magistrate Judge DeMarchi at any point (ECF Nos. 545, 547-549, 556-558, 567, 583-597, 604, 608, 616, 618-623, 626-627, 633). If it is more expedient for the Court to issue a "bellwether"-type ruling on selected sealing issues rather than resolve all these sealing motions at once, the parties propose that the Court rule on ECF Nos. 548, 583, and 588, which pertain to data sought to be sealed in connection with class certification briefing by Plaintiffs, Google, and a third party, and that the parties submit revised sealing motions based on those rulings as necessary.

4. That if the District Court is going to consider any of the motions for relief from Magistrate Judge DeMarchi's orders, it do so at any point after the class certification order issues (ECF Nos. 496, 497, 500, 553).

5. That Magistrate Judge DeMarchi resolve the three matters pending before her at her earliest convenience (ECF Nos. 519, 521, 528).

DATED: December 18, 2023

Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*

Elizabeth C. Pritzker (SBN 146267)
(ecp@pritzkerlevine.com)
Jonathan K. Levine (SBN 220289)
(jkl@pritzkerlevine.com)
Bethany Caracuzzo (SBN 190687)
(bc@pritzkerlevine.com)
Caroline Corbitt (SBN 305492)
(ccc@pritzkerlevine.com)
1900 Powell Street, Ste. 450
Oakland, CA 94602
Tel.: (415) 692-0772
Fax: (415) 366-6110

*Interim Class Counsel*

**COOLEY LLP**

By: */s/ Whitty Somivichian*

MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)

WHITTY SOMIVICHIAN (SBN 194463)
(wsomivichian@cooley.com)
AARTI G. REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789)
(lsanchezsantiago@cooley.com)

3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

ROBBY L.R. SALDAÑA
(DC No. 1034981)
(rsaldana@cooley.com)
(admitted *pro hac vice*)
KHARY J. ANDERSON
(DC No. 1671197)
(admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:     +1 202 776 2109
Facsimile:     +1 202 842 7899

Attorneys for Defendant GOOGLE LLC

295524490

## ATTESTATION

I, Jonathan K. Levine, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2023, at Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine