**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF H. MELISSA MATHER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> [Civil L.R. 7-11, 79-5(f)] <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

I, H. Melissa Mather, hereby declare as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of Texas and am admitted *pro hac vice* before this Court to represent Plaintiffs in the above-captioned lawsuit.

1. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. A true and correct copy of the following documents are attached as follows:

   a. An **unredacted** copy of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal is attached hereto;

   b. An **unredacted** copy of Exhibit 1 to the Declaration of H. Melissa Mather, excerpts of the December 13, 2022 deposition of Stanislov Belov, is attached hereto;

   c. An **unredacted** copy of Exhibit 2 to the Declaration of H. Melissa Mather, excerpts of the December 8, 2022 deposition transcript of Dr. Glenn Berntson, is attached hereto;

   d. An **unredacted** copy of Exhibit 3 to the Declaration of H. Melissa Mather, excerpts from the October 24, 2023 deposition transcript of Bruce Deal, is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of December, 2023, in New York, New York.

                                                /s/ H. Melissa Mather
                                                H. Melissa Mather