# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue.

Having considered the supporting declaration of the Designating Party, Google LLC, the Court ORDERS the following:

| Document or Portions of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Reply in Support of *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal, portions highlighted in yellow at page 3, lines 10-12; page 4, lines 18-19; page 5, lines 14-15, 19-20; page 9, lines 15-16, 16-17, 17-18, 18-20, 22-25. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 1 to the Mather Decl.: Excerpts from the December 13, 2022 deposition of Stanislov Belov, portions designated Confidential at 19:19-20:4, 29:20-24, 30:19-24. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 2 to the Mather Decl.: Excerpts of the December 8, 2022 deposition of Dr. Glenn Berntson, portions of which Google designated Confidential at 165:3-25. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| Ex. 3 to the Mather Decl.: Excerpts of the October 24, 2023 deposition of Google's expert Bruce Deal, designated Confidential by Google, portions designated Confidential at 100:20-101:16. | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge