1  Lesley E. Weaver (SBN 191305)
   H. Melissa Mather (admitted *pro hac vice*)
2  Anne K. Davis (SBN 267909)
   Joshua D. Samra (SBN 313050)
3  **BLEICHMAR FONTI & AULD LLP**
4  1330 Broadway, Suite 630
   Oakland, CA 94612
5  Tel.: (415) 445-4003
   Fax: (415) 445-4020
6  *lweaver@bfalaw.com*
7  *mmather@bfalaw.com*
   *adavis@bfalaw.com*
8  *jsamra@bfalaw.com*

9  *Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| In re Google RTB Consumer Privacy Litigation, | Case No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This document applies to: *all actions.* | **DECLARATION OF H. MELISSA MATHER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE GOOGLE LLC'S EXPERT BRUCE DEAL**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Date:       TBD<br>Time:      TBD<br>Courtroom: 1, Fourth Floor |

I, H. Melissa Mather, declare and state as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of Texas and am admitted *pro hac vice* before this Court to represent Plaintiffs in the above-captioned lawsuit.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude Defendant Google LLC's Expert Bruce Deal.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the December 13, 2022 deposition transcript of Stanislov Belov.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the October 30, 2023 deposition transcript of Dr. Glenn Berntson.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the October 24, 2023 deposition transcript of Bruce Deal.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of December, 2023, in New York, New York.

*/s/ H. Melissa Mather*
H. Melissa Mather