COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF GLENN BERNTSON IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 616)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Glenn Berntson, declare as follows:

1. I am the Engineering Director and a Lead of the Google Ad Manager team at Google LLC ("Google"). In that capacity, I am familiar with Google's practices regarding the treatment of sensitive business and technical information. I make this declaration based on my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 616) in connection with Plaintiffs' Reply to Google's Opposition to Plaintiffs' Motion for Class Certification ("Plaintiffs' Reply") and supporting exhibits ("Exhibits").

3. I have reviewed the portions of Plaintiffs' Reply and supporting Exhibits that Google seeks to maintain under seal. Based on my review of the materials, the following materials contain highly sensitive, confidential, and proprietary information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and financial information regarding Google RTB** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification | Portions highlighted at page(s): 10, 11 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's business strategy related to Google RTB, including analysis of product strategy, financial information, revenue metrics, and decision-making related to Google advertising products. Google maintains this information as confidential in the ordinary course of its business and it is not generally known to the public or Google's competitors. This confidential and proprietary information falls within the scope of the Protective Order in this action. *See* ECF No. 59 at 3. If this information were made public, it would allow recipients to gain potentially damaging insights into Google's strategic business |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | decisions and the operation and capabilities of Google's systems. Public disclosure of this information could injure Google's competitive standing, as it may enable competitors to alter their systems and practices relating to competing products. Further, business partners may also alter their business practices with Google. |
| Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification | Portions highlighted at page(s): 7, 8 | See above. |
| Expert Class Certification Rebuttal Report of Professor Robert Zeithammer | Portions highlighted at page(s): i, 3, 4, 5, 6, 8-12, 13, 18, 19, 21-24, 27-33 | See above. |
| Expert Class Certification Rebuttal Report of Greg J. Regan | Portions highlighted at page(s): i, 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18, 22, 23 | See above. |
| Exhibit 52 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Vakharia Deposition Excerpts) | Portions highlighted at page(s): 94:1-2, 99:11-14, 132:23-25, 149:1 | See above. |
| Exhibit 56 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Deal Deposition Excerpts) | Portions highlighted at page(s): 100:21-24, 130:9, 131:15, 131:16, 131:21, 268:12, 269:15, 269:21, 270:3, 270:4, 277:21-22 | See above. |
| Exhibit 59 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification | Portions highlighted at page(s): 62:6-23 | See above. |

| | | |
|---|---|---|
| (Levitte Deposition Excerpts) | | |
| **Documents discussing internal operational details and analysis regarding data privacy practices related to Google RTB** | | |
| Expert Class Certification Rebuttal Report of Professor Christopher Wilson | Portions highlighted at page(s): 44 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding Google's operational details and analysis related to Google RTB including discussion about data privacy and data practices. Google maintains this information as confidential in the ordinary course of its business and it is not generally known to the public or Google's competitors. I understand such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. If this information were made public, it would allow recipients to gain potentially damaging insights into Google's strategic business decisions and the operation and capabilities of Google's systems. Public disclosure of this confidential and proprietary information could injure Google's competitive standing as it may enable competitors to alter their systems and practices relating to competing products. Further, it may enable business partners to also alter their business practices with Google. |
| Expert Class Certification Rebuttal Report of Professor Robert Zeithammer | Portions highlighted at page(s): 58 | See above. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| Expert Class Certification Rebuttal Report of Greg J. Regan | Portions highlighted at page(s): 11 | See above. |
| Exhibit 52 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Vakharia Deposition Excerpts) | Portions highlighted at page(s): 121:19-20, 205:18-23, 206:18-20 | See above. |
| Exhibit 57 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Hanssens Deposition Excerpts) | Portions highlighted at page(s): 147:1-4, 147:12-16, 150:5-9, 150:19-25 | See above. |
| **Documents discussing internal metrics associated with the operation of Google's advertising products including Google RTB** |||
| Plaintiffs' Reply in Support of Motion for Class Certification | Portions highlighted at page(s): 1, 4, 5, 15 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of this confidential and proprietary information could injure Google's competitive standing as it may enable competitors to alter |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | their systems and practices relating to competing products. |
| Expert Class Certification Rebuttal Report of Professor Zubair Shafiq | Portions highlighted at page(s): 7, 12, 13 | See above. |
| Expert Class Certification Rebuttal Report of Professor Christopher Wilson | Portions highlighted at page(s): 20 | See above. |
| Expert Class Certification Rebuttal Report of Greg J. Regan | Portions highlighted at page(s): 7, 9, 10, 11, 12, 13, 14 | See above. |
| Exhibit 53 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Psounis Deposition Excerpts) | Portions highlighted at page(s): 144:5, 144:17, 144:20, 145:14, 165:11, 165:18, 165:20, 165:25, 233:19, 233:21 | See above. |
| **Documents discussing technical details regarding internal data logs and systems associated with Google RTB** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification | Portions highlighted at page(s): 2, 3, 7 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding technical details about Google's internal systems and operations, including various types of data collected, their proprietary functionalities, internal metrics, and information related to data systems associated with Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within |

| | | | |
|---|---|---|---|
| | | | the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of this confidential and proprietary information could injure Google's competitive standing as it may enable competitors to alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's data systems and infrastructure. |
| | Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification | Portions highlighted at page(s): 3, 4 | See above. |
| | Expert Class Certification Rebuttal Report of Professor Zubair Shafiq | Portions highlighted at page(s): 7, 8, 9, 10, 11, 12, 15, 16, 18, 19, 20, 25, 26, 27, 28, 33, 34, 37, 38, 39, 40, 41 | See above. |
| | Expert Class Certification Rebuttal Report of Professor Christopher Wilson | Portions highlighted at page(s): 21 | See above. |
| | Expert Class Certification Rebuttal Report of Greg J. Regan | Portions highlighted at page(s): 6, 7, 8, 9, 14, 22, 23 | See above. |
| | Exhibit 51 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Berntson Deposition Excerpts) | Portions highlighted at page(s): 11:2-4, 8-9, 11, 13-16, 19, 24; 11:25-12:1; 12:22-13:3, 13:5, 24-25; 15:5, 14; 53:7, 10, 14-15; 54:16; 55:3; 56:14, 18-19, 21-22; 58:7-12. 16, 22-23, 25; 73:2-3, 6, 9, 12, 16-25; 75:4-6; 76:11-13, 18-25; 77: 4, 14, 17, 21; 81:1, 5, 9; 83:20, 22-25; 89:4; 91:19-20; 94:1-4, 7, 12-13, 15, 23-24; 98:16-19; 106:1. 4, 6-7, | See above. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | 9-10, 16, 22-24; 107:2, 12, 17; 108:9-10, 12-13; 107:25-108:1; 108:18, 110:3-5, 15, 18-19; 111:13-15; 112:1-3, 8-10, 21; 113:3-6; 115:10-11; 118:9-11; 122:13-14: 122:21-123:3; 123:21-22; 124:6-7, 9; 136:1, 9, 12, 15, 24; 150:17-18; 163:4, 9, 16, 20; 164:3; 178:4-6; 182:22-24; 191:24-25; 198:3-5, 9; 212:6, 8, 10, 13, 22; 213:2, 4, 18, 20; 214:2, 6, 9, 11, 18; 215:8-9; 216:3-4; 217:20-22; 219:6, 20-21; 225:1, 4-5, 11, 14, 17-18, 23-25; 226:6, 8, 18, 22; 231:22-24; 232:9-10, 17-18, 23; 233:5, 9-11, 16-17, 23-25; 234:1-2, 4-5, 10-11, 14-17, 19-21; 235:15-25; 236:11-20; 237:9-10, 12-13, 17, 19; 238:1, 6-7, 10-11, 13-15; 239:8-15; 240:12-17, 19; 241:20 | |
| Exhibit 54 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Striegel Deposition Excerpts) | Portions highlighted at page(s): 77:1-2, 77:18-19, 78:5, 78:16-18 | See above. |
| Exhibit 56 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Deal Deposition Excerpts) | Portions highlighted at page(s): 101:19-22 | See above. |
| **Documents discussing contracts between Google and RTB partners** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification | Portions highlighted at page(s): 7 | The information requested to be sealed contains Google's highly confidential and proprietary operational details and information regarding Google's contractual relationships with third-parties |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | related to Google RTB that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies and business practices for operating and maintaining its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. Public disclosure of this confidential and proprietary information could injure Google's competitive standing as it may enable business partners to alter their business practices with Google. If this information were made public, it would allow recipients to gain potentially damaging insights into Google's strategic business decisions and the operation and capabilities of Google's systems. |
| Expert Class Certification Rebuttal Report of Professor Neil Richards | Portions highlighted at page(s): 38, 39 | See above. |
| Exhibit 50 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Google Third-Party Contracts) | Entire Document | See above. |
| **Documents discussing confidential employee information** | | |
| Exhibit 59 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Levitte Deposition Excerpts) | Portions highlighted at page(s): 6:19, 6:21 | The information requested to be sealed contains confidential information of Google employees, disclosure of which may subject them to unsolicited contact and harassment. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

4. Certain portions of Plaintiffs' Reply and its supporting Exhibits, including the portions identified above, reflect highly sensitive, confidential, non-public information about Google's business strategy and analysis regarding Google RTB including analysis about product strategy, revenue metrics, financial information, and decision-making related to Google advertising products.

5. Further, certain portions of Plaintiffs' Reply and its supporting Exhibits, including the portions identified above, reveal highly sensitive, confidential, non-public information about Google's internal policies and business strategy related to Google's advertising products, including discussions about data privacy and Google's data practices as to third-parties.

6. Additionally, certain portions of Plaintiffs' Reply and its supporting Exhibits contain Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

7. The public disclosure of this information would cause Google significant and irreparable competitive harm for multiple reasons. Specifically, it would (1) reveal highly sensitive financial information related to Google's operation of its advertising systems, (2) disclose information about the structure and operation of Google's internal systems and advertising infrastructure, including systems design and capabilities to competitors, and (3) provide competitors and business partners with insight into Google's strategic business decisions, and policies and priorities related to Google RTB, and (4) reveal capabilities and design of Google's advertising systems used to handle user data.

8. Further, Google would suffer irreparable harm from the disclosure of such highly sensitive business information, as competitors and business partners could alter their own business practices based on previously undisclosed information that could be damaging to Google's competitive standing.

9. Certain portions of Plaintiffs' Reply and its supporting Exhibits, including the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

portions identified above, contain references and discussions of highly sensitive, confidential, proprietary, non-public technical details related to internal data logs, data signals, and data systems associated with Google RTB, specifically their proprietary functionalities and internal metrics.

10. Google takes various precautions to protect its infrastructure. However, bad actors actively target Google's data systems and infrastructure, and some of their attempts have been successful in the past.

11. If disclosed, this information presents serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems. Public disclosure of the information could expose Google's users to targeting by bad actors. For example, bad actors could use the information related to these logs to further infer additional information about Google users that Google stores in those logs. Finally, disclosure of the names of Google's logs or descriptions of particular data systems may make it easier for bad actors to piece together previously unconnectable facts, should those bad actors gain access to other documents or information that reference the same proprietary logs and systems.

12. Certain Exhibits in support of Plaintiffs' Reply contain excerpted portions of contracts between Google and RTB partners. These documents are closely guarded as these reveal highly sensitive, confidential, non-public information about Google's commercial practices and the terms of agreements between Google and RTB partners. Public disclosure of these contracts could hinder Google's competitive advantage and future negotiations with potential business partners.

13. Certain portions of an Exhibit in support of Plaintiffs' Reply contain confidential information of a Google employee, disclosure of which may subject them to unsolicited contact and harassment.

14. Attached hereto as **Exhibit A** is a copy of Plaintiffs' Reply in Support of Motion for Class Certification that highlights the specific information that Google seeks to maintain under seal.

15. Attached hereto as **Exhibit B** is a copy of Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification that highlights the specific information that Google seeks to maintain under seal.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

16. Attached hereto as **Exhibit C** is a copy of the Expert Class Certification Rebuttal Report of Professor Robert Zeithammer that highlights the specific information that Google seeks to maintain under seal.

17. Attached hereto as **Exhibit D** is a copy of the Expert Class Certification Rebuttal Report of Greg J. Regan that highlights the specific information that Google seeks to maintain under seal.

18. Attached hereto as **Exhibit E** is a copy of the Expert Class Certification Rebuttal Report of Professor Christopher Wilson that highlights the specific information that Google seeks to maintain under seal.

19. Attached hereto as **Exhibit F** is a copy of the Expert Class Certification Rebuttal Report of Professor Zubair Shafiq that highlights the specific information that Google seeks to maintain under seal.

20. Attached hereto as **Exhibit G** is a copy of Exhibit 50 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

21. Attached hereto as **Exhibit H** is a copy of Exhibit 51 to the Reply Declaration of Elizabeth C. Pritzker that Google seeks to maintain under seal.

22. Attached hereto as **Exhibit I** is a copy of Exhibit 52 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

23. Attached hereto as **Exhibit J** is a copy of Exhibit 53 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

24. Attached hereto as **Exhibit K** is a copy of Exhibit 54 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

25. Attached hereto as **Exhibit L** is a copy of Exhibit 56 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

seal.

26. Attached hereto as **Exhibit M** is a copy of Exhibit 57 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

27. Attached hereto as **Exhibit N** is a copy of Exhibit 59 to the Reply Declaration of Elizabeth C. Pritzker that highlights the specific information that Google seeks to maintain under seal.

28. Attached hereto as **Exhibit O** is a copy of the Expert Class Certification Rebuttal Report of Professor Neil Richards that highlights the specific information that Google seeks to maintain under seal.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  December 18, 2023 in New York, New York.

                                              */s/ Glenn Berntson*
                                       Glenn Berntson

294702511

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

DEC. OF G. BERNTSON ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD