# EXHIBIT B

UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1

2

3

4

5

6

7
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
**OAKLAND DIVISION**

9

10
PATRICK CALHOUN, ELAINE CRESPO,
HADIYAH JACKSON and CLAUDIA
KINDLER, on behalf of themselves and all
11
others similarly situated,

12
                Plaintiffs,

13
        v.

14
GOOGLE LLC,

15
                Defendant.

16

Case No. 4:20-cv-5146-YGR-SVK

**SUPPLEMENTAL DECLARATION OF
ZUBAIR SHAFIQ, Ph.D., IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
GOOGLE'S OBJECTIONS TO THE
SPECIAL MASTER'S APRIL 4, 2022
REPORT AND RECOMMENDATIONS**

17

18

19

20

21
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

22

23

24

25

26

27

28

## DECLARATION OF DR. ZUBAIR SHAFIQ

I, Zubair Shafiq, Ph.D., hereby declare under penalty of perjury:

### A.    MY BACKGROUND

1.    I am an associate professor of computer science at University of California, Davis. I received my Ph.D. from Michigan State University in 2014. My research focuses on making the Internet more private, secure, and performant using network measurement and machine learning techniques. I am a recipient of the Dean's Scholar Award (2020), NSF CAREER Award (2018), Andreas Pfitzmann PETS Best Student Paper Award (2018), ACM Internet Measurement Conference Best Paper Award (2017), IEEE International Conference on Network Protocols Best Paper Award (2012), Fitch-Beach Outstanding Graduate Research Award (2013), and the Dean's Plaque of Excellence for undergraduate research (2007, 2008).

2.    Attached as **Exhibit A** is a copy of my current curriculum vitae, which sets forth:

    a.   additional education experience and qualifications, and

    b.   a list of all other cases in which I testified as an expert witness at trial or by deposition in the last four years.

### B.    MY ASSIGNMENT

3.    I submit this supplemental declaration in support of Plaintiffs' Response to Google's Objections ("Google Objections") to the Special Master Report and Recommendations Dated April 4, 2022 (the "Report and Recommendations" or "R&R"), and I have reviewed a copy thereof, as well as copies of various productions made by Google identifying certain logs that record information about users.

4.    I was asked by Plaintiffs' Counsel to review Google's Objections, and based on my experience and review of the data that has been produced in this case, opine on the impact that Google's objections would have on preserving data for purposes of identifying class members, proving liability, and/or proving damages, as compared to the proposal set forth in the Report and Recommendations.

5.      My hourly rate for work in this matter is $500. My fees are not in any way contingent on the outcome of this case or this dispute.

**C.      MY OPINIONS**

6.      The alterations proposed by Google in its objections would substantially narrow the scope of data preserved as compared to the proposal set forth in the Report and Recommendations.

7.      Specifically, the most significant databases of relevant data that are identified in the Report and Recommendations for preservation are ZWBK[1] ███ and GAIA ███ Google's objections to preserving all but a handful of the columns from these databases would therefore significantly alter the scope of the preservation plan and cause relevant data to be deleted.

8.      For example, the column ████████ " contains URLs of websites from where Google Analytics source code caused Chrome transmissions to Google. Google proposes to exclude this column from preservation, but it undoubtedly is important to the case.

9.      The ███ columns that Google is proposing to exclude also contain pertinent information such as user profile (e.g., "████████ ████████"), location (e.g., "████████████"), browser information (e.g., "████████", "████████"), and revenue information ("████████"). This is a non-exhaustive list of data fields relevant to this litigation that would be permanently deleted under Google's proposal.

10.      Additionally, based on the productions of the Plaintiffs' data that Google has made to date, the particular columns that Google is proposing to search are frequently "null sets", meaning they contain no information, whereas the data-rich columns are completely excluded.

11.      For example, I reviewed the production that Google made on March 31, 2022 concerning the named Plaintiffs in this action, which included data from the same ZWBK ███ and GAIA ███ databases that Google has objected to preserving.

---

[1] ZWBK is short form of Zwieback.

12.    For ZWBK ▮▮▮ out of the approximately ▮▮ columns where data might be provided, the Plaintiff data produced by Google on March 31, 2022 was found in ▮ of those columns. But none of these ▮ relevant columns is included in Google's proposal as presented in its objections.

13.    Similarly, for GAIA ▮▮▮ out of the approximately ▮▮ columns where data might be provided, the Plaintiff data produced by Google on March 31, 2022 was found in ▮▮ of those columns, but only ▮ of these columns are among those included in Google's proposal as presented in its objections.

14.    None of the relevant Plaintiff data referenced above that was produced on March 31, 2022 from ZWBK ▮▮▮ and GAIA ▮▮▮ had been produced by Google in prior productions sourced from ▮▮▮ or ▮▮▮ emphasizing the importance of preserving the ▮▮ logs.

15.    In addition, many ZWBK ▮▮▮ columns contain Gaia IDs, which may allow for linkage of data to user identity. For example, here are the annotations explaining the data stored in one ZWBK ▮▮▮ column called "▮▮▮▮▮," a column that Google hopes not to preserve:



1

2

3

4

5

6

7

8

9

10

11

12

13     16.    Likewise, the following ZWBK  columns also specifically mention Gaia:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ████████████

2         17.    I also disagree with Google's argument that searching and preserving data in the

3    ██████ infrastructure would be burdensome. ██████ is the most important data depository for this

4    case, as it ties data to Gaia, Biscotti and Zwieback identifiers across many products and services

5    offered by Google. It is also searchable by any of these identifiers across multiple columns at once

6    – Google will not be required to perform separate searches of each column.

7        18.    Google has also not demonstrated that preservation of the entire ZWBK ██████ and

8    GAIA ██████ records across all columns would pose substantially greater burdens compared to

9    preserving a narrower subset of columns within ZWBK ██████ and GAIA ██████ that Google has

10    identified. From an engineering perspective, it may be simpler for Google to preserve ██████ data

11    as it is stored in the ordinary course of business rather than having to segment it in a new way

12    specifically for purposes of this litigation.

13        19.    I also do not believe it relevant that different columns in ██████ may be "owned and

14    controlled by different teams."  Regardless of who "owns" the column, they can easily be searched

15    or preserved without permission from each owner. ████████████████████

16    ████████████████████████████████████████

17    ████████████████████████████████████████

18    ████████████████████████ The document produced with the bates number

19    GOOG-CALH-00027774 ████████████████████████

20    ████.

21        20.    Furthermore, I do not agree with the statement made in Google's objections that

22    "██████ does not have a way of identifying U.S. users."  Based on my review of the data Google

23    has produced from ██████ both ZWBK and GAIA, there are, in fact, many ways of identifying

24    U.S. users from within ██████.

25        21.    For example, in a recent production of data related to just one Named Plaintiff, Dr.

26    Corinice Wilson, Google provided data related to ██ different fields in which Google ████████

27    ██████ in Gaia ██████

28

| GAIA ▇▇▇ | | Field Value(s) Indicating US-based |
|---|---|---|
| **Field Name** | | **Field Value(s) Indicating US-based** |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇▇▇▇▇▇▇▇ |

22.    Similarly, in her ZWBK ▇▇▇ production, there were at least ▇▇▇▇ ▇▇▇▇▇▇▇▇ :

| ZWBK ▇▇▇ | | Field Value Indicating US-based |
|---|---|---|
| **Field Name** | | **Field Value Indicating US-based** |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ | | ▇▇▇▇▇▇ |

1

2

3

4

5

6

7

8          23.      Additionally, because both ZWBK ▮▮▮▮ and GAIA ▮▮▮▮ contain UID fields, to

9    the extent a sample of UIDs was identified in any manner based on information outside ▮▮▮▮

10   one could easily apply that same sample to ZWBK ▮▮▮▮ and GAIA ▮▮▮▮ using the same UIDs.

11   **D.      CONCLUSION**

12          I declare under penalty of perjury under the laws of the United States that the foregoing is

13   true and correct.

14

15   Executed this 25th day of April, 2022, at Davis, California.

16
                                                    *Zubair*
17                                     /s/ _____
                                           Zubair Shafiq, Ph.D.
18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Zubair Shafiq

*3043 Kemper Hall*
*Davis, CA, 95616 USA*
✉ *zubair@ucdavis.edu*
↰ *www.cs.ucdavis.edu/~zubair*
🐦 *zubair_shafiq*

## Research Interests

Web Privacy, Internet Measurement, Internet Security, Computer Networks

## Professional Experience

| | |
|---|---|
| 2020– | **Associate Professor**<br>Department of Computer Science, University of California-Davis |
| 2014–2020 | **Assistant Professor**<br>Department of Computer Science, The University of Iowa |
| 2009–2014 | **Research Assistant**<br>Department of Computer Science and Engineering, Michigan State University |
| 2013 | **Research Intern**<br>IBM T. J. Watson Research Center |
| 2012 | **Research Intern**<br>Telefonica Research |
| 2011 | **Research Intern**<br>AT&T Labs – Research |
| 2007-2009 | **Research Engineer**<br>Next Generation Intelligent Networks Research Center, Pakistan |

## Education

| | |
|---|---|
| 2009–2014 | **Ph.D. Computer Science**<br>Department of Computer Science and Engineering, Michigan State University |
| 2004–2008 | **B.E. Electrical Engineering**<br>National University of Sciences & Technology (NUST), Pakistan |

## Honors and Awards

| | |
|---|---|
| 2020 | **Dean's Scholar Award**, University of Iowa |
| 2020 | **Research Highlights**, Communications of the ACM |
| 2018 | **NSF Faculty Early Career Development (CAREER) Award** |
| 2018 | **Andreas Pfitzmann Best Student Paper Award**, Privacy Enhancing Technologies Symposium |
| 2017 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2015 | **NSF CISE Research Initiation Initiative (CRII) Award** |
| 2013 | **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University |
| 2012 | **Best Paper Award**, IEEE International Conference on Network Protocols |
| 2007, 2008 | **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan |

## Publications

### Conferences

NDSS
**Harpo: Learning to Subvert Online Behavioral Advertising**
Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2022

USENIX
Security
**WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**
Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*USENIX Security Symposium*, 2022

USENIX
Security
**Khaleesi: Breaker of Advertising and Tracking Request Chains**
Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq
*USENIX Security Symposium*, 2022

PETS
**FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL
**Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL
**On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P
**DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE
**Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC
**TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P
**Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS
**CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL
**Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munir, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

ACL
**A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P **AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS **CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

IoTDI **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

PAM **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

PETS **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

PETS **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

WWW **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019
Acceptance rate: 225/1247=18%

WWW **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019
Acceptance rate: 225/1247=18%

WWW **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019
Acceptance rate: 20% (short)

ASONAM **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019
Acceptance rate: 41/286=14%

PETS **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
Acceptance rate: 16.5%
**Andreas Pfitzmann Best Student Paper Award**

NDSS **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018
Acceptance rate: 71/331=21.4%

INFOCOM **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018
Acceptance rate: 309/1606 =19.2%

IMC **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
Acceptance rate: 42/179=23.5%
**Best Paper Award**
**CACM Research Highlights 2020**

IMC **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017
Acceptance rate: 42/179=23.5%

SIGMETRICS **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017
Acceptance rate: 27/203=13.3%

PETS **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017
Acceptance rate: 22.5%

ICDM **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017
Acceptance rate: 72/778=9.2%

CHI **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017
Acceptance rate: 25%

ICDCS **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017
Acceptance rate: 90/531=16.9%

ICNP **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017
Acceptance rate: 39/209=18.7%

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017
Acceptance rate: 39/209=18.7%

ICNP **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017
Acceptance rate: 39/209=18.7%

ICWSM **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, Denver, 2017
Acceptance rate: (49 full + 62 short)/357 = 31%

HT **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

Networking **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
Acceptance rate: 43/150=28.7%
**<span style="color:red">Best Paper Award Candidate (3 nominations out of 43 accepted papers)</span>**

Networking **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
Acceptance rate: 43/150=28.7%

eCrime **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017
Acceptance rate: 7/17 = 41%

ICNP **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016
Acceptance rate: 46/229 =20.1%

DSN **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016
Acceptance rate: 58/259 =22.4%

SIGMETRICS **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France, 2016
Acceptance rate: (28+33)/208 =29.3%

ICDCS **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016
Acceptance rate: 68/386 =17.6%

INFOCOM **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016
Acceptance rate: 300/1644 =18.3%

SIGSPATIAL **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco, 2016
Acceptance rate: 40/217 =18.4%

CIKM **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi Driver Revenue Efficiency**
Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu
*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016
Acceptance rate: (165 long + 105 short)/1644=28.9%

IMC **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**
Emiliano De Cristofaro, Arik Friedmam, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2014
Acceptance rate: 43/188 =22.9%

SIGMETRICS **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**
Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014
Acceptance rate: 40/238 =16.8%

SIGMETRICS **Revisiting Caching in Content Delivery Networks**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014
Acceptance rate: (40+32)/238 =30.2%

SIGMETRICS **A First Look at Cellular Network Performance during Crowded Events**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013
Acceptance rate: 27/196 =13.8%

ICNP **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE International Conference on Network Protocols*, 2013
Acceptance rate: 46/251 =18.3%

CSCW **Is News Sharing on Twitter Ideologically Biased?**
Jonathan Morgan, Cliff Lampe, Zubair Shafiq
*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013
Acceptance rate: 35.6%

ICNP **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**
Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo
*IEEE International Conference on Network Protocols*, 2012
Acceptance rate: 30/131 =22.9%
<span style="color:red">**Best Paper Award**</span>

SIGMETRICS **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012
Acceptance rate: 31/203 =15.3%

ICSE **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*International Conference on Software Engineering*, Switzerland, 2012
Acceptance rate: 87/408 =21.3%

INFOCOM **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Conference on Computer Communications*, Orlando, 2012
Acceptance rate: 278/1547 =17.9%

SIGMETRICS **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011
Acceptance rate: 26/177 = 14.6%

Networking **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**
Zubair Shafiq, Alex X. Liu
*IFIP Networking*, Spain, 2011
Acceptance rate: 64/294 = 21.7%

INFOCOM **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Conference on Computer Communications*, Spain, 2011
Acceptance rate: 427/1283 = 23.4%

RAID **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**
Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq
*International Symposium On Recent Advances In Intrusion Detection*, France, 2009
Acceptance rate: 17/59 = 28.8%

GECCO **Evolvable Malware**
Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009
Acceptance rate: 220/531 = 41.4%

DIMVA **Embedded Malware Detection using Markov n-grams**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008
Acceptance rate: 14/42 = 33.3%

GECCO **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008
Acceptance rate: 199/451 = 44.1%

### Workshops

NSF/FCC **Tracking Mobile Video QoE in the Encrypted Internet**
QoE Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

NSF/FCC **Bidirectional Crosslayer QoE Optimization**
QoE Srikanth Sundaresan, Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

ACM HotNets **Cross-Path Inference Attacks on Multipath TCP**
Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu
*ACM Workshop on Hot Topics in Networks*, 2013
Acceptance rate: 26/110 =23.6%

CCS AISec **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**
Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq
*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009
Acceptance rate: 10/24 = 41.7%

KDD CSI **Malware Detection using Statistical Analysis of Byte-Level File Content**
Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq
*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009

EvoComNet **A Comparative Study of Fuzzy Inference Systems, Neural Networks and Adaptive Neuro Fuzzy Inference Systems for Portscan Detection**
Zubair Shafiq, Muddassar Farooq, Syed Ali Khayam
*Applications of Evolutionary Computing, EvoComNet*, Italy, 2008

### Journals

TDSC **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

TON **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

TON **Characterizing and Optimizing Cellular Network Performance during Crowded Events**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang
*IEEE/ACM Transactions on Networking*, 2016

SMP **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**
G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*Social Media and Politics*, 2016

TMC **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Transactions on Mobile Computing*, 2015

TON **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE/ACM Transactions on Networking*, 2013

JSAC **Identifying Leaders and Followers in Online Social Networks**
Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JSAC **A Distributed Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JNSM **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**
Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin
*Springer Journal of Network and Systems Management*, 2012

VB **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**
Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq
*Virus Bulletin*, Switzerland, 2009

Elsevier **Fuzzy Case Based Reasoning for Facial Expression Recognition**
Aasia Khanum, Muid Mufti, M. Y. Javed, Zubair Shafiq
*Elsevier Fuzzy Sets and Systems*, 2009

## Funding

### External Competitive Research Grants

NSF-SaTC **Defending against Emerging Stateless Web Tracking**
National Science Foundation
PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000
Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State)

| | |
|---|---|
| CITRIS and the Banatao Institute | **Auditing the compliance of California consumer privacy regulations at scale**<br>Center for Information Technology Research in the Interest of Society (CITRIS)<br>Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000<br>Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis) |
| NSF-SaTC-Frontier | **Protecting Personal Data Flow on the Internet**<br>National Science Foundation<br>PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern) |
| NSF-CAREER | **Quality of Experience and Network Management in the Encrypted Internet**<br>National Science Foundation<br>PI, Duration: 2018-2023, Total: $500,000, Share: $500,000<br>Personnel: Zubair Shafiq (PI: UC Davis) |
| NSF-SaTC | **A Multi-Layer Learning Approach to Mobile Traffic Filtering**<br>National Science Foundation<br>PI, Duration: 2018-2021, Total: $500,000, Share: $250,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine) |
| NSF-SaTC | **The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures**<br>National Science Foundation<br>PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside) |
| NSF-NeTS | **Towards Scalable and Energy Efficient Cellular IoT Communication**<br>National Science Foundation<br>PI, Duration: 2016-2019, Total: $500,000, Share: $166,000<br>Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI) |
| NSF-SaTC | **Multipath TCP Side Channel Vulnerabilities and Defenses**<br>National Science Foundation<br>PI, Duration: 2015-2018, Total: $500,000, Share: $167,000<br>Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University) |
| NSF-NeTS | **Towards Measurement and Optimization of Internet Video Quality of Experience**<br>National Science Foundation<br>PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000<br>Personnel: Zubair Shafiq (PI: Iowa) |
| DTL | **Detection and Circumvention of Ad-Block Detectors**<br>Data Transparency Lab<br>PI, Duration: 2016-2017, Total: $56,000, Share: $28,000<br>Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside) |

### Internal Competitive Research Grants

| | |
|---|---|
| Noyce | **Measuring and Mitigating Biases in Social Recommendation Algorithms**<br>Noyce Foundation<br>PI, Duration: 2021-2022, Total: $235,690<br>Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI) |

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

## Industry Grants and Unrestricted Gifts

Siemens PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

Siemens PI, Duration: 2019, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2018, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: Iowa)

Verizon PI, Duration: 2018, Total: $20,000, Share: $20,000
Personnel: Zubair Shafiq (PI: Iowa)

Minim PI, Duration: 2018, Total: $66,164, Share: $66,164
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2017, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Nokia PI, Duration: 2017, Total: $53,200, Share: $53,200
Personnel: Zubair Shafiq (PI: Iowa)

Futurewei PI, Duration: 2017, Total: $100,384, Share: $100,384
Personnel: Zubair Shafiq (PI: Iowa)

Facebook PI, Duration: 2016, Total: $8,400, Share: $8,400
Personnel: Zubair Shafiq (PI: Iowa)

# Teaching

ECS 152A **Computer Networks**
Spring 2022, University of California at Davis

ECS 153 **Computer Security**
Winter 2022, University of California at Davis

ECS 289M **Data-Driven Security**
Spring 2021, University of California at Davis

ECS 152B **Computer Networks**
Winter 2021, University of California at Davis

CS 2620 **Networking & Security for Informatics**
Spring 2020, The University of Iowa

CS 4980  **Online Advertising & Tracking**
Fall 2019, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2019, The University of Iowa

CS 4980  **Internet Measurement**
Fall 2018, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2018, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2017, The University of Iowa

CS 4980  **Network Security and Privacy**
Fall 2016, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2016, The University of Iowa

CS 4980  **Advanced Computer Networks**
Fall 2015, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2015, The University of Iowa

CS 4980  **Internet Measurement**
Fall 2014, The University of Iowa

## Students

### Doctorate

| | |
|---|---|
| 2022-current | Rajvardhan Oak |
| 2021-current | Muhammad Haroon |
| 2021-current | Pouneh Nikkhah Bahrami |
| 2021-current | Shaoor Munir |
| 2021-current | Yash Vekaria |
| 2021-current | Rong-Ching (Anna) Chang |
| 2021-current | Hadi Askari |
| 2016-2021 | Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington |
| 2015-2021 | Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks |
| 2015-2019 | Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research |

### Masters

| | |
|---|---|
| 2021 | Mohammad Ismail Daud |
| 2021 | Sunshine Chong |
| 2021 | Rachit Dhamija |
| 2020 | Pouneh Nikkhah Bahrami |
| 2018 | Daniel Zhou |
| 2017 | Kaustubh Mungale |
| 2017 | John Cook |
| 2016-2017 | Sai Kalyan Moguloju |

| | |
|---|---|
| 2016 | Raghavendranath Kandula |
| 2016 | Lufan Li |
| 2016 | Avinash Talreja |
| 2016 | Abdulaziz Alharbi |

### Undergraduate

| | |
|---|---|
| 2021 | Caelan MacArthur (NSF DREU) |
| 2020-2021 | Ray Ngan (NSF REU) |
| 2020-2021 | Kajal Patel (NSF REU) |
| 2020-2021 | Taimur Kashif (NSF REU) |
| 2019-2021 | Charlie Wolfe (NSF REU) |
| 2019-2020 | Ashton Woiwood (NSF REU) |
| 2018 | Basil Chatha |
| 2017 | Treyton Krupp (NSF REU) |
| 2017 | Daniel Zhou (NSF REU) |
| 2017 | Gabriel Akanni (SROP) |
| 2016-2017 | Xiaoye Li (NSF REU) |
| 2016 | Yu Dai |
| 2015 | Mirza Besic |
| 2015 | Fei Tang |

### High School

| | |
|---|---|
| 2019 | Kathy Zhong (SSTP) |
| 2018 | Alice Martynova (SSTP) |
| 2017 | William Kim (SSTP) |
| 2016 | Brandon Wang (SSTP) |

## External Service

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE IN-FOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'20), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'20), Network and Distributed System Security Symposium (NDSS) |

| | |
|---|---|
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |
| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-current) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021) |

## Internal Service

| | |
|---|---|
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021-2022 |
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |
| Mentor | Summer Research Opportunities Program (SROP)<br>Graduate College, The University of Iowa, 2017 |
| Mentor | Secondary Student Training Program (SSTP)<br>Belin-Blank Center, The University of Iowa, 2016-2019 |

## Patents

| | |
|---|---|
| USPTO 10484881 | Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq. Optimization of cellular network architecture based on device type-specific traffic dynamics. November 2019 |

| | |
|---|---|
| USPTO 10420167 | Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq. Cellular Connection Sharing. September 2019 |

## Expert Testimony & Reports

| | |
|---|---|
| Calhoun v. Google LLC | U.S. District Court for the Northern District of California, 4:20-cv-05146, ; Plaintiffs Expert for Bleichmar Fonti & Auld LLP; 2021-Present |

## Talks

| | |
|---|---|
| Invited | Introduction to Online Advertising Ecosystem<br>UC Irvine, 2022 |
| Invited | Rage Against the Ad-Tech Machine<br>University of Iowa, 2022 |
| Invited | Advances and Open Problems in Browser Fingerprinting<br>ProperData, 2021 |
| Invited | Big Data, Big Brother<br>Research Exploration Workshop on IoT and Privacy, 2021 |
| Invited | Characterizing Harms of Incentivized Advertising on Google Play<br>Federal Trade Commission (FTC), 2021 |
| Invited | Cybersecurity Considerations in Flexible Demand Appliance Standards<br>California Energy Commission Workshop on Senate Bill 49, 2020 |
| Invited | Fingerprinting the Fingerprinters<br>Adblocker Dev Summit, 2020 |
| Keynote | Ad-Mageddon: The Next Frontier in Online Privacy<br>IEEE Euro Security & Privacy (S&P) Workshop on Designing Security for the Web (SecWeb), 2020 |
| Colloquium | Ad-Mageddon: The Next Frontier in Online Privacy<br>Indraprastha Institute of Information Technology (IIIT) Delhi, 2020 |
| Invited | Ad-mageddon: The Next Frontier in Web Privacy<br>University of Iowa Computing Conference, 2020 |
| Colloquium | Ad-mageddon: The Next Frontier in Web Privacy<br>University of California-Irvine, 2019 |
| Colloquium | Ad-mageddon: The Next Frontier in Web Privacy<br>University of California-Riverside, 2019 |
| Invited | Online Advertising and Tracking<br>Breakout Session at the NSF SaTC PI Meeting, Arlington, VA, 2019 |
| Invited | Challenges of Network-Level Adblocking: A Case Study of Smart TVs<br>Ad Blocker Dev Summit, Netherlands, 2019 |
| Invited | Overview and Demo of ShadowBlock: A Lightweight and Stealthy Adblocking Browser<br>Ad Blocker Dev Summit, Netherlands, 2019 |
| Invited | AI-Powered Adblocking: Challenges and Opportunities<br>Ad-Blocking Dev Summit, San Francisco, CA, 2018 |
| Invited | Ad Tech vs. Ad-blockers: Challenges and Opportunities<br>Dagstuhl Seminar on Web Application Security, Schloss Dagstuhl, Germany, 2018 |

| | |
|---|---|
| Invited | Quality of Experience and Network Management in the Encrypted Internet<br>YouTube, San Bruno, CA, 2018 |
| Invited | QoE Optimization in the Encrypted Internet<br>Verizon Digital Media Services, Santa Monica, CA, 2018 |
| Invited | Big Data, Big Brother<br>Lahore University of Management Sciences (LUMS), Lahore, Pakistan, 2018 |
| Colloquium | Measuring and Modeling Tussles in Cyberspace<br>University of Oregon, Eugene, OR, 2017 |
| Invited | Big Data, Big Brother<br>Coe College, Cedar Rapids, IA, 2017 |
| Panel | Algorithms: The Personal Is Political<br>Obermann Conversations, Iowa City, IA, 2017 |
| Invited | Big Data, Big Brother<br>UI Summer Research Opportunities Program (SROP) Speaker Series, Iowa City, IA, 2017 |
| Colloquium | Machine Learning on Encrypted Traffic: Past, Present, Future<br>Universidade Federal do Rio de Janeiro (UFRJ), Rio, Brazil, 2017 |
| Keynote | The Arms Race Between Ad-Tech and Ad-Blockers<br>35th Brazilian Symposium on Computer Networks and Distributed Systems, Belem, Brazil, 2017 |
| Tutorial | Machine Learning on Encrypted Traffic: Past, Present, Future<br>35th Brazilian Symposium on Computer Networks and Distributed Systems, Belem, Brazil, 2017 |
| Colloquium | Big Data, Big Brother<br>Electrical & Computer Engineering Graduate Seminar, The University of Iowa, Iowa City, IA, 2017 |
| Keynote | Tracking and Optimizing Quality of Experience in the Encrypted Internet<br>IEEE PerCom Workshop on Data Analytics for Mobile Networking, Big Island, HI, 2017 |
| Invited | Big Data, Big Brother<br>Hawkeye Lunch & Learn, Office of Outreach & Engagement, The University of Iowa, Iowa City & Des Moines, IA, 2017 |
| Invited | Detection and Circumvention of Anti Ad-Blockers: A New Arms Race on the Web<br>PrivacyCon, Federal Trade Commission (FTC), Washington, DC, 2017 |
| Invited | Tracking and Surveillance in the Online Advertising Ecosystem<br>Iowa City Foreign Relations Council, Iowa City, IA, 2016 |
| Invited | Detection and Circumvention of Anti Ad-Blockers<br>Data Transparency Lab (DTL) Conference, New York, NY, 2016 |
| Colloquium | Tracking Reputation Fraud on Facebook<br>Management Sciences Seminar Series, Tippie College of Business, The University of Iowa, Iowa City, IA, 2016 |
| Panel | Security and privacy challenges within social networks<br>WorldCanvass, Big Data: Big Brother or Big Sister?, Iowa City, IA, 2016 |
| Invited | Spying on Spammers: Tracking Reputation Fraud on Facebook<br>University of Iowa Computing Conference, Iowa City, IA, 2016 |
| Keynote | Tracking, Surveillance, and Fraud in the Online Advertising Ecosystem<br>Iowa Computer Science Graduate Research Symposium, Iowa City, IA, 2015 |

Invited   Tracking Cyber Criminals in Online Social Networks
          Speaker's Bureau, Knox College, Galesburg, IL, 2015

Invited   Tracking Cyber Criminals in Online Social Networks
          University of Iowa Tech Forum, The University of Iowa, Iowa City, IA, 2015