# EXHIBIT G
# to the Declaration of
# G. Berntson

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED COMPLETEY UNDER SEAL)