# EXHIBIT N
# to the Declaration of
# G. Berntson

**(REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)**

# Exhibit 59

**FILED UNDER SEAL**

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA
 3   SAN JOSE DIVISION
 4   ------------------------------------------ x
 5   IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION.
 6   No. 4:21-CV-02155-YGR-VKD
 7   ------------------------------------------ x
 8
 9                  7 Times Square
                    New York, New York
10
                    April 13, 2023
11                  9:11 a.m.
12
13       **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
14
15           VIDEOTAPED DEPOSITION OF GEORGE
16   LEVITTE, taken via Zoom, pursuant to Notice,
17   held at the above time and place, before Fran
18   Insley, a Notary Public of the States of New
19   York and New Jersey.
20
21
22
23
24
25
                                              Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S:
 2         BLEICHMAR FONTI & AULD
 3               Attorneys for Plaintiffs and
                 Proposed Class
 4
                 555 12th Street, Suite 1600
 5               Oakland, California 94607
 6         BY:   LESLEY WEAVER, ESQ.
                 lweaver@bfalaw.com
 7
 8         COOLEY LLP
 9               Attorneys for Defendant
10               Three Embarcadero Center
                 22nd floor
11               San Francisco, California 94111
12         BY:   WHITTY SOMVICHIAN, ESQ.
                 wsomvichian@cooley.com
13
14   ALSO PRESENT:
15         DANIELLE PIERRE, ESQ. Google (Zoom)
16         JOOYOUNG KOO, ESQ. (Zoom)
17         MARCELO RIVERA, Videographer
18
19               xxxxx
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          THE VIDEOGRAPHER:  Good morning.  We
2     are going on the record at 9:11 a.m. on
3     April 13, 2023.
4          Please note that the microphones are
5     sensitive and may pick up whispering and
6     private conversations.  Please mute your
7     phones at this time.  Audio and video
8     recording will continue to take place
9     unless all parties agree to go off the
10    record.
11         This is media unit one of the video
12    recorded deposition of Mr. George Levitte
13    in the matter of In Re Google RTB
14    Consumers Privacy litigation.
15         This deposition is being held at
16    Bleichmar Fonti & Auld and located at 7
17    Times Square, New York, New York.
18         My name is Marcelo Rivera
19    representing Veritext Legal Solutions and
20    I am the videographer.  The court reporter
21    is Fran Insley in association with
22    Veritext Legal Solutions.
23         I'm not related to any party in this
24    action nor am I financially interested in
25    the outcome.  If there are any objections

```
 1     to proceeding, please state them at the
 2     time of the appearance.
 3             Counsel and all present, including
 4     remotely, will now state their appearance
 5     or affiliation for the record, beginning
 6     with the noticing attorney.
 7             MS. WEAVER:  Good morning.  I'm
 8     Lesley Weaver.  I'm with Bleichmar Fonti &
 9     Auld and we are here on account of the
10     plaintiffs.
11             MR. SOMVICHIAN:  Whitty Somvichian
12     with Cooley representing Google and the
13     witness today.
14             MS. WEAVER:  Those are the only two
15     attorneys present physically.  For those
16     on the line, can you identify yourselves,
17     please?
18             (No response.)
19             THE VIDEOGRAPHER:  There are two
20     people.  Counsel, if you don't introduce
21     yourself, I will have to kick you out.
22             MS. KOO:  This is Jooyoung Koo with
23     BFA law firm for plaintiff.
24             MS. PIERRE:  Danielle Pierre, Google
25     LLC.
```

Page 5

```
 1                THE VIDEOGRAPHER:  Will the court
 2        reporter please swear in the witness.
 3    G E O R G E    L E V I T T E, the Witness
 4    herein, having first been duly sworn by the
 5    Notary Public, was examined and testified as
 6    follows:
 7    EXAMINATION BY MS. WEAVER:
 8         Q.    Would you please state your full
 9    name for the record?
10         A.    George Levitte.
11         Q.    Where do you currently reside?
12         A.    New York.
13         Q.    Where?
14         A.    New York City.
15         Q.    Would you please state your address
16    for the record?
17         A.    My home address?
18         Q.    Yes, your residence.
19         A.    ███████████████████
20         Q.    New York and what is the ZIP Code?
21         A.    ██████████
22         Q.    You've been deposed before; is that
23    correct?
24         A.    Correct.
25         Q.    On how many occasions?
```

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    I do, yes.
 2        Q.    Prior to the break we were
 3   discussing certain revenue metrics that you
 4   review as part of your job, correct?
 5        A.    Yes.
 6        Q.    Where are those metrics maintained?
 7        A.    There is a dashboard.
 8        Q.    What dashboard is that?
 9        A.    I don't know its official name, but
10   there is a dashboard.
11        Q.    How do you refer to it?
12        A.    I don't refer to it.  I access it,
13   but I don't actually have a name for it.
14        Q.    How do you access it?
15        A.    There is an internal link I use to
16   access it.
17        Q.    What is the link?
18        A.    There is a go link and I type in go
19   DVA underscore and then the auto complete in my
20   browser fills it out.  I forget what the full
21   link is.
22        Q.    What does DVA stand for?
23        A.    I think it originally stood for
24   display video and apps.
25        Q.    If you click on the DVA link and go
```

Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    to a dashboard, does that have real-time
2    bidding metrics in it?
3         A.   Which real-time bidding metrics are
4    you asking about?
5         Q.   Any real-time bidding metrics.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24        A.   Are you asking about my area or more
25   broadly outside of Google?

Page 62

```
 1        Q.    And who was that?
 2        A.    It would depend on the project.
 3        Q.    By name who would you ask?
 4        A.    It would depend on the project who I
 5   would ask.
 6        Q.    Identify for each project you can
 7   think of who you would ask.
 8        A.    In some cases I would ask Duncan
 9   Wood.  And in some cases I would asker Ron
10   Zember or someone on his team.
11        Q.    In what cases would you ask Duncan
12   Wood?
13        A.    In cases where I was trying to get
14   revenue for something that does not necessarily
15   relate to our revenue forecasts.
16        Q.    Have you asked Duncan Wood to
17   provide to you revenue relating to something
18   other than revenue forecasts for different
19   countries?
20        A.    I can't recall any specific instance
21   where I asked him for that.
22        Q.    Do you understand generally could
23   you do that or you have done that?
24        A.    I could
25        Q.    What cases would you ask Ron Zember
```

Page 174

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   to provide revenue information to you relating
2   to a specific country?
3        A.    I would speak with Ron Zember or
4   with somebody on his team in cases where we are
5   trying to get slices of revenue forecasts since
6   his team owns that.
7        Q.    Would that include a slice of, for
8   example, real-time bidding by country?
9        A.    I don't recall having asked Ron or
10  his team for real-time bidding revenues sliced
11  by country.
12       Q.    Do you understand he would be
13  capable of providing that if you asked?
14       A.    I expect that he or someone on his
15  team could provide that if I needed it.
16       Q.    Now, turning to the page ending at
17  982.
18       A.    Yes, 982.
19       Q.    Do you see there is a sentence under
20  "Other Notes" that reads "California post CCPA
21  seen cookie rates drop from 70 % in January 20
22  to 60 % in January '21 on Chrome?"  Do you see
23  that?
24       A.    I do.
25       Q.    Do you have an understanding what

Page 175

```
 1
 2                    C E R T I F I C A T E
 3           I, FRAN INSLEY, hereby certify that the
 4    Deposition of GEORGE LEVITTE was held before me
 5    on the 13th day of April, 2023; that said
 6    witness was duly sworn before the commencement
 7    of testimony; that the testimony was taken
 8    stenographically by myself and then transcribed
 9    by myself; that the party was represented by
10    counsel as appears herein;
11           That the within transcript is a true
12    record of the Deposition of said witness;
13           That I am not connected by blood or
14    marriage with any of the parties; that I am not
15    interested directly or indirectly in the
16    outcome of this matter; that I am not in the
17    employ of any of the counsel.
18           IN WITNESS WHEREOF, I have hereunto set
19    my hand this 19th day of April, 2023.
20
21
22
23                    [signature: fran y]
24                    FRAN INSLEY
25
```

1  LESLEY WEAVER, ESQ.

2  lweaver@bfalaw.com

3                                              April 19, 2023

4  IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

5  April 13, 2023-GEORGE LEVITTE-JOB NO.5817358

6  The above-referenced transcript has been

7  completed by Veritext Legal Solutions and

8  review of the transcript is being handled as follows:

9  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10     to schedule a time to review the original transcript at

11     a Veritext office.

12 __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13     Transcript - The witness should review the transcript and

14     make any necessary corrections on the errata pages included

15     below, notating the page and line number of the corrections.

16     The witness should then sign and date the errata and penalty

17     of perjury pages and return the completed pages to all

18     appearing counsel within the period of time determined at

19     the deposition or provided by the Code of Civil Procedure.

20 __ Waiving the CA Code of Civil Procedure per Stipulation of

21     Counsel - Original transcript to be released for signature

22     as determined at the deposition.

23 __ Signature Waived - Reading & Signature was waived at the

24     time of the deposition.

25

```
 1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9   _X_ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```