COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:	+1 415 693 2000
Facsimile:	+1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:	+1 202 842 7800
Facsimile:	+1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 616)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEF'S RESP. TO
PLFS' ADMIN MOTION RE ECF NO. 616
CASE NO. 4:21-CV-02155-YGR-VKD

1    Google LLC filed a Response to Plaintiffs' Administrative Motion ("Google's Response")
2    to Consider Whether Another Party's Materials Should be Sealed (ECF No. 616) in connection
3    with Plaintiffs' Reply to Google's Opposition to Plaintiffs' Motion for Class Certification
4    ("Plaintiffs' Reply") and supporting exhibits ("Exhibits").
5    Upon consideration of the Motion, the papers submitted in support, and good cause
6    appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and financial information regarding Google RTB** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification at page(s): 10, 11 | Berntson Declaration ¶¶ 4, 7-8 | |
| Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification at page(s): 7, 8 | Berntson Declaration ¶¶ 4, 7-8 | |
| Expert Class Certification Rebuttal Report of Professor Robert Zeithammer at page(s): i, 3, 4, 5, 6, 8-12, 13, 18, 19, 21-24, 27-33 | Berntson Declaration ¶¶ 4, 7-8 | |
| Expert Class Certification Rebuttal Report of Greg J. Regan at page(s): i, 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18, 22, 23 | Berntson Declaration ¶¶ 4, 7-8 | |
| Exhibit 52 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Vakharia Deposition Excerpts) at | Berntson Declaration ¶¶ 4, 7-8 | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE DEF'S RESP. TO
PLFS' ADMIN MOTION RE ECF NO. 616
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| page(s):  94:1-2, 99:11-14, 132:23-25, 149:1 | | |
| Exhibit 56 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Deal Deposition Excerpts) at page(s):  100:21-24, 130:9, 131:15, 131:16, 131:21, 268:12, 269:15, 269:21, 270:3, 270:4, 277:21-22 | Berntson Declaration ¶¶ 4, 7-8 | |
| Exhibit 59 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Levitte Deposition Excerpts) at page(s):  62:6-23 | Berntson Declaration ¶¶ 4, 7-8 | |
| **Documents discussing internal operational details and analysis regarding data privacy practices related to Google RTB** | | |
| Expert Class Certification Rebuttal Report of Professor Christopher Wilson at page(s):  44 | Berntson Declaration ¶¶ 5, 7-8¶ | |
| Expert Class Certification Rebuttal Report of Professor Robert Zeithammer at page(s): 58 | Berntson Declaration ¶¶ 5, 7-8¶ | |
| Expert Class Certification Rebuttal Report of Greg J. Regan at page(s): 11 | Berntson Declaration ¶¶ 5, 7-8¶ | |
| Exhibit 52 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Vakharia Deposition Excerpts) at page(s):  121:19-20, 205:18-23, 206:18-20 | Berntson Declaration ¶¶ 5, 7-8¶ | |
| Exhibit 57 to Reply Declaration of Elizabeth C. | Berntson Declaration ¶¶ 5, 7-8¶ | |

| | | |
|---|---|---|
| Pritzker In Support of Plaintiffs' Motion for Class Certification (Hanssens Deposition Excerpts) at page(s): 147:1-4, 147:12-16, 150:5-9, 150:19-25 | | |
| **Documents discussing internal metrics associated with the operation of Google's advertising products including Google RTB** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification at page(s): 1, 4, 5, 15 | Berntson Declaration ¶¶ 6-8¶ | |
| Expert Class Certification Rebuttal Report of Professor Zubair Shafiq at page(s): 7, 12, 13 | Berntson Declaration ¶¶ 6-8¶ | |
| Expert Class Certification Rebuttal Report of Professor Christopher Wilson at page(s): 20 | Berntson Declaration ¶¶ 6-8¶ | |
| Expert Class Certification Rebuttal Report of Greg J. Regan at page(s): 7, 9, 10, 11, 12, 13, 14 | Berntson Declaration ¶¶ 6-8¶ | |
| Exhibit 53 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Psounis Deposition Excerpts) at page(s): 144:5, 144:17, 144:20, 145:14, 165:11, 165:18, 165:20, 165:25, 233:19, 233:21 | Berntson Declaration ¶¶ 6-8¶ | |
| **Documents discussing technical details regarding internal data logs and systems associated with Google RTB** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification at page(s): 2, 3, 7 | Berntson Declaration ¶¶ 9-11 | |
| Reply Declaration of Elizabeth C. Pritzker In | Berntson Declaration ¶¶ 9-11 | |

| | | |
|---|---|---|
| Support of Plaintiffs' Motion for Class Certification at page(s): 3, 4 | | |
| Expert Class Certification Rebuttal Report of Professor Zubair Shafiq at page(s): 7, 8, 9, 10, 11, 12, 15, 16, 18, 19, 20, 25, 26, 27, 28, 33, 34, 37, 38, 39, 40, 41 | Berntson Declaration ¶¶ 9-11 | |
| Expert Class Certification Rebuttal Report of Professor Christopher Wilson at page(s): 21 | Berntson Declaration ¶¶ 9-11 | |
| Expert Class Certification Rebuttal Report of Greg J. Regan at page(s): 6, 7, 8, 9, 14, 22, 23 | Berntson Declaration ¶¶ 9-11 | |
| Exhibit 51 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Berntson Deposition Excerpts) at page(s): 11:2-4, 8-9, 11, 13-16, 19, 24; 11:25-12:1; 12:22-13:3, 13:5, 24-25; 15:5, 14; 53:7, 10, 14-15; 54:16; 55:3; 56:14, 18-19, 21-22; 58:7-12. 16, 22-23, 25; 73:2-3, 6, 9, 12, 16-25; 75:4-6; 76:11-13, 18-25; 77: 4, 14, 17, 21; 81:1, 5, 9; 83:20, 22-25; 89:4; 91:19-20; 94:1-4, 7, 12-13, 15, 23-24; 98:16-19; 106:1. 4, 6-7, 9-10, 16, 22-24; 107:2, 12, 17; 108:9-10, 12-13; 107:25-108:1; 108:18, 110:3-5, 15, 18-19; 111:13-15; 112:1-3, 8-10, 21; 113:3-6; 115:10-11; 118:9-11; 122:13-14: 122:21-123:3; 123:21-22; 124:6-7, 9; 136:1, 9, 12, 15, 24; 150:17-18; 163:4, 9, 16, 20; 164:3; 178:4-6; 182:22- | Berntson Declaration ¶¶ 9-11 | See above. |

| | | |
|---|---|---|
| 24; 191:24-25; 198:3-5, 9; 212:6, 8, 10, 13, 22; 213:2, 4, 18, 20; 214:2, 6, 9, 11, 18; 215:8-9; 216:3-4; 217:20-22; 219:6, 20-21; 225:1, 4-5, 11, 14, 17-18, 23-25; 226:6, 8, 18, 22; 231:22-24; 232:9-10, 17-18, 23; 233:5, 9-11, 16-17, 23-25; 234:1-2, 4-5, 10-11, 14-17, 19-21; 235:15-25; 236:11-20; 237:9-10, 12-13, 17, 19; 238:1, 6-7, 10-11, 13-15; 239:8-15; 240:12-17, 19; 241:20 | | |
| Exhibit 54 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Striegel Deposition Excerpts) at page(s): 77:1-2, 77:18-19, 78:5, 78:16-18 | Berntson Declaration ¶¶ 9-11 | |
| Exhibit 56 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Deal Deposition Excerpts) at page(s): 101:19-22 | Berntson Declaration ¶¶ 9-11 | |
| **Documents discussing contracts between Google and RTB partners** | | |
| Plaintiffs' Reply in Support of Motion for Class Certification at page(s): 7 | Berntson Declaration ¶ 12 | |
| Expert Class Certification Rebuttal Report of Professor Neil Richards at page(s): 38, 39 | Berntson Declaration ¶ 12 | |
| Exhibit 50 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Google Third-Party Contracts) | Berntson Declaration ¶ 12 | |

| Documents discussing confidential employee information | | |
|---|---|---|
| Exhibit 59 to Reply Declaration of Elizabeth C. Pritzker In Support of Plaintiffs' Motion for Class Certification (Levitte Deposition Excerpts) at page(s):  6:19, 6:21 | Berntson Declaration ¶ 13 | |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

295786684

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

[PROPOSED] ORDER RE DEF'S RESP. TO
PLFS' ADMIN MOTION RE ECF NO. 616
CASE NO. 4:21-CV-02155-YGR-VKD