# EXHIBIT C
# to the Declaration of
# W. Somvichian

**(REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)**


# Exhibit 2

**FILED UNDER SEAL**

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA
 3   SAN JOSE DIVISION
 4   ------------------------------------------ x
 5   IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION.
 6   No. 4:21-CV-02155-YGR-VKD
 7   ------------------------------------------ x
 8
 9                  7 Times Square
                    New York, New York
10
                    April 13, 2023
11                  9:11 a.m.
12
13   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
14
15        VIDEOTAPED DEPOSITION OF GEORGE
16   LEVITTE, taken via Zoom, pursuant to Notice,
17   held at the above time and place, before Fran
18   Insley, a Notary Public of the States of New
19   York and New Jersey.
20
21
22
23
24
25
```

Page 1

```
 1   A P P E A R A N C E S:
 2          BLEICHMAR FONTI & AULD
 3                Attorneys for Plaintiffs and
                  Proposed Class
 4
                  555 12th Street, Suite 1600
 5                Oakland, California 94607
 6          BY:   LESLEY WEAVER, ESQ.
                  lweaver@bfalaw.com
 7
 8          COOLEY LLP
 9                Attorneys for Defendant
10                Three Embarcadero Center
                  22nd floor
11                San Francisco, California 94111
12          BY:   WHITTY SOMVICHIAN, ESQ.
                  wsomvichian@cooley.com
13
14   ALSO PRESENT:
15          DANIELLE PIERRE, ESQ. Google (Zoom)
16          JOOYOUNG KOO, ESQ. (Zoom)
17          MARCELO RIVERA, Videographer
18
19                xxxxx
20
21
22
23
24
25
```

1              THE VIDEOGRAPHER:  Good morning.  We
2       are going on the record at 9:11 a.m. on
3       April 13, 2023.
4              Please note that the microphones are
5       sensitive and may pick up whispering and
6       private conversations.  Please mute your
7       phones at this time.  Audio and video
8       recording will continue to take place
9       unless all parties agree to go off the
10      record.
11             This is media unit one of the video
12      recorded deposition of Mr. George Levitte
13      in the matter of In Re Google RTB
14      Consumers Privacy litigation.
15             This deposition is being held at
16      Bleichmar Fonti & Auld and located at 7
17      Times Square, New York, New York.
18             My name is Marcelo Rivera
19      representing Veritext Legal Solutions and
20      I am the videographer.  The court reporter
21      is Fran Insley in association with
22      Veritext Legal Solutions.
23             I'm not related to any party in this
24      action nor am I financially interested in
25      the outcome.  If there are any objections

1   to proceeding, please state them at the
2   time of the appearance.
3           Counsel and all present, including
4   remotely, will now state their appearance
5   or affiliation for the record, beginning
6   with the noticing attorney.
7           MS. WEAVER:  Good morning.  I'm
8   Lesley Weaver.  I'm with Bleichmar Fonti &
9   Auld and we are here on account of the
10  plaintiffs.
11          MR. SOMVICHIAN:  Whitty Somvichian
12  with Cooley representing Google and the
13  witness today.
14          MS. WEAVER:  Those are the only two
15  attorneys present physically.  For those
16  on the line, can you identify yourselves,
17  please?
18          (No response.)
19          THE VIDEOGRAPHER:  There are two
20  people.  Counsel, if you don't introduce
21  yourself, I will have to kick you out.
22          MS. KOO:  This is Jooyoung Koo with
23  BFA law firm for plaintiff.
24          MS. PIERRE:  Danielle Pierre, Google
25  LLC.

Page 5

```
 1              THE VIDEOGRAPHER:  Will the court
 2     reporter please swear in the witness.
 3   G E O R G E    L E V I T T E, the Witness
 4   herein, having first been duly sworn by the
 5   Notary Public, was examined and testified as
 6   follows:
 7   EXAMINATION BY MS. WEAVER:
 8        Q.   Would you please state your full
 9   name for the record?
10        A.   George Levitte.
11        Q.   Where do you currently reside?
12        A.   New York.
13        Q.   Where?
14        A.   New York City.
15        Q.   Would you please state your address
16   for the record?
17        A.   My home address?
18        Q.   Yes, your residence.
19        A.   ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
20        Q.   New York and what is the ZIP Code?
21        A.   ▮▮▮▮▮▮
22        Q.   You've been deposed before; is that
23   correct?
24        A.   Correct.
25        Q.   On how many occasions?
```

Page 6

1        A.     I do, yes.
2        Q.     Prior to the break we were
3   discussing certain revenue metrics that you
4   review as part of your job, correct?
5        A.     Yes.
6        Q.     Where are those metrics maintained?
7        A.     There is a dashboard.
8        Q.     What dashboard is that?
9        A.     I don't know its official name, but
10  there is a dashboard.
11       Q.     How do you refer to it?
12       A.     I don't refer to it.  I access it,
13  but I don't actually have a name for it.
14       Q.     How do you access it?
15       A.     There is an internal link I use to
16  access it.
17       Q.     What is the link?
18       A.     There is a go link and I type in go
19  DVA underscore and then the auto complete in my
20  browser fills it out.  I forget what the full
21  link is.
22       Q.     What does DVA stand for?
23       A.     I think it originally stood for
24  display video and apps.
25       Q.     If you click on the DVA link and go

Page 61

```
 1    to a dashboard, does that have real-time
 2    bidding metrics in it?
 3         A.    Which real-time bidding metrics are
 4    you asking about?
 5         Q.    Any real-time bidding metrics.
```



```
24         A.    Are you asking about my area or more
25    broadly outside of Google?
```

Page 62

```
 1      this deposition?
 2              MR. SOMVICHIAN:  Yes.
 3              MS. WEAVER:  It's over my objection
 4      and we reserve the right to recall this
 5      witness.
 6              MR. SOMVICHIAN:  Okay.  We object to
 7      that obviously.  From our perspective, the
 8      deposition is closed.  I assume a
 9      transcript will still be generated even
10      though counsel is trying to hold it open.
11              THE COURT REPORTER:  Of course.
12              MR. SOMVICHIAN:  For the transcript
13      we would like to have that marked
14      confidential please and from our
15      perspective, we are done.
16              If we need to talk further about
17      other depositions, we can, but for today I
18      would like to relieve the witness.
19              MS. WEAVER:  Okay.
20              THE VIDEOGRAPHER:  The time is
21      5:53 p.m. and we are going off the record.
22              (Time noted:  5:53 p.m.)
23
24
25
```

Page 308

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of GEORGE LEVITTE was held before me on the 13th day of April, 2023; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of April, 2023.

FRAN INSLEY

Page 310

Veritext Legal Solutions
866 299-5127

1   LESLEY WEAVER, ESQ.

2   lweaver@bfalaw.com

3                                         April 19, 2023

4   IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

5   April 13, 2023-GEORGE LEVITTE-JOB NO.5817358

6   The above-referenced transcript has been

7   completed by Veritext Legal Solutions and

8   review of the transcript is being handled as follows:

9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20  __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23  __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
2       Transcript - The witness should review the transcript and
3       make any necessary corrections on the errata pages included
4       below, notating the page and line number of the corrections.
5       The witness should then sign and date the errata and penalty
6       of perjury pages and return the completed pages to all
7       appearing counsel within the period of time determined at
8       the deposition or provided by the Federal Rules.
9   _X_ Federal R&S Not Requested - Reading & Signature was not
10      requested before the completion of the deposition.
```

Page 312