# EXHIBIT D
# to the Declaration of
# W. Somvichian

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED COMPLETEY UNDER SEAL)