COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 623)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEF'S RESP. TO
PLFS' ADMIN MOTION RE ECF NO. 623
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed a Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 623) in connection with Plaintiffs' *Daubert* Motion to exclude the expert testimony of Google's damages expert Bruce Deal ("Plaintiffs' *Daubert* Motion") and the accompanying Exhibits.

Upon consideration of the Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and financial information regarding Google RTB** | | |
| Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal at page(s): 3-5, 10-11, 13-15, 17-18 | Somvichian Declaration ¶¶ 5, 7-8 | |
| Exhibit 1 to Declaration Lesley E. Weaver In Support of Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal (Deal Deposition Excerpts) at page(s): 101:18, 105:13, 277:21-22 | Somvichian Declaration ¶¶ 5, 7-8 | |
| Exhibit 2 to Declaration Lesley E. Weaver In Support of Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal (Levitte Deposition Excerpts) at page(s): 62:6-23 | Somvichian Declaration ¶¶ 5, 7-8 | |
| **Documents discussing internal operational details and analysis regarding data privacy practices regarding Google RTB** | | |
| Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal at page(s): 13 | Somvichian Declaration ¶¶ 6-8 | |
| Exhibit 4 to Declaration Lesley E. Weaver In Support of Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal (Vakharia Deposition Exhibit 8) | Somvichian Declaration ¶¶ 6-8 | |
| **Documents discussing confidential employee information** | | |
| Exhibit 2 to Declaration Lesley E. Weaver In Support of Plaintiffs' *Daubert* Motion to exclude the expert testimony of Bruce Deal | Somvichian Declaration ¶ 9 | |

| (Levitte Deposition Excerpts) at page(s): 6:19, 6:21 | | |

**IT IS SO ORDERED**.

Dated: _____

Hon. Yvonne Gonzalez Rogers
United States District Judge

295787806