UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[~~PROPOSED~~] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR MAY 3, 2022 DISCOVERY HEARING (DKT NO. 639)<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: May 3, 2022<br>Hearing Time: 1:00 P.M. |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for the May 3, 2022 hearing ("Motion") related to the Special Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan), issued on April 4, 2022 (Dkt. Nos. 604, 605, 611) and the parties Objections and respective Responses to Objections to the Special Master's Report and Recommendation, which were filed under seal (Dkt. Nos. 619, 620, 621, 622, 631, 632, 633, 634, 635, 636). Having considered Google's Motion, supporting documents, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: May 3, 2022

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge