| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO<br>(SBN 333789) (lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO REVISE CASE SCHEDULE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REDDY DECL. ISO GOOGLE'S OPP.
ADMIN. MOTION TO REVISE CASE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

**1.** I am a partner at the law firm of Cooley LLP and attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of Google's Opposition to Plaintiffs' Administrative Motion to Revise the Case Schedule ("Administrative Motion"). I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

**2.** On December 11, 2023, Plaintiffs served on Google one set of additional Requests for Production of Documents and two separate sets of Interrogatories. This was the first time in approximately six months that Plaintiffs had propounded written discovery on Google.

**3.** On December 19, 2023, Plaintiffs served additional Requests for Production of Documents seeking class-related discovery. These requests are the first instance in which Plaintiffs have pursued class-related discovery, with the exception of the Requests noted in Plaintiffs' Administrative Motion, which Plaintiffs themselves limited to named Plaintiffs.

**4.** After Google filed its opposition to Plaintiffs' motion for class certification on September 29, 2023, Plaintiffs deposed Google's expert witnesses, a third party, and two Google employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2023 in Newport Beach, California.

                                          */s/ Aarti Reddy*
                                          Aarti Reddy

295722546

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

REDDY DECL. ISO GOOGLE'S OPP.
ADMIN. MOTION TO REVISE CASE SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD