# EXHIBIT B

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

# Exhibit 1

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3    OAKLAND DIVISION
4
5    ------------------------------------x
6    In re Google RTB Consumer Privacy
7    Litigation
8    This Document Applies to All Actions
9    Case No. 4:20-cv-02155-YRG-VKD
     ------------------------------------x
10
11              HIGHLY CONFIDENTIAL
12
13          VIDEOTAPED DEPOSITION OF
14              STANISLAV BELOV
15            New York, New York
16            December 13, 2022
17
18
19
20
21   Reported By:
22   ERIC J. FINZ
23   JOB No. 5608779
24
25   PAGES 1 - 391
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

2                              December 13, 2022

3                              8:56 a.m.

4

5          Videotaped Deposition of STANISLAV

6    BELOV, taken by Plaintiff, pursuant to

7    Notice, at the offices of Simmons Hanly

8    Conroy LLC, 112 Madison Avenue, New York,

9    New York, before ERIC J. FINZ, a

10   Shorthand Reporter and Notary Public

11   within and for the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                         Page  2

HIGHLY CONFIDENTIAL

```
 1   A P P E A R A N C E S: (All Via Remote)

 2

 3   PRITZKER LEVINE LLP
     Attorneys for Plaintiffs
 4        1900 Powell Street
 5        Emeryville, California 94608
 6   BY:  JONATHAN K. LEVINE, ESQ.
 7        jkl@pritzkerlevine.com
               -AND-
 8   SIMMONS HANLY CONROY LLP
 9        112 Madison Avenue
10        New York, New York 10016
11   BY:  AN TRUONG, ESQ.
          atruong@simmonsfirm.com
12        JENNY PAULSON, ESQ.
13        jpaulson@simmonsfirm.com
14
15   COOLEY LLP
16   Attorneys for Google
17        3 Embarcadero Center
18        San Francisco, California 94111
19   BY:  JEFF GUTKIN, ESQ.
20        jgutkin@cooley.com
21
22   ALSO PRESENT:
23        MARCELO RIVERA, Videographer
24        MATT RIESDORPH, Veritext Concierge
25        (Via Zoom)
```

Page 3

```
 1            BELOV - Highly Confidential
 2    also shared with other products at Google      09:10:51
 3    that are not for third-party publishers.       09:10:53
 4         Q.    And what is the name of that         09:10:56
 5    log?                                            09:10:57
 6         A.    When you say the name of this        09:10:58
 7    log, are you asking about -- what are you       09:11:00
 8    asking about?                                   09:11:04
 9         Q.    What do you call it?                 09:11:05
10         A.    But when you say the other           09:11:06
11    log, do you mean a counterpart to               09:11:08
12    ███████████████████████                         09:11:11
13         Q.    For unsigned in users.               09:11:13
14         A.    I see.  I see.                        09:11:15
15              I believe it will be called           09:11:16
16    just ███████████   But as I said, it would      09:11:18
17    not be a log specific to Display Ads            09:11:22
18    products.                                       09:11:26
19        ██    ████████████            ████████
██        ██    ██████   █████████         ████████
██        ██████████████████████          ████████
██        █████ ███████████████████        ████████
██        █████████████████████████        ████████
██        ████████████                     ████████
██        ██    ████████████████            09:11:48
```

HIGHLY CONFIDENTIAL

```
  1          BELOV - Highly Confidential
  2     ███████████                        ██████████
  █        ███   █████████████████████     ██████████
  █     ███████████████                    09:11:54
  5        Q.    What is ███████████        09:11:55
  6        A.    The way I understand ████  it   09:11:59
  7     stands for ██████████████████████,  09:12:05
  8     I believe.  As I understand it, it is a   09:12:08
  9     system, it is a piece of infrastructure   09:12:13
 10     that allows to ██████████████████    ██████████
  █     █████████████████████████████████   ██████████
  █     ██████████████████████████████      ██████████
  █     █████████████████████               09:12:33
 14        Q.    What is the ████████████    ██████████
  █     ████████████                        09:12:38
 16        A.    ███████████████████    I can   09:12:40
 17     perhaps describe as perhaps what might be   09:12:46
 18     meant by the ████████████████        09:12:53
 19           It is a system that is used to   09:13:01
 20     aid RTB partners, such as authorized   09:13:08
 21     buyers and open bidding partners, to   09:13:13
 22     ████████████████████████████████     ██████████
  █     ██████████████████████               ██████████
  █     ████████████████████████████████    ██████████
  █     ██████████████████████████          09:13:27

                                   Page 20
```

HIGHLY CONFIDENTIAL

```
 1            BELOV - Highly Confidential
 2        Q.    Yes.                          09:22:04
 3        A.    So at present we are not      09:22:10
 4   sending out detected verticals and bid  09:22:12
 5   requests.                               09:22:15
 6        Q.    There was a time where Google 09:22:15
 7   was; correct?                           09:22:17
 8        A.    That is correct.             09:22:17
 9        Q.    Was there a log that stored  09:22:18
10   that data?                              09:22:19
11        A.    As we discussed earlier, the 09:22:20
12   ████████████  contains a small          09:22:29
13   sample, a small sample of the actual bid 09:22:32
14   requests sent on the wire to RTB        09:22:40
15   partners.  And by virtue of storing that 09:22:43
16   very small sample, it may have also     09:22:44
17   recorded detected verticals if they were 09:22:47
18   sent to RTB partners at the time when   09:22:52
19   they were still sent to RTB partners.   09:22:54
20        Q.    Is there a way to search for 09:22:59
21   all information or data associated with 09:23:01
22   any particular Google account holder?   09:23:04
23            MR. GUTKIN:  Object as vague.  09:23:09
24        A.    I don't know.                09:23:11
25        Q.    What is ████████            09:23:12
```

Page 29

```
 1            BELOV - Highly Confidential

 2        A.      ████████████           09:23:14

 3        Q.    Yes.  ███████████         09:23:16

 4        A.    I have not heard of this term   09:23:19

 5   before.                              09:23:20

 6        Q.    What is a targeting request   09:23:20

 7   proto?                               09:23:22

 8        A.    Perhaps you might be referring   09:23:26

 9   to the -- to a product protocol buffer,   09:23:32

10   or what we call a protocol buffer.  Of a   09:23:42

11   request message that is sent to the RTB   09:23:46

12   targeting server from the upstream   09:23:51

13   serving systems to request that the   09:23:53

14   targeting server performs its function   09:23:57

15   for a given ad request.  And that   09:24:01

16   function would be as we discussed   09:24:04

17   earlier, potentially sending bid requests   09:24:07

18   to our bid partners.                 09:24:10

19        Q.    What is a ██████████  ████████   09:24:15
     █  ████████                         09:24:15

21        A.    Not an expert on logs or   09:24:20

22   tables or data storage at Google, but I   09:24:22

23   can share my understanding of what ████   09:24:24

24   is.                                  09:24:27

25            So when people refer to ████   09:24:30
```

HIGHLY CONFIDENTIAL

```
 1          BELOV - Highly Confidential
 2     much.  And everyone have a happy        17:14:29
 3     holiday.                                 17:14:30
 4          THE WITNESS:  Thank you, you       17:14:31
 5     too.                                     17:14:32
 6          THE VIDEOGRAPHER:  The time is      17:14:33
 7     5:13 p.m., we are going off the          17:14:33
 8     record.                                  17:14:36
 9          (Time noted:  5:13 p.m.)            17:14:36
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 375

HIGHLY CONFIDENTIAL

```
 1          BELOV - Highly Confidential
 2            C E R T I F I C A T E
 3
 4       I, ERIC J. FINZ, a Shorthand
 5   Reporter and Notary Public within and for
 6   the State of New York, do hereby certify:
 7       That STANISLAV BELOV, the witness
 8   whose deposition is hereinbefore set
 9   forth, was duly sworn by me and that such
10   deposition is a true record of the
11   testimony given by the witness.
12       I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I
15   am in no way interested in the outcome of
16   this matter.
17       IN WITNESS WHEREOF, I have hereunto
18   set my hand this 19th day of December, 2022.
19
20
21
22
23
24
         ERIC J. FINZ
25
```

Page 376

NO.

Re:     Deposition of **Stanislav Belov**
        Date: December 13, 2022
        Case: *In re Google RTB Consumer Privacy Litigation*
        Return to: Veritext Legal Solutions

| Page | Line(s) | Correction/Change and Reason |
|------|---------|------------------------------|
| 9 | 20 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 9 | 21 | Change "Open bidding" to "Open Bidding"; typographical error |
| 11 | 15 | Change from "Glen" to "Glenn"; typographical error |
| 12 | 16 | Change from "Glen" to "Glenn"; typographical error |
| 12 | 20 | Change "Google's RTB products." to "Google's RTB products – Authorized Buyers and Open Bidding."; clarification |
| 16 | 6–7 | Change "████████████████ that sounds very similar" to "████████████████ – that sounds very similar"; typographical error |
| 17 | 21 | Change "████████████████████" to "████████████████████"; typographical error |
| 17 | 24 | Change "Display Ad" to "Display Ads"; typographical error |
| 18 | 3 | Change "AdManager" to "Ad Manager"; typographical error |
| 18 | 4 | Change "proposition" to "prefix"; clarification |
| 19 | 12 | Change "████████████████" to "████████████████"; typographical error |
| 19 | 16 | Change "████████" to "████████"; typographical error |
| 21 | 19–20 | Change "authorized buyers" to "Authorized Buyers", "open bidding" to "Open Bidding"; typographical error. |
| 22 | 7 | Change "sample of bid requests" to "sample of raw bid requests"; clarification |
| 23 | 23 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 23 | 22-23 | Change "open bidding" to "Open Bidding"; typographical error |
| 24 | 3–5 | Change "record the fact that we sent a bid request to a particular partner." to "record the fact that we sent a bid request to a particular partner, for each bid request"; clarification |
| 24–25 | 25 (page 24)– 3 (page 25) | Change "we actually store" to "Authorized Buyers and Open Bidding ad serving infrastructure actually stores"; clarification |
| 27 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 27 | 21-22 | Change "open bidding" to "Open Bidding"; typographical error |
| 28 | 3 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 28 | 3 | Change "open bidding" to "Open Bidding"; typographical error |
| 29 | 4 | Change "sending out detected verticals and bid" to "sending out detected verticals in bid"; typographical error |

| | | |
|---|---|---|
| 30 | 9–10 | Change "to a product protocol buffer, or what we call a protocol buffer. Of a request message" to "to a protocol buffer, or what we call a protocol buffer of a request message"; clarification |
| 30 | 17–18 | Change "bid partners." to "bidding partners."; clarification |
| 32 | 19 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 32 | 19-20 | Change "open bidding" to "Open Bidding"; typographical error |
| 34 | 4 | Change "[redacted]" to "[redacted]"; typographical error |
| 34 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 34 | 7 | Change "open bidding" to "Open Bidding"; typographical error |
| 34 | 16 | Change "[redacted]" to "[redacted]"; typographical error |
| 35 | 6 | Change "detected in that ad creator that was" to "detected in that ad creative that was"; typographical error |
| 35 | 13 | Change "user data wrapper" to "UserDataWrapper"; typographical error |
| 35 | 15 | Change "user data wrapper" to "UserDataWrapper"; typographical error |
| 36 | 10 | Change "user data wrapper" to "UserDataWrapper"; typographical error |
| 37 | 4–5 | Change "you may or may not" to "the calling code may or may not"; clarification |
| 37 | 7 | Change "user data wrapper" to "UserDataWrapper"; typographical error |
| 37 | 20 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 37 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 38 | 5 | Change "User Data Accessor" to "UserDataAccessor"; typographical error |
| 38 | 7–8 | Change "use a piece of the common Display Ad serving infrastructure" to "is used as a piece of the common Display Ads serving infrastructure"; typographical error |
| 38 | 22–23 | Change "User Data Accessor" to "UserDataAccessor"; typographical error |
| 38–39 | 25 (page 38)–3 (page 39) | Change "you request programmatically access to this information, you might either receive that information or you might be" to "Calling code programmatically requests access to this information, it might either receive that information or it might be"; clarification |
| 39 | 6–7 | Change "Real-Time Bidding" to "Google real-time bidding products (Authorized Buyers and Open Bidding)"; clarification |
| 39 | 9 | Change "User Data Accessor" to "UserDataAccessor"; typographical error |

| | | |
|---|---|---|
| 39 | 13 | Change "User Data Accessor" to "UserDataAccessor"; typographical error |
| 39 | 18 | Change "warden" to "Warden"; typographical error |
| 42 | 2 | Change "Stan's 2019 fault perf notes" to "Stan's 2019 fall perf notes"; typographical error |
| 43 | 20 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 43 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 53 | 21 | Change "AdManager" to "Ad Manager"; typographical error |
| 57 | 10–11 | Change "performance recycles every months." to "performance review cycles every few months"; typographical error and clarification |
| 61 | 11 | Change "my account" to "my work account"; clarification |
| 66 | 7–10 | Change "In the tool, my contributions would refer to the, here, where the employee described their contributions." to "In the tool, "my contributions" would refer to where an employee described their own contributions."; clarification |
| 71 | 23–25 | Change "So the fraction of bid requests typically, in the context of a specific bidder," to "So the fraction of bid requests – typically, in the context of a specific bidder – "; punctuation clarification |
| 72 | 7 | Change "authorized buyer" to "Authorized Buyer"; typographical error |
| 72 | 7 | Change "open bidding" to "Open Bidding"; typographical error |
| 72 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 72 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 73 | 3 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 73 | 4 | Change "open bidding" to "Open Bidding"; typographical error |

| | | |
|---|---|---|
| 76 | 20 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 76 | 20 | Change "open bidding" to "Open Bidding"; typographical error |
| 76 | 23 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 76 | 23-24 | Change "open bidding" to "Open Bidding"; typographical error |
| 77 | 25 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 78 | 1 | Change "open bidding" to "Open Bidding"; typographical error |
| 83 | 20 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 83 | 20-21 | Change "open bidding" to "Open Bidding"; typographical error |

| 89 | 12 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
|----|----|----|
| 89 | 12-13 | Change "open bidding" to "Open Bidding"; typographical error |
| 92 | 19–20 | Change "what I might have referred when I wrote this." to "what I might have referred to when I wrote this."; typographical error |
| 96 | 16–17 | Change "experiment for various approaches" to "experiment with various approaches"; typographical error |
| 99 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 99 | 9 | Change "open bidding" to "Open Bidding"; typographical error |
| 99 | 9–10 | Change "But he is no longer for products." to "But he is no longer working on those products."; clarification |
| 101 | 21–22 | Change "authorized buyer" to "Authorized Buyers"; typographical error |
| 101 | 22 | Change "open bidding projects" to "Open Bidding products"; typographical error |
| 109 | 25 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 112 | 16 | Change "document of my colleagues" to "documents of my colleagues"; typographical error |
| 121 | 23 | Change "Oswaldo Pinali" to "Osvaldo Pinali"; typographical error |
| 123 | 7–8 | Change "that works on detecting IV team" to "that works on detecting IVT."; typographical error |
| 125 | 18 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 125 | 19 | Change "open bidding" to "Open Bidding"; typographical error |
| 134 | 3–5 | Change "don't remember if I received any fine part of the email -- other email lists mentioned here." to "don't remember if I was part of the email -- other email lists mentioned here."; typographical error |
| 141 | 21 | Change "Google flavor of SQL Core Knowledge." to "Google flavor of the SQL query language."; typographical error |
| 142 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 142 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 146 | 5 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 146 | 6 | Change "open bidding" to "Open Bidding"; typographical error |
| 158 | 4–5 | Change "describe the technical design over improved troubleshooting tools" to "describe the technical design for improved troubleshooting tools"; typographical error |
| 158 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 158 | 6 | Change "open bidding" to "Open Bidding"; typographical error |

| 160 | 3 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
|---|---|---|
| 160–161 | 25 (Page 160)–2 (Page 161) | Change "fraction of bid requests, overall bid requests and responses" to "fraction of overall raw bid requests and responses"; clarification |
| 163 | 4–5 | Change "bid request would be logged as sent to the bidder" to "bid request would be logged as sent to the bidder, with a small exception for Secure Signals, which are redacted"; clarification |
| 166 | 4–5 | Change "biscotti cookie identifier." to "Biscotti cookie-based identifier"; clarification |
| 166 | 18 | Change "user agent strain" to "User-Agent string"; typographical error |
| 168 | 7 | Change "for clarify" to "for clarity"; typographical error |
| 150 | 3 | Change "open bidding" to "Open Bidding"; typographical error |
| 170 | 7–8 | Change " █████████████ " to " ████████ "; typographical error |
| 170 | 10 | Change "except" to "used"; typographical error / clarification |
| 170 | 12 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 170 | 12 | Change "open bidding" to "Open Bidding"; typographical error |
| 171 | 14 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 171 | 14 | Change "open bidding" to "Open Bidding"; typographical error |


| 173 | 12 | Change "common" to "comment"; typographical error |
|---|---|---|
| 174 | 11 | Change "of" to "if"; typographical error |
| 174 | 12 | Change "of" to "over"; typographical error |
| 175 | 15 | Change "base user ID consumer" to "BaseUserIdConsumer"; typographical error |
| 183 | 4 | Change " ███████████████ " to " █████████ ████████ "; typographical error |
| 183 | 7 | Change ███████████████████████████ typographical error |
| 184 | 7 | Change " ██████████████ to ████████ ██████████████ ; typographical error |
| 184 | 23–24 | Change " ███████████ " to ████████ ████████ ; typographical error |
| 184–185 | 25 (page 184)–2 (page 185) | Change "do not store fields that are sent out on bid requests" to "did not store bid request fields"; clarification |
| 185 | 21 | Change " █████████████ " to " ██████ ██████ "; typographical error |
| 186 | 15 | Change " ██████████ " to ██████ ████████ ; typographical error |

| 188 | 16–17 | Change "tools that provides" to "tools that user interface provides"; typographical error |
| 188 | 24 | Change "I could comment." to "I would leave comments"; clarification |
| 194 | 24–25 | Change "context of there are parts of Google's products" to "context of the parts of Google's products"; typographical error |
| 195 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 195 | 6 | Change "open bidding" to "Open Bidding"; typographical error |
| 196 | 20 | Change "We, or I" to "Our team and I"; clarification |
| 203 | 8–9 | Change "don't know what those documents are referred to as MDB groups." to "don't know what this document referred to as MDB groups."; typographical error |
| 204 | 18 | Change "these documents" to "this document"; typographical error |
| 206 | 17 | Change "callout" to "Chrome"; clarification |
| 209 | 7 | Change "to" to "and"; typographical error |
| 212 | 16 | Change from "Glen" to "Glenn"; typographical error |
| 227 | 21 | Change "Bid request customizer" to "BidRequestCustomizer"; typographical error |
| 228 | 13 | Change "customizer" to "BidRequestCustomizer"; typographical error |
| 229 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 229 | 21-22 | Change "open bidding" to "Open Bidding"; typographical error |
| 229 | 22–23 | Change "It's tangential to a related product," to "It's a tangentially related product,"; typographical error |
| 229 | 24 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 229 | 24 | Change "that" to "the"; typographical error |
| 229 | 25 | Change "open bidding" to "Open Bidding"; typographical error |
| 231 | 2 | Change "line engineers" to "other engineers"; typographical error |
| 249 | 16 | Change "Oswaldo" to "Osvaldo"; typographical error |
| 252 | 6 | Change "provide" to "seek"; clarification |
| 253 | 5 | Change "with" to "via"; typographical error |
| 257 | 14 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 257 | 14 | Change "open bidding" to "Open Bidding"; typographical error |
| 257 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 257 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 258 | 2 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 258 | 2-3 | Change "open bidding" to "Open Bidding"; typographical error |

| 260 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
|---|---|---|
| 260 | 9–10 | Change "open bidding" to "Open Bidding"; typographical error |
| 261 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 261 | 10 | Change "open bidding" to "Open Bidding"; typographical error |
| 262 | 7 | Change "principal" to "principle"; typographical error |
| 263 | 21 | Change "███████████████" to "███████████████████"; typographical error |
| 264 | 5–6 | Change "███████████████" to "███████████████████"; typographical error |
| 264 | 16–17 | Change "███████████████" to "████████████████"; typographical error |
| 264 | 19 | Change "█████████" to "███████████"; typographical error |
| 266 | 13 | Change "many case" to "in any case"; typographical error |
| 267 | 6 | Change "evert" to "every"; typographical error |
| 271 | 16 | Change "AdXs are to be called out" to "AdxRtbCallout is"; typographical error |
| 275 | 3 | Change "want" to "won"; typographical error |
| 275 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 275 | 9 | Change "open bidding" to "Open Bidding"; typographical error |
| 283 | 9 | Change "frequently" to "frequency"; typographical error |
| 283 | 9 | Change "is" to "as"; typographical error |
| 284 | 12–13 | Change "Not that I can immediately remember, no." to "Not that I can immediately remember"; clarification |
| 286 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 286 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 286 | 23–24 | Change "But significantly backs our integrations with partners." to "That significantly affects our integrations with partners."; typographical error |
| 287 | 22 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 287 | 22-23 | Change "open bidding" to "Open Bidding"; typographical error |
| 288 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 288 | 7 | Change "open bidding" to "Open Bidding"; typographical error |
| 303 | 8 | Change "reviewed" to "reviewed and approved"; clarification |
| 303 | 8–9 | Change "owners of their element code" to "owners of the involved code"; typographical error |
| 306 | 14 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 306 | 15 | Change "open bidding" to "Open Bidding"; typographical error |

| 308 | 5 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
|---|---|---|
| 308 | 6 | Change "open bidding" to "Open Bidding"; typographical error |
| 308 | 18 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 308 | 18 | Change "open bidding" to "Open Bidding"; typographical error |
| 308 | 24 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 308 | 24 | Change "open bidding" to "Open Bidding"; typographical error |
| 309 | 2–3 | Change "ads infrastructure" to "ads serving infrastructure"; clarification |
| 309 | 11 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 309 | 12 | Change "open bidding" to "Open Bidding"; typographical error |
| 333 | 24 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 333 | 25 | Change "open bidding" to "Open Bidding"; typographical error |
| 334 | 3 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 334 | 3-4 | Change "open bidding" to "Open Bidding"; typographical error |
| 337 | 8 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 337 | 16 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 337 | 16 | Change "note" to "not"; typographical error |
| 338 | 20 | Change "open RTB" to "OpenRTB"; typographical error |
| 340 | 14 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 340 | 14 | Change "open bidding" to "Open Bidding"; typographical error |
| 340 | 23 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 342 | 13 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 342 | 19–20 | Change "a not specific number" to "not specific enough"; typographical error |
| 343 | 14–15 | Change "the protocols" to "the protocols supported as part of Authorized Buyers or Open Bidding products"; clarification |
| 343 | 23 | Change "open RTB" to "OpenRTB"; typographical error |
| 343 | 24 | Change "user.ID" to "User.id"; typographical error |
| 344 | 2 | Change "open RTB" to "OpenRTB bid request object"; typographical error and clarification |
| 344 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |

| 344 | 8 | Change "Google_user_ID" to "google_user_id"; typographical error |
|---|---|---|
| 348 | 3 | Change "different advertising exchanges." to "across different advertising exchanges."; clarification |
| 348 | 23 | Change "principal" to "principle"; typographical error |
| 350 | 7 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 350 | 7-8 | Change "open bidding" to "Open Bidding"; typographical error |
| 350 | 9 | Change "application program interface" to "application programming interface"; typographical error |
| 350 | 10 | Change "authorized buyers'" to "Authorized Buyers'"; typographical error |
| 351 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 351 | 20 | Change "open RTB" to "OpenRTB"; typographical error |
| 351 | 21 | Change "open RTB" to "OpenRTB"; typographical error |
| 352 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |

| 352 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
|---|---|---|
| 353 | 22 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 353 | 22 | Change "open bidding" to "Open Bidding"; typographical error |
| 354 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 355 | 7 | Change "detected vertical" to "detected_vertical"; typographical error |
| 355 | 16 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 355 | 16 | Change "open bidding" to "Open Bidding"; typographical error |
| 356 | 4 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 356 | 4 | Change "open bidding" to "Open Bidding"; typographical error |
| 357 | 7 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 362 | 10 | Change "authorized buyers'" to "Authorized Buyers'"; typographical error |
| 363 | 5 | Change "authorized buyers'" to "Authorized Buyers'"; typographical error |
| 365 | 21 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 365 | 21 | Change "open bidding" to "Open Bidding"; typographical error |
| 365 | 23 | Change "as many number of samples" to "a small number of samples"; typographical error |

| 365 | 24 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 365 | 24 | Change "open bidding" to "Open Bidding"; typographical error |
| 366 | 7 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 370 | 12–13 | Change "referring saying the exact behavior" to "reviewing the exact behavior"; typographical error |
| 370 | 19 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 370 | 19 | Change "open bidding" to "Open Bidding"; typographical error |

## ACKNOWLEDGMENT OF DEPONENT

I, Stanislav Belov, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Date: _January 25, 2023_____      Signature: _Stanislav Belov_____