# EXHIBIT C

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

# Exhibit 2

**FILED UNDER SEAL**

CONFIDENTIAL

```
1       IN THE UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
3       OAKLAND DIVISION
        Case No. 4:20-cv-02155-YGR-VKD
4       ------------------------------------------x
5       In re Google RTB Consumer Privacy
        Litigation
6       This document applies to all actions
7       ------------------------------------------x
8                      December 8, 2022
9                         9:14 a.m.
10
11                     *CONFIDENTIAL*
12
13          VIDEOTAPED DEPOSITION of DR. GLENN
14      BERNTSON, held at the offices of Simmons
15      Hanly Conroy LLC, located at 112 Madison
16      Avenue, 7th Floor, New York, New York
17      10016, before Anthony Giarro, a Registered
18      Professional Reporter, a Certified Realtime
19      Reporter and a Notary Public of the State
20      of New York.
21
22
23
24
25
```

Page 1

CONFIDENTIAL

```
 1    A P P E A R A N C E S :
 2
 3    BLEICHMAR FONTI & AULD LLP
       Attorneys for Plaintiffs
 4     555 12th Street, Suite 1600
       Oakland, California 94607
 5     (415) 445-4003
 6    BY:  LESLEY WEAVER, ESQ.
            (via Zoom)
 7          lweaver@bfalaw.com
            ANNE DAVIS, ESQ.
 8          (via Zoom)
 9    COTCHETT, PITRE & McCARTHY LLP
       Attorneys for Plaintiffs
10     840 Malcolm Road, Suite 200
       Burlingame, California 94010
11     (650) 697-6000
12    BY:  BRIAN DANITZ, ESQ.
            (via Zoom)
13          bdanitz@cpmlegal.com
            KARIN SWOPE, ESQ.
14          (via Zoom)
15    SIMMONS HANLY CONROY LLC
       Attorneys for Plaintiffs
16     112 Madison Avenue, 7th Floor
       New York, New York 10016
17     (618) 693-3104
18    BY:  JASON BARNES, ESQ.
            jaybarnes@simmonsfirm.com
19          AN TRUONG, ESQ.
            atruong@simmonsfirm.com
20          JENNY PAULSON, ESQ.
            jpaulson@simmonsfirm.com
21          ERIN GEE, ESQ.
            (via Zoom)
22
23
24
25
```

Page 2

```
 1      A P P E A R A N C E S (Cont.):
 2
        PRITZKER LEVINE LLP
 3       Attorneys for Plaintiffs
         1900 Powell Street, Suite 450
 4       Emeryville, California 94608
         (415) 692-0772
 5
        BY:   JONATHAN LEVINE, ESQ.
 6             jkl@pritzkerlevine.com
               ELIZABETH PRITZKER, ESQ.
 7             (via Zoom)
               ecp@pritzkerlevine.com
 8
 9
10
11
        COOLEY LLP
12       Attorneys for Google
         3 Embarcadero Center, 20th Floor
13       San Francisco, California 94111
         (415) 693-2026
14
        BY:   JEFF GUTKIN, ESQ.
15             jgutkin@cooley.com
               LIZ SANCHEZ SANTIAGO, ESQ.
16             (via Zoom)
17
18
19      ALSO PRESENT:
20                MARCELO RIVERA, Videographer
                  DENISHA BACCHUS, ESQ., Google
21                GREGG HOLDERMAN, Concierge Tech
22
23
24
25

                                            Page 3
```

```
 1    correct?
 2         A        That is another cookie, yes.
 3         Q        In this hypothetical, the
 4    GIA associated cookie is not present.
 5    It's only the Biscotti associated cookie.
 6    So you have a Google account holder who
 7    is not signed in at the moment.
 8                  And as a result of that,
 9    even though there may be some Edge cases
10    where a Google account associated cookie
11    would be present, there is no Google
12    account associated cookie, there's only
13    the Biscotti cookie, what impact does
14    their decision to toggle GIA ads
15    personalization off have on the
16    information that is sent through realtime
17    bidding?
18             MR. GUTKIN:  Object as
19         improper hypothetical, vague and
20         lacks foundation.
21    ███  ███ ██████ █ ██ ██████
      █ ██████ ██ ██ ██████████ █
      █ ██ █ █ ██████ ██ ██ ██████
      █ ████████ ███ █ █████ █████  And
25    therefore, it has no impact.
```

Page 165

1  go off the record.
2              THE VIDEOGRAPHER:  The time
3  is 6:49 p.m.  And we're going off the
4  record.
5              (Time noted:  6:49 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 344

CONFIDENTIAL

1        C E R T I F I C A T I O N

2

3

4        I, ANTHONY GIARRO, a Shorthand

5    Reporter and a Notary Public, do hereby

6    certify that the foregoing witness, DR.

7    GLENN BERNTSON, was duly sworn on the date

8    indicated, and that the foregoing, to the

9    best of my ability, is a true and accurate

10   transcription of my stenographic notes.

11         I further certify that I am not

12   employed by nor related to any party to

13   this action.

14   Dated" December 9, 2022

15

16

17

18

19

20

21        ANTHONY GIARRO

22

23

24

25

Page 348

Re:    Deposition of **Glenn Berntson**
       Date: December 8, 2022
       Case: *In re Google RTB Consumer Privacy Litigation*
       Return to: Veritext Legal Solutions

| Page | Line(s) | Correction/Change and Reason |
|------|---------|------------------------------|
| 9 | 23 | Change "AdEx" to "AdX"; typographical error |
| 10 | 3 | Change "Doubleclick for publishers" to "Doubleclick for Publishers"; typographical error |
| 10 | 20 | Change "Doubleclick for publishers" to "Doubleclick for Publishers"; typographical error |
| 10 | 25 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 11 | 22-23 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 12 | 18 | Change "Authorized buyers" to "Authorized Buyers"; typographical error |
| 12 | 21 | Change "AdEx" to "AdX"; typographical error |
| 12 | 23 | Change "Doubleclick for publishers" to "Doubleclick for Publishers"; typographical error |
| 13 | 12 | Change "Authorized buyers" to "Authorized Buyers"; typographical error |
| 13 | 17-18 | Change "Doubleclick for publishers" to "Doubleclick for Publishers"; typographical error |
| 13 | 23-24 | Change "Doubleclick for publishers" to "Doubleclick for Publishers"; typographical error |
| 14 | 22 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 15 | 21 | Change "Authorized buyers" to "Authorized Buyers"; typographical error |
| 15 | 24-25 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 17 | 8 | Change "Authorized buyers" to "Authorized Buyers"; typographical error |
| 17 | 9 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 17 | 10 | Change "Authorized buyers" to "Authorized Buyers"; typographical error |
| 17 | 16 | Change "authorized buyers" to "Authorized Buyers"; typographical error |

Date: January 23, 2023          Signature: */s/ Dr. Glenn Bernston*

279784515

| 20 | 6 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 21 | 12 | Change "Open bidding" to "Open Bidding"; typographical error |
| 21 | 17 | Change "open bidding" to "Open Bidding"; typographical error |
| 22 | 11 | Change "AdExchanges" to "ad exchanges"; typographical error |
| 25 | 5 | Change "biders" to "bidders"; typographical error |
| 27 | 8 | Change "Rubacon" to "Rubicon"; typographical error |
| 28 | 20 | Change "authorized buyer" to "Authorized Buyer"; typographical error |
| 29 | 20 | Change "authorized buyer" to "Authorized Buyer"; typographical error |
| 38 | 9 | Change ▮▮▮▮ to ▮▮▮▮ typographical error |
| 99 | 18 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 99 | 19 | Change "open bidding" to "Open Bidding"; typographical error |
| 156 | 1 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 156 | 1 | Change "open bidding" to "Open Bidding"; typographical error |
| 156 | 25 | Change "authorized buyers'" to "Authorized Buyers'"; typographical error |
| 157 | 2 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 157 | 19-20 | Change" authorized buyer" to "Authorized Buyer"; typographical error |
| 159 | 11 | Change "authorized buyers" to "Authorized Buyers"; typographical error |
| 159 | 14 | Change "authorized buyers'" to "Authorized Buyers'"; typographical error |
| 159 | 22 | Change "authorized buyer" to "Authorized Buyer"; typographical error |
| 163 | 10 | Change "GIA" to "GAIA"; typographical error |
| 163 | 22 | Change "GIA" to "GAIA"; typographical error |
| 164 | 2 | Change "GIA" to "GAIA"; typographical error |
| 165 | 22 | Change "GIA" to "GAIA"; typographical error |
| 166 | 18 | Change "GIA" to "GAIA"; typographical error |
| 170 | 16 | Change "Web" to "Bubeck"; transcription error |
| 170 | 17 | Change "W-E-B" to "B-U-B-E-C-K"; transcription error |
| 173 | 11 | Change "GIA" to "GAIA"; typographical error |
| 173 | 20 | Change "GIA" to "GAIA"; typographical error |

Date: January 23, 2023          Signature: */s/ Dr. Glenn Bernston*

| | | |
|---|---|---|
| 173 | 24 | Change "GIA" to "GAIA"; typographical error |
| 174 | 8 | Change "GIA" to "GAIA"; typographical error |
| 174 | 19 | Change "GIA" to "GAIA"; typographical error |
| 176 | 15 | Change "Web" to "Bubeck"; transcription error |
| 178 | 14 | Change "GIA" to "GAIA"; typographical error |
| 186 | 22 | Change "GIA" to "GAIA"; typographical error |
| 187 | 6 | Change "GIA" to "GAIA"; typographical error |
| 187 | 9 | Change "GIA" to "GAIA"; typographical error |
| 191 | 21 | Change "GIA" to "GAIA"; typographical error |
| 203 | 7 | Change "GIA" to "GAIA"; typographical error |
| 203 | 8 | Change "GIA" to "GAIA"; typographical error |
| 321 | 25 | Change "AdEx" to "AdX"; typographical error |

Date: January 23, 2023                Signature: */s/ Dr. Glenn Bernston*

---

ACKNOWLEDGMENT OF DEPONENT

I, Glenn Berntson, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

---

Date: January 23, 2023                Signature: */s/ Dr. Glenn Bernston*

279784515