# EXHIBIT D

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

# Exhibit 3

**FILED UNDER SEAL**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   In re Google RTB Consumer    ) Case No.
     Privacy Litigation,          ) 4:21-cv-02155-YGR-VKD
 6                                )
                                  )
 7   This document applies to:    )
     All actions                  )
 8   _____  )
 9
10
11
12                        CONFIDENTIAL
13        VIDEO-RECORDED DEPOSITION OF BRUCE DEAL
14
15              Tuesday, October 24, 2023
16              San Francisco, California
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6151469
```

Page 1

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   In re Google RTB Consumer    ) Case No.
     Privacy Litigation,          ) 4:21-cv-02155-YGR-VKD
 6                                )
                                  )
 7   This document applies to:    )
     All actions                  )
 8   _____  )
 9
10
11
12           CONFIDENTIAL, VIDEO-RECORDED DEPOSITION OF
13   BRUCE DEAL, taken on behalf of the Plaintiffs, at
14   the law offices of Cooley LLP, located at
15   Three Embarcadero, 20th Floor, San Francisco,
16   California 94111, on Tuesday, October 24, 2023,
17   before Hanna Kim, CLR, Certified Shorthand Reporter,
18   No. 13083.
19
20
21
22
23
24
25
```

Page 2

```
 1              APPEARANCES OF COUNSEL:
 2
 3   For Plaintiffs:
 4          BLEICHMAR FONTI & AULD LLP
 5          BY:   LESLEY E. WEAVER, ESQ.
 6          BY:   JOSHUA SAMRA, ESQ.
 7          (Via Videoconference)
 8          BY:   ANNE K. DAVIS, ESQ.
 9          (Via Videoconference)
10          1330 Broadway, Suite 630
11          Oakland, California 94612
12          415.445.4004
13          lweaver@bfalaw.com
14          jsamra@bfalaw.com
15
16          -and-
17
18          LAW OFFICES OF H. MELISSA MATHER
19          BY:   H. MELISSA MATHER, ESQ.
20          823 Congress Ave
21          Austin, Texas 78701
22          512.536.1377
23
24
25

                                            Page 3
```

```
 1         APPEARANCES OF COUNSEL:  (CONTINUED)
 2
 3   For Plaintiffs:
 4         PRITZKER LEVINE LLP
 5         BY:  ELIZABETH C. PRITZKER, ESQ.
 6         (Via Videoconference)
 7         1900 Powell Street, Suite 450
 8         Emeryville, California 94608
 9         415.692.0772
10         ecp@pritzkerlevine.com
11
12         -and-
13
14         COTCHETT, PITRE & MCCARTHY LLP
15         BY:  BRIAN DANITZ, ESQ.
16         (Via Videoconference)
17         BY:  KARIN SWOPE, ESQ.
18         (Via Videoconference)
19         San Francisco Airport Office Center
20         840 Malcolm Road, Suite 200
21         Burlingame, California 94010
22         650.697.6000
23         bdanitz@cpmlegal.com
24
25
```

Page 4

```
 1         APPEARANCES OF COUNSEL:  (CONTINUED)
 2
 3   For Defendant:
 4            COOLEY LLP
 5            BY:   AARTI G, REDDY, ESQ.
 6            BY:   WHITTY SOMVICHIAN, ESQ.
 7            (Via Videoconference)
 8            BY:   REECE TREVOR, ESQ.
 9            (Via Videoconference)
10            3 Embarcadero Center, 20th Floor
11            San Francisco, California 94111-4004
12            415.693.2000
13            areddy@cooley.com
14
15
16   Also Present:
17            DANIELLE PIERRE, Google LLC
18            (Via Videoconference)
19            CASSIA LEET, Videographer
20
21
22
23
24
25

                                                        Page 5
```

CONFIDENTIAL

```
 1                INDEX OF EXAMINATION
 2
 3   WITNESS:  BRUCE DEAL
 4   EXAMINATION                                    PAGE
 5        BY MS. WEAVER:                              12
 6
 7
 8   QUESTIONS INSTRUCTED NOT TO ANSWER:
 9   PAGE....LINE
10   52......4
11   53......6
12   57......7
13   60......24
14   87......18
15                      --o0o--
16
17
18
19
20
21
22
23
24
25
```

Page 6

|    |                                                                                          |      |
|----|------------------------------------------------------------------------------------------|------|
| 1  | INDEX OF EXHIBITS                                                                        |      |
| 2  |                                                                                          |      |
| 3  | DEAL DEPOSITION EXHIBITS                                                                 | PAGE |
| 4  | Exhibit 1   "Exhibit 4 to Declaration of W. Somvichian," Expert Report of Bruce Deal, September 29, 2023; 103 pages | 13 |
| 8  | Exhibit 2   "Appendix I, Overview of Google Authorized Buyers and Real-Time Bidding, Confidential - Commercially Sensitive"; 24 pages | 68 |
| 13 | Exhibit 3   Document; Bates nos. GOOG-HEWT-00047191 through '47225; 36 pages              | 123  |
| 16 | Exhibit 4   Consolidated Class Action Complaint; 139 pages                                | 164  |
| 18 | Exhibit 5   "Exhibit 4 Filed Under Seal," "Expert Class Certification Report of Greg J. Regan, CPA/CFF, CFE, July 14, 2023"; 46 pages | 293 |

```
 1              INDEX OF EXHIBITS (CONTINUED)
 2
 3    DEAL DEPOSITION EXHIBITS                          PAGE
 4    Exhibit 6    Excerpted pages from "Reference     350
 5                 Manual on Scientific Evidence,
 6                 Third Edition," "III. The
 7                 Standard General Approach to
 8                 Quantification of Damages"; 14
 9                 pages
10                          --o0o--
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                     Page 8
```

```
 1              Do you see that?
 2              And then the citation to Mr. Belov follows
 3   that paragraph.
 4        A.    Yeah, but I -- my under- -- I mean, I'd              11:01:46
 5   have to look back in the Berntson deposition, but
 6   in -- my recollection is that the Bernstein
 7   deposition also talked about that.
 8        Q.    And what --
 9              MS. REDDY:  I'm just going to object as
10   mischaracterizes document.                                      11:01:54
11   BY MS. WEAVER:
12        Q.    And what did Mr. Belov say to you that
13   provided additional support here?
14        A.    I -- I don't think I would be -- I would
15   characterize it as additional.  I mean, it was                  11:02:08
16   confirmatory of -- that was -- this was my
17   understanding going into the interview, was that the
18   GAIA cookie would be a third-party cookie in that
19   situation.  Mr. Berntson confirmed that.
20        Q.    Looking at Note 49, do you see that you              11:02:23
21   wrote the sentence on page 17, ██████████████████
     ████████████████████████████████████████████████████
     ██████████████████████████████████████████
     ██████████████
25              Do you see that?                                     11:02:36
```

Page 100

```
1         A.    Give me -- give me a second.
2               (Witness reviews.)
3               Yes, I see that.
4    BY MS. WEAVER:
5         Q.    And you cite -- the only -- the only        11:03:01
6    citation there is your interview with Mr. Belov.
7               Do you see that?
8         A.    Yes.
9         Q.    And other than your interview with
10   Mr. Belov, do you have any reason to believe that      11:03:11
11   ███████████████████████████████████████████
12   ███████████████████████████████████████████
13        A.    I mean, it -- it would make sense given my
14   understanding of -- of, you know, the -- the GAIA
15   cookies and all of that, but that is literally the     11:03:35
16   source for that citation.
17        Q.    Turning to page 19, Footnotes 57 and 58,
18   do you see at Paragraph 47 where you wrote, "I
19   understand that ████████████████████████████
     ███████████████████████████████████████████ ████
     ███████████████████████████████████████
     ████████
23              Do you see that?
24        A.    Yes.
25        Q.    And you cite only Mr. Belov for that        11:04:09
```

Page 101

```
 1   Legal Solutions.  The time is 5:52 p.m.  We're off
 2   the record.
 3            (Proceedings concluded, 5:52 p.m., on
 4            October 24, 2023.)
 5                                                   05:53:48
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 369

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

In witness whereof, I have hereunto subscribed my name.

Dated: 10/26/23

Hanna Kim

CLR, CSR No. 13083

Page 371