COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 641)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE DEF'S RESP. TO
PLFS' ADMIN MOTION RE ECF NO. 641
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed a Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 641) in connection with Plaintiffs' Reply in Support of *Daubert* Motion to Exclude Google LLC's Expert Bruce Deal ("Plaintiffs' *Daubert* Reply") and the accompanying exhibits ("Exhibits"). Upon consideration of the Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document or Portion of Document Sought to be Sealed | Evidence in Support of Sealing | Ruling |
|---|---|---|
| **Documents discussing Google's business strategy, analysis, and financial information regarding Google RTB** | | |
| Plaintiffs' Reply in Support of *Daubert* Motion to Exclude the Expert Testimony of Bruce Deal; portions highlighted at page(s): 3-5, 9 | Somvichian Declaration ¶¶ 5-7 | |
| Exhibit 2 to Declaration of H. Melissa Mather in Support of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude the Expert Testimony of Bruce Deal (Berntson Deposition Transcript Excerpts); portions highlighted at page(s): 165:21-24 | Somvichian Declaration ¶¶ 5-7 | |
| Exhibit 3 to Declaration of H. Melissa Mather in Support of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude the Expert Testimony of Bruce Deal (Deal Deposition Transcript Excerpts); portions highlighted at page(s): 100:21-24; 101:11-12, 19-22 | Somvichian Declaration ¶¶ 5-7 | |
| **Documents discussing technical details regarding internal data logs, systems, and internal code and project names associated with Google RTB** | | |
| Exhibit 1 to Declaration of H. Melissa Mather in Support of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude the Expert Testimony of Bruce Deal (Belov Deposition Transcript Excerpts); portions highlighted at page(s): 19:12; 19:16; 19:19-25; 20:2-4; 20:5; 20:6; 20:7; 20:10-13; 20:14-15; 20:16; 20:18; 20:22-25; | Somvichian Declaration ¶¶ 8-11 | |

| | | |
|---|---|---|
| 29:12; 29:25; 30:2; 30:3; 30:19-20; 30:23; 30:25<br><br>Errata: 16:6-7; 17:21; 19:12; 19:16; 34:4; 34:16; 170:7-8; 183:4; 183:7; 184:7; 184:23-24; 185:21; 186:15; 263:21; 264:5-6; 264:16-17; 264:19 | | |
| Exhibit 2 to Declaration of H. Melissa Mather in Support of Plaintiffs' Reply in Support of *Daubert* Motion to Exclude the Expert Testimony of Bruce Deal (Berntson Deposition Transcript Excerpts); portions highlighted at page(s):  Errata: 38:9 | Somvichian Declaration ¶¶ 8-11 | |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

296270662