COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT LETTER BRIEF RE ERRATA TO DEPOSITION TRANSCRIPT OF DR. GLENN BERNTSON AND GOOGLE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1.  I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Administrative Motion to Seal Portions of the Joint Letter Brief Regarding Errata to Deposition Transcript of Dr. Glenn Berntson and Google (the "Joint Letter Brief") and the accompanying Exhibits to the Joint Letter Brief. I submit this declaration pursuant to Local Rule 79-5.

2.  On January 18, 2024, Google is filing the Joint Letter Brief and its accompanying Exhibits. I understand that Google seeks to maintain certain portions of those documents under seal.

3.  I have reviewed the documents that Google seeks to file under seal. The highlighted portions in the Joint Letter Brief and Exhibits reflect confidential information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Regarding the Errata to Deposition Transcript of Dr. Glenn Berntson and Google | Portions highlighted at pages 1-6 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. B (Excerpts of the October 30, 2023 Deposition Transcript of Google 30(b)(6) witness Glenn Berntson) to the Joint Letter Brief | Portions highlighted at 210:8-10, 210:13, 210:25, 211:7, 211:18-19, 211:25, 212:6, 212:8, 212:10, 212:13, 212:22 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| | | place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. C (December 11, 2023 Errata to the October 30, 2023 Deposition of Google 30(b)(6) witness Glenn Berntson) to the Joint Letter Brief | Portions highlighted at page 1 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

4. Google does not seek to redact or file under seal any of the remaining portions of the Joint Letter Brief and Exhibits not indicated in the table above.

5. To the best of my knowledge, I understand that certain information in the documents

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

cited in the table above contain references and discussions of highly sensitive, confidential, proprietary, non-public technical details related to internal data logs and data systems associated with Google Real-time Bidding ("Google RTB").

6. If this technical information is publicly disclosed, I understand that it will present serious risk of irreparable harm to Google, including cybersecurity risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems.  It may also present irreparable harm to Google's users by exposing them to targeting by bad actors, who could use the information related to these logs to infer additional information about Google users that Google stores in those logs.  Finally, I understand that disclosure of particular data systems may make it easier for bad actors to piece together previously unconnectable facts, should those bad actors gain access to other documents or information that reference the same proprietary logs and systems.

7. For these reasons, the Court has consistently granted Google's sealing requests related to descriptions of Google's internal logs and data systems throughout this litigation.  *See e.g.*, ECF No. 540 (N.D. Cal. June 8, 2023) (sealing portions of a joint letter brief containing technical details and account identifiers related to Google's highly sensitive data logs and data systems); ECF No. 531 (N.D. Cal. May 26, 2023) (sealing discussion of Google's "technical details and identifiers related to highly sensitive data logs and data systems."); ECF No. 384 (N.D. Cal. Dec. 19, 2022) (sealing information regarding Google's internal logs and the identifiers contained therein).

8. Attached hereto as Exhibit 1 is a copy of the Joint Letter Brief that highlights the specific information that Google seeks to maintain under seal.

9. Attached hereto as Exhibit 2 is an excerpted copy of the transcript of the deposition of Dr. Glenn Berntson and Google, submitted as Exhibit B to the Joint Letter Brief, that highlights the specific information that Google seeks to maintain under seal.

10. Attached hereto as Exhibit 3 is a copy of the December 11, 2023 Errata to the deposition of Dr. Glenn Berntson and Google, submitted as Exhibit C to the Joint Letter Brief, that highlights the specific information that Google seeks to maintain under seal.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1

2  I declare under penalty of perjury that the foregoing is true and correct. Executed on January

3  18, 2024 in San Francisco, California.

4

5                  */s/ Whitty Somvichian*
                 Whitty Somvichian

6

296754837

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

**DEC. OF W. SOMVICHIAN ISO GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD**