| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>KELSEY R. SPECTOR (SBN 321488)<br>(kspector@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SÁNCHEZ SANTIAGO<br>(SBN 333789) (lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:   +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT LETTER BRIEF RE ERRATA TO DEPOSITION TRANSCRIPT OF DR. GLENN BERNTSON AND GOOGLE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

1    Google LLC filed an Administrative Motion to Seal Portions of the Joint Letter Brief
2    Regarding the Errata to Deposition Transcript of Dr. Glenn Berntson and Google (the "Joint Letter
3    Brief") and the accompanying Exhibits.
4    Upon consideration of Google's motion, the papers submitted in support, and good cause
5    appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Joint Letter Brief Regarding the Errata to Deposition Transcript of Dr. Glenn Berntson and Google | Portions highlighted at pages 1-6 |
| Ex. B (Excerpt from the Deposition Transcript of Dr. Glenn Berntson and Google) to the Joint Letter Brief | Portions highlighted at 210:8-10, 210:13, 210:25, 211:7, 211:18-19, 211:25, 212:6, 212:8, 212:10, 212:13, 212:22 |
| Ex. C (December 11, 2023 Errata to the October 30, 2023 Deposition of Google 30(b)(6) witness Glenn Berntson) to the Joint Letter Brief | Portions highlighted at page 1 |

Dated: _____

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD