# EXHIBIT B
# to Joint Letter Brief

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

CONFIDENTIAL

```
 1   ** C O N F I D E N T I A L **
 2   IN THE UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   OAKLAND DIVISION
 5   CASE NO. 4:21-CV-02155-YGR
 6   ------------------------------------x
 7
     IN RE GOOGLE RTB CONSUMER
 8   PRIVACY LITIGATION
 9
     ------------------------------------x
10
     This document applies to all actions
11
     ------------------------------------x
12              October 30, 2023
                9:02 a.m.
13
14
15       Videotaped Deposition of GLENN
16   BERNTSON, taken by Plaintiffs, pursuant to
17   Notice, held at the offices of Simmons
18   Hanly Conroy LLC, 112 Madison Avenue, New
19   York, New York, before Todd DeSimone, a
20   Registered Professional Reporter and Notary
21   Public of the State of New York.
22
23
24
25
                                          Page 1
```

```
 1   A P P E A R A N C E S :
 2   SIMMONS HANLY CONROY LLC
     112 Madison Avenue
 3   7th Floor
     New York, New York 10016
 4         Attorneys for Plaintiffs
     BY:    JAY BARNES, ESQ.
 5             jaybarnes@simmonsfirm.com
            AN V. TRUONG, ESQ. (Via Zoom)
 6             atruong@simmonsfirm.com
 7
 8
 9   PRITZKER LEVINE LLP
     1900 Powell Street
10   Suite 450
     Emeryville, California 94608
11         Attorneys for Plaintiffs
     BY:    JONATHAN K. LEVINE, ESQ.
12             jkl@pritzkerlevine.com
            BETHANY CARACUZZO, ESQ. (Via Zoom)
13             bc@pritzkerlevine.com
14
15
16   BLEICHMAR FONTI & AULD LLP
     1330 Broadway
17   Suite 630
     Oakland, California 94607
18         Attorneys for Plaintiffs
     BY:    ANNE K. DAVIS, ESQ. (Via Zoom)
19             adavis@bfalaw.com
20
21
22
23
24
25
```

```
 1    A P P E A R A N C E S: (Continued)
 2    COOLEY LLP
      3 Embarcadero Center
 3    20th Floor
      San Francisco, California 95111
 4          Attorneys for Defendant
            Google LLC
 5    BY:     WHITTY SOMVICHIAN, ESQ.
                wsomvichian@cooley.com
 6            KHARY J. ANDERSON, ESQ. (Via Zoom)
                kanderson@cooley.com
 7
 8
      ALSO PRESENT:
 9      DANIELLE PIERRE, Google (Via Zoom)
10      ROBERT RUDIS, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | testified to the interrogatory | 02:17:11PM |
| 2 | responses.  He has explained in the | 02:17:12PM |
| 3 | prior question his understanding of | 02:17:15PM |
| 4 | preservation, so asked and answered. | 02:17:17PM |
| 5 | A.    When you say where -- | 02:17:26PM |
| 6 | Q.    From what log sources. | 02:17:29PM |
| 7 | A.    We are ongoing preserving the | 02:17:31PM |
| 8 | ████ logs, the ██████████ logs and | 02:17:41PM |
| 9 | the ██ logs at least. | 02:17:44PM |
| 10 | Q.    How did Google produce the ██ | 02:17:56PM |
| 11 | log information for the named plaintiffs | 02:18:00PM |
| 12 | since your testimony is that the GAIA ID | 02:18:02PM |
| 13 | does not appear in the ██ log? | 02:18:06PM |
| 14 | MR. SOMVICHIAN:  Objection, | 02:18:11PM |
| 15 | beyond the scope, calls for | 02:18:12PM |
| 16 | speculation, lacks foundation. | 02:18:13PM |
| 17 | A.    Can you point to the | 02:18:14PM |
| 18 | interrogatory that you are referring to? | 02:18:15PM |
| 19 | Which data are you talking about? | 02:18:19PM |
| 20 | Q.    We are talking about 4 and 5, | 02:18:21PM |
| 21 | which relates to how Google logs, maps and | 02:18:23PM |
| 22 | associates. | 02:18:25PM |
| 23 | A.    Okay. | 02:18:31PM |
| 24 | Q.    How did Google -- you testified | 02:18:32PM |
| 25 | earlier that the ██ log does not contain a | 02:18:35PM |

Page 210

| | | |
|---|---|---|
| 1 | Google account identifier, correct? | 02:18:37PM |
| 2 | A. Uh-huh. | 02:18:39PM |
| 3 | Q. Sorry, you have to answer yes | 02:18:40PM |
| 4 | or no. | 02:18:41PM |
| 5 | A. Yeah. | 02:18:42PM |
| 6 | Q. How was Google able to map, | 02:18:43PM |
| 7 | link or associate information in a ▮ log | 02:18:47PM |
| 8 | which does not contain a GAIA ID to our | 02:18:51PM |
| 9 | named plaintiffs in this action? | 02:18:55PM |
| 10 | MR. SOMVICHIAN: Objection. It | 02:18:59PM |
| 11 | is beyond the scope of the topics, | 02:19:02PM |
| 12 | including the topics that you just | 02:19:03PM |
| 13 | identified, calls for speculation, lack | 02:19:06PM |
| 14 | of foundation, and may call for | 02:19:10PM |
| 15 | attorney-client privileged | 02:19:11PM |
| 16 | communications. | 02:19:12PM |
| 17 | A. We're not mapping, we're | 02:19:15PM |
| 18 | destroying all ▮ logs. | 02:19:17PM |
| 19 | Q. Okay. But the ▮ log does not | 02:19:19PM |
| 20 | include a Google account identifier, | 02:19:21PM |
| 21 | correct? | 02:19:23PM |
| 22 | A. Correct. | 02:19:23PM |
| 23 | Q. So how are you able to extract | 02:19:23PM |
| 24 | the specific RTB bid requests that are | 02:19:28PM |
| 25 | associated with our clients from the ▮ | 02:19:32PM |

Page 211

| | | |
|---|---|---|
| 1 | log even though there's no GAIA ID in that | 02:19:35PM |
| 2 | log? | 02:19:38PM |
| 3 | MR. BARNES:  Same objections. | 02:19:39PM |
| 4 | A.    In the data, specific cases | 02:19:41PM |
| 5 | that we have covered, we haven't needed to | 02:19:45PM |
| 6 | retrieve data from a ▮ log. | 02:19:48PM |
| 7 | Q.    You have produced -- Google has | 02:19:49PM |
| 8 | produced data from the ▮ log.  How was | 02:19:51PM |
| 9 | that data identified, since there's no GAIA | 02:19:54PM |
| 10 | ID in the ▮ log, so how did Google | 02:20:00PM |
| 11 | identify the specific bid requests that | 02:20:03PM |
| 12 | related to our specific clients from the | 02:20:04PM |
| 13 | ▮ log? | 02:20:07PM |
| 14 | MR. SOMVICHIAN:  Same | 02:20:10PM |
| 15 | objections, beyond the scope, lacks | 02:20:10PM |
| 16 | foundation, calls for speculation. | 02:20:13PM |
| 17 | A.    So far today you haven't asked | 02:20:17PM |
| 18 | me about that data, and if you want to give | 02:20:19PM |
| 19 | me a specific example, I can lead you | 02:20:21PM |
| 20 | through how we would extract that data. | 02:20:23PM |
| 21 | Q.    So the specific example is | 02:20:27PM |
| 22 | Google has made a production from the ▮ | 02:20:29PM |
| 23 | log.  Do you understand that to be true in | 02:20:31PM |
| 24 | this case? | 02:20:34PM |
| 25 | A.    Okay. | 02:20:34PM |

Page 212

```
 1              CERTIFICATION
 2
 3      I,  TODD DeSIMONE, a Notary Public for
 4   and within the State of New York, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me; and
 8   that the within transcript is a true record
 9   of the testimony given by said witness.
10      I further certify that I am not related
11   to any of the parties to this action by
12   blood or marriage, and that I am in no way
13   interested in the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 30th day of October, 2023.
16
17
18
19
20
21                  [signature: Todd DeSimone]
22                  TODD DESIMONE
23
24
25
```

Page 256

```
1    ANNE K. DAVIS, ESQ.

2    adavis@bfalaw.com

3                                        OCTOBER 31, 2023

4    RE: IN RE: GOOGLE RTB CONSUMER PRIVACY LITIGATION

5    OCTOBER 30, 2023, GLENN BERNTSON, JOB NO. 6155250

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Page 257

```
 1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9   _x_ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```