# EXHIBIT C
# to Joint Letter Brief

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

Re:   Deposition of Glenn Berntson
      Date: October 30, 2023
      Case: *In re Google RTB Consumer Privacy Litigation*
      Return to: Veritext Legal Solutions

| Page | Line(s) | Correction/Change; Reason |
|---|---|---|
| 11 | 24 | Change "disjoint" to "disjoined"; typographical error |
| 74 | 15, 25 | Change ▮▮▮▮ to ▮▮▮▮; typographical error |
| 85 | 23 | Change ▮▮▮▮ to ▮▮▮▮; typographical error |
| 91 | 22 | Change ▮▮▮▮ to "ad query"; typographical error |
| 110 | 14 | Change "geo criterion ID" to "geo criteria ID"; typographical error |
| 139 | 3 | Change "An" to "And"; typographical error |
| 194 | 1 | Change "clear" to "list"; Transcription error |
| 211 | 18 | Delete "we're destroying all ▮▮ logs"; "destroying" is a transcription error and the witness does not recall what word was used in its place. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Dated: December 11, 2023         Signature: *Glenn Berntson*

### ACKNOWLEDGMENT OF DEPONENT

I, Glenn Berntson, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Dated: December 11, 2023         Signature: *Glenn Berntson*