| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| Elizabeth C. Pritzker (SBN 146267) | Whitty Somvichian (SBN 194463) |
| 1900 Powell Street, Suite 450 | 3 Embarcadero Center, 20th Fl. |
| Emeryville, CA 94608 | San Francisco, CA 94111-4004 |
| Tel.: (415) 692-0772 | Tel: (415) 693-2000 |
| Fax: (415) 366-6110 | Fax: (415) 693-2222 |
| ecp@pritzkerlevine.com | wsomvichian@cooley.com |
| *Interim Class Counsel* | *Counsel for Defendant Google LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR-VKD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** <br><br> Civil L.R. 6-1(b); 6-2(a) |

WHEREAS, on December 18, 2023, Plaintiffs filed an administrative motion to extend the pretrial case schedule by approximately two months (ECF No. 638), which Defendant Google LLC ("Google") opposed on December 21, 2023 (ECF No. 647); and

WHEREAS, the Court has not yet ruled on Plaintiffs' motion; and

WHEREAS, the deadline to complete fact discovery expired on January 19, 2024 (ECF Nos. 530, 534) and the deadline to file any fact discovery motions is January 26, 2024, pursuant to Civil Local Rule 37-3; and

WHEREAS, the parties are presently meeting and conferring on a number of discovery disputes arising from discovery served by both parties before the fact discovery cut-off; and

WHEREAS, the parties agree that one additional week to complete the meet and confer discussions will allow the parties to hopefully resolve or narrow many of their outstanding discovery disputes; and

WHEREAS, under the current schedule, opening merits expert reports are due to be exchanged on February 9, 2024 (ECF Nos. 530, 534); and

WHEREAS, the parties agree that the current schedule governing merits experts discovery and dispositive motion practice should be extended by approximately two months to allow time for all fact discovery to be completed and any fact discovery disputes resolved before the parties exchange merits expert reports; and

WHEREAS, in light of the foregoing, the parties have met and conferred regarding the case schedule and, with the exception of the extension of the fact discovery cut-off (which already has passed), agree the Court should adopt the following schedule:

| Event | Deadline Under Current Case Schedule | Deadline Under New Case Schedule |
| --- | --- | --- |
| Fact Discovery Motion Deadline | January 26, 2024 | February 2, 2024 |
| Opening Expert Reports | February 9, 2024 | April 5, 2024 |
| Rebuttal Expert Reports | March 15, 2024 | May 14, 2024 |
| Close of Expert Discovery | April 12, 2024 | June 7, 2024 |
| Dispositive/Daubert Motions | May 17, 2024 | July 12, 2024 |
| Pretrial Conference | To be determined later | To be determined later |
| Jury Trial | To be determined later | To be determined later |

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that the revised case schedule set forth above be adopted and Plaintiffs' motion to extend the pretrial case schedule (ECF No. 638) denied as moot.

**SO STIPULATED.**

Dated:  January 22, 2024

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker* | By: */s/ Whitty Somvichian* |
| Elizabeth C. Pritzker (SBN 146267) | Michael G. Rhodes (SBN 116127) |
| Jonathan K. Levine (SBN 220289) | Whitty Somvichian (SBN 194463) |
| Bethany Caracuzzo (SBN 190687) | Aarti G. Reddy (SBN 274889) |
| 1900 Powell Street, Suite 450 | Robby L.R. Saldana (pro hac vice) |
| Emeryville, CA 94608 | Kelsey R. Spector (SBN 321488) |
| Tel.: (415) 692-0772 | Reece Trevor (SBN 316685) |
| Fax: (415) 366-6110 | Anupam Dhillon (SBN 324746) |
| ecp@pritzkerlevine.com | Khary J. Anderson (pro hac vice) |
| jkl@pritzkerlevine.com | 3 Embarcadero Center, 20th Fl. |
| bc@pritzkerlevine.com | San Francisco, CA 94111-4004 |
| | Tel: (415) 693-2000 |
| *Interim Class Counsel* | Fax: (415) 693-2222 |
| | rhodesmg@cooley.com |
| | wsomvichian@cooley.com |
| | areddy@cooley.com |
| | rsaldana@cooley.com |
| | kspector@cooley.com |
| | rtrevor@cooley.com |
| | adhillon@cooley.com |
| | kjanderson@cooley.com |
| | |
| | *Counsel for Defendant Google LLC* |

3

JOINT STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE

Case No. 4:21-cv-2155-YGR-VKD

**[PROPOSED] ORDER**

Having considered the parties' stipulation, the Court orders as follows:

1. The Court enters the case schedule as stipulated by the parties as follows:

| Event | Current Case Schedule | Deadline Under New Case Schedule |
|---|---|---|
| Fact Discovery Motion Deadline | January 26, 2024 | February 2, 2024 |
| Opening Expert Reports | February 9, 2024 | April 5, 2024 |
| Rebuttal Expert Reports | March 15, 2024 | May 14, 2024 |
| Close of Expert Discovery | April 12, 2024 | June 7, 2024 |
| Dispositive/Daubert Motions | May 17, 2024 | July 12, 2024 |
| Pretrial Conference | To be determined later | To be determined later |
| Jury Trial | To be determined later | To be determined later |

2. In light of the parties' stipulation, Plaintiffs' administrative motion to extend the pretrial case schedule (ECF No. 638) is denied as moot.

**SO ORDERED.**

Dated: _____, 2024

Hon. Yvonne Gonzalez Rogers
United States District Court Judge

**ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on January 22, 2024 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo