UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion Re: Sealing Portions of Plaintiffs' Motion for Leave to Supplement Plaintiffs' April 15, 2022 Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) Based on Newly Produced Evidence ("Motion"). Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| **Document** | **Text To Be Sealed** | **Basis for Sealing Portion of Document** |
|---|---|---|
| Plaintiffs' Motion for Leave to Supplement Plaintiffs' April 15, 2022 Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) Based on Newly Produced Evidence | GRANTED as to the portions at:<br><br>Pages 2:19-20, 2:22, 3:6, 3:8-9, 5:6, 5:14, 6:14-21, 6:25, 7:20, 7:22, 7:27, 8:1, 8:4-5, 8:11-14, 8:16-17, 9:2, 9:10, 9:12-15, 9:18, 9:26-28, 10:1, 10:6, 10:15, 10:17, 10:19-22, 10:24-25, 11:16, 11:28, 12:4-6, 12:8, 12:11-12, 12:26, 13:10, 13:12, 13:18-19, 13:24, 13:27, 14:3, 14:6, 14:9-10, 14:13-14, 14:16, 14:18 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| **Exhibit A** (Shafiq Supplemental Report) | GRANTED as to the portions at:<br><br>Pages 1:26, 2:5, 2:17-18, 2:22-23, 2:26, 3:1-2, 3:4, 3:6-9, 3:17 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the |

| | | |
|---|---|---|
| | | public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| **Exhibit B** (January 29, 2021 Letter from Google to Plaintiffs) | GRANTED as to the portions at:<br><br>Pages 2-5 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| **Exhibit C** (GOOG-CALH-01170421) | GRANTED as to the portions at:<br><br>Sealed in its entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal |

| | | | |
|---|---|---|---|
| | | | systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| **Exhibit D** (January 13, 2022 Dep. Tr. Of Tim Schumann) | GRANTED as to the portions at:<br><br>Sealed in its entirety | | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise |

| | | |
|---|---|---|
| | | Google's internal practices relating to competing products. |
| **Exhibit E** (Google's Supplemental Responses and Objections to Fifth Set of Interrogatories (Nos. 27, 30, 33-34). | GRANTED as to the portions at:<br><br>Pages 8:2, 8:5-7, 8:9-15, 8:17-18, 8:20-21, 8:23-9:1, 9:5, 9:9, 19:3-4, 19:8-10, 19:12, 20:13, 20:17-19, 20:21 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.

DATED:_____      _____
                                 HON. SUSAN VAN KEULEN
                                 UNITED STATES MAGISTRATE JUDGE