COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>[~~Proposed~~] Order Granting Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (ECF Nos. 617, 617-1, 617-3, 617-5, 617-6) |

Cooley LLP
Attorneys at Law
San Francisco

[~~Proposed~~] Order Granting Motion to
Remove Incorrectly Filed Docs.
Case No. 4:21-cv-02155-YGR-VKD

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents ECF Nos. 617, 617-1, 617-3, 617-5, and 617-6 ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion. Plaintiffs' pleadings as referenced in the Motion shall be permanently deleted from the public record and replaced with the redacted versions as attached to Google's Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed ("Google's Response") (ECF No. 643)

**SO ORDERED.**

DATED: January 29, 2024

The Honorable Yvonne Gonzalez Rogers
UNITED STATES JUDGE

295787760