1   COOLEY LLP                                    COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)                ROBBY L.R. SALDAÑA (DC No. 1034981)
2   (rhodesmg@cooley.com)                         (rsaldana@cooley.com)
    WHITTY SOMVICHIAN (SBN 194463)                (*Admitted pro hac vice*)
3   (wsomvichian@cooley.com)                      KHARY J. ANDERSON (DC No. 1671197)
    AARTI REDDY (SBN 274889)                      (kjanderson@cooley.com)
4   (areddy@cooley.com)                           (*Admitted pro hac vice*)
    KYLE C. WONG (SBN 224021)                     1299 Pennsylvania Avenue, NW, Suite 700
5   (kwong@cooley.com)                            Washington, DC 20004-2400
    KELSEY R. SPECTOR (SBN 321488)                Telephone:    +1 202 842 7800
6   (kspector@cooley.com)                         Facsimile:    +1 202 842 7899
    REECE TREVOR (SBN 316685)
7   (rtrevor@cooley.com)
    ANUPAM DHILLON (SBN 324746)
8   (adhillon@cooley.com)
    ELIZABETH SÁNCHEZ SANTIAGO
9   (SBN 333789) (lsanchezsantiago@cooley.com)
    3 Embarcadero Center, 20th Floor
10  San Francisco, CA 94111-4004
    Telephone:    +1 415 693 2000
11  Facsimile:    +1 415 693 2222

12  Attorneys for Defendant
    GOOGLE LLC

13                        UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17
    In re Google RTB Consumer Privacy          Master File No. 4:21-cv-02155-YGR-VKD
18  Litigation,
                                                **[PROPOSED] ORDER RE GOOGLE'S
19                                              ADMINISTRATIVE MOTION TO SEAL
                                                PORTIONS OF THE FEBRUARY 2, 2024
20  This Document Relates to: *all actions*     JOINT LETTER BRIEFS**

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion to Seal portions of the joint letter briefs and certain exhibits regarding disputes concerning: (1) Plaintiffs' Request for Production ("RFP") Nos. 125-127 and 130-133; (2) Plaintiffs' Interrogatory No. 22 and RFP Nos. 128-129; (3) Plaintiffs' Interrogatory No. 23; and (4) Plaintiffs' RFP No. 141, each filed on February 2, 2024 (together, the "February 2 Joint Letter Briefs").

Upon consideration of Google's motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
| --- | --- |
| Joint Letter Brief Regarding RFP Nos. 125-127 and 130-133 | Portions highlighted at pages 1–7 |
| Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at pages 1–6 |
| Ex. B to the Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at page 4 |
| Ex. D to the Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at pages 9–10 |
| Joint Letter Brief Regarding Interrogatory No. 23 | Portions highlighted at pages 1–6 |
| Joint Letter Brief Regarding RFP No. 141 | Portions highlighted at pages 3, 6 |

Dated: _____

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO