

NOTICE

This document has been removed by order of the court.