# EXHIBIT A
# to Joint Letter Brief re ROG 22 & RFPs 128-129

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar No. 247403)
Karin Swope (admitted *pro hac vice*)
840 Malcom Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**BOTTINI & BOTTINI, INC**.
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel. (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to all actions. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' SIXTH SET OF INTERROGATORIES TO DEFENDANT (NO. 22)** |

# INTERROGATORIES

**INTERROGATORY NO. 22:**

Describe in detail each of the hold-back experiments referenced in the following documents (including but not limited to, the parameters of the experiment, the user data held back, the scope of the hold-back experiment, the type[s] of the bidder Participants (i.e., internal only, external only, or both internal and external) that were included and excluded in the experiment, the treatment groups (including the control), the exact timing of the experiment (start date and end date), the Google RTB revenue measured (including whether this was total Google RTB revenue or only revenue from some subgroup or type of bidder), and summary statistics (number of auctions, mean, median, minimum, maximum, and standard deviation): GOOG-HEWT-00018008, GOOG-HEWT-00035713, GOOG-HEWT-00126877, GOOG-HEWT-00188498, GOOG-HEWT-00191932, GOOG-HEWT-00259566, GOOG-HEWT-00261158, GOOG-HEWT-00278045, GOOG-HEWT-00287442, GOOG-HEWT-00312065, GOOG-HEWT-00317558, GOOG-HEWT-00456109, GOOG-HEWT-00456341, GOOG-HEWT-00456342, GOOG-HEWT-00456344, GOOG-HEWT-00456346, GOOG-HEWT-00265743, and each document produced by Google in response to Plaintiffs' Eight Set of Requests for Production Documents, Requests Nos. 128 and 129.

DATED: December 11, 2023

| PRITZKER LEVINE LLP | COTCHETT, PITRE & McCARTHY LLP |
|---|---|
| */s/ Elizabeth C. Pritzker* <br> Elizabeth C. Pritzker (SBN 146267) <br> Jonathan K. Levine (SBN 220289) <br> Bethany Caracuzzo (SBN 190687) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> *ecp@pritzkerlevine.com* <br> *jkl@pritzkerlevine.com* <br> *bc@pritzkerlevine.com* <br><br> *Interim Class Counsel* | Nanci E. Nishimura (SBN 152621) <br> Brian Danitz (SBN 247403) <br> Karin B. Swope (admitted *pro hac vice*) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> Tel.: (650) 697-6000 <br> *nnishimura@cpmlegal.com* <br> *bdanitz@cpmlegal.com* <br> *kswope@cpmlegal.com* |

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **BOTTINI & BOTTINI, INC.** |
| Lesley Weaver (SBN 191305) <br> Anne K. Davis (SBN 267909) <br> Joshua D. Samra (SBN 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> *lweaver@bfalaw.com* <br> *adavis@bfalaw.com* <br> *jsamra@bfalaw.com* | Francis A. Bottini, Jr. (SBN 175783) <br> Anne Bottini Beste (SBN 326881) <br> 7817 Ivanhoe Avenue, Suite 102 <br> La Jolla, CA 92037 <br> Tel.: (858) 914-2001 <br> *fbottini@bottinilaw.com* <br> *abeste@bottinilaw.com* |
| **DICELLO LEVITT GUTZLER LLC** | **SIMMONS HANLY CONROY LLC** |
| David A. Straite (admitted *pro hac vice*) <br> 485 Lexington Avenue, Suite 1001 <br> New York, New York 10017 <br> Tel.: (646) 993-1000 <br> *dstraite@dicellolevitt.com* <br><br> James Ulwick (admitted *pro hac vice)* <br> Ten North Dearborn Street, Sixth Floor <br> Chicago, IL 60602 <br> Tel.: (312) 214-7900 <br> *julwick@dicellolevitt.com* | Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Jennifer Paulson (admitted pro hac vice) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> *jaybarnes@simmonsfirm.com* <br> *atruong@simmonsfirm.com* <br> *jpaulson@simmonsfirm.com* |

*Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Brian Danitz, hereby certify that on December 11, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Aarti Reddy
Anu S. Dhillon
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
adhillon@cooley.com
rtrevor@cooley.com

Counsel for Defendant Google, LLC

*/s/  Brian Danitz*
Brian Danitz

Case No. 5:21-cv-02155-LHK-SVK
CERTIFICATE OF SERVICE