# EXHIBIT C
# to Joint Letter Brief re ROG 22 & RFPs 128-129

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SIXTH SET OF INTERROGATORIES (NO. 22)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SIXTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

expense. Google will interpret "Google," "Defendant," "You," and "Your" to mean Google LLC.

**5.** Google objects to Definition No. 2 ("Google Real Time Bidding," "Real Time Bidding," or "RTB") as an improper characterization of the technology, including to the extent it defines "Google Real Time Bidding," "Real Time Bidding," or "RTB" to mean "the process or system by which Google shares and sells user information. . ." This definition is vague and ambiguous, overly broad, unduly burdensome, and not proportional to the needs of the case. Google further objects to this definition as argumentative. Google will interpret "Google Real Time Bidding," "Real Time Bidding," or "RTB" to mean its Real-Time Bidding system at issue in this litigation.

**6.** Google objects to Definition No. 3 ("Participant(s)") as vague, ambiguous, overbroad, and exceeding the proper scope of discovery in this action, in that it encompasses "any person[s] or entit[ies] that [are] able to view or otherwise access any information disclosed on Google Real-Time Bidding." Google will interpret this definition to refer to Authorized Buyers and Open Bidding Partners who receive Bid Requests through Google's Real-Time Bidding system.

### III.   SPECIFIC OBJECTIONS AND RESPONSES TO EACH INTERROGATORY

Without waiving or limiting in any manner any of the foregoing General Objections, but rather incorporating them into each of the following responses to the extent applicable, Google responds to the Interrogatory as follows:

**INTERROGATORY NO. 22:**

Describe in detail each of the hold-back experiments referenced in the following documents (including but not limited to, the parameters of the experiment, the user data held back, the scope of the hold-back experiment, the type[s] of the bidder Participants (i.e., internal only, external only, or both internal and external) that were included and excluded in the experiment, the treatment groups (including the control), the exact timing of the experiment (start date and end date), the Google RTB revenue measured (including whether this was total Google RTB revenue or only revenue from some subgroup or type of bidder), and summary statistics (number of auctions, mean, median, minimum, maximum, and standard deviation): GOOG-

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SIXTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

HEWT-00018008, GOOG-HEWT-00035713, GOOG-HEWT-00126877, GOOG-HEWT-00188498, GOOG-HEWT-00191932, GOOG-HEWT-00259566, GOOG-HEWT-00261158, GOOG-HEWT-00278045, GOOG-HEWT-00287442, GOOG-HEWT-00312065, GOOG-HEWT-00317558, GOOG-HEWT-00456109, GOOG-HEWT-00456341, GOOG-HEWT-00456342, GOOG-HEWT-00456344, GOOG-HEWT-00456346, GOOG-HEWT-00265743, and each document produced by Google in response to Plaintiffs' Eight Set of Requests for Production Documents, Requests Nos. 128 and 129.

**RESPONSE TO INTERROGATORY NO. 22:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google objects that Plaintiffs have exceeded the maximum number of interrogatories and discrete subparts permitted under Federal Rule of Civil Procedure 33(a). Google further objects that this Interrogatory is burdensome and harassing in that it seeks information that is not proportional to the needs of the case given the burden associated with preparing a response to this Interrogatory. Google also objects to this Interrogatory on the basis that it is grossly compound and includes multiple discrete subparts. Google construes this Interrogatory to constitute at least seventeen discrete interrogatories. Google additionally objects to this Interrogatory as vague, ambiguous and overly burdensome in that it purports to seek information about documents that Google has not produced in this litigation. Google further objects to this Interrogatory to the extent it calls for information protected by attorney-client privilege or attorney work product. Google further objects to this Interrogatory as vague, ambiguous and unintelligible as to its use of the terms "parameters," "scope," and the phrases "treatment groups" and "summary statistics," as these terms and phrases are not self-evident or defined. Google additionally objects that an Interrogatory is not a proportional or efficient means of obtaining the requested information. Google additionally objects to this Interrogatory as vague, ambiguous, and overbroad in that it seeks a description of "the bidder Participants (i.e., internal only, external only, or both internal and external) that were included and excluded in the experiment[.]"

On the basis of its General and Specific Objections, Google will not provide a response to this Interrogatory.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SIXTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

Dated: January 10, 2024

COOLEY LLP

By: _____
Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SIXTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is mnarvaez@cooley.com.

On January 10, 2024 I served the documents described below in the manner described below:

**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SIXTH SET OF INTERROGATORIES (NO. 22)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>Jooyoung Koo<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>adavis@bfalaw.com<br>jsamra@bfalaw.com<br>jkoo@bfalaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Jenny Paulson<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>jpaulson@simmonsfirm.com<br><br>***Attorneys for Consolidated Plaintiffs*** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SIXTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>            jkl@pritzkerlevine.com<br>            bc@pritzkerlevine.com<br>            ccc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY   10017<br>Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>            Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
|---|---|
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA   94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>            nnishimura@cpmlegal.com<br>            BDanitz@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>            ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on January 10, 2024, at San Francisco, California.

_____
Maita Narvaez

296215477

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

**GOOGLE LLC'S OBJ. AND RESPONSES TO PLFS' SIXTH SET OF INTERROGATORIES**
**CASE NO. 4:21-CV-02155-YGR-VKD**