# EXHIBIT D
# to Joint Letter Brief re ROG 22 & RFPs 128-129

# (REDACTED VERSON OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO<br>(SBN 333789) (lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: +1 202 842 7800<br>Facsimile: +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' EIGHTH REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 124-133)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google specifically objects that this Request is vague and ambiguous as the phrases "user information and Data," "identifiers," "geo-location data," and ▓▓▓▓▓▓▓▓ are not self-evident or defined. Google further objects to this Request as overbroad and not proportionate to the needs of the case to the extent it seeks information about ▓▓▓▓▓▓▓▓ as this case is focused on "personal information" Google purportedly shares with third parties in Google RTB. *See* ECF No. 546 at 14:15-17 ("The common question for the trier of fact is whether . . . Google RTB transmits 'personal information' to third parties under Google's contract and California law"). Google also objects to this Request as overbroad, burdensome, and harassing in seeking information not proportionately limited in time. Google further objects that this Request is overbroad, not proportional to the needs of the case, and seeks information that is outside the scope of permissible discovery as set forth in Judge DeMarchi's September 6, 2022 Discovery Order, ECF No. 326 ("September 6, 2022 Order").

Subject to the foregoing objections, Google has not conducted and will not conduct searches for responsive documents, and, as a result, will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 128:**

Documents of revenue impact studies or experiments, whether conducted by Google or by any third-party on Google's behalf, including but not limited to those that are similar to GOOG-HEWT-00456342, GOOG-HEWT-00312065, or GOOG-HEWT-00278056, in which ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ analyzed, measured, estimated or quantified.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google specifically objects that this Request is cumulative and duplicative of other Requests and discovery disputes that the Parties have previously litigated, including the Requests at issue in the September 6, 2022 Order, and therefore seeks to harass and delay the proceedings. Google also objects that the vague and ambiguous term "Bid Request Data" renders this Request overbroad and not proportional to the needs of the case in that it is not limited to the alleged disclosure of Plaintiffs'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

and purported class members' personal information to third party participants utilizing RTB. Google also objects to this Request as unintelligible in its request for "[d]ocuments of revenue impact studies or experiments." Google further objects to this Request to the extent it seeks information outside of Google's possession, custody, or control. Google also objects to this Request as overbroad, burdensome, and harassing in seeking information not proportionately limited in time.

Subject to the foregoing objections, Google is willing to meet and confer with Plaintiffs regarding the information sought.

**REQUEST FOR PRODUCTION NO. 129:**

Documents sufficient to show any assumptions and Data used, considered or relied upon in the revenue impact studies or experiments described in Request for Production No. 128, including whether ███████████████████████████████████████████████████████████ and categories of revenues analyzed, measured, estimated or quantified, including whether that revenue was all Google RTB revenue (i.e., including revenue ███████████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████████.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google specifically objects that this Request is cumulative and duplicative of other Requests and discovery disputes that the Parties have previously litigated, including the Requests at issue in the September 6, 2022 Order, and therefore seeks to harass and delay the proceedings. Google also objects that this Request is compound. Google further objects that the phrases "assumptions and Data used, considered or relied upon," ████████████████████████████████ are vague and ambiguous as none are self-evident or defined. Google also objects that the vague and ambiguous terms "Data" and "Bid Request Data" render this Request overbroad and not proportional to the needs of the case in that they are not limited to the alleged disclosure of Plaintiffs' and purported class members' personal information to third party participants utilizing RTB. Google also objects to this Request as overbroad, burdensome, and harassing in seeking information not proportionately

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

1   limited in time. Google additionally objects that this Request is unduly burdensome in calling for
2   information could have been more appropriately obtained through other discovery methods. Google
3   also objects to this Request as vague and ambiguous in its call for information regarding "all Google
4   RTB revenue."

5   Subject to the foregoing objections, Google is willing to meet and confer with Plaintiffs
6   regarding the information sought.

7   **REQUEST FOR PRODUCTION NO. 130:**

8   Documents to support Your contention that the cost information in GOOG-HEWT-
9   00455901 constitutes marginal costs.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

11  In addition to the foregoing General Objections, which Google incorporates by reference,
12  Google specifically objects that this Request is cumulative and duplicative of other Requests
13  concerning damages, including Request No. 53, and therefore seeks to harass and delay the
14  proceedings. Google further objects that this Request is unduly burdensome in calling for
15  information that could have been more appropriately obtained through other discovery methods.
16  Google additionally objects to this Request as nonsensical to the extent it calls for Google's
17  "contentions," in the context of a Request for a Production. Google additionally objects that this
18  Request is vague and ambiguous because it does not specify where Google makes this "contention."
19  Google further objects that the Request is overbroad and seeks irrelevant information because it is
20  untethered to Google RTB.

21  Subject to the foregoing objections, Google is willing to meet and confer with Plaintiffs
22  regarding the information sought.

23  **REQUEST FOR PRODUCTION NO. 131:**

24  Documents sufficient to show all U.S. RTB revenue marginal costs other than traffic
25  acquisition costs as contended by Google's retained expert, Bruce Deal (Deal Report, p.14, n.39).

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

27  In addition to the foregoing General Objections, which Google incorporates by reference,
28  Google specifically objects that this Request is cumulative and duplicative of other Requests

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

Dated: January 10, 2024

COOLEY LLP

By: _____
*Whitty Somvichian*

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is mnarvaez@cooley.com.

On January 10, 2024 I served the documents described below in the manner described below:

**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' EIGHTH REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 124-133)**

    (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>       adavis@bfalaw.com<br>       jsamara@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | **SIMMONS HANLY CONROY LLC**<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br>Email: jaybarnes@simmonsfirm.com<br>       atruong@simmonsfirm.com<br><br>Jennifer Paulson (admitted *pro hac vice*)<br>One Court Street,<br>Alton, IL 62002<br>Tel: (618) 259-2222<br>Email: jpaulson@simmonsfirm.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com<br>       jkl@pritzkerlevine.com<br>       bc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>One Grand Central Plaza<br>60 E. 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com<br>       crhodes@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| | Tel: (312) 214-7900<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA   94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>            nnishimura@cpmlegal.com<br>            BDanitz@cpmlegal.com<br>            JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>             ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on January 10, 2024, at San Francisco, California.

_____
Maita Narvaez

296213977

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' EIGHTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD