# EXHIBIT A
# to Joint Letter Brief re ROG 23

| | |
|---|---|
| **PRITZKER LEVINE LLP** <br> Elizabeth C. Pritzker (SBN 146267) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> Fax: (415) 366-6110 <br> ecp@pritzkerlevine.com | **SIMMONS HANLY CONROY LLC** <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> *jaybarnes@simmonsfirm.com* |
| **BLEICHMAR FONTI & AULD LLP** <br> Lesley Weaver (SBN 191305) <br> 1330 Broadway, Suite 630 <br> Oakland, CA 94612 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* | **COTCHETT, PITRE & McCARTHY, LLP** <br> Nanci E. Nishimura (SBN 152621) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> Tel.: (650) 697-6000 <br> Fax: (650) 697-0577 <br> *nnishimura@cpmlegal.com* |
| **DICELLO LEVITT LLC** <br> David A. Straite (admitted *pro hac vice*) <br> 485 Lexington Ave., Suite 1001 <br> New York, NY 10017 <br> Tel.: (646) 993-1000 <br> Fax: (212) 213-5949 <br> *dstraite@dicellolevitt.com* | **BOTTINI & BOTTINI, INC.** <br> Francis A. Bottini, Jr. (SBN 175783) <br> 7817 Ivanhoe Avenue, Suite 102 <br> La Jolla, CA 92037 <br> Tel.: (858) 914-2001 <br> Fax: (858) 914-2002 <br> *fbottini@bottinilaw.com* |

[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PLAINTIFFS' SEVENTH SET OF INTERROGATORIES TO DEFENDANT (No. 23)** |

- 1 -   Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' SEVENTH SET OF INTERROGATORIES TO GOOGLE

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFFS |
| RESPONDING PARTY: | GOOGLE LLC |
| SET NUMBER: | SEVEN |

Pursuant to the Federal Rules of Civil Procedure 26 and 33, Plaintiffs, by and through their undersigned counsel, hereby request that Defendant Google LLC answer the following Seventh Set of Interrogatories (No. 23), under oath, within 30 days from the date of service.

Plaintiffs hereby serve this Seventh Set of Interrogatories consistent with and pursuant to the Court's September 6, 2023 Order Re August 2023 Discovery Disputes Re Plaintiffs' Depositions of Google (ECF No. 576).

**INTERROGATORIES**

23. With respect to Google's litigation holds and preservation of data, records, and information relevant or responsive to claims, defenses or issues in this action, identify:

    (a) The date(s) Google issued any litigation hold(s) or took steps to preserve evidence in connection with this action;

    (b) The Google employees who received any litigation hold(s) or communications instructing them to preserve evidence in connection with this action;

    (c) The kinds and categories of information and data Google employees were instructed to preserve and collect, the extent to which any litigation hold(s) applied only to information pertaining to the named plaintiffs or the proposed class, and the retention period(s) for each type of information and data;

    (d) The specific actions Google employees were instructed to take to effectuate the litigation hold(s);

    (e) The date(s) Google issued litigation holds in connection with other pending matters or investigations that required Google to preserve information and data also relevant or responsive to claims, defenses or issues in this action;

    (f) For the litigation hold(s) identified in response to 22(e), the kinds and categories of information and data Google employees were instructed to

preserve and collect and the date range for which the information and data is held;

(g) For the litigation hold(s) identified in response to 22(e), the specific actions Google employees were instructed to take to effectuate the litigation hold(s);

(h) With regard to the ads:personalDisplayAdQueries log:

   i. The retention period for this log and any changes to the retention period during the class period;

   ii. Google's preservation policy for this log;

   iii. Whether the litigation hold for this action includes this log;

   iv. Whether litigation holds issued for other pending actions or investigations include this log;

   v. The date on which Google established a pipeline to preserve data from this log for this action;

   vi. The fields that were preserved;

   vii. The specific actions Google employees were instructed to take to preserve this log, including to preserve GAIA IDs for the named plaintiffs in this log;

   viii. The earliest date for which Google retained data from this log; and

   ix. The earliest date for which Google retained GAIA IDs and other fields for the named plaintiffs in this log.

(i) With regard to the log(s) or data source(s) in which the 'verticals' data fields Google shared with RTB participants were recorded:

   i. The retention period(s) for each such log and any changes to the retention period during the class period;

   ii. Whether each such log or data source was included in the litigation hold in this action or in connection with another pending matter or investigation; and

       iii. The time period for which data was preserved for each such log or data source.

(j) With regard to the log(s) or data source(s) capable of associating or linking information transmitted in Google RTB bid requests with personal Google accounts, whether as part of a routine preservation or retention directive, or as part of litigation holds issued by google in this action or in other pending matters or investigations, including log(s) or data source(s) or decryption or encryption keys whereby google maps or links various identifiers to each other:

       i. The retention period(s) for each such log and any changes to the retention period during the class period.

Dated: December 11, 2023

**PRITZKER LEVINE LLP**

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
Caroline C. Corbitt (SBN 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

**Interim Class Counsel**

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN 191305)
H. Melissa Mather (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*mmather@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**COTCHETT, PITRE & McCARTHY LLP**
Nanci E. Nishimura (SBN 152621)
Brian Danitz (SBN 247403)
Karin B. Swope (admitted *pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Ave., Suite 1001
New York, NY 10017
Tel.: (646) 993-1000
Fax: (212) 213-5949
*dstraite@dicellolevitt.com*

James Ulwick (admitted *pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*julwick@dicellolevitt.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Anne B. Beste (SBN 326881)
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Julie Law, certify that on December 11, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record.

**COOLEY LLP**
Whitty Somvichian
Anu S. Dhillon
Aarti Reddy
Laura Elliott
Reece Trevor
Kyle Wong
Robby L.R. Saldaña
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
wsomvichian@cooley.com
adhillon@cooley.com
areddy@cooley.com
lelliott@cooley.com
rtrevor@cooley.com
kwong@cooley.com
rsaldana@cooley.com

*Counsel for Defendant Google, LLC*

                              */s/ Julie Law*
                              Julie Law
                              BLEICHMAR FONTI & AULD LLP