# EXHIBIT B
# to Joint Letter Brief re ROG 23

| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>AARTI REDDY (SBN 274889)<br>(areddy@cooley.com)<br>KYLE C. WONG (SBN 224021)<br>(kwong@cooley.com)<br>REECE TREVOR (SBN 316685)<br>(rtrevor@cooley.com)<br>ANUPAM DHILLON (SBN 324746)<br>(adhillon@cooley.com)<br>ELIZABETH SANCHEZ SANTIAGO<br>(SBN 333789) (lsanchezsantiago@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (DC No. 1034981)<br>(rsaldana@cooley.com)<br>(*Admitted pro hac vice*)<br>KHARY J. ANDERSON (DC No. 1671197)<br>(kjanderson@cooley.com)<br>(*Admitted pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:   +1 202 842 7800<br>Facsimile:    +1 202 842 7899 |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SEVENTH SET OF INTERROGATORIES (NO. 23)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SEVENTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

holds issued by google in this action or in other pending matters or investigations, including log(s) or data source(s) or decryption or encryption keys whereby google maps or links various identifiers to each other:

    i.    The retention period(s) for each such log and any changes to the retention period during the class period.

**RESPONSE TO INTERROGATORY NO. 22:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google objects that Plaintiffs have exceeded the maximum number of interrogatories and discrete subparts permitted under Federal Rule of Civil Procedure 33(a). Google further objects that this Interrogatory is improper in that it seeks discovery in excess of materials contemplated by prior Court orders, including ECF No. 576. Google also objects to this Interrogatory on the basis that it is grossly compound in that it includes multiple discrete subparts. Google construes this Interrogatory to constitute at least twenty discrete interrogatories. Google objects that this Interrogatory is disproportionate, burdensome, and harassing in that it seeks information that is not relevant to any claim or defense, including by seeking information regarding discovery and preservation measures in unrelated litigation. Google further objects to this Interrogatory to the extent it calls for information protected by attorney-client privilege or attorney work product. Google further objects that the subparts of the Interrogatory that call for information "[f]or the litigation hold(s) identified in response to 22(e)" are unintelligible because Plaintiffs have not served any interrogatory denominated "22(e)." Google further objects to this Interrogatory as vague, ambiguous and unintelligible as to its use of the phrases "'verticals' data fields" and "log(s) or data source(s) capable of associating or linking information transmitted in Google RTB bid requests with personal Google accounts" as these phrases are not self-evident or defined.

On the basis of its General and Specific Objections, Google will not provide a response to this Interrogatory.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SEVENTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| 1 | Dated: January 10, 2024 | COOLEY LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Whitty Somvichian |
| 5 | | Attorneys for Defendant<br>GOOGLE LLC |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SEVENTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is mnarvaez@cooley.com.

On January 10, 2024 I served the documents described below in the manner described below:

**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SEVENTH SET OF INTERROGATORIES (NO. 23)**

☒  (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>Jooyoung Koo<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>   adavis@bfalaw.com<br>   jsamra@bfalaw.com<br>   jkoo@bfalaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Jenny Paulson<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>   atruong@simmonsfirm.com<br>   jpaulson@simmonsfirm.com<br><br><br><br>***Attorneys for Consolidated Plaintiffs*** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SEVENTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com<br>       jkl@pritzkerlevine.com<br>       bc@pritzkerlevine.com<br>       ccc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY 10017<br>Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com<br>       Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-597-0577<br>Email: POmalley@cpmlegal.com<br>       nnishimura@cpmlegal.com<br>       BDanitz@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email: fbottini@bottinilaw.com<br>       ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on January 10, 2024, at San Francisco, California.

_____
Maita Narvaez

296218288

Cooley LLP
Attorneys at Law
San Francisco

9

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' SEVENTH SET OF INTERROGATORIES
CASE NO. 4:21-CV-02155-YGR-VKD