# EXHIBIT A
# to Joint Letter Brief re RFP 141

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DICELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 993-1000
Fax: (212) 213-5949
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar No. 247403)
Karin Swope (admitted *pro hac vice*)
840 Malcom Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
nnishimura@cpmlegal.com
bdanitz@cpmlegal.com
kswope@cpmlegal.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**BOTTINI & BOTTINI, INC**.
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel. (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to all actions. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' NINTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, plaintiffs, by and through their undersigned counsel, hereby request that defendant Google LLC ("Google") produce documents

- 1 -  Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' NINTH REQUEST FOR PRODUCTION OF DOCUMENTS

responsive to these requests within the time allotted under the Federal Rules of Civil Procedure. Production is to be made to the offices of Bleichmar Fonti & Auld LLP located at 1330 Broadway, Suite 630, Oakland, California, 94612, or otherwise by agreement of the parties.

## DEFINITIONS

The Definitions provided herein are intended to streamline language used in these Requests for production and facilitate a common understanding of the information sought.  Defendant should accept the Definitions provided herein, for the limited purpose of responding to each request for production, even if Defendant disputes a Definition's accuracy or otherwise finds it objectionable.

1. "Google Real Time Bidding," "Real Time Bidding" or "RTB" or "Google RTB" means the process or system by which Google shares and sells user information via programmatic auctions for ad placements and digital advertising.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 140:** Documents sufficient to identify all Google account holders subject to a U.S. Terms of Service., for all personal Google accounts created on or before June 28, 2016 through December 31, 2023, including specifically:

(a) The date each Google account was created;

(b) The email address(es) associated with each account;

(c) The I.P. address associated with each account;

(d) The physical mailing address, if any, associated with each account;

(e) The GAIA ID associated with each account;

(f) The date, if any, on which the Google account was closed; and

(g) The date, if any, the Google account was determined to by Google to be inactive.

**REQUEST FOR PRODUCTION NO. 141:** All Google RTB data fields similar to the data fields previously produced by Google for the Named Plaintiffs, but for all Google account holders subject to a U.S. Terms of Service, for the following time intervals:

(a) 4:00 pm to 4:10 pm PST on Monday, May 10, 2021;

(b) 1:00 pm to 1:10 pm PST on Tuesday, November 16, 2021;

(c) 11:00 am to 11:10 am PST on Wednesday, March 23, 2022;

(d) 4:00 pm to 4:10 pm PST on Thursday, September 15 2022;

(e) 1:00 pm to 1:10 pm PST on Friday, February 10, 2023; and

(f) 11:00 am to 11:10 am PST on Saturday, August 19, 2023.

DATED: December 18, 2023

| PRITZKER LEVINE LLP | COTCHETT, PITRE & McCARTHY LLP |
|---|---|
| */s/ Elizabeth C. Pritzker* <br> Elizabeth C. Pritzker (SBN 146267) <br> Jonathan K. Levine (SBN 220289) <br> Bethany Caracuzzo (SBN 190687) <br> 1900 Powell Street, Suite 450 <br> Emeryville, CA 94608 <br> Tel.: (415) 692-0772 <br> Fax: (415) 366-6110 <br> ecp@pritzkerlevine.com <br> jkl@pritzkerlevine.com <br> bc@pritzkerlevine.com | Nanci E. Nishimura (SBN 152621) <br> Brian Danitz (SBN 247403) <br> Karin B. Swope (admitted *pro hac vice*) <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> Tel.: (650) 697-6000 <br> Fax: (650) 697-0577 <br> *nnishimura@cpmlegal.com* <br> *bdanitz@cpmlegal.com* <br> *kswope@cpmlegal.com* |

*Interim Class Counsel*

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **BOTTINI & BOTTINI, INC.** |
| Lesley Weaver (SBN 191305) | Francis A. Bottini, Jr. (SBN 175783) |
| Anne K. Davis (SBN 267909) | Anne Bottini Beste (SBN 326881) |
| Joshua D. Samra (SBN 313050) | 7817 Ivanhoe Avenue, Suite 102 |
| 1330 Broadway, Suite 630 | La Jolla, CA 92037 |
| Oakland, CA 94612 | Tel.: (858) 914-2001 |
| Tel.: (415) 445-4003 | Fax: (858) 914-2002 |
| Fax: (415) 445-4020 | *fbottini@bottinilaw.com* |
| *lweaver@bfalaw.com* | *abeste@bottinilaw.com* |
| *adavis@bfalaw.com* | |
| *jsamra@bfalaw.com* | **SIMMONS HANLY CONROY LLC** |
| **DICELLO LEVITT LLP** | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| | An Truong (admitted *pro hac vice*) |
| David A. Straite (admitted *pro hac vice*) | Jennifer Paulson (admitted pro hac vice) |
| 485 Lexington Avenue, Suite 1001 | 112 Madison Avenue, 7th Floor |
| New York, New York 10017 | New York, NY 10016 |
| Tel.: (646) 993-1000 | Tel.: (212) 784-6400 |
| Fax: (212) 213-5949 | Fax: (212) 213-5949 |
| *dstraite@dicellolevitt.com* | *jaybarnes@simmonsfirm.com* |
| | *atruong@simmonsfirm.com* |
| James Ulwick (admitted *pro hac vice*) | *jpaulson@simmonsfirm.com* |
| Ten North Dearborn Street, Sixth Floor | |
| Chicago, IL 60602 | |
| Tel.: (312) 214-7900 | |
| *julwick@dicellolevitt.com* | |

**Counsel for Plaintiffs and the Proposed Class**

# CERTIFICATE OF SERVICE

I, Bethany Caracuzzo, hereby certify that on December 18, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Aarti Reddy
Anu S. Dhillon
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
adhillon@cooley.com
rtrevor@cooley.com

Counsel for Defendant Google, LLC

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Bethany Caracuzzo
　　　　　　　　　　　　　　　　　　　　　　　　Bethany Caracuzzo