# EXHIBIT B
# to Joint Letter Brief re RFP 141

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NINTH REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 140-141)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' NINTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

(e) 1:00 pm to 1:10 pm PST on Friday, February 10, 2023; and

(f) 11:00 am to 11:10 am PST on Saturday, August 19, 2023.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

In addition to the foregoing General Objections, which Google incorporates by reference, Google specifically objects that this Request is grossly disproportionate, burdensome, and overly broad in that it seeks detailed information about all Google accounts "subject to a U.S. Terms of Service." Google further objects to this Request in that Plaintiffs have taken the position that whether or not a particular account holder is "subject to a U.S. Terms of Service" is a legal conclusion. Google further objects that the phrase "similar to the data fields previously produced by Google for the Named Plaintiffs" is vague and ambiguous because it is neither self-evident nor defined. Google also objects to this Request as premature, disproportionate, burdensome, and overly broad because it seeks information about putative class members when no class has been certified in this action. Google additionally objects that this Request is overbroad and unduly burdensome as it is not reasonably limited in time. Google further objects to the Request to the extent it seeks data for any Google account holder other than the named Plaintiffs in this action because Google is prohibited from disclosing such information without an account holder's consent.

Subject to the foregoing objections, Google will not conduct searches for responsive documents, and, as a result, will not produce documents in response to this Request.

Dated: January 17, 2024                                   COOLEY LLP

                                                          By: */s/ Whitty Somvichian*
                                                              Whitty Somvichian

                                                          Attorneys for Defendant
                                                          GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' NINTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is mmagana@cooley.com.

On the date set forth below I served the documents described below in the manner described below:

**GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NINTH REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 140-141)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>Jooyoung Koo<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>    adavis@bfalaw.com<br>    jsamara@bfalaw.com<br>    jkoo@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | **SIMMONS HANLY CONROY LLC**<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br>Email: jaybarnes@simmonsfirm.com<br>    atruong@simmonsfirm.com<br><br>Jennifer Paulson (admitted *pro hac vice*)<br>One Court Street,<br>Alton, IL 62002<br>Tel: (618) 259-2222<br>Email: jpaulson@simmonsfirm.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110 | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>One Grand Central Plaza<br>60 E. 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel: (646) 993-1000 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' NINTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| Email:  ecp@pritzkerlevine.com<br>           jkl@pritzkerlevine.com<br>           bc@pritzkerlevine.com<br><br>***Attorneys for Consolidated Plaintiffs*** | Email:  dstraite@dicellolevitt.com<br>           crhodes@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Email: Julwick@dicellolevitt.com<br><br>***Attorneys for Consolidated Plaintiffs*** |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>           nnishimura@cpmlegal.com<br>           BDanitz@cpmlegal.com<br>           JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>           ykolesnikov@bottinilaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

Executed on January 17, 2024, at San Francisco, California.

/s/ Monica Magana
Monica Magana

296214494

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

GOOGLE LLC'S OBJECTIONS & RESPONSES
TO PLFS' NINTH SET OF RFPS
CASE NO. 4:21-CV-02155-YGR-VKD