# EXHIBIT B
# to Joint Letter Brief re RFAs

1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (SBN 194463)
3  (wsomvichian@cooley.com)
   AARTI REDDY (SBN 274889)
4  (areddy@cooley.com)
   KYLE C. WONG (SBN 224021)
5  (kwong@cooley.com)
   REECE TREVOR (SBN 316685)
6  (rtrevor@cooley.com)
   ANUPAM DHILLON (SBN 324746)
7  (adhillon@cooley.com)
   ELIZABETH SANCHEZ SANTIAGO
8  (SBN 333789) (lsanchezsantiago@cooley.com)
   3 Embarcadero Center, 20th Floor
9  San Francisco, CA 94111-4004
   Telephone:    +1 415 693 2000
10 Facsimile:    +1 415 693 2222

   COOLEY LLP
   ROBBY L.R. SALDAÑA (DC No. 1034981)
   (rsaldana@cooley.com)
   (*Admitted pro hac vice*)
   KHARY J. ANDERSON (DC No. 1671197)
   (kjanderson@cooley.com)
   (*Admitted pro hac vice*)
   1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC 20004-2400
   Telephone:    +1 202 842 7800
   Facsimile:    +1 202 842 7899

11 Attorneys for Defendant
   GOOGLE LLC

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15               OAKLAND DIVISION

16

17 In re Google RTB Consumer Privacy
   Litigation,

18

19 This Document Relates to: *all actions*

20

21

   Master File No. 4:21-cv-02155-YGR-VKD

   **GOOGLE LLC'S OBJECTIONS AND
   RESPONSES TO PLAINTIFFS' FIRST SET OF
   REQUESTS FOR ADMISSION (NOS. 1–560)**

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

the work product doctrine, or any other privilege, immunity, or doctrine recognized by any and all applicable federal or state rules or law, or are otherwise not subject to discovery under the Federal Rules of Civil Procedure. Such information shall not be provided in response to the Requests, and any inadvertent production thereof shall not be deemed a waiver of any privilege or right with respect to such documents or information or of any work product doctrine that may attach thereto. Google specifically reserves all rights afforded under the Court's Order Re: Federal Rule of Evidence 502(d). (ECF No. 285).

2.     Google objects to all Definitions and Requests to the extent they are vague, indefinite, overly broad, or seek information that is not reasonably related to any claim or defense in this action.

3.     Google objects to the Requests to the extent they call for a legal conclusion and/or purport to require Google to make ultimate factual determinations without benefit of full discovery, investigation, and evaluation.

4.     Google objects to each Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that each Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

## III.    SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS.

Without waiving or limiting in any manner any of the foregoing General Objections, but rather incorporating them into each of the following responses to the extent applicable, Google responds to the specific Requests in Plaintiffs' First Set of Requests for Admission as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 1:**

For each of the documents, which are listed separately below, please admit or deny the following sub-parts referenced in the chart below:

A.    Admit that the document is authentic;

B.    Subject to any requirements imposed by the District Court, at any trial in this matter, admit that the document may be received in evidence without further identification or proof;

C.    If the document was drafted by an EMPLOYEE of YOURS, then admit:

    1.    That the document was made at or near the time of the event or transaction by YOUR EMPLOYEE with knowledge or from information transmitted by or to YOUR EMPLOYEE with knowledge;

    2.    That the document was kept in the course of YOUR regularly conducted business activities;

    3.    That the document was made in the course of YOUR regular business practices; and

    4.    That the document was part of YOUR business file and meets all criteria of a business record as set forth in Rule 803(6) of the Federal Rules of Evidence.

| RFA 1 | GOOG-HEWT-00000236 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 2:**

| RFA 2 | GOOG-HEWT-00000557 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 3:**

| RFA 3 | GOOG-HEWT-00000655 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 3 | GOOG-HEWT-00000655 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 4:**

| RFA 4 | GOOG-HEWT-00000767 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A |  |  |  |  |
| B |  |  |  |  |
| C-1 |  |  |  |  |
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 5:**

| RFA 5 | GOOG-HEWT-00001116 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 6:**

| RFA 6 | GOOG-HEWT-00001203 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 7:**

| RFA 7 | GOOG-HEWT-00003103 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A     |                    |       |      |                  |
| B     |                    |       |      |                  |
| C-1   |                    |       |      |                  |
| C-2   |                    |       |      |                  |
| C-3   |                    |       |      |                  |
| C-4   |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 8:**

| RFA 8 | GOOG-HEWT-00004175 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 9:**

| RFA 9 | GOOG-HEWT-00011238 | Admit | Deny | Basis for Denial |
|-------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    forth the information it requests that Google admit. Google additionally objects that efforts to

2    establish the authenticity of documents are premature at this stage in the action, and it is

3    impossible for Google to admit or deny a document's admissibility at trial without context

4    surrounding the purpose for which a party seeks to admit the document into evidence. At an

5    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6    stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7    **REQUEST FOR ADMISSION NO. 10:**

| RFA 10 | GOOG-HEWT-00012303 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

15          Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 11:**

| RFA 11 | GOOG-HEWT-00013256 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 11 | GOOG-HEWT-00013256 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 12:**

| RFA 12 | GOOG-HEWT-00013737 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 13:**

| RFA 13 | GOOG-HEWT-00013868 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 14:**

| RFA 14 | GOOG-HEWT-00014233 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 15:**

| RFA 15 | GOOG-HEWT-00018008 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 16:**

| RFA 16 | GOOG-HEWT-00018167 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 17:**

| RFA 17 | GOOG-HEWT-00019783 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 18:**

| RFA 18 | GOOG-HEWT-00019981 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 19:**

| RFA 19 | GOOG-HEWT-00020067 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 19 | GOOG-HEWT-00020067 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 20:**

| RFA 20 | GOOG-HEWT-00026521 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 21:**

| RFA 21 | GOOG-HEWT-00029246 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 22:**

| RFA 22 | GOOG-HEWT-00031686 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 23:**

| RFA 23 | GOOG-HEWT-00034829 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 24:**

| RFA 24 | GOOG-HEWT-00035088 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 25:**

| RFA 25 | GOOG-HEWT-00035713 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 26:**

| RFA 26 | GOOG-HEWT-00035713.001 | Admit | Deny | Basis for Denial |
|--------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 27:**

| RFA 27 | GOOG-HEWT-00040123 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 27 | GOOG-HEWT-00040123 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 28:**

| RFA 28 | GOOG-HEWT-00040252 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 29:**

| RFA 29 | GOOG-HEWT-00040916 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 30:**

| RFA 30 | GOOG-HEWT-00041850 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11 **REQUEST FOR ADMISSION NO. 31:**

12

| **RFA 31** | **GOOG-HEWT-00046522** | **Admit** | **Deny** | **Basis for Denial** |
|:---:|:---:|:---:|:---:|:---:|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18 **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21 this Request is an improper and incomplete discovery request in that it does not specifically set

22 forth the information it requests that Google admit. Google additionally objects that efforts to

23 establish the authenticity of documents are premature at this stage in the action, and it is

24 impossible for Google to admit or deny a document's admissibility at trial without context

25 surrounding the purpose for which a party seeks to admit the document into evidence. At an

26 appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

23

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 32:**

| RFA 32 | GOOG-HEWT-00046946 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 33:**

| RFA 33 | GOOG-HEWT-00047091 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 34:**

| RFA 34 | GOOG-HEWT-00047130 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 35:**

| RFA 35 | GOOG-HEWT-00047191 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

25

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 35 | GOOG-HEWT-00047191 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 36:**

| RFA 36 | GOOG-HEWT-00047979 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A |  |  |  |  |
| B |  |  |  |  |
| C-1 |  |  |  |  |
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

26

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 37:**

| RFA 37 | GOOG-HEWT-00057910 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 38:**

| RFA 38 | GOOG-HEWT-00058086 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 39:**

| RFA 39 | GOOG-HEWT-00058409 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

28

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 40:**

| RFA 40 | GOOG-HEWT-00058411 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 41:**

| RFA 41 | GOOG-HEWT-00058413 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

29

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 42:**

8

| RFA 42 | GOOG-HEWT-00058415 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|-------------------|
| A      |                     |       |      |                   |
| B      |                     |       |      |                   |
| C-1    |                     |       |      |                   |
| C-2    |                     |       |      |                   |
| C-3    |                     |       |      |                   |
| C-4    |                     |       |      |                   |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

15         Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 43:**

| RFA 43 | GOOG-HEWT-00058417 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|-------------------|
| A      |                     |       |      |                   |
| B      |                     |       |      |                   |
| C-1    |                     |       |      |                   |
| C-2    |                     |       |      |                   |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

30

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 43 | GOOG-HEWT-00058417 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 44:**

| RFA 44 | GOOG-HEWT-00058419 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

31

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 45:**

| RFA 45 | GOOG-HEWT-00058735 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 46:**

| RFA 46 | GOOG-HEWT-00058905 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

32

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 47:**

| RFA 47 | GOOG-HEWT-00059000 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

33

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 48:**

| RFA 48 | GOOG-HEWT-00061543 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 49:**

| RFA 49 | GOOG-HEWT-00061556 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

34

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 50:**

| RFA 50 | GOOG-HEWT-00061870 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 51:**

| RFA 51 | GOOG-HEWT-00062443 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 51 | GOOG-HEWT-00062443 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 52:**

| RFA 52 | GOOG-HEWT-00062538 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

36

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3  **REQUEST FOR ADMISSION NO. 53:**

| RFA 53 | GOOG-HEWT-00062540 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

11       Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 54:**

| RFA 54 | GOOG-HEWT-00063324 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

27

28

Cooley LLP
Attorneys at Law
San Francisco

37

**Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD**

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 55:**

| RFA 55 | GOOG-HEWT-00063782 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

38

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 56:**

| RFA 56 | GOOG-HEWT-00064910 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 57:**

| RFA 57 | GOOG-HEWT-00066438 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

39

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 58:**

| RFA 58 | GOOG-HEWT-00066574 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

15      Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 59:**

| RFA 59 | GOOG-HEWT-00067266 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

40

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 59 | GOOG-HEWT-00067266 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 60:**

| RFA 60 | GOOG-HEWT-00067546 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

41

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 61:**

| RFA 61 | GOOG-HEWT-00067634 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 62:**

| RFA 62 | GOOG-HEWT-00070527 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

42

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 63:**

| RFA 63 | GOOG-HEWT-00071376 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

43

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 64:**

| RFA 64 | GOOG-HEWT-00072264 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 65:**

| RFA 65 | GOOG-HEWT-00072913 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

44

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 66:**

| RFA 66 | GOOG-HEWT-00074022 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 67:**

| RFA 67 | GOOG-HEWT-00074106 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

45

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 67 | GOOG-HEWT-00074106 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 68:**

| RFA 68 | GOOG-HEWT-00074161 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

46

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3  **REQUEST FOR ADMISSION NO. 69:**

4

| RFA 69 | GOOG-HEWT-00074951 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

11         Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 70:**

| RFA 70 | GOOG-HEWT-00075127 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

47

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 71:**

| RFA 71 | GOOG-HEWT-00075134 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

48

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **REQUEST FOR ADMISSION NO. 72:**

2

| RFA 72 | GOOG-HEWT-00075925 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

9  Google objects to this Request and each of its six subparts as compound, burdensome,

10 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11 this Request is an improper and incomplete discovery request in that it does not specifically set

12 forth the information it requests that Google admit. Google additionally objects that efforts to

13 establish the authenticity of documents are premature at this stage in the action, and it is

14 impossible for Google to admit or deny a document's admissibility at trial without context

15 surrounding the purpose for which a party seeks to admit the document into evidence. At an

16 appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18 **REQUEST FOR ADMISSION NO. 73:**

19

| RFA 73 | GOOG-HEWT-00076461 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

25 **RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

26 Google objects to this Request and each of its six subparts as compound, burdensome,

27 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28 this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 74:**

| RFA 74 | GOOG-HEWT-00080792 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 75:**

| RFA 75 | GOOG-HEWT-00080837 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 75 | GOOG-HEWT-00080837 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 76:**

| RFA 76 | GOOG-HEWT-00081348 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

51

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3  **REQUEST FOR ADMISSION NO. 77:**

| RFA 77 | GOOG-HEWT-00081358 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

11  Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 78:**

| RFA 78 | GOOG-HEWT-00081680 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

52

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 79:**

12

| RFA 79 | GOOG-HEWT-00083529 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

53

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 80:**

| RFA 80 | GOOG-HEWT-00088587 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 81:**

| RFA 81 | GOOG-HEWT-00088603 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

54

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 82:**

| RFA 82 | GOOG-HEWT-00089761 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |
| C-3    |                    |       |      |                  |
| C-4    |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 83:**

| RFA 83 | GOOG-HEWT-00089901 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A      |                    |       |      |                  |
| B      |                    |       |      |                  |
| C-1    |                    |       |      |                  |
| C-2    |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

55

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 83 | GOOG-HEWT-00089901 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 84:**

| RFA 84 | GOOG-HEWT-00092293 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

56

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 85:**

| RFA 85 | GOOG-HEWT-00092318 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 86:**

| RFA 86 | GOOG-HEWT-00093192 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 86:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 87:**

| RFA 87 | GOOG-HEWT-00093192.001 | Admit | Deny | Basis for Denial |
|--------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

58

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 88:**

| RFA 88 | GOOG-HEWT-00097143 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 89:**

| RFA 89 | GOOG-HEWT-00098506 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 89:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

59

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 90:**

| RFA 90 | GOOG-HEWT-00099180 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 90:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 91:**

| RFA 91 | GOOG-HEWT-00105248 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

60

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 91 | GOOG-HEWT-00105248 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 92:**

| RFA 92 | GOOG-HEWT-00109147 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 92:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

61

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3  **REQUEST FOR ADMISSION NO. 93:**

4

| RFA 93 | GOOG-HEWT-00112647 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A      |                     |       |      |                  |
| B      |                     |       |      |                  |
| C-1    |                     |       |      |                  |
| C-2    |                     |       |      |                  |
| C-3    |                     |       |      |                  |
| C-4    |                     |       |      |                  |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

11        Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 94:**

21

| RFA 94 | GOOG-HEWT-00113010 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A      |                     |       |      |                  |
| B      |                     |       |      |                  |
| C-1    |                     |       |      |                  |
| C-2    |                     |       |      |                  |
| C-3    |                     |       |      |                  |
| C-4    |                     |       |      |                  |

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

62

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 95:**

| RFA 95 | GOOG-HEWT-00113010.001 | Admit | Deny | Basis for Denial |
|--------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 96:**

| RFA 96 | GOOG-HEWT-00114755 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 96:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 97:**

| RFA 97 | GOOG-HEWT-00115257 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 97:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

64

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 98:**

| RFA 98 | GOOG-HEWT-00117112.R | Admit | Deny | Basis for Denial |
|--------|----------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 99:**

| RFA 99 | GOOG-HEWT-00118950 | Admit | Deny | Basis for Denial |
|--------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

65

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 99 | GOOG-HEWT-00118950 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 100:**

| RFA 100 | GOOG-HEWT-00121265 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

66

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 101:**

| RFA 101 | GOOG-HEWT-00122453 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 102:**

| RFA 102 | GOOG-HEWT-00124408 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

67

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 103:**

| RFA 103 | GOOG-HEWT-00125577 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

68

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 104:**

| RFA 104 | GOOG-HEWT-00125781 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 104:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 105:**

| RFA 105 | GOOG-HEWT-00125781.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 105:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  this Request is an improper and incomplete discovery request in that it does not specifically set

2  forth the information it requests that Google admit. Google additionally objects that efforts to

3  establish the authenticity of documents are premature at this stage in the action, and it is

4  impossible for Google to admit or deny a document's admissibility at trial without context

5  surrounding the purpose for which a party seeks to admit the document into evidence. At an

6  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

7  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

8  **REQUEST FOR ADMISSION NO. 106:**

| RFA 106 | GOOG-HEWT-00126158 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 106:**

16      Google objects to this Request and each of its six subparts as compound, burdensome,

17  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

18  this Request is an improper and incomplete discovery request in that it does not specifically set

19  forth the information it requests that Google admit. Google additionally objects that efforts to

20  establish the authenticity of documents are premature at this stage in the action, and it is

21  impossible for Google to admit or deny a document's admissibility at trial without context

22  surrounding the purpose for which a party seeks to admit the document into evidence. At an

23  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

24  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

25  **REQUEST FOR ADMISSION NO. 107:**

| RFA 107 | GOOG-HEWT-00126384 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

70

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 107 | GOOG-HEWT-00126384 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 108:**

| RFA 108 | GOOG-HEWT-00126403 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

71

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  surrounding the purpose for which a party seeks to admit the document into evidence. At an

2  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

3  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

4  **REQUEST FOR ADMISSION NO. 109:**

| RFA 109 | GOOG-HEWT-00126877 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

12  Google objects to this Request and each of its six subparts as compound, burdensome,

13  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

14  this Request is an improper and incomplete discovery request in that it does not specifically set

15  forth the information it requests that Google admit. Google additionally objects that efforts to

16  establish the authenticity of documents are premature at this stage in the action, and it is

17  impossible for Google to admit or deny a document's admissibility at trial without context

18  surrounding the purpose for which a party seeks to admit the document into evidence. At an

19  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

20  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

21  **REQUEST FOR ADMISSION NO. 110:**

| RFA 110 | GOOG-HEWT-00128315 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

72

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 111:**

| RFA 111 | GOOG-HEWT-00128521 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

73

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 112:**

| RFA 112 | GOOG-HEWT-00129431 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 113:**

| RFA 113 | GOOG-HEWT-00129747 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

74

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 114:**

| RFA 114 | GOOG-HEWT-00130261 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

15       Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 115:**

| RFA 115 | GOOG-HEWT-00130369 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

75

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 115 | GOOG-HEWT-00130369 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 116:**

| RFA 116 | GOOG-HEWT-00130369.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

1  surrounding the purpose for which a party seeks to admit the document into evidence. At an

2  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

3  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

4  **REQUEST FOR ADMISSION NO. 117:**

| RFA 117 | GOOG-HEWT-00130415 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

12  Google objects to this Request and each of its six subparts as compound, burdensome,

13  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

14  this Request is an improper and incomplete discovery request in that it does not specifically set

15  forth the information it requests that Google admit. Google additionally objects that efforts to

16  establish the authenticity of documents are premature at this stage in the action, and it is

17  impossible for Google to admit or deny a document's admissibility at trial without context

18  surrounding the purpose for which a party seeks to admit the document into evidence. At an

19  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

20  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

21  **REQUEST FOR ADMISSION NO. 118:**

| RFA 118 | GOOG-HEWT-00132004 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

77

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 119:**

| **RFA 119** | **GOOG-HEWT-00132998** | **Admit** | **Deny** | **Basis for Denial** |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 119:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

78

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 120:**

| RFA 120 | GOOG-HEWT-00132998.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 121:**

| RFA 121 | GOOG-HEWT-00133886 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

Cooley LLP
Attorneys at Law
San Francisco

79

Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 122:**

| RFA 122 | GOOG-HEWT-00133886.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 123:**

| RFA 123 | GOOG-HEWT-00134319 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

80

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 123 | GOOG-HEWT-00134319 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 124:**

| RFA 124 | GOOG-HEWT-00134319.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

81

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  impossible for Google to admit or deny a document's admissibility at trial without context

2  surrounding the purpose for which a party seeks to admit the document into evidence. At an

3  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

4  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

5  **REQUEST FOR ADMISSION NO. 125:**

| RFA 125 | GOOG-HEWT-00134605 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

13      Google objects to this Request and each of its six subparts as compound, burdensome,

14  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

15  this Request is an improper and incomplete discovery request in that it does not specifically set

16  forth the information it requests that Google admit. Google additionally objects that efforts to

17  establish the authenticity of documents are premature at this stage in the action, and it is

18  impossible for Google to admit or deny a document's admissibility at trial without context

19  surrounding the purpose for which a party seeks to admit the document into evidence. At an

20  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

21  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

22  **REQUEST FOR ADMISSION NO. 126:**

| RFA 126 | GOOG-HEWT-00134605.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A       |                        |       |      |                  |
| B       |                        |       |      |                  |
| C-1     |                        |       |      |                  |
| C-2     |                        |       |      |                  |
| C-3     |                        |       |      |                  |
| C-4     |                        |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

82

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 126:**

2           Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 127:**

| RFA 127 | GOOG-HEWT-00136159 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 127:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

83

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 128:**

| RFA 128 | GOOG-HEWT-00136620 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 129:**

| RFA 129 | GOOG-HEWT-00136659 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

Cooley LLP
Attorneys at Law
San Francisco

84

Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 130:**

| RFA 130 | GOOG-HEWT-00136949 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 130:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 131:**

| RFA 131 | GOOG-HEWT-00136952 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 131 | GOOG-HEWT-00136952 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 131:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 132:**

| RFA 132 | GOOG-HEWT-00136952.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 132:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 133:**

| RFA 133 | GOOG-HEWT-00137234 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 133:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 134:**

| RFA 134 | GOOG-HEWT-00139966 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

87

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 134:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 135:**

| RFA 135 | GOOG-HEWT-00140838 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 135:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

88

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 136:**

| RFA 136 | GOOG-HEWT-00141007 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 136:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 137:**

| RFA 137 | GOOG-HEWT-00141375 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 137:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

89

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 138:**

| RFA 138 | GOOG-HEWT-00141680 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 138:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 139:**

| RFA 139 | GOOG-HEWT-00141680.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 139 | GOOG-HEWT-00141680.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 139:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 140:**

| RFA 140 | GOOG-HEWT-00142957 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 140:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 141:**

| RFA 141 | GOOG-HEWT-00143821 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 141:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 142:**

| RFA 142 | GOOG-HEWT-00144029 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

92

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 142:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 143:**

| RFA 143 | GOOG-HEWT-00144103 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 143:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

93

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 144:**

| RFA 144 | GOOG-HEWT-00144286 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 144:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 145:**

| RFA 145 | GOOG-HEWT-00145616 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 145:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

94

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 146:**

| RFA 146 | GOOG-HEWT-00145987 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 146:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 147:**

| RFA 147 | GOOG-HEWT-00147387 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

95

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 147 | GOOG-HEWT-00147387 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 147:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 148:**

| RFA 148 | GOOG-HEWT-00147390 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 148:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

96

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 149:**

| RFA 149 | GOOG-HEWT-00148601 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 149:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 150:**

| RFA 150 | GOOG-HEWT-00151243 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

97

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 150:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 151:**

12

| RFA 151 | GOOG-HEWT-00153904 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 151:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

98

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 152:**

| RFA 152 | GOOG-HEWT-00154733 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 152:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 153:**

| RFA 153 | GOOG-HEWT-00154942 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 153:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

99

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 154:**

| RFA 154 | GOOG-HEWT-00154942.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 154:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 155:**

| RFA 155 | GOOG-HEWT-00155042 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |

| RFA 155 | GOOG-HEWT-00155042 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 155:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 156:**

| RFA 156 | GOOG-HEWT-00155042.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 156:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

101

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 157:**

| RFA 157 | GOOG-HEWT-00155517 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 157:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 158:**

| RFA 158 | GOOG-HEWT-00155517.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 158:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 159:**

12

| RFA 159 | GOOG-HEWT-00156053 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 159:**

19       Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

103

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 160:**

| RFA 160 | GOOG-HEWT-00156053.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 160:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 161:**

| RFA 161 | GOOG-HEWT-00156504 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 161:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 162:**

| RFA 162 | GOOG-HEWT-00156504.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 162:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 163:**

| RFA 163 | GOOG-HEWT-00156626 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

105

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 163 | GOOG-HEWT-00156626 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 163:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 164:**

| RFA 164 | GOOG-HEWT-00157130 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 164:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 165:**

| RFA 165 | GOOG-HEWT-00157130.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 165:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 166:**

| RFA 166 | GOOG-HEWT-00157981.R | Admit | Deny | Basis for Denial |
|---------|----------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

107

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 166:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 167:**

12

| RFA 167 | GOOG-HEWT-00160897 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 167:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

108

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 168:**

| RFA 168 | GOOG-HEWT-00160897.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 168:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 169:**

| RFA 169 | GOOG-HEWT-00161762 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 169:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

109

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 170:**

| RFA 170 | GOOG-HEWT-00161770 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 170:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 171:**

| RFA 171 | GOOG-HEWT-00162531 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

110

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 171 | GOOG-HEWT-00162531 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 171:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 172:**

| RFA 172 | GOOG-HEWT-00164171 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 172:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

111

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 173:**

| RFA 173 | GOOG-HEWT-00168079 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 173:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 174:**

| RFA 174 | GOOG-HEWT-00168558 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 174:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 175:**

| RFA 175 | GOOG-HEWT-00168985 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 175:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

113

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 176:**

| RFA 176 | GOOG-HEWT-00175666 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 176:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 177:**

| RFA 177 | GOOG-HEWT-00176775 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 177:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

114

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 178:**

| RFA 178 | GOOG-HEWT-00177324 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 178:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 179:**

| RFA 179 | GOOG-HEWT-00178110 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

115

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 179 | GOOG-HEWT-00178110 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 179:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 180:**

| RFA 180 | GOOG-HEWT-00179902 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 180:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

116

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1 appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3 **REQUEST FOR ADMISSION NO. 181:**

| RFA 181 | GOOG-HEWT-00180139 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

10 **RESPONSE TO REQUEST FOR ADMISSION NO. 181:**

11 Google objects to this Request and each of its six subparts as compound, burdensome,

12 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13 this Request is an improper and incomplete discovery request in that it does not specifically set

14 forth the information it requests that Google admit. Google additionally objects that efforts to

15 establish the authenticity of documents are premature at this stage in the action, and it is

16 impossible for Google to admit or deny a document's admissibility at trial without context

17 surrounding the purpose for which a party seeks to admit the document into evidence. At an

18 appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20 **REQUEST FOR ADMISSION NO. 182:**

| RFA 182 | GOOG-HEWT-00181386 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

117

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 182:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 183:**

| RFA 183 | GOOG-HEWT-00181510 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 183:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

118

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 184:**

| RFA 184 | GOOG-HEWT-00181510.001 | Admit | Deny | Basis for Denial |
|---------|----------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 184:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 185:**

| RFA 185 | GOOG-HEWT-00181720 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 185:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

119

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   this Request is an improper and incomplete discovery request in that it does not specifically set

2   forth the information it requests that Google admit. Google additionally objects that efforts to

3   establish the authenticity of documents are premature at this stage in the action, and it is

4   impossible for Google to admit or deny a document's admissibility at trial without context

5   surrounding the purpose for which a party seeks to admit the document into evidence. At an

6   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

7   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

8   **REQUEST FOR ADMISSION NO. 186:**

| RFA 186 | GOOG-HEWT-00181720.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 186:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 187:**

| RFA 187 | GOOG-HEWT-00181762 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

120

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 187 | GOOG-HEWT-00181762 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 187:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 188:**

| RFA 188 | GOOG-HEWT-00181762.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 188:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

121

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   impossible for Google to admit or deny a document's admissibility at trial without context

2   surrounding the purpose for which a party seeks to admit the document into evidence. At an

3   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

4   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

5   **REQUEST FOR ADMISSION NO. 189:**

| RFA 189 | GOOG-HEWT-00181819 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 189:**

13         Google objects to this Request and each of its six subparts as compound, burdensome,

14  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

15  this Request is an improper and incomplete discovery request in that it does not specifically set

16  forth the information it requests that Google admit. Google additionally objects that efforts to

17  establish the authenticity of documents are premature at this stage in the action, and it is

18  impossible for Google to admit or deny a document's admissibility at trial without context

19  surrounding the purpose for which a party seeks to admit the document into evidence. At an

20  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

21  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

22  **REQUEST FOR ADMISSION NO. 190:**

| RFA 190 | GOOG-HEWT-00182243 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 190:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 191:**

12

| RFA 191 | GOOG-HEWT-00182248 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 191:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

123

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 192:**

| RFA 192 | GOOG-HEWT-00182250 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 192:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 193:**

| RFA 193 | GOOG-HEWT-00182255 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 193:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

124

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 194:**

| RFA 194 | GOOG-HEWT-00182706 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 194:**

15    Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 195:**

| RFA 195 | GOOG-HEWT-00183574 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

125

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 195 | GOOG-HEWT-00183574 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 195:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 196:**

| RFA 196 | GOOG-HEWT-00183673 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 196:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 197:**

| RFA 197 | GOOG-HEWT-00183673.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 197:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 198:**

| RFA 198 | GOOG-HEWT-00183736 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

127

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 198:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 199:**

| RFA 199 | GOOG-HEWT-00183744 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 199:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

128

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 200:**

| RFA 200 | GOOG-HEWT-00183910 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 200:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 201:**

| RFA 201 | GOOG-HEWT-00183910.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A       |                        |       |      |                  |
| B       |                        |       |      |                  |
| C-1     |                        |       |      |                  |
| C-2     |                        |       |      |                  |
| C-3     |                        |       |      |                  |
| C-4     |                        |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 201:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

129

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 202:**

| RFA 202 | GOOG-HEWT-00184440 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 202:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 203:**

| RFA 203 | GOOG-HEWT-00184524 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

130

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 203 | GOOG-HEWT-00184524 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 203:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 204:**

| RFA 204 | GOOG-HEWT-00184794 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 204:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

131

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 205:**

| RFA205 | GOOG-HEWT-00185420 | Admit | Deny | Basis for Denial |
|--------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 205:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 206:**

| RFA 206 | GOOG-HEWT-00185699 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

132

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 206:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 207:**

| RFA 207 | GOOG-HEWT-00185699.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 207:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

133

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 208:**

| RFA 208 | GOOG-HEWT-00186435 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 208:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 209:**

| RFA 209 | GOOG-HEWT-00186435.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 209:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 210:**

| RFA 210 | GOOG-HEWT-00186593 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 210:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 211:**

| RFA 211 | GOOG-HEWT-00187502 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

Cooley LLP
Attorneys at Law
San Francisco

135

Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD

| RFA 211 | GOOG-HEWT-00187502 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 211:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 212:**

| RFA 212 | GOOG-HEWT-00188123 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 212:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

136

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   surrounding the purpose for which a party seeks to admit the document into evidence. At an

2   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

3   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

4   **REQUEST FOR ADMISSION NO. 213:**

| RFA 213 | GOOG-HEWT-00188275 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

11   **RESPONSE TO REQUEST FOR ADMISSION NO. 213:**

12   Google objects to this Request and each of its six subparts as compound, burdensome,

13   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

14   this Request is an improper and incomplete discovery request in that it does not specifically set

15   forth the information it requests that Google admit. Google additionally objects that efforts to

16   establish the authenticity of documents are premature at this stage in the action, and it is

17   impossible for Google to admit or deny a document's admissibility at trial without context

18   surrounding the purpose for which a party seeks to admit the document into evidence. At an

19   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

20   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

21   **REQUEST FOR ADMISSION NO. 214:**

| RFA 214 | GOOG-HEWT-00188498 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 214:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 215:**

| RFA 215 | GOOG-HEWT-00189672 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 215:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

138

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **REQUEST FOR ADMISSION NO. 216:**

| RFA 216 | GOOG-HEWT-00190649 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A       |                   |       |      |                  |
| B       |                   |       |      |                  |
| C-1     |                   |       |      |                  |
| C-2     |                   |       |      |                  |
| C-3     |                   |       |      |                  |
| C-4     |                   |       |      |                  |

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 216:**

9   Google objects to this Request and each of its six subparts as compound, burdensome,
10  disproportionate to the needs of the case, excessive, and harassing. Google further objects that
11  this Request is an improper and incomplete discovery request in that it does not specifically set
12  forth the information it requests that Google admit. Google additionally objects that efforts to
13  establish the authenticity of documents are premature at this stage in the action, and it is
14  impossible for Google to admit or deny a document's admissibility at trial without context
15  surrounding the purpose for which a party seeks to admit the document into evidence. At an
16  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable
17  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18  **REQUEST FOR ADMISSION NO. 217:**

| RFA 217 | GOOG-HEWT-00191633 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A       |                   |       |      |                  |
| B       |                   |       |      |                  |
| C-1     |                   |       |      |                  |
| C-2     |                   |       |      |                  |
| C-3     |                   |       |      |                  |
| C-4     |                   |       |      |                  |

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 217:**

26  Google objects to this Request and each of its six subparts as compound, burdensome,
27  disproportionate to the needs of the case, excessive, and harassing. Google further objects that
28  this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

139

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 218:**

| RFA 218 | GOOG-HEWT-00191932 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 218:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 219:**

| RFA 219 | GOOG-HEWT-00192069 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

140

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 219 | GOOG-HEWT-00192069 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 219:**

      Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 220:**

| RFA 220 | GOOG-HEWT-00192151 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 220:**

      Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

141

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 221:**

| RFA 221 | GOOG-HEWT-00192220 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 221:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 222:**

| RFA 222 | GOOG-HEWT-00192670 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

142

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 222:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 223:**

| RFA 223 | GOOG-HEWT-00193476 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 223:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

143

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 224:**

| RFA 224 | GOOG-HEWT-00193876 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 224:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 225:**

| RFA 225 | GOOG-HEWT-00195119 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 225:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

144

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 226:**

| RFA 226 | GOOG-HEWT-00222838 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 226:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 227:**

| RFA 227 | GOOG-HEWT-00227373 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

145

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 227 | GOOG-HEWT-00227373 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 227:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 228:**

| RFA 228 | GOOG-HEWT-00247087 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 228:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

146

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 229:**

| RFA 229 | GOOG-HEWT-00248341 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 229:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 230:**

| RFA 230 | GOOG-HEWT-00248735 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

147

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 230:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 231:**

12

| RFA 231 | GOOG-HEWT-00254825 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 231:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

148

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 232:**

| RFA 232 | GOOG-HEWT-00257917 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|-------------------|
| A       |                     |       |      |                   |
| B       |                     |       |      |                   |
| C-1     |                     |       |      |                   |
| C-2     |                     |       |      |                   |
| C-3     |                     |       |      |                   |
| C-4     |                     |       |      |                   |

**RESPONSE TO REQUEST FOR ADMISSION NO. 232:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 233:**

| RFA 233 | GOOG-HEWT-00259486 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|-------------------|
| A       |                     |       |      |                   |
| B       |                     |       |      |                   |
| C-1     |                     |       |      |                   |
| C-2     |                     |       |      |                   |
| C-3     |                     |       |      |                   |
| C-4     |                     |       |      |                   |

**RESPONSE TO REQUEST FOR ADMISSION NO. 233:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

149

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 234:**

8

| RFA 234 | GOOG-HEWT-00259566 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 234:**

15       Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 235:**

25

| RFA 235 | GOOG-HEWT-00260387.R | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

150

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 235 | GOOG-HEWT-00260387.R | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 235:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 236:**

| RFA 236 | GOOG-HEWT-00261158 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 236:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

151

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 237:**

| RFA 237 | GOOG-HEWT-00262734 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 237:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 238:**

| RFA 238 | GOOG-HEWT-00265356 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 238:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 239:**

| RFA 239 | GOOG-HEWT-00265384 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 239:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

153

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 240:**

| RFA 240 | GOOG-HEWT-00265384.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 240:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 241:**

| RFA 241 | GOOG-HEWT-00265743 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 241:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 242:**

| RFA 242 | GOOG-HEWT-00269524 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 242:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 243:**

| RFA 243 | GOOG-HEWT-00277044 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

155

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 243 | GOOG-HEWT-00277044 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 243:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 244:**

| RFA 244 | GOOG-HEWT-00277192 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 244:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

156

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 245:**

| RFA 245 | GOOG-HEWT-00277272 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 245:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 246:**

| RFA 246 | GOOG-HEWT-00277925 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 246:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 247:**

12

| RFA 247 | GOOG-HEWT-00277928 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 247:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

158

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 248:**

| RFA 248 | GOOG-HEWT-00278045 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 248:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 249:**

| RFA 249 | GOOG-HEWT-00278970 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 249:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

159

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 250:**

| RFA 250 | GOOG-HEWT-00279788 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 250:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 251:**

| RFA 251 | GOOG-HEWT-00280620 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

160

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 251 | GOOG-HEWT-00280620 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 251:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 252:**

| RFA 252 | GOOG-HEWT-00282179 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 252:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

161

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 253:**

| RFA 253 | GOOG-HEWT-00282625 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 253:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 254:**

| RFA 254 | GOOG-HEWT-00283728 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

162

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 254:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 255:**

| RFA 255 | GOOG-HEWT-00283728.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 255:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

163

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 256:**

| RFA 256 | GOOG-HEWT-00283841 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 256:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 257:**

| RFA 257 | GOOG-HEWT-00284294 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 257:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

Cooley LLP
Attorneys at Law
San Francisco

164

Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 258:**

| RFA 258 | GOOG-HEWT-00287326.C | Admit | Deny | Basis for Denial |
|---------|----------------------|-------|------|------------------|
| A       |                      |       |      |                  |
| B       |                      |       |      |                  |
| C-1     |                      |       |      |                  |
| C-2     |                      |       |      |                  |
| C-3     |                      |       |      |                  |
| C-4     |                      |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 258:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 259:**

| RFA 259 | GOOG-HEWT-00287442 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 259 | GOOG-HEWT-00287442 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 259:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 260:**

| RFA 260 | GOOG-HEWT-00287442.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A |  |  |  |  |
| B |  |  |  |  |
| C-1 |  |  |  |  |
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 260:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

166

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 261:**

| RFA 261 | GOOG-HEWT-00287467 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 261:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 262:**

| RFA 262 | GOOG-HEWT-00288792 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

167

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 262:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 263:**

| RFA 263 | GOOG-HEWT-00288961 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 263:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

168

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 264:**

| RFA 264 | GOOG-HEWT-00291417 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 264:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 265:**

| RFA 265 | GOOG-HEWT-00292026 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 265:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

169

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 266:**

| RFA 266 | GOOG-HEWT-00292078 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 266:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 267:**

| RFA 267 | GH 00292669 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

170

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 267 | GH 00292669 | Admit | Deny | Basis for Denial |
|---------|-------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 267:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 268:**

| RFA 268 | GOOG-HEWT-00295309 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 268:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

171

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 269:**

| RFA 269 | GOOG-HEWT-00295978 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 269:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 270:**

| RFA 270 | GOOG-HEWT-00295978.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 270:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 271:**

| RFA 271 | GOOG-HEWT-00296490 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 271:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

173

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 272:**

| RFA 272 | GOOG-HEWT-00296713 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 272:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 273:**

| RFA 273 | GOOG-HEWT-00299372 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 273:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

174

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 274:**

| RFA 274 | GOOG-HEWT-00300570 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 274:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 275:**

| RFA 275 | GOOG-HEWT-00301133 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

175

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 275 | GOOG-HEWT-00301133 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 275:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 276:**

| RFA 276 | GOOG-HEWT-00301322 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 276:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 277:**

| RFA 277 | GOOG-HEWT-00302119 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 277:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 278:**

| RFA 278 | GOOG-HEWT-00302777 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

177

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 278:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 279:**

| RFA 279 | GOOG-HEWT-00302987 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 279:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

178

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **REQUEST FOR ADMISSION NO. 280:**

| RFA 280 | GOOG-HEWT-00304927 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 280:**

9            Google objects to this Request and each of its six subparts as compound, burdensome,

10   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11   this Request is an improper and incomplete discovery request in that it does not specifically set

12   forth the information it requests that Google admit. Google additionally objects that efforts to

13   establish the authenticity of documents are premature at this stage in the action, and it is

14   impossible for Google to admit or deny a document's admissibility at trial without context

15   surrounding the purpose for which a party seeks to admit the document into evidence. At an

16   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18   **REQUEST FOR ADMISSION NO. 281:**

| RFA 281 | GOOG-HEWT-00305018 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 281:**

26           Google objects to this Request and each of its six subparts as compound, burdensome,

27   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28   this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

179

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 282:**

| RFA 282 | GOOG-HEWT-00305039 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 282:**

15  Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 283:**

| RFA 283 | GOOG-HEWT-00305065 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

180

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 283 | GOOG-HEWT-00305065 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 283:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 284:**

| RFA 284 | GOOG-HEWT-00307729 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 284:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

181

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 285:**

| RFA 285 | GOOG-HEWT-00308410 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 285:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 286:**

| RFA 286 | GOOG-HEWT-00308505 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

182

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 286:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 287:**

| RFA 287 | GOOG-HEWT-00308505.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18
19  **RESPONSE TO REQUEST FOR ADMISSION NO. 287:**

20       Google objects to this Request and each of its six subparts as compound, burdensome,

21  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

22  this Request is an improper and incomplete discovery request in that it does not specifically set

23  forth the information it requests that Google admit. Google additionally objects that efforts to

24  establish the authenticity of documents are premature at this stage in the action, and it is

25  impossible for Google to admit or deny a document's admissibility at trial without context

26  surrounding the purpose for which a party seeks to admit the document into evidence. At an

27  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

28  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

183

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **REQUEST FOR ADMISSION NO. 288:**

| RFA 288 | GOOG-HEWT-00309437 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 288:**

9   Google objects to this Request and each of its six subparts as compound, burdensome,

10   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11   this Request is an improper and incomplete discovery request in that it does not specifically set

12   forth the information it requests that Google admit. Google additionally objects that efforts to

13   establish the authenticity of documents are premature at this stage in the action, and it is

14   impossible for Google to admit or deny a document's admissibility at trial without context

15   surrounding the purpose for which a party seeks to admit the document into evidence. At an

16   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18   **REQUEST FOR ADMISSION NO. 289:**

| RFA 289 | GOOG-HEWT-00309712 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 289:**

26   Google objects to this Request and each of its six subparts as compound, burdensome,

27   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28   this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

184

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 290:**

| RFA 290 | GOOG-HEWT-00312065 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 290:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 291:**

| RFA 291 | GOOG-HEWT-00312424 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

185

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 291 | GOOG-HEWT-00312424 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 291:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 292:**

| RFA 292 | GOOG-HEWT-00312424.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 292:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 293:**

| RFA 293 | GOOG-HEWT-00314178 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 293:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 294:**

| RFA 294 | GOOG-HEWT-00314311 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

187

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 294:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 295:**

| RFA 295 | 00317558 | Admit | Deny | Basis for Denial |
|---------|----------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 295:**

19       Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

188

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **REQUEST FOR ADMISSION NO. 296:**

| RFA 296 | GOOG-HEWT-00318797 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 296:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 297:**

| RFA 297 | GOOG-HEWT-00319160 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 297:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

189

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 298:**

| RFA 298 | GOOG-HEWT-00319231 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 298:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 299:**

| RFA 299 | GOOG-HEWT-00319393 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

190

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 299 | GOOG-HEWT-00319393 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 299:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 300:**

| RFA 300 | GOOG-HEWT-00319393.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 300:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 301:**

| RFA 301 | GOOG-HEWT-00319987 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 301:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 302:**

| RFA 302 | GOOG-HEWT-00320446 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

192

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 302:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 303:**

| RFA 303 | GOOG-HEWT-00321925 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 303:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

193

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **REQUEST FOR ADMISSION NO. 304:**

| RFA 304 | GOOG-HEWT-00326364 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

8    **RESPONSE TO REQUEST FOR ADMISSION NO. 304:**

9         Google objects to this Request and each of its six subparts as compound, burdensome,

10   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11   this Request is an improper and incomplete discovery request in that it does not specifically set

12   forth the information it requests that Google admit. Google additionally objects that efforts to

13   establish the authenticity of documents are premature at this stage in the action, and it is

14   impossible for Google to admit or deny a document's admissibility at trial without context

15   surrounding the purpose for which a party seeks to admit the document into evidence. At an

16   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18   **REQUEST FOR ADMISSION NO. 305:**

| RFA 305 | GOOG-HEWT-00326391 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 305:**

26        Google objects to this Request and each of its six subparts as compound, burdensome,

27   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28   this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

194

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 306:**

| RFA 306 | GOOG-HEWT-00326423 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 306:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 307:**

| RFA 307 | GOOG-HEWT-00328376 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

195

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 307 | GOOG-HEWT-00328376 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 307:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 308:**

| RFA 308 | GOOG-HEWT-00330758 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 308:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

Cooley LLP
ATTORNEYS AT LAW
SAN FRANCISCO

196

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 309:**

| RFA 309 | GOOG-HEWT-00331064 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 309:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 310:**

| RFA 310 | GOOG-HEWT-00332409 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 310:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 311:**

12

| RFA 311 | GOOG-HEWT-00332984 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 311:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

198

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 312:**

| RFA 312 | GOOG-HEWT-00335599 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 312:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 313:**

| RFA 313 | GOOG-HEWT-00349634 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 313:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

199

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 314:**

| RFA 314 | GOOG-HEWT-00355064 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 314:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 315:**

| RFA 315 | GOOG-HEWT-00355064 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

200

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 315 | GOOG-HEWT-00355064 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 315:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 316:**

| RFA 316 | GOOG-HEWT-00358131 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 316:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

201

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 317:**

| RFA 317 | GOOG-HEWT-00358635 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 317:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 318:**

| RFA 318 | GOOG-HEWT-00359443 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 318:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 319:**

| RFA 319 | GOOG-HEWT-00359560 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 319:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

203

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 320:**

| RFA 320 | GOOG-HEWT-00361634 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 320:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 321:**

| RFA 321 | GOOG-HEWT-00361869 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 321:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

204

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 322:**

| RFA 322 | GOOG-HEWT-00361973 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 322:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 323:**

| RFA 323 | GOOG-HEWT-00366010 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

205

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 323 | GOOG-HEWT-00366010 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 323:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 324:**

| RFA 324 | GOOG-HEWT-00371440 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 324:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

206

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 325:**

| RFA 325 | GOOG-HEWT-00372259 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 325:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 326:**

| RFA 326 | GOOG-HEWT-00373255 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 326:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 327:**

| RFA 327 | GOOG-HEWT-00376364 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 327:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

208

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 328:**

| RFA 328 | GOOG-HEWT-00376374 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 328:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 329:**

| RFA 329 | GOOG-HEWT-00376686 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 329:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

209

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 330:**

| RFA 330 | GOOG-HEWT-00381049 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 330:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 331:**

| RFA 331 | GOOG-HEWT-00385587 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 331 | GOOG-HEWT-00385587 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 331:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 332:**

| RFA 332 | GOOG-HEWT-00388794 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 332:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

211

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 333:**

| RFA 333 | GOOG-HEWT-00391597 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 333:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 334:**

| RFA 334 | GOOG-HEWT-00403182 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 334:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 335:**

| RFA 335 | GOOG-HEWT-00404414 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 335:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

213

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1 **REQUEST FOR ADMISSION NO. 336:**

| RFA 336 | GOOG-HEWT-00410222 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

8 **RESPONSE TO REQUEST FOR ADMISSION NO. 336:**

9    Google objects to this Request and each of its six subparts as compound, burdensome,

10 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11 this Request is an improper and incomplete discovery request in that it does not specifically set

12 forth the information it requests that Google admit. Google additionally objects that efforts to

13 establish the authenticity of documents are premature at this stage in the action, and it is

14 impossible for Google to admit or deny a document's admissibility at trial without context

15 surrounding the purpose for which a party seeks to admit the document into evidence. At an

16 appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17 stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18 **REQUEST FOR ADMISSION NO. 337:**

| RFA 337 | GOOG-HEWT-00413578 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

25 **RESPONSE TO REQUEST FOR ADMISSION NO. 337:**

26    Google objects to this Request and each of its six subparts as compound, burdensome,

27 disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28 this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

214

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 338:**

8

| RFA 338 | GOOG-HEWT-00414054 | Admit | Deny | Basis for Denial |
|---------|--------------------|----|----|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 338:**

15     Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 339:**

| RFA 339 | GOOG-HEWT-00418658 | Admit | Deny | Basis for Denial |
|---------|--------------------|----|----|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 339 | GOOG-HEWT-00418658 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| C-3     |                    |       |      |                   |
| C-4     |                    |       |      |                   |

**RESPONSE TO REQUEST FOR ADMISSION NO. 339:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 340:**

| RFA 340 | GOOG-HEWT-00419073 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A       |                    |       |      |                   |
| B       |                    |       |      |                   |
| C-1     |                    |       |      |                   |
| C-2     |                    |       |      |                   |
| C-3     |                    |       |      |                   |
| C-4     |                    |       |      |                   |

**RESPONSE TO REQUEST FOR ADMISSION NO. 340:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

216

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 341:**

| RFA 341 | GOOG-HEWT-00421479 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 341:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 342:**

| RFA 342 | GOOG-HEWT-00424620 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

217

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 342:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 343:**

| RFA 343 | GOOG-HEWT-00425038 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 343:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

218

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 344:**

| RFA 344 | GOOG-HEWT-00427293 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 344:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 345:**

| RFA 345 | GOOG-HEWT-00427905.C | Admit | Deny | Basis for Denial |
|---------|----------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 345:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

219

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 346:**

| RFA 346 | GOOG-HEWT-00429076 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 346:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 347:**

| RFA 347 | GOOG-HEWT-00429183 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

220

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 347 | GOOG-HEWT-00429183 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 347:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 348:**

| RFA 348 | GOOG-HEWT-00429183.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 348:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

221

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 349:**

| RFA 349 | GOOG-HEWT-00429257 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 349:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 350:**

| RFA 350 | GOOG-HEWT-00429324 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

222

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 350:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 351:**

12

| RFA 351 | GOOG-HEWT-00429329 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 351:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

223

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 352:**

| RFA 352 | GOOG-HEWT-00429329.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 352:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 353:**

| RFA 353 | GOOG-HEWT-00429331 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 353:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

224

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 354:**

| RFA 354 | GOOG-HEWT-00429432 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 354:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 355:**

| RFA 355 | GOOG-HEWT-00429627 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 355 | GOOG-HEWT-00429627 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 355:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 356:**

| RFA 356 | GOOG-HEWT-00429693 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 356:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

226

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 357:**

| RFA 357 | GOOG-HEWT-00438693 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 357:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 358:**

| RFA 358 | GOOG-HEWT-00438815 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

Cooley LLP
Attorneys at Law
San Francisco

227

Google LLC's Obj. and Responses to
Plfs' First Set of Req. for Admission
Case No. 4:21-cv-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 358:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 359:**

12

| RFA 359 | GOOG-HEWT-00438817 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 359:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

228

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **REQUEST FOR ADMISSION NO. 360:**

2

| RFA 360 | GOOG-HEWT-00438960 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 360:**

9        Google objects to this Request and each of its six subparts as compound, burdensome,

10  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11  this Request is an improper and incomplete discovery request in that it does not specifically set

12  forth the information it requests that Google admit. Google additionally objects that efforts to

13  establish the authenticity of documents are premature at this stage in the action, and it is

14  impossible for Google to admit or deny a document's admissibility at trial without context

15  surrounding the purpose for which a party seeks to admit the document into evidence. At an

16  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18  **REQUEST FOR ADMISSION NO. 361:**

19

| RFA 361 | GOOG-HEWT-00439151 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 361:**

26        Google objects to this Request and each of its six subparts as compound, burdensome,

27  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28  this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

229

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 362:**

| RFA 362 | GOOG-HEWT-00440787 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 362:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 363:**

| RFA 363 | GOOG-HEWT-00441804 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

230

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 363 | GOOG-HEWT-00441804 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 363:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 364:**

| RFA 364 | GOOG-HEWT-00443363 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 364:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

231

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 365:**

| RFA 365 | GOOG-HEWT-00449351 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 365:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 366:**

| RFA 366 | GOOG-HEWT-00450610 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

232

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 366:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 367:**

| RFA 367 | GOOG-HEWT-00450670 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 367:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

233

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1

**REQUEST FOR ADMISSION NO. 368:**

2

| RFA 368 | GOOG-HEWT-00451230 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

3

4

5

6

7

8

**RESPONSE TO REQUEST FOR ADMISSION NO. 368:**

9

Google objects to this Request and each of its six subparts as compound, burdensome,

10

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11

this Request is an improper and incomplete discovery request in that it does not specifically set

12

forth the information it requests that Google admit. Google additionally objects that efforts to

13

establish the authenticity of documents are premature at this stage in the action, and it is

14

impossible for Google to admit or deny a document's admissibility at trial without context

15

surrounding the purpose for which a party seeks to admit the document into evidence. At an

16

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18

**REQUEST FOR ADMISSION NO. 369:**

19

| RFA 369 | GOOG-HEWT-00454586 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

20

21

22

23

24

25

**RESPONSE TO REQUEST FOR ADMISSION NO. 369:**

26

Google objects to this Request and each of its six subparts as compound, burdensome,

27

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28

this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

234

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 370:**

| RFA 370 | GOOG-HEWT-00455537 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 370:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 371:**

| RFA 371 | GOOG-HEWT-00455538 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

235

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 371 | GOOG-HEWT-00455538 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 371:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 372:**

| RFA 372 | GOOG-HEWT-00455543 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 372:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

236

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 373:**

| RFA 373 | GOOG-HEWT-00455545 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 373:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 374:**

| RFA 374 | GOOG-HEWT-00455547 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

237

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 374:**

2      Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 375:**

| RFA 375 | GOOG-HEWT-00455549 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 375:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

238

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION No. 376:**

| RFA 376 | GOOG-HEWT-00455550 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION No. 376:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION No. 377:**

| RFA 377 | GOOG-HEWT-00455552 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION No. 377:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

239

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 378:**

| RFA 378 | GOOG-HEWT-00455554 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 378:**

15      Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 379:**

| RFA 379 | GOOG-HEWT-00455555 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

240

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 379 | GOOG-HEWT-00455555 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 379:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 380:**

| RFA 380 | GOOG-HEWT-00455560 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 380:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

241

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 381:**

| RFA 381 | GOOG-HEWT-00455562 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 381:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 382:**

| RFA 382 | GOOG-HEWT-00455563 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

242

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 382:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 383:**

12  
| RFA 383 | GOOG-HEWT-00455564 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 383:**

19       Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

243

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1  **REQUEST FOR ADMISSION NO. 384:**

| RFA 384 | GOOG-HEWT-00455565 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 384:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 385:**

| RFA 385 | GOOG-HEWT-00455569 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 385:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 386:**

| RFA 386 | GOOG-HEWT-00455571 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 386:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 387:**

| RFA 387 | GOOG-HEWT-00455572 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 387 | GOOG-HEWT-00455572 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 387:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 388:**

| RFA 388 | GOOG-HEWT-00455579 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 388:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

246

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3   **REQUEST FOR ADMISSION NO. 389:**

4

| RFA 389 | GOOG-HEWT-00455586 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 389:**

11         Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 390:**

21

| RFA 390 | GOOG-HEWT-00455588 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

247

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 390:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 391:**

| RFA 391 | GOOG-HEWT-00455593 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 391:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

248

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 392:**

| RFA 392 | GOOG-HEWT-00455595 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 392:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 393:**

| RFA 393 | GOOG-HEWT-00455597 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 393:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

249

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 394:**

| RFA 394 | GOOG-HEWT-00455604 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 394:**

15      Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 395:**

| RFA 395 | GOOG-HEWT-00455605 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

250

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 395 | GOOG-HEWT-00455605 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 395:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 396:**

| RFA 396 | GOOG-HEWT-00455615 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 396:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

251

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 397:**

| RFA 397 | GOOG-HEWT-00455617 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 397:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 398:**

| RFA 398 | GOOG-HEWT-00455623 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 398:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 399:**

12

| RFA 399 | GOOG-HEWT-00455625 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 399:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

253

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 400:**

| RFA 400 | GOOG-HEWT-00455627 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 400:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 401:**

| RFA 401 | GOOG-HEWT-00455642 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 401:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

254

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 402:**

| RFA 402 | GOOG-HEWT-00455648 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 402:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 403:**

| RFA 403 | GOOG-HEWT-00455701 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 403 | GOOG-HEWT-00455701 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|-------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 403:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 404:**

| RFA 404 | GOOG-HEWT-00455768 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 404:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

256

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 405:**

| RFA 405 | GOOG-HEWT-00455784 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 405:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 406:**

| RFA 406 | GOOG-HEWT-00455800 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

257

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 406:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 407:**

12
| RFA 407 | GOOG-HEWT-00455801 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 407:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

258

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 408:**

| RFA 408 | GOOG-HEWT-00455802 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 408:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 409:**

| RFA 409 | GOOG-HEWT-00455803 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 409:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

259

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 410:**

| RFA 410 | GOOG-HEWT-00455804 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 410:**

15       Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 411:**

| RFA 411 | GOOG-HEWT-00455805 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

260

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 411 | GOOG-HEWT-00455805 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 411:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 412:**

| RFA 412 | GOOG-HEWT-00455861 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 412:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

261

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 413:**

| RFA 413 | GOOG-HEWT-00455879 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 413:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 414:**

| RFA 414 | GOOG-HEWT-00456109 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

262

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 414:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 415:**

| RFA 415 | GOOG-HEWT-00456337 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 415:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

263

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 416:**

| RFA 416 | GOOG-HEWT-00456341 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 416:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 417:**

| RFA 417 | GOOG-HEWT-00456342 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 417:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

264

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 418:**

| RFA 418 | GOOG-HEWT-00456344 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 418:**

15      Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 419:**

| RFA 419 | GOOG-HEWT-00456346 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

265

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 419 | GOOG-HEWT-00456346 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 419:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 420:**

| RFA 420 | GOOG-HEWT-00456348 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 420:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

266

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 421:**

| RFA 421 | GOOG-HEWT-00456419 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 421:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 422:**

| RFA 422 | GOOG-HEWT-00456419.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

267

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 422:**

2           Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 423:**

12

| RFA 423 | GOOG-HEWT-00456428 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 423:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

268

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 424:**

| RFA 424 | GOOG-HEWT-00456450 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 424:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 425:**

| RFA 425 | GOOG-HEWT-00456451 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 425:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 426:**

| RFA 426 | GOOG-HEWT-00456452 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 426:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 427:**

| RFA 427 | GOOG-HEWT-00456456 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

270

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 427 | GOOG-HEWT-00456456 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 427:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 428:**

| RFA 428 | GOOG-HEWT-00456464 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 428:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

271

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 429:**

| RFA 429 | GOOG-HEWT-00456480 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 429:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 430:**

| RFA 430 | GOOG-HEWT-00459449 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

272

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 430:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 431:**

| RFA 431 | GOOG-HEWT-00459494 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 431:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

273

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1    **REQUEST FOR ADMISSION NO. 432:**

| RFA 432 | GOOG-HEWT-00459508 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 432:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 433:**

| RFA 433 | GOOG-HEWT-00459513 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 433:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

274

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 434:**

| RFA 434 | GOOG-HEWT-00459543 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 434:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 435:**

| RFA 435 | GOOG-HEWT-00460655 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

275

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 435 | GOOG-HEWT-00460655 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 435:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 436:**

| RFA 436 | GOOG-HEWT-00462915 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 436:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

276

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 437:**

| RFA 437 | GOOG-HEWT-00463018 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 437:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 438:**

| RFA 438 | GOOG-HEWT-00469524 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

277

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 438:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 439:**

12

| RFA 439 | GOOG-HEWT-00469526 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 439:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

278

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **REQUEST FOR ADMISSION NO. 440:**

2
| RFA 440 | GOOG-HEWT-00470785 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

8   **RESPONSE TO REQUEST FOR ADMISSION NO. 440:**

9         Google objects to this Request and each of its six subparts as compound, burdensome,

10  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11  this Request is an improper and incomplete discovery request in that it does not specifically set

12  forth the information it requests that Google admit. Google additionally objects that efforts to

13  establish the authenticity of documents are premature at this stage in the action, and it is

14  impossible for Google to admit or deny a document's admissibility at trial without context

15  surrounding the purpose for which a party seeks to admit the document into evidence. At an

16  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18  **REQUEST FOR ADMISSION NO. 441:**

19
| RFA 441 | GOOG-HEWT-00472042 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 441:**

26        Google objects to this Request and each of its six subparts as compound, burdensome,

27  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28  this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

279

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 442:**

| RFA 442 | GOOG-HEWT-00472281 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 442:**

15  Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 443:**

| RFA 443 | GOOG-HEWT-00474188 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

280

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 443 | GOOG-HEWT-00474188 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 443:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 444:**

| RFA 444 | GOOG-HEWT-00476238 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 444:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 445:**

| RFA 445 | GOOG-HEWT-00476692 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 445:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 446:**

| RFA 446 | GOOG-HEWT-00480247 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

282

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 446:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 447:**

| RFA 447 | GOOG-HEWT-00480490 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 447:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

283

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 448:**

| RFA 448 | GOOG-HEWT-00480491 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 448:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 449:**

| RFA 449 | GOOG-HEWT-00480492 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 449:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

284

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 450:**

| RFA 450 | GOOG-HEWT-00480493 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 450:**

15   Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 451:**

| RFA 451 | GOOG-HEWT-00480608 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

285

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 451 | GOOG-HEWT-00480608 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 451:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 452:**

| RFA 452 | GOOG-HEWT-00480635 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 452:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

286

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 453:**

| RFA 453 | GOOG-HEWT-00480674 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 453:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 454:**

| RFA 454 | GOOG-HEWT-00480720 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 454:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 455:**

| RFA 455 | GOOG-HEWT-00480726 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 455:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

288

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 456:**

| RFA 456 | GOOG-HEWT-00480726.001 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 456:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 457:**

| RFA 457 | GOOG-HEWT-00480745 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 457:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

289

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 458:**

| RFA 458 | GOOG-HEWT-00480911 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 458:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 459:**

| RFA 459 | GOOG-HEWT-00480943 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

290

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 459 | GOOG-HEWT-00480943 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 459:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 460:**

| RFA 460 | GOOG-HEWT-00480949 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 460:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

291

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 461:**

| RFA 461 | GOOG-HEWT-00480951 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 461:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 462:**

| RFA 462 | GOOG-HEWT-00481162 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 462:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 463:**

| RFA 463 | GOOG-HEWT-00481219 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 463:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

293

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 464:**

| RFA 464 | GOOG-HEWT-00481225 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 464:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 465:**

| RFA 465 | GOOG-HEWT-00481225.001 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 465:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 466:**

| RFA 466 | GOOG-HEWT-00481229 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 466:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 467:**

| RFA 467 | GOOG-HEWT-00481271 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

295

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 467 | GOOG-HEWT-00481271 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 467:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 468:**

| RFA 468 | GOOG-HEWT-00481289 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 468:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

296

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

2  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

3  **REQUEST FOR ADMISSION NO. 469:**

4

| RFA 469 | GOOG-HEWT-00481290 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 469:**

11      Google objects to this Request and each of its six subparts as compound, burdensome,

12  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

13  this Request is an improper and incomplete discovery request in that it does not specifically set

14  forth the information it requests that Google admit. Google additionally objects that efforts to

15  establish the authenticity of documents are premature at this stage in the action, and it is

16  impossible for Google to admit or deny a document's admissibility at trial without context

17  surrounding the purpose for which a party seeks to admit the document into evidence. At an

18  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

19  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

20  **REQUEST FOR ADMISSION NO. 470:**

21

| RFA 470 | GOOG-HEWT-00481291 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

297

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 470:**

2       Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 471:**

| RFA 471 | GOOG-HEWT-00481292 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 471:**

19      Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

298

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 472:**

| RFA 472 | GOOG-HEWT-00481293 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 472:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 473:**

| RFA 473 | GOOG-HEWT-00481294 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 473:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

299

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 474:**

| RFA 474 | GOOG-HEWT-00481295 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 474:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 475:**

| RFA 475 | GOOG-HEWT-00481296 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 475 | GOOG-HEWT-00481296 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 475:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 476:**

| RFA 476 | GOOG-HEWT-00481297 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 476:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 477:**

| RFA 477 | GOOG-HEWT-00481298 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 477:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 478:**

| RFA 478 | GOOG-HEWT-00481299 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

302

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 478:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 479:**

| RFA 479 | GOOG-HEWT-00481300 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 479:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

303

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 480:**

| RFA 480 | GOOG-HEWT-00481668 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 480:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 481:**

| RFA 481 | GOOG-HEWT-00481701 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 481:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

304

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  forth the information it requests that Google admit. Google additionally objects that efforts to

2  establish the authenticity of documents are premature at this stage in the action, and it is

3  impossible for Google to admit or deny a document's admissibility at trial without context

4  surrounding the purpose for which a party seeks to admit the document into evidence. At an

5  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7  **REQUEST FOR ADMISSION NO. 482:**

| RFA 482 | GOOG-HEWT-00481702 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 482:**

15  Google objects to this Request and each of its six subparts as compound, burdensome,

16  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17  this Request is an improper and incomplete discovery request in that it does not specifically set

18  forth the information it requests that Google admit. Google additionally objects that efforts to

19  establish the authenticity of documents are premature at this stage in the action, and it is

20  impossible for Google to admit or deny a document's admissibility at trial without context

21  surrounding the purpose for which a party seeks to admit the document into evidence. At an

22  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24  **REQUEST FOR ADMISSION NO. 483:**

| RFA 483 | GOOG-HEWT-00481703 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

305

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 483 | GOOG-HEWT-00481703 | Admit | Deny | Basis for Denial |
|---------|--------------------|----|----|--------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 483:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 484:**

| RFA 484 | GOOG-HEWT-00481704 | Admit | Deny | Basis for Denial |
|---------|--------------------|----|----|--------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 484:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

306

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 485:**

| RFA 485 | GOOG-HEWT-00481705 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 485:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 486:**

| RFA 486 | GOOG-HEWT-00481706 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

307

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 486:**

2        Google objects to this Request and each of its six subparts as compound, burdensome,

3  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4  this Request is an improper and incomplete discovery request in that it does not specifically set

5  forth the information it requests that Google admit. Google additionally objects that efforts to

6  establish the authenticity of documents are premature at this stage in the action, and it is

7  impossible for Google to admit or deny a document's admissibility at trial without context

8  surrounding the purpose for which a party seeks to admit the document into evidence. At an

9  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 487:**

| RFA 487 | GOOG-HEWT-00481707 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 487:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

308

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 488:**

| RFA 488 | GOOG-HEWT-00481708 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 488:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 489:**

| RFA 489 | GOOG-HEWT-00481709 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 489:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

309

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 490:**

| RFA 490 | GOOG-HEWT-00481710 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 490:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 491:**

| RFA 491 | GOOG-HEWT-00482522 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 491 | GOOG-HEWT-00482522 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 491:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 492:**

| RFA 492 | GOOG-HEWT-00482703 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|-------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 492:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

311

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 493:**

| RFA 493 | GOOG-HEWT-00482881 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 493:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 494:**

| RFA 494 | GOOG-HEWT-00486495 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 494:**

2           Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 495:**

12
| RFA 495 | GOOG-HEWT-00486978 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 495:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

313

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 496:**

| RFA 496 | GOOG-HEWT-00489927 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 496:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 497:**

| RFA 497 | RTB_GOOG-CABR-00180476 | Admit | Deny | Basis for Denial |
|---------|------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 497:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

314

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 498:**

| RFA 498 | RTB_GOOG-CABR-04704939.R | Admit | Deny | Basis for Denial |
|---------|--------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 498:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 499:**

| RFA 499 | RTB_GOOG-CABR-X-00000421 | Admit | Deny | Basis for Denial |
|---------|--------------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

315

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 499 | RTB_GOOG-CABR-X-00000421 | Admit | Deny | Basis for Denial |
|---------|--------------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 499:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 500:**

| RFA 500 | GOOG-HEWT-00455534 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 500:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

316

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 501:**

| RFA 501 | GOOG-HEWT-00455535 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 501:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 502:**

| RFA 502 | GOOG-HEWT-00455536 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**RESPONSE TO REQUEST FOR ADMISSION NO. 502:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 503:**

| RFA 503 | GOOG-HEWT-00455539 | Admit | Deny | Basis for Denial |
|---------|-------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 503:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

318

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 504:**

| RFA 504 | GOOG-HEWT-00455540 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 504:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 505:**

| RFA 505 | GOOG-HEWT-00455541 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 505:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 506:**

| RFA 506 | GOOG-HEWT-00455542 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 506:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 507:**

| RFA 507 | GOOG-HEWT-00455544 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

320

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 507 | GOOG-HEWT-00455544 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 507:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 508:**

| RFA 508 | GOOG-HEWT-00455546 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 508:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

321

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 509:**

| RFA 509 | GOOG-HEWT-00455548 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 509:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 510:**

| RFA 510 | GOOG-HEWT-00455551 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

322

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**RESPONSE TO REQUEST FOR ADMISSION NO. 510:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 511:**

| RFA 5115 | GOOG-HEWT-00455553 | Admit | Deny | Basis for Denial |
|----------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 511:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

323

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 512:**

| RFA 512 | GOOG-HEWT-00455556 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 512:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 513:**

| RFA 513 | GOOG-HEWT-00455557 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 513:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

324

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 514:**

| RFA 514 | GOOG-HEWT-00455558 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 514:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 515:**

| RFA 515 | GOOG-HEWT-00455559 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 515 | GOOG-HEWT-00455559 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 515:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 516:**

| RFA 516 | GOOG-HEWT-00455561 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 516:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

326

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 517:**

| RFA 517 | GOOG-HEWT-00455566 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 517:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 518:**

| RFA 518 | GOOG-HEWT-00455567 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 518:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 519:**

| RFA 519 | GOOG-HEWT-00455568 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 519:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

328

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 520:**

| RFA 520 | GOOG-HEWT-00455570 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 520:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 521:**

| RFA 521 | GOOG-HEWT-00455573 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 521:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

329

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 522:**

| RFA 522 | GOOG-HEWT-00455574 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 522:**

15          Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 523:**

| RFA 523 | GOOG-HEWT-00455575 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

330

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 523 | GOOG-HEWT-00455575 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 523:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 524:**

| RFA 524 | GOOG-HEWT-00455576 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A |  |  |  |  |
| B |  |  |  |  |
| C-1 |  |  |  |  |
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 524:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

331

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 525:**

| RFA 525 | GOOG-HEWT-00455577 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 525:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 526:**

| RFA 526 | GOOG-HEWT-00455578 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

332

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 526:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 527:**

12

| RFA 527 | GOOG-HEWT-00455580 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A       |                     |       |      |                  |
| B       |                     |       |      |                  |
| C-1     |                     |       |      |                  |
| C-2     |                     |       |      |                  |
| C-3     |                     |       |      |                  |
| C-4     |                     |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 527:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

333

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1

**REQUEST FOR ADMISSION NO. 528:**

2

| RFA 528 | GOOG-HEWT-00455581 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

3

4

5

6

7

8

**RESPONSE TO REQUEST FOR ADMISSION NO. 528:**

9

Google objects to this Request and each of its six subparts as compound, burdensome,

10

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

11

this Request is an improper and incomplete discovery request in that it does not specifically set

12

forth the information it requests that Google admit. Google additionally objects that efforts to

13

establish the authenticity of documents are premature at this stage in the action, and it is

14

impossible for Google to admit or deny a document's admissibility at trial without context

15

surrounding the purpose for which a party seeks to admit the document into evidence. At an

16

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

17

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

18

**REQUEST FOR ADMISSION NO. 529:**

19

| RFA 529 | GOOG-HEWT-00455582 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

20

21

22

23

24

25

**RESPONSE TO REQUEST FOR ADMISSION NO. 529:**

26

Google objects to this Request and each of its six subparts as compound, burdensome,

27

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

28

this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

334

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

1   forth the information it requests that Google admit. Google additionally objects that efforts to

2   establish the authenticity of documents are premature at this stage in the action, and it is

3   impossible for Google to admit or deny a document's admissibility at trial without context

4   surrounding the purpose for which a party seeks to admit the document into evidence. At an

5   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

6   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

7   **REQUEST FOR ADMISSION NO. 530:**

| RFA 530 | GOOG-HEWT-00455583 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 530:**

15          Google objects to this Request and each of its six subparts as compound, burdensome,

16   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

17   this Request is an improper and incomplete discovery request in that it does not specifically set

18   forth the information it requests that Google admit. Google additionally objects that efforts to

19   establish the authenticity of documents are premature at this stage in the action, and it is

20   impossible for Google to admit or deny a document's admissibility at trial without context

21   surrounding the purpose for which a party seeks to admit the document into evidence. At an

22   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

23   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

24   **REQUEST FOR ADMISSION NO. 531:**

| RFA 531 | GOOG-HEWT-00455584 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

335

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 531 | GOOG-HEWT-00455584 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 531:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 532:**

| RFA 532 | GOOG-HEWT-00455585 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 532:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

336

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 533:**

| RFA 533 | GOOG-HEWT-00455587 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 533:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 534:**

| RFA 534 | GOOG-HEWT-00455589 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

337

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 534:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 535:**

12
| RFA 535 | GOOG-HEWT-00455590 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 535:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

338

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 536:**

| RFA 536 | GOOG-HEWT-00455591 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 536:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 537:**

| RFA 537 | GOOG-HEWT-00455592 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 537:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 538:**

| RFA 538 | GOOG-HEWT-00455594 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 538:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 539:**

| RFA 539 | GOOG-HEWT-00455596 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

340

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 539 | GOOG-HEWT-00455596 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 539:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 540:**

| RFA 540 | GOOG-HEWT-00455598 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 540:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 541:**

| RFA 541 | GOOG-HEWT-00455599 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 541:**

Google objects to this Request and each of its six subparts as compound, burdensome,
disproportionate to the needs of the case, excessive, and harassing. Google further objects that
this Request is an improper and incomplete discovery request in that it does not specifically set
forth the information it requests that Google admit. Google additionally objects that efforts to
establish the authenticity of documents are premature at this stage in the action, and it is
impossible for Google to admit or deny a document's admissibility at trial without context
surrounding the purpose for which a party seeks to admit the document into evidence. At an
appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable
stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 542:**

| RFA 542 | GOOG-HEWT-00455600 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

342

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 542:**

2         Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 543:**

12

| RFA 543 | GOOG-HEWT-00455614 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 543:**

19        Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

343

**GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD**

**REQUEST FOR ADMISSION NO. 544:**

| RFA 544 | GOOG-HEWT-00455616 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 544:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 545:**

| RFA 545 | GOOG-HEWT-00455618 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 545:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

344

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 546:**

| RFA 546 | GOOG-HEWT-00455619 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 546:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 547:**

| RFA 547 | GOOG-HEWT-00455620 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 547 | GOOG-HEWT-00455620 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 547:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 548:**

| RFA 548 | GOOG-HEWT-00455621 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A |  |  |  |  |
| B |  |  |  |  |
| C-1 |  |  |  |  |
| C-2 |  |  |  |  |
| C-3 |  |  |  |  |
| C-4 |  |  |  |  |

**RESPONSE TO REQUEST FOR ADMISSION NO. 548:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

346

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 549:**

| RFA 549 | GOOG-HEWT-00455622 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 549:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 550:**

| RFA 550 | GOOG-HEWT-00455624 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

347

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 550:**

2           Google objects to this Request and each of its six subparts as compound, burdensome,

3    disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4    this Request is an improper and incomplete discovery request in that it does not specifically set

5    forth the information it requests that Google admit. Google additionally objects that efforts to

6    establish the authenticity of documents are premature at this stage in the action, and it is

7    impossible for Google to admit or deny a document's admissibility at trial without context

8    surrounding the purpose for which a party seeks to admit the document into evidence. At an

9    appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11   **REQUEST FOR ADMISSION NO. 551:**

| RFA 551 | GOOG-HEWT-00455626 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18   **RESPONSE TO REQUEST FOR ADMISSION NO. 551:**

19          Google objects to this Request and each of its six subparts as compound, burdensome,

20   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21   this Request is an improper and incomplete discovery request in that it does not specifically set

22   forth the information it requests that Google admit. Google additionally objects that efforts to

23   establish the authenticity of documents are premature at this stage in the action, and it is

24   impossible for Google to admit or deny a document's admissibility at trial without context

25   surrounding the purpose for which a party seeks to admit the document into evidence. At an

26   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27   stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

348

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 552:**

| RFA 552 | GOOG-HEWT-00455628 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 552:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 553:**

| RFA 553 | GOOG-HEWT-00455629 | Admit | Deny | Basis for Denial |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 553:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

349

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 554:**

| RFA 554 | GOOG-HEWT-00455630 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 554:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 555:**

| RFA 555 | GOOG-HEWT-00455640 | Admit | Deny | Basis for Denial |
|---------|---------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

350

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

| RFA 555 | GOOG-HEWT-00455640 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 555:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 556:**

| RFA 556 | GOOG-HEWT-00455641 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 556:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

351

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 557:**

| RFA 557 | GOOG-HEWT-00455644 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 557:**

Google objects to this Request and each of its six subparts as compound, burdensome,

disproportionate to the needs of the case, excessive, and harassing. Google further objects that

this Request is an improper and incomplete discovery request in that it does not specifically set

forth the information it requests that Google admit. Google additionally objects that efforts to

establish the authenticity of documents are premature at this stage in the action, and it is

impossible for Google to admit or deny a document's admissibility at trial without context

surrounding the purpose for which a party seeks to admit the document into evidence. At an

appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

**REQUEST FOR ADMISSION NO. 558:**

| RFA 558 | GOOG-HEWT-00455645 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

352

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 558:**

2          Google objects to this Request and each of its six subparts as compound, burdensome,

3   disproportionate to the needs of the case, excessive, and harassing. Google further objects that

4   this Request is an improper and incomplete discovery request in that it does not specifically set

5   forth the information it requests that Google admit. Google additionally objects that efforts to

6   establish the authenticity of documents are premature at this stage in the action, and it is

7   impossible for Google to admit or deny a document's admissibility at trial without context

8   surrounding the purpose for which a party seeks to admit the document into evidence. At an

9   appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

10  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

11  **REQUEST FOR ADMISSION NO. 559:**

12

| RFA 559 | GOOG-HEWT-00455646 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A       |                    |       |      |                  |
| B       |                    |       |      |                  |
| C-1     |                    |       |      |                  |
| C-2     |                    |       |      |                  |
| C-3     |                    |       |      |                  |
| C-4     |                    |       |      |                  |

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 559:**

19         Google objects to this Request and each of its six subparts as compound, burdensome,

20  disproportionate to the needs of the case, excessive, and harassing. Google further objects that

21  this Request is an improper and incomplete discovery request in that it does not specifically set

22  forth the information it requests that Google admit. Google additionally objects that efforts to

23  establish the authenticity of documents are premature at this stage in the action, and it is

24  impossible for Google to admit or deny a document's admissibility at trial without context

25  surrounding the purpose for which a party seeks to admit the document into evidence. At an

26  appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable

27  stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

353

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

**REQUEST FOR ADMISSION NO. 560:**

| RFA 560 | GOOG-HEWT-00455647 | Admit | Deny | Basis for Denial |
|---------|--------------------|-------|------|------------------|
| A | | | | |
| B | | | | |
| C-1 | | | | |
| C-2 | | | | |
| C-3 | | | | |
| C-4 | | | | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 560:**

Google objects to this Request and each of its six subparts as compound, burdensome, disproportionate to the needs of the case, excessive, and harassing. Google further objects that this Request is an improper and incomplete discovery request in that it does not specifically set forth the information it requests that Google admit. Google additionally objects that efforts to establish the authenticity of documents are premature at this stage in the action, and it is impossible for Google to admit or deny a document's admissibility at trial without context surrounding the purpose for which a party seeks to admit the document into evidence. At an appropriate time, Google is willing to meet and confer with Plaintiffs regarding a reasonable stipulation as to the authenticity or admissibility of evidence the parties wish to use at trial.

Dated:   January 8, 2024

COOLEY LLP

By: _/s/ Whitty Somvichian_
Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

354

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD

1

**PROOF OF SERVICE**

2       I am a citizen of the United States and a resident of the State of California.  I am

3   employed in San Francisco County, State of California, in the office of a member of the bar of

4   this Court, at whose direction the service was made.  I am over the age of eighteen years, and not

5   a party to the within action.  My business address is Cooley LLP, 3 Embarcadero Center, 20th

6   Floor, San Francisco, California 94111-4004 and my email address is emartin@cooley.com.  On

7   the date set forth below I served the documents described below in the manner described below:

8   **GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF**
    **REQUESTS FOR ADMISSION (NOS. 1–560)**

9

10  ☒       (BY ELECTRONIC MAIL) I am personally and readily familiar with the business
            practice of Cooley LLP for the preparation and processing of documents in
11          portable document format (PDF) for e-mailing, and I caused said documents to be
            prepared in PDF and then served by electronic mail to the parties listed below.

12  on the following parties in this action:

13

14  **BLEICHMAR FONTI & AULD LLP**          **SIMMONS HANLY CONROY LLC**
15  Lesley Weaver                           Jason "Jay" Barnes (admitted *pro hac vice*)
    Anne Davis                              An Truong (admitted *pro hac vice*)
16  Joshua D. Samra                         Jenny Paulson
    Jooyoung Koo                            112 Madison Avenue, 7th floor
17  555 12th Street, Suite 1600             New York, NY  10016
    Oakland, CA  94607                      Tel:    (212) 784-6400
18  Tel:    (415) 445-4003                  Fax:    (212) 213-5949
19  Fax:    (415) 445-4020                  Email: jaybarnes@simmonsfirm.com
    Email: lweaver@bfalaw.com                      atruong@simmonsfirm.com
20         adavis@bfalaw.com                       jpaulson@simmonsfirm.com
           jsamra@bfalaw.com
21         jkoo@bfalaw.com                 ***Attorneys for Consolidated Plaintiffs***

22  ***Attorneys for Consolidated Plaintiffs***

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

355

**GOOGLE LLC'S OBJ. AND RESPONSES TO**
**PLFS' FIRST SET OF REQ. FOR ADMISSION**
**CASE NO. 4:21-CV-02155-YGR-VKD**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker
Jonathan Levine
Bethany Caracuzzo
1900 Powell Street, Suite 450
Emeryville, CA  94608
Tel:      (415) 692-0772
Fax:     (415) 366-6110
Email: ecp@pritzkerlevine.com
           jkl@pritzkerlevine.com
           bc@pritzkerlevine.com
           ccc@pritzkerlevine.com

*Attorneys for Consolidated Plaintiffs*

**COTCHETT PITRE & McCARTHY**
Joe Cotchett
Nanci Nishimura
Brian Danitz
Jeffrey G. Mudd
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:      650-697-6000
Fax:     650-597-0577
Email: POmalley@cpmlegal.com
           nnishimura@cpmlegal.com
           BDanitz@cpmlegal.com

Karin B. Swope
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Email: KSwope@cpmlegal.com

*Attorneys for Consolidated Plaintiffs*

**DICELLO LEVITT LLC**
David A. Straite (*admitted pro hac vice*)
485 Lexington Avenue. 10th Floor
New York, NY  10017
Tel:      (646) 993-1000
Email: dstraite@dicellolevitt.com

James Ulwick (*admitted pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel:      (312) 214-7900
Fax:     (312) 253-1443
Email: Julwick@dicellolevitt.com

*Attorneys for Consolidated Plaintiffs*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr.
Yury A. Kolesnikov
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Tel:      (858) 914-2001
Fax:     (858) 914-2002
Email: fbottini@bottinilaw.com
           ykolesnikov@bottinilaw.com

*Attorneys for Consolidated Plaintiffs*

Executed on January 8, 2024, at San Francisco, California.

_____
Eric Martin

GOOGLE LLC'S OBJ. AND RESPONSES TO
PLFS' FIRST SET OF REQ. FOR ADMISSION
CASE NO. 4:21-CV-02155-YGR-VKD