| | |
|---|---|
| COOLEY LLP | COOLEY LLP |
| MICHAEL G. RHODES (SBN 116127) | ROBBY L.R. SALDAÑA (DC No. 1034981) |
| (rhodesmg@cooley.com) | (rsaldana@cooley.com) |
| WHITTY SOMVICHIAN (SBN 194463) | (*Admitted pro hac vice*) |
| (wsomvichian@cooley.com) | KHARY J. ANDERSON (DC No. 1671197) |
| AARTI REDDY (SBN 274889) | (kjanderson@cooley.com) |
| (areddy@cooley.com) | (*Admitted pro hac vice*) |
| KYLE C. WONG (SBN 224021) | 1299 Pennsylvania Avenue, NW, Suite 700 |
| (kwong@cooley.com) | Washington, DC 20004-2400 |
| REECE TREVOR (SBN 316685) | Telephone:   +1 202 842 7800 |
| (rtrevor@cooley.com) | Facsimile:   +1 202 842 7899 |
| ANUPAM DHILLON (SBN 324746) | |
| (adhillon@cooley.com) | |
| ELIZABETH SANCHEZ SANTIAGO | |
| (SBN 333789) (lsanchezsantiago@cooley.com) | |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111-4004 | |
| Telephone:   +1 415 693 2000 | |
| Facsimile:   +1 415 693 2222 | |

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| | **PROOF OF SERVICE OF [UNREDACTED] DOCUMENTS** |
| This Document Relates to: *all actions* | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**POS OF [UNREDACTED] DOCUMENTS**
**CASE NO. 4:21-CV-02155-YGR-VKD**

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is gwilson@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**EXHIBIT 1 (UNREDACTED) to the Declaration of W. Somvichian**
**EXHIBIT 2 (UNREDACTED) to the Declaration of W. Somvichian**
**EXHIBIT 3 (UNREDACTED) to the Declaration of W. Somvichian**
**EXHIBIT 4 (UNREDACTED) to the Declaration of W. Somvichian**
**EXHIBIT 5 (UNREDACTED) to the Declaration of W. Somvichian**
**EXHIBIT 6 (UNREDACTED) to the Declaration of W. Somvichian**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA   94607<br>Tel:  (415) 445-4003<br>Fax:  (415) 445-4020<br>Email:  lweaver@bfalaw.com<br>            adavis@bfalaw.com<br>            jsamra@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY   10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>            atruong@simmonsfirm.com<br><br><br>*Attorneys for Consolidated Plaintiffs* |

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com<br>         jkl@pritzkerlevine.com<br>         bc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY 10017<br>Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com<br>         crhodes@dicellolevitt.com<br>         Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-597-0577<br>Email: POmalley@cpmlegal.com<br>         nnishimura@cpmlegal.com<br>         BDanitz@cpmlegal.com<br>         JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email: fbottini@bottinilaw.com<br>         ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on February 2, 2024, at Walnut Creek, California.

*Gina Wilson*
Gina Wilson

297707898