**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This document applies to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> **[Civil L.R. 7-11, 79-5(f)]** <br><br> Magistrate Judge Virginia K. DeMarchi <br><br> Hearing Date:   None set. |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal pending Google's submission of evidence, per Local Rule 79-5(f):

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Administrative Motion for Leave to Provide Courtesy Copies of Sealed Order Cited by Plaintiffs in the Parties' Joint Letter Brief re: Interrogatory No. 23 | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Joint Declaration of Lesley E. Weaver, Jason 'Jay' Barnes, and David A. Straite | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit A to the Joint Declaration | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibit B to the Joint Declaration | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 5 | Exhibit C to the Joint Declaration | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____          _____
                                      Hon. Virginia K. DeMarchi
                                      United States Magistrate Judge