1

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
2
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
3
1330 Broadway, Suite 630
4
Oakland, CA 94612
Tel.: (415) 445-4003
5
Fax: (415) 445-4020
*lweaver@bfalaw.com*
6
*adavis@bfalaw.com*
*jsamra@bfalaw.com*
7

8
*Counsel for Plaintiffs in RTB and Calhoun*

9

10
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
11

12
| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:21-cv-02155-YGR-VKD |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROVIDE COURTESY COPIES OF SEALED ORDER CITED BY PLAINTIFFS IN THE PARTIES' JOINT LETTER BRIEF RE: INTERROGATORY NO. 23** |
| This document applies to: *all actions.* | |
| | **Civil L.R. 7-11** |
| | Magistrate Judge Virginia K. DeMarchi |
| | Hearing Date:     None set. |

13

14

15

16

17

18

19

20

21

22
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**
23

24

25

26

27

28

Case No. 4:21-cv-02155-YGR-VKD