**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **JOINT DECLARATION OF LESLEY E. WEAVER, JASON 'JAY' BARNES, AND DAVID A. STRAITE REGARDING COURTESY COPIES OF SEALED ORDER CITED BY PLAINTIFFS IN THE PARTIES' JOINT LETTER BRIEF RE: INTERROGATORY NO. 23** <br><br> Magistrate Judge Virginia K. DeMarchi |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**