1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

11
12
13

| *In re Google RTB Consumer Privacy Litigation*, <br><br> This document applies to: *all actions.* | Case No. 4:21-cv-02155-YGR-VKD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO PROVIDE COURTESY COPIES OF SEALED ORDER CITED BY PLAINTIFFS IN THE PARTIES' JOINT LETTER BRIEF RE: INTERROGATORY NO. 23** |
|---|---|

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Leave to Provide Courtesy Copies of Sealed Order Cited by Plaintiffs in the Parties' Joint Letter Brief re: Interrogatory No. 23, Defendant Google LLC's response thereto, and good cause appearing, the Court GRANTS Plaintiffs' administrative motion. Plaintiffs' Exhibits A – C to the Joint Declaration of Lesley E. Weaver, Jason 'Jay' Barnes, and David A. Straite are DEEMED FILED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. VIRGINIA K. DEMARCHI
                                        UNITED STATES MAGISTRATE JUDGE