COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
*Admitted pro hac vice*
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
*Admitted pro hac vice*
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE FEBRUARY 2, 2024 JOINT LETTER BRIEFS (ERRATA)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOTION TO SEAL (ERRATA)
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion to Seal portions of the joint letter briefs and certain exhibits regarding disputes concerning: (1) Plaintiffs' Request for Production ("RFP") Nos. 125-127 and 130-133; (2) Plaintiffs' Interrogatory No. 22 and RFP Nos. 128-129; (3) Plaintiffs' Interrogatory No. 23; and (4) Plaintiffs' RFP No. 141, each filed on February 2, 2024 (together, the "February 2 Joint Letter Briefs").

Upon consideration of Google's motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Joint Letter Brief Regarding RFP Nos. 125-127 and 130-133 | Portions highlighted at pages 1–7 |
| Ex. A to the Joint Letter Brief Regarding RFP Nos. 125-127 and 130-133 | Portions highlighted at page 4 |
| Ex. B to the Joint Letter Brief Regarding RFP Nos. 125-127 and 130-133 | Portions highlighted at pages 9, 12–13 |
| Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at pages 1–6 |
| Ex. B to the Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at page 4 |
| Ex. D to the Joint Letter Brief Regarding Interrogatory No. 22 and RFP Nos. 128-129 | Portions highlighted at pages 9–10 |
| Joint Letter Brief Regarding Interrogatory No. 23 | Portions highlighted at pages 1–6 |
| Joint Letter Brief Regarding RFP No. 141 | Portions highlighted at pages 3, 6 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOTION TO SEAL (ERRATA)
CASE NO. 4:21-CV-02155-YGR-VKD