COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 660-1 AND 660-2)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD

1   Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2   Documents to remove from the docket the following documents (the "Exhibits to Joint Letter
3   Brief"):

- Exhibit A to Joint Letter Brief re RFPs 125-127, 130-133 (ECF 660-1); and
- Exhibit B to Joint Letter Brief re RFPs 125-127, 130-133 (ECF 660-2).

After the filing of the docket entries listed above, Google discovered that certain confidential information in the Exhibits to the Joint Letter Brief was inadvertently left unredacted. Google will promptly file corrected versions of these documents. As explained in Google's Administrative Motion to Seal Portions of the February 2, 2024 Letter Briefs (Errata) ("Motion to Seal") (ECF No. 669), the information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing if publicly disclosed. Accordingly, Google respectfully requests that the Exhibits to the Joint Letter Brief be permanently deleted from the docket and replaced with the redacted versions attached to the instant motion.

Dated: February 6, 2024                COOLEY LLP

By: /s/ Whitty Somvichian
    Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

297717237

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

GOOGLE'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
CASE NO. 4:21-CV-02155-YGR-VKD