# EXHIBIT A
# to Joint Letter Brief re
# RFPs 125-127, 130-133

### (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (Cal. Bar. No. 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 993-1000
Fax: (212) 213-5949
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs*

**COTCHETT, PITRE & McCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal. Bar No. 247403)
Karin Swope (admitted *pro hac vice*)
840 Malcom Road, Suite 200
Burlingame, CA 94010
Tel.: (650) 697-6000
Fax: (650) 697-0577
*nnishimura@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel. (858) 914-2001
Fax: (858) 914-2002
*fbottini@bottinilaw.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to all actions. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' EIGHTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, plaintiffs, by and through their undersigned counsel, hereby request that defendant Google LLC ("Google") produce documents

- 1 -    Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' EIGHTH REQUEST FOR PRODUCTION OF DOCUMENTS

affiliated entities, predecessors, successors, and parents, as well as their respective officers, directors, employees, partners, representatives, agents, attorneys, accountants, or other persons occupying similar positions or performing similar functions.

5. "Google Real Time Bidding," "Real Time Bidding" or "RTB" or "Google RTB" means the process or system by which Google shares and sells user information via programmatic auctions for ad placements and digital advertising.

6. "Including" shall be construed broadly to mean "including, but not limited to" and "without limitation."

7. "Participant(s)" means any person or entity that is able to view or otherwise access any information disclosed on Google Real Time Bidding.

8. Except for the terms defined hereof, and unless another meaning is obvious from the context and from a term's plain and ordinary usage, the terms used herein shall have the same meaning as they have in the operative Complaint in this Action.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 124:** Documents sufficient to show, on an annual basis from January 1, 2016 through December 31, 2023, the total number of Google account holders subject to a U.S. Terms of Service.

**REQUEST FOR PRODUCTION NO. 125:** Documents sufficient to show, on an annual basis from January 1, 2016 through December 31, 2023, Your total U.S. Google RTB revenues involving Google account holders subject to a U.S. Terms of Service.

**REQUEST FOR PRODUCTION NO. 126:** Documents sufficient to show, on an annual basis from January 1, 2016 through December 31, 2023, Your total U.S. Google RTB revenues involving Google account holders with I.P. addresses located in the U.S.

**REQUEST FOR PRODUCTION NO. 127:** Documents sufficient to show the user information and Data (including but not limited to identifiers, IP Adress, and geo-location data) that Google's

internal bidders in Google RTB auctions (such as DV360 and Google Ads and/or GDN) share with third parties, including advertisers.

**REQUEST FOR PRODUCTION NO. 128:** Documents of revenue impact studies or experiments, whether conducted by Google or by any third-party on Google's behalf, including but not limited to those that are similar to GOOG-HEWT-00456342, GOOG-HEWT-00312065, or GOOG-HEWT-00278056, in which ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ analyzed, measured, estimated or quantified.

**REQUEST FOR PRODUCTION NO. 129:** Documents sufficient to show any assumptions and Data used, considered or relied upon in the revenue impact studies or experiments described in Request for Production No. 128, including ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and categories of revenues analyzed, measured, estimated or quantified, including whether that revenue was all Google RTB revenue (i.e., including revenue ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**REQUEST FOR PRODUCTION NO. 130:** Documents to support Your contention that the cost information in GOOG-HEWT-00455901 constitutes marginal costs.

**REQUEST FOR PRODUCTION NO. 131:** Documents sufficient to show all U.S. RTB revenue marginal costs other than traffic acquisition costs as contended by Google's retained expert, Bruce Deal (Deal Report, p.14, n.39).

**REQUEST FOR PRODUCTION NO. 132:** Documents sufficient to show whether and the extent to which ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ customers engage in re-targeting.

**REQUEST FOR PRODUCTION NO. 133:** Documents sufficient to show, on an annual basis from January 1, 2016 through December 31, 2023, the proportion of Your revenue ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that is generated from the bidders facilitating re-targeting campaigns.

DATED: December 11, 2023

| **PRITZKER LEVINE LLP** | **COTCHETT, PITRE & McCARTHY LLP** |
|---|---|
| */s/ Elizabeth C. Pritzker* | Nanci E. Nishimura (SBN 152621) |
| Elizabeth C. Pritzker (SBN 146267) | Brian Danitz (SBN 247403) |
| Jonathan K. Levine (SBN 220289) | Karin B. Swope (admitted *pro hac vice*) |
| Bethany Caracuzzo (SBN 190687) | 840 Malcolm Road, Suite 200 |
| 1900 Powell Street, Suite 450 | Burlingame, CA 94010 |
| Emeryville, CA 94608 | Tel.: (650) 697-6000 |
| Tel.: (415) 692-0772 | Fax: (650) 697-0577 |
| Fax: (415) 366-6110 | *nnishimura@cpmlegal.com* |
| ecp@pritzkerlevine.com | *bdanitz@cpmlegal.com* |
| jkl@pritzkerlevine.com | *kswope@cpmlegal.com* |
| bc@pritzkerlevine.com | |

*Interim Class Counsel*

| **BLEICHMAR FONTI & AULD LLP** | **BOTTINI & BOTTINI, INC.** |
|---|---|
| Lesley Weaver (SBN 191305) | Francis A. Bottini, Jr. (SBN 175783) |
| Anne K. Davis (SBN 267909) | Anne Bottini Beste (SBN 326881) |
| Joshua D. Samra (SBN 313050) | 7817 Ivanhoe Avenue, Suite 102 |
| 555 12th Street, Suite 1600 | La Jolla, CA 92037 |
| Oakland, CA 94607 | Tel.: (858) 914-2001 |
| Tel.: (415) 445-4003 | Fax: (858) 914-2002 |
| Fax: (415) 445-4020 | *fbottini@bottinilaw.com* |
| *lweaver@bfalaw.com* | *abeste@bottinilaw.com* |
| *adavis@bfalaw.com* | |
| *jsamra@bfalaw.com* | **SIMMONS HANLY CONROY LLC** |

| **DICELLO LEVITT GUTZLER LLC** | Jason 'Jay' Barnes (admitted *pro hac vice*) |
|---|---|
| | An Truong (admitted *pro hac vice*) |
| David A. Straite (admitted *pro hac vice*) | Jennifer Paulson (admitted pro hac vice) |
| 485 Lexington Avenue, Suite 1001 | 112 Madison Avenue, 7th Floor |
| New York, New York 10017 | New York, NY 10016 |
| Tel.: (646) 993-1000 | Tel.: (212) 784-6400 |
| Fax: (212) 213-5949 | Fax: (212) 213-5949 |
| *dstraite@dicellolevitt.com* | *jaybarnes@simmonsfirm.com* |
| | *atruong@simmonsfirm.com* |
| James Ulwick (admitted *pro hac vice*) | *jpaulson@simmonsfirm.com* |
| Ten North Dearborn Street, Sixth Floor | |
| Chicago, IL 60602 | |

- 5 -      Case No. 4:21-cv-02155-YGR-VKD
PLAINTIFFS' EIGHTH REQUEST FOR PRODUCTION OF DOCUMENTS

Tel.: (312) 214-7900
*julwick@dicellolevitt.com*  **Counsel for Plaintiffs and the Proposed Class**

# CERTIFICATE OF SERVICE

I, Brian Danitz, hereby certify that on December 11, 2023, I caused a true and correct copy of the foregoing to be sent via electronic mail to the following counsel of record:

**COOLEY LLP**
Michael G. Rhodes
Whitty Somvichian
Aarti Reddy
Anu S. Dhillon
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 95111-4004
Tel: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com
areddy@cooley.com
adhillon@cooley.com
rtrevor@cooley.com

Counsel for Defendant Google, LLC

*/s/ Brian Danitz*
Brian Danitz

Case No. 5:21-cv-02155-LHK-SVK
CERTIFICATE OF SERVICE