COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>[~~Proposed~~] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 660-1 AND 660-2) |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD

1   Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed
2   Documents ECF Nos. 660-1 and 660-2 ("Motion"). Having considered the Motion and supporting
3   papers, the Court hereby **GRANTS** the Motion.  The Exhibits as referenced in the Motion shall be
4   permanently deleted from the public record and replaced with the redacted versions as attached to
5   Google's Motion.

7   **SO ORDERED.**

8   DATED: February 7, 2024

    *[signature: Virginia K. DeMarchi]*

    ~~The Honorable Yvonne Gonzalez Rogers~~
    ~~UNITED STATES JUDGE~~

    Hon. Virginia K. DeMarchi
    United States Magistrate Judge

297734500

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCS.
CASE NO. 4:21-CV-02155-YGR-VKD