COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
LIZ SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 666]** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEC. OF A. REDDY ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD**

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google and Plaintiffs' (collectively, the "Parties") concurrently-filed Joint Stipulation to Extend Time to Respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed [ECF No. 666]

2. On February 2, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") with regard to three documents containing information that Google has designated "Highly Confidential – Attorneys' Eyes Only." *See* ECF No. 666.

3. The materials and information subject to the Motion were filed in *Calhoun v. Google LLC*, 20-CV-05146, not in this action, and they comprise over 200 pages. My colleagues at Cooley LLP and I do not represent Google in the *Calhoun* action.

4. To provide Google sufficient time to review the voluminous materials subject to the Motion and to confer with Google's counsel in *Calhoun* regarding the materials' confidentiality, I requested that Plaintiffs agree to a one-week extension of Google's deadline to respond to the Motion. Plaintiffs agreed to this request on February 8, 2024.

5. This proposed extension will have no effect on the case schedule, since it does not affect any other deadline and the materials at issue in the Motion are already on file under seal, so the Court may assess them as it sees fit.

6. Pursuant to Local Rule 6-2, the following time modifications have occurred to date in this action:

- On April 22, 2021, the Parties stipulated to an initial extension of Google's time to respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

- On May 18, 2021, the Parties further stipulated to extend Google's deadline to answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an order regarding case consolidation and appointment of interim lead class counsel, or in the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 46).

- Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No. 80).
- On May 25, 2022, the Parties stipulated to revise the case schedule to allow pre-class certification discovery to occur efficiently (ECF No. 208).
- On June 1, 2022, the Court granted the Parties' stipulation to revise the case schedule as modified by the Court (ECF No. 221).
- On June 24, 2022, the Court granted the Parties' stipulation to extend Google's time to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).
- On July 15, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF No. 257).
- On August 5, 2022, the Court granted the Parties' stipulated request to move a discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).
- On August 11, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 12, 2022 (ECF No. 286).
- On August 23, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 29, 2022 (ECF No. 307).
- On September 7, 2022, the Court ordered a further revision to the case schedule in light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).
- On November 22, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until November 29, 2022 (ECF No. 369).
- On December 21, 2022, the Court entered an order granting in part Plaintiffs' motion to revise the case schedule (ECF No. 391).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD

- On January 18, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until January 19, 2023 (ECF No. 406).

- On March 2, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF No. 435).

- On March 15, 2023, the Court granted the Parties' stipulated request to move the hearing on Plaintiffs' motion for sanctions from April 4, 2023 to April 11, 2023 (ECF No. 449).

- On July 20, 2023, the Court granted the Parties' stipulated request to extend deadlines associated with sealing motions in connection with Plaintiffs' motion for class certification (ECF No. 552).

- On October 24, 2023, the Court granted the Parties' stipulated request to extend the briefing schedule on Google's motion to exclude Plaintiffs' expert Neil Richards (ECF No. 611).

- On January 24, 2024, the Court granted the Parties' stipulated request to revise the case schedule (ECF No. 656).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2024 in Chino Hills, California.

*/s/ Aarti Reddy*
Aarti Reddy

800034485

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:21-CV-02155-YGR-VKD