COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
LIZ SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

*Additional counsel listed on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>This Document Relates to: *all actions*,<br><br>　　　　　Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [Proposed] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 666]** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND
(Proposed) ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to Civil Local Rule 6-1(b), Consolidated Plaintiffs ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on February 2, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") with regard to three documents containing information that Google has designated "Highly Confidential – Attorneys' Eyes Only," *see* ECF No. 666,

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), absent an extension from the Court, Google must respond to Plaintiffs' Motion within seven days of its filing;

WHEREAS, the Parties have agreed to request that the Court extend Google's deadline to respond to the Motion by seven days to permit Google sufficient time to assess the materials subject to the Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, Google's response to Plaintiffs' Motion shall be due on February 16, 2024.

**IT IS SO STIPULATED.**

Dated: February 8, 2024                                        COOLEY LLP

                                                                 /s/ Aarti Reddy
                                                               Aarti Reddy
                                                               Attorney for Defendant
                                                               GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND
(PROPOSED) ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

| | | |
|---|---|---|
| 1 | Dated: February 8, 2024 | PRITZKER LEVINE LLP |
| 2 | | |
| 3 | | */s/ Elizabeth C. Pritzker* |
| 4 | | Elizabeth C. Pritzker |
| 5 | | Jonathan Levine<br>Bethany Caracuzzo |
| 6 | | **PRITZKER LEVINE LLP**<br>1900 Powell Street, Suite 450 |
| 7 | | Emeryville, CA 94608<br>Tel: (415) 692-0772 |
| 8 | | Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com |
| 9 | | jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com |
| 10 | | Joe Cotchett |
| 11 | | Nanci Nishimura<br>Brian Danitz |
| 12 | | Jeffrey G. Mudd<br>**COTCHETT PITRE & McCARTHY** |
| 13 | | 840 Malcolm Road, Suite 200<br>Burlingame, CA  94010 |
| 14 | | Tel: 650-697-6000<br>Fax: 650-597-0577 |
| 15 | | Email: POmalley@cpmlegal.com<br>nnishimura@cpmlegal.com |
| 16 | | BDanitz@cpmlegal.com<br>JMudd@cpmlegal.com |
| 17 | | Karin B. Swope |
| 18 | | **COTCHETT PITRE & McCARTHY**<br>999 N. Northlake Way, Suite 215 |
| 19 | | Seattle, WA 98103<br>Email: KSwope@cpmlegal.com |
| 20 | | David A. Straite (*admitted pro hac vice*) |
| 21 | | Corban Rhodes (*admitted pro hac vice*)<br>**DICELLO LEVITT LLC** |
| 22 | | 485 Lexington Avenue. 10th Floor<br>New York, NY  10017 |
| 23 | | Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com |
| 24 | | crhodes@dicellolevitt.com<br>Julwick@dicellolevitt.com |
| 25 | | James Ulwick (*admitted pro hac vice*) |
| 26 | | **DICELLO LEVITT LLC**<br>Ten North Dearborn St., 6th Floor |
| 27 | | Chicago, IL 60602<br>Tel: (312) 214-7900 |
| 28 | | Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com |

|   |   |
|---|---|
|   | Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>**BOTTINI & BOTTINI, INC.**<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>             ykolesnikov@bottinilaw.com<br><br>*Interim Class Counsel for Plaintiffs* |

**PURSUANT TO STIPULATION, IS SO ORDERED**

Dated: February 9, 2024

*[signature]*
Hon. Virginia K. DeMarchi
United States Magistrate Judge

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Aarti Reddy, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on February 8, 2024, in Chino Hills, California.

*/s/ Aarti Reddy*
Aarti Reddy

800035400

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND
(PROPOSED) ORDER
CASE NO. 4:21-CV-02155-YGR-VKD