**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF JAY BARNES IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR DISCOVERY BRIEFING SCHEDULE** |

I, Jay Barnes, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner with the law firm Simmons Hanly Conroy, LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and DiCello Levitt Gutzler LLC, represent Plaintiffs in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

3. In the accompanying motion, Plaintiffs request an order setting a discovery briefing

schedule. I submit this declaration in accordance with Civil Local Rule 7-11(a) to explain why Google's concurrence could not be obtained.

4. On May 24, 2022, the Parties held a meet and confer on outstanding discovery disputes. Google sought to brief discovery issues seriatim, whereas Plaintiffs sought to streamline the process into a joint letter brief. Google rejected this proposal.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th Day of May 2022, at New York, New York.

By: /s/ Jay Barnes
Jay Barnes (admitted *pro hac vice*)

*Attorney for Plaintiffs*