**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | **Case No.:** 4:21-cv-2155-YGR<br><br>**ORDER FOR OMNIBUS SEALING MOTION**<br><br>Re: Dkt. Nos. 499, 545, 547, 548, 549, 558, 583, 586, 587, 588, 608, 616, 618, 619, 620, 621, 622, 623, 627, 630, 633, 641, 643, 644, 649 |

Pending before the Court are several administrative motions to seal relating to parties' Motions for Relief of Nondispositive Orders, *Daubert* Motions, and Class Certification Motion. (Dkt. Nos. 499, 545, 547, 548, 549, 558, 583, 586, 587, 588, 608, 616, 618, 619, 620, 621, 622, 623, 627, 630, 633, 641, 643, 644, 649.) To address these motions efficiently and expeditiously, and to clean up the Court's docket in the meantime, the Court orders the parties to file a Joint Omnibus Sealing Motion, with the necessary accompanying declarations and documents, along with a Proposed Order that includes the following chart:

| Dkt. Requesting Seal | Document | Portion To Be Sealed | Basis for Sealing | Order |
|---|---|---|---|---|
| | | | | |

The parties shall file the requested chart by **Friday, March 15, 2023**. Chambers copies of the materials should be sent by end of the day the same day. Parties can use the Omnibus Sealing Motion and accompanying documents submitted in *In re Apple iPhone Antitrust Litig.*, No. 4:11-cv-6714-YGR (Dkt. No. 767), as an example. Parties shall also submit a word version of Proposed Order with the chart at: ygrpo@cand.uscourts.gov. The Court will issue an omnibus order addressing the sealing motions after it issues its Orders on the pending nondispositive motions for relief, *Daubert* motions, and motion for class certification.

This Order terminates Dkt. Nos. 499, 545, 547, 548, 549, 558, 583, 586, 587, 588, 608,

616, 618, 619, 620, 621, 622, 623, 627, 630, 633, 641, 643, 644, 649.

**IT IS SO ORDERED.**

Dated: February 9, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

2