| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Jomaire Crawford (admitted *pro hac vice*)<br>*jomairecrawford@quinnemanuel.com*<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |
| **DiCELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com*<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* | |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com*<br>*Counsel for Plaintiffs* | |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON PLAINTIFFS' MOTION FOR SANCTIONS (AS DIRECTED BY THE COURT IN DOCKET NO. 672)**<br><br>**Civil L.R. 6-2, 7-12**<br><br>**Honorable Susan van Keulen, USMJ** |

Pursuant to Civil Local Rules 6-2 and 7-12 and as directed by the Court, see Dkt. No. 672, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on May 24, 2022, Plaintiffs filed a motion for sanctions against Google (the "Motion," Dkt No. 670); and

WHEREAS, on May 23, 2022, per Civil L.R. 7-8(a), the Plaintiffs emailed the Court to request a hearing date for the Motion; and

WHEREAS, in response, the Court instructed the Parties to meet and confer on a briefing schedule for the Motion including a schedule for proposed findings of fact and conclusions of law (see also Dkt No. 672 requiring briefing schedule(s) to be proposed no later than May 26, 2022); and

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval:

1. The deadline for Google's opposition to Plaintiffs' motion for sanctions is July 1, 2022;

2. The deadline for Plaintiffs' reply in support of Plaintiffs' motion for sanctions is July 21, 2022;

Per Court Order dated May 25, 2022 (Dkt. No. 672), the deadline for the Parties' respective proposed findings of fact and conclusions of law is July 28, 2022, and the in-person hearing will be held on August 11, 2022 at 9:30 am. These dates remain in effect.

Dated: May 26, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* | By: */s/ Andrew Schapiro* |
| Lesley E. Weaver (Cal. Bar No. 191305) | Andrew H. Schapiro (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | *andrewschapiro@quinnemanuel.com* |
| Joshua D. Samra (Cal. Bar No. 313050) | 191 N. Wacker Drive, Suite 2700 |
| 555 12th Street, Suite 1600 | Chicago, IL 60606 |
| Oakland, CA 94607 | Tel: (312) 705-7400 |
| Tel.: (415) 445-4003 | Fax: (312) 705-7401 |
| Fax: (415) 445-4020 | |
| *lweaver@bfalaw.com* | Stephen A. Broome (CA Bar No. 314605) |
| *aornelas@bfalaw.com* | *stephenbroome@quinnemanuel.com* |
| *jsamra@bfalaw.com* | Viola Trebicka (CA Bar No. 269526) |
| | *violatrebicka@quinnemanuel.com* |
| **DICELLO LEVITT GUTZLER** | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| By: */s/ David Straite* | Tel: (213) 443-3000 |
| David A. Straite (admitted *pro hac vice*) | Fax: (213) 443-3100 |
| One Grand Central Place | |
| 60 East 42nd Street, Suite 2400 | Jomaire Crawford (admitted *pro hac vice*) |
| New York, New York 10165 | *jomairecrawford@quinnemanuel.com* |
| Tel.: (646) 933-1000 | 51 Madison Avenue, 22nd Floor |
| *dstraite@dicellolevitt.com* | New York, NY 10010 |
| | Tel: (212) 849-7000 |
| Amy E. Keller (admitted *pro hac vice*) | Fax: (212) 849-7100 |
| Adam Prom (admitted *pro hac vice*) | |
| Sharon Cruz (admitted *pro hac vice*) | Josef Ansorge (admitted *pro hac vice*) |
| Ten North Dearborn Street | *josefansorge@quinnemanuel.com* |
| Sixth Floor | 1300 I Street NW, Suite 900 |
| Chicago, IL 60602 | Washington D.C., 20005 |
| Tel.: (312) 214-7900 | Tel: (202) 538-8000 |
| *akeller@dicellolevitt.com* | Fax: (202) 538-8100 |
| *scruz@dicellolevitt.com* | |
| *aprom@dicellolevitt.com* | Jonathan Tse (CA Bar No. 305468) |
| | *jonathantse@quinnemanuel.com* |
| **SIMMONS HANLY CONROY LLC** | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| By: */s/ Jay Barnes* | Tel: (415) 875-6600 |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | Fax: (415) 875-6700 |
| An Truong (admitted *pro hac vice*) | |
| Eric Johnson (admitted *pro hac vice*) | |
| 112 Madison Avenue, 7th Floor | |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | |
| Fax: (212) 213-5949 | |
| *jaybarnes@simmonsfirm.com* | |
| *atruong@simmonsfirm.com* | |
| *ejohnson@simmonsfirm.com* | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2022, at Suffield, Connecticut.

*/s/ David Straite*
David A. Straite

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge