# EXHIBIT 2
# to the Declaration of W. Somvichian

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

|  | 1 |
|---|---|
|  | 2 |
|  | 3 |
|  | 4 |
|  | 5 |
|  | 6 |
|  | 7 |
|  | 8 |
|  | 9 |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| *In re Google RTB Consumer Privacy Litigation*, | Case No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This document applies to: *all actions.* | **JOINT DECLARATION OF LESLEY E. WEAVER, JASON 'JAY' BARNES, AND DAVID A. STRAITE REGARDING COURTESY COPIES OF SEALED ORDER CITED BY PLAINTIFFS IN THE PARTIES' JOINT LETTER BRIEF RE: INTERROGATORY NO. 23**<br><br>Magistrate Judge Virginia K. DeMarchi |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

We, Lesley E. Weaver, Jason 'Jay' Barnes, and David A. Striate, hereby declare as follows:

1. We are co-counsel of record for Plaintiffs in this matter. We are also co-lead counsel for Plaintiffs in the related action entitled *Calhoun v. Google LLC*, No. 4:20-cv-05146-YGR-SVK (N.D. Cal.). We have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. We submit this declaration and attach a courtesy copy of a sealed Court Order, relevant excerpts of that Order, and sealed hearing transcript cited in that Court Order from the related *Calhoun* docket. The Court Order contains information regarding to the retention of data and preservation of data in *Calhoun* relevant to the *RTB* Plaintiffs' request to compel complete answers to Interrogatory 23.

3. On January 29, 2024, Plaintiffs transmitted the unredacted versions of the Order and discovery hearing transcript to Google and requested that Google agree to provide a courtesy copy of relevant excerpts to the Court, or to meet and confer regarding the submission of a side-letter, as contemplated by ECF 313. On January 30, 2024, Google declined *Calhoun* counsel's request to consent to courtesy copies, and to meet and confer, and to file a side-letter.

4. On October 30, 2023, Google testified that the ▇▇▇▇▇▇▇▇▇▇▇ log (▇▇▇▇ and its Biscotti-keyed equivalent contain a "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇," *i.e.*, "all of the items, and … additional information." *See* Joint Letter Brief re: Interrogatory No. 23; *see also* Google 30(b)(6) Deposition at 88:19-90:15, (filed at ECF 616-12); Shafiq Rebuttal Rpt., filed at ECF 616-5, ¶¶ 102, 106 (summarizing Google admissions). The errata for the deposition was not finalized until late December 2023. The attached Court order and hearing transcript relate to retention and preservation of the ▇▇▇▇.

5. Attached as **Exhibit A** is a true and correct copy of the July 15, 2022 Order regarding Preservation of Data Logs in *Calhoun* ("Order," Sealed ECF 766).

6. Attached as **Exhibit B** is a true and correct copy of the relevant excerpts from the July 15, 2022 Order regarding Preservation of Data Logs in *Calhoun* ("Order," Sealed ECF 766), which excerpts include the following relevant information:

- That "there is an audit trail for all changes to all logs," *id.* at 8, thus indicating information relevant to Interrogatory 23 is readily available.
- That "mapping tables" were ordered "to be preserved in their entirety," except that data relating to the ▮▮▮ (which includes ▮▮ and Biscotti-keyed equivalent) were permitted to be de-crypted, re-encrypted, and preserved, thus indicating Google has the ability to preserve associating/linking data, and has done so in other actions. *Id.* at 8-10.
- That specific fields in the ▮▮ logs were preserved, including ▮▮▮ ▮▮▮ *id.* at 766-2, p. 19, thus indicating Google should have relevant RTB data pre-dating March 2020, and litigation holds and preservation orders in other actions encompass RTB relevant data.
- That the ▮▮ log retention period as of September 16, 2021 was ▮▮ days (*id.* at 766-3, p. 4), thus indicating Google likely and should have had up to three years of relevant data at the time *RTB* was filed and at least ▮▮▮ following, contradicting Google's claim that GAIA is only retained for ▮ days in the ▮▮ log.

7. Attached as **Exhibit C** is a true and correct copy of the June 30, 2022 *Calhoun* discovery hearing transcript referenced by the Court in its Data Log Preservation Order (*Calhoun* ECF 766 at 8), which records Google's assurances that Google will retain an audit trail reflecting any changes to logs. *See generally Calhoun* ECF 750 at 42:9-16; *id.* at 42:14-16 (THE COURT: "So they're recorded so that a record could be communicated to plaintiffs?" GOOGLE COUNSEL: "Correct.").

* * *

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of February, 2024 in Traverse City, Michigan.

/s/ Lesley E. Weaver
Lesley E. Weaver
**BLEICHMAR FONTI & AULD LLP**

Executed on this 2nd day of February, 2024 in Jefferson City, Missouri.

/s/ Jay Barnes
Jason 'Jay' Barnes
**SIMMONS HANLY CONROY LLC**

Executed on this 2nd day of February, 2024 in New York, New York.

/s/ David A. Straite
David A. Straite
**DICELLO LEVITT LLP**