# EXHIBIT 4
# to the Declaration of W. Somvichian

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

# EXHIBIT B
## Unredacted Version of Document Sought to be Sealed

## Highlighted to Reflect Relevant Portions

UNITED STATES DISTRICT COURT Northern District of California

# FAX TRANSMISSION

| **TO:** | | **FROM:** | Justin e          Fanthorpe |
|---|---|---|---|
| **FAX NUMBER:** | 94154454020 | **NO. OF PAGES:** (INCLUDING COVER): | 141 |
| **PHONE:** | | **DATE:** | 2022-07-15 |
| **RE:** | 4:20-cv-05146-YGR Calhoun et al | **TIME:** | 10:09:24 |

**SUBJECT:** 4:20-cv-05146-YGR Calhoun et al v. Google LLC

**DETAILS:**

**Justine Fanthorpe**
CRD to Magistrate Judge Susan van Keulen
280 South First Street, Room 2112
San Jose, CA 95113
United States District Court
Northern District of California
https://cand.uscourts.gov
Justine_Fanthorpe@cand.uscourts.gov
Office: 408-535-5375

2022/07/15 10:09:26 2 /141
Case 4:21-cv-02155-YGR   Document 675-8   Filed 02/16/24   Page 4 of 8
Case 4:20-cv-05146-YGR   Document 766 *SEALED*   Filed 07/15/22   Page 1 of 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR  (SVK)<br><br>**FILED UNDER SEAL**<br><br>**ORDER ADOPTING IN PART AND MODIFYING IN PART SPECIAL MASTER'S MAY 23, 2022 REPORT AND RECOMMENDATION RE PRESERVATION PLAN**<br><br>Re: Dkt. Nos. 604, 665 |

The Court has reviewed the Special Master's Reports and Recommendations relating to Google's preservation of data (Dkt. Nos. 604, 665)[1] and the Parties' objections and responses thereto (Dkt. Nos. 620, 622, 633, 635, 691, 695, 709, 714), as well as voluminous previous briefing relating to preservation issues submitted to the Court and to the Special Master throughout the course of this litigation. In addition, the Court held two hearings, on May 3, 2022 and June 30, 2022, on the Parties' objections to the Reports.

I.  **Relevant Background**

Because it informs this Court's rulings below, the Court provides brief context for the Reports and summarizes the history of the discovery disputes in both the *Brown*[2] and *Calhoun* actions that relate to Google's preservation of data, the subject of the Reports.

The *Brown* and *Calhoun* cases are both putative class actions alleging, *inter alia*, violation of privacy rights by Google arising out of Plaintiffs' use of certain Google products. A significant

---

[1] Dkt. 604 is also referred to herein as the "April 4, 2022 Report," and Dkt. 665 is referred to as the "May 23, 2022 Report" (collectively, the "Reports").

[2] *Brown, et al. v. Google*, 20-cv-3664-YGR.

2022/07/15 10:09:26 9 /141
Case 4:21-cv-02155-YGR   Document 675-8   Filed 02/16/24   Page 5 of 8
Case 4:20-cv-05146-YGR   Document 766 *SEALED*   Filed 07/15/22   Page 8 of 11

- Require Google to identify field names. (Plaintiffs' objection 15.) **SUSTAINED IN PART; OVERRULED IN PART.**

    Google to identify by **July 30, 2022** all field names for any data source from which data is to be preserved.

- Preservation of log retention periods and prohibit alteration to log structures. (Plaintiffs' objection 3.) **SUSTAINED IN PART; OVERRULED IN PART.**

    1. Log retention periods: The logs identified in proceedings before the Special Master are set forth in Exhibit 3. The logs in **bold font** did not, as of the date of the April 4, 2022 Report, have a retention period, such that the data in those logs was preserved in perpetuity. Accordingly, for the logs in **bold font** in Exhibit 3, no retention period may be instituted during the remainder of this litigation.

    2. At the June 30, 2022 hearing Google represented to the Court that there is an audit trail for all changes to all logs. Dkt. 750 at 42:9-16. Plaintiffs' request for notification of such changes at the time they are implemented is **DENIED**.

- Preservation of encryption keys. (Plaintiffs' objection no. 11). See ruling in section II.B.2, below.

- Preservation of mapping tables. (Plaintiffs' objection no. 12). **SUSTAINED.**

    Mapping tables are to be preserved in their entirety.

- Google cannot use the absence of any data not subject to this preservation plan to oppose any motion by the named Plaintiffs or claims made by absent class members. **SUSTAINED.**

    2.   **Google's Objections**

Google asserted three objections, two of which were directed at the breadth of the preservation protocols for the GAIA ▮▮▮ and ZWBK ▮▮▮ data sources as overly broad and unduly burdensome. Dkt. 694-4, pp. 3, 7. Those objections are **SUSTAINED IN PART** and the preservation protocols are modified by the Court as addressed in section C below and set forth in Exhibit 2 at pp. 11-12, 14-15.

Google's third objection relates to the preservation of the encryption keys, and Google proffered a solution which the Court hereby **ADOPTS**. Dkt. 694-8; Dkt. 713-8 ¶ 10.

8

2022/07/15 10:09:26 10 /141
Case 4:21-cv-02155-YGR   Document 675-8   Filed 02/16/24   Page 6 of 8
Case 4:20-cv-05146-YGR   Document 766 *SEALED*   Filed 07/15/22   Page 9 of 11

1  Accordingly, **within the next fifteen days**, Google shall undertake the following steps:

2  (1) decrypt the data to be preserved at the time of preservation so that Google no longer needs to

3  rely on the ▇▇▇▇▇▇▇; (2) re-encrypt the data in a safe and secured manner using a

4  new key created exclusively for this purpose; and (3) preserve the data and this new encryption

5  key for the duration of the litigation. This task is to be completed **no later than July 30, 2022**.

6  Finally, at the hearing, Google objected to retention of any data that pre-dates the class

7  period which begins July, 2016. The Court **SUSTAINS** this objection. Google may delete data

8  prior to July 1, 2016, provided it does not contravene any provision of this Order.

### C. The Parties' July Submissions and Modifications to Preservation Plan

The Court has given careful consideration to the Parties' proposals for the GAIA▇▇ and ZWBK▇▇ data sources pursuant to the arguments at the June 30, 2022 hearing and subsequent submissions. Unlike the other sources in Exhibit 2, GAIA▇▇ and ZWBK▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ most of which are not relevant to this litigation. As such, in light of the briefing and argument on June 30, 2022, the Court determines that the preservation instruction for these two data sources recommended by the Special Master in the May 23, 2022 Report, "Full ongoing preservation of certain fields (where they are present) from ENTIRE Keyspace (i.e. ALL COLUMNS)" is unworkable. The Parties' submissions of July 8 and July 11, 2022, reflected their competing proposals for selection of relevant columns whose fields would then be subject to the preservation protocol set forth in Exhibit 2. Dkt. Nos. 751-3; 753-1.

Plaintiffs' proposal has several unworkable components. The first proposal is that GAIA and ZWIEBACK identifiers be removed from the list of data parameters triggering preservation. These identifiers have served as key parameters throughout the process before the Special Master and will not be abandoned now. Second, Plaintiffs propose four categories of columns to be selected for sampling, each of which is too vague to provide meaningful parameters for selection and would serve only to ensure future disputes over compliance. The category "revenue

9

| 53 | [redacted] | **Modified Preservation**<br><br>Sample (10,000) Ongoing ALL FIELDS<br><br>Full ongoing preservation of certain fields (where they are present):<br>- Sync state: [redacted]<br>- Incognito Bit(s): maybe_chrome_incognito_do_not_use_without_consulting_legal_and_ads_identity_team<br>- OtherCookies[]<br>- IP v4 & v6: [redacted]<br>- Query: request, query<br>- Referrer: referrer_domain, referrer<br>- Useragent: user agent, useragent<br>- Gaia_id<br>- GAIAUserState: GAIAUserState<br>- Biscotti – Encrypted UID, UID, [redacted]<br>- Biscotti – UID<br>- Encrypted_user_biscotti_ppid<br>- Zwieback uid<br>- Essential_zwieback<br>- Rewritten Page URL: [redacted]<br>- Userinfo.userid: [redacted]<br>- Client Country: country, [redacted]<br><br>(Plaintiffs agreed to this type of preservation in #3 and Google agreed to this type of sampling in #62) |

| Item No. | Name of the Database or Log | Platform | Description | Default Retention | Retention as of 9/16/2021 |
|---|---|---|---|---|---|
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |