COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
ELIZABETH SANCHEZ SANTIAGO
(SBN 333789) (lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (DC No. 1034981)
(rsaldana@cooley.com)
(*Admitted pro hac vice*)
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 666)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
RESPONSE TO ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed a Response to Plaintiffs' Administrative Motion ("Google's Response") to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 666) in connection with their Administrative Motion for Leave to Provide Courtesy Copies of Sealed Order Cited by Plaintiffs in the Parties' Joint Letter Brief re: Interrogatory No. 23 ("Plaintiffs' Motion"), the Joint Declaration of Lesley E. Weaver, Jason 'Jay' Barnes, and David A. Straite ("Joint Declaration"), and the three accompanying exhibits ("Exhibits").

Upon consideration of Google's motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
| --- | --- |
| Administrative Motion for Leave to Provide Courtesy Copies of Sealed Order Cited by Plaintiffs in the Parties' Joint Letter Brief re: Interrogatory No. 23 (ECF No. 666-3) | Portions highlighted at PDF pages 3:22-25, 4:12, 4:14-16 |
| Joint Declaration of Lesley E. Weaver, Jason 'Jay' Barnes, and David A. Straite (ECF No. 666-4) | Portions highlighted at PDF pages 3:16-18, 3:22, 4:4, 4:8-9, 4:12, 4:14-15 |
| Ex. A to Joint Declaration (ECF No. 666-5) | Portions highlighted at PDF pages 5:25, 6:2, 6:12, 6:14-17, 6:25-26, 8:6, 8:22, 9:20-21, 9:28, 10:20, 11:22, 12:3, 12:11-15, 13:4-5, 13:7-8, 13:12, 13:15-16, 13:24, 16:1-2, 16:4-6, 17-66, 68-143 |
| Ex. B to Joint Declaration (ECF No. 666-6) | Portions highlighted at PDF pages 5:22, 6:3, 6:11-15, 7-8 |
| Ex. C to Joint Declaration (ECF No. 666-7) | Portions highlighted at transcript pages 7:12, 7:17, 7:24, 8:17-18, 8:21, 9:5-12, 9:19, 10:17-21, 13:25, 14:1-9, 14:11-12, 15:15, 15:23, 16:10-11, 16:20, 17:2, 17:25, 18:7, 18:16, 19:4, 20:12, 20:15, 21:10, 23:9, 23:11-12, 25:13, 26:15, 29:4, 29:25, 35:7, 35:19, 36:10, 36:15, 37:7, 38:2, 38:12-13, 38:15, 38:17, 40:20, 40:23, 44:23, 48:18, 49:4, 49:8, 57:18 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S
RESPONSE TO ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Dated: _____

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER RE GOOGLE'S
RESPONSE TO ADMIN. MOTION TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD