# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** February 21, 2024          **Time:** 9:28 a.m. to 11:52 p.m.          **Judge:** YVONNE GONZALEZ ROGERS
                                            2 hours 24 minutes

**Case No.**: 21-cv-2155-YGR          **Case Name:**  In Re Google RTB Consumer Privacy Litigation


**Attorney for Plaintiff:** David Straite; Nanci Nishimura; Elizabeth Pritzker; Jonathan Levine;
                     Karin Swope; Jay Barnes; Lesley Weaver; Brian Danitz; and Jeffrey Mudd
**Attorney for Defendant:** Whitty Somvichian; Aarti Reddy; and Reece Trevor

**Deputy Clerk:** Edwin Angelo A. Cuenco                    **Reported by:** Kendra Steppler; via Zoom

### PROCEEDINGS

Hearing on Motion for Class Certification and *Daubert* Motions - HELD.

Parties are ordered to meet and confer on a schedule of the case moving forward.