1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*, individually and on behalf of all similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR BRIEFING SCHEDULE FOR OUTSTANDING DISPUTES (DKT. NOS. 673, 677-2)**<br><br>Hon. Susan van Keulen, USMJ |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion For Briefing Schedule For Outstanding Disputes (Dkt. Nos. 673, 677-2) (together the "Motion"). Having considered the Motion, Opposition, and supporting documents, the Court finds there is good cause to **DENY** the Motion.

**IT IS SO ORDERED.**

_____       _____

DATE                     HON. SUSAN VAN KEULEN
                         United States Magistrate Judge