| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (SBN 194463)<br>(wsomvichian@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | PRITZKER LEVINE LLP<br>ELIZABETH C. PRITZKER (SBN. 146267)<br>(ecp@pritzkerlevine.com)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Telephone:   +1 415 692 0772<br>Facsimile:    +1 415 366 6110 |
| Attorneys for Defendant<br>GOOGLE LLC | Interim Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>This Document Relates to: *all actions*,<br><br>                    Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND
(PROPOSED) ORDER RE CASE SCHED.
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to the Court's commentary at the hearing on Plaintiffs' Motion for Class Certification and Civil Local Rules 6-1(b) and 6-2(a), Plaintiffs and Defendant Google LLC ("Google" and, collectively with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs' Motion for Class Certification and the Parties' related *Daubert* motions are fully briefed and pending (ECF Nos. 546, 582, 623-3, "Pending Motions");

WHEREAS, on February 23, 2024, this Court held a hearing on the Pending Motions;

WHEREAS, during that hearing, this Court advised the Parties that an extension of the case schedule may be appropriate until the Court issues an order on class certification (*See* 2/21/2024 Hearing Tr. at 99:11-17);

WHEREAS, the Parties previously proposed a schedule in which the Parties' opening expert reports would be due on April 5, 2024, rebuttal expert reports would be due on May 14, 2024, and dispositive and *Daubert* motions would be due on July 12, 2024 (ECF No. 654);

WHEREAS, the Parties agree that it would be most efficient to defer these deadlines until after the Court issues its rulings on the Pending Motions;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows and jointly apply for an order adopting the following case schedule:[1]

| Event | Deadline Under Prior Proposed Case Schedule (ECF No. 654) | Deadline Under New Case Schedule |
|---|---|---|
| Opening Expert Reports | April 5, 2024 | 60 days after the Court's order on class certification |
| Rebuttal Expert Reports | May 14, 2024 | 45 days after opening expert reports (105 days after the Court's order on class certification) |

---

[1] Upon issuance of the Court's order on class certification, the Parties will submit a revised stipulation with specific dates that correspond to the time intervals noted in this proposed schedule. The Parties reserve the right to adjust the timing of these proposed deadlines to account for conflicts among counsel and the Parties. Additionally, there are currently multiple discovery disputes pending before Judge DeMarchi. *See* ECF Nos. 660, 661, 662, 663, 664. If those disputes are not resolved before this Court issues its order on class certification, or if the resolution of those disputes substantially changes the scope of discovery, each party reserves rights to propose an alternative case schedule.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND
(PROPOSED) ORDER RE CASE SCHED.
CASE NO. 4:21-CV-02155-YGR-VKD

| Event | Deadline Under Prior Proposed Case Schedule (ECF No. 654) | Deadline Under New Case Schedule |
|---|---|---|
| Close of Expert Discovery | June 7, 2024 | 25 days after rebuttal expert reports (130 days after the Court's order on class certification) |
| Dispositive/*Daubert* Motions | July 12, 2024 | 30 days after close of expert discovery (160 days after the Court's order on class certification) |
| Oppositions to Dispositive/*Daubert* Motions | Not yet set | 40 days after Dispositive/*Daubert* Motions (200 days after the Court's order on class certification) |
| Replies ISO Dispositive/*Daubert* Motions | Not yet set | 28 days after Oppositions to Dispositive/*Daubert* Motions (228 days after the Court's order on class certification) |
| Hearing on Dispositive/*Daubert* Motions | Not yet set | 28 days after Replies ISO Dispositive/*Daubert* Motions (256 days after the Court's order on class certification) |
| Pretrial Conference | To be determined later | To be determined later |
| Jury Trial | To be determined later | To be determined later |

**SO STIPULATED.**

Dated: March 7, 2024               COOLEY LLP

                                   */s/ Whitty Somvichian*
                                   Whitty Somvichian
                                   Attorney for Defendant
                                   GOOGLE LLC

| | |
|---|---|
| Dated: March 7, 2024 | PRITZKER LEVINE LLP |

                                            */s/ Elizabeth C. Pritzker*
                                            Elizabeth C. Pritzker

Jonathan Levine
Bethany Caracuzzo
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel:  (415) 692-0772
Fax:  (415) 366-6110
Email:  ecp@pritzkerlevine.com
        jkl@pritzkerlevine.com
        bc@pritzkerlevine.com

***Interim Class Counsel for Plaintiffs***

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on March 7, 2024, in San Francisco, California.

                                            */s/ Whitty Somvichian*
                                            Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND
(PROPOSED) ORDER RE CASE SCHED.
CASE NO. 4:21-CV-02155-YGR-VKD

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, IS SO ORDERED

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

298978166

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION AND
(PROPOSED) ORDER RE CASE SCHED.
CASE NO. 4:21-CV-02155-YGR-VKD