UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion Re: Sealing Portions of Plaintiffs' Notice of Motion and Motion for an Order of Sanctions for Google's Discovery Misconduct ("Motion"). Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion for an Order of Sanctions for Google's Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages ii:25, v:13, v:23, 1:28, 2:2, 2:5, 2:15-16, 3:11, 4:5, 6:10, 6:12, 7:16, 8:1-4, 9:1, 9:5-6, 9:14-16, 9:18, 9:20, 9:25, 10:1, 11:16-18, 11:21, 12:20, 13:3-4, 14:23, 14:25, 15:2, 15:5, 15:18, 15:21, 15:25, 16:1, 17:14-16, 17:18-21, 17:25, 18:24, 20:5, 20:11, 21:13-14, 21:17, 21:20 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite In Support of Plaintiffs' Motion for Sanctions for Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages 4:28, 5:21, 6:11-13, 6:24, 6:26, 8:10-11, 8:16, 8:19, 8:26, 8:28, 9:2, 9:7-9, 9:11-14, 9:22, 9:27, 10:5-8, 10:11-12, 10:17-18, 10:20, 10:23, 10:25-26, 10:28, 11:1, 11:4, 11:7, 11:9-11, | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's |

| | | | |
|---|---|---|---|
| | | 11:13, 11:18, 11:23, 12:4, 12:6-12, 13:8, 13:26-27, 14:7, 14:10, 14:13, 14:22, 14:28-15:6, 15:8, 15:10, 16:4-6, 20:28, 21:1, 21:6, 21:13, 23:12, 23:25, 24:1, 24:5-7, 25:14-15, 26:1-5, 26:9, 26:20-21, 26:23-28, 27:3-4, 27:6-8, 27:10, 27:12-13, 27:16, 28:28, 29:6, 29:8-9, 29:13, 29:16, 32:18 | competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Exhibit 3 (January 29, 2021 Letter from Google to Plaintiffs) | GRANTED as to the portions at:<br><br>Pages 2-5 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Exhibit 4 (GOOG-CALH-00854375) | GRANTED as to the portions at: | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly |

| | Page 1 | | sensitive features of Google's internal systems and operations, including Google's internal project and its proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|---|
| Exhibit 5 (January 13, 2022 Deposition Transcript of Tim Schumann) | GRANTED as to the portions at:

Pages 6:19, 7:21, 8:10-13, 40:4, 41:1-2, 41:4, 41:10, 41:12-19, 41:21, 122:11, 122:14, 123:15, 125:1-3, 125:6-8, 125:10, 125:12, 125:14, 125:20-24, 131:19, 131:21, 132:6, 132:21, 133:2-3, 133:25, 186:22, 187:21, 188:12-14, 189:3, 189:6, 189:9-10, 189:13, 189:23 | | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise |

| | | | |
|---|---|---|---|
| | | | Google's internal practices relating to competing products. |
| | Exhibit 6 (April 9, 2021 Deposition Transcript of David Monsees) | GRANTED as to the portions at:<br><br>Pages 9:4, 9:8, 9:11 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Exhibit 7 (GOOG-CALH-01170421) | GRANTED as to the portions at:<br><br>Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal data signals and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as |

| | | |
|---|---|---|
| | | competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 8 (Google's March 4, 2022 Supplemental Responses and Objections to Plaintiffs' Fifth Set of Interrogatories (Nos. 27, 30, 33-34)) | GRANTED as to the portions at:<br><br>Pages 8:2, 8:5-7, 8:9, 8:14-15, 8:21, 8:24, 9:1, 9:5, 9:9, 19:3-4, 19:8-10, 19:12, 20:17-19, 20:21 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 9 (January 25, 2022 Letter from Google to Plaintiffs and Special Master) | GRANTED as to the portions at:<br><br>Pages 1-6 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating |

| | | |
|---|---|---|
| | | and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 10 (December 20, 2021 Deposition Transcript of Sam Heft-Luthy) | GRANTED as to the portions at:<br><br>Pages 6:11, 7:3, 7:5, 7:16, 11:21, 12:15, 52:10, 52:21, 53:4, 53:6-8, 53:10, 53:13, 53:15-19 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit 11 (GOOG-CABR-05585871) | GRANTED as to the portions at:<br><br>Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally |

| | | | |
|---|---|---|---|
| | | | known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Exhibit 12 (GOOG-CABR-05885181) | GRANTED as to the portions at:<br><br>Entirety | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | [Proposed] Order Granting Motion for Sanctions for Google's | GRANTED as to the portions at:<br><br>Page 3:13 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal |

| Discovery Misconduct | | systems and operations, including Google's internal project, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|

**SO ORDERED**.

DATED:_____          _____
                                      HON. SUSAN VAN KEULEN
                                      UNITED STATES MAGISTRATE JUDGE