# EXHIBIT 4

# Redacted Version of Document Sought to be Sealed

Message

From: Tim Schumann [tschumann@google.com]
Sent: 1/25/2021 4:34:22 PM
To: Mikel Astiz [mastiz@google.com]

- **Tim Schumann**, 2021-01-25 08:34:22

qq: when a user clears their sync data (via <a href="https://www.google.com/url?q=http://chrome.google.com/sync&amp;sa=D&amp;source=hangouts&amp;ust=1611678862636000&amp;usg=AFQjCNGgiOBhEZ7h_z3SEqK723TP5_OuMw">chrome.google.com/sync</a>), we&#39;d still keep some metadata server-side, right?

- **Tim Schumann**, 2021-01-25 08:34:31

Meaning we could tell all accounts that ever enabled sync, right?

- **Mikel Astiz**, 2021-01-25 08:48:59

yes, I think so

- **Tim Schumann**, 2021-01-25 08:49:33

hah, but thanks to ▬▬▬ we probably can&#39;t tell if that was sync or just a sign-in event.

- **Mikel Astiz**, 2021-01-25 08:50:29

it&#39;s really blurry anyway these days

CONFIDENTIAL

GOOG-CALH-00854375