# EXHIBIT 10
# Redacted Version of Document Sought to be Sealed

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | NORTHERN DISTRICT OF CALIFORNIA |
| 3  | SAN JOSE DIVISION |
| 4  |    |
| 5  | PATRICK CALHOUN, ET AL., ON |
| 6  | BEHALF OF THEMSELVES AND ALL |
| 7  | OTHERS SIMILARLY SITUATED, |
| 8  |     PLAINTIFFS, |
| 9  |   vs.                             NO. 5:20-CV-05146-LHK-SVK |
| 10 | GOOGLE LLC, |
| 11 |     DEFENDANT. |
| 12 | _____/ |
| 13 |    |
| 14 | *CONFIDENTIAL* |
| 15 | VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY |
| 16 | *VIA REMOTE COUNSEL VIDEOCONFERENCE* |
| 17 | MONDAY, DECEMBER 20, 2021 |
| 18 | VOLUME I |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 | STENOGRAPHICALLY REPORTED BY: |
| 23 | MEGAN F. ALVAREZ, RPR, CSR No. 12470 |
| 24 | JOB NO. 4974193 |
| 25 | PAGES 1 - 331 |

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5  PATRICK CALHOUN, ET AL., ON
 6  BEHALF OF THEMSELVES AND ALL
 7  OTHERS SIMILARLY SITUATED,
 8       PLAINTIFFS,
 9    vs.         NO. 5:20-CV-05146-LHK-SVK
10  GOOGLE LLC,
11       DEFENDANT.
12  _____/
13
14
15
16       Videotaped Videoconference Deposition of
17  SAM HEFT-LUTHY, Volume I, taken on behalf of Plaintiffs,
18  VIA REMOTE COUNSEL.  Deponent testifying from
19  San Francisco, California, beginning at 9:06 a.m. and
20  ending at 6:35 p.m. on Monday, December 20, 2021, before
21  Megan F. Alvarez, RPR, Certified Shorthand Reporter
22  No. 12470.
23
24
25
                                                    Page 2
```

```
 1  APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)
 2
 3  FOR PLAINTIFFS:
 4       BY: JASON "JAY" BARNES, ESQ
 5           AN V TRUONG, ESQ
 6       SIMMONS HANLY CONROY
 7       ONE COURT STREET
 8       ALTON, ILLINOIS 62002
 9       618 693 3104
10       JAYBARNES@SIMMONSFIRM COM
11  AND
12       BY: LESLEY WEAVER, ESQ
13       BLEICHMAR FONTI & AULD LLP
14       555 12TH STREET, SUITE 1600
15       OAKLAND, CALIFORNIA 94607
16       415 445 4003
17       LWEAVER@BFALAW COM
18  AND
19       BY: DAVID A STRAITE, ESQ
20       DICELLO LEVITT GUTZLER
21       ONE GRAND CENTRAL PLACE
22       60 EAST 42ND STREET, SUITE 2400
23       NEW YORK, NEW YORK 10165
24       646 933 1000
25       DSTRAITE@DICELLOLEVITT COM
                                                    Page 3
```

```
 1  APPEARANCES: (CONTINUED)
 2
 3  FOR DEFENDANTS:
 4       BY: CARL SPILLY, ESQ.
 5           JOMAIRE CRAWFORD, ESQ.
 6       QUINN EMANUEL URQUHART & SULLIVAN LLP
 7       51 MADISON AVENUE, 22ND FLOOR
 8       NEW YORK, NEW YORK 10010
 9       212.849.7000
10       JOMAIRECRAWFORD@QUINNEMANUEL.COM
11       CARLSPILLY@QUINNEMANUEL.COM
12
13  ALSO PRESENT:
14       TONI BAKER, GOOGLE IN-HOUSE COUNSEL
15
16  THE VIDEO OPERATOR:
17       DAVID WEST, VERITEXT
18
19
20
21
22
23
24
25
                                                    Page 4
```

```
 1              INDEX
 2  WITNESS                       EXAMINATION
 3  SAM HEFT-LUTHY
 4  VOLUME I
 5    BY MR. BARNES                    21
 6
 7            --o0o--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 5
```

```
 1        EXHIBITS MARKED FOR IDENTIFICATION
 2  No.         Description              Page
 3  Exhibit 1   LinkedIn profile of Sam ............22
 4              Heft-Luthy
 5
 6  Exhibit 2   Document entitled "Key ..............52
 7              experience challenges," Bates
 8              GOOG-CABR-04754160 through
 9              4754167
10
11  Exhibit 3   Document entitled [REDACTED] ....81
12              Perspective readout, 9/2/2000,"
13              Bates GOOG-CABR-04754257 through
14              4754291
15
16  Exhibit 4   Document entitled "All new ..........99
17              content moved over to the
18              Perspective draft," Bates
19              GOOG-CABR-04754929 through
20              4754315
21
22
23
24
25
                                              Page 6
```

```
 1        EXHIBITS MARKED FOR IDENTIFICATION
 2  No.         Description              Page
 3  Exhibit 5   Document entitled [REDACTED] ...109
 4              Perspective, Toward a
 5              [REDACTED] experience
 6              strategy," Bates
 7              GOOG-CABR-04754627 through
 8              4754632
 9
10  Exhibit 6   Document entitled "A new ...........124
11              approach to building trust, User
12              & PDPO UX, 10/13/2020," Bates
13              GOOG-CABR-03683283 through
14              3683355
15
16  Exhibit 7   Document entitled [REDACTED] ...129
17              Experience Vision, Agency
18              kick-off, 1/20/21," Bates
19              GOOG-CABR-04834261 through
20              4834299
21
22  Exhibit 8   Document entitled "1P ..............134
23              cross-product sharing control,"
24              Bates GOOG-CABR-04344170 through
25              4344173
                                              Page 7
```

```
 1        EXHIBITS MARKED FOR IDENTIFICATION
 2  No.         Description              Page
 3  Exhibit 9   Document entitled "SUNDAR ..........139
 4              presentation building blocks and
 5              owners," Bates
 6              GOOG-CABR-04015202 through
 7              4015206
 8
 9  Exhibit 10  Document entitled "'Security .......145
10              Products,' messaging
11              opportunities," Bates
12              GOOG-CABR-04343585 through
13              4343588
14
15  Exhibit 11  Document entitled "1P ..............145
16              cross-product sharing control,"
17              Bates GOOG-CABR-04344170 through
18              4344173
19
20  Exhibit 12  Privacy controls audit, Bates ......156
21              GOOG-CABR-03682003
22
23  Exhibit 12A Excel native file, Privacy .........159
24              controls audit, Bates
25              GOOG-CABR-03682003
                                              Page 8
```

```
 1        EXHIBITS MARKED FOR IDENTIFICATION
 2  No.         Description              Page
 3  Exhibit 13  Document entitled "Do we have ......160
 4              set of devices syncing to GAIA
 5              XXX?"
 6
 7  Exhibit 14  E-mail dated 6/8/21 from Raquel ....163
 8              Ruiz to Diogo Marques, My Linh,
 9              et al., Subject: 2021-06-08,
10              Reassure xPA sync - Notes, Bates
11              GOOG-CABR-04648710 through
12              4648712
13
14  Exhibit 15  E-mail string, topmost dated .......180
15              10/15/19 from Sam Heft-Luthy to
16              pdpo-pm, Subject Fwd:
17              Aftenposten's story in
18              tomorrow's print edition, Bates
19              GOOG-CABR-03797625 through
20              3797628
21
22  Exhibit 16  Sam Heft-Luthy on Substack .........188
23
24
25
                                              Page 9
```

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 17 | Article entitled "Markets, Subjects, and The State," dated 8/1/2020 by Sam Heft-Luthy | 190 |
| Exhibit 18 | Message string, topmost dated 5/8/19 from Alexander Schiffhauer to Dina Lamdany, Jason Tiller, Megan Potoski, et al., Subject APM 16, Bates GOOG-CABR-03681851 through 3681856 | 192 |
| Exhibit 19 | E-mail string, topmost dated 10/22/2020 from Greg Fair to Sam Heft-Luthy Subject Re: Program Review: Privacy Surfaces, Bates GOOG-CABR-03820864 through 3820869 | 205 |
| Exhibit 20 | Document entitled "User Privacy Moment Outline," Bates GOOG-CABR-04343377 through 4343390 | 213 |

Page 10

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 21 | Forums Overview document, Bates GOOG-CABR-04344029 through 4344038 | 217 |
| Exhibit 22 | Message string, topmost dated 1/16/2020 from Jason Liu to Jason Tiller, Megan Potoski, Spriha Baruah, et al., Subject APM 16, Bates GOOG-CABR-04034636 and 4034637 | 219 |
| Exhibit 23 | Document entitled "GBO Comm Doc: March 2021 Google privacy Update," last updated 3/31/2021, Bates GOOG-CABR-04755505 through 4755542 | 223 |
| Exhibit 24 | Document entitled "Why ▮▮▮▮▮?" Bates GOOG-CALH-00027419 | 225 |

Page 11

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 25 | Responses to Client Questions document, Bates GOOG-CABR-04342101 through 4342102 | 230 |
| Exhibit 26 | Excel spreadsheet, Bates GOOG-CALH-00061965 | 236 |
| Exhibit 27 | PDF printed version of Exhibit 26, Excel spreadsheet, Bates GOOG-CALH-00061965 | 236 |
| Exhibit 28 | ▮▮▮▮ Video Clip 7, Bates GOOG-CALH-00045185 | 247 |
| Exhibit 29 | Document entitled "Team Deep Dive, Q4 2020, Ads Identity & Infrastructure," Bates GOOG-CALH-00374314 through 374448 | 247 |

Page 12

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 30 | E-mail dated 9/26/18 from David Monsees to Reed La Botz, copying Carmela Acevedo, Sam Heft-Luthy, privacy advisor team, Subject: Re: Unauth search history questions, Bates GOOG-CALH-00452378 through 452380 | 251 |
| Exhibit 31 | Screenshot of Google "Ad personalization settings" page | 256 |
| Exhibit 32 | Document entitled "Google Terms of Service, effective March 30, 2020" | 265 |
| Exhibit 33 | Document entitled "Google Chrome Privacy Notice, Last modified: September 23, 2021" | 268 |
| Exhibit 34 | Google Privacy Policy, effective July 1, 2021 | 273 |

Page 13

CONFIDENTIAL

```
         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                    Page
Exhibit 35  Document entitled "Privacy .........261
            Advisor on Search, Launch
            Analysis (2018/10/24 -
            2018/11/30)," Bates
            GOOG-CALH-00294071 through
            294104

Exhibit 36  E-mail dated 9/12/18 from David ....272
            Warren to Sam Heft-Luthy,
            Subject: Privacy Advisor word
            design," Bates
            GOOG-CABR-03681278 and 3681279

Exhibit 37  E-mail dated 5/7/18 from Micha .....293
            Segeritz to Maxim Kachurovskiy,
            copying Siarhei Kuryla, Greg
            Fair, Sam Heft-Luthy, et al.,
            Subject: Re: Improvements to our
            Privacy Policy and Privacy
            Controls, Bates
            GOOG-CABR-00184893 through
            184902
                                                Page 14

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                    Page
Exhibit 38  Message string from Tessa Lueth ....296
            to Sam Heft-Luthy, Subject:
            [draft] Privacy P... - if this
            is too casual, we can remove,
            Bates GOOG-CABR-03680866

Exhibit 39  ** CLAWBACK EXHIBIT ** Bates .......298
            GOOG-CABR-04340091 through
            4341036

Exhibit 40  E-mail string, topmost dated .......306
            4/21/21 from Sean Convery to
            Peter Martin, copying Cary
            Bassin, Panos Mavrommatis, Sam
            Heft-Luthy, Jochen Eisinger, et
            al., Subject: Re: Update on Ads
            Guarantee for Security Products,
            Bates GOOG-CABR-04468818 through
            4468822
                                                Page 15

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                    Page
Exhibit 41  Document entitled "Safer with ......313
            Google, Immersion - PDPO,
            03.17.21," Bates
            GOOG-CABR-05360799 through
            5360831

Exhibit 42  Document entitled "3 privacy .......315
            levers for building trustworthy
            products, July 15, 2021," Bates
            GOOG-CABR-05263127 through
            5263313

Exhibit 43  Document entitled "Privacy .........315
            Holding Tank," Bates
            GOOG-CABR-03683723 through
            3683731
                                                Page 16

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                    Page
Exhibit 44  E-mail string, topmost dated .......317
            8/3/2020 from Sammit Adhya to
            Jan Hannerman, copying Greg
            Fair, Sam Heft-Luthy, Johanna
            Woll, Klio Rapakoulia, Robert
            Brauer, Subject: Re:
            Considerations for a short-link
            to signed out controls, Bates
            GOOG-CABR-00190671 through
            190677

Exhibit 45  E-mail, Subject: Launched: .........320
            update to Google's Privacy
            Policy, Bates GOOG-CABR-03681127
            through 3681129
                                                Page 17
```

5 (Pages 14 - 17)

Veritext Legal Solutions
866 299-5127

## Page 18

```
 1        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
 2                        Page  Line
                          No.   No.
 3  Q.  Mr. Heft-Luthy, were you instructed ...45   11
 4      not to answer questions about
 5      consent by your counsel?
 6  Q.  Other than attorney-client ...........307   9
 7      privilege and sensitive
 8      communications, what did your
 9      lawyers tell you today,
10      Mr. Heft-Luthy?
11  Q.  Did your lawyers tell you to take a ..307   15
12      long time in answering question
13      about whether e-mails that came
14      from your account were indeed from
15      you?
16  Q.  Did your lawyers instruct you not ....308   4
17      to answer direct questions about
18      the privacy policy, Mr. Heft-Luthy?
19
20
21
22
23
24
25
```

## Page 19

```
 1          MONDAY, DECEMBER 20, 2021
 2              9:06 A M
 3
 4              --o0o--
 5
 6       THE VIDEO OPERATOR:  Good morning  We are       09:06:00
 7  on the record  The time is 9:06 a m  The date       09:06:01
 8  today is December 20, 2021                           09:06:06
 9       Please note the microphones are sensitive       09:06:12
10  and may pick up whispering and private               09:06:12
11  conversations                                        09:06:12
12       Audio and video recording will continue to      09:06:12
13  take place unless all parties agree to go off the    09:06:12
14  record              09 06:12
15       This is Media Unit 1 of the video-recorded      09:06:22
16  deposition of Sam Heft-Luthy taken by counsel for    09:06:26
17  plaintiff in the matter of the Patrick Calhoun,     09:06:31
18  et al  vs  Google LLC filed in United States        09:06:33
19  District Court for the Northern District of         09:06:37
20  California, San Jose Division  The case number is  09:06:41
21  5:20-CV-05146-LHK-SVK                                09:06:43
22       The deposition is being conducted using        09:06:51
23  Remote Counsel technology, and all participants are 09:06:53
24  attending remotely                                   09:06:55
25       My name is David West  I am the                09:06:57
```

## Page 20

```
 1  videographer.  The court reporter is Megan Alvarez.  09:07:01
 2  We represent Veritext Legal Solutions.  I'm not      09:07:03
 3  related to any party in this action, nor am I        09:07:06
 4  financially interested in the outcome.               09:07:09
 5       Counsel will now state their appearances        09:07:11
 6  and affiliations for the record.                     09:07:13
 7       If there are any objections to proceeding,      09:07:15
 8  please state them at the time of your appearance     09:07:16
 9  beginning with noticing attorney.                    09:07:19
10       MR. BARNES:  Thank you, Mr. West.               09:07:22
11       Jay Barnes and An Truong from                   09:07:24
12  Simmons Hanly Conroy on behalf of the plaintiffs.    09:07:25
13       We also have Lesley Weaver of BFA and           09:07:27
14  David Straite of DiCello Levitt Gutzler here with us 09:07:31
15  today.                                               09:07:34
16       MR. SPILLY:  Carl Spilly from Quinn             09:07:36
17  Emanuel on behalf of the witness and Google.         09:07:38
18       Also with me is Jomaire Crawford from           09:07:43
19  Quinn Emanuel and Toni Baker from -- who is Google   09:07:46
20  in-house counsel.                                    09:07:50
21       THE VIDEO OPERATOR:  Thank you.                 09:07:53
22       The court reporter may now swear the            09:07:53
23  witness in and we will continue.                     09:07:55
24  ///
25  ///
```

## Page 21

```
 1                                   09:07:55
 2            SAM HEFT-LUTHY,                          09:07:55
 3  called as a witness by the Plaintiffs, having       09:07:56
 4  been first duly sworn, was examined and             09:07:56
 5  testified as follows:                               09:08:19
 6            --o0o--                                   09:08:19
 7            EXAMINATION                               09:08:19
 8  BY MR. BARNES:                                      09:08:20
 9  Q.  Good morning, Mr. Heft-Luthy.  You stated       09:08:20
10  before this was the first time you'd taken -- given 09:08:22
11  testimony in a deposition, so let me go over some -- 09:08:26
12  some quick ground rules.                            09:08:28
13       If you need to take a break, let me know.      09:08:30
14  The rule, though, is you can't ask for a break in   09:08:31
15  the middle of a question.                           09:08:35
16       Do you understand that?                        09:08:37
17  A.  I understand, yes.                              09:08:38
18  Q.  Okay.  And great, you also -- you did           09:08:39
19  something great.  We always tell witnesses that when 09:08:42
20  you answer a question, you have to answer verbally  09:08:45
21  and not by shaking your head yes or no, because     09:08:48
22  shaking your head yes or no doesn't go well in the  09:08:51
23  transcript.                                         09:08:53
24       Do you understand that?                        09:08:53
25  A.  I do, yes.                                      09:08:54
```

## Page 50

```
 1  that we do fits that legal advice in -- you know, in     09:50:05
 2  whatever legal regime that we're operating in.           09:50:10
 3      Again, I can go into the specifics around            09:50:13
 4  the way we try to improve transparency, some of the      09:50:15
 5  choices that we make.  But with regards to how we        09:50:18
 6  think about consent, that's, again, going to depend      09:50:21
 7  a lot on the context in which we're operating here.      09:50:25
 8  BY MR. BARNES:                                           09:50:28
 9      Q.  What is your understanding of that which         09:50:29
10  is necessary to obtain consent from users in the         09:50:30
11  United States to collect their browsing history?         09:50:34
12      MR. SPILLY:  Objection.  Calls for a legal           09:50:42
13  conclusion.                                              09:50:43
14      THE WITNESS:  So, again, I -- in any                 09:50:46
15  moment with regards to a consent that we would have      09:50:49
16  to deliver in order to collect user browsing             09:50:53
17  history, I can walk through the process of               09:50:57
18  development there.                                       09:50:59
19      So what would happen is if there's new               09:51:00
20  obligations changing our responsibilities, new law       09:51:02
21  that's passed, new interpretation of existing law,       09:51:06
22  we'll receive counsel from counsel and change our        09:51:10
23  products in order to -- in order to match whatever       09:51:14
24  change in legal regime we're operating in.  That         09:51:18
25  includes the United States in various ways.  I can't     09:51:22
```

## Page 51

```
 1  speak to the overall legal regime of the                 09:51:25
 2  United States in much detail, but I'll be counseled      09:51:27
 3  on the specifics of that if something is relevant to     09:51:29
 4  a product that we're working on.                         09:51:32
 5  BY MR. BARNES:                                           09:51:34
 6      Q.  It's entirely a legal construct, not             09:51:34
 7  concern about how a consumer might answer the            09:51:37
 8  question, "Did I consent to that?"  Correct?             09:51:40
 9      MR. SPILLY:  Objection to the form.                  09:51:46
10      THE WITNESS:  As -- as I've said before,             09:51:49
11  the work that we do concretely with regards to any       09:51:51
12  legal obligation that we have is certainly not           09:51:56
13  ignorant of user understanding, user transparency,       09:52:00
14  user engagement.  I'm sure we have exhibits that we      09:52:04
15  can go through to talk about the user research that      09:52:08
16  we do.                                                   09:52:11
17      So I wouldn't say that it's fair to                  09:52:13
18  summarize the work that we do in consent as entirely     09:52:15
19  unrelated to user understanding.  Though, again, I'm     09:52:19
20  not going to be able to speculate on legal questions     09:52:23
21  of validity or -- or consent specifically as a legal     09:52:25
22  construct here.                                          09:52:31
23  BY MR. BARNES:                                           09:52:31
24      Q.  Mr. Heft-Luthy, I -- we've placed                09:52:32
25  Exhibit 2 in the share file.  Please let me know         09:52:35
```

## Page 52

```
 1  when that's been transmitted?                            09:52:38
 2      MR. BARNES:  And, Ms. Truong, if you could           09:52:40
 3  do a screen share, please.                               09:52:42
 4      (Whereupon Exhibit 2 was marked for                  09:52:44
 5      identification.)                                     09:52:44
 6  BY MR. BARNES:                                           09:52:51
 7      Q.  While we're waiting for Ms. Crawford -- do       09:52:51
 8  you not see it?  Let me ask -- I'll ask some             09:52:53
 9  questions while it's getting up.                         09:52:55
10      What is [redacted], Mr. Heft-Luthy?                  09:52:57
11      MS. CRAWFORD:  Hold on.  If we could wait,           09:53:00
12  I'm not seeing an exhibit in the exhibit folder.         09:53:02
13  And can you confirm that it's there?                     09:53:07
14      Okay.  It just arrived just a second ago.            09:53:09
15  Give us all a second to get that loaded for the          09:53:12
16  witness.                                                 09:53:15
17  BY MR. BARNES:                                           09:53:19
18      Q.  I'm going to ask questions that are              09:53:20
19  unrelated to the document until such time as you get     09:53:21
20  it up.                                                   09:53:23
21      What is [redacted], Mr. Heft-Luthy?                  09:53:24
22      MR. SPILLY:  Objection.  Vague.                      09:53:27
23      MS. CRAWFORD:  Yeah, if you can wait a               09:53:28
24  second, because you're asking --                         09:53:29
25      MR. BARNES:  No, I'm not going to wait for           09:53:30
```

## Page 53

```
 1  you to do the technology.  It is a question that is     09:53:31
 2  independent of the exhibit.                              09:53:34
 3  BY MR. BARNES:                                           09:53:34
 4      Q.  What is [redacted], Mr. Heft-Luthy?              09:53:35
 5      MR. SPILLY:  Same objection.                         09:53:39
 6      THE WITNESS: [redacted]                              09:53:43
 7  [redacted]                                               09:53:46
 8  [redacted]                                               09:53:51
 9  BY MR. BARNES:                                           09:53:55
10      Q.  Whose idea was [redacted]?                       09:53:57
11      MR. SPILLY:  Objection.  Vague.                      09:54:03
12      THE WITNESS:  Like most projects at                  09:54:08
13  Google, [redacted] came out of a variety of              09:54:09
14  different inputs, both work that I had been engaging     09:54:13
15  in previously as a manager of a team we call [redacted]  09:54:17
16  [redacted], which is [redacted]                          09:54:21
17  [redacted]                                               09:54:25
18  [redacted]                                               09:54:31
19  [redacted].  And, again, like most projects, there       09:54:35
20  are a variety of different people that are coming        09:54:38
21  together to start a -- to start a project like this.     09:54:40
22  BY MR. BARNES:                                           09:54:43
23      Q.  Okay.  Were you the project manager for --       09:54:44
24  I'm sorry -- product.                                    09:54:47
25      Were you the product manager for                     09:54:49
```

## Page 326

1  MR. BARNES: Thank you, Mr. Spilly. Your    18:34:59
2  objection to keeping the deposition open is noted.    18:35:01
3  MR. SPILLY: Thank you.    18:35:07
4  MR. BARNES: Let's go off the record.    18:35:11
5  THE VIDEO OPERATOR: Okay. This will end    18:35:14
6  today's deposition of Sam Heft-Luthy. The total    18:35:15
7  number of media units used in the deposition today    18:35:19
8  was 12 and will be retained by Veritext Legal    18:35:22
9  Solutions. We are off the record at 6:35 p.m.    18:35:24
10  Pacific Time. Thank you.    18:35:27
11    (TIME NOTED: 6:35 p.m.)
12    * * * * *

## Page 328

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a verbatim record of the proceedings was made by me using machine shorthand, which was thereafter transcribed under my direction; and that the foregoing is an accurate transcription thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

DATED: December __, 2021

_(signature)_

MEGAN F. ALVAREZ
CSR No. 12470, RPR

## Page 327

I, SAM HEFT-LUTHY, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

_____
SAM HEFT-LUTHY

1/26/2022
_____
DATE
VOLUME I

## Page 329

JASON "JAY" BARNES, ESQ.
jaybarnes@simmonsfirm.com

December 30, 2021

RE: CALHOUN VS. GOOGLE LLC
DECEMBER 20, 2021, SAM HEFT-LUTHY, JOB NO. 4974193

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.