UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**INTERIM ORDER RE PENDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 652, 660, 661, 662, 663, 664 |

Several discovery disputes are pending before the Court. The Court orders further proceedings as follows:

**1.    Dkt. No. 660 – Plaintiffs' Requests for Production Nos. 125-127 and 130- 133; Dkt. No. 661 – Plaintiffs' Interrogatory No. 22 and Requests for Production Nos. 128-129**

In view of the presiding judge's order denying with prejudice plaintiffs' motion to certify a Rule 23(b)(3) damages class, *see* Dkt. No. 690 at 19-24, the parties shall advise the Court whether resolution of these disputes is necessary, and if so, whether the scope of these disputes can be narrowed. The parties shall file a single, short joint submission with respect to both disputes by **April 19, 2024**. The joint submission may not exceed 800 words total (or not more than 400 words for each side) and may not include exhibits.

**2.    Dkt. No. 663 – Plaintiffs' Request for Production No. 141**

The Court will hold a discovery hearing on this dispute on **April 23, 2024 at 10:00 a.m.** in Courtroom 2, 280 South First Street, San Jose, California.

3.   Dkt. No. 652 – Berntson Deposition Errata;
     Dkt. No. 662 – Plaintiffs' Interrogatory No. 23;
     Dkt. No. 664 – Plaintiffs' Requests for Authentication

The Court will resolve these disputes, as well as the related dispute regarding materials from the *Calhoun* litigation (Dkt. No. 667), without a hearing.

**IT IS SO ORDERED.**

Dated: April 5, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge