1  **DICELLO LEVITT GUTZLER LLC**
   David A. Straite (admitted *pro hac vice*)
2  One Grand Central Place
   60 E. 42nd Street, Suite 2400
3  New York, NY 10165
   Tel.: (646) 993-1000
4  *dstraite@dicellolevitt.com*

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                              **SAN JOSE DIVISION**

10

11  PATRICK CALHOUN, et al., on behalf of        Case No. 4:20-cv-05146-YGR-SVK
    themselves and all others similarly situated,
12                                                **DECLARATION OF DAVID A. STRAITE IN**
            Plaintiffs,                           **SUPPORT OF PLAINTIFFS' OBJECTIONS**
13                                                **AND MOTION TO MODIFY SPECIAL**
            v.                                    **MASTER REPORT AND**
14                                                **RECOMMENDATION REGARDING**
    GOOGLE LLC,                                   **MODIFIED PRESERVATION PLAN**
15                                                **(SEALED DKT. NO. 665)**
            Defendant.
16

17

18

19

20

21
                        REDACTED IN ITS ENTIRETY
22

23

24

25

26

27

28