1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

13
14   PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

15        Plaintiffs,

16        v.

17   GOOGLE LLC,

18        Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Declaration of Zubair Shafiq in Support of Plaintiffs' Motion for Targeted Use of Calhoun Discovery in *In re Google RTB Consumer Privacy Litigation* | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Declaration of Lesley E. Weaver in Support of Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibits A – O to the Declaration of Lesley E. Weaver | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____     _____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE