1  **BLEICHMAR FONTI & AULD LLP**
   Lesley E. Weaver (SBN 191305)
2  Anne K. Davis (SBN 267909)
   Joshua D. Samra (SBN 313050)
3  1330 Broadway, Suite 630
4  Oakland, CA 94612
   Tel.: (415) 445-4003
5  Fax: (415) 445-4020
   *lweaver@bfalaw.com*
6  *adavis@bfalaw.com*
7  *jsamra@bfalaw.com*

8  *Counsel for Plaintiffs and the Proposed Class*

9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                     **OAKLAND DIVISION**

12

13 | In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
14 | | **NOTICE OF CHANGE IN COUNSEL** |
15 | This Document relates to: *all actions*. | |

PLEASE TAKE NOTICE that H. Melissa Mather hereby respectfully withdraws as attorney of record for all Plaintiffs. Counsel of record for Plaintiffs otherwise remains the same.

DATED: April 18, 2024

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**Counsel for Plaintiffs and the Proposed Class**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I caused a copy of the foregoing document to be electronically filed using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

/s/ Lesley E. Weaver
Lesley E. Weaver