Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br>Date: May 28, 2024<br>Time: 10:00 a.m.<br>Courtroom: 2, Fifth Floor |

I, Jonathan K. Levine, hereby declare as follows:

1. I am a partner of Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, my partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs. *See* ECF No. 77. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto and lodged under seal are **unredacted versions** of (i) Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data, (ii) Declaration of Jonathan K. Levine in Support of Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data, (iii) Exhibit A to the Levine Declaration (excerpts from the 30(b)(6) deposition testimony of Google), and (iv) Proposed Order Granting Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data, filed this same date.

3. Plaintiffs' request seeks to conditionally seal language in these filings that quote from or summarize documents, information, or testimony that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF No. 59) and that this Court has previously sealed in some instances. *See* May 16, 2023 Order re Account Identifiers and Further Production of Named Plaintiffs' Data ("May 16 Order") (ECFs 510, 524).

4. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by plaintiffs without the consent of Google. Plaintiffs seek this relief in good faith in order to comply with Google's designations and the protective order.

5. Plaintiffs do not join in Google's designation and do not join in any request by Google to seal any portion of these filings, but submit the filings in redacted form with the information under seal in order to comply with the protective order and the Court's prior guidance.

6. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

Decl. of Jonathan K. Levine i.s.o. Plaintiffs' Administrative Motion to
Consider Whether Another Party's Materials Should Be Sealed

Case No. 4:21-cv-02155-YGR-VKD

1

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct to the best of my knowledge. This declaration was
3  executed in Emeryville, California on the 19th day of April, 2024.

By: /s/ Jonathan K. Levine