**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions*. | No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br>Date: May 28, 2024<br>Time: 10:00 a.m.<br>Courtroom: 2, Fifth Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Portions of Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data at pages i, 1-3, 5-12, and 14-17 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Portions of the Declaration of Jonathan K. Levine in Support of Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data at pages 1-4 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Portions of Exhibit A to the Declaration of Jonathan K. Levine in Support of Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data at pages 12-13, 15, 89, 223-26, and 237-38 | Defendant Google to provide evidence, per Local Rule 79-5(f) | |
| Portions of pages 1-7 of the Proposed Order Granting Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data | Defendant Google to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

Hon. Virginia K. DeMarchi
United States District Court Judge