Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 79-5(f)]**<br><br>Judge: Hon. Virginia K. DeMarchi<br>Date: May 28, 2024<br>Time: 10:00 a.m.<br>Courtroom: 2, Fifth Floor |

I, Caroline Corbitt, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On April 19, 2024, I caused the below-documents to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

- Unredacted versions of
- Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data
- Declaration of Jonathan K. Levine in Support of Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data
- Exhibit A to the Levine Declaration (excerpts from the 30(b)(6) deposition testimony of Google)
- Proposed Order Granting Plaintiffs' Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data, *lodged under seal*;

*<u>Via E-mail</u>*
Whitty Somvichian, Esq.
Aarti Reddy
Reece Trevor, Esq.
**COOLEY LLP**
101 California Street, 5th Fl
San Francisco, CA 94111-5800
Email: wsomvichian@cooley.com
areddy@cooley.com
rtrevor@cooley.com

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on April 19, 2024 at Emeryville, California.

By: */s/ Caroline C. Corbitt*

Proof of Service

Case No. 4:21-cv-02155-LHK-VKD