**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (SBN 146267)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*

*Interim Class Counsel*

**COOLEY LLP**
Whitty Somvichian (SBN 194463)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
*wsomvichian@cooley.com*

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | **CASE NO. 4:21-cv-02155-YGR-VKD** <br><br> **JOINT STIPULATION RE: APRIL 23, 2024 HEARING ON PLAINTIFFS' RFP NO. 141 (DKT. NOS. 663, 691)** |

WHEREAS, as reflected in Dkt. No. 691, on April 5, 2023, the Court set a discovery hearing on the parties' Joint Letter Brief re Plaintiffs' Request for Production No. 141 ("RFP 141") (Dkt. No. 663); and

WHEREAS, the parties have met and conferred, and Google now intends to produce data responsive to RFP 141, and the parties are discussing the timing and specific nature of the data to be produced; and

WHEREAS, in light of this agreement, the dispute in the Joint Letter Brief is now moot, and the parties accordingly request that the April 23, 2024 hearing be taken off calendar at this time; and

WHEREAS, in the event there is a need to proceed with the Joint Letter Brief, the parties will further update and advise the Court.

1  NOW, THEREFORE, subject to Court approval, the parties stipulate pursuant to Northern
2  District Civil Local Rule 7-7, that the pending April 23, 2024 hearing on RFP 141 be taken off
3  calendar at this time.

5  **SO STIPULATED.**

7  Dated:  April 22, 2024

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Elizabeth C. Pritzker*<br>Elizabeth C. Pritzker (SBN 146267)<br>Jonathan K. Levine (SBN 220289)<br>Bethany Caracuzzo (SBN 190687)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br>*jkl@pritzkerlevine.com*<br>*bc@pritzkerlevine.com*<br><br>*Interim Class Counsel* | By: */s/ Whitty Somvichian*<br>Michael G. Rhodes (SBN 116127)<br>Whitty Somvichian (SBN 194463)<br>Aarti G. Reddy (SBN 274889)<br>Robby L.R. Saldana (pro hac vice)<br>Kelsey R. Spector (SBN 321488)<br>Reece Trevor (SBN 316685)<br>Anupam Dhillon (SBN 324746)<br>Khary J. Anderson (pro hac vice)<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>*rhodesmg@cooley.com*<br>*wsomvichian@cooley.com*<br>*areddy@cooley.com*<br>*rsaldana@cooley.com*<br>*kspector@cooley.com*<br>*rtrevor@cooley.com*<br>*adhillon@cooley.com*<br>*kjanderson@cooley.com*<br><br>*Counsel for Defendant Google LLC* |

**ATTESTATION**

I, Elizabeth C. Pritzker, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on April 22, 2024 in Emeryville, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)