1

2

3

4

5

6

7

8

9

10

11          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                    **OAKLAND DIVISION**

13

14   PATRICK CALHOUN, *et al.*, on behalf of        Case No. 4:20-cv-05146-YGR-SVK
     themselves and all others similarly situated,

15                                                   **[PROPOSED] ORDER GRANTING**
              Plaintiffs,                            **PLAINTIFFS' ADMINISTRATIVE**
16                                                   **MOTION TO CONSIDER WHETHER**
              v.                                     **ANOTHER PARTY'S MATERIAL SHOULD**
17                                                   **BE SEALED**
     GOOGLE LLC,
18
              Defendant.
19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|  | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Statement Pursuant to Court Order (Dkt. 684) | Lines 3-5, 8-9, 9-10, 14-15, 18, 19, 20-21, 23-24, 24-26, 27-29, 30-32, 32-33, 35-36, 37-39 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit A to Plaintiffs' Statement | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit B to Plaintiffs' Statement | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE