COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
LIZ SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>This Document Relates to: *all actions*,<br><br>　　　　　Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR CONTEMPT AND SPOLIATION SANCTIONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC ("Google" and collectively with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on April 19, 2024, Plaintiffs filed a motion for contempt and spoliation sanctions against Google, ECF Nos. 696-4, 697 (the "Motion"), and noticed the Motion for a hearing on May 28, 2024 before the Honorable Virginia K. DeMarchi;

WHEREAS, Google's counsel is unavailable to attend the currently scheduled hearing on May 28, 2024 due to a preexisting scheduling conflict;

WHEREAS, any sealing declaration related to the confidential information contained in the Motion is currently due on April 26, 2024, Google's opposition to the Motion is currently due on May 3, 2024, and Plaintiffs' reply brief in support of the Motion is currently due on May 10, 2024;

WHEREAS, because of the issues raised in the Motion, Google's counsel needs additional time to review the factual record and arguments and to discuss the same with Google employees;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows and jointly apply for an order approving said stipulation:

1. Any sealing declaration related to the Motion is due by May 10, 2024;

2. Google's opposition to the Motion is due by May 17, 2024;

3. Plaintiff's reply in support of the Motion is due by May 31, 2024;

4. Any sealing declaration related to the reply in support of the Motion is due by June 14, 2024; and

5. The hearing on the Motion shall be on June 18, 2024.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

1 | Dated: April 23, 2024

COOLEY LLP

*/s/ Aarti Reddy*
Aarti Reddy
Attorney for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| Dated: April 23, 2024 | PRITZKER LEVINE LLP |

                                      */s/ Elizabeth Pritzker*
                                Elizabeth C. Pritzker

Jonathan Levine
Bethany Caracuzzo
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel: (415) 692-0772
Fax: (415) 366-6110
Email: ecp@pritzkerlevine.com
         jkl@pritzkerlevine.com
         bc@pritzkerlevine.com

Joe Cotchett
Nanci Nishimura
Brian Danitz
Jeffrey G. Mudd
**COTCHETT PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-597-0577
Email: POmalley@cpmlegal.com
         nnishimura@cpmlegal.com
         BDanitz@cpmlegal.com
         JMudd@cpmlegal.com

Karin B. Swope
**COTCHETT PITRE & McCARTHY**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Email: KSwope@cpmlegal.com

David A. Straite (*admitted pro hac vice*)
Corban Rhodes (*admitted pro hac vice*)
**DICELLO LEVITT LLC**
485 Lexington Avenue. 10th Floor
New York, NY 10017
Tel: (646) 993-1000
Email: dstraite@dicellolevitt.com
         crhodes@dicellolevitt.com
         Julwick@dicellolevitt.com

James Ulwick (*admitted pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
Fax: (312) 253-1443
Email: Julwick@dicellolevitt.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

**JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD**

Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
Email: fbottini@bottinilaw.com

*Interim Class Counsel for Plaintiffs*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Aarti Reddy, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on April 23, 2024, in San Francisco, California.

　　　　　　　　　　　　　　　　*/s/ Aarti Reddy*
　　　　　　　　　　　　　　　　Aarti Reddy

302369176

Cooley LLP
Attorneys at Law
San Francisco

5

JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIP. AND PROPOSED ORDER
RE: SANCTIONS BRIEFING & HEARING
CASE NO. 4:21-CV-02155-YGR-VKD