COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
LIZ SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF THE JOINT STIPULATION RESCHEDULING BRIEFING AND HEARING ON THE MOTION FOR CONTEMPT AND SPOLIATION SANCTIONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF A. REDDY ISO
JOINT STIP. RE SANCTIONS MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Aarti Reddy, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the Joint Stipulation and [Proposed] Order Rescheduling Briefing and Hearing on Plaintiffs' Motion for Contempt and Spoliation Sanctions.

2. On April 19, 2024, Plaintiffs filed a Motion for Contempt and Spoliation Sanctions and noticed the hearing for May 28, 2024. Google's opposition is currently due on May 10, 2024.

3. Counsel for Google needs additional time to review the Motion, and to discuss the issues raised by the Motion with Google employees.

4. Further, counsel for Google is unavailable on May 28, 2024 due to a preexisting scheduling conflict.

5. Pursuant to Local Rule 6-2, the requested time modification will not impact any other deadlines in the case and the following time modifications have occurred to date in this action:

- On April 22, 2021, the Parties stipulated to an initial extension of Google's time to respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

- On May 18, 2021, the Parties further stipulated to extend Google's deadline to answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an order regarding case consolidation and appointment of interim lead class counsel, or in the alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 46).

- Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No. 80).

- On May 25, 2022, the Parties stipulated to revise the case schedule to allow pre-class certification discovery to occur efficiently (ECF No. 208).

- On June 1, 2022, the Court granted the Parties' stipulation to revise the case schedule as modified by the Court (ECF No. 221).

- On June 24, 2022, the Court granted the Parties' stipulation to extend

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF A. REDDY ISO
JOINT STIP. RE SANCTIONS MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

Google's time to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).

- On July 15, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF No. 257).

- On August 5, 2022, the Court granted the Parties' stipulated request to move a discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).

- On August 11, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 12, 2022 (ECF No. 286).

- On August 23, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 29, 2022 (ECF No. 307).

- On September 7, 2022, the Court ordered a further revision to the case schedule in light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).

- On November 22, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until November 29, 2022 (ECF No. 369).

- On December 21, 2022, the Court entered an order granting in part Plaintiffs' motion to revise the case schedule (ECF No. 391).

- On January 18, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until January 19, 2023 (ECF No. 406).

- On March 2, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF No. 435).

- On March 15, 2023, the Court granted the Parties' stipulated request to move the hearing on Plaintiffs' motion for sanctions from April 4, 2023 to April 11, 2023 (ECF No. 449).

- On July 20, 2023, the Court granted the Parties' stipulated request to extend

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF A. REDDY ISO
JOINT STIP. RE SANCTIONS MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

deadlines associated with sealing motions in connection with Plaintiffs' motion for class certification (ECF No. 552).

- On October 24, 2023, the Court granted the Parties' stipulated request to extend the briefing schedule on Google's motion to exclude Plaintiffs' expert Neil Richards (ECF No. 611).

- On January 24, 2024, the Court granted the Parties' stipulated request to revise the case schedule (ECF No. 656).

- On February 9, 2024, the Court granted the Parties' stipulated request to extend the time for Google to respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed filed at ECF No. 666 (ECF No. 673).

- On March 19, 2024, the Parties jointly stipulated to a revised case schedule based on the order on Plaintiffs' motion for class certification (ECF No. 683). The Court has yet to issue an order on this stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2024 in San Francisco, California.

/s/ Aarti Reddy
Aarti Reddy

302375510

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF A. REDDY ISO
JOINT STIP. RE SANCTIONS MOTION
CASE NO. 4:21-CV-02155-YGR-VKD