# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | **Case No.:** 4:21-cv-02155-YGR<br><br>**ORDER SETTING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 703 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied with the schedule presented. Accordingly, the Case Management Conference currently set for Monday, May 6 is **VACATED** and the following deadlines are ordered. At this juncture, the Court will not set a trial date.

| EVENT | DATE |
|---|---|
| Google to complete its production of data in response to RFP 141 | **July 15, 2024** |
| Plaintiffs to file renewed motion for class certification | **September 13, 2024** |
| Google to file its opposition to renewed motion for class certification | **November 8, 2024** |
| Plaintiffs to file reply to renewed motion for class certification | **December 12, 2024** |
| Hearing on plaintiffs' renewed motion for class certification | **TBD** |
| Opening Merits Expert Reports | **January 31, 2025** |

| Rebuttal Expert Reports | **March 14, 2025** |
|---|---|
| Close of Expert Discovery | **April 11, 2025** |
| Deadline to file summary judgment/Daubert motions | **May 2, 2025** |
| Deadline to file oppositions to summary judgment/Daubert motions | **June 13, 2025** |
| Deadline to file replies to summary judgment/Daubert motions | **July 11, 2025** |
| Hearing on summary judgment/Daubert motions | **August 26, 2025** |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED**.

Date: May 1, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**