COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 696)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed a Response ("Google's Response") to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 696), which was filed in connection with Plaintiffs' Motion for Contempt and Spoliation Sanctions Re Named Plaintiffs Data ("Plaintiffs' Motion") (ECF No. 697), the Declaration of Jonathan K. Levine in support of Plaintiffs' Motion ("Levine Declaration") (ECF No. 697-1), the accompanying Exhibit A to the Levine Declaration (ECF No. 697-2), and the Proposed Order Granting Plaintiffs' Motion ("Plaintiffs' Proposed Order") (ECF No. 697-3).

Upon consideration of Google's Response, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Plaintiffs' Motion for Contempt and Spoliation Sanctions Re Named Plaintiffs Data ("Plaintiffs' Motion") (ECF No. 696-4) | Portions highlighted at PDF pages 2, 6-8, 10-17, 19-20, 22 |
| Declaration of Jonathan K. Levine in support of Plaintiffs' Motion ("Levine Declaration") (ECF No. 696-5) | Portions highlighted at PDF pages 2-5 |
| Exhibit A to the Levine Declaration (ECF No. 696-6) | Portions highlighted at transcript pages 12:1-3; 12:7-10; 12:20–13:10; 13:12; 13:16 –25, 15:1-6, 15:9-16; 89:4; 90:1-3; 223:4; 223:8; 223:11, 223:12; 223:16-17; 223:23; 224:2-3; 224:17; 224:24; 225:1; 225:4-5; 225:11; 225:14; 225:17-18; 225:23; 225:24-25; 226:6; 226:8; 226:18; 226:22; 237:9-10; 238:1; 238:6; 238:11; 238:13-15 |
| Plaintiffs' Proposed Order Granting Plaintiffs' Motion (ECF No. 696-7) | Portions highlighted at PDF pages 2-6 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD