UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No.: 4:21-cv-02155-YGR <br><br> ORDER GRANTING IN PART AND DENYING IN PART THE JOINT OMNIBUS SEALING MOTION <br><br> Re: Dkt. Nos. 499, 545, 547, 548, 549, 556, 558, 583, 586, 587, 588, 604, 608, 616, 618, 619, 620, 621, 622, 623, 626, 627, 630, 633, 641, 643, 644, 649, 684 |

Pending before the Court is the parties' Joint Omnibus Sealing Motion. (Dkt. No. 684.) To the extent the Court relied on the information sought-to-be sealed in its Order Denying Without Prejudice the Motion for Class Certification; Granting in Part and Denying in Part Google's Daubert Motion to Exclude the Expert Opinions of Professor Neil Richards; Denying Without Prejudice Plaintiffs' Daubert Motion to Exclude the Expert Opinions of Bruce Deal, the omnibus motion is **DENIED**. (Dkt. No. 690.) For the rest, the Court **GRANTS** the omnibus sealing motion at this stage. The Court reserves the right, however, to unseal currently sealed submissions upon ruling on dispositive motions or at trial.

**IT IS SO ORDERED**.

Date: May 14, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE