# Declaration of David Straite

# Redacted Version of Document Sought to be Sealed

1  **DICELLO LEVITT GUTZLER LLC**
2  David A. Straite (admitted *pro hac vice*)
   One Grand Central Place
3  60 E. 42nd Street, Suite 2400
   New York, NY 10165
4  Tel.: (646) 993-1000
   *dstraite@dicellolevitt.com*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' OBJECTIONS AND MOTION TO MODIFY SPECIAL MASTER REPORT AND RECOMMENDATION REGARDING MODIFIED PRESERVATION PLAN (SEALED DKT. NO. 665)** |

**DECLARATION OF DAVID A. STRAITE**

I, David Straite, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am an attorney with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Objections and Motion to Modify Special Master Report and Recommendation Regarding Modified Preservation Plan (Sealed Dkt. No. 665).

5. Further revelations of how Google comingles Gaia and Zwieback occurred on May 9, 2022, the date on which Plaintiffs received Gaia ▮▮▮ columns data that revealed, among other things, ▮▮▮ comingling Gaia with Zwieback and ▮▮▮ with sync signals.

6. In a May 20, 2022 Google production, a document Bates labelled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Attached as <u>Exhibit A</u> is a true and correct copy of a document produced by Google in this litigation, Bates labelled GOOG-CALH-01170421.

8. Attached as <u>Exhibit B</u> is a true and correct copy of a document produced by Google in this litigation, Bates labelled GOOG-CABR-00893711.

9. Attached as <u>Exhibit C</u> is a true and correct copy of a document produced by Google in this litigation, Bates labelled GOOG-CABR-00096597.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of June, 2022, at Marbletown, New York.

/s/ *David A. Straite*
David A. Straite

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on June 8, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

                                              */s/ David A. Straite*
                                              David A. Straite