# EXHIBIT A
# to the Declaration of
# Whitty Somvichian

1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    JEFFREY M. GUTKIN (SBN 216083)
3   (jgutkin@cooley.com)
    DANIELLE C. PIERRE (SBN 300567)
4   (dpierre@cooley.com)
    KELSEY R. SPECTOR (SBN 321488)
5   (kspector@cooley.com)
    COLIN S. SCOTT (SBN 318555)
6   (cscott@cooley.com)
    3 Embarcadero Center, 20th floor
7   San Francisco, CA 94111-4004
    Telephone:     +1 415 693 2000
8   Facsimile:     +1 415 693 2222

9   Attorneys for Defendant
    GOOGLE LLC

10

11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16

17  BENJAMIN HEWITT and KIMBERLEY          Case No. 5:21-cv-02155-LHK
    WOODRUFF, on behalf of themselves and all
18  others similarly situated,              **DEFENDANT GOOGLE LLC'S OBJECTIONS
                                            AND RESPONSES TO PLAINTIFF'S FIRST
19              Plaintiffs,                 AND SECOND SETS OF REQUEST FOR
                                            PRODUCTION OF DOCUMENTS**
20       v.

21  GOOGLE LLC,

22              Defendant.

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    In addition, Google objects that the phrases "other persons or entities," "amount of revenue

2    associated with each Account Holder," "value paid," and "Bid Request disclosure" are vague and

3    ambiguous as none are self-evident or defined.

4    Subject to the foregoing objections, Google responds that, to the best of its current

5    knowledge, no information it possesses by virtue of any person having a Google Account was

6    shared with any third-party participant utilizing RTB. Moreover, this appears to be a request for

7    comprehensive RTB transaction data that would be literally impossible to gather and produce.

8    Google accordingly has not conducted and will not conduct searches for responsive documents,

9    and, as a result, will not produce documents in response to this Request.

10   **REQUEST FOR PRODUCTION NO. 42:**

11   All Information Google has collected, created associated and derived, and continues to

12   collect, create, associate and derive, regarding Plaintiffs, including but not limited to: authenticated

13   and unauthenticated personal identifiers and device, browser, and other identifiers (including IP

14   address) associated with Plaintiffs and their devices; data associated with those identifiers,

15   including browsing history, ad history, communications history, Google account sign-in history,

16   Chrome Sync history; derived data; appended data; associated verticals and segments; embedded

17   data; all data contained in user profiles, interest profiles, interest graphs; and, authenticated and

18   unauthenticated data (this request will be supplemented with any currently known identifiers upon

19   entry of a protective order governing the exchange of discovery).

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

21   In addition to the foregoing General Objections, which Google incorporates by reference,

22   Google specifically objects to this Request as overly broad and unduly burdensome to the extent it

23   is not limited in scope and encompasses other aspects of RTB that have no relation to Plaintiffs'

24   central allegations regarding the alleged disclosure of Plaintiffs' and purported class members'

25   personal information to third party participants utilizing RTB, including but not limited to "Google

26   account sign-in history" and "Chrome sync history." Google also objects to the extent this Request

27   is not limited to RTB. Accordingly, the Request is not proportional to the needs of the case, and

28   the burden of the proposed discovery outweighs any likely benefit. Google further objects to this

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

55

GOOGLE'S RESPONSES TO PLAINTIFFS' FIRST
AND SECOND SETS OF RFPS
CASE NO. 5:21-CV-02155-LHK

1    Request to the extent it is duplicative of other requests—namely Request for Production No. 13.

2    Google also objects to the extent this information is already in Plaintiffs' possession, custody or

3    control.  Google further objects to this Request to the extent it seeks documents protected by the

4    attorney-client privilege or the work product doctrine, or any other privilege or immunity.

5          In addition, Google objects that the phrases "personal identifiers," "other identifiers,"

6    "derived data," "appended data," "embedded data," "user profiles," "verticals and segments,"

7    "interest profiles," "interest graphs," and "authenticated or unauthenticated data" are vague and

8    ambiguous as none are self-evident or defined.

9          Subject to the foregoing objections, Google will conduct a reasonable search and produce

10   responsive, non-privileged, and available documents showing what information, if any, that

11   Google's systems directly associate with the identifiers Plaintiffs have provided or will provide to

12   Google, and was shared with third parties utilizing RTB, to the extent Google can reasonably

13   identify such data as belonging to Plaintiffs.

14

15   Dated: June 22, 2021                    COOLEY LLP
                                              MICHAEL G. RHODES (SBN 116127)
16                                            JEFFREY M. GUTKIN (SBN 216083)
                                              DANIELLE C. PIERRE (SBN 300567)
17                                            KELSEY R. SPECTOR (SBN 321488)
                                              COLIN S. SCOTT (SBN 318555)
18

19

20                                            By: */s/ Jeffrey M. Gutkin*
                                                   Jeffrey M. Gutkin
21
                                              Attorneys for Defendant
22                                            GOOGLE LLC

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

56

GOOGLE'S RESPONSES TO PLAINTIFFS' FIRST
AND SECOND SETS OF RFPS
CASE NO. 5:21-CV-02155-LHK

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California.  I am

employed in San Francisco County, State of California, in the office of a member of the bar of

this Court, at whose direction the service was made.  I am over the age of eighteen years, and not

a party to the within action.  My business address is Cooley LLP, 3 Embarcadero Center, 20th

Floor, San Francisco, California  94111-4004.  On the date set forth below I served the documents

described below in the manner described below:

- **DEFENDANT GOOGLE LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST AND SECOND SETS OF REQUEST FOR PRODUCTION OF DOCUMENTS**

☒    (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>555 12th Street, Suite 1600<br>Oakland, CA  94607<br>Tel:  (415) 445-4003<br>Fax:  (415) 445-4020<br>Email:  lweaver@bfalaw.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes<br>(*admitted pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY  10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** |
| PRITZKER LEVINE LLP<br>Elizabeth C. Pritzker<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772<br>Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** | DICELLO LEVITT GUTZLER LLC<br>David A. Straite<br>(*admitted pro hac vice*)<br>One Grand Central Plaza<br>60 E. 42nd Street, Suite 2400<br>New York, NY  10165<br>Tel:  (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br><br>***Attorneys for Plaintiffs Benjamin Hewitt and Kimberley Woodruff*** |

Executed on June 22, 2021, at San Francisco, California.

_____

Adriana R. Vera

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

57

GOOGLE'S RESPONSES TO PLAINTIFFS' FIRST
AND SECOND SETS OF RFPS
CASE NO. 5:21-CV-02155-LHK