COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONTEMPT AND SPOLIATION SANCTIONS RE NAMED-PLAINTIFF DATA** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD

Google LLC filed an Administrative Motion ("Motion") to Seal portions of its Opposition ("Google's Opposition") to Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions Regarding Named-Plaintiff Data (ECF No. 697) and the accompanying Declaration of Miju Han in Support of Google's Opposition, the Declaration of Whitty Somvichian in Support of Google's Opposition ("Somvichian Declaration"), and Exhibit B to the Somvichian Declaration.

Upon consideration of Google's Motion, the papers submitted in support, and good cause appearing, **IT IS HEREBY ORDERED** that documents are to be sealed as follows:

| Document | Portions to be filed Under Seal |
|---|---|
| Google's Opposition to Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions re Named-Plaintiff Data ("Google's Opposition") | Portions highlighted at pages 1-16 |
| Declaration of Miju Han in Support of Google's Opposition | Portions highlighted at page 3 |
| Declaration of Whitty Somvichian in Support of Google's Opposition ("Somvichian Declaration") | Portions highlighted at pages 2-6 |
| Exhibit B to the Somvichian Declaration | Portions highlighted at page 2 |

Dated: _____

Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE GOOGLE'S
ADMIN. MOT. TO SEAL
CASE NO. 4:21-CV-02155-YGR-VKD