COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF MIJU HAN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONTEMPT AND SPOLIATION SANCTIONS RE NAMED-PLAINTIFF DATA**<br><br>**(REDACTED) VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF M. HAN ISO GOOGLE'S OPP. TO PLFS'
SPOLIATION SANCTIONS MTN
CASE NO. 4:21-CV-02155-YGR-VKD

I, Miju Han, declare as follows:

1. I am a Director of Product Management on the Privacy and Regulations Infrastructure team within Ads at Google LLC ("Google"). I have worked at the intersection of privacy and Google's ads serving infrastructure since joining Google in 2022. As part of my duties, I am familiar with Google's internal policies that protect user data, and how Google's ad serving infrastructure is designed to comply with these policies. I am also familiar with Google's use of identifiers for advertising purposes and its policies prohibiting joining of data associated with authenticated, signed-in identifiers and pseudonymous identifiers. I make this declaration based on personal knowledge and knowledge acquired from my co-workers, and if called to testify, I could and would competently testify to such facts.

2. Unless otherwise stated, the facts I set forth in this statement are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to such facts under oath.

3. I make this declaration in support of Google's Opposition to Plaintiffs' Notice of Motion and Motion for Contempt and Spoliation Sanctions re Named-Plaintiff Data.

4. When a Google account holder is signed into their Google account with particular settings enabled, their activity may be linked to their Google account through a unique identifier called a GAIA ID.

5. However, under many circumstances—such as the user not being signed into their Google account, electing to block cookies on their web browser, adjusting certain Google account controls, or opting out of cookies on a particular website or app—Google does not link the activity to their Google account through a GAIA ID. In these circumstances, the activity is associated with a pseudonymous identifier. One pseudonymous identifier, which is used for certain Google Ads products including the real-time bidding platform that I understand is at issue in this litigation, is called a Biscotti ID.

6. Absent express consent from the user, Google strictly prohibits linking signed-out web browsing and mobile app activity with signed-in activity associated with a GAIA ID.

7. Accordingly, Google maintains strict separation between signed-in data (*i.e.*, data

Cooley LLP
Attorneys at Law
San Francisco

Dec. of M. Han ISO Google's Opp. to Plfs'
Spoliation Sanctions Mtn
Case No. 4:21-cv-02155-YGR-VKD

2

associated with a GAIA ID) and pseudonymous data (associated with, *e.g.*, a Biscotti ID).

8. Google never stores raw, unencrypted GAIA IDs together with raw, unencrypted pseudonymous identifiers (*e.g.*, Biscotti IDs), in the same log entries.

9. Google's policies require that if Biscotti IDs appear in internal Google logs that also contain GAIA IDs, those Biscotti IDs must be encrypted to prevent association of the raw Biscotti ID with the GAIA ID. Encrypted Biscotti IDs can only be decrypted with a key called the ▇▇▇ ▇▇▇▇▇▇▇, which is stored in a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

10. The ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Google then deletes each such key after a certain number of ▇▇ to minimize joinability and other risks. After the expiration of this standard retention period, the key is automatically deleted from Google's systems, making it practically impossible to trace or identify data connected to a Biscotti ID after this period.

11. As part of its normal business practices, Google does not decrypt encrypted Biscotti IDs to join them with corresponding GAIA IDs.

12. However, there are exceptional circumstances, such as for ▇▇▇▇▇▇ or ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, which necessitates temporarily keeping decryption keys. Even in these rare circumstances, Google prohibits its product teams (including, for example, Google's advertising teams) from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

13. If Google had preserved ▇▇▇▇▇▇▇▇▇▇▇▇▇ beyond their standard retention period in this matter, it would have posed significant privacy and security risks that Google seeks to avoid and compromised crucial protection that Google has implemented for its users worldwide, which are designed to ensure that pseudonymous data is not associated with individual users.

////

////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF M. HAN ISO GOOGLE'S OPP. TO PLFS'
SPOLIATION SANCTIONS MTN
CASE NO. 4:21-CV-02155-YGR-VKD

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 17, 2024 in Sea Ranch, California.

*/s/ Miju Han*
Miju Han

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on May 17, 2024, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF M. HAN ISO GOOGLE'S OPP. TO PLFS'
SPOLIATION SANCTIONS MTN
CASE NO. 4:21-CV-02155-YGR-VKD

4