**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 692)**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

Case No. 4:20-cv-5146-YGR-SVK

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 692)

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and

2 Google LLC ("Google"), collectively referred to as the "Parties."

3    WHEREAS, on June 8, 2022, Plaintiffs filed their Administrative Motion to Consider

4 Whether Another Party's Material Should Be Sealed (Dkt. 692);

5    WHEREAS, on June 8, 2022, Google received unredacted copies of Plaintiff's unredacted

6 documents cited in Dkt. 693 under seal and submitted with Dkt. 692;

7    WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the

8 Designating Party, to establish that such designated material is sealable, is by Wednesday, June 15,

9 2022;

10    WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with

11 sufficient time to submit its declaration in support of its designated materials in the filings (Dkts.

12 692, 693);

13    NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall

14 submit a Declaration in support of Plaintiffs' Motion to Consider Whether Another Party's Material

15 Should Be Sealed (Dkt. 692) to June 22, 2022.

DATED:  June 15, 2022

**BLEICHMAR FONTI & AULD LLP**

By: _/s/ Lesley Weaver_
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**DICELLO LEVITT GUTZLER**

By: _/s/ David Straite_
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**

By: _/s/ Jay Barnes_
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _/s/ Andrew H. Schapiro_
Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
sb@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Carly Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (DKT. 692)

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2        I am the ECF user whose ID and password are being used to file this Joint Stipulation and

3 [Proposed] Order Extending Time for Google to Submit Declaration in Support of Plaintiffs' Motion

4 to Consider Whether Another Party's Material Should Be Sealed (Dkt. 692). Pursuant to Civil L.R.

5 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of

6 this document.

7

8 Dated: June 15, 2022

9

10                                        */s/ Andrew H. Schapiro*
                                         Andrew H. Schapiro
11
                                         *Counsel on behalf of Google*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to Submit Declaration in Support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 692) shall be extended to June 22, 2022.

**IT IS SO ORDERED.**

DATED: _____, 2022                    _____

Hon. Yvonne Gonzalez Rogers
United States District Judge