IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| This document applies to: *all actions.* | **DECLARATION OF ANNE K. DAVIS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge:     Hon. Virginia K. DeMarchi<br>Date:      June 18, 2024<br>Time:      10:00 a.m.<br>Courtroom: 2, Fifth Floor |

I, Anne K. Davis, hereby declare as follows:

1. I am a partner at Bleichmar Fonti & Auld LLP, am a member in good standing of the Bar of the State of California and duly admitted to practice before this Court. This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's (Defendant Google's) Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f).

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. A true and correct copy of the following document is attached as follows:

    a. An **unredacted** copy of Plaintiffs' Reply in Support of Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data.

4. Google is the "Designating Party" under L.R. 79-5(f) and the *E-Filing Under Seal in Civil Cases* guidelines.

5. Plaintiffs' request seeks to conditionally seal language in the Reply brief that Google maintains quotes from and refers to documents that Google has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order (ECF No. 59) and that this Court has previously sealed in some instances. *See* May 16, 2023 Order re Account Identifiers and Further Production of Named Plaintiffs' Data ("May 16 Order") (ECF Nos. 510, 524).

6. This information is relevant to the parties' dispute, and the request to seal cannot be more narrowly drawn by Plaintiffs without the consent of Google. Plaintiffs seek this relief in good faith in order to comply with Google's designations and the protective order.

7. Plaintiffs do not join in Google's designation and do not join in any request by Google to seal any portion of these filings, but submit the filing in redacted form with the information under seal in order to comply with the protective order and the Court's prior guidance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2024, at Pacifica, California.

                             */s/ Anne K. Davis*
                             Anne K. Davis

1

Case No. 4:21-cv-02155-YGR-VKD
DECL. OF ANNE K. DAVIS ISO PLAINTIFFS' ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED