**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This document applies to: *all actions.* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11, 79-5(f)]**<br><br>Judge:     Hon. Virginia K. DeMarchi<br>Date:      June 18, 2024<br>Time:     10:00 a.m.<br>Courtroom: 2, Fifth Floor |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") and all supporting papers. Plaintiffs do not join in the request to seal the materials at issue. Having considered the supporting declaration of the Designating Party, Google LLC, and GOOD CAUSE APPEARING, the Court ORDERS that the following documents remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Reply in Support of Motion for Contempt and Spoliation Sanctions re: Named Plaintiff Data | Highlighted portions at pages 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13. | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge