1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO SEAL** |
| v. | Judge: Honorable Yvonne Gonzalez Rogers |
| GOOGLE LLC, | |
| Defendant. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion To Seal Portions of Google LLC's Opposition to Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation* Pursuant to Dkt. 683, Declaration of Stanislav Belov, and Declaration of Jeffrey M. Gutkin and Exhibits 1-9 attached thereto ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Portions to be Filed Under Seal | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| Google's Opposition to Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation* Pursuant to Dkt. 683 | Portions Highlighted at:<br><br>Pages: 7:3-7, 7:24-28, 8:18, 8:28, 9:8-12, 9:16, 9:23-24, 10:2-3, 10:19-25, 11:1-2, 11:6, 11:10-12, 12:22. | Hayrapetian Declaration ¶ 3-5 | |
| Declaration of Stanislav Belov | Portions Highlighted at:<br><br>Pages: 2:17-20, 2:23-28, 3:1-9, 3:13-14, 3:17-21, 4:1-11, 4:22-25, 5:1-11, 5:16-20. | Hayrapetian Declaration ¶ 3-5 | |
| Declaration of Jeffrey M. Gutkin | Portions Highlighted at:<br><br>Pages: 1:16, 2:1-4, 2:8, 2:11-12, 2:14-15, 3:1-2, 3:4-5. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 1 to Gutkin Declaration | Redacted in its entirety | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 2 to Gutkin Declaration | Redacted in its entirety | Hayrapetian Declaration ¶ 3-5 | |

| Exhibit 3 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 44:8, 44:23-24, 45:7-8. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 5 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 604:2, 5-7, 11-14, 25; 605:1-3. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 6 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 293:24-25; 294:1-14; 295:15-16. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 7 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 116:15-17. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 8 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 231:24-25; 232:1-3, 6-18. | Hayrapetian Declaration ¶ 3-5 | |
| Exhibit 9 to Gutkin Declaration | Portions Highlighted at:<br><br>Pages: 21:7; 25:3, 11; 26:9. | Hayrapetian Declaration ¶ 3-5 | |

**SO ORDERED**.

DATED: _____      _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge