# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4                        ---o0o---
5   PATRICK CALHOUN, et al.,        )
    on behalf of themselves and     )
6   all others similarly            )
    situated,                       )
7                                   )
             Plaintiffs,            )Case No.
8                                   )5:20-cv-5146-LHK-SVK
    vs.                             )
9                                   )
    GOOGLE LLC,                     )
10                                  )
             Defendant.             )
11  _____)
    CHASOM BROWN, et al.,           )
12  on behalf of themselves and     )
    all others similarly            )
13  situated,                       )
                                    )
14           Plaintiffs,            )Case No.
                                    )5:20-cv-03664-LHK
15  vs.                             )
                                    )
16  GOOGLE LLC,                     )
                                    )
17           Defendant.             )
    _____)
18                       ---o0o---
             Videotaped Zoom Deposition of
19               HUEI-HUNG (CHRIS) LIAO
20        CONFIDENTIAL, ATTORNEYS' EYES ONLY
21             Thursday, December 2, 2021
22                       ---o0o---
23  Job No.: 4893183
24  Katy E. Schmidt
    RPR, RMR, CRR, CSR 13096
25  Pages 1 - 218
```

                                                    Page 1

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4                           ---oOo---
 5    PATRICK CALHOUN, et al.,      )
      on behalf of themselves and   )
 6    all others similarly          )
      situated,                     )
 7                                  )
              Plaintiffs,           )Case No.
 8                                  )5:20-cv-5146-LHK-SVK
      vs.                           )
 9                                  )
      GOOGLE LLC,                   )
10                                  )
              Defendant.            )
11    _____)
      CHASOM BROWN, et al.,         )
12    on behalf of themselves and   )
      all others similarly          )
13    situated,                     )
                                    )
14            Plaintiffs,           )Case No.
                                    )5:20-cv-03664-LHK
15    vs.                           )
                                    )
16    GOOGLE LLC,                   )
                                    )
17            Defendant.            )
      _____)
18
              BE IT REMEMBERED that, pursuant to Notice, and
19    on Thursday, the 2nd day of December, 2021, commencing
      at the hour of 8:33 a.m., thereof, in Sunnyvale,
20    California, before me, KATY E. SCHMIDT, a Certified
      Shorthand Reporter in and for the County of Yolo, State
21    of California, there virtually personally appeared
22                    HUEI-HUNG (CHRIS) LIAO
23    called as a witness herein, who, being by me first duly
      sworn, was thereupon examined and interrogated as
24    hereinafter set forth.
25
```

Page 2

```
 1   APPEARANCES:
 2   For The Plaintiffs:
 3                   (Appeared via Zoom)
 4           BLEICHMAR FONTI & AULD LLP
             BY: LESLEY WEAVER, Esq.
 5           555 12th Street, Suite 1600
             Oakland, California 994607
 6           415.445.4003
             lweaver@bfalaw.com
 7
                     (Appeared via Zoom)
 8
             SIMMONS HANLY CONROY
 9           BY: JASON "JAY" BARNES, Esq.
             BY: AN TRUONG, Esq.
10           One Court Street
             Alton, Illinois 62002
11           618.693.3104
             jaybarnes@simmonsfirm.com
12
                     (Appeared via Zoom)
13
             BOIES SCHILLER FLEXNER LLP
14           BY: MARK MAO, Esq.
             BY: BEKO RICHARDSON, Esq.
15           BY: ERIKA NYBORG-BURCH, Esq.
             44 Montgomery Street, 41st Floor
16           San Francisco, California 94104
             415.293.6800
17           mmao@bsfllp.com
18   For The Defendants:
19                   (Appeared via Zoom)
20           Quinn Emanuel Urquhart & Sullivan LLP
             BY: JOSEF ANSORGE, Esq.
21           BY: TRACY GAO, Esq.
             51 Madison Avenue, 22nd Floor
22           New York, New York 10010
             212.849.7000
23           josefansorge@quinnemanuel.com
24   ///
25   ///
```

Page 3

```
 1   APPEARANCES CONTINUED:

 2   Also present:

 3              David West, Videographer

 4              Lillian Dye, Consultant

 5              Zubair Shafiq, Expert

 6              Ryan McGee, In-house counsel

 7              Toni Baker, In-house counsel

 8
                        ---oOo---

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

|    |    |    |
|----|----|----|
| 1  | SUNNYVALE, CALIFORNIA | |
| 2  | THURSDAY, DECEMBER 2, 2021; 8:33 A.M. | |
| 3  | ---o0o--- | |
| 4  | THE VIDEOGRAPHER:  Good morning.  We are on | |
| 5  | the record.  The time is 8:33 a.m.  The date today is | 08:33 |
| 6  | December 2nd, 2021. | 08:33 |
| 7  | Please note the microphones are sensitive and | 08:33 |
| 8  | may pick up whispering and private conversations. | 08:34 |
| 9  | Audio and video recording will continue to | 08:34 |
| 10 | take place unless all parties agree to go off the | 08:34 |
| 11 | record. | 08:34 |
| 12 | This is Media Unit 1 of the video-recorded | 08:34 |
| 13 | deposition of Chris Liao, taken by counsel for plaintiff | 08:34 |
| 14 | in the matter of -- matters of Patrick Calhoun, et al. | 08:34 |
| 15 | versus Google, LLC, filed in the United States District | 08:34 |
| 16 | Court for the Northern District of California, San Jose | 08:34 |
| 17 | division, Case No. 5 colon 20-CV-05146-LHK (SVK), and | 08:34 |
| 18 | Jason Brown, et al. versus Google, LLC, filed in the | 08:34 |
| 19 | United States District Court for the Northern District | 08:34 |
| 20 | of California, San Jose division, Case No. 5 colon | 08:34 |
| 21 | 20-CV-03664-LHK. | 08:34 |
| 22 | The deposition is being conducted using | 08:34 |
| 23 | Remote Counsel technology and all participants are | 08:34 |
| 24 | attending remotely. | 08:35 |
| 25 | My name is David West.  I am the videographer. | 08:35 |

Page 8

```
 1    The court reporter is Kathryn Schmidt.  We represent      08:35
 2    Veritext Legal Solutions.                                 08:35
 3           I'm not related to any party in this action,       08:35
 4    nor am I financially interested in the outcome.           08:35
 5           Counsel will now state their appearances and       08:35
 6    affiliations for the record.  If there are any            08:35
 7    objections to proceeding, please state them at the time   08:35
 8    of your appearance, beginning with the noticing           08:35
 9    attorney.                                                 08:35
10           MR. BARNES:  Thank you, Mr. West.                  08:35
11           Jay Barnes from Simmons Hanly Conroy, on           08:35
12    behalf of the Calhoun plaintiffs.                         08:35
13           Also here today with me is An Truong from          08:35
14    Simmons Hanly Conroy, and Lesley Weaver from BFA on       08:35
15    behalf of the Calhoun plaintiffs.                         08:35
16           MR. MAO:  This is Mark Mao of                      08:35
17    Boies Schiller Flexner, appearing for the Brown versus    08:35
18    Google clients.                                           08:35
19           Also with me of Boies Schiller Flexner I see       08:35
20    is Beko Richardson and Erika Nyborg-Burch of my firm.     08:35
21           And we also have Lilian Dye, who is one of our     08:36
22    consultants.                                              08:36
23           MR. ANSORGE:  Josef Ansorge, Quinn Emanuel,        08:36
24    for Google.                                               08:36
25           And I'm joined today by Tracy Gao, also            08:36
```

Page 9

```
 1   Quinn Emanuel, and Toni Baker who is counsel for Google.    08:36
 2            THE VIDEOGRAPHER:  Thank you.                       08:36
 3            The court reporter may now swear the witness        08:36
 4   in and we will continue.                                     08:36
 5                       ---o0o---                                08:36
 6                  HUEI-HUNG LIAO,                               08:36
 7   called as a witness by the Plaintiffs, who, being first     08:36
 8   duly sworn to tell the truth, the whole truth and           08:36
 9   nothing but the truth, was examined and testified as        08:36
10   follows:                                                     08:36
11            THE VIDEOGRAPHER:  Please continue.                 08:36
12               EXAMINATION BY MR. BARNES                        08:36
13   BY MR. BARNES:                                               08:36
14      Q.   Good morning, Mr. Liao.                              08:36
15            Have you ever testified in a deposition             08:36
16   before?                                                      08:36
17      A.   No.                                                  08:36
18      Q.   Okay.  Well, we're just going to have a              08:36
19   conversation.  I'm going to ask you questions.  If you      08:36
20   don't understand what I ask, let me know that you don't     08:36
21   understand the question.                                     08:36
22            If you need to take a break, you can.  Let us       08:36
23   know.  I only ask that you don't do it in the middle of     08:37
24   a question.                                                  08:37
25            Are you alone today?                                08:37
```

Page 10

```
 1            So you recall testifying earlier that the way    09:17
 2    the Google Ad systems works at the first point in the    09:17
 3    data flow is that the browser will send certain          09:17
 4    information to Google front ends; correct?               09:17
 5        A.    The network -- the ISP and DNS servers.  Yes.  09:17
 6        Q.    Yes.  Okay.                                     09:17
 7            And that goes to Google front ends, and then     09:17
 8    it goes to ████  correct?                                 09:17
 9        A.    Yes.                                            09:17
10        Q.    Has there ever been a point in time in your    09:17
11    work at Google when that data flow that we just          09:17
12    described was not the general case?                       09:17
13        A.    Can you clarify what you mean by "general"?    09:17
14        Q.    In 2014, ads worked by the browser sending     09:17
15    information to Google front ends to start the process of 09:17
16    serving an ad; correct?                                  09:18
17        A.    If you are referring to the browser sending    09:18
18    the network request through the network and reaching     09:18
19    Google front end, I believe that part is accurate.       09:18
20        Q.    Okay.  And so my only question -- this         09:18
21    document you can see on the first page is from 2014.     09:18
22            Do you see that?  Correct?                        09:18
23        A.    I see ████████████████████████                 09:18
24        Q.    And under that it says ████████████████        09:18
25        A.    2014.                                           09:18
```

                                                    Page 44

```
 1        Q.   On page 1.  I'm sorry.                   09:18
 2        A.   Oh.  Yes.  I see the dates.              09:18
 3        Q.   Okay.  And then if you go down to page 3, 09:18
 4   which is the data flows, you would agree that in 2014, 09:18
 5   that -- that face with -- the little smiley face on 09:18
 6   page GOOG-CABR dash 00892128, the way the data flow 09:18
 7   worked,  ██████████████████████████████████        09:19
 8   ██████████████████████; correct?                   09:19
 9           MR. ANSORGE:  Objection.  Compound.  And   09:19
10   foundation as to the document.                     09:19
11           THE WITNESS:  I am not familiar with the RTB 09:19
12   area or this particular slide.                     09:19
13           MR. BARNES:  Okay.                         09:19
14           THE WITNESS:  So I do not -- cannot respond to 09:19
15   that.                                              09:19
16   BY MR. BARNES:                                     09:19
17        Q.   It's fine.                               09:19
18           Still the case that in 2014, the way ads  09:19
19   worked was the browser would send information through 09:19
20   Google front ends; correct?                        09:19
21           MR. ANSORGE:  Objection.  Vague.           09:19
22           THE WITNESS:  I believe so -- I believe the 09:19
23   part of the browser sending data through the network 09:19
24   and reaching Google front end, I believe that part is 09:19
25   accurate.                                          09:19
```

Page 45

```
 1                 REPORTER'S CERTIFICATE

 2                       ---o0o---

 3    STATE OF CALIFORNIA    )

                            ) ss.

 4    COUNTY OF YOLO         )

 5          I, KATY E. SCHMIDT, a Certified Shorthand

 6    Reporter in and for the State of California, duly

 7    commissioned and a disinterested person, certify:

 8          That the foregoing deposition was taken before me

 9    at the time and place herein set forth;

10          That HUEI-HUNG (CHRIS) LIAO, the deponent herein,

11    was put on oath by me;

12          That the testimony of the witness and all

13    objections made at the time of the examination were

14    recorded stenographically by me to the best of my

15    ability and thereafter transcribed into typewriting;

16          That the foregoing deposition is a record of the

17    testimony of the examination.

18          IN WITNESS WHEREOF, I subscribe my name on this

19    7th day of December, 2021.

20

21                  _____

                    Katy E. Schmidt, RPR, RMR, CRR, CSR 13096

22                  Certified Shorthand Reporter

                    in and for the

23                  County of Sacramento,

                    State of California

24

25    Ref. No. 4893183 KES

                                              Page 216
```