# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                 UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ELAINE CRESPO,  )
     HADIYAH JACKSON and CLAUDIA      )
 6   KINDLER, on behalf of all        )
     others similarly situated,       )
 7                                    )
             Plaintiffs,              )
 8                                    )
             vs.                      ) Case No.
 9                                    ) 5:20-cv-5146-LHK
     GOOGLE LLC,                      )
10                                    )
             Defendant.               )
11   _____  )
12
13
14                       CONFIDENTIAL
15        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16        DEPOSITION OF DAVID MONSEES, VOLUME 2
17
18                 Friday, June 11, 2021
19        Testifying from San Francisco, California
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 4624328
```

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ELAINE CRESPO, )
     HADIYAH JACKSON and CLAUDIA     )
 6   KINDLER, on behalf of all       )
     others similarly situated,      )
 7                                   )
            Plaintiffs,              )
 8                                   )
            vs.                      ) Case No.
 9                                   ) 5:20-cv-5146-LHK
     GOOGLE LLC,                     )
10                                   )
            Defendant.               )
11   _____  )
12
13
14
15        Confidential, virtual videoconference
16        video-recorded deposition of DAVID
17        MONSEES, VOLUME 2, taken on behalf of the
18        Plaintiffs, testifying from San Francisco,
19        California, on Friday, June 11, 2021,
20        before Hanna Kim, CLR, CSR No. 13083.
21
22
23
24
25
```

Page 360

CONFIDENTIAL

```
 1     REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3   For Plaintiffs:
 4         BLEICHMAR FONTI & AULD LLP
 5           BY:  LESLEY WEAVER, ESQ.
 6           BY:  ANGELICA M. ORNELAS, ESQ.
 7           555 12th Street, Suite 1600
 8           Oakland, California 994607
 9           415.445.4003
10         lweaver@bfalaw.com
11           aornelas@bfalaw.com
12           -and-
13           KAPLAN FOX & KILSHEIMER LLP
14           BY:  DAVID A. STRAITE, ESQ.
15           850 Third Avenue
16           New York, New York 10022
17           212.687.1980
18           dstraite@kaplanfox.com
19
20
21
22
23
24
25
```

Page 361

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3   For Plaintiffs:
 4          SIMMONS HANLY CONROY LLC
 5          BY:  JASON "JAY" BARNES, ESQ.
 6          112 Madison Avenue, 7th Floor
 7          New York, New York 10016
 8          212.784.6400
 9          jaybarnes@simmonsfirm.com
10
11
12   For Defendant Google LLC:
13          QUINN EMANUEL URQUHART & SULLIVAN
14          BY:  ANDREW H. SCHAPIRO, ESQ.
15          191 N. Wacker Drive, Suite 2700
16          Chicago, Illinois 60606
17          312.705.7400
18          andrewschapiro@quinnemanuel.com
19          -and-
20          BY:  JOSEF ANSORGE, PH.D.
21          1300 I Street NW, Suite 900
22          Washington, D.C. 20005
23          202.538.8000
24          josefansorge@quinnemanuel.com
25
```

```
 1    REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3   Also Present:
 4        MATTHEW GUBIOTTI, Google LLC
 5        RON LAZO, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 363

INDEX OF EXAMINATION

WITNESS: DAVID MONSEES, VOLUME 2

| EXAMINATION | PAGE |
| --- | --- |
| BY MR. BARNES: | 371, 702 |
| BY MR. SCHAPIRO: | 696 |

```
 1         Testifying from San Francisco, California
 2            Friday, June 11, 2021; 9:03 a.m.
 3                         --o0o--
 4            THE VIDEOGRAPHER:  We are now on the
 5   record.  The time is 9:03 a.m., on June 11th, 2021.      09:03:52
 6            This is Media Unit 1 of the video-recorded
 7   deposition of David Monsees, 30(b)(6) witness of
 8   Google LLC, taken by counsel for the Plaintiff in
 9   the matter of Patrick Calhoun, et al., versus
10   Google LLC, filed in the United States District       09:04:15
11   Court, Northern District of California, San Jose
12   Division.
13            The case number is 5:20-cv-05146-LHK-SVK.
14            This deposition is being held via online
15   conference.  All parties are attending remotely.      09:04:36
16            The court reporter is Hanna Kim from
17   Veritext.  The videographer is Ron Lazo from
18   Veritext.
19            Counsel, please state your appearances and
20   affiliations for the record.                          09:04:47
21            MR. BARNES:  Thank you.
22            Jay Barnes on behalf of the Plaintiffs.
23   And my co-counsel are going to sneak in the picture
24   here for their...
25            MR. STRAITE:  Good morning.  David Straite   09:05:03
```

Page 369

```
1    for Plaintiffs.
2            MS. WEAVER:  Lesley Weaver for Plaintiffs
3    with Bleichmar Fonti.
4            MS. ORNELAS:  Angelica Ornelas of
5    Bleichmar Fonti also for Plaintiffs.                    09:05:12
6            MR. SCHAPIRO:  For Defendant Google, I'm
7    Andrew Schapiro.  I believe my colleague Josef
8    Ansorge is on, as well as is Matthew Gubiotti from
9    Google.
10           And at the outset, I just want to note        09:05:26
11   that we'd like to designate this transcript as
12   confidential initially pursuant to the agreements
13   between the parties.
14           MR. BARNES:  Yes, we agree to that.
15           THE VIDEOGRAPHER:  Will the court reporter    09:05:42
16   please swear in the witness.
17
18                    DAVID MONSEES,
19       having been administered an oath over
20           videoconference, was examined
21              and testified as follows:
22
23           THE VIDEOGRAPHER:  Please begin.
24           MR. BARNES:  Thank you.
25                     EXAMINATION                         09:06:07
```

Page 370

```
 1       Q.   The list of corpora, are those examples of
 2   █████████ in the list of corpora that you
 3   provided?
 4       A.   No.  To remind from my previous answer,
 5   ████████████████████████ ██████████                    15:16:14
 6   ██████████████████████ █████████████████
 7   ██████  They're log files, and they are separate.
 8   And I believe there's an exhibit we could look at
 9   that actually separates the two because they're
10   functionally different.                                15:16:27
11       Q.   █████ █████ -- ████████████████████
12   ██████████████████████
13   █ █:████████████ ████ █████ █
14   █████████████████████
15       Q.   Okay.  I -- I don't recall the specific      15:16:40
16   exhibit.
17            What's this "AdX RTB"?
18       A.   I believe AdX is the former name for
19   Google's ad exchange, and RTB, in this context,
20   stands for real-time bidding.                          15:17:02
21            And so this is the open ad exchange where
22   users -- other advertisers, through other
23   exchanges and platforms, might compete in the
24   auction for a given ad slot.
25       Q.   ████████████████████████████████████         15:17:14
```

Page 604

1  ▄▄▄▄▄▄▄▄▄▄▄▄
2  ▄ ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
3  ▄▄▄▄▄▄▄▄▄▄▄▄▄ : ▄▄▄▄▄▄▄▄▄

4      Q.   Okay.  And then the other thing in the
5  stack, it goes down to "Ads."                          15:17:34
6      A.   Yes.
7      Q.   And so what's that?
8      A.   I think it's -- that this is an -- greatly
9  simplified illustrative diagram.  I believe that's
10 basically saying, the actual fulfillment of the        15:17:49
11 ad.
12     Q.   Okay.  I -- maybe does that go to our
13 previous -- that big map chart that we had that
14 says, hey, we -- we send it down the stack and it
15 sends data back up the stack to serve the app?         15:18:05
16     A.   Yes, so -- like rest of stack or
17 something --
18     Q.   Okay.
19          (Interruption in audio/video.)
20          THE COURT REPORTER:  I'm sorry.  I didn't     15:18:13
21 hear the answer.  "Yes, the"?
22          THE WITNESS:  Yes, it said rest of stack
23 or something.
24 BY MR. BARNES:
25     Q.   Okay.  Mr. Monsees, down the middle,          15:18:18

Page 605

```
 1                CERTIFICATE OF REPORTER
 2           I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4           That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn
 6   to testify to the truth, the whole truth, and
 7   nothing but the truth;
 8           That said proceedings were taken before me
 9   at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13           I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17           Further, that if the foregoing pertains to
18   the original transcript of a deposition in a
19   federal case, before completion of the proceedings,
20   review of the transcript [ ] was [ ] was not
21   requested.
22           In witness whereof, I have hereunto
23   subscribed my name.  Dated:  16th day of June, 2021
24
25           Hanna Kim, CLR, CSR No. 13083
```

Page 710