# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

   _____
   PATRICK CALHOUN, et al., on    )
   behalf of themselves and all   )
   others similarly situated,     )
             Plaintiff,           )
      vs.                         ) Case No.
   GOOGLE, LLC,                   ) 5:20-cv-05146-LHK-
             Defendant.           ) SVK
   _____)

                    ** TRANSCRIPT CONFIDENTIAL **

                   ZOOM VIDEOTAPED DEPOSITION OF
                           CHETNA BINDRA
                         Parker, Colorado
                     Tuesday, February 8, 2022
                             Volume I


   Reported by:
   LORI M. BARKLEY, CSR No. 6426
   Job No. 5066214


   PAGES 1 - 341
```

Page 1

CONFIDENTIAL

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION


     _____
     PATRICK CALHOUN, et al., on    )
     behalf of themselves and all   )
     others similarly situated,     )
                 Plaintiff,         )
        vs.                         ) Case No.
     GOOGLE, LLC,                   ) 5:20-cv-05146-LHK-
                 Defendant.         ) SVK
     _____ )
```

Zoom Videotaped deposition of CHETNA BINDRA, Volume I, taken on behalf of Plaintiffs, at Parker, Colorado, beginning at 11:10 a.m., and ending at 8:58 p.m., Mountain Standard Time, on Tuesday, February 8, 2022, before LORI M. BARKLEY, Certified Shorthand Reporter No. 6426.

Page 2

```
 1    APPEARANCES:
 2
 3    FOR THE PLAINTIFFS:
 4        BLEICHMAR FONTI & AULD
 5        BY:  LESLEY E. WEAVER
 6        BY:  ANNE DAVIS
 7        Attorneys at Law
 8        555 12th Street, Suite 1600
 9        Oakland, California 94607
10        (415) 445-4003
11        Lweaver@bfalaw.com
12        Aornelas@bfalaw.com
13
14    FOR THE CALHOUN PLAINTIFFS:
15        SIMMONS HANLY CONROY
16        BY:  JASON BARNES
17        Attorney at Law
18        112 Madison Avenue, 7th Floor
19        New York, New York 10016-7416
20        (212) 784-6276
21        Jaybarnes@simmonsfirm.com
22
23
24
25
```

Page 3

CONFIDENTIAL

```
 1    APPEARANCES (CONTINUED)
 2
 3    FOR GOOGLE, LLC, AND THE WITNESS:
 4        QUINN EMANUEL URQUHART & SULLIVAN LLP
 5        BY:  VIOLA TREBICKA
 6        Attorney at Law
 7        865 South Figueroa Street, 10th Floor
 8        Los Angeles, California 90017
 9        Violatrebicka@quinnemanuel.com
10            - and -
11        BY:  TEUTA FANI
12        Attorney at Law
13        1300 I Street NW, Suite 900
14        Washington, DC 20005
15        Teutafani@quinnemanuel.com
16
17
18    Also Present: Beko Reblitz-Richardson
19                  Torryn Taylor
20
21    Videographer:  Cassia Leet
22
23
24
25
                                              Page 4
```

| | | |
|---|---|---|
| 1 | Parker, Colorado; Tuesday, February 8, 2022 | |
| 2 | 11:10 a.m. | |
| 3 | | 10:10:05 |
| 4 | VIDEO OPERATOR: Good morning. We are going | 10:10:09 |
| 5 | on the record the 11:10 a.m., on February 8th, 2022. | 10:10:10 |
| 6 | Please note that the microphones may pick up | 10:10:16 |
| 7 | background noise, conversations, and interference if | 10:10:20 |
| 8 | unmuted. Remember to unmute to speak. | 10:10:23 |
| 9 | Audio and video recording will continue to | 10:10:27 |
| 10 | take place unless all parties agree to go off the | 10:10:29 |
| 11 | record. | 10:10:34 |
| 12 | This is Media Unit 1 of the video recorded | 10:10:34 |
| 13 | deposition of Dr. Chetna Bindra, taken by counsel for | 10:10:39 |
| 14 | Plaintiffs in the matter of Patrick Calhoun, et al., | 10:10:43 |
| 15 | versus Google, Inc., filed in the United States | 10:10:46 |
| 16 | District Court, for the Northern District of | 10:10:49 |
| 17 | California, San Jose Division. Case number | 10:10:52 |
| 18 | 520-CV-05146-YGR-SVK. | 10:11:06 |
| 19 | This deposition is being conducted using | 10:11:06 |
| 20 | Veritext virtual technology, and all participants are | 10:11:10 |
| 21 | attending remotely. | 10:11:12 |
| 22 | My name is Cassia Leet from Veritext Legal | 10:11:13 |
| 23 | Solutions, and I am the videographer. The court | 10:11:18 |
| 24 | reporter is Lori Barkley of Veritext Legal Solutions. | 10:11:20 |
| 25 | I'm not related to any party in this action; | 10:11:23 |

| | | |
|---|---|---|
| 1 | nor am I financially interested in the outcome. | 10:11:27 |
| 2 | Would counsel and everyone attending | 10:11:30 |
| 3 | remotely please state your appearances and | 10:11:32 |
| 4 | affiliations for the record. | 10:11:34 |
| 5 | MS. WEAVER: Good morning. I'm Lesley | 10:11:37 |
| 6 | Weaver with Bleichmar Fonti & Auld. With me today is | 10:11:39 |
| 7 | my partner, Anne Davis, of the same firm. | 10:11:43 |
| 8 | Also we have Jay Barnes of Simmons Conroy on | 10:11:46 |
| 9 | behalf of the plaintiffs in the Calhoun matter. | 10:11:52 |
| 10 | And we have Beko Reblitz-Richardson from | 10:11:54 |
| 11 | Boies Schiller Flexner on behalf of Plaintiffs in the | 10:11:59 |
| 12 | Brown matter. | 10:12:01 |
| 13 | MS. TREBICKA: Good morning. Viola Trebicka | 10:12:03 |
| 14 | with Quinn Emanuel. I am here on behalf of the | 10:12:08 |
| 15 | witness and Google. | 10:12:11 |
| 16 | With me today is Teuta Fani, an associate | 10:12:13 |
| 17 | with Quinn Emanuel. And also Torryn Taylor, an | 10:12:17 |
| 18 | in-house attorney with Google. | 10:12:20 |
| 19 | VIDEO OPERATOR: Thank you. | 10:12:23 |
| 20 | Will the court reporter please swear in the | 10:12:23 |
| 21 | witness. | 10:12:25 |
| 22 | | |
| 23 | DR. CHETNA BINDRA, | |
| 24 | having been administered an oath, was examined and | |
| 25 | testified as follows: | |

Page 17

Veritext Legal Solutions
866 299-5127

```
 1      Q.   And do you believe that somehow this              18:40:34
 2   document was posted and people were making comments       18:40:37
 3   on the document?                                          18:40:39
 4           MS. TREBICKA:  Objection, assumes facts.          18:40:43
 5           THE WITNESS:  Two separate things.  One is a      18:40:46
 6   document, an internal document likely had comments on     18:40:48
 7   it.  Separate topic about a document getting posted       18:40:52
 8   externally on GitHub.                                     18:40:57
 9   BY MS. WEAVER:                                            18:41:01
10      Q.   Got it.                                           18:41:01
11           So do you see in the first page of                18:41:01
12   Exhibit 41, it says (as read):                            18:41:04
13               Today, the real-time bidding                  18:41:05
14           ecosystem strongly depends on                     18:41:06
15           cross-site user identifiers for                   18:41:09
16           frequency management,                             18:41:10
17           personalization use cases such as                 18:41:13
18           audience targeting and remarketing,               18:41:15
19           conversion attribution and                        18:41:17
20           measurement.                                      18:41:18
21           Do you see that?                                  18:41:19
22      A.   I see that sentence.                              18:41:21
23      Q.   And then under that, it says (as read):           18:41:22
24           ███████████████████████████                       18:41:24
25           █████████████████ █ █████████                     18:41:26
```

Page 293

```
 1                    ████████████████████████████         18:41:28
 2                    ████████████████ ██████████          18:41:33
 3                    ██████████████████████████████       18:41:34
 4                    ████ █████████████████████           18:41:35
 5                    ██████████████████                   18:41:38
 6                    ██████████████                       18:41:39
 7       A.    █ ██████████████                            18:41:39
 8       Q.    █████████████████████ ███████ :             18:41:40
 9                        ██████████████████████           18:41:43
10                    ██████████████████████████           18:41:45
11                    ██ █████████████████ ██████          18:41:47
12                    ███████████████ ████████████         18:41:50
13                    ████████████████████                 18:41:52
14                    ███████████████                      18:41:54
15       A.    I do.                                        18:41:55
16       Q.    What were you referring to there?            18:41:55
17       A.    I do not recall this overall exchange, but   18:42:00
18    what it appears to me is that the document was       18:42:04
19    referring to how the overall real-time bidding        18:42:07
20    ecosystem operates today.  It does operate in a way  18:42:13
21    that it appears, you know, yes, a lot of the players 18:42:16
22    within the ecosystem rely on user identifiers.  They 18:42:22
23    do all the things that are mentioned there.          18:42:26
24            And I think even below I write, there's a    18:42:29
25    comment about what is the point of highlighting      18:42:35
```

Page 294

| | | |
|---|---|---|
| 1 | issues of RTBs.  I think this is an overall comment | 18:42:37 |
| 2 | on how players in the ecosystem continue to, you | 18:42:40 |
| 3 | know, conduct ad business, conduct some of this kind | 18:42:47 |
| 4 | of personalization. | 18:42:51 |
| 5 | And I think the point here was to | 18:42:54 |
| 6 | potentially focused the external document that would | 18:42:56 |
| 7 | get posted on GitHub on actual experimentation versus | 18:43:00 |
| 8 | us talking at huge length necessarily about how the | 18:43:04 |
| 9 | external ecosystem outside us continues to operate. | 18:43:09 |
| 10 | Largely made sense in trying to get into all | 18:43:17 |
| 11 | the concerns that we have about how the ecosystem | 18:43:19 |
| 12 | operates. | 18:43:22 |
| 13 | Q.  And did you write above where it says | 18:43:23 |
| 14 | (as read): | |
| 15 | ▉▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉. | 18:43:26 |
| 16 | ▉▉▉▉▉ | 18:43:30 |
| 17 | A.  I do not know whether that's what I wrote. | 18:43:30 |
| 18 | Q.  And then do you see Glen Bernston says | 18:43:34 |
| 19 | (as read): | |
| 20 | To be clear, you are proposing | 18:43:37 |
| 21 | not talking about current RTB | 18:43:38 |
| 22 | ecosystem, and instead focus on | 18:43:41 |
| 23 | aRTB? | 18:43:43 |
| 24 | A.  I do see that sentence. | 18:43:46 |
| 25 | Q.  What is a RTB? | 18:43:48 |

| | | |
|---|---|---|
| 1 | A. aRTB is likely the post that was shared | 18:43:51 |
| 2 | externally on GitHub, and it refers to a nonpremise | 18:43:55 |
| 3 | RTB. | 18:44:01 |
| 4 | Q. We'll turn now to Exhibit 42. | 18:44:04 |
| 5 | (Exhibit 42 was marked for identification and | 18:44:15 |
| 6 | is attached hereto.) | 18:44:37 |
| 7 | MS. WEAVER: For the record, Exhibit 42 | 18:44:37 |
| 8 | bears Bates number GOOG-CABR-04828296 through 302. | 18:44:39 |
| 9 | Dr. Bindra is the custodian. | 18:44:50 |
| 10 | Q. Do you know who Teodora Stanoeva is? | 18:44:52 |
| 11 | A. I do not. | 18:44:56 |
| 12 | Q. Okay. Do you recognize Exhibit 42? | 18:44:58 |
| 13 | A. I do not. | 18:45:03 |
| 14 | Q. Do you recognize Exhibit 42 as an internally | 18:45:04 |
| 15 | created Google document? | 18:45:11 |
| 16 | A. I do not know that. | 18:45:16 |
| 17 | Q. Well, do you see where did says: GO/TC | 18:45:17 |
| 18 | proof, underneath the title: Observable proof of | 18:45:21 |
| 19 | your Transparency and Control promises? | 18:45:25 |
| 20 | A. I do see that. | 18:45:27 |
| 21 | Q. And isn't "go/" an internal acronym for a | 18:45:28 |
| 22 | link where you can usually provide a document just as | 18:45:33 |
| 23 | we've discussed earlier today? | 18:45:36 |
| 24 | A. No. That is not the only thing that "GO" | 18:45:40 |
| 25 | can be used for. | 18:45:43 |

Page 296

STATE OF CALIFORNIA      ) ss.
COUNTY OF LOS ANGELES    )

    I, Lori M. Barkley, CSR No. 6426, do hereby certify:

    That the foregoing deposition testimony taken before me at the time and place therein set forth and at which time the witness was administered the oath;

    That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

    I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

    IN WITNESS WHEREOF, I have subscribed my name this 9th day of February, 2022.

*[signature]*

LORI M. BARKLEY, CSR No. 6426