# EXHIBIT 7

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION

    PATRICK CALHOUN, et al.,         )
    on behalf of themselves and      )
    all others similarly             )
    situated,                        )
                                     )
              Plaintiffs,            )
                                     )
       vs.                           ) Case No.
                                     )
    5:20-cv-5146-LHK-SVK
    GOOGLE LLC,                      )
                                     )
              Defendants.            )
                                     )
                                     )
                -and-                )
                                     )
    CHASOM BROWN, et al.,            )
    on behalf of themselves and      )
    all others similarly             )
    situated,                        )
                                     )
              Plaintiffs,            )
                                     )
       vs.                           ) Case No.
                                     ) 5:20-cv-03664-LHK
    GOOGLE LLC,                      )
                                     )
              Defendants.            )
                                     )

           *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

                    REMOTE VIDEO DEPOSITION OF
                  GEORGE LEVITTE  - VOLUME II
                  DATE TAKEN:  March 16, 2022

    REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
    JOB NO. 5133073
    PAGES:  105 - 383
```

Page 105

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
     PATRICK CALHOUN, et al.,       )
 5   on behalf of themselves and    )
     all others similarly           )
 6   situated,                      )
                                    )
 7           Plaintiffs,            )
                                    )
 8      vs.                         ) Case No.
                                    )
 9   5:20-cv-5146-LHK-SVK           )
     GOOGLE LLC,                    )
10                                  )
             Defendants.            )
11                                  )
                                    )
12              -and-               )
                                    )
13   CHASOM BROWN, et al.,          )
     on behalf of themselves and    )
14   all others similarly           )
     situated,                      )
15                                  )
             Plaintiffs,            )
16                                  )
        vs.                         ) Case No.
17                                  ) 5:20-cv-03664-LHK
     GOOGLE LLC,                    )
18                                  )
             Defendants.            )
19                                  )
20
21       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
22   Remote Video Deposition of GEORGE LEVITTE, taken
23   Remotely via Zoom, commencing at 10:03 a.m., EDT,
24   Wednesday, March 16, 2022, before Renee Harris,
25   CSR No. 14168, Registered Professional Reporter.
```

Page 106

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES OF COUNSEL:
 2   For the CALHOUN PLAINTIFFS:
 3      SIMMONS HANLY CONROY
 4           BY: JASON "JAY" BARNES, ESQ.
 5               ERIC JOHNSON, ESQ.
 6           112 Madison Avenue, Seventh Floor
 7           New York, New York 10016
 8           (618) 693-3104
 9           jaybarnes@simmonsfirm.com
10           ericjohnson@simmonsfirm.com
11      - and -
12      BLEICHMAR FONTI & AULD LLP
13           BY: LESLEY WEAVER, ESQ.
14           555 12th Street, Suite 1600
15           Oakland, California 94607
16           (415) 445-4003
17           lweaver@bfalaw.com
18
19   For the BROWN PLAINTIFFS:
20      MORGAN & MORGAN
21           BY: RYAN MCGEE, ESQ.
22           201 North Franklin Street, Suite 700
23           Tampa, Florida 33602
24           (813) 223-0931
25           rmcgee@forthepeople.com
```

Page 107

```
 1   APPEARANCES OF COUNSEL: (CONTINUED)
 2   For DEFENDANT:
 3       QUINN EMANUEL URQUHART & SULLIVAN LLP
 4           BY: VIOLA TREBICKA, ESQ.
 5           865 S. Figueroa St., 10th Floor
 6           Los Angeles, California 90017
 7           (213) 443-3000
 8           violatrebicka@quinnemanuel.com
 9
10   ALSO PRESENT:
11           Cassia Leet, Videographer
12           Matthew Gubiotti, Esq., Google
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 108

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Good morning. We are | |
| 2 | going on the record at 10:03 a.m. on | |
| 3 | March 16th, 2022. | |
| 4 | Audio and video recording will continue | |
| 5 | to take place unless all parties agree to go | 10:04:10 |
| 6 | off the record. | |
| 7 | This is Volume II, Media Unit 1 of the | |
| 8 | video-recorded deposition of George Levitte, | |
| 9 | taken by counsel for plaintiffs in the matter | |
| 10 | of Jason Brown et al. vs. Google, LLC and | 10:04:23 |
| 11 | Patrick Calhoun et al., vs. Google, LLC, | |
| 12 | filed in the United States District Court, | |
| 13 | Northern District of California, case number | |
| 14 | 5:20-03664-LHK and case number | |
| 15 | 5:20-cv-5146-LHK-SVK. | 10:04:56 |
| 16 | This deposition is being conducted using | |
| 17 | Veritext virtual technology, and all | |
| 18 | participants are attending remotely. My name | |
| 19 | is Cassia Leet from Veritext Legal Solutions, | |
| 20 | and I am the videographer. | 10:05:09 |
| 21 | The court reporter is Renée S. Harris of | |
| 22 | Veritext Legal Solutions. | |
| 23 | I am not related to any party in this | |
| 24 | action, nor am I financially interested in | |
| 25 | the outcome. | 10:05:23 |

Page 110

```
 1          Would counsel and everyone attending

 2     remotely please state your appearances and

 3     affiliations for the record.

 4          MR. BARNES:  Thank you.  Jay Barnes and

 5     Eric Johnson on behalf of the Calhoun              10:05:31

 6     Plaintiffs, from Simmons Hanly Conroy.

 7     Sorry.

 8          MS. WEAVER:  Good morning.  Lesley

 9     Weaver, Bleichmar Fonti & Auld, for the

10     plaintiffs.                                        10:05:45

11          MR. McGEE:  Morning.  Ryan McGee of

12     Morgan & Morgan on behalf of the Brown

13     Plaintiffs.

14          MS. TREBICKA:  Viola Trebicka of Quinn

15     Emanuel on behalf of the witness and Google,       10:05:55

16     and with me today is Matthew Gubiotti of

17     Google.

18          THE VIDEOGRAPHER:  Thank you.  Would the

19     court reporter please swear in the witness.

20                                                        10:06:20

21                    ---o0o---

22

23

24

25
```

Page 111

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            APPEARING REMOTELY FROM NEW YORK, NEW YORK;
 2             WEDNESDAY, MARCH 16, 2022; 10:03 A.M.;
 3
 4                        GEORGE LEVITTE,
 5   called as a witness and having been first duly
 6   sworn by the Certified Shorthand Reporter via the
 7   Interpreter, was examined and testified as
 8   follows:
 9
10                                                              10:06:20
11    BY MR. BARNES:
12        Q.  Good morning, Mr. -- Levitte -- or is it
13   Levitte or Levitte?
14        A.  Levitte.
15        Q.  Levitte.  Okay.  Okay.  I just want to         10:06:26
16   make sure.  That's what I thought it was, but I
17   want to make certain that I have it right.
18            Let's start, Mr. Johnson, if you could,
19   with what we've marked as A1.
20            And, Mr. Levitte, you should recognize         10:06:41
21   this.
22            MR. BARNES:  Ms. Trebicka, it's coming
23        across the transom -- it is the Declaration
24        of George Levitte filed in this case.  I
25        think it was Exhibit 1 yesterday.  It's going     10:06:49
```

Page 112

```
1    MANAGER PROFITS IN OPPOSITION TO PLAINTIFFS'
2    MOTION FOR CLASS CERTIFICATION"?
3         A.  Yes.
4         Q.  Okay.  So we are on the same document.
5             Are you familiar with this document?        10:08:31
6         A.  Yes.
7         Q.  Did you draft this document?
8         A.  I wrote this together with counsel.
9         Q.  Okay.  Can we go -- can you turn to
10   Paragraph 2, which is on page 3.                    10:08:46
11        A.  Yes.
12        Q.  You've been employed at Google since
13   2014.
14            And the then next sentence says, "I
15   started as a Product Manager for Real-Time           10:08:58
16   Bidding..."
17            When did you start as a product manager
18   for real-time bidding?
19        A.  When I joined in 2014.
20        Q.  Okay.  Did real-time -- I recall your      10:09:08
21   testimony from yesterday, that you were involved
22   in the creation of the real-time bidding system;
23   is that correct?
24        A.  No.  That's not what I testified.
25        Q.  Okay.  Can you explain your role at        10:09:19
```

| | |  |
|---|---|---|
| 1 | real-time bidding starting in 2014? | |
| 2 | MS. TREBICKA: Objection. Compound. | |
| 3 | Asks for a narrative. | |
| 4 | THE WITNESS: Real-time bidding already | |
| 5 | existed when I joined Google, and I became | 10:09:35 |
| 6 | the product manager responsible for Google's | |
| 7 | real-time bidding platform. | |
| 8 | BY MR. BARNES: | |
| 9 | Q. Okay. And what did you do as the product | |
| 10 | manager for real-time bidding? | 10:09:46 |
| 11 | MS. TREBICKA: Objection. Compound. | |
| 12 | Vague. | |
| 13 | THE WITNESS: I was the product manager | |
| 14 | for the AdX buy-side, which includes | |
| 15 | real-time bidding. And in that capacity, I | 10:10:02 |
| 16 | worked to help improve our product for | |
| 17 | customers using the AdX buy-side. | |
| 18 | BY MR. BARNES: | |
| 19 | Q. Okay. And in terms of customers, what do | |
| 20 | you mean by "customers? | 10:10:22 |
| 21 | A. They, at the time, were called "AdX | |
| 22 | buyers." | |
| 23 | Q. Who are AdX buyers? | |
| 24 | A. We have since renamed the product; but at | |
| 25 | the time, AdX buyers were third-party buyers who | 10:10:40 |

Page 115

```
 1    participated in the Ad Exchange auction.
 2         Q.  What have you renamed them to?
 3         A.  Currently, these buyers are called
 4    "authorized buyers."
 5         Q.  How many authorized buyers are there?     10:11:02
 6         A.  I don't know.
 7         Q.  Approximately how many authorized buyers
 8    are there?
 9             MS. TREBICKA:  Objection.  Calls for
10         speculation.  Lacks foundation.               10:11:10
11             THE WITNESS:  I'm not sure how many we
12         have today.
13    BY MR. BARNES:
14         Q.  Is it more than a hundred?
15         A.  ███████████████████████████████           10:11:20
16    ████████████████████████████████████████
17    ████
18         Q.  What are authorized buyers buying?
19         A.  Ad inventory.
20         Q.  What is "ad inventory"?                   10:11:46
21         A.  A advertisement placement opportunity.
22         Q.  What is an "advertisement placement
23    opportunity"?
24         A.  The right to display an advertisement.
25         Q.  How does one -- how does an authorized    10:12:10
```

Page 116

```
 1    STATE OF CALIFORNIA    )
 2                           (    Ss.
 3    COUNTY OF LOS ANGELES  )
 4
 5         I, RENEE HARRIS, do hereby certify that I
 6    am a licensed Certified Shorthand Reporter, duly
 7    qualified and certified as such by the State of
 8    California;
 9       That prior to being examined, the witness named
10    in the foregoing deposition was by me duly sworn
11    to testify to tell the truth, the whole truth, and
12    nothing but the truth;
13       That the said deposition was by me recorded
14    stenographically;
15       And the foregoing pages constitute a full,
16    true, complete and correct record of the testimony
17    given by the said witness;
18         That I am a disinterested person, not
19    being in any way interested in the outcome of said
20    action, or connected with, nor related to any of
21    the parties in said action, or to their respective
22    counsel, in any manner whatsoever.
           DATED: MARCH 17, 2022
23
24         [signature]
25
           Renee Harris, CSR 14168, RPR
```

Page 380