COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
KELSEY R. SPECTOR (SBN 321488)
(kspector@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
KHARY J. ANDERSON (DC No. 1671197)
(kjanderson@cooley.com)
(*Admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 710)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. I have personal knowledge of the facts herein, and I am competent to testify. I submit this declaration pursuant to Local Rule 79-5.

2. On May 31, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 710) in connection with their Reply in Support of Motion for Contempt and Spoliation Sanctions Re Named Plaintiff Data (ECF No. 711).

3. I have reviewed the document that Google seeks to file under seal. The highlighted portions in this document reflect highly confidential and sensitive information disclosed in this matter. Based on my review and in consultation with my client, I understand that there is good cause to seal the following information:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Contempt and Spoliation Sanctions Re Named Plaintiff Data (ECF No. 710-3) | Portions highlighted at pages 1-2, 4-10, 12-13 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including mechanisms to protect user identifiers, references and details related to Google's internal data systems, data infrastructure, and Google's internal logs, as well as their proprietary functionalities and metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

2

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
|  |  | *See* ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information may place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to these data logs and user data. I understand that bad actors may use this information to piece together previously unconnectable facts and to infer information about Google users that Google stores in those logs. I also understand that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

4. Google does not seek to redact or file under seal any remaining portions of the document not indicated in the table above.

5. To the best of my knowledge, the highlighted portions in the document cited in the table above contain references to and discussions of highly sensitive and proprietary information regarding the technical details of Google's internal logs and data systems, as well as descriptions of its internal mechanisms (including standard retention periods) related to the management and protection of user identifiers that Google maintains as confidential in the ordinary course of its business and that are not generally known to the public or Google's competitors.

6. If this technical and proprietary information is publicly disclosed, I understand that it will present serious risk of irreparable harm to Google, including cyber security risk, as third parties may seek to use this information to compromise Google's data sources, including data logs, internal data structures, and internal identifier systems. Public disclosure of this information would create a risk of cyber security threats and other risks as bad actors would have access to names of Google's logs or descriptions of particular data systems, and such access may make it easier for bad actors to piece together previously unconnectable facts. Such bad actors could use the information related to these confidential, internal data systems and data logs to infer additional

information about Google users that Google stores in those logs.

7. Attached hereto as Exhibit 1 is a copy of Plaintiffs' Reply that highlights the specific information that Google seeks to maintain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2024, in San Francisco, California.

Dated: June 14, 2024                              COOLEY LLP

                                                  By: */s/ Whitty Somvichian*
                                                      Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF W. SOMVICHIAN ISO GOOGLE'S
RESPONSE TO PLAINTIFFS' ADMIN. MOTION
CASE NO. 4:21-CV-02155-YGR-VKD