# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ET AL., ON
 6   BEHALF OF THEMSELVES AND ALL
 7   OTHERS SIMILARLY SITUATED,
 8        PLAINTIFFS,
 9      vs.                         NO. 5:20-CV-05146-LHK-SVK
10   GOOGLE LLC,
11        DEFENDANT.
12   _____/
13
14                      *CONFIDENTIAL*
15       VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY
16        *VIA REMOTE COUNSEL VIDEOCONFERENCE*
17             MONDAY, DECEMBER 20, 2021
18                       VOLUME I
19
20
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 4974193
25   PAGES 1 - 331
```

Page 1

```
                     UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION


PATRICK CALHOUN, ET AL., ON
BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED,
        PLAINTIFFS,
    vs.                              NO. 5:20-CV-05146-LHK-SVK
GOOGLE LLC,
        DEFENDANT.
_____/




         Videotaped Videoconference Deposition of
SAM HEFT-LUTHY, Volume I, taken on behalf of Plaintiffs,
VIA REMOTE COUNSEL.  Deponent testifying from
San Francisco, California, beginning at 9:06 a.m. and
ending at 6:35 p.m. on Monday, December 20, 2021, before
Megan F. Alvarez, RPR, Certified Shorthand Reporter
No. 12470.
```

Page 2

```
1    APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)
2
3    FOR PLAINTIFFS:
4              BY:  JASON "JAY" BARNES, ESQ.
5                   AN V. TRUONG, ESQ.
6              SIMMONS HANLY CONROY
7              ONE COURT STREET
8              ALTON, ILLINOIS 62002
9              618.693.3104
10             JAYBARNES@SIMMONSFIRM.COM
11   AND
12             BY:  LESLEY WEAVER, ESQ.
13             BLEICHMAR FONTI & AULD LLP
14             555 12TH STREET, SUITE 1600
15             OAKLAND, CALIFORNIA 94607
16             415.445.4003
17             LWEAVER@BFALAW.COM
18   AND
19             BY:  DAVID A. STRAITE, ESQ.
20             DICELLO LEVITT GUTZLER
21             ONE GRAND CENTRAL PLACE
22             60 EAST 42ND STREET, SUITE 2400
23             NEW YORK, NEW YORK 10165
24             646.933.1000
25             DSTRAITE@DICELLOLEVITT.COM
```

```
 1   APPEARANCES:  (CONTINUED)
 2
 3   FOR DEFENDANTS:
 4            BY:   CARL SPILLY, ESQ.
 5                  JOMAIRE CRAWFORD, ESQ.
 6            QUINN EMANUEL URQUHART & SULLIVAN LLP
 7            51 MADISON AVENUE, 22ND FLOOR
 8            NEW YORK, NEW YORK 10010
 9            212.849.7000
10            JOMAIRECRAWFORD@QUINNEMANUEL.COM
11            CARLSPILLY@QUINNEMANUEL.COM
12
13   ALSO PRESENT:
14            TONI BAKER, GOOGLE IN-HOUSE COUNSEL
15
16   THE VIDEO OPERATOR:
17            DAVID WEST, VERITEXT
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

```
 1                        INDEX
 2   WITNESS                                EXAMINATION
 3   SAM HEFT-LUTHY
 4   VOLUME I
 5        BY MR. BARNES                          21
 6
 7                       --o0o--
```

Page 5

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MONDAY, DECEMBER 20, 2021 | |
| 2 | 9:06 A.M. | |
| 3 | | |
| 4 | --oOo-- | |
| 5 | | |
| 6 | THE VIDEO OPERATOR: Good morning. We are | 09:06:00 |
| 7 | on the record. The time is 9:06 a.m. The date | 09:06:01 |
| 8 | today is December 20, 2021. | 09:06:06 |
| 9 | Please note the microphones are sensitive | 09:06:12 |
| 10 | and may pick up whispering and private | 09:06:12 |
| 11 | conversations. | 09:06:12 |
| 12 | Audio and video recording will continue to | 09:06:12 |
| 13 | take place unless all parties agree to go off the | 09:06:12 |
| 14 | record. | 09:06:12 |
| 15 | This is Media Unit 1 of the video-recorded | 09:06:22 |
| 16 | deposition of Sam Heft-Luthy taken by counsel for | 09:06:26 |
| 17 | plaintiff in the matter of the Patrick Calhoun, | 09:06:31 |
| 18 | et al. vs. Google LLC filed in United States | 09:06:33 |
| 19 | District Court for the Northern District of | 09:06:37 |
| 20 | California, San Jose Division. The case number is | 09:06:41 |
| 21 | 5:20-CV-05146-LHK-SVK. | 09:06:43 |
| 22 | The deposition is being conducted using | 09:06:51 |
| 23 | Remote Counsel technology, and all participants are | 09:06:53 |
| 24 | attending remotely. | 09:06:55 |
| 25 | My name is David West. I am the | 09:06:57 |

| | | |
|---|---|---|
| 1 | videographer.  The court reporter is Megan Alvarez. | 09:07:01 |
| 2 | We represent Veritext Legal Solutions.  I'm not | 09:07:03 |
| 3 | related to any party in this action, nor am I | 09:07:06 |
| 4 | financially interested in the outcome. | 09:07:09 |
| 5 |     Counsel will now state their appearances | 09:07:11 |
| 6 | and affiliations for the record. | 09:07:13 |
| 7 |     If there are any objections to proceeding, | 09:07:15 |
| 8 | please state them at the time of your appearance | 09:07:16 |
| 9 | beginning with noticing attorney. | 09:07:19 |
| 10 |     MR. BARNES:  Thank you, Mr. West. | 09:07:22 |
| 11 |     Jay Barnes and An Truong from | 09:07:24 |
| 12 | Simmons Hanly Conroy on behalf of the plaintiffs. | 09:07:25 |
| 13 |     We also have Lesley Weaver of BFA and | 09:07:27 |
| 14 | David Straite of DiCello Levitt Gutzler here with us | 09:07:31 |
| 15 | today. | 09:07:34 |
| 16 |     MR. SPILLY:  Carl Spilly from Quinn | 09:07:36 |
| 17 | Emanuel on behalf of the witness and Google. | 09:07:38 |
| 18 |     Also with me is Jomaire Crawford from | 09:07:43 |
| 19 | Quinn Emanuel and Toni Baker from -- who is Google | 09:07:46 |
| 20 | in-house counsel. | 09:07:50 |
| 21 |     THE VIDEO OPERATOR:  Thank you. | 09:07:53 |
| 22 |     The court reporter may now swear the | 09:07:53 |
| 23 | witness in and we will continue. | 09:07:55 |
| 24 | /// | |
| 25 | /// | |

```
 1                                                          09:07:55
 2                     SAM HEFT-LUTHY,                      09:07:55
 3      called as a witness by the Plaintiffs, having       09:07:56
 4      been first duly sworn, was examined and             09:07:56
 5      testified as follows:                               09:08:19
 6                         --oOo--                          09:08:19
 7                        EXAMINATION                       09:08:19
 8    BY MR. BARNES:                                        09:08:20
 9         Q.   Good morning, Mr. Heft-Luthy.  You stated   09:08:20
10    before this was the first time you'd taken -- given   09:08:22
11    testimony in a deposition, so let me go over some --  09:08:26
12    some quick ground rules.                              09:08:28
13              If you need to take a break, let me know.   09:08:30
14    The rule, though, is you can't ask for a break in     09:08:31
15    the middle of a question.                             09:08:35
16              Do you understand that?                     09:08:37
17         A.   I understand, yes.                          09:08:38
18         Q.   Okay.  And great, you also -- you did       09:08:39
19    something great.  We always tell witnesses that when  09:08:42
20    you answer a question, you have to answer verbally    09:08:45
21    and not by shaking your head yes or no, because       09:08:48
22    shaking your head yes or no doesn't go well in the    09:08:51
23    transcript.                                           09:08:53
24              Do you understand that?                     09:08:53
25         A.   I do, yes.                                  09:08:54
```

Page 21

| | | |
|---|---|---|
| 1 | There's also a variety of other focuses.  So, again, | 11:20:01 |
| 2 | not sure I would be willing to say that it was | 11:20:05 |
| 3 | primary but a consideration among others. | 11:20:07 |
| 4 |     MR. BARNES:  Can you go to 1 -- 312, | 11:20:22 |
| 5 | Ms. Truong? | 11:20:22 |
| 6 | BY MR. BARNES: | 11:20:25 |
| 7 |     Q.  Mr. Heft-Luthy, do you see at the top | 11:20:59 |
| 8 | where it says "Ads as a product"? | 11:21:00 |
| 9 |     A.  Yes. | 11:21:09 |
| 10 |     Q.  And what's that first sentence say, | 11:21:10 |
| 11 | Mr. Heft-Luthy? | 11:21:12 |
| 12 |     A.  The segment right under it? | 11:21:18 |
| 13 |     Q.  Correct. | 11:21:21 |
| 14 |     A.  It says:  "As such, ads and ads supporting | 11:21:25 |
| 15 | system and services (such as realtime bidding and | 11:21:28 |
| 16 | measurement) need to become private by default." | 11:21:31 |
| 17 |     Q.  What does "private by default" mean? | 11:21:34 |
| 18 |     A.  "Private by default" is a term used within | 11:21:38 |
| 19 | the PDPO, certainly within this project, to refer to | 11:21:53 |
| 20 | a extension of privacy-preserving technologies | 11:22:00 |
| 21 | further into given technological space. | 11:22:03 |
| 22 |     Q.  If you were going to explain "private by | 11:22:07 |
| 23 | default" to an ordinary person, what would you say | 11:22:09 |
| 24 | "private by default" means? | 11:22:13 |
| 25 |     MR. SPILLY:  Objection.  Form. | 11:22:19 |

Page 104

| | | |
|---|---|---|
| 1 | THE WITNESS:  So with regards to | 11:22:21 |
| 2 | technology that Google offers, I would say that | 11:22:29 |
| 3 | Google is building technology to make it really easy | 11:22:33 |
| 4 | to use Google services and understand and control | 11:22:38 |
| 5 | the data that's collected, including a variety of | 11:22:45 |
| 6 | technical means to help preserve privacy across your | 11:22:49 |
| 7 | experience. | 11:22:54 |
| 8 | BY MR. BARNES: | 11:22:54 |
| 9 | Q.  Mr. Heft-Luthy, that's how you would | 11:22:55 |
| 10 | explain it to a normal person?  What does "private | 11:23:02 |
| 11 | by default" mean, Mr. Heft-Luthy? | 11:23:04 |
| 12 | MR. SPILLY:  Objection.  Argumentative. | 11:23:07 |
| 13 | Asked and answered. | 11:23:08 |
| 14 | THE WITNESS:  I believe I've already | 11:23:14 |
| 15 | answered that question. | 11:23:15 |
| 16 | BY MR. BARNES: | 11:23:16 |
| 17 | Q.  What is the state of a product when it is | 11:23:18 |
| 18 | private by default? | 11:23:21 |
| 19 | Scratch that. | 11:23:24 |
| 20 | What are the attributes of a product that | 11:23:25 |
| 21 | are private by default? | 11:23:27 |
| 22 | MR. SPILLY:  Objection.  Vague. | 11:23:31 |
| 23 | THE WITNESS:  With regards to specific | 11:23:36 |
| 24 | definitions, I don't recall if we outlined it in | 11:23:38 |
| 25 | specificity enough to provide a full answer to that | 11:23:42 |

```
 1              CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5           That the foregoing proceedings were taken
 6    before me at the time and place herein set forth;
 7    that any witnesses in the foregoing proceedings,
 8    prior to testifying, were administered an oath; that
 9    a verbatim record of the proceedings was made by me
10    using machine shorthand, which was thereafter
11    transcribed under my direction; and that the
12    foregoing is an accurate transcription thereof.
13           Further, that if the foregoing pertains to
14    the original transcript of a deposition in a federal
15    case, before completion of the proceedings, review
16    of the transcript [ ] was [X] was not requested.
17           I further certify that I am neither
18    financially interested in the action, nor a relative
19    or employee of any attorney of any party to this
20    action.
21           IN WITNESS WHEREOF, I have this date
22    subscribed my name.
23    DATED: December 30, 2021
24                              _____
                                MEGAN F. ALVAREZ
25                              CSR No. 12470, RPR
```

Page 328