# EXHIBIT 7

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                IN THE UNITED STATES DISTRICT COURT
2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                          SAN JOSE DIVISION
4
     PATRICK CALHOUN, et al.,        )
5    on behalf of themselves and     )
     all others similarly            )
6    situated,                       )
                                     )
7             Plaintiffs,            )
                                     )
8        vs.                         ) Case No.
                                     )
9    5:20-cv-5146-LHK-SVK
     GOOGLE LLC,                     )
10                                   )
              Defendants.            )
11                                   )
                                     )
12              -and-                )
                                     )
13   CHASOM BROWN, et al.,           )
     on behalf of themselves and     )
14   all others similarly            )
     situated,                       )
15                                   )
              Plaintiffs,            )
16                                   )
         vs.                         ) Case No.
17                                   ) 5:20-cv-03664-LHK
     GOOGLE LLC,                     )
18                                   )
              Defendants.            )
19                                   )
20
            *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
21
                  REMOTE VIDEO DEPOSITION OF
22                GEORGE LEVITTE  - VOLUME II
                  DATE TAKEN:  March 16, 2022
23
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5133073
25   PAGES:  105 - 383
```

Page 105

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
     PATRICK CALHOUN, et al.,        )
 5   on behalf of themselves and     )
     all others similarly            )
 6   situated,                       )
                                     )
 7            Plaintiffs,            )
                                     )
 8      vs.                          ) Case No.
                                     )
 9   5:20-cv-5146-LHK-SVK            )
     GOOGLE LLC,                     )
10                                   )
              Defendants.            )
11                                   )
                                     )
12            -and-                  )
                                     )
13   CHASOM BROWN, et al.,           )
     on behalf of themselves and     )
14   all others similarly            )
     situated,                       )
15                                   )
              Plaintiffs,            )
16                                   )
        vs.                          ) Case No.
17                                   ) 5:20-cv-03664-LHK
     GOOGLE LLC,                     )
18                                   )
              Defendants.            )
19                                   )
20
21       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
22   Remote Video Deposition of GEORGE LEVITTE, taken
23   Remotely via Zoom, commencing at 10:03 a.m., EDT,
24   Wednesday, March 16, 2022, before Renee  Harris,
25   CSR No. 14168, Registered Professional Reporter.
```

Page 106

```
 1    APPEARANCES OF COUNSEL:
 2    For the CALHOUN PLAINTIFFS:
 3       SIMMONS HANLY CONROY
 4           BY: JASON "JAY" BARNES, ESQ.
 5               ERIC JOHNSON, ESQ.
 6           112 Madison Avenue, Seventh Floor
 7           New York, New York 10016
 8           (618) 693-3104
 9           jaybarnes@simmonsfirm.com
10           ericjohnson@simmonsfirm.com
11       - and -
12       BLEICHMAR FONTI & AULD LLP
13           BY: LESLEY WEAVER, ESQ.
14           555 12th Street, Suite 1600
15           Oakland, California 94607
16           (415) 445-4003
17           lweaver@bfalaw.com
18
19    For the BROWN PLAINTIFFS:
20       MORGAN & MORGAN
21           BY: RYAN MCGEE, ESQ.
22           201 North Franklin Street, Suite 700
23           Tampa, Florida 33602
24           (813) 223-0931
25           rmcgee@forthepeople.com
```

Page 107

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    APPEARANCES OF COUNSEL: (CONTINUED)
 2    For DEFENDANT:
 3        QUINN EMANUEL URQUHART & SULLIVAN LLP
 4            BY: VIOLA TREBICKA, ESQ.
 5            865 S. Figueroa St., 10th Floor
 6            Los Angeles, California 90017
 7            (213) 443-3000
 8            violatrebicka@quinnemanuel.com
 9
10    ALSO PRESENT:
11            Cassia Leet, Videographer
12            Matthew Gubiotti, Esq., Google
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 108

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          THE VIDEOGRAPHER:  Good morning.  We are
 2     going on the record at 10:03 a.m. on
 3     March 16th, 2022.
 4          Audio and video recording will continue
 5     to take place unless all parties agree to go       10:04:10
 6     off the record.
 7          This is Volume II, Media Unit 1 of the
 8     video-recorded deposition of George Levitte,
 9     taken by counsel for plaintiffs in the matter
10     of Jason Brown et al. vs. Google, LLC and          10:04:23
11     Patrick Calhoun et al., vs. Google, LLC,
12     filed in the United States District Court,
13     Northern District of California, case number
14     5:20-03664-LHK and case number
15     5:20-cv-5146-LHK-SVK.                              10:04:56
16          This deposition is being conducted using
17     Veritext virtual technology, and all
18     participants are attending remotely.  My name
19     is Cassia Leet from Veritext Legal Solutions,
20     and I am the videographer.                         10:05:09
21          The court reporter is Renée S. Harris of
22     Veritext Legal Solutions.
23          I am not related to any party in this
24     action, nor am I financially interested in
25     the outcome.                                       10:05:23
```

Veritext Legal Solutions
866 299-5127

|   |   |   |
|---|---|---|
| 1 | Would counsel and everyone attending | |
| 2 | remotely please state your appearances and | |
| 3 | affiliations for the record. | |
| 4 | MR. BARNES:  Thank you.  Jay Barnes and | |
| 5 | Eric Johnson on behalf of the Calhoun | 10:05:31 |
| 6 | Plaintiffs, from Simmons Hanly Conroy. | |
| 7 | Sorry. | |
| 8 | MS. WEAVER:  Good morning.  Lesley | |
| 9 | Weaver, Bleichmar Fonti & Auld, for the | |
| 10 | plaintiffs. | 10:05:45 |
| 11 | MR. McGEE:  Morning.  Ryan McGee of | |
| 12 | Morgan & Morgan on behalf of the Brown | |
| 13 | Plaintiffs. | |
| 14 | MS. TREBICKA:  Viola Trebicka of Quinn | |
| 15 | Emanuel on behalf of the witness and Google, | 10:05:55 |
| 16 | and with me today is Matthew Gubiotti of | |
| 17 | Google. | |
| 18 | THE VIDEOGRAPHER:  Thank you.  Would the | |
| 19 | court reporter please swear in the witness. | |
| 20 | | 10:06:20 |
| 21 | ---o0o--- | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 111

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            APPEARING REMOTELY FROM NEW YORK, NEW YORK;
 2              WEDNESDAY, MARCH 16, 2022; 10:03 A.M.;
 3
 4                       GEORGE LEVITTE,
 5   called as a witness and having been first duly
 6   sworn by the Certified Shorthand Reporter via the
 7   Interpreter, was examined and testified as
 8   follows:
 9
10                                                          10:06:20
11    BY MR. BARNES:
12       Q.  Good morning, Mr. -- Levitte -- or is it
13   Levitte or Levitte?
14       A.  Levitte.
15       Q.  Levitte.  Okay.  Okay.  I just want to      10:06:26
16   make sure.  That's what I thought it was, but I
17   want to make certain that I have it right.
18           Let's start, Mr. Johnson, if you could,
19   with what we've marked as A1.
20           And, Mr. Levitte, you should recognize      10:06:41
21   this.
22           MR. BARNES:  Ms. Trebicka, it's coming
23       across the transom -- it is the Declaration
24       of George Levitte filed in this case.  I
25       think it was Exhibit 1 yesterday.  It's going  10:06:49
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    MANAGER PROFITS IN OPPOSITION TO PLAINTIFFS'
2    MOTION FOR CLASS CERTIFICATION"?
3         A.  Yes.
4         Q.  Okay.  So we are on the same document.
5             Are you familiar with this document?              10:08:31
6         A.  Yes.
7         Q.  Did you draft this document?
8         A.  I wrote this together with counsel.
9         Q.  Okay.  Can we go -- can you turn to
10   Paragraph 2, which is on page 3.                           10:08:46
11        A.  Yes.
12        Q.  You've been employed at Google since
13   2014.
14            And the then next sentence says, "I
15   started as a Product Manager for Real-Time                 10:08:58
16   Bidding..."
17            When did you start as a product manager
18   for real-time bidding?
19        A.  When I joined in 2014.
20        Q.  Okay.  Did real-time -- I recall your             10:09:08
21   testimony from yesterday, that you were involved
22   in the creation of the real-time bidding system;
23   is that correct?
24        A.  No.  That's not what I testified.
25        Q.  Okay.  Can you explain your role at               10:09:19
```

Page 114

```
 1    real-time bidding starting in 2014?
 2             MS. TREBICKA:  Objection.  Compound.
 3        Asks for a narrative.
 4             THE WITNESS:  Real-time bidding already       10:09:35
 5        existed when I joined Google, and I became
 6        the product manager responsible for Google's
 7        real-time bidding platform.
 8    BY MR. BARNES:
 9        Q.  Okay.  And what did you do as the product
10    manager for real-time bidding?                         10:09:46
11             MS. TREBICKA:  Objection.  Compound.
12        Vague.
13             THE WITNESS:  I was the product manager
14        for the AdX buy-side, which includes
15        real-time bidding.  And in that capacity, I        10:10:02
16        worked to help improve our product for
17        customers using the AdX buy-side.
18    BY MR. BARNES:
19        Q.  Okay.  And in terms of customers, what do
20    you mean by "customers?                                10:10:22
21        A.  They, at the time, were called "AdX
22    buyers."
23        Q.  Who are AdX buyers?
24        A.  We have since renamed the product; but at
25    the time, AdX buyers were third-party buyers who       10:10:40
```

Page 115

| | | |
|---|---|---|
| 1 | participated in the Ad Exchange auction. | |
| 2 | Q. What have you renamed them to? | |
| 3 | A. Currently, these buyers are called | |
| 4 | "authorized buyers." | |
| 5 | Q. How many authorized buyers are there? | 10:11:02 |
| 6 | A. I don't know. | |
| 7 | Q. Approximately how many authorized buyers | |
| 8 | are there? | |
| 9 | MS. TREBICKA: Objection. Calls for | |
| 10 | speculation. Lacks foundation. | 10:11:10 |
| 11 | THE WITNESS: I'm not sure how many we | |
| 12 | have today. | |
| 13 | BY MR. BARNES: | |
| 14 | Q. Is it more than a hundred? | |
| 15 | A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10:11:20 |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 17 | ▓▓▓ | |
| 18 | Q. What are authorized buyers buying? | |
| 19 | A. Ad inventory. | |
| 20 | Q. What is "ad inventory"? | 10:11:46 |
| 21 | A. A advertisement placement opportunity. | |
| 22 | Q. What is an "advertisement placement | |
| 23 | opportunity"? | |
| 24 | A. The right to display an advertisement. | |
| 25 | Q. How does one -- how does an authorized | 10:12:10 |

Page 116

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA      )
 2                            (    Ss.
 3   COUNTY OF LOS ANGELES    )
 4
 5        I, RENEE HARRIS, do hereby certify that I
 6   am a licensed Certified Shorthand Reporter, duly
 7   qualified and certified as such by the State of
 8   California;
 9        That prior to being examined, the witness named
10   in the foregoing deposition was by me duly sworn
11   to testify to tell the truth, the whole truth, and
12   nothing but the truth;
13        That the said deposition was by me recorded
14   stenographically;
15        And the foregoing pages constitute a full,
16   true, complete and correct record of the testimony
17   given by the said witness;
18        That I am a disinterested person, not
19   being in any way interested in the outcome of said
20   action, or connected with, nor related to any of
21   the parties in said action, or to their respective
22   counsel, in any manner whatsoever.
          DATED: MARCH 17, 2022
23
24        [signature]
25        Renee Harris, CSR 14168, RPR
```

Page 380