COOLEY LLP  
MICHAEL G. RHODES (SBN 116127)  
(rhodesmg@cooley.com)  
WHITTY SOMVICHIAN (SBN 194463)  
(wsomvichian@cooley.com)  
AARTI REDDY (SBN 274889)  
(areddy@cooley.com)  
KYLE C. WONG (SBN 224021)  
(kwong@cooley.com)  
KELSEY R. SPECTOR (SBN 321488)  
(kspector@cooley.com)  
REECE TREVOR (SBN 316685)  
(rtrevor@cooley.com)  
ANUPAM DHILLON (SBN 324746)  
(adhillon@cooley.com)  
ELIZABETH SANCHEZ SANTIAGO  
(SBN 333789) (lsanchezsantiago@cooley.com)  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  
Telephone:   +1 415 693 2000  
Facsimile:   +1 415 693 2222  

COOLEY LLP  
KHARY J. ANDERSON (DC No. 1671197)  
(kjanderson@cooley.com)  
(*Admitted pro hac vice*)  
1299 Pennsylvania Avenue, NW, Suite 700  
Washington, DC 20004-2400  
Telephone:   +1 202 842 7800  
Facsimile:   +1 202 842 7899  

Attorneys for Defendant  
GOOGLE LLC  

UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT OF CALIFORNIA  

OAKLAND DIVISION  

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **PROOF OF SERVICE OF (UNREDACTED) DOCUMENTS** |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, and my email address is donny.kong@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**(UNREDACTED) Exhibit 1 to the Declaration of Whitty Somvichian**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>    adavis@bfalaw.com<br>    jsamra@bfalaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>    atruong@simmonsfirm.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>Caroline Corbit<br>1900 Powell Street, Suite 450<br>Emeryville, CA  94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>          jkl@pritzkerlevine.com<br>          bc@pritzkerlevine.com<br>          ccc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY  10017<br>Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>          crhodes@dicellolevitt.com<br>          Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>Jeffrey G. Mudd<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>          nnishimura@cpmlegal.com<br>          BDanitz@cpmlegal.com<br>          JMudd@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br>          ykolesnikov@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on June 14, 2024, at Palo Alto, California.

_____
Donny Kong