| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 20 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: Google RTB Consumer Privacy Litigation.

_____

KIMBERLEY WOODRUFF; et al.,

       Plaintiffs - Petitioners,

 v.

GOOGLE LLC,

       Defendant - Respondent.

No. 24-2479

D.C. No. 4:21-cv-2155-YGR
Northern District of California, Oakland

ORDER

Before: SILVERMAN and BUMATAY, Circuit Judges.

    The motion (Docket Entry No. 5) for leave to file a reply in support of the petition for permission to appeal is granted.

    The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).