# GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)     Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com            andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)           Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com               teutafani@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor          191 N. Wacker Drive, Suite 2700
4  Redwood Shores, CA 94065                   Chicago, IL 60606
   Telephone: (650) 801-5000                  Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                  Facsimile: (312) 705-7401

   Stephen A. Broome (CA Bar No. 314605)      Josef Ansorge (admitted *pro hac vice*)
7  stephenbroome@quinnemanuel.com             josefansorge@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)         Xi ("Tracy") Gao (CA Bar No. 326266)
8  violatrebicka@quinnemanuel.com             tracygao@quinnemanuel.com
   Crystal Nix-Hines (Bar No. 326971)         Carl Spilly (admitted *pro hac vice*)
9  crystalnixhines@quinnemanuel.com           carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)        1300 I Street NW, Suite 900
10 alyolson@quinnemanuel.com                  Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor         Telephone: (202) 538-8000
11 Los Angeles, CA 90017                      Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

   Jomaire Crawford (admitted *pro hac vice*) Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com           jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor              50 California Street, 22nd Floor
16 New York, NY 10010                         San Francisco, CA 94111
   Telephone: (212) 849-7000                  Telephone: (415) 875-6600
17 Facsimile: (212) 849-7100                  Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)** |
| vs. | |
| GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ |
| Defendant. | |

1  By this motion, Google provides a status update regarding its compliance with the June 13,
2  2022 Order re Discovery Disputes re RFP No. 5 and Rule 30(b)(6) Deposition (Dkt. 700)
3  ("Discovery Order"), and modifies its June 14, 2022 Motion for Clarification.
4  The Discovery Order stated:
5      1. For any Named Plaintiff data for which Google has not yet provided notice to third
6         party publishers, Google is to provide that notice no later than **June 15, 2022**;
7      2. All Named Plaintiff data currently being withheld by Google, regardless of third-
8         party notification status, must be produced no later than **June 30, 2022**.
9  On June 14, 2022, Google filed a motion seeking clarification that the Discovery Order (1)
10 directs Google to produce the litigation hold ▇▇▇ logs data Google processed and segregated in
11 early March 2022, and not the data preserved from March 2022 to the date of the Discovery Order;
12 and (2) the "Named Plaintiff data currently being withheld by Google" refers to this litigation hold
13 ▇▇▇ logs data. Dkt. 704-4.
14 On June 15, 2022, the Court set June 16, 2022 as the deadline for any response to Google's
15 Administrative Motion for Clarification. Dkt. 706.
16 As to the first request for clarification, Google is pleased to report that Google has
17 successfully processed all litigation hold ▇▇▇ logs data from early March through the date of
18 the Discovery Order. Google will be able to notify all relevant third-party publishers today or
19 tomorrow and produce all litigation hold ▇▇▇ logs data through the date of the Discovery Order
20 on June 30, 2022.
21 As to the second request for clarification, Google respectfully seeks confirmation that by
22 producing all litigation hold ▇▇▇ logs data through the date of the Discovery Order on June 30,
23 2022, Google will be in compliance with the June 13, 2022 Discovery Order.

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*