# PROPOSED ORDER GRANTING GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)** |
| vs. |  |
| GOOGLE LLC, |  |
| Defendant. | Judge: Hon. Susan van Keulen |

Google LLC seeks an order clarifying the Court's June 13, 2022 Order re Discovery Disputes re RFP No. 5 and Rule 30(b)(6) Deposition (Dkt. 700) ("Discovery Order"). Having considered the arguments of the parties and the papers submitted, Google's Motion for Clarification, as modified by the Supplement to Motion for Clarification is GRANTED.

Pursuant to the June 13, 2022 Discovery Order:

1. For any Named Plaintiff litigation hold ▮▮▮ logs data through the date of the Discovery Order (June 13, 2022) for which Google has not yet provided notice to third-party publishers, Google is to provide that notice no later than June 17, 2022;

2. All Named Plaintiff litigation hold ▮▮▮ logs data through the date of the Discovery Order (June 13, 2022), regardless of third-party notification status, must be produced no later than June 30, 2022.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge