| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (Cal. Bar No. 146267)<br>Jonathan K. Levine (Cal. Bar No. 220289)<br>Bethany Caracuzzo (Cal. Bar No. 190687)<br>Caroline Corbitt (Cal. Bar No. 305492)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br>*jkl@pritzkerlevine.com*<br>*bc@pritzkerlevine.com*<br>*ccc@pritzkerlevine.com*<br><br>*Interim Class Counsel*<br><br>*[Additional Counsel on Signature Page]* | **COOLEY LLP**<br>Whitty Somvichian (SBN 194463)<br>Aarti G. Reddy (SBN 274889)<br>Reece Trevor (SBN 316685)<br>3 Embarcadero Center, 20th Fl. San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>wsomvichian@cooley.com<br>areddy@cooley.com<br>rtrevor@cooley.com<br><br>*Counsel for Defendant Google LLC* |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | Case No. 4:21-cv-02155-YGR-VKD<br><br>**NOTICE OF JOINT SUBMISSION OF SUPPLEMENTAL MATERIALS FOLLOWING JUNE 18, 2024 HEARING**<br><br>Judge: Hon. Virginia K. DeMarchi |

Pursuant to the Court's order during the June 18, 2024 hearing on Plaintiffs' Motion for Sanctions for Contempt and Spoliation Sanctions re: Named Plaintiff Data, Plaintiffs and Defendant Google LLC ("Google") (together, the "Parties"), by and through their respective counsel of record, hereby jointly submit the following supplemental documents requested by the Court.

1. A November 17, 2023 email, reflecting Plaintiffs' counsel's request that Google produce four additional weeks of named plaintiff data from 2023. A true and correct of Plaintiffs' November 17, 2023 email is attached hereto as **Exhibit A**.

2. A February 15, 2024 email chain, cited in ECF 696-5 at ¶ 19 and 707-4 at ¶ 26, fn. 1. A true and correct copy of this email chain is attached hereto as **Exhibit B**.

DATED: June 21, 2024

| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| By: */s/ Jonathan K. Levine* | By: */s/ Whitty Somvichian* |
| Elizabeth C. Pritzker (Cal. Bar No. 146267) | Whitty Somvichian (SBN 194463) |
| Jonathan K. Levine (Cal. Bar No. 220289) | Aarti G. Reddy (SBN 274889) |
| Bethany Caracuzzo (Cal. Bar No. 190687) | Reece Trevor (SBN 316685) |
| Caroline Corbitt (Cal. Bar No. 305492) | 3 Embarcadero Center, 20th Fl. San Francisco, CA 94111-4004 |
| 1900 Powell Street, Ste. 450 | Tel: (415) 693-2000 |
| Oakland, CA 94602 | Fax: (415) 693-2222 |
| Tel.: (415) 692-0772 | wsomvichian@cooley.com |
| Fax: (415) 366-6110 | areddy@cooley.com |
| ecp@pritzkerlevine.com | rtrevor@cooley.com |
| jkl@pritzkerlevine.com | |
| bc@pritzkerlevine.com | *Counsel for Defendant Google LLC* |
| ccc@pritzkerlevine.com | |
| *Interim Class Counsel* | |

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Anne K. Davis*
Lesley E. Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

1  *adavis@bfalaw.com*
2  *jsamra@bfalaw.com*
3  *Plaintiffs' Executive Committee*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2024, at Pacifica, California.

By: */s/ Anne K. Davis*
Anne K. Davis