# EXHIBIT A

| | |
|---|---|
| **From:** | Jonathan Levine <jkl@pritzkerlevine.com> |
| **Sent:** | Friday, November 17, 2023 3:30 PM |
| **To:** | Somvichian, Whitty; Reddy, Aarti; Dhillon, Anu S.; Saldaña, Robby L.R. |
| **Cc:** | Elizabeth Pritzker; Bethany Caracuzzo; Lesley Weaver; An Truong; Jay Barnes; Anne Davis; David Straite; Brian Danitz; James Ulwick; Josh Samra |
| **Subject:** | Google RTB - Named plaintiff data |

Counsel – Plaintiffs are entitled to four additional weeks of named plaintiff data. Plaintiffs request named plaintiff data for the following four weeks: January 7-14, 2023, March 18-25, 2023, June 2-9, 2023, and September 30-October 7, 2023. As these dates are recent, plaintiffs except that Google will also produce any joining keys that exist for the named plaintiff bid requests that are produced in response.

Please confirm that Google will produce named plaintiff data for the four weeks identified above and provide a date certain for the production.

Regards, Jonathan

Jonathan K. Levine
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel: 415-692-0772
Dir: 415-805-8533
Fax: 415-266-6110
jkl@pritzkerlevine.com
www.pritzkerlevine.com