# EXHIBIT B
## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Somvichian, Whitty <wsomvichian@cooley.com> |
| **Sent:** | Wednesday, February 28, 2024 1:04 PM |
| **To:** | Jonathan Levine; Reddy, Aarti; Trevor, Reece |
| **Cc:** | Elizabeth Pritzker; Bethany Caracuzzo; Lesley Weaver; Anne Davis; Jay Barnes; An Truong; David Straite; Brian Danitz |
| **Subject:** | RE: RTB - Joining keys |

Jonathan: I understand your reference to "███████████████" to refer to keys that could potentially be used to decrypt the encrypted Biscotti identifiers in logs from which we produced named Plaintiff data, and am confirming that no such keys were available for the named Plaintiffs data as produced on February 9, 2024.

Whitty

**From:** Jonathan Levine <jkl@pritzkerlevine.com>
**Sent:** Thursday, February 15, 2024 5:40 AM
**To:** Somvichian, Whitty <wsomvichian@cooley.com>; Reddy, Aarti <areddy@cooley.com>; Trevor, Reece <rtrevor@cooley.com>
**Cc:** Elizabeth Pritzker <ecp@pritzkerlevine.com>; Bethany Caracuzzo <bc@pritzkerlevine.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; David Straite <dstraite@dicellolevitt.com>; Brian Danitz <BDanitz@cpmlegal.com>
**Subject:** RTB - Joining keys

**[External]**

Counsel – We write in response to Google's counsels' February 9, 2024 letter accompanying the production of four additional weeks of named plaintiff data for 2023. In that letter, Google and its counsel claim not to understand what the "joining keys" plaintiffs seek are and then refuse to produce any such keys. As to Google and its counsels' professed lack of understanding of what "joining keys" refers to, this is frivolous. The joining keys have been the subject of deposition testimony by Google (Berntson), multiple letters exchanged by counsel, filings with and hearings before the Court, and Court orders. That Google and its counsel would, at this late date, pretend to not understand what discovery is being sought is bad faith. As to Google's refusal to produce the ███████████████ for the 2023 production, during the meet and confer discussions leading up to the discovery motion deadline, Google's counsel represented that it would not be producing the ███████████████ because they did not exist, just as it has represented for the 2021 and 2022 productions of named plaintiff data. Based on this representation, plaintiffs did not file a discovery motion before the motion deadline. Please confirm, in writing and by the close of business today, that Google did not produce the ███████████████ for the 2023 named plaintiff data production because Google did not maintain those keys. If the keys do still exist, contrary to Google's prior representation, then plaintiffs will be filing a motion with the Court to seek relief from the deadline and to compel the production of the ███████████████ for the 2023 production.

Regards, Jonathan

Jonathan K. Levine
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel: 415-692-0772
Dir: 415-805-8533
Fax: 415-266-6110

jkl@pritzkerlevine.com
www.pritzkerlevine.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.