# EXHIBIT B
# Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Teuta Fani <teutafani@quinnemanuel.com> |
| **Sent:** | Monday, March 28, 2022 10:33 AM |
| **To:** | Lesley Weaver |
| **Cc:** | David Straite; Jay Barnes; An Truong; Angelica Ornelas; Adam Prom; Sharon Cruz; ejohnson@simmonsfirm.com; QE Calhoun |
| **Subject:** | RE: Deposition of Vic Liu |

Counsel,

We have reviewed your list of open topics and proposed timeline.

First, we can agree to your proposed timeline, but cannot commit to an April 1 deadline for production of the dashboard documents until we receive Plaintiffs' choice of queries. As we mentioned during our March 22 meet and confer, this is a burdensome process, and Plaintiffs' queries must be sufficiently limited and tailored to the case. Three queries per dashboard, that include a combination of menu options, is reasonable.

Second, we do not agree with your list of open topics. Topics 1(j) and 1(k) are not covered by the parties' stipulation (Dkt. 534), and Google objected to these topics in its Responses and Objections to Plaintiffs' 30(b)(6) notice and stated that it would not produce a witness.

Third, Google agreed to produce witnesses for various topics, as narrowed by its Responses and Objections to Plaintiffs' 30(b)(6) notice. Here is a list of the topics we agreed to and the corresponding designees:

- **Katie Lewinski:**
    - Topic 1a. Display Ads P&L: GOOG-CABR-05756337.
- **Sonal Singhal:**
    - Topic 1e/1l. Chrome P&L: GOOG-CABR-04981562.
- **Glenn Berntson:**
    - Topic 1b. Conversion tracking impact to Display Ads revenue.
    - Topic 1c. Remarketing impact to Display Ads revenue.
    - Topic 1f. Impact to Display Ads revenue from the elimination or deprecation of third party cookies.
    - Topic 2a. Creation of user profiles and content verticals, the individuals overseeing this process, and how profiles, verticals, and demographics are used in Display Ads.
    - Topic 2b. Data flow for the above-referenced data used for Display ads.
- **Christophe Combette:**
    - Topic 1b. Conversion tracking impact to Search Ads revenue.
    - Topic 1f. Impact to conversion tracking for Search Ads from the elimination or deprecation of third party cookies.
- **Vic Liu:**
    - Topic 1c. Remarketing impact to Search Ads revenue.
    - Topic 1f. Impact to remarketing for Search Ads from the elimination or deprecation of third party cookies.
- **Designee not yet determined:**
    - Topic 5. Information about those who worked on the [redacted] project, its purposes, and when/why the project was terminated.
- **Michael Kleber:**
    - Topic 7. Google's consideration of the deprecation of third-party cookies in Chrome, including the genesis of the idea and its current status.

1

Thanks,
Tea

---

**From:** Lesley Weaver <lweaver@bfalaw.com>
**Sent:** Friday, March 25, 2022 4:34 PM
**To:** Teuta Fani <teutafani@quinnemanuel.com>; QE Calhoun <qecalhoun@quinnemanuel.com>
**Cc:** David Straite <dstraite@dicellolevitt.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; Angelica Ornelas <aornelas@bfalaw.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>; ejohnson@simmonsfirm.com
**Subject:** RE: Deposition of Vic Liu

**[EXTERNAL EMAIL from lweaver@bfalaw.com]**

---

Good afternoon, Counsel,

Thank you very much for your flexibility as we negotiate the production of document sets and schedule the remaining 30(b)(6) topics. We are reviewing the sample dashboard documents produced yesterday and will revert with a proposal on Monday, if not before.

In the meantime, Plaintiffs are working to provide estimated allocated time allocations for pending deps. We can provide more specificity once we have received the dashboard production, but another governing factor will include who Google is designating for which topics. Plaintiffs propose that Google identify deponents for each of the topics, with proposed deposition dates, with enough time sufficient to allow production of the remaining dashboard documents, with a target date of next Friday, April 1, to complete that production. Depositions could then begin Wednesday, April 6. Plaintiffs are amenable to conducting these depositions on one or two days.

For clarity, the following topics remain open 30( b)(6) topics:

    Topic 1: How Google estimates, calculates, projects and/or accounts for gross and net revenue arising out of ad serving and attribution, including:

        a. Overall revenue and profits for Display ads, Search ads, YouTube ads; **[Google previously identified Katie Lewinski]**

        b. Google's generation of revenues and profits attributable to conversion tracking or attribution pipelines, including for Chrome users who are not synced;

        c. Google's generation of revenues and profits attributable to remarketing on Display or Search, including for Chrome users who are not synced; **[Google previously identified Glenn Berntson; Google is now proposing Mr. Liu for remarketing impact on search ads revenue]**

        e. Google's generation of revenues and profits attributable to Chrome or Chrome users, including Chrome users who are not synced; **[Google previously identified Sonal Singhal]**

        f. The impact to revenue of the elimination or deprecation of the use of third party cookies to Google's revenue, including specifically revenue derived from Chrome, and identification of data sources used to calculate such impact;

        j. Payments Google receives for granting access to, sharing or sending Google Users' Information or any derivative of that Information;

        k. How Google calculates the value, monetary or otherwise, of monthly and daily active Users, including but not limited to conclusions reached by Alphabet's auditors;

        l. How Google calculates the value, monetary or otherwise, of the Chrome browser.

Topic 2. With regard to Google's advertising business, revenue and/or profits derived from data or information, all or in part, collected about Chrome users who have not enabled or who have disabled Chrome sync (and including all users who were defaulted to sync):

        a. Google's creation of user profiles, user verticals, user demographics, and the individuals responsible for their creation and calibration, including but not limited to the ▇▇▇▇▇▇▇ and how such profiles, verticals, demographics and the like are used by Google in advertising products; **[Google previously identified Glenn Berntson]**

        b. Data flow for the above-referenced data used for advertising purposes, including Display ads. **[Google previously identified Glenn Berntson]**

Topic 5: The "▇▇▇▇▇▇▇" project: who worked on it, its purposes, and when/why the project was terminated.

Topic 7: Google's consideration of the deprecation of third-party cookies in Chrome, including the genesis of the idea and its current status.

Thanks very much and have a good weekend.

Best,

Lesley

---

**From:** Teuta Fani <teutafani@quinnemanuel.com>
**Sent:** Thursday, March 24, 2022 5:05 PM
**To:** Lesley Weaver <lweaver@bfalaw.com>; QE Calhoun <qecalhoun@quinnemanuel.com>
**Cc:** David Straite <dstraite@dicellolevitt.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; Angelica Ornelas <aornelas@bfalaw.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>; ejohnson@simmonsfirm.com
**Subject:** RE: Deposition of Vic Liu

Hi Lesley,

Vic Liu is available for a deposition on Wednesday, March 30, starting at 9:00 am PT.

Pursuant to the parties' stipulation regarding 30(b)(6) witnesses (Dkt. 534), we had also planned to designate Mr. Liu as a Rule 30(b)(6) witness on a portion of Topic 1c (subtopic: Remarketing impact to Search Ads revenue). That deposition testimony should be provided on the same day as the 30(b)(1) deposition, and the total time for the deposition should not exceed seven hours given the overlap in topics.

However, as you are aware, in light of the court's recent order, (Dkt. 579 at 17, 39), we only have an obligation to provide this 30(b)(6) testimony under our stip. Since you raised questions about the continued applicability of the stip in your email dated March 21, we need to know right away whether you intend to abide by the terms of the stip, including the four-hour limitation on revenue-related topics, or whether we should treat the stip as inoperable, in which case we

will not provide any testimony related to Search-Ads revenue, and will inform Mr. Liu that he is no longer needed for 30(b)(6) deposition testimony.

If Plaintiffs do intend to abide by all of the terms of the stip, then please confirm that Plaintiffs will provide an outline, sample exhibits, and time estimate for the 30(b)(6) portion of Mr. Liu's testimony by March 25.

Thanks,
Tea

**From:** Lesley Weaver <lweaver@bfalaw.com>
**Sent:** Wednesday, March 23, 2022 10:58 AM
**To:** QE Calhoun <qecalhoun@quinnemanuel.com>
**Cc:** David Straite <dstraite@dicellolevitt.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; An Truong <atruong@simmonsfirm.com>; Angelica Ornelas <aornelas@bfalaw.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>; ejohnson@simmonsfirm.com
**Subject:** Deposition of Vic Liu

**[EXTERNAL EMAIL from lweaver@bfalaw.com]**

Counsel,

Thank you for your flexibility in rescheduling the deposition of Mr. Liu. Plaintiffs propose that the deposition be continued to next Wednesday, March 30. Please let us know if that is a request that can be accommodated.

Regards,

Lesley

Lesley E. Weaver
Partner
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Direct:  415 445 4004
Mobile:  415 797 2617
www.bfalaw.com