UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

Case No. 21-cv-02155-YGR (VKD)

**ORDER DENYING AS MOOT PENDING DISCOVERY DISPUTES REGARDING DAMAGES**

Re: Dkt. Nos. 660, 661, 695

On April 5, 2024, the Court inquired whether resolution of the parties' discovery disputes filed at Dkt. Nos. 660 and 661 was necessary, in view of the presiding judge's order denying with prejudice plaintiffs' motion to certify a Rule 23(b)(3) damages class. *See* Dkt. No. 691 at 1. Google responded that the order renders these disputes moot. *See* Dkt. No. 695 at 2. Citing their then-pending Rule 23(f) petition seeking appellate review of the order, plaintiffs asked the Court to defer ruling on these disputes. *See id.* at 1-2.

On June 20, 2024, the Ninth Circuit denied plaintiffs' Rule 23(f) petition for permission to appeal. Dkt. No. 716.

Accordingly, the Court denies the relief plaintiffs seek in Dkt. Nos. 660 and 661 as moot, given that those disputes appear to concern only damages-related discovery.

**IT IS SO ORDERED.**

Dated: July 8, 2024

Virginia K. DeMarchi
United States Magistrate Judge