1
2
3
4
5
6
7
8
9
10
11
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
**OAKLAND DIVISION**
13

| | |
|---|---|
| 14    PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| 15         Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 16         v. | |
| 17    GOOGLE LLC, | |
| 18         Defendant. | |

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Reply Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Supplemental Declaration of Prof. Zubair Shafiq in Support of Plaintiffs' Reply Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Supplemental Declaration of Lesley E. Weaver in Support of Plaintiffs' Reply Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibits P – U to the Declaration of Lesley E. Weaver | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE