# Exhibit C

# Redacted Version of Document Sought to be Sealed

**Preparation (20hrs total)**
   *meetings with*

| Display Ads | Curt Harting, Benjamin Kornacki |
|---|---|
| ▮▮▮▮ | Matt Harren |
| Chrome Sync | Tim Schumann |
| Unauthenticated Identifiers | Chris Liao |
| Analytics Logs | Rob Khatchadourian |

**Data Production**
- Sample Display Ads Log produced (GOOG-CALH-00027458) is ▮▮▮▮▮▮ ▮▮▮▮▮▮ (tab 1, line 44 in GOOG-CALH-00027455) (for Crespo, Jackson, Kindler).
- ▮▮▮▮▮▮▮▮▮▮ only has data for Crespo (GOOG-CALH-00027476).
- ▮▮▮▮ samples (GOOG-CALH-00027476) (for Calhoun, Crespo, Jackson, Kindler).
    - Google Account Keyed Analytics logs are only in ▮▮▮▮ (e.g. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ in GOOG-CALH-00027455).
- MyActivity and Subscriber Information Settings (for Calhoun, Crespo, Jackson, Kindler).

| Calhoun | valyncal@gmail.com | ▮▮▮▮ | ▮▮▮▮ |
|---|---|---|---|
| Crespo | elaineecrespo@gmail.com | ▮▮▮▮ | ▮▮▮▮ |
| Jackson | diyaahj@gmail.com | ▮▮▮▮ | ▮▮▮▮ |
| Kindler | claudia.kindler415@gmail.com | ▮▮▮▮ | ▮▮▮▮ |

**Burden to copy Potentially Relevant Sawmill logs in Toto**
- Storage: We currently store ca. ▮▮▮▮ of data in these ▮▮ logs.
    - This will grow by ▮▮▮▮▮▮▮▮.
- Cost: Storing a lit hold copy of those ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- If we temporarily pause deletion of the entire logs, this would cause Google to fail to achieve its data deletion obligations for other users.

**Burden to query Google-Account keyed Display Ads Logs**
- For the last ▮▮▮▮, logs can be queried quickly with Dremel.
    - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- For data older than ▮▮▮, Dremel can no longer be used, and this is required[1]:
    - **Computing Resources**. For a single day for a single log source the resource cost is: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
        - this is just a single logs source, some logs cost more and less but this is average
        - this computation has to be done for each log source for each day it is backfilled
            - *E.g.* 100 log sources x 356 days = 35,600 computation cycles
    - **SWE Time**.
        - ▮▮▮▮ to assess methods, navigate permissions, and build sql scripts
        - ▮▮▮▮ backfilling data (manually triggering new workflows every ▮▮▮▮ ▮▮▮▮; monitoring pipelines to ensure data is being properly copied)

**Burden to query Analytics Logs and Structured Data**
- There is no Google tool to query all Analytics data for a Google Account.
- CIDs are unauthenticated identifiers.
- To preserve CIDs for specific properties requires one week of engineering time.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Google would not use these logs to determine what percentage of users had sync enabled.
    - Google would use User Metrics Analysis ("UMA") to arrive at such numbers.

---

[1] The reason for the discrepancy is that logs are stored in a more accessible higher cost format (columnar) for only ▮▮▮▮ and then they are stored for longer in capacitor format which takes longer to query.