UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER SEALING JOINT REPORT**<br>Re: Dkt. No. 528 |

Defendant Google LLC ("Google") has filed an administrative motion to seal portions of a joint report regarding production of named plaintiffs' data. Dkt. No. 528. Plaintiffs do not oppose the motion.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (cleaned up). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016). A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c). *Id.* at 1098-99; *Kamakana*, 447 F.3d at 1179-80. The discovery matters at issue here do not address the merits of either party's claims or defenses, so the Court applies the "good cause" standard of Rule 26(c).

Google argues that good cause exists here because the portions sought to be sealed "contain information about technical details and identifiers related to highly sensitive data logs and data systems that Google maintains as confidential." Dkt. No. 528 at 3. Google asserts that exposure of this information "would cause irreparable harm to Google because [the information]

may reveal Google's internal strategies, system designs, and business practices" as well as "create[] a serious cybersecurity risk." *Id.*

The Court agrees that good cause exists to seal the designated portions of joint report. The redactions Google proposes to make to the public version of this document are minimal and narrowly tailored to address the concerns it identifies. *See* Civil L.R. 79-5(c)(3). In these circumstances, the Court concludes that Google has demonstrated good cause to seal the following material and the Court orders that it be sealed:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Joint Report Regarding Further Production of Named-Plaintiff Data ("Joint Report") | Portion highlighted at page(s): 1 |

A redacted version of this document is already available on the public docket. *See* Dkt. No. 529. Accordingly, no further action is required.

**IT IS SO ORDERED.**

Dated: July 25, 2024



VIRGINIA K. DEMARCHI
United States Magistrate Judge