UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

1  **[PROPOSED] ORDER**

2  Before the Court is Plaintiffs' Motion Re: Sealing Portions of Plaintiffs' Brief re: Targeted
3  Use of Calhoun Discovery in In RE Google RTB Consumer Privacy Litigation, Pursuant to Dkt.
4  683 ("Motion"). Having considered the Motion, supporting declaration, and other papers on file,
5  and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Brief re: Targeted Use of Calhoun Discovery in In RE Google RTB Consumer Privacy Litigation, Pursuant to Dkt. 683 at:<br><br>i:11, 3:11-19, 5:5-15, 7:12-13, 8:7, 8:11, 8:13-15, 8:22, 8:25, 8:27, 9:19-23 | Tse Declaration ¶ 4-6 | |
| Declaration of Prof. Zubair Shafiq<br><br>2:21, 3:17-25, 4:4-5, 4:7-22, 5:4, 5:12, 5:17-25, 6:2-6, 6:12, 6:14-7:3, 7:10-21, 7:23-8:2, 8:7-9, 8:10-11, 8:17-9:8, 9:10, 9:12-17, 9:22-10:1, 10:8-12, 10:17-28, 11:3-11 | Tse Declaration ¶ 4-6 | |
| Declaration of Lesley E. Weaver<br><br>2:8-15, 3:4-8, 4:27, 5:16-18, 5:22, 7:10 | Tse Declaration ¶ 4-6 | |
| Exhibit A (GOOG-CABR-00892126) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit B (GOOG-CALH-00030221) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit C (GOOG-CABR-00893711) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit D (GOOG-CABR-05885871) at: | Tse Declaration ¶ 4-6 | |

| | | |
|---|---|---|
| Entirety | | |
| Exhibit E (GOOG-CALH-00030521) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit F (GOOG-CABR-00111820) at:<br><br>-1822, -1824, -1825 | Tse Declaration ¶ 4-6 | |
| Exhibit G (GOOG-CALH-00043330) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit H (GOOG-CABR-05404180) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit I (8/4/21 Curt Harting Depo Tr. Excerpts) at:<br><br>259:22-23, 259:25, 260:1, 260:4, 260:12-13, 260:17, Errata | Tse Declaration ¶ 4-6 | |
| Exhibit J (12/20/21 Sam Heft-Luthy Depo Tr. Excerpts) at:<br><br>59:23, 88:2, 88:22, 89:4, 93:15-18 | Tse Declaration ¶ 4-6 | |
| Exhibit K (1/7/22 Deepak Ravichandran Depo Tr. Excerpts) at:<br><br>36:12-16, 89:5-11, 92:1, 95:15, 95:21-23, 133:17, 133:20, 134:3-4, 134:10-11, 171:5-6 | Tse Declaration ¶ 4-6 | |
| Exhibit L (3/1/22 Hyewon Jun Depo Tr. Excerpts) at:<br><br>84:13, 84:17-23, 85:1, 85:4-5, 85:15, 86:11, 86:24, 115:25-116:22, 116:24-117:3, 119:9, 119:12-19, 150:16, 150:20, 152:12, 152:19, 153:1, 153:4-7, 153:12-154:3, 154:18-157:24, 170:17-18, Errata pgs. 5-6, 8 | Tse Declaration ¶ 4-6 | |
| Exhibit M (4/13/22 Michael Kleber Depo Tr. Excerpts) at: | Tse Declaration ¶ 4-6 | |

| | | |
|---|---|---|
| 29:24 | | |
| Exhibit N (4/14/22 Glenn Berntson Depo Tr. Excerpts) at:<br><br>43:14, 43:19, 43:21-22, 43:24, 44:1-25, 45:5-6, 45:10-46:13, 85:23-86:22 | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00030031 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00061979 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00161106 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00374314 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-01134322 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |

**SO ORDERED**.

DATED:_____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge