# EXHIBIT F
# Redacted Version of Document Sought to be Sealed

**Chrome + Privacy Marketing strategy**

Author: JC

Exec summary

Privacy First at Google

A Privacy-Focused Chrome
    Product assessment
    Comms and Marketing plan

Appendix 1: Known critiques of Google's approach to Privacy first

Appendix 2 - Deep dive on comms and marketing plan
    1) A personalized browser is helpful
        Audiences and goals:
        Initiatives / Channels: (with examples)
    2) We collect the minimum amount of data, you're in control, and we never share it
        Audiences and goals:
        Initiatives / Channels: (with examples)
    3) We do care about privacy. You should believe us because Chrome is run by humans
        Initiatives / Channels: (with examples)

# Exec summary

Google is not "privacy first", in a way that most commentators would understand, as we believe we need user data to make our products helpful. Instead, I believe we are "privacy focused", striking the right balance between user-first, helpful products, and giving users control over how their data is used.

Key messages for Chrome are: 1) a personalized browser is helpful 2) we collect the minimum amount of data, we never share it, and you're in control, and 3) We do care about privacy, and you should believe us because Chrome is run by human-beings. We need to focus on both key opinion formers, privacy-conscious users, but also avoid scaring the majority of users who are not very concerned about privacy, so our communication channels should be quite targeted.

CONFIDENTIAL
GOOG-CABR-00111820

Chrome does not stack up very well today on Google's privacy focused principles, Our roadmap is better, but still not great. It will be hard to land Chrome's privacy benefits with present roadmap. Furthermore, there are some difficult critiques of Google's principles. Chrome should consider some more radical product changes if we want to land our key messages, potentially being even stricter than Google's privacy policy.

**Commented [1]:** My suspicion is that platform teams (Chrome, Android) have an extra tricky job to do w.r.t privacy because of the need to serve both end-users and developers even when their respective needs/wants/fears are not aligned.

# Privacy First at Google

Via the common definition of the term, Chrome is not a "privacy first" browser, nor should it be. It is increasingly clear that key opinion formers and privacy conscious users see "privacy first" as "shares little or no data". This is not a game we can win, and so it is a game we should not play.

**Commented [2]:** This is a good point. I have not addressed advertiser or developer comms or positioning at all in this document actually.

Google's needs user data to make our product more helpful, and fulfil our mission to make the world's information universally accessible and useful. Personalized advertising needs data to ensure information is still accessible, and Google's products need individual data to personalize the product experience making them useful and helpful.

For browsers, this is especially true. In an increasingly commoditized product space, Chrome's points of differentiation will increasingly be that we are the browser from Google.

Google's browser will be uniquely able to make the open web's content more helpful. We need data to do this - both to personalize our app experience and to ensure the content on the open web continues to have a viable business model. Instead of being privacy first, we should be helpful first, while also being a private as possible.

In a New York Times Op Ed, Sundar laid our position on how to ensure our products are both useful, but also as private as possible.

He laid out **3 ways we make our product more helpful with user data**

A. Personalize the product experience to make it more helpful
B. Improving experience for everyone via aggregate data
C. Personalized advertising to keep the web free and open.

He also articulated **3 principles we follow on user data:**

1) We only collect the info we absolutely need to be more helpful (creating user value)
2) We never sell your data with anyone else (on purpose or by accident, through security breaches)
3) We always allow users to turn off collection of their data in a simple way (but we are comfortable defaulting people into data sharing)

**Commented [3]:** "Google will never *sell* any personal information to third parties." I think that's an important differentiation from "we never share."

**Commented [4]:** Fair. I will adjust. The philosophical objection is that making money via targeting ads based on data is effectively selling your data.

To distinguish from the common definition of "privacy first", I will call this approach "privacy-focused".

> **Commented [5]:** MS: If we were to be privacy first, this is what we would be saying. E.g. apple

# A Privacy-Focused Chrome

## Product assessment

A privacy-focused Chrome is one that lives up to Google's **privacy principles.**

Here's my POV on how we stack up against them:

1. **Only collect info we absolutely need**
   a. **Status today: Red.** We do not yet minimize the amount of info Google collects for personalized advertising, or with other Google services. ~~We collect things today which we do not even use (for instance, data shared with ads team).~~
   b. **Future roadmap:** Some plans to reduce data shared with other Google product unnecessarily. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ It will all be slow though.
2. **Never sell your data to anyone else**
   a. **Status today: Red.** While Chrome has industry-leading security (which protect data from hackers), and doesn't actively share your info with 3Ps directly, we allow 3Ps to collect your data very actively through Chrome through cookies, and extensions, and we make lots of money from ads - that sounds like selling data to many people. It is hard to reconcile this with a commitment not to share user-data, independent of how strong our story is on security.
   b. **Future roadmap:** ■■■■■■. Our security will continue to be world-leading, although our differentiation will erode as Edge and other browsers adopt Chromium. We will get rid of cookies completely and replace with local personalization of ads which share very limited data with 3Ps - but some data is still shared, and we make money from it. Will be hard to argue that nothing is sold, even if it's just very high-level info about your interests. But this is going to be slow - 3 yrs to kill cookies.
3. **Allow users to turn off data collection in simple way**
   a. **Status today:** ■■■■■■. Users can opt-out from local data collection easily with incognito. It is possible to control how data is shared with 3Ps via cookie, and with Google (via sign in and sync) but controls are not simple and mental model is confusing.
   b. **Future roadmap:** ■■■■■■. ■■■■■■■■■■■ will allow users to simply control how info is shared with 3Ps via cookies, and sign-in and sync will be much clearer. We will continue to allow simple user control of local sharing via Incognito.

> **Commented [6]:** JC to update this - Chrome does not collect and share data with other Google products. Ads does collect your browsing history, but via cookies not via the browser back ends.
>
> **Commented [7]:** We share data with eg search for personalization of the feed, just not with ads
>
> **Commented [8]:** You mean the data "Chrome collects for personalized advertising"? Chrome doesn't share data (navigation history) today for personalized advertising. Data is shared, however, to personalize product experiences.
> +eisinger@google.com
>
> **Commented [9]:** Ok, great. So no chrome activity ends up in ads except that which is tracked by cookies?
>
> **Commented [10]:** Even if you are signed in and syncing?
>
> **Commented [11]:** Correct. Jochen to confirm (and I apologize for the drive-by comments on this great doc while I'm OOO but given the aggressive schedule for this exercise I found myself checking in. Will restrain myself :)).
>
> I agree in general with your point about "privacy first Chrome" being a tough sell when (1) all other browsers are saying they are privacy first and (2) our power is in the value we provide (based on data).
>
> **Commented [12]:** OK, got it. Thanks. I would be glad to be wrong on data-sharing. I feel like we might be a "unconvincing green" if this is the case/roadmap, in that we ACTUALLY don't share data but certain privacy advocates will never believe us because we have such incentive to share it, and they don't feel they have a way to audit us.
>
> **Commented [13]:** And I have no issue with drive-bys. Quick feedback is great.
>
> **Commented [14]:** right, we currently do not share chrome history with ads, but they only use information tracked via cookies.
>
> Unfortunately, that's not the story we tell our users, as we do collect a consent for sharing the data.
>
> **Commented [15]:** Ok - got it. I will adjust this.

*Collectively, I therefore think, with my understanding of the present roadmap, it's a pretty hard sell to persuade people that Chrome is privacy-focused, let alone privacy-first.*

## Comms and Marketing plan

Key messages:

1) **A personalized browser is helpful.** It is helpful directly (in-product), and indirectly (open web benefits, powered by ads)

2) **We collect the minimum amount of data, we never sell it, and you're in control.**

3) **We do care about privacy. You should believe us because** Chrome is run by humans.

> **Commented [16]:** Can you help me understand the benefit of this message? Playing devil's advocate, I could imagine naysayers finishing this sentence with "...humans who make a bunch of money on ads based on my private information." And with such a strong Google focus on machine learning, emphasizing humans seems counter-intuitive.

We have two key audiences. We need to reduce the cynicism by providing an alternate narrative for key opinion formers and privacy conscious users, while also inoculating ourselves against future negative sentiment among the "majority users" who do not yet have major concerns about Chrome privacy. And the key thing is not to scare this majority.

**Based on present assessment of product and roadmap, I am very concerned about our ability to land #2 as we have insufficient proof points.**

> **Commented [17]:** This includes the ideas in the document titled "privacy-first Chrome" ? (e.g. Chrome Guard on by default, hence 3p cookie blocking is on by default).
>
> If not, are there other ideas which, if implemented, would make landing #2 easier?

> **Commented [18]:** No, I've not assessed the new ideas, which indeed make things much more convincing. If those are really in-play, then I will call them out as potential solves.

> **Commented [19]:** Great. We tried to go wide and assess impact / feasibility based on the dimensions in the table. If something could have a super positive PR impact at the expense of the bottom line or the web ecosystem, I would like to show it to Chrome's leadership and get their thoughts.

## Deep dive on comms and marketing plan

### 1) A personalized browser is helpful

*Audiences and goals:*
- **Majority users:** raise awareness and usage of personalized features.
- **KOFs are privacy conscious users:** Increase understanding of user benefits of personalization and position of responsibility we have in the ecosystem.

*Initiatives / Channels: (with examples)*
- **Chrome is helpful to you because of personalization**
  - Actively promote usefulness and launches of features via PR/blog posts (for KOFs and privacy focussed uses) and also directly to all users in-product.
  - Key features:
    - Password manager improvements

- Credit card auto-complete across devices and apps
- History sharing across devices

- **Chrome's aggregate data is helpful**
  - Highlight malware and phishing detection to press, KOFs, and to power users via PR and social.

- **Personalized advertising is helpful**
  - Release research publicly showing that users like personalized ads.
  - Show the real impact a withdrawal of personalized advertising would have on publishers and small businesses.
    - E.g. Show which of the top 1000 sites would shutter
    - Get spokespeople from these sites to speak publicly.

## 2) We collect the minimum amount of data, you're in control, and we never sell it

*Audiences and goals:*

- **Majority users:** Increase awareness of privacy control features. Non-goal: increase adoption of controls.
- **KOFs and privacy conscious users:** Educate about complexities of the problem, and our future plans for innovation.

*Initiatives / Channels: (with examples)*

- **Create clear branding around Chrome's privacy features** (name, positioning, iconography, in-product presence):
  - Option A: Branding of ▮▮▮▮ only
    - E.g. Chrome Cookie Controller
  - Option B: Rebrand all privacy features under ▮▮▮▮. **[Recommended]**
    - E.g. Chrome Control
  - Option C: Rebrand all privacy and (some) security features under ▮▮▮▮.
    - E.g. Chrome Protect

  

  Launch new brand together with ▮▮▮▮ in H2/2019 (or later when we are ready), and promote it via PR outreach, owned & operated channels, in-product messaging and available marketing channels (e.g. social or even paid media). Given the attention to this topic, we could expect pick up by mainstream media.
  **Note: In branding decision we should make call about how ▮▮▮▮ and Incognito differ, or if we can brand together.**

- **Positive and negative trigger moments in product explained.**

- **Website education about existing and new features.**

- **Owned and operated Google promos for new features**

- **[Considered, Not recommended for now]: Paid media campaign promoting ▇▇▇▇.**
  - We need to earn credibility among KOFs on privacy before we publicly promote privacy benefits at huge scale of ATL, so not recommended for the time-being.
  - Furthermore, our goal is not necessarily to increase adoption of ▇▇▇▇ at this point (only awareness).

- **Tell the story of privacy-preserving APIs**
  - Share the vision with the launch of ▇▇▇▇ (Name to be changed before launch)
    - E.g. Federated Personalized Advertising, "Private Advertising Model", Incognito ads, etc.
    - 
  - Have advocates talk about the importance of personalized advertising to the web ecosystem.

- **Increase awareness of the threats from hackers, and what Chrome does to protect user security.**
  - **Plans to be fleshed out by JC**

## 3) We do care about privacy. You should believe us because Chrome is run by humans

*Audiences and goals:*
- Audience is exclusively focussed on KOFs and privacy conscious users - majority users do not care.
- Combat the cynicism about Google's motives and incentives, therefore, throughout all, we must show we are more human, and more than a big faceless company.

*Initiatives / Channels: (with examples)*
- **Blog post & proactive press outreach for new launches, speaking opportunities** (e.g. SXSW etc.)
  - *Key moments/proof points:*
    - ▇▇▇▇: "New privacy controls give you option to turn off 3rd party tracking without breaking your browsing experience".
    - Privacy APIs: "XY% users prefer personalized advertising. We are innovating in this space so they don't have to compromise on their privacy"
    - Incognito:
  - AMA on Reddit with Chrome Web Platform team about Privacy

**Commented [20]:** Humans aren't very reliable :\ so I think we need to consider other arguments here. Idea: We care about privacy, but we also care about simplicity and reducing cognitive load on users. For example, Chrome has had cookie controls for years, but we believed that *most* users aren't going want to delve into that complexity, so we put them in Settings - where no one can find them.

Most users want more privacy, but the level of "control" that, say, ▇▇▇▇ provides is mind-numbing. Our position could be that we want to balance control with ease of use and simplicity. But we hear you, KOFs and privacy-conscious users! And so we're doing <things listed in the doc> to address your concerns.

**Commented [21]:** Thanks - useful feedback. I would bundle this under "we give you control", in point 2, and your framing is useful for narrative there.

**Commented [22]:** e.g. "When you want to use any Google product and leave no trace, whether on-device or on Google's servers, use Chrome's hardened incognito"

This is about Sin Rastro's "no-history mode" integration with chrome.
+eisinger@google.com could explain further

- o  SXSW panel: The future of open web, and what should key players' do now to keep it alive.

- **Social media series:** *Under the hood of Chrome for real fans*
    - o  Interview with Justin S.: "5 biggest myths about how Chrome collects and uses data"
    - o  Interview with Ben G.: "Ok, so what exactly is the 'open web'?"
    - o  The day with Emily Schechter, main security bugs catcher.
    - o  Interview with Alex A. "How Incognito icon was created" and explanation how Incognito actually protects you.
    - o  Interview with Jochen: "Greetings from Germany. We just got recertified as the secure browser by German ministry of Something"

- **Chrome Privacy Advisory Council:** XY opinion formers (privacy advocates, other browser vendors etc.) discuss the future of web standards in privacy space, with the goal to a) explain our position and b) **gain advocates within the community**.
    - o  Chrome organizes first browser privacy summit ever. XY guests from the industry discuss open-source standards in privacy space.
    - o  XY KOFs are invited to MTV to have a sneak peek into the roadmap to get their feedback and ideas under NDA.

- **Privacy experiments:**
    - o  "Chrome without Google" app
    - o  How many websites will get broken if you turn off cookies.
    - o  How many types will you have to type your password if you turn off cookies.

CONFIDENTIAL

# Appendix 1: Known critiques of Google's approach to Privacy

There are both philosophical and practical criticism of Google's approach:

Philosophical objections:
- We default people into data sharing - privacy hawks will always argue we should ask users to explicitly opt into data sharing.
- Using data for ads personalization is effectively "selling your data" (we would argue we are selling access to your eyeballs, targeted based on your data...).
- While improving experience for everyone is important on aggregate, individually there is no reason a user would do this...the rationale and self-interested user should free-ride on everyone else's data.

> **Commented [23]:** MS: response: need to focus on aggregate and annonymized.

Practical objections:
- Critics can also point to many examples where it looks like we don't follow our own principles. For instance, it's hard to see why some of our products need to poll user-location every 10 mins.
- For many of our products, the trade-off between privacy and helpfulness is just not there.
- Fundamentally, Google is highly incentivized to break these rules for profit, and there is no way to check if we are really doing it.

Chrome largely follows Google's approach to privacy, and therefore we will continue to be subject to the same kind of criticism as those targeted at Google - and we have no hope of changing this.

Importantly, the press is actively using the term "Privacy first" as a short-hand for "Doesn't collect data", which is not something we are planning on doing. Therefore it is unlikely we will realistically get rid of headlines like "leave chrome and switch to a privacy first browser".

> **Commented [24]:** There might also be something about the power of "defaults" in framing related to "privacy first" - Apple's positioning for the iPhone (in those recent ads) says to my ears: privacy, you deserve it, you get it by default, buy an iphone. So it's harder to land something that says "privacy, you deserve it, here's a thing you can turn on in settings ... because we turned it off by default". (Enamel's HTTPS work was more similar to Apple's).

CONFIDENTIAL

GOOG-CABR-00111827