# EXHIBIT K
## Redacted Version of
## Document Sought to be Sealed

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4       _____

         PATRICK CALHOUN, et al.,     )

 5       on behalf of themselves and  )

         all others similarly         )

 6       situated,                    )

                                      )

 7            Plaintiffs,             )

                                      )Case No.: 5:20-cv-5146-LHK-SVK

 8       vs.                          )

                                      )

 9       GOOGLE LLC,                  )

                                      )

10            Defendant.              )

         _____)

11

12                    *** CONFIDENTIAL ***

13

14       VIDEOTAPED REMOTE DEPOSITION OF DEEPAK RAVICHANDRAN

15       Deponent testifying from Mountain View, California

16                   Friday, January 7, 2022

17                         Volume I

18

19

20

21

22       Stenographically Reported By:

         Melissa M. Villagran, RPR

23       CSR No. 12543

24       Job No. 4992196

25       PAGES 1 - 320
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4    _____

      PATRICK CALHOUN, et al.,      )

 5    on behalf of themselves and   )

      all others similarly          )

 6    situated,                     )

                                    )

 7          Plaintiffs,             )

                                    )Case No.: 5:20-cv-5146-LHK-SVK

 8    vs.                           )

                                    )

 9    GOOGLE LLC,                   )

                                    )

10          Defendant.              )

      _____)

11

12              *** CONFIDENTIAL ***

13

14        Videotaped remote deposition of DEEPAK

15    RAVICHANDRAN, Volume I, taken on behalf of Plaintiff

16    with all participants appearing remotely via

17    videoconference and the Deponent testifying from

18    Mountain View, California, beginning at 9:28 a.m. and

19    ending at 6:10 p.m. on Friday, January 7, 2022, before

20    Melissa M. Villagran, RPR, Certified Shorthand Reporter

21    No. 12543.  6:10 p.m.

22

23

24

25
```

Page 2

```
 1    APPEARANCES:

 2    ALL ATTENDEES APPEARING REMOTELY

 3

 4    For Plaintiffs:

 5          BLEICHMAR FONTI & AULD LLP

 6          BY:  LESLEY WEAVER

 7               ANJELICA ORNELAS

 8          Attorneys at Law

 9          555 12th Street, Suite 1600

10          Oakland, California  946907

11          415.445.4003

12          Lweaver@bfalaw.com

13          Aornelas@bfalaw.com

14

15          - and -

16

17          SIMMONS HANLY CONROY

18          BY:  JASON "JAY" BARNES

19          Attorney at Law

20          112 Madison Avenue, Seventh Floor

21          New York, New York  10016

22          618.693.3104

23          jaybarnes@simmonsfirm.com

24

25
```

Page 3

DocuSign Envelope ID: 1FF26C35-2A97-4B27-A3A6-618EAEDB5DB2
CONFIDENTIAL

```
 1     APPEARANCES (continued):

 2

 3    For the Brown plaintiffs:

 4         MORGAN & MORGAN

 5         BY:  RYAN MCGEE

 6         Attorney at Law

 7         201 North Franklin Street, Suite 700

 8         Tampa, Florida  33602

 9         813.223.0931

10         rmcgee@forthepeople.com

11

12    For Defendants and THE DEPONENT:

13         QUINN EMANUEL URQUHART & SULLI8VAN LLP

14         BY:  BRETT WATKINS

15         Attorney at Law

16         Pennzoil Place

17         711 Louisiana Street, Suite 500

18         Houston, Texas  77002

19         713-221-7030

20         brettwatkins@quinnemanuel.com

21

22

23

24

25
```

Page 4

```
 1    APPEARANCES (continued):

 2

 3    Also Present:

 4         Torren Taylor, Google

 5         Teuta Fani

 6

 7    Videographer:

 8         Jeff Nichols

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

1      A    When an advertiser chooses to run a

2  quote/unquote campaign with Google or any ad tech

3  provider, they can specify how much they would like

4  to pay per some unit of measure, that is called bid.

5          What is the amount of money they would like        10:01:38

6  to spend totally in total or combined, that's called

7  budget.

8          And what is the area where they would like to

9  show -- the geographic area that they would like to

10 show you ads, that would be called the geographical      10:01:57

11 restriction.

12     Q    Thank you.

13          And background, you wrote (as read):

14              "Google started using cookies on

15          our Google display network since               10:02:09

16          2009."

17          Do you see that?

18     A    I do see that.

19     Q    Is that correct?

20     A    That is correct.                                10:02:15

21     Q    And then you wrote (as read):

22              "Interest-based advertising (IBA)

23          project has built an extensive

24          framework for managing user profiles

25          indexed by DoubleClick cookies."             10:02:27

Page 35

1          Do you see that?

2     A    Yes, I do see that.

3     Q    What is IBA?

4     A    As it's mentioned in this document, IBA

5   stands for interest-based advertising.          10:02:41

6     Q    What is interest-based advertising?

7     A    Interest-based advertising is essentially an

8   advertiser coming to Google ads or any other ad tech

9   vendor and saying, I want to target or show ads to

10  specific individuals who are interested in a          10:03:14

11  taxonomy that is provided by them.

12    Q    What do you mean by ███████?

13    A    ███████████████ ██████████████ ████████

14  ████████ ████████████████████████████████████

15  ███████████████████████ ██████████████████          10:03:41

16  ██████████

17    Q    And we'll get into how that happens I think a

18  little later.

19         Do you see where you wrote "for managing user

20  profiles" in that sentence?          10:03:58

21    A    Yes.

22    Q    What did you mean by "user profiles"?

23    A    So, in this scenario we have users who visit

24  quote/unquote the content ad network that is our

25  publisher network.  Each user, the area of the world   10:04:26

Page 36

1    for each user is through a third-party cookie called

2    double-click cookie.

3         This double-click cookie maintains -- sorry.

4    The user profile here is defined by double-click

5    cookie.  But each double-click cookie can access          10:04:49

6    different portions of our content network, and this

7    user profiles are essentially a collection of the

8    visits of each of these double-click users to

9    various portions of our publisher network.

10    Q    And are these user profiles defined by time       10:05:11

11    or restricted by time?

12    A    Each user profile are keyed by DoubleClick

13    ID.

14         You also have a time component to see which

15    website they accessed at that given time.              10:05:33

16         Internally usually referred to as timestamp.

17    Q    Now, you referred to your publisher network;

18    is that right?

19    A    That is correct.  Yeah, that's right.

20    Q    What do you mean by "publisher network"?          10:05:54

21    A    At least when this document was written, the

22    definition of publisher network was anytime an ad

23    was eligible to be shown from a host of publishers

24    who have contracted to work with Google's display

25    ads, ads would be shown in those publishers and        10:06:26

Page 37

CONFIDENTIAL

1    that's how the definition of publisher network comes

2    in.

3        Q    Thank you.

4            And when you say "publishers," what do you

5    mean?                                                     10:06:42

6        A    So publisher is a term that is used in the ad

7    tech industry.   In this case, it means the pages

8    where ads are shown.

9        Q    Okay.

10           And are users informed of the double-click    10:07:08

11   cookie at the time they go to the publisher website?

12           MR. WATKINS:   Objection; vague.

13           THE DEPONENT:   So the answer is it depends.

14   BY MS. WEAVER:

15       Q    What does it depend on?                        10:07:38

16       A    For example, in Europe right now anytime a

17   user accesses a publisher site and there are any

18   sort of identifiers or information present that are

19   relevant to being keyed by individual user, there

20   has to be a notice.                                      10:08:08

21           Similarly in California, if in certain cases

22   a user goes to a publisher website and that

23   publisher website works with an ad vendor, there

24   could be a notice that is specifically written on

25   the publisher page when you first go in there.           10:08:33

Page 38

1           In a large -- in many other cases, there is

2      no notice when you first access a publisher page.

3      However, in many -- in almost all cases you have

4      a -- the ad has a button that is a -- that is

5      usually a link called Ad Choices or some variation          10:09:01

6      of it.  If you click on it there is a -- there are

7      some instructions that say that your information is

8      collected by cookies by using third-party

9      systems -- third-party cookies.

10          And this system is available to all users and          10:09:20

11     they are -- and the description and usage are all

12     published on externally-facing websites for an

13     average user.

14     Q    When did that practice of in certain cases in

15     California that there would be a notice, when did          10:09:50

16     that -- when was that first implemented?

17     A    To the best of my recollection,

18     somewhere -- sometime in 20- -- early 2020.

19     Q    Thank you.

20          And -- okay.  So going back to Exhibit 1, do          10:10:07

21     you see there's the sentence following says (as

22     read):

23              "User profiles includes user

24              interests and user demographics."

25     A    Yes, I do see.                                         10:10:21

Page 39

1    Q    Do you see that sentence?

2         Okay.

3    A    Sorry.

4    Q    We can pick it up a little.  I was trying to

5    get us to the pattern of looking at documents          10:10:33

6    together.

7         What did you mean when you wrote "user

8    interests and user demographics"?

9    A    So in user interests, so the way it works is

10   our -- or Google ads at least when the document was     10:10:52

11   written, Google ads knew of the user is only through

12   the lens of double-click cookie.

13        So when a user goes from website A to B to C,

14   that data is stored and we call it a user profile.

15   They're -- they're -- these user profiles are called    10:11:26

16   raw user profiles usually.

17        You can take these raw user profiles and

18   apply some sort of a classification system that's

19   automatically done by computer systems that could

20   say that this user perhaps is interested in sports      10:11:44

21   car.  Similarly, by looking at the profiles of the

22   user.  So --

23        I'm sorry.  Let me back up a little bit.

24        The user is interested in sports car -- let

25   me start from there -- or the user could be             10:12:05

Page 40

1    interested in music.  These categories are called

2    interest of the user.

3         Again, just to be clear, these -- these are

4    user profiles that are derived from raw user

5    profiles which are essentially the movement of users    10:12:23

6    on our display ad network as -- sorry, on our

7    content ads network -- as viewed by the double-click

8    cookie ID.  So you take all this raw data, apply a

9    automatic computer system classifier and classify

10   each individual user as being interested in certain    10:12:42

11   categories.

12        This system is called -- when I meant

13   interest, that's what this thing means.

14        Now going back to your demographic part, the

15   same idea is also applied for demographics which is    10:12:55

16   if we find that a user is interested in -- I'm just

17   giving a vague example -- a -- perhaps a user is

18   interested in certain kinds of, say, financial

19   services or any other thing, it is possible that the

20   automatic computer classifier in this -- uses this    10:13:19

21   information in conjunction with other information on

22   different websites to determine that perhaps this

23   user is -- is somewhere between the age of 25 to 44,

24   something like that.

25        Again, this is a motivating example, but    10:13:40

Page 41

DocuSign Envelope ID: 1FE26C35-2A97-4B27-A3A6-618EAEDB5DB2

1    that's what it means.
2         So demographics and interests are essentially
3    those things that are mentioned in that document.
4      Q   Thank you.
5         I'd like to unpack that a teeny bit if I      10:13:53
6    could with some definitions for the record.
7         What is a double-click cookie?
8      A   So the double-click cookie is mentioned in
9    this document throughout the -- in multiple places
10   in the document.                                    10:14:13
11        Double-click cookie is Google's third-party
12   cookie.  It's called internally double-click cookie
13   at Google and also externally it's called
14   double-click cookie.
15     Q   What is a cookie?                             10:14:26
16     A   A cookie is a piece of identifier that is
17   dropped by a browser that can uniquely identify the
18   browser under a set of conditions.
19     Q   And how are the conditions set?
20     A   So usually the -- the source that drops the  10:14:45
21   cookie is the only source that can read the cookie.
22        So if for example, Facebook drops a cookie
23   while a user is accessing Facebook, only Facebook
24   will have access to that cookie.  Snapchat perhaps
25   cannot read that cookie.                            10:15:21

Page 42

1          Similar -- so that's the -- that's the

2     condition.

3          Q    Thank you.

4               And so what is the distinction between a

5     third-party and a first-party cookie?                     10:15:28

6          A    A first-party cookie and a third-party cookie

7     have -- have slightly different mechanisms by which

8     access to these cookies are -- are controlled.

9               For example, if Facebook's -- Facebook drops

10    a cookie and that cookie is only read in Facebook's       10:15:54

11    domain, when I mean "domain," its website.  That's

12    called a first-party cookie.

13              However, the modern web has -- has a lot of

14    different ways by which things work.  One of the

15    most common ways that many people think about, say,       10:16:16

16    Facebook Like buttons on sites that are on Facebook

17    which are called third-party sites, the way it works

18    is that Facebook provides a piece of code that an

19    average website, say, CNN.com can -- can use and

20    they can drop it in there.  And Facebook because of       10:16:40

21    the way the technology works, because of the Like

22    button Facebook has access to the cookie dropped by

23    Facebook in the third party context because the top

24    site is CNN here and in this context it's called

25    third-party cookie.                                        10:17:01

Page 43

1    "We had to" what based on our agreement?  I didn't

2    hear the word.

3         THE DEPONENT:  Based on -- let me -- let me

4    backtrack a little bit.

5         I also lost my train of thought.  Sorry.        11:30:02

6         So a user has -- initially a user if they are

7    signed into Google and they agreed to be part of the

8    Google ID system, then they would go to the GAIA

9    table.

10        But if the user did not do that, and they        11:30:25

11   were -- and they agreed to be a part of the Biscotti

12   space, then they would go to the Biscotti table.  So

13   those are the two definitions.

14        But because of this project, the data co-op

15   project, there were additional requirements because    11:30:42

16   even within the Biscotti space, we had to divide the

17   users into multiple categories depending upon our

18   co-op agreement, and that is what is being said

19   here.

20        So if, for example, Google worked with SSBA       11:30:57

21   and let's say SSBA is Rubicon, just for example

22   purposes, then we need to have a separate user

23   profile for SSBA/Rubicon in this case.  And that

24   data should not be mixed with the ones where we have

25   Google SSBs profile if that makes sense.             11:31:21

                                                    Page 88

1    BY MS. WEAVER:

2        Q    Okay.  Yes.

3             And then turning to the next page, it ends in

4    5377, it reads there (as read):

5                                                          11:31:36



6

7

8

9

10                                                         11:31:49

11

12             Do you see that?

13        A    Can you tell me -- I'm --

14        Q    I'm sorry.  Yes, the first sentence at the

15    top of the page.                                     11:32:01

16        A    Give me a minute to read it.

17        Q    Yes.

18        A    That is correct.

19        Q    And do you see there's a comment there (as

20    read):                                               11:32:16

21             "What do you mean by such user

22             profiles?  Can you give example

23             profile type/data source pairs that

24             represent this class of profiles used

25             for tracking purpose."                      11:32:29

                                                           Page 89

DocuSign Envelope ID: 1FE26C35-2A97-4B27-A3A6-618EAEDB5DB2

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Do you see that comment? | |
| 2 | A   Yes, I do see that. | |
| 3 | Q   I have the same question:  How many kinds of | |
| 4 | user profiles are we talking about here? | |
| 5 | MR. WATKINS:  Objection; vague. | 11:32:44 |
| 6 | THE DEPONENT:  So in this context I'm not | |
| 7 | sure what this question means, but generally | |
| 8 | speaking, user profiles, as I mentioned before, that | |
| 9 | could be raw user profile.  And then use the -- then | |
| 10 | use the (indecipherable) user profile that you could | 11:33:05 |
| 11 | derive interest categories that could be a part of | |
| 12 | an appended new user profile. | |
| 13 | So these are various -- like, and then we | |
| 14 | could derive demographic information.  That could be | |
| 15 | another user profile. | 11:33:19 |
| 16 | So these are examples of user profiles. | |
| 17 | BY MS. WEAVER: | |
| 18 | Q   Okay. | |
| 19 | And turning to the next page that ends in | |
| 20 | 5378.  You see a spreadsheet there, correct? | 11:33:34 |
| 21 | A   Yes, I do see a big table. | |
| 22 | Q   And the table says name -- at the top:  Name, | |
| 23 | type, size, team, et cetera. | |
| 24 | Do you see that? | |
| 25 | A   Yes, I see that. | 11:33:50 |

Page 90

1    Q   So there's one entry that says, "Content ads

2    implicit, user profiles raw."

3        Do you see that?

4    A   Can you tell me which number --

5    Q   It's four down, I think.                    11:34:03

6    A   Yes, I see that.

7    Q   So what is -- what profile is that?

8        MR. WATKINS:   Objection; vague.

9        THE DEPONENT:   So the content ads implicit

10   user profiles raw that's written here is the one    11:34:21

11   that I mentioned before.   That's the raw collection

12   of data.

13   BY MS. WEAVER:

14   Q   Okay.

15   A   Many of them -- sorry.                        11:34:28

16       And many of them could be derived or other

17   sources here.

18   Q   Okay.  And you say "many of them."

19       For example, content ads in market user

20   profiles daily disk?                              11:34:38

21       What is that?

22   A   Can you tell me what number is that?

23   Q   It's the one right above it.

24   A   Oh.

25       Yes, I see that.                             11:34:49

                                            Page 91

1    That one is we have a ███████ called in

2    market.  That's again externally available what in

3    market is, internally facing web pages.  This

4    profile would take mostly raw profile and maybe some

5    other sources that are also part of these profiles          11:35:10

6    and derive if a user is interested in buying cars.

7    And if yes, they would go and mark this particular

8    user as being interested in cars.

9        And the disk portion basically means this

10   portion is shown on disk.                                    11:35:36

11    Q   And when you say and derived they may be

12   interested in buying cars, to be clear, that would

13   capture not just the occasion where somebody

14   directly went to a car site but machine learning or

15   an algorithm is inferring that somebody might be             11:35:54

16   interested in a car because they looked at tires or

17   something associated with cars.

18        Is that a fair description?

19        MR. WATKINS:  Objection; vague.

20        THE DEPONENT:  So yes, your intuition is             11:36:03

21   correct there.

22        If a user can go to marketable websites and

23   take actions that we deem are indicative of somebody

24   buying a car, then our machine learning algorithms

25   will classify as that person being interested in             11:36:24

Page 92

1      cars.

2      BY MS. WEAVER:

3          Q     Okay.

4                Then the next -- well, let's go second from

5      the top.  It says (as read):                          11:36:33

6                    "Content ads, branding, user

7                profiles, daily disk."

8                Do you see that?

9          A     I see that.

10         Q     What is branding or what is that profile?    11:36:43

11               MR. WATKINS:  Objection to the form.

12               THE DEPONENT:  Branding is another taxonomic

13     classification that was -- so in market is one brand

14     is another.  And brand is -- is -- is another

15     taxonomy that is used in the industry which -- which   11:37:13

16     is slightly different -- which is not slightly --

17     which is very different from somebody who's

18     interested in buying some things.  And a brand --

19     Coca Cola is a brand.  If somebody sees a Coca Cola

20     brand, it does not mean they are going to buy Coke     11:37:34

21     right away, but that's the idea.

22     BY MS. WEAVER:

23         Q     So that is to say that a brand carries with

24     it inferences about users' interest that are not

25     necessarily directly correlated with the brand but    11:37:47

Page 93

1   which may be inferred from the connection to the

2   brand; is that right?

3           MR. WATKINS:   Objection; form.

4           THE DEPONENT:   The users -- this

5   system -- I'm not talking about this specific          11:38:07

6   column, but generally speaking, brand advertising is

7   you try to determine if the user is generally

8   interested in a specific class of brands.

9           For example, if you have a teenager who has a

10  Ferrari poster in their bedroom, it doesn't mean       11:38:30

11  that this teenager is going to go buy a Ferrari, but

12  this teenager may be interested in the Ferrari

13  brand.   That's the definition.   It's more subtle.

14          So that is a system at Google that goes and

15  classifies users as interested in XYZ brand.           11:38:51

16  BY MS. WEAVER:

17      Q   Okay.

18          And then now one, two, three, four, five down

19  it says "Content ads Oslon profile disk."

20          Do you see that?                                11:39:04

21      A   Sorry.   I went away from my monitor.   Sorry.

22          Yes, I see that.

23      Q   What does that refer to?

24      A   At this point I don't recollect what Oslon

25  refers to.                                             11:39:28

Page 94

 1      Q    Okay.

 2           Then there's under that boom lists raw

 3   similar users?

 4           What does that refer to?

 5      A    Yeah.  That is essentially if for a user          11:39:35

 6   which of the similar user category these are usually

 7   given by IDs.  The boom lists refers to an ID, and

 8   which of the similar user IDs that -- does a

 9   particular user is assigned to.  That's what the

10   distinction is.                                           11:40:03

11      Q    Okay.

12           One more question on this document.  I'll ask

13   you to flip all the way to the page ending in 5386.

14           And I'll direct your attention to where it

15   says ████████/GKS or Google GAIA-keyed serving.         11:40:17

16      A    Yes, I can -- I see that.

17      Q    Thank you.

18           An the second sentence there it says (as

19   read):

20           "This means after GKS we will have                11:40:30

21           separate Biscotti ████████ and

22           GAIA-██████, and an estimated ████

23           ██ percent of total traffic will be

24           served under GAIA IDs."

25           Do you see that?                                  11:40:43

                                                               Page 95

1      A    Yes.

2      Q    Is there a similar analogy for realtime

3   profiles and long-term profiles in display ads?

4        MR. WATKINS:  Objection; calls for

5   speculation.                                          12:33:17

6        THE DEPONENT:  In display ads the terminology

7   as to the best of my knowledge is short-term

8   profiles and long-term profiles.

9   BY MS. WEAVER:

10     Q    And what is a short-term profile in display   12:33:38

11  ads?

12     A    A short-term profile, again to the best of my

13  knowledge, is data collected about the user in the

14  past few hours.  Yeah.

15     Q    And what is a long-term profile?             12:33:51

16     A    A long-term profile is the data collected

17  about the user for the past ████, to the best of

18  my knowledge.

19     Q    So here do you see for realtime profiles it

20  says SLO of █████████, approximately ██████████    12:34:18

21  from user action to updated profile.

22        Do you see that?

23        MR. WATKINS:  Objection; mischaracterizes the

24  document.

25  BY MS. WEAVER:                                        12:34:29

Page 133

1    Q    Do you have an understanding as to what that

2    means?

3    A    I can -- I can tell you what SLO at ███

4    ████████████    means.

5    Q    What does that mean?                          12:34:38

6    A    So SLO is a standard term that's used in many

7    of -- many of these ad tech companies.  It stands

8    for service level something.

9        It basically means that that is a best effort

10   to make sure ████████ of the time you are able to   12:35:02

11   update the profile within at most ████████ delay.

12   Q    And how was that accomplished in the industry

13   in your understanding?

14       MR. WATKINS:    Objection; vague.

15       THE DEPONENT:    SLO and SLAs are a generic     12:35:25

16   industry term, and the way it's accomplished is you

17   benchmark your system.

18       You implement a system.  Then you benchmark

19   it and -- and try to come up with scenarios on which

20   this benchmark can be broken and then apply          12:35:50

21   mitigations, and you keep on building it over time

22   and then you reach a state where let's say in the

23   past 30 or 60 days you hardly had any issue.  At

24   that point you would say that this system is SLA or

25   SLO, whatever is the metric here.                    12:36:06

Page 134

1           So in general, it's a lot of system

2     engineering and trying to think about what could go

3     wrong and working and applying mitigations.

4     BY MS. WEAVER:

5        Q   So what causes an update to a profile, a user    12:36:21

6     action?

7           MR. WATKINS:   Objection; calls for

8     speculation.

9           THE DEPONENT:   At least in display ads, an

10    update to a user profile is a change in user action,   12:36:34

11    that could be one.   Or it could also be other

12    factors such as when -- when the long-term profile

13    is being written, they collect data from multiple

14    days and they do some processing and then things get

15    updated.                                                12:36:59

16    BY MS. WEAVER:

17       Q   And what would be the sources for other data

18    other than user action?

19           MR. WATKINS:   Objection; vague.

20           THE DEPONENT:   The -- the word "sources" is a   12:37:08

21    little overloaded here.   So there are different

22    channels of receiving user data.   One would be

23    directly from the browser.

24           The other would be because of how memory is

25    expensive and how disk is cheap usually, what you do   12:37:27

Page 135

DocuSign Envelope ID: 1FE26C35-2A97-4B27-A3A6-618EAEDB5DB2

1    is that you collect data from the -- about the user,

2    keep it in memory.  And then for every few epochs,

3    could be a few days, could be a few hours, could be

4    a day, you collect this information and store it in

5    disk.  And then you aggregate data in that disk and          12:37:46

6    put it again back in condensed form in memory.

7         So that's why the source of all this

8    information is definitely the user update, but it

9    could be what we call a pipeline processing system

10   where each -- it could be a chain and each part of          12:38:03

11   the chain may have different times have you to

12   update based on system characteristics such as disk

13   or memory.

14   BY MS. WEAVER:

15      Q    So what is contributing data to the pipeline?       12:38:17

16           MR. WATKINS:  Objection; vague.

17           THE DEPONENT:  Based on what I said, the

18   source of all this data in display ads is going to

19   be user updates.  But other items such as batch

20   processing could -- could kick at any time that             12:38:43

21   specify.

22   BY MS. WEAVER:

23      Q    So does Google collect information about

24   users from other sources other than user action?

25           MR. WATKINS:  Objection; vague.                     12:39:01

Page 136

1    BY MS. WEAVER:

2        Q    For example, through publishers?

3            MR. WATKINS:    Same objection.

4            THE DEPONENT:    So I'm going to talk from a

5    display ads point of view here.    That's                    12:39:11

6    where -- that's the area that I work on.    I have the

7    most knowledge.

8            In display ads, our view as an -- and I mean

9    our, me, I'm wearing the display ads hat of the user

10   is either is primarily two, user action on publisher    12:39:31

11   or advertiser websites.

12           And in -- in Google's case, Google display

13   ads case, that is the way the organization is

14   structured.    At least in 2021 it's essentially non

15   Google publishers and advertisers -- in 2022 I        12:40:00

16   should say.    Right.

17   BY MS. WEAVER:

18       Q    Okay.

19           I'm just still not hearing an answer.    So

20   just -- well, what is a PPID?                            12:40:17

21           MR. WATKINS:    Objection; form.

22           THE DEPONENT:    Can you tell me where did you

23   find PPID?    I'm curious.

24   BY MS. WEAVER:

25       Q    It's not in this document, but you know what    12:40:29

Page 137

1    a PPID is; right?

2         A    Yes, I know what PPID is.

3         Q    What is it?

4         A    It stands for publisher provided ID.

5         Q    And how does Google use the PPID?                    12:40:42

6              MR. WATKINS:   Objection; vague.

7              THE DEPONENT:   They use -- I -- I can only

8    talk for what's happening in display ads.   And that

9    too what is happening in the -- in the ads, like the

10   ads serving portion of display ads.                            12:41:03

11        To the best of my knowledge, PPID is

12   essentially a publisher login that can be sent to

13   Google.   Google takes this ID and does a -- what

14   they call a one-way hash and stores that

15   information.                                                    12:41:30

16        And this was one of the areas that Google

17   display ads was investing in at least till the time

18   I left to make sure that if third-party cookies go

19   away, we can use publisher's first-party data to do

20   ad selection.                                                  12:41:51

21   BY MS. WEAVER:

22        Q    And is information from the PPID used to

23   update user profiles?

24        A    So PPID will be -- it's sort of its own

25   space.   It won't be a Biscotti ID.   So the idea is    12:42:05

                                                    Page 138

1      that PPID will only describe what the user does

2      within a given publisher and not across publishers

3      which is what Biscotti ID typically does.

4          Q    Okay.

5              So in the process that we were discussing          12:42:23

6      about the SLO where --

7          A    Go ahead.

8          Q    -- Google is making its best effort to make

9      sure there's an update to the user profile, is

10     information from PPID used to do that update?          12:42:42

11         A    I think there's a little bit of confusion

12     here.  This update is independent of what kind of

13     data that is being collected.

14             So anytime an update happens, whatever

15     information comes through the update, it could be          12:42:59

16     PPID, it could be Biscotti.   In this case the

17     document that we are seeing here does not partake in

18     display ads.

19         Q    Right.

20         A    So I'm not 100 percent sure what data is key.          12:43:09

21     I know the project viral is keyed by GAIA.   It's on

22     YouTube.   So I know that specifics.

23             And if -- if there was an SLO similarly on

24     the display ad site, it could be PPID, it could be

25     GAIA GKS, or Biscotti key.          12:43:29

Page 139

DocuSign Envelope ID: 1FE26C35-2A97-4B27-A3A6-618EAEDB5DB2

CONFIDENTIAL

```
 1            For all these things there is an SLO.  So
 2       it's sort of an orthogonal concept.
 3       Q   Thank you.
 4           Looking back at the page ending in 4589, do
 5       you see where it says "Extensible activity sources,"   12:43:47
 6       and then it says "YT watches, search history, app
 7       installs, maps"?
 8           Do you see that?
 9       A   Yes, I see that.
10       Q   What is an extensible activity source?           12:44:02
11           MR. WATKINS:  Objection; foundation.
12           THE DEPONENT:  I am not aware of what -- what
13       that extensible means here.
14       BY MS. WEAVER:
15       Q   Okay.                                             12:44:18
16           Do you know what it means in general?
17           Do you use that word?
18       A   No, I don't.
19       Q   Okay.
20       A   It might be very specific for this team.         12:44:22
21       Q   Oh, fine.
22           And then looking at the bottom where it says
23       "Fully productionised profile monitoring,
24       regression/E2E tests, on-call rotation," do you see
25       that?                                                 12:44:35
```

Page 140

1      Q   And on the left it says "Offline scoring" and

2   on the right it says "Online scoring."

3        Do you see that?

4      A   Right.  I see that.

5      Q   And under offline scoring it lists ███████   02:09:14

6   ████████ among other things.

7        Do you see that?

8      A   I see that.

9      Q   Do you have an understanding as to what

10   offline scoring means?   02:09:23

11      A   Yes, I know what offline scoring means.

12      Q   What is offline scoring?

13      A   So offline scoring in computer science lingo

14   is usually batch processing, where in this case a

15   user profile, you take the user profile, run it   02:09:52

16   through a system of different programs here that a

17   few things are written here.  And then let's say you

18   want to identify a class for this given user based

19   on the in market taxonomy, you would assign that.

20        You would assign that in a batch processing   02:10:20

21   job, an offline processing job and write the values

22   back to storage.

23        And online storing what would happen is that

24   as the user is browsing various portions of the web,

25   this information is available realtime and the   02:10:43

Page 171

1    scoring in addition would take into account the

2    exact current page visit in addition to the previous

3    visit and score in realtime.  That's called online

4    scoring.

5         Q    What does the word "score" mean?              02:10:59

6              Does it mean to record or to write?

7              MR. WATKINS:  Sorry.  Objection; vague.

8              THE DEPONENT:  Scoring in this system

9    means -- it's used particularly for in machine

10   learning literature.                                    02:11:22

11             So there are two phases to machine learning.

12   The first phase is called training where you build a

13   model.  So you take a large number of examples and

14   then you build a model.  The model usually does not

15   contain any -- is a generalization of all the          02:11:44

16   concepts that you see from the training data.

17             Scoring means you actually see a user or an

18   instance.  In that case you do not know it's output

19   label and you based on the model you assign the

20   output label.                                           02:12:03

21             So to be more specific, let's say that we

22   have a weather prediction model.  The inputs to that

23   weather prediction model are things like pressure

24   reading, temperature reading, the amount of cloud

25   density, so on and so forth.                            02:12:20

                                              Page 172

DocuSign Envelope ID: 1FE26C35-2A97-4B27-A3A6-618EAEDB5DB2

CONFIDENTIAL

1

2

3

4

5

6

7

8          I, DEEPAK RAVICHANDRAN, do hereby declare

9    under penalty of perjury that I have read the

10   foregoing transcript; that I have made any

11   corrections as appear noted, in ink, initialed by

12   me, or attached hereto; that my testimony as

13   contained herein, as corrected, is true and correct.

14          EXECUTED this __9___ day of ___Feb_____,

15   __2022__, at __Mountain View_____, __CA_____.

                    (City)                    (State)

16

17

18

19                    ┌DocuSigned by:

20                    │ Deepak Ravichandran
                      └─E00D8523CD46446...

                     DEEPAK RAVICHANDRAN

21                   VOLUME I

22

23

24

25

                                        Page 316

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, Registered

3    Professional Reporter, Certified Live Note Reporter,

4    do hereby certify:

5        That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    that any witnesses in the foregoing proceedings,

8    prior to testifying, were duly sworn; that a record

9    of the proceedings was made by me using machine

10   shorthand which was thereafter transcribed under my

11   direction; that the foregoing transcript is a true

12   record of the testimony given.

13       Further, that if the foregoing pertains to

14   the original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [  ] was [ X ] was not requested.

17       I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or party to this action.

20       IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22

23   Dated: January 10, 2022

24

     MELISSA M. VILLAGRAN

25   CSR No. 12543 RPR

                                        Page 317

**Deposition Errata**
**Case: *Calhoun, et al. v. Google LLC***
**Deponent: Deepak Ravichandran**
**Date of Deposition: January 7, 2022**

| Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 13:4 | New Castle | Newcastle | Transcription Error |
| 14:12 | haven't been | haven't | Extra Word |
| 15:6 | APIs. That | APIs that | Punctuation |
| 15:22 | Michael Cleber | Michael Kleber | Misspelling |
| 16:1 | Brad Lassie | Brad Lassey | Misspelling |
| 16:9 | Phillip Lee | Philip Lee | Misspelling |
| 16:13 | Kaus Tobaken (phonetic). | Kaustubha Govind | Misspelling |
| 17:17 | Aleen Asiree Amini (phonetic) | Ali Nasiri Amini | Misspelling |
| 18:22 | Venay Goyal | Vinay Goel | Misspelling |
| 21:13 | FLoC API | FLoC | Extra Word |
| 36:13 | pre structure | tree structure | Transcription Error |
| 36:14 | group | group of | Extra Word |
| 37:6 | this | these | Transcription Error |
| 39:1 | In a large | By and large | Transcription Error |
| 79:22 | Yeton Bai | Yijian Bai | Misspelling |
| 85:13 | 2.2 | 2.0 | Transcription Error |
| 85:16 | [sic] | DELETE | Extra Word |
| 86:10 | double-click | the double-click | Missing Article |
| 90:10 | (indecipherable) | raw | Transcription Error |
| 99:4 | George Levitt | George Levitte | Misspelling |
| 99:5 | Levitt | Levitte | Misspelling |
| 108:13 | Alex | AdX | Misspelling |
| 188:23 | Nefar Truong Pakob | Lisa Trongprakob | Misspelling |
| 221:1 | Sitti Chaij | Sittichai Jiampojamarn | Misspelling |
| 227:3 | decide | decided | Transcription Error |
| 232:7 | Cal | global | Transcription Error |
| 239:2 | Ben Gabrit | Ben Galbraith | Misspelling |
| 250:11 | vacuum | a vacuum | Missing Article |
| 287:3 | Weishi | Wei Shi | Misspelling |

DocuSigned by:

*Deepak Ravichandran*
E90D0529BD4846...

2/9/2022

Signature                              Date