# EXHIBIT M

# Redacted Version of Document Sought to be Sealed

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                        SAN JOSE DIVISION
4                           ---oOo---
5
6    PATRICK CALHOUN, et al., on
     behalf of themselves and all
7    others similarly situated,
8                  Plaintiffs,
     vs.                               No. 5:20-cv-05146-LHK-SVK
9    GOOGLE LLC,
                   Defendant.
10   _____/
11
12
13                         CONFIDENTIAL
14     REMOTE 30(B)(6) DEPOSITION OF MICHAEL KLEBER, Ph.D.
15       WITNESS LOCATION:  NEWTONVILLE, MASSACHUSETTS
16                  WEDNESDAY, APRIL 13, 2022
17
18
19
20
21   Stenographically Reported by:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23   California CSR No. 9830
24   Job No. 5180861
25
                                                         Page 1
```

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
                             ---oOo---


   PATRICK CALHOUN, et al., on
   behalf of themselves and all
   others similarly situated,
                  Plaintiffs,
   vs.                                  No. 4:20-cv-5146-YGR-SVK

   GOOGLE LLC,

                  Defendant.
   _____/



         REMOTE 30(b)(6) DEPOSITION OF
      MICHAEL KLEBER, Ph.D., taken on behalf of the
      Plaintiffs, on Wednesday, April 13, 2022, beginning
      at 12:18 p.m., Eastern Time, and ending at
      1:28 p.m., Eastern Time, Pursuant to Notice, and
      remotely before me, ANDREA M. IGNACIO, CSR, RPR,
      CRR, CLR ~ License No. 9830.
```

Page 2

CONFIDENTIAL

| | |
|---|---|
| 1 | R E M O T E   A P P E A R A N C E S : |
| 2 | |
| 3 | |
| 4 | COUNSEL FOR THE PLAINTIFFS: |
| 5 | SIMMONS HANLY CONROY LLC |
| 6 | By:  JAY BARNES, Esq. |
| 7 | ERIC JOHNSON, Esq. |
| 8 | 112 Madison Avenue, 7th Floor |
| 9 | New York, NY 10016 |
| 10 | (212) 784-6400 |
| 11 | jbarnes@simmonsfirm.com |
| 12 | |
| 13 | DICELLO LEVITT GUTZLER LLC |
| 14 | By:  DAVID A. STRAITE, Esq. |
| 15 | CORBAN RHODES, Esq. |
| 16 | One Grand Central Place |
| 17 | 60 E. 42nd Street, Suite 2400 |
| 18 | New York, NY 10165 |
| 19 | (646) 993-1000 |
| 20 | dstraite@dicellolevitt.com |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1    R E M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3
 4       COUNSEL FOR THE DEFENDANT:
 5            QUINN EMANUEL URQUHART & SULLIVAN
 6            By:  SARA JENKINS, Esq.
 7                 MARIA HAYRAPETIAN, Esq.
 8            555 Twin Dolphin Drive, 5th Floor
 9            Redwood Shores, California 94065
10            650.801.5100
11            sarajenkins@quinnemanuel.com
12
13
14       ALSO PRESENT:  Matthew Gubiotti, Google
15                      Cassie Leet, Videographer
16                         ---oOo---
17
18
19
20
21
22
23
24
25
```

Page 4

| | | |
|---|---|---|
| 1 | MR. BARNES: Yeah, let me state it a little | 09:57 |
| 2 | bit differently, because I -- I meant it in the | 09:57 |
| 3 | context -- let me state it a little bit differently, | 09:57 |
| 4 | and let me go back to the question. | 09:57 |
| 5 | Q   Is it Google's position that Google Ads and | 09:57 |
| 6 | cross-site tracking with relation to Chrome does not | 09:57 |
| 7 | have any special status as compared to other | 09:57 |
| 8 | cross-site trackers? | 09:58 |
| 9 | MS. JENKINS: Objection; outside of the | 09:58 |
| 10 | scope. | 09:58 |
| 11 | THE WITNESS: Yes. | 09:58 |
| 12 | MR. BARNES: Okay. | 09:58 |
| 13 | Q   When did the Privacy Sandbox effort begin? | 09:58 |
| 14 | And I don't mean that as a philosophical | 09:58 |
| 15 | question. I don't know if you have a date certain in | 09:58 |
| 16 | mind. | 09:58 |
| 17 | But the general question is, when did the | 09:58 |
| 18 | Privacy Sandbox effort, which includes the effort to | 09:58 |
| 19 | deprecate third-party cookies and other cross-site | 09:58 |
| 20 | tracking mechanisms, when did that begin? | 09:58 |
| 21 | A   I think it began in 2018 -- late 2018 and was | 09:58 |
| 22 | publicly announced in the middle of 2019. | 09:58 |
| 23 | Q   What were the motivating factors for the | 09:59 |
| 24 | start of ▮▮▮▮▮/Privacy Sandbox? | 09:59 |
| 25 | MS. JENKINS: Objection; outside of the | 09:59 |

```
 1    scope.                                                  09:59
 2            You may answer if you know.                     09:59
 3            THE WITNESS:  I mean, I believe we've           09:59
 4    discussed a lot of this already.                        09:59
 5            First of all, there was published research      09:59
 6    coming from the academic privacy community that         09:59
 7    pointed out the scale of tracking happening on the      09:59
 8    web, in particular as part of the web advertising       09:59
 9    ecosystem based on third-party cookies.                 09:59
10            There was also pressure in the direction of     10:00
11    reducing tracking on the part of various governments.   10:00
12    2018 was the year that GDPR came into effect, for       10:00
13    example.                                                10:00
14            And as we discussed earlier, there was a        10:00
15    desire to address this issue on behalf of other         10:00
16    browsers as well.  And as we said, browsers try to      10:00
17    explore and move together to whatever extent is         10:00
18    possible.                                               10:00
19            MR. BARNES:  Q.  When you mentioned earlier     10:00
20    academic research regarding the scale of tracking       10:00
21    based on third-party cookies, do you recall any         10:00
22    specific papers you're referring to?                    10:00
23        A   That's a great question.  I -- there's a        10:00
24    paper that was published in 2018 called something like  10:01
25    Diffusion of User Identity in the Ads Ecosystem, but    10:01
```

1    I declare under penalty of perjury that the
2    foregoing is true and correct.  Subscribed at
3    Cambridge_____, M̶A̶lifornia, this __16th__ day of
4    ____May_____, 2022.
5
6
7
8
9    _____
         DocuSigned by: [signature] B6AA7B255B2A477
10       MICHAEL KLEBER, Ph.D.

CERTIFICATE OF STENOGRAPHER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing remote deposition was by me remotely sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: April 17, 2022

*[signature]*

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

Page 41

**CONFIDENTIAL**

## Deposition Errata Sheet
Case: Calhoun, et al. v. Google LLC
Deponent: Michael Kleber (30(b)(6))
Date of Deposition: April 13, 2022

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg. 19, Ln. 4 | "tracks them" | "track them" | Misspoke |
| Pg. 26, Ln. 13 | "Gnat Catcher, G-N-A-T, C-A-T-C-H-E-R" | "GNATCATCHER, G-N-A-T-C-A-T-C-H-E-R" | Transcription error |
| Pg. 27, Ln. 18 | "Gnat Catcher" | "GNATCATCHER" | Transcription error |
| Pg. 31, Ln. 4 | "Crystal Wilson" | "Christo Wilson" | Transcription error |

DocuSigned by: [signature] 5/16/2022

Michael Kleber                Date

1