# EXHIBIT N
# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
                           ---oOo---
 4    PATRICK CALHOUN, et al., on
 5    behalf of themselves and all
 6    others similarly situated,
 7                  Plaintiffs,
 8    vs.                              No. 4:20-cv-5146-YGR-SVK
 9    GOOGLE LLC,
10                  Defendant.
11    _____/
12
13                        CONFIDENTIAL
14
15     REMOTE 30(B)(6) DEPOSITION OF GLENN BERNTSON, Ph.D.
16         WITNESS LOCATION:  NEW YORK, NEW YORK
17                 THURSDAY, APRIL 14, 2022
18
19
20    Stenographically Reported by:
21    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
22    California CSR No. 9830
23    Job No. 5190546
24
25
```

Page 1

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
                          ---oOo---
 4   PATRICK CALHOUN, et al., on
 5   behalf of themselves and all
 6   others similarly situated,
 7              Plaintiffs,
 8   vs.                              No. 4:20-cv-5146-YGR-SVK
 9   GOOGLE LLC,
10              Defendant.
11   _____/
12
13
14        REMOTE 30(b)(6) DEPOSITION OF GLENN BERNTSON,
15   Ph.D., taken on behalf of the Plaintiffs, on
16   Thursday, April 14, 2022, beginning at 12:05 p.m.,
17   Eastern Time, and ending at 2:31 p.m., Eastern
18   Time, Pursuant to Notice, and remotely before me,
19   ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License
20   No. 9830.
21
22
23
24
25
                                                    Page 2
```

CONFIDENTIAL

```
 1    R E M O T E   A P P E A R A N C E S:

 2

 3       COUNSEL FOR THE PLAINTIFFS:

 4           SIMMONS HANLEY CONROY

 5           BY: JASON "JAY" BARNES, Esq.

 6               ERIC JOHNSON, Esq.

 7           112 Madison Avenue, Seventh Floor

 8           New York, NY 10016

 9           (618) 693-3104  jaybarnes@simmonsfirm.com

10

11           BLEICHMAR FONTI & AULD LLP

12           BY: LESLEY WEAVER, Esq.

13               ANGELICA ORNELAS, Esq.

14           555 12th Street, Suite 1600

15           Oakland, CA 94607

16           (415) 445-4003  lweaver@bfalaw.com

17

18           DICELLO LEVITT GUTZLER

19           BY: DAVID A. STRAITE, ESQ.

20           One Grand Central Place

21           East 42nd Street, Suite 2400

22           New York, NY 10165

23           (646) 933-1000  dstraite@dicellolevitt.com

24

25
```

Page 3

```
 1    R E M O T E  A P P E A R A N C E S:  (Cont.)

 2

 3        COUNSEL FOR THE BROWN PLAINTIFFS:

 4            SUSMAN GODFREY LLP

 5            By:  AMANDA BONN, Esq.

 6                 ALEX P. FRAWLEY, Esq.

 7            1900 Avenue of the Stars, Suite 1400

 8            Los Angeles, California 90067-6029

 9            (310) 789-3150  abonn@susmangodfrey.com

10

11            BOIES SCHILLER FLEXNER

12            By:  HSIAO (MARK) C. MAO, Esq.

13            44 Montgomery Street, 41st Floor

14            San Francisco, California 94104

15            (415) 293-6800  mmao@bsfllp.com

16

17        COUNSEL FOR THE DEFENDANT:

18            QUINN EMANUEL URQUHART & SULLIVAN

19            By:  JOSEF ANSORGE, Esq.

20                 XI "TRACY" GAO, Esq.

21            1300 Street NW, Suite 900

22            Washington, D.C.  20005

23            (202) 538-8000  josefansorge@quinnemanuel.com

24

25
```

```
 1    R E M O T E   A P P E A R A N C E S:   (Cont.)
 2
 3       ALSO PRESENT:    Toni Baker, Google
 4                        David West, Videographer
 5                        Eric Matolo, Cirque Analytics
 6                           ---oOo---
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   cookies; is that right?                              09:09
 2       A   Yes.                                         09:09
 3       Q   And then you're also here available to       09:09
 4   testify regarding the creation of user profiles,     09:09
 5   content verticals, as well as the individuals        09:09
 6   overseeing the process, and how profiles, verticals, 09:09
 7   and demographics are used in display ads; is that    09:09
 8   right?                                               09:10
 9       A   Yes.                                         09:10
10       Q   And are you also testifying regarding data   09:10
11   flow for the data we just referenced used in display 09:10
12   ads?                                                 09:10
13       A   I believe so.                                09:10
14       Q   Okay.  Were you provided a fact sheet or some 09:10
15   kind of document to prepare for your deposition by   09:10
16   your counsel?                                        09:10
17       A   I received a listing of the topics you just  09:10
18   listed out.  If that's what you mean by a fact sheet, 09:10
19   then yes.                                            09:10
20       Q   Okay.  Did you receive any other documents   09:10
21   from counsel to prepare for your deposition today that 09:10
22   you have with you in front of you?                   09:10
23       A   I received a set of documents that had been  09:10
24   produced, and I looked through those documents.  I   09:10
25   received a set of those documents yesterday, and I   09:10
```

```
 1    with somebody who is interested in sports, because          09:52
 2    they're looking at content that is about sports, then       09:52
 3    I -- I -- I would like to have my ad shown to that          09:52
 4    person.                                                     09:52
 5            And so content verticals, generally speaking,       09:52
 6    correspond to supporting advertising where the              09:52
 7    targeting is associated with a given interest group.        09:52
 8            Content verticals are derived from the              09:53
 9    content that the user is looking at.  And the example      09:53
10    of the sports page is a good -- it's a simple one, but     09:53
11    a good one.                                                 09:53
12            How Google uses them is, Google will take the      09:53
13    URLs we receive on ad requests and look at that URL        09:53
14    and go and visit that site, download the content, and     09:53
15    start applying analyses to try to figure out, what         09:53
16    kind of content are we looking at?  Like, is this         09:53
17    sports?                                                    09:53
18            And so internally, Google has sort of a           09:53
19    representation of content on the Internet that            09:53
20    corresponds to the ad requests we get from our            09:53
21    customers.                                                 09:54
22            And internally --                                 09:54
23            MS. WEAVER:  Q.  And when --                      09:54
24       A    Go ahead.                                          09:54
25       Q    Is -- when Google takes the URLs that they        09:54
```

Page 40

```
 1    receive about ad requests and downloads the content to      09:54
 2    apply analyses, do they then use that to create             09:54
 3    profiles about users?                                       09:54
 4        A    This is one source of information that can be      09:54
 5    used to build profiles on users, such as, there is a        09:54
 6    history of a user visiting sites that are about             09:54
 7    sports.  You could then -- rather in -- for a user who      09:54
 8    has visited lots of sites about sports, an example of       09:54
 9    their profile would be somebody who is interested in        09:54
10    sports.                                                     09:54
11             So you could take a content vertical and say,      09:54
12    Oh, this applies to a characterization of the content       09:55
13    that's being looked at.  And if it's a user that's          09:55
14    seen it, a simple profile is, they've seen that             09:55
15    content, and therefore, they're interested in this          09:55
16    content.                                                    09:55
17             So I believe that's a way of saying "yes."         09:55
18        Q    You said it's one source of information to be      09:55
19    able to build profiles on users.                            09:55
20             What are other sources?                            09:55
21        A    I -- if you have an Android phone or an            09:55
22    iPhone, information that we get on the ad requests,         09:55
23    let's say, about the environment or the kind of device      09:55
24    or the content they're looking at that's not                09:55
25    specifically about a user, you can look at it as            09:55
```

Page 41

```
 1   contextual.                                               09:55
 2         And then any contextual information that you        09:55
 3   have that you can then associate to some kind of          09:55
 4   identifier that represents a user, I would classify       09:55
 5   all of that as profile for a user.                        09:56
 6      Q   I interrupted you to ask about profiles, and       09:56
 7   I apologize.  You were saying, "Internally, Google has    09:56
 8   a sort of representation of content on the Internet       09:56
 9   that corresponds to the ad requests we get from our       09:56
10   customers."  And you started to say "and internally."     09:56
11         What were you going to continue to say, if          09:56
12   you recall?                                               09:56
13      A   I don't recall that particular --                  09:56
14      Q   Okay.  That's -- that's my fault.  I'm trying      09:56
15   to stop you to get things defined for the record.         09:56
16      A   Sure.                                              09:56
17      Q   And I don't know how to do it, because I           09:56
18   don't want to interrupt your train of thought at all.     09:56
19         And since we have you, "SDK" stands for             09:56
20   software development kit; is that right?                  09:56
21      A   That is correct.                                   09:56
22      Q   And Google develops those SDKs; is that            09:56
23   right?                                                    09:56
24         MR. ANSORGE:  Objection; vague.                     09:56
25         THE WITNESS:  Goo- -- Google has a number of        09:56
```

1   products where there is some interaction or support                    09:56
2   that needs to happen in a client environment.  And                      09:56
3   software development kits from a number of Google                       09:57
4   products, inside ads, outside of ads, are provided to                   09:57
5   app developers or website developers to make it easier                  09:57
6   for them to achieve some particular end.                                09:57
7           My specific product that I support, Google Ad                   09:57
8   Manager, has a particular SDK that we make available                    09:57
9   to web developers and publishers so that they can much                  09:57
10  more easily generate ad requests and manage their                       09:57
11  integration with Ad Manager.                                            09:57
12          MS. WEAVER:  Q.  When you were talking about                    09:57
13  content verticals, is that the same -- are you                          09:57
14  familiar with the term ▮▮▮▮▮ ▮?                                         09:57
15          MR. ANSORGE:  Objection; vague.                                 09:57
16          THE WITNESS:  Not specifically.                                 09:57
17          MS. WEAVER:  Q.  Like, the verticals -- okay.                   09:57
18          Are there lists of --                                           09:58
19      A   Do you mean -- is that the ▮▮▮▮ ▮?                              09:58
20      Q   Yes.                                                            09:58
21      A   Or ▮▮▮?                                                         09:58
22      Q   It's ▮▮▮▮, and then the ▮▮▮▮▮                                   09:58
23          Have you seen a listing of content verticals                    09:58
24  called ▮▮▮▮▮ ▮?                                                         09:58
25      A   No.                                                             09:58

| | | |
|---|---|---|
| 1 | Q ████████████ ████████████████ | 09:58 |
| 2 | ██████████████████████████ | 09:58 |
| 3 | A ████████████ █ ████████████████ | 09:58 |
| 4 | ██████████████████████ | 09:58 |
| 5 | ████████████████████████████ | 09:58 |
| 6 | ████ ████ ██████ ██████████████ | 09:58 |
| 7 | █ ████████████████████ ██████ | 09:58 |
| 8 | ██████████████████████████ | 09:58 |
| 9 | ██████████████ ████████████ █ | 09:58 |
| 10 | ██ ██ ██ ██ ██████████████ | 09:58 |
| 11 | ████████████████ ██████ | 09:59 |
| 12 | ████████████████████ | 09:59 |
| 13 | ██████████ | 09:59 |
| 14 | ████ ██████████ | 09:59 |
| 15 | ████████████████████████ | 09:59 |
| 16 | ████████████████ █ ██ | 09:59 |
| 17 | ██████████████████████ | 09:59 |
| 18 | ██ ██████████████████ | 09:59 |
| 19 | ██ ████████████████ | 09:59 |
| 20 | ██████ | 09:59 |
| 21 | Q    Is that called the ████████? | 09:59 |
| 22 | A    I -- I think if we use the term ████████ | 09:59 |
| 23 | ████ we -- we might need to be a bit more specific. | 09:59 |
| 24 | It's -- it's -- let's call it the ████████ | 09:59 |
| 25 | ████ because ████ I think, might be a little | 09:59 |

CONFIDENTIAL

```
 1   vague.                                                       10:00
 2           I can't remember what the specific name of           10:00
 3   the team is.  It's a group I don't interact with             10:00
 4   directly.                                                    10:00
 5       Q   And how long has that -- the                         10:00
 6      or whatever team you're thinking of, how long has         10:00
 7   it been in existence?                                        10:00
 8       A   I have been working in ads for seven years.          10:00
 9   The -- the existence of this team predates me.               10:00
10       Q                                                        10:00
11                                                                10:00
12                                                                10:00
13                                                                10:00
14           MR. ANSORGE:                                         10:00
15                                                                10:00
16           THE WITNESS:                                         10:00
17                                                                10:01
18                                                    .           10:01
19                                              --                10:01
20                                                  --            10:01
21                                                                10:01
22                                                                10:01
23                                                                10:01
24                                                                10:01
25                                                                10:01
```

Page 45

```
 1   ██████████████████████████████████████████              10:01
 2   ██████████████████████████████████████████              10:01
 3   ████████████████████████████████████                    10:02
 4   █████████                                               10:02
 5          ██████████████████████████████████               10:02
 6   █████████████████████████████████████████               10:02
 7   █████████████████████████████████████████████           10:02
 8   ██████████████████████████████████████                  10:02
 9   ████████████████████████████████████████████            10:02
10   ████████████████████████████████████████                10:02
11   ██████████████████████████████████████████              10:02
12       ███████████████████████████████████████             10:02
13   ████████████                                            10:02
14          MR. ANSORGE:  And --                             10:02
15          THE WITNESS:  So we have --                      10:02
16          MR. ANSORGE:  -- Ms. Weaver -- oh, I'm sorry,    10:02
17   Dr. Berntson.                                           10:02
18          THE WITNESS:  Yeah.  Go ahead.                   10:02
19          MR. ANSORGE:  No.  I was just going to say,      10:02
20   we're close to an hour.  So if you come to a natural    10:02
21   stopping point, that would be great to -- to have that  10:02
22   break.                                                  10:02
23          MS. WEAVER:  Okay.  That's fine.  We can         10:02
24   take -- we can take a break now.                        10:02
25          MR. ANSORGE:  Should we reconvene at ten past    10:02
```

```
 1    publishers that want to start exploring.  That          11:25
 2    experiment was fairly recently started.                  11:25
 3         And there are a number of products --               11:25
 4    advertising products within Google that have started    11:25
 5    running some experiments in sort of this experimental    11:25
 6    feature that Chrome has now launched as an origin        11:25
 7    trial.  So I think that qualifies as an experiment.      11:25
 8         There are a number of other experiments that        11:26
 9    are being run within my group that's really exploring,   11:26
10    if third-party cookies go away, how helpful will         11:26
11    first-party cookies be?                                  11:26
12         And that is, we no longer have IDs that can         11:26
13    be used to track users across sites.  Now, publishers    11:26
14    are in a better position to sort of own their            11:26
15    relationship to users.  How much information, from an   11:26
16    ads monetization perspective, can be introduced?  It's   11:26
17    really based on publisher's direct relationships with    11:26
18    users.                                                   11:26
19         And so we're running experiments to basically       11:26
20    see, if we get rid of all third-party cookies and we    11:26
21    start leaning more, the publisher is directly            11:26
22    controlling that ads monetization.                       11:26
23    [REDACTED]                                               11:26
24    [REDACTED]                                               11:26
25    [REDACTED]                                               11:27
```

Page 85

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 8 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 11 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:27 |
| 17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:28 |
| 23 |     Q   Are there experiments that run without a | 11:28 |
| 24 | replacement for third-party cookies? | 11:28 |
| 25 |         MR. ANSORGE:  Objection; vague and out of the | 11:28 |

Page 86

```
1    record.                                              11:31
2           THE REPORTER:  Going off the record at        11:31
3    2:31 p.m.                                            11:31
4           (WHEREUPON, the deposition ended              11:31
5       at 2:31 p.m.)                                     11:32
6                    ---oOo---
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF STENOGRAPHER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing remote deposition was by me remotely sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: April 19, 2022

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

# Deposition Errata
### Case: *Calhoun, et al. v. Google LLC*
### Deponent: Glenn Berntson 30(b)(6)
### Date of Deposition: April 14, 2022

I, Glenn Berntson, hereby certify that I have read the transcript of my testimony taken under oath in my Rule 30(b)(6) deposition on the 14th day of April, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| Pg. and Ln. | Now reads | Should read | Reason |
| --- | --- | --- | --- |
| Pg: 23 Ln: 2 | as -- as peach content. | as page content. | Transcription Error |
| Pg: 31 Ln: 25 | log file s | log files | Transcription Error |

DocuSigned by:

*Glenn Berntson*   5/31/2022

048F0F988D984AA...

Glenn Berntson                                    DATE