UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER RE SELECTION AND APPOINTMENT OF SPECIAL MASTER TO ADDRESS PRIVILEGE DISPUTES** |

Having the considered the parties' respective proposals for resolution of the remaining disputes regarding Google's privilege claims, the Court concludes that these disputes cannot be effectively and timely addressed by the undersigned or any other district judge or magistrate judge in this district. Accordingly, the Court will appoint a special master pursuant to Rule 53(a)(1)(C) of the Federal Rules of Civil Procedure to resolve these remaining disputes.

To facilitate this appointment, the parties must confer and attempt to reach agreement on the following matters:

1. Identification of a special master with the capability and availability to address the parties' remaining disputes regarding Google's privilege claims. Any special master candidate will be required to execute an affidavit pursuant to 28 U.S.C. § 455. If the parties cannot agree on a special master, each side may identify two candidates for the Court's consideration.

2. Whether the parties will stipulate to Rule 53(f)(3)(A) or (B) as the standard of review for the special master's findings of fact.

The parties shall file a joint stipulation or report advising the Court of their agreed or respective views on these matters by **September 12, 2024**. In addition, the parties shall provide a

list identifying the names of all parties and all attorneys participating in this action in a form that can be easily shared with a special master candidate, so that he or she can determine whether any grounds for disqualification exist, pursuant to Rule 53(a)(2).

**IT IS SO ORDERED.**

Dated: August 29, 2024

Virginia K. DeMarchi
United States Magistrate Judge