

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding Plaintiffs' Reply Brief re: Targeted Use of Calhoun Discovery *In re Google Consumer RTB Privacy Litigation,* pursuant to Dkt. 683 ("Motion"). Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents or Portion of Documents Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to *Seal* |
|---|---|---|
| Plaintiffs' Reply Brief re: Targeted Use of Calhoun Discovery In re Google Consumer RTB Privacy Litigation, pursuant to Dkt. 683 at:<br><br>Pages 3:15-16, 3:21-23, 4:22, 4:25-28, 5:24, 6:1-3, 6:6-7. | Hayrapetian Declaration ¶ 4 | |
| Supplemental Declaration of Prof. Zubair Shafiq ISO Plaintiffs' Reply Brief re: Targeted Use of Calhoun Discovery In re Google Consumer RTB Privacy Litigation, pursuant to Dkt. 683 at:<br><br>Pages 2:8, 3:15-16, 3:19-25, 4:8-9, 7:1, 7:5, 7:8-10, 7:14-23 (Figure 5), 7:24-26, 8:17-19, 8:26-27, 9:1-5, 9:11-18, 9:22, 9:24, 9:26. | Hayrapetian Declaration ¶ 4 | |
| Supplemental Declaration of Lesley E. Weaver ISO Plaintiffs' Reply Brief re: Targeted Use of Calhoun Discovery In re Google Consumer RTB Privacy Litigation, pursuant to Dkt. 683 at:<br><br>Page 1:20. | Hayrapetian Declaration ¶ 4 | |
| Exhibit S (Deposition of Hyewon Jun) at:<br><br>Pages 6:14, 105:6-7, 105:10, 105:14, 106:2, 106:12-18, 107:7, 107:10-24, 108:2-9, 109:15, | Hayrapetian Declaration ¶ 4 | |

| | | |
|---|---|---|
| 109:21-23, 110:2, 110:16, 111:11, 113:9, 113:21.<br><br>Errata Pages 5, 6, 8. | | |
| Exhibit T (GOOG-CABR-00137173)<br><br>In its entirety. | Hayrapetian Declaration ¶ 4 | |

**IT IS SO ORDERED**.

DATED: ______________________________

______________________________
HON. YVONNE GONZALEZ ROGERS
United States District Judge