# Decl. of L. Weaver Redacted Version of Document Sought to be Sealed

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**SUPPLEMENTAL DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' REPLY BRIEF RE: TARGETED USE OF *CALHOUN* DISCOVERY IN *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*, PURSUANT TO DKT. 683**<br><br>Hon. Yvonne Gonzalez Rogers |

**UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

**SUPPLEMENTAL DECLARATION OF LESLEY E. WEAVER**

I, Lesley E. Weaver, declare under penalty of perjury:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, and chair of its consumer and antitrust litigation practice. I am co-counsel for Plaintiffs in *Calhoun, et al. v. Google LLC*, No. 4:20-cv-05146-YGR-SVK ("*Calhoun*"), and in the related case *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR-VKD ("*RTB*").

2. I submit this declaration in support of Plaintiffs' Reply Brief Re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. A search of the following terms run against the *Calhoun* and *RTB* productions revealed that 50,206 documents were produced in *Calhoun* but not *RTB*: Ad Exchange, AdC, Doubleclick, DFP, Ad Manager, GAM, Google Ad Manager, Unified pricing, AdEx, and Ad revenue. Plaintiffs have also identified at least 321,956 documents from the *Calhoun* productions concerning data flow, personal information, consent, and damages, that have not been produced in *RTB*.

4. To my knowledge, in *RTB*, Google's productions to date consist of 51,052 documents. Those productions do not include any version of the "[REDACTED]" log but only seven documents referring to it. Google's productions also do not include any documents or logs concerning the Named Plaintiffs.

5. Attached hereto are true and correct copies of the following documents:

   a. **Exhibit P**: additional excerpts from the deposition of Google employee Deepak Ravichandran, conducted, pursuant to Federal Rule of Civil Procedure 30(b)(1), on January 7, 2022.

   b. **Exhibit Q**: excerpts from the deposition of Google employee Chetna Bindra,

conducted, pursuant to Federal Rule of Civil Procedure 30(b)(1), on February 8, 2022.

    c.   **Exhibit R**: Exhibit 41 to Chetna Bindra's deposition transcript.

    d.   **Exhibit S**: additional excerpts from the deposition of Google employee Hyewon Jun, conducted, pursuant to Federal Rule of Civil Procedure 30(b)(1), on March 1, 2022.

    e.   **Exhibit T**: Exhibit 3 to Hyewon Jun's deposition transcript.

    f.   **Exhibit U**: additional excerpts from the deposition of Google employee Michael Kleber, conducted, pursuant to Federal Rule of Civil Procedure 30(b)(6), on April 13, 2022.

\*\*\*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of June, 2022, at Oakland, California.

                                                      /s/ *Lesley E. Weaver*
                                                      Lesley E. Weaver

SUPPL. WEAVER DECL. ISO REPLY
BRIEF RE: TARGETED USE OF *CALHOUN* DISCO.   2          CASE NO. 4:20-CV-05146-YGR-SVK

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on June 18, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be provided to counsel for Defendant via electronic mail.

Dated: June 18, 2022        /s/ Lesley E. Weaver
                            Lesley E. Weaver