1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION* | **CASE NO. 4:21-CV-02155-YGR** |
|---|---|
| *This document applies to all actions.* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO AMEND CASE SCHEDULE** |

On September 3, 2024, plaintiffs filed a motion pursuant to Civil Local Rules 6-3 and 7-11 to extend the schedule for class certification briefing, merits expert reports, and summary judgment/Daubert briefing by approximately 11 weeks. ECF No. __. Defendant Google LLC does not oppose the motion. Having considered plaintiffs' submission, the Court finds that there is good cause to grant the relief requested and extend the case schedule in this matter. The previous schedule and the new schedule that will govern this matter are as follows:

| Event | Current Case Schedule | New Case Schedule |
|---|---|---|
| Class Certification Motion | Motion: Sept. 13, 2024<br>Opposition: Nov. 8, 2024<br>Reply: Dec. 12, 2024<br>Hearing: TBD | November 8, 2024<br>January 24, 2025<br>February 28, 2024<br>TBD |
| Opening Expert Reports | January 31, 2025 | April 18, 2025 |
| Rebuttal Expert Reports | March 14, 2025 | May 30, 2025 |
| Close of Expert Discovery | April 11, 2025 | June 27, 2025 |
| Dispositive/Daubert Motions | Motions: May 2, 2025<br>Oppositions: June 13, 2025<br>Replies: July 11, 2025<br>Hearing: August 26, 2025 | July 18, 2025<br>August 29, 2025<br>September 26, 2025<br>TBD |

**IT IS SO ORDERED**

DATED: September __, 2024

                                                         YVONNE GONZALEZ ROGERS
                                                         United States District Judge