1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
12

| | |
|---|---|
| 13  PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, <br><br> 14 <br> Plaintiffs, <br> 15 <br> v. <br> 16 <br> GOOGLE LLC, <br> 17 <br> Defendant. <br> 18 | Case No. 4:20-cv-5146-YGR-SVK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR JUNE 30, 2022 DISCOVERY HEARING (DKT NO. 667)** <br><br> Referral: Hon. Susan van Keulen, USMJ <br> Hearing Date: June 30, 2022 <br> Hearing Time: 9:30 A.M. |

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom the June 30, 2022 hearing related to the Special Master Report and Recommendation re Modified Preservation Plan, scheduled pursuant to Dkt. 667. Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge