| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| Elizabeth C. Pritzker (SBN 146267) | Whitty Somvichian (SBN 194463) |
| 1900 Powell Street, Suite 450 | 3 Embarcadero Center, 20th Fl. |
| Emeryville, CA 94608 | San Francisco, CA 94111-4004 |
| Tel.: (415) 692-0772 | Tel: (415) 693-2000 |
| Fax: (415) 366-6110 | Fax: (415) 693-2222 |
| ecp@pritzkerlevine.com | wsomvichian@cooley.com |
| *Interim Class Counsel* | *Counsel for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | **CASE NO. 4:21-cv-02155-YGR-VKD** <br><br> **JOINT STIPULATION RE DKT. NO. 734** |

WHEREAS, as reflected in Dkt. No. 734, on August 29, 2024, the Court ordered the parties to meet and confer and attempt to reach agreement on (i) the identification of a special master capable and available to address the parties' remaining disputes regarding Google's privilege claims, and (ii) whether the parties will stipulate to Rule 53(f)(3)(A) or (B) as the standard of review for the special master's findings of fact, and then file a joint stipulation or report advising the Court of their agreed or respective views on these two matters by September 12, 2024; and

WHEREAS, the parties are still meeting and conferring with respect to the issues specified in the Court's Order (Dkt. No. 734), but require additional time to complete that process; and

WHEREAS, in light of the foregoing, the parties respectfully request a brief extension of time, until Tuesday, September 17, 2024, to submit the required joint stipulation or report.

1  NOW, THEREFORE, subject to Court approval, the parties stipulate pursuant to Northern
2  District Civil Local Rules 6-2 and 7-12, that the deadline for the parties to submit a joint stipulation
3  or report pursuant to Dkt. No. 734 be extended from September 12, 2024 to September 17, 2024.

5  SO STIPULATED.

7  Dated: September 13, 2024

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

*Interim Class Counsel*

**COOLEY LLP**

By: */s/ Aarti G. Reddy*
Whitty Somvichian (SBN 194463)
Aarti G. Reddy (SBN 274889)
Robby L.R. Saldana (pro hac vice)
Kelsey R. Spector (SBN 321488)
Reece Trevor (SBN 316685)
Anupam Dhillon (SBN 324746)
Khary J. Anderson (pro hac vice)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
wsomvichian@cooley.com
areddy@cooley.com
rsaldana@cooley.com
kspector@cooley.com
rtrevor@cooley.com
adhillon@cooley.com
kjanderson@cooley.com

*Counsel for Defendant Google LLC*

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation and agreement of the parties, and for good cause shown, the Court hereby orders that the deadline for the parties to submit a joint stipulation or report pursuant to Dkt. No. 734 be extended from September 12, 2024 to September 17, 2024.

**SO ORDERED.**

Dated: September 13, 2024

_____
Virginia K. DeMarchi
United States Magistrate Judge

**ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on September 13, 2024 in Emeryville, California.

                                                */s/ Bethany Caracuzzo*
                                                Bethany Caracuzzo

JOINT STIPULATION RE
DKT. NO. 734                                                            4:21-CV-05146-YGR-VKD