United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**ORDER RE SELECTION OF SPECIAL MASTER**<br><br>Re: Dkt. No. 734 |

As set forth in the Court's August 29, 2024 order, the Court will appoint a special master pursuant to Rule 53(a)(1)(C) of the Federal Rules of Civil Procedure to resolve the outstanding disputes regarding Google's privilege claims. Dkt. No. 734. The Court appreciates the parties' excellent recommendations regarding candidates to serve as special master and has interviewed all proposed candidates. The Court intends to appoint the Honorable James L. Warren (ret.), who is presently a full-time neutral with JAMS, to serve as Special Master.

Pursuant to Rule 53(a)(2) and (b)(3), the Court provided Judge Warren the list of parties and counsel attached to the parties' September 17, 2024 joint submission (*see* Dkt. No. 740) and asked him to provide an affidavit disclosing any grounds for disqualification under 28 U.S.C. § 455. Judge Warren's affidavit is attached to this order.

Detailed information concerning Judge Warren's qualifications and experience is available at https://www.jamsadr.com/james-warren/. A fee schedule for Judge Warren's services is also attached to this order.

Any objections to the appointment of Judge Warren as Special Master shall be filed no later than **October 11, 2024.**

The Court anticipates issuing a separate Order of Appointment outlining the duties and

United States District Court
Northern District of California

responsibilities of the Special Master.

**IT IS SO ORDERED.**

Dated: October 4, 2024

Virginia K. DeMarchi
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | Case No. 21-cv-02155-YGR (VKD)<br><br>**28 U.S.C. § 455 DECLARATION OF HON. JAMES L. WARREN (RET.)** |

I, Hon. James L. Warren (ret.), declare as follows:

1. I have been asked to serve as a Special Master with respect to the parties' pending dispute regarding defendant's privilege claims in the above-captioned case. I have been provided information about the nature of the case, as well as a list of the identities of the lawyers, law firms, and parties involved.

2. I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Special Master in the above-captioned case. I have attached to this declaration the results of my search for potential conflicts under this statute.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/4/2024 | 10:38 AM PDT

Hon. James L. Warren (ret.)

United States District Court
Northern District of California

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren    Reference #: 1100118319    10/3/2024

## Defendant(s)

**Google LLC ****

No Address Listed

**Cases heard with Google LLC ****

Arbitration

- Arbitration(s) - Closed cases    1

Court Reference

- Court Reference(s) - Closed cases    1

Mediations\Neutral Analysis\Other

- Mediation(s) - Closed cases    1

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

## Counsel for Defendant

**Aarti G. Reddy**
**Cooley LLP ****

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Aarti G. Reddy**

No Cases to Report

**Anu Dhillon**
**Cooley LLP ****

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Anu Dhillon**

No Cases to Report

**Joyce V. Rodriguez-Luna**
**Cooley LLP ****

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Joyce V. Rodriguez-Luna**

No Cases to Report

**Kyle C. Wong**
**Cooley LLP ****

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

**Cases heard with Kyle C. Wong**

No Cases to Report

**Michael G. Rhodes**
**Cooley LLP** **

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Michael G. Rhodes**

No Cases to Report

**Cases heard with Cooley LLP** **

Arbitration

- Arbitration(s) - Closed cases 1

**Reece Trevor**
**Cooley LLP** **

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Reece Trevor**

No Cases to Report

**Whitty Somvichian**
**Cooley LLP** **

3 Embarcadero Center
20th Floor
San Francisco, CA 94111

**Cases heard with Whitty Somvichian**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren    Reference #: 1100118319    10/3/2024

## Plaintiff(s)

**Christopher Valencia**

No Address Listed

**Cases heard with Christopher Valencia**

No Cases to Report

**John Kevranian**

No Address Listed

**Cases heard with John Kevranian**

No Cases to Report

**Kimberly Woodruff**

No Address Listed

**Cases heard with Kimberly Woodruff**

No Cases to Report

**Rethena Green**

No Address Listed

**Cases heard with Rethena Green**

No Cases to Report

**Salvatore Toronto**

No Address Listed

**Cases heard with Salvatore Toronto**

No Cases to Report

**Tara Williams**

No Address Listed

**Cases heard with Tara Williams**

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren    Reference #: 1100118319    10/3/2024

No Cases to Report

**Terry Diggs**

No Address Listed

**Cases heard with Terry Diggs**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

## Counsel for Plaintiff

**Anne Davis**
**Bleichmar Fonti & Auld LLP**

1330 Broadway
Suite 630
Oakland, CA 94612

**Cases heard with Anne Davis**

No Cases to Report

**Joshua D. Samra**
**Bleichmar Fonti & Auld LLP**

1330 Broadway
Suite 630
Oakland, CA 94612

**Cases heard with Joshua D. Samra**

No Cases to Report

**Lesley E. Weaver**
**Bleichmar Fonti & Auld LLP**

1330 Broadway
Suite 630
Oakland, CA 94612

**Cases heard with Lesley E. Weaver**

No Cases to Report

**Cases heard with Bleichmar Fonti & Auld LLP**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

**Aaron P. Arnzen**
**Bottini & Bottini LLP ****

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Cases heard with Aaron P. Arnzen**

No Cases to Report

**Cases heard with Bottini & Bottini LLP ****

No Cases to Report

**Francis A. Bottini, Jr.**
**Bottini & Bottini LLP ****

7817 Ivanhoe Ave.
Suite 102
La Jolla, CA 92037

**Cases heard with Francis A. Bottini, Jr.**

No Cases to Report

**Brian Danitz**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Cases heard with Brian Danitz**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

**Karin B. Swope**
**Cotchett, Pitre & McCarthy**

840 Malcolm Road
Suite 200
Burlingame, CA 94010

**Cases heard with Karin B. Swope**

No Cases to Report

**Nanci E. Nishimura**
**Cotchett, Pitre & McCarthy**

840 Malcolm Rd.
Suite 200
Burlingame, CA 94010

**Cases heard with Nanci E. Nishimura**

No Cases to Report

**Cases heard with Cotchett, Pitre & McCarthy**

No Cases to Report

**David A. Straite**
**DiCello Levitt LLC** **

485 Lexington Ave.
Suite 1001
New York, NY 10017

**Cases heard with David A. Straite**

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

---

**James A. Ulwick**
**DiCello Levitt, LLC ****

485 Lexington Avenue
Suite 1000
New York, NY 10017

**Cases heard with James A. Ulwick**

No Cases to Report

**Cases heard with DiCello Levitt, LLC ****

No Cases to Report

**Bethany Caracuzzo**
**Pritzker Levine, LLP**

1900 Powell Street
Suite 450
Emeryville, CA 94608

**Cases heard with Bethany Caracuzzo**

No Cases to Report

**Elizabeth C. Pritzker**
**Pritzker Levine, LLP**

1900 Powell Street
Suite 450
Emeryville, CA 94608

**Cases heard with Elizabeth C. Pritzker**

No Cases to Report

**Cases heard with Pritzker Levine, LLP**

No Cases to Report

---

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

**Jonathan K. Levine**
**Pritzker Levine, LLP**

1900 Powell Street
ste 450
Emeryville, CA 94608

**Cases heard with Jonathan K. Levine**

No Cases to Report

**An Truong**
**Simmons Hanly Conroy LLC ****

112 Madison Ave., 7th Floor
New York, NY 10016-7416

**Cases heard with An Truong**

No Cases to Report

**Jay Barnes**
**Simmons Hanly Conroy LLC ****

112 Madison Ave.
7th Floor
New York, NY 10016-7416

**Cases heard with Jay Barnes**

No Cases to Report

**Cases heard with Simmons Hanly Conroy LLC ****

No Cases to Report

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

## Other Disclosures

N/A

## Firm Names

### Bottini & Bottini LLP **

Disclosures for Bottini & Bottini LLP include the following entities in addition to Bottini & Bottini LLP.

Bottini & Bottini, Inc.

### Cooley LLP **

Disclosures for Cooley LLP include the following entities in addition to Cooley LLP.

Cooley Godward Kronish LLP
Cooley Law Firm
GC&H Investments, LLC

### DiCello Levitt LLC **

Disclosures for DiCello Levitt LLC include the following entities in addition to DiCello Levitt LLC.

DiCello Levitt, LLC
DiCello Levitt, LLP

### DiCello Levitt, LLC **

Disclosures for DiCello Levitt, LLC include the following entities in addition to DiCello Levitt, LLC.

DiCello Levitt LLC
DiCello Levitt, LLP

### Google LLC **

Disclosures for Google LLC include the following entities in addition to Google LLC.

Access
Alphabet Inc.
Alphabet, Inc.
Google
Google Asia Pacific Pte Ltd
Google Brasil Internet Ltda.
Google Creative Lab
Google Fiber Kentucky, LLC
Google Inc.

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*

10/3/2024 Page 12 of 13

**General Disclosures, Report A (MKT016A)**

Diggs, Terry, et al. vs. Google LLC

This report includes General Disclosure of Client Activity from 10/03/2019 to 10/03/2024. Due to the confidential nature of mediations, only the number of mediations concerning the involved parties are listed. The number of cases listed below does not include the present case. All branches of counsel firms are included.

Panelist: James L. Warren Reference #: 1100118319 10/3/2024

Google Inc. dba Google Express
Google Inc. n/k/a Alphabet Inc.
Google Japan, Inc.
Google LLC (f/k/a Google Inc.)
Google LLC Alphabet Inc.
Google Long Term Disability Plan
Google Payment Australia Pty Ltd
Google, Inc.
Google/Alphabet LLC
Google/You Tube, Inc.
Google/YouTube
One City Block, LLC

## Simmons Hanly Conroy LLC **

Disclosures for Simmons Hanly Conroy LLC include the following entities in addition to Simmons Hanly Conroy LLC.

Simmons Browder Gianaris Angelides & Barnerd LLC
Simmons Browder Gianaris, et al
Simmons Firm LLC

*The neutral practices in association with JAMS. Each JAMS neutral, including the neutral in this case, has an economic interest in the overall financial success of JAMS. In addition, because of the nature and size of JAMS, the parties should assume that one or more of the other neutrals who practice with JAMS has participated in an arbitration, mediation or other dispute resolution proceeding with the parties, counsel or insurers in this case and may do so in the future.*

** "Matter(s) Assigned to Another Neutral" includes cases where the matter was moved to a different neutral.*



# General Fee Schedule

*Hon. James L. Warren (Ret.)*

## PROFESSIONAL FEES

**Daily Rate ............................................................$15,000**
Includes up to 8 hours of session time on the scheduled day

**Half Day Rate................................................$8,500**
Includes up to 4 hours of session time on the scheduled day

- Other professional time (including additional hearing time, pre- and post-hearing reading and research, conference calls, and drafting orders and awards) will be billed at $1,500 per hour. This may include travel time.
- Professional fees are generally adjusted on an annual basis; in the absence of an express agreement with the parties, professional fees will be charged at the rate in effect for the neutral providing the services at the time the services are provided.

## ARBITRATION FEES

**Filing Fee**

$2,000 – Two Party Matter
$3,500 – Matters involving three or more parties
$2,000 – Counterclaims

- Entire Filing Fee must be paid in full to commence the proceedings.
- A refund of $1,000 will be issued if the matter is withdrawn within five days of filing. After five days, the Filing Fee is non-refundable.

**Case Management Fee**

- 13% of Professional Fees
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support. Weekends and holidays are subject to additional charges.

## CASE MANAGEMENT FEES FOR OTHER MATTERS

**Discovery, Court Appointed Neutral (Reference/Special Master), and Appraisal**

Initial Non-Refundable Case Management Fee of $1000 per party
Plus 13% of Professional Fees

**Neutral Analysis Matters**

Contact JAMS for administrative and pricing details.

## CANCELLATION/CONTINUANCE POLICY

| Number of Days | | Cancellation/Continuance Period | | Fee |
|---|---|---|---|---|
| 1 day or less | ................. | 14 days or more prior to hearing | .................. | 100% REFUNDABLE, except for time incurred |
| 2 days | ................. | 30 days or more prior to hearing | .................. | 100% REFUNDABLE, except for time incurred |
| 3 days | ................. | 45 days or more prior to hearing | .................. | 100% REFUNDABLE, except for time incurred |
| 4 days or more | ................. | 60 days or more pior to hearing | .................. | 100% REFUNDABLE, except for time incurred |
| Sessions of any length | ................. | Inside the cancellation/continuance period | ................. | NON-REFUNDABLE |

- Unused hearing time is non-refundable.
- Hearing fees, including all applicable Case Management Fees, are non-refundable if time scheduled (or a portion thereof) is cancelled or continued after the cancellation date unless the Arbitrator's time can be rescheduled with a hearing in another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the cancelling or continuing party is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- Refund Policy: Payments received from a single source will be issued back to that payer but mailed to the JAMS billing contact. Payments received from multiple sources will be issued and mailed to the JAMS billing contact only. Returned refunds will incur a $100 reprocessing fee.
- All fees are due and payable in advance of services rendered and by any applicable due date as stated in a hearing confirmation letter. JAMS reserves the right to cancel your hearing if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.
- Receipt of payment for all fees is required prior to service of an arbitration order or award.
- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is $400. The employer must bear the remainder of the employee's share of the Filing Fee and all Case Management Fees. Any questions or disagreements about whether a matter arises out of an employer-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.
- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $250. The company must bear the remainder of the consumer's share of the Filing Fee and all Case Management Fees.
- Parties that, through mutual agreement, have held their case in abeyance for one year will be assessed an initial abeyance fee of $500, and $500 every six months thereafter. If a party refuses to pay the assessed fee, the other party or parties may opt to pay the entire fee on behalf of all parties, otherwise the matter will be closed.
- JAMS panelists may use a law clerk depending on the complexity of the case. The parties will be informed of the engagement if the neutral plans to employ a clerk. The clerk's hourly rate will be billed to the parties subject to the agreed fee split and in accordance with JAMS' policies.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.