# EXHIBIT B

# EXHIBIT A

# FILED UNDER SEAL

```
 1   ** C O N F I D E N T I A L **
 2   IN THE UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   OAKLAND DIVISION
 5   CASE NO. 4:21-CV-02155-YGR
 6   -------------------------------------x
 7
     IN RE GOOGLE RTB CONSUMER
 8   PRIVACY LITIGATION
 9
     -------------------------------------x
10
     This document applies to all actions
11
     -------------------------------------x
12              October 30, 2023
                9:02 a.m.
13
14
15        Videotaped Deposition of GLENN
16   BERNTSON, taken by Plaintiffs, pursuant to
17   Notice, held at the offices of Simmons
18   Hanly Conroy LLC, 112 Madison Avenue, New
19   York, New York, before Todd DeSimone, a
20   Registered Professional Reporter and Notary
21   Public of the State of New York.
22
23
24
25
                                          Page 1
```

```
 1   A P P E A R A N C E S :
 2   SIMMONS HANLY CONROY LLC
     112 Madison Avenue
 3   7th Floor
     New York, New York 10016
 4           Attorneys for Plaintiffs
     BY:     JAY BARNES, ESQ.
 5              jaybarnes@simmonsfirm.com
             AN V. TRUONG, ESQ. (Via Zoom)
 6              atruong@simmonsfirm.com
 7
 8
 9   PRITZKER LEVINE LLP
     1900 Powell Street
10   Suite 450
     Emeryville, California 94608
11           Attorneys for Plaintiffs
     BY:     JONATHAN K. LEVINE, ESQ.
12              jkl@pritzkerlevine.com
             BETHANY CARACUZZO, ESQ. (Via Zoom)
13              bc@pritzkerlevine.com
14
15
16   BLEICHMAR FONTI & AULD LLP
     1330 Broadway
17   Suite 630
     Oakland, California 94607
18           Attorneys for Plaintiffs
     BY:     ANNE K. DAVIS, ESQ. (Via Zoom)
19              adavis@bfalaw.com
20
21
22
23
24
25
                                               Page 2
```

```
 1   A P P E A R A N C E S: (Continued)
 2   COOLEY LLP
     3 Embarcadero Center
 3   20th Floor
     San Francisco, California 95111
 4         Attorneys for Defendant
           Google LLC
 5   BY:    WHITTY SOMVICHIAN, ESQ.
              wsomvichian@cooley.com
 6            KHARY J. ANDERSON, ESQ. (Via Zoom)
              kanderson@cooley.com
 7
 8
     ALSO PRESENT:
 9     DANIELLE PIERRE, Google (Via Zoom)
10     ROBERT RUDIS, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3



```
 1   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      ▓▓▓▓▓▓
 2   ▓    ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              ▓▓▓▓▓▓
 3   ▓    ▓▓▓▓▓▓▓▓▓▓▓                                    09:12:57AM
 4           MR. SOMVICHIAN:  Objection,                 09:13:02AM
 5   beyond the scope of this topic.                     09:13:03AM
 6        A.   The logs contain largely the              09:13:06AM
 7   ▓▓▓▓▓▓▓▓▓▓▓                                         ▓▓▓▓▓▓
 8   ▓    ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  ▓▓▓▓▓▓
 9   ▓    ▓▓▓▓▓▓▓▓▓▓▓▓                                   ▓▓▓▓▓▓
10   ▓    ▓    ▓                                         ▓▓▓▓▓▓
11           MR. SOMVICHIAN:  Can I have a               09:13:17AM
12   standing objection here?                            09:13:18AM
13           MR. BARNES:  This fits within               09:13:22AM
14   the context of number 5.  You can have              09:13:23AM
15   a standing objection.  It fits within               09:13:27AM
16   the context of the 30(b)(6) which                   09:13:29AM
17   relates to data systems.  So have your              09:13:31AM
18   standing objection, that's fine.                    09:13:34AM
19           MR. SOMVICHIAN:  Sure.                      09:13:36AM
20   ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   ▓▓▓▓▓▓
     ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                          ▓▓▓▓▓▓
     ▓    ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  ▓▓▓▓▓▓
     ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓            ▓▓▓▓▓▓
     ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    ▓▓▓▓▓▓
     ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   ▓▓▓▓▓▓
```

```
 1   ██████████████████████████████████████   ██████████
 2   ████████████████████████████████████████████   ██████████
 3   ████████████████████████████████████   ██████████
 4       ████   ████████████████████████████████   ██████████
 5   ████████████████████████████████████████   ██████████
 6   ████   ██████████
 7       ████   ████████   ██████████
 8       ████   ██████████████████████████████   ██████████
 9   ██████████████████████████████████████████   ██████████
10   ████████   ██████████
11          MR. SOMVICHIAN:  Objection.           09:14:29AM
12       ████   ████████████████████████   ██████████
13          MR. SOMVICHIAN:  I object to           09:14:31AM
14   form and beyond the scope of this            09:14:32AM
15   topic.                                       09:14:33AM
16       ████   ████████████████████████   ██████████
17       ████   ████████   ████████████████████████   ██████████
18   ██████████████████████████████████████   ██████████
19   ████████████████████████████████████   ██████████
20   ████████████████████████████████████████   ██████████
21   ██████████████████████████   ██████████
22       ████   ████████████████████████████████   ██████████
23   ████████   ██████████
24       ████   ████████████████████████████   ██████████
25   ██████████████████████   ██████████
```

CONFIDENTIAL

```
 1      ██████████████████████████                              ██████
 2         ██      ██                                           ██████
 3         ██   ████████████████████████████████                ██████
 4      ██████████████████████████████████                      ██████
 5      ████████████████████████████████                        ██████
 6      ██████████████████                                      ██████
 7              MR. SOMVICHIAN:  Same                       09:16:58AM
 8      objections.                                         09:16:59AM
 9           A.    █████████████████████                        ██████
10      ██████████████████████████████████                      ██████
11      ██████████████████████████████████                      ██████
12         ██   ████████████████████████                        ██████
13      ████████████████████████████████████████                ██████
14      ████████████████████████████████████████                ██████
15      ████████████████████████████                            ██████
16      ██████████████████████                                  ██████
17           A.    Not to my knowledge.                     09:17:29AM
18           Q.    Why not?                                 09:17:31AM
19           A.    Because it wasn't required.              09:17:32AM
20           Q.    By not required, where do you            09:17:42AM
21      get that information from?                         09:17:44AM
22           A.    Line 8, page 4, the request is           09:17:52AM
23      identify the total number of RTB bid                09:18:03AM
24      requests associated with each named                 09:18:04AM
25      plaintiff between March 26th, 2016 and              09:18:06AM
```

Page 15

| | | |
|---|---|---|
| 1 | A.    Like other information that | 11:01:44AM |
| 2 | comes in on an ad request that we store in | 11:01:46AM |
| 3 | our ads logs for display, it is stored in | 11:01:49AM |
| 4 | logs like the ▮▮▮▮▮ log. | 11:01:53AM |
| 5 | Q.    And does that account for all | 11:01:56AM |
| 6 | of the device properties shared in RTB? | 11:01:59AM |
| 7 |         MR. SOMVICHIAN: Objection, | 11:02:07AM |
| 8 |     vague and ambiguous. | 11:02:08AM |
| 9 | A.    That is a question I hadn't | 11:02:10AM |
| 10 | considered and formulated that way before. | 11:02:13AM |
| 11 | Q.    Let me ask you specifics. | 11:02:16AM |
| 12 | A.    No, hold on, I was going to go | 11:02:18AM |
| 13 | through and like figure that out. | 11:02:20AM |
| 14 | Q.    Okay, go ahead. | 11:02:23AM |
| 15 |         MR. SOMVICHIAN: Are you asking | 11:02:31AM |
| 16 |     a different question? | 11:02:31AM |
| 17 |         THE WITNESS: No, I'm still | 11:02:32AM |
| 18 |     responding to his question. | 11:02:33AM |
| 19 | A.    There are a couple of cases | 11:02:34AM |
| 20 | where the RTB protocol requires a | 11:02:36AM |
| 21 | transformation of data, because the | 11:02:38AM |
| 22 | granularity of information can be different | 11:02:40AM |
| 23 | than what we saw internally.  So there | 11:02:41AM |
| 24 | could be some transformations unless it's | 11:02:44AM |
| 25 | not byte equivalent information that's | 11:02:48AM |

Page 89

| | | |
|---|---|---|
| 1 | shared, but it does represent a logical | 11:02:53AM |
| 2 | super set of the information that would be | 11:02:55AM |
| 3 | shared on an RTB bid request. | 11:02:57AM |
| 4 | Q.    What do you mean by a logical | 11:02:59AM |
| 5 | super set? | 11:03:01AM |
| 6 | A.    Do you know what the definition | 11:03:02AM |
| 7 | of a super set is? | 11:03:04AM |
| 8 | Q.    Share.  Please share. | 11:03:06AM |
| 9 | A.    A super set would be all of the | 11:03:08AM |
| 10 | items, and there may be additional | 11:03:10AM |
| 11 | information.  A subset would be within the | 11:03:11AM |
| 12 | super set.  And so the RTB -- the | 11:03:14AM |
| 13 | information that goes out on an RTB bid | 11:03:18AM |
| 14 | request, there are a couple of exceptions, | 11:03:20AM |
| 15 | but that is mostly true. | 11:03:30AM |
| 16 | Q.    What are the exceptions? | 11:03:31AM |
| 17 | A.    There is a feature called | 11:03:35AM |
| 18 | secure signals that allows a publisher to | 11:03:38AM |
| 19 | provide on an ad request data that they | 11:03:44AM |
| 20 | then say take this information I'm giving | 11:03:49AM |
| 21 | you and send it to buyers that I choose. | 11:03:52AM |
| 22 | And so when a publisher has said here's | 11:03:58AM |
| 23 | information that I want you to share with | 11:04:01AM |
| 24 | this buyer, we will collect that | 11:04:02AM |
| 25 | information and we don't log it anywhere in | 11:04:06AM |

Page 90

| | | |
|---|---|---|
| 1 | MR. SOMVICHIAN: Objection, | 02:32:50PM |
| 2 | assumes facts. | 02:32:52PM |
| 3 | A.   I suspect it means that the | 02:32:52PM |
| 4 | ▇▇▇ had a GAIA cookie, the ▇▇▇ | 02:32:54PM |
| 5 | present on the ad request. | 02:33:04PM |
| 6 | Q.   There are other fields that | 02:33:05PM |
| 7 | identify that, though, that would be in the | 02:33:07PM |
| 8 | ▇▇▇, whether the -- | 02:33:09PM |
| 9 | A.   I'm not talking -- I'm not | 02:33:12PM |
| 10 | talking about logs, I'm talking about the | 02:33:14PM |
| 11 | logic executed in ▇▇▇  And so if there is | 02:33:16PM |
| 12 | a ▇▇▇ it's an encrypted GAIA that ▇▇▇ can | 02:33:22PM |
| 13 | see and say oh, this is a GAIA ID. | 02:33:27PM |
| 14 | Q.   And would that pass down | 02:33:32PM |
| 15 | through -- the encrypted version pass down | 02:33:34PM |
| 16 | through a ▇▇▇ to identify | 02:33:37PM |
| 17 | ▇▇▇ as being associated | 02:33:39PM |
| 18 | with a Google account holder? | 02:33:41PM |
| 19 | MR. SOMVICHIAN: Objection, | 02:33:44PM |
| 20 | vague, ambiguous. | 02:33:44PM |
| 21 | A.   That was a mouthful. I'm not | 02:33:46PM |
| 22 | familiar with how the logic for this field | 02:33:52PM |
| 23 | is populated, but in ▇▇▇ if a | 02:33:53PM |
| 24 | determination is made -- if we have a valid | 02:33:57PM |
| 25 | GAIA ID and we are processing it as a | 02:33:59PM |

Page 223

| | | |
|---|---|---|
| 1 | signed-out ad request, that GAIA ID will be | 02:34:01PM |
| 2 | encrypted and available in the ▮▮▮▮▮ | 02:34:05PM |
| 3 | ▮▮▮ in an encrypted form. | 02:34:09PM |
| 4 |     Q.    I want to go back to topic 9 in | 02:34:12PM |
| 5 | Interrogatory No. 13. | 02:34:16PM |
| 6 |     A.    Document 1 or 2? | 02:34:24PM |
| 7 |     Q.    Document 1 is topic 9, document | 02:34:25PM |
| 8 | 2 is Interrogatory No. 13.  I'm going to | 02:34:28PM |
| 9 | ask a question about Interrogatory No. 13. | 02:34:36PM |
| 10 |     If -- sorry, are you ready? | 02:34:40PM |
| 11 |     A.    Uh-huh. | 02:34:43PM |
| 12 |     Q.    If a named plaintiff was signed | 02:34:44PM |
| 13 | out 50 percent of the time that they were | 02:34:46PM |
| 14 | using the internet or their phone and had | 02:34:49PM |
| 15 | no user controls enabled, would ad queries | 02:34:51PM |
| 16 | and bid requests generated as a result of | 02:34:57PM |
| 17 | their activity be reflected in the ▮▮▮ | 02:34:59PM |
| 18 | logs that Google searched to respond to | 02:35:04PM |
| 19 | Interrogatory No. 13? | 02:35:06PM |
| 20 |     MR. SOMVICHIAN:  Objection, | 02:35:10PM |
| 21 |     vague, ambiguous, incomplete | 02:35:11PM |
| 22 |     hypothetical. | 02:35:14PM |
| 23 |     A.    No, I think we only looked in | 02:35:22PM |
| 24 | the ▮▮▮▮ | 02:35:26PM |
| 25 |     Q.    I'm sorry, I didn't hear you. | 02:35:27PM |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | You only looked in the ▇▇▇▇ | 02:35:30PM |
| 2 |     A.    Yeah, for the number of | 02:35:31PM |
| 3 | call-outs when the user was signed in. | 02:35:34PM |
| 4 |     Q.    Okay.  Only looked in the ▇ | 02:35:36PM |
| 5 | ▇▇▇▇ | 02:35:39PM |
| 6 |     A.    We also are unable to figure | 02:35:43PM |
| 7 | out if you're using another device that | 02:35:45PM |
| 8 | isn't yours or you've signed out and you | 02:35:47PM |
| 9 | are in incognito mode, there are a lot of | 02:35:50PM |
| 10 | cases where you would end up with activity | 02:35:53PM |
| 11 | in the ▇▇▇ that we couldn't associate | 02:35:56PM |
| 12 | with an account. | 02:35:57PM |
| 13 |     Q.    And there are activities in the | 02:35:59PM |
| 14 | ▇▇▇ that could be associated with a | 02:35:59PM |
| 15 | Google account, correct? | 02:36:01PM |
| 16 |     A.    Yes, it is possible. | 02:36:02PM |
| 17 |     Q.    Through the ▇▇▇▇ | 02:36:03PM |
| 18 | ▇▇▇▇▇▇▇ | 02:36:04PM |
| 19 |     MR. SOMVICHIAN:  I object to | 02:36:06PM |
| 20 | form. | 02:36:07PM |
| 21 |     A.    Through the fact that we have | 02:36:07PM |
| 22 | encrypted GAIA when it is present stored in | 02:36:09PM |
| 23 | the ▇▇▇ | 02:36:13PM |
| 24 |     Q.    And through the ▇▇▇▇ | 02:36:14PM |
| 25 | ▇▇▇▇▇▇▇ to identify the underlying | 02:36:15PM |

Page 225

| | | |
|---|---|---|
| 1 | Biscotti present in a GAIA keyed log, | 02:36:18PM |
| 2 | correct? | 02:36:22PM |
| 3 |     A.    Which is what's covered in | 02:36:23PM |
| 4 | Interrogatory No. 13. | 02:36:27PM |
| 5 |     Q.    So that's what I'm confused | 02:36:28PM |
| 6 | about.  You only looked to the ▓▓▓ for | 02:36:30PM |
| 7 | the number of instances, but if you had the | 02:36:34PM |
| 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and identified the | 02:36:36PM |
| 9 | underlying Biscotti, why didn't Google then | 02:36:41PM |
| 10 | take the next step of searching the | 02:36:45PM |
| 11 | Biscotti keyed logs to see how many RTB bid | 02:36:48PM |
| 12 | requests were in the Biscotti keyed logs | 02:36:52PM |
| 13 | for that Biscotti? | 02:36:55PM |
| 14 |         MR. SOMVICHIAN:  Objection, | 02:36:59PM |
| 15 | asked and answered, lacks foundation. | 02:37:00PM |
| 16 |     A.    We made a determination that | 02:37:01PM |
| 17 | the question had to do with looking up data | 02:37:08PM |
| 18 | from the ▓▓▓ to infer how many RTB bid | 02:37:10PM |
| 19 | requests were made, so that's what was | 02:37:15PM |
| 20 | done. | 02:37:16PM |
| 21 |     Q.    Has Google preserved the | 02:37:17PM |
| 22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for all U.S. | 02:37:19PM |
| 23 | users during the pendency of this case? | 02:37:22PM |
| 24 |         MR. SOMVICHIAN:  I object to | 02:37:25PM |
| 25 | form, lacks foundation, is beyond the | 02:37:26PM |

Page 226

| | | |
|---|---|---|
| 1 | scope, also asked and answered. | 02:37:33PM |
| 2 | A. I believe the answer is no, but | 02:37:34PM |
| 3 | the answer is right here, and I don't know | 02:37:45PM |
| 4 | if I can tell you what's blacked out here. | 02:37:47PM |
| 5 | Q. You can tell us. You can tell | 02:37:51PM |
| 6 | us. You're here representing -- you're | 02:37:53PM |
| 7 | here testifying on behalf of Google. If | 02:37:57PM |
| 8 | you know the answer to the question that's | 02:37:58PM |
| 9 | asked there is nothing precluding you from | 02:38:01PM |
| 10 | answering the question. | 02:38:03PM |
| 11 | A. I totally hear you and -- | 02:38:04PM |
| 12 | MR. SOMVICHIAN: We're not | 02:38:06PM |
| 13 | getting into compliance with orders in | 02:38:08PM |
| 14 | a different matter, so no. | 02:38:10PM |
| 15 | MR. BARNES: We are getting | 02:38:11PM |
| 16 | into whether -- we'll move on. I think | 02:38:12PM |
| 17 | this is a good time for a break if you | 02:38:24PM |
| 18 | guys are good with that. | 02:38:25PM |
| 19 | MR. SOMVICHIAN: Yes. | 02:38:28PM |
| 20 | THE VIDEOGRAPHER: Off the | 02:38:30PM |
| 21 | record at 14:38, marking the end of | 02:38:30PM |
| 22 | media unit number three. | 02:38:33PM |
| 23 | (Recess taken.) | 02:38:35PM |
| 24 | THE VIDEOGRAPHER: On the | 02:56:00PM |
| 25 | record at 14:56. This is media unit | 02:56:01PM |

Page 227

| | | |
|---|---|---|
| 1 | already, because I told you how it's | 03:07:16PM |
| 2 | derived.  We have IP address to infer | 03:07:18PM |
| 3 | location associated with an ad request. | 03:07:21PM |
| 4 |     Q.    Okay.  Can Google distinguish | 03:07:24PM |
| 5 | between Google account holders and | 03:07:26PM |
| 6 | non-Google account holders? | 03:07:30PM |
| 7 |     A.    In the finance dataset, no. | 03:07:31PM |
| 8 |     Q.    Can it do so in the underlying | 03:07:33PM |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ | 03:07:36PM |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮ log? | 03:07:39PM |
| 11 |     MR. SOMVICHIAN:  Objection. | 03:07:43PM |
| 12 |     Q.    I'm sorry, and the Biscotti | 03:07:43PM |
| 13 | keyed equivalent. | 03:07:46PM |
| 14 |     MR. SOMVICHIAN:  Objection to | 03:07:47PM |
| 15 | form. | 03:07:48PM |
| 16 |     A.    If the data has not been purged | 03:07:48PM |
| 17 | and if the decryption key has not been | 03:07:50PM |
| 18 | purged, if you are talking about inferring | 03:07:53PM |
| 19 | from the Biscotti logs, those would be the | 03:07:55PM |
| 20 | two requirements.  So there is a limited | 03:07:58PM |
| 21 | look-back window for how far back you would | 03:08:00PM |
| 22 | be able to calculate this. | 03:08:03PM |
| 23 |     Q.    So what's the look-back window | 03:08:04PM |
| 24 | that you can calculate it for? | 03:08:10PM |
| 25 |     A.    For ad requests for signed-in | 03:08:13PM |

Page 237

| | | |
|---|---|---|
| 1 | users that are recorded in the ▮▮▮▮ you | 03:08:17PM |
| 2 | have the GAIA ID, so it is theoretically | 03:08:22PM |
| 3 | possible to look up the stated residence | 03:08:27PM |
| 4 | associated with that GAIA user.  Personal | 03:08:30PM |
| 5 | data and those GAIA IDs are retained in the | 03:08:35PM |
| 6 | ▮▮▮▮ logs for ▮▮▮▮. | 03:08:38PM |
| 7 | For the Biscotti log where we | 03:08:42PM |
| 8 | have an encrypted GAIA, that look-back | 03:08:45PM |
| 9 | window is less, because we rotate the | 03:08:50PM |
| 10 | encryption keys, and the encryption keys I | 03:08:54PM |
| 11 | think only last for ▮▮▮▮ which means | 03:08:58PM |
| 12 | your functional look-back window of trying | 03:09:01PM |
| 13 | to go from the ▮▮▮▮ log to | 03:09:03PM |
| 14 | figure out who that GAIA user is is only ▮ | 03:09:08PM |
| 15 | ▮▮▮▮ | 03:09:13PM |
| 16 |     Q.    Unless otherwise preserved, | 03:09:13PM |
| 17 | correct? | 03:09:14PM |
| 18 |     A.    I'm talking about normal | 03:09:15PM |
| 19 | operations.  You want to preserve | 03:09:17PM |
| 20 | something, all bets are off, with the | 03:09:19PM |
| 21 | limitation you still have the look-back | 03:09:22PM |
| 22 | window on the current data that's | 03:09:25PM |
| 23 | available. | 03:09:27PM |
| 24 |     Q.    Does Google Display Ads | 03:09:28PM |
| 25 | maintain dashboards with revenue | 03:09:31PM |

Page 238