# DECLARATION OF TIM SCHUMANN ISO GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**DECLARATION OF TIM SCHUMANN IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Tim Schumann, declare as follows:

1. I am an Engineering Manager at Google in Munich, Germany. I have been employed at Google for the past 13 years. I lead a team of 41 engineers responsible for the Chrome browser in general, including the Chrome browser sync infrastructure in particular. As a result of my role and responsibilities, I am familiar with Google's data logging systems as they relate to Chrome sync, and with the Chrome sync logging infrastructure specifically. Except where otherwise indicated, I make this declaration based on my own personal knowledge and could competently testify thereto.

**Deposition**

2. In May 2021, I learned that Plaintiffs wanted to take my deposition. I understand that German law does not permit remote video depositions, and I could therefore not sit for the deposition in Munich. Due to travel restrictions and health precautions associated with the global COVID-19 pandemic, I could not travel to the USA for my deposition.

3. In July 2021, I understood that Plaintiffs had proposed I travel to Zurich, Switzerland for a remote deposition. At that time, I was prepared to travel to Switzerland for my remote deposition during the pandemic.

4. On September 13, 2021, I reviewed a Rule 30(b)(6) deposition notice from Plaintiffs which included the following topics: "Data parameter labeled "sync_feature_enabled"; "Data flow from ▮▮▮▮ and ▮▮▮▮ signals"; "Data flow from ▮▮▮▮ I was willing to be Google's Rule 30(b)(6) designee for topics related to "Whether there is a distinct code, signal or flag that indicates whether users are not synced, and during what time period those codes, signals or flags were in use" (Topic No. 3) and "For each signal, flag or code identified in response to Topic 3 above, what logs or datapols contain such information, including but not limited to sync traffic logs, and how fields containing such information can be identified, isolated, searched, and whether such

data can be extracted and joined with other logs" (Topic No. 4). I then prepared to be Google's 30(b)(6) designee on those topics.

5. On September 23, 2021, I learned that Plaintiffs wished to take my deposition in advance of October 14, 2021, when their class certification motion was due. At that time, I was prepared to travel to Switzerland for my remote deposition to be completed in advance of October 14, 2021.

6. On October 1, 2021, I learned that the Swiss authorities had approved my deposition in Zurich, Switzerland. I made arrangements to travel to and stay in Zurich, Switzerland to be available for my remote deposition on October 8 or October 11, 2022.

7. On October 5, 2021, I learned that Plaintiffs had decided to no longer take my deposition before October 14, 2021 and were planning to take it within the next two months.

8. Plaintiffs ultimately did not take my deposition until January 13, 2022.

9. At my deposition, Plaintiffs asked a series of questions related to signals indicating whether a user has disabled sync for Chrome browsing history, or not enabled sync for Chrome browsing history. As I explained at my deposition, Chrome servers only receive Chrome browsing history when a user has enabled sync for their "History" data (Tr. 261:11-262:19) or "Open tabs" (Tr. 251:15-252:10), (see Figure 1 below). The type of data uploaded to Chrome sync servers depends on individual user settings. Once a user turns sync on, there are a number of categories for which the user can enable or disable the sync feature. As shown in Figure 1, on desktop those categories are: apps, bookmarks, extensions, history, settings, themes, reading list, open tabs, passwords, addresses, and payment methods (collectively, the "Categories").

**Figure 1**

[Figure: Screenshot of "Manage what you sync" settings showing "Customize sync" selected, with Sync data toggles for Apps, Bookmarks, Extensions, History (on), Settings, Theme, Reading list, Open tabs (on), Passwords, Addresses and more, Payment methods, offers, and addresses using Google Pay.]

**Sync Signals**

10. I understand Plaintiffs now claim that Google can identify who is synced and not synced, and precisely when they were in each sync-state using sync signals only admitted by Google after Plaintiffs' experts discovered them. That statement is incorrect.

11. Internally, Google discusses Chrome Sync traffic events by referencing 'clients,' i.e., an installation of Chrome on a device. Chrome Sync is designed to permit a user to sync multiple Chrome clients. A common example would be syncing Chrome on a phone and a desktop. A user may be associated with multiple Chrome clients. A device can also contain multiple Chrome clients associated with one or more users. The sync signals— *i.e.* ▓▓▓▓ and ▓▓▓▓▓▓▓▓▓—are only sent from Chrome browsers to Chrome

-4-  Case No. 5:20-cv-5146-LHK-SVK
DECLARATION OF TIM SCHUMANN ISO OPPOSITION TO MOTION FOR SANCTIONS

servers when a user is (1) signed into their Google account in the Chrome browser (on the desktop version of Chrome, this would be the top right icon next to "customize and control Google Chrome toggle") and (2) is logged into Google in the content area (for example, signed in to Gmail). If a user is not signed into their Google account on the browser and in the content area, or does not have a Google account, then no sync signals are sent from the browser to Google's servers. In addition, disabling sync is a browser client-side action that is not always visible server-side (*i.e.*, to Google).

### SyncDisabledEvent Signal

12.   I discussed the ▮▮▮▮▮▮▮▮ signal at length during my deposition on January 13, 2022, where counsel called it "stop sync signal." Tr. 214:12-217:217:6. Counsel did not ask whether this signal was known by other names. As publicly disclosed in the Chromium issue tracker,[1] the ▮▮▮▮▮▮▮▮ signal was introduced in 2015. Publicly available source code describes two different reasons for the ▮▮▮▮▮▮▮▮ to be emitted.

```
// The Sync engine is being stopped with the expectation that it will be
// started again for the same user before too long, so any Sync metadata
// should be kept. An example is content-area signout while Sync-the-feature
// is enabled.
STOP_SYNC_AND_KEEP_DATA,

// The Sync engine is being stopped with the expectation that it will *not* be
// started again for the same user soon, or with the explicit intention of
// clearing Sync metadata. Examples include signout while only
// Sync-the-transport is active, the "Turn off" button in settings for
// Sync-the-feature users, and clearing data via the Sync dashboard.
DISABLE_SYNC_AND_CLEAR_DATA,
```

13.   The ▮▮▮▮▮▮▮▮ signal is a best-effort signal that the sync transport layer has been stopped. It is considered a "best-effort" signal because there is no guarantee of success that it will communicate each time sync has been turned off. In other words, the presence of the signal on Chrome servers does not indicate that a user disabled sync. For

---

[1] chromium issue tracker, available at https://bugs.chromium.org/p/chromium/issues/detail?id=419552.

1  example, in certain circumstances, as described below in the section on ▇▇▇ users, the
2  sync transport layer can be stopped for users who do not have sync enabled. Because the
3  sync transport layer can be stopped without the user turning off sync, observing
4  ▇▇▇ server-side does not mean that the user took an action to turn off sync.

5       14.    Also, as I explained at my deposition when Plaintiffs' counsel inquired about
6  stop signals, because the ▇▇▇ requires a valid authentication token, a user
7  can turn off sync without a ▇▇▇ being sent out. *See* Tr. 215:1-2:17:6. The
8  order of invalidating the authentication token and the attempt to send out a
9  ▇▇▇ is not well defined and can change as a side effect of other code changes.
10 The following are additional examples when sync gets disabled, in whole or in part, but the
11 ▇▇▇ signal is not recorded:

12     a.    a user was not signed into the content area and stops sync (also
13 referred to as a "sync paused state" on Desktop);

14     b.    a user disables sync for any, multiple, or all of the Categories;

15     c.    a user clears Chrome's local data in Android apps management (a
16 common action for users running low on Android storage); and

17     d.    a user factory resets their device.

18     Therefore, the ▇▇▇ Signal is not a reliable signal to identify clients
19 that have disabled sync.

20     15.    On the evening of March 2, 2022 and early March 3, 2022, as I was verifying
21 the responses to Interrogatory Nos. 28, 31-34, I noticed that the responses did not specify
22 the ▇▇▇ signal by name. I assisted with supplementing Google's previous
23 response to that Interrogatory to include the ▇▇▇ signal, which I understand
24 was submitted to Plaintiffs on March 4, 2022.[2]

25

---

26 [2] Google's response to Interrogatory No. 33 previously stated: "If a Chrome user is signed
   in to a Chrome browser, and signed in to a Google website, and did not have sync enabled
27 on the Chrome browser, then Chrome may send a bit that is stored in the
   ▇▇▇ field in
28 ▇▇▇ Google also incorporates its response to Interrogatory No. 28."
   Plaintiffs' Joint Declaration, dated May 24, 2022 ("Jt. Decl."), Ex. 8 at 7-19. The response

**The ▮▮▮▮▮ Signal**

16. In the first half of 2018, Google started what is internally referred to as the ▮▮▮▮ program on desktop, which ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Jan 13, 2022 Schumann Dep. Tr. at 27:12-29:23. For example, after ▮▮▮▮ was launched, users who were signed into their Google account and the Chrome browser would be able to easily access their payment information from Google Pay without having to enable the sync feature. *See id.* Notably, Chrome browsing history is *not* sent to Chrome servers under the ▮▮▮▮ program.

17. Users are in the ▮▮▮▮▮▮▮ only when they sign into their Google account and the Chrome browser and do not turn on sync. *Id.* at 31:5-32:18. This is different from a user who is both signed in and synced and turns off the sync feature.

18. The ▮▮▮▮ signal, denoted as sync_feature_enabled = false in our traffic logs and which Google began recording in early 2019, does not indicate every time a signed-in user is browsing without syncing their device. *See id.* 31:17-32:9. For example, if a user signs into their Google account, but does not sign into the Chrome browser (on desktop platforms this can be achieved by unchecking the "Allow Chrome sign-in" setting) and continues browsing without enabling sync, the ▮▮▮▮ signal would not be recorded. Additionally, if sync is turned on, but disabled for each of the Categories, this user is not actually syncing any of the browser activity on their device, yet their traffic would not be

---

to Interrogatory No. 34 previously stated: "The signal sent from the Chrome client to the Chrome sync server identifying when a user is signed in to a Chrome browser, and signed in to a Google website, and did not have the sync feature enabled on the Chrome browser is called "is_sync_feature_enabled." *Id.* at 19-20. Google supplemented each of these responses by adding the following language: "When a Chrome user stops sync, the Chrome client sends a ▮▮▮▮▮▮▮▮▮▮▮▮▮ signal to the Chrome Sync server. The signal is a best effort communication with no guarantee of success. The signal is recorded in Chrome Sync's ▮▮▮▮▮▮ data store, "gaia-▮▮-Chrome," where the record is retained until the user clears the sync data associated with that Google Account or deletes that Google Account. The signal is also recorded in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." *Id.* 19, 20.

1  marked as ▮▮▮▮ state; the logs will record sync_feature_enabled = true. *See id.* Or, if a
2  signed-in user never turned on sync on one device, such as their mobile device, but had
3  turned on sync on other devices, such as a laptop, the ▮▮▮▮ signal would be recorded as
4  "true" for the mobile device.

**The Universe of Users Who Browse On Chrome While Not Synced Is Diverse And Not Identified in Chrome Logs**

19. Even taken together, the ▮▮▮▮▮▮▮▮ signal and the ▮▮▮▮ signal do not record the set of Chrome users who are browsing on Chrome without enabling the sync feature. As explained in Paragraphs 12-15, the ▮▮▮▮▮▮▮▮ signal records some (but not all) clients that were browsing while synced but then turned off sync. As further explained in Paragraph 13, the signal is also recorded for clients which never had sync turned on or where the user never turned sync off. As explained in Paragraph 18, the ▮▮▮▮ signal records some (but not all) users who are browsing while signed into their Google Account but have not enabled the sync feature. These two signals are not mutually exclusive, a Chrome client can emit a ▮▮▮▮ signal and a ▮▮▮▮▮▮▮▮ signal to Chrome servers in a very close timespan. These two signals taken together will not reliably record at least the following types of users who browse on Chrome without turning on sync:

   a. users without a Google Account;
   b. users that used to have sync enabled and deleted their Google Accounts;
   c. users who sign out of their Google Account (without turning off sync first);
   d. users who sign into their Google Account (but sign out of their Chrome browser); and
   e. users who fall under the scenarios in Paragraphs 14(a) through (d).

20. To the best of my knowledge, there is no log or set of logs that reflect the unsynced browser state of all Chrome users, and therefore Google cannot identify the universe of users browsing without the sync feature enabled nor determine the total number of users browsing without the sync feature enabled.

21. The sync traffic logs do not contain any advertising cookies for users signed out of their Google account, nor do they record signals that indicate whether a user is browsing on non-Google websites that use Google services.

22. I understand that Plaintiffs claim that my conversation with my colleague, Mikel Astiz, on January 25, 2021 supports their argument that Google could use historical data to determine all accounts that ever enabled sync. Mot. at 7 (citing Jt. Decl. Ex. 4, GOOG-CALH-00854375). This is incorrect. In fact, Mr. Astiz and I arrived at the exact opposite conclusion. I asked him: "when a user clears their sync data…we'd still keep some metadata server-side, right? Meaning we could tell all accounts that ever enabled sync, right?" Jt. Decl. Ex. 4. Mr. Astiz responded: "yes, I think so" and I responded "but thanks to butter, we probably can't tell if that was sync or just a sign-in event." *Id.*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Munich, Germany on July 1, 2022.

DocuSigned by:

Tim Schumann

-9- Case No. 5:20-cv-5146-LHK-SVK
DECLARATION OF TIM SCHUMANN ISO OPPOSITION TO MOTION FOR SANCTIONS