*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

# APPENDIX OF PLAINTIFFS' EXHIBITS

| **Exhibits to Further Declaration of Elizabeth C. Pritzker** | |
|---|---|
| Exhibit 1 | Expert Class Certification Report of Professor Zubair Shafiq, Ph.D., July 14, 2023 |
| Exhibit 2 | Expert Class Certification Rebuttal Report of Professor Zubair Shafiq, Ph.D., November 29, 2023 |
| Exhibit 3 | Supplemental Expert Class Certification Report of Professor Zubair Shafiq, Ph.D., November 8, 2024 |
| Exhibit 4 | Expert Class Certification Report of Professor Christopher Wilson, July 14, 2023 |
| Exhibit 5 | Expert Class Certification Rebuttal Report of Professor Christopher Wilson, November 29, 2023 |
| Exhibit 6 | Declaration of Named Plaintiff Terry Diggs |
| Exhibit 7 | Declaration of Named Plaintiff Rethena Green |
| Exhibit 8 | Declaration of Named Plaintiff John Kevranian |
| Exhibit 9 | Declaration of Named Plaintiff Salvatore Toronto |
| Exhibit 10 | Declaration of Named Plaintiff Christopher Valencia |
| Exhibit 11 | Declaration of Named Plaintiff Kimberley Woodruff |
| Exhibit 12 | Declaration of Named Plaintiff Tara Williams |
| **Exhibits to Further Declaration of Bethany Caracuzzo** | |
| Exhibit 13 | Google's September 10, 2015 "Privacy & Terms – Technologies – Privacy Principles"  [GOOG-HEWT-00058417] |
| Exhibit 14 | Google's Privacy Policy effective June 28, 2016(Ex. 6 to CCAC) |
| Exhibit 15 | September 20, 2018 "Safety Center – Our Privacy & Security Principles"  [GOOG-HEWT-00459543] |

*In re Google RTB Consumer Privacy Litigation,* Case No. 4:21-cv-02155-YGR-VKD

| Exhibit 16 | February 22, 2020 "*How Our Business Works*" (Ex. 5 to CCAC (March 21, 2021 downloaded version)) |
|---|---|
| Exhibit 17 | Google's Terms of Service effective March 31, 2020 (Ex. 4 to CCAC) |
| Exhibit 18 | Google's Terms of Service effective January 5, 2022 |
| Exhibit 19 | Google's Terms of Service effective May 22, 2024 |
| Exhibit 20 | Google's Privacy Policy effective March 31, 2020 (Ex. 16 to CCAC) |
| Exhibit 21 | Google's Privacy Policy effective September 16, 2024 |
| Exhibit 22 | Google's June 28, 2016 "Consent Bump" [GOOG-HEWT-00456456] |
| Exhibit 23 | Excerpts of the November 15, 2023 deposition of Google corporate designee Suneeti Vakharia |
| Exhibit 24 | Google's Privacy Policy effective May 25, 2018 (Ex. 12 to CCAC) |