# EXHIBIT 1

## REDACTED VERSION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation,* | Case No. 4:21-cv-02155-YGR-VKD |
| This document applies to: *all actions* | |

## EXPERT CLASS CERTIFICATION REPORT OF PROFESSOR ZUBAIR SHAFIQ

## JULY 14, 2023

## REDACTED VERSION

# TABLE OF CONTENTS

I.      QUALIFICATIONS .................................................................................3

II.     ASSIGNMENT.......................................................................................5

III.    SUMMARY OF OPINIONS ..................................................................5

IV.     OVERVIEW OF GOOGLE RTB..........................................................6

V.      COMMON DATA FIELDS SHARED IN GOOGLE RTB AUCTIONS ......................8

        A.      Google Internal Example Bid Requests .................................9

        B.      Named Plaintiff Data ............................................................12

VI.     THE BROAD SCOPE OF THE DATA UNIFORMLY SHARED WITH RTB
        PARTICIPANTS IN GOOGLE RTB AUCTIONS......................................19

VII.    GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR LOGGING
        ACCOUNT HOLDER INFORMATION AND USER DATA ASSOCIATED
        WITH GOOGLE RTB AUCTIONS...............................................39

VIII.   GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR ASSOCIATING
        OR LINKING USER DATA SHARED IN GOOGLE RTB AUCTIONS WITH
        GOOGLE ACCOUNT HOLDERS ...............................................41

IX.     USER AND PUBLISHER CONTROLS ASSOCIATED WITH GOOGLE RTB
        AUCTIONS ...............................................................................46

## I.    QUALIFICATIONS

1. I am an Associate Professor of Computer Science at the University of California, Davis. My lab's research and education efforts broadly focus on online security and privacy. My research over the last several years has specifically aimed to uncover personal data collection, sharing, and usage in the online advertising ecosystem. I regularly teach undergraduate and graduate courses on computer networks and computer security, including special courses covering emerging trends in online advertising and tracking.

2. I have co-authored more than 100 peer-reviewed research papers, many of which are on topics specifically related to the topics discussed in this report. I have received several awards and distinctions for my research. Notably, I am the recipient of the 2018 Andreas Pfitzmann Award at the flagship Privacy Enhancing Technologies Symposium for my research on detecting advertising and tracking in mobile apps. I also received the Best Paper Award at the 2017 ACM Internet Measurement Conference for my research on the abuse of a vulnerability in Facebook Graph API, and the Best Paper Award at the 2012 IEEE International Conference on Network Protocols for my research on reverse engineering proprietary network protocols.

3. I am a recipient of the Chancellor's Fellowship (2022-2023), Dean's Scholar Award (2020), National Science Foundation (NSF) Faculty Early Career Development (CAREER) Award (2018), and Fitch-Beach Outstanding Graduate Research Award (2013).

4. I have served on editorial boards and program committees of numerous computer science conference and journals. Notably, I am the Editor-In-Chief of the flagship Proceedings of Privacy Enhancing Technologies Symposium (PoPETS) journal. I am also the Program Chair of the Workshop on Technology and Consumer Protection (ConPro) at the IEEE Symposium on Security & Privacy as well as the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb) at the Network and Distributed System Security Symposium.

5.   My graduate students and I have been invited multiple times to present our research on online security and privacy at the Federal Trade Commission (FTC), including the FTC's annual PrivacyCon event.

6.   My research on online security and privacy is funded by the National Science Foundation (NSF) through multiple highly competitive research grants. Notably, I am leading the National Science Foundation (NSF) Secure and Trustworthy Cyberspace (SaTC) Frontier Center on Protecting Personal Data Flow on the Internet (ProperData: 2020-2025). As part of this effort, my research group is building new device instrumentation systems and measurement methods to investigate personal data collection, sharing, and usage in the web, mobile, and Internet-of-Things (IoT) ecosystems. Related to this report, my research group is specifically investigating new research methods to audit personal data collection, sharing, and usage in programmatic advertising protocols, including real-time-bidding (RTB).

7.   My curriculum vitae, which includes a complete list of the cases in which I testified as an expert witness at trial or by deposition, together with a list of my research publications, conference papers, patents, and grant support, is attached as **Exhibit A**.

8.   I have been retained by the counsel for plaintiffs as an expert in this matter and I submit this Report in support of Plaintiffs' Motion for Class Certification. My hourly rate is $500. My fee is neither contingent on the results of this case nor contingent on the content of my opinion.

9.   The list of materials received, reviewed, and relied upon is set forth in **Exhibit B**.

10. I reserve the right to supplement and amend this Report based on additional materials made available to me.

## II.    ASSIGNMENT

11. I was asked by counsel for plaintiffs to review certain documents produced by Google and certain testimony provided by Google employees in this matter, and to analyze data records produced by Google pertaining to the seven named plaintiffs in order to determine the following:

    a.   whether there are common data fields uniformly shared in all Google RTB auctions;

    b.   if so, whether these common data fields contain enough information and are sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household;

    c.   whether there are common processes or systems in place at Google to log Google account holder information and user data associated with Google RTB auctions;

    d.   whether there are common processes or systems that would allow Google to associate or link user data shared in Google RTB auctions with Google account holders; and

    e.   whether certain user and publisher controls impact the data fields shared in Google RTB auctions or Google's ability to associate or link those fields with Google account holders.

## III.    SUMMARY OF OPINIONS

12. There is a common set of at least 60 data fields uniformly shared in all Google RTB auctions. *See* Section V below.

13. This common set of data fields contains enough information and is sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household. *See* Section VI below.

14. There are common processes and systems in place at Google to log Google account holder information and user data associated with Google RTB auctions. *See* Section VII below.

15. There are common processes and systems by which Google can associate or link user data shared in Google RTB auctions with Google account holders. *See* Section VIII below.

16. The named plaintiff data I reviewed did not indicate any user or publisher controls associated with Google's RTB auctions that would impact the data fields shared in RTB auctions or Google's ability to associate or link those fields with Google account holders. *See* Section IX below.

## IV.    OVERVIEW OF GOOGLE RTB

17. At a high level, Google RTB sells advertising inventory of publishers (websites or apps[1]) through online auctions to RTB participants, who are sometimes known as bidders. Google RTB includes two components, Authorized Buyers and Exchange/Open Bidding.[2]

18. The scale of Google RTB may be difficult for the ordinary consumer to comprehend. According to Stan Belov, Google's RTB tech leader, between ███ million bid requests are sent out by Google in RTB auctions every second.[3] This translates to between ███ billion bid requests every minute, and ███ billion bid requests every hour.

19. The Google RTB auction process for any ad opportunity is completely automated and consists entirely of computers exchanging data with one another within a matter of milliseconds; faster than the blink of an eye. The name "real time bidding" accurately reflects the speed in which the Google RTB auction process occurs since, to the user, the ad appears virtually instantaneous – as soon as a website or mobile app loads.

20. The Google RTB auction process involves data sharing by Google with RTB participants, whether those participants bid in the auctions or not. The four primary methods of data

---

[1] These websites or apps may be accessed from a variety of devices such as a desktop, laptop, mobile phone, smart TV, etc.

[2] Please refer to the Expert Report of Professor Christopher Wilson for a more detailed explanation of RTB, Google RTB, bid requests, bid responses, cookie matching, and user lists.

[3] Stan Belov Deposition Transcript at 26.

sharing in Google RTB include bid requests, bid responses, cookie matching, and user lists.

21. Bid requests are sent by Google in RTB auctions to solicit bids from RTB participants to show advertising on the website or app that an internet user is currently viewing. Bid requests include hundreds of individual data fields containing detailed information about, among other things, the user, his or her device, the content of the website or app being visited or viewed, the user's current location, the browser or app being used, and unique identifiers for tracking purposes. I discuss the specific data fields in more detail in Section V below.

22. Bid responses are sent to Google by RTB participants who choose to make a bid in response to a particular bid request. Bid responses will include a number of additional data fields, including information about the amount the bidder is willing to pay to place its ad and specific information about the ad to be placed, such as whether it relates to any sensitive categories such as health status, race, political affiliation, etc.

23. In connection with its RTB auctions, Google offers RTB participants a cookie matching service that "enables the bidder to match their cookies with Google's," thus allowing participants to link together information on particular users that they have gathered with information Google has gathered.[4] Specifically, RTB participants can use a *match table* to map their identifier of a user to Google's identifier for that same user. Google RTB's cookie matching service supports the population of match tables by RTB participants as well as match tables hosted by Google. An RTB participant can use Google's RTB cookie matching service to populate user lists based on users' browsing history information.

24. User lists are essentially lists of user identifiers maintained by Google for users who have visited one or more specific webpages (e.g., set of webpages to buy a specific product).

---

[4] https://developers.google.com/authorized-buyers/rtb/cookie-guide

Note that a user identifier can be contained in multiple user lists. And thus, different user lists capture different subsets of a user's browsing history.

25. Google discloses user lists to RTB participants explicitly in bid requests[5] and implicitly via pretargeting.[6] In pretargeting, RTB participants can set up ad campaigns such that Google RTB only sends them bid requests that contain identifiers in a particular user list. For example, an RTB participant can set up a pretargeting ad campaign to target a specific user list maintained by either the participant or Google. In this case, when that RTB participant receives a bid request from Google RTB, the participant knows that the bid request corresponds to the user list.[7]

## V.    COMMON DATA FIELDS SHARED IN GOOGLE RTB AUCTIONS

26. As part of my assignment, I reviewed certain internal and publicly available Google documents, as well as a significant volume of data records produced by Google pertaining to the seven named plaintiffs to determine whether there is a common set of data fields uniformly shared in Google RTB auctions.

27. My review and analysis of these documents and records leads me to conclude that there is a common set of data fields uniformly shared in Google RTB auctions, as discussed below. While some data fields may have changed during the proposed class period, changes would be uniform for all class members.

28. Internal Google documents confirm that RTB bid requests contain more than ███ individual data fields (GOOG-HEWT-00292078 at 184). These fields are categorized by Google into ████████████████████████████████████ *location* (e.g., country, city, post code, hyperlocal

---

[5] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#userlist-object

[6] https://developers.google.com/authorized-buyers/apis/realtimebidding/reference/rest/v1/bidders.pretargetingConfigs

[7] Note that this logic applies to other data fields that Google has now "redacted" from bid requests, but that are still used in pretargeting. These include user lists, verticals, content labels, and app categories.

signals such as latitude and longitude), ███████████████████████

████████████████████████████████████████████████████████,

████████████████████████████████████████

29. Google's internal documents are consistent with information Google publicly discloses about bid request fields on its RTB developer website. The RTB developer website also identifies more than 200 individual data fields available for RTB bid requests.[8] The RTB bid request fields listed on the RTB developer website can be broadly categorized into *identifiers* (such as Google User ID, device IDs [IDFA/ADID for mobile devices], hosted match data, IP address), *location* information (such as country, postal code, hyperlocal [longitude and latitude]), *browsing history* information (such as webpage URL, verticals, user lists), *device* information (such as user agent, screen size, orientation, pixel density, operating system version), and *controls* information (such as non-personalized ads limitations, limited ad tracking, user data treatment, and publisher settings).

**A.    Google Internal Example Bid Requests**

30. Discussed below are two example Google RTB bid requests produced by Google, depicted in Figures 1 and 2.

31. The first example in Figure 1 is for a bid request pertaining to a visit to a website, ████████████████████ (GOOG-HEWT-00449351).

---

[8] https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#bidrequest-object



**Figure 1: Example bid request**
**(From GOOG-HEWT-00449351)**

32. Based on my review of the bid request in Figure 1, an RTB participant would be able to ascertain the following:

33. The second example in Figure 2 is for a bid request pertaining to a visit to a mobile

application called ████████████████████████████ (GOOG-HEWT-

00403182 at 384).



**Figure 2: Example bid request**
**(GOOG-HEWT-00403182 at -384)**

34. Based on my review of the bid request in Figure 2, an RTB participant would be able to

ascertain the following from just the bid request: ████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

██████████████████████████████

██████████████████████████



).

### B. Named Plaintiff Data

35. There are seven named plaintiffs in this action. Google has produced limited RTB auction data for eight one-week periods pertaining to bid requests and bid responses associated with the seven named plaintiffs.[9] I have reviewed and analyzed this data, which includes almost five million individual bid requests. The results of my review and analysis are summarized in Table 1 below and discussed in the following paragraphs.[10]



---

[9] It is my understanding that, to date, Google has produced only some of the RTB bid request data fields and has refused to provide plaintiffs with a complete list of all RTB bid request data fields that are shared in RTB auctions. My analysis is, therefore, confined to the particular data fields for which Google produced data. I reserve the right to modify or change my analysis if Google produces additional data fields for the named plaintiffs or any absent class members.

[10] The named plaintiff data I reviewed for this Report was produced from certain Google data logs, which I discuss in more detail in Section VII below. I understand that Prof. Wilson has also reviewed certain named plaintiff data produced by Google for his Report. To be clear, the named plaintiff data I reviewed was produced from Google data logs and is completely different from the named plaintiff data Prof. Wilson reviewed, which I understand to have been produced from Google's Web & App Activity tool, which reflects web browsing and app usage history for each named plaintiff, and not the data shared through Google RTB auctions for each named plaintiff.

[11] Includes both "Christopher Valencia" and "Chris Valencia"



**Table 1: Summary of the named plaintiff data (from GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-00481294)**

36. For just the seven named plaintiffs and for just the eight one-week periods for which Google produced data, there are more than ▮▮▮▮▮ individual ad opportunities (queries), resulting in almost five million bid requests being made by Google to almost ▮ hundred RTB participants, many of which are located outside the United States. Because many RTB participants are themselves ad exchanges who then disseminate the bid request to potentially hundreds more entities within their own ad exchanges, the number of "RTB participants" who actually received bid requests pertaining to the seven named plaintiffs is almost certainly far higher than Google's records suggest.

37. The periods for which named plaintiff data was produced total 56 days.  What this means is that Google shared information about the named plaintiffs to hundreds of RTB participants around the world on average more than ▮▮▮▮ times each day (▮▮▮▮ bid requests / ▮ days = ▮▮▮ bid requests shared per day).

38. The RTB participants identified in the named plaintiff data include companies that might have a first-party relationship (e.g., an account with name, physical address, email address) with a named plaintiff, such as Meta, LinkedIn, and Amazon. These three companies are, along with Google itself, among the largest technology companies in the world.  Meta's products include Facebook, Instagram, WhatsApp, and Messenger. LinkedIn is owned by Microsoft and is one of the largest business-focused social media companies in the world, with over 900 million members in more than 200 countries.

13

Amazon is the world's largest online retailer, cloud computing service, live-streaming service and internet company, and its products include Amazon.com, Amazon Prime Video, Amazon Web Services, Kindle, Echo, Fire, and Amazon Music.

39. The RTB participants identified in the named plaintiff data also include at least  .[12] This includes at Baidu,

[13]

40. Almost ▮▮% of the bid requests identified in the named plaintiff data involve sensitive categories of information, such as health status, race, political affiliation, etc. Such sharing of sensitive personal information with foreign entities[14, 15] was of particular concern to the bipartisan group of Senators Ron Wyden, Mark Warner, Kirsten Gillibrand, Sherrod Brown, Elizabeth Warren, and Bill Cassidy, who stated that "[t]his

---

[12] The complete list is as follows: Baidu (China), 

[13] The Hundreds of Little-Known Firms Getting Data on Americans https://www.vice.com/en/article/n7bdkq/hundreds-companies-bidstream-data-location-browsing

[14] Congress Says Foreign Intel Services Could Abuse Ad Networks for Spying https://www.vice.com/en/article/88aw73/congress-foreign-intelligence-agencies-bidstream-real-time-bidding

[15] Is Google sharing data from Americans and Europeans with sanctioned Russian adtech companies?  https://adalytics.io/blog/sanctioned-ad-tech-user-data

information would be a goldmine for foreign intelligence services that could exploit it to inform and supercharge hacking, blackmail, and influence campaigns."[16]

41. Based on my review of the named plaintiff data produced by Google to date, there are at least 60 RTB bid request data fields that are commonly included in all bid requests sent to RTB participants by Google.[17] I discuss certain of these fields in more detail below.

42. Data fields commonly included in all RTB bid requests include, among others, the following:

a. <u>Google User ID</u> – This field ████████████████████████████████ ████████████████████████████. Each RTB participant receives a different Google User ID, but for any particular ad opportunity, there is only one Google User ID, also called the Biscotti ID, and what is sent to RTB participants is simply an encrypted version of the Biscotti ID.  For example, if a user is on a laptop and accesses The New York Times website to read an article, that will generate one Google User ID, or Biscotti ID, that Google will track.  What each RTB participant will then receive will be a unique encrypted version of that Biscotti ID.

b. <u>Referrer</u> – This field identifies the specific URL of the website or app being visited or used by the user.  My review of the named plaintiff data confirms that, for just the eight one-week periods for which data has been produced, more than t█████████ ████████ URLs visited by the named plaintiffs are identified, a significant fraction of which are sensitive. To identify the sensitive URLs shared by Google in the named plaintiffs' bid request data, ████████████████████████████████████ ████████████████████████████████" (GOOG-HEWT-00128521). ████████

---

[16] https://www.cassidy.senate.gov/imo/media/doc/040121%20Bidstream%20Letter%20to%20ATT.pdf

[17] For the purpose of my analysis, I considered 98% and higher to be included in all bid requests. Virtually all of the 60 plus fields I analyzed were actually at 100%. It is also noteworthy that Google has thus far produced less than half of the more than 200 data fields it includes in RTB bid requests. Thus, the aforementioned estimate of 60 common fields is just a lower bound.



GOOG-HEWT-00000767,

c.  <u>IP address</u> – This field identifies the specific internet address of the user's device.

Google provides all RTB participants with a truncated[20] portion of the IP address in

---



[18]

[19]

[20] Google shares the complete IP address and ▮▮▮▮▮▮ of the user's device with RTB participants using Google's cookie matching service. My analysis of the named plaintiff data shows that Google conducted cookie matching with

the bid request and the winning bidder with the entire IP address, but even the truncated portion is sufficient, with the other information provided in the bid request, to uniquely identify the user, as I discuss in Section VI below. In addition, as explained in further detail below, any RTB participant that has engaged in a cookie-match with Google also obtains the full IP address of the user in that cookie-match exchange.

d. <u>Publisher ID</u> – This field identifies the specific publisher of the website or application being visited or used by the user.

e. <u>Location data</u> – There are at least nine distinct data fields providing information about the location of the user in all bid requests, ▮▮▮▮▮▮▮, latitude, longitude, ▮▮▮▮▮▮▮▮▮▮▮▮. Collectively, these location data fields allow RTB participants to identify fairly accurately locations common to each user.  For example, as set forth in Table 2 below, based on the location information provided for the named plaintiffs' bid requests, I was able to locate about 60 distinct location coordinates for the named plaintiffs, including the home/work address for all of the named plaintiffs, ▮▮▮▮▮▮▮▮▮▮▮) ▮▮▮▮▮▮▮▮▮.

| Plaintiff Name | Location | | | |
|---|---|---|---|---|
| Kimberley Woodruff | ▮ | | | |
| Christopher Valencia | ▮ | | | |





| | | | | |
|---|---|---|---|---|
| Rethena Green | | | | |
| John Kevranian | | | | |
| Terry Diggs | | | | |
| Salvatore Toronto | | | | |
| Tara Williams | | | | km |

**Table 2: Comparison of the location coordinates shared in bid requests vs. home/work address of the named plaintiffs**

f.  <u>Device information</u> – There are at least twelve distinct data fields providing information about the user's device in all bid requests, ▮▮▮▮▮▮▮ device type, device model, platform, brand, operating system, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Collectively, these device information fields allow RTB participants to identify with precision the particular device and operating system being used by each user.  For example, based on the device information provided for the named plaintiffs' bid requests, I was able to identify that ▮▮▮▮▮▮▮



g.  <u>Detected language</u> – This field identifies the language of the website or mobile app being used or viewed by the user or the language being used on the user's browser.

43. As discussed in more detail in Section VI below, many of the data fields that are included in all RTB bid requests include what Google calls "███████████████" and contain a critical amount of "████████████," meaning that just a few of these fields together make it possible for RTB participants to uniquely identify users. [21]

## VI.  THE BROAD SCOPE OF THE DATA UNIFORMLY SHARED WITH RTB PARTICIPANTS IN GOOGLE RTB AUCTIONS

44. The bid request fields described in paragraph 42 above that are commonly included in all Google RTB bid requests collectively or in combination reveal a broad and significant scope of information about users to RTB participants.

45. These bid request fields collectively or in combination provide RTB participants with a unique identifier for the user, the identification of the specific webpage communication or app being viewed or used (including sensitive pages and apps), the truncated [22] IP address of the user's device, the identification of the publisher of the website or app being visited or used by the user, precise information identifying the location of the user, precise information identifying specifics about the user's device and operating systems, and what language the user reads or speaks.

46. My analysis of the bid request data for the seven named plaintiffs confirms that Google shares extensive information uniformly in RTB bid requests.  For example, set forth below is the information obtainable from one bid request for each of the seven named plaintiffs based just on the data produced by Google in that one example, and without any effort on my part to combine this information with other data sources pertaining to the named plaintiff:

   a.  The RTB participant Adform Parent would be able to ascertain the following from just this one bid request for plaintiff ████████████ identifiers (including the

---

[21] GOOG-HEWT-00035713, GOOG-HEWT-00456109.

[22] Google shares the complete IP address and user agent of the user's device with RTB participants using Google's cookie matching service.

Google User ID, hosted match data, and a portion of the IP address); the content information about the website "47 Bible Verses about Tools", located at https://bible.knowing-jesus.com/topics/Tools, in English language, vertical categories (/People & Society/Religion & Belief/Christianity, /People & Society/Religion & Belief/Theology & Religious Study, /Books & Literature, /Health/Medical Facilities & Services/Hospitals & Treatment Centers); the location of the user (near the Capital Mall in Jefferson City, MO 65101); and device information (███████████████ ████████████████████████████████████████████████ ████████████ ).[23]

b.  The RTB participant RTB House would be able to ascertain the following from just this one bid request for plaintiff ███████████ identifiers (including the Google User ID, hosted match data, and a portion of the IP address); the content information about the webpage "Insomnia - Symptoms and causes - Mayo Clinic", located at https://www.mayoclinic.org/diseases-conditions/insomnia/symptoms-causes/syc-20355167, in English language, vertical categories (/Health/Medical Literature & Resources, /Health/Health Conditions, /Health/Health Conditions/Infectious Diseases); the location of the user (near the Lynwood Park in Lynwood, CA 90262); and device information (Samsung Galaxy S21+ Plus G996U phone ███████████████████████████████████████ ██████████████ ).[24]

c.  ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████████ the content information about the app "Cashman Casino Las Vegas Slots", located at

---

[23] As noted in paragraph 42(e) above, ███████ lives in Jefferson City, MO.

[24] As noted in paragraph 42(e) above, ██████████ lives in ████████████████████ to Lynwood, CA.

https://play.google.com/store/apps/details?id=com.productmadness.cashmancasino, in English language, vertical categories (Games/Gambling, Games/Card Games/Poker & Casino Games, /Games/Computer & Video Games); ███████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████.[25]

d. ████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

███████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

e. ████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████

██████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

---

[25] As noted in paragraph 42(e) above, Ms. Green lives in ███████████

f.

[26]

g.

the content information about the webpage "Samuel Alito Addresses Supreme Court Draft Leak For First Time" located at https://www.yahoo.com/news/samuel-alito-addresses-supreme-court-134238071.html, in English language.

---

[26] As noted in paragraph 42(e) above, Ms. Diggs lives in ▮▮▮▮▮.

[27] As noted in paragraph 42(e) above, Mr. Toronto lives in ▮▮▮▮▮



████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████ [28]

47. Dozens of internal Google documents confirm that Google has known about the issues arising from the broad scope of the information commonly revealed in Google RTB auctions since ████████████████.[29] For example, GOOG-HEWT-00299372 describes "████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████ r).

48. GOOG-HEWT-00185699 acknowledges that ████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████."

49. GOOG-HEWT-00181721 acknowledges that the manner in which Google identifies users in RTB bid requests is ████████████████" because it provides ████████████████
████████████."

50. GOOG-HEWT-00182243, ████████████████████████████████████, acknowledges that Google's RTB "████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████ The document goes on to acknowledge that ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████."

<hr>

[28] As noted in paragraph 42(e) above, Ms. Williams lives in ████████████.

[29] All emphasis in quotations from Google internal documents is in the original documents, not added.

51. This same document (GOOG-HEWT-00182243) also acknowledges that ad tech providers have the ability to "

)." The document goes on to state that

"

52. GOOG-HEWT-00182255, a , acknowledges that

" and that

" The document goes on to acknowledge that "

," that

," and that

"

53. GOOG-HEWT-00071376 acknowledges that 

."

54. GOOG-HEWT-00183574 acknowledges that "

."

55. GOOG-HEWT-00157130 acknowledges that "

."

56. GOOG-HEWT-00188123 acknowledges that with respect to RTB ███ ████████ ████████ ."

57. GOOG-HEWT-00177327, a ████████████████ ██████████ acknowledges that RTB ████████████████████ ███████████████

58. GOOG-HEWT-00144029 is a ████████████████████ ████████████████████ ████████ This document acknowledges that RTB bid requests include ████████████████████ ████████████████████ ████████████████████ ████████████ ."

59. GOOG-HEWT-00188275 acknowledges that ████████████ ████████████████████ ████████████████████ ████████████████████ ████████

60. According to GOOG-HEWT-00456419, in ████████████ ████████████████████ ████████████████████ ████████████ ." But in the very same document [at GOOG-HEWT-00456420], Google admits ████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████ ."

61. GOOG-HEWT-00155042 at -046 acknowledges that ███████████████ ███████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████ The document, at -048, also acknowledges that ████████████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████████████." The document, at -050, also acknowledges that ██████████████████ ███████████████████████████████████████████ ████████████████████████████████████████."

62. GOOG-HEWT-00156504, a ██████████████████████, acknowledges at -506 that ████████████████████████████████████████ At -522, the document asks: "████████████████████████████████████████ ████████████████" The document, at -557, acknowledges that ████████████████████████████████████████████" and at -553, ███████████████████████████████████████████ ██████████████████████████████████████ ███████████████████████[30]

63. GOOG-HEWT-00191932 acknowledges that RTB "████████████████ ██████████████████████" and lists "██████████  █████████ included in bid requests, including the following fields: ██████████████████████ ████████████████████████████████████.

64. GOOG-HEWT-00035713 similarly lists ████████████████████" in RTB bid requests. ██████████████████████████████████████,

_____

[30] ICO refers to the Information Commissioner's Office, a UK regulatory body regulating data protection and data privacy in the UK.



65. GOOG-HEWT-00183673 at -74 acknowledges that ███████████████ ███████████████████████████████████". It also acknowledges that "███████████" is used to ███████████████.

66. GOOG-HEWT-00456109 acknowledges that ███████████████ ███████████████████████████████████ ███████████████."[31]

67. GOOG-HEWT-00257917 acknowledges that ███████████████ ███████████████████████████████████. And GOOG-HEWT-00248341 similarly acknowledges that "█████████ ███████████████████████████████████ ███████████████."

68. GOOG-HEWT-00134605, a███████████████████, acknowledges that ███████████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████."

---

[31] ███████████████████████████████████ ███████████████████████████████████ ███████████████.

69. Google's internal analyses of the scope of the data disclosed in RTB auctions is consistent with the broader scientific community. The scientific community has widely adopted entropy as a privacy metric.[32] Entropy is typically measured in terms of bits. If the number of entropy bits for a piece of data exceed a certain threshold depending on the population size, that data can be used to uniquely identify or fingerprint users.

70. Google itself uses entropy to quantitatively measure the identifiability/fingerprinting risk of the data disclosed in RTB auctions. For example, Google's Privacy Sandbox project[33] uses entropy as a metric to determine "Privacy Budget". Outside of Google, EFF[34] and Mozilla[35] also use entropy as a metric to assess identifiability of information.

71. Google Chrome uses entropy to label APIs "that exposes data that folks on the internet find useful for fingerprinting". "Attributes and methods marked as [HighEntropy] are known to be practically useful for identifying particular clients on the web today."[36] See, for example (emphasis added): [**HighEntropy**=Direct, MeasureAs=NavigatorMaxTouchPoints] readonly attribute long maxTouchPoints[37]

---

[32] Note that dozens of privacy metrics and analysis techniques have been proposed in the scientific community over the past few decades. The following paper by Wagner and Eckhoff – that surveys more than 80 privacy metrics – explains that most of these metrics either directly build on entropy or are indirectly related to entropy. For this reason, and since Google also extensively uses entropy for privacy assessment, I use an entropy metric for privacy analysis. However, the same conclusion can be reached if other privacy metrics are suitably used to analyze the data shared by Google with RTB participants. Wagner, I. and Eckhoff, D., 2018. Technical privacy metrics: a systematic survey. ACM Computing Surveys, 51(3).

[33] https://developer.chrome.com/en/docs/privacy-sandbox/privacy-budget/

[34] A Primer on Information Theory and Privacy https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy

[35] Technical Comments on Privacy Budget https://mozilla.github.io/ppa-docs/privacy-budget.pdf
[36] https://chromium.googlesource.com/chromium/src/+/main/third_party/blink/renderer/bindings/IDLExtendedAttributes.md#HighEntropy_m_a_c
[37] https://source.chromium.org/search?q=HighEntropy%3DDirect&ss=chromium%2Fchromium%2Fsrc

72. Google specifically recommends using entropy to assess RTB privacy protections. It suggests that "Advertising exchanges can also apply the idea of a Privacy Budget to improve the RTB interface privacy protections and reduce or obviate the reliance on such **high-entropy fields** as IP address and user agent (emphasis added)" and that "some exchanges may already be **limiting the entropy**, for example, by truncating the IP address in the bid request (emphasis added)."[38]

73. The 32 bits threshold is typically determined to be the amount of entropy required to uniquely identify (or "fingerprint") a user or device on the Internet, assuming the population size of four billion.[39,40]

74. Google itself uses the 32 bits identifiability threshold. As shown in Figure 3, Google employees use the 32 bits as the identifiability threshold in calculating Google's "Privacy Budget". As another example, as shown in Figure 4, the FAQ page of Google's Privacy Budget project justifies the use of the 32-bit entropy threshold for identifiability (or fingerprinting).

---

[38] https://github.com/google/ads-privacy

[39] https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy

[40] Laperdrix, P., Bielova, N., Baudry, B., & Avoine, G. (2020). Browser fingerprinting: A survey. ACM Transactions on the Web.



**Figure 3: Googler describes that the 32-bit identifiability threshold is enough to uniquely identify a user**
**(https://www.youtube.com/watch?v=0STgfjSA6T8&t=423s)**

**Is the privacy budget feasible?**

This proposal is at an early stage and exact privacy budget limits are to be determined. But there are reasons to think that a privacy budget is feasible: it takes about **32 bits of entropy** to uniquely identify people on the web.

About these numbers:

- There are about 4.6 billion of web users. So it takes log2(4.6 billion) = about 32 bits of entropy to uniquely identify people on the web.
- Mobile web users make up most of web users.

Read more about entropy.

*FAQ Contributors: maudnals, jensenpaul, asankah, bslassey, rowan-m.*

**Figure 4: Googlers explain entropy and the 32-bit identifiability threshold**
**(https://github.com/mikewest/privacy-**
**budget/blob/4e5f78adde92bd622dafeceae78682fc0823c0eb/faq.md)**

75. Entropy analysis of different fields commonly included in all RTB bid requests shows that many of them individually, and when put together, far exceed the 32 bit identifiability threshold. First off, all identifier fields in bid requests – by definition – exceed the 32 bits identifiability threshold. These identifier fields in bid request include Google User ID, device IDs ███████████████████████████████ ███████████████████████████. The presence of any one of these identifiers in a bid request means there is more than 32 bits of entropy that is sufficient for unique identification. In addition to these identifier fields, the remaining fields also contain

sufficient entropy that they can be combined[41] to exceed the 32 bit identifiability threshold. For example, ███████████ contains up to 24 bits for ███ and up to 48 bits for ███████████ contains 9.779 bits, ███████████ contains 5.918 bits, ███████ contains 3.338 bits, ███████ (e.g., screen_width, screen_height, screen_pixel_ratio_millis) contains 4.889 bits, ███████ contains 2.310 bits, ███████ contains 0.2 bits.[42] Other fields, such as location (e.g., hyperlocal longitude and latitude), with considerable entropy and risk of identifiability are discussed later in this section.

76. Google shares truncated IP addresses with all RTB participants in RTB bid requests and full IP addresses if the participant bids and wins the auction. As discussed earlier, according to Google's internal assessments, even a truncated IP address and ███████ can (re)identify a significant fraction of users. A peer-review research study reported similar results.[43] The researchers found that they were able to correctly identify 80 % of the users purely based on the IP address and the user-agent of the browser.

77. While IP addresses may not always be static (i.e., they can change), peer-review research[44] shows that the IP address by itself remains a serious threat to tracking despite the use of non-static IP addresses. Specifically, the researchers showed that "87 % of participants retain at least one IP address for more than a month". For the study participants in the United States, the average IP address retention period was 18.93 days.

---

[41] While the overall entropy of a combination of fields cannot be computed by simply adding them up if they are not independent, there is clear sufficient entropy together in the more than 200 bid request fields that it crosses the 32-bit identifiability threshold.

[42] Pierre Laperdrix, Walter Rudametkin, and Benoit Baudry. 2016. Beauty and the Beast: Diverting modern web browsers to build unique browser fingerprints. 37th IEEE Symposium on Security and Privacy.

[43] Yen, Ting-Fang, et al. "Host Fingerprinting and Tracking on the Web: Privacy and Security Implications." NDSS. Vol. 62. 2012.

[44] Don't Count Me Out: On the Relevance of IP Address in the Tracking Ecosystem
https://dl.acm.org/doi/pdf/10.1145/3366423.3380161

Another peer-reviewed research[45] showed that while IPv6 addresses can rotate, IPv6 prefixes of residential Internet subscribers can remain stable for months, permitting long-term use of 64-bit IPv6 prefixes to identify users at the household level (i.e., the router inside a home). In fact, the researchers found that these household-IPv6 prefixes are even more stable than IPv4 addresses. Thus, IP address remains a persistent identifier for a vast majority of Internet users.

78. While the discussion thus far has focused on privacy assessment of data fields in individual RTB bid requests, it is important to recognize that the data shared by Google in RTB auctions across multiple bid requests can be combined to identify users with even more certainty. More broadly, a collection of data across multiple bid requests – even if data in individual bid requests seem innocuous – reveal greater insight than consideration of each bid request in isolation. For example, in GOOG-HEWT-00182254, ██████ ████████████████████████████████ ██████████████████████████████ ████████████████████████████████ ████████████████████████████████ ██████████████████████.”

79. GOOG-HEWT-00481219 at -20 acknowledges that "██████████████████ ████████████████████████████████ ██████████████████████████████ ████████████████████████████████ ████████████████ ██ ██████████████ ████████████████████████████.

---

[45] Padmanabhan, R., Rula, J.P., Richter, P., Strowes, S.D. and Dainotti, A., "DynamIPs: Analyzing address assignment practices in IPv4 and IPv6." In Proceedings of the 16th International Conference on emerging Networking EXperiments and Technologies (CoNEXT) 2020.

[46] https://www.google.com/doubleclick/adxbuyer/guidelines/



"███████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████ █████████████
████████████████" (GOOG-HEWT-00081680).

80. In the context of Google RTB, if a participant receives multiple bid requests for a user, then the RTB participant can combine the timestamped sequence of location (e.g., longitude and latitude) and browsing history (e.g., webpage URL, user list) information in the (approximately hundred thousand per-day) bid requests to obtain a highly detailed view of the user's life. For example, in GOOG-HEWT-00144286, ████████████████ ████████████████████████████████████████████ ██████████████████████ allowing third party bidders to build very rich profiles if they receive a significant volume of bid requests."

81. In *Carpenter v. United States*, the Supreme Court found that "the time-stamped data provides an intimate window into a person's life, revealing not only his particular movements, but through them his 'familial, political, professional, religious, and sexual associations.'"[48]

82. There is ample scientific evidence that shows this. Specifically, peer-reviewed research has shown that a set of multiple location or browsing history observations can be readily combined to uniquely identify users and infer sensitive personal information such as home/work address, gender, age, marital status, occupation, and age.

---

[47] Over just an eight-week period, Google sent more than 26,000 bid requests to Splicky EMEA for the seven named plaintiffs.

[48] Carpenter v. United States, 138 S. Ct. 2206 (2018). https://www.supremecourt.gov/opinions/17pdf/16-402_h315.pdf

83. Peer-reviewed research[49] shows that location information (even if its granularity is reduced) is highly identifying. Specifically, using a dataset of 25 million users, the researchers showed that just top-2 or top-3 locations, even when they are not precise GPS coordinates (e.g., at the "sector", "cell", or "zip code" granularity), can be used to re-identify a significant fraction of users from the anonymized data. The researchers showed that 85% of the users at the granularity of sector level, 50% of the users at the granularity of cell level, and 35% of the users at the zip code level, are uniquely identified just based on by their top 3 locations.

84. Peer-reviewed research shows that users' key locations (i.e., home and work) can be identified from zip code level[50] or more coarse-grained[51] location data.

85. Peer-review research[52] shows that 95% of individuals from a dataset of 1.5 million individuals can be uniquely identified if their location is specified hourly.

86. Peer-reviewed research[53] shows that it is possible to infer gender, age group, marital status, job, and the number of people in the household from a user's location history.

---

[49] Zang, Hui and Jean Bolot. "Anonymization of location data does not work: A large-scale measurement study." In Proceedings of the 17th annual international conference on Mobile computing and networking, 2011.

[50] H. Efstathiades, D. Antoniades, G. Pallis, and M. D. Dikaiakos, "Identification of key locations based on online social network activity," in Proceedings of IEEE/ACM ASONAM, 2015.

[51] Z. Cheng, J. Caverlee, K. Lee, and D. Z. Sui, "Exploring millions of footprints in location sharing services," in Proceedings of ICWSM, 2011.

[52] Yves-Alexandre De Montjoye, César A Hidalgo, Michel Verleysen, and Vincent D Blondel. 2013. Unique in the crowd: The privacy bounds of human mobility. Scientific reports 3 (2013), 1376.

[53] Brdar, S., Culibrk, D. and Crnojevic, V., 2012, June. Demographic attributes prediction on the real-world mobile data. In Proceedings of Nokia Mobile Data Challenge Workshop, in Conjunction with International Conference on Pervasive Computing, Newcastle, UK.

87. Peer-reviewed research by Google[54] and its independent replication by Mozilla[55] shows that browsing history is highly identifying. Google's study of 368,284 browsing histories showed that 98% of the browsing histories of length 4 or more websites were unique. Mozilla's study of 52,000 browsing histories showed that 99.65% of the browsing histories were unique. Restricting visibility to top-100 most frequented domains resulted in 95.31% browsing histories being unique.

88. The information commonly shared by Google in the RTB auctions allows RTB participants to identify, associate with, or reasonably link that data to a natural person or household in several ways.

   a. The RTB participants who have a first-party relationship (e.g., an account with name, physical address, or email address) with Google account holders can easily link the information shared in RTB bid requests to a natural person or household. Many of the RTB participants listed in the named plaintiff data, such as Meta, LinkedIn, Amazon, ██████████████████ and Baidu fall under this category.

   b. The RTB participants who do not have a first-party relationship with Google account holders can rely on their own or third-party identity resolution services, which leverage *deterministic* or *probabilistic* matching to create a cross-device user identity graph.[56] Deterministic matching is based on identifiers such as email address, phone number, and device identifiers. Probabilistic matching (also known as fingerprinting[57]) relies on statistical analysis of multiple signals, often using

---

[54] Olejnik, L., Castelluccia, C., & Janc, A. (2012). Why johnny can't browse in peace: On the uniqueness of web browsing history patterns. In 5th Workshop on Hot Topics in Privacy Enhancing Technologies (HotPETs).

[55] Bird, S., Segall, I., & Lopatka, M. (2020). Replication: Why We Still Can't Browse in Peace: On the Uniqueness and Reidentifiability of Web Browsing Histories. In SOUPS@ USENIX Security Symposium.

[56] https://adage.com/article/neustar/solving-identity-resolution-crisis/315290

[57] https://www.incrmntal.com/resources/demystifying-problematic-measurement-deterministic-fingerprinting-and-probabilistic

sophisticated Artificial Intelligence (AI) techniques. Several RTB participants listed in the named plaintiff data have their own identity graphs that rely on deterministic and/or probabilistic matching. Others rely on third-party identity graphs.

    i. Adobe: "Adobe Experience Platform Identity Service accomplishes this by grouping device IDs into "person clusters" that represent a pseudonymous person. Person clusters are identities based on deterministic data enriched with additional anonymous data associated with an individual through probabilistic matching."[58]

    ii. Yahoo: "Yahoo uses a combination of deterministic and probabilistic links to determine the number of known people that DSP can reach via the segment. Yahoo considers several features such as a user's demographic (age and gender), geographical location, app activity, and website visitation data and feeds them into the Yahoo learning algorithms."[59]

    iii. The Trade Desk: "Identity graphs, like the ones used by our Identity Alliance, are essentially built in three steps. They're composed of a combination of deterministic identifiers ["Cookies, Mobile ad IDs, CTV IDs, Hashed emails, Unified ID 2.0 (UID2), RampID, IP addresses"] and probabilistic signals ["Wifi address, Time stamp, Geolocation, Browser attributes, Device attributes, User agent, Contextual data"] to cluster IDs at the household and individual level. The key to a great identity graph foundation is a sophisticated machine-learning model that can use the best

---

[58] https://blog.developer.adobe.com/adobe-experience-platforms-identity-service-how-to-solve-the-customer-identity-conundrum-f95e22d16ea9

[59] https://developer.yahoo.com/dsp/docs/advertisers/people.html

data available to deliver scale and precision for targeting audiences across devices and channels."[60]

iv. Liveramp: "LiveRamp deterministically matches offline personally identifiable information (PII: name & address, email, phone) and online devices to people-based IDs."[61]

v. MediaMath: "This flag represents the relationship between the MM_UUID (primary device ID in bid request) and the ConnectedID that is retrieved from Cross-Device ID Graph (IDM). 0 - Probabilistic; 1 - Deterministic."[62]

vi. AppNexus (now Xandr): "Xandr has built an identity graph using AT&T, WarnerMedia, Third-party and its own data, and leverage TigerGraph to perform deterministic and probabilistic entity resolution."[63]

vii. Beewax: "Beeswax evaluates identity signals (cookies, MAIDs, CTV IFAs, and now IPv4 Addresses) against the cross-device graphs to include all IDs connected to the incoming identity signal". "For this reason, we have deepened our integrations with TapAd and LiveRamp and can now match IPs received by Beeswax on bid requests to the TapAd and LiveRamp graphs" "TapAd's graph is probabilistic, which does not require as many data points to say an ID is the same person or household."[64]

---

[60] https://www.thetradedesk.com/us/resource-desk/how-identity-graphs-are-built-the-present-and-the-future

[61] https://docs.liveramp.com/connect/en/rampid-methodology.html

[62] https://apidocs.mediamath.com/docs/api/bbf98f90fa148-data-platform-architecture

[63] https://info.tigergraph.com/hubfs/Misc./DSC%20Webinar%20Dec%2016%20-%20Knowledge%20Graph%20and%20Machine%20Learning%20-%203%20Key%20Business%20Needs%20One%20Platform%20.pdf

[64] https://help.beeswax.com/article/262-cross-device-amplification

c.  It is noteworthy that Google is aware that RTB participants leverage these deterministic and probabilistic matching techniques ▮▮▮▮▮▮▮▮▮, and Google had plans to support third-party deterministic and probabilistic solutions in its ad exchange (GOOG-HEWT-00137234; GOOG-HEWT-00472281; GOOG-HEWT-00335599; GOOG-HEWT-00358131; GOOG-HEWT-00143821; GOOG-HEWT-00247087). Some excerpts:



d.  Peer-reviewed research shows that the device identifiers (e.g., IDFA and ADID) shared by Google with RTB participants can be used to serve hyper-targeted ads to a

specific user, surveil a user's commute, detect sensitive visits, etc.[65] Their survey of 21 DSPs (RTB participants) showed that any of the DSP can be used to surveil a user on a limited budget. This research clearly demonstrates how a "pseudonymous" identifier can used by RTB participant to contact and locate the corresponding natural person in the physical world.

89. In summary, RTB participants can reasonably link the information shared in RTB bid requests to a natural person or household. It goes without saying that Google is also – far more easily than RTB participants – able to associate the information it shares with RTB participants with Google account holders.

## VII. GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR LOGGING ACCOUNT HOLDER INFORMATION AND USER DATA ASSOCIATED WITH GOOGLE RTB AUCTIONS

90. My review of Google's internal documents and certain depositions in this matter confirms that Google maintains common processes and systems to log Google account holder information and user data associated with Google RTB auctions.

91. Google's production of ██████████████████████, what Google calls "████████



██████████████" for each of the named plaintiffs shows that Google maintains ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████. GOOG-HEWT-00455543, for example, is the ████████████████████ for plaintiff John Kevranian. Similar documents exist for all of the other named plaintiffs. Google also maintains ████████████████

---

[65] Vines, P., Roesner, F. and Kohno, T., 2017. Exploring ADINT: using ad targeting for surveillance on a budget-or-how alice can buy ads to track bob. Workshop on Privacy in the Electronic Society.

██████████████████████████████████████████████

████████████████████. GOOG-HEWT-00455642, GOOG-HEWT-00455549, and GOOG-HEWT-0045555, for plaintiff John Kevranian, are examples of these records, but similar records exist for the other named plaintiffs as well.

92. With respect to the user data associated with Google RTB auctions, Google's production of nearly five million records pertaining to the seven named plaintiffs for just the eight one-week periods for which data has been produced by Google to date evidences that Google does in fact maintain a common process to log user data associated with Google RTB auctions for at least some defined period of time.

93. Based on representations of Google's counsel, the named plaintiff data about RTB auctions has been produced by Google from ██ different data log sources: ████████ ██████[66] (██████) logs and █████████████████████) logs.[67]

   a. ██████ logs comprise of █████████████████ and ███████████████████. Similar to ██████logs, ██████ logs contain information about bid requests in C██████████████████████████ or ███████████████████████ut (GOOG-HEWT-00191919) and bid responses in ███████████████████████████ (GOOG-HEWT-00439151 at -53). Note that ██████ logs do not contain information about "██████████████████]" (GOOG-HEWT-00454586 at -606).

   b. ██████ logs comprise of ██████████████████████████, ████████████████, and ████████████████████e,██████ logs contain

---

[66] ███████████████████████████ GOOG-HEWT-00438693 at -703

[67] As described earlier, distinct from RTB bid requests, Google also shares data with RTB participants through its cookie matching service. It is my understanding that ████████████ ███████████████████████████████████████) exist, but Google has not produced named plaintiff data from them (GOOG-HEWT-00450670 at -71). Google has produced "██████████████████████" (GOOG-HEWT-00455804), but they do not contain any information to identify the RTB participant or the publisher site/app where cookie matching actually occurred.

information about "█████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████" (GOOG-HEWT-
00295978 at -82).

94. While it seems that there is some overlap of information between ████ and ████ logs,
each contains some unique information about RTB auctions. Based on Google's series of
incremental named plaintiff data productions, it is my understanding that Google's named
plaintiff data production from ████ and ████ logs contains only a subset of data fields
that actually exist in the logs. Specifically, Google has thus far produced ████████
████████████████████████████████████████
████████████████████████████████████████
████████████.

95. Google maintains common processes and systems to log user data associated with Google
RTB auctions in ████ and ████ logs. Google uses these common processes and systems
for "████████" (GOOG-HEWT-00450610) and ████████" purposes (GOOG-HEWT-
00450670), as well as to ████████████████████████████████
████████████.

## VIII.  GOOGLE'S COMMON PROCESSES AND SYSTEMS FOR ASSOCIATING OR LINKING USER DATA SHARED IN GOOGLE RTB AUCTIONS WITH GOOGLE ACCOUNT HOLDERS

96. My review of Google's internal documents and certain depositions in this matter also
confirms that Google maintains common processes and systems by which it can associate
or link user data shared in Google RTB auctions with Google account holders, who are
identified through their unique Google Account ID, or ████ ID.

97. The information shared by Google with RTB participants in the RTB auctions can be
reasonably linked by Google to a Google account holder. While Google does not share

the ██████ ID in RTB bid requests, the Google User ID, which is the per-bidder encrypted [68] ████████ [69] ID, is shared. Google acknowledges in GOOG-HEWT-00283728 that ████████████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████,” which means Google has the ability for any particular bid request to link a ████████ ID to a ██████ ID – in real-time as part of the bidding process. Below I outline several ways in which Google can and does link the ██████████ ID to the ██████ [70] ID or vice-versa.

a. **Cookie jar:** Google simultaneously stores the ████████ ID and the ████████ ID in the browser's cookie jar in the DSID cookie and the IDE cookie, respectively. Google collects both ██████ and ██████ IDs in each transmission to Google (i.e., doubleclick.net), and hence can map ████████ to ██████ or vice-versa for signed-in Google account holders.



- GAIA ID for USER@gmail.com
- Biscotti ID # 1 (2515782358150873158)

b. **Conversion:** Google maps the ██████ ID to the ██████ ID to measure conversions. In a related matter, Google's technical expert acknowledged that "Conversions are measured through mapping a ██████ ID to a ██████i ID". [71] Thus, Google's existing infrastructure to measure conversions can be used to link the ██████ ID to the ██████ ID.

---

[68] Note that this encryption of the Biscotti ID only protects against different bidders joining callout data based on their respective Google User ID. It does not improve the privacy posture between Google and a bidder since there is a one-to-one mapping between the Biscotti ID and the Google User ID.

[69] The Biscotti ID is an identifier that is stored in the IDE cookie on doubleclick.net regardless of whether the user is signed-in or not signed-in to a Google account.

[70] GAIA ID (or Google account holder ID) is stored in cookies such as SID, HSID, and SSID on the google.com domain or DSID on the doubleclick.net domain when a user is signed-in to his or her Google account.

[71] *Brown v. Google*, Case 4:20-cv-03664-YGR; Document 666-21 (page 43; para 88).

c.  ████ Google operates a system called the "████████████████ that is capable of mapping the ████ ID to the ████ ID or vice-versa. GOOG-HEWT-00429432 at -438 describes that ████ is "████████████████████████████████████████████████████████████████████████████". GOOG-HEWT-00136159 at -94 describes that "████████████████████████████████████████████████████ Note that Google already uses ████ in its products that involve Google RTB such as "Display Ads Serving" and "Cookie Matching."

d.  ████: Google maintains "████" that can also be used to map the GAIA ID to the Biscotti ID. GOOG-HEWT-00429432 at -444 describes that "████████████████████████████████████████████████████████

- "████████████████████████████████████████████
  ████████.

- "████████████████████████████████████████
  ████.

e.  ████: GOOG-HEWT-00429432 at -451 describes that Google's ████████ also map "████████". GOOG-HEWT-00144103 at -167 further shows how ████████████████████████ ████████████████████.

f.  ████ Google routinely and uniformly stores the ████ IDs of Google account holders as well as the corresponding encrypted Biscotti IDs in various data logs called "████████" or "████s". These logs can be programmatically processed to construct a precise event-level timestamped map of ████ and ████ IDs that can then be used to link the ████ ID to the ████ ID or vice-versa, including tied to specific information shared through RTB.

43



i.  GOOG-HEWT-00429627 describes that "███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

ii.  GOOG-HEWT-00121265 at -68 describes that "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

iii.  The key is called the "███████████████ (GOOG-HEWT-00034829 at -31; GOOG-HEWT- 00136159 at -96). Google can use the ████████ to map the GAIA ID to the Biscotti ID for any Google account holder at any given point in time from the aforementioned logs.

g.  ████████████████: Google uses "████████████████████" to map a GAIA ID to various ████████. Note that in case a user uses multiple devices, each with one or more different ████████s, ████████████ is used to link "█████████████████████████████████████████" GOOG-HEWT-00429432 at -449; GOOG-HEWT-00470785). GOOG-HEWT-00472042 outlines an approach to "███████████████████████████████████████████████████████████". GOOG-HEWT-00019981 describes that █████████████████████████████████t. GOOG-HEWT-00109147 further explains that "███████████████████████████████." GOOG-HEWT-00474188 explains that Google combines "████████████████████████

44

██████████████). GOOG-HEWT-00472042 at -54 shows a ████-based ████████ graph that can link various ████ IDs to the user (███████)



**Figure 6: GOOG-HEWT-00472042 at -54**

98. Inspired by Google's own visualization in Figure 6, I describe a procedure in Figure 7 to link the ████-based Google User ID -- shared by Google with RTB participants -- to a Google account holder's ████████.

a. For Google account holders who are signed-in to their Google account, Google can directly link ████ ID and ████ ID. For the example scenario in Figure 7, this would be the red link between ████ ID 123 and ████ ID ABC established using of the seven ways listed above (cookie jar, conversion, ████████████████ ████████).

b. For Google account holders who are not currently signed-in to their Google account, Google can link the ████ ID to ████ ID directly or indirectly. For the example scenario in Figure 7, if the Google account holder is using the device with ████ ID 123, then Google can directly link the ████ ID 123 to the ████ ID ABC using the red link. If the Google account holder is using the device with ████ ID 456, then Google can indirectly link the ████ ID 456 to the ████ ID ABC indirectly by first

using the black link between the ▮▮▮ ID 456 and the ▮▮▮ ID 123 (established via ▮▮▮▮▮▮, which is then linked to the ▮▮▮ ID ABC using the red link.



**Figure 7: Illustration of how Google can link the ▮▮▮▮ ID shared in RTB auctions with Google account holders.**

## IX.  USER AND PUBLISHER CONTROLS ASSOCIATED WITH GOOGLE RTB AUCTIONS

99.  Google provides users and publishers with certain controls that may theoretically, in limited instances, impact the scope of the information shared in RTB auctions.  This would include user controls (by account or device), such as "non-personalized ads" or NPA and "limit ad tracking" or LAT, and publisher controls, such as "publisher settings list id."

100.   (GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-00481294).

101.  My review of the named plaintiff data confirms that for the almost ▮▮▮▮ bid requests for which Google has produced data so far,  (GOOG-HEWT-00455803; GOOG-HEWT-00456450; GOOG-HEWT-00481291; GOOG-HEWT-

00481294). Google has also not identified any publisher controls that would have impacted any of the named plaintiff data that has been produced to date.

102. Given the sheer volume of the bid requests Google RTB sends to RTB participants, even if we assume that the purported controls perfectly work, it is practically impossible for an active Google account holder to have completely avoided sharing of personal information throughout the class period.

*     *     *

Dated: July 14, 2023

/s/

Zubair Shafiq, Ph. D.

# EXHIBIT A

**TO THE EXPERT CLASS CERTIFICATION REPORT OF Z. SHAFIQ**

<u>**Exhibit A**</u>

*3043 Kemper Hall*
*Davis, CA, 95616 USA*
✉ *zubair@ucdavis.edu*
🌐 *www.cs.ucdavis.edu/~zubair*

# Zubair Shafiq

## Research Interests

Web Privacy, Internet Measurement, Internet Security, Computer Networks

## Professional Experience

2020– **Associate Professor**
Department of Computer Science, University of California-Davis

2014–2020 **Assistant Professor**
Department of Computer Science, University of Iowa

2009–2014 **Research Assistant**
Department of Computer Science and Engineering, Michigan State University

2013 **Research Intern**
IBM T. J. Watson Research Center

2012 **Research Intern**
Telefonica Research

2011 **Research Intern**
AT&T Labs – Research

2007-2009 **Research Engineer**
Next Generation Intelligent Networks Research Center, Pakistan

## Education

2009–2014 **Ph.D. Computer Science**
Department of Computer Science and Engineering, Michigan State University

2004–2008 **B.E. Electrical Engineering**
National University of Sciences & Technology (NUST), Pakistan

## Honors and Awards

2023 **Chancellor's Fellow**, University of California Davis

2020 **Research Highlights**, Communications of the ACM

2020 **Dean's Scholar Award**, University of Iowa

2018 **NSF Faculty Early Career Development (CAREER) Award**

2018 **Andreas Pfitzmann Best Student Paper Award**, Privacy Enhancing Technologies Symposium

2017 **Best Paper Award**, ACM Internet Measurement Conference

2015 **NSF CISE Research Initiation Initiative (CRII) Award**

2013 **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University

2012 **Best Paper Award**, IEEE International Conference on Network Protocols

2007, 2008 **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan

## Publications

**arXiv**  **The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain**
Yash Vekaria, Rishab Nithyanand, Zubair Shafiq
*arXiv:2210.06654*, 2022

**arXiv**  **Your Echos are Heard: Tracking, Profiling, and Ad Targeting in the Amazon Smart Speaker Ecosystem**
Umar Iqbal, Pouneh Nikkhah Bahrami, Rahmadi Trimananda, Hao Cui, Alexander Gamero-Garrido, Daniel Dubois, David Choffnes, Athina Markopoulou, Franziska Roesner, Zubair Shafiq
*arXiv:2204.10920*, 2022

**JOLT**  **A Scientific Approach to Tech Accountability**
Woodrow Hartzog, Scott Jordan, David Choffnes, Athina Markopoulou, Zubair Shafiq
*Beyond the FTC: The Future of Privacy Enforcement*, Harvard Journal of Law & Technology, in press

**PNAS**  **Auditing YouTube's Recommendation System for Ideologically Congenial, Extreme, and Problematic Recommendations**
Muhammad Haroon, Magdalena Wojcieszak, Anshuman Chhabra, Xin Liu, Prasant Mohapatra, Zubair Shafiq
*Proceedings of the National Academy of Sciences (PNAS)*, in press

**PETS**  **A Utility-Preserving Obfuscation Approach for YouTube Recommendations**
Jiang Zhang, Hadi Askari, Konstantinos Psounis, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2023

**PETS**  **Blocking JavaScript without Breaking the Web**
Abdul Haddi Amjad, Zubair Shafiq, Muhammad Ali Gulzar
*Privacy Enhancing Technologies Symposium*, 2023

**CCS**  **CookieGraph: Measuring and Countering First-Party Tracking Cookies**
Shaoor Munir, Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*ACM Conference on Computer and Communications Security*, 2023

**S&P**  **Accuracy-Privacy Trade-off in Deep Ensemble: A Membership Inference Perspective**
Shahbaz Rezaei, Zubair Shafiq, Xin Liu
*IEEE Symposium on Security & Privacy*, 2023

**USENIX Security**  **AutoFR: Automated Filter Rule Generation for Adblocking**
Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq
*USENIX Security Symposium*, 2023

**NDSS**  **Harpo: Learning to Subvert Online Behavioral Advertising**
Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2022

**USENIX Security**  **WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**
Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*USENIX Security Symposium*, 2022

**USENIX Security**  **Khaleesi: Breaker of Advertising and Tracking Request Chains**
Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq
*USENIX Security Symposium*, 2022

PETS **FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL **Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL **On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P **DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE **Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC **TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P **Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS **CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL **Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munir, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

ACL **A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P **AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS **CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

IoTDI    **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

PAM    **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

PETS    **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

PETS    **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

WWW    **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

WWW    **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019

WWW    **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

ASONAM    **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019

TDSC    **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

PETS    **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
<span style="color:red">**Andreas Pfitzmann Best Student Paper Award**</span>

NDSS    **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018

INFOCOM    **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018

TON    **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

IMC **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
<span style="color:red">Best Paper Award</span>
<span style="color:red">CACM Research Highlights 2020</span>

IMC **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017

SIGMETRICS **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017

PETS **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017

ICDM **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017

CHI **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017

ICDCS **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017

ICNP **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

**ICNP** — **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017

**ICWSM** — **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, Denver, 2017

**HT** — **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

**Networking** — **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
**Best Paper Award Candidate (3 nominations out of 43 accepted papers)**

**Networking** — **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017

**eCrime** — **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017

**ICNP** — **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016

**DSN** — **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016

**SIGMETRICS** — **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France, 2016

**ICDCS** — **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016

**INFOCOM** — **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016

**SIGSPATIAL** — **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco, 2016

**CIKM** — **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi Driver Revenue Efficiency**
Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu
*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016

TON    **Characterizing and Optimizing Cellular Network Performance during Crowded Events**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang
*IEEE/ACM Transactions on Networking*, 2016

SMP    **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**
G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*Social Media and Politics*, 2016

TMC    **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Transactions on Mobile Computing*, 2015

NSF/FCC QoE    **Tracking Mobile Video QoE in the Encrypted Internet**
Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

NSF/FCC QoE    **Bidirectional Crosslayer QoE Optimization**
Srikanth Sundaresan, Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

IMC    **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**
Emiliano De Cristofaro, Arik Friedmam, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2014

SIGMETRICS    **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**
Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS    **Revisiting Caching in Content Delivery Networks**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS    **A First Look at Cellular Network Performance during Crowded Events**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013

ICNP    **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE International Conference on Network Protocols*, 2013

CSCW    **Is News Sharing on Twitter Ideologically Biased?**
Jonathan Morgan, Cliff Lampe, Zubair Shafiq
*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013

ACM HotNets    **Cross-Path Inference Attacks on Multipath TCP**
Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu
*ACM Workshop on Hot Topics in Networks*, 2013

TON    **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE/ACM Transactions on Networking*, 2013

JSAC    **Identifying Leaders and Followers in Online Social Networks**
Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JSAC    **A Distributed Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

| | |
|---|---|
| JNSM | **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**<br>Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin<br>*Springer Journal of Network and Systems Management*, 2012 |
| ICNP | **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**<br>Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo<br>*IEEE International Conference on Network Protocols*, 2012<br><span style="color:red">Best Paper Award</span> |
| SIGMETRICS | **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012 |
| ICSE | **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**<br>Muhammad Shahzad, Zubair Shafiq, Alex X. Liu<br>*International Conference on Software Engineering*, Switzerland, 2012 |
| INFOCOM | **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*IEEE Conference on Computer Communications*, Orlando, 2012 |
| SIGMETRICS | **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011 |
| Networking | **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**<br>Zubair Shafiq, Alex X. Liu<br>*IFIP Networking*, Spain, 2011 |
| INFOCOM | **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**<br>Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha<br>*IEEE Conference on Computer Communications*, Spain, 2011 |
| RAID | **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**<br>Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq<br>*International Symposium On Recent Advances In Intrusion Detection*, France, 2009 |
| GECCO | **Evolvable Malware**<br>Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq<br>*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009 |
| CCS AISec | **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**<br>Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq<br>*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009 |
| KDD CSI | **Malware Detection using Statistical Analysis of Byte-Level File Content**<br>Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq<br>*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009 |

| | |
|---|---|
| VB | **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**<br>Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq<br>*Virus Bulletin*, Switzerland, 2009 |
| Elsevier | **Fuzzy Case Based Reasoning for Facial Expression Recognition**<br>Aasia Khanum, Muid Mufti, M. Y. Javed, Zubair Shafiq<br>*Elsevier Fuzzy Sets and Systems*, 2009 |
| EvoComNet | **A Comparative Study of Fuzzy Inference Systems, Neural Networks and Adaptive Neuro Fuzzy Inference Systems for Portscan Detection**<br>Zubair Shafiq, Muddassar Farooq, Syed Ali Khayam<br>*Applications of Evolutionary Computing, EvoComNet*, Italy, 2008 |
| DIMVA | **Embedded Malware Detection using Markov n-grams**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008 |
| GECCO | **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008 |

## Funding

### External Competitive Research Grants

| | |
|---|---|
| UC | **Auditing Compliance of Data Privacy Laws in California**<br>UC Partnerships in Computational Transformation<br>PI, Duration: 2022-2023, Total: $160,000, Share: $80,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Gene Tsudik (Co-PI: UC Irvine) |
| NSF-SaTC | **Defending against Emerging Stateless Web Tracking**<br>National Science Foundation<br>PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State) |
| CITRIS and the Banatao Institute | **Auditing the compliance of California consumer privacy regulations at scale**<br>Center for Information Technology Research in the Interest of Society (CITRIS)<br>Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000<br>Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis) |
| NSF-SaTC-Frontier | **Protecting Personal Data Flow on the Internet**<br>National Science Foundation<br>PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern) |
| NSF-CAREER | **Quality of Experience and Network Management in the Encrypted Internet**<br>National Science Foundation<br>PI, Duration: 2018-2023, Total: $500,000, Share: $500,000<br>Personnel: Zubair Shafiq (PI: UC Davis) |

NSF-SaTC **A Multi-Layer Learning Approach to Mobile Traffic Filtering**
National Science Foundation
PI, Duration: 2018-2021, Total: $500,000, Share: $250,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine)

NSF-SaTC **The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures**
National Science Foundation
PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000
Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside)

NSF-NeTS **Towards Scalable and Energy Efficient Cellular IoT Communication**
National Science Foundation
PI, Duration: 2016-2019, Total: $500,000, Share: $166,000
Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI)

NSF-SaTC **Multipath TCP Side Channel Vulnerabilities and Defenses**
National Science Foundation
PI, Duration: 2015-2018, Total: $500,000, Share: $167,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University)

NSF-NeTS **Towards Measurement and Optimization of Internet Video Quality of Experience**
National Science Foundation
PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000
Personnel: Zubair Shafiq (PI: Iowa)

DTL **Detection and Circumvention of Ad-Block Detectors**
Data Transparency Lab
PI, Duration: 2016-2017, Total: $56,000, Share: $28,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside)

## Internal Competitive Research Grants

Academic Senate **Socio-Computational Interventions to Mitigate Misinformation in Recommendations**
Noyce Foundation
PI, Duration: 2022-2023, Total: $25,000
Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2022-2023, Total: $236,000
Personnel: Zubair Shafiq (PI), Magdalena Wojcieszak (Co-PI)

Noyce **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2022-2023, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2021-2022, Total: $235,690
Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI)

Noyce **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

## Industry Grants and Unrestricted Gifts

Siemens PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

Siemens PI, Duration: 2019, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2018, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: Iowa)

Verizon PI, Duration: 2018, Total: $20,000, Share: $20,000
Personnel: Zubair Shafiq (PI: Iowa)

Minim PI, Duration: 2018, Total: $66,164, Share: $66,164
Personnel: Zubair Shafiq (PI: Iowa)

Siemens PI, Duration: 2017, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Nokia PI, Duration: 2017, Total: $53,200, Share: $53,200
Personnel: Zubair Shafiq (PI: Iowa)

Futurewei PI, Duration: 2017, Total: $100,384, Share: $100,384
Personnel: Zubair Shafiq (PI: Iowa)

Facebook PI, Duration: 2016, Total: $8,400, Share: $8,400
Personnel: Zubair Shafiq (PI: Iowa)

# Teaching

FYS **Big Data, Big Brother**
Winter 2023, University of California at Davis

ECS 289M **Network Security & Privacy**
Winter 2023, University of California at Davis

ECS 152A **Computer Networks**
Fall 2022, University of California at Davis

ECS 152A **Computer Networks**
Spring 2022, University of California at Davis

ECS 153 **Computer Security**
Winter 2022, University of California at Davis

| ECS 289M | **Data-Driven Security** |
| | Spring 2021, University of California at Davis |
| ECS 152B | **Computer Networks** |
| | Winter 2021, University of California at Davis |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2020, The University of Iowa |
| CS 4980 | **Online Advertising & Tracking** |
| | Fall 2019, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2019, The University of Iowa |
| CS 4980 | **Internet Measurement** |
| | Fall 2018, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2018, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2017, The University of Iowa |
| CS 4980 | **Network Security and Privacy** |
| | Fall 2016, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2016, The University of Iowa |
| CS 4980 | **Advanced Computer Networks** |
| | Fall 2015, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics** |
| | Spring 2015, The University of Iowa |
| CS 4980 | **Internet Measurement** |
| | Fall 2014, The University of Iowa |

## Students

### Doctorate

| 2022-current | Rajvardhan Oak |
| 2021-current | Muhammad Haroon |
| 2021-current | Pouneh Nikkhah Bahrami |
| 2021-current | Shaoor Munir |
| 2021-current | Yash Vekaria |
| 2021-current | Rong-Ching (Anna) Chang |
| 2021-current | Hadi Askari |
| 2016-2021 | Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington |
| 2015-2021 | Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks |
| 2015-2019 | Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research |

### Select Recent Masters Mentees

| 2021 | Mohammad Ismail Daud |
| 2021 | Sunshine Chong |

| | |
|---|---|
| 2021 | Rachit Dhamija |
| 2020 | Pouneh Nikkhah Bahrami |

## Select Recent Undergraduate Mentees

| | |
|---|---|
| 2023 | Patrick Lee |
| 2022 | Jake Smith |
| 2022 | Christina Phan |
| 2022 | Kev Rockwell |
| 2020-2022 | Kajal Patel (NSF REU) |
| 2020-2022 | Wanyue Zhai (graduate student at Stanford) |
| 2020-2022 | Ray Ngan (NSF REU) (industry: Palo Alto Networks) |
| 2020-2021 | Surya Konkimalla |
| 2020-2021 | Charles Nguyen (industry: Apple) |
| 2019-2021 | Charlie Wolfe (NSF REU) (industry: Apple) |
| 2021 | Caelan MacArthur (NSF DREU) |
| 2020-2021 | Taimur Kashif (NSF REU) (industry: VMWare) |
| 2019-2020 | Ashton Woiwood (NSF REU) |
| 2017 | Treyton Krupp (NSF REU) |
| 2015 | Mirza Besic |

## High School

| | |
|---|---|
| 2021 | Jayalakshmi Raffill |
| 2019 | Kathy Zhong |
| 2018 | Alice Martynova |
| 2017 | William Kim |
| 2016 | Brandon Wang |

---

# External Service

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2023, 2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE INFOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |
| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2024 |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'23), IEEE Symposium on Security & Privacy ("Oakland") |

| | |
|---|---|
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'22), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'23), Network and Distributed System Security Symposium (NDSS) |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'22), Network and Distributed System Security Symposium (NDSS) |
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |
| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-2019) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021, 2022) |

## Internal Service

| | |
|---|---|
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021-2023 |
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |
| Mentor | Summer Research Opportunities Program (SROP)<br>Graduate College, The University of Iowa, 2017 |

Mentor  Secondary Student Training Program (SSTP)
Belin-Blank Center, The University of Iowa, 2016-2019

## Patents

USPTO  Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq. Optimization of cellular network architecture
10484881  based on device type-specific traffic dynamics. November 2019

USPTO  Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq. Cellular Connection Sharing.
10420167  September 2019

## Expert Testimony & Reports

4:20-cv-05146  **Calhoun et al. v. Google LLC**

4:21-cv-02155  **In re Google RTB Consumer Privacy Litigation**

5:23-cv-02431  **In John Doe I et al. v. Google**

# EXHIBIT B

**TO THE EXPERT CLASS CERTIFICATION REPORT OF Z. SHAFIQ**

# Exhibit B

## CASE MATERIALS CONSIDERED

Consolidated Amended Class Action Complaint with Exhibits. ECF Nos. 92, 92-1

Transcript of December 13, 2022 deposition of Stanislav Belov

| | | |
|---|---|---|
| GOOG-HEWT-00292078 | GOOG-HEWT-00183673 | GOOG-HEWT-00429432 |
| GOOG-HEWT-00449351 | GOOG-HEWT-00257917 | GOOG-HEWT-00136159 |
| GOOG-HEWT-00403182 | GOOG-HEWT-00248341 | GOOG-HEWT-00144103 |
| GOOG-HEWT-00455803 | GOOG-HEWT-00134605 | GOOG-HEWT-00429627 |
| GOOG-HEWT-00456450 | GOOG-HEWT-00182250 | GOOG-HEWT-00121265 |
| GOOG-HEWT-00481291 | GOOG-HEWT-00481219 | GOOG-HEWT-00034829 |
| GOOG-HEWT-00481294 | GOOG-HEWT-00081680 | GOOG-HEWT-00470785 |
| GOOG-HEWT-00128521 | GOOG-HEWT-00144286 | GOOG-HEWT-00472042 |
| GOOG-HEWT-00000767 | GOOG-HEWT-00137234 | GOOG-HEWT-00019981 |
| GOOG-HEWT-00035713 | GOOG-HEWT-00472281 | GOOG-HEWT-00109147 |
| GOOG-HEWT-00456109 | GOOG-HEWT-00335599 | GOOG-HEWT-00474188 |
| GOOG-HEWT-00299372 | GOOG-HEWT-00358131 | |
| GOOG-HEWT-00185699 | GOOG-HEWT-00143821 | |
| GOOG-HEWT-00181720 | GOOG-HEWT-00247087 | |
| GOOG-HEWT-00182243 | GOOG-HEWT-00455543 | |
| GOOG-HEWT-00182255 | GOOG-HEWT-00455642 | |
| GOOG-HEWT-00071376 | GOOG-HEWT-00455549 | |
| GOOG-HEWT-00183574 | GOOG-HEWT-00455550 | |
| GOOG-HEWT-00157130 | GOOG-HEWT-00438693 | |
| GOOG-HEWT-00188123 | GOOG-HEWT-00439151 | |
| GOOG-HEWT-00144029 | GOOG-HEWT-00454586 | |
| GOOG-HEWT-00188275 | GOOG-HEWT-00295978 | |
| GOOG-HEWT-00456419 | GOOG-HEWT-00450670 | |
| GOOG-HEWT-00155042 | GOOG-HEWT-00455804 | |
| GOOG-HEWT-00156504 | GOOG-HEWT-00450610 | |
| GOOG-HEWT-00191932 | GOOG-HEWT-00283728 | |