# EXHIBIT 3

## REDACTED VERSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation,* | Case No. 4:21-cv-02155-YGR |
| This document applies to: *all actions* | |

**SUPPLEMENTAL EXPERT CLASS CERTIFICATION**
**REPORT OF PROFESSOR ZUBAIR SHAFIQ**

**NOVEMBER 8, 2024**

**REDACTED VERSION**

## <u>TABLE OF CONTENTS</u>

<u>**Page**</u>

I.      QUALIFICATIONS………………………………………..…………………..………1

II.     SUMMARY OF MY PRIOR REPORTS………………………………...…………….......1

III.    ASSIGNMENT……………………………………………………………………….…....5

IV.     SUMMARY OF OPINIONS………………………………………………….…………...6

V.      OVERVIEW AND ANALYSIS OF GOOGLE'S CLASS DATA………………….….…7

VI.     THE CLASS DATA CONFIRMS THAT THE PLAINTIFF DATA
        IS REPRESENTATIVE OF THE CLASS AS A WHOLE………………………………11

VII.    THE COMMON DATA FIELDS IN THE PLAINTIFF AND CLASS DATA
        CONTAIN ENOUGH INFORMATION AND ARE SUFFICIENTLY SPECIFIC
        TO ALLOW RTB PARTICIPANTS TO IDENTIFY, ASSOCIATE WITH,
        OR REASONABLY LINK THAT DATA TO A PARTICULAR
        USER OR HOUSEHOLD……………………………………………………..………14

VIII.   ALL CURRENTLY ACTIVE GOOGLE U.S. ACCOUNT HOLDERS ARE
        IMPACTED BY AND SUBJECT TO GOOGLE'S RTB AUCTION PRACTICES….....22

IX.     MY OPINIONS AND CONCLUSIONS SET FORTH IN THE SHAFIQ
        REPORT AND SHAFIQ REBUTTAL REPORT REMAIN UNCHANGED…….....…26

## I.    QUALIFICATIONS

1.    I previously submitted two expert reports in support of Plaintiffs' Motion for Class Certification, dated July 14 and November 29, 2023.[1] My expert qualifications are set forth in paragraphs 1-7 of the Shafiq Report and have not changed in any material way since the submission of that Report in July 2023. My updated curriculum vitae is attached hereto as **Exhibit A**.

2.    I continue to be retained by the counsel for plaintiffs as an expert in this matter and I submit this Supplemental Report in support of Plaintiffs' Renewed Motion for Class Certification. My hourly rate is $500. My fee is neither contingent on the results of this case nor contingent on the content of my Supplemental Report.

3.    The list of materials I received, reviewed, and relied upon for this Supplemental Report is set forth in **Exhibit B** hereto.

4.    I reserve the right to supplement and amend this Supplemental Report based on any additional materials made available to me.

## II.    SUMMARY OF MY PRIOR REPORTS

5.    My original assignment, reflected in paragraph 11 of the Shafiq Report, was to review documents, testimony, and data produced by Google pertaining to the seven named plaintiffs (the "Plaintiff data") in order to determine the following:

   a.    whether there are common data fields uniformly shared in all Google RTB auctions;

   b.    if so, whether these common data fields contain enough information and are sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household;

---

[1] Expert Class Certification Report of Professor Zubair Shafiq in Support of Plaintiffs' Motion for Class Certification, July 14, 2023 ("Shafiq Report") (ECF 545-5); Expert Class Certification Rebuttal Report of Professor Zubair Shafiq in Support of Plaintiffs' Motion for Class Certification, November 29, 2023 ("Shafiq Rebuttal Report") (ECF 616-5).

    c.   whether there are common processes or systems in place at Google to log Google account holder information and user data associated with Google RTB auctions;

    d.   whether there are common processes or systems that would allow Google to associate or link user data shared in Google RTB auctions with Google account holders; and

    e.   whether certain user and publisher controls impact the data fields shared in Google RTB auctions or Google's ability to associate or link those fields with Google account holders.

6.    Having completed my assignments, the opinions set forth in the Shafiq Report can be summarized as follows:

    a.   There is a common set of at least 60 data fields uniformly shared in all Google RTB auctions;

    b.   This common set of data fields contains enough information and is sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular users or household;

    c.   There are common processes and systems in place at Google to log Google account holder information and user data associated with Google RTB auctions;

    d.   There are common processes and systems by which Google can associate or link user data shared in Google RTB auctions with Google account holders; and

    e.   The Plaintiff data I reviewed did not indicate any user or publisher controls associated with Google's RTB auctions that would impact the data fields shared in RTB auctions or Google's ability to associate or link those fields with Google account holders.

7.    On September 29, 2023, Google submitted its response[2] to Plaintiffs' Motion for Class Certification, which included, among other materials, the reports of Google's experts Dr. Aaron Striegel, Dr. Konstantinos Psounis, and Mr. Bruce Deal; the declaration of Google employee Dr. Glenn Berntson; and related documents that addressed issues raised in the Shafiq Report.[3]

8.    My second assignment, reflected in paragraph 3 of the Shafiq Rebuttal Report, was to review and address certain assertions made in the Striegel Report, Psounis Report, Deal Report, and Berntson Declaration, including identifying and addressing those assertions that were factually wrong, misleading, and unsupported by the record.

9.    Having completed my second assignment, the opinions set forth in the Shafiq Rebuttal Report can be summarized as follows:

a.    Nothing in the Striegel Report, Psounis Report, Deal Report, or Berntson Declaration changed any of my opinions or conclusions.

b.    With respect to the Striegel Report, the assertions about variability in the data fields shared in RTB bid requests were flawed, misleading, and incorrect. Dr. Stiegel failed to analyze the same datasets as in my report, and his opinions contradicted his own analysis and supported my original conclusion. Dr Striegel's claims about the accuracy of location data shared in RTB bid requests were based on flawed assumptions about how RTB participants would use the shared information. His assertions about the representativeness of the Plaintiff

---

[2] Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification, September 29, 2023 (ECF 583).

[3] For ease of reference, I will use the following shorthand when referring to the Expert Report of Dr. Aaron Striegel in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification ("Striegel Report") (ECF 602-3); Expert Report of Dr. Konstantinos Psounis in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification ("Psounis Report") (ECF 584-4); Expert Report of Bruce Deal in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification ("Deal Report") (ECF 584-8); and the Declaration of Dr. Glenn Berntson in Support of Defendant Google LLC's Opposition to Plaintiffs' Motion for Class Certification ("Berntson Declaration") (ECF 592-1).

data were contradicted by Google's representations to the Court, my analysis, and peer-reviewed research, and his critique of my descriptions of RTB bid request examples was misleading. Dr. Striegel failed to analyze how a RTB participant would extrapolate from the data shared in RTB bid requests. His description of Google RTB suffered from several inaccuracies that reflect a lack of relevant expertise and experience.

c.   With respect to the Psounis Report, Dr. Psounis's assertions about variability of the data fields in RTB bid requests were based on the flawed Striegel analysis. Dr. Psounis did not do any analysis of his own and did not even look at the Plaintiff data. His assertions about identification of devices or users from individual or multiple RTB bid request fields were misleading and incorrect, and he ignored contradictory evidence from Google's internal documents cited in my original report. Dr. Psounis's assertions about reliability of combining location or browsing information across multiple bid requests were based on the flawed Striegel analysis, as well as a cherry-picked and misleading interpretation of peer-reviewed research. His assertions that RTB participants could not reliably link RTB data to a natural person or household were based on the flawed Striegel analysis and on unfounded assumptions about reliability. Dr. Psounis's assertion that entropy is not a suitable metric to assess identifiability risk was unsupported and contradicted by Google's own documents.

d.   With respect to the Deal Report, Mr. Deal made a misleading assertion that Google RTB was just like any other RTB, and he failed to recognize several unique data sharing features of Google RTB as compared to other RTB providers. His assertions about VPN usage and its impact on RTB were misleading, and Mr. Deal failed to recognize that VPN usage is a tiny fraction of overall Internet usage. Mr. Deal's assertion about whether using "blockers"

would present data sharing by Google RTB was misleading and wrong, as he failed to admit that Google pays the most popular adblockers, such as AdBlock Plus, for "whitelisting."

e.  With respect to the Berntson Declaration, Dr. Berntson's assertions that Google does not link GAIA and Biscotti and associated data ignored abundant evidence that I cited in my original report and were contradicted by his deposition testimony. His assertion that Google does not link data shared in RTB bid requests with Google account information was contradicted by abundant evidence that I cited in my original report and was contradicted by his deposition testimony.

## III.    ASSIGNMENT

10.    On April 4, 2024, the Court denied without prejudice Plaintiffs' Motion for Class Certification and directed plaintiffs to address two issues in a renewed motion for class certification: (1) whether the class, as defined, is fail safe and, if so, whether striking "personal information" from the definition would result in an overbroad class; and (2) whether the RTB data produced for the named plaintiffs is representative of the class as a whole. *See* ECF 690 at 2 (the "April Order").

11.    It is my understanding that subsequent, and in response, to the Court's April Order, Google agreed to produce certain class-wide data that plaintiffs previously had requested (the "Class data"). Between July 15 and September 17, 2024, Google produced the Class data, which is discussed in detail in Section V below.

12.    I was asked by plaintiffs' counsel to review and analyze the Class data to determine the following:

a.  whether the Class data is similar enough to the Plaintiff data previously produced such that the Plaintiff data is representative of the Class as whole;

b.  whether there are common data fields uniformly shared in the bid requests contained in the Class data;

c.  if so, whether these common data fields contain enough information and are sufficiently specific to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household;

d.  whether all currently active individual Google account holders subject to a U.S. Terms of Service are impacted by and subject to Google's RTB auction practices; and

e.  whether in light of my review and analysis of the Class data, I would modify or retract any of the opinions and conclusions set forth in my two prior reports (the Shafiq Report and the Shafiq Rebuttal Report).

## IV.    SUMMARY OF OPINIONS

13.    Having completed my review and analysis of the Class data recently produced by Google, and compared that data to the Plaintiff data previously produced by Google, my opinions are as follows:

a.  Of the 62 common data fields uniformly shared in the bid requests contained in the Plaintiff data, 58 of these common data fields also are uniformly shared in the bid requests contained in the Class data. *See* Section V below.

b.  The four data fields not uniformly shared in the bid requests contained in the Class data are immaterial to my overall analysis and conclusions because (i) these four data fields are still populated in the vast majority of the Class bid requests, and (ii) the information contained in these four data fields is repeated in other data fields that appear all of the time in the Class data. *See* Sections V and VI below.

c.  The Class data Google produced is similar enough to the Plaintiff data Google previously produced such that the Plaintiff data is representative of the Class as whole. *See* Section VI below.

d.  The common data fields in the Class data, like the Plaintiff data, contain enough information and are sufficiently specific to allow RTB participants to identify,

associate with, or reasonably link that data to a particular user or household. *See* Section VII below.

e.   Given the lack of any ability for Google U.S. account holders to opt out of Google's RTB auctions, and the scope and breadth of Google's RTB auction business, all currently active Google U.S. account holders are impacted by and subject to Google's RTB auction practices. *See* Section VIII below.

f.   In light of my review and analysis of the Class data, I would not modify or retract any of the opinions and conclusions set forth in my two prior reports (the Shafiq Report and the Shafiq Rebuttal Report). *See* Section IX below.

## V.    OVERVIEW AND ANALYSIS OF GOOGLE'S CLASS DATA

14.   On July 15, 2024, Google made available for download more than 120 terabytes of data responsive to plaintiffs' Request for Production No. 141, which sought the production of all Google RTB data fields similar to the data fields previously produced by Google for the named plaintiffs, but for all Google account holders subject to a U.S. Terms of Service for six ten-minute time segments on August 19, 2023,[4] February 10, 2023,[5] September 15, 2022,[6] March 23, 2022,[7] November 16, 2021,[8] and May, 10, 2021.[9]

15.   On August 7, 2024, Google produced an additional data file missing from the July 15, 2024 production, and on September 17, 2024, Google provided additional data with respect to the May 10, 2021 time segment.[10]

---

[4] GOOG-HEWT-00494736
[5] GOOG-HEWT-00494733
[6] GOOG-HEWT-00494730
[7] GOOG-HEWT-00494727
[8] GOOG-HEWT-00494724
[9] GOOG-HEWT-00494721
[10] plog_query_ids_2021_05_10. The May 10, 2021 time segment was missing GAIA ID information that would indicate whether a bid request corresponded to a signed-in or signed-out class member. Google did not produce GAIA IDs for signed-in class members for this time segment. Instead, Google produced the list of query IDs for bid requests that would have contained GAIA IDs for signed-in class members. Using the list of query IDs, I was able to ascertain the signed-in class members in the May 10, 2021 time segment.

16.   I conducted the same analysis of the Class data as I did of the Plaintiff data, which is set forth in paragraphs 35-42 of the Shafiq Report.

17.   With respect to the Class data, Google produced RTB auction data for all U.S. account holders for six ten-minute time segments. The Class data reflected in these six time segments includes almost ▮ billion individual bid requests. The results of my review and analysis are summarized in Table 1 below (by time segment) and discussed in the following paragraphs.



18.   For just the six ten-minute time segments for which Google produced Class data, there are more than ▮ billion individual ad opportunities (queries), resulting in almost ▮ billion bid requests being made by Google to almost three hundred RTB participants, many of which are located outside the United States. Because many RTB participants are themselves ad exchanges who then disseminate the bid requests to potentially hundreds more entities within their own ad exchanges, the number of "RTB participants" who actually received bid requests pertaining to the

Class data is almost certainly far higher than Google's bid records suggest.[11]

19.    The time segments for which Class data was produced total one hour. This means that Google shared information about its U.S. account holders with hundreds of RTB participants around the world on average more than ██ million times a minute (████████ bid requests shared per hour/60 minutes = ██████ bid requests shared per minute) and almost 1.2 trillion times a day (██████████ bid requests shared per hour x 24 hours = ██████████ bid requests shared per day).

20.    In the Shafiq Report, I noted that based on the number of named plaintiff RTB bid requests Google sent out over the eight-week period sampled (██ million), this averaged out to ████ bid requests a day, which, divided by the seven named plaintiffs, averaged out to ████ bid requests a day per plaintiff. *See* Shafiq Report, ¶¶ 35, 37; *see also* Shafiq Rebuttal Report, ¶ 37. While the manner in which Google produced the Class data for signed-out account holders makes it impossible for me to calculate the number of unique signed-out Google U.S. account holders reflected in the Class data (and therefore impossible to calculate a per account holder daily average), I was able to make this calculation for signed-in Google U.S. account holders based on my analysis of the five time segments for which Google produced GAIA IDs. In these five time segments, Google sent out, on average, more than ██ billion bid requests a day for signed-in account holders. There are more than ██ million unique GAIA IDs identified in these five time segments. This averages out to ████ bid requests a day per signed-in Google U.S. account holder. My expectation would be that the averages would be similar for signed-out Google U.S. account holders. In summary, I conclude that Google shares bid request data of both the named plaintiffs as well as other Google U.S. account holders thousands of times a day on average.

21.    Similar to the Plaintiff data, the RTB participants identified in the Class data include companies that might have a first-party relationship (e.g., an account with name, physical address, email address) with a Google U.S. account holder, such as Meta, LinkedIn (owned by

---

[11] Google's website, for example, identifies 2,051 different entities that may receive RTB bid requests in the United States. *See* https://developers.google.com/third-party-ads/adx-vendors.

Microsoft), and Amazon. As I stated in the Shafiq Report, these three companies are, along with Google itself, among the largest technology companies in the world. *See* Shafiq Report, ¶ 38.

22.     Also similar to the Plaintiff data, the RTB participants identified in the Class data include at least ███ companies located in at least ██ countries outside the United States.[12] This includes at least ██ companies based in ████████████, Baidu, ████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████.[13]

23.     For the named plaintiffs, my analysis found that sensitive categories of information, such as health status, race, religion, political affiliation, etc., were conveyed in more than ████████ bid requests over the eight weeks sampled. *See* Shafiq Report, ¶¶ 35, 40. For the Class, my analysis finds that sensitive categories of information were conveyed in more than one billion bid requests over the hour sampled.

24.     From the Plaintiff data, my analysis found that there were 62 RTB bid request data fields that were commonly included in all bid requests sent to RTB participants by Google.[14] *See* Shafiq Report, ¶ 42; Shafiq Rebuttal Report, ¶¶ 21-22 and Ex. B. For the Class data, my analysis finds that of those same 62 RTB bid request data fields identified in my two earlier Reports, 58 of the 62 fields are also commonly included in all Class bid requests sent to RTB participants by Google.

25.     The four data fields included in all the named plaintiff bid requests that are not

---

[12] The countries include ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████.

[13] The Hundreds of Little-Known Firms Getting Data on Americans https://www.vice.com/en/article/n7bdkq/hundreds-companies-bidstream-data-location-browsing

[14] For the purpose of my analyses of both the Plaintiff data and the Class data, I considered 98% and higher to be included in all bid requests. Virtually all of the fields I analyzed were actually at 100%.

included in all of the Class bid requests are "city" and "region" (two of the nine different location fields) and "model" and "brand" (two of the twelve different device fields). *See* Shafiq Report, ¶ 42(e-f). While not included in all the Class bid requests, these four fields are still present in the vast majority of the bid requests as follows: city (██%); region (██%); model (██%); and brand ██%).

26.    From the perspective of the RTB participant receiving the bid request data from Google, whether these four particular fields are present makes no substantive difference because the other seven location and ten device information fields that are present ██% of the time in the Class data provide all of the information a RTB participant would need to determine the city, region, model and brand associated with each particular bid request. For example, the city and region can be determined from the longitude and latitude fields (present ██% of the time in the Class data), and the model and brand can be determined from the user agent field (present ██% of the time in the Class data).

27.    In the Shafiq Report, I described many of the data fields that were commonly included in the Plaintiff data. *See* Shafiq Report, ¶ 42. These include: the unique Google User ID, which identifies the specific user and device (¶ 42(a)); Referrer, which is the specific URL of the website or app being visited or used (¶ 42(b)); IP address, which identifies the specific internet address of the account holder (¶ 42(c)); ██████████ which identifies the publisher of the website or app being visited or used (¶ 42(d)); nine different location data fields that provide accurate information about the location of the user (¶ 42(e)); twelve different device data fields that provide detailed information about the user's device (¶ 42(f)); and Detected Language, which identifies the language of the website or app being used or visited (¶ 42(g)). Except for the four data fields identified in paragraph 25 above, all these same data fields are present in the Class data, just like they are present in the Plaintiff data.

## VI.    THE CLASS DATA CONFIRMS THAT THE PLAINTIFF DATA IS REPRESENTATIVE OF THE CLASS AS A WHOLE

28.    Other than the four data fields identified in paragraph 25 above, the only other

difference between the Plaintiff data and the Class data is that the Plaintiff data consists entirely of signed-in data, since that is all that Google produced for the named plaintiffs, while the Class data includes both signed-in and signed-out data for U.S. account holders. However, as I explain below, this is a distinction without a difference because the same data fields are commonly present in both the signed-in and signed-out Class data.

29.    In the chart attached as Exhibit B to the Shafiq Rebuttal Report, I identified the 62 data fields commonly present in all the named plaintiff bid requests. *See* Shafiq Rebuttal Report, Ex. B at columns A (Shafiq Field Names) and B (Shafiq Percentage). Columns C, D and E of the chart show that Google's expert, Dr. Striegel, looked at the same 62 fields and came up with basically the same percentages that I did, with two exceptions for "device" and "brand," both of which still appeared in ██% of the bid requests according to Dr. Striegel. The final two columns in that chart (F and G) show the percentage of time these same 62 fields appeared in bid request data sent by Google to The Trade Desk and the New York Times, two RTB participants. Again, as reflected in the chart, all 62 fields are present in all the bid request data sent by Google to The Trade Desk and the New York Times.

30.    Attached as **Exhibit C** to this Report is a new version of the chart attached as Exhibit B to the Shafiq Rebuttal Report that has been updated to include the results of my analysis of the Class data. As reflected in Exhibit C, for 58 of the 62 fields listed on the chart, the fields are present in all ██ billion bid requests reflected in the Class data. The Class data in Exhibit C has been broken out by signed-in (Column H) and signed-out (Column I) data to show that the percentages are essentially the same for both signed-in and signed-out account holders.

31.    Because the same 58 data fields in the Class data are commonly populated in all bid requests sent to RTB participants, regardless of whether the individual Google U.S. account holder was signed-in or signed-out of their Google account at the time, the information about that account holder received by RTB participants would have been the same in either state (signed-in and signed-out). From the perspective of the RTB participants receiving the data from Google then, there is no distinction between signed-in and signed-out data.

32.     From Google's perspective, there is also no material difference between the signed-in and signed-out bid requests reflected in the Class data. As I explained in the Shafiq Report, if a Google U.S. account holder is signed-in to their Google account, Google can directly link that account holder's RTB bid request data to that account holder's Google account using the account holder's GAIA ID, which will be present for Google with the RTB bid request data. *See* Shafiq Report, ¶ 98(a). For Google U.S. account holders signed-out of their Google accounts, as I explained in the Shafiq Report, there are at least seven different ways in which Google can and does routinely link RTB bid request data with individual Google U.S. account holders' accounts. *See* Shafiq Report, ¶¶ 96-98.

33.     The fact that Google can routinely link RTB bid request data to Google account holders even when they are signed-out is also reflected in the Class data production. Google RTB is not limited to Google account holders, and anyone using the internet may be subject to having their data shared and sold in Google RTB auctions. It is my understanding that what Google produced in the Class data, though, was limited to Google *U.S.* account holders because that is all plaintiffs requested, not everyone using the internet.[15] For those Google account holders who were signed-in, this would have been a straightforward task for Google, since the GAIA ID would be associated with those bid requests. But for signed-out account holders, how was Google able to distinguish between Google account holders who were signed-out and non-Google account holders? The fact that Google was able to do so - because it only produced bid request data for U.S. account holders - confirms that Google is in fact able to routinely link RTB bid request data to Google accounts, even for signed-out account holders, because it did that ██ billion times when it produced the Class data.[16]

34.     In light of all the similarities between the Plaintiff data and the Class data, and in light of the fact that the two differences discussed above (four data fields with different percentages

---

[15] *See* Further Declaration of Elizabeth C. Pritzker in Support of Plaintiffs' Renewed Motion for Class Certification, ¶¶ 12, 15.

[16] This represents the total number of signed-out bid requests on behalf of Google U.S. account holders in the Class data (████████) that were sent out by Google to RTB participants.

and the Class data including both signed-in and signed-out data) are ultimately immaterial to both RTB participants receiving the bid requests from Google and to Google itself, it is my opinion that the Plaintiff data and the Class data are essentially the same for the purposes of this case and, therefore, the Plaintiff data is in fact representative of the Class as a whole.

## VII. THE COMMON DATA FIELDS IN THE PLAINTIFF AND CLASS DATA CONTAIN ENOUGH INFORMATION AND ARE SUFFICIENTLY SPECIFIC TO ALLOW RTB PARTICIPANTS TO IDENTIFY, ASSOCIATE WITH, OR REASONABLY LINK THAT DATA TO A PARTICULAR USER OR HOUSEHOLD

35.    In the Shafiq Report, I explained why the data shared in the bid requests associated with the named plaintiffs was broad in scope and why all these bid requests commonly included enough information and were specific enough to allow RTB participants to identify, associate with, or reasonably link that data to a particular user or household. *See* Shafiq Report, ¶¶ 42, 44-89.

36.    First, I showed how, looking at the bid requests, an RTB participant would be able to see what webpage or app each named plaintiff was looking at (some of which was highly personal) (*see id.* at ¶¶ 42(b), 46), where each named plaintiff lived and worked (*see id.* at ¶¶ 42(e), 46), and what device each named plaintiff was using) (*see id.* at ¶¶ 42(f), 46).

37.    Second, I quoted from dozens of internal Google documents in which Google employees acknowledged the broad scope and personal nature of the data being shared in RTB bid requests. *See* Shafiq Report, ¶¶ 47-68.

38.    Third, I cited dozens of peer-reviewed studies showing how entropy and fingerprinting is regularly used in connection with RTB auctions to identify and then track individuals across the internet, including by Google itself. *See* Shafiq Report, ¶¶ 69-87.

39.    Fourth, and finally, I explained how RTB participants with a first-party relationship with Google account holders, such as Meta, Amazon, and LinkedIn, can easily link the information shared in RTB bid requests to a natural person or household, and how RTB participants without a first-party relationship with Google account holders can use identity resolution services, which use identity graphs, to match the bid request data to a natural person or household. *See* Shafiq Report,

¶ 88.

40.     The Court reviewed my analysis of the Plaintiff data, along with Professor Wilson's analysis in his Report (*see* ECF 545-6 at ¶¶ 50-79), and concluded that the Plaintiff data was "uniformly personally identifying." April Order at 16.

41.     In my opinion, the Court's finding that the Plaintiff data is uniformly personally identifying is equally applicable to the Class data for the following reasons: (a) the Class data includes essentially all of the same data fields as the Plaintiff data in the same percentages; (b) the Class data is being sent to the same (or more) RTB bid participants as the Plaintiff data; (c) the Class data is being sent to the same (or more) countries as the Plaintiff data; (d) the Class Data is being sent in similar volumes as the Plaintiff data (thousands of time per-person per-day); and (e) the Class data is being sent using the same protocols and processes as the Plaintiff data. [17] In sum, there are no material differences between the two data sets.

42.     In the Shafiq Report, I took one bid request for each of the named plaintiffs and described all of the information that an RTB participant could obtain from just the one bid request. *See* Shafiq Report, ¶ 46. Below is a similar analysis of two bid requests taken from each of the six time segments sampled for the Class. Six of the twelve examples are for signed-in account holders while the other six are for signed-out account holders.

43.     As with the named plaintiff examples, all six of the signed-in Class data examples share extensive information about the Google U.S. account holder who is the subject of the bid request, as follows:

      a.  <u>Example from August 19, 2023 time segment</u>: The RTB participant Amazon US would be able to ascertain the following from just this one bid request for a class member with GAIA ID ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮: identifiers ▮▮▮▮▮▮▮▮

---

[17] As reflected in the Court's April Order, and as Google has conceded, "[t]he RTB protocol is identical for every one of its billions of daily bids." April Order at 12.



   b. <u>Example from February 10, 2023 time segment</u>: The RTB participant

would be able to ascertain the following from just this

one    bid    request    for    a    class    member    with    GAIA    ID

identifiers (

   c. <u>Example from September 15, 2022 time segment</u>: The RTB participant

would be able to ascertain the following from just this

one    bid    request    for    a    class    member    with    GAIA    ID



identifiers

d. <u>Example from March 23, 2022 time segment</u>: The RTB participant

would be able to ascertain the following from just this one bid

request    for    a    class    member    with    GAIA    ID



: identifiers

e. <u>Example from November 16, 2021 time segment</u>: The RTB participant

would be able to ascertain the following from just this one

bid    request    for    a    class    member    with    GAIA    ID

identifiers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

f.  <u>Example from May 10, 2021 time segment</u>: The RTB participant ▮▮▮▮

would be able to ascertain the following from just this one bid request for a

signed-in class member:[18] identifiers ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮ ▮ ▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮ ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮



44.    As with the named plaintiff examples, all six of the signed-out Class data examples

share extensive information about the Google U.S. account holder who is the subject of the bid

---

[18] Recall from above that Google did not produce GAIA IDs for the May 10, 2021 time segment.

request, as follows:

    a.  <u>Example from August 19, 2023</u>: The RTB participant ███████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID ████████████ identifiers

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████

    b.  <u>Example from February 10, 2023 time segment</u>: The RTB participant ██████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID 2███████ identifiers (█████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████
██████████████████████

c. <u>Example from September 15, 2022 time segment</u>: The RTB participant ████████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID 2████████████

identifiers ████████████████████████████



d. <u>Example from March 23, 2022 time segment</u>: The RTB participant ████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID ████████████

identifiers (████████████████████████



e. <u>Example from November 16, 2021 time segment</u>: The RTB participant ███████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID ████████████ identifiers ██████████████████████



f. <u>Example from May, 10, 2021 time segment</u>: The RTB participant ███████ would be able to ascertain the following from just this one bid request for a class member with Biscotti ID ████████████ identifiers ██████████████████████



## VIII.  ALL CURRENTLY ACTIVE GOOGLE U.S. ACCOUNT HOLDERS ARE IMPACTED BY AND SUBJECT TO GOOGLE'S RTB AUCTION PRACTICES

45.     I understand that in their Renewed Motion for Class Certification, plaintiffs are seeking to certify a class consisting of all individual Google account holders subject to a Google U.S. Terms of Service who have an active Google account. According to Google, an "active" Google account is an account that has been used at any time in the past two years.[19]

46.     In my opinion, all Google U.S. account holders with an active Google account, meaning they have used their account (and necessarily the internet) within the past two years, would be impacted by and subject to Google's RTB auction practices. The bases for my opinion are set forth below.

47.     As an initial matter, Google RTB is inescapable because, as Google has conceded, "there is currently no way for users to stop Google from selling information about their unique IDs, location, and browsing history through the billions of RTB bids exchanged every single day with hundreds of RTB participants from all around the world." April Order at 25-26.

48.     Google RTB is not only inescapable; it is also ubiquitous across the internet. According to one recent source, Google RTB is used on 15.6 million different websites and more than 1.6 million different apps in the United States.[20] This is borne out in the Class data. In just the one-hour time period sampled in the Class data, ██████ unique website domains and ██████ unique apps were visited by Google U.S. account holders.

49.     Aside from the sheer number of websites and apps that use Google RTB, it is also inescapable and ubiquitous because it is present on virtually all of the popular and most used websites and apps in the United States.

50.     In order to avoid being exposed to Google RTB, a Google U.S. account holder

---

[19] A Google account "that is in use is considered active." *See* https://support.google.com/accounts/answer/12418290?hl=en&ref_topic=7189311&sjid=1247423837422873171-NC.  An inactive Google account is "an account that has not been used within a 2-year period." *Id.*
[20] *See* Dr. Johnny Ryan and Wolfie Christl, *America's Hidden Security Crisis*, Irish Council for Civil Liberties (Nov. 14, 2023), p. 7 and fns.15 and 16.

would have to avoid, among millions of others, the following popular websites and apps, all of which appear in the Class data:

### News



### Entertainment





**Sports**



**Weather**



**Religion**



**Health**





**<u>Shopping</u>**



**Real Estate**



**Travel**



51.     In light of these facts, it is my opinion that any Google U.S. account holder with an active account who used the internet over the past two years almost certainly was subject to and impacted by Google's RTB auction practices.

## IX.     MY OPINIONS AND CONCLUSIONS SET FORTH IN THE SHAFIQ REPORT AND SHAFIQ REBUTTAL REPORT REMAIN UNCHANGED

52.     My analysis of the Class data and comparison of the Class data to the Plaintiff data confirms all of the opinions and conclusions set forth in my two prior reports.

*     *     *

Dated: November 8, 2024

_/s/_ _____

Zubair Shafiq, Ph.D.

# EXHIBIT A

**TO THE SUPPLEMENTAL EXPERT CLASS CERTIFICATION
REPORT OF PROFESSOR ZUBAIR SHAFIQ**

**NOVEMBER 8, 2024**

# Zubair Shafiq

*3043 Kemper Hall*
*Davis, CA, 95616 USA*
✉ *zubair@ucdavis.edu*
🌐 *www.cs.ucdavis.edu/˜zubair*

## Research Interests

Web Privacy, Internet Measurement, Internet Security, Computer Networks

## Professional Experience

| | |
|---|---|
| 2020– | **Associate Professor** |
| | Department of Computer Science, University of California-Davis |
| 2014–2020 | **Assistant Professor** |
| | Department of Computer Science, University of Iowa |
| 2009–2014 | **Research Assistant** |
| | Department of Computer Science and Engineering, Michigan State University |
| 2013 | **Research Intern** |
| | IBM T. J. Watson Research Center |
| 2012 | **Research Intern** |
| | Telefonica Research |
| 2011 | **Research Intern** |
| | AT&T Labs – Research |
| 2007-2009 | **Research Engineer** |
| | Next Generation Intelligent Networks Research Center, Pakistan |

## Education

| | |
|---|---|
| 2009–2014 | **Ph.D. Computer Science** |
| | Department of Computer Science and Engineering, Michigan State University |
| 2004–2008 | **B.E. Electrical Engineering** |
| | National University of Sciences & Technology (NUST), Pakistan |

## Honors and Awards

| | |
|---|---|
| 2024 | **Distinguished Artifact Award** ACM Conference on Computer and Communications Security |
| 2024 | **Caspar Bowden Award**, Runner-up for Outstanding Research in Privacy Enhancing Technologies |
| 2023 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2023 | **Chancellor's Fellow**, University of California Davis |
| 2020 | **Research Highlights**, Communications of the ACM |
| 2020 | **Dean's Scholar Award**, University of Iowa |
| 2018 | **NSF Faculty Early Career Development (CAREER) Award** |
| 2018 | **Andreas Pfitzmann Award**, Best Student Paper at Privacy Enhancing Technologies Symposium |
| 2017 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2015 | **NSF CISE Research Initiation Initiative (CRII) Award** |
| 2013 | **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University |

2012    **Best Paper Award**, IEEE International Conference on Network Protocols

2007, 2008    **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan

## Publications

ICWSM    **Towards Characterizing and Detecting Incentivized Reviews on eCommerce Platforms**
Rajvardhan Oak, Zubair Shafiq
*AAAI International Conference on Web and Social Media*, 2025

IMC    **Watching TV with the Second-Party: A First Look at Automatic Content Recognition Tracking in Smart TVs**
Gianluca Anselmi, Yash Vekaria, Alexander D'Souza, Patricia Callejo, Anna Maria Mandalari, Zubair Shafiq
*ACM Internet Measurement Conference*, 2024

CCS    **Blocking Tracking JavaScript at the Function Granularity**
Abdul Haddi Amjad, Shaoor Munir, Zubair Shafiq, Muhammad Ali Gulzar
*ACM Conference on Computer and Communications Security*, 2024

USENIX    **PURL: Safe and Effective Sanitization of Link Decoration**
Security    Shaoor Munir, Patrick Lee, Umar Iqbal, Zubair Shafiq, Sandra Siby
*USENIX Security Symposium*, 2024

JETLaw    **Google's Chrome Antitrust Paradox**
Shaoor Munir, Konrad Kollnig, Anastasia Shuba, Zubair Shafiq
*Vanderbilt Journal of Entertainment and Technology Law*, 2024

IMWUT/    **Aragorn: A Privacy-Enhancing System for Mobile Cameras**
UbiComp    Hari Venugopalan, Zainul Abi Din, Trevor Carpenter, Jason Lowe-Power, Sam King, Zubair Shafiq
*ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies*, 2024

CHI    **Understanding Underground Incentivized Review Services**
Rajvardhan Oak, Zubair Shafiq
*ACM Conference on Human Factors in Computing Systems*, 2024

S&P    **The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain**
Yash Vekaria, Rishab Nithyanand, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2024

JOLT    **A Scientific Approach to Tech Accountability**
Woodrow Hartzog, Scott Jordan, David Choffnes, Athina Markopoulou, Zubair Shafiq
*Beyond the FTC: The Future of Privacy Enforcement*, Harvard Journal of Law & Technology, 2023

PNAS    **Auditing YouTube's Recommendation System for Ideologically Congenial, Extreme, and Problematic Recommendations**
Muhammad Haroon, Magdalena Wojcieszak, Anshuman Chhabra, Xin Liu, Prasant Mohapatra, Zubair Shafiq
*Proceedings of the National Academy of Sciences (PNAS)*, 2023

IMC    **Tracking, Profiling, and Ad Targeting in the Alexa Echo Smart Speaker Ecosystem**
Umar Iqbal, Pouneh Nikkhah Bahrami, Rahmadi Trimananda, Hao Cui, Alexander Gamero-Garrido, Daniel Dubois, David Choffnes, Athina Markopoulou, Franziska Roesner, Zubair Shafiq
*ACM Internet Measurement Conference*, 2023
<span style="color:red">Best Paper Award</span>

PETS    **A Utility-Preserving Obfuscation Approach for YouTube Recommendations**
Jiang Zhang, Hadi Askari, Konstantinos Psounis, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2023

PETS    **Blocking JavaScript without Breaking the Web**
Abdul Haddi Amjad, Zubair Shafiq, Muhammad Ali Gulzar
*Privacy Enhancing Technologies Symposium*, 2023

CCS    **CookieGraph: Measuring and Countering First-Party Tracking Cookies**
Shaoor Munir, Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*ACM Conference on Computer and Communications Security*, 2023

S&P    **Accuracy-Privacy Trade-off in Deep Ensemble: A Membership Inference Perspective**
Shahbaz Rezaei, Zubair Shafiq, Xin Liu
*IEEE Symposium on Security & Privacy*, 2023

USENIX
Security    **AutoFR: Automated Filter Rule Generation for Adblocking**
Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq
*USENIX Security Symposium*, 2023

NDSS    **Harpo: Learning to Subvert Online Behavioral Advertising**
Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2022

USENIX
Security    **WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**
Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*USENIX Security Symposium*, 2022

USENIX
Security    **Khaleesi: Breaker of Advertising and Tracking Request Chains**
Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq
*USENIX Security Symposium*, 2022

PETS    **FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL    **Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL    **On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P    **DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE    **Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC    **TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P   **Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS   **CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL   **Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munirl, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

IMC   **Understanding Incentivized Mobile App Installs on Google Play Store**
Shehroze Farooqi, Alvaro Feal, Tobias Lauinger, Damon McCoy, Zubair Shafiq, Narseo Vallina-Rodriguez
*ACM Internet Measurement Conference*, 2020

ACL   **A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P   **AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS   **CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS   **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS   **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

IoTDI   **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

PAM   **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

PETS   **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

PETS   **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

WWW   **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

WWW **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019

WWW **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

ASONAM **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019

TDSC **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

PETS **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
<span style="color:red">Andreas Pfitzmann Best Student Paper Award</span>

NDSS **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018

INFOCOM **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018

TON **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

IMC **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
<span style="color:red">Best Paper Award</span>
<span style="color:red">CACM Research Highlights 2020</span>

IMC **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017

SIGMETRICS **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017

PETS **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017

ICDM **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017

CHI **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017

ICDCS **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017

ICNP **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICWSM **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, 2017

HT **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

Networking **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
**Best Paper Award Candidate (3 nominations out of 43 accepted papers)**

Networking **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017

eCrime **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017

ICNP **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016

DSN **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016

SIGMETRICS **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France, 2016

ICDCS **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016

INFOCOM **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016

SIGSPATIAL **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco, 2016

CIKM **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi Driver Revenue Efficiency**
Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu
*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016

TON **Characterizing and Optimizing Cellular Network Performance during Crowded Events**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang
*IEEE/ACM Transactions on Networking*, 2016

SMP **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**
G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*Social Media and Politics*, 2016

TMC **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Transactions on Mobile Computing*, 2015

NSF/FCC **Tracking Mobile Video QoE in the Encrypted Internet**
QoE Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

NSF/FCC **Bidirectional Crosslayer QoE Optimization**
QoE Srikanth Sundaresan, Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

IMC **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**
Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2014

SIGMETRICS **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**
Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

| | |
|---|---|
| SIGMETRICS | **Revisiting Caching in Content Delivery Networks**<br>Zubair Shafiq, Alex X. Liu, Amir Khakpour<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014 |
| SIGMETRICS | **A First Look at Cellular Network Performance during Crowded Events**<br>Zubair Shafiq, Alex X. Liu, Amir Khakpour<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013 |
| ICNP | **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**<br>Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha<br>*IEEE International Conference on Network Protocols*, 2013 |
| CSCW | **Is News Sharing on Twitter Ideologically Biased?**<br>Jonathan Morgan, Cliff Lampe, Zubair Shafiq<br>*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013 |
| ACM HotNets | **Cross-Path Inference Attacks on Multipath TCP**<br>Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu<br>*ACM Workshop on Hot Topics in Networks*, 2013 |
| TON | **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*IEEE/ACM Transactions on Networking*, 2013 |
| JSAC | **Identifying Leaders and Followers in Online Social Networks**<br>Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha<br>*IEEE Journal on Selected Areas in Communications*, 2013 |
| JSAC | **A Distributed Algorithm for Identifying Information Hubs in Social Networks**<br>Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha<br>*IEEE Journal on Selected Areas in Communications*, 2013 |
| JNSM | **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**<br>Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin<br>*Springer Journal of Network and Systems Management*, 2012 |
| ICNP | **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**<br>Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo<br>*IEEE International Conference on Network Protocols*, 2012<br><span style="color:red">**Best Paper Award**</span> |
| SIGMETRICS | **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012 |
| ICSE | **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**<br>Muhammad Shahzad, Zubair Shafiq, Alex X. Liu<br>*International Conference on Software Engineering*, Switzerland, 2012 |
| INFOCOM | **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*IEEE Conference on Computer Communications*, Orlando, 2012 |

SIGMETRICS  **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011

Networking  **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**
Zubair Shafiq, Alex X. Liu
*IFIP Networking*, Spain, 2011

INFOCOM  **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Conference on Computer Communications*, Spain, 2011

RAID  **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**
Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq
*International Symposium On Recent Advances In Intrusion Detection*, France, 2009

GECCO  **Evolvable Malware**
Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009

CCS AISec  **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**
Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq
*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009

KDD CSI  **Malware Detection using Statistical Analysis of Byte-Level File Content**
Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq
*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009

VB  **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**
Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq
*Virus Bulletin*, Switzerland, 2009

Elsevier  **Fuzzy Case Based Reasoning for Facial Expression Recognition**
Aasia Khanum, Muid Mufti, M. Y. Javed, Zubair Shafiq
*Elsevier Fuzzy Sets and Systems*, 2009

EvoComNet  **A Comparative Study of Fuzzy Inference Systems, Neural Networks and Adaptive Neuro Fuzzy Inference Systems for Portscan Detection**
Zubair Shafiq, Muddassar Farooq, Syed Ali Khayam
*Applications of Evolutionary Computing, EvoComNet*, Italy, 2008

DIMVA  **Embedded Malware Detection using Markov n-grams**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008

GECCO  **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008

## Funding

### External Competitive Research Grants

NSF-SaTC-EAGER
**News and Public Affairs Information**
National Science Foundation
PI, Duration: 2024-2026, Total: $300,000, Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

UC
**Auditing Compliance of Data Privacy Laws in California**
UC Partnerships in Computational Transformation
PI, Duration: 2022-2023, Total: $160,000, Share: $80,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Gene Tsudik (Co-PI: UC Irvine)

NSF-SaTC
**Defending against Emerging Stateless Web Tracking**
National Science Foundation
PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000
Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State)

CITRIS and the Banatao Institute
**Auditing the compliance of California consumer privacy regulations at scale**
Center for Information Technology Research in the Interest of Society (CITRIS)
Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000
Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis)

NSF-SaTC-Frontier
**Protecting Personal Data Flow on the Internet**
National Science Foundation
PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern)

NSF-CAREER
**Quality of Experience and Network Management in the Encrypted Internet**
National Science Foundation
PI, Duration: 2018-2023, Total: $500,000, Share: $500,000
Personnel: Zubair Shafiq (PI: UC Davis)

NSF-SaTC
**A Multi-Layer Learning Approach to Mobile Traffic Filtering**
National Science Foundation
PI, Duration: 2018-2021, Total: $500,000, Share: $250,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine)

NSF-SaTC
**The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures**
National Science Foundation
PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000
Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside)

NSF-NeTS
**Towards Scalable and Energy Efficient Cellular IoT Communication**
National Science Foundation
PI, Duration: 2016-2019, Total: $500,000, Share: $166,000
Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI)

NSF-SaTC    **Multipath TCP Side Channel Vulnerabilities and Defenses**
National Science Foundation
PI, Duration: 2015-2018, Total: $500,000, Share: $167,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University)

NSF-NeTS    **Towards Measurement and Optimization of Internet Video Quality of Experience**
National Science Foundation
PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000
Personnel: Zubair Shafiq (PI: Iowa)

DTL    **Detection and Circumvention of Ad-Block Detectors**
Data Transparency Lab
PI, Duration: 2016-2017, Total: $56,000, Share: $28,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside)

### Internal Competitive Research Grants

Academic Senate    **Socio-Computational Interventions to Mitigate Misinformation in Recommendations**
Noyce Foundation
PI, Duration: 2022-2023, Total: $25,000
Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

Noyce    **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2022-2023, Total: $236,000
Personnel: Zubair Shafiq (PI), Magdalena Wojcieszak (Co-PI)

Noyce    **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2022-2023, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

Noyce    **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2021-2022, Total: $235,690
Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI)

Noyce    **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF    **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann    **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

### Industry Grants and Unrestricted Gifts

Siemens    PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

| | |
|---|---|
| Siemens | PI, Duration: 2019, Total: $30,000, Share: $30,000<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Siemens | PI, Duration: 2018, Total: $60,000, Share: $60,000<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Verizon | PI, Duration: 2018, Total: $20,000, Share: $20,000<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Minim | PI, Duration: 2018, Total: $66,164, Share: $66,164<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Siemens | PI, Duration: 2017, Total: $30,000, Share: $30,000<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Nokia | PI, Duration: 2017, Total: $53,200, Share: $53,200<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Futurewei | PI, Duration: 2017, Total: $100,384, Share: $100,384<br>Personnel: Zubair Shafiq (PI: Iowa) |
| Facebook | PI, Duration: 2016, Total: $8,400, Share: $8,400<br>Personnel: Zubair Shafiq (PI: Iowa) |

## Teaching

| | |
|---|---|
| ECS 289M | **Topics in Privacy**<br>Spring 2024, University of California at Davis |
| ECS 188 | **Ethics in an Age of Technology**<br>Winter 2024, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Fall 2023, University of California at Davis |
| FYS | **Big Data, Big Brother**<br>Winter 2023, University of California at Davis |
| ECS 289M | **Network Security & Privacy**<br>Winter 2023, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Fall 2022, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Spring 2022, University of California at Davis |
| ECS 153 | **Computer Security**<br>Winter 2022, University of California at Davis |
| ECS 289M | **Data-Driven Security**<br>Spring 2021, University of California at Davis |
| ECS 152B | **Computer Networks**<br>Winter 2021, University of California at Davis |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2020, The University of Iowa |
| CS 4980 | **Online Advertising & Tracking**<br>Fall 2019, The University of Iowa |

CS 2620  **Networking & Security for Informatics**
Spring 2019, The University of Iowa

CS 4980  **Internet Measurement**
Fall 2018, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2018, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2017, The University of Iowa

CS 4980  **Network Security and Privacy**
Fall 2016, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2016, The University of Iowa

CS 4980  **Advanced Computer Networks**
Fall 2015, The University of Iowa

CS 2620  **Networking & Security for Informatics**
Spring 2015, The University of Iowa

CS 4980  **Internet Measurement**
Fall 2014, The University of Iowa

## Students

### Doctorate

| | |
|---|---|
| 2024-current | Muhammad Jazlan |
| 2022-current | Rajvardhan Oak |
| 2021-current | Pouneh Nikkhah Bahrami |
| 2021-current | Shaoor Munir |
| 2021-current | Yash Vekaria |
| 2021-current | Hari Venugopalan (co-advised with Sam King) |
| 2016-2021 | Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington |
| 2015-2021 | Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks |
| 2015-2019 | Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research |

### Select Recent Masters Mentees

| | |
|---|---|
| 2021 | Mohammad Ismail Daud |
| 2021 | Sunshine Chong |
| 2021 | Rachit Dhamija |
| 2020 | Pouneh Nikkhah Bahrami |
| 2018 | Daniel Zhou |
| 2016-2017 | Sai Kalyan Moguloju |

### Select Recent Undergraduate Mentees

| | |
|---|---|
| 2024 | Jonathan Levitsky |
| 2023 | Divya Raj |
| 2023 | Shuaib Ahmed |
| 2023 | Ryan Swift |

| 2023 | Tangbaihe (Mona) Wang |
|------|------------------------|
| 2023 | Patrick Lee |
| 2022 | Jake Smith |
| 2022 | Christina Phan |
| 2022 | Kev Rockwell |
| 2020-2022 | Kajal Patel (NSF REU) |
| 2020-2022 | Wanyue Zhai (graduate student at Stanford) |
| 2020-2022 | Ray Ngan (NSF REU) (industry: Palo Alto Networks) |
| 2020-2021 | Surya Konkimalla |
| 2020-2021 | Charles Nguyen (industry: Apple) |
| 2019-2021 | Charlie Wolfe (NSF REU) (industry: Apple) |
| 2021 | Caelan MacArthur (NSF DREU) |
| 2020-2021 | Taimur Kashif (NSF REU) (industry: VMWare) |
| 2019-2020 | Ashton Woiwood (NSF REU) |
| 2018 | Basil Chatha |
| 2017 | Treyton Krupp (NSF REU) |
| 2017 | Daniel Zhou (NSF REU) |
| 2017 | Gabriel Akanni (SROP) |
| 2016-2017 | Xiaoye Li (NSF REU) |
| 2016 | Yu Dai |

### High School

| 2023 | Reeva Rao |
|------|-----------|
| 2023 | Jayalakshmi Raffill |
| 2019 | Kathy Zhong |
| 2018 | Alice Martynova |
| 2017 | William Kim |
| 2016 | Brandon Wang |

## External Service

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2023, 2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE INFOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |
| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2025 |

| | |
|---|---|
| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2024 |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'23), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'22), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'23), Network and Distributed System Security Symposium (NDSS) |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'22), Network and Distributed System Security Symposium (NDSS) |
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |
| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-2019) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021, 2022, 2023) |

## Internal Service

| | |
|---|---|
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021- |
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |

| Mentor | Summer Research Opportunities Program (SROP) Graduate College, The University of Iowa, 2017 |
| Mentor | Secondary Student Training Program (SSTP) Belin-Blank Center, The University of Iowa, 2016-2019 |

## Patents

| USPTO 10484881 | Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq. Optimization of cellular network architecture based on device type-specific traffic dynamics. November 2019 |
| USPTO 10420167 | Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq. Cellular Connection Sharing. September 2019 |

## Expert Testimony & Reports (in the past ten years)

| 4:20-cv-05146 | **Calhoun v. Google** District Court, N.D. California |
| 4:21-cv-02155 | **In re Google RTB Consumer Privacy Litigation** District Court, N.D. California |
| 3:23-cv-02431 | **Doe v. Google** District Court, N.D. California |
| 22-01-88230-D | **State of Texas v. Google** District Court, Victoria County, Texas |
| A 2002633 | **Doe v. Bon Secours Mercy Health** Court of Common Pleas, Hamilton County, Ohio |
| 24-C-20-000591 | **Doe v. Medstar Health** Circuit Court, Baltimore County, Maryland |
| 19-2-26674-1 | **Doe v. Virginia Mason** Superior Court, Washington |
| 23CV037304 | **Doe v. Family Planning Associates Medical Group** Superior Court, California |
| 22-cv-03580 | **In re Meta Pixel Healthcare Litigation** District Court, N.D. California |
| 23OT01-0026 | **Stake v. Knox** Court of Common Pleas, Knox County, Ohio |
| 23-cv-00964 | **Griffith v. TikTok** District Court, C.D. California |
| 22STCV36304 | **Doe v. Adventist** Superior Court, California |
| 3:22-cv-07465 | **Hazel v. Prudential** District Court, N.D. California |
| 4:22-cv-04423 | **Beke v. Fandom** District Court, N.D. California |
| 3:22-cv-08981 | **Lau v. Gen Digital** District Court, N.D. California |
| 4:20-cv-00957 | **State of Texas v. Google** District Court, E.D. Texas |
| 2022-00859JD | **Caraway v. Wexner** Court of Claims, Ohio |

## Litigation Consulting (in the past ten years)

Bleichmar Fonti & Auld

Simmons Hanly Conroy

Lieff Cabraser Heimann & Bernstein

DiCello Levitt Gutzler

Norton Rose Fulbright

Pritzker Levine

Social Media Victims Law Center

Girard Sharp

Hammond Law

Caddell & Chapman

Whatley Kallas

Office of the Attorney General, Texas

AZA Law

Susman Godfrey

Glancy Prongay & Murray

# EXHIBIT B

**TO THE SUPPLEMENTAL EXPERT CLASS CERTIFICATION
REPORT OF PROFESSOR ZUBAIR SHAFIQ**

**NOVEMBER 8, 2024**

**Exhibit B**

**CASE MATERIALS CONSIDERED**


The materials I considered for my prior July 14, 2023 Class Certification Report and November 29, 2023 Rebuttal Report are detailed in exhibits thereto. Since that time, and specifically for this Report, I considered the following data produced by Google in August and September of 2024:


GOOG-HEWT-00494721

GOOG-HEWT-00494724

GOOG-HEWT-00494727

GOOG-HEWT-00494730

GOOG-HEWT-00494733

GOOG-HEWT-00494736

GOOG-HEWT-00494738

GOOG-HEWT-00494739

plog_query_ids_2021_05_10

# EXHIBIT C

**TO THE SUPPLEMENTAL EXPERT CLASS CERTIFICATION REPORT OF PROFESSOR ZUBAIR SHAFIQ**

**NOVEMBER 8, 2024**

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Shafiq Field Names | Shafiq Pct | Striegel BlankPct | Striegel NullPct | SharedPct Based on Stiegel Data. SharedPct = 100 - (BlankPCt + NullPct) | TTD Shafiq Pct | NYT Shafiq Pct | Signed-In Class Data | Signed-Out Class Data | |
| 2 | query_id | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | **SOURCE KEY** |
| 3 | user_agent | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | Shafiq Field Names: Compiled from Shafiq Dep. Ex. 2 |
| 4 | user_agent_data | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | Shafiq Pct: Compiled from Shafiq Dep. Ex. 2 |
| 5 | non_personalized_ads_reason | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | Striegel BlankPCt: Striegel Prod., Final-Out.csv, Column D |
| 6 | geo_criteria_id | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | Striegel NullPct: Striegel Prod., Final-Out.csv, Column H |
| 7 | publisher_id | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 8 | seller_network_id | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 9 | detected_language | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 10 | device_type | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 11 | os_version | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 12 | carrier_id | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 13 | screen_width | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 14 | screen_height | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 15 | screen_pixel_ratio_millis | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 16 | screen_orientation | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 17 | limit_ad_tracking | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 18 | companion_slot | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 19 | consented_providers | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 20 | regs_gdpr | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 21 | only_deal_bids_accepted | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 22 | pretargeting_info | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 23 | matching_deal | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 24 | is_demand_syndication | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 25 | viewability | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 26 | format | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 27 | chosen_encrypted_signals | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 28 | billable_event_rate_adjustment | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 29 | bid_response_feedback | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 30 | bidder_externally_visible_deadline_ms | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 31 | is_test | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 32 | is_ping | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 33 | supply_chain_complete | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 34 | supply_chain_nodes | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 35 | supply_chain_version | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 36 | hosted_match_data_sent | 100 | 0 | 0 | 100 | 99 | 100 | 100 | 100 | |
| 37 | ip | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 99 | |
| 38 | google_user_id_present | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 39 | cookie_age_seconds | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 40 | encrypted_hyperlocal_set_length | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 41 | device.app_tracking_authorization_status | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 42 | mobile_id_sent | 100 | 0 | 0 | 100 | 99 | 100 | 100 | 100 | |
| 43 | verticals | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 44 | bid_response_ad_native_ad | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 45 | adslot | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Shafiq Field Names | Shafiq Pct | Striegel BlankPct | Striegel NullPct | SharedPct Based on Stiegel Data. SharedPct = 100 - (BlankPCt + NullPct) | TTD Shafiq Pct | NYT Shafiq Pct | Signed-In Class Data | Signed-Out Class Data | |
| 46 | platform | 100 | 0.107231486 | 0 | 99.89276851 | 100 | 100 | 100 | 99 | |
| 47 | bid_response_data | 100 | 0 | 0 | 100 | 98 | 100 | 100 | 100 | |
| 48 | lat | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 49 | lon | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 50 | country | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 51 | accuracy | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 52 | utcoffset | 100 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | |
| 53 | metro | 100 | 0.090767018 | 0 | 99.90923298 | 100 | 100 | 97 | 98 | |
| 54 | bidder_name | 100 | 0.257137812 | 0 | 99.74286219 | 100 | 100 | 100 | 100 | |
| 55 | city | 100 | 0.305973548 | 0 | 99.69402645 | 100 | 100 | 85 | 85 | |
| 56 | region | 99 | 0.487985586 | 0 | 99.51201441 | 99 | 100 | 96 | 97 | |
| 57 | referer | 99 | 0.250923803 | 0 | 99.7490762 | 100 | 100 | 100 | 100 | |
| 58 | is_mobile_app_request | 98 | | 0 | 100 | 100 | 100 | 100 | 100 | |
| 59 | is_interstitial_request | 98 | | 0 | 100 | 100 | 100 | 100 | 100 | |
| 60 | is_mobile_web_optimized | 98 | | 0 | 100 | 100 | 100 | 100 | 100 | |
| 61 | app_rating | 98 | | 0 | 100 | 100 | 100 | 100 | 100 | |
| 62 | device.model | 98 | 10.05936503 | 0 | 89.94063497 | 100 | 100 | 76 | 57 | |
| 63 | brand | 98 | 10.08491151 | 0 | 89.91508849 | 100 | 100 | 76 | 78 | |