# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | **CASE NO. 4:21-CV-02155-YGR (VKD)**<br><br>**DECLARATION OF JOHN KEVRANIAN IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: TBD<br>Time: TBD<br>Courtroom: 1, Fourth Floor |

I, John Kevranian, hereby declare as follows:

1. I am a Named Plaintiff and one of the proposed Class Representatives in the above-captioned action.

2. I was proposed as a Class Representative in Plaintiffs' initial Motion for Class Certification on July 17, 2023. *See* Dkt. 546.

3. I was deposed in this action on December 9, 2022.

4. I have represented the interests of the absent Proposed Class and its Members since the inception of this case to the best of my ability, and will continue to assist my counsel in the prosecution of this case if appointed as a Class Representative.

5. I first became a Google account holder on September 24, 2010, see GOOG-HEWT-00455543, and I continue to be a Google account holder today, and have been one throughout the pendency of this lawsuit.

6. I have also continued to regularly access the internet through my devices.

7. I do not consent to Google sharing or selling my personal information to any third party through its RTB auction. I desire to continue to be a Google account holder and use the internet, and desire that Google either honor its privacy promises to all Google account holders, or else give me the ability to opt out of Google's sharing or selling of my personally identifying information in RTB auctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __24__ day of October, 2024 in __Burlingame, CA__.

*/s/ John Kevranian*
JOHN KEVRANIAN