Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal. Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*

*This document applies to all actions.*

**CASE NO. 4:21-CV-02155-YGR-VKD**

**FURTHER DECLARATION OF BETHANY CARACUZZO IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Yvonne Gonzalez Rogers
Date: TBD
Time: TBD
Courtroom: 1, 4th Floor

I, Bethany Caracuzzo, declare and state as follows:

I am an attorney duly admitted to practice before this Court and a partner of Pritzker Levine LLP, one of law firms representing plaintiffs in this matter. I submit this declaration in support of Plaintiffs' renewed Motion for Class Certification. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

1. I previously submitted a declaration in support of plaintiffs' original July 14, 2023 motion for class certification (the "Caracuzzo Decl.") that attached copies of Google's relevant disclosures to its U.S. account holders during the proposed Class Period. *See* ECF 546-36 and Exhibits 34-42 thereto (ECF 546-37 to 45). Because those same disclosures are cited again in plaintiffs' renewed Motion, for the convenience of the Court, they are attached again to this declaration. Also attached to this declaration are additional disclosures that Google has made to its U.S. account holders since the prior motion for class certification was filed. To the extent that a disclosure was previously submitted as an exhibit to the Caracuzzo Decl., the prior exhibit and ECF numbers are provided in parentheticals.

## I. Google's Representations That It Does Not *Sell* Users' Personal Information

2. From at least September 10, 2015 to the present, Google represented to its account holders that it does not sell users' personal information. Since the time of the filing of plaintiffs' original class certification motion, the location or verbiage of its promise has changed slightly, as explained herein. However, Google's promise not to sell users' personal information ultimately remains the same, and continues to appear on its public webpage and in its contract documents, including the following:

### A. Google's *Privacy Principles*

3. From September 10, 2015 through at least the time of the filing of plaintiffs' renewed Motion, Google has consistently represented on its public website, under the *Privacy & Terms – Technologies and Principles – Privacy Principles* heading, that "We don't sell user's personal information":

**Privacy principles**

**4. Give users meaningful choices to protect their privacy.**

People have different privacy concerns and needs. To best serve the full range of our users, Google strives to offer them meaningful and fine-grained choices over the use of their personal information. We believe personal information should not be held hostage and we are committed to building products that let users export their personal information to other services. We don't sell users' personal information.

4. A true and correct copy of one of Google's *Privacy Principles* documents, dated September 10, 2015, and which was produced by Google in this action at Bates No. GOOG-HEWT-00058417, is attached as **Exhibit 13** hereto (previously submitted as Ex. 34 and ECF 546-37).

5. The above promise appears consistently in subsequent versions of the *Privacy Principles* documents produced by Google: GOOG-HEWT-00058419 (June 13, 2016); GOOG-HEWT-00058413 (August 22, 2016); GOOG-HEWT-0058415 (October 17, 2016); GOOG-HEWT-00058409 (November 2, 2016) and GOOG-HEWT-00058411 (November 10, 2017). In the interests of efficiency and judicial economy, plaintiffs do not attach every version. Should the Court wish for plaintiffs to provide the others, plaintiffs can and will do so.

6. At some point since plaintiffs' original class certification motion, Google slightly changed the title and the location of this promise, but not its substance. At present, Google's representations that it does not sell users personal information are located on Google's *Privacy & Terms* page, under the shorter heading "*Technologies*," and again under "*Privacy Principles*". When a person clicks on the "Technologies" page under Google's Privacy & Terms page (https://policies.google.com/technologies?hl=en-US).[1] Google's "Privacy Principles" are hyperlinked:

[1] The hyperlinks in this Decl. are all valid as of the filing of this Further Declaration.

Google Privacy & Terms

Overview | Privacy Policy | Terms of Service | Technologies | FAQ

Advertising

How Google uses cookies

How Google uses location information

How Google uses credit card numbers for payments

How Google Voice works

TECHNOLOGIES

At Google, we pursue ideas and products that often push the limits of existing technology. As a company that acts responsibly, we work hard to make sure any innovation is balanced with the appropriate level of privacy and security for our users. Our Privacy Principles help guide decisions we make at every level of our company, so we can help protect and empower our users while we fulfill our ongoing mission to organize the world's information.

When the "Privacy Principles" hyperlink is selected, the user is taken to the *Privacy Principles* page in Google's Safety Center (https://safety.google/intl/en/principles/). The very first Principle is:

1. We never sell your personal information to anyone.

We use data to make Google products helpful in moments that matter. Like helping you find a nearby restaurant or a more fuel-efficient route home.

We also use data to serve more relevant ads. While these ads make it possible for us to offer products free of cost for everyone, it's important to clarify that we never sell your personal information to anyone, including for ads purposes. It's simply off limits.

7. Also, to this day, these same representations are directly linked within the **Google Privacy Policy**: when a user clicks on the hyperlink to "technologies" contained within the Google

Privacy Policy (https://policies.google.com/privacy?hl=en-US) located under the heading "Other useful resources", they are brought to the page entitled "Privacy & Terms - Technologies" which, as set forth above, then hyperlinks to "Privacy Principles" within the Google Safety Center (https://safety.google/principles/?hl=en_US). *See also for an earlier example,* the July 28, 2016 Google Privacy Policy (a true and correct copy of which is **Exhibit 14** hereto) (previously submitted as Ex. 35 and ECF 546-38).

**B. Google's *Safety Center – Our Privacy & Security Principles***

8. Google's *Safety Center* is publicly posted on Google's public website, and from at least June 2016 to the present, Google references it, directs users to it, and hyperlinks it under "safety center" in the Google Privacy Policy. *See, for example*, the June 28, 2016 Privacy Policy (Ex. 14), p. 10.

9. From at least September 20, 2018[2] to at least the time of plaintiffs' original class certification motion, in its *Safety Center*, Google similarly represented that "It's important to clarify that our user's personal information is simply not for sale":

3.

**Never sell our users' personal information to anyone.**

We use data to make Google products like Search and Maps as useful as possible. We also use data to serve more relevant ads. While these ads help fund our services and make them free of charge for everyone, it's important to clarify that our users' personal information is simply not for sale.

A true and correct copy of Google's *Safety Center - Our Privacy & Security Principles* document, dated September 20, 2018, which was produced by Google at Bates No. GOOG-HEWT-00459543 is attached as **Exhibit 15** hereto (previously submitted as Ex. 37 and ECF 546-40).

10. Google produced 54 of these *Privacy & Security Principles*, for 50 distinct dates during the time period September 20, 2018 through at least the time of plaintiffs' original class certification motion. They all contain the same language. In the interests of efficiency and judicial

[2] Google does not provide public access to archived version of its Safety Center on its website. Therefore, plaintiffs have only the prior versions of the *Safety Center - Our Privacy & Security Principles* from Google's production; the earliest one was dated September 20, 2018. *See supra.*

economy, plaintiffs do not attach every subsequent version. Should the Court wish for plaintiffs to provide the others, plaintiffs can and will do so.

11. While at the time of plaintiffs' original class certification motion this principle was Principle No. 3 and Google promised [we] "Never sell our users' personal information" (*see* ¶¶ 9-10 above) Google has, since then, moved the promise up to Principle No. 1. https://safety.google/principles/?hl=en_US; *see also* screenshot in ¶ 6 above.

12. Also, as of the date of this further declaration, under Google's Safety Center, "Security and Privacy - Data practices" webpage (https://safety.google/privacy/data/), Google continues to represent that "it's our strict policy to never sell your personal information to anyone":

> **We never sell your personal information, and give you controls over who has access**
>
> We are committed to protecting your data from third parties. That's why it's our strict policy to never sell your personal information to anyone. We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop. If you're using an Android device, we require third-party apps to ask for your permission to access certain types of data – like your photos, contacts, or location.
>
> Learn more in our Privacy Policy

**C. Google's *How Our Business Works***

13. From at least February 22, 2020 to the present, on its *How Our Business Works* public web page, Google represented that, "We don't not sell your personal information to anyone…we never sell your personal information to anyone…Advertisers do not pay us for personal information…We never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation to personalize ads to you…" and that Google, though it shares reports, "we do so without revealing any of your personal information". *See* Caracuzzo Decl. (ECF 546-36) at ¶ 13. Since plaintiffs' original class certification motion, Google's language has

changed only slightly, but still contains the core promise that "We don't sell your information to anyone in large text, as follows:

We don't sell your personal information to anyone

We use your personal information to make our products more helpful to you. It's how we can autocomplete your searches, get you home faster with Maps, or show you more useful ads based on your interests. But we never sell your personal information to anyone and you can use many of our products without signing in or saving any personal information at all.

When we show ads, advertisers pay us either for the placement of an ad -- like a banner at the top of a web page -- or for how an ad actually performs -- like when someone clicks on it. Advertisers do not pay us for personal information, such as your name or email, and we never share that information with advertisers, unless you ask us to. We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you. We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected with industry-leading security technologies.

14. A true and correct copy of Google's *How Our Business Works* page that existed on February 22, 2020 is attached as **Exhibit 16** hereto (previously submitted as Ex. 38 and ECF 546-41) and is publicly available online at: https://web.archive.org/web/20200222164213/https://about.google/intl/en_US/how-our-business-works/. *See also* a copy of this page downloaded by plaintiffs on March 25, 2021, attached as Ex. 5 to the CACC. On July 6, 2023, Google produced 83 copies of the *How Our Business Works*, dated from February 14, 2020 to April 12, 2023. These contain the same promises, as does the current version excerpted above, which is currently available on Google's website at https://about.google/how-our-business-works/.

15. *How Our Business Works* has been incorporated and hyperlinked in Google's Terms of Service, from at least the March 31, 2020 Terms of Service to the present, under "the way Google's business works" hyperlink, which is at the outset of the Terms of Service:

What's covered in these terms

We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain thing: we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

16. A true and correct copy of Google's March 31, 2020 Terms of Service is attached as **Exhibit 17** hereto (previously submitted as Ex. 39 and ECF 546-42), and is publicly available at https://policies.google.com/terms?hl=en-US. Google next issued a new Terms of Service on January 5, 2022, a true and correct copy of which is **Exhibit 18** hereto (previously submitted as Ex. 41 and ECF 546-44), and online at https://policies.google.com/terms/archive/20220105?hl=en-US. Since the filing of plaintiff's original Motion, Google issued another Terms of Service effective May 22, 2024 (https://policies.google.com/terms?hl=en-US), a true and correct copy of which is attached as **Exhibit 19** hereto. The May 22, 2024 version is the current Google Terms of Service.

**D. The Google Privacy Policy**

17. From March 31, 2020 continuing to the present, the Google Privacy Policy also represents to users whose information Google contends falls under the California Consumer Privacy Act ("CCPA") and/or other states' laws, that "Google does not sell your personal information." For example:

> ## California requirements
>
> The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.
>
> This Privacy Policy is designed to help you understand how Google handles your information:
>
> - We explain the categories of information Google collects and the sources of that information in Information Google collects.
> - We explain how Google uses information in Why Google collects data.
> - We explain when Google may share information in Sharing your information. Google does not sell your personal information.

*See* **Exhibit 20** hereto (previously submitted as Ex. 40 and ECF 546-43), which is a true and correct copy of the Google Privacy Policy dated March 31, 2020 which was produced by Google at GOOG-HEWT-00001203, is Ex. 16 to the CCAC, and is available publicly online at: https://policies.google.com/privacy/archive/20200331

18. The versions of the Google Privacy Policy effective December 15, 2022 and July 1, 2023, and the current September 16, 2024 Privacy Policy, all make similar promises under a section now entitled "U.S. state law requirements":

> - We explain when Google may disclose information in Sharing your information. Google does not sell your personal information. Google also does not "share" your personal information as that term is defined in the California Consumer Privacy Act (CCPA).

19. Google has issued at least 26 versions of the Google Privacy Policy during the proposed Class Period to the present. Many of these were attached to plaintiffs' CCAC and all are still available publicly online. The 26 Privacy Policies are:

- June 28, 2016 Privacy Policy – referenced above and Ex. 14 hereto, and Ex. 6 to the CACC and at https://policies.google.com/privacy/archive/20160628?hl=en-US.
- August 29, 2016 Privacy Policy – Ex. 7 to the CCAC and at: https://policies.google.com/privacy/archive/20160829?hl=en-US

- March 1, 2017 Privacy Policy – Ex. 8 to the CCAC and at: https://policies.google.com/privacy/archive/20170301?hl=en-US
- April 17, 2017 Privacy Policy – Ex. 9 to the CCAC and at: https://policies.google.com/privacy/archive/20170417?hl=en-US
- October 10, 2017 Privacy Policy – Ex. 10 to the CCAC and at: https://policies.google.com/privacy/archive/20171002?hl=en-US
- December 18, 2017 Privacy Policy – Ex. 11 to the CCAC and at: https://policies.google.com/privacy/archive/20171218?hl=en-US
- May 25, 2018 Privacy Policy – Ex. 24 hereto and Ex. 12 to the CCAC and at: https://policies.google.com/privacy/archive/20180525?hl=en-US
- January 22, 2019 Privacy Policy – Ex. 13 to the CCAC and at: https://policies.google.com/privacy/archive/20190122?hl=en-US
- October 15, 2019 Privacy Policy – Ex. 14 to the CCAC and at: https://policies.google.com/privacy/archive/20191015?hl=en-US
- December 19, 2019 Privacy Policy – Ex. 15 to the CCAC and at: https://policies.google.com/privacy/archive/20191219?gl=US&hl=en
- March 31, 2020 Privacy Policy – referenced above and Ex. 20 hereto, and Ex. 16 to the CCAC and at: https://policies.google.com/privacy/archive/20200331?hl=en-US
- July 1, 2020 Privacy Policy -- and Ex. 17 to the CCAC, produced by Google at GOOG-HEWT-00001203, and at: https://policies.google.com/privacy/archive/20200701?hl=en-US
- August 28, 2020 Privacy Policy – Ex. 18 to the CACC and at: https://policies.google.com/privacy/archive/20200828?hl=en-US
- September 30, 2020 Privacy Policy – Ex. 19 to the CACC and at: https://policies.google.com/privacy/archive/20200930?hl=en-US
- February 4, 2021 Privacy Policy – Ex. 20 to the CACC and at: https://policies.google.com/privacy?hl=en-US
- February 10, 2022 Privacy Policy, was produced by Google at GOOG-HEWT-00421479 and at: https://policies.google.com/privacy/archive/20220210?hl=en-US
- October 4, 2022 Privacy Policy, at https://policies.google.com/privacy/archive/20221004?hl=en-US
- December 15, 2022 Privacy Policy, produced by Google on July 6, 2023 at GOOG-HEWT-00481688, and at https://policies.google.com/privacy?hl=en-US

- July 1, 2023 Privacy Policy at: https://policies.google.com/privacy/archive/20221004?hl=en-US

- October 4, 2023 Privacy Policy at: https://policies.google.com/privacy/archive/20231004?hl=en-US

- November 15, 2023 Privacy Policy at: https://policies.google.com/privacy/archive/20231115?hl=en-US

- January 15, 2024 Privacy Policy at: https://policies.google.com/privacy/archive/20240115?hl=en-US

- February 8, 2024 Privacy Policy at: https://policies.google.com/privacy/archive/20240208?hl=en-US

- March 4, 2024 Privacy Policy at: https://policies.google.com/privacy/archive/20240304?hl=en-US

- March 28, 2024 Privacy Policy at: https://policies.google.com/privacy/archive/20240328?hl=en-US

- September 16, 2024 Privacy Policy at: https://policies.google.com/privacy?hl=en-US. This is the current Google Privacy Policy, a true and correct copy of which is attached as **Exhibit 21** hereto.

20. Each of these policies also references, directs users to, and hyperlinks the *Privacy Principles* and to the Google Safety Center, as explained in paragraphs 6, 7, and 12 above.

**E. Google's Consent Bump**

21. On or about June 28, 2016, Google issued what it calls a "*consent bump*" to its existing account holders, apprising account holders of "new features." In that "consent bump", Google promises its account holders that it's "still the same" that "Google does not sell your personal information to anyone."

**What's still the same?**

- Google does not sell your personal information to anyone
- You control the types of information we collect and use at *My Account* (myaccount.google.com)

**Choose I AGREE to turn these features on or MORE OPTIONS for more choices.**

I AGREE

22. Copies of the "consent bump" containing the above language were produced by Google GOOG-HEWT-00456456 and GOOG-HEWT-00456464. A true and correct copy of GOOG-HEWT-00456456 is attached as **Exhibit 22** hereto (previously submitted as Ex. 42 and ECF 546-45).

23. Google's corporate designee pursuant to Fed. R. Civ. P. 30(b)(6), Sunita Vakharia, testified during her deposition on November 15, 2023 that Google's "consent bump" applies to Google account holders from the time it was introduced to the present. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the deposition transcript of Ms. Vakharia containing this testimony, at 183:5-186:18.

## II. Google's Representations That It Does Not *Share* Users' Personal Information

24. From at least June 18, 2016 to the present, Google has consistently represented to its account holders in the Google Privacy Policy that it does not share users' personal information, except: "with your consent", "with domain administrators" for account management, "for external processing" and "for legal reasons":

Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- **With your consent**

  We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

…

> We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.
>
> If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

*See* June 18, 2016 Google Privacy Policy (Ex. 14). These representations continue in the current September 16, 2024 Privacy Policy (Ex. 21); https://policies.google.com/privacy?hl=en-US):

> **When Google shares your information**
>
> We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:
>
> **With your consent**
>
> We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We also provide you with controls to review and manage third party apps and sites you have given access to data in your Google Account. We'll ask for your explicit consent to share any sensitive personal information.

## III. Google's Representations That It Does Not Use Sensitive Categories for Ads Targeting

25. From at least June 18, 2016 to the present, Google represented to its account holders that it does not use sensitive categories for ads targeting. This promise appears in various Google documents, including the following:

### A. The Google Privacy Policy

26. Google's Privacy Policy, commencing at least with its June 28, 2016 policy to the present, promises to account holders that Google "…will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health":

> We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

*See* June 28, 2016 Privacy Policy (Ex. 14), p. 4). Similar promises are contained in the current September 16, 2024 Google Privacy Policy (Ex. 21). *See* below:

> - We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.
> - We don't show you personalized ads based on your content from Drive, Gmail, or Photos.
> - We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

And here:

> **sensitive categories**
>
> When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

27. The Google Privacy Policy, over time, also promised that Google "require[s] opt-in consent for the sharing of any sensitive personal information":

> **Information we share**
>
> We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:
>
> - **With your consent**
>
>   We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

June 28, 2016 Privacy Policy (Ex. 14, p. 7). Now, it asks for users' "explicit consent":

> **With your consent**
>
> We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We also provide you with controls to review and manage third party apps and sites you have given access to data in your Google Account. We'll ask for your explicit consent to share any sensitive personal information.

September 16, 2024 Privacy Policy (Ex. 21).

28. When a user clicks on the hyperlink to "sensitive personal information" they are brought to the following definition:

> **Sensitive personal information**
>
> This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

29. These representations and definitions remained materially the same throughout the twenty-six Google Privacy Policy versions identified in ¶ 19 above. For example, in the May 25,

2018 Google Privacy Policy, a true and correct copy of which is attached as **Exhibit 24** hereto (previously submitted as Ex. 36 and ECF 546-39), the format and some of the information changed, but the essential promises did not:

> - We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.
> - We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

*See* May 25, 2018 Privacy Policy (Ex. 24), p. 5; and publicly at: https://policies.google.com/privacy/archive/20180525?hl=en-US). And further:

> **With your consent**
>
> We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

*Id.*, p. 11 (changing "opt-in consent" to "explicit consent") And further:

> **sensitive categories**
>
> When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

*Id.*, p. 21.

> **Personal information**
>
> This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.
>
> **Sensitive personal information**
>
> This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

*Id.*, p. 26.

**B. Google's *How Our Business Works***

30. Google's *How Our Business Works* page, which is incorporated into the Terms of Service (*see* ¶ 15 above), also represents that Google "never uses … sensitive information" to personalize ads:

> When we show ads, advertisers pay us either for the placement of an ad -- like a banner at the top of a web page -- or for how an ad actually performs -- like when someone clicks on it. Advertisers do not pay us for personal information, such as your name or email, and we never share that information with advertisers, unless you ask us to. We also never use your emails, documents, photos, or sensitive information like race, religion, or sexual orientation, to personalize ads to you. We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information. At every point in the process of showing you ads, we keep your personal information protected with industry-leading security technologies.

*See* Feb. 22, 2020 version (Ex. 16); also publicly at: https://web.archive.org/web/20200222164213/https://about.google/intl/en_US/how-our-business-works/) and also currently at https://about.google/intl/en_US/how-our-business-works/).

**IV. Google's Terms of Service and Privacy Policy are Standardized Contracts**

31. From June 28, 2016 to the present, every Google Privacy Policy commits to users under the heading "When this policy applies" that "***Our Privacy Policy applies to all of the services offered by Google Inc.*** and its affiliates…". *See*, for example, Ex. 14 (June 28, 2016

Privacy Policy) and the present September 16, 2024 Google Privacy Policy: https://policies.google.com/privacy?hl=en-US (emphasis added). (Ex. 21).

32. There are now five Terms of Service standardized contracts that have applied during the relevant time period: April 14, 2014, October 25, 2017, March 31, 2020 January 5, 2022, and the current version dated May 22, 2024.

33. Google's April 14, 2014 Terms of Service requires that: "By using our Services, you are agreeing to these terms[]" and "By using our Services, you agree that Google can use such data in accordance with our privacy policies." "You must follow any policies made available to you within the Services" and, "By using our Services, you agree that Google can use such data in accordance with our privacy policy." It also sets forth:

> The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services.

Ex. 2 to the CCAC, p. 1, 2, and 6, respectively, and the Google Privacy Policy is hyperlinked earlier in that paragraph to "privacy policies". This is provided publicly at: https://policies.google.com/terms/archive/20140414?hl=en-US.

34. Google's October 25, 2017 Terms of Service contains language similar to the April 14, 2014 version set forth immediately above. *See* Ex.3 to the CCAC, pp. 1, 2, and 6, respectively, and publicly at: https://policies.google.com/terms/archive/20171025?hl=en-US.

35. The March 31, 2020 Terms of Service indicated that "Understanding these terms is important because, by using our services, you're agreeing to these terms[]" and "These terms help define the relationship between you and Google. Broadly speaking, we give you permission to use our services if you agree to follow these terms, which reflect how Google's business works [hyperlinked] and how we earn money." "Besides these terms, we also publish a Privacy Policy [hyperlinked]. Although it's not a part of these terms, we encourage you to read it to better understand how you can update, manage, export, and delete your information." It also sets forth that "California law will govern all disputes arising out of or relating to these terms, service-specific additional terms [hyperlinked], or any related services, regardless of conflict of laws rules." Ex. 17, p. 1, and publicly at: https://policies.google.com/terms?hl=en-US

36. The Terms of Service effective January 5, 2022 (Ex. 18), sets forth: "Understanding these terms is important because, by using our services, you're agreeing to these terms[]" and "These terms help define the relationship between you and Google. Broadly speaking, we give you permission to use our services if you agree to follow these terms, which reflect how Google's business works [hyperlinked] and how we earn money." "Besides these terms, we also publish a Privacy Policy [hyperlinked]. We encourage you to read it to better understand how you can update, manage, export, and delete your information[]" and "**You also agree that our Privacy Policy** [hyperlinked] **applies to your use of our services**." It also sets forth that "California law will govern all disputes arising out of or relating to these terms, service-specific additional terms [hyperlinked], or any related services, regardless of conflict of laws rules." Ex. 18, at pp. 1, 4, respectively, and publicly at: https://policies.google.com/terms?hl=en-US (emphasis added).

37. The current May 22, 2024 Terms of Service (Ex. 19), changes this language slightly to: "Understanding these terms is important because, by accessing or using our services (whether you're signed in to a Google account or not), you're agreeing to these terms." It contains these same terms as the prior Terms of Service: "Besides these terms, we also publish a Privacy Policy [hyperlinked]. We encourage you to read it to better understand how you can update, manage, export, and delete your information." Under "What we expect from you" Google indicates "Follow these terms and service-specific additional terms" and "**You also agree that our Privacy Policy** [hyperlinked] **applies to your use of our services**." Ex. 19 at p. 4, or publicly online at https://policies.google.com/terms/embedded?hl=en-US (emphasis added).

38. The current September 16, 2024 Google Privacy Policy and all other Google Privacy Policies set forth that "**This Privacy Policy applies to all of the services offered by Google LLC** and its affiliates…" (Ex. 21; https://policies.google.com/privacy?hl=en-US (emphasis added)).

//

//

//

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Emeryville, California on the 7th day of November, 2024.

By: ______________________

Bethany Caracuzzo