# EXHIBIT 22

## Some new features for your Google Account

We've introduced some optional features for your account, giving you more control over the data Google collects and how it's used, while allowing Google to show you more relevant ads.

**What changes if you turn on these new features?**

1. **More information will be available in your Google Account, making it easier for you to review and control**

   When you use Google services like Search and YouTube, you generate data — things like what you've searched for and videos you've watched. You can find and control that data in *My Account* under the **Web & App Activity** setting.

   With this change, this setting may also include browsing data from Chrome and activity from sites and apps that partner with Google, including those that show ads from Google.

2. **Google will use this information to make ads across the web more relevant for you**

   In *My Account*, the **Ads Personalization** setting currently lets Google use data in your account to tailor ads that appear in Google products.

   With this change, this setting will also let Google use data in your account to improve the relevance of ads on websites and apps that partner with Google.

These settings apply across all of your signed-in devices and across all Google services. You can change them any time in My Account.                about these features, including how they affect shared devices.

**What's still the same?**

- Google does not sell your personal information to anyone
- You control the types of information we collect and use at *My Account* (myaccount.google.com)

**Choose I AGREE to turn these features on or MORE OPTIONS for more choices.**

I AGREE