Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF SEALED MATERIALS CITED IN PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil L.R. 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:  None set.<br>Hearing Time:<br>Hearing Location: |

Case No. 4:21-cv-02155-YGR-VKD
PROOF OF SERVICE

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On November 8, 2024, I caused the below documents, the sealed versions of which were lodged conditionally under seal, to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

**Unsealed and unredacted version of Plaintiffs' Renewed Motion for Class Certification; and**
**Unsealed and unredacted versions of Exhibits 1-5**

*Via E-mail*
Michael Rhodes, Esq. (rhodesmg@cooley.com)
Whitty Somvichian, Esq. (wsomvichian@cooley.com)
Anu S. Dhillon, Esq. (adhillon@cooley.com)
Aarti Reddy, Esq. (areddy@cooley.com)
Reece Trevor, Esq. (rtrevor@cooley.com)
COOLEY LLP
101 California Street, 5th Fl
San Francisco, CA 94111-5800

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 8, 2024 at Emeryville, California.

By: _____
Bethany Caracuzzo