Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FILED WITH PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION (ECF NOS. 750-14, 750-15, 750-17, 750-18, 750-20)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: TBD<br>Hearing Time:<br>Hearing Location: Courtroom 1 |

Plaintiffs submit this Motion to Remove Incorrectly Filed Documents to remove from the docket the following documents previously filed with Plaintiffs' Notice of Renewed Motion and Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel. ECF 749 (redacted)/ ECF 750-1 (sealed) ('Renewed Motion"):

- ECF 750-14: Exhibit 6 – Declaration of Named Plaintiff Terry Diggs
- ECF 750-15: Exhibit 7 - Declaration of Named Plaintiff Rethena Green
- ECF 750-17 Exhibit 9 – Declaration of Named Plaintiff Salvatore Toronto
- ECF 750-18: Exhibit 10- Declaration of Named Plaintiff Christopher Valencia
- ECF 750-20: Exhibit 12 – Declaration of Named Plaintiff Tara Williams

Plaintiffs realized after the filing of the Renewed Motion that certain personal information was inadvertently included in the Docusign attachments to some of the named Plaintiff Declarations, specifically Exhibits 6, 7, 9, 10, and 12. This information includes those Plaintiffs' email and IP addresses. Upon realizing this, Plaintiffs immediately contacted the ECF Help Desk and had them lock those public filings and filed this Motion. Plaintiffs re-submit both redacted and sealed versions of Exhibits 6, 7, 9, 10, and 12 with Plaintiffs' Corrected Temporary Sealing Motion, filed concurrently herewith. There is no public interest in this information and the Plaintiffs' email addresses and other such identifying information has previously been ordered sealed. *See* ECF 706. Therefore, Plaintiffs respectfully request that the above identified documents be permanently deleted from the Court's docket.

Plaintiffs submit redacted and sealed versions of these documents, to replace the removed ones, with its Correct Temporary Sealing Motion, filed this same date. Plaintiffs will serve on counsel for Defendant Google, complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

DATED: November 18, 2024

**PRITZKER LEVINE LLP**

By: */s/ Bethany Caracuzzo*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)

Caroline Corbitt (Cal Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*