Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FILED WITH PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION (ECF NOS. 750-14, 750-15, 750-17, 750-18, 750-20)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   TBD<br>Hearing Time:<br>Hearing Location:   Courtroom 1 |

Plaintiffs Christopher Valencia, John Kevranian, Terry Diggs, Kimberley Woodruff, Rethena Green, Salvatore Toronto, and Tara Williams move the Court to Remove Incorrectly Filed Documents ("Motion").

Upon consideration of all papers filed in support the Court hereby GRANTS the Motion, and orders that the following documents be permanently deleted from the public record and replaced with the redacted versions filed with Plaintiffs' Corrected Temporary Sealing Motion (ECF 752):

- ECF 750-14:  Exhibit 6 – Declaration of Named Plaintiff Terry Diggs
- ECF 750-15: Exhibit 7 - Declaration of Named Plaintiff Rethena Green
- ECF 750-17 Exhibit 9 – Declaration of Named Plaintiff Salvatore Toronto
- ECF 750-18: Exhibit 10- Declaration of Named Plaintiff Christopher Valencia
- ECF 750-20: Exhibit 12 – Declaration of Named Plaintiff Tara Williams

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Hon. Yvonne Gonzalez Rogers
                                            United States District Court Judge