Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PLAINTIFFS' <u>CORRECTED</u> TEMPORARY SEALING MOTION AND NOTICE OF LODGING UNDER SEAL OF MATERIALS PREVIOUSLY ORDERED SEALED IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil L.R. 7-11, 79-5(f); Standing Order Rule 12]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   TBD<br>Hearing Time:<br>Hearing Location:   Courtroom 1 |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(f), and Judge Gonzalez Rogers' Standing Order (Civil), Rule 12, plaintiffs hereby respectfully submit this Temporary Sealing Motion. Plaintiffs cite to, summarize, and submit documents in support of plaintiffs' Renewed Motion for Class Certification ("Renewed Motion"), filed this same date, that either plaintiffs or Google have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case (ECF No. 59). *See* § II, below.

Additionally, plaintiffs' Renewed Motion cites to or attaches materials and information that have previously been ordered sealed in whole or in part by this Court. *See* Order (ECF 706) re. the parties' Joint Omnibus Sealing Motion (ECFs 684-688) ("Omnibus Sealing Order"). This is "in part" because the Court also ordered some of the proposed information unsealed. *See* April 4, 2024 Order (ECF 690) (the "April Order"). Therefore, because another order regarding sealing some of this information is not necessary, plaintiffs lodge versions of these documents consistent with the Court's sealing orders in ECF 690 and ECF 706.  *See* § III, below.

**CORRECTION:**  Plaintiffs realized after the filing of Plaintiffs' Renewed Motion for Class Certification that certain personal information was inadvertently included in the Docusign attachments to certain of the named Plaintiff Declarations, specifically Exhibits 6, 7, 9, 10, and 12. Upon realizing this, Plaintiffs immediately had the ECF Help Desk lock those public filings and filed a Motion to Remove Incorrectly Filed Documents (ECF 751).  Plaintiffs hereby submit this Corrected Temporary Sealing Motion to comport with those changes. Corrected information is set forth in the chart below in red font. Plaintiffs only attach hereto the newly sealed and redacted Exhibits 6, 7, 9, 10 and 12 do not re-submit any other of its Exhibits in support of its Renewed Class Certification Motion.

Plaintiffs will serve on counsel for Defendant Google, complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e).

## II. TEMPORARY SEALING MOTION

In accordance with Judge Gonzalez Rogers' Standing Order ("S.O.") Rule 12, *Procedures for Filing Under Seal* §(b)(i)(1), the reasons for sealing will be addressed in a forthcoming Omnibus

Sealing Motion, to be filed after the conclusion of briefing related to plaintiffs' Renewed Motion. *See* S.O. Rule 12, *Post-Briefing Omnibus Sealing Procedures* §§(a) and (c).

| ECF No. | Document | Redacted/Sealed/Not Under Seal | Party Claiming Confidentiality | Prior Order Sealing (if applicable) |
|---|---|---|---|---|
| 749 | Plaintiffs' Renewed Motion for Class Certification | Redacted | Google | N/A |
| 750-1 | Plaintiffs' Renewed Motion for Class Certification | Sealed | Google | N/A |
| 750-2 | Appendix of Plaintiffs' Exhibits | Not Under Seal | N/A | N/A |
| 750-3 | Further Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Renewed Motion for Class Certification | Not Under Seal | N/A | N/A |
| 750-4 | Ex. 1 to Further Pritzker Decl. – Expert Class Certification Report of Professor Zubair Shafiq July 14, 2023 (previously filed at ECF 558-25) | Sealed | Plaintiffs; Google | Previously ordered sealed in part in ECF 706, but also unsealed in part in ECF 690. |
| 750-5 | Ex. 1 to Further Pritzker Decl. – Expert Class Certification Report of Professor Zubair Shafiq, July 14, 2023 (previously filed at ECF 558-5) | Redacted | Plaintiffs; Google | Previously ordered sealed in part in ECF 706, but also unsealed in part in ECF 690. |
| 750-6 | Ex. 2 to Further Pritzker Decl. – Expert Class Certification Rebuttal Report of Professor Zubair Shafiq, November 29, 2023 (previously filed at ECF 643-13) | Sealed | Plaintiffs; Google | Previously ordered sealed in part in ECF 706, but also unsealed in part in ECF 690. |
| 750-7 | Ex. 2 to Further Pritzker Decl. – Expert Class Certification Rebuttal Report of Professor Zubair Shafiq, November 29, | Redacted | Plaintiffs; Google | Previously ordered sealed in part in ECF 706, but also |

| | | | | |
|---|---|---|---|---|
| | 2023 (previously filed at ECF 643-12) | | | unsealed in part in ECF 690. |
| 750-8 | Ex. 3 to Further Pritzker Decl. – Supplemental Expert Class Certification Report of Professor Zubair Shafiq, November 8, 2024 | Sealed | Google | No - new document |
| 750-9 | Ex. 3 to Further Pritzker Decl. – Supplemental Expert Class Certification Report of Professor Zubair Shafiq, November 8, 2024 | Redacted | Google | No - new document |
| 750-10 | Ex. 4 to Further Pritzker Decl. – Expert Class Certification Report of Professor Christopher Wilson, July 14, 2023 (previously filed at ECF 558-26) | Sealed | Google; Plaintiffs (re. Table 5); Third party the New York Times | Previously ordered sealed in part in ECF 706, but also unsealed in part in ECF 690. |
| 750-11 | Ex. 4 to Further Pritzker Decl. – Expert Class Certification Report of Professor Christopher Wilson, July 14, 2023 (previously filed at ECF 558-6) | Redacted | Google; Plaintiffs (re. Table 5); Third party the New York Times | Previously ordered sealed in part in ECF 706, but also unsealed in part in ECF 690. |
| 750-12 | Ex. 5 to Further Pritzker Decl. – Expert Class Certification Rebuttal Report of Professor Christopher Wilson, November 29, 2023 (previously filed at ECF 643-11) | Sealed | Google; Third party the New York Times | Previously ordered sealed in ECF 706. |
| 750-13 | Ex. 5 to Further Pritzker Decl. – Expert Class Certification Rebuttal Report of Professor Christopher Wilson, November 29, 2023 (previously filed at ECF 643-10) | Redacted | Google; Plaintiffs (re. Table 5); Third party the New York Times | Previously ordered sealed in ECF 706 |
| 750-14 | Ex. 6 to Further Pritzker Decl. – Declaration of Named Plaintiff Terry Diggs | Not Under Seal **REMOVED** | ~~N/A~~ | ~~N/A~~ |

| | | | | |
|---|---|---|---|---|
| 752-1 | Ex. 6 to Further Pritzker Decl. – Declaration of Named Plaintiff Terry Diggs | Sealed | Plaintiffs | Plfs.' Email and IP addresses were previously ordered sealed in ECF 706. |
| 752-2 | Ex. 6 to Further Pritzker Decl. – Declaration of Named Plaintiff Terry Diggs | Redacted | Plaintiffs | Same as above. |
| 750-15 | Ex. 7 to Further Pritzker Decl. – Declaration of Named Plaintiff Rethena Green | Not Under Seal REMOVED | ~~N/A~~ | ~~N/A~~ |
| 752-3 | Ex. 7 to Further Pritzker Decl. – Declaration of Named Plaintiff Rethena Green | Sealed | Plaintiffs | Plfs.' Email and IP addresses were previously ordered sealed in ECF 706. |
| 752-4 | Ex. 7 to Further Pritzker Decl. – Declaration of Named Plaintiff Rethena Green | Redacted | Plaintiffs | Same as above. |
| 750-16 | Ex. 8 to Further Pritzker Decl. - Declaration of Named Plaintiff John Kevranian | Not Under Seal | N/A | N/A |
| 750-17 | Ex. 9 to Further Pritzker Decl. - Declaration of Named Plaintiff Salvatore Toronto | Not Under Seal REMOVED | ~~N/A~~ | ~~N/A~~ |
| 752-5 | Ex. 9 to Further Pritzker Decl. - Declaration of Named Plaintiff Salvatore Toronto | Sealed | Plaintiffs | Plfs.' Email and IP addresses were previously ordered sealed in ECF 706. |
| 752-6 | Ex. 9 to Further Pritzker Decl. - Declaration of Named Plaintiff Salvatore Toronto | Redacted | Plaintiffs | Same as above. |
| 750-18 | Ex. 10 to Further Pritzker Decl. - Declaration of Named Plaintiff Christopher Valencia | Not Under Seal REMOVED | ~~N/A~~ | ~~N/A~~ |

| | | | | |
|---|---|---|---|---|
| 752-7 | Ex. 10 to Further Pritzker Decl. - Declaration of Named Plaintiff Christopher Valencia | Sealed | Plaintiffs | Plfs.' Email and IP addresses were previously ordered sealed in ECF 706. |
| 752-8 | Ex. 10 to Further Pritzker Decl. - Declaration of Named Plaintiff Christopher Valencia | Redacted | Plaintiffs | Same as above. |
| 750-19 | Ex. 11 to Further Pritzker Decl. - Declaration of Named Plaintiff Kimberley Woodruff | Not Under Seal | N/A | N/A |
| 750-20 | Ex. 12 to Further Pritzker Decl. - Declaration of Named Plaintiff Tara Williams | Not Under Seal REMOVED | ~~N/A~~ | ~~N/A~~ |
| 752-9 | Ex. 12 to Further Pritzker Decl. - Declaration of Named Plaintiff Tara Williams | Sealed | Plaintiffs | Plfs.' Email and IP addresses were previously ordered sealed in ECF 706. |
| 752-10 | Ex. 12 to Further Pritzker Decl. - Declaration of Named Plaintiff Tara Williams. | Redacted | Plaintiffs | Same as above. |
| 750-21 | Further Declaration of Bethany Caracuzzo in support of Plaintiffs' Renewed Motion for Class Certification | Not Under Seal | N/A | N/A |
| 750-22 | Ex. 13 to Further Caracuzzo Decl. - Google September 10, 2015 Privacy Principles (GOOG-HEWT-00058417) (previously filed at ECF 546-37) | Not Under Seal | N/A | N/A |
| 750-23 | Ex. 14 to Further Caracuzzo Decl. - Google Privacy Policy effective June 28, 2016 previously filed at ECF 546-38) | Not Under Seal | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 750-24 | Ex. 15 to Further Caracuzzo Decl. – September 20, 2018 Google Safety Center - Privacy Principles [GOOG-HEWT-00459543] (previously filed at ECF 546-40) | Not Under Seal | N/A | N/A |
| 750-25 | Ex.16 to Further Caracuzzo Decl.- Google's *How Our Business Works* page as of Feb. 22, 2020 (previously filed at ECF 546-41) | Not Under Seal | N/A | N/A |
| 750-26 | Ex. 17 to Further Caracuzzo Decl. - Google's Terms of Service effective March 31, 2020 (previously filed at ECF 546-42) | Not Under Seal | N/A | N/A |
| 750-27 | Ex. 18 to Further Caracuzzo Decl. - Google's Terms of Service effective January 5, 2022 (previously filed at ECF 546-44) | Not Under Seal | N/A | N/A |
| 750-28 | Ex. 19 to Further Caracuzzo Decl. - Google's Terms of Service effective May 22, 2024 | Not Under Seal | N/A | N/A |
| 750-29 | Ex. 20 to Further Caracuzzo Decl. – Google's Privacy Policy effective March 31, 2020 (previously filed at ECF 546-43) | Not Under Seal | N/A | N/A |
| 750-30 | Ex. 21 to Further Caracuzzo Decl. – Google's Privacy Policy effective September 16, 2024 | Not Under Seal | N/A | N/A |
| 750-31 | Ex. 22 to Further Caracuzzo Decl.- Google's Consent Bump [GOOG-HEWT-00456456] (previously filed at ECF 545-23) | Not Under Seal | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 750-32 | Ex. 23 to Further Caracuzzo Decl.- Excerpts of the Nov. 15, 2023 deposition of Google corporate designee S. Vakharia | Not Under Seal | N/A | N/A |
| 750-33 | Ex. 24 to Further Caracuzzo Decl. - Google Privacy Policy effective May 25, 2018 (previously filed at ECF 546-39) | Not Under Seal | N/A | N/A |
| 750-34 | Proposed Order re. Plaintiffs' Renewed Motion for Class Certification | Not Under Seal | Google | N/A |
| 750-35 | Proof of Service of Sealed Materials | Not Under Seal | N/A | N/A |
| 752-11 | Proof of Service of Corrected Sealed Materials (Exs. 6, 7, 9, 10, and 12) | Not Under Seal | N/A | N/A |

As noted above, the new Supplemental Expert Report of Professor Zubair Shafiq, November 8, 2024 (Ex. 3 to the Further Pritzker Declaration) contains new information before the Court that has not been the subject of any prior sealing motion or sealing order, and therefore is subject to S.O. Rule 12's "Post-Briefing Omnibus Sealing Procedures."

### III. NOTICE OF LODGING UNDER SEAL MATERIALS PREVIOUSLY ORDERED SEALED

As set forth in the chart above, plaintiffs' Renewed Motion attaches and relies upon certain documents that have been previously ordered sealed by this Court, specifically:

Ex. 1 -  Expert Class Certification Report of Professor Zubair Shafiq July 14, 2023;

Ex. 2 - Expert Class Certification Rebuttal Report of Professor Zubair Shafiq, November 29, 2023;

Ex. 4 - Expert Class Certification Report of Professor Christopher Wilson, July 14, 2023;

Ex. 5 - Expert Class Certification Rebuttal Report of Professor Christopher Wilson, November 29, 2023.

As to Exhibits 1, 2 and 4, both Google and plaintiffs moved to seal specific information within those reports pursuant to the Confidential nature of that information. Additionally, regarding Exhibits 4 and 5, third party the New York Times also moved to seal certain information within those two reports. These designations and requests were all contained within the Joint Omnibus Sealing Motion in accordance with the Court's February 9, 2024 Order for Omnibus Sealing Motion (ECF 674; *see* chart in Proposed Order to the Joint Omnibus Sealing Motion (ECF 688-9) of all proposed sealing), and have been ruled upon (ECF 706).

In its Omnibus Sealing Order (ECF 706) the Court granted the omnibus sealing motion "at this stage" regarding materials and information *other than* that relied upon and disclosed by the Court's prior order on class certification. ECF 706; emphasis added. In its April Order (ECF 690), the Court relied upon and disclosed certain information that was previously conditionally sealed by either plaintiffs or Google from the Shafiq July 14, 2023 Expert Report (Ex. 1), Shafiq November 29, 2023 Rebuttal Report (Ex. 2), Wilson July 14, 2023 Expert Report (Ex. 4), and Wilson November 29, 2023 Rebuttal Report (Ex. 5). In compliance with the Omnibus Sealing Order, plaintiffs therefore re-submit the prior Shafiq and Wilson reports without sealing the information publicly-referenced in the April Order (ECF 690). It is plaintiffs understanding that, given the prior orders, no further sealing orders are required as to plaintiffs' Exs. 1, 2, 4 and 5.

**ADDITIONAL INFORMATION RE. CORRECTION:** In addition, Plaintiffs have herewith resubmitted sealed versions of Exhibits 6, 7, 9, 10 and 12, which are certain of the Named Plaintiffs' declarations. Plaintiffs have sealed those Plaintiffs' personal email addresses and IP addresses that were included in the electronic Docusign documentation for their declarations. The Court has previously ordered that the Plaintiffs' email addresses and IP addresses that were included in a table in the reports of Plaintiffs' expert Prof. Zubair Shafiq, were sealed. *See* ECF 706.

V.   **CONCLUSION**

In accordance with Judge Gonzalez Rogers' Standing Order Rule 12, *Procedures for Filing Under Seal* at §(b)(i)(1), the reasons for sealing of those materials not previously ordered sealed identified in the chart above will be addressed in a forthcoming Omnibus Sealing Motion, to be filed after the conclusion of briefing related to plaintiffs' Renewed Motion.

DATED: November 18, 2024

**PRITZKER LEVINE LLP**

By: */s/ Bethany Caracuzzo*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*