# EXHIBIT 12

## REDACTED VERSION

Docusign Envelope ID: A7749AAB-6666-4CDC-A989-102DD5A3D777
Case 4:21-cv-02155-YGR    Document 752-10    Filed 11/18/24    Page 2 of 7

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION<br><br>*This document applies to all actions.* | CASE NO. 4:21-CV-02155-YGR (VKD)<br><br>**DECLARATION OF TARA WILLIAMS IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: TBD<br>Time: TBD<br>Courtroom: 1, Fourth Floor |

Case No. 4:21-cv-02155-YGR (VKD)
TARA WILLIAMS' DECLARATION IN SUPPORT OF
PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

I, Tara Williams, hereby declare as follows:

1. I am a Named Plaintiff and one of the proposed Class Representatives in the above-captioned action.

2. I was proposed as a Class Representative in Plaintiffs' initial Motion for Class Certification on July 17, 2023. *See* Dkt. 546.

3. I was deposed in this action on August 17, 2023.

4. I have represented the interests of the absent Proposed Class and its Members since the inception of this case to the best of my ability, and will continue to assist my counsel in the prosecution of this case if appointed as a Class Representative.

5. I first became a Google account holder on May 15, 2013, see GOOG-HEWT-00455569, and I continue to be a Google account holder today, and have been one throughout the pendency of this lawsuit.

6. I have also continued to regularly access the internet through my devices.

7. I do not consent to Google sharing or selling my personal information to any third party through its RTB auction. I desire to continue to be a Google account holder and use the internet, and desire that Google either honor its privacy promises to all Google account holders, or else give me the ability to opt out of Google's sharing or selling of my personally identifying information in RTB auctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10/28/ day of October, 2024 in _____.

Signed by:

[signature]
0669AE8B974B492...

**TARA WILLIAMS**

**DocuSign**

## Certificate Of Completion

Envelope Id: A7749AAB66664CDCA989102DD5A3D777  
Subject: Complete with Docusign: Declaration ISO Renewed Motion for Class Cert - Tara Williams.pdf  
Source Envelope:  
Document Pages: 2  Signatures: 1  Envelope Originator:  
Certificate Pages: 4  Initials: 0  Erin Kerrane  
AutoNav: Enabled    8160 Norton Parkway  
EnvelopeId Stamping: Enabled    Mentor, OH 44060  
Time Zone: (UTC-05:00) Eastern Time (US & Canada)    ekerrane@dicellolevitt.com  
    IP Address: 52.252.118.214  

Status: Completed

## Record Tracking

Status: Original  
 10/24/2024 3:11:57 PM  

Holder: Erin Kerrane  
 ekerrane@dicellolevitt.com  

Location: DocuSign

## Signer Events | Signature | Timestamp

**Tara Williams**  
[redacted]  
Security Level: Email, Account Authentication (None)  

Signed by: [signature image]  
0669AE8B974B492...  

Signature Adoption: Drawn on Device  
Using IP Address: [redacted]  
Signed using mobile  

Sent: 10/24/2024 3:13:03 PM  
Resent: 10/28/2024 10:50:24 AM  
Viewed: 10/28/2024 1:48:30 PM  
Signed: 10/28/2024 1:49:31 PM  

**Electronic Record and Signature Disclosure:**  
 Accepted: 10/28/2024 1:48:30 PM  
 ID: [redacted]

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

## Witness Events | Signature | Timestamp

## Notary Events | Signature | Timestamp

## Envelope Summary Events | Status | Timestamps

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/24/2024 3:13:03 PM |
| Certified Delivered | Security Checked | 10/28/2024 1:48:30 PM |
| Signing Complete | Security Checked | 10/28/2024 1:49:31 PM |
| Completed | Security Checked | 10/28/2024 1:49:31 PM |

## Payment Events | Status | Timestamps

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 4/22/2022 6:21:43 PM
Parties agreed to: Tara Williams

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, DiCello Levitt Gutzler LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact DiCello Levitt Gutzler LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: mabramowitz@dicellolevitt.com

**To advise DiCello Levitt Gutzler LLC of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at mabramowitz@dicellolevitt.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from DiCello Levitt Gutzler LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to mabramowitz@dicellolevitt.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with DiCello Levitt Gutzler LLC**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to mabramowitz@dicellolevitt.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify DiCello Levitt Gutzler LLC as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by DiCello Levitt Gutzler LLC during the course of your relationship with DiCello Levitt Gutzler LLC.