Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF <u>CORRECTED</u> SEALED MATERIALS CITED IN PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**[Civil L.R. 79-5(f)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   None set.<br>Hearing Time:<br>Hearing Location: |

Case No. 4:21-cv-02155-YGR-VKD
PROOF OF SERVICE

1  I, Bethany Caracuzzo, hereby declare as follows:

2  I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a
3  party to this action. On November 18, 2024, I caused the below documents, the sealed versions
4  of which were lodged conditionally under seal, to be served by electronic mail to the individuals
5  at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

**Unsealed and unredacted version of Exhibits 6, 7, 9, 10 and 12 to Plaintiffs' Renewed Motion for Class Certification**

<u>Via E-mail</u>
Michael Rhodes, Esq. (rhodesmg@cooley.com)
Whitty Somvichian, Esq. (wsomvichian@cooley.com)
Anu S. Dhillon, Esq. (adhillon@cooley.com)
Aarti Reddy, Esq. (areddy@cooley.com)
Reece Trevor, Esq. (rtrevor@cooley.com)
COOLEY LLP
101 California Street, 5th Fl
San Francisco, CA 94111-5800

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 18, 2024 at Emeryville, California.

By: _____
Bethany Caracuzzo