Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FILED WITH PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION; AS AMENDED BY COURT** (ECF NOS. 750-14, 750-15, 750-17, 750-18, 750-20)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:     TBD<br>Hearing Time:<br>Hearing Location:   Courtroom 1 |

1  Plaintiffs Christopher Valencia, John Kevranian, Terry Diggs, Kimberley Woodruff,
2  Rethena Green, Salvatore Toronto, and Tara Williams move the Court to Remove Incorrectly Filed
3  Documents ("Motion").
4  Upon consideration of all papers filed in support the Court hereby GRANTS the Motion,
5  and orders that the following documents be permanently locked and sealed ~~deleted~~ from the public
6  record and replaced with the redacted versions filed with Plaintiffs' Corrected Temporary Sealing
7  Motion (ECF 752):

- ECF 750-14:  Exhibit 6 – Declaration of Named Plaintiff Terry Diggs
- ECF 750-15: Exhibit 7 - Declaration of Named Plaintiff Rethena Green
- ECF 750-17 Exhibit 9 – Declaration of Named Plaintiff Salvatore Toronto
- ECF 750-18: Exhibit 10- Declaration of Named Plaintiff Christopher Valencia
- ECF 750-20: Exhibit 12 – Declaration of Named Plaintiff Tara Williams

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge