COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

*Additional counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>Plaintiffs,<br><br>v.<br><br>This Document Relates to: *all actions*,<br><br>Defendant. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND PROPOSED ORDER
RE: RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC ("Google" and collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS, on November 8, 2024, Plaintiffs filed a renewed motion for class certification, ECF No. 749 (the "Motion");

WHEREAS, under the existing case schedule, *see* ECF No. 737, Google's Opposition to the Motion ("Opposition") is due January 24, 2025, and Plaintiff's Reply in support of the Motion is due on February 28, 2025;

WHEREAS, one of Google's principal expert witnesses whose report Google will rely upon for its Opposition has been affected by the wildfires in the Los Angeles area, including being subject to evacuation orders from his home, and therefore requires additional time to complete his analysis and prepare his report; and

WHEREAS, the Parties have agreed to a modest one-week extension of the Motion's briefing schedule to account for these extenuating and unforeseen circumstances;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows and jointly apply for an order approving said stipulation:

1. Google's Opposition to the Motion shall be due by January 31, 2025;

2. Plaintiffs' Reply in support of the Motion shall be due by March 7, 2025.

**IT IS SO STIPULATED.**

Dated: January 15, 2025                              COOLEY LLP

                                                     */s/ Whitty Somvichian*
                                                     Whitty Somvichian
                                                     Attorney for Defendant
                                                     GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. AND PROPOSED ORDER
RE: RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

| | |
|---|---|
| 1  Dated: January 14, 2025 | PRITZKER LEVINE LLP |

*/s/ Elizabeth Pritzker*
Elizabeth C. Pritzker

Jonathan Levine
Bethany Caracuzzo
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel: (415) 692-0772
Fax: (415) 366-6110
Email: ecp@pritzkerlevine.com
         jkl@pritzkerlevine.com
         bc@pritzkerlevine.com

Joe Cotchett
Nanci Nishimura
Brian Danitz
Jeffrey G. Mudd
**COTCHETT PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel: 650-697-6000
Fax: 650-597-0577
Email: POmalley@cpmlegal.com
         nnishimura@cpmlegal.com
         BDanitz@cpmlegal.com
         JMudd@cpmlegal.com

Karin B. Swope
**COTCHETT PITRE & McCARTHY**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Email: KSwope@cpmlegal.com

David A. Straite (*admitted pro hac vice*)
Corban Rhodes (*admitted pro hac vice*)
**DICELLO LEVITT LLC**
485 Lexington Avenue. 10th Floor
New York, NY   10017
Tel: (646) 993-1000
Email: dstraite@dicellolevitt.com
         crhodes@dicellolevitt.com
         Julwick@dicellolevitt.com

James Ulwick (*admitted pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
Fax: (312) 253-1443
Email: Julwick@dicellolevitt.com

Cooley LLP
Attorneys at Law
San Francisco

2

**Joint Stip. and Proposed Order
re: Renewed Class Cert. Briefing
Case No. 4:21-cv-02155-YGR-VKD**

Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002
Email: fbottini@bottinilaw.com

*Interim Class Counsel for Plaintiffs*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on January 15, 2025, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND PROPOSED ORDER
RE: RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

313280200

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND PROPOSED ORDER
RE: RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD