```
COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF JOINT STIPULATION EXTENDING TIME FOR BRIEFING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF W. SOMVICHIAN ISO JOINT STIP.
RE RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the concurrently-filed Joint Stipulation Extending Time for Briefing on Plaintiffs' Renewed Motion for Class Certification .

2. Google has been working diligently to prepare its brief in opposition to Plaintiffs' Renewed Motion for Class Certification, ECF No. 749, including by engaging and working with an expert to rebut Plaintiffs' expert witness and prepare an expert report, which Google intends to file in support of its opposition to the Motion.

3. On January 8, 2025, the expert witness advised me that his home was subject to a mandatory evacuation order issued by authorities in response to wildfires in the Los Angeles area. As a result, the expert witness has not been able to return to his home for multiple days, which has affected his ability to continue work on his report for this action.

4. On January 9, 2025, I contacted Plaintiffs' counsel to request that, in light of the emergent circumstances facing Google's expert witness, they agree to extend by one week the deadlines for (1) Google to oppose Plaintiffs' Motion and (2) Plaintiffs to file a reply in support of their Motion, respectively. Plaintiffs' counsel confirmed their agreement to this request, which will promote fairness and efficiency by allowing Google to rely on its experts work in support of its opposition to Plaintiffs' Motion.

5. No hearing has been set on Plaintiffs' Motion, so this short, proposed extension will not have any significant effect on the broader case schedule.

6. Pursuant to Local Rule 6-2, the following time modifications have occurred to date in this action:

- On April 22, 2021, the Parties stipulated to an initial extension of Google's time to respond to Plaintiffs' Complaint from April 23, 2021 to June 1, 2021 (ECF No. 25).

- On May 18, 2021, the Parties further stipulated to extend Google's deadline

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF W. SOMVICHIAN ISO JOINT STIP.
RE RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

to answer or otherwise respond to the Consolidated Complaint by four weeks from the issuance of an order regarding case consolidation and appointment of interim lead class counsel, or in the alternative, six weeks after filing of the Consolidated Class Action Complaint ("Consolidated Complaint") (ECF No. 46).

- Plaintiffs filed the Consolidated Complaint on August 27, 2021 (ECF. No. 80).

- On May 25, 2022, the Parties stipulated to revise the case schedule to allow pre-class certification discovery to occur efficiently (ECF No. 208).

- On June 1, 2022, the Court granted the Parties' stipulation to revise the case schedule as modified by the Court (ECF No. 221).

- On June 24, 2022, the Court granted the Parties' stipulation to extend Google's time to answer the Consolidated Complaint by no later than July 15, 2022 (ECF No. 239).

- On July 15, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until July 22, 2022 (ECF No. 257).

- On August 5, 2022, the Court granted the Parties' stipulated request to move a discovery hearing from August 16, 2022 to August 22, 2022 (ECF No. 276).

- On August 11, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 12, 2022 (ECF No. 286).

- On August 23, 2022, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until August 29, 2022 (ECF No. 307).

- On September 7, 2022, the Court ordered a further revision to the case schedule in light of Judge DeMarchi's discovery order and recommendation (ECF No. 329).

- On November 22, 2022, the Court granted Google's unopposed motion to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF W. SOMVICHIAN ISO JOINT STIP.
RE RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

extend the time to file its response to Plaintiffs' administrative sealing motion until November 29, 2022 (ECF No. 369).

- On December 21, 2022, the Court entered an order granting in part Plaintiffs' motion to revise the case schedule (ECF No. 391).

- On January 18, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until January 19, 2023 (ECF No. 406).

- On March 2, 2023, the Court granted Google's unopposed motion to extend the time to file its response to Plaintiffs' administrative sealing motion until March 8, 2023 (ECF No. 435).

- On March 15, 2023, the Court granted the Parties' stipulated request to move the hearing on Plaintiffs' motion for sanctions from April 4, 2023 to April 11, 2023 (ECF No. 449).

- On July 20, 2023, the Court granted the Parties' stipulated request to extend deadlines associated with sealing motions in connection with Plaintiffs' motion for class certification (ECF No. 552).

- On October 24, 2023, the Court granted the Parties' stipulated request to extend the briefing schedule on Google's motion to exclude Plaintiffs' expert Neil Richards (ECF No. 611).

- On January 24, 2024, the Court granted the Parties' stipulated request to revise the case schedule (ECF No. 656).

- On February 9, 2024, the Court granted the Parties' stipulated request to extend the time for Google to respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed filed at ECF No. 666 (ECF No. 673).

- On March 7, 2024, the Parties jointly stipulated to a revised case schedule based on the order on Plaintiffs' motion for class certification (ECF No. 683).

- On April 23, 2024, the Parties jointly stipulated to extend the sanctions motion briefing (ECF No. 701).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF W. SOMVICHIAN ISO JOINT STIP.
RE RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD

1       • On April 24, 2024, the Court granted the Parties' stipulated request to extend the sanctions motion briefing (ECF No. 702).

       • On May 1, 2024, the Court granted the Parties' stipulated request to a revised case schedule on Plaintiffs' motion for class certification (ECF No. 704).

       • On September 9, 2024, the Court granted Plaintiffs' unopposed motion to extend the schedule for class certification briefing, merits expert reports, and summary judgment / *Daubert* briefing (ECF No. 737).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2025 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

313281884

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECL. OF W. SOMVICHIAN ISO JOINT STIP.
RE RENEWED CLASS CERT. BRIEFING
CASE NO. 4:21-CV-02155-YGR-VKD