1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Motion to Strike the Report of Paul Schwartz. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Declaration of Sharon Cruz in Support of Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibits A-B in Support of Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE