1  COOLEY LLP
   WHITTY SOMVICHIAN (SBN 194463)
2  (wsomvichian@cooley.com)
   AARTI REDDY (SBN 274889)
3  (areddy@cooley.com)
   KYLE C. WONG (SBN 224021)
4  (kwong@cooley.com)
   REECE TREVOR (SBN 316685)
5  (rtrevor@cooley.com)
   ANUPAM DHILLON (SBN 324746)
6  (adhillon@cooley.com)
   3 Embarcadero Center, 20th Floor
7  San Francisco, CA 94111-4004
   Telephone:   +1 415 693 2000
8  Facsimile:   +1 415 693 2222

9  Attorneys for Defendant
   GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation,<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**GOOGLE LLC'S TEMPORARY SEALING MOTION RE OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |
|---|---|

1  Pursuant to Local Rules 79-5(f) and Judge Gonzalez Rogers's Standing Order (Civil) ("the Standing Order"), Paragraph 12, Google LLC ("Google") respectfully submits this Temporary Sealing Motion. Google will seek to seal portions of Google's Opposition to Plaintiffs' Renewed Motion for Class Certification and certain exhibits to the Declaration of Whitty Somvichian in Support of Google's Opposition ("Somvichian Declaration"), as detailed in the chart below.

| ECF No. | Document | Party Claiming Confidentiality |
|---|---|---|
| 761-1 | Google's Opposition to Plaintiffs' Renewed Motion for Class Certification | Google |
| 761-3 | Ex. 1 to Somvichian Declaration - Expert Report of Aaron Striegel | Google |
| 761-5 | Ex. 2 to Somvichian Declaration - Expert Report of Konstantinos Psounis | Google, Plaintiffs |
| 761-7 | Ex. 3 to Somvichian Declaration - Shafiq Deposition Excerpt | Google, Plaintiffs |

Google will serve on counsel for Plaintiffs, complete copies of the unredacted and unsealed documents in accordance with Civil L.R. 5-1(e) and the Standing Order, Paragraph 12 (c)(i). In accordance with the Standing Order, Paragraph 12(b)(1), the reasons for sealing will be addressed in a forthcoming omnibus motion to be filed after the conclusion of briefing related to Plaintiffs' Renewed Motion for Class Certification.

Respectfully submitted,

Dated: January 31, 2025

COOLEY LLP

By: */s/ Whitty Somvichian*
      Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

314082932