COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This Document Relates to: *all actions* | **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEC. OF W. SOMVICHIAN ISO GOOGLE'S OPP. TO RENEWED MOTION FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD**

I, Whitty Somvichian, declare as follows:

1. I am a partner at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Opposition ("Opposition") to Plaintiffs' Renewed Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Motion"). I have personal knowledge of the facts herein, and I am competent to testify.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the supplemental expert report of Dr. Aaron Striegel ("Striegel Supplemental Report"). The Striegel Supplemental Report addresses and rebuts certain opinions in the report of Plaintiffs' supplemental expert report from Prof. Zubair Shafiq regarding the information contained in the absent class member Google Real-Time Bidding ("RTB") data. Among other findings and opinions, Dr. Striegel analyzed the data that Prof. Shafiq relied on and finds that there is substantial variation among the Plaintiff data and the absent class member data regarding the information contained in individual bid requests.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the supplemental expert report of Dr. Kostantinos Psounis ("Psounis Supplemental Report"). The Psounis Supplemental Report addresses and rebuts certain opinions in the various expert reports filed by Profs. Shafiq and Christopher Wilson regarding whether the variations between the Plaintiff data and the absent class member data affect the question whether RTB participants would be able to reliably identify devices or individuals based on RTB bid requests. Among other findings and opinions, Dr. Psounis concludes that Plaintiffs' experts conclusions on this point based on the Plaintiff data are not generalizable to the class as a whole.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Dr. Zubair Shafiq, conducted on December 18, 2024.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Rethena Green, conducted on April 20, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Salvatore Toronto, conducted on March 30, 2023.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF W. SOMVICHIAN ISO GOOGLE'S OPP.
TO RENEWED MOTION FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Christopher Valencia, conducted on December 14, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Tara Williams, conducted on August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2025 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

314036046

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF W. SOMVICHIAN ISO GOOGLE'S OPP.
TO RENEWED MOTION FOR CLASS CERT.
CASE NO. 4:21-CV-02155-YGR-VKD