# EXHIBIT 1
# to the Declaration of
# Whitty Somvichian

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
| This Document Relates to: *all actions* | |

**SUPPLEMENTAL EXPERT REPORT OF AARON STRIEGEL, Ph.D**

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ........................................................................................................... 1

    A.    Qualifications .............................................................................................................. 1

    B.    Assignment ................................................................................................................ 1

    C.    Executive Summary of Opinions ............................................................................. 3

II.   BACKGROUND ............................................................................................................ 5

    A.    Case Background ........................................................................................................ 5

    B.    Overview of Relevant RTB Bid Request Fields ..................................................... 6

III.  THERE IS SIGNIFICANT VARIATION BETWEEN THE NAMED
      PLAINTIFFS' DATA AND THE ABSENT CLASS MEMBER DATA, AND
      DR. SHAFIQ'S OPINIONS TO THE CONTRARY ARE CONTRADICTED BY
      THE DATA HE REVIEWED. ..................................................................................... 16

    A.    The Absent Class Member Data Is Not Representative Of The Named
        Plaintiff Data In Key Respects, Which Dr. Shafiq Ignores ................................... 16

    B.    Dr. Shafiq's Specific Examples Regarding "Extensive Sharing of
        Information" in ¶¶ 43 and 44 of His Report Are Misleading ............................. 19

    C.    Dr. Shafiq's Assertion Of "Uniformly Shared" Data Is Contradicted By
        The Data He Reviewed, As Well As The Data Examples Discussed Above ...... 26

        1.    The data does not support Dr. Shafiq's opinion that certain bid
            request fields were populated 98% of the time or more. ......................... 26

        2.    Even where data fields are consistently populated with substantive
            values in the named Plaintiffs' data, the data varies across
            individual bid requests in terms of specificity, accuracy, and other
            factors ...................................................................................................... 30

## I.    Introduction

### A.    Qualifications

1.    My qualifications and experience are set forth in my original expert report, the "Striegel Opening Report."[1]  An updated version of my curriculum vitae ("CV") is attached to this Report as Appendix A; a list of all cases in which, during the last five years, I have testified as an expert at trial or by deposition is attached to this Report as Appendix B; and a list of all case-specific materials that I relied upon in formulating the opinions below appear in Appendix C.

### B.    Assignment

2.    I previously submitted an expert report in this litigation on behalf of Defendant Google LLC ("Google") responding to the opinions of Plaintiffs' technical experts, Dr. Zubair Shafiq and Dr. Christopher Wilson.  In the Striegel Opening Report, I described the errors in Dr. Shafiq's and Dr. Wilson's analysis of the named plaintiff and third-party Real-Time Bidding ("RTB") data, demonstrating the variation in the types of data shared through RTB, and further explained that their opinions could not be extrapolated to the entire putative class.

3.    I continue to be retained by counsel for Google in this litigation, and have been engaged to respond to Dr. Shafiq's supplemental report (the "Shafiq Supplemental Report") filed in support of Plaintiffs' renewed motion for class certification.[2]  I also address statements and opinions made by Dr. Shafiq in his rebuttal report filed in response to the Striegel Opening Report, to the extent those statements and opinions are relevant to the new opinions in the Shafiq Supplemental Report.

4.    More specifically, I have been asked to evaluate (1) Dr. Shafiq's assertions that bid requests in RTB all contain "uniform" or "common" data, including Dr. Shafiq's conclusion that

---

[1] Expert Report of Aaron Striegel (Sept. 29, 2023) ("Striegel Opening Rpt.").
[2] *See* Supplemental Expert Report of Zubair Shafiq (Nov. 8, 2024) ("Shafiq Supp. Rpt.").

his findings from the named Plaintiffs' data samples are representative of the data for the proposed

class as a whole, and (2) various examples that Dr. Shafiq offers of specific RTB bid request data

to assess whether Dr. Shafiq has accurately described what he calls the "extensive information"

contained in these bid requests.

5.      In forming my opinions, I have reviewed materials, data, and information provided

to me by counsel or obtained from public sources. These materials include, among others, the

Complaint,[3] the Opening Shafiq Report and materials cited within, the Opening Wilson Report,

the Shafiq Supplemental Report and materials cited within, certain documents the parties produced

or filed in the case, and various data and publications from publicly available sources.  I have also

reviewed the same data samples for both named plaintiffs and absent class members that Dr. Shafiq

reviewed in forming his opinions, and I provide detailed analyses of those data samples below.

The case-specific materials that I have relied on in forming my opinions are identified in this report

and in Appendix C.  I reserve the right to adjust or supplement any opinions, as appropriate and

permitted by the Court, should additional relevant documents or data become available.

6.      Google has produced to Plaintiffs, and I have reviewed, RTB data for absent class

members from the following ███████████ :

- ██████████████████████ ;

- ███████████████████████ ;

- ███████████████████████ ;

- ██████████████████████ ;

- ████████████████████████ ; and

---

[3] *In re Google RTB Consumer Privacy Litigation*, 4:21-cv-02155-YGR-VKD (N.D. Cal. Sept. 16, 2021), ECF No. 92, Amended Consolidated Class Action Complaint ("Complaint").  All ECF citations in this report refer to the *In re Google RTB* litigation.

- ███████████████████████████████████████████.

7.      My billing rate for time spent on this matter is $575 an hour.  My compensation is not contingent in any way on the nature of my opinions or the outcome of this litigation.

**C.    Executive Summary of Opinions**

8.      For the reasons articulated in this Report, I have reached three main opinions.

9.      First, contrary to Dr. Shafiq's claims, the named Plaintiffs data is <u>not</u> representative of the proposed class member data in several ways, including with respect to key data fields that Plaintiffs and their experts have previously emphasized are the fields that allegedly enable RTB participants to personally identify individual users.  For instance, Plaintiffs' experts have relied on the inclusion of pseudonymous identifiers like the Google User ID as an important reason why RTB participants can potentially use bid request data to personally identify a user.  However, while the Google User ID was present in 100% of the named Plaintiffs' data, it was <u>not present</u> in <u>over</u> ███ of all bid requests in the proposed class member data.  Furthermore, cookie matching— another key element of Plaintiffs' claims—occurred for all of the named Plaintiffs and in roughly ███% of their data records overall, but only occurred ██% of the time in the broader absent class member data.  Finally, while no named Plaintiffs opted out of receiving personalized ads during the relevant time period, which affects the type of information shared in a bid request, nearly ██% of the bid requests in the absent class member data involved users who opted out of receiving personalized ads.  Because Dr. Shafiq does not analyze what information was actually included in bid requests (and instead focuses on whether certain information existed in Google's logs), he simply glosses over the significant variation between the named Plaintiffs and the putative class.

10.     Second, the specific examples identified in Paragraphs 43 and 44 of the Shafiq Supplemental Report do not support his conclusion that bid requests include "extensive information" that can be used to personally identify individual users, contrary to Dr. Shafiq's

claims.  In fact, a closer review of the data corresponding to the bid requests identified in those examples undermines the point that Dr. Shafiq attempts to make.  As an initial matter, Dr. Shafiq incorrectly focuses on the `user_agent_data` field to determine the type of information shared with RTB participants without accounting for the `user_agent` field instead, which often has different (and less granular information), and without explaining what is actually shared with RTB participants.  This omission undermines his examples, as Dr. Shafiq provides no basis to conclude that the more detailed information was in fact shared.  Setting aside that issue, Dr. Shafiq fails to explain how information shared in the examples he selected could be used to identify a specific user or device.  For example, the `user_agent` that was shared in one of Dr. Shafiq's examples[4] is identical to the `user_agent` shared in more than ███████ bid requests across the entire data set.  Similarly, the truncated IP address shared in another one of Dr. Shafiq's examples[5] is identical to the truncated IP address shared in nearly ███████ bid requests across the entire data set.  Dr. Shafiq ignores the fact that information shared in a bid request, based on his own examples, is identical to the information shared in millions of other bid requests across the broader data set, and provides no adequate basis to find that this type of information could somehow be used to identify an individual user.

11.     Finally, Dr. Shafiq's opinion that 58 bid request fields were "uniformly" shared across the absent class member data is incorrect and highly misleading.  According to Dr. Shafiq, a field is "uniformly" included if it is populated at least 98% of the time.  But even under that approach, many bid request fields that Dr. Shafiq identifies as being "uniformly" included were populated far less frequently than 98% of the time.  As one example, Dr. Shafiq counts fields that

---

[4] *See* Shafiq Supp. Rpt. ¶ 43(a).
[5] *See id.* ¶ 43(c).

are merely flags (*i.e.*, indicating whether certain information was sent but not containing the information itself) as being populated at least 98% of the time, even when the values of those fields indicated that the information was not actually sent.  For example, Dr. Shafiq points out that the `google_user_id_present` field (an internal field not shared with RTB participants) was populated 100% of the time, but he completely ignores that it was often populated with a value of zero, indicating that the actual Google User ID was <u>not</u> sent to RTB participants.  The same is true for other fields, such as the `mobile_id_sent` field (which indicates whether the `mobile_id` was sent).  Dr. Shafiq's exclusive focus on whether these flags were populated, and his failure to discuss how frequently the Google User ID and Mobile ID were sent or omitted, is a highly misleading attempt to suggest that the underlying information (*e.g.*, Google User ID) was "uniformly" sent in the absent class member data.  Additionally, many of the fields Dr. Shafiq says were "uniformly" shared actually were populated with just brackets and contained no substantive information whatsoever.  For instance, the `bid_response_feedback` field is populated with [] in ██% of all bid requests, and the `chosen_encrypted_signals` is populated with [] in ██% of all bid requests.  Other fields that Dr. Shafiq identifies as "uniformly" shared were populated with no information at all, not even brackets.  As an example, the `carrier_id` field contains an empty value of zero in ██% of all bid requests.  Dr. Shafiq's improper counting of these fields undermines many of his opinions.

## II.    Background

### A.    Case Background

12.    I have reviewed Plaintiffs' Complaint and understand that Plaintiffs have brought various legal claims against Google based on allegations that Google "sells" and "shares" the

"personal information" of Google account holders (as defined under the Google Terms of Service and under California law) by including certain data in bid requests sent to RTB participants.[6]

13.     I understand that Plaintiffs' previous motion for class certification was denied without prejudice, and that Plaintiffs now seek to certify a class consisting of all active Google account holders who have had their account holder information shared through Google RTB since June 28, 2016 ("Proposed Class Members").

### B.     Overview of Relevant RTB Bid Request Fields

14.     I understand that Plaintiffs are asserting, through the expert reports of Dr. Shafiq and Dr. Wilson, that certain data fields in RTB bid requests are "uniformly" shared in all bid requests, not just for the named Plaintiffs but also in the broader data set produced in this case. I disagree with this assertion and describe my findings that show substantial variation in the data included in bid requests overall and significant differences between the named Plaintiffs data and the broader data set as a whole, in Section III.A. For this background section, I discuss certain data fields that Dr. Shafiq and Dr. Wilson address, including the purpose of the field, the mechanisms by which such fields are generated, and briefly discuss other external factors that impact said fields. Later in my report, I discuss in more detail the lack of uniformity across many of the fields based on my analysis of the log data.

15.     **google_user_id field & google_user_id_present field:** When an ad request is sent from a browser to Google, it may include the Biscotti cookie associated with that browser, which is an advertising-related cookie used by Google. The Biscotti cookie may or may not be available for many reasons, including circumstances where users block third-party cookies in different ways. The Biscotti cookie, where available, is transformed into an encrypted value that is unique to each

---

[6] *See* Complaint ¶¶ 19–21.

RTB participant before it is sent in a bid request. This encrypted, RTB participant-specific value is the Google User ID, which can be included in the `google_user_id` field in a bid request. As will be described later in this report, there are many factors that determine whether or not the `google_user_id` field is actually populated in a given bid request. Plaintiffs and their experts have put significant weight on the inclusion of `google_user_id` as a basis of their claims and opinions. For example, Dr. Wilson claims that the `google_user_id` "permits consistent identification of a user because that field consistently corresponds to that user for any given RTB participant."[7]

16.    The `google_user_id` field is different from the `google_user_id_present` field, which only tracks **whether** a Google User ID was included in a bid request. The `google_user_id_present` field is **not** included in bid requests sent to RTB participants but is logged **internally** by Google.[8] The `google_user_id_present` field contains either a value of <u>zero</u>, which means the `google_user_id` is not present in the bid request, or a value of <u>one</u>, which means the `google_user_id` is present in the bid request. Dr. Shafiq opines that the `google_user_id` was "commonly included" in the named Plaintiff data, which is accurate.[9] However, Dr. Shafiq's opinion that the `google_user_id` is "present in the Class data, just like [it] is present in the Plaintiff data," is false, as shown conclusively in the data Dr. Shafiq says he analyzed.[10] Dr. Shafiq conflates the `google_user_id` field (a field possibly

---

[7] Expert Report of Christopher Wilson (July 14, 2023) ("Wilson Opening Rpt."), ¶ 60.

[8] *See* ECF No. 592, Declaration of Glenn Berntson ("Berntson Decl."), ¶ 22. Specifically, the `google_user_id_present` field indicates when a Biscotti value was included in an ad request sent to Google, from which the `google_user_id` field is generated. *Id.* If no Biscotti value is sent in the ad request, the `google_user_id` is not included in the bid request.

[9] Shafiq Supp. Rpt. ¶ 27.

[10] *See id.*; *see also id.* ¶ 24.

containing the actual Google User ID) with the `google_user_id_present` field (a flag that indicates whether or not the actual Google User ID was sent). While the `google_user_id_present` field was present in every record in the produced data, the flag confirms that the Google User ID itself was not present in ████████ out of a total of ████████ bid requests sent to RTB participants, or ████ % of the time.[11]

17.    **hosted_match_data    &    hosted_match_data_sent    fields:** The `hosted_match_data` field is related to the cookie matching process.[12] If there is a cookie match for a given RTB participant, information about the match may be provided as part of the bid request to that RTB participant. The `hosted_match_data` field will not and cannot be populated if a match is not found. The `hosted_match_data` field is different from the `hosted_match_data_sent` field, which only tracks whether hosted match data was included in a bid request. The `hosted_match_data_sent` field is **<u>not</u>** included in bid requests sent to RTB participants but is logged **<u>internally</u>** by Google.[13] The `hosted_match_data_sent` field contains either a value of <u>zero</u>, which means `hosted_match_data` is not present in the bid request, or a value of <u>one</u>, which means `hosted_match_data` is present in the bid request. Dr. Shafiq observes that the `hosted_match_data_sent` field was populated for "all Class bid requests sent to RTB participants by Google,"[14] but he does not clarify that the values in this field actually confirm that the `hosted_match_data_sent` field was populated with a value of

---

[11] Unless otherwise noted, percentages are calculated across all bid requests in the absent class member data, or ████████ bid request records. In my analysis, I detected a total of ████████ records in the ████ log. Of those records, ████ were corrupted and are not included in the discussion portion of my report.

[12] Cookie matching is described in further detail in my first expert report. *See* Striegel Opening Rpt. ¶¶ 49–56.

[13] *See* ECF No. 434 at 6.

[14] Shafiq Supp. Rpt. ¶ 24.

zero in ████████ bid requests, which means that the `hosted_match_data` was omitted in ███% of bid requests in the absent class member data.

18.    **ip field:** As part of an ad request, the user's browser will establish a Transmission Control Protocol (TCP)/Internet Protocol (IP) connection to Google, both of which are protocols to establish web and app-based connectivity.  An IP governs the network layer which routes data across the Internet from one device to another between the respective IP addresses.[15]  Google will see the public IP address making the ad request as part of normal TCP/IP operation.  Google truncates the IP address value as an additional privacy protection before including it in the bid request sent to RTB participants.  For IPv4, this means including only the uppermost three bytes (out of four total bytes) and for IPv6, this means including the uppermost six bytes (out of sixteen total bytes).[16]  In certain configurations, the IP address field may not be populated even in a coarsened form.  In the absent class member data, ███% of bid requests had an IPv4 address (or ██████████ bid requests) and ████% of bid requests had an IPv6 address (or ██████████ bid requests).

19.    A single IP can possibly be associated with many individuals.  First, the particular public IP address may be shared by one or more devices with most devices undergoing some sort of Network Address Translation before transiting out from the initial network connectivity.  Critically, by truncating an IPv4 address to only the uppermost bytes, the truncated IP address would represent potentially 254 separate public IP addresses, each of which could be used by

---

[15] Larry Peterson & Bruce Davie, Computer Networks: A Systems Approach (2009), ch. 3.3, https://book.systemsapproach.org/internetworking/basic-ip.html (last accessed Jan. 31, 2025).
[16] *See* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#bidrequest-object (last accessed Jan. 31, 2025).

numerous shared devices and browsers.[17]   Second, IP addresses can provide some information about a particular device's location but only in a general sense.   For mobile networks and in particular cellular networks, a given public IP address may cover a fairly significant geographic area (*e.g.*, an entire city or town).

20.    **user-agent field:** The user-agent string is provided by the web browser as part of the HTTP request headers during a normal web request.   The user-agent string can contain a variety of information including various browser versions, operating system, and other capabilities.[18]   For example, the most common `user_agent` in the absent class member data, which appeared ████████ times across all bid request records, shows that the user agent was represented to be a ████████ type of browser running on an ████ using ████████.

21.    The granularity of the user-agent string can vary depending upon what options a publisher selects.   For example, publishers can select an option called Restricted Data Processing and where they do, only a generalized agent string[19] is shared that redacts many of the fields in the user agent string to zero to obscure the specific version and other details of the user agent (*e.g.*, Chrome 106.5.15.4 becomes Chrome 106.0.0.0). This is another privacy protecting option within the Google RTB system.

---

[17] For a class C network in IPv4 which is the upper 3 bytes (*e.g.*, a /24), IP addresses .0 and .255 are generally not considered to be valid addresses due to their usage as broadcast addresses or subnet identifiers.

[18] *See* Striegel Opening Rpt. at fn. 35 ("But note that some browsers are lying: Chrome for example reports both as Chrome and Safari. So to detect Safari you have to check for the Safari string and the absence of the Chrome string, Chromium often reports itself as Chrome too or Seamonkey sometimes reports itself as Firefox.").

[19] *See* https://developers.google.com/authorized-buyers/rtb/useragent-gen (last accessed Jan. 31, 2025).

22.    The `user_agent` field is distinct from the `user_agent_data` field.[20]  As discussed further below, the data produced in this case shows that the information contained in these fields can differ from each other in the same record, with more granular information sometimes appearing in the `user_agent_data` field as compared to the `user_agent` field. Dr. Shafiq often refers to just the `user_agent_data` field in his report, but without explaining which set of user agent-related information is actually shared in a bid request.

23.    **advertising ID fields:** Bid requests can also contain a unique advertising ID for a specific mobile device, which is a user-resettable pseudonymous identifier used for advertising purposes.  For an iOS device, the advertising ID is known as the Identifier for Advertising (IDFA) and on an Android device, the advertising ID is known as the Google Advertising ID (AdId).[21] A device's advertising ID may be contained in certain data fields in a bid request (including the `encrypted_advertising_id`, `encrypted_hashed_idfa`, `advertising_id`, and `hashed_idfa` fields) and inclusion of these fields is optional, per Google's RTB documentation.[22]  Dr. Shafiq emphasizes the inclusion of advertising IDs for mobile devices as part of why he claims RTB bid requests can be used to personally identify individual users.  For example, he claims that device advertising IDs "shared by Google with RTB participants can be used to serve hyper-targeted ads to a specific user, surveil a user's commute, detect sensitive visits, etc."[23]

---

[20] *See generally* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide (last accessed Jan. 31, 2025).

[21] *See*  https://support.google.com/admanager/answer/6274238?hl=en  (last accessed Jan. 31, 2025).

[22] *See, e.g.*, GOOG-HEWT-000313; GOOG-HEWT-053074; GOOG-HEWT-053108; GOOG-HEWT-053142;   GOOG-HEWT-053175;   GOOG-HEWT-053210;   GOOG-HEWT-053244; GOOG-HEWT-053278; *see also* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#mobile-object (last accessed Jan. 31, 2025).

[23] Expert Report of Zubair Shafiq (July 14, 2023) ("Shafiq Opening Rpt."), ¶ 88(d).

24.    The `mobile_id_sent` flag is a flag in the ███ log indicating whether a mobile device advertising ID was sent in a bid request.  The `mobile_id_sent` flag is **not** included in bid requests sent to RTB participants but is logged **internally** by Google.[24]   The `mobile_id_sent` field contains either a value of <u>zero</u>, meaning no device advertising ID was sent in the bid request, or a value of <u>one</u>, which means that a device advertising ID was sent in the bid request.  Dr. Shafiq opines that the `mobile_id_sent` flag was populated for "all Class bid request sent to RTB participants by Google,"[25] but he does not clarify that the actual values in the field show that a mobile device advertising ID itself was not included in ███ % of bid requests involving a mobile device.[26]

25.    Various settings may impact whether or not advertising ID is included in a bid request or whether the advertising ID is provided to Google.  On iOS, the user may elect to disable tracking (IDFA) through several different mechanisms, LAT (Limit Ad Tracking) and ATT (App Tracking Transparency).  Similar settings are also available for Android.  In both cases, control is handled locally on the device meaning that the device itself passes a blank advertising identifier (all zeroes) when interacting with the Google Ads mobile SDK.[27]

26.    Users may also reset their mobile device advertising IDs through standard device settings in iOS and Android devices.  In the event that a user resets the advertising identifier on

---

[24] *See generally* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide (last accessed Jan. 31, 2025).
[25] Shafiq Supp. Rpt. ¶ 24.
[26] Of bid requests relating to phones and tablets (█████████), the data demonstrates that `mobile_id_sent` has a value of zero ██████████ times while the value one occurs ██████████ times, which means the mobile advertising device ID was omitted in ███ % of bid requests in the absent class member data.
[27] Unlike browsers which use cookies together with a web-centric approach for ads, an app uses a mobile SDK or software development kit for ads that does not use cookies.  Mobile apps are generally focused on a specific task (game, shopping, etc.) rather than allowing for broad browsing of the web.

their device, subsequent ad interactions from that device within an app will appear to be from a different device.

27.    The `limit_ad_tracking` field shows whether a user has enabled various user settings available on mobile devices (Android and iOS) that limit the types of information that can be used to track a device for advertising purposes.[28]  A value of 0 or `False` indicates these settings have not been enabled, whereas a value of 1 or `True` indicates that one or more such settings have been enabled and tracking must be limited in accordance with guidelines.  This field reflects individual choices users make on their devices, including iOS and Android devices.

28.    The `app_tracking_authorization_status` field is similar to the above but relates to privacy-related features available specifically to users of iOS devices (*i.e.*, an iPhone or iPad) that allows them to prevent app-related data from being used for advertising purposes on their mobile device.[29]   The different values that this field (`not determined = 0`, `restricted = 1`, `denied = 2`, or `authorized = 3`) is retrieved from Apple's ATTrackingManager, and reflects individual choices users make directly on their iOS devices.

29.    The `non_personalized_ads_reason` field relates to ads that are not "personalized," which generally means they are selected for display based on contextual information about where the ad will be shown but not on other information relating to the user, including their prior web browsing history, for example.  The bid requests relating to these non-personalized ads generally contain less information than those for personalized ads—for example,

---

[28] *See supra* note 22; *see also* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#limit-ad-tracking (last accessed Jan. 31, 2025).
[29] *See supra* note 22; *see also* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#app-tracking-authorization-status (last accessed Jan. 31, 2025); https://developer.apple.com/documentation/apptrackingtransparency/attrackingmanager/authorizationstatus (last accessed Jan. 31, 2025).

they will generally omit a pseudonymous identifier and cookie matching will not occur. The `non_personalized_ads_reason` shows the reason why a non-personalized ad was shown. Specifically, a value of one, or `publisher_declared_NPA`, means that a publisher has decided that a request should serve non-personalized ads independent of any other signals in the bid request fields. A value of two, or `restricted_data_processing`, means that the publisher requested restricted data processing for a particular request. A value of three, or `user_opt_out`, means that the user has opted out of receiving personalized ads. Below is a table summarizing this field and its values. (Note that this field does <u>not</u> reflect user decisions made for both the `app_tracking_authorization_status` and `limit_ad_tracking` fields discussed above).[30]

| non_personalized_ads_reason | |
|---|---|
| Unknown = 0 | The reasons for non-personalized ads are unknown. |
| Publisher_Declared_NPA = 1 | The publisher has declared that this request should serve non-personalized ads independent of other signals. |
| Restrict_Data_Processing = 2 | The publisher has requested restricted data processing for this request. |
| User_Opt_Out = 3 | The user has opted out of ads personalization. |

30.    **Location fields:** Bid requests may also contain location data derived from the public IP address observed during the TCP/IP connection when the ad request is sent to Google. Location data is not derived from GPS information from a user's mobile device, which tends to be more accurate than IP-derived location. I understand that no information from a user's Google account is used to derive location (or to populate any other bid request data field, as noted earlier).[31]

---

[30] *See supra* note 22; *see also* https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide#non-personalized-ads-reason (last accessed Jan. 31, 2025).

[31] In contrast to the OpenRTB specification which allows for separate geolocations for the user (*e.g.*, home address) and the device (where the device is when the ad is placed). *See* OpenRTB API Specification Version 2.0 at 10, available at https://www.iab.com/wp-

31.     The location fields in a Google RTB bid request can be grouped into two categories: civil locations and geographical coordinates.[32]  Civil locations include the fields country, region, metro, city, and zip.  Note that there exists some overlap amongst the fields as a city may contain multiple zip (codes), a metro area may contain multiple cities, etc.

32.     Geographical coordinates contain the latitude and longitude of a reference point to the hundredths of a degree and an associated accuracy which contains an estimated radius of uncertainty in meters around the reference point.  For instance, the geographical coordinates for the Ronald Dellums U.S. Courthouse are as follows: 37.80551925463816, -122.27411882173381. The geographical coordinates for this location, if sent in a bid request via RTB, would be limited to only the first two decimal points, or potentially three-fourths of a mile away in any direction within downtown Oakland.  In other words, the abbreviated latitude and longitude coordinates sent in bid requests equate to roughly an area larger than one square mile.   In addition to this reference point provided, bid requests also contain an estimated radius of uncertainty around that point.  For example, an accuracy value of 8322 would denote an uncertainty radius of 8.32 km (5.17 miles) or an area of 217.35 square kilometers (83.92 square miles).  Using the example above, if a user was located at the Ronald Dellums U.S. Courthouse and their bid request contained an accuracy value of 8.32km, RTB participants would only be able to glean that the user was located somewhere in the Bay Area.  As I understand the Google documentation, Google applies additional coarsening based on the size of the geographic area and number of users within that area.[33]

---

content/uploads/2015/06/OpenRTB_API_Specification_Version2_0_FINAL.pdf  (last accessed Jan. 31, 2025).  Several fields from the OpenRTB specification are also never populated in a Google RTB bid request (regionfips104, lastfix, type, ipservice).

[32] https://developers.google.com/authorized-buyers/rtb/geotargeting (last accessed Jan. 31, 2025).

[33] *See* Berntson Decl. ¶ 32.

33. **Verticals and user lists**: Bid requests previously included a `detected_vertical` field, which contained the subject matter category (the "vertical") of the website where the ad inventory was located. This `detected_vertical` field has not been populated in bid requests since approximately February 2020 and there are no other data fields in bid requests that contain information on the vertical(s) of the websites where the ad inventory is located.[34] As discussed further below, the verticals field was populated with no substantive information nearly ██% of the time in the absent class member data.

## III. There is significant variation between the named plaintiffs' data and the absent class member data, and Dr. Shafiq's opinions to the contrary are contradicted by the data he reviewed.

34. I now address Dr. Shafiq's various opinions, including that (A) the named plaintiff data is representative of the absent class member data; (B) the specific bid request examples selected by Dr. Shafiq show the sharing of "extensive information"; and (C) 58 bid request fields are "uniformly" included in the absent class member data. For the reasons explained in more detail below, these opinions offered by Dr. Shafiq are incorrect and highly misleading.

### A. The Absent Class Member Data Is Not Representative Of The Named Plaintiff Data In Key Respects, Which Dr. Shafiq Ignores

35. Dr. Shafiq incorrectly opines that the "Class data Google produced is similar enough to the Plaintiff data Google previously produced such that the Plaintiff data is representative of the Class as a whole."[35]

36. I discuss immediately below my analysis of the absent class member data and how it compares to the named Plaintiff data. At the end of this section is a table summarizing these results. I focus in particular on fields that Plaintiffs' experts, including Dr. Shafiq, have identified

---

[34] *See* ECF No. 447-3, Declaration of Stanislav Belov, ¶ 4.
[35] Shafiq Supp. Rpt. ¶ 13(c).

as being central to Plaintiffs' theory of the case. For instance, as noted above, both of Plaintiffs' experts, Dr. Shafiq and Dr. Wilson, opine that the Google User ID and Device Advertising IDs are critical in identifying users, households, and devices.[36] Dr. Shafiq's opinion that both the Google User ID and Device Advertising IDs "are present in the Class data, just like they are present in the Plaintiff data,"[37] is contradicted by the data Dr. Shafiq purported to review. These fields are often omitted in the absent class member data because, as discussed below, absent class members more frequently selected privacy settings limiting the types of information shared via RTB, whereas the named plaintiffs did not.

37.     Dr. Shafiq incorrectly opines that there are similarities between named Plaintiffs and absent class members regarding the `google_user_id_present` field. While this field was present <u>100%</u> of the time for the named plaintiffs, it was omitted from the absent class member data ███████ times (███%). And in the third-party Trade Desk data, which was discussed in my previous report, `google_user_id` was omitted in ███% of bid requests, meaning it was present just ███% of the time.[38]

38.     Further, the absent class member data contains a significant number of bid requests with no pseudonymous identifier of any kind, *i.e.*, neither the Google User ID nor any version of an advertising ID for a mobile device are present. Specifically, my analysis of the `google_user_id_present` and the `mobile_id_sent` fields show that ████████ of the records in the absent class member data included no pseudonymous identifier of any kind, meaning both fields were not present in ███% of all bid requests. In the third-party Trade Desk

---

[36] *See* Wilson Opening Rpt. ¶ 14(a)–(b); Shafiq Opening Rpt. ¶ 75.
[37] Shafiq Supp. Rpt. ¶ 27.
[38] Striegel Opening Rpt. ¶ 94.

data, ██% of bid request records did not contain either the Google User ID or any version of a mobile device advertising ID.

39.    Dr. Shafiq incorrectly opines that there are similarities between named Plaintiffs and absent class members regarding the `hosted_match_data_sent` field, which relates to the cookie matching process.  Based on my review of the named Plaintiffs data, successful cookie matching by Google, as reflected in the `hosted_match_data_sent` field, occurred for <u>all</u> named Plaintiffs.  Specifically, as discussed in my prior report, this field was populated with a value of one ██████ times out of ██████ bid requests for the named Plaintiff data, meaning `hosted_match_data` was included in ███% of the named Plaintiff bid requests.[39]  With respect to the absent class member data, `hosted_match_data` was omitted in ███% of bid requests.[40]

40.    Dr. Shafiq incorrectly opines that there are similarities between named Plaintiffs and absent class members regarding the `app_tracking_authorization_status` field. The named Plaintiffs used Android and not Apple devices with respect to the data that was produced for them.  Thus, while <u>0%</u> of the named Plaintiffs denied app tracking on their devices, of bid requests in the absent class member data involving an iPhone or iPad (██████████), the value 2 (or denied app tracking) appears ██████████ times, meaning absent class members denied app tracking on their devices ███% of the time.

41.    Dr. Shafiq incorrectly opines that there are similarities between the named Plaintiffs and absent class members regarding the `limit_ad_tracking` field.  With respect to the named Plaintiffs, the `limit_ad_tracking` field was populated with the value zero in all records,

---

[39] Striegel Opening Rpt. ¶ 115.
[40] *See supra* ¶ 17.

meaning that <u>0%</u> of the named Plaintiffs' bid requests involved this feature.  With respect to the absent class member data, the value one appears ████████ meaning that absent class members availed themselves of this feature in ███% of the bid requests.

42.    Dr. Shafiq incorrectly opines that there are similarities between the named Plaintiffs and absent class members regarding the `non_personalized_ads_reason` field.  Based on this field, <u>0%</u> of the named Plaintiffs' bid requests occurred when they had opted out of receiving personalized ads. Additional account data that I understand Google has produced in this litigation confirms that during the time period covered by the named Plaintiff data, none of the current named Plaintiffs opted out of personalized ads through their Google account settings.[41] With respect to the absent class member data, user opt out was present ████████ times, meaning that ███% of the bid requests involved users who had opted out of receiving personalized ads.

43.    Below is a chart summarizing my comparison of the named plaintiffs and absent class members with respect to the fields discussed in the preceding paragraphs.

| Bid Request Field | Value | Plaintiff Data | | Classwide Data | |
|---|---|---|---|---|---|
| `google_user_id_present` | Yes/True | | | | |
| `hosted_match_data_sent` | No/False | ██ | | ██ | |
| `app_tracking_authorization_status` (iOS devices only) | Denied | ██ | | ██ | |
| `limit_ad_tracking` | Yes/True | ██ | | ██ | |
| `non_personalized_ads_reason` | User Opt Out | ██ | | ██ | |

## B.    Dr. Shafiq's Specific Examples Regarding "Extensive Sharing of Information" in ¶¶ 43 and 44 of His Report Are Misleading

44.    Dr. Shafiq's specific examples of the "extensive information" shared in bid requests, described at Paragraphs 43 and 44 of the Shafiq Supplemental Report, are misleading and overstate the specificity of information actually shared in those bid requests.[42]  As discussed

---

[41] GOOG-HEWT-00455640.
[42] Shafiq Supp. Rpt. ¶¶ 43–44.

below, the examples that Dr. Shafiq selected do not support his conclusions. In forming my opinions below regarding these specific examples, I searched the absent class member data for the specific records Dr. Shafiq describes,[43] reviewed the information contained in those records (not just the portions discussed in Dr. Shafiq's report), and compared what those records show to what Dr. Shafiq claims they show.

45.    As one example, Paragraph 44(a) purports to provide the information shared via RTB for one bid request that occurred on August 19, 2023.[44] However, Dr. Shafiq commits several errors in presenting his findings.

46.    First, while not discussed in Dr. Shafiq's report, the `user_agent` field was generalized for this bid request, meaning it omitted the full information on the user agent as an additional privacy protection. It appears that Dr. Shafiq analyzed only the information in the `user_agent_data` field without accounting for the `user_agent` field, which can be generalized when sent to RTB participants, including in the example selected for Paragraph 44(a) of the Shafiq Supplemental Report. Below is a table summarizing how the `user_agent` and the `user_agent_data` fields differ in this example, and Dr. Shafiq does not establish which set of information was actually shared in the bid request.



| Paragraph 44(a) of the Shafiq Supplemental Report | |
|---|---|
| `user_agent` | |
| `user_agent_data` | |

---

[43] Dr. Shafiq did not provide the underlying records associated with the individual bid requests in Paragraphs 43 and 44 of the Shafiq Supplemental Report. Attached as <u>Appendix E</u> are the records corresponding to the bid request examples selected by Dr. Shafiq that I discuss in this section of my report. *See* Shafiq Supp. Rpt. ¶¶ 43(a), 43(c), 43(f), and 44(a).
[44] Shafiq Supp. Rpt. ¶ 44(a).

47.     In ignoring the differences between the information in the `user_agent` and `user_agent_data` fields, Dr. Shafiq artificially inflates the risk of identification.   The `user_agent` information shared in this bid request is identical to the `user_agent` information shared in ███████ bid requests in the absent class member data.   By contrast, the `user_agent_data` field, which contains more information (*e.g.*, the build and patch numbers for the mobile web browser), would correspond to fewer bid requests across the absent class member data.   Plaintiffs' experts have not adequately explained how this generalized user agent information could be used to personally identify an individual user given the frequency in which this `user_agent` appears across the absent class member data.

48.     Second, Dr. Shafiq fails to discuss that the `location_accuracy` field for this bid request was ██████ meters, or ████ kilometers.   That is, the location of this user is within a circle with a ██-kilometer radius around the latitude and longitude coordinates in the bid request. Again, Plaintiffs' experts have not adequately explained how an individual user could be identified based on location information that corresponds to an area of this size.

49.     Third, while Dr. Shafiq claims that "a portion of the IP address" was shared, he omits that it was a truncated IPv6 address and only the upper six bytes for that address were sent, omitting the remainder of the IP address.   As a result, the truncated `ip` shared in this bid request is identical to the truncated `ip` shared in ██████ bid requests in the absent class member data. That is, ██████████████ of bid requests share the exact same `ip` field in this example from Dr. Shafiq's report and he offers no adequate explanation for how an IP address that appears in nearly ██████ different records could be used to identify an individual device, much less an individual person.

50.    The example Dr. Shafiq offers in Paragraph 43(c) of his report raises similar issues. This example relates to a bid request that occurred on September 15, 2022.[45]  Again, Dr. Shafiq commits several errors in presenting his findings.

51.    First, although Dr. Shafiq claims that cookie matching occurred, the `hosted_match_data_sent` field contained a value of zero, meaning that cookie matching did not occur.

52.    Second, while not discussed in Dr. Shafiq's report, the `user_agent` field was generalized for this bid request.  Dr. Shafiq makes the same errors as noted above in Paragraph 46 in ignoring the differences between the information in the `user_agent` and `user_agent_data` fields.  Below is a table summarizing how the `user_agent` and the `user_agent_data` fields differ in this example.



53.    In ignoring the differences between the information in the `user_agent` and `user_agent_data` fields, Dr. Shafiq artificially inflates the risk of identification.  The `user_agent` information shared in this bid request is identical to the `user_agent` information shared in ███████ bid requests in the absent class member data.  Plaintiffs' experts have not adequately explained how this generalized user agent information could be used to personally

---

[45] Shafiq Supp. Rpt. ¶ 43(c).

identify an individual user given the frequency in which this `user_agent` appears across the absent class member data.

54.    Third, Dr. Shafiq fails to discuss that the accuracy field for this bid request was ███ meters, or nearly ██ kilometers.  That is, the location of this user is within a circle with a ██-kilometer radius around the latitude and longitude coordinates in the bid request.  Again, Plaintiffs' experts have not adequately explained how an individual user could be identified based on location information that corresponds to an area of this size.

55.    Fourth, while Dr. Shafiq claims that a "portion of the IP address" was shared, he omits that it was a <u>truncated</u> IPv4 address and only the upper three bytes for that address were sent, omitting the remainder of the IP address.  As a result, the truncated `ip` shared in this bid request is identical to the truncated `ip` shared in █████ bid requests in the absent class member data. That is, nearly ██████ bid requests share the exact same `ip` field in this example from Dr. Shafiq's report and he offers no adequate explanation for how an IP address that appears in nearly █████ different records could be used to identify an individual or device, much less an individual person.[46]

56.    Paragraph 43(a) purports to provide the information shared via RTB for one bid request that occurred on August 19, 2023.[47]  However, Dr. Shafiq commits several errors in presenting his findings.

---

[46] The same is true with respect to other fields shared in this bid request.  The `device_model` field for this bid request is identical to the `device_model` shared in █████ bid requests. The `brand` field for this bid request is identical to the `brand` shared in ██████ bid requests.  The `platform` field for this bid request is identical to the `platform` shared in █████ bid requests.  The `os_version` field for this bid request is identical to the `os_version` shared in ██████ bid requests.  Finally, the <u>latitude and longitude</u> coordinates for this bid request are identical to the coordinates shared in █████ bid requests.
[47] Shafiq Supp. Rpt. ¶ 43(a).

57.    First, although Dr. Shafiq claims that cookie matching occurred, the `hosted_match_data_sent` field contained a value of zero, meaning that cookie matching did not occur.

58.    Second, while not discussed in Dr. Shafiq's report, the `user_agent` field was generalized for this bid request.  Dr. Shafiq makes the same errors as noted above in Paragraphs 46 and 52 in ignoring the differences between the information in the `user_agent` and `user_agent_data` fields.  As a result, Dr. Shafiq misreports the correct Android version number that was actually sent in this bid request, opining that the bid request revealed the user was operating Android 13 when in fact the bid request contained information that the user was operating Android 10.  Below is a table summarizing how the `user_agent` and the `user_agent_data` fields differ in this example.



| Paragraph 43(a) of the Shafiq Supplemental Report | |
|---|---|
| `user_agent` | ████████████████████████ |
| `user_agent_data` | ████████████████████████ |

59.    In ignoring the differences between the information in the `user_agent` and `user_agent_data` fields, Dr. Shafiq artificially inflates the risk of identification.  The `user_agent` information shared in this bid request is identical to the `user_agent` information shared in ███████ bid requests in the absent class member data.  Plaintiffs' experts have not adequately explained how this generalized user agent information could be used to personally

identify an individual user given the frequency in which this `user_agent` appears across the absent class member data.

60.    Third, although Dr. Shafiq suggests that this user was located near a church, he fails to discuss that the `location_accuracy` field was ███ meters, or more than ██ kilometers. Therefore, Dr. Shafiq's belief that this bid request involved a user located near a church is mere conjecture. Dr. Shafiq simply picked a single location within a ██-kilometer radius of the latitude and longitude coordinates associated with this bid request and declares as a matter of fact that this user may have been "near" there. Other locations within a ██-kilometer radius of the latitude and longitude coordinates for this bid request include a Starbucks, Home Depot, and a Walmart Supercenter, among others.

61.    Finally, while Dr. Shafiq claims that "a portion of the IP address" was shared, he omits that it was a truncated IPv6 address and only the upper six bytes for that address were sent. Indeed, the truncated `ip` shared in this bid request is identical to the truncated `ip` shared in ████ bid requests in the absent class member data. That is, ██████████ of bid requests share the exact same `ip` field in this example from Dr. Shafiq's report and he offers no adequate explanation for how an IP address that appears in more than ████ different records could be used to identify an individual device, much less an individual person.

62.    As a final example, Paragraph 43(f) purports to provide the information shared via RTB for one bid request that occurred on May 10, 2021.[48] However, like in the above examples selected by Dr. Shafiq, the information contained in this bid request could not be used to reliably identify a device or individual. First, the user agent that was shared in this bid request appears ████ times in the absent class member data. Second, Dr. Shafiq omits that the

---

[48] Shafiq Supp. Rpt. ¶ 43(f).

`location_accuracy` field for this bid request was greater than ▮▮▮ meters, or more than ▮▮▮ kilometers.  Third, the truncated IP address in this bid request appears ▮▮▮ times.  As in the above examples, Plaintiffs' experts have not adequately explained how an individual user could be identified based on a user agent shared across nearly ▮▮▮ different records, an IP address shared across thousands of different records, and location information that corresponds to an area of this size.

### C.    Dr. Shafiq's Assertion Of "Uniformly Shared" Data Is Contradicted By The Data He Reviewed, As Well As The Data Examples Discussed Above

63.    I now address Dr. Shafiq's opinion that RTB bid requests include "uniform" or "common" data fields in all instances.   Dr. Shafiq reviewed certain data samples regarding absent class members that Google produced in this case and concluded that "[o]f the 62 common data fields uniformly shared in the bid requests contained in the Plaintiff data, 58 of these common data fields also are uniformly shared in the bid requests contained in the Class data."[49]  In selecting his list of 58 data fields, Dr. Shafiq says "I considered 98% and higher to be included in all bid requests."[50]  Dr. Shafiq's analysis is flawed for several reasons and his findings are reported in a misleading manner that significantly overstate the level of commonality in the absent class member data, for the following reasons.

#### 1.    The data does not support Dr. Shafiq's opinion that certain bid request fields were populated 98% of the time or more.

64.    Although Dr. Shafiq did not explain this in his Report, my own examination of the data shows Dr. Shafiq considered a field to be "commonly included in all bid requests" if it had <u>any</u> non-empty value in 98% or higher of records, even where records are populated with null values, brackets, or other non-substantive information.   In this regard, Dr. Shafiq's analysis is

---

[49] Shafiq Supp. Rpt. ¶ 13(a).
[50] *Id.* n.13.

deeply flawed and highly misleading, as it attempts to artificially inflate the frequency in which information is actually shared via RTB. A proper analysis, as done so below, demonstrates that many of these fields are not populated with any substantive information in significant portions of the classwide data, let alone any information that could possibly be used to identify members of the class.

65.     **Fields with only brackets and no substantive information.** In the Shafiq Opening Report, Dr. Shafiq repeatedly counted any field that was populated, even those populated with "[]." I pointed out these errors in my original report,[51] but the Shafiq Supplemental Report fails to correct these errors and continues to present misleading results across the classwide data. For instance, the `bid_response_feedback` field that Dr. Shafiq included in his list contains the string [] appears ███████████ times out of ███████████ bid requests (███%). In the case of the `chosen_encrypted_signals` field that Dr. Shafiq includes on his list, the string [] appears ███████████ times (███%). The field `bid_response_data` contains the string ██████████████████████████████ ██████████████ times ███%) and `verticals`       contains       the       string    ███████████████████████████ ██████████████████████████████ ███████████████ ███████████ times (███%). These bracketed values are equivalent to blank values in that they provide RTB participants with no substantive information whatsoever, yet Dr. Shafiq counts these fields, and others discussed below, as being populated so that he can opine that certain fields are "commonly included in all Class bid requests sent to RTB participants by Google."[52] In my opinion, it would not be proper to include these fields as being

---

[51] Striegel Opening Rpt. ¶¶ 110–119.
[52] Shafiq Opening Rpt. ¶ 24.

uniformly included as the fields have nearly all `[]` or dummy values, nor could these values be used to identify a particular user, device, or household.  Other fields populated with `[]` or dummy values include the following: `non_personalized_ads_reason`, `companion_slot`, `consented_providers`,                `billable_event_rate_adjustment`, `encrypted_biscotti_id`, `native_ad`,  `hyperlocal_set_rects`, `os_version`, and `allowed_restricted_category`.[53]

66.    **Fields with zero (or effectively empty) values.**  Moreover, there are fields that are populated with values of zero (which are effectively blank values that do not convey any information).  For instance, the `carrier_id` field that Dr. Shafiq included in his list contains a value of zero ████████ times (███%).  In the case of the `brand` field that Dr. Shafiq included in his list, an empty value appears ████████ times (███%).  These zero / empty values, much like the bracketed values discussed above, provide RTB participants with no substantive information whatsoever, yet Dr. Shafiq counts these fields as being populated so that he can opine that certain fields are "commonly included in all Class bid requests sent to RTB participants by Google."[54]  In my opinion, it would not be proper to include these fields as being uniformly included as the fields are frequently populated with a value of zero, effectively empty values, nor could these values be used to identify a particular user, device, or household.  Other fields frequently populated with an empty value include the following: `city`, `zip`, `authentication_token`, and `utcoffset`.[55]

67.    **Fields that are "flags" indicating whether information is sent.**  Second, as discussed above, Dr. Shafiq identifies fields as "commonly included in all bid requests" even if

---

[53] A complete list of these fields, with proper counting, is included in <u>Appendix D</u>.
[54] Shafiq Opening Rpt. ¶ 24.
[55] A complete list of these fields, with proper counting, is included in <u>Appendix D</u>.

the field is only a flag in the ████ log that indicates whether or not information was included in a bid request. As discussed above, these fields include `hosted_match_data_sent` (which demonstrates that cookie matching did not occur in ████% of all bid requests), `google_user_id_present` (which shows that the Google User ID was omitted in ████% of all bid requests), and `mobile_id_sent` (which demonstrates that a mobile ID was not sent in ████% of all bid requests involving a mobile device).[56]

68.    In my opinion, it would not be proper to include these fields as being uniformly included as these fields are not themselves included in bid requests and they show that the data fields to which they relate are not populated anywhere near the threshold of 98% that Dr. Shafiq uses.

69.    **Fields that do not relate to users and cannot be used to identify anyone**. Third, Dr. Shafiq's list includes data fields that do not relate to the user and could not be within any definition of "personal information" that the Plaintiffs allege in this case. For instance, fields such as `is_ping`, `is_test`, `supply_chain_nodes`, `billable_event_rate_adjustment`, and numerous others relate to the broader RTB process, not user information. Similarly, fields such as `viewability` and `format` also relate to the ad presentation, not the user. Dr. Shafiq makes no attempt to distinguish between these fields and includes all of these non-user related fields in his count. In my opening report, I opined how these fields did not relate to a user.[57] The Shafiq Rebuttal Report and the Shafiq Supplemental Report fail to explain how these fields relate to a user.[58]

---

[56] *See supra* ¶¶ 16–17, 24.
[57] Striegel Opening Rpt. ¶ 118.
[58] Expert Rebuttal Report of Zubair Shafiq (Nov. 29, 2023), ¶ 26.

70.     In my opinion, it would not be proper to include these fields as being uniformly included as they do not even arguably comprise alleged "personal information."

> **2.      Even where data fields are consistently populated with substantive values in the named Plaintiffs' data, the data varies across individual bid requests in terms of specificity, accuracy, and other factors.**

71.     Setting aside Dr. Shafiq's improper counting of fields, as discussed above, even when certain fields are populated, Dr. Shafiq ignores and does not discuss the significant variation of information provided in bid requests.

72.     **Location accuracy:** Dr. Shafiq asserts that the "common" data fields shared in bid requests include "accurate information about the location of the user,"[59] but this ignores significant variation in the accuracy of the location data included.  As part of my analysis, I conducted a statistical analysis of the location `accuracy` field in the absent class member data.  For this analysis, I extracted each of the respective `QueryIDs` in the data and used that as a unique identifier for a particular ad query that generates corresponding bid requests.  As the latitude, longitude, and accuracy are the same for a bid request, my analysis focuses on each ad query.  For the purposes of this analysis, I counted the number of occurrences of each accuracy value observed in the logs for each query.  I observed the following characteristics:

73.     There were ███ unique values for accuracy present in the absent class member data, with the median value being ███ meters.  For bid requests with that value, that means the location reported was a circle with a radius of ███ kilometers (or roughly ███ miles) which corresponds to roughly ███ square kilometers.

74.     The 10th percentile for the values of accuracy started at ███ km or ███ meters. This means 90% of the reported accuracy values were ███ meters or more.  The 75th percentile

---

[59] Shafiq Supp. Rpt. ¶ 27.

for the values of accuracy started at ▮▮▮ meters or ▮▮▮ kilometers. This means 25% of the reported accuracy values were ▮▮▮ meters or more.

75.    The 1st percentile for the values of accuracy started at ▮▮▮ meters or ▮▮▮ kilometers. This means that 99% of the reported accuracy values were ▮▮▮ meters or more.

76.    These findings comport with my understanding of the coarsening that Google applies to location data.[60]  For reference, the accuracy that would be afforded by GPS or WiFi triangulation would be significantly more granular (as accurate as 5-8m for well-tuned systems, 20m for crowd-sourced data).[61]  A value in the `accuracy` field of ▮▮▮ meters (radius of uncertainty) implies significant coarsening of location information which is also unsurprising given location information in bid requests is derived from IP address, which is coarse in terms of fidelity.

77.    **Sensitive URLs**: The `referer` field may identify the website or application being visited by a particular user.  As an example, if a user is visiting the New York Times website, the `referer` field may be populated with https://www.nytimes.com.  This URL is sent in RTB bid requests.

78.    Dr. Shafiq opines that the absent class member data contains millions of "sensitive referer URLs," but this fails to account for the billions of times the URL field was not identified as having potentially sensitive information.[62]

---

[60] *See* Berntson Decl. ¶ 32.
[61] *See Are Wi-Fi Positioning Systems Still Worth Implementing in 2023?*, Mapsted Blog (Feb. 22, 2023), https://mapsted.com/blog/wifi-positioning-system-explained (last accessed Jan. 31, 2025).
[62] Shafiq Supp. Rpt. ¶ 17.

79.    First, the `referer` field is entirely blank for ███████ bid request records. These fields contain no information whatsoever, let alone sensitive information, regarding the website or app that a particular individual is using.

80.    Second, the referer URL field is populated with the URL of a particular application on the Google Play or Apple iTunes storefronts in ███████ of the bid request records for the absent class member data.  In other words, in the referer URL fields for ███% of bid requests in the absent class member data, only the application name or the application identification number is disclosed in this field—but these entries do not reveal any additional information about a user's interaction with the application.

81.    With respect to the named Plaintiff data, ███% of all bid requests (or ███████ bid request records out of a total of ███████ records in the named Plaintiffs' data) contained referer URLs populated with the URL of a particular application on the Google Play or Apple iTunes storefronts.

82.    Finally, of the remaining bid requests in the absent class member data that do not contain a refer URL relating to a particular application on the Google Play or Apple iTunes storefronts (███████ bid request records), ███% of those remaining bid requests (or ███████ bid request records) contain a base URL, meaning those bid requests only contain the host URL and no further information.  Examples of these types of URLs include "https://mail.yahoo.com" and "https://www.spotify.com/."  Even then, ███% is a conservative estimate, as I did not consider URLs that were not base URLs but contained limited additional information, such as "https://www.ebay.com/schi/ihtml."

83.    With respect to the named Plaintiff data, of the bid request referer URL fields not containing a URL to an application on the Google Play or Apple iTunes storefronts (███████ bid

request records), █% of those remaining bid requests (or █████ bid request records) contain a

base URL only with no additional text beyond the host name, as described above.


Aaron Striegel, Ph.D.
January 31, 2025

# **<u>Appendix A</u>**

# Curriculum Vitae – Aaron D. Striegel

**Updated:**     January 29th, 2025

## I. PERSONAL DATA

Dept. of Computer Science and Engineering
211B Cushing Hall
University of Notre Dame
Notre Dame, IN 46556

| | |
|---|---|
| Telephone: | (574) 631-6896 |
| Fax: | (574) 631-9260 |
| E-Mail: | striegel@nd.edu |
| | aaron.striegel@gmail.com |

**Website:**     https://sites.nd.edu/aaron-striegel
https://www.linkedin.com/pub/aaron-striegel/5/9bb/370
https://scholar.google.com/citations?user=w88NouMAAAAJ

## II. EDUCATION

- Ph.D., Computer Engineering, Iowa State University  Dec. 2002
       Major Professor: Dr. Manimaran Govindarasu
- B.S. Computer Engineering, Iowa State University     Dec 1998

## III. ACADEMIC EXPERIENCE

- Professor, University of Notre Dame - May 2018 to present
       Program Director, Bachelor of Arts in Computer Science – March 2020 to present
- Associate Professor, University of Notre Dame – May 2009 to May 2018
       Associate Chair - May 2012 to Summer 2018
  Assistant Professor, University of Notre Dame – Jan 2003 to May 2009
       Department of Computer Science and Engineering
- Research Exchange, Université de Technologie de Compiègne – Jan 2002 – May 2002
- Graduate Student, Iowa State University – 1999 - 2002
       Department of Electrical and Computer Engineering

## IV. HONORS AND AWARDS

2020           Honorable Mention – Apple Best Paper Award @ WristSense 2020

2014-2016      Leadership Award - ICCCN Service

2013           Best Paper Award - ACM HotPlanet Workshop @ SIGCOMM

2012           National Academy of Engineering Indo-American Frontiers of Engineering
               Symposium (IAFOE)

               Selected Participant, National Academies Keck Futures Initiative (NAFKI),
               "The Informed Brain in the Digital World"

1

| 2011 | Best Paper Award - IEEE Healthcom |
| | National Academy of Engineering Frontiers of Engineering Education Symposium, One of 65 individuals selected nation-wide |
| 2010 | Iowa State ECpE Early Career Impact Award |
| 2009 | Adviser to 2nd place team – National Security Innovation Competition |
| 2008 | Best Paper Award – Large Installation System Administration (LISA) 2008 |
| 2006 | Notre Dame Computer Science & Engineering Teacher Faculty Award |
| 2003 | NSF CAREER Award, 1st Attempt |
| 2002 | Iowa State University Research Excellence Award |
| 2001 | Faculty Member Nomination (2 students) - Student Scholars and Leaders Recognition Ceremony |
| | Participant – NSF Engineering Educators & Scholars Workshop (August 2001) |
| | New Faculty Fellow Grant – Frontiers in Education (FIE'2001) |
| 2000 | Iowa State University Teaching Excellence Award |
| | NSF Graduate Research Fellowship – Honorable Mention |
| 1999 | Iowa State University EE/Cpr E Fellowship |
| Summary: | 3x Best Paper Awards |
| | 1x Runner Up – Best Presentation Award |
| | 2x NAE Symposium (Selected Participant) |

## V. PROFESSIONAL MEMBERSHIPS

### INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)

Senior Member (2017+), Full Member since 2002, Student Member 98-02

### ASSOCIATION OF COMPUTING MACHINERY (ACM)

Full Member since 2006

### AMERICAN SOCIETY FOR ENGINEERING EDUCATION (ASEE)

Full Member since 2011

| 2001 | New Faculty Fellow, Frontiers in Education, October 2001. |

**Academic Honor Societies**

Eta Kappa Nu, Tau Beta Pi

# VI. TECHNICAL PUBLICATIONS AND PRESENTATIONS

Most publications are available via IEEE Xplore or the ACM Digital Library.

**Major Current Projects**

Fast Mobile Network Characterization: The goal of the Fast Mobile Network Characterization (FMNC) work is to explore how cleverly constructed packet probing trains can be created to accurately, rapidly, and efficiently capture the link characteristics for various types of wireless links (WiFi, LTE). Current work includes explorations of active and passive approaches to link characterization, the impact of pre-staging on short video, and mechanisms by which active link probing can be leveraged to time shift content for rich, video ads.

Broadband Characterization: A significant recent focus by the federal government has been on improving broadband access to underserved areas. Unfortunately, the measurement of said broadband performance has been problematic with the accuracy of poor performing broadband being often attributed to challenges on the wireless side of access. The focus of this work is to deploy a broad set of sensing nodes across 50+ homes in the South Bend area to better discern the true bottleneck with respect to broadband performance.

Short Video Optimization: Short video has emerged as a dominant form of social media. Unlike longer form videos that can last on the order of tens of minutes to hours, short videos tend to be on the order of tens of seconds at most. This creates significant challenges to normal adaptation mechanisms as well as creating different expectations with regards to the Quality of Experience (QoE) for users. The focus of this work is to create a better understand of what QoE means in the context of short video as well as improved mechanisms for staging, rate selection, and placement of short videos.

**Past Major Projects**

Privacy Sensitive Contact Tracing: In conjunction with Prof. Taeho Jung who served as PI, we explored privacy preserving primitives that avoid unnecessary information leakage while providing scalability for the purposes of privacy-centric proximity sharing. Our group's contribution included network modeling and sharing past proximity data from NetSense, NetHealth, and Tesserae.

Tesserae: The focus of this project expands on our prior work with NetSense / NetHealth (see below) to explore how smartphones, wearable devices, social media, and context can be used to capture and model workplace productivity. The work has instrumented seven hundred and fifty working professionals in cognitively demanding professions (information work) and instrumented their day-to-day activities over a period of one year. I served as the lead PI with Notre Dame as the lead institution (approx. $10M in total). Eight contributing institutions were a part of the effort (University of California-Irvine, Georgia Tech, Dartmouth, Carnegie Mellon, University of Colorado-Boulder, Ohio State, University of Texas-Austin, University of Washington). The work began in June 2017 and finished in December 2020. A full set of de-identified data was released via the Open Science Framework.

Future of Work: As a follow-on project to Tesserae, we explored whether the same sensing stack could be utilized to explore effective teams with a specific focus on the impact of COVID and remote teaming. The work was funded by the National Science Foundation with the goal of

3

creating computationally derived mechanisms that can encourage effective team behaviors. The work was a joint work with the University of California-Irvine (Lead) and the University of Colorado-Boulder.

<u>NetSense Smartphone Study:</u> The NetSense smartphone study has instrumented nearly two hundred incoming freshmen at the University of Notre Dame for the purposes of exploring the interplay between smartphone usage (always-on networking) and social ties (make / keep friends). The study has now been gathering data since August of 2011 and is slated to run through May of 2015. My particular focus for this work is with respect to the instrumentation on the device itself (data backend, data security) as well as exploring network usage patterns / optimization efforts. Our current research efforts are focusing on indoor optimization, WiFi offloading, and streamlined content distribution in ultra-dense environments (ex. stadium, dining hall, classroom).

<u>NetHealth Study:</u> The NetHealth study expanded upon the NetSense study to instrument 500 incoming freshmen in the Fall of 2015 with smartphone agents, health sensors (Fitbit Charge HR), and co-location sensing (shared locations). The focus of the work from a sociological perspective was to explore the underlying network effects with regards to homophily on quantitative metrics such as physical activity levels and sleep. The study instrumented over 700 students with rich sensing capabilities and gathered data for students from their freshmen through senior years.

<u>WeHab:</u> The WeHab study explores how low-cost motion-based gaming peripherals (ex. Nintendo Wii Balance Board, Microsoft Kinect) can be used to deliver enhanced balance rehabilitation with applications for post-TBI (stroke, concussion) and orthopedic physical therapy. Our current research efforts are focusing on robust framework development (open source instrumentation platform), audio feedback mechanisms, and predictive modeling for mapping in-therapy results to existing evaluation mechanisms (Berg Balance, FIM).

<u>Lockdown:</u> The Lockdown project focused on visualization of changes in network patterns for the purposes of network security, namely network flows with augmentation of gathered data to include Host, Users, and Applications. Through a novel interface that we dubbed HUA (Host, User, Applications), system administrators could easily add and remove context / edges from network graphs and easily visualize network changes across a variety of views and metrics including graph edit distance, clustering via tools such as walktrap, and various other mechanisms.

Research Summary / Impact

      38 peer-reviewed journal papers
      100+ peer-reviewed conference / workshop papers
      10 invited papers
      17 graduated PhD students, 8 completed Masters theses
      3 Best Paper Awards
      1 Honorable Mention / Runner-Up – Best Paper Award
      1 Patent
      6 Technology Disclosures

      Google Scholar      4300+ citations, h-index 36, i-10 index 96

<u>Journal Publications (Peer-Reviewed)</u>

Students / staff advised / supervised directly by myself are noted in **bold**. The legend for inclusion is as follows: (*) Undergraduates, (@) for Graduate Students, and (+) for Post-doctoral Appointees or past students at a different institution.

4

1. J. David Creswell, Michael J. Tummini, Stephen Price , Yasaman Sefidgar, Sheldon Cohen , Yiyi Ren, Jennifer Brown, Anind K. Dey, Janine M. Dutcher , Daniella Villalba, Jennifer Mankoff, Xuhai Xu, Kasey Creswell, Afsaneh Doryab, **+Stephen Mattingly**, Aaron Striegel, David Hachen, **@Gonzalo Martinez**, and Marsha C. Lovett, "Nightly sleep duration predicts grade point average in the first year of college," *Proceedings of the National Academy of Sciences of the United States of America,* Feb, 2023, 120(8), e2209123120. https://doi.org/10.1073/pnas.2209123120.

2. M. Hydari, I. Adjerid, A. D. Striegel, "Health Wearables, Gamification, and Healthful Activity," *Management Science*, Dec. 2022, https://doi.org/10.1287/mnsc.2022.4581

3. **@G. J. Martinez**, T. Grover, **+S.M. Mattingly**, G. Mark, S. D'Mello, T. Aledavood, F. Akbar, P. Robles-Granda A. Striegel, "Alignment Between Heart Rate Variability From Fitness Trackers and Perceived Stress: Perspectives From a Large-Scale In Situ Longitudinal Study of Information Workers," *JMIR Hum Factors* 2022; 9(3):e33754 doi: 10.2196/33754

4. **+S. M. Mattingly**, **@G. Martinez**, J. Young, M. K. Cain, A. Striegel, "Snoozing: an examination of a common method of waking," *Sleep*, Volume 45, Issue 10, October 2022, zsac184, https://doi.org/10.1093/sleep/zsac184

5. **@G. Martinez**, **+S. Mattingly**, P. Robles-Granda, K. Saha, A. Sirigiri, J. Young, N. Chawla, M. De Choudhury, S. D'Mello, G. Mark, A. Striegel, "Predicting Participant Compliance With Fitness Tracker Wearing and Ecological Momentary Assessment Protocols in Information Workers: Observational Study," *JMIR mHealth and uHealth*, vol. 9, no. 11, November 2021. DOI: 10.2196/22218

6. S. Mirjafari, H. Bagherinezhad, S. Nepal, **@G. J. Martinez**, K. Saha, M. Obuchi, P. G. Audia, N. V. Chawla, A. K. Dey, A. Striegel, A. T. Campbell, "Predicting Job Performance Using Mobile Sensing," *IEEE Pervasive Computing*, October 2021, doi: 10.1109/MPRV.2021.3118570

7. S. Nepal, **@G. J. Martinez**, S. Mirjafari, **+S. Mattingly**, V. Das Swain, A. Striegel, P. Audia, A. T. Campbell, "Assessing the Impact of Commuting on Workplace Performance Using Mobile Sensing," *IEEE Pervasive Computing*, October 2021, doi: 10.1109/MPRV.2021.3112399.

8. I. Adjerid, G. Loewenstein, **@R. Purta**, and A. Striegel, "Gain-Loss Incentives and Physical Activity: The Role of Choice and Wearable Health Tools," *Management Science,* May 2021.  https://doi.org/10.1287/mnsc.2021.4004

9. **+S. Mattingly**, T. Grover, **@G. Martinez**, T. Aledavood, P. Robles-Granda, K. Nies, A. Striegel, G. Mark, "The Effects of Seasons and Weather on Sleep Patterns Measured through Longitudinal Multimodal Sensing," *Nature Digital Medicine*, 4, 76 (2021). https://doi.org/10.1038/s41746-021-00435-2

10. P. Robles-Granda, S. Lin, X. Wu, **@G. J. Martinez**, **+S. M. Mattingly**, E. Moskal, A. Striegel, N. V. Chawla, S. D'Mello, J. Gregg, K. Nies, J. Gregg, A. T. Campbell, S. Mirjafari, K. Saha, M. De Choudhury, A. D. Dey, "Jointly Predicting Job Performance, Personality, Cognitive Ability, Affect, and Well-Being," *IEEE Computational Intelligence Magazine*, vol. 16, no. 2, April 2021.

11. L. Song, A. Striegel, **@A. Mohammed**, "Sniffing Only Control Packets: A Lightweight Client-Side WiFi Traffic Characterization Solution," *IEEE Internet of Things Journal*, 2021.

12. S. Liu, F. Vahedian, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, T. Milenkovic, "Heterogeneous network approach to predict individuals' mental health," *ACM Transactions on Knowledge Discovery from Data (TKDD)*, 2021.

13. Z. Li, **+Q. Liao**, A. D. Striegel, "A Game-theoretic Analysis on the Economic Viability of Mobile Content Pre-Staging," *Wireless Networks,* 26, 667–683 (2020).

14. S. Liu, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, T. Milenkovic, "Network analysis of the NetHealth data: Exploring co-evolution of individuals' social network

positions and physical activities," *Applied Network Science*, Dec 2018. DOI: 10.1007/s41109-018-0103-2

15. **@L. Meng**, A. Striegel, T. Milenkovic, "Local versus Global Biological Network Alignment," *Bioinformatics*, vol.32, no. 20, October 2016. DOI: 10.1093/bioinformatics/btw348

16. **@L. Meng**, Y. Hulovatyy, T. Milenkovic, A. Striegel, "On the Interplay Between Individuals' Evolving Interaction Patters and Traits in Dynamic Multiplex Social Networks," *IEEE Transactions on Network Science and Engineering (TNSE)*, vol. 3, no. 1, pp. 32-43, Jan 2016. DOI: 10.1109/TNSE.2016.2523798

17. **@L. Meng, @S. Liu**, A. Striegel, "Analyzing the longitudinal impact of proximity, location, and personality on smartphone usage," *Computational Social Networks*, 1:6, Dec 2014.

18. M. Kazjer, J. D'Arcy, C. R. Crowell, A. Striegel, **@D. Van Bruggen**, "An exploratory investigation of message-person congruence in information security awareness campaigns," *Computers & Security*, vol. 43, pp. 64-76, June 2014.

19. M. Kennedy, C. Crowell, A. Striegel, M. Villano, J. Schmiedeler, "Relative efficacy of various strategies for visual feedback in standing balance activities," *Experimental Brain Research*, vol. 230, no. 1, pp. 117-125, Sep 2013.

20. **@S. Liu, +Y. Jiang**, A. Striegel, "Face-to-Face Proximity Estimation Using Bluetooth On Smartphones," *IEEE Transactions on Mobile Computing*, vol. 13, no. 4, pp. 811-823, April 2014.

21. **@Q. Liao**, A. Striegel, Z. Li, "Could Firewall Rules Be Public -- A Game Theoretical Perspective", in *Security and Communications*, vol. 5, no. 2, pp. 197-210, Feb. 2012. DOI: 10.1002/sec.307

22. **@Q. Liao, @A. Blaich, @D. VanBruggen**, A. Striegel, "Managing Networks through Context: Graph Visualization and Exploration," *Computer Networks*, vol. 54, no. 16, pp. 2809-2824, Nov. 2010.

23. **@Q. Liao**, Z. Li, **@A. Blaich,** A. Striegel, "Fighting Botnets with Economic Uncertainty," *Security and Communication Networks*, vol 4, no. 10, pp. 1104-1113, October 2011.

24. **@A. Blaich**, A. Striegel, D. Thain, "Reflections on The Virtues of Modularity: A Case Study in Linux Security Modules," *Software: Practices and Experience*, vol. 39, no. 15, pp. 1235-1251, Oct. 2009.

25. **@Y. Jiang**, A. Striegel, "An Analysis of the Effects of State Granularity Through (m,k) Real-Time Streams," *IEEE Transactions on Computers*, vol. 58, no. 6, pp. 784-798, June 2009.

26. P. Brenner, **@J. M. Wozniak**, D. Thain, A. Striegel, J. W. Peng, J. A. Izaguirre, "Biomolecular Committor Probability Calculation Enabled by Processing in Network Storage," *Parallel Computing*, vol. 34, no. 11, pp. 652-680, Nov 2008.

27. **@Q. Liao, @D. Cieslak**, A. Striegel, N. Chawla, "Using Selective, Short-Term Memory to Improve Resilience Against DDoS Exhaustion Attacks," *Security and Communication Networks*, vol. 1, no. 4, pp. 287-299, Jul/Aug 2008.

28. **@C. Mano, @A. Blaich, @Q. Liao, @Y. Jiang, @D. Cieslak, @D. Salyers**, A. Striegel, "RIPPS: Rogue Identifying Packet Payload Slicer Detecting Unauthorized Wireless Hosts Through Network Traffic Conditioning," *ACM Transactions on Information and System Security (TISSEC)*, vol. 11, no. 2, pp. 1-23, March 2008.

29. **@J. M. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Making the Best of a Bad Situation: Prioritized Storage Management in GEMS," *Future Generation Computer Systems*, vol. 24, no. 1, pp. 10-16, January 2008.

30. **@D. Salyers, @Y. Jiang**, A. Striegel, C. Poellabauer, "JumboGen: Dynamic Jumbo Frame Generation for Network Performance Scalability," *ACM Computer Communications Review (CCR)*, vol. 37, no. 5, pp. 53-64, October 2007.

31. **@X. Li**, A. Striegel, "A Case for Passive Application Layer Multicast," *Computer Networks*, vol. 51, no. 11, pp. 3157-3171, Aug 2007.
32. **@C. D. Mano, *J. Smith, *W. Bordogna, *A. Matta, *D. Dugovic**, A. Striegel, "CLog: Low Cost Gigabit Full Packet Logging," *Journal of Communications*, vol. 1, no. 7, pp. 17-23, Nov/Dec 2006
33. **@Y. Jiang**, A. Striegel, "A Distributed Traffic Control Scheme based on Edge-Centric Resource Management," *ACM Computer Communications Review (CCR)*, vol. 36, no. 2, pp. 5-16, April 2006.
34. A. Striegel, G. Manimaran, "DSMCast: A Scalable Approach for DiffServ Multicasting," *Computer Networks,* vol. 44, no. 6, pp. 713-735, April 2004.
35. A. Striegel, G. Manimaran, "Dynamic Class-Based Queue Management for Scalable Media Servers," *Journal of Systems and Software (JSS),* vol. 66, no. 2, pp. 119-128, June 2003.
36. A. Striegel and G. Manimaran, "A survey of QoS multicasting issues," in *IEEE Communications Magazine*, vol. 40, no. 6, pp. 82-87, June 2002, doi: 10.1109/MCOM.2002.1007412.
37. A. Striegel, G. Manimaran, "Packet Scheduling with Delay and Loss Differentiation," *Computer Communications,* vol.25, no.1, pp.21-31, Jan. 2002.
38. A. Striegel, G. Manimaran "Best-effort Scheduling of (m,k)-firm Real-time Streams in Multihop Networks," *Computer Communications,* vol.23, no.13, pp.1292-1300, July 2000.

Submissions: 1x - Emotion

Conference / Workshop Publications

1. T. Breideband, R. G. Moulder, **@G. J. Martinez**, M. Caruso, G. Mark, A. D. Striegel, S. D'Mello. 2023. "Location, Location, Location: An Exploration of Different Workplace Contexts in Remote Teamwork during the COVID-19 Pandemic," in *Proc. ACM Human Computer Interaction* 7, CSCW1, Article 71 (April 2023), 22 pages. https://doi.org/10.1145/3579504
2. **@A. Mohammed**, T. Karagioules, E. Halepovic, **@S. Zhu**, A. Striegel, "rePurpose: A Case for Versatile Network Measurement," in *Proc. Of IEEE ICC*, May 2023.
3. T. Breideband, **@G. J. Martinez**, **@P. Talkad Sukumar**, M. Caruso, S. D'Mello, A. D. Striegel, G. Mark. "Sleep Patterns and Sleep Alignment in Remote Teams during COVID-19," in *ACM Human Computer Interaction 6*, CSCW2, Article 326 (November 2022) https://doi.org/10.1145/3555217
4. **@S. Zhu**, T. Karagioules, E. Halepovic, **@A. Mohammed**, A. Striegel, "Swipe Along: A Measurement Study of Short Video Services," in *Proc. of ACM MMSys*, June 2022.
5. **@P. T. Sukumar**, A. Dey, G. Mark, R. Metoyer, A. Striegel, "Triggers and Barriers to Insight Generation in Personal Visualizations," in *Proc. of Graphics Interface*, May 2022.
6. T. Briedeband, **@P. T. Sukumar**, G. Mark, M. Caruso, S. D'Mello, A. Striegel, "Home-Life and Work Rhythm Diversity in Distributed Teamwork: A Study with Information Workers during the COVID-19 Pandemic," in *Proc. of ACM CSCW*, 2022.
7. R. Karl, J. Takeshita, **@A. Mohammed**, A. Striegel, and T. Jung "Provably Secure Contact Tracing with Conditional Private Set Intersection" in *Proc. of 17th EAI International Conference on Security and Privacy in Communication Networks (SecureComm)*, 2021
8. R. Karl, J. Takeshita, **@A. Mohammed**, A. Striegel, and T. Jung "Cryptonomial: A Framework for Private Time-Series Polynomial Calculations" in *Proc. of 17th EAI International Conference on Security and Privacy in Communication Networks (SecureComm)*, 2021.

9. R. Karl, J. Takeshita, **@A. Mohammed**, A. Striegel, T. Jung, "CryptoGram: Fast Private Calculations of Histograms over Multiple Users' Inputs," in *Proc. of DCOSS*, 2021.

10. L. Song, E. Halepovic, **@A. Mohammed**, A. Striegel, "CUP: Cellular Ultra-light Probe-based Available Bandwidth Estimation," in *Proc. of IWQoS*, June 2021.

11. K. Saha, T. Grover, **+S. Mattingly**, V. Das Swain, P. Gupta, **@G. Martinez**, P. Robles-Granda, G. Mark, A. Striegel, M. DeChoudhury, "Person-Centered Predictions of Psychological Constructs with Social Media Contextualized by Multimodal Sensing," in *Proceedings of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)*, March 2021.

12. **@P. Talkad Sukumar**, T. Briedband, **@G. Martinez**, M. Caruso, S. Rose, C. Steputis, S. D'Mello, G. Mark, A. Striegel, "Designing an Interactive Visualization for Monitoring Participant Compliance in a Large-Scale, Longitudinal Study," in *Proc. of CHI Case Studies*, 2021.

13. V. D. Swain, K. Saha, H. Rajvanshy, A. Sirigiri, J. M. Gregg, S. Lin, **@G. J. Martinez**, **+S. M. Mattingly**, S. Mirjafari, R. Mulukutla, S. Nepal, K. A. Nies, M. D. Reddy, P. Robles-Granda, A. T. Campbell, N. V. Chawla, S. D'Mello, A. K. Dey, K. Jiang, Q. Liu, G. Mark, **E. Moskal**, **A.** Striegel, L. Tay, G. D. Abowd, and M. De Choudhury, "A Multisensor Person-Centered Approach to Understand the Role of Daily Activities in Job Performance with Organizational Personas," in *Proc. of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)*, September 2020.

14. **+L. Song**, **@A. Mohammed**, A. Striegel, "A Passive Client Side Control Packet-based WiFi Traffic Characterization Mechanism," in *Proc. of IEEE ICC 2020*, Dublin, Ireland, June 2020.

15. **@P. Talkad Sukumar**, @G. Martinez, T. Grover, G. Mark, S. D'Mello, N. Chawla, **+S. Mattingly**, and A. Striegel, "Characterizing Exploratory Behaviors on a Personal Visualization Interface Using Interaction Logs," in *Proc. of EuroViz*, May 2020.

16. **@G. J. Martinez**, +S. Mattingly, J. Young, L. Faust, A. Dey, A. Campbell, M. DeChoudhury, S. Mirjafari, S. Nepal, P. Robles-Granda, K. Saha, A. Striegel, "Improved Sleep Detection Through the Fusion of Phone Agent and Wearable Data Streams," in *Workshop on Sensing Systems and Applications Using Wrist Worn Smart Devices (WristSense)*, March 2020. Honorable Mention – Best Paper Presentation Award

17. **@G. J. Martinez, +S. Mattingly**, S. Mirjafari, S. Nepal, A. Campbell, A. Dey, A. Striegel, "On the Quality of Real-world Wearable Data in a Longitudinal Study of Information Workers," in *Proc. of Workshop on Sensing Systems and Applications Using Wrist Worn Smart Devices (WristSense)*, March 2020.

18. S. Liu, D. Hachen, O. Lizardo, C. Poellabauer, A. Striegel, and T. Milenkovic "The power of dynamic social networks to predict individuals' mental health," in *Proc. of Pacific Symposium on Biocomputing (PSB) 2020*, Big Island, Hawaii, Jan 2020.

19. S. Mirjafari, K. Masaba, T. Grover, Wang, W., Audia, P., Campbell, A. T., Chawla, N. V., Das Swain, V., De Choudhury, M., Dey, A. K., D'Mello, S.K., Gao G., Gregg, J.M., Jagannath, K., Jiang, K., Lin, S., Liu, Q., Mark, G., **@G. Martinez**, **+S. M. Mattingly**, Moskal, E., Mulukutla, R., Nepal, S., Nies, K.A., Reddy, M. D., Robles-Granda, P., Saha, K., Sirigiri, A., Striegel, A. "Differentiating High and Low Job Performers in the Workplace using Mobile Sensing," to appear in *Proc. of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT)*[1], 2019.

20. K. Saha, M. D. Reddy, V. Das Swain, J. M. Gregg, T. Grover, S. Lin, **@G. J. Martinez**, **+S. M. Mattingly**, S. Mirjafari, R. Mulukutla, K. Nies, P. Robles-Granda, A. Sirigiri, D. W. Yoo, P. Audia, A. T. Campbell, N. V. Chawla, S. K. D'Mello, A. K. Dey, K. Jiang, Q. Liu, G. Mark, **E. Moskal**, A. Striegel, and M. De Choudhury, "Imputing Missing Social

---

[1] IMWUT is nominally the venue for ACM Ubicomp and as such is listed in the Conference / Workshop section. Although structured as a journal, papers follow nominally a conference review process with an opportunity for revisions similar to shepherding.

Media Data Streams in Multisensor Studies of Human Behavior," to appear in *Proc. of the 8th International Conference on Affective Computing and Intelligent Interaction (ACII)*, 2019.

21. K. Saha, A. E. Bayraktaroglu, A. T. Campbell, N. V. Chawla, M. De Choudhury, S. K. D'Mello, A. K. Dey, G. Gao, J. M. Gregg, K. Jagannath, G. Mark, **@G. J. Martinez, +S. M. Mattingly, E. Moskal**, A. Sirigiri, A. Striegel, D. W. Yoo, "Social Media as a Passive Sensor in Longitudinal Studies of Human Behavior and Wellbeing," in *Proc. of CHI Case Studies*, Glasgow, Scotland, May 2019.

22. **+S. M. Mattingly**, J. M. Gregg, P. Audia, A. E. Bayraktaroglu, A. T. Campbell, N. V. Chawla, V. D. Swain, M. De Choudhury, S. K. D'Mello, A. K. Dey, G. Gao, K. Jagannath, K. Jiang, S. Lin, Q. Liu, G. Mark, **@G. J. Martinez**, K. Masaba, S. Mirjafari, **E. Moskal**, R. Mulukutla, K. Nies, M. D. Reddy, P. Robles-Granda, K. Saha, A. Sirigiri, A. Striegel, "The Tesserae Project: Large-Scale, Longitudinal, In Situ, Multimodal Sensing of Information Workers," in *Proc. of CHI Case Studies*, Glasgow, Scotland, May 2019.

23. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," in *Proc. of HICSS-52*, Honolulu, Hawaii, Dec. 2018.

24. **@L. Song**, A. Striegel, "SEWS: A Channel-Aware Stall-Free WiFi Video Streaming Mechanism," in *Proc. of NOSSDAV*, June 2018.

25. L. Faust, P. Jimenez, D. Hachen, O. Lizardo, A. Striegel and N. Chawla, "Long-term Compliance Habits: What Early Data Tells Us," in *Proc. of Workshop on Long-Term Tracking* (workshop at CHI), 2018.

26. **@R. Purta**, A. Striegel, "Estimating Dining Hall Usage Using Bluetooth Low Energy Beacons," in *Proc. of UbiMI workshop* at Ubicomp, Maui, Hawaii, September 2017.

27. S. Vhaduri, C. Poellabauer, A. Striegel, O. Lizardo and D. Hachen, "Discovering Places of Interest Using Sensor Data from Smartphones and Wearables," in *Proc. of IEEE UIC (Ubiquitous Intelligence and Computing)*, 2017.

28. **@L. Song**, A. Striegel, "Leveraging Frame Aggregation for Estimating WiFi Available Bandwidth" in *Proc. of IEEE SECON*, San Diego, CA, June 2017 (Acceptance Rate 26.5%)

29. **@X. Hu**, A. Striegel, "Redundancy Elimination Might Be Overrated: A Quantitative Study on Wireless Traffic," in *Proc. of INFOCOM IECCO Workshop (Integrating Edge Computing, Caching, and Offloading in Next Generation Networks)*, Atlanta, GA, May 2017.

30. **@L. Song**, A. Striegel, "Leveraging Frame Aggregation to Improve Access Point Selection," in *Proc. of INFOCOM International Workshop on Mobility Management in the Networks of the Future World (MobiWorld)*, Atlanta, GA, 2017.

31. L. Faust, **@R. Purta**, D. Hachen, A. Striegel, C. Poellabauer, O. Lizardo, N. Chawla, "Exploring Compliance: Observations from a Large Scale Fitbit Study," in *Proc. of SocialSens* workshop, 2017.

32. **@R. Purta, @L. Song**, S. Mattingly, D. Hachen, O. Lizardo, J. Payne, C. Poellabauer, A. Striegel, "Experiences Measuring Sleep and Physical Activity Patterns Across a Large College Cohort With Fitbits," in *Proc. of ISWC (International Symposium on Wearable Computing)*, September 2016.

33. **@L. Meng**, J. Crawford, A. Striegel, T. Milenkovic, "IGLOO: Integrating global and local biological network alignment," *in Proc. of 12th International Workshop on Mining and Learning with Graphs (workshop at KDD)*, San Francisco, CA, August 2016.

34. Q. Liao, Z. Li, A. Striegel, "On the Economics of Mobile Content Pre-Staging," in *Proc. of 5th Workshop on Smart Data Pricing* (at *IEEE INFOCOM*), San Francisco, April 2016.

35. J. Shi, **@L. Meng**, D. Koutsonikolas, C. Qiao, A. Striegel, G. Challen, "A Walk on the Client Side: Monitoring Enterprise Wifi Networks Using Smartphone Channel Scans," in *Proc. of IEEE INFOCOM*, San Francisco, CA, April 2016 (Acceptance Rate 18.25%).

9

36. @**R. Purta**, D. Hachen, J. Liew, A. Striegel, "Toward a System for Longitudinal Emotion Sensing," in *Proc. of the 1st International Workshop on Social Sensing (SocialSens)*, workshop at IEEE MASS, Oct. 2015.

37. @**X. Hu, @L. Song, @D. Van Bruggen**, A. Striegel, "Is There WiFi Yet? How Aggressive Probe Requests Deteriorate Energy and Throughput," in *Proc. of ACM Internet Measurement Conference (IMC)*, Tokyo, Japan, Oct. 2015 (Short Paper - 16% acceptance rate on short papers). Dataset made public.

38. T. Neal, D. Woodard, A. Striegel, "Mobile Device Application, Bluetooth, and Wi-Fi Usage Data as Behavioral Biometric Traits" in *IEEE BTAS (Biometrics Theory, Applications and Systems)*, Arlington, VA, Sept. 2015. (Acceptance Rate: 44%)

39. @**B. Bockstege**, A. Striegel, "A Management System for Motion-Based Gaming Peripherals for Physical Therapy Instrumentation," in *Proc. of IEEE Healthcom*, Natal, Brazil, Oct. 2014.

40. @**X. Hu, @L. Meng**, A. Striegel, "Evaluating the Raw Potential for Device-to-Device Caching via Co-Location," in *Proc. of MobiSPC*, August 2014 (Acceptance Rate = 47%).

41. Q. Liao, Z. Li, A. Striegel, "Is More P2P Always Bad for ISPs? -- An Analysis of P2P and ISP Business Models," in *Proc. of HotData*, July 2014.

42. @**L. Meng, @S. Liu**, A. Striegel, "Analyzing the Impact of Proximity, Location and Personality on Smartphone Usage," Proc. of Workshop on Dynamic Social Networks (DySON), April 2014.

43. @**L. Meng**, T. Milenkovic, A. Striegel, "Systematic Dynamic and Heterogeneous Analysis of Rich Social Network Data," in *Proc. of CompleNet (5th Workshop on Complex Networks)*, March 2014.

44. @**X. Hu**, A. Striegel, "Preserving Location Privacy on the Release of Large-scale Mobility Data," in *Proc. of IEEE Globecom*, Atlanta, GA, Dec. 2013.

45. @**S. Liu**, A. Striegel, "Exploring the Potential in Practice for Opportunistic Networks Amongst Smart Mobile Devices," in *Proc. of ACM MOBICOM*, pp. 315-326, Miami, FL, Oct 2013.

46. @**D. Van Bruggen, @S. Liu**, M. Kazjer, A. Striegel, C. Crowell, J. D'Arcy, "Modifying User Smartphone Locking Behavior," in *Proc. of SOUPS (Symposium on Usable Privacy and Security)*, Newcastle, UK, July 2013.

47. A. Striegel, @**S. Liu, @L. Meng**, C. Poellabauer, D. Hachen, O. Lizardo, "Lessons Learned from the NetSense Smartphone Study," in *Proc. of ACM HotPlanet (workshop at ACM SIGCOMM)*, Hong Kong, Aug 2013. **Best Paper Award**

48. @**A. Blaich, @S. Liu**, A. Striegel, "Re-thinking 802.11 Rate Selection In The Face of Non-Altruistic Behavior," in *Proc. of WiMAN (Workshop at ICCCN)*, July 2013.

49. @**Y. Jiang, @S. Liu**, A. Striegel, "Save For Later: A Technique for Improving End-to-End Mesh Network Performance," in *Proc. of WiMAN (Workshop at ICCCN)*, July 2013.

50. @**S. Liu**, A. Striegel, "Casting Doubts on the Viability of WiFi Offloading," in *Proc. of Cellular Networks: Operations, Challenges, and Future Design (CellNet)*, Helsinki, Finland, August 2012.

51. @**Q. Liao**, A. Striegel, "Intelligent Network Management Using Graph Differential Anomaly Visualization," in *Proc. of IEEE/IFIP Network Operations and Management Symposium (NOMS 2012)*, Maui, HI, 2012.

52. L. Shi, @**Q. Liao**, Y. He, R. Li, A. Striegel, Z. Su, "SAVE: Sensor Anomaly Visualization Engine," in *Proc. of IEEE VAST 2011*, Providence, RI, October 2011.

53. M. Kennedy, J. Schmiedeler, A. Striegel, C. Crowell, M. Villano, J. Kuitse, "Enhanced Feedback in Balance Rehabilitation using the Nintendo Wii Balance Board," in *Proc. Of IEEE HealthCom*, 2011 (Best Paper Award).

54. C. Miller, S. Chasins, C. Farris, J. Varner, C. Carmony, C. Poellabauer, and A. Striegel, "An Integrated Monitoring System for Mobile Phones", *Proceedings of the 1st International Workshop on Sensing for App Phones (PhoneSense)*, Zurich, Switzerland, November 2010.

55. **@Q. Liao**, A. Striegel, N. Chawla "Visualizing Graph Dynamics and Similarity for Enterprise Network Security and Management," in *Proceeding of the ACM 7th International Symposium on Visualization for Cyber Security (VizSec'10)*, Sept. 2010.

56. Z. Li, **@Q. Liao**, and A. Striegel. "Toward a socially optimal wireless spectrum management", In *Fifth IEEE Workshop on Networking Technologies for Software-Defined Radio and White Space*, held in conjunction with IEEE SECON, Boston, Massachusetts, June 21, 2010.

57. A. Striegel, **@D. Van Bruggen**, "Work in Progress: Development of a Human Computer Interface Course on the Microsoft Surface," in *Proc. Of Frontiers in Education (FIE)*, Oct. 2010.

58. ***M. Overholt, *S. Zhang**, A. Striegel, "WiiDoRF: Decision and Recording Framework for Educational Labs Centered on the Nintendo Wiimote," in *Proc. Of Frontiers in Education*, Oct. 2010.

59. **@A. Blaich**, A. Striegel, ""Is High Definition a natural DRM?" in *Proc. Of ICCCN 2009 Workshop on Multimedia Communications and Computing*, August 2009.

60. **@Q. Liao**, Z. Li, A. Striegel, "Information Game of Public Firewalls," in *Proc. of 5th Workshop on Network Protocols and Security (NPSec),* 2009.

61. **@Y. Jiang**, A. Striegel, "Fast Admission Control for Short TCP Flows," in *Proc. of IEEE GLOBECOM*, Honolulu, Hawaii, Nov. 2009.

62. ***J. Brindza, *J. Szweda, @Q. Liao, @Y. Jiang**, A. Striegel, "WiiLab: Bringing Together the Nintendo Wiimote and MATLAB," in *Proc. of Frontiers in Education (FIE)*, 2009.

63. **@A. Blaich**, A. Striegel, "On the Difficulties of Passively Detecting 802.11n Rogue Wireless Access Points," in the *Proc. of IEEE WoWMoM*, June 2009.

64. **@D. Salyers**, A. Striegel, C. Poellabauer, "Opportunistic Wireless Broadcast (OWB): Dynamic Redundancy Detection in the Wireless Medium", in *Proc. of 8th IEEE International Workshop on Wireless Local Networks (WLN)*, Montreal, Canada, Oct 2008.

65. **@Q. Liao, @A. Blaich**, A. Striegel, D. Thain, "ENAVis: Enterprise Network Activities Visualization," in *Proc. of LISA (Large Installation System Administration) Conference*, San Diego, CA, Nov. 2008 (Best Paper Award).

66. **@D. Salyers**, A. Striegel, C. Poellabauer, "A Light Weight Method for Maintaining Clock Synchronization for Networked Systems," in *Proc. of IEEE ICCCN,* St. Thomas, US Virgin Islands, August 2008

67. Z. Li, **@Q. Liao**, A. Striegel, "Botnet Economics: Uncertainty Matters," in *Proc. of Workshop on Economics of Information Security*, Hanover, New Hampshire, June 2008.

68. ***K. O'Brien, @D. Salyers**, A. Striegel, C. Poellabauer, "Power and Performance Characteristics of USB Flash Drives," in *Proc. of IEEE WOWMOM (IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks)*, Newport Beach, CA, June 2008 (short paper).

69. **@D. Salyers**, A. Striegel, C. Poellabauer, "Rethinking 802.11 Packet Loss," in *Proc. of IEEE WOWMOM (IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks)*, Newport Beach, CA, June 2008 (short paper).

70. N. Shillingford, **@D. Salyers**, C. Poellabauer, A. Striegel, "Delay- and Energy-Aware Multi-Path Routing in Wireless Ad Hoc Networks," in *Proc. of MobiQuitous*, pp. 1-8, August 2007.

71. **@M. J. Chapple**, N. Chawla, A. Striegel, "Authentication Anomaly Detection: A Case Study On A Virtual Private Network," in *Proc. of 3rd Annual ACM Workshop on Mining Network Data (MineNet),* pp. 17-22, San Diego, California, June 2007.

72. **@J. M. Wozniak, @Y. Jiang**, A. Striegel, "Effects of Low Quality Time Estimates in Policed Schedulers," in *Proc. of 40th Annual Simulation Symposium (ANSS)*, pp. 283-292, 2007.

73. P. Brenner, **@J. M. Wozniak**, D. Thain, A. Striegel, J. A. Izaguirre, J. Peng, "Biomolecular Path Sampling Enabled by Processing in Network Storage," in T*he Sixth*

11

*IEEE International Workshop on High-Performance Computational Biology* at *IPDPS,* pp. 1-6, 2007.

74. **@J. M. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Access Control for a Replica Management Database," in *Proc. of the Second ACM Workshop on Storage Security and Survivability*, pp. 41-46, Alexandria, VA, Oct. 2006.

75. **@X. Li**, **D. Salyers**, A. Striegel, "Improving Packet Cache Scalability Through the Concept of an Explicit End of Data Marker," in *Proc. of HotWeb,* pp. 1-12, Boston, MA, Nov. 2006.

76. **@C. Mano**, L. DuHadway, A. Striegel, "A Case for Instilling Security as a Core Programming Skill," in *Proc. of Frontiers in Education (FIE)*, pp. 13-18, San Diego, CA, Oct. 2006.

77. **@C. Mano, *J. Smith, *W. Bordogna**, A. Striegel, "High Speed Packet Logging on a Budget," in *Proc. of IFIP Networking*, pp. 501-512, Coimbra, Portugal, May 2006.

78. **@D. Cieslak**, N. Chawla, A. Striegel, "Combating Imbalance in Network Intrusion Datasets," in *Proc. of IEEE Granular Computing*, pp. 732-737, May 2006.

79. **@C. Mano**, A. Striegel, "Resolving WPA Limitations in SOHO and Open Public Wireless Networks," in *Proc. of IEEE Wireless Communications and Networking Conference (WCNC)*, Las Vegas, NV, pp. 617-622, April 2006.

80. **@Y. Jiang**, A. Striegel, "Granularity-aware (m,k) Queue Management for Real-Time Media Servers," in *Proc. of Real Time Application Symposium (RTAS)*, pp. 103-112, San Jose, CA, April 2006.

81. **@C. Mano**, A. Striegel, "Group Matrix Architecture for Computation Grid Data Integrity," in *Proc. of Trusted Internet Workshop (TiW)*, Dec. 2005.

82. D. Thain, S. Klous, **@J. Wozniak**, P. Brenner, A. Striegel, and J. Izaguirre, "Separating Abstractions from Resources in a Tactical Storage System," in *Proc. of the International Conference for High Performance Computing and Communications (Supercomputing)*, Nov 2005.

83. **@J. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. Izaguirre, "Generosity and Gluttony in GEMS: Grid Enabled Molecular Simulations," in *Proc. of IEEE Symposium on High Performance and Distributed Computing (HDPC)*, pp. 191-200, July 2005.

84. **@C. Mano**, A. Striegel, "Introducing Security Concepts Through An Electronic Voting Project," in *Proc. Of Frontiers In Education (FIE)*, Indianapolis, IN, Oct 2005.

85. **@C. Mano**, A. Striegel, "Trusted Security Devices for Bandwidth Conservation in IPSec Environments," in *Proc. of IFIP Networking – LNCS 3462,* pp. 166-177, Waterloo Canada, May 2005.

86. **@D. Salyers**, A. Striegel, "A Novel Approach to Transparent Bandwidth Conservation," in *Proc. of IFIP Networking – LNCS 3462*, pp. 1219-1230, Waterloo, Canada, May 2005.

87. **@J. M. Wozniak**, **@D. Salyers**, A. Striegel, J. Izaguirre, "GIPSE: Streamlining the Management of Simulation on the Grid," in *Proc. Of 38th Annual Simulation Symposium (ANSS)*, pp. 130-137, April 2005.

88. A. Striegel, "Stealth Multicast: A Novel Catalyst for Multicast Deployment," in *Proc. Of IFIP Networking – LNCS 3042*, pp. 817-828, Athens, Greece, May 2004.

89. A. Striegel, A. Bouabdallah, H. Bettahar, G. Manimaran, "EBM: Edge-Based Multicast in DiffServ Networks," in *Fifth International Workshop on Network Group Communication (NGC) - LNCS 2816*, pp. 131-142, Munich, Germany, Sep. 2003. (33.3% acceptance rate)

90. A. Striegel, G. Manimaran, "Dynamic DSCPs for Heterogeneous QoS in DiffServ Multicasting," in *Proc. of IEEE GLOBECOM*, pp. 2123-2127, Nov. 2002.

91. A. Striegel, D. Rover, "Enhancing Student Learning in an Introductory Embedded Systems Laboratory," in *Proc. of Frontiers in Education (FIE),* pp. T1D7-T1D12, Nov. 2002.

92. A. Striegel, D. Rover, "Problem-based Learning in an Introductory Computer-Engineering Course," in *Proc. of Frontiers in Education (FIE),* pp. F1G7-F1G12, Nov. 2002.

93. A. Chakrabarti, A. Striegel, G. Manimaran, "A Case for Tree Evolution in QoS Multicasting," in *Proc. of International Workshop on Quality of Service (IWQoS)*, pp. 116-125, 2002.
94. A. Striegel, G. Manimaran, "An Edge-Based Fault Detection Scheme for DiffServ Networks," in *Proc. of Dependable Systems and Networking (DSN)'2002*, pp. 79-88, Washington D.C., June 2002.
95. A. Striegel, "Distance Education and Its Impact on Computer Engineering Laboratories," in *Proc. of Frontiers in Education* (FIE), pp. F2D4-9, Reno, Nevada, USA, Oct. 2001.
96. A. Striegel, J. Bonney, R. Ramanujin, "A Protocol Independent Internet Gateway for Ad-Hoc Wireless Networks," in *Proc. of Local Computer Networks (LCN)*, pp. 92-101, Tampa, Florida, USA, Nov. 2001.
97. A. Striegel, G. Manimaran, "A Scalable Protocol for Member Join/Leave in a Multicast DiffServ Environment," in *Proc. of Conf. on Local Computer Networks (LCN)*, pp. 395-404, Tampa, Florida, USA, Nov. 2001.
98. A. Striegel, G. Manimaran, "A Scalable Approach to DiffServ Multicasting," in *Proc. International Conference on Communications (ICC)*, pp. 2327-2331, Helsinki, Finland, June 2001.
99. A. Striegel and G. Manimaran, "A scalable QoS adaptation scheme for media servers," in *Proc. Intl. Workshop on Parallel and Distributed Real-time Systems (WPDRTS)*, pp. 1045-1052, San Francisco, USA, Apr. 2001.
*100.* A. Striegel, G. Manimaran, "Dynamic Class-Based Queue Management for Scalable Media Servers," in *Proc. IEEE Real-time Technology and Applications Symposium (RTAS),* Washington DC, USA, pp.228-236, May 2000.
*101.* A. Striegel, G. Manimaran "Best-effort Scheduling of (m,k)-firm Real-time Streams in Multihop Networks," in *Proc. Intl. Workshop on Parallel and Distributed Real-time Systems (WPDRTS)*, Cancun, Mexico, pp. 743-752, Apr. 2000.

LNCS – Lecture Notes in Computer Science (Springer-Verlag)
Under Revision / Preparation: 3x

Book Chapters

1. T. J. Neal, D. Woodard, A. D. Striegel, "Mobile device usage data as behavioral biometrics," in Chapter 7 in *Mobile Biometrics*.
2. **@M. Chapple**, A. Striegel, C. Crowell, "Firewall Security Maintenance," in *CT Ethics and Security in the 21st Century: New Developments and Applications*, IGI Global.
3. **@J. M. Wozniak**, A. Striegel, "Investigating Deadline-Driven Scheduling Policy via Simulation with East," to appear as a chapter in *Quantitative Quality of Service for Grid Computing: Applications for Heterogeneity, Large-Scale Distribution and Dynamic Environments*, IGI Global.

Invited Conference Papers

1. **@A. Mohammed**, T. Karagioules, E. Halepovic, **@S. Zhu**, A. Striegel, "On The Harmful Effects of Active Network Probing," in *Proc. of ICCCN*, July 2023.
2. **@G. J. Martinez**, G. Dubrovskiy, **@S. Zhu**, **@A. Mohammed**, H. Lin, J. N. Laneman, A. D. Striegel, R. V. Pragada, D. R. Castor, "An Open, Real-World Dataset of Cellular UAV Communication Properties," in *Proc. of ICCCN*, August 2021.
3. **@S. Zhu**, **@A. Mohammed**, A. Striegel, "A Frame-Aggregation-Based Approach for Link Congestion Prediction in WiFi Video Streaming," in *Proc. of ICCCN*, August 2020.
4. **@R. Purta**, A. Striegel, "Predicting Friendship Pairs from BLE Beacons Using Dining Hall Visits," in *Proc. of ICCCN*, Valencia, Spain, August 2019.

13

5. **@L. Song**, A. Striegel, "A Lightweight Scheme for Rapid and Accurate WiFi Path Characterization," in *Proc. of ICCCN*, Hangzhou, China, August 2018.
6. **@X. Hu**, A. Striegel, "PASS: Content Pre-staging through Provider Accessible Storage Service," in *Proc. of ICCCN*, Vancouver, Canada, August 2017.
7. A. Striegel, **@S. Liu**, **@X. Hu**, "LTE and WiFi: Experiences with Quality and Consumption," in *Proc. of MobiSPC*, August 2014.
8. **@L. Meng**, **@S. Liu**, A. Striegel, "Characterizing the Utility of Smartphone Background Traffic," in *Proc. of WiMAN*, Shanghai, China, July 2014.
9. **@S. Liu**, A. Striegel, "Accurate Extraction of Face-to-Face Proximity Using Smartphones and Bluetooth," in *Proc. of Fifth International Workshop in Wireless Mesh and Ad Hoc Networks (WiMAN)*, Maui, HI, July 2011.
10. **@C. D. Mano, @D. C. Salyers, @Q. Liao, @A. Blaich**, A. Striegel, "SAABCOT: Secure Application-Agnostic Bandwidth COnservation Techniques", in *Proc. of IEEE BroadNets*, September 2007 (Invited Paper).

arXiv Papers (Non-Refereed)

1. N. Kleber, J. Chisum, A. Striegel, B. Hochwald, A. Termos, J. Laneman, **@Z. Fu**, J. Merritt, " RadioHound: A Pervasive Sensing Network for Sub-6 GHz Dynamic Spectrum Monitoring," posted Oct 2016, https://arxiv.org/abs/1610.06212
2. **@X. Hu**, A. Striegel, "Redundancy Elimination Might Be Overrated: A Quantitative Study on Real-World Wireless Traffic," posted May 2016, http://arxiv.org/abs/1605.04021
3. **@L. Meng**, T. Milenkovic, A. Striegel, "IGLOO: Integrating global and local biological network alignment," posted April 2016, http://arxiv.org/abs/1604.06111
4. **@X. Hu, @L. Song**, A. Striegel, "Is There WiFi Yet? How Aggressive Probe Requests Deteriorate Energy and Throughput," posted Feb 2015, http://arxiv.org/abs/1502.01222

Non-Refereed Conference / Poster Publications

1. **@P. Talkad Sukumar**, D. Reinholz, A. Striegel, "Visualizing Participatory Inequities in Classroom Data," in the VIS 2020 Posters.
2. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," presented at WISE (Workshop on Information System Economics), San Francisco, California, December 2018.
3. M. Zia Hydari, I. Adjerid, A. Striegel, "Effect of Gamification on Healthful Activity: The Case of Fitbit Leaderboards," presented at CHITA (Conference on Health IT and Analytics), Oct. 19-20, 2018, Washington, D.C.
4. N. Kleber, A. Termos, **@G. Martinez**, J. Merritt, B. Hochwald, J. Chisum, A. Striegel, J. Laneman, "RadioHound: A Pervasive Sensing Platform for Sub-6 GHz Dynamic Spectrum Monitoring," demo at *IEEE DySpan 2017*.
5. Yang Yang and Omar Lizardo and Dong Wang and Yuxiao Dong and Aaron D. Striegel and David Hachen and Nitesh V. Chawla, "Gender Differences in Communication Behaviors, Spatial Proximity Patterns, and Mobility Habits," arXiV, https://arxiv.org/abs/1607.06740, 2016.
6. M. Kazjer, C. Crowell, A. Ferreira, J. D'Arcy, **@D. Van Bruggen**, A. Striegel, "Poster: Memorability of Computer Security Posters as Affected by Message Type," at *SOUPS (Symposium on Usable Privacy and Security)*, July 2013.
7. **@M. Chapple**, A. Striegel, J. D'Arcy, "An Analysis of Firewall Rulebase (Mis)Management Practices," *Information Systems and Security Journal*, Jan 2009.
8. **@A. Blaich, Q. Liao**, A. Striegel, D. Thain, "Simplifying Network Management with Lockdown," at *Workshop on Usable IT Security Management (USM '08) – Symposium on Usable Privacy and Security (SOUPS)*, July 2008.

9. **@C. Mano**, A. Striegel, "Demo: Rogue Identifying Packet Payload Slicing via RIPPS," demonstration at *INFOCOM 2008*.
10. A. Striegel, **@D. Salyers, @Y. Jiang, @A. Blaich**, "Improving Medium-Sized Media Clip Distribution Through Transparent Tail Synchronization," extended abstract/poster in *Proc. Of IEEE BroadNets*, Sept. 2007.
11. **A. Blaich, Q. Liao, B. Sullivan, G. Allan**, A. Striegel, D. Thain, "Lockdown: Distributed Policy Analysis and Enforcement within the Enterprise Network," poster at *USENIX Security*, August 2007.
12. **@J. Wozniak**, P. Brenner, D. Thain, A. Striegel, J. A. Izaguirre, "Applying Feedback Control to a Replica Management System," in *Proc. of Southeastern Symposium on System Theory (SSST)*, pp. 472-476, March 2006.
13. **@D. Salyers, @X. Li**, A. Striegel, S. Chandra, "Wireless Stealth Multicast: Bandwidth Conservation for Last-Mile Wireless Clients," poster at *IEEE INFOCOM*, Miami, FL, March 2005.
14. **J. M. Wozniak**, A. Striegel, D. Salyers, J. A. Izaguirre, "Overview of the GIPSE Architecture," poster at *GlobusWorld*, Boston, MA, Feb. 2005.
15. A. Striegel, J. A. Izaguirre, **\*M. Shorts, @D. Salyers, \*K. McCusker, \*B. Bien, \*G. Shewakramani**, "Taming the grid management beast with GRIM," poster at GlobusWorld, San Francisco, CA, Jan. 2004.
16. A. Striegel, "Security Issues in a Differentiated Services Internet," *Trusted Internet Workshop - HiPC*, Bangalore, India, Dec. 2002.
17. *A. Striegel, C. Reynolds, G. Manimaran, "An integrated heuristic for best effort scheduling of (m,k)-firm streams in point-to-point networks," FTCS-29 Fast Abstracts, Madison, WI, USA, June 1999.*

Editor - Journals or Books

1. K. Sha, A. Striegel, M. Song, "Advances in Computer Communications: From Green, Mobile, Pervasive Networking, to Big Data Computing," *River Publishers Series* in Communications, 2017. (Selected papers from ICCCN 2015)
2. K. Sha, A. Striegel, M. Song, "Security, Privacy, and Reliability in Computer Communications and Networking," *River Publishers Series in Communications*, 2017. (Selected papers from ICCCN 2015).
3. S. Mao, H. Wang, A. Striegel, K. Sha, "Guest Editorial: Special Issue on Cognitive, Cellular and Mobile Networks," Special Issue in *EAI Endorsed Transactions on Wireless Spectrum*, vol. 2, no. 7, January 2016. (http://eudl.eu/issue/ws/2/7)

Books or Chapters of Books

- Proofreader – "Resource Management in Real-Time Systems and Networks", G. Manimaran, C. Siva Ram Murthy, MIT Press, Apr. 2001

Provisional Patents / Disclosures

- A. Striegel, **@D. Salyers, @C. Mano, @X. Li**, @,+**Y. Jiang**, "TWiCE: Transparent Wireless Capacity Enhancement," Provisional Patent, #61/628,883, Nov. 2011.
- **@C. Mano**, A. Striegel, "RIPPS: Rogue Identifying Packet Payload Slicing," provisional patent #60/752,945.
- A. Striegel, **@L. Song**, "Rapid End-to-End Path Characterization involving Wireless Network Hops," disclosure on April 19, 2016.
- **@L. Song**, A. Striegel, "Simplified Mechanism for Conveying Residual Capacity at a Wireless Access Point," disclosure on April 19, 2016.

15

- 2x disclosures on cryptography with Prof. Taeho Jung at Notre Dame on secure contract tracing / computation

Patents

- **@L. Song**, A. Striegel, "Systems and Methods for Rapidly Estimating Available Bandwidth in a WiFi link," Patent #10,383,002, awarded May 2019.
  - https://patents.google.com/patent/US10383002B2/en

Software Artifacts

- *Colocation*: Simplified toolset for detecting co-location (proximity) between multiple individuals for longitudinal interaction monitoring between individuals
- *FMNC:* Fast Mobile Network Characterization
- *MBP-M*: Motion-Based Peripheral Management for open source logging / instrumentation of low-cost gaming peripherals such as the Nintendo Wii and Microsoft Kinect
- *PhoneMonitor*: Agent for monitoring critical phone / digital communications on Android for the NetSense study
- *Scalebox:* Unified framework for bandwidth efficiency and network emulation
- *Lockdown:* Network flow visualization for security
- *PyBluez:* Python toolkit for Bluetooth operations
- *CheapLogger*: Tool for logging full packet payloads at near Gigabit speeds
- *EEOD:* Linux kernel / Apache modifications for TCP explicit end of data as well as underlying packet caching software
- *RIPPS*: Tool for identifying rogue wireless access points (RWAPs)
  - Integrated as part of ScaleBox code base
- *GEMS*: Reliable storage mechanism for storing molecular simulations on the grid of inexpensive host storage devices (hosted on SourceForge)
- *PALM*: C-based implementation of Passive Application Layer Multicast
- *GIPSE*: Toolkit for managing parameter sweep jobs on the grid
- *Libpcap tutorial*: Extensive libpcap tutorial for packet capture / creation
- *East*: Grid resource simulator
- *GenMcast*: Generic framework for multicast simulation in ns-2
- *Tesserae:* Software suite in support of the Tesserae effort including
  - Android, iOS phone agents
  - Automated data ingestion for Qualtrics, Garmin Health API, Gimbal Bluetooth LE beacons
  - User-facing portal and issue management
  - Numerous back-end tools for data integrity management
  - Machine learning toolkits for data analysis
- *Wiilab*: Toolkit for interfacing MATLAB with the Nintendo Wiimote via C# / Bluetooth
- *WiiDoRF*: Toolkit for designing educational modules with Java and the Nintendo Wiimote
- *WeHab*: Stroke / balance rehabilitation
  - Website being migrated to new host

Public Datasets
- Dataset for IMC 2015 paper on WiFi probe requests
  - Posted: October 2015
  - 6x home football game probe request captures - gates + bowl
  - DeBartolo 101

16

- ▪ https://drive.google.com/folderview?id=0B8WDgYSa7Pe6X1dFd2pCcF RBTU0&usp=sharing
- Dataset for INFOCOM 2016 paper on WiFi scanning (client-side)
  - ○ Posted: March 2016
  - ○ Scans from SUNY-Buffalo and Notre Dame
  - ○ Posted to CRAWDAD
    - ▪ http://crawdad.org/buffalo/phonelab-wifi/20160309/
- Tesserae Social Media Corpus
  - ○ Posted: May 2019
  - ○ Available upon request, see https://tesserae.nd.edu/
- Tesserae De-Identified Dataset
  - ○ Posted: January 2021
  - ○ 757 participants, information workers, wearable, phone agent, beacon data from an entire year along with accompanying ground truth
  - ○ Available via request via OSF, see https://tesserae.nd.edu/
- DroneSounder Dataset
  - ○ Posted: May 2021
  - ○ Available via Google Drive – see paper

<u>Popular Press</u>

- Time, "Hitting the Snooze Button May Not Be as Bad as You Think," by Jamie Ducharme, October 31, 2023
  - ○ https://time.com/6329920/snooze-button-sleep-health/
- USA Today, "Fact check: No, cell data used to arrest Idaho suspect doesn't prove '2000 Mules' correct," by Chris Mueller – January 20, 2023
  - ○ https://www.usatoday.com/story/news/factcheck/2023/01/20/fact-check-post-wrongly-links-idaho-death-investigation-2000-mules/11066693002/
- Politifact, "No, cellphone data used to arrest suspected Idaho killer doesn't give '2,000 Mules' credibility," by Tom Kertscher – January 12, 2023
  - ○ https://www.politifact.com/factchecks/2023/jan/12/john-rich/no-cellphone-data-used-to-arrest-suspected-idaho-k/
- Notre Dame Observer: "'We should be sympathetic toward snoozers': Study finds unexpected effect of snoozing an alarm" – September 6, 2022
  - ○ https://ndsmcobserver.com/2022/09/we-should-be-sympathetic-toward-snoozers-study-finds-unexpected-effect-of-snoozing-an-alarm/
- Factcheck.org: Evidence Gaps in '2000 Mules' – Posted June 10, 2022
  - ○ Discussions on the accuracy of geolocation / cellular stie location information
  - ○ https://www.factcheck.org/2022/06/evidence-gaps-in-2000-mules/
- AP News: FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules' – Posted May 3, 2022
  - ○ Discussions on the accuracy of geolocation / cellular site location information
  - ○ https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762
- Interview with ABC57 (local ABC affiliate) – Aired October 12, 2020
  - ○ Experts warning consumers of 'scams' ahead of Amazon Prime Day
  - ○ https://abc57.com/news/experts-warning-consumers-of-phishing-schemes-ahead-of-amazon-prime-day
- Podcast on Sciencious Soundwaves – Streamed originally September 2021
  - ○ Discussions on Tesserae, wearables, workplace performance
  - ○ https://open.spotify.com/episode/0Q8TmB8zCL1LWet6ooHhJd
- Interview with WSBT (local CBS affiliated) - Aired February 19th, 2018

- o  Overview of Tesserae
- o  http://wsbt.com/news/local/notre-dame-studies-how-wearable-trackers-can-make-workers-happier-more-productive
- o  Picked up by 9 and 10 in Michigan
  - ▪  http://www.9and10news.com/2018/02/20/notre-dame-studies-workplace-satisfaction-participants-activity-trackers/
- Interview with ABC57 on Tesserae
- Interview with WVPE (local NPR affiliate) - February 14, 2018
  - o  Overview of Tesserae
  - o  http://wvpe.org/post/notre-dame-researchers-use-wearable-tech-study-workplace-success
- ND Press Release on Tesserae, February 12, 2018
  - o  https://news.nd.edu/news/researchers-use-wearables-mobile-devices-to-study-workplace-performance/
- Interview with ABC 57 on Alexa / Smart Home Devices - TBA - February 2018
- Engineer for the Soul interview:
  - o  https://engineerforthesoul.weebly.com/interviews/aaron-striegel
- "Cybersecurity Experts Warn Companies Against Hackers" on WSBT News by Niko Burton, August 10, 2017
- "Special Report: Your attachment to your smartphone could be hurting your family" on WSBT News by Catlin Connin (first appeared on 6 PM news), February 6, 2017
- Internet Radio Show, Global Business on Steroids: The DT Revolution Is Real, hosted by Bonnie D. Graham, http://www.voiceamerica.com/episode/92056/global-business-on-steroids-the-dt-revolution-is-real, May 5th, 2016
- "New technology to provide insights into the health of students," ND Newswire http://news.nd.edu/news/63538-new-technology-to-provide-insights-into-the-health-of-students/
- "Here's the truth about the frightening hacking scenario in Cisco's ads," quoted in Business Insider article by Danielle Muoio, December 3rd, 2015.
- "Student computers face virus threat", The Observer (ND Student Newspaper) http://ndsmcobserver.com/2008/10/student-computers-face-virus-threats/
- Featured Alumni in Iowa State University ECpE Connections on Wii Game Work, Spring 2013 (http://www.ece.iastate.edu/news/alumni-newsletter/)
- Commentary on Anonymous hack of Berrien County Website, WSBT, March 30, 2013 (evening news program via phone interview)
- "Striegel to participate in Frontiers of Engineering Education symposium," ND Newswire, November 2011 http://newsinfo.nd.edu/news/27320-striegel-to-participate-in-frontiers-of-engineering-education-symposium/
- "Wehab: Wii Homework For Stroke Victims," Fast Company, August 2011, http://www.fastcompany.com/1773118/wehab-wii-homework-helps-stroke-victims-heal
- WeHab, Just Before 6 Segment, WNDU, http://www.youtube.com/watch?v=TFjXJ8xPmz0
- "Much more than a game," Notre Dame Newswire, February 2011, http://newsinfo.nd.edu/news/18407/
- "Course innovates with the Wii", The Observer, February 18, 2011, http://www.ndsmcobserver.com/news/course-innovates-with-wii-1.2004571
- "Notre Dame students tie Wii to stroke patient rehab," WSBT, March 4, 2011, http://articles.wsbt.com/2011-03-04/wiihab_28654533

## VII. GRANTS AND CONTRACTS

Funded Grants (Active)

- (PI) M. Ghosh, (Co-PI) A. Striegel, Broadband Characterization, Schmidt Foundation, August 2023 - May 2025.

Funded Grants (Completed)

- (Co-PI) A. Striegel, "Collaborative Research: FW-HTF-RM: Intelligent Facilitation for Teams of the Future via Longitudinal Sensing in Context," NSF, $1.2M ($600k ND share), Sep 2019 – Sep 2023. (PI @ ND, joint w/UCI, UC-Boulder)
- (PI) A. Striegel, " NeTS: Small: Lightweight, Accurate Network Estimation at the Wireless Edge," NSF, $500k, Aug 2017 - July 2022.
  - Gift from AT&T for $20k - Fall 2022
- (Co-PI) A. Striegel, "RAPID: Longitudinal Modeling of Teams and Teamwork during the COVID-19 Crisis," NSF, $197,667, June 2020 – May 2021 (Lead PI – S. D'Mello at UC-Boulder).
- (Co-PI) T. Jung, A. Striegel, "BLE-based Contact Tracing with Provable Security and Verifiability," IARPA, $200k, Sep 2020 – Aug 2021.
- (PI) A. Striegel (ND), C. Angst (ND), I. Adjerid (VT), T. Milenkovic (ND), R. Metoyer (ND), T. Jung (ND), "NDistance: A Unified Risk Score to Capture Susceptibility Infectiousness and Propensity to COVID," $1M, April 2020 – March 2021.
- (PI) A. Striegel, "Opportunistic Content Pushing from the Network Edge," NSF, $110k, Oct 2017 - Jan 2021.
- (PI) A. Striegel, N. Chawla (ND), S. D'Mello (CU-Boulder), G. Mark (UC-Irvine), M. DeChoudhury (GTech), A. Campbell (Dartmouth), A. Dey (Univ. Washington / CMU), "A Comprehensive Approach to Modeling Job Performance via Unobtrusive, Continuous, Multimodal Sensing," IARPA, approx. $10M (Phase 1, Phase 1 Extension, Phase 2), 6/23/17 - 12/31/20.
- (Site PI) Sub-contract under N. Fox (Maryland) for NIH grant on longitudinal monitoring of at-risk individuals. ND portion was roughly $10k / year for 4 years.
- (Co-PI) J. Laneman, A. Striegel, B. Hochwald, T. Pratt, A. Striegel, "NSF IU/CRC Grant", National Science Foundation, Aug 2014-2019.
  - 2014[2]: $65k NSF, $160k industry, $40k industry (in-kind)
  - 2015: $65k NSF, $120k industry
  - 2016: $65k NSF, $130k industry
- (Co-I) O. Lizardo, D. Hachen, A. Striegel, C. Poellabauer, N. Chawla, "NetHealth: Modeling the Co-Evolution of Social Networks and Health Behaviors," National Institute of Health (NIH) R01, $2.9M, Sep 2014-Aug 2019
- (PI) A. Striegel, J. Laneman, "Stadium Video Pilot," Oct 2015-Sept 2016, IBM, $30k.
  - Spring 2017: Additional $30k
- (PI) A. Striegel, "EAGER: NeTS: Pilot Studies on Proximity for Taming the Wireless Data Tsunami," National Science Foundation, Jan 2015 – August 2015, $49,467.
- (Co-PI) D. Hachen, A. Striegel, J. Liew, "Exploring Passive Voice Monitoring for Emotionality in Social Interactions via Smart Devices," National Academies / Keck Futures Initiative (NAKFI), $100k, May 2013 - April 2015.
- (PI) A. Striegel, C. Poellabauer, D. Hachen, O. Lizardo, "SoCS: Explorations on the Effects of Pervasive Networking on Social Relationships and Resource Planning,"

---

[2] Award amounts for the IU/CRC Site are based on company memberships at $40k / each.

National Science Foundation, August 2010 – July 2012, $748,825.  Cost-sharing ND ($105k), Industrial Support ($300k - Sprint (Aug 2011), $300k - Sprint (Aug 2013))

- (Co-PI) J. Schmiedeler, A. Striegel, C. Crowell, M. Villano, "SHI: Low-Cost Rehabilitation via Gaming Peripherals," National Science Foundation, Sept. 2011 – Aug. 2014 (+1 year No-Cost), $499,000.
- J. Laneman, B. Hochwald, M. Haenggi, A. Striegel, "NSF IU/CRC Planning Grant", National Science Foundation, $15k, April 2013-March 2014.
- (PI) A. Striegel, T. Milenkovic, Google Faculty Research Grant, $35k, March 2013 - February 2014.
- A. Striegel, "Collaborative Data Analysis - NetSense Study," Alcatel-Lucent, $30k, July 2012- June 2013.
- C. Poellabauer, A. Striegel, "REU Site: Experimental Research on Wireless Networking," *National Science Foundation*, $354,628, Jan 2011 – Dec 2013, CNS-1062743.
- A. Striegel, C. Crowell, J. D'Arcy, "TC:Small: A Formal Inter-Disciplinary Study of the Impact of Security Awareness Efforts on User Behavior," NSF, $477,783, Sep 2009 – Aug 2012.
- A. Striegel, A. Chaudhury, C. Crowell, M. Villano, "Curriculum and Laboratory Development Through 3-D Interfacing via the Nintendo Wiimote," NSF, $170,000, Dec 2009 – Dec 2012.
- A. Striegel, Visualization of PCMD / CDR Data, Sprint, July 2011-January 2012, $75k.
- A. Striegel, "Use of a visual feedback with the Nintendo Wii system in rehabilitation of balance among acute stroke patients," Notre Dame Pilot Development, $15,733, Jan 2010 – Dec 2010.
- C. Poellabauer, A. Striegel, "REU Site: Wireless Network Research," May 2008 – Aug 2010, $300k.
- C. Poellabauer, A. Striegel, N. Laneman, "Wireless Mesh Network at Notre Dame," ONR DURIP (Defense University Research Instrumentation Program), equipment grant, $259.874.
- A. Striegel, "CAREER: Transparent Techniques for Bandwidth Conservation," NSF CAREER grant  (ANIR) - $435,440, March 2004 – February 2009 (Award No. 0347392) *REU Supplement:* Summer 2005 ($12k), Summer 2006 ($12k), Summer 2007 ($12k), Summer 2008 ($12k)
- C. Poellabauer, A. Striegel, "Mobile WiFi-based Content Sharing," Motorola Labs, $20k, May 2008.
- J. Izaguirre, A. Striegel, J. Peng, "Grid-enabled Integration of Experimental Data for Simulations of Flexible Protein Docking," NSF, $831,884, March 2005 – Feb 2007 plus one year no-cost extension. *REU Supplement:* Summer 2005 ($22k), Summer 2007 ($12k)
- A. Striegel, "SGER: GRIM Core Framework Development," NSF Shared Cyber Infrastructure (SCI), $49,182, June 2004 – May 2005. *REU Supplement:* Summer 2004 ($12k)
- A. Striegel, "TCP/IP Control Plane Enhancements," DARPA, $150,000, sub-contract under Architecture Technology Corporation, Feb 2005 – Jul 2006.
  - o   Successfully passed performance review – Phase I
- C. Poellabauer, A. Striegel, "IXP Development of Wireless Stealth Multicast," Intel Corporation, $25,000, May 2005.
- A. Striegel, "Trust Inference," Notre Dame Grant, $9.8k, Jan 2007-Dec 2007.

Cumulative Funding:            > $17.2M

20

Project Proposals (pending / under preparation)

- 2x NSF NeTS (Short video, network instrumentation)
- 1x NSF Smart Cities (planning)

Equipment / Software Grants

- A. Striegel, D. Thain, Sun Equipment Grant (AEG) – Thin Clients for Security Validation, $40k
- A. Striegel, D. Thain, "Academic Equipment Grant," Sun Microsystems, $58k.
- A. Striegel, "Itanium2 Initiative at Notre Dame", Hewlett-Packard Itanium2 Initiative - $120k – May 2003
- A. Striegel, "Academic Equipment Grant", Sun Microsystems - $50k – July 2003
- A. Striegel, LANDecoder32 licenses, Architecture Technology Corporation, $6k – Feb 2003.

## VIII. TECHNICAL PRESENTATIONS

Keynote Addresses

- Keynote – UEMCON 2022
  - Network Measurement: Great or Good Enough?
- Keynote - 2nd International Workshop on Smart, Personalized and Age-Friendly Working Environments - SmartWork 2021

Panelist / Presenter

- DoD Wearables Summit – August 2020
- INFOCOM 2018 - Machine Learning in Network / Smart Networking
- USENIX CSET 2015 - Experimental Testbeds for Mobile Devices and Large-scale Testing on Mobile Devices
- HotData – Workshop @ ICCCN 2014 – Wireless Big Data
- IEEE CCW 2013 - Panel Organizer - Smartphone Experimentation
- IEEE BroadNets – IP vs. Ethernet in the MAN and WAN

Tutorials

- Tutorial – Mobile IP – Architecture Technology Corporation – August 2000
- A. Striegel, "Security Issues in a DiffServ Internet," tutorial at *CERT'2001*, Omaha, Nebraska, USA.

Invited Talks
- January 2019:   Tesserae          University of Iowa
- April 2016
  - Industry / University Projects
    - SAP Day @ Notre Dame
- Nov 2015
  - Remote, Accessible Testbeds for Cyber-Physical Systems
    - NSF Workshop - Presented work on NetSense / NetHealth study logistics
- May 2015

21

- The Neurodevelopment of Stress Regulation, Social Buffering and Fear Learning Integration and Crosstalk
  - NSF Workshop – Presenting work on Co-Location / Proximity Detection
- Fall 2012
  - "How Computer Gaming Brings Social Justice to Rehabilitation", Hope College
  - "Network Analytics," Sprint Developer Conference (panel w/Sprint, Guavus)
- Summer 2012
  - "How Computer Gaming Brings Social Justice to Rehabilitation", St Pius X University Lecture Series
- Spring 2012:    Stroke Rehab    Notre Dame Thinks Big
- Summer 2010: Lockdown        IBM Research (Beijing)
- Spring 2010:    Lockdown        Iowa State University
- Fall 2009:        Lockdown        Hope College
- Spring 2008:    ScaleBox        Boston Univ., Univ. Kentucky
- Spring 2008:    RIPPS            Univ. Connecticut, MIT
- Fall 2007:        ScaleBox, North Carolina State
- Fall 2004:        Stealth Multicast, Michigan State
- Spring 2004:    Stealth Multicast, Purdue
- Fall 2003:        Stealth Multicast, UIUC

## IX. GRADUATE STUDENTS DIRECTED

Doctoral Dissertations Completed
1. Chad Mano: Graduated with Ph.D in summer 2006
   Assistant Professor – Utah State University – Dept. of Computer Science
2. Justin Wozniak, Graduated with Ph. D in spring 2008
   Research Staff – Argonne National Labs – Chicago, IL
3. Dave Salyers, Graduated with Ph. D in summer 2008
   Oracle, Seattle, WA
4. Mike Chapple: Graduated with Ph. D. in summer 2009
   Senior Director, Enterprise Support Services, Univ. Notre Dame
5. Yingxin Jiang: Defended Ph. D in spring of 2010
   Engineer at Google
6. Andrew Blaich: Defended Ph.D. in fall 2010
   Researcher at Lookout Security
7. Qi Liao: Defended Ph. D. in spring of 2011
   Assistant Professor – Central Michigan University
8. Shu Liu: Defended Ph. D. in spring of 2014
   Winner of CSE Grad Student Research Award
   Data Engineer at SalesForce
9. Dirk Van Bruggen: Defended Ph.D in spring of 2014
   Scientist at the Department of Defense
10. Lei Meng: Defended PhD in spring of 2016 (co-advised with T. Milenkovic)
    Engineer at Google
11. Xueheng Hu (started Fall 2011)
    Amazon Lab 126
    PhD Proposal - June 2015
    PhD Defense - Defended in July 2017, Graduated in January 2018
12. Lixing Song (started Fall 2014)
    Assistant Professor, Computer Science, Rose Hulman Institute of Technology
    PhD Proposal – May 2017
    PhD Defense – Summer 2018

13. Rachael Purta (started Fall 2013)
    Masters - Nov 2015
    PhD Proposal - August 2016
    PhD Defense – Spring 2019
14. Poorna Talkad Sukumar (started Fall 2019 with my group)
    Post-Doc, New York University
    Co-Advised with R. Metoyer
    PhD Defense – August 2021
15. Gonzalo Martinez (started Fall 2016)
    John Deere Credit
    PhD Proposal - Summer 2019
    PhD Defense – Spring 2022
16. Shangyue Zhu (started Fall 2018)
    Central Washington University
    PhD Proposal - May 2021
    PhD Defense - August 2023
17. Alamin Mohammed (started Fall 2018)
    Palo Alto Networks
    PhD Proposal – July 2021
    PhD Defense - October 2023

Masters Theses Completed
1. Xialong Li: Graduated with Masters in summer 2006
   Completed Ph. D University California - Irvine
2. Dave Cieslak – (started Fall 2004) – working on Masters/Ph.D.
   Completed Masters (Spring 2006)
   Research assistant at ND Center for Research Computing
3. Dave Salyers – (started Fall 2003) - working on Masters/Ph.D.
   Completed Masters (Fall 05), See above
4. Qi Liao
   Completed Masters (Fall 2007), See above
5. Dirk Van Bruggen
   Completed Masters (Fall 2012), See above
6. Ben Bockstege
   Completed Masters (Fall 2014)
7. Rachael Purta
   Completed Masters (Fall 2015)
8. Zhongying Qiao (started Fall 2017)
   Completed Masters (Fall 2018)
9. Francis Gatsi (started Fall 2021)
   Completed Masters (Fall 2024)

Current Graduate Students
1. Annapurna Puttaswammy (started July 2022)
2. Saeid Mehrdad (started June 2023)
3. Rana Hussain (Masters - Fall 2024)

Past Post-Doctoral Researchers
1. Yingxin Jiang
2. Stephen Mattingly

Current Post-Doctoral Researchers
    None

23

Current Staff (Supported)
>    None

Past Staff
1. Rae Hoffman – Study Manager (10/18-6/20)
2. Ed Moskal – Project Manager (6/17-6/19)
3. Peter Mycue – Senior Software Engineer (10/17 – 9/18)
4. Scott Null (supported half time in tandem with the Wireless Institute)
5. Katie Cybulski (part-time through Office of Research)

Undergraduate Researchers

2025:   S. Labrador, R. Paillet, H. Slade, E. Hawkson. C. Tan
2024:   J. Benitez, B. Egloff, S. Labrador, R. Paillet, E. Beardmore
2023:   C. Whitehouse, G. Nield
2022:   C. Ferguson, C. Riley, M. Chaboud,
2021:   J. Shen, C. Ferguson
2020:   None due to COVID
2019:   A. Berjanaro
2018:   J. A. Leon, C. Pickard, S. Spencer
2017:   K. Dingens, A. Flores, T. Franchetti
2016:   B. Byrne, N. Klair, D. Mattia, C. Sonderman
2015:   M. Nulle, D. Mellitt
2014:   C. Barron, M. Nulle
2013:   T. Young, M. Streeter, A. Aman, E. Kloswick, R. Tang, M. Nulle, E. Vaughn, J. Hu
2012:   K. LaBelle, J. Schnieder, T. Young, M. Maguire
2011:   K. LaBelle, S. Suddarth, J. Fetsch
2010:   B. Pacione, M. Mooney, T. Walton, S. Ringling, B. Shrewsbury, C. Carmony, S. Chasins,
        C. Farris, J. Flores, P. Monroe, J. Varner, M. Kaufman, T. Young
2009:   O. Holtz, S. Adeyemi, S. Zhang, M. Overholt, N. Carrion, Y. Colon, C. Norman, S.
        Tucker, X. Zhang
2008:   B. Roesch, J. Langley, J. Hof, J. Brindza, J. Szweda
2007:   M. Hudson, B. Roesch, J. Hof, P. McGowan, M. Moriarity, P. Strei, G. Allan, N.
        Kohlmeier, K. O'Brien
2006:   N. Schott, D. Dugovic, A. Matta
2005:   B. McRoskey, M. Sheehan, J. Smith, B. Jeffrey, W. Bordogna, H. Mooers, R. Pingalore,
        C. Hancock
2004:   M. Shorts, E. Stuntebeck, C. Picardo, K. McCusker, J. Gentile, W. Leimkuhler
2003:   M. Shorts, G. Shewakramani, B. Bien, E. Stuntebeck, K. McCusker

# X. PROFESSIONAL ACTIVITIES – EXTERNAL SERVICE

1. **Technical Program Committee (TPC)**

| | |
|---|---|
| IFIP Networking | 2005-2008 |
| IEEE GLOBECOM | |
|    Wireless Symposium | 2004, 2009+ |
|     Control of High Performance Networks | 2006 |
| Trusted Internet Workshop (TiW) | 2004-2005 |
|  Workshop at HIPC | |
| IEEE AINA | 2010 |
| CNS | 2021+ |

CNSR                                                  2007-2009
  Computer Network and Services Research
CNSS                                                  2007
  Computer and Network Security Symposium
AReS                                                  2007-2011
  Int'l Conference on Availability, Reliability, and Security
ICCCN
   Internet Services, Systems, and Applications        2009
IEEE BroadNets                                        2007
INFOCOM External Reviewer                             2008
INFOCOM Session Chair                                 2008
INFOCOM                                               2009+
INFOCOM Area Chair                                    2021-2024
IWCMC                                                 2007-2008
SECRYPT                                               2007-2008
WiMAN (workshop at ICDCS)                             2008, 2012
IEEE PIMRC                                            2013
  Symposium on Personal, Indoor, Mobile Radio Communications
IEEE CNS                                              2014, 2016
ALGOSENSORS                                           2014
ICNP                                                  2014-15, 21+
ICC
     Social Networking (SN) Track              2014
PerCom WIP                                            2014, 2015
SEC (Symposium on Edge Computing)                     2020
5G World Forum                                        2019+

2. **Program Chair / Volunteer Work**

Workshop on Enterprise Network Security – Co-Chair       2006
    Workshop at Securecom 2006
IEEE ICCCN
    Internet Services and Applications (Track Co-Chair)_    2008
    Publicity Co-Chair                               2009
    Multimedia, QoS (Track Co-Chair)                 2012
    Workshop, General Publicity Co-Chair             2012
    Workshop Co-Chair                                2013, 2014
    Program Chair                                    2015
    General Chair                                    2016
Workshop on Cooperation in Pervasive Environments       2009
    Co-Chair of workshop at Percom 2009
IEEE BroadNets
    Internet Services and Applications (Co-Chair)    2009
IEEE INFOCOM
    Publication Co-Chair                             2011, 2016
    TPC Co-Chair                                     2025
IEEE ICNC
    Internet Services and Applications – Co-Chair    2012
    Green Computing - Track Co-Chair                 2018
HotPlanet
    Co-Chair w/Yanyong Zhang                         2014
    Workshop at IEEE MASS 2014
    Jointly held with MiSeNet

25

HotPlanet                                                            2016
    Workshop at ACM Ubicomp (Heidelberg, Germany)
IEEE MASS
    Track Chair                                             2016
    Track Chair                                             2020

## 3. Reviewing

**Reviewer**
**(Journal):**    IEEE Trans. Networking, IEEE Network, IEEE Communications,
    Computer Communications, Computer Networks, IEEE Surveys/Tutorials,
    IEEE Trans. Computers, IEEE Trans. Parallel and Distributed Systems,
    Journal of High Speed Networking, Journal of Communications

**Reviewing:**    Distinguished Reviewer - IEEE INFOCOM    2014, 2015, 2019

### Area Editor / Associate Editor

| | |
|---|---|
| 2014-15 | EURASIP Journal on Wireless Communications and Networking |
| 2018+ | IEEE Networking Letters |
| 2018-2023 | IEEE Transactions on Mobile Computing |

## 4. NATIONAL SCIENCE FOUNDATION

**Panels:**    CyberTrust (1), NeTS (7), CSR (1), CHS (1), CRI (1), SWIFT (1), CAREER (1)

2016    Participant - NSF Future Cities Workshop (Feb 2016)
    Participant - NSF US / Japan Workshop on Trustworthy Systems (March 2016)
    Participant - NSF Testbed Experiences Workshop (Nov 2016)

2004    NSF CAREER award

2001    Engineering Education Workshop (EES), August 2001.

2000    Graduate Research Fellowship – Honorable Mention

## 5. INTERNET ENGINEERING TASK FORCE (IETF)

2001-2003    DiffServ mailing list administrator (with Dr. Brian Carpenter)
2000-2010    DiffServ-Interest mailing list admin

## 6. Government

2017    Workshop on Technological Gaps and Opportunities for Realizing Open Source based
    end-to-end Network Architecture @ Mobicom 2017 (NSF PAWR, 5GinFire)

2016    Workshop on Future Cities @ NSF
        One of 36 invited participants
    Workshop on Large Scale Testbeds @ NSF
        One of 30 invited participants

2015    Workshop on Fear and Social Buffering @ NSF
        Invite to present on co-location work

Workshop on Accessible Remote Testbeds
Invite to present on NetSense / NetHealth efforts

2010    Cyber Security Grass Roots Effort (Multiple Agencies, led by PNNL)

2007    Dept. of Energy – Cyber Security Needs for Open Science Workshop

2006    DARPA ARO Workshop on BotNets

# XI. UNIVERSITY ACTIVITIES – INTERNAL SERVICE

## **Departmental / College Committees**

University of Notre Dame

| | |
|---|---|
| 2024+ | BBACS Advisory Committee |
| 2024+ | CSE Seminar Series |
| 2023-24 | Dean Review Committee - College of Engineering |
| 2023+ | University Committee on Committees |
| 2020 | CSE Awards Committee |
| 2020, 21 | CSE Faculty Search (Chair) |
| 2020-2025 | BACS Program Director |
| 2020-2025 | BACS Implementation Committee (chair of CSE side) |
| 2018-2021 | Faculty Board of Athletics |
| 2017-2018 | Dean Review Committee – College of Engineering |
| 2016-2019 | Faculty Senate (CSE Representative) |
| 2016 | SAFE Committee (OIT committee on two-step authentication) |
| 2015 | Young Leader Notre Dame (YLND) steering committee |
| 2015-2019, 22+ | College of Engineering Elections Committee |
| 2013-2018 | University Committee on Academic Technology (UCAT) |
| 2012-2018 | Associate Chair (Dept. Comp Sci & Engr) |
| 2012+ | Wireless Institute (Executive Committee) |
| 2008-2018 | Assessment Committee (Chair) |
| 2010+ | Wireless Institute (Founding Member) |
| 2019+ | Committee on Reappointment, Promotion, and Tenure (CRPT) |
| 2018+ | Building Bridges Mentor |
| 2010-2019 | Committee on Assessment / Promotion (CAP) |
| 2010-2018 | Faculty Search |
| 2009-2012, 2014-2017 | College Council (Engineering) |
| 2008 | University Security Policy for Research (Engineering Rep) |
| 2007-2011 | College of Engineering – College Computing Committee (CCC) |
| 2007-present | College of Engineering Security Facilitator |
| AY 2007 | Infrastructure, Assessment (Chair) |
| AY 2006 | Faculty Search, Assessment |
| AY 2005 | Faculty Search, Curriculum, Facilities |
| AY 2004 | Curriculum, Facilities |
| AY 2003 | Graduate Student, Facilities |

Notable Administrative Efforts as Associate Chair
- 2017 - Led Notre Dame ABET accreditation effort (Two programs - CS + CPEG)

- 2015 - Evaluation of offering an on-line Masters in Data Science
- 2013 - Led ND CSE ten-year self-study report creation / data collection
- 2011 - Led Notre Dame ABET accreditation effort - (Two programs - CS + CPEG)
- Mentored junior faculty
  - Through three-year renewal: 5 (L. Riek, T. Milenkovic, C. McMillan, D. Wang, T. Weninger)
  - Through tenure: 4 (S. D'Mello, T. Milenkovic, L. Riek, C. McMillan, T. Weninger)
  - Teaching feedback
- Staff Supervision (3x admins, 1 technician, 1 study manager)

Efforts on Wireless Institute Executive Committee
- Recruitment / retention of industrial partners
  - Sprint, Alcatel-Lucent, Inter-Digital, Cisco, IBM, AT&T, Nokia, ONR, LTS
- Grant development
  - IU/CRC site, MRI submission
- NDXG steering committee for wireless on Campus Crossroads Project
  - October 2015 - Summer 2016
- Offered WiFi for University Relations tent at home football games
  - 2014-2019

Iowa State University

| | |
|---|---|
| 2001-2002 | University CAC (Computer Assessment Committee) – Grad student rep |
| 2000-2002 | EE/CpE Ambassador |

## XII. TEACHING

<u>Teaching - Course Experience</u>

The overall course experience is drawn from the composite median score (CIFS, >= Fall 2008) or Q17 (TCE < 2008) which is out of a maximum score of 5.0. In the spring of 2012 and the fall of 2019, I was on sabbatical and did not have any course duties. The overall student rating is the Instructor Effectiveness (or appropriate analog). In the spring of 2013, I was on release time for being Associate Chair and had a course release of one course per year for serving in that role (Fall 2012 through Spring 2018) though occasionally served to cover necessary courses as needed during that time frame.

| Course | Title/Content | Dates (Students) | Overall Effectiveness |
|---|---|---|---|
| Notre Dame CSE 40373 | **Embedded System Development**  Embedded system design, programming, course project | 2024 Spring (22) | Not Gathered |
| Notre Dame CSE 20289 | **Systems Programming**  Required course for all CSE  Shell Scripting, UNIX, Python, C | 2023 Fall (26)  2024 Fall (44) | 4.5 / 5.0  3.9 / 5.0 |
| Notre Dame CSE 60896 | **Advanced Wireless Networking**  WiFi, Cellular, IoT | 2019 Spring (5) | 4.6 / 5.0 |
| Notre Dame CSE 34468 | **Internet of Things**  Embedded systems, networking, Raspberry Pi, Python  Dublin Summer Program (2017)  Berlin Summer Program (2024) | 2017 Summer (14)  2024 Summer (31) | 4.3 / 5.0  Not Gathered |

| | | | |
|---|---|---|---|
| Notre Dame / edX EG240x | **Understanding Wireless**<br> co-taught with Profs. Bellia, Laneman, Keating<br>   MOOC focusing on principles of wireless across business, law, and engineering | 2015 Summer<br>(11k+ enrolled) | N/A |
| Notre Dame CSE 30341 | **Operating System Principles**<br>   Required course for all CSE<br>      undergrads, threading, storage,<br>      memory management | 2013 Spring (50)<br>2017 Spring[3] (60)<br>2018 Spring (48)<br>2021 Spring (83)<br>2023 Spring (43) | 4.6 / 5.0<br>3.5 / 5.0<br>4.0 / 5.0<br>4.6 / 5.0<br>4.8 / 5.0 |
| Notre Dame CSE 60641 | **Graduate Operating Systems**<br>   Required course for all CSE graduate<br>      students, research aspects of<br>      operating systems | 2011 Fall (25)<br>2012 Fall (28)<br>2013 Fall (27)<br>2014 Fall (27)<br>2015 Fall (36)<br>2021 Fall (22)<br>2022 Fall (36) | 4.2 / 5.0<br>4.3 / 5.0<br>4.0 / 5.0<br>4.4 / 5.0<br>4.6 / 5.0<br>4.8 / 5.0<br>5.0 / 5.0 |
| Notre Dame CSE 30264 | **Computer Networks**<br>   Undergraduate computer networks | 2010 Fall (23)<br>2011 Fall<br>2022 Spring (40)<br>2025 Spring (42) | 4.6 / 5.0<br>None[5]<br>3.9 / 5.0<br>In Progress |
| Notre Dame CSE 40416 | **System Interface Design**<br>   Human / Computer Interaction | 2009 Fall (22)<br>2010 Fall (16) | 4.3 / 5.0<br>3.8 / 5.0 |
| Notre Dame EG 10111 | **Introduction to Engineering**<br>   Programming Module | 2007 Fall (380)<br>2008 Fall (420) | On Request[4] |
| Notre Dame CSE 20211 | **Fundamentals of Computing I**<br>   C/C++ Programming | 2005 Fall (46)<br>2006 Fall (65) | 3.55 / 4<br>3.40 / 4 |
| Notre Dame CSE 60744 | **Advanced Networking**<br>   Inter/intra-domain routing, QoS,<br>      content distribution, TCP dynamics | 2007 Spring (12)<br>2008 Spring (2)<br>2020 Fall (6) | 3.64 / 4<br>3.60 / 4<br>5.0 / 5.0 |
| Notre Dame CSE 498U | **Computer Security**<br>   Security Fundamentals,<br>   Cryptography,<br>   Network Security, Database Security,<br>   Ethics | 2003 Fall (22)<br>2004 Fall (16) | 3.60 / 4<br>3.58 / 4 |
| Notre Dame CSE 422 CSE 40422 | **Computer System Design**<br>   VHDL, C, Embedded Programming<br>   Labs – Altera FPGA<br>   Senior Design Projects (Capstone) | 2003 Spring (8)<br>2004 Spring (14)<br>2005 Spring (1)<br>2006 Spring (5)<br>2008 Spring (10)<br>2009 Spring (17)<br>2011 Spring (2) | 3.5 / 4<br>3.69 / 4<br>None<br>3.84 / 4.0<br>3.92 / 4.0<br>None[5]<br>None |
| Notre Dame CSE 40522 | **Capstone Design**<br>   Capstone design project involving<br>      mixed hardware + software design | 2015 Spring (10) | 4.2 / 5.0 |

---

[3] CSE30341 class was simultaneously streamed to Silicon Valley as CSE34341 with 12 remote students.

[4] EG 10111 had scores broken out by section rather than a single score across all sections.  The composite median was between 3.4-4.1 / 5.0.

[5] Due to a configuration mistake, CIFS were not taken for this section.

| ISU | **Introduction to Microcontrollers** | 1999 Summer | 4.47 / 5 |
|---|---|---|---|
| Cpr E 211 | C, Assembly, Emb. Programming | 2000 Spring | 4.29 / 5 |
| (Instructor) | Labs – Motorola 68HC11 | 2001 Spring | 4.44 / 5 |
| | | 2001 Summer | 4.50 / 5 |

Course Development

**ISU - Cpr E 211 – Introduction to Microcontrollers**
   Migration from 68HC11 to PowerPC 555, introduction of semester-long final projects
**ND – CSE 20211 – Fundamentals of Computing I**
   Migration from Scheme to C/C++
**ND – CSE 60744 – Advanced Networking**
   New graduate course offering in networking
**ND – CSE 40416 – System Interface Design**
   New course on human / computer interface on the Nintendo Wiimote / Microsoft Surface
**edX - EG240x - Understanding Wireless**
   MOOC on wireless from a legal, economic, and technical perspective
   Modules on networking basics, WiFi basics, cellular basics
**ND - CSE 34468 - Internet of Things**
   Summer course for the Dublin and Berlin Summer Programs involving embedded
   systems, networking, Raspberry Pi, Python, 3D printing / design
**ND - CSE 40373 - Embedded System Development**
   Embedded system fundamentals including design, development, and theoretical
   foundations in addition to a large course project

Teaching Areas
- Computer Networking, Computer Security
- Programming – C/C++/C#/Java/Assembly
- Real-time Systems, Fault-Tolerant Systems, Multimedia Systems
- Embedded Systems
- Human Computer Interface
- Operating Systems (Undergraduate, Graduate Levels)

# XIII. Industrial Experience / Collaborations

**Industrial Collaborators:** Sprint, Alcatel-Lucent, Google, IBM, InterDigital, AT&T, Assia

**Sun Microsystems**, Summer 2002
   o Work on Sun Network Element (NEON), pre-cursor to Software Defined Networks /
     Open Flow
**Motorola / Universite de Technologie – Compiegne**, Spring 2002
   o Edge QoS for mobile systems supporting rapid roaming with QoS considerations
**Architecture Technology Corporation,** Summer 2000
   o Ad Hoc Routing Protocol Development – Cluster Gateway blending NAT / MobileIP
     for ad hoc routing support with asymmetry
**Fisher Controls (now Emerson Process)** – 1996, 1997, 1998 – internships
   o C++ development – multiplexing for HART, LabView – support for Fieldbus,
     multithreading support for ValveLink software package
**Expert Consultation**
   - Source code review, validity / invalidity analysis, infringement / non-infringement
     analysis, technical apportionment, secondary considerations, IPR / PTAB, class action
     certification including significant deposition / testifying experience (listing available
     upon request)

# **Appendix B**

# Prior Expert History – Aaron D. Striegel

**Date:**        January 2025

**List of Cases - Testimony or Deposition[1] - Last Five Years**

| Case Number / Parties | Venue / Timeline | Effort (Month Year) |
|---|---|---|
| 2:18-cv-00094-HCM-LRL<br>**Centripetal Networks** vs. Cisco Systems | E District of VA<br>2019 - 2020 | Deposition (Mar 20)<br>Testimony (May / Jun 20) |
| 5:17-cv-04467-BLF<br>**Finjan, Inc.** vs. Sonicwall | N District of CA<br>2020 - 2021 | Deposition (Nov 20) |
| 1:19-CV-00885-ADA<br>**Freshhub** vs. Amazon, Inc. | W District of TX<br>2020 - 2021 | Deposition (Mar 21)<br>Testimony (Jun 21) |
| 3:19-cv-4238-MMC-RMI<br>Proofpoint vs. **Vade Secure** | N District of CA<br>2020 - 2021 | Deposition (Apr 21)<br>Testimony (Aug 21) |
| 6:20-cv-01033-ADA<br>Sunstone Information Defence. Inc. vs.<br>**International Business Machines (IBM) Corporation** | W District of TX<br>2021 - 2022 | Deposition (Feb 22)<br>Testimony (Aug 22) |
| IPR2022-00096<br>**Hewlett Packard Enterprise Company** v. Intellectual Ventures II, LLC, | PTAB<br>2021 – 2022 | Deposition (Aug 22) |
| 3:21-cv-00757-JD<br>ERICA FRASCO, individually and on behalf of all other similarly situated vs. FLO HEALTH, INC., **GOOGLE LLC**, META PLATFORMS, INC., and FLURRY LLC | N District of CA<br>2023+ | Deposition (Aug 23) |
| 5:21-cv-02155<br>BENJAMIN HEWITT and KIMBERLY WOODRUFF, on behalf of themselves and all others similarly situated vs. **GOOGLE LLC** | N District of CA<br>2023+ | Deposition (Oct 23) |
| IPR2023-01251<br>DEXCOM, INC. vs.<br>**ABBOTT DIABETES CARE INC.** | PTAB<br>2024+ | Deposition (Jul 24) |
| 4:23-cv-002698-YGR<br>**InfoExpress Inc**. vs.<br>Cisco Systems, Inc.<br>4:23-cv-004389-YGR<br>**InfoExpress Inc.** vs.<br>Fortinet, Inc. | N District of CA<br>2023+ | Deposition (Aug 24) |

---

[1] Hiring party denoted in bold (e.g. Centripetal)

**List of All Companies - Employment**

University of Notre Dame – Notre Dame, IN
- Professor, Department of Computer Science and Engineering

**List of All Parties – Consulting – Last Five Years**

Cases that are still on-going are demarcated with a plus (+) following the starting date. Hiring party is denoted in bold.

| Case Number / Parties / Subject | Venue / Timeline | Effort (Date) |
|---|---|---|
| 2:18-cv-00094-HCM-LRL<br>**Centripetal Networks** vs. Cisco Systems<br>Network Security | E District of VA<br>2019 – 2020 | Reports<br>Deposition (Mar 20)<br>Testimony (May / Jun 20) |
| 5:17-cv-04467-BLF<br>**Finjan, Inc.** vs. Sonicwall<br>Network Security, Computer Security | N District of CA<br>2020 – 2021 | Report<br>Deposition (Nov 20) |
| 1:19-CV-00885-ADA<br>**Freshhub** vs. Amazon, Inc.<br>Voice Shopping / Distributed Systems | W District of TX<br>2020 – 2021 | Reports<br>Deposition (Mar 21)<br>Testimony (Jun 21) |
| 3:19-cv-4238-MMC-RMI<br>Proofpoint vs. **Vade Secure**<br>E-Mail Security | N District of CA<br>2020 – 2021 | Source Code Analysis<br>Reports<br>Deposition (Apr 21)<br>Testimony (Aug 21) |
| 3:18-cv-01251-M<br>**CUPP Cybersecurity LLC** et al v. Trend Micro Inc et al<br>Computer Security | N District of TX<br>2021 | Source Code Analysis |
| IPR2022-00096<br>**Hewlett Packard Enterprise Company** v. Intellectual Ventures II, LLC, | PTAB<br>2021 – 2022 | Declaration,<br>Report,<br>Deposition (Aug 22) |
| 6:20-cv-01033-ADA<br>Sunstone Information Defence. Inc. vs.<br>**International Business Machines (IBM) Corporation** | W District of TX<br>2021 – 2022 | Reports,<br>Deposition (Feb 22),<br>Testimony (Aug 22) |
| 6:20-cv-00487-ADA<br>**WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT** vs. ZTE CORPORATION ET AL | W District of TX<br>2022 | Affidavit (Nov 22) |
| 1:21-cv-00977-KAJ | Delaware<br>2022 | Disclosed |

| **ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED** vs. DEXCOM, INC. | | |
|---|---|---|
| 9:22-cv-80388-DMM OLLNOVA TECHNOLOGIES, LTD. vs. **CARRIER GLOBAL CORPORATION** | S District of FL 2022 - 2023 | Affidavit (Nov 22) Source Code Analysis |
| 50-2022-CA-005163-XXXX- MB YUZZ BUZZ, LLC, vs. **SPRINGBIG, INC.** | S District of FL 2023 | Source Code Analysis Report (Jun 23) |
| 3:21-cv-00757-JD ERICA FRASCO, individually and on behalf of all other similarly situated vs. FLO HEALTH, INC., **GOOGLE LLC**, META PLATFORMS, INC., and FLURRY LLC | N District of CA 2023 | Report (Jun 23) Deposition (Aug 23) |
| 5:21-cv-02155 BENJAMIN HEWITT and KIMBERLY WOODRUFF, on behalf of themselves and all others similarly situated vs. **GOOGLE LLC** | N District of CA 2023+ | Report (Sep 23) Deposition (Oct 23) Report (Jan 25) |
| 4:20-cv-01525-YGR MARK MAHON vs. **YOUTUBE LLC** | N District of CA 2023 | Report (July 23) |
| 4:20-cv-01534-YGR MARK MAHON vs. **APPLE INC.** | N District of CA 2023 | Report (July 23) |
| IPR2023-01251 DEXCOM, INC. vs. **ABBOTT DIABETES CARE INC.** | PTAB 2024 | Report (May 24) Deposition (Jul 24) |
| 1:17-cv-01812-RTH **GIESECKE+DEVRIENT GMBH** vs. THE UNITED STATES | US Court of Federal Claims 2024+ | Disclosed |
| 4:23-cv-002698-YGR **InfoExpress Inc**. vs. Cisco Systems, Inc. 4:23-cv-004389-YGR **InfoExpress Inc.** vs. Fortinet, Inc. | N District of CA 2023+ | Report (Jun 24) Deposition (Aug 24) |
| IPR2024-00521 DEXCOM, INC. vs. **ABBOTT DIABETES CARE INC.** | PTAB 2024 | Report (Dec 24) |
| IPR2024-00539 Cisco Systems, Inc., Fortinet, Inc. vs. **InfoExpress Inc.** | PTAB 2024+ | Report (Jan 25) |

| | | |
|---|---|---|
| 3:22-cv-06987-JD<br>NATHAN COLOMBO, Individually and on Behalf of All Others Similarly Situated,<br>**YOUTUBE, LLC and GOOGLE LLC** | N District of CA<br>2024-25 | Data Analysis |
| IPR2024-00539, IPR2024-00675, IPR2024-00676, IPR2024-00677, IPR2024-00679<br>Cisco Systems, Inc. and Fortinet, Inc. vs.<br>**InfoExpress Inc.** | PTAB<br>2024+ | Reports (Jan 25) |

**Other Commitments**

All commitments listed below are not publicly disclosed but details may be provided as appropriate with respect to any conflict of interest issues.

None

**Identification - Pending Works / IP**

- Two intellectual property disclosures related to WiFi network characterization (network speed) with Notre Dame Office of Research
- Intellectual property disclosure on low-cost spectrum scanning
- Intellectual property disclosure on blockchains and secure contract tracing
- Disclosure (with AT&T) regarding cellular network characterization, short video service characterization

All provisional patents and patents are disclosed in my CV.

**Additional Funding**

All grant funds from government agencies, industrial partners, and foundations are identified in my CV.

# **Appendix C**

# <u>Case Materials Relied Upon</u>

       I have relied on the following case-specific materials in formulating the opinions contained in my supplemental expert report:

- ECF No. 434, Joint Letter Brief re Discovery Dispute re Bid Request Fields (Jan. 3, 2023)
- ECF No. 447-3, Declaration of Stanislav Belov re Sanctions Motion (Mar. 14, 2023)
- ECF No. 546-3, Expert Report of Zubair Shafiq (July 14, 2023); materials cited.
- ECF No. 546-4, Expert Report of Christopher Wilson (July 14, 2023)
- ECF No. 584-2, Expert Report of Aaron Striegel (Sept. 29, 2023); materials cited.
- ECF No. 592-1, Declaration of Glenn Berntson re Class Certification (Sept. 30, 2023)
- ECF No. 616-5, Rebuttal Expert Report of Zubair Shafiq (Nov. 29, 2023); materials cited.
- ECF No. 616-6, Rebuttal Expert Report of Christopher Wilson (Nov. 29, 2023)
- ECF No. 750-8, Supplemental Expert Report of Zubair Shafiq (Nov. 8, 2024); materials cited.
- GOOG-HEWT-00000313
- GOOG-HEWT-00053074
- GOOG-HEWT-00053108
- GOOG-HEWT-00053142
- GOOG-HEWT-00053175
- GOOG-HEWT-00053210
- GOOG-HEWT-00053244
- GOOG-HEWT-00053278
- GOOG-HEWT-00455640
- GOOG-HEWT-00494721
- GOOG-HEWT-00494724
- GOOG-HEWT-00494727
- GOOG-HEWT-00494730
- GOOG-HEWT-00494733

- GOOG-HEWT-00494736
- GOOG-HEWT-00494738
- GOOG-HEWT-00494739

# **Appendix D**

| Field | Total Count | CountNonZeroLen | CountIsBlank | PctIsBlank | CountIsZero | PctIsZero | EmptyInfoCount | EmptyInfoPct | EmptyInfoExample |
|---|---|---|---|---|---|---|---|---|---|
| encrypted_biscotti_id | ■ | | ■ | 0 | 0% | | ■ | ■ | % | See Below |
| non_personalized_ads_reason | ■ | | ■ | 0 | 0% | 0 | ■ | ■ | % | [] |
| city | ■ | | ■ | ■ | % | ■ | ■ | % | | |
| zip | ■ | | ■ | ■ | % | ■ | ■ | % | | |
| utcoffset | ■ | | ■ | 0 | 0% | ■ | ■ | % | | |
| os_version | ■ | | ■ | 0 | 0% | | 0% | ■ | ■ | % | {} |
| carrier_id | ■ | | ■ | 0 | 0% | ■ | ■ | % | | |
| companion_slot | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| consented_providers | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| chosen_encrypted_signals | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| billable_event_rate_adjustment | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| authentication_token | ■ | | ■ | ■ | ■ | 0 | 0% | | | |
| native_ad | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| hyperlocal_set_rects | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| allowed_restricted_category | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | ■ | % | [] |
| bid_response_data | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | | % | See below |
| verticals | ■ | | ■ | 0 | 0% | 0 | 0% | ■ | | % | See below |

| | |
|---|---|
| encrypted_biscotti_id | ■ |
| bid_response_data | ■ |
| verticals | ■ |

# **Appendix E**

# Raw Data for Paragraph 43(a)
# of the Shafiq Supplemental Report











# Raw Data for Paragraph 43(c)
# of the Shafiq Supplemental Report







# Raw Data for Paragraph 43(f)
# of the Shafiq Supplemental Report







# Raw Data for Paragraph 44(a)
# of the Shafiq Supplemental Report





