# EXHIBIT 3
# to the Declaration of
# Whitty Somvichian

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL)

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    OAKLAND DIVISION
4                       ---oOo---
5    In Re:
6    GOOGLE RTB CONSUMER PRIVACY
     LITIGATION,                  No. 4:21-cv-02155-YGR
7    _____/
8    This Document Applies to:
     All Actions
9    _____/
10
11                     CONFIDENTIAL
12
13      VIDEOTAPED DEPOSITION OF ZUBAIR SHAFIQ, Ph.D.
14              SAN FRANCISCO, CALIFORNIA
15             WEDNESDAY, DECEMBER 18, 2024
16
17
18
19
20   STENOGRAPHICALLY REPORTED BY:
21   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22   CSR LICENSE NO. 9830
23   JOB NO. 7058161
24
25
```

Page 1

| | | | |
|---|---|---|---|
| 1 | Q | In row 38 in Exhibit C -- | 11:20 |
| 2 | A | Yes. | 11:20 |
| 3 | Q | -- the name of that field is: | 11:20 |
| 4 | | (As read): | 11:20 |
| 5 | | "google_user_id_present". | 11:20 |
| 6 | | Do you see that? | 11:20 |
| 7 | A | Yes. | 11:20 |
| 8 | Q | And that's a flag that indicates whether the | 11:20 |
| 9 | | google_user_id was present in the bid request or not. | 11:20 |
| 10 | | You understand that; right? | 11:20 |
| 11 | A | Yes. | 11:21 |
| 12 | Q | Does having a google_user_id in a bid request | 11:20 |
| 13 | | help an RTB participant to potentially identify a | 11:20 |
| 14 | | user, in your view? | 11:21 |
| 15 | A | The same answer as before, like we discussed. | 11:21 |
| 16 | Q | This is a little different, though, because | 11:21 |
| 17 | | it's the -- it's the google_user_id, which I see as | 11:21 |
| 18 | | different than something like the screen width or | 11:21 |
| 19 | | screen height. | 11:21 |
| 20 | | So can you explain to me how you think having | 11:21 |
| 21 | | a google_user_id in a bid request can potentially help | 11:21 |
| 22 | | an RTB participant identify a user. | 11:21 |
| 23 | A | I described this in greater detail in my | 11:21 |
| 24 | | opening report. If my memory serves me correctly, | 11:21 |
| 25 | | like, this is the Biscotti ID, essentially, that | 11:21 |

Page 88

| | | |
|---|---|---|
| 1 | coarsened; it might not be. | 13:47 |
| 2 | Q   Yeah, I'm not -- I'm not -- I'm not asking | 13:47 |
| 3 | you whether some particular step was applied by | 13:47 |
| 4 | Google.  I'm just asking you, in your understanding of | 13:47 |
| 5 | what coarsening means, would you consider this | 13:47 |
| 6 | user_agent information to be coarsened or not as it | 13:47 |
| 7 | relates to the Chrome browser that's referenced here? | 13:47 |
| 8 | A   It's difficult for me to answer this question | 13:47 |
| 9 | sitting here today. | 13:47 |
| 10 | Q   Does it provide helpful information for an | 13:47 |
| 11 | RTB participant to have information about all these | 13:47 |
| 12 | aspects of the browser, or is it irrelevant? | 13:47 |
| 13 | A   Like we discussed, it's half a field. | 13:47 |
| 14 | Q   And therefore what? | 13:47 |
| 15 | A   There are 60 fields, so RTB participants look | 13:47 |
| 16 | at all of the fields in the totality and across | 13:48 |
| 17 | different bid requests. | 13:48 |
| 18 | Q   Let me show you an exhibit.  Actually, first, | 13:48 |
| 19 | before -- before we do that, I forgot to ask you | 13:48 |
| 20 | about -- there's a reference to the location of the | 13:48 |
| 21 | user.  And you say here: | 13:48 |
| 22 |     (As read): | 13:48 |
| 23 |     "Near the Southtown Pentecostal Assembly in | 13:48 |
| 24 | Des Moines, Iowa, 50315." | 13:48 |
| 25 |     There's nothing in the bid request that | 13:48 |

Page 161

| | | |
|---|---|---|
| 1 | is being used by RTB participant, the RTB participant | 14:40 |
| 2 | would figure out the closest point of interest to this | 14:40 |
| 3 | coordinate.  And that's the thing that they would | 14:40 |
| 4 | assume is the case is the location of the user. | 14:40 |
| 5 |     Q   Okay.  And in -- in this example, you | 14:41 |
| 6 | conclude that this person is near Pioneer Square in | 14:41 |
| 7 | Portland; right? | 14:41 |
| 8 |     A   Yes.  That's what I imagined when I did the | 14:41 |
| 9 | lookup was the closest point of interest -- | 14:41 |
| 10 |     Q   Okay. | 14:41 |
| 11 |     A   -- for this when I did this lookup. | 14:41 |
| 12 |     MR. SOMVICHIAN:  So let's mark this as | 14:41 |
| 13 | Exhibit 9. | 14:41 |
| 14 |     (Document marked Exhibit 9 | 14:41 |
| 15 |      for identification.) | 14:41 |
| 16 |     MR. SOMVICHIAN:  We'll mark this as | 14:41 |
| 17 | Exhibit 10. | 14:41 |
| 18 |     (Document marked Exhibit 10 | 14:41 |
| 19 |      for identification.) | 14:41 |
| 20 |     THE WITNESS:  Oh, one more? | 14:41 |
| 21 |     MR. SOMVICHIAN:  Yeah, 9 and 10 we'll | 14:41 |
| 22 | compare.  All right. | 14:41 |
| 23 |     Q   When you used this mapping software to enter | 14:41 |
| 24 | the coordinates from the bid request data, did you | 14:41 |
| 25 | enter it exactly as it was present in the data? | 14:42 |

Page 191

```
 1    which maps to 1 kilometer accuracy.  And that's what      15:09
 2    I'm saying, that an RTB participant would be able to      15:09
 3    infer the location at -- with an accuracy of 0.01         15:09
 4    equal 1 kilometer.                                        15:09
 5         Q    If they knew the home address to start it       15:09
 6    with; right?                                              15:09
 7         A    You need a ground truth; right.  So like we     15:09
 8    were discussing, the Portland example, you don't know     15:09
 9    and I don't know what the ground truth is.  But for       15:09
10    named Plaintiffs, we know what the ground truth is.       15:09
11         Q    Right.                                          15:09
12         A    Treating that as ground truth, we can           15:09
13    actually compute the accuracy.  And accuracy, it is       15:09
14    1 kilometer or 0.01.                                      15:09
15         Q    Right.                                          15:09
16              But what I don't understand is, when -- when    15:09
17    we think about it from the perspective of the RTB         15:09
18    participant, which is how you've been framing your        15:10
19    responses appropriately, I think, how do they know        15:10
20    where Mr. Valencia lives if all they have are these       15:10
21    coordinates, and it points to this spot right here?       15:10
22              And there are a whole bunch of houses.  There   15:10
23    is ███████████.  There is ███████████.                    15:10
24              And he lives on ███████████.  How are           15:10
25    they going to know that he lives there?                   15:10
```

Page 211

```
1       A   -- that you get when you stand up on a scale.        15:15
2    That's essentially what I'm describing here.                15:15
3       Q   Okay.  And given the error rate, it could be         15:15
4    any -- Mr. Valencia -- strike that.                         15:15
5           From an RTB participant's perspective, and           15:16
6    you set aside the accuracy field in the bid request,        15:16
7    and you assume that the lat/lon coordinates can be          15:16
8    applied even without regard to the accuracy field,          15:16
9    what they would then get is an area that includes, in       15:16
10   this example, multiple structures, likely houses;           15:16
11   right?                                                      15:16
12      A   You said a bunch of things in the start.  Let        15:16
13   me address them first.                                      15:16
14          Accuracy analysis where you, for example,            15:16
15   disregard the accuracy field is what is called the          15:16
16   worst-case analysis.  ==I'm taking the coordinates at==     15:16
17   ==their face value, even though a field may say, like,==    15:16
18   ==this is inaccurate.==  Incorporating that can actually    15:16
19   help, but that's a separate point.                          15:16
20          So just looking at the coordinates and the           15:16
21   face value, using the analogy that I gave, you want to      15:16
22   investigate what is the accuracy of the location            15:17
23   inference.                                                  15:17
24          And in this table, what it's describing is,          15:17
25   an RTB participant would be able to infer the location      15:17
```

Page 217

| | | |
|---|---|---|
| 1 | of the RTB -- of the Plaintiff with an accuracy of | 15:17 |
| 2 | 0.01 to the ground truth that we know.  Because for | 15:17 |
| 3 | named Plaintiffs, we know the address.  This is the | 15:17 |
| 4 | accuracy, which is 0.01. | 15:17 |
| 5 | They will not be able to -- they will be able | 15:17 |
| 6 | to figure out the home/work location with an accuracy | 15:17 |
| 7 | that is reflected in the last column of this table. | 15:17 |
| 8 | Q   And -- and because of that error rate, there | 15:17 |
| 9 | will be multiple other individuals that correspond to | 15:17 |
| 10 | that area, and they wouldn't be able to distinguish | 15:17 |
| 11 | Mr. Valencia from those other individuals; right? | 15:17 |
| 12 | A   ==This is not something that I investigate in== | 15:17 |
| 13 | ==my report.== | 15:17 |
| 14 | All I am saying is, using the analogy that I | 15:17 |
| 15 | explained, there is some ground truth.  RTB | 15:18 |
| 16 | participants get a coordinate field. | 15:18 |
| 17 | Q   Okay. | 15:18 |
| 18 | A   They do the error comparison.  And the error | 15:18 |
| 19 | comparison is 0.01. | 15:18 |
| 20 | Q   Okay.  Can we at least agree that because of | 15:18 |
| 21 | the error rate being at least 1 kilometer, that in | 15:18 |
| 22 | this example in ███████████████, that there are | 15:18 |
| 23 | more than one people -- more than one person that | 15:18 |
| 24 | could be within that geographic area that corresponds | 15:18 |
| 25 | to the error rate of 1 kilometer? | 15:18 |

Page 218

| | | |
|---|---|---|
| 1 | Q   When you did it, did you have some similar | 17:22 |
| 2 | output where there's some maps screen and there's a | 17:22 |
| 3 | red dot on part of a map? | 17:22 |
| 4 | A   I don't recall. | 17:22 |
| 5 | Q   Okay.  And I think how you describe -- you | 17:22 |
| 6 | don't recall there being a red dot or something | 17:22 |
| 7 | that -- to mark the location that is the location that | 17:22 |
| 8 | you put into the search? | 17:22 |
| 9 | A   I do not recall whether or not in Bing, for | 17:22 |
| 10 | example, or Apple, there is a red dot.  There is some | 17:22 |
| 11 | indicator that denotes the location to which a | 17:22 |
| 12 | coordinate is mapped. | 17:22 |
| 13 | Q   Okay.  It might not be red and it might not | 17:22 |
| 14 | be this exact shape, but there's something that tells | 17:22 |
| 15 | you, you searched for something and here it is; right? | 17:22 |
| 16 | A   Yes. | 17:22 |
| 17 | ==Q   Okay.  And I think what you described to me== | 17:22 |
| 18 | ==was, when you did it, you got some location indicator,== | 17:22 |
| 19 | ==whether it's a red dot or something else, and you== | 17:22 |
| 20 | ==looked around for the nearest point of interest, as== | 17:23 |
| 21 | ==you described it; right?== | 17:23 |
| 22 | ==A   Yes.== | 17:23 |
| 23 | ==Q   So in this example, you'd look around and== | 17:23 |
| 24 | ==there's Pioneer Square kind of below that red dot and== | 17:23 |
| 25 | ==slightly to the right.  And there's, you know, like,== | 17:23 |

Page 285

| | | |
|---|---|---|
| 1 | a -- there's a comedy store that's a little bit above. | 17:23 |
| 2 | And there's some various other things; right? | 17:23 |
| 3 |    A   I don't recall whether the dot was here or | 17:23 |
| 4 | closer to Pioneer Square, which I think is -- if you | 17:23 |
| 5 | zoom in, it will show you in more detail, but the | 17:23 |
| 6 | methodology I was describing to you is -- the way I | 17:23 |
| 7 | would have done it is, did the search, and then find | 17:23 |
| 8 | the closest point of interest.  And this is a | 17:23 |
| 9 | different bid request, but if Pioneer Square was the | 17:23 |
| 10 | closest point of interest, I would explain it would be | 17:23 |
| 11 | point of -- I would explain that it would also be | 17:23 |
| 12 | Pioneer Square. | 17:23 |
| 13 |    Q   Okay.  How did you define "point of | 17:23 |
| 14 | interest"?  There's some other things here.  There's, | 17:24 |
| 15 | like, a comedy store that looks like it's a little | 17:24 |
| 16 | closer, maybe.  And if we zoomed in maybe there's some | 17:24 |
| 17 | others. | 17:24 |
| 18 | But how did -- how did you identify Pioneer | 17:24 |
| 19 | Square and -- and kind of rule out some of the other | 17:24 |
| 20 | things that are around this location indicator? | 17:24 |
| 21 |    A   I believe at -- I'm not sure if it is the | 17:24 |
| 22 | same in Google Maps, but generally, in a lot of maps | 17:24 |
| 23 | services, these points of interest have different | 17:24 |
| 24 | types.  And then there are general types of points of | 17:24 |
| 25 | interests, and my general understanding, if my memory | 17:24 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | serves me correctly is, sometimes the names of stores | 17:24 |
| 2 | are not considered points of interests, but there are | 17:24 |
| 3 | some public points of interests, and I believe that's | 17:24 |
| 4 | what I was looking for. | 17:24 |
| 5 |     Q   I see. | 17:24 |
| 6 |         Do you recall seeing in -- in the results | 17:24 |
| 7 | that you generated some other locations near the | 17:25 |
| 8 | location indicator, and ruling those out, you know, | 17:25 |
| 9 | and concluding it probably wasn't those places; it | 17:25 |
| 10 | was -- it was more likely to be Pioneer Square? | 17:25 |
| 11 |     A   I mean, generally speaking, the exercise I | 17:25 |
| 12 | was trying to do is, you look at the closest point of | 17:25 |
| 13 | interest.  In this case, let's imagine that -- because | 17:25 |
| 14 | I'm assuming there are two points of interest here. | 17:25 |
| 15 | One is Pioneer Square -- Pioneer Square, and the other | 17:25 |
| 16 | one is Pioneer Courthouse Square; and there's some | 17:25 |
| 17 | courthouse point of interest there as well. | 17:25 |
| 18 |         I would go look for the closest one.  And in | 17:25 |
| 19 | this case, they probably are in the same location so | 17:25 |
| 20 | it doesn't matter.  But I think the big picture point | 17:25 |
| 21 | that I'm trying to convey in that part of my report | 17:25 |
| 22 | is, an RTB participant would receive the bid request, | 17:25 |
| 23 | do the mapping, and using whatever map service they | 17:25 |
| 24 | use, the worst-case scenario that we talked about, | 17:26 |
| 25 | they will find the closest point of interest and use | 17:26 |

Page 287

| | | |
|---|---|---|
| 1 | it. | 17:26 |
| 2 | Q   Okay.  So when I -- when I did the search | 17:26 |
| 3 | just now here, I just put in the coordinates with two | 17:26 |
| 4 | decimal points, ▇▇ and ▇▇▇▇▇, and it gave me | 17:26 |
| 5 | this. | 17:26 |
| 6 | And you see that on the left-hand side, here | 17:26 |
| 7 | in kind of the smaller font, it's got ▇▇▇, which is | 17:26 |
| 8 | the same, but then it's got, like four more zeros. | 17:26 |
| 9 | Same with next coordinate, which is ▇▇▇.  That's | 17:26 |
| 10 | what I input.  But then this shows four additional | 17:26 |
| 11 | digits.  Do you see that? | 17:26 |
| 12 | A   Yes. | 17:26 |
| 13 | Q   Do you -- can you help me understand what | 17:26 |
| 14 | that signifies? | 17:26 |
| 15 | A   We discussed this in great detail, that in | 17:26 |
| 16 | Google RTB, the coordinates that I shared, they | 17:26 |
| 17 | contain two decimal digits, and we were discussing | 17:27 |
| 18 | about the granularity of this.  And then assuming | 17:27 |
| 19 | that's the granularity at which Google shares RTB | 17:27 |
| 20 | location information and RTB bid request, RTB | 17:27 |
| 21 | participants receive that bid request and do a | 17:27 |
| 22 | worst-case analysis and assume that's the precision of | 17:27 |
| 23 | the data. | 17:27 |
| 24 | And then they do the lookup and a location | 17:27 |
| 25 | comes up and they find the nearest point of interest. | 17:27 |

Page 288

```
1                CERTIFICATE OF REPORTER
2
3          I, ANDREA M. IGNACIO, hereby certify that the
4    witness in the foregoing deposition was by me sworn to
5    tell the truth, the whole truth, and nothing but the
6    truth in the within-entitled cause;
7          That said deposition was taken in shorthand
8    by me, a disinterested person, at the time and place
9    therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12         That before completion of the deposition,
13   review of the transcript [ ] was [x] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated: December 28, 2024
23
24   ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```

Page 293