# EXHIBIT 4
# to the Declaration of
# Whitty Somvichian

Page 1

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4                      --oOo--

5

6   IN RE GOOGLE RTB CONSUMER      Case No.

7   PRIVACY LITIGATION             4:21-CV-02155-LHK-VKD

8   _____/

9

10

11

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16

17      VIDEO-RECORDED DEPOSITION OF RETHENA GREEN

18            SAN FRANCISCO, CALIFORNIA

19            THURSDAY, APRIL 20, 2023

20

21

22

23   Reported by:

24   Anrae Wimberley, CSR No. 7778

25   Job No. CS5819744

1    it says, "We use data to build better services.  We

2    use the information we collect from all our services

3    for the following purposes"?

4            Do you see that?

5       A.   Yes.

6       Q.   Okay.  And then if you look to the next

7    page, on page 6, it says -- this is under that

8    subheading we just looked at about how we use data

9    to build better services.  There's a subheading that

10   says [as read]:  Provide personalized services

11   including contents and ads.

12           Do you see that?

13      A.   Okay.  Are we in the first paragraph or --

14      Q.   The first subheading, it says,

15   "Provide" --

16      A.   "Provide"?  Okay.  Yes.

17      Q.   Okay.  And then the second paragraph under

18   that subheading, the first sentence says, "Depending

19   on your settings, we may also show you personalized

20   ads based on your interests."

21           Do you see that?

22      A.   Yes.

23      Q.   Do you remember reviewing that language

24   ever?

25           MR. ULWICK:  Objection; vague.

Page 148

```
 1          THE WITNESS:  I don't specifically remember
 2     viewing it.
 3     BY MS. SPECTOR:
 4          Q.    Okay.  Do you see how personalized ads is
 5     underlined in blue?  It's a hyperlink?
 6               Do you agree?
 7          A.    Yes.
 8          Q.    Have you ever visited the personalized ads
 9     center?
10          MR. ULWICK:  Objection; vague.
11          THE WITNESS:  I don't recall the -- I don't
12     recall if I did or didn't.
13     BY MS. SPECTOR:
14          Q.    Okay.  At the bottom of this paragraph,
15     that last sentence, it says, "You can control what
16     information we use to show you ads by visiting your
17     ads settings."
18          MR. ULWICK:  Is that a question, Counsel?
19     BY MS. SPECTOR:
20          Q.    Do you see that?
21          A.    I see it, yes.
22          Q.    Okay.  Were you aware that you can control
23     what information is used to show you ads by visiting
24     your ad settings?
25          MR. ULWICK:  Objection; assumes facts not in
```

1  evidence, vague.

2      THE WITNESS:  No, I wasn't aware that I could

3  control what information is -- were used to show ads

4  by visiting your ads settings.

5  BY MS. SPECTOR:

6      Q.   Okay.  But do you agree that Google has

7  disclosed they may show you personalized ads based

8  on your interests?

9      MR. ULWICK:  Objection; calls for expert

10  testimony, vague.

11      THE WITNESS:  Okay.  I'm sorry.  Just repeat it

12  one more time.  Sorry.

13  BY MS. SPECTOR:

14      Q.   Yeah.

15          Looking at that first sentence in the

16  paragraph again --

17      A.   Okay.

18      Q.   -- do you agree that Google has disclosed

19  that it may use your interests to show you

20  personalized ads?

21      MR. ULWICK:  Same objections.

22      THE WITNESS:  They have disclosed that they can

23  use my information to provide customized service to

24  me but not to third parties, not to sell it, but

25  yes, to target advertisement specifically to me,

Page 150

1    yes.

2    BY MS. SPECTOR:

3        Q.    And you agree that Google also disclosed

4    that you can control what information is used to

5    show you ads by visiting your ads settings; is that

6    correct?

7        MR. ULWICK:    Same objections.

8        THE WITNESS:    It says here that I can control

9    what information that they show by visiting the ad

10   settings.

11   BY MS. SPECTOR:

12       Q.    Okay.    And you've never visited that page?

13       A.    No.

14       Q.    You weren't aware of it before today?

15       A.    No.

16       Q.    Okay.    Let's turn to page 9.

17            So at the top of page 9, do you see where

18   it says, "Manage your preferences about the ads

19   shown to you on Google and on sites and apps that

20   partner with Google to show ads"?

21            Do you see that?

22       A.    Yes.

23       Q.    And then it says, "You can modify your

24   interests, choose whether your personal information

25   is used to make ads more relevant to you, and turn

Page 151

1    on or off certain advertising services," with a link

2    to "Go to Ad Settings."

3            Do you see that?

4        A.    Yes.

5        Q.    Okay.   So do you agree that Google

6    discloses that it can use information like your

7    interests to show you ads on sites that partner with

8    Google?   Is that correct?

9        MR. ULWICK:    Objection; vague, the document

10   speaks for itself, calls for expert testimony.

11       THE WITNESS:    It says that I can modify my

12   interests if I choose to.

13   BY MS. SPECTOR:

14       Q.    And do you agree if you modify your

15   interests, that would change your preferences about

16   what ads were shown to you on sites that partner

17   with Google?

18       MR. ULWICK:    Same objections.

19       THE WITNESS:    I don't agree with that.

20   BY MS. SPECTOR:

21       Q.    Why not?

22       A.    Because they're selling my information to

23   my -- to third parties.   So I don't think that that

24   would modify what is shown to me.   I don't believe

25   that it would.

1      Q.   So you don't think that this would change

2   what information was sent in RTB to show you ads?

3         MR. ULWICK:   Same objections.

4         THE WITNESS:   I don't believe that it would

5   change.

6   BY MS. SPECTOR:

7      Q.   Why not?

8         MR. ULWICK:   Same objections.

9         THE WITNESS:   Because they're selling all my

10   information, so I don't know what they are picking

11   to use to target me.   I don't know what specifically

12   in the RBT [sic] they're specifically looking for.

13   BY MS. SPECTOR:

14      Q.   So let's go to the next page, page 10.

15           And the third bullet point at the top

16   says -- strike that.

17           Do you see where it says, "Ad Settings:

18   Manage your preferences about the ads shown to you

19   on Google and on sites and apps that partner with

20   Google to show ads"?

21           Do you see that?

22      A.   Yes.

23      Q.   So you don't think that you have any

24   control over what information is used to show you

25   ads on sites or apps that partner with Google?

Page 153

1      MR. ULWICK:   Objection; argumentative.
2  Objection; misstates prior testimony.   Objection;
3  calls for expert testimony.
4      THE WITNESS:   I can say I don't know what they
5  are looking for in the RBT [sic].
6          Am I saying it correctly?
7  BY MS. SPECTOR:
8      Q.   RTB.
9      A.   RTB.   I'm not sure what they're looking
10 for, so I don't know if my preference is, but -- to
11 me, it really doesn't even matter, but I don't know
12 what my preferences -- if it would make a difference
13 because I feel that they're targeting it to
14 specifically me.
15          So I don't know if it would make a
16 difference what my preferences means, if I change my
17 preference or change my settings, because they're
18 still to me, in my opinion, still targeted --
19 targeting the information they got on me.
20     Q.   Have you done any research or
21 investigation to figure out if you changed your
22 preferences, if that would change what information
23 was sent in RTB?
24     MR. ULWICK:   Objection; vague, calls for expert
25 testimony.

Page 154

1       THE WITNESS:  No, I haven't changed any of the

2    settings.

3    BY MS. SPECTOR:

4       Q.    Okay.  Do you know what preferences are

5    currently in your ads settings controls?

6       MR. ULWICK:  Objection; vague.

7       THE WITNESS:  I don't know what preferences are

8    set.

9       MS. SPECTOR:  Okay.  Let's put this document to

10   the side, and I'm going to mark two different

11   exhibits, and bear with me.

12          So the first exhibit is Exhibit 5.  And

13   then I'll mark the next exhibit as Exhibit 6.

14          And I will represent that Exhibit 6 is a

15   zoomed-in screenshot of the screenshot in Exhibit 5.

16          (Deposition Exhibit 5 was marked.)

17          (Deposition Exhibit 6 was marked.)

18      MR. ULWICK:  So, Counsel, just to be clear

19   here, we've got two exhibits.  One, a complete

20   exhibit, it looks like, front -- or top to bottom.

21   And then the second exhibit, Exhibit 6, is a

22   zoomed-in portion to make it more legible?

23      MS. SPECTOR:  Yes, attempted to make it more

24   legible.

25   BY MS. SPECTOR:

Page 240

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were administered an oath; that

8     a record of the proceedings was made by me using

9     machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing transcript is

11    a true record of the testimony given.

12          Further, that if the foregoing pertains to

13    the original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript ( ) was (X) was not requested.

16          I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney of any party to this

19    action.

20          IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22    Dated:  May 2, 2023

23

24                        _____

25                        ANRAE WIMBERLEY, CSR No. 7778