# EXHIBIT 5
# to the Declaration of
# Whitty Somvichian

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA
 3   SAN JOSE DIVISION
 4   ------------------------------------------ x
 5   IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION.
 6   No. 4:21-CV-02155-YGR-VKD
 7   ------------------------------------------ x
 8
 9                  Park Ridge Marriott
                    300 Brae Boulevard
10                  Park Ridge, New Jersey
11                  March 30, 2023
                    10:07 a.m.
12
13   **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
14
15          VIDEOTAPED DEPOSITION OF SALVATORE
16   TORONTO, taken pursuant to Notice, held at the
17   above time and place, before Fran Insley, a
18   Notary Public of the States of New York and New
19   Jersey.
20
21
22
23     Job No. CS5823122
24
25
```

```
 1        for speculation.
 2        A.    I really don't know what they would
 3   think or not think about this.  I can only
 4   guess.  I don't want to do that.
 5        Q.    You can guess.  What would your
 6   guess be?
 7              MR. KOLESNIKOV:  Same objection.
 8        Calls for speculation.
 9        A.    Some of them may.
10        Q.    Do you believe you are similarly
11   situated to those plaintiffs?
12              MR. KOLESNIKOV:  Objection.  Calls
13        for a legal conclusion.
14        A.    Yes, in certain ways we are similar,
15   and in certain matters we are similarly
16   situated.
17        Q.    Do you remember just a few moments
18   ago when we were talking about the sentence
19   that says "Depending on your settings, we may
20   also show you personalized ads based on your
21   interests?"  Do you see that?
22        A.    "Depending on our settings, we may
23   also show you personalized ads," yeah, I got
24   that right there.
25        Q.    Have you ever changed your settings
```

Page 192

1   to either allow or -- strike that.
2           Have you ever changed your settings
3   to not allow personalized ads?
4       A.   No.
5       Q.   Do you think you are similarly
6   situated from plaintiffs who have changed their
7   settings to not allow personalized ads?
8           MR. KOLESNIKOV:  Objection.  Calls
9       for a legal conclusion.
10      A.   I may be, may not be.  I don't know.
11      Q.   Go to page 25 of 33 here.  And again
12  that is going to be on the bottom right.
13      A.   I'm on 25 of 33.
14      Q.   We are looking at the heading that
15  says "Additional Context."  Do you see that?
16      A.   Yep.
17      Q.   And right under that it says "Ads
18  you'll find most useful."  Do you see that?
19      A.   Yes.
20      Q.   And in that second sentence it says,
21  "We also may use your IP address to determine
22  your approximate location so that we can serve
23  you ads."  Did I read the first part of that
24  sentence correctly?
25      A.   Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 288

```
 1
 2                    C E R T I F I C A T E
 3          I, FRAN INSLEY, hereby certify that the
 4   Deposition of SALVATORE TORONTO was held before
 5   me on the 30th day of March, 2023; that said
 6   witness was duly sworn before the commencement
 7   of testimony; that the testimony was taken
 8   stenographically by myself and then transcribed
 9   by myself; that the party was represented by
10   counsel as appears herein;
11          That the within transcript is a true
12   record of the Deposition of said witness;
13          That I am not connected by blood or
14   marriage with any of the parties; that I am not
15   interested directly or indirectly in the
16   outcome of this matter; that I am not in the
17   employ of any of the counsel.
18          IN WITNESS WHEREOF, I have hereunto set
19   my hand this 14th day of April, 2023.
20
21
                                   FRAN INSLEY
22
23
24
25
```