# EXHIBIT 7
# to the Declaration of
# Whitty Somvichian

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   In re Google RTB Consumer    )
     Privacy                      ) Case No.
 6   Litigation,                  ) 4:21-cv-02155-YGR-VKD
                                  )
 7                                )
     This document applies to:    )
 8   All actions                  )
     _____)
 9
10
11
12                       CONFIDENTIAL
13   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
14                     TARA L. WILLIAMS
15
16              Thursday, August 17, 2023
17      Remotely Testifying from Madison, Wisconsin
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6045627
```

Page 1

```
 1   questioning on the document, but we're coming up on
 2   an hour, so I just wanted to flag that.
 3           MR. ANDERSON:  Yep.
 4           Mr. Concierge, can you scroll down?  And
 5   I -- apologies, I don't have the page number in my          12:34:26
 6   outline.  It's a section called -- under "Your data,
 7   your choice."  And it's about --
 8           MR. ULWICK:  Right there.  Right there.
 9           MR. ANDERSON:  Yep.
10   BY MR. ANDERSON:                                            12:34:35
11       Q.   And so I believe you might -- you said you
12   may have visited the Google ad settings page at
13   least once; is that right?
14       A.   Excuse me?
15       Q.   I believe earlier tes- -- you testified            12:34:45
16   that you may have visited the Google ad settings
17   page at least once.  I just wanted to confirm that
18   testimony.
19       A.   Yes, I maybe have [verbatim].
20       Q.   And do you recall anything about the               12:34:59
21   Google ad setting page?
22       A.   No, I don't recall.
23       Q.   And do you recall that you can turn off
24   personalized ads at the Google ads settings
25   [verbatim] page?                                            12:35:15
```

Page 142

```
 1        A.   No, didn't know that.
 2             MR. ANDERSON:  I -- I think I'm at a good
 3   breaking point.
 4             MR. ULWICK:  Okay.  Great.  Why don't we
 5   go off the record and -- and then discuss logistics       12:35:37
 6   for when to come back.
 7             THE VIDEOGRAPHER:  Okay.  Off the record.
 8   It's 12:35 p.m.
 9             (Lunch recess taken.)
10             THE VIDEOGRAPHER:  We're back on the             13:25:29
11   record.  It's 1:25 p.m.
12   BY MR. ANDERSON:
13        Q.   Hello, Ms. Williams.  Welcome back.  I
14   hope you had a -- a good lunch.
15             So I want to talk a little bit more about        13:25:41
16   your devices that you have, your Apple iPhone and
17   your Windows computer.
18             MR. ANDERSON:  Mr. Concierge, can you pull
19   up Tab 22, please.
20             (Williams Deposition Exhibit 6 was marked        13:25:57
21             electronically.)
22             THE COURT REPORTER:  Exhibit 6.
23             MR. ANDERSON:  We can actually zoom out on
24   this one a little, Mr. Concierge.
25             Yeah, I think that's good.                       13:26:18
```

Page 143

```
 1                CERTIFICATE OF REPORTER
 2           I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4           That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8           That said proceedings were taken before me
 9    at the time and place therein set forth remotely via
10    videoconference and were taken down by me in
11    shorthand and thereafter transcribed into
12    typewriting under my direction and supervision;
13           I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17           Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [X] was [ ] was not requested.
             In witness whereof, I have hereunto
21    subscribed my name. Dated:  5TH day of SEPTEMBER, 2023
22
23
24
             Hanna Kim
25           CLR, CSR No. 13083
```

Page 303