```
 1  COOLEY LLP
    WHITTY SOMVICHIAN (SBN 194463)
 2  (wsomvichian@cooley.com)
    AARTI REDDY (SBN 274889)
 3  (areddy@cooley.com)
    KYLE C. WONG (SBN 224021)
 4  (kwong@cooley.com)
    REECE TREVOR (SBN 316685)
 5  (rtrevor@cooley.com)
    ANUPAM DHILLON (SBN 324746)
 6  (adhillon@cooley.com)
    3 Embarcadero Center, 20th Floor
 7  San Francisco, CA 94111-4004
    Telephone:   +1 415 693 2000
 8  Facsimile:   +1 415 693 2222

 9  Attorneys for Defendant
    GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD |
|---|---|
| This Document Relates to: *all actions* | **DEFENDANT GOOGLE LLC'S PROOF OF SERVICE OF ITS OPPOSITION TO PLAINTIFFS RENEWED MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS** |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is gwilson@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**1.  Google's Opposition to Renewed Motion for Class Certification (Unredacted)**
**2.  Ex. 1 to the Declaration of W. Somvichian (Unredacted)**
**3.  Ex. 2 to the Declaration of W. Somvichian (Unredacted)**
**4.  Ex. 3 to the Declaration of W. Somvichian (Unredacted)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| BLEICHMAR FONTI & AULD LLP<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>1330 Broadway, Suite 630<br>Oakland, CA  94612<br>Tel:  (415) 445-4003<br>Fax: (415) 445-4020<br>Email:  lweaver@bfalaw.com<br>            adavis@bfalaw.com<br>            jsamra@bfalaw.com<br><br>*Attorneys for Consolidated Plaintiffs* | SIMMONS HANLY CONROY LLC<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY   10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>            atruong@simmonsfirm.com<br><br>*Attorneys for Consolidated Plaintiffs* |

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>Caroline Corbit<br>1900 Powell Street, Suite 450<br>Emeryville, CA   94608<br>Tel:  (415) 692-0772<br>Fax:  (415) 366-6110<br>Email:  ecp@pritzkerlevine.com<br>          jkl@pritzkerlevine.com<br>          bc@pritzkerlevine.com<br>          ccc@pritzkerlevine.com<br><br>*Attorneys for Consolidated Plaintiffs* | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY   10017<br>Tel: (646) 993-1000<br>Email:  dstraite@dicellolevitt.com<br>           crhodes@dicellolevitt.com<br>           Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>*Attorneys for Consolidated Plaintiffs* |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>840 Malcolm Road, Suite 200<br>Burlingame, CA   94010<br>Tel:  650-697-6000<br>Fax:  650-597-0577<br>Email:  POmalley@cpmlegal.com<br>          nnishimura@cpmlegal.com<br>          BDanitz@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>*Attorneys for Consolidated Plaintiffs* | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email:  fbottini@bottinilaw.com<br><br>*Attorneys for Consolidated Plaintiffs* |

Executed on January 31, 2025, at Walnut Creek, California.

*Gina Wilson*
Gina Wilson