| | |
|---|---|
| **PRITZKER LEVINE LLP** | **COOLEY LLP** |
| Elizabeth C. Pritzker (SBN 146267) | Whitty Somvichian (SBN 194463) |
| 1900 Powell Street, Suite 450 | 3 Embarcadero Center, 20th Fl. |
| Emeryville, CA 94608 | San Francisco, CA 94111-4004 |
| Tel.: (415) 692-0772 | Tel: (415) 693-2000 |
| Fax: (415) 366-6110 | Fax: (415) 693-2222 |
| ecp@pritzkerlevine.com | wsomvichian@cooley.com |
| *Interim Class Counsel* | *Counsel for Defendant Google LLC* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*, <br><br> This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE RENEWED CLASS CERTIFICATION MOTION AND CASE SCHEDULE** <br><br> **Civil L.R. 6-1(b); 6-2(a)** |

On September 11, 2024, the Court granted plaintiffs' unopposed motion to amend the case schedule through dispositive and *Daubert* motions. *See* Sept. 11, 2024 Order at 2 (ECF 737). Pursuant to that order, class certification briefing would be completed by February 28, 2025, merits expert reports and discovery would be completed by June 27, 2025, and dispositive and *Daubert* motions would be fully briefed by September 26, 2025. No trial date has been set in this action.

On January 15, 2025, the Court granted the parties' stipulation to extend by one week the deadlines for the filing of Google's opposition to plaintiffs' renewed class certification motion and plaintiffs' reply in support of that motion. All other dates remained unchanged. *See* January 15, 2025 Order at 1 (ECF 757).

On January 29, 2025, the Court set a hearing on plaintiffs' renewed class certification motion for March 28, 2025. *See* January 29, 2025 Clerk's Notice (ECF 759).

On February 20, 2025, the parties participated in a mediation before Shirish Gupta at JAMS in San Francisco. The parties made substantial progress during the mediation and a further mediation session has been scheduled with Mr. Gupta for March 7, 2025, the first date available.

In light of the progress being made in the mediation discussions and the further mediation session scheduled for March 7, 2025, the parties agree that, subject to Court approval, the current case schedule should be extended by approximately five weeks to allow the parties to focus their efforts on a potential resolution and avoid potential expense and time incurred in further litigation at this time.

In light of the foregoing, and subject to Court approval, the parties now stipulate to and propose the following revised case schedule:

| Event | Current Case Schedule | New Case Schedule |
|---|---|---|
| Class Certification Motion | Motion: November 8, 2024<br>Opposition: January 31, 2025<br>Reply: March 7, 2025<br>Hearing: March 28, 2025 | November 8, 2024<br>January 31, 2025<br>April 11, 2025<br>TBD |
| Opening Expert Reports | April 18, 2025 | May 23, 2025 |
| Rebuttal Expert Reports | May 30, 2025 | July 3, 2025 |
| Close of Expert Discovery | June 27, 2025 | August 1, 2025 |

| Dispositive/Daubert Motions | Motions: July 18, 2025<br>Oppositions: August 29, 2025<br>Replies: September 26, 2025<br>Hearing: TBD | August 22, 2025<br>October 3, 2025<br>October 31, 2025<br>TBD |
|---|---|---|

NOW, THEREFORE, and in light of the foregoing, the parties stipulate and request that, subject to the Court's approval, the revised case schedule set forth above be entered.

**SO STIPULATED.**

Dated: February 21, 2025

**PRITZKER LEVINE LLP**

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany Caracuzzo (SBN 190687)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*

**COOLEY LLP**

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Aarti G. Reddy (SBN 274889)
Reece Trevor (SBN316685)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
*wsomvichian@cooley.com*
*areddy@cooley.com*
*rtrevor@cooley.com*

*Counsel for Defendant Google LLC*

### [PROPOSED] ORDER

Having considered the parties' stipulation, the Court enters the case schedule as stipulated by the parties and as set forth above.

**SO ORDERED.**

Dated: _____, 2025

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

**ATTESTATION**

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories.   Executed on February 21, 2025 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo