# ORDER re 6/30/22 HEARING ON PRESERVATION PLAN

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT
Northern District of California

# FAX TRANSMISSION

| TO: | | FROM: | Justine Fanthorpe |
|---|---|---|---|
| **FAX NUMBER:** | 92134433100 | **NO. OF PAGES:** (INCLUDING COVER): | 3 |
| **PHONE:** | | **DATE:** | 2022-07-05 |
| **RE:** | 4:20-cv-05146-YGR Calhoun et al | **TIME:** | 09:40:57 |

**SUBJECT:** 4:20-cv-05146-YGR Calhoun et al v. Google LLC

**DETAILS:**



**Justine Fanthorpe**
CRD to Magistrate Judge Susan van Keulen
280 South First Street, Room 2112
San Jose, CA 95113
United States District Court
Northern District of California
https://cand.uscourts.gov
Justine_Fanthorpe@cand.uscourts.gov
Office: 408-535-5375

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**FILED UNDER SEAL**<br><br>**ORDER FOLLOWING JUNE 30, 2022<br>HEARING ON PRESERVATION PLAN** |

The Court held a hearing on the Special Master's Modified Preservation Plan ("Modified Plan") on June 30, 2022. One component of the Modified Plan is the "full ongoing preservation of certain fields (where they are present) from ENTIRE Keyspace (i.e. ALL COLUMNS)" for both the GAIA ▓ and the ZWBK ▓ data sources. A second component of the Modified Plan is "One Full Preservation (one time, current state) from ENTIRE Keyspace (i.e. ALL COLUMNS)" for only the ZWBK ▓ data source. At the hearing, the Court heard argument regarding a more limited approach to these components based upon the identification of relevant columns or the deselection of irrelevant columns. The Court has determined that modification these components is appropriate. Accordingly, the Court **ORDERS** as follows:

- The Parties are to meet and confer immediately regarding the identification of relevant columns in both data sources. The Court refers the Parties to "2022-03-07 GAIA ▓ Columns – AEO.xlsx" and "GOOG-CALH-01170421.txt". The former provides a full list (as of March 3, 2022) of the ▓ columns in the GAIA ▓ data source. The latter provides a full list (as of the date of production) of ▓ columns in the ZWBK ▓ data source. Google describes these documents and proposes targeting searches of ▓ columns in GAIA ▓ and ▓ columns in ZWBK ▓. To guide the Parties' efforts, they should be aware that

the Court <u>will</u> modify these components of the Modified Plan to some degree. It will require more than just the columns previously identified by Google before the Special Master; it will not require that all of the columns in a data source be subject to preservation. Thus, it is in the Parties' mutual interest to agree upon the set of columns.

- No later than **July 7, 2022**, the Parties are to file their joint proposal regarding the selected columns. If the Parties are unable to agree, they must each submit a single page statement justifying their positions and identify their selected columns in an attachment.

**SO ORDERED.**

Dated: July 5, 2022

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge