| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker (SBN 146267)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>ecp@pritzkerlevine.com<br><br>*Interim Class Counsel* | **COOLEY LLP**<br>Whitty Somvichian (SBN 194463)<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>wsomvichian@cooley.com<br><br>*Counsel for Defendant Google LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*,<br><br>This Document relates to: *all actions*. | CASE NO. 4:21-cv-02155-YGR<br><br>**NOTICE OF PROPOSED SETTLEMENT** |

1     On May 6, 2025, the parties reached a settlement in principle to resolve the litigation on a classwide basis. The parties are negotiating formal settlement documentation and anticipate filing a motion for approval of the settlement on or before July 11, 2025, with a hearing in mid-October 2025 (subject to the Court's availability) to allow time for the parties to comply with the notice requirements under the Class Action Fairness Action.

    In light of the foregoing, the parties jointly request that the Court vacate all pending deadlines in this matter.

Dated: May 7, 2025

| PRITZKER LEVINE LLP | COOLEY LLP |
|---|---|
| By: */s/ Elizabeth C. Pritzker*<br>Elizabeth C. Pritzker (SBN 146267)<br>Jonathan K. Levine (SBN 220289)<br>Bethany Caracuzzo (SBN 190687)<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel.: (415) 692-0772<br>Fax: (415) 366-6110<br>*ecp@pritzkerlevine.com*<br>*jkl@pritzkerlevine.com*<br>*bc@pritzkerlevine.com*<br><br>*Interim Class Counsel* | By: */s/ Whitty Somvichian*<br>Whitty Somvichian (SBN 194463)<br>Aarti G. Reddy (SBN 274889)<br>Reece Trevor (SBN 316685)<br>3 Embarcadero Center, 20th Fl.<br>San Francisco, CA 94111-4004<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>*wsomvichian@cooley.com*<br>*areddy@cooley.com*<br>*rtrevor@cooley.com*<br><br>*Counsel for Defendant Google LLC* |

## ATTESTATION

I, Bethany Caracuzzo, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on May 7, 2025 in Emeryville, California.

*/s/ Bethany Caracuzzo*
Bethany Caracuzzo