QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> Sara Jenkins (CA Bar No. 230097) <br> sarajenkins@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted *pro hac vice*) <br> teutafani@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com <br> Alyssa G. Olson (CA Bar No. 305705) <br> alyolson@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 | Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> Xi ("Tracy") Gao (CA Bar No. 326266) <br> tracygao@quinnemanuel.com <br> Carl Spilly (admitted *pro hac vice*) <br> carlspilly@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (202) 538-8100 |
| Jomaire Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant.. | Case No. 4:20-cv-05146-YGR-SVK <br><br> **DECLARATION OF ANDREW SCHAPIRO IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CHANGE THE HEARING DATE OF AUGUST 11, 2022 SANCTIONS HEARING** <br><br> Referral: Hon. Susan van Keulen, USMJ <br> Hearing Date: August 11, 2022 <br> Hearing Time: 9:30 A.M. |

I, Andrew Schapiro, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Change the Hearing Date for the August 11, 2022 Sanctions Hearing.

3. I am lead counsel for Google in this action.

4. I am also co-lead counsel in another case, *UMG Recordings, Inc. v. Bright House Networks, LLC*, Case No. 8:19-cv-710-MSS-TWG (M.D. Fla.) ("Bright House"). On July 13, 2022, the Hon. Mary Scriven issued an order definitively setting that case for trial beginning August 1, 2022 in Tampa, Florida. *Bright House*, Dkt. 661. The trial is expected to last three weeks (15 trial days). *Id.* As a result of the *Bright House* court's order, I am required to be in trial preparation and trial for that case from July 26 through approximately August 21, 2022.

5. Immediately upon learning of the conflict, I contacted Plaintiffs' counsel, Mr. David Straite, on July 13 to confer regarding moving the sanctions hearing until after the *Bright House* trial has concluded. Mr. Straite responded on July 14 that Plaintiffs oppose the request. Their basis for opposing, which Mr. Straite requested be conveyed to the Court, is that Plaintiffs contend the evidentiary rulings they are seeking via their motion (and/or the record developed at the hearing) could materially impact arguments related to class certification and summary judgment—oral argument of which was recently set for August 26, 2022 by Judge Gonzalez Rogers. Dkt. 763. Plaintiffs also are concerned that moving the sanctions hearing might risk losing the benefit of oral argument on one or more of the pending motions.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Chicago, Illinois on July 18, 2022.

DATED:   July 18, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew Schapiro*
Andrew Schapiro

*Attorney for Defendant*