# ORDER RE PARTIES' SUBMISSION IN RESPONSE TO DKT 749

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT
Northern District of California

# FAX TRANSMISSION

| | |
|---|---|
| **TO:** | |
| **FAX NUMBER:** | 92134433100 |
| **PHONE:** | |
| **RE:** | 4:20-cv-05146-YGR Calhoun et al |

**FROM:** Justine Fanthorpe

**NO. OF PAGES:** (INCLUDING COVER): 3

**DATE:** 2022-07-08

**TIME:** 12:29:57

**SUBJECT:** **4:20-cv-05146-YGR Calhoun et al v. Google LLC-SEALED ORDER**

**DETAILS:**

**Justine Fanthorpe**
CRD to Magistrate Judge Susan van Keulen
280 South First Street, Room 2112
San Jose, CA 95113
United States District Court
Northern District of California
https://cand.uscourts.gov
Justine_Fanthorpe@cand.uscourts.gov
Office: 408-535-5375

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALHOUN, et al.,
Plaintiffs,
v.
GOOGLE LLC,
Defendant.

Case No. 20-cv-05146-YGR (SVK)

**FILED UNDER SEAL**

**ORDER RE PARTIES' SUBMISSIONS IN RESPONSE TO DKT. 749**

Re: Dkt. Nos. 751, 753

The Court is in receipt of the Parties' submissions in response to this Court's Order at Dkt. 749. To facilitate its evaluation of the exhibits attached to the submissions, it is imperative that the exhibits be presented in a consistent format between the Parties. Accordingly, the Court **ORDERS** as follows:

1. The exhibits are to be reformatted as follows:

   a. GAIA [redacted]: Provide the name of the columns in the form exactly as presented in column A of the "2022-03-07 GAIA [redacted] Columns – AEO.xlsx" spreadsheet. The format in which the columns are provided should be searchable within the source spreadsheet.

   b. ZWBK [redacted]:

   >Provide the name of the table, column pairs in the format exactly as presented in the "GOOG-CALH-01170421.txt" document where possible.

   >Where a table, column pair is used and the table, column pairs are presented on the same line and separated by a <tab>, leave the <tab> in place (*e.g.* [redacted] [redacted] [redacted]).

///

///

United States District Court
Northern District of California

>Where table, column pairs are separated by other characters or <CR>, <LF>, or something similar (e.g. [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED]),

separate the identified table and column by a comma (e.g. [REDACTED] [REDACTED]).

If that table contains multiple columns in a Parties' list, provide each table, column pair as an individual entry on the exhibit.

2. Other than as requested immediately above, no columns may be added to the submitted exhibits. This is not an opportunity to edit the exhibits other than to re-format as indicated above.

3. The reformatted exhibits are to be filed and unredacted copies are to be emailed in PDF and source (e.g., Excel) format to the Court (SVKCRD@cand.uscourts.gov) and to the Special Master as soon as they are available and no later than **July 11, 2022**.

**SO ORDERED.**

Dated: July 8, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California