**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CHANGE THE HEARING DATE FOR AUGUST 11, 2022 SANCTIONS HEARING (DKT. No. 769)<br><br>Referral:       Hon. Susan van Keulen, USMJ<br>Hearing Date: August 11, 2022<br>Hearing Time: 9:30am |

## I. INTRODUCTION

Plaintiffs respectfully oppose Google's request (Dkt. No. 769) to move the August 11, 2022 hearing date on Plaintiffs' Motion for Sanctions (the "Sanctions Hearing"). The Sanctions Hearing date was set by the Court back in May with no objection from either party, and many moving parts have been arranged around this date. Last week, a different Court in Florida set trial in an unrelated case with only two weeks' notice, and we are told that the trial could potentially extend for three weeks. Mr. Schapiro at Quinn Emanuel, outside counsel to Google in this matter and to a different entity in the Florida matter, wants to be lead counsel at the Florida trial and at the Sanctions Hearing. But as outlined below, it is unfairly prejudicial to the Plaintiffs here to accommodate a single attorney at Quinn Emanuel. If the Court in Florida refuses to move the trial dates, there is no reason why Google cannot be represented here by the several other senior Quinn attorneys who have appeared before this Court and the Special Master numerous times.

## II. PLAINTIFFS WILL BE UNFAIRLY PREJUDICED IF THE DATE WERE MOVED

The consequences of moving the Sanctions Hearing extend far beyond the motion for sanctions. Judge Gonzalez Rogers recently set oral arguments for Plaintiffs' class certification motion and Google's summary judgment motion for August 26, 2022. *See* Clerk's Notice dated July 13, 2022 (Dkt. No. 763). Several related *Daubert* motions will also be heard that date. These motions have been outstanding since 2021. Cognizant of the judicial emergency facing the Northern District, Plaintiffs are grateful that the Court will hold oral argument, because there are significant developments in the case since briefing concluded on those motions, including most recently the Court's sealed data log preservation plan that clarifies certain evidentiary issues. Dkt. No. 766. Oral argument will allow the Court to have a conversation with the parties in person to address how these developments impact the motions, and it is important that the arguments proceed.

It is also important that these arguments proceed *on August 26* as scheduled. The expert case schedule (including all dates thereafter) has been repeatedly extended during the pendency of the motions for class certification and summary judgment (and the related *Daubert* challenges), most recently on June 21, 2022. Dkt. No. 725. Delaying the August 26 hearing would require additional (and unnecessary) case extensions, which Plaintiffs want to avoid as much as possible.

- 2 -   Case No. 4:20-cv-05146-YGR-SVK
PLAINTIFFS' OPPOSITION TO GOOGLE'S REQUEST TO MOVE HEARING DATE

Finally, it is important that Sanctions Hearing <u>precede</u> the August 26 hearing on class cert and summary judgment. At issue on August 11 includes Google's misconduct regarding failures to preserve data relevant to the class certification motion and misconduct relevant to the summary judgment motion, and Plaintiffs are primarily seeking evidentiary sanctions, not just monetary sanctions. Even if the Court does not render a final ruling on the sanctions motion before August 26, it is still absolutely critical that the Sanctions Hearing occur prior to, not after, the class certification, summary judgment, and *Daubert* hearing, so that the parties can incorporate developments from the Sanctions Hearing into their arguments on the latter date.[1]

### III.  GOOGLE WILL NOT BE PREJUDICED IF THE REQUEST IS DENIED

Google asks the Court, a dozen Plaintiffs' attorneys and several experts to adjust their schedules to accommodate the schedule of one attorney at Quinn Emanuel. But there are multiple capable, senior attorneys at Quinn Emanuel who are as familiar with this case as Mr. Schapiro – and more familiar, by Mr. Schapiro's own admission. For example, at the June 2, 2021 discovery hearing, Google was ably represented by senior attorneys Viola Trebicka and Josef Ansorge. Mr. Schapiro noted Mr. Ansorge's superior knowledge (Hr'g Tr. 22:6-7) and handed argument off to Mr. Ansorge another three times. Hr'g Tr. 30-2-4; 43:2-3; and 48:14-15. Mr. Schapiro also noted Ms. Trebicka's superior knowledge. Hr'g Tr. 51:1-3. Ms. Trebicka and Mr. Ansorge also had far more responsibility for arguing Google's position at the April 29, 2021 hearing on the preservation order that is directly at issue in the sanctions motion.

Similarly, during the Special Master process, it was mostly Mr. Ansorge leading the charge for Google, and Mr. Schapiro repeatedly admitted that Ms. Trebicka, Mr. Ansorge and associate Tracy Gao were the most knowledgeable attorneys about the subject matter. *See* Special Master Conf. Feb. 23, 2022, Tr. 43:23-25; Special Master Conf. Feb. 24, 2022, Tr. 5:22-24; Special Master Conf. Mar. 14, 2022, Tr. 65:11-13; Special Master Conf. Mar. 23, 2022, Tr. 37:1-3; Special Master Conf. May 13, 2022, Tr. 10:5-7. Indeed, when the Court ordered the parties to confer two weeks ago regarding the modified preservation plan (Dkt. No. 749), ***only*** Mr. Ansorge and Ms. Gao

---

[1] Google's alternative proposal to move the hearing up to July 26 (Mot. 1:23-25) is unworkable because the parties' competing findings of fact and conclusions of law are not due until July 28.

appeared; Mr. Schapiro did not attend. Dkt No. 754-1. Also intimately involved in this matter is Stephen Broome, a gifted attorney and co-chair of Quinn's Data Privacy and Security Practice. Google gives no reason why he is unable to assist on August 11.

### IV. CONCLUSION

Plaintiffs respectfully request that the Court deny Google's administrative motion to reschedule the Sanctions Hearing.

Dated: July 19, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DiCELLO LEVITT GUTZLER LLC** |
| By: */s/ Lesley E. Weaver* | By: */s/ David A. Straite* |
| Lesley E. Weaver (Cal. Bar No. 191305) | David A. Straite (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | Corban Rhodes (admitted *pro hac vice*) |
| Joshua D. Samra (Cal. Bar No. 313050) | One Grand Central Place |
| 555 12th Street, Suite 1600 | 60 E. 42nd St., Suite 2400 |
| Oakland, CA 94607 | New York, NY 10165 Telephone: Tel.: |
| Tel.: (415) 445-4003 | Tel.: (646) 933-1000 |
| Fax: (415) 445-4020 | Fax: (646) 494-9648 |
| lweaver@bfalaw.com | dstraite@dicellolevitt.com |
| aornelas@bfalaw.com | crhodes@dicellolevitt.com |
| jsamra@bfalaw.com | |
| | Amy E. Keller (admitted *pro hac vice*) |
| **SIMMONS HANLY CONROY LLC** | Adam Prom (admitted *pro hac vice*) |
| | Sharon Cruz (admitted *pro hac vice*) |
| By: */s/ Jay Barnes* | Ten North Dearborn Street, 6th Fl. |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | Chicago, Illinois 60602 |
| An Truong (admitted *pro hac vice*) | Tel.: (312) 214-7900 |
| 112 Madison Avenue, 7th Floor | akeller@dicellolevitt.com |
| New York, NY 10016 | aprom@dicellolevitt.com |
| Tel.: (212) 784-6400 | scruz@dicellolevitt.com |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |

*Counsel for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Sharon Cruz, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th Day of July, 2022, at Indianapolis, Indiana.

*/s/ Sharon Cruz*
Sharon Cruz

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 19, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                              */s/ Sharon Cruz*
                                              Sharon Cruz