UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**ORDER DENYING GOOGLE'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE**<br><br>Re: Dkt. No. 769 |

On May 24, 2022, Plaintiffs filed a Motion for an Order of Sanctions for Google's Discovery Misconduct. Dkt. 670 (the "Sanctions Motion"). On May 25, 2022, the Court set an in-person hearing on the Sanctions Motion for August 11, 2022. Dkt. 672. Now before the Court is Google's Administrative Motion to change the hearing date on the Sanctions Motion due to a trial conflict that has recently arisen for Google's lead counsel in this case. Dkt. 769 (the "Administrative Motion"). Plaintiffs oppose the Administrative Motion. Dkt. 772.

The Court is unable to accommodate Google's request for a change in the date of the hearing on the Sanctions Motion but notes that both sides are, fortunately, represented by teams of excellent lawyers. Accordingly, Google's Administrative Motion is **DENIED**.

**SO ORDERED.**

Dated: July 19, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge