COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation*<br><br>This Document Relates to: *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**[PROPOSED] ORDER RE JOINT OMNIBUS SEALING STIPULATION REGARDING PLAINTIFFS' CLASS CERTIFICATION BRIEFING PER JULY 17, 2025 ORDER (ECF NO. 771)** |

Plaintiffs and Google LLC ("Google"; together with the Plaintiffs, the "Parties") filed a Joint Omnibus Sealing Stipulation to seal documents that contain information the Parties contend is sealable under controlling authority. The Parties seek to seal portions of Plaintiffs' Renewed Motion for Class Certification ("Renewed Class Cert. Motion"), portions of Google's Opposition to Renewed Class Cert. Motion, and portions of documents identified in the Declaration of Whitty Somvichian and the Declaration of Jonathan Levine.

Upon consideration of the Parties' Stipulation, the papers submitted in support, and compelling reasons appearing, **IT IS HEREBY ORDERED** that documents are to be sealed as follows:

| **PLAINTIFFS' UNOPPOSED SEALING REQUESTS** | | | | |
|---|---|---|---|---|
| **ECF No.** | **Document** | **Portions To be Sealed** | **Basis for Sealing** | **Order** |
| 752-1 | Exh. 6 to 11/8/2024 Further Declaration of Elizabeth C. Pritzker in support of Plaintiffs' Renewed Motion for Class Certification ("Further Pritzker Decl.") – Decl. of Named Plaintiff T. Diggs | Docusign certification at end of declaration: portions identifying the Plaintiff Digg's personal email, IP address, and ID. | Reflects confidential information, private information, personally identifying information, including Plaintiff's email address, personal IP address and ID. | |
| 752-3 | Exh. 7 to Further Pritzker Decl.: Decl. of Named Plaintiff R. Green | Docusign certification at end of declaration: portions identifying the Plaintiff Green's personal email, IP address, and ID. | Reflects confidential information, private information, personally identifying information. | |
| 752-5 | Exh. 9 to Further Pritzker Decl.: Decl. of Named Plaintiff S. Toronto | Docusign certification at end of declaration: portions identifying the Plaintiff Toronto's personal email, IP address, and ID. | Reflects confidential information, private information, personally identifying information, including Plaintiff's email address, personal IP address and ID. | |

| | | | | |
|---|---|---|---|---|
| 752-7 | Exh. 10 to Further Pritzker Decl.: Decl. of Named Plaintiff C. Valencia | Docusign certification at end of declaration: portions identifying the Plaintiff Valencia's personal email, IP address, and ID. | Reflects confidential information, private information, personally identifying information, including Plaintiff's email address, personal IP address and ID. | |
| 752-9 | Exh. 12 to Further Pritzker Decl.: Decl. of Named Plaintiff T. Williams | Docusign certification at end of declaration: portions identifying the Plaintiff Willams's personal email, IP address, and ID. | Reflects confidential information, private information, personally identifying information, including Plaintiff's email address, personal IP address and ID. | |
| 761-5 | Ex. 2 to the Declaration of W. Somvichian in support of Google's Oppn. to Renewed Mot. for Class Cert. ("Somvichian Oppn. Decl.) – Supplemental Expert Report of K. Psounis | Portions highlighted in blue by Google at: ¶¶57, 58, 59, 60, 61, 62, 102 103, 108, the photo in ¶ 113, ¶121, FN 20, FN 21, FN 22, and Table 2 (p. 47). | Reflects confidential information, identifying information such as coordinates and addresses for certain named plaintiffs' homes, places of employment, and places they routinely go. | |
| 761-7 | Ex. 3 to Somvichian Oppn. Decl. – Shafiq Depo. Excerpt | Excerpted words at 161:21-24; 211:22-24; 218:22; 288:4-9. | Reflects confidential information, identifying information such as coordinates and addresses for certain named plaintiffs' homes, places of employment, and places they routinely go. | |

| **GOOGLE'S UNOPPOSED SEALING REQUESTS** | | | | |
|---|---|---|---|---|
| **ECF No.** | **Document** | **Portions To be Sealed** | **Basis for Sealing** | **Order** |
| ECF No. 750-1 | Plaintiffs' Renewed Motion for Class Certification | Portions highlighted at | Reflects Google's data logs and | |

| | | | | |
|---|---|---|---|---|
| | | pages 2, 12, 13, 14, 15, 16, 22, | systems/technical details | |
| 750-8 | Supplemental Expert Class Certification Report of Professor Zubair Shafiq, November 8, 2024 | Portions highlighted at pages 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 | Reflects Google's Data logs and systems/technical details | |
| 761-1 | Google's Opposition to Plaintiff's Renewed Motion for Class Certification | Portions highlighted at pages 6, 7, 8, 9, 10, 12, 13, 16, 17 | Reflects Google's data logs and systems/technical details | |
| 761-3 | Expert Report of Aaron Striegel | Portions highlighted at pages 2, 3, 4, 8, 9, 10, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, Appendix D | Reflects Google's data logs and systems/technical details | |
| 761-5 | Expert Report of Konstantinos Psounis | Portions highlighted at pages 3, 4, 5, 6, 7, 15, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 29, 31, 32, 33, 40, 41, 42, 43, 44, 45, 47, 49, 50; Portions highlighted in Appendix C | Reflects Google's data logs and systems/technical details | |

Dated: ____________________

______________________________
Hon. Yvonne Gonzalez Rogers
United States District Judge