Case 4:20-cv-05146-YGR    Document 776-28    Filed 07/21/22    Page 1 of 1

# EXHIBIT 29

# Redacted in its Entirety