1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)   Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com           andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)          Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com              teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor         191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                  Chicago, IL 60606
5  Telephone: (650) 801-5000                 Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                 Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)    Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com            josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)       Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com            tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)       Carl Spilly (admitted *pro hac vice*)
10 crystalnixhines@quinnemanuel.com          carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)       1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com                 Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor        Telephone: (202) 538-8000
12 Los Angeles, CA 90017                     Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100
14
   Jomaire Crawford (admitted *pro hac vice*)   Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com             jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                50 California Street, 22nd Floor
16 New York, NY 10010                           San Francisco, CA 94111
   Telephone: (212) 849-7000                    Telephone: (415) 875-6600
17 Facsimile: (212) 849-7100                    Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*

19                    UNITED STATES DISTRICT COURT
20            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21 | PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
|---|---|
| Plaintiffs, | **DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL INDICES OF EXHIBITS PURSUANT TO DKT. 779** |
| v. | |
| GOOGLE LLC, | Judge: Hon. Susan van Keulen, USMJ |
| Defendant. | |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google LLC's Administrative Motion to Seal Indices of Exhibits Pursuant to Dkt. 779 ("Indices of Exhibits"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.

5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their data logging system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's data logging infrastructure.

6. For these reasons, Google respectfully requests that the Court order Google's Indices of Exhibits to be filed under seal.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in San Francisco, California on July 25, 2022.

4  DATED: July 25, 2022                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

7                          By  */s/ Jonathan Tse*
                               Jonathan Tse

                               *Attorney for Defendant*