1    QUINN EMANUEL URQUHART & SULLIVAN, LLP

2    Diane M. Doolittle (CA Bar No. 142046)        Andrew H. Schapiro (admitted *pro hac vice*)
     dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
3    Sara Jenkins (CA Bar No. 230097)              Teuta Fani (admitted *pro hac vice*)
     sarajenkins@quinnemanuel.com                  teutafani@quinnemanuel.com
4    555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
     Redwood Shores, CA 94065                      Chicago, IL 60606
5    Telephone: (650) 801-5000                     Telephone: (312) 705-7400
     Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401
6

7    Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
     stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
8    Viola Trebicka (CA Bar No. 269526)            Xi ("Tracy") Gao (CA Bar No. 326266)
     violatrebicka@quinnemanuel.com                tracygao@quinnemanuel.com
9    Crystal Nix-Hines (CA Bar No. 326971)         Carl Spilly (admitted *pro hac vice*)
     crystalnixhines@quinnemanuel.com              carlspilly@quinnemanuel.com
10   Alyssa G. Olson (CA Bar No. 305705)           1300 I Street NW, Suite 900
     alyolson@quinnemanuel.com                     Washington D.C., 20005
11   865 S. Figueroa Street, 10th Floor            Telephone: (202) 538-8000
     Los Angeles, CA 90017                         Facsimile: (202) 538-8100
12   Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
13

14
     Jomaire Crawford (admitted *pro hac vice*)    Jonathan Tse (CA Bar No. 305468)
15   jomairecrawford@quinnemanuel.com              jonathantse@quinnemanuel.com
     51 Madison Avenue, 22nd Floor                 50 California Street, 22nd Floor
16   New York, NY 10010                            San Francisco, CA 94111
     Telephone: (212) 849-7000                     Telephone: (415) 875-6600
17   Facsimile: (212) 849-7100                     Facsimile: (415) 875-6700

18   *Attorneys for Defendant Google LLC*

19

20                       **UNITED STATES DISTRICT COURT**

21           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

22   PATRICK CALHOUN, et al., on behalf of     Case No. 5:20-cv-05146-YGR-SVK
     themselves and all others similarly situated,
23                                             **GOOGLE LLC'S INDICES OF EXHIBITS**
                   Plaintiffs,                 **PURSUANT TO DKT. 779**
24
             vs.                               The Honorable Susan van Keulen
25
     GOOGLE LLC,
26
                   Defendant.
27

28

**INDEX OF EXHIBITS TO THE DECLARATION OF JOSEF ANSORGE IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER OF SANCTIONS FOR GOOGLE'S DISCOVERY MISCONDUCT (DKT. 747-6)**

| EX. # | DOCUMENT | DATE |
|---|---|---|
| 1 | Transcript of Deposition of David Monsees, Volume 1 - Excerpts | 4/9/2021 |
| 2 | Transcript of Discovery Hearing Before Honorable Susan van Keulen - Excerpts | 4/29/2021 |
| 3 | Transcript of Discovery Hearing Before Honorable Susan van Keulen - Excerpts | 6/2/2021 |
| 4 | Transcript of Deposition of David Monsees, Volume 2 - Excerpts | 6/11/2021 |
| 5 | Transcript of Deposition of Glen Berntson - Excerpts | 6/16/2021 |
| 6 | Transcript of Deposition of Sammit Adhya - Excerpts | 11/19/2021 |
| 7 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush | 9/30/2021 |
| 8 | Transcript of Discovery Hearing Before Honorable Susan van Keulen - Excerpts | 11/4/2021 |
| 9 | Email from Timothy Schmidt to Tracy Gao re:  Calhoun v. Google LLC (N.D. Cal. Case No. 20-cv-05146) - Confidential | 11/22/2021 |
| 10 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush and Timothy Schmidt | 12/29/2021 |
| 11 | Excel Attachment to Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush and Timothy Schmidt | 12/29/2021 |
| 12 | Email from Timothy Schmidt to Jay Barnes, Josef Ansorge, Tracy Gao re: Calhoun Plaintiffs Submission | 12/30/2021 |
| 13 | Email from Timothy Schmidt to QE Brown, Ryan McGee, et al.. Re: Brown ((20-3664) Calhoun (20-5146) v. Google - Informal Parties' Experts Meet and Confer Conference this Monday - Confidential | 2/26/2022 |
| 14 | Transcript of Zoom Special Master Hearing - Excerpts | 2/24/2022 |
| 15 | Transcript of Discovery Hearing Before Honorable Susan van Keulen - Excerpts | 2/28/2022 |
| 16 | Transcript of Hearing Before Special Master Douglas Brush (in Brown v Google, 4:20-03664-YGR-SVK) - Excerpts | 3/3/2022 |
| 17 | Letter from Josef Ansorge (Quinn Emanuel) to Special Master Douglas Brush, Timothy Schmidt, Mark Mao, Jay Barnes | 3/3/2022 |
| 18 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush, Timothy Schmidt | 3/5/2022 |
| 19 | Transcript of Hearing Before Special Master Douglas Brush - Excerpts | 3/5/2022 |
| 20 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush, Timothy Schmidt | 3/8/2022 |
| 21 | Transcript of Hearing Before Special Master Douglas Brush | 3/8/2022 |

| 22 | Letter from Josef Ansorge (Quinn Emanuel) to Special Master Douglas Brush, Timothy Schmidt, Jay Barnes | 3/8/2022 |
|---|---|---|
| 23 | Transcript of Hearing Before Special Master Douglas Brush - Excerpts | 3/13/2022 |
| 24 | Transcript of Hearing Before Special Master Douglas Brush - Excerpts | 3/14/2022 |
| 25 | Transcript of Hearing Before Special Master Douglas Brush - Excerpts | 3/15/2022 |
| 26 | Email from Josef Ansorge to Jay Barnes, Tracy Gao, David Straite Re: Calhoun v. Google -- request to meet and confer | 3/22/2022 |
| 27 | Transcript of Hearing Before Special Master Douglas Brush - Excerpts | 3/23/2022 |
| 28 | Email from Josef Ansorge to Douglas Brush, Timothy Schmidt, David Straite, Jay Barnes, Lesley Weaver, Sharon Cruz, An Truong, Angelica Ornelas re:  Calhoun v. Google: Additional Descriptive Statistics re: Preserved Data | 3/23/2022 |
| 29 | Email from Timothy Schmidt to Sharon Cruz, Tracy Gao, David Straite, Lesley Weaver, Jay Barnes, Angelica Ornelas, An Truong, Adam Prom, Amy Keller, Eric Johnson re:  Calhoun v. Google, LLC; No. 4:20-cv-03664-YGR-SVK; Wed 3/15 Conference | 3/18/2022 |
| 30 | Email from Douglas Brush to Lesley Weaver, Tracy Gao, Jay Barnes, Timothy Schmidt, David Straite, Sharon Cruz, Angelica Ornelas, An Truong, Adam Prom, Stephen Broome, Andrew Schapiro re:  Calhoun v. Google - Brief Update re Search Requests and Google Production | 4/1/2022 |
| 31 | Letter from Josef Ansorge (Quinn Emanuel) to Special Master Douglas Brush, Timothy Schmidt, Jay Barnes | 4/28/2022 |
| 32 | Letter from Josef Ansorge (Quinn Emanuel) to Special Master Douglas Brush, Timothy Schmidt, Jay Barnes | 4/29/2022 |
| 33 | Transcript of Hearing Before Special Master Douglas Brush | 4/2/2022 |
| 34 | Submission to Special Master – Spreadsheet of "Data Sources Searched" | 11/23/2021 |
| 35 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt) to Special Master Douglas Brush, Timothy Schmidt | 3/3/2022 |
| 36 | Letter from Jay Barnes (Simmons Hanly) to Josef Ansorge | 7/27/2021 |
| 37 | Plaintiffs' Notice of Deposition of Defendant Google, LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6) | 9/9/2021 |
| 38 | Letter from Lesley Weaver (Bleichmar Fonti) to Josef Ansorge | 9/22/2021 |
| 39 | Transcript of Deposition of Tim Schumann | 1/13/2022 |

**INDEX OF EXHIBITS TO THE DECLARATION OF ALYSSA G. OLSON IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER OF SANCTIONS FOR GOOGLE'S DISCOVERY MISCONDUCT (DKT, 747-7)**

| EX. # | DOCUMENT | DATE |
|-------|----------|------|
| 1 | Chrome Sync - Payments Integration Service for "Payments on Sign-In" | 8/10/2018 |
| 2 | Email from maxbogue@chromium.org to maniscaclo@chromium.org re: [chromium-reviews] Add PSS::RemoveClientFromServer() and call it on STOP _SYNC shutdowns. (issue 864993002 by maxbogue@chromium.org) | 1/21/2015 |
| 3 | Email from Marc Treib to Bettina Dea re: Metrics about extensions from Sync'd data | 10/16/2018 |
| 4 | Defendant Google LLC's Responses and Objections to Plaintiffs' First Set of Requests for Admission (Nos. 1-45) | 7/1/2022 |
| 5 | Defendant Google LLC's Responses and Objections to Plaintiffs' Fifth Set of Interrogatories (No. 21-42) | 1/31/2022 |
| 6 | ▮▮▮▮ Leads Meeting - OG/MyGoogle/P&S/PDPO | 12/18/2020 |
| 7 | ▮▮ sync notes | 12/2/2020 |
| 8 | ▮▮▮▮ Stakeholder Interview Summary | 1/29/2021 |
| 9 | Notes from interview with Rahul | 8/5/2020 |
| 10 | ▮▮▮ Perspective Readout | 9/2/2020 |
| 11 | PDPO UX - Team Snippets - go/pdpo-ux-snippets | 9/15/2020 |
| 12 | ▮▮▮ Meeting Notes | 3/16/2021 |
| 13 | Team Snippets - go/pdpo-ux-snippets | 8/27/2020 |
| 14 | ▮▮▮ Detailed Planning (▮▮ ▮▮▮▮ | 12/15/2020 |
| 15 | ▮▮▮ Workbench | 6/23/2020 |
| 16 | Transcript of Deposition of Sam Heft-Luthy - Excerpts | 12/1/2021 |
| 17 | Letter from Lesley E. Weaver (Bleichmar Fonti) to Jomaire Crawford (Quinn Emanuel) | 12/30/2021 |
| 18 | Letter from Jomaire Crawford (Quinn Emanuel) to David Straite (Dicello Levitt) and Lesley Weaver (Bleichmar Fonti) | 12/31/2021 |
| 19 | Google Privacy & Data Protection Office - Privacy Experience Vignettes (Draft Agency Brief) | 12/18/2020 |
| 20 | Email from Mediha Abdulhay to Sam Heft-Luthy, Yingsi Zhang, re: ▮▮▮ project info | 7/28/2020 |
| 21 | Google Calendar Invitation Acceptance from Kate Charlet to Sam Heft-Luthy re: Kate <> ▮▮▮ Sync | 7/31/2020 |
| 22 | Google Calendar Invitation Acceptance from Sam Heft-Luthy to kallebu@google.com re: ▮▮▮ Chat | 7/28/2020 |
| 23 | Google Calendar Invitation Acceptance from Sam Heft-Luthy to Mimosa Lynch re: ▮▮▮ Stakeholder Interview | 8/5/2020 |
| 24 | Google Calendar Invitation from kallebu@google.com to Sam Heft-Luthy, Ian Alexander, re: ▮▮▮ Interview with Ian | 8/7/2020 |

| 25 | Google Calendar Invitation Acceptance from Sam Heft-Luthy to Mimosa Lynch re: ███████/Yooki/Kalle/Sam/Mimosa Sync | 8/12/2020 |
|----|------|------|
| 26 | Google Calendar Invitation from Sam Heft-Luthy to Mimosa Lynch, Keith Enright, kallebu@google.com, re: [███████] Keith - Stakeholder Interview | 8/26/2020 |
| 27 | Google Calendar Invitation Acceptance from Priscilla Penha to Sam Heft-Luthy re: Priscilla / Sam | 8/10/2010 |
| 28 | Google Calendar Invitation from Al Verney to Sam Heft-Luthy, Mimosa Lynch, kallebu@google.com, burnel@google.com, re: [███████] Al Verney - Stakeholder Interview | 8/11/2020 |
| 29 | Google Calendar Invitation from David Monsees to Vlad Adzic, hanseni@google.com, Sam Heft-Luthy, Mimosa Lynch, kallebu@google.com, re: ███████ Stakeholder interview request | 8/21/2020 |
| 30 | Google Calendar Invitation Acceptance from David Monsees to Mimosa Lynch re: ███████] David - Stakeholder Interview | 8/31/2020 |
| 31 | Google Calendar Invitation from Giles Hogben to Sam Heft-Luthy, Mimosa Lynch, kallebu@google.com, re: [███████] Stakeholder Interview with Giles | 8/24/2020 |
| 32 | Google Calendar Invitation from Jonathan McPhie to Sam Heft-Luthy, Mimosa Lynch, Kalle Buschmann, re: Jonathn chat re:███████ | 9/15/2020 |
| 33 | Google Calendar Invitation from Sam Heft-Luthy to Mark Risher, devonheston@google.com, Mimosa Lynch, et al., re: Privacy Narrative + ███████ Follow Up | 10/19/2020 |
| 34 | Google Calendar Invitation from Sam Heft-Luthy to Mark Risher, devonheston@google.com, Mimosa Lynch, et al., re: Privacy Narrative + ███████ Follow Up | 10/20/2020 |
| 35 | Google Calendar Invitation Acceptance from Sam Heft-Luthy to Mark Risher re: Privacy Narrative + ███████ Follow Up | 11/3/2020 |
| 36 | Google Calendar Invitation from Jonathan McPhie to Sam Heft-Luthy, Yingsi Zhang, Kalle Buschmann, re: ███████ Experience Articulation | 12/4/2020 |
| 37 | Letter from Jay Barnes (Simmons Hanly), Lesley Weaver (Bleichmar Fonti), David Straite (DiCello Levitt), to Jonathan Tse (Quinn Emanuel) | 1/18/2022 |
| 38 | Transcript of Deposition of Mediha Abdulhay - Excepts | 4/12/2022 |
| 39 | Google Privacy & Data Protection Office - ███████ Perspective - Toward a ███████ Google experience | 3/29/2022 |
| 40 | Why our approach to consent negatively impacts trust | 10/7/2020 |
| 41 | From consent to pleasant surprise - WIP v0.85 - Last updated Aug 3 | 8/3/2020 |
| 42 | From consent to pleasant surprise - WIP v0.85 - Last updated Aug 3 | 8/3/2020 |
| 43 | Why our approach to consent negatively impacts trust | 10/7/2020 |

DATED:  July 25, 2022                    QUINN  EMANUEL  URQUHART  &  SULLIVAN, LLP


By _____/s/ Andrew H. Schapiro_____
             Andrew H. Schapiro

    Andrew H. Schapiro (admitted *pro hac vice*)
    andrewschapiro@quinnemanuel.com
    Teuta Fani (admitted *pro hac vice*)
    teutafani@quinnemanuel.com
    191 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    Telephone: (312) 705-7400
    Facsimile: (312) 705-7401

    Diane M. Doolittle (CA Bar No. 142046)
    dianedoolittle@quinnemanuel.com
    Sara Jenkins (CA Bar No. 230097)
    sarajenkins@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Stephen A. Broome (CA Bar No. 314605)
    stephenbroome@quinnemanuel.com
    Viola Trebicka (CA Bar No. 269526)
    violatrebicka@quinnemanuel.com
    Crystal Nix-Hines (Bar No. 326971)
    crystalnixhines@quinnemanuel.com
    Alyssa G. Olson (CA Bar No. 305705)
    alyolson@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Jomaire A. Crawford (admitted *pro hac vice*)
    jomairecrawford@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone: (212) 849-7000
    Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*