# EXHIBIT B

# Exhibit B

**Firm Name: Pritzker Levine LLP**
Time through 7/31/2025

| | | Categories | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Professional Name (Status)** | **Hourly Rate** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **Current Hours** | **B4T Cumulative Lodestar** |
| Jonathan K. Levine (P) | $1,200 | 184.90 | 5.60 | 10.50 | 0.70 | 191.80 | 108.40 | 228.00 | 61.20 | 265.60 | 737.80 | | 71.10 | | | 25.80 | 638.60 | | 471.20 | 193.10 | | | 13.20 | 3207.50 | $3,849,000.00 |
| Elizabeth C. Pritzker (P) | $1,200 | 282.30 | 8.20 | 39.50 | 3.70 | 457.20 | 401.60 | 260.80 | 40.50 | 331.90 | 956.30 | 12.90 | 262.30 | | | 28.80 | 211.90 | 52.50 | 495.30 | 163.00 | | | 21.60 | 4030.30 | $4,836,360.00 |
| Bethany Caracuzzo (P) | $1,100 | 19.20 | | 3.50 | 0.30 | 241.40 | 30.90 | 79.60 | 23.10 | 105.50 | 437.80 | 90.10 | 534.20 | | 659.90 | 8.90 | 146.20 | 97.70 | 350.90 | 233.70 | 40.80 | | | 3103.70 | $3,414,070.00 |
| Heather P. Haggarty (A) | $300 | 80.80 | | | | | | | | | | | | | | | | | | | | | | 80.80 | $24,240.00 |
| Caroline Corbitt (A) | $800 | 5.60 | | | | 128.40 | 122.30 | 37.00 | 11.50 | 77.00 | 161.60 | | 36.60 | | 108.70 | 12.80 | 62.80 | | 177.30 | 84.30 | 182.90 | | 13.50 | 1222.30 | $977,840.00 |
| Caroline Corbitt (A) - - Type 1 Doc Review | $325 | | | | | | | | | | | | | 20.80 | | | | | | | | | | 20.80 | $6,760.00 |
| Joanna Dowaliby (Paralegal) | $295 | 62.20 | | 1.00 | | | | | | | 0.20 | | | | | | | | | 0.40 | | | | 63.80 | $18,821.00 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total:** | | **635.00** | **13.80** | **54.50** | **4.70** | **1018.80** | **663.20** | **605.40** | **136.30** | **780.00** | **2293.70** | **103.00** | **904.20** | **20.80** | **768.60** | **76.30** | **1059.50** | **150.20** | **1494.70** | **674.50** | **223.70** | **0.00** | **48.30** | **11,729.20** | **$13,127,091.00** |

**Categories:**
(1) Case Management
(2) Fact Investigation
(3) Pleadings
(4) Client/Class Member Communications
(5) Lead Counsel/PEC Meetings
(6) Experts/Consultants/Daubert Motions
(7) Settlement/Mediation
(8) Court Appearances
(9) Dispositive Motions
(10) Class Action Certification and Notice
(11) Research
(12) Discovery - Written
(13) Discovery - Tier I Review (**Rate Limit $325/hour**)
(14) Discovery - Tier II Analysis
(15) Discovery - Third Party
(16) Discovery - Depositions (Nonexpert)
(17) Discovery - Experts
(18) Discovery - Motions
(19) Analysis/Strategy
(20) Trial Preparation
(21) Trial
(22) Appeal

**Professional Status:**
(P) Partner
(OC) Of Counsel
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(O) Other - specify