# EXHIBIT C

# Exhibit C

Pritzker Levine LLP – Annual Hours and Lodestar

| Year | Sum of Time | Sum of Lodestar |
|---:|---:|---:|
| **2021** | 672.20 | $776,710.00 |
| **2022** | 3378.10 | $3,803,830.00 |
| **2023** | 4424.90 | $4,948,202.00 |
| **2024** | 2054.20 | $2,238,879.00 |
| **2025** | 1199.80 | $1,359,470.00 |
| **Grand Total** | **11,729.20** | **$13,127,091.00** |