# EXHIBIT D

# Exhibit D

Pritzker Levine LLP – Expenses

| Description | Cumulative Total |
|---|---|
| Court Fees (filing, etc.) | |
| Court Reporters/Transcripts | |
| Computer Research **(Westlaw & Pacer)** | $9,645.35 |
| Reproduction/Duplication/Copies | $2,205.65 |
| Notice Costs | |
| Express Delivery/Messenger **(FedEx)** | $1,379.56 |
| Pre-approved Professional Fees/Services (expert, investigator, accountant, etc.) | |
| Service of Process | |
| Telephone/Fax/Postage | |
| Travel: | |
| ** Airline (Professional/Destination/Purpose) | $9,751.88 |
| ** Ground Travel - E.g., Taxi/Lyft/Uber (Professional/Destination/Purpose) | $2,198.81 |
| ** Mileage (Professional/Origination-Destination/Purpose) @ Max IRS Rate | |
| ** Meals (Professional/Purpose) | $6,057.98 |
| ** Lodging (Professional/Destination/Purpose) | $14,157.07 |
| ** Other (Describe/Professional/Destination/Purpose) | |
| Litigation Assessments | |
| Miscellaneous: (Describe): **All Counsel Meeting Meals** | $1,418.14 |
| | ($320,000.00)[1] |
| **TOTAL EXPENSES** | **$46,814.44** |

[1] Contributions paid by Pritzker Levine LLP to the plaintiffs' common litigation fund are accounted for separately, so are excluded from this individual law firm cost summary.