# EXHIBIT E

# Exhibit E

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | **All Firms' Cumulative Time by Category** | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | Through July 31, 2025 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | **Firm Name** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **19** | **20** | **21** | **22** | **Total Hours** | **Total Lodestar** |
| 7 | Bleichmar Fonti & Auld LLP | 13.80 | 82.80 | 250.40 | 15.40 | 295.10 | 839.70 | 218.40 | 86.10 | 397.70 | 941.00 | 107.20 | 1150.40 | 1810.60 | 2320.20 | 756.80 | 2030.40 | 267.10 | 1137.20 | 17.30 | 15.00 | 0.00 | 16.40 | 12769.00 | $8,347,267.00 |
| 8 | Bottini & Bottini Inc. | 222.00 | 2.60 | 64.20 | 74.40 | 142.60 | 17.60 | 48.20 | 8.60 | 97.70 | 66.20 | 145.50 | 325.90 | 798.60 | 240.90 | 64.90 | 99.10 | 1.20 | 161.90 | 44.50 | 62.00 | 0.00 | 0.90 | 2689.50 | $1,671,693.00 |
| 9 | Cotchett Pitre & McCarthy LLP | 90.90 | 39.40 | 342.60 | 63.20 | 926.20 | 353.30 | 162.40 | 45.60 | 585.30 | 871.60 | 101.50 | 562.00 | 2301.80 | 144.20 | 189.00 | 270.40 | 572.10 | 300.40 | 130.70 | 85.70 | 0.00 | 8.40 | 8146.70 | $5,146,010.00 |
| 10 | DiCello Levitt LLP | 207.90 | 8.60 | 11.00 | 165.80 | 398.00 | 27.60 | 164.30 | 84.90 | 45.80 | 239.70 | 28.20 | 438.50 | 1749.80 | 24.20 | 8.50 | 1692.30 | 38.30 | 138.10 | 206.90 | 0.00 | 0.00 | 0.00 | 5688.60 | $3,930,716.50 |
| 11 | Pritzker Levine LLP | 635.00 | 13.80 | 54.50 | 4.70 | 1018.80 | 663.20 | 605.40 | 136.30 | 780.00 | 2293.70 | 103.00 | 904.20 | 20.80 | 768.60 | 76.30 | 1059.50 | 150.20 | 1494.70 | 674.50 | 233.70 | 0.00 | 48.30 | 11729.20 | $13,127,091.00 |
| 12 | Simmons Hanly Conroy LLP | 37.70 | 91.20 | 204.20 | 36.10 | 234.80 | 128.30 | 37.40 | 10.40 | 21.20 | 272.00 | 120.00 | 668.70 | 1428.40 | 138.00 | 61.40 | 538.20 | 268.10 | 827.20 | 134.00 | 61.30 | 0.00 | 1.90 | 5365.50 | $4,287,737.50 |
| 13 | Gupta Wessler | | | | | | | | | | | | | | | | | | | | | | 133.25 | 133.25 | $163,300.00 |
| 14 | **Total:** | **1207.30** | **238.40** | **926.90** | **359.60** | **3015.50** | **2029.70** | **1236.10** | **371.90** | **1927.70** | **4684.20** | **605.40** | **4049.70** | **8110.00** | **3636.10** | **1156.90** | **5689.90** | **1297.00** | **4059.50** | **1207.90** | **457.70** | **0.00** | **209.15** | **46521.75** | **$36,673,815.00** |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | **Categories:** | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | (1) Case Management | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | (2) Fact Investigation | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | (3) Pleadings | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | (4) Client/Class Member Communications | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | (5) Lead Counsel/PEC Meetings | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | (6) Experts/Consultants/Daubert Motions | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | (7) Settlement/Mediation | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | (8) Court Appearances | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | (9) Dispositive Motions | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | (10) Class Action Certification and Notice | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | (11) Research | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | (12) Discovery - Written | | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | (13) Discovery - Tier I Review (**Rate Limit $325/hour**) | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | (14) Discovery - Tier II Analysis | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | (15) Discovery - Third Party | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | (16) Discovery - Depositions (Nonexpert) | | | | | | | | | | | | | | | | | | | | | | | | |
| 33 | (17) Discovery - Experts | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | (18) Discovery - Motions | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | (19) Analysis/Strategy | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | (20) Trial Preparation | | | | | | | | | | | | | | | | | | | | | | | | |
| 37 | (21) Trial | | | | | | | | | | | | | | | | | | | | | | | | |
| 38 | (22) Appeal | | | | | | | | | | | | | | | | | | | | | | | | |