COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
AARTI REDDY (SBN 274889)
(areddy@cooley.com)
KYLE C. WONG (SBN 224021)
(kwong@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:     +1 212 479 6000
Facsimile:     +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

*Additional counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br><br>This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT & MOTION FOR ATTORNEYS' FEES AND ORDER; AS AMENDED BY THE COURT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC ("Google" and collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS, on September 2, 2025, Plaintiffs filed a Motion for Final Approval of Class Action Settlement, ECF No. 777 (the "Approval Motion");

WHEREAS, as part of their settlement agreement, the Parties agreed to "request that the Court enter a briefing schedule under which any opposition or response from Google [to the Approval Motion] will be filed by no later than November 12, 2025, and any reply from Plaintiffs will be filed by no later than December 22, 2025."

WHEREAS, Plaintiffs filed a Motion for an Award of Attorneys' Fees and Expenses (the "Fee Motion") on October 3, 2025, ECF No. 781;

WHEREAS, the Parties agree that a briefing schedule on the Fee Motion should be set (1) to permit adequate time for a complete presentation of the issues raised in the Fee Motion, and (2) to allow briefing on the Fee Motion to be completed at the same time as the additional briefing (if any) on the Approval Motion;

WHEREAS, no hearing date has yet been set for the Approval Motion or the Fee Motion, and Plaintiffs have requested that the Court set a hearing on the Approval and Fee Motions on or after January 13, 2026;

NOW, THEREFORE, the Parties stipulate as follows, subject to the Court's approval:

1. The Approval Motion's briefing schedule shall be as follows:

| Event | Date |
|---|---|
| Response to Approval Motion (if any) Due | November 12, 2025 |
| Reply in Support of Approval Motion (if any) Due | December 22, 2025 |

2. The Fee Motion's briefing schedule shall be as follows:

| Event | Date |
|---|---|
| Response to Fee Motion Due | November 26, 2025 |
| Reply in Support of Fee Motion Due | December 22, 2025 |

Respectfully submitted,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

1

2    Dated: October 13, 2025                    COOLEY LLP

3

4                                              /s/ Whitty Somvichian
                                               Whitty Somvichian
5
                                               Attorney for Defendant
6                                              GOOGLE LLC

7

8    Dated: October 13, 2025                    PRITZKER LEVINE LLP

9

10                                             /s/ Elizabeth C. Pritzker
                                               Elizabeth C. Pritzker (Cal. Bar No.146267)
11
                                               Jonathan K. Levine (Cal. Bar No. 220289)
12                                             Bethany Caracuzzo (Cal. Bar No. 190687)
                                               Caroline Corbitt (Cal Bar No. 305492)
13                                             1900 Powell Street, Ste. 450
                                               Emeryville, CA 94602
14                                             Tel.: (415) 692-0772
                                               ecp@pritzkerlevine.com
15                                             jkl@pritzkerlevine.com
                                               bc@pritzkerlevine.com
16                                             ccc@pritzkerlevine.com

17                                             *Interim Class Counsel*

18                                             **BLEICHMAR FONTI & AULD LLP**
                                               Lesley Weaver (Cal. Bar No.191305)
19                                             Anne K. Davis (Cal. Bar No. 267909)
                                               Joshua D. Samra (Cal. Bar No. 313050)
20                                             1330 Broadway, Suite 630
                                               Oakland, CA 94612
21                                             Tel.: (415) 445-4003
                                               lweaver@bfalaw.com
22                                             adavis@bfalaw.com
                                               jsamra@bfalaw.com
23
                                               **SIMMONS HANLY CONROY LLP**
24                                             Jason 'Jay' Barnes (admitted pro hac vice)
                                               An Truong (admitted pro hac vice)
25                                             112 Madison Avenue, 7th Floor
                                               New York, NY 10016
26                                             Tel.: (212) 784-6400
                                               jaybarnes@simmonsfirm.com
27                                             atruong@simmonsfirm.com

28                                             **DICELLO LEVITT LLP**
                                               David A. Straite (admitted pro hac vice)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (212) 784-6400
Tel: (646) 993-1000
dstraite@dicellolevitt.com

James Ulwick (admitted pro hac vice)
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
julwick@dicellolevitt.com

**COTCHETT PITRE & MCCARTHY, LLP**
Nanci E. Nishimura (Cal. Bar No. 152621)
Brian Danitz (Cal Bar. No. 247403)
Karin B. Swope (admitted pro hac vice)
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
nnishimura@cpmlegal.com
bdanitz@cpmlegal.com
kswope@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (Cal. Bar No. 175783)
Aaron P. Arnzen (Cal. Bar. No. 218272)
7817 Ivanhoe Ave., Ste. 102
La Jolla, CA 92037
Tel.: (858) 914-2001
fbottini@bottinilaw.com
aarnzen@bottinilaw.com

*Counsel for Plaintiffs and the Proposed Class*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on October 13, 2025, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing for the approval and fees motions is hereby set for February 3, 2026.

Dated:   October 16, 2025

Hon. Yvonne Gonzalez Rogers
United States District Judge

324659501

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE
SETTLEMENT BRIEFING SCHEDULE
CASE NO. 4:21-CV-02155-YGR-VKD