# EXHIBIT A

# Signed in RTB Control





# Signed in RTB Control

## Partner Ad Settings page



## Confirmation modal



## Success message



# Signed out RTB Control

## Partner Ad Settings page


## Confirmation modal


## Success message
