# EXHIBIT B

# How Google uses your information for Display Advertising on partner sites, apps, and other services in the United States

When you visit sites and apps (or similar online services like Connected TV), you may see image or video ads appear on the page you are visiting. This is called Display Advertising. These Display ads keep many of these sites, apps and services free of charge.

Companies that own sites and apps (or similar services) can use Google Display Advertising tools to show you ads in empty windows on their pages, sometimes known as "ad slots." The companies then use these tools provided by Google to connect with Advertisers (or Advertising Partners working on the Advertiser's behalf) to:

- provide Advertising Partners with information about the ad slot and the page or content you are looking at,
- provide these companies with information about your previous visits to this or other sites, apps and similar services in order to understand what ads would interest you, and
- show you ads.

When you visit a website that uses Google Display Advertising tools, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps and connected TV devices that use Google advertising services may also share information with Google, such as the name of the app or channel and a unique identifier for advertising. Advertising Partners receive information about the ad slot, and they can then choose whether to bid for the opportunity to show an ad in that slot.

## How do you control what information Google collects and discloses in Display Advertising?

When you visit a site, app or service that uses a Google Display Advertising tool on the page you are visiting, that site, app or service may show you a message that:

- describes how it may use  cookies, mobile IDs or other information stored on your device, including to show you personalized ads;

- tells you about the "vendors" (companies) that can receive information about you and your device in order to help these companies decide if they want to buy the ad slot, and/or
- gives you controls (e.g., links or settings that allow you to opt-out) over the information these vendors can receive about you and your device when serving personalized ads on the page you are visiting.

You can also control whether to allow personalized advertising and whether to allow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google. If you turn off this control, Bid Request Data (defined below) sent to Advertising Partners will omit more specific details about your browser or device.

Learn more about who can receive information about you and your device.

## How do I contact Google if I have questions?

If you have additional questions or requests related to your rights, you can contact Google.

# More information on how Google Display Advertising tools process your personal data

## Key terms

**Advertisers**
Advertisers are companies that own sites and apps (or similar services) that use Google Display Advertising tools to understand more about the people visiting their sites, apps or services, and to improve the way they can show you ads on other sites, apps and services.

**Advertising Partners**
These are companies working on the Advertiser's and Publisher's behalf. For example, they help Advertisers buy ad slots on Publisher sites and apps (or similar services). They also help Publishers sell ad slots. Learn more about Advertising partners.

**Publishers**
Publishers are companies that own sites and apps (or similar services) that use Google Display Advertising tools to show you ads on the site, app or similar service you are viewing.

## Categories of data processed by Display Advertising tools

The exact information Google collects about you and your device depends on choices you have made in your ad settings, and the browser or device you are using. It may also depend on the permissions you give in consent messages (sometimes known as "cookie banners") that appear on some sites, apps, or other services, or in the privacy controls offered by those services.

Consent messages may be presented to you when you visit a site, app or other service. The consent messages may let you choose whether companies (including Google) collect information about you and your device to learn more about your interests and, therefore, understand what type of ads would interest you. This information can be stored in a personalized advertising profile.

The exact information Google collects about you may also depend on instructions we receive from Publishers. For example, Publishers may choose to send Google identifiers that are used for things like frequency capping, audience segmentation and audience targeting, sequential ad rotation, and other audience-based ad delivery controls across devices.

The below tables provide more information on data processed when Google provides Display Advertising services to Publishers and Advertising Partners.

## Data received when a Publisher requests ads ("Ad Request Data")

| Data type | Examples of information |
|---|---|
| Information about an ad space (slot) | Ad slot identifier assigned by the Publisher; allowed ad width and height; supported formats or types of ad media or technology; location of the ad slot on the page; Publisher targeting parameters |
| Content surrounding an ad space | Web page or content URL; mobile app ID; video content description |
| Publisher information | Identifier that enables Google to know who the Publisher is ("Publisher identifier") |
| Publisher-provided information | Publisher-provided identifier; Secure Signals; Publisher first-party IDs |

| Information about your device or browser | Browser and operating system type and version, information about your device, including model, brand, battery and storage information; preferred languages; referrer information; app installation source |
| --- | --- |
| | For personalized ads and non-personalized ads requests from a web browser, cookies in doubleclick.net domain or the Publisher domain that may contain a user-resettable identifier for advertising |
| | For personalized ads and non-personalized ads requests from a mobile or a connected TV device, a device advertising identifier and (if available) user authentication identifier |
| Information about a browsing or in-app session | Identifier of the current web page view or in-app session; width and height of the browser window |
| Network information | IP address; HTTP and other network headers; Carrier information (mcc/mnc), network state |
| Privacy settings | Whether a Publisher requests non-personalized or limited ads or requests ads directed at children |
| Publisher ad tag or advertising software development kit (SDK) information | Ad tag or SDK type and version |
| Supported advertising technologies | Application programming interfaces (APIs) supported by your device; the Publisher ad tag or the software development kit (SDK); Apple's SKAdNetwork for measuring ad-driven application installations; Open Measurement SDK |
| Third-party demand information | Bid responses and bids received from a Publisher's Advertising Partners, such as header bidding partners through header bidding trafficking |
| Signals for detecting and preventing ad fraud and abuse | Proprietary signals collected from a device or a web browser that help detect invalid activity |
| Google Analytics information | Session ID; App Analytics ID |
| Experimental and debugging information | Set of active experiments; date and time of the ad request; other ad load timing parameters |
| | For app, system health metrics; crash analytics and reports; app launch time; hang rate; energy usage |

## Data disclosed to Advertising Partners in the bid request ("Bid Request Data")

| Data type | Examples of information |
| --- | --- |
| Information about an ad space (slot) | Ad slot identifier; allowed ad width and height; supported formats or types of media; whether the slot is above or below the fold; historical viewability and click-through-rate |
| Content surrounding the ad space | Web page URL; mobile app ID; video content description |
| Publisher information | Publisher identifier; billing country; Advertising Partners involved in selling ad space |

| Publisher-provided information | Secure Signals; Publisher-provided signals |
| --- | --- |
| Publisher configuration settings | Categories of ads disallowed by a Publisher; direct deals between a Publisher and a buying Advertising Partner; minimal price a Publisher wishes to be paid for showing an ad |
| Information about your device or browser | Approximate detected device geolocation; IP address; user-resettable advertising identifiers for a browser, based on cookies, or a device; device model and brand; browser brand and version; operating system brand and version |
| Privacy settings | Whether fields in the bid request were redacted or generalized |
| Supported advertising technologies | Application programming interfaces (APIs) supported by your device; the Publisher ad tag or the software development kit (SDK); Apple's SKAdNetwork for measuring ad-driven application installations; Open Measurement SDK |

## Data received when an ad is shown

| Data type | Examples of information |
| --- | --- |
| Information about the related ad request | Reference to the ad request that resulted in selecting the ad, data about the selected ad |
| Information about your device or browser | Browser and operating system type and version, device model and brand (as part of user-agent information); preferred browser languages<br><br>For personalized ads and non-personalized ads requests from a web browser, cookies in doubleclick.net domain or the Publisher domain that may contain a user-resettable identifier for advertising<br><br>For personalized ads and non-personalized ads requests from a mobile or a connected TV device, a device advertising identifier |
| Network information | IP address; HTTP and other network headers |
| Signals for detecting and preventing ad fraud and abuse | Proprietary signals collected from a device or a web browser that help detect invalid activity |
| Interaction data | Information on how you interact with an ad, such as whether you click on it; interactions with a video in an ad (such as whether it is muted, paused, skipped, expanded or collapsed) |
| Information related to the rendering of the ad | Information related to the rendering of the ad, such as error messages; client-side ad selection and whether and for how long the ad shows up on screen |

## Data received from our Advertising Partners when they submit a bid for the ad slot

| Data type | Examples of information |
| --- | --- |
| Information about the ad | The ad's dimensions; the page you will be directed to if you click on the ad; the HTML code your browser will render to request the ad from the Advertising Partner's server |
| Information about the bid for the ad slot | The amount the Advertising Partner bids for the ad slot |

## Data disclosed to Publishers about ad transactions

Data disclosed to Publishers for reporting, analysis, optimization, personalization, and auditing purposes is done both at the event-level and in aggregate. Except for anonymized benchmark data, this information is only ever disclosed to the Publisher originating the ad request.

| Data type | Examples of information |
|---|---|
| Information provided by the Publisher about the request in relation to you and the ad slot | The ad slot parameters; rules and targeting configured by the Publisher; freeform text provided by the Publisher, browser, geography<br><br>Per-Publisher third and/or first party identifiers about you or your device provided in ad request (provided ads personalization is permitted) |
| Information about the ad that was returned | The buying Advertising Partner; the transacting deal; the detected Advertiser; the Publisher payment for the ad; the ad creative |
| Information about the ad's visibility and your interactions with it | If the ad was shown on screen (Active View); if you clicked on an ad; if you muted an ad |

## Data we use to display the ads

| Data type | Examples of information |
|---|---|
| Network information | IP address; HTTP and other network headers |
| Information about an ad space (slot) | Ad slot identifier; allowed ad width and height; supported formats or types of media; whether the slot is above or below the fold |

## Data used for "cookie matching"

| Data type | Examples of information |
|---|---|
| Information about your device or browser | Browser and operating system type and version; device model and brand (as part of user-agent information); preferred browser languages |
| Pseudonymous cookie-based user identifiers | For requests from a web browser: cookies in doubleclick.net domain or other ad techs' domains. The cookies may contain a user-resettable identifier for advertising (for personalized and non-personalized ads) |
| System debug information | Account ID of the cookie matching partner; hostname of the Google machine that starts the request; timestamp of when the request started; details of whether the request was over SSL |

## How your data is used

Google uses your information to provide the Display Advertising tools for the purposes described below:

| How your data is used | What data is used |
|---|---|
| **To display ads.** We process your information so we know where to send ads that are served using the Display Advertising tools. For example, we process your IP address in order to send ads to the page you're reading on your device. We also use information about the ad slot to make sure the ad we serve is appropriate (such as to make sure it is the right size to fit into the ad slot on the page). | • Data we use to display ads |
| **To select ads that you will see (whether or not the ad is personalized to you).** We process data to determine the types of ads you see and which Advertising Partners are eligible to receive certain data. The data collected and disclosed will depend on the permissions you give in your ad settings, including in the banner that may be presented to you when you visit the Publisher's site, app or service, or in the privacy controls offered by those services.<br><br>Ads are shown to you according to factors like the time of day, the topic of the site you are visiting or your general location (using part of your IP address). For example, you might see a restaurant ad for lunch specials because you're reading a blog about lunch recipes. Or you might see an ad for a roofing business because you are on a site about home repair.<br><br>We process data to limit the amount of times you see the same ad.<br><br>Depending on the permissions you give, we will disclose Bid Request Data to our Advertising Partners, who use it to decide whether they want to make a bid for an ad slot on the Publisher's site, app or service. If one or more of our Advertising Partners decide to submit a bid for the relevant ad slot, Google processes the data we receive from them to determine the winning bid and show the relevant ad on the Publisher's site, app or service. | • Data received when a Publisher requests ads ("Ad Request Data")<br><br>• Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>• Data received from our Advertising Partners when they submit a bid for ad space |
| **To show personalized ads.** We use data to show personalized ads on Publisher sites, apps and services. Ads can be personalized based on your inferred interests. These inferences are derived from cookies and other identifiers that give information about your previous interactions with sites, apps and other services (including Advertisers' sites, apps and services).<br><br>We process data to determine the types of ads you see and determine the Advertising Partners which are eligible to receive data for ads personalization. The data collected and disclosed will depend on the permissions you give your ad settings and in a consent message that may be presented to you when you visit the site, app or service, or in the privacy controls offered by those services.<br><br>When showing personalized ads, we will disclose Bid Request Data to our Advertising Partners, who use it to decide whether they want to make a bid for the ad slot on the Publisher's site, app or service. If one or more of our Advertising Partners decide to submit | • Data received when a Publisher requests ads ("Ad Request Data")<br><br>• Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>• Data received from our Advertising Partners when they submit a bid for ad space<br><br>• Data used for cookie matching |

| | |
|---|---|
| a bid for the relevant ad slot, Google processes this information to determine the winning bid and show the relevant ad on the Publisher's web, app or service.<br><br>Information from cookies and identifiers is collected, stored and combined with other information about you (for example, information from your previous visits to this site, app or service, or your previous visits to other sites, apps and services) in order to generate a personalized ads profile and to show you ads that would interest you. Your profile will include information on products and services you are likely to be interested in, and Advertisers use this information to serve you personalized ads. For example, if you visited a site and looked at red shoes, your profile will record that you are interested in red sneakers. An Advertiser that sells red sneakers could then choose to serve you a personalized ad for red sneakers when you visit another site, app or service.<br><br>Some of our Advertising Partners also use a feature called "cookie matching" to personalize ads. This feature allows our Advertising Partners to match cookies or identifiers that they have collected when a user browsed certain sites, services and apps with cookies that they receive when they use the Display Advertising tools. These cookies are stored in "match tables" and may be used by our Advertising Partners for a number of reasons, including to personalize ads. For example, an Advertiser can use the cookie matching service to match cookies that they collected when you visited their site with a cookie that they receive in the Display Advertising tools. If you use the controls to disallow personalized advertising or to disallow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google, cookie matching will also be disabled on that impression.<br><br>Advertising Partners may also use information accessed from application programming interfaces (APIs) supported by your device to show you personalized ads. | |
| **To measure how you view or click on ads.** We use data for analytics and measurement to understand how the Display Advertising tools are used. For example, we measure the performance of ads placed via the Display Advertising tools, including by analysing the performance of different types of ad formats. This includes analysing metrics such as viewability (whether an ad displayed on a page is visible to you) or click through rates (how often people click on an ad). These metrics can help Publishers and Advertising Partners understand how ads are performing, including whether you bought their goods or services after viewing or clicking on the ad. They are also used for billing and payment purposes.<br><br>We collect, store, aggregate, analyze and combine data, and may disclose data with our Advertising Partners, for this purpose. | • Data received when an ad is shown<br><br>• Data disclosed to Advertising Partners in the bid request ("Bid Request Data") |
| **Provide, maintain and improve the Display Advertising tools for Publishers and Advertisers, and understand how the Display Advertising tools are being used.** We use data to make sure our Display Advertising tools are working properly and to provide services that meet the needs of Publishers and Advertising Partners that use these tools. | • Data received when a Publisher requests ads ("Ad Request Data") |

| | |
|---|---|
| For example:<br>• we use the data we receive when an ad is shown to provide reporting and forecasting tools that help Publishers and Advertising Partners understand how ads are performing, and to troubleshoot potential issues.<br>• we provide Advertising Partners with reporting and forecasting tools that use aggregated data to allow them to estimate the volume of ad slots that may become available in future.<br>• depending on Publisher settings in the Display Advertising tools, we disclose "event-level" data to Publishers. "Event-level" data is non-aggregated Ad Request Data and data received when an ad is shown on a Publisher's own site, app or other service. Publishers only receive event-level data that relates to the ads that are shown on their sites, apps and other services. Event-level data allows Publishers to more effectively analyze and optimize the performance of their ad slots.<br>• we utilize data obtained when an ad is displayed to invoice our Advertising Partners and remit payments to our Publishers.<br>• we collect a sample of the data we disclose to Advertising Partners, and enable Advertising Partners to to debug and troubleshoot issues that may arise in the Display Advertising tools.<br><br>To do this:<br>• we collect, store, aggregate, combine and analyze data (including by using automated and manual techniques).<br>• we disclose information to Publishers and our Advertising Partners for this purpose (including event-level data to publishers). We apply appropriate safeguards that protect your privacy, such as by redacting identifiers or using encryption techniques. | • Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>• Data received from our Advertising Partners when they submit a bid for ad space<br><br>• Data received when an ad is shown |
| **Develop new services and features.** We process data to develop new features that are useful for Publishers and our Advertising Partners.<br><br>For example:<br>• we analyze and conduct experiments using the data we receive when an ad is shown, such as by testing new ad formats or controls, based on how our Advertising Partners use the Display Advertising tools or based on technical issues that our Advertising Partners experience with the Display Advertising tools. Using this data, we can analyze which ad formats are in higher demand or are causing technical issues and develop new features for Publishers and Advertising Partners (such as new ad formats or new controls available to Publishers or Advertising Partners) as a result.<br><br>To do this, we<br>• collect, store, combine, aggregate and analyze data (including by using automated and manual techniques) for this purpose. | • Data received when a Publisher requests ads ("Ad Request Data")<br><br>• Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>• Data received from our Advertising Partners when they submit a bid for ad space<br><br>• Data received when an ad is shown |
| **Customise the Display Advertising tools, including by providing recommendations.** We process data to customise | • Data received when a Publisher requests |

| | |
|---|---|
| certain features in the Display Advertising tools that Publishers and our Advertisers Partners use.<br><br>For example:<br>● to optimize the kinds of ad slot bid requests sent to Advertising Partners, we analyze data received when ads are shown and use it to build customized features.<br>● we provide Publishers with customised insights and recommendations on how to optimise ad performance based on our analysis of data received when ads are shown.<br><br>To do this, we:<br>● collect, store, aggregate, combine and analyze data (including using manual and automated techniques) for this purpose.<br>● use this data to customise features in the Display Advertising tools for Publishers and our Advertising Partners. | ads ("Ad Request Data")<br><br>● Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>● Data received from our Advertising Partners when they submit a bid for ad space<br><br>● Data received when an ad is shown |
| **Communicate with Publishers, Advertisers and the public.** We use the data we process in providing the Display Advertising tools to inform marketing campaigns aimed at Publishers and Advertising Partners and to inform communication strategies about upcoming product changes.<br><br>For example:<br>● we use the data we receive when an ad is shown to inform our Advertising Partners about the volumes of available ad slots on Publishers' sites, apps and other services.<br>● we use this data to inform Publishers about how they can optimise revenue from using the Display Advertising tools.<br><br>To do this, we:<br>● collect, store, aggregate, combine and analyze data (including by automated and manual techniques) for this purpose. | ● Data received when a Publisher requests ads ("Ad Request Data")<br><br>● Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>● Data received from our Advertising Partners when they submit a bid for ad space<br><br>● Data received when an ad is shown |
| **Protect Google, our users and the public.** We use data to improve the safety and reliability of the Display Advertising tools. This includes detecting, preventing and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.<br><br>For example:<br>● we collect and analyze IP addresses and cookies to protect against abuse that may occur on the Display Advertising tools. This abuse takes many forms, such as bots stealing money from Advertisers by fraudulently clicking on ads.<br>● we use data to detect, prevent or otherwise address non-compliance with Google's policies and/or applicable law. This includes helping us detect and address issues such as spam, malware, and illegal content.<br><br>To do this, we:<br>● collect, store and analyze (including using manual and automated techniques), such as malware scanning.<br>● disclose data to Advertising Partners who protect against fraud and abuse, with government authorities and with our external advisers (such as external legal counsel). | ● Data received when a publisher requests ads ("Ad Request Data")<br><br>● Data disclosed to Advertising Partners in the bid request ("Bid Request Data")<br><br>● Data received from our Advertising Partners when they submit a bid for ad space<br><br>● Data received when an ad is shown |

## Disclosing your information

When we provide the Display Advertising tools, we may disclose information with the below categories of recipients. The individual recipients of information may also be subject to the permissions you give in the consent message that Publishers and Advertisers may present to you when you visit the Publisher or Advertiser site, app or other service:

- **With Publishers**. We disclose data to Publishers as part of features in the Display Advertising tools that are designed to help Publishers understand how ads are performing on their sites, apps or services.

- **With Advertising Partners.** Publishers using Google's Display Advertising tools partner with **Advertisers** (or other types of Advertising Partners listed below that work for Advertisers):

  - **Advertisers**: We disclose data to Advertisers as part of features in the Display Advertising tools that are designed to help Advertisers to understand how their ads are performing on sites, apps or services, and to help them improve their ad campaigns (including enabling Advertisers to personalize ads that you see).

  - **Advertising Partners who facilitate the purchase of ad slots**: These are companies working on the Advertiser's or Publisher's behalf that facilitate the purchase of the ad slots on Publisher sites and apps (or similar services), including:

    - Ad networks: companies that bring together a pool of publisher ad inventory to be matched with advertisers looking for places to show their ads, acting as an intermediary between the two.

    - Ad Exchanges: virtual marketplaces where Publishers and Advertisers trade digital ad inventory.

    - Demand-side platforms: companies that help Advertisers automate the process of buying ad slots on Publisher sites, apps and other services in real time.

    - Supply-side platforms: companies that help Publishers sell ad slots, fill them with ads, and receive revenue.

    - Data Partners: companies that help other Advertisers (and Advertising Partners working on their behalf) deliver greater insights about the purchase of ad slots in a way that meets Advertisers' campaign goals, and streamlines the way ad slots can be purchased.

  - **Advertising Partners who provide ad measurement services.** These companies provide services to Advertisers that measure how users click on and view ads.

  - **Advertising Partners who protect against fraud and abuse.** For example, these companies protect against bots clicking on ads.

  - **Advertising Partners who deliver the ad to the ad slot**. These companies deliver ads onto the page you are visiting.

You can also control whether to allow personalized advertising and whether to allow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google. If you turn off this control, Bid Request Data sent to Advertising Partners will omit more specific details about your browser or device.

We also disclose data to our Advertising Partners to help them understand how ads are performing and to debug issues that our partners may experience when using the Display Advertising tools.

*Using personal data from our Advertising Partners*

Advertising Partners can also use some of our Display Advertising tools to help them learn more about the people visiting their sites, apps and services, and to improve the way they show ads to you in their advertising campaigns when you visit other sites, apps and similar services. Learn more about how Google uses data from our Advertising Partners.

- **With Government Authorities, Courts or with our External Advisors.** For legal reasons, we will share data outside of Google if we have a good-faith belief that disclosure of the information is reasonably necessary to respond to:

  - Respond to any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

  - Enforce applicable Terms of Service, including investigation of potential violations.

  - Protect against harm to the rights, property or safety of Google, our users, or the public.

## Retaining your information

All information that we collect in our server logs is retained in accordance with the *Retention periods for Google storing information not in the user's Google Account* section of our Google Ads User Data Retention Policy, unless we need to retain it for the following specific business and legal purposes:

- Samples of the data disclosed to our Advertising Partners as part of our Authorized Buyers service, and which we and our Advertising Partners use to identify and debug issues that may occur with the product: are retained for a period of up to **8 days**.

- Information that identifies you or your device that is necessary for spam and abuse prevention when showing ads (for all Display Advertising tools): is retained for up to **3 years** from the time of collection;

- Data necessary for financial record keeping purposes: is retained for up to **11 years** from the time of collection; and

- If you have directly communicated with Google, through a customer support channel, feedback form or bug report, records of these communications: is retained for up to **7 years.**

- We delete data that is associated with user-resettable identifiers if our systems do not see any requests for that identifier for **180 days**. Event-level data that is provided to Publishers is deleted after a period of up to **60 days**.