# EXHIBIT 2
# Bleichmar Fonti & Auld Time Report
# (Submitted for In Camera Review)