# EXHIBIT 3
# Bottini & Bottini Time Report (Submitted for In Camera Review)