# EXHIBIT 4
# Cotchett Pitre & McCarthy Time Report (Submitted for In Camera Review)