# EXHIBIT 5
# DiCello Levitt Time Report (Submitted for In Camera Review)