# EXHIBIT 6
# Gupta Wessler Time Report (Submitted for In Camera Review)