# EXHIBIT 7
# Pritzker Levine Time Report (Submitted for In Camera Review)