# EXHIBIT 8
# Simmons Hanly Conroy Time Report
# (Submitted for In Camera Review)