# EXHIBIT 11
# Proposed Google Fee Reductions

| Billing Category | Plaintiffs' Counsel's Claimed Hours | Plaintiffs' Counsel's Claimed Fees | Google's Proposed Reduced Hours | Google's Proposed Fees for Reduced Hours & Corrected Contractor Rates | Further 50% Reduction for Damages / 23(b)(3) Work | Further Reductions for Inefficiency (%) | Google's Proposed Fees (Reduced for Inefficiency) | Google's Proposed Fees (Further 5% Reduction for Block Billing) |
|---|---|---|---|---|---|---|---|---|
| Case Mgmt (1) | 1207.3 | $1,026,259 | 1207.3 | $1,026,259 | $513,130 | 15% | $436,160 | $414,352 |
| Fact Investigation (2) | 238.4 | $220,640 | 238.4 | $220,640 | $110,320 | 0% | $110,320 | $104,804 |
| Pleadings (3) | 926.9 | $839,756 | 926.9 | $839,756 | $419,878 | 0% | $419,878 | $398,884 |
| Client/Class Member Comms. (4) | 359.6 | $320,017 | 359.6 | $320,017 | $160,008 | 0% | $160,008 | $152,008 |
| Lead Counsel/PEC Meetings (5) | 3015.5 | $2,936,549 | 3015.5 | $2,936,549 | $1,468,275 | 30% | $1,027,792 | $976,403 |
| Experts/Consultant/Daubert Motions (6) | 2029.7 | $1,836,647 | 2029.7 | $1,836,647 | $918,323 | 0% | $918,323 | $872,407 |
| Settlement/Mediation (7) | 1236.1 | $1,301,034 | 1236.1 | $1,301,034 | $650,517 | 0% | $650,517 | $617,991 |
| Court Appearances (8) | 371.9 | $387,261 | 371.9 | $387,261 | $193,630 | 20% | $154,904 | $147,159 |
| Dispositive Motions (9) | 1927.7 | $1,818,239 | 1927.7 | $1,818,239 | $909,119 | 10% | $818,207 | $777,297 |
| Class Action Certification and Notice (10) | 4684.2 | $4,621,005 | 4684.2 | $4,621,005 | $2,310,503 | 0% | $2,310,503 | $2,194,977 |
| Research (11) | 605.4 | $517,500 | 605.4 | $517,500 | $258,750 | 0% | $258,750 | $245,812 |
| Discovery - Written (12) | 4049.7 | $3,725,281 | 4049.7 | $3,725,281 | $1,862,641 | 0% | $1,862,641 | $1,769,508 |
| Discovery - Tier I Review (13) | 8110 | $2,639,596 | 2652 | $710,169 | $355,085 | 0% | $355,085 | $337,330 |
| Discovery - Tier II Analysis (14) | 3636.1 | $2,538,352 | 3636.1 | $2,538,352 | $1,269,176 | 0% | $1,269,176 | $1,205,717 |
| Discovery - Third Party (15) | 1156.9 | $786,759 | 1156.9 | $786,759 | $393,380 | 0% | $393,380 | $373,711 |
| Discovery - Depositions (16) | 5734.9 | $4,274,608 | 4366.7 | $3,216,954 | $1,608,477 | 10% | $1,447,629 | $1,375,248 |
| Discovery - Experts (17) | 1297 | $1,123,572 | 1297 | $1,123,572 | $561,786 | 0% | $561,786 | $533,697 |
| Discovery - Motions (18) | 4059.5 | $3,881,392 | 4059.5 | $3,881,392 | $1,940,696 | 45% | $1,067,383 | $1,014,014 |
| Analysis/Strategy (19) | 1207.9 | $1,248,411 | 1207.9 | $1,248,411 | $624,205 | 0% | $624,205 | $592,995 |
| Trial Prep. (20) | 457.9 | $368,608 | 457.9 | $368,608 | $184,304 | 0% | $184,304 | $175,089 |
| Trial (21) | 0 | $0 | 0 | $0 | $0 | 0% | $0 | $0 |
| Appeal (22) | 209.15 | $245,353 | 0 | $0 | $0 | 0% | $0 | $0 |
| Total | 46521.75 | $36,656,834 | 39486.4 | $33,424,400 | $16,712,200 | | $15,030,949 | **$14,279,402** |

*Yellow highlighting indicates proposed reductions.*