COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
ANUPAM DHILLON (SBN 324746)
(adhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA (*pro hac vice*)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy Litigation,

This Document Relates to: *all actions*

Master File No. 4:21-cv-02155-YGR-VKD

**PROOF OF SERVICE OF GOOGLE LLC'S (UNREDACTED) OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES & SUPPORTING DOCUMENTS**

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004 and my email address is gwilson@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**1. Google LLC's (UNREDACTED) Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses**

**2. Exhibits 2 – 8 to Declaration of Whitty Somvichian in Support of Google LLC's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses**

**3. Declaration of Bruce Deal (UNREDACTED)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver<br>Anne Davis<br>Joshua D. Samra<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Tel: (415) 445-4003<br>Fax: (415) 445-4020<br>Email: lweaver@bfalaw.com<br>adavis@bfalaw.com<br>jsamra@bfalaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **SIMMONS HANLY CONROY LLC**<br>Jason "Jay" Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>Email: jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

| | |
|---|---|
| **PRITZKER LEVINE LLP**<br>Elizabeth C. Pritzker<br>Jonathan Levine<br>Bethany Caracuzzo<br>Caroline Corbit<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Tel: (415) 692-0772<br>Fax: (415) 366-6110<br>Email: ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>ccc@pritzkerlevine.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **DICELLO LEVITT LLC**<br>David A. Straite (*admitted pro hac vice*)<br>Corban Rhodes (*admitted pro hac vice*)<br>485 Lexington Avenue. 10th Floor<br>New York, NY 10017<br>Tel: (646) 993-1000<br>Email: dstraite@dicellolevitt.com<br>crhodes@dicellolevitt.com<br>Julwick@dicellolevitt.com<br><br>James Ulwick (*admitted pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: Julwick@dicellolevitt.com<br><br>***Attorneys for Consolidated Plaintiffs*** |
| **COTCHETT PITRE & McCARTHY**<br>Joe Cotchett<br>Nanci Nishimura<br>Brian Danitz<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-597-0577<br>Email: POmalley@cpmlegal.com<br>nnishimura@cpmlegal.com<br>BDanitz@cpmlegal.com<br><br>Karin B. Swope<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: KSwope@cpmlegal.com<br><br>***Attorneys for Consolidated Plaintiffs*** | **BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>Email: fbottini@bottinilaw.com<br><br>***Attorneys for Consolidated Plaintiffs*** |

Executed on November 26, 2025, at Walnut Creek, California.

*Gina Wilson*
Gina Wilson

327903817