COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA (*pro hac vice*)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Google RTB Consumer Privacy Litigation,

This Document Relates to: *all actions*

Master File No. 4:21-cv-02155-YGR-VKD

**DECLARATION OF WHITTY SOMVICHIAN REGARDING GOOGLE LLC'S COMPLIANCE WITH 28 U.S.C. § 1715(B)**

I, Whitty Somvichian, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration regarding Google's compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") in the above captioned matter. I have personal knowledge of the facts herein and I am competent to testify.

2. My firm and I engaged Epiq Class Action & Claims Solutions, Inc. ("Epiq") to serve as the administrator for the proposed class action settlement in this matter.

3. On September 11, 2025, Google's counsel instructed Epiq to provide the information and documents required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b) to the appropriate federal and state officials. Because the proposed settlement class includes "all individual Google account holders subject to a U.S. Terms of Service" active as of the settlement's effective date, Google's counsel directed Epiq to provide notice to the attorneys general of the United States, all fifty U.S. states, the District of Columbia, and all U.S. territories.

4. On September 25, 2025, Epiq advised Google's counsel that it had received a letter from the office of the Attorney General of the State of Tennessee requesting that Google provide an estimate of the number of Tennessee residents subject to the settlement. Google responded on October 15, 2025, and advised that it was unable to provide such an estimate without speculation. The Tennessee Attorney General's office responded to Google on October 16, 2025, and informed Google that it had sent its September 25, 2025 letter in error.

5. Google has not received any other inquiries or correspondence regarding the Settlement Agreement from any of the federal and state officials to whom Epiq sent the CAFA notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2025 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian