# EXHIBIT H

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)