# EXHIBIT I

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)