# EXHIBIT J

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)