# EXHIBIT K

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)