# EXHIBIT L

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)