# EXHIBIT M

# (DOCUMENT LODGED FOR IN CAMERA REVIEW)