**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*In re Google RTB Consumer Privacy Litigation*,

This Document relates to: *all actions*.

**CASE NO. 4:21-cv-02155-YGR**

**SUPPLEMENTAL DECLARATION OF LESLEY E. WEAVER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES**

I, Lesley E. Weaver, declare:

1. I am a partner at Bleichmar Fonti & Auld LLP ("BFA"). I have been licensed to practice law in the state of California since 1997. I am admitted to practice before this Court. The following facts are within my personal knowledge, and if called as a witness, I could and would testify competently to them.

2. I submit this supplemental declaration in support of Plaintiffs' Motion for and Award of Attorneys' Fees, Costs and Expenses (ECF 781) (the "Motion").

3. On November 26, 2025, Defendant Google LLC filed an opposition to the Motion ("Opp."), proposing various reductions to reported lodestar, among other proposals. One such proposed reduction was to the hourly rate for former BFA attorney Lloyd Donders, on the inference that Mr. Donders was an independent contractor. Opp. at 17.

4. Google's inference is incorrect. On all relevant dates, Mr. Donders was an employee at BFA. I personally am aware of the following facts, all of which I confirmed on December 15, 2025:

a. Mr. Donders was a W-2 employee for the entirety of his employment here, from December 14, 2020 through August 8, 2023, inclusive.

b. Mr. Donders was issued a BFA email address, a computer, and a monitor, which he used for all Firm business.

c. BFA paid the employer portion of Mr. Donders's employment taxes, including Social Security, Medicare and FUTA at the federal level, and state unemployment insurance (UI) and disability insurance (SDI) taxes.

d. BFA offered Mr. Donders the same optional benefits it offered all employees, which during the period of Mr. Donders' employment, included the following:

i. 401(k) and profit-sharing plan;

ii. Health insurance;

iii. Vision and dental insurance;

iv. Life Insurance

v. Long-term Disability Insurance.

5. Mr. Donders was the only attorney at BFA primarily assigned to Tier 1 linear document review on this case. Consistent with Northern District practice, we voluntarily capped his hourly rate for Tier 1 document review to $325/hr.

6. At the completion of his initial Tier 1 document review, Mr. Donders had the option to return his solo practice representing parents of children with disabilities (*see* Ex. 10 to the Somvichian Declaration, ECF 787-12). But given his high-quality work on this case and background (including an J.D. from Brooklyn Law School), we asked that he stay on to assist with complex discovery-related assignments (including deposition preparation and hot document analysis) during fact discovery. He stayed until August 8, 2023. Only his Tier 2 document review deposition preparation tasks were billed at the normal rate of $470/hr. *See* ECF 787-3. Any additional Tier 1 document review related to supplemental productions of documents continued to be billed at the lower capped rate.

7. I am also aware that Google claims that Plaintiffs overbilled by charging for multiple attendees at depositions. In fact, for two of the depositions for which I was the defending or deposing attorney – including plaintiffs' professional expert Mr. Regan - BFA did not bill for my time. Instead, we billed only for supporting attorneys. For a third deposition for which I was the deposing attorney of Mr. Deal, BFA billed only 1.50 hours of my time. Given my higher billing rate, this was a deferral that accrued to the benefit of the class, and underbilled the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 18, 2025 at Oakland, California.

Dated: December 18, 2025

By: *_/s/ Lesley E. Weaver_*
Lesley E. Weaver