Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation,<br><br>This Document relates to: *all actions*. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**NOTICE OF LODGING OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY RE. MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>**[Civil L.R. 7-11, 79-5(f); Standing Order Rule 12]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: February 3, 2026<br>Hearing Time: 2:00p.m.<br>Hearing Location: Courtroom 1 |

Pursuant to Civil Local Rules, plaintiffs hereby provide notice of the following documents which were lodged with the Court in support of Plaintiffs' Reply filed in support of plaintiffs' Motion for an Award of Attorneys' Fees and Expenses as exhibits to the Reply Declaration of Elizabeth C. Pritzker:

**Exhibit G** – Pritzker Levine LLP time records

**Exhibit H** – Bleichmar Fonti & Auld LLP time records

**Exhibit I** – Bottini & Bottini Inc. time records

**Exhibit J** – Cotchett Pitre & McCarthy LLP time records

**Exhibit K** – DiCello Levitt time records

**Exhibit L** – Gupta Wessler time records

**Exhibit M** – Simmons Hanly Conroy LLP time records/

These records were designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by plaintiffs pursuant to the protective order in this case (ECF No. 59), and the parties had agreed that these records and any excerpts therefrom, would be lodged and not filed.

Plaintiffs will provide the Court with these lodged records on a flash drive. Plaintiffs have already provided Google's counsel with these time records, but will also re-serve copies of lodged Exhibits G – M on Google's counsel in accordance with Civil L.R. 5-1(e).

DATED: December 22, 2025

**PRITZKER LEVINE LLP**

By: */s/ Bethany Caracuzzo*
Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal. Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*

*Interim Class Counsel*