Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**PROOF OF SERVICE OF SEALED MATERIALS CITED IN PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>**[Civil L.R. 7-11, 79-5(f); Standing Order Rule 12]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: February 3, 2026<br>Hearing Time: 2:00p.m.<br>Hearing Location: Courtroom 1 |

I, Bethany Caracuzzo, hereby declare as follows:

I am employed by Pritzker Levine LLP. I am over the age of eighteen years and am not a party to this action. On December 22, 2025, I caused the below documents, the sealed versions of which were lodged conditionally under seal, to be served by electronic mail to the individuals at their addresses in the manner set forth below in compliance with Local Civil Rule 79-5(e):

**Unredacted versions of:**

- Ex. N - Declaration of Professor Zubair Shafiq in Response to Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses;
- Ex. O - Declaration of Professor Robert Zeithammer in Response to Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses.

*Via E-mail*
Whitty Somvichian, Esq. (wsomvichian@cooley.com)
Reece Trevor, Esq. (rtrevor@cooley.com)
COOLEY LLP
101 California Street, 5th Fl
San Francisco, CA 94111-5800

*Counsel for Defendant Google LLC*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 22, 2025 at Emeryville, California.

By: ____________________
Bethany Caracuzzo