COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(*Pro Hac Vice* forthcoming)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation* | Master File No. 4:21-cv-02155-YGR-VKD |
| This Document Relates to:  *all actions* | **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF JOINT OMNIBUS SEALING STIPULATION REGARDING MOTION TO CERTIFY A SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF NO. 778)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO
JOINT OMNIBUS SEALING STIP.
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1.     I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155.  I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration pursuant to Local Rule 79-5 in support of the Joint Omnibus Sealing Stipulation Regarding Plaintiffs' Motion for Certification of Class Settlement and Final Approval (ECF No. 778) and supporting expert materials. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.     Google respectfully requests sealing of confidential and proprietary information about strategy and analysis, technical details and information about internal data logs and systems associated with Google RTB, including identifiers and internal metrics, as well as business information and revenue data. As Google has noted in prior sealing requests that the Court granted as to equivalent information (*see e.g.*, ECF Nos. 540, 706), public disclosure of this information may give Google's competitors an unfair advantage or may reveal Google's internal strategies, system designs, and business practices, and cause it competitive harm.

3.     I have reviewed the documents that Google seeks to file under seal.  Based on my review and in consultation with my client, I understand that there are compelling reasons to seal the following information:

| ECF No. | Document | Portions to be Sealed | Basis for Sealing |
|---|---|---|---|
| 778-1 | Plaintiffs' Motion for Certification of Class Settlement and Final Approval | Portions highlighted at pgs. 7, 11, 15 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including its data systems and Google account holder metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal business practices and metrics for operating and maintaining many of its important services and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF W. SOMVICHIAN ISO
JOINT OMNIBUS SEALING MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| ECF No. | Document | Portions to be Sealed | Basis for Sealing |
|---|---|---|---|
| | | | could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |
| 778-2 | Declaration of Elizabeth Pritzker in Support of Plaintiffs' Motion for Certification of Class Settlement and Final Approval | Portions highlighted at pgs. 4, 5, 11 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including its data systems and Google account holder metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal business practices and metrics for operating and maintaining many of its important services and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |
| 778-5 | Declaration of Zubair Shafiq | Portions highlighted at pgs. 3, 5 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including its data systems and Google account holder metrics, that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal business practices and metrics for operating and maintaining many of its important services and falls within the protected scope of the Protective Order entered in this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |
| 778-7 | Declaration of Robert Zeithammer | Portions highlighted at pgs. 3, 12, 15, 16, 17, 23 | I understand the information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google RTB including revenue metrics that Google maintains as confidential in the ordinary course of its business and that is not generally known to the public or Google's competitors. Additionally, I understand such confidential and proprietary information reveals Google's internal business practices and metrics for operating and maintaining many of its important services and falls within the protected scope of the Protective Order entered in |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF W. SOMVICHIAN ISO
JOINT OMNIBUS SEALING MOTION
CASE NO. 4:21-CV-02155-YGR-VKD

| ECF No. | Document | Portions to be Sealed | Basis for Sealing |
|---|---|---|---|
| | | | this action. See ECF No. 59 at 3. It is my understanding that public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. |

I declare under penalty of perjury that the foregoing is true and correct. Executed January 12, 2026 at San Francisco, California.

/s/ Whitty Somvichian
Whitty Somvichian

329722557

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF W. SOMVICHIAN ISO
JOINT OMNIBUS SEALING MOTION
CASE NO. 4:21-CV-02155-YGR-VKD