COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(*Pro Hac Vice* forthcoming)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:     +1 212 479 6000
Facsimile:     +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation* | Master File No. 4:21-cv-02155-YGR-VKD |
| This Document Relates to:  *all actions* | **[PROPOSED] ORDER RE JOINT OMNIBUS SEALING STIPULATION REGARDING MOTION TO CERTIFY A SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF NO.778)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE JOINT OMNIBUS
SEALING STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD

Plaintiffs and Google LLC ("Google"; together with the Plaintiffs, the "Parties") filed a Joint Omnibus Sealing Stipulation to seal documents that contain information the Parties contend is sealable under controlling authority. The Parties seek to seal portions of Plaintiffs' Motion for Certification of Class Settlement and Final Approval, portions of the Declaration of Elizabeth Pritzker, and portions of the supporting expert declarations.

Upon consideration of the Parties' Stipulation, the papers submitted in support, and compelling reasons appearing, **IT IS HEREBY ORDERED** that documents are to be sealed as follows:

| ECF No. | Document | Portions to be Sealed | Basis for Sealing | Order |
|---|---|---|---|---|
| 778-1 | Plaintiffs' Motion for Certification of Class Settlement and Final Approval | Portions highlighted at pgs. 7, 11, 15 | Information regarding Google's internal data systems and number of Google account holders | |
| 778-2 | Declaration of Elizabeth Pritzker in Support of Plaintiffs' Motion for Certification of Class Settlement and Final Approval | Portions highlighted at pgs. 4, 5, 11 | Information regarding Google's internal data systems and number of Google account holders | |
| 778-5 | Declaration of Zubair Shafiq in Support of Plaintiffs' Motion for Certification of Class Settlement and Final Approval | Portions highlighted at pgs. 3, 5 | Information regarding Google's internal data systems and number of Google account holders | |
| 778-7 | Declaration of Robert Zeithammer in Support of Plaintiffs' Motion for | Portions highlighted at pgs. 3, 12, 15, 16, 17, 23 | RTB strategy, analysis, and revenue; Data logs and systems/technical details | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER RE JOINT OMNIBUS SEALING STIPULATION**
**CASE NO. 4:21-CV-02155-YGR-VKD**

| | Certification of Class Settlement and Final Approval | | | |
|---|---|---|---|---|

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

330031003

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

**[PROPOSED] ORDER RE JOINT OMNIBUS
SEALING STIPULATION**
**CASE NO. 4:21-CV-02155-YGR-VKD**