1   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
     Diane M. Doolittle (CA Bar No. 142046)        Andrew H. Schapiro (admitted *pro hac vice*)
2    dianedoolittle@quinnemanuel.com              andrewschapiro@quinnemanuel.com
     Sara Jenkins (CA Bar No. 230097)              Teuta Fani (admitted *pro hac vice*)
3    sarajenkins@quinnemanuel.com                  teutafani@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
4    Redwood Shores, CA 94065                      Chicago, IL 60606
5    Telephone: (650) 801-5000                     Telephone: (312) 705-7400
     Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401
6
7    Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
     stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
8    Viola Trebicka (CA Bar No. 269526)            Xi ("Tracy") Gao (CA Bar No. 326266)
     violatrebicka@quinnemanuel.com                tracygao@quinnemanuel.com
9    Crystal Nix-Hines (Bar No. 326971)            Carl Spilly (admitted *pro hac vice*)
     crystalnixhines@quinnemanuel.com              carlspilly@quinnemanuel.com
10   Alyssa G. Olson (CA Bar No. 305705)           1300 I Street NW, Suite 900
11   alyolson@quinnemanuel.com                     Washington D.C., 20005
     865 S. Figueroa Street, 10th Floor            Telephone: (202) 538-8000
12   Los Angeles, CA 90017                         Facsimile: (202) 538-8100
     Telephone: (213) 443-3000
13   Facsimile: (213) 443-3100

14
     Jomaire Crawford (admitted *pro hac vice*)    Jonathan Tse (CA Bar No. 305468)
15   jomairecrawford@quinnemanuel.com              jonathantse@quinnemanuel.com
     51 Madison Avenue, 22nd Floor                 50 California Street, 22nd Floor
16   New York, NY 10010                            San Francisco, CA 94111
     Telephone: (212) 849-7000                     Telephone: (415) 875-6600
17   Facsimile: (212) 849-7100                     Facsimile: (415) 875-6700

18   *Counsel for Defendant Google LLC*

19                       UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21   PATRICK CALHOUN, *et al.*, on behalf of        Case No. 4:20-cv-5146-YGR-SVK
22   themselves and all others similarly situated,
                                                    **DECLARATION OF JONATHAN TSE IN**
23          Plaintiffs,                             **SUPPORT OF GOOGLE LLC'S**
                                                    **ADMINISTRATIVE MOTION TO SEAL**
24          v.                                      **PORTIONS OF GOOGLE LLC'S**
                                                    **PROPOSED FINDINGS OF FACT AND**
25   GOOGLE LLC,                                    **CONCLUSIONS OF LAW ON**
                                                    **PLAINTIFFS' MOTION FOR AN ORDER**
26          Defendant.                              **OF SANCTIONS FOR GOOGLE'S**
                                                    **DISCOVERY MISCONDUCT**
27
                                                    Judge: Hon. Susan van Keulen, USMJ
28

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google's Administrative Motion to Seal Portions of Google LLC's Administrative Motion to Seal Portions of Google LLC's Proposed Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct ("Google's PFFC"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to various types of Google's internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.

5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their identifier system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's data sources, including data logs, internal data structures and internal identifier systems.

6. For these reasons, Google respectfully requests that the Court order Google's PFFC to be filed under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on July 29, 2022.

DATED: July 29, 2022                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____/s/ Jonathan Tse_____
     Jonathan Tse

*Attorney for Defendant*