Elizabeth C. Pritzker (Cal. Bar No. 146267)
Jonathan K. Levine (Cal Bar No. 220289)
Bethany Caracuzzo (Cal Bar No. 190687)
Caroline Corbitt (Cal Bar. No. 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110
*ecp@pritzkerlevine.com*
*jkl@pritzkerlevine.com*
*bc@pritzkerlevine.com*
*ccc@pritzkerlevine.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>This document applies to all actions. | Master File No. 4:21-cv-02155-YGR-VKD<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF OMNIBUS SEALING STIPULATION RE. PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES -** *RE. PLAINTIFFS' CONFIDENTIAL INFORMATION*<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Courtroom:   1, 4TH Floor |

I, Jonathan K. Levine, hereby declare as follows:

1.      I am a partner at Pritzker Levine LLP, an attorney licensed in the State of California, and duly admitted to practice before this Court. On August 3, 2021, Pritzker Levine partner Elizabeth C. Pritzker was appointed to serve as Interim Class Counsel on behalf of plaintiffs.  *See* ECF 77.  This declaration is made in support of the parties' joint Omnibus Sealing Stipulation, submitted regarding materials cited in plaintiffs' Motion for An Award of Attorneys' Fees and Expenses (ECF 781), Defendant Google LLC ("Google")'s opposition thereto (ECFs 786 and 787) and Plaintiffs' Reply in support (ECFs 792 and 793) ("Omnibus Sealing Stipulation"). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.      Plaintiffs, as Designating Party of certain materials, respectfully request that the Court seal only the following portions of plaintiffs' and Google's filings related to the Fees and Expenses motion:

- Portions of Google's Opposition (ECF 786 (redacted), 787-1 (sealed)), at 19:6-8. Google temporarily sealed more information in its Opposition than plaintiffs are designating Confidential and therefore this constitutes a modification to what Google filed temporarily under seal on plaintiffs' behalf in ECFs 786 and 787-1. Therefore, in accordance with Standing Order Rule 12, *Post-Briefing Omnibus Sealing Procedures*, (a)(i)(2), a modified redacted version of Google's Opposition brief is attached as Exhibit A to the Omnibus Stipulation.

3.      Plaintiffs seek this relief in good faith in order to protect the privacy rights of the named plaintiffs. Good cause exists to seal the information detailed in paragraph 2 above because the information identified reflects confidential information excerpted from plaintiffs' counsels' detailed billing records and constitutes privileged attorney work product. This information is relevant to both parties' briefing with respect to plaintiffs' Motion for An Award of Attorneys' Fees and Expenses, and the request to seal cannot be more narrowly drawn by plaintiffs without injuring them. There is no need for public access to these very narrow categories of billing information of plaintiffs' counsel, nor would access to this information provide the public with any understanding of the judicial process.

DECL. OF J. LEVINE  I.S.O. OMNIBUS SEALING STIPULATION

Case No. 4:21-cv-02155-YGR-VKD

4.    **Lodged Materials**: Pursuant to an agreement reached between the parties, plaintiffs produced their detailed billing records to Google designated Highly Confidential – Attorneys' Eyes Only in accordance with the Protective Order (ECF 59). Also pursuant to that agreement, should any party wish to submit plaintiffs' counsel's billing records to the court, they could only temporarily lodge them for *in camera* review, as opposed to filing them under seal.  For that reason, plaintiffs do not believe that the Court's omnibus sealing order need address those documents, but plaintiffs identify them herein out of an abundance of caution, so that the Court is apprised of the agreement and so that these records do not inadvertently become public. These documents are:

    a.  Exhibits 2 – 8 to the Declaration of Whitty Somvichian submitted in support of Google's Opposition to plaintiffs' Motion for an Award of Attorneys' Fees and Expenses, identified with coversheets at ECFs 787-4 through 787-10;

    b.  Exhibits G – M  to the Declaration of Elizabeth C. Pritzker submitted in support of plaintiffs' Reply in support of plaintiffs' Motion for Award of Attorneys' Fees and Expenses, identified with coversheets at ECFs 793-2 through 793-8.

5.    For the same reasons as set forth above, plaintiffs' detailed billing records and any excerpts therefrom identified in paragraph 4 (a) – (b) above were lodged under seal and should not remain within the Court's records and files. Those records should be destroyed and removed from the Court's files once the Court issues its order regarding plaintiffs' Motion for an Award of Attorneys' Fees and Expenses.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed on this 12th day of January, 2026 in Emeryville, California.

*/s/ Jonathan K. Levine*
Jonathan K. Levine

DECL. OF J. LEVINE  I.S.O. OMNIBUS SEALING STIPULATION

Case No. 4:21-cv-02155-YGR-VKD

2