COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(*Pro Hac Vice* forthcoming)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Google RTB Consumer Privacy Litigation* | Master File No. 4:21-cv-02155-YGR-VKD |
| This Document Relates to:  *all actions* | **[PROPOSED] ORDER RE JOINT OMNIBUS SEALING STIPULATION REGARDING BRIEFING FOR AWARD OF ATTORNEYS' FEES AND EXPENSES (ECF NOS. 787, 792)** |

Plaintiffs and Google LLC ("Google"; together with the Plaintiffs, the "Parties") filed a Joint Omnibus Sealing Stipulation to seal documents that contain information the Parties contend is sealable under controlling authority. The Parties seek to seal portions of briefing on Plaintiffs' Motion for Award of Attorneys' Fees and Expenses. The material in these filings that the Parties seek to seal contain (i) Plaintiffs' counsel's billing records and (ii) Google's non-public, highly sensitive and confidential business and technical information.

Upon consideration of the Parties' Stipulation, the papers submitted in support, and compelling reasons appearing, **IT IS HEREBY ORDERED** that documents are to be sealed as follows:

| Plaintiffs' Stipulated Sealing Requests | | | | |
|---|---|---|---|---|
| **ECF No.** | **Document** | **Portions to be Sealed** | **Basis for Sealing** | **Order** |
| 787-1 | Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses | Portions highlighted at page 19 | The excerpt is a quote from one of plaintiffs' firm's billing records, which were produced to Google as Highly Confidential – AEO; contains privileged attorney work product. | |

| Google's Stipulated Sealing Requests | | | | |
|---|---|---|---|---|
| **ECF No.** | **Document** | **Portions to be Sealed** | **Basis for Sealing** | **Order** |
| 787-14 | Declaration of Bruce Deal in support of Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses | Portions highlighted at pgs. 2, 10, 15, 16 | RTB strategy, analysis, and revenue | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE JOINT OMNIBUS
SEALING STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD

| 793-9 | Declaration of Professor Zubair Shafiq in Response to Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses | Portions highlighted at pgs. 4, 5 | RTB strategy, analysis, and revenue | |
|---|---|---|---|---|
| 793-11 | Declaration of Professor Robert Zeithammer in Response to Google's Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses | Portions highlighted at page 7 | Information regarding Google's internal data systems and number of Google account holders | |

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

330031809

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE JOINT OMNIBUS
SEALING STIPULATION
CASE NO. 4:21-CV-02155-YGR-VKD