1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10   PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Judge: Hon. Yvonne Gonzalez Rogers

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion To Seal Portions of Exhibit 6 to the Broome Declaration in Support of Google LLC's Administrative Motion for Leave to Supplement the Record ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Portions to be Filed Under Seal | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| Exhibit 6 to Broome Declaration in Support of Google LLC's Administrative Motion for Leave to Supplement the Record (Dep. Tr. of Michael Lasinski) | Pages 52:18, 52:20, 53:2-3, 53:5, 53:20, 54:22, 55:1, 147:23, 148:5, 149:5-7, 161:14, 161:22, 163:9-10, 170:7, 170:9, 170:11-12, 171:13, 171:16, 172:4-5, 173:11, 173:13, 173:15, 174:5, 174:18-19, 174:21-23, 174:25, 175:3-6, 175:9, 175:12, 177:8, 177:18-19, 177:22-23, 178:3, 178:7, 178:9-10, 178:13, 179:12, 182:9, 188:13, 189:4, 189:6, 189:22, 189:24, 190:5, 191:25, 192:15, 192:23, 193:2, 193:11, 193:13, 193:23, 194:5, 194:11, 195:8, 195:12, 195:22, 196:17, 196:19, 196:21-23, 197:10, Word Index Pages 1-3, 8, 10-11, 28, 52 | Tse Declaration ¶¶ 3-5 | |

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge