# EXHIBIT 1

1        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2              SAN JOSE DIVISION
3
     CHASOM BROWN, WILLIAM BYATT,
4    JEREMY DAVIS, CHRISTOPHER
     CASTILLO, and MONIQUE TRUJILLO,
5    individually and on behalf of
     all other similarly situated
6
         Plaintiffs,          CASE NO.
7                        5:20-CV-03664-LHK-SVK
     VS.
8
     GOOGLE LLC
9
         Defendant.
10
11
         * * * * * * * * * * * * * * * * * * * * * * * * * * * *
12    ZOOM VIDEOTAPED DEPOSITION OF WILLIAM BYATT
                December 20, 2021
13               11:04 a.m. EST
         * * * * * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16   TAKEN BY:
17       VIOLA TREBICKA, ESQ.
         ATTORNEY FOR DEFENDANT
18
19   REPORTED BY:
20       BELLE VIVIENNE, CRR
         CERTIFIED STENOGRAPHIC
21       REALTIME COURT REPORTER
         VERITEXT LEGAL SOLUTIONS
22       JOB NO. 5001125
         866 299-5127
23
24
25

                                          Page 1

```
 1              A P P E A R A N C E S
 2
      FOR THE PLAINTIFFS:
 3
         JAMES W. LEE, ESQ.
 4       ROSSANA BAEZA, ESQ.
         MARK MAO, ESQ. (San Francisco)
 5       BOIES SCHILLER FLEXNER LLP
         100 SE 2nd Street, Suite 2800
 6       Miami, Florida 33131
         305.539.8400
 7       jlee@bsfllp.com
 8
         RYAN J. MCGEE, ESQ.
 9       MORGAN & MORGAN, P.A.
         201 North Franklin Street, 7th Floor
10       Tampa, Florida 33602
         813.223.5505
11       rmcgee@forthepeople.com
12    FOR THE DEFENDANT:
13       VIOLA TREBICKA, ESQ.
         TRACY GAO, ESQ.
14       QUINN EMANUEL URQUHART & SULLIVAN LLP
         865 S. Figueroa St, 10th Floor
15       Los Angeles, California 90017
         213.443.3000
16       Violatrebicka@quinnemanuel.com
17
      VIDEOGRAPHER:
18       JoAnn Yager
19
20
21
22
23
24
25
```

Page 2

```
 1                        -   -   -

 2                      I N D E X

 3                        -   -   -

 4

 5     Testimony of:

 6           WILLIAM BYATT

 7     MS. TREBICKA............................. 9

 8     MR. LEE................................. 253

 9

10                        -   -   -

11                   E X H I B I T S

12                        -   -   -

13
```

```
14     NO.            DESCRIPTION              PAGE

15     Exhibit 1      Screenshot................. 32

16     Exhibit 2      The New York Times

17                    Privacy Policy, Updated

18                    July 1, 2021............... 50

19     Exhibit 3      Google Analytics Opt-out

20                    Browser Add-on document.... 70

21     Exhibit 4      Twitter Privacy Policy..... 76

22     Exhibit 5      Google Ad Personalization

23                    Settings................... 88
```

```
24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                          -   -   -

 2              E X H I B I T S (Continued.)

 3                          -   -   -

 4

 5    NO.                DESCRIPTION                  PAGE

 6    Exhibit 6         Google Terms of Services

 7                      effective dates

 8                      04/16/2007 to 02/29/2012...104

 9    Exhibit 7         Google Privacy Policy......112

10    Exhibit 8         Screenshot of Chrome's

11                      You've Gone Incognito

12                      pop-up screen from

13                      08/20/2020.................123

14    Exhibit 9         How Private Browsing

15                      Works in Chrome Google

16                      document...................142

17    Exhibit 10        Google Search Help

18                      Document...................148

19    Exhibit 11        Second Amended Complaint...156

20    Exhibit 12        May 12, 2021 Amended

21                      Responses and Objections

22                      to Google's

23                      Interrogatories Number 1,

24                      4 and 5....................166

25
```

Veritext Legal Solutions
866 299-5127

```
 1                         -   -   -
 2             E X H I B I T S (Continued.)
 3                         -   -   -
 4     NO.                 DESCRIPTION                    PAGE
 5     Exhibit 13     Byatt's Revised Responses
 6                    to Defendant's Rog 2.......174
 7     Exhibit 14     Google Subscriber
 8                    Information Sheet..........195
 9     Exhibit 15     Google Subscriber
10                    Information Sheet..........195
11     Exhibit 16     Google Subscriber
12                    Information Sheet..........195
13     Exhibit 17     Google Subscriber
14                    Information Sheet..........195
15     Exhibit 18     Google Subscriber
16                    Information Sheet..........195
17     Exhibit 19     Plaintiff William Byatt's
18                    Objections and Responses
19                    to Defendant's First Set
20                    of Interrogatories........205
21     Exhibit 20     Plaintiff William Byatt's
22                    Amended Objections and
23                    Responses to Defendant's
24                    Second Set of
25                    Interrogatories...........206
```

Veritext Legal Solutions
866 299-5127

```
 1                    -   -   -

 2          E  X  H  I  B  I  T  S (Continued.)

 3                    -   -   -

 4    NO.              DESCRIPTION                PAGE

 5    Exhibit 21      Plaintiff William Byatt's

 6                    Verified Objections and

 7                    Response to Defendant's

 8                    Third Set of

 9                    Interrogatories (No. 11)...216

10    Exhibit 22      Plaintiff William Byatt's

11                    Objections and Responses

12                    to Defendant's Fourth Set

13                    of Interrogatories (Nos.

14                    12-15).....................218

15    Exhibit 23      Plaintiff William Byatt's

16                    Verified Objections and

17                    Responses to Defendant's

18                    Fifth Set of

19                    Interrogatories (No. 16)...220

20

21

22

23

24

25

                                        Page  6
```

```
 1                      -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                      -   -   -

 4

 5    Directions to Witness Not to Answer

 6    Page Line

 7    none

 8

 9

10    Request for Production of Documents

11    Page Line

12    none

13

14

15    Stipulations

16    Page Line

17    none

18

19

20    Question Marked

21    Page Line

22    none

23

24

25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning. | 00:39:53 |
| 2 | We are on the record at 11:04 a.m. on | 11:04:53 |
| 3 | December 20, 2021.  This is the | 11:04:57 |
| 4 | beginning of media number one of the | 11:05:01 |
| 5 | recorded deposition of William Byatt | 11:05:03 |
| 6 | in the matter of Chasom Brown, et al., | 11:05:08 |
| 7 | versus Google LLC. | 11:05:11 |
| 8 | This deposition is being | 11:05:15 |
| 9 | conducted using Veritext virtual Zoom | 11:05:16 |
| 10 | technology and all participants are | 11:05:19 |
| 11 | attending remotely.  Please note that | 11:05:20 |
| 12 | microphones are sensitive and may pick | 11:05:23 |
| 13 | up whispers, private conversations and | 11:05:25 |
| 14 | cellular interference. | 11:05:27 |
| 15 | Until all parties agree to go | 11:05:29 |
| 16 | off the record, audio and video | 11:05:30 |
| 17 | recording will continue to take place. | 11:05:32 |
| 18 | My name is JoAnn Yager.  I'm the | 11:05:34 |
| 19 | videographer.  The court reporter is | 11:05:36 |
| 20 | Belle Vivienne, and we are here with | 11:05:38 |
| 21 | Veritext Legal Solutions. | 11:05:41 |
| 22 | If there are any objections to | 11:05:43 |
| 23 | proceedings, please state them at the | 11:05:44 |
| 24 | time of your appearance beginning with | 11:05:46 |
| 25 | the noticing attorney. | 11:05:47 |

Page 8

| | | |
|---|---|---|
| 1 | MS. TREBICKA:  Good morning, my | 11:05:49 |
| 2 | name is Viola Trebicka.  I'm with | 11:05:50 |
| 3 | Quinn Emanuel, and I am defending | 11:05:53 |
| 4 | Google in these -- in this action. | 11:05:56 |
| 5 | MR. LEE:  Good morning, James | 11:06:00 |
| 6 | Lee, Boies Schiller Flexner for the | 11:06:03 |
| 7 | plaintiffs, no objection to remote.  I | 11:06:04 |
| 8 | have in attendance with me Mark Mao, | 11:06:08 |
| 9 | Rossana Baeza, both from Boies | 11:06:11 |
| 10 | Schiller Flexner, as well as Ryan | 11:06:14 |
| 11 | McGee from Morgan & Morgan. | 11:06:16 |
| 12 | MS. TREBICKA:  And I would like | 11:06:18 |
| 13 | Ms. Gao to make an appearance for the | 11:06:21 |
| 14 | record as well. | 11:06:23 |
| 15 | MS. GAO:  Good morning.  I'm | 11:06:23 |
| 16 | Tracy Gao, also with Quinn Emanuel | 11:06:24 |
| 17 | representing Google. | 11:06:27 |
| 18 | THE VIDEOGRAPHER:  The witness | 11:06:29 |
| 19 | may be sworn in. | 11:06:30 |
| 20 | WILLIAM BYATT, | |
| 21 | having been first duly sworn by the | |
| 22 | Certified Stenographic Realtime Reporter, | |
| 23 | testified as follows: | |
| 24 | EXAMINATION | |
| 25 | BY MS. TREBICKA: | |

Page 9

| | | |
|---|---|---|
| 1 | Q.    Good morning, Mr. Byatt. | 11:06:42 |
| 2 | A.    Good morning. | 11:06:45 |
| 3 | Q.    Could you please state your full | 11:06:45 |
| 4 | name for the record? | 11:06:47 |
| 5 | A.    My name is William Joshua Byatt. | 11:06:47 |
| 6 | Q.    And what is your home address? | 11:06:52 |
| 7 | A.    ███████████████████████ | 11:06:54 |
| 8 | ███████████████████████. | 11:06:59 |
| 9 | I did recently move like last week. | 11:07:04 |
| 10 | Q.    All right.  Okay. | 11:07:06 |
| 11 | On your computer screen, do you | 11:07:10 |
| 12 | have any communication applications open | 11:07:11 |
| 13 | other than Zoom? | 11:07:14 |
| 14 | A.    I have Zoom and I have the | 11:07:15 |
| 15 | Exhibit Share.  That's it. | 11:07:20 |
| 16 | Q.    Excellent. | 11:07:23 |
| 17 | Do you have your phone nearby | 11:07:25 |
| 18 | too? | 11:07:27 |
| 19 | A.    I do, but it's been turned off. | 11:07:28 |
| 20 | Q.    Perfect, thank you.  Have you | 11:07:31 |
| 21 | ever had your deposition taken before? | 11:07:33 |
| 22 | A.    No. | 11:07:35 |
| 23 | Q.    So let me just start with some | 11:07:36 |
| 24 | questions.  At any point in time if you | 11:07:41 |
| 25 | have a question about what I'm asking you, | 11:07:44 |

Page 10

| | | |
|---|---|---|
| 1 | if you don't understand something, just | 11:07:46 |
| 2 | let me know.  I will be asking you | 11:07:47 |
| 3 | questions.  Your counsel, who is in the | 11:07:49 |
| 4 | room with you -- well, let me take a step | 11:07:52 |
| 5 | back and say, you are represented today, | 11:07:55 |
| 6 | correct? | 11:07:58 |
| 7 | A.    Yes. | 11:07:58 |
| 8 | Q.    And Mr. Lee is your counsel? | 11:07:58 |
| 9 | A.    Yes. | 11:08:01 |
| 10 | Q.    If -- one -- while I am asking | 11:08:01 |
| 11 | you questions, there may be a moment in | 11:08:03 |
| 12 | which Mr. Lee may object to my question. | 11:08:07 |
| 13 | Unless Mr. Lee instructs you not to | 11:08:11 |
| 14 | answer, you will answer my question to the | 11:08:14 |
| 15 | best of your ability.  Do you understand | 11:08:16 |
| 16 | that? | 11:08:18 |
| 17 | A.    I do, yeah. | 11:08:19 |
| 18 | Q.    And you also under -- you also | 11:08:20 |
| 19 | understand that you are under oath today, | 11:08:22 |
| 20 | correct? | 11:08:24 |
| 21 | A.    I do. | 11:08:24 |
| 22 | Q.    Great.  So, Mr. Byatt, what do | 11:08:25 |
| 23 | you understand by the term "private | 11:08:29 |
| 24 | browsing"? | 11:08:30 |
| 25 | A.    I understand that to mean that | 11:08:32 |

Page 11

```
 1    my behavior and activity while I am          11:08:35

 2    browsing the Internet or using, you know,    11:08:40

 3    web software, won't be shared with anyone    11:08:44

 4    that I don't want it shared with.  It will   11:08:48

 5    be private to me.                            11:08:50

 6        Q.    So -- so your understanding of     11:08:56

 7    private browsing is that it won't be         11:08:59

 8    shared with anyone that you don't want it    11:09:02

 9    shared with, correct?                        11:09:04

10            MR. LEE:  Objection to form.         11:09:06

11        A.    Yes, that -- that is my            11:09:09

12    understanding.  That I have control over     11:09:11

13    who it's shared with and -- and that --      11:09:14

14    that -- yeah, that -- that it's limited to   11:09:18

15    who I sort of affirm that it's going to --   11:09:20

16    to be shared with, yeah.                     11:09:24

17    BY MS. TREBICKA:                             11:09:24

18        Q.    And what's your understanding of   11:09:24

19    how you affirm this consent to share your    11:09:25

20    information?                                 11:09:30

21        A.    I think that I -- pardon me --     11:09:33

22    agree to share information when I accept     11:09:39

23    various terms of service or privacy          11:09:47

24    policies.  I think that in the case of --    11:09:50

25    I mean, I do most of my browsing on          11:09:55
```

Page 12

| | | |
|---|---|---|
| 1 | Chrome, so when I think about private | 11:09:59 |
| 2 | browsing, I think about the Incognito | 11:10:01 |
| 3 | modem, that little splash screen that | 11:10:06 |
| 4 | comes up and tells me what I'm sharing and | 11:10:08 |
| 5 | opening Incognito is agreeing to that | 11:10:10 |
| 6 | splash screen. | 11:10:15 |
| 7 | Q.    So if you're aware that your | 11:10:17 |
| 8 | information is being shared with a | 11:10:18 |
| 9 | particular party and you continue to | 11:10:20 |
| 10 | browse so that your information is shared, | 11:10:24 |
| 11 | that means that you understand your | 11:10:26 |
| 12 | information will be shared, correct? | 11:10:29 |
| 13 | MR. LEE:  Objection to form. | 11:10:32 |
| 14 | A.    I -- I'm -- I'm not sure I | 11:10:34 |
| 15 | understood that question.  Could you -- | 11:10:36 |
| 16 | BY MS. TREBICKA: | 11:10:36 |
| 17 | Q.    That was -- you're right.  That | 11:10:37 |
| 18 | was not a very good question.  Let me | 11:10:39 |
| 19 | withdraw it and ask you -- so you | 11:10:41 |
| 20 | mentioned Incognito browsing, right? | 11:10:43 |
| 21 | A.    Uh-huh. | 11:10:47 |
| 22 | Q.    What do you understand -- and, | 11:10:47 |
| 23 | sorry.  Just one more thing, because the | 11:10:47 |
| 24 | court reporter will be taking down | 11:10:50 |
| 25 | everything that we say, while in common | 11:10:52 |

Page 13

```
 1    speech, it -- it's all right and I          11:10:56
 2    understand what you mean when you say        11:10:59
 3    uh-huh or something that's not verbal.       11:11:01
 4    Please do verbalize your answers for the     11:11:04
 5    court reporter.                              11:11:07
 6        A.    I may require reminders, but       11:11:07
 7    I'll certainly try.                          11:11:10
 8        Q.    I will remind you.                 11:11:11
 9            So you -- earlier you talked         11:11:12
10    about private -- about Incognito, correct?   11:11:14
11        A.    I did, yes.                        11:11:19
12        Q.    So you do browsing in Incognito,   11:11:20
13    correct?                                     11:11:22
14        A.    Yes.                               11:11:22
15        Q.    Do you continue to browse in       11:11:23
16    Incognito today?                             11:11:25
17        A.    Occasionally, yes.                 11:11:25
18        Q.    How often, presently, how often    11:11:28
19    do you browse?                               11:11:32
20        A.    That I wouldn't be able to tell    11:11:33
21    you.  I don't particularly keep track.       11:11:36
22    Certainly -- yeah, I don't think I could     11:11:40
23    say with specificity.  It comes in fits      11:11:46
24    and bursts.  You know, sometimes I might     11:11:49
25    spend several hours browsing multiple days   11:11:52
```

Page 14

| | | |
|---|---|---|
| 1 | in a week and sometimes I might go weeks | 11:11:58 |
| 2 | without opening it. | 11:12:01 |
| 3 | Q.    And when you say "it," you mean | 11:12:02 |
| 4 | Incognito? | 11:12:04 |
| 5 | A.    I mean Incognito, yes. | 11:12:05 |
| 6 | Q.    Understood.  Have you changed | 11:12:06 |
| 7 | your browsing behavior on Incognito since | 11:12:07 |
| 8 | the filing of this lawsuit? | 11:12:10 |
| 9 | A.    I have wanted to.  I may have | 11:12:12 |
| 10 | some, but I felt that it would be best to | 11:12:16 |
| 11 | try to continue my behavior as sort of | 11:12:20 |
| 12 | normally as possible.  I'm not sure how | 11:12:24 |
| 13 | effective that is with sort of the -- the | 11:12:29 |
| 14 | awareness and thinking about this more. | 11:12:34 |
| 15 | But it's been -- it's been roughly pretty | 11:12:35 |
| 16 | similar. | 11:12:40 |
| 17 | Q.    You say you -- that you have | 11:12:40 |
| 18 | tried to -- or you said that you -- it | 11:12:43 |
| 19 | would be best to try to continue your | 11:12:47 |
| 20 | behavior as normal. | 11:12:48 |
| 21 | What do you mean by that? | 11:12:51 |
| 22 | A.    Yeah.  So when -- when this | 11:12:52 |
| 23 | lawsuit is over, I will probably quit | 11:12:53 |
| 24 | using Chrome altogether, but I have felt | 11:12:58 |
| 25 | that for -- you know, I've been advised by | 11:13:03 |

Page 15

```
 1    my attorneys --                                11:13:08
 2              MR. LEE:  Hold on.  Hold on.         11:13:09
 3              So let me just give you a quick      11:13:11
 4         instruction.  It is -- in these           11:13:14
 5         depositions, you should not reveal any    11:13:16
 6         communications you've had with your       11:13:18
 7         attorneys.                                11:13:20
 8              THE WITNESS:  Okay.                   11:13:20
 9              MR. LEE:  So if you can answer        11:13:21
10         this question without revealing any       11:13:22
11         communications that you've had with       11:13:23
12         any of your attorneys, happy for you      11:13:24
13         to do that; if you can't, then don't      11:13:29
14         answer the question.                      11:13:30
15              THE WITNESS:  Okay.                   11:13:31
16         A.    But, yeah.  So it -- it has          11:13:32
17    seemed as though continuing to behave as       11:13:33
18    normally as possible until the end of the      11:13:37
19    lawsuit is what would make the most sense.     11:13:40
20    BY MS. TREBICKA:                               11:13:40
21         Q.    And what do you understand by        11:13:46
22    the term "Incognito browsing"?                 11:13:47
23         A.    I understand it to mean -- well,     11:13:51
24    first of all, what Google tells me it          11:13:53
25    means when I open it and there's this          11:13:56
```

Page 16

```
 1    splash screen, I understand it to mean          11:13:59

 2    that my information is -- that -- that my        11:14:02

 3    browsing information is going to be              11:14:07

 4    private, that it's not going to be               11:14:10

 5    recorded by Google, that it is, you know,        11:14:12

 6    a level of affirmative anonymity when I am       11:14:18

 7    browsing.                                        11:14:26

 8         Q.    You used the term affirmative         11:14:34

 9    and anonymity, correct?                          11:14:37

10         A.    I did, yes.                           11:14:39

11         Q.    And "anonymity" means someone         11:14:40

12    not knowing your identity, correct?             11:14:42

13         A.    Or my behavior, things that can       11:14:45

14    be used to identify things that are -- are      11:14:47

15    just things that I'm doing that are --          11:14:51

16    that are me, that are my behavior and that      11:14:53

17    I might not want shared.                        11:14:56

18         Q.    Okay.  And by that, you              11:14:58

19    understand things that are linked to you       11:14:59

20    as an individual, correct?                     11:15:00

21              MR. LEE:  Objection to form.          11:15:03

22         A.    Things that are linked to me as      11:15:05

23    an individual or my behavior, my property,     11:15:07

24    things that I own, you know, my Internet       11:15:12

25    connections, things like that, yep.            11:15:15
```

Veritext Legal Solutions
866 299-5127

```
 1   BY MS. TREBICKA:                         11:15:15

 2       Q.   Well, let's take that one step  11:15:18

 3   at a time.  Your concern with the        11:15:20

 4   affirmative anonymity that -- that you   11:15:22

 5   seek is that if you don't have the       11:15:25

 6   affirmative anonymity, then someone will 11:15:28

 7   know that William Byatt is doing         11:15:30

 8   something, someone will know             11:15:32

 9   William Byatt's behavior, correct?       11:15:34

10       A.   Well, that is one of my         11:15:36

11   concerns.  That is not my only concern.  11:15:37

12   Affirmative anonymity is not the only    11:15:41

13   thing that I'm looking for in Incognito  11:15:46

14   mode.                                    11:15:47

15       Q.   But "affirmative" -- when you -- 11:15:48

16   when you say "affirmative anonymity," it's 11:15:50

17   linked to your identity as William Byatt, 11:15:52

18   correct?                                 11:15:55

19           MR. LEE:   Objection to form,    11:15:55

20       asked and answered.                  11:15:56

21       A.   So I think that -- that         11:15:57

22   affirmative anonymity means me and my    11:15:58

23   behavior and my property, yeah.          11:16:03

24   BY MS. TREBICKA:                         11:16:03

25       Q.   So let's take it one step at a  11:16:06
```

Page 18

| | | |
|---|---|---|
| 1 | time.  So you said "me, my behavior and my | 11:16:08 |
| 2 | property," correct? | 11:16:11 |
| 3 | A.    I did.  I did not mean that list | 11:16:13 |
| 4 | to be necessarily exhaustive, but yes. | 11:16:15 |
| 5 | Q.    Let's take it with those -- | 11:16:18 |
| 6 | well, actually, let me ask you:  What else | 11:16:21 |
| 7 | would fall under that list? | 11:16:24 |
| 8 | A.    I don't think that I can | 11:16:27 |
| 9 | necessarily answer that off the cuff.  I | 11:16:28 |
| 10 | haven't, you know, enumerated a specific | 11:16:31 |
| 11 | list of things that I expect.  I -- I'm | 11:16:35 |
| 12 | just trying to use Incognito to keep my | 11:16:37 |
| 13 | behavior private, that's all. | 11:16:41 |
| 14 | Q.    There's two concepts here that | 11:16:42 |
| 15 | I'm trying to explore with you.  The first | 11:16:44 |
| 16 | is what falls under the information that | 11:16:46 |
| 17 | you want to keep private and the second | 11:16:49 |
| 18 | is, what does it mean for that information | 11:16:52 |
| 19 | to be anonymous; do you understand? | 11:16:55 |
| 20 | So I'm trying to keep those two | 11:17:00 |
| 21 | separate; do you understand that? | 11:17:01 |
| 22 | A.    Sure.  I understand what you're | 11:17:02 |
| 23 | saying, yes. | 11:17:04 |
| 24 | Q.    Right.  So the -- so the first | 11:17:04 |
| 25 | is, you know, all the types of information | 11:17:05 |

Page 19

| | | |
|---|---|---|
| 1 | that you believe should be kept private | 11:17:08 |
| 2 | when you are browsing in Incognito.  So -- | 11:17:10 |
| 3 | so that's one. | 11:17:15 |
| 4 | So what I'm -- and -- and if you | 11:17:16 |
| 5 | could let me know, what are the types of | 11:17:19 |
| 6 | information that you believe should be | 11:17:21 |
| 7 | kept private when you are browsing in | 11:17:22 |
| 8 | Incognito, that would be helpful. | 11:17:25 |
| 9 | A.    Well, I just think that | 11:17:27 |
| 10 | Incognito mode should do the things that | 11:17:29 |
| 11 | Google has told me it's going to do in -- | 11:17:32 |
| 12 | in the privacy policies and in that splash | 11:17:35 |
| 13 | screen.  If you'd like to pull those up | 11:17:39 |
| 14 | and look at those, I can -- I can read | 11:17:41 |
| 15 | them to you, for the things that I think | 11:17:44 |
| 16 | that it should be doing, what I think it | 11:17:46 |
| 17 | should be doing, what Google is telling me | 11:17:48 |
| 18 | it should be doing. | 11:17:50 |
| 19 | Q.    We will be looking at the | 11:17:51 |
| 20 | documents in particular, but I'm trying to | 11:17:52 |
| 21 | get your understanding of what you | 11:17:54 |
| 22 | believe, sitting here today, that is | 11:17:55 |
| 23 | information that should be kept private as | 11:17:57 |
| 24 | you are browsing in Incognito. | 11:17:59 |
| 25 | Can you give me that information | 11:18:01 |

Page 20

| | | |
|---|---|---|
| 1 | without a reference to the documents right | 11:18:03 |
| 2 | now? | 11:18:06 |
| 3 | A.    At -- at -- at minimum, it would | 11:18:07 |
| 4 | certainly be my -- all of my web browsing | 11:18:08 |
| 5 | behavior.  So the sites that I go to, the | 11:18:12 |
| 6 | things that I do on them, the -- the | 11:18:14 |
| 7 | computers and connections that I do it | 11:18:17 |
| 8 | with, you know, anything that -- that | 11:18:20 |
| 9 | would sort of fall under the umbrella of | 11:18:24 |
| 10 | web browsing behavior that I did. | 11:18:27 |
| 11 | Q.    Anything else? | 11:18:31 |
| 12 | A.    I don't know, probably.  But | 11:18:33 |
| 13 | that -- that is certainly the most obvious | 11:18:35 |
| 14 | bits. | 11:18:43 |
| 15 | Q.    Now, moving on to the second | 11:18:46 |
| 16 | concept, which was the concept of | 11:18:48 |
| 17 | anonymity that -- that you mentioned | 11:18:50 |
| 18 | earlier; do you recall that? | 11:18:51 |
| 19 | A.    I do, yes. | 11:18:53 |
| 20 | Q.    So what makes these -- these | 11:18:54 |
| 21 | types of information, these bits of | 11:18:57 |
| 22 | information, as you say -- as you said, | 11:19:00 |
| 23 | anonymous or non-anonymous according to | 11:19:02 |
| 24 | you? | 11:19:06 |
| 25 | MR. LEE:  Objection to form. | 11:19:06 |

Page 21

```
 1        A.    I -- I -- I am, first of all,        11:19:10

 2   not 100 percent certain.  I am, by no           11:19:15

 3   means, you know, an expert in -- I don't        11:19:18

 4   know personally identifiable information        11:19:22

 5   or how those systems work, but I would          11:19:24

 6   think that, information that is about me,        11:19:28

 7   that is what I'm doing, is not anonymous         11:19:37

 8   if -- if they know that I'm doing               11:19:44

 9   something or that my property or my             11:19:46

10   computers or my Internet connections are        11:19:49

11   doing something, that I -- that doesn't         11:19:50

12   seem anonymous.                                 11:19:53

13   BY MS. TREBICKA:                                11:19:53

14        Q.    And it's fair to say, Mr. Byatt,     11:20:14

15   that maintaining the privacy of your            11:20:16

16   information is important to you while            11:20:18

17   you're browsing the Internet?                   11:20:19

18        A.    Yes.  You know, I do voluntarily     11:20:21

19   share information at times.  So it's not,       11:20:28

20   you know an absolute at all times.  But I       11:20:34

21   think, you know, sort of perhaps more than      11:20:37

22   privacy, which is important, is consent to      11:20:40

23   what information is being shared.  I want       11:20:44

24   to know with what of my information is          11:20:46

25   being shared and I want to agree to that        11:20:48
```

Page 22

| | | |
|---|---|---|
| 1 | information being shared. | 11:20:50 |
| 2 | Q.    How -- what steps do you take to | 11:20:55 |
| 3 | know that certain information is -- about | 11:20:58 |
| 4 | you is being shared when you browse? | 11:21:00 |
| 5 | A.    I -- as a -- as a rule, I tend | 11:21:03 |
| 6 | to read, you know, privacy policies, terms | 11:21:06 |
| 7 | of service, things like that.  I -- I | 11:21:10 |
| 8 | actually think about when -- when a | 11:21:14 |
| 9 | website asks me what they can track or | 11:21:17 |
| 10 | what they're going to put on my computer, | 11:21:20 |
| 11 | I do think about what was, you know, | 11:21:24 |
| 12 | default to hitting okay all the time. | 11:21:27 |
| 13 | So -- so yeah, I think it's -- | 11:21:30 |
| 14 | it's -- you know, that sort of thing, | 11:21:33 |
| 15 | paying attention to what is being | 11:21:34 |
| 16 | represented to me as being shared and | 11:21:36 |
| 17 | thinking about whether or not I want that | 11:21:38 |
| 18 | shared. | 11:21:40 |
| 19 | Q.    And do you -- would you agree | 11:21:49 |
| 20 | that you take careful precautions to | 11:21:50 |
| 21 | protect your privacy online? | 11:21:53 |
| 22 | A.    I wouldn't use the word | 11:21:55 |
| 23 | "careful" or -- I'm not even sure I would | 11:21:56 |
| 24 | use the word necessarily "precautions."  I | 11:22:01 |
| 25 | would say that I am aware of and -- and | 11:22:03 |

Page 23

| | | |
|---|---|---|
| 1 | cognizant of what I am consenting to | 11:22:06 |
| 2 | share, yeah. | 11:22:09 |
| 3 | Q.    When you browse the web, are you | 11:22:11 |
| 4 | generally aware that websites display ads? | 11:22:32 |
| 5 | A.    Yes, certainly. | 11:22:37 |
| 6 | Q.    You've seen those ads, right? | 11:22:38 |
| 7 | A.    Yeah.  I've definitely seen ads, | 11:22:40 |
| 8 | yeah. | 11:22:42 |
| 9 | Q.    Do you ever click on the ads? | 11:22:43 |
| 10 | A.    I do. | 11:22:45 |
| 11 | Q.    Do you get some value out of | 11:22:46 |
| 12 | clicking out of some ads? | 11:22:48 |
| 13 | A.    I do, yeah. | 11:22:50 |
| 14 | Q.    What's the value that you get? | 11:22:51 |
| 15 | Tell me about it. | 11:22:53 |
| 16 | A.    I -- I enjoy getting new | 11:22:55 |
| 17 | products and services that I maybe hadn't | 11:23:02 |
| 18 | been aware of.  I think finding, you know, | 11:23:04 |
| 19 | new brands or new information or new | 11:23:08 |
| 20 | content that -- that appeals to me is | 11:23:12 |
| 21 | nice. | 11:23:14 |
| 22 | Q.    What else do you like about | 11:23:14 |
| 23 | seeing those ads? | 11:23:16 |
| 24 | A.    I don't know.  That -- sometimes | 11:23:22 |
| 25 | the ads are for sales.  I like sales. | 11:23:25 |

Page 24

```
 1        Q.    Who doesn't?                      11:23:28

 2        A.    Yeah.                             11:23:29

 3        Q.    And you're also aware that        11:23:44

 4   websites also use certain services to        11:23:46

 5   display those ads, right?                     11:23:47

 6        A.    I am, yes.                         11:23:50

 7        Q.    In other words, The New York       11:23:51

 8   Times -- do you frequent The New York         11:23:53

 9   Times?                                        11:23:56

10        A.    I do.  I visit The New York        11:23:56

11   Times.  I don't know if there's              11:23:58

12   distinctions around the word "frequent,"      11:23:59

13   but I definitely visit and go to The New      11:24:01

14   York Times website, yeah.                     11:24:05

15        Q.    That was an unnecessarily fancy    11:24:05

16   word on my part.  We can agree then that      11:24:09

17   you visit The New York Times website          11:24:11

18   online?                                       11:24:12

19        A.    Yes, absolutely.                   11:24:13

20        Q.    And you see that The New York      11:24:14

21   Times sometimes displays ads to you when      11:24:16

22   you visit, correct?                           11:24:18

23        A.    I do, yeah.                        11:24:19

24        Q.    And you understand that those      11:24:20

25   ads may be powered by entities other than     11:24:21
```

Page 25

```
 1    The New York Times, right?                    11:24:24
 2         A.    I understand that some of them     11:24:27
 3    may be, yes.                                  11:24:28
 4         Q.    And you understand that some of    11:24:30
 5    them may be powered by Google?                11:24:31
 6         A.    Yes.  Well, let me just say that   11:24:34
 7    I -- I can't say specifically whether I       11:24:38
 8    know that to be true for The New York         11:24:40
 9    Times.  You know, I know that The New York    11:24:42
10    Times sells ads directly so I don't know.     11:24:46
11    I can't, you know, specifically recall        11:24:50
12    having seen Google-powered ads on The New     11:24:52
13    York Times, but I do know that happens in     11:24:55
14    general.                                      11:24:58
15         Q.    Right.  So you said that you       11:24:59
16    know that New York Times sells ads            11:25:00
17    directly.  Tell me about -- tell me what      11:25:02
18    you know about any web publisher selling      11:25:05
19    ads on their websites?                        11:25:11
20         A.    Not a lot.  I know that for some   11:25:13
21    of those web publishers, you can pay them     11:25:18
22    to put up advertising images and copy like    11:25:24
23    old school newspapers, you know.  Yeah, I     11:25:27
24    don't know too much about the details of      11:25:31
25    those processes.                              11:25:34
```

Page 26

```
 1        Q.    And -- and do you also              11:25:36

 2   understand that the ads that are shown may      11:25:37

 3   depend on information that The New York         11:25:41

 4   Times may know about you?  For example,         11:25:43

 5   you know, what websites you visited before      11:25:46

 6   The New York Times?                             11:25:47

 7        A.    Well, I -- I can't speculate as      11:25:49

 8   to, you know, targeting implementations at      11:25:51

 9   The New York Times, but I certainly             11:25:55

10   understand that that kind of thing is of        11:25:58

11   value to advertisers.  Advertisers want to      11:26:02

12   do that.  I have no idea if New York Times      11:26:06

13   specifically is doing that.                     11:26:08

14        Q.    I don't mean to limit it to The      11:26:09

15   New York Times specifically.                    11:26:16

16        A.    Yeah.                                11:26:16

17        Q.    Generally speaking on the web,       11:26:16

18   you understand that there's advertisement       11:26:18

19   that's shown and that it may also be shown      11:26:20

20   on the basis of certain characteristics         11:26:25

21   that they know about the users who those        11:26:28

22   ads are displayed to?                           11:26:30

23        A.    Yeah --                              11:26:32

24        MR. LEE:  Hold on.  Are these              11:26:32

25     questions directed towards when a user        11:26:35
```

Page 27

```
 1        is not in Incognito mode or in          11:26:36

 2        Incognito mode or both?                  11:26:38

 3             MS. TREBICKA:  I'm speaking         11:26:40

 4        generally here about Mr. Byatt           11:26:41

 5        visiting the web.                        11:26:44

 6             MR. LEE:  I don't know what that    11:26:46

 7        means.  Mr. Byatt visits the Internet    11:26:47

 8        in non-Incognito mode and in Incognito   11:26:52

 9        mode.  So when you say generally, I      11:26:55

10        don't know what that means.              11:26:57

11             MS. TREBICKA:  Well, why don't      11:26:59

12        we ask Mr. Byatt.                        11:27:00

13   BY MS. TREBICKA:                              11:27:00

14        Q.   Mr. Byatt, do you need the          11:27:01

15   question read back to you?                    11:27:04

16        A.   At this point, I would love it      11:27:07

17   read back to me.                              11:27:08

18        Q.   I can do that.  Generally           11:27:10

19   speaking on the web, you understand that      11:27:12

20   there are certain advertisements that may     11:27:13

21   be shown on the basis of certain              11:27:15

22   characteristics that the advertisers or       11:27:17

23   the website knows about the user; is that     11:27:20

24   right?                                        11:27:23

25             MR. LEE:  Objection to form.        11:27:24
```

Page 28

```
 1         A.    Yeah.  In the -- in the broad        11:27:25
 2    sense, I do know that that is certainly         11:27:27
 3    something that happens, yes.                    11:27:29
 4    BY MS. TREBICKA:                                11:27:29
 5         Q.    You mentioned earlier that you       11:27:55
 6    also try to review or generally review          11:27:58
 7    privacy policies of the websites that you       11:28:03
 8    go to.  Do you recall that testimony?           11:28:05
 9         A.    I do, yes.                            11:28:07
10         Q.    And The New York Times is a          11:28:08
11    website that you sometimes visit; is that       11:28:11
12    right?                                          11:28:13
13         A.    It is.                               11:28:14
14         Q.    Is Twitter another of those          11:28:14
15    websites that you sometimes visit?              11:28:17
16         A.    Yes.                                 11:28:18
17         Q.    Is it fair to say that you've        11:28:21
18    read their privacy policies?                    11:28:23
19         A.    I'm certain that I have, yes.        11:28:25
20    Yeah, I'm sure I have.                          11:28:28
21         Q.    Do you recall when?                  11:28:31
22         A.    No, not with specificity.  I         11:28:34
23    certainly would have read the Twitter           11:28:37
24    privacy policy at minimum when I created a      11:28:41
25    Twitter account, although I don't remember      11:28:44
```

Page 29

| | | |
|---|---|---|
| 1 | when that would have been.  I suppose the | 11:28:46 |
| 2 | same would probably be true for The New | 11:28:48 |
| 3 | York Times.  I do recall having seen The | 11:28:53 |
| 4 | New York Times, the little GDPR notice | 11:28:59 |
| 5 | that comes up a few times, you know, | 11:29:03 |
| 6 | pretty frequently, but more details and | 11:29:05 |
| 7 | dates, I couldn't -- I couldn't tell you. | 11:29:08 |
| 8 | Q.    Would you be able to narrow it | 11:29:12 |
| 9 | down to a range for me?  Let's start with | 11:29:13 |
| 10 | The New York Times when you may have | 11:29:16 |
| 11 | reviewed the privacy policy, a date range? | 11:29:18 |
| 12 | A.    Yeah, I probably could figure it | 11:29:24 |
| 13 | out with time, but, no, I -- I wouldn't be | 11:29:29 |
| 14 | able to remember.  Yeah, I've been -- I've | 11:29:31 |
| 15 | been -- you know, on the Internet for as | 11:29:34 |
| 16 | long as I can remember.  So I certainly | 11:29:37 |
| 17 | couldn't remember when I first started | 11:29:40 |
| 18 | going to The New York Times and first | 11:29:41 |
| 19 | started looking at their -- their privacy | 11:29:43 |
| 20 | policy. | 11:29:46 |
| 21 | I have -- you know, when I get | 11:29:47 |
| 22 | e-mails saying that terms of service or | 11:29:50 |
| 23 | privacy policies are updated, as a rule, I | 11:29:53 |
| 24 | tend to review those as well, but again, I | 11:29:56 |
| 25 | couldn't tell you exactly when that would | 11:29:59 |

Page 30

| | | |
|---|---|---|
| 1 | have happened for either of those two | 11:30:01 |
| 2 | websites. | 11:30:04 |
| 3 | Q.    You mentioned the GDPR notice; | 11:30:04 |
| 4 | do you recall that testimony? | 11:30:08 |
| 5 | A.    I do. | 11:30:09 |
| 6 | Q.    What did you mean by that? | 11:30:09 |
| 7 | A.    A bunch of websites have like a | 11:30:11 |
| 8 | little pop-up that comes up that has like | 11:30:14 |
| 9 | notifications about cookies and data and | 11:30:15 |
| 10 | privacy stuff. | 11:30:18 |
| 11 | Q.    Okay. | 11:30:19 |
| 12 | A.    And that -- that's -- that's the | 11:30:20 |
| 13 | notice that -- it is my understanding that | 11:30:21 |
| 14 | it exists because of some European laws. | 11:30:24 |
| 15 | Q.    I'd like to mark as Exhibit 1 -- | 11:30:34 |
| 16 | actually, let me stop there. | 11:30:36 |
| 17 | MS. TREBICKA:  This is the first | 11:30:39 |
| 18 | deposition of plaintiffs so I don't | 11:30:40 |
| 19 | need to stop.  Let's just mark as | 11:30:42 |
| 20 | Exhibit 1, tab 38, Tracy. | 11:30:43 |
| 21 | MR. LEE:  So I don't mean to | 11:30:54 |
| 22 | interrupt, Viola, but this is | 11:30:56 |
| 23 | Mr. Byatt's first time being deposed | 11:30:57 |
| 24 | and certainly his first time being | 11:30:59 |
| 25 | deposed remotely, so I just wanted to | 11:31:01 |

Page 31

| | | |
|---|---|---|
| 1 | let him know that when you mark a | 11:31:03 |
| 2 | deposition exhibit, it should show up | 11:31:05 |
| 3 | in his Exhibit Share, which he, I | 11:31:07 |
| 4 | believe he has up on his -- on his | 11:31:11 |
| 5 | computer.  And if you hit refresh, I | 11:31:18 |
| 6 | think that what's been marked as | 11:31:22 |
| 7 | Exhibit 1 should -- should be visible | 11:31:24 |
| 8 | to you, Mr. Byatt. | 11:31:26 |
| 9 | THE WITNESS:  I see it now. | 11:31:27 |
| 10 | MR. LEE:  I encourage you to | 11:31:28 |
| 11 | open them and make sure that they work | 11:31:30 |
| 12 | and you're able to read them before we | 11:31:33 |
| 13 | move on. | 11:31:35 |
| 14 | (Exhibit 1, Screenshot, marked | 11:31:35 |
| 15 | for identification.) | 11:31:38 |
| 16 | THE WITNESS:  I have opened it | 11:31:38 |
| 17 | and I can see it. | 11:31:39 |
| 18 | MR. LEE:  Okay. | 11:31:41 |
| 19 | BY MS. TREBICKA: | 11:31:41 |
| 20 | Q.  All right.  Thank you. | 11:31:42 |
| 21 | Mr. Byatt, you'll be a pro by | 11:31:43 |
| 22 | the end of this.  So you see this | 11:31:45 |
| 23 | screenshot that was taken of the cookie | 11:31:52 |
| 24 | banner? | 11:31:54 |
| 25 | A.  This screenshot that was taken | 11:31:56 |

Page 32

| | | |
|---|---|---|
| 1 | on the cookie banner, I -- so I see | 11:31:58 |
| 2 | several screenshots here, maybe one really | 11:32:01 |
| 3 | long screenshot, yeah.  By the cookie | 11:32:03 |
| 4 | banner, you're referring to this thing at | 11:32:08 |
| 5 | the bottom of page 1 of the document? | 11:32:10 |
| 6 | Q.    Correct. | 11:32:14 |
| 7 | A.    Okay.  I do see this, yes. | 11:32:15 |
| 8 | Q.    Do you see that?  I'm calling it | 11:32:16 |
| 9 | cookie banner.  You can call it a cookie | 11:32:18 |
| 10 | pop-up.  Do you see a little X in the | 11:32:21 |
| 11 | lower left corner? | 11:32:25 |
| 12 | A.    I do. | 11:32:26 |
| 13 | Q.    And do you -- when you mentioned | 11:32:27 |
| 14 | a GDPR notice pop-up, I believe you called | 11:32:30 |
| 15 | it, is this what you were referring to? | 11:32:33 |
| 16 | A.    This would be similar to it, | 11:32:36 |
| 17 | yes.  This is sort of roughly, generally | 11:32:39 |
| 18 | the kind of thing that I was talking | 11:32:41 |
| 19 | about, yes. | 11:32:43 |
| 20 | Q.    And if there's any differences | 11:32:43 |
| 21 | between what you were talking about and | 11:32:47 |
| 22 | this, can you describe them for me? | 11:32:50 |
| 23 | A.    No, certainly not.  I don't know | 11:32:52 |
| 24 | if there are specifics that are compliant | 11:32:54 |
| 25 | with certain regulatory bodies.  Yeah, | 11:32:58 |

Page 33

| | | |
|---|---|---|
| 1 | I -- I've -- I would not be able to point | 11:33:01 |
| 2 | to specific differences, but -- but I | 11:33:04 |
| 3 | could tell you that this is the kind of | 11:33:08 |
| 4 | thing that I had in mind. | 11:33:09 |
| 5 | Q.    And that's what I was asking | 11:33:11 |
| 6 | about. | 11:33:12 |
| 7 | A.    Yeah. | 11:33:13 |
| 8 | Q.    It's generally the kind of thing | 11:33:13 |
| 9 | that you had in mind, right? | 11:33:16 |
| 10 | A.    Yes. | 11:33:17 |
| 11 | Q.    When you encounter these pop-ups | 11:33:17 |
| 12 | on websites, what do you do? | 11:33:22 |
| 13 | A.    Well, that's pretty broad, but | 11:33:26 |
| 14 | generally speaking, I read them.  If they | 11:33:27 |
| 15 | have preferences option, like this does | 11:33:33 |
| 16 | here, I may click that and look at what | 11:33:36 |
| 17 | they are.  If I have no objections to | 11:33:38 |
| 18 | anything that a site is doing, it could be | 11:33:44 |
| 19 | accepted.  I think -- I think generally | 11:33:49 |
| 20 | the thing is that I read it and make | 11:33:50 |
| 21 | decisions. | 11:33:52 |
| 22 | Q.    Understood.  Do you also see how | 11:33:53 |
| 23 | the "Find out more here" phrase is | 11:33:56 |
| 24 | underlined at the end of that paragraph? | 11:34:00 |
| 25 | A.    I do. | 11:34:03 |

Page 34

```
 1        Q.    And we're on page 1 still?           11:34:04

 2        A.    That's right.                        11:34:07

 3        Q.    Do you see that -- does this         11:34:07

 4    indicate to you that it's some hyperlink       11:34:11

 5    that links to a different web page?            11:34:14

 6        A.    Yes, it does.                        11:34:18

 7        Q.    When you see these types of          11:34:19

 8    hyperlinks that link to different web          11:34:21

 9    pages, do you click on them to follow          11:34:25

10    them?                                          11:34:27

11        A.    Yeah, sometimes.  A little more      11:34:27

12    than sometimes probably.  Yeah, I              11:34:30

13    definitely do occasionally.                    11:34:31

14        Q.    And when you do -- is there a        11:34:33

15    difference between the times that you do       11:34:35

16    and the times that you don't?                  11:34:36

17        A.    Based on how I'm feeling about       11:34:40

18    sharing information at the moment, really.     11:34:41

19    You know, if I'm feeling like I want all       11:34:43

20    of the information shared, I may, you          11:34:47

21    know -- I may not.  If I have read it          11:34:53

22    before and remember, I may not.  Yeah,         11:34:57

23    it -- it would be sort of in the moment, I     11:35:03

24    suppose.                                       11:35:06

25        Q.    Have you grown more privacy          11:35:08
```

Page 35

```
 1    conscious over time?                          11:35:11
 2         A.    Can we narrow a time frame?  I     11:35:13
 3    was born once and had no privacy              11:35:15
 4    consciousness.                                11:35:18
 5         Q.    Very fair.  Since 2016 and on,     11:35:18
 6    you were an adult in 2016, correct?           11:35:22
 7         A.    I was, yes.                         11:35:24
 8         Q.    Yeah.  I haven't asked your age,   11:35:25
 9    but I'm -- I'm just assuming.                  11:35:27
10         A.    Yes.  I -- I was an adult, yeah.   11:35:30
11    I would -- I would -- I would not say that     11:35:32
12    my privacy consciousness has increased         11:35:34
13    particularly in adulthood.  I would say        11:35:38
14    that I've maintained, you know, a level of     11:35:42
15    consciousness, yeah.                           11:35:46
16         Q.    So I'm trying to -- to             11:35:48
17    understand your answer that you gave           11:35:50
18    earlier, which is that you -- you click on     11:35:51
19    these hyperlinks, depending on or based on     11:35:57
20    how you're feeling about privacy at that       11:36:01
21    moment.  So that's what I was trying to        11:36:04
22    understand.  So -- so help me understand       11:36:06
23    what you mean -- meant by that answer.         11:36:07
24         A.    Well, I -- I could mean all        11:36:09
25    kinds of things.  I don't know if I can,       11:36:10
```

Page 36

| | | |
|---|---|---|
| 1 | here, under oath, determine the -- the | 11:36:16 |
| 2 | sort of vagaries of human experience, but | 11:36:18 |
| 3 | I can certainly say that there are some | 11:36:22 |
| 4 | entities that I may feel differently about | 11:36:28 |
| 5 | sharing some information with them. | 11:36:32 |
| 6 | There may be computer systems | 11:36:35 |
| 7 | that I'm using that I feel differently | 11:36:40 |
| 8 | about privacy and -- and what I'm sharing. | 11:36:44 |
| 9 | Yeah, I -- I can't point to, you know, | 11:36:49 |
| 10 | everything that goes into it on any | 11:36:52 |
| 11 | particular decision. | 11:36:55 |
| 12 | Q.    Understood.  So -- understood. | 11:36:56 |
| 13 | So you mentioned the entities | 11:36:59 |
| 14 | that you'd be sharing the information with | 11:37:00 |
| 15 | and the computer systems, right? | 11:37:02 |
| 16 | A.    Yeah.  But, again, that's, you | 11:37:04 |
| 17 | know, non-exhaustive. | 11:37:06 |
| 18 | Q.    That's all you can think of | 11:37:09 |
| 19 | right now, correct? | 11:37:11 |
| 20 | A.    Sure, yes. | 11:37:12 |
| 21 | Q.    What do you mean by computer | 11:37:13 |
| 22 | systems? | 11:37:15 |
| 23 | A.    Like, literally which computer | 11:37:16 |
| 24 | I'm on. | 11:37:18 |
| 25 | Q.    Understood. | 11:37:20 |

Page 37

```
 1        A.    Or what network that computer is      11:37:21

 2    on.  So it may be my personal laptop, but      11:37:23

 3    the difference between at my house, at a       11:37:25

 4    friend's house, at Starbucks, et cetera.       11:37:27

 5        Q.    And how would you rate those         11:37:32

 6    different networks?  So let's say you're       11:37:35

 7    in your house on your computer, would that     11:37:38

 8    make you more likely to share certain          11:37:41

 9    information online?                            11:37:46

10        MR. LEE:  Objection to form,               11:37:48

11        compound, vague.                           11:37:49

12        A.    Yeah.  I don't -- I don't think      11:37:51

13    that it's -- I don't think that it's           11:37:53

14    like -- I don't know -- like rigid or          11:37:57

15    linear like that.  You know, I think I'm       11:38:00

16    sort of taking each situation as it comes      11:38:03

17    and -- and thinking about, you know,           11:38:06

18    whatever is -- is relevant to me at the        11:38:10

19    time.                                          11:38:13

20        So I don't think I can                     11:38:14

21    necessarily say that there's more or less      11:38:15

22    restrictiveness in my approach in -- in a      11:38:21

23    particular context.  Those are just            11:38:23

24    factors that I might think about.              11:38:26

25    BY MS. TREBICKA:                               11:38:26
```

Page 38

```
 1        Q.    Let's say you are at Starbucks      11:38:28
 2    and you're browsing on your phone, how        11:38:30
 3    does that factor into your thinking about     11:38:33
 4    the restrictiveness in that context?          11:38:34
 5        A.    I -- I -- like I -- like I said,     11:38:39
 6    I don't know if I can say it in any kind       11:38:41
 7    of rigid or deterministic way.  You know,      11:38:45
 8    I'm -- I'm not a computer.  I just work        11:38:48
 9    with them.                                     11:38:50
10            So, you know, I might be               11:38:51
11    thinking about what network that is --         11:38:53
12    what websites I'm going to -- how I want       11:39:02
13    that information shared.  I -- I -- yeah,       11:39:06
14    I -- that's way -- yeah.  I've got -- I        11:39:10
15    can't -- I can't say in specificity.  I'm      11:39:14
16    sorry.                                         11:39:16
17            THE WITNESS:  And I apologize to       11:39:16
18        the court reporter for stuttering all      11:39:18
19        over that one.                             11:39:20
20    BY MS. TREBICKA:                               11:39:20
21        Q.    In response to my question of        11:39:26
22    what would make you click on a Learn More      11:39:28
23    Link, for example, you mentioned computer      11:39:31
24    systems as one of the factors that you        11:39:33
25    would consider.  So I'm trying to figure      11:39:36
```

Page 39

| | | |
|---|---|---|
| 1 | out which way that would affect your | 11:39:37 |
| 2 | decision. | 11:39:40 |
| 3 | A.    Right.  So what I -- what I | 11:39:41 |
| 4 | meant by that was when I look at that | 11:39:43 |
| 5 | screen, I will consider my whole context | 11:39:46 |
| 6 | for how I feel at the moment about what I | 11:39:50 |
| 7 | want to share or what I want to know more | 11:39:53 |
| 8 | about before I share. | 11:39:55 |
| 9 | I can't say how individual | 11:39:57 |
| 10 | factors will interact with that thought | 11:39:59 |
| 11 | process in any kind of predictive way, but | 11:40:02 |
| 12 | I -- I am -- I just know that these are | 11:40:06 |
| 13 | the kind of things that I might think | 11:40:09 |
| 14 | about when coming to a particular | 11:40:12 |
| 15 | decision. | 11:40:14 |
| 16 | Q.    When I asked about what makes | 11:40:15 |
| 17 | you click on a Learn More Link, you also | 11:40:19 |
| 18 | mentioned you would consider the entity; | 11:40:23 |
| 19 | do you remember that answer? | 11:40:26 |
| 20 | A.    I do. | 11:40:27 |
| 21 | Q.    What did you mean by that? | 11:40:28 |
| 22 | A.    I would consider things like | 11:40:31 |
| 23 | what I already know about what the website | 11:40:38 |
| 24 | I'm going to, can or does or might do with | 11:40:43 |
| 25 | the information, how I feel about that | 11:40:48 |

Page 40

| | | |
|---|---|---|
| 1 | entity.  One, that that would be, frankly, | 11:40:53 |
| 2 | particularly relevant to me is how I would | 11:40:56 |
| 3 | feel about my activity on that website | 11:40:59 |
| 4 | being communicated to, I guess, other | 11:41:06 |
| 5 | companies or other entities, you know, | 11:41:13 |
| 6 | things like that. | 11:41:15 |
| 7 | Q.    When you say other companies or | 11:41:17 |
| 8 | other entities, what makes you think that | 11:41:19 |
| 9 | it would be communicated to entities or | 11:41:21 |
| 10 | companies other than the website that you | 11:41:24 |
| 11 | visit? | 11:41:26 |
| 12 | A.    They often say so.  We also | 11:41:28 |
| 13 | share information about your use of site | 11:41:30 |
| 14 | with our social media advertising | 11:41:32 |
| 15 | analytics partners is something that it | 11:41:35 |
| 16 | says on Exhibit 0001.  So if I were | 11:41:37 |
| 17 | interested in more information about that, | 11:41:40 |
| 18 | I might click that, you know. | 11:41:41 |
| 19 | Q.    Do you also feel differently | 11:41:46 |
| 20 | about different entities having your | 11:41:48 |
| 21 | information? | 11:41:50 |
| 22 | A.    Do I feel differently about | 11:41:53 |
| 23 | different entities having my information? | 11:41:54 |
| 24 | I suppose, yes. | 11:41:56 |
| 25 | Q.    Are there any particular | 11:41:58 |

Page 41

| | | |
|---|---|---|
| 1 | entities that you just don't want to have | 11:41:59 |
| 2 | your information for one reason or | 11:42:01 |
| 3 | another? | 11:42:04 |
| 4 | A.    Yeah, Breitbart. | 11:42:04 |
| 5 | Q.    Any others that come to mind? | 11:42:06 |
| 6 | A.    That I -- that I just outright | 11:42:09 |
| 7 | don't want to have my information at all? | 11:42:11 |
| 8 | The Taliban, I don't want them to know | 11:42:19 |
| 9 | anything about me, but for the thrust of | 11:42:21 |
| 10 | the question, no, not particularly that I | 11:42:24 |
| 11 | can think of. | 11:42:26 |
| 12 | Q.    What -- how do you feel about | 11:42:27 |
| 13 | Google having your information related to | 11:42:30 |
| 14 | your browsing? | 11:42:33 |
| 15 | A.    In general, having information | 11:42:34 |
| 16 | related to my browsing, I generally like, | 11:42:36 |
| 17 | right?  Like, I think that, in general, | 11:42:41 |
| 18 | it's able to, you know, improve my | 11:42:44 |
| 19 | browsing experience, certainly, when I | 11:42:47 |
| 20 | consent to it.  But I don't necessarily | 11:42:51 |
| 21 | want them to have all of my information | 11:42:53 |
| 22 | all of the time. | 11:42:56 |
| 23 | Q.    You said you don't want them to | 11:42:58 |
| 24 | have all of your information all of the | 11:43:09 |
| 25 | time, and I'd like to ask you a couple of | 11:43:11 |

Page 42

```
 1    questions about your answer.  Okay?        11:43:13

 2        A.    Sure, uh-huh.                    11:43:16

 3        Q.    So when you say "I don't want    11:43:17

 4    them to have all of my information," what  11:43:20

 5    information do you want Google not to have  11:43:21

 6    about you?                                 11:43:23

 7        A.    Well, again, I think that that   11:43:24

 8    could be pretty context-dependent.  I      11:43:27

 9    think what's sort of more important is     11:43:30

10    because it's context-dependent, at any     11:43:34

11    particular moment, I would like to be in   11:43:37

12    control of what information that is.  When  11:43:41

13    I visit some site, I want to be able to    11:43:43

14    think about what information I'm going to   11:43:46

15    share with -- with Google in particular,   11:43:50

16    but anyone.                                11:43:54

17            I want to be able to think about   11:43:56

18    what information I'm going to share, and I  11:43:58

19    want to be able to rely on what those      11:44:00

20    companies are telling me to make those     11:44:04

21    decisions.                                 11:44:07

22        Q.    You also said that you don't     11:44:09

23    want Google to have all the information    11:44:13

24    all of the time.  So I would like to       11:44:15

25    understand what you meant by "all of the   11:44:21
```

Page 43

```
 1   time."                                    11:44:22

 2       A.    I'm not sure -- sorry.          11:44:23

 3             THE WITNESS:  Were you going to  11:44:23

 4       say something?                        11:44:25

 5             MR. LEE:  Wasn't that the same  11:44:25

 6       question as the last question?  Asked 11:44:28

 7       and answered.                         11:44:29

 8       A.    Do I continue anyway?           11:44:32

 9   BY MS. TREBICKA:                          11:44:32

10       Q.    Yes.                            11:44:35

11       A.    So yeah, I don't think that I   11:44:35

12   meant anything in particular by "all the  11:44:39

13   time," except that, like, I don't         11:44:41

14   necessarily literally want all of my      11:44:44

15   behavior to be information that Google    11:44:46

16   has.                                      11:44:49

17       Q.    Mr. Byatt, you mentioned that   11:44:50

18   you work with computers.                  11:44:52

19             Do you -- what do you do for a  11:44:54

20   living?                                   11:44:56

21       A.    I'm a software developer.       11:44:57

22       Q.    What company do you work with,  11:44:59

23   if you work for a company?                11:45:05

24       A.    Right now, my primary employer  11:45:07

25   is Kaufman Rossin, CPA.  They're an       11:45:11
```

Page 44

| | | |
|---|---|---|
| 1 | accounting firm and financial advisory | 11:45:15 |
| 2 | firm out of Miami here. | 11:45:18 |
| 3 | Q.    What do you do for them? | 11:45:22 |
| 4 | A.    I develop software. | 11:45:25 |
| 5 | Q.    Do you have a college degree? | 11:45:30 |
| 6 | A.    I do not. | 11:45:33 |
| 7 | Q.    How did you learn to develop | 11:45:34 |
| 8 | software? | 11:45:39 |
| 9 | A.    I -- I guess you would say that | 11:45:45 |
| 10 | I'm self-taught.  Ample resources to learn | 11:45:48 |
| 11 | to write software and then, you know, | 11:45:54 |
| 12 | really got good by doing it | 11:45:58 |
| 13 | professionally. | 11:46:04 |
| 14 | Q.    How long have you been doing it? | 11:46:04 |
| 15 | A.    Professionally, about ten years. | 11:46:06 |
| 16 | Had an idea what I was doing, maybe six | 11:46:21 |
| 17 | months. | 11:46:24 |
| 18 | Q.    So your testimony is that for | 11:46:32 |
| 19 | about ten years, you have been developing | 11:46:33 |
| 20 | software professionally? | 11:46:36 |
| 21 | A.    That's correct. | 11:46:37 |
| 22 | Q.    And by that, you mean you -- | 11:46:37 |
| 23 | you're being paid by others to develop | 11:46:39 |
| 24 | software for them, correct? | 11:46:41 |
| 25 | A.    That's correct. | 11:46:43 |

Page 45

```
 1          Q.    And what did you do before that?      11:46:43
 2          A.    Nothing.  I was a child.  I           11:46:47
 3    worked at a movie theater one summer.             11:46:53
 4          Q.    So your entire professional           11:46:56
 5    career, you have been a software                  11:46:58
 6    developer?                                         11:46:59
 7          A.    That's correct.                        11:47:00
 8          Q.    Do you ever -- when you go on          11:47:07
 9    the Internet, do you ever look at the             11:47:09
10    underlying code of the website?                   11:47:11
11          A.    So that doesn't make a ton of         11:47:21
12    sense.  Most code on websites is                  11:47:26
13    obfuscated.  I can look at the code, but          11:47:33
14    it's -- like humans can't read a lot of           11:47:40
15    it.  So I -- I have looked at some of that        11:47:41
16    on websites, but it -- that -- it's very          11:47:45
17    rare because I generally am a human who           11:47:48
18    can't read it.                                     11:47:52
19          Q.    You browse on Chrome, right?          11:47:54
20          A.    Yes.                                   11:47:57
21          Q.    Sometimes?                             11:47:58
22          A.    Yeah, yeah.  Primarily I'd say,       11:47:59
23    yeah.                                              11:48:02
24          Q.    Primarily.  Do you use any other      11:48:02
25    browsers?                                          11:48:04
```

Page 46

```
 1        A.    I -- I have used other browsers,      11:48:05

 2   but the vast majority of my -- my browsing       11:48:07

 3   is -- is on Chrome.  If I -- if I use            11:48:12

 4   other browsers, it's for things like, you        11:48:15

 5   know, testing things that I'm working on.        11:48:17

 6        Q.    Understood.  And what other           11:48:20

 7   browsers do you use for -- to test things        11:48:21

 8   that you're working on?                          11:48:24

 9        A.    All of them.  I have used all of      11:48:25

10   them.  But, you know, for some of these          11:48:28

11   we're talking about, I've opened, you            11:48:30

12   know, three times in -- in, you know, the        11:48:32

13   past ten years.  I would say that probably       11:48:35

14   Firefox and Edge or Internet Explorer            11:48:39

15   before Edge would be the ones that have          11:48:42

16   gotten any other significant usage.              11:48:46

17        Q.    On Chrome, are you aware of           11:48:48

18   developer tools, that option?                    11:48:53

19        A.    I am, yes.                            11:48:55

20        Q.    Have you ever looked at that          11:48:57

21   when you go on the Internet and browse a         11:48:58

22   site?                                            11:49:00

23        A.    I can't say with specificity.         11:49:06

24   Have I ever?  Probably.  It's not                11:49:10

25   something I make any kind of habit of.           11:49:12
```

Page 47

```
 1         Q.    What does it tell you if you go        11:49:15
 2    to the developer tools on the particular         11:49:16
 3    website, generally speaking?                     11:49:20
 4         A.    A lot.  You can -- you can get         11:49:22
 5    all kinds of -- that's -- that's very,           11:49:25
 6    very broad.                                      11:49:27
 7         Q.    Does it tell you where your --        11:49:29
 8    let me back up.                                  11:49:33
 9         Does it tell you what types of              11:49:34
10    services the website uses?                       11:49:37
11         A.    Some of them.  It -- it can tell      11:49:41
12    you some of them.  It -- there's no              11:49:44
13    mechanism for it to tell you everything.         11:49:47
14    There's also no mechanism for it to tell         11:49:50
15    you what some of those services that it          11:49:53
16    can tell you about is doing with any             11:49:57
17    information that it gets.                         11:49:59
18         Q.    Does it show what -- whether          11:50:01
19    your information is being sent to another        11:50:05
20    domain?                                          11:50:08
21         A.    It can.  It -- again, it's the        11:50:09
22    same answer as the last one.  It -- it can       11:50:12
23    show you some of that information.  It is        11:50:15
24    not the only way.  There are ways that one       11:50:18
25    can share information that would not             11:50:22
```

Page 48

| | | |
|---|---|---|
| 1 | appear in developer tools, and developer | 11:50:24 |
| 2 | tools does not have a way of telling me | 11:50:26 |
| 3 | what happens when the information gets | 11:50:28 |
| 4 | over there. | 11:50:29 |
| 5 | Q.    Have you ever looked at | 11:50:32 |
| 6 | developer tools while you've been in an | 11:50:33 |
| 7 | Incognito browsing session? | 11:50:36 |
| 8 | A.    Again, I -- I can't point to | 11:50:37 |
| 9 | ever having done it specifically.  That | 11:50:40 |
| 10 | one, I can't even say that I probably | 11:50:44 |
| 11 | have.  I -- I really don't know, but I | 11:50:48 |
| 12 | certainly don't remember. | 11:50:50 |
| 13 | MS. TREBICKA:  James -- or | 11:51:19 |
| 14 | Mr. Lee or Mr. Byatt, I'm about to go | 11:51:19 |
| 15 | on a line of questioning that will | 11:51:22 |
| 16 | take about 20 minutes or so.  Do you | 11:51:24 |
| 17 | want to take a break now or after that | 11:51:26 |
| 18 | line of questioning? | 11:51:28 |
| 19 | MR. LEE:  Yeah, let's take a | 11:51:29 |
| 20 | break now. | 11:51:30 |
| 21 | MS. TREBICKA:  Okay.  Let's do | 11:51:31 |
| 22 | that. | 11:51:32 |
| 23 | THE VIDEOGRAPHER:  Going off the | 11:51:32 |
| 24 | record.  The time is 1:51 a.m. -- | 11:51:33 |
| 25 | 11:51 a.m. | 11:51:54 |

Page 49

```
 1              (Whereupon, a brief recess is          12:01:16
 2       taken.)                                       12:01:38
 3              THE VIDEOGRAPHER:  Back on the         12:01:38
 4       record.  The time is 12:01 p.m.              12:01:52
 5   BY MS. TREBICKA:                                  12:01:52
 6       Q.    Good morning, Mr. Byatt, again.         12:01:57
 7       A.    Good morning.                           12:02:00
 8       Q.    Just a quick reminder that you          12:02:01
 9   are still under oath; you understand that?        12:02:03
10       A.    I do understand that, yes.              12:02:05
11       Q.    Earlier, you testified about            12:02:07
12   visiting The New York Times on occasion;          12:02:14
13   do you remember that?                             12:02:16
14       A.    I do, yes.                              12:02:17
15       Q.    And you also testified that you         12:02:18
16   reviewed The New York Times's privacy             12:02:20
17   policy; do you remember that?                     12:02:23
18       A.    Yes.                                    12:02:24
19              MS. TREBICKA:  I will mark as          12:02:25
20       Exhibit 2, The New York Times privacy         12:02:26
21       policy currently available on The New         12:02:35
22       York Times website.                           12:02:37
23              (Exhibit 2, The New York Times         12:02:38
24       Privacy Policy, Updated July 1, 2021,         12:02:38
25       marked for identification.)                   12:02:39
```

Page 50

```
 1    BY MS. TREBICKA:                          12:02:39

 2        Q.    And if you refresh your Exhibit    12:02:39

 3    Share, you will see it at some point.        12:02:43

 4    Just let me know when you see it.            12:02:44

 5        A.    I certainly shall.  It's not       12:02:46

 6    there yet.                                   12:02:48

 7        Q.    Okay.                              12:02:50

 8        A.    I -- there is an Exhibit 2 in       12:03:04

 9    here.  I'm opening it.                       12:03:11

10        Q.    Okay.                              12:03:11

11        A.    Okay.  I am looking at The New      12:03:12

12    York -- I'm looking at what says that is     12:03:13

13    The New York Times privacy policy, last      12:03:14

14    updated on July 1, 2021.                     12:03:16

15        Q.    Okay.  Do you remember reviewing   12:03:18

16    this policy?                                 12:03:19

17        A.    Not necessarily with              12:03:22

18    specificity.  I remember reviewing a         12:03:24

19    document that looks like this.  I -- I       12:03:30

20    could not tell you if it was the exact       12:03:33

21    same thing.                                  12:03:35

22        Q.    Understood.  If you could scroll   12:03:35

23    down to page 3 of the PDF.                   12:03:37

24        A.    I think I'm there.  Hold on.       12:03:45

25    The page numbers aren't marked.  I am on     12:03:47
```

Page 51

| | | |
|---|---|---|
| 1 | page 3. | 12:03:57 |
| 2 | Q.    At the end of page 3, do you see | 12:04:07 |
| 3 | the bolded heading Information Collected | 12:04:08 |
| 4 | Automatically? | 12:04:11 |
| 5 | A.    I do. | 12:04:13 |
| 6 | Q.    And if you scroll down to | 12:04:15 |
| 7 | page 4, you see the first bullet point | 12:04:16 |
| 8 | there with Tracking Technologies in Your | 12:04:21 |
| 9 | Browsing and Mobile Apps? | 12:04:26 |
| 10 | A.    I do see that. | 12:04:27 |
| 11 | Q.    Okay.  And I will read the words | 12:04:28 |
| 12 | underneath that bolded bullet point into | 12:04:30 |
| 13 | the record.  It says "These technologies | 12:04:33 |
| 14 | include cookies, web beacons, tags and | 12:04:35 |
| 15 | scripts, software development kits (or | 12:04:39 |
| 16 | SDKs) and beyond.  We track and store data | 12:04:41 |
| 17 | about how you visit and use Times | 12:04:45 |
| 18 | Services, particularly through our | 12:04:47 |
| 19 | websites and apps.  The items we log | 12:04:50 |
| 20 | include," and then it has a bulleted list. | 12:04:53 |
| 21 | Do you see that? | 12:04:56 |
| 22 | A.    I do. | 12:04:57 |
| 23 | MR. LEE:  Viola, before we go | 12:04:57 |
| 24 | on, can I get a standing objection to | 12:04:59 |
| 25 | this line of questioning based on lack | 12:05:01 |

Veritext Legal Solutions
866 299-5127

```
 1        of foundation, please?                    12:05:03
 2             MS. TREBICKA:  Noted, James.         12:05:06
 3             MR. LEE:  Is that a yes?             12:05:08
 4             MS. TREBICKA:  Yes, I noted.         12:05:09
 5             MR. LEE:  Thank you.                 12:05:11
 6             MS. TREBICKA:  It is -- I            12:05:12
 7        understand that you have a standing       12:05:12
 8        objection.                                12:05:14
 9             MR. LEE:  Great.                     12:05:14
10   BY MS. TREBICKA:                               12:05:14
11        Q.   Do you see the bulleted list of     12:05:17
12   information?                                   12:05:19
13        A.   Yes, I do.                           12:05:20
14        Q.   And actually, it's a bulleted       12:05:21
15   list of the items that The New York Times      12:05:23
16   says it logs; do you see that?                 12:05:25
17        A.   I do see that, yes.                  12:05:27
18        Q.   So of these pieces of data, of      12:05:30
19   items that they log, do you consider any       12:05:34
20   of it to be your personal information?         12:05:36
21        A.   Yes, I would say so.                 12:05:39
22        Q.   Okay.  Which ones?                   12:05:48
23        A.   Well, I -- I would say all of       12:05:53
24   them really.  Other usage information, the     12:05:58
25   last one is pretty broad so I don't know       12:06:00
```

Page 53

| | | |
|---|---|---|
| 1 | what that means, and -- and it seems kind | 12:06:03 |
| 2 | of like a catchall, but, yeah, I -- I | 12:06:11 |
| 3 | would say most of them I -- I could | 12:06:14 |
| 4 | understand as private information -- or | 12:06:17 |
| 5 | personal information, I suppose. | 12:06:21 |
| 6 | Q.    Okay.  What about sensitive user | 12:06:22 |
| 7 | information?  Which ones of these would | 12:06:26 |
| 8 | you consider to be sensitive? | 12:06:30 |
| 9 | A.    Well, I don't know what you mean | 12:06:36 |
| 10 | by sensitive, but I would consider all of | 12:06:37 |
| 11 | them to be information that I would be | 12:06:41 |
| 12 | conscientious of sharing and would want to | 12:06:43 |
| 13 | think about and consent positively or | 12:06:46 |
| 14 | withdraw consent from sharing. | 12:06:49 |
| 15 | Q.    Do you -- what do you understand | 12:06:57 |
| 16 | the term "sensitive user data" to mean? | 12:06:59 |
| 17 | A.    I -- I don't feel like I have a | 12:07:06 |
| 18 | specific understanding of that term. | 12:07:07 |
| 19 | Q.    So that's not a term that you | 12:07:10 |
| 20 | would use, right? | 12:07:12 |
| 21 | A.    Yeah, I don't think so, yeah. | 12:07:14 |
| 22 | Q.    Do you understand it to be | 12:07:17 |
| 23 | different from personal information, | 12:07:19 |
| 24 | though? | 12:07:20 |
| 25 | MR. LEE:  Objection to form. | 12:07:22 |

Page 54

| | | |
|---|---|---|
| 1 | A.    Yeah, at first blush, not -- not | 12:07:23 |
| 2 | particularly.  Maybe.  Those are different | 12:07:27 |
| 3 | words so maybe, but I can't say that it's | 12:07:31 |
| 4 | something I've specifically thought about. | 12:07:34 |
| 5 | BY MS. TREBICKA: | 12:07:34 |
| 6 | Q.    Under the bullet point "other | 12:07:53 |
| 7 | usage information," it says "We combine | 12:07:54 |
| 8 | this data with other information we | 12:07:56 |
| 9 | collect about you.  For more information | 12:07:58 |
| 10 | about tracking methods on Times Services, | 12:08:01 |
| 11 | and how to manage them, read our Cookie | 12:08:03 |
| 12 | Policy."  Do you see that? | 12:08:06 |
| 13 | A.    I do see it. | 12:08:07 |
| 14 | Q.    Have you read The New York | 12:08:08 |
| 15 | Times's cookie policy? | 12:08:10 |
| 16 | A.    I could not tell you. | 12:08:11 |
| 17 | Q.    Is it okay with you that The New | 12:08:17 |
| 18 | York Times's websites collect this | 12:08:20 |
| 19 | information about you? | 12:08:21 |
| 20 | A.    Oh, it's okay with me that they | 12:08:24 |
| 21 | collect it when I consent to it.  If -- if | 12:08:25 |
| 22 | I go there and accept it.  It would not be | 12:08:30 |
| 23 | okay with me if they told me they weren't | 12:08:32 |
| 24 | going to or if they told me that there was | 12:08:35 |
| 25 | something I could, like, for example, open | 12:08:36 |

Page 55

| | | |
|---|---|---|
| 1 | a specific browser mode and it -- and I | 12:08:38 |
| 2 | thought it was going to stop collecting | 12:08:41 |
| 3 | them.  But -- but yeah, I mean, if I go to | 12:08:43 |
| 4 | The New York Times not in Incognito mode, | 12:08:46 |
| 5 | then -- then, yeah, I'm fine with this | 12:08:50 |
| 6 | being collected. | 12:08:53 |
| 7 | Q.    Because The New York Times is | 12:08:54 |
| 8 | specifically telling you that it's | 12:08:58 |
| 9 | collecting this information, right? | 12:08:59 |
| 10 | A.    And I'm specifically agreeing to | 12:09:00 |
| 11 | it, yes. | 12:09:02 |
| 12 | Q.    You're agreeing to it by | 12:09:02 |
| 13 | browsing on The New York Times, correct? | 12:09:04 |
| 14 | A.    Well, and also accepting their | 12:09:08 |
| 15 | terms of service and privacy policy. | 12:09:09 |
| 16 | Q.    How do you accept The New York | 12:09:11 |
| 17 | Times's privacy policy in terms of | 12:09:14 |
| 18 | service? | 12:09:16 |
| 19 | A.    I couldn't say specifically.  I | 12:09:16 |
| 20 | believe that I was asked to accept terms | 12:09:21 |
| 21 | of service when I created a New York Times | 12:09:26 |
| 22 | account, but I couldn't say if there are | 12:09:29 |
| 23 | other mechanisms as well that I have | 12:09:37 |
| 24 | reviewed and accepted. | 12:09:41 |
| 25 | Q.    You -- if you visit The New York | 12:09:43 |

Page 56

| | | |
|---|---|---|
| 1 | Times in Incognito browsing mode, do you | 12:09:47 |
| 2 | expect The New York Times not to receive | 12:09:50 |
| 3 | this information listed here? | 12:09:52 |
| 4 | A.    I expect The New York Times to | 12:09:53 |
| 5 | receive the information, but I expect | 12:09:56 |
| 6 | Google not to because Google told me they | 12:09:57 |
| 7 | were going to not. | 12:10:00 |
| 8 | Q.    Let's take that one step at a | 12:10:01 |
| 9 | time.  So you accept -- you expected The | 12:10:06 |
| 10 | New York Times to receive this | 12:10:08 |
| 11 | information, even though you were browsing | 12:10:10 |
| 12 | in Incognito, correct? | 12:10:12 |
| 13 | A.    That's right.  I expect | 12:10:14 |
| 14 | Incognito to control the -- the -- the | 12:10:16 |
| 15 | browser and Google's behavior or Google's, | 12:10:18 |
| 16 | I guess, collection of my data -- of my | 12:10:26 |
| 17 | behavior. | 12:10:27 |
| 18 | Q.    If you use Incognito to browse | 12:10:27 |
| 19 | on Google.com, do you still expect Google | 12:10:29 |
| 20 | not to receive your information? | 12:10:33 |
| 21 | A.    I don't think that I could say | 12:10:37 |
| 22 | what I -- how I expect Google to -- to use | 12:10:38 |
| 23 | the information.  You know, they have told | 12:10:44 |
| 24 | me that they are not going to track my | 12:10:46 |
| 25 | information and -- and I believe them. | 12:10:50 |

Page 57

```
 1    I'm not sure, you know, how they would        12:10:54
 2    necessarily go about doing that, but I        12:10:57
 3    imagine that's on them, their                 12:11:00
 4    representations.                              12:11:01
 5         Q.    I asked about collection and you   12:11:02
 6    responded about use.  So I'm going to ask     12:11:04
 7    the question again just to get a clear        12:11:06
 8    record.                                       12:11:09
 9              So if you use Incognito mode on     12:11:09
10    the Chrome browser to go to Google.com, do   12:11:12
11    you expect Google to receive your personal   12:11:16
12    information?                                  12:11:18
13         A.    I would expect Google to know --  12:11:26
14    if I go to Google.com and search for, I      12:11:35
15    don't know, Joe Biden, I would expect        12:11:42
16    Google to know that someone has searched     12:11:45
17    for Joe Biden, but in -- in Incognito mode   12:11:47
18    if I do this.  I would expect them to know   12:11:51
19    that someone has searched for Joe Biden.     12:11:53
20    I would not expect them to collect that it   12:11:58
21    was me, that it was my browser, that it      12:12:01
22    was my computer, that I did this in --       12:12:02
23    that I did it in various ways.               12:12:04
24              I -- I would not expect them to    12:12:04
25    collect that information.  I think I would   12:12:06
```

Page 58

```
 1    expect them to collect that Joe Biden has          12:12:22
 2    been searched for.                                 12:12:25
 3         Q.    Do you also expect Google to            12:12:29
 4    know that Joe Biden was searched for by a          12:12:32
 5    particular computer so that Google can             12:12:34
 6    display to that particular computer                12:12:37
 7    information about Joe Biden?                        12:12:39
 8              MR. LEE:  Is this in Incognito            12:12:43
 9         mode still, Viola?                             12:12:45
10              MS. TREBICKA:  Still in                   12:12:46
11         Incognito mode.                                12:12:47
12         A.    No, I -- I -- I -- well, I don't         12:12:50
13    think that I've thought about that                 12:12:58
14    specifically.  I don't think that I would          12:13:00
15    expect them to collect the information             12:13:04
16    about the computer specifically.  Yeah --          12:13:09
17    yeah, it's kind of hard to say.  I -- I            12:13:22
18    don't think so, no.                                12:13:24
19    BY MS. TREBICKA:                                   12:13:24
20         Q.    So how would Google know which          12:13:26
21    computer to display the information to?            12:13:28
22         A.    I don't -- that's up to Google.         12:13:30
23    I mean, I -- I don't know what Google's            12:13:38
24    implementations look like.  I don't know           12:13:41
25    how Google does things on their end.  All          12:13:45
```

Page 59

| | | |
|---|---|---|
| 1 | I know is that, you know, they told me | 12:13:52 |
| 2 | they wouldn't collect certain information, | 12:13:54 |
| 3 | and I believed them. | 12:13:57 |
| 4 | Q.    And you -- sorry.  I didn't mean | 12:13:57 |
| 5 | to interrupt. | 12:14:00 |
| 6 | MR. LEE:  Did you get that, | 12:14:02 |
| 7 | Belle, the last part of Mr. Byatt's | 12:14:05 |
| 8 | answer? | 12:14:05 |
| 9 | THE REPORTER:  I couldn't -- he | 12:14:05 |
| 10 | didn't finish it. | 12:14:05 |
| 11 | MR. LEE:  He said, "and I | 12:14:11 |
| 12 | believed them." | 12:14:12 |
| 13 | THE WITNESS:  That is correct, I | 12:14:12 |
| 14 | did say that. | 12:14:13 |
| 15 | MR. LEE:  Believe was a -- | 12:14:13 |
| 16 | believe was with a D at the end. | 12:14:14 |
| 17 | BY MS. TREBICKA: | 12:14:15 |
| 18 | Q.    So sitting here today, your | 12:14:20 |
| 19 | testimony is that when you went to | 12:14:21 |
| 20 | Google.com in Incognito browsing mode, you | 12:14:24 |
| 21 | believed that information about your | 12:14:28 |
| 22 | computer would not be collected by Google? | 12:14:32 |
| 23 | MR. LEE:  Objection to form, | 12:14:40 |
| 24 | mischaracterize prior testimony. | 12:14:41 |
| 25 | A.    I certainly expected that if I | 12:14:43 |

Page 60

| | | |
|---|---|---|
| 1 | went to Google, Google was going to abide | 12:14:51 |
| 2 | by the stuff that I had seen in the | 12:15:00 |
| 3 | Incognito splash screen, that I had seen | 12:15:04 |
| 4 | in the terms of service and the privacy | 12:15:07 |
| 5 | policy where they say that, you know, I'm | 12:15:10 |
| 6 | in control of my information across Google | 12:15:12 |
| 7 | services.  There's not an exclusion there | 12:15:14 |
| 8 | for search or any of their other services. | 12:15:17 |
| 9 | So, yeah, I -- I think I | 12:15:20 |
| 10 | believed that they would not collect the | 12:15:24 |
| 11 | information about who I am, who's doing | 12:15:28 |
| 12 | the searching, that -- that sort of thing. | 12:15:33 |
| 13 | BY MS. TREBICKA: | 12:15:33 |
| 14 | Q.   If you went to Google.com in | 12:15:36 |
| 15 | Incognito, do you believe that Google | 12:15:40 |
| 16 | would not -- that the information about | 12:15:41 |
| 17 | your computer would not even be visible to | 12:15:45 |
| 18 | Google? | 12:15:48 |
| 19 | MR. LEE:  Objection to form, | 12:15:54 |
| 20 | vague. | 12:15:55 |
| 21 | A.   I don't think that I had | 12:15:58 |
| 22 | specific notions of how Google was keeping | 12:16:02 |
| 23 | its promise to me.  I just believed that | 12:16:10 |
| 24 | Google was keeping its promise to me. | 12:16:14 |
| 25 | BY MS. TREBICKA: | 12:16:14 |

Page 61

```
 1        Q.    What is your understanding of      12:16:29

 2   Google's promise to you when you browse in    12:16:31

 3   Incognito?                                     12:16:34

 4        A.    I certainly can't remember it       12:16:36

 5   word for word.  It is what's in sort of        12:16:38

 6   the combination of the terms of service,       12:16:42

 7   the privacy policy and the Incognito           12:16:45

 8   splash screen.  In general, my expectation     12:16:48

 9   is that Google is not collecting the           12:16:54

10   information about my behavior when I am in      12:16:58

11   Incognito mode.                                12:17:04

12        Q.    Are you drawing a difference         12:17:08

13   between collecting and receiving the           12:17:09

14   information in Incognito mode in your          12:17:13

15   answer?                                        12:17:15

16        A.    Am I drawing a difference            12:17:17

17   between collecting and receiving?  I don't     12:17:19

18   think so, not at the moment, not yet.  I       12:17:28

19   reserve the right to draw a distinction.       12:17:34

20        Q.    So you understand Google's           12:17:43

21   promise when you browse in Incognito to be     12:17:45

22   that it would not receive any information      12:17:48

23   about your browsing behavior; is that          12:17:56

24   right?                                         12:17:59

25        A.    Correct, yes.                        12:18:02
```

Page 62

```
 1        Q.    And that includes when you go to        12:18:03

 2   a Google owned and operated website like          12:18:06

 3   Google Search, correct?                           12:18:09

 4        A.    Yes.  Privacy policies                 12:18:14

 5   specific -- I think the privacy policy            12:18:18

 6   would be the terms of service specifically        12:18:20

 7   say that I have control over what                 12:18:23

 8   information is shared with Google across          12:18:25

 9   their services.  So I would understand            12:18:27

10   search to be one of those services.               12:18:31

11        Q.    If you could go back to the            12:18:33

12   Exhibit 2 that we marked.                         12:18:50

13        A.    I am there.                            12:18:53

14        Q.    Okay.  If you go to, I believe         12:18:54

15   it's -- page is 5.                                12:18:57

16        A.    I am on page 5.                        12:19:01

17        Q.    Okay.                                  12:19:04

18        A.    Yes, I'm on page 5.                    12:19:05

19        Q.    Let us go to page 6.                   12:19:07

20        A.    I am now on page 6.                    12:19:09

21        Q.    All right.  You see bullet -- or       12:19:10

22   you see point 2, what do we do with the           12:19:13

23   information we collect about you?                 12:19:17

24        A.    Yes, I do.                             12:19:19

25        Q.    And being a privacy conscious          12:19:20
```

Page 63

```
1    person, user of the Internet, you            12:19:23
2    testify -- your testimony is that you        12:19:27
3    would have reviewed The New York Times's      12:19:28
4    privacy policy, right?                        12:19:30
5              MR. LEE:  Objection to form.        12:19:31
6         That mischaracterizes his prior          12:19:32
7         testimony.  He did not say he            12:19:33
8         remembered reading this privacy          12:19:35
9         policy, just to be clear.                12:19:37
10        A.    Yeah, I also don't feel like I'm   12:19:39
11   a particularly privacy conscious person.      12:19:41
12   But, yeah, I would have reviewed a New        12:19:44
13   York Times privacy policy.                    12:19:47
14   BY MS. TREBICKA:                              12:19:47
15        Q.    So -- so your testimony is that    12:19:50
16   you don't feel like you're a particularly     12:19:52
17   privacy conscious person?                     12:19:55
18        A.    I'm -- so I don't -- I'm not --    12:20:00
19   I'm not sure exactly what we mean by          12:20:04
20   privacy conscious.  I'm certainly not a       12:20:06
21   particularly private person.  You know,       12:20:08
22   I -- I -- I browse in non-Incognito mode      12:20:10
23   as well, right?  So -- so yeah, I don't --    12:20:15
24   I don't understand myself as -- as            12:20:20
25   particularly private.                         12:20:23
```

Page 64

```
 1        Q.    So it wouldn't be fair to say      12:20:25

 2   that your privacy is very important to        12:20:39

 3   you, correct?                                 12:20:41

 4             MR. LEE:  Objection to form.        12:20:43

 5        A.    Yeah, I think what's important     12:20:46

 6   to me is the choices about my privacy.        12:20:47

 7   It's not the sort of -- the -- the pure       12:20:52

 8   fact of privacy.  I'm not particularly        12:20:57

 9   concerned about protecting privacy -- my      12:21:00

10   privacy for the sake of my privacy.  I --     12:21:03

11   the concern that I have is -- is              12:21:06

12   consenting to what information is being       12:21:08

13   shared.  I think that I mostly consent to     12:21:11

14   most of my Internet behavior being --         12:21:15

15   being shared.                                 12:21:18

16   BY MS. TREBICKA:                              12:21:18

17        Q.    Do you -- would you say that you   12:21:20

18   take careful precautions to protect your     12:21:21

19   privacy when online?                          12:21:24

20        A.    I -- I specifically said earlier   12:21:25

21   that I would not say that I take careful      12:21:27

22   precautions.                                  12:21:30

23        Q.    So we are on page 6 of that        12:21:41

24   exhibit, right?                               12:21:43

25        A.    I am on page 6.                    12:21:46
```

Page 65

| | | |
|---|---|---|
| 1 | Q.    Okay.  Which I have represented | 12:21:47 |
| 2 | to you is the current New York Times | 12:21:49 |
| 3 | privacy policy. | 12:21:53 |
| 4 | A.    That is correct. | 12:21:54 |
| 5 | Q.    Okay.  And the item 2 says "What | 12:21:55 |
| 6 | do we do with the information we collect | 12:21:59 |
| 7 | about you?"  Do you see that? | 12:22:01 |
| 8 | A.    I do. | 12:22:02 |
| 9 | MR. LEE:  I have the same | 12:22:05 |
| 10 | standing objection to this document, | 12:22:06 |
| 11 | by the way. | 12:22:07 |
| 12 | MS. TREBICKA:  I understand. | 12:22:08 |
| 13 | BY MS. TREBICKA: | 12:22:08 |
| 14 | Q.    And if you move to page -- to | 12:22:08 |
| 15 | the next page, which is page 7, still | 12:22:11 |
| 16 | under that same heading, it has a | 12:22:16 |
| 17 | subheading D that says We Develop Products | 12:22:19 |
| 18 | and Services and Do Analysis; do you see | 12:22:22 |
| 19 | that? | 12:22:25 |
| 20 | A.    I do. | 12:22:26 |
| 21 | Q.    And I'll read the whole short | 12:22:27 |
| 22 | section into the record.  "We analyze data | 12:22:31 |
| 23 | on our users' subscription, purchase and | 12:22:34 |
| 24 | usage behaviors.  This helps us make | 12:22:38 |
| 25 | business and marketing decisions.  For | 12:22:40 |

Page 66

```
 1    example, our analysis lets us predict        12:22:41
 2    preferences and price points for our        12:22:44
 3    products and services.  It helps us         12:22:46
 4    determine whether our marketing is          12:22:48
 5    successful.  It also shows us               12:22:50
 6    characteristics about our readers, which    12:22:52
 7    we sometimes share in aggregate with        12:22:54
 8    advertisers.  Google Analytics is one of    12:22:56
 9    the analytics providers we use.  You can    12:23:00
10    find out how Google Analytics uses data     12:23:02
11    and how to opt out of Google Analytics";    12:23:05
12    do you see that?                            12:23:08
13         A.    I do, yes.                       12:23:08
14         Q.    So The New York Times            12:23:10
15    specifically told its users that Google     12:23:11
16    Analytics would be one of the analytics     12:23:14
17    providers, correct?                         12:23:17
18         A.    It appears that way.             12:23:18
19         Q.    Which means that Google          12:23:19
20    Analytics would be receiving some           12:23:21
21    information that The New York Times would   12:23:22
22    collect about its users?                    12:23:24
23         A.    Do you mean in Incognito mode or 12:23:27
24    in general?                                 12:23:29
25         Q.    You're drawing a distinction     12:23:30
```

Page 67

```
 1    between the two?                              12:23:31

 2         A.    Absolutely.                        12:23:32

 3         Q.    So does it say here that the       12:23:34

 4    Google Analytics is not collecting the       12:23:36

 5    information when someone is in Incognito      12:23:38

 6    mode?                                         12:23:40

 7         A.    No, but the Incognito splash       12:23:41

 8    screen in Google's other representations     12:23:43

 9    led me to believe that.                      12:23:46

10         Q.    My question is does it say here    12:23:48

11    that Google Analytics will not be            12:23:50

12    receiving this information when a user is     12:23:52

13    in a private browsing mode?                  12:23:54

14         A.    And -- and my answer is the       12:23:57

15    same.  It does not say that here, but        12:23:59

16    Google has represented to me that when I'm   12:24:01

17    in Incognito mode, they're not tracking my   12:24:06

18    information and that I can control how        12:24:08

19    Google uses and collects my information      12:24:10

20    across its services.  I certainly            12:24:12

21    understand Google Analytics to be one of     12:24:15

22    its services.  I also don't particularly     12:24:17

23    expect The New York Times to be in control   12:24:19

24    of how Google -- how -- how Google uses      12:24:21

25    information.                                  12:24:25
```

Page 68

```
 1          Q.    Do you see that "how Google        12:24:30
 2    Analytics uses data" and "how to opt out       12:24:38
 3    of Google Analytics" are hyperlinked?          12:24:40
 4          A.    I do see that, yes.                 12:24:42
 5          Q.    Do you ever -- do you remember      12:24:44
 6    ever clicking on these links?                   12:24:46
 7          A.    I cannot recall specifically.       12:24:50
 8          Q.    Would you -- would you expect to    12:24:52
 9    have clicked on the links had you come          12:24:52
10    across them?                                    12:24:54
11          MR. LEE:  Objection to form,              12:24:55
12          calls for speculation.                    12:24:59
13          A.    Yeah, I couldn't say.               12:24:59
14    BY MS. TREBICKA:                                12:24:59
15          Q.    You may have clicked on them,       12:25:00
16    and not have clicked on them; you wouldn't      12:25:02
17    know?                                           12:25:04
18          A.    Yeah, I -- I don't remember         12:25:05
19    specifically either way.                        12:25:06
20          Q.    Let's mark -- so we will go back    12:25:13
21    to this policy, but I -- I will show you        12:25:16
22    as an exhibit, I will mark as an exhibit        12:25:22
23    for this deposition what I'll represent to      12:25:25
24    you is the website that you land on when        12:25:29
25    you click on "how to opt-out of Google          12:25:32
```

Page 69

| | | |
|---|---|---|
| 1 | Analytics."  So if we can mark for the | 12:25:36 |
| 2 | record tab 16 as Exhibit 3. | 12:25:38 |
| 3 | (Exhibit 3, Google Analytics | 12:25:40 |
| 4 | Opt-out Browser Add-on document, | 12:25:40 |
| 5 | marked for identification.) | 12:25:43 |
| 6 | MR. LEE:  Viola, do I have the | 12:25:43 |
| 7 | same standing objection as to | 12:25:44 |
| 8 | Exhibit 3 regarding lack of | 12:25:47 |
| 9 | foundation? | 12:25:49 |
| 10 | MS. TREBICKA:  Do you want to | 12:25:49 |
| 11 | see it first? | 12:25:50 |
| 12 | MR. LEE:  I already know based | 12:25:51 |
| 13 | on the response to the last question | 12:25:52 |
| 14 | that I don't need to see it. | 12:25:53 |
| 15 | MS. TREBICKA:  You may have the | 12:25:55 |
| 16 | same standing objections. | 12:25:57 |
| 17 | MR. LEE:  Thanks. | 12:25:58 |
| 18 | A.   I have Exhibit 3 open. | 12:26:00 |
| 19 | BY MS. TREBICKA: | 12:26:00 |
| 20 | Q.   Have you seen this document | 12:26:09 |
| 21 | before? | 12:26:10 |
| 22 | A.   I couldn't say. | 12:26:10 |
| 23 | Q.   And I said document, but do you | 12:26:11 |
| 24 | recall ever seeing this website before? | 12:26:14 |
| 25 | A.   Yeah, I don't recall. | 12:26:17 |

Page 70

```
 1        Q.    What is a browser add-on?           12:26:18

 2              MR. LEE:  Objection to form.         12:26:26

 3   BY MS. TREBICKA:                                12:26:26

 4        Q.    Let me take a step back and say,     12:26:29

 5   Mr. Byatt, you -- you responded earlier to      12:26:31

 6   my questions about your professional            12:26:33

 7   career that you've been a software              12:26:35

 8   developer for the past ten years, right?        12:26:37

 9        A.    That's right.                        12:26:40

10        Q.    In your time as a software           12:26:40

11   developer, have you understood -- have you      12:26:41

12   obtained an understanding as to what a          12:26:44

13   browser add-on is?                              12:26:46

14        A.    Some understanding, yes.             12:26:48

15        Q.    So in that understanding, what       12:26:49

16   is a browser add-on?                            12:26:51

17        A.    As I understand it, it is a          12:26:53

18   piece of maybe third-party software that        12:26:56

19   does not come with the browser that             12:27:00

20   changes the browser's behavior.                 12:27:02

21        Q.    Do you have any browser add-ons      12:27:05

22   on your Chrome browser?                         12:27:08

23        A.    Yes, I -- I believe so.              12:27:13

24        Q.    What are those browser add-ons       12:27:16

25   that you have installed on your Chrome          12:27:18
```

Page 71

```
 1   browser?                              12:27:22
 2        A.    I couldn't say.  I couldn't list  12:27:22
 3   them.                                 12:27:24
 4        Q.    Any that you remember sitting  12:27:25
 5   here today?                           12:27:27
 6        A.    I believe I have an ad blocker  12:27:37
 7   on there.  I do not remember which one and  12:27:40
 8   I know that there are many.  I may have  12:27:45
 9   others.  I don't know.  I haven't reviewed  12:27:53
10   that in some time.                    12:27:55
11        Q.    Do you have a Google Analytics  12:27:57
12   opt-out browser add-on to your browser?  12:27:59
13        A.    I -- I don't know.  I doubt it  12:28:04
14   since I don't recall having seen this  12:28:08
15   screen, but, yeah, I -- I don't know.  12:28:10
16   Probably not.                         12:28:17
17        Q.    This Google Analytics Opt-out  12:28:30
18   Browser Add-on page explains "To provide  12:28:32
19   website visitors the ability to prevent  12:28:35
20   their data from being used by Google  12:28:38
21   Analytics, we have developed the Google  12:28:41
22   Analytics opt-out browser add-on for  12:28:43
23   websites using the supported version of  12:28:46
24   using Google Analytics JavaScript  12:28:49
25   (analytics.js, gtag.js)."             12:28:54
```

Page 72

| | | |
|---|---|---|
| 1 | Do you see that? | 12:28:57 |
| 2 | A.    I do see it. | 12:28:58 |
| 3 | Q.    It further says "If you want to | 12:28:58 |
| 4 | opt-out, download and install the add-on | 12:29:00 |
| 5 | for your web browser.  The Google | 12:29:03 |
| 6 | Analytics opt-out add-on is designed to be | 12:29:03 |
| 7 | compatible with Chrome, Safari, Firefox | 12:29:09 |
| 8 | and Microsoft Edge.  In order to function, | 12:29:11 |
| 9 | the opt-out add-on must be able to load | 12:29:14 |
| 10 | and execute properly on your browser. | 12:29:17 |
| 11 | Learn more about the opt-out and how to | 12:29:18 |
| 12 | properly install the browser add-on." | 12:29:22 |
| 13 | Do you see that? | 12:29:25 |
| 14 | A.    I do see that. | 12:29:26 |
| 15 | Q.    So you agree that had you been | 12:29:28 |
| 16 | aware of this analytics browser opt-out | 12:29:29 |
| 17 | add-on, you would have had the ability to | 12:29:36 |
| 18 | prevent your data from -- for -- from | 12:29:40 |
| 19 | being used by Google Analytics, correct? | 12:29:42 |
| 20 | A.    Well, I don't particularly trust | 12:29:44 |
| 21 | Google and what they tell me about their | 12:29:47 |
| 22 | privacy and opt-outs at this point, so I'm | 12:29:48 |
| 23 | not sure I do agree to that right now, but | 12:29:53 |
| 24 | I do agree that that is what Google is | 12:29:54 |
| 25 | representing with this. | 12:29:57 |

Veritext Legal Solutions
866 299-5127

```
1        Q.    How is it that you don't          12:29:58

2   particularly trust Google and what they      12:30:04

3   tell you about privacy and opt-outs at       12:30:08

4   this point?                                  12:30:12

5        A.    Because in other documents from   12:30:12

6   Google, they told me that I was in control   12:30:13

7   of how my data was shared and used by        12:30:16

8   Google across their services.  They told     12:30:18

9   me that one way that I could control my      12:30:21

10  data was by browsing in Incognito mode.      12:30:23

11  In Incognito mode, they told me they         12:30:28

12  weren't going to collect my information      12:30:30

13  and they are anyway.  I don't recall         12:30:31

14  having seen on the Incognito splash screen   12:30:33

15  or any of the other times -- I don't         12:30:36

16  recall seeing on the Incognito splash        12:30:39

17  screen any of the times that I opened it,    12:30:41

18  information that said that Incognito mode     12:30:44

19  works except for Google Analytics.  For      12:30:49

20  Google Analytics, you'll need the specific   12:30:53

21  add-on.  So what this document is telling     12:30:54

22  me it does, Google represented to me that    12:31:00

23  Incognito mode would do, and apparently it   12:31:03

24  doesn't.                                     12:31:08

25        Q.    When did you find out that        12:31:09
```

Page 74

```
 1    Incognito mode is inconsistent with your        12:31:10

 2    understanding of Google's disclosures           12:31:16

 3    related to Incognito mode?                       12:31:18

 4        A.    That's -- I don't think I could        12:31:20

 5    nail down something like that                    12:31:23

 6    specifically.                                     12:31:25

 7            MR. LEE:  And I'd also caution           12:31:27

 8        Mr. Byatt, he's doing a great job but       12:31:30

 9        to the extent any answer would reveal       12:31:33

10        any attorney-client communications,        12:31:35

11        I'd advise him -- direct him not to         12:31:38

12        answer.                                      12:31:40

13    BY MS. TREBICKA:                                  12:31:40

14        Q.    And I'm not interested in any of      12:31:41

15    your communications with counsel.  I would      12:31:42

16    not -- I would like you to not go into           12:31:44

17    those communications.                             12:31:47

18            I'm just trying to understand           12:31:49

19    when you formed this opinion that                12:31:50

20    Incognito mode is inconsistent with your         12:31:54

21    understanding of Google's disclosures            12:31:56

22    related to Incognito mode.  Was it before       12:31:58

23    the lawsuit was filed?                            12:32:00

24        A.    Yes, it would be before the           12:32:09

25    lawsuit was filed, yes.                           12:32:10
```

Page 75

```
 1        Q.    Was it months or years before        12:32:13
 2   the lawsuit was filed?                            12:32:15
 3        A.    Months or less.                        12:32:19
 4        Q.    And when you found out that            12:32:28
 5   Google -- actually, let me tell you, how          12:32:31
 6   did you find out that Google in your              12:32:33
 7   understanding was acting inconsistently           12:32:36
 8   with your understanding of Google's               12:32:39
 9   disclosures related to Incognito mode?            12:32:41
10        MR. LEE:  And I -- I caution you             12:32:46
11        again, Mr. Byatt, that this question,        12:32:47
12        you can answer only to the extent you        12:32:48
13        can answer it without revealing              12:32:50
14        attorney-client communications.              12:32:52
15        A.    Yeah.  And I'm not sure how to         12:32:53
16   answer that without doing that.                   12:32:57
17        MS. TREBICKA:  Let us mark as                12:33:45
18        Exhibit 4, the Twitter privacy policy.       12:33:46
19        (Exhibit 4, Twitter Privacy                  12:33:51
20        Policy, marked for identification.)          12:33:58
21        MS. TREBICKA:  Tracy, that's                 12:33:58
22        tab 13.                                      12:34:00
23        MR. LEE:  While we wait for that             12:34:13
24        to load on our side, Counsel, is there       12:34:15
25        a date of the privacy policy, please?        12:34:17
```

Page 76

| | | |
|---|---|---|
| 1 | MS. TREBICKA:  Give me one | 12:34:25 |
| 2 | second, James, I'm looking.  I will | 12:34:26 |
| 3 | represent to you that it's the current | 12:34:32 |
| 4 | privacy policy of Twitter. | 12:34:34 |
| 5 | MR. LEE:  And I don't -- I don't | 12:34:39 |
| 6 | expect you to necessarily know, but | 12:34:41 |
| 7 | just for my purposes, do you know when | 12:34:43 |
| 8 | this particular privacy policy became | 12:34:45 |
| 9 | effective? | 12:34:47 |
| 10 | MS. TREBICKA:  The document on | 12:34:48 |
| 11 | the last page shows that it's | 12:34:50 |
| 12 | effective as of August 19, 2021. | 12:34:53 |
| 13 | MR. LEE:  Thank you. | 12:34:59 |
| 14 | BY MS. TREBICKA: | 12:34:59 |
| 15 | Q.    Mr. Byatt, whenever you have it | 12:35:05 |
| 16 | in front of you, just let me know. | 12:35:07 |
| 17 | A.    I have it in front of me. | 12:35:09 |
| 18 | Q.    Does this document look familiar | 12:35:10 |
| 19 | to you? | 12:35:13 |
| 20 | A.    It does look familiar, yes. | 12:35:14 |
| 21 | Q.    Do you believe you reviewed it, | 12:35:18 |
| 22 | this or another -- sorry, just to complete | 12:35:20 |
| 23 | the question -- this or another version of | 12:35:22 |
| 24 | the Twitter privacy policy you've | 12:35:24 |
| 25 | reviewed, correct? | 12:35:27 |

Page 77

| | | |
|---|---|---|
| 1 | A.    I have certainly reviewed a | 12:35:28 |
| 2 | similar looking document that was the | 12:35:31 |
| 3 | Twitter privacy policy.  I -- I cannot say | 12:35:33 |
| 4 | what the differences were between that one | 12:35:38 |
| 5 | and this one. | 12:35:40 |
| 6 | Q.    If we could go to page 13 -- I'm | 12:35:43 |
| 7 | sorry -- page 14 of the document. | 12:35:49 |
| 8 | A.    I am on page 14. | 12:35:54 |
| 9 | Q.    Actually -- | 12:35:55 |
| 10 | MR. LEE:  Sorry, I'm sorry.  Do | 12:36:00 |
| 11 | I have a standing objection for lack | 12:36:02 |
| 12 | of foundation on this document? | 12:36:04 |
| 13 | MS. TREBICKA:  You may. | 12:36:05 |
| 14 | MR. LEE:  Thanks. | 12:36:06 |
| 15 | BY MS. TREBICKA: | 12:36:06 |
| 16 | Q.    Mr. Byatt, let me revise myself. | 12:36:09 |
| 17 | Let's go to page 13 first.  At the top of | 12:36:11 |
| 18 | page 13, you see 3 "Information We Share | 12:36:15 |
| 19 | and Disclose"? | 12:36:22 |
| 20 | A.    I do see that. | 12:36:23 |
| 21 | Q.    So you agree that Twitter is | 12:36:24 |
| 22 | providing its users with information on | 12:36:27 |
| 23 | the information that they share and | 12:36:30 |
| 24 | disclose? | 12:36:32 |
| 25 | A.    It appears that way.  I have not | 12:36:36 |

Page 78

| | | |
|---|---|---|
| 1 | read everything underneath it, but it does | 12:36:38 |
| 2 | appear that way. | 12:36:41 |
| 3 | Q.   If you move to page 14, you see | 12:36:46 |
| 4 | under 3.2 "Service Providers"? | 12:36:51 |
| 5 | A.   I do. | 12:36:54 |
| 6 | Q.   And it says "We engage service | 12:36:54 |
| 7 | providers to perform functions and provide | 12:36:58 |
| 8 | services for us in the United States, | 12:37:07 |
| 9 | Ireland, and other countries." | 12:37:09 |
| 10 | Do you see that? | 12:37:11 |
| 11 | A.   I do see that sentence. | 12:37:12 |
| 12 | Q.   Then the next sentence says "For | 12:37:14 |
| 13 | example, we use a variety of third-party | 12:37:16 |
| 14 | services to help operate our services, | 12:37:18 |
| 15 | such as hosting our various blogs and | 12:37:20 |
| 16 | wikis, and to help us understand the use | 12:37:36 |
| 17 | of our services, such as Google | 12:37:37 |
| 18 | Analytics"; do you see that? | 12:37:41 |
| 19 | A.   I do see that. | 12:37:43 |
| 20 | Q.   So if you had read this privacy | 12:37:45 |
| 21 | policy, you would have known that Google | 12:37:47 |
| 22 | Analytics was one of the services that | 12:37:50 |
| 23 | Twitter used, correct? | 12:37:53 |
| 24 | A.   Yes. | 12:37:54 |
| 25 | Q.   And that Twitter -- well, let me | 12:37:54 |

Page 79

```
 1    go to the next sentence, which says "We      12:37:59

 2    may share your private personal data with    12:38:03

 3    such service providers subject to            12:38:05

 4    obligations consistent with this Privacy     12:38:08

 5    Policy and any other appropriate             12:38:12

 6    confidentiality and security measures, and   12:38:14

 7    on the condition that the third parties      12:38:17

 8    use your private personal data only on our   12:38:20

 9    behalf and pursuant to our instructions      12:38:23

10    (service providers may use other             12:38:26

11    non-personal data for their benefit)."       12:38:29

12           Do you see that?                      12:38:30

13       A.   I do see that.                       12:38:32

14       Q.   So having -- if you had read         12:38:33

15    this disclosure in the Twitter privacy       12:38:38

16    policy, you'd agree that you'd know that     12:38:40

17    your -- what is termed here private          12:38:42

18    personal data that you shared with Twitter   12:38:46

19    may also have been shared with Google        12:38:47

20    Analytics subject to the Twitter privacy     12:38:50

21    policy?                                      12:38:53

22           MR. LEE:  Objection to form.          12:38:53

23       A.   Yeah.  So I agree that Twitter       12:38:58

24    is representing that they could share        12:39:00

25    information with Google Analytics.  I        12:39:04
```

Page 80

```
 1    don't, at this point, just looking at       12:39:10
 2    these sentences, know necessarily what       12:39:12
 3    they mean by private personal data or        12:39:15
 4    nonpersonal data.  I also don't see          12:39:19
 5    anywhere in here where they say anything     12:39:23
 6    to the effect of, you know, overriding       12:39:28
 7    Google's representations to me in            12:39:36
 8    Incognito mode.                              12:39:38
 9            I also am not entirely certain       12:39:41
10    whether I've ever been to Twitter in         12:39:43
11    Incognito mode.  I may have been to          12:39:45
12    Twitter in Incognito mode.  I couldn't say   12:39:58
13    one way or the other.                        12:40:03
14    BY MS. TREBICKA:                             12:40:03
15        Q.    Have you ever done any research    12:40:20
16    on how to protect your privacy online?       12:40:21
17            MR. LEE:  Objection to form.         12:40:25
18        A.    I'm not sure what qualifies as     12:40:27
19    research.  I've read Google's terms of       12:40:29
20    service and their privacy policy and I get   12:40:33
21    their Incognito's splash screen every time   12:40:36
22    I open Incognito mode.                       12:40:40
23    BY MS. TREBICKA:                             12:40:40
24        Q.    Is that the extent of the          12:40:41
25    research that you have done into             12:40:42
```

Page 81

| | | |
|---|---|---|
| 1 | protecting your privacy online, vis-à-vis | 12:40:45 |
| 2 | Google? | 12:40:57 |
| 3 | A.    Yeah, so I don't know what | 12:41:02 |
| 4 | qualifies as research.  I have -- I'm sure | 12:41:03 |
| 5 | I've read things about privacy.  Yeah, I | 12:41:09 |
| 6 | guess I don't know exactly what the | 12:41:15 |
| 7 | question means.  I need more detail. | 12:41:16 |
| 8 | Q.    That's fine.  Let me clarify. | 12:41:20 |
| 9 | Have you ever looked into how to | 12:41:22 |
| 10 | protect your privacy online? | 12:41:24 |
| 11 | MR. LEE:  Objection to form. | 12:41:27 |
| 12 | BY MS. TREBICKA: | 12:41:27 |
| 13 | Q.    Sorry.  Let me -- you know what? | 12:41:29 |
| 14 | Let me say it again and then perhaps the | 12:41:31 |
| 15 | question may be clearer. | 12:41:33 |
| 16 | Have you ever looked into how to | 12:41:34 |
| 17 | protect your privacy on online vis-à-vis | 12:41:36 |
| 18 | Google? | 12:41:41 |
| 19 | MR. LEE:  Objection to form. | 12:41:42 |
| 20 | A.    Yeah.  So I have looked into it | 12:41:44 |
| 21 | insofar as I have read Google's | 12:41:47 |
| 22 | representations about what I can do to be | 12:41:53 |
| 23 | in control of -- of what, of my data, I am | 12:41:56 |
| 24 | sharing with Google.  I don't know how | 12:42:01 |
| 25 | much more beyond that I have done.  I have | 12:42:03 |

Page 82

| 1 | certainly never commissioned an academic | 12:42:07 |
| 2 | study as to the matter.  So I don't know | 12:42:09 |
| 3 | where the line is between those. | 12:42:13 |
| 4 | BY MS. TREBICKA: | 12:42:13 |
| 5 | Q.    And I didn't ask about | 12:42:16 |
| 6 | commissioning an economic study, right?  I | 12:42:18 |
| 7 | asked about what you've done to look into | 12:42:23 |
| 8 | what kind of protections you can espouse | 12:42:25 |
| 9 | to protect your privacy online. | 12:42:31 |
| 10 | A.    Right.  So what I can | 12:42:34 |
| 11 | affirmatively say that I've definitely | 12:42:36 |
| 12 | done is read the resources that Google has | 12:42:38 |
| 13 | provided to me in the form of, you know, | 12:42:40 |
| 14 | their privacy policy, their terms of | 12:42:43 |
| 15 | service, what Incognito is telling me when | 12:42:47 |
| 16 | I open it, those kind of documents, I'm | 12:42:48 |
| 17 | sure that I have also looked at other | 12:42:51 |
| 18 | things.  I couldn't say specifically what. | 12:42:54 |
| 19 | Q.    Can you say generally what other | 12:42:59 |
| 20 | things you may have looked at? | 12:43:00 |
| 21 | A.    No, I -- I couldn't.  I'm -- | 12:43:02 |
| 22 | yeah. | 12:43:05 |
| 23 | Q.    Have you looked with -- have you | 12:43:06 |
| 24 | ever tried to look up specifically what | 12:43:08 |
| 25 | information is passed to Google when a | 12:43:11 |

Page 83

```
 1    user is in Incognito mode on websites        12:43:14
 2    other than Google?                           12:43:16
 3        A.    No.  I didn't feel the need to     12:43:21
 4    because I thought I had a good standing       12:43:23
 5    from what Google was telling me on the        12:43:24
 6    splash screen.                                12:43:27
 7        Q.    And is your testimony that, on      12:43:33
 8    the splash screen, Google told you that       12:43:35
 9    Google would not receive certain of your      12:43:37
10    browsing data?                                12:43:39
11        A.    Yes.  The combination of the        12:43:41
12    splash screen and -- and where Google         12:43:47
13    tells me that -- in, again, I am pretty        12:43:49
14    sure the privacy policy, that I'm in           12:43:53
15    control of what, of my data, is shared         12:43:56
16    with them across their services and that       12:43:59
17    one way to control that information was to     12:44:01
18    use Incognito mode.                            12:44:04
19        Q.    Are you aware that you can          12:44:10
20    enable a Chrome setting that blocks all       12:44:13
21    cookies?                                      12:44:16
22        A.    No, I was not aware of that.        12:44:20
23        Q.    Are you aware that you can          12:44:22
24    enable a Chrome setting that blocks           12:44:24
25    third-party cookies?                          12:44:26
```

Page 84

```
 1        A.    I am aware of that setting in        12:44:29

 2   Incognito mode since this lawsuit began.        12:44:35

 3   I am not aware of that setting outside of       12:44:39

 4   Incognito mode, nor was that available, to      12:44:42

 5   my knowledge, in Incognito mode when this       12:44:47

 6   lawsuit was filed.                              12:44:49

 7        Q.    So your testimony is that prior      12:44:51

 8   to the lawsuit, if you weren't in               12:44:54

 9   Incognito mode, you did not have the            12:45:00

10   option of enabling blocked third-party          12:45:01

11   cookies?                                        12:45:03

12        MR. LEE:  Objection to form.               12:45:06

13     Mischaracterizes.                             12:45:07

14        A.    Yeah.  So it's -- I believe that     12:45:08

15   in Incognito mode has a little toggle now       12:45:10

16   about blocking third-party cookies.  That       12:45:14

17   toggle was not there.  I understood            12:45:17

18   Incognito mode as, at minimum, blocking         12:45:24

19   already information being transmitted to        12:45:27

20   Google.                                         12:45:29

21   BY MS. TREBICKA:                                12:45:29

22        Q.    In Chrome settings, do you know      12:45:42

23   that you can enable clear cookies and site      12:45:44

24   data when you close all windows?                12:45:46

25        A.    That sounds like something I've      12:45:53
```

Page 85

| | | |
|---|---|---|
| 1 | probably seen before, but I can't say | 12:45:55 |
| 2 | specifically. | 12:45:57 |
| 3 | Q.    And do you know that in Chrome | 12:45:58 |
| 4 | settings, you can also disable JavaScript? | 12:46:00 |
| 5 | A.    I do know that you can do that, | 12:46:03 |
| 6 | yes. | 12:46:05 |
| 7 | Q.    Have you ever done it? | 12:46:05 |
| 8 | A.    I have disabled JavaScript.  Not | 12:46:07 |
| 9 | for much length of time, but I have done | 12:46:09 |
| 10 | it. | 12:46:12 |
| 11 | Q.    Why have you done it? | 12:46:12 |
| 12 | A.    To test and make sure that | 12:46:14 |
| 13 | websites that I was making displayed the | 12:46:15 |
| 14 | right content when a user disabled | 12:46:17 |
| 15 | JavaScript. | 12:46:19 |
| 16 | Q.    So you're aware that certain | 12:46:20 |
| 17 | users disable JavaScript, correct? | 12:46:22 |
| 18 | A.    No.  I'm actually not aware of | 12:46:24 |
| 19 | any users that actually do that.  I'm just | 12:46:27 |
| 20 | aware that it's there and that I have had | 12:46:30 |
| 21 | bosses who want me to have content there | 12:46:32 |
| 22 | if they do, but I don't actually know | 12:46:36 |
| 23 | anyone who does that.  And in fact, a lot | 12:46:39 |
| 24 | of what we might do for that is designed | 12:46:49 |
| 25 | not for human users but for various, like | 12:46:52 |

Page 86

```
 1    web scrapers and things like that, to        12:46:57
 2    provide content to them because those        12:46:59
 3    often can't execute JavaScript.              12:47:02
 4         Q.    And you mentioned earlier          12:47:04
 5    ad-blocking add-ons.  Do you remember        12:47:07
 6    that?                                        12:47:11
 7         A.    I do.                              12:47:11
 8         Q.    Does AdBlock or Adblock Plus       12:47:12
 9    ring a bell to you?                          12:47:16
10         A.    I'm aware that that exists.        12:47:17
11         Q.    And you know that these are        12:47:19
12    ad-blocking Chrome extensions?               12:47:20
13         A.    Yes.                               12:47:27
14         Q.    Have you ever used them?           12:47:28
15         A.    Probably, I couldn't say           12:47:29
16    specifically.  Like I said, I'm not sure     12:47:30
17    which ad-blocking extensions I have          12:47:36
18    installed on Chrome.  Yeah, I can't speak    12:47:41
19    to whether or not I've ever had that         12:47:47
20    particular one installed.                    12:47:49
21              MR. LEE:  Viola, I'm happy to go    12:47:56
22         a little bit longer, but just so you    12:47:57
23         guys know, on the East Coast it's       12:48:00
24         almost 1:00, and I don't want           12:48:02
25         Mr. Byatt to get too hungry.  I know    12:48:03
```

Page 87

| | | |
|---|---|---|
| 1 | it's a little earlier for you guys, | 12:48:06 |
| 2 | but I think the witness' comfort is | 12:48:08 |
| 3 | kind of the priority here.  So I was | 12:48:10 |
| 4 | thinking maybe at 1:00 we can take our | 12:48:13 |
| 5 | next break for lunch. | 12:48:15 |
| 6 | MS. TREBICKA:  That's fine. | 12:48:17 |
| 7 | That's fine with us.  We'll | 12:48:18 |
| 8 | accommodate the witness. | 12:48:20 |
| 9 | MR. LEE:  So let's shoot for | 12:48:21 |
| 10 | that with your questions. | 12:48:23 |
| 11 | MS. TREBICKA:  That's fine. | 12:48:25 |
| 12 | BY MS. TREBICKA: | 12:48:25 |
| 13 | Q.   Are you aware of the website | 12:48:26 |
| 14 | adssettings.Google.com? | 12:48:28 |
| 15 | A.   Not particularly, no.  I may | 12:48:33 |
| 16 | have been at some point, but I don't know | 12:48:39 |
| 17 | anything about it sitting here right now. | 12:48:42 |
| 18 | MS. TREBICKA:  Can we mark as -- | 12:48:48 |
| 19 | Is it Exhibit 5, tab 39, Tracy? | 12:48:49 |
| 20 | (Exhibit 5, Google Ad | 12:49:03 |
| 21 | Personalization Settings, marked for | 12:49:03 |
| 22 | identification.) | 12:49:03 |
| 23 | BY MS. TREBICKA: | 12:49:03 |
| 24 | Q.   Mr. Byatt, it's on Exhibit | 12:49:12 |
| 25 | Share.  Let me know when you're in it. | 12:49:14 |

Page 88

```
 1        A.    I have it up, but on my screen,       12:49:16

 2   a lot of it is tiny.  I think I can zoom         12:49:20

 3   in.  Give me just a moment.                      12:49:24

 4              MR. LEE:  And for me it's --           12:49:26

 5         it's loading but not actually loading.     12:49:26

 6         So give me a moment as well.  I think      12:49:29

 7         there's a way you can zoom at the          12:49:33

 8         bottom.                                     12:49:35

 9        A.    I have zoom.  I can see it now.        12:49:35

10              MR. LEE:  I have it as well.           12:49:37

11   BY MS. TREBICKA:                                  12:49:37

12        Q.    All right.  Do you see the --          12:49:39

13   this document with the title Ad                   12:49:43

14   Personalization Settings?                         12:49:46

15        A.    I do see this.                         12:49:47

16        Q.    Have you seen this before, this        12:49:48

17   website?                                          12:49:51

18        A.    Maybe.  I don't know.                  12:49:53

19        Q.    Do you see that where it says          12:49:56

20   "Ad personalization on the Web"?                  12:49:58

21        A.    I do see that.                         12:50:00

22        Q.    It says "When ad personalization       12:50:01

23   is on, Google will use information like           12:50:03

24   your visits to other websites to show you        12:50:05

25   more relevant ads"; do you see that?             12:50:07
```

Page 89

```
 1        A.    I do.                              12:50:10
 2              MR. LEE:  Viola, do I have the     12:50:10
 3        same standing objection for this         12:50:11
 4        document as for lack of foundation?      12:50:13
 5              MS. TREBICKA:  Yes, that's fine.   12:50:14
 6              MR. LEE:   Thanks.                 12:50:16
 7   BY MS. TREBICKA:                              12:50:16
 8        Q.    Do you see how you can turn it     12:50:17
 9   on or turn it off?                            12:50:18
10        A.    I do see those buttons, yes.       12:50:19
11        Q.    And do you also see the            12:50:22
12   hyperlink down there "learn more about how    12:50:24
13   Google ads work"?                             12:50:25
14        A.    Oh, it took me a second to find    12:50:28
15   it, but, yes, I do.                           12:50:30
16        Q.    Do you -- have you ever clicked    12:50:31
17   on that link to your memory as far --         12:50:35
18        A.    I don't -- I don't remember        12:50:40
19   ever -- whether or not I've ever been on      12:50:41
20   this page so I certainly don't remember       12:50:43
21   whether I've ever clicked on that link,       12:50:45
22   but I don't know what's on the other side     12:50:47
23   of that link to know if I have seen what's    12:50:49
24   on the other side of that link.               12:50:52
25        Q.    That's all fair.  Have you ever    12:50:54
```

Page 90

| | | |
|---|---|---|
| 1 | looked into documents that explain how | 12:50:55 |
| 2 | Google ads work? | 12:50:58 |
| 3 | A.    I'm sure I have, yes. | 12:51:02 |
| 4 | Q.    And those documents also explain | 12:51:08 |
| 5 | how Google ads uses user data? | 12:51:11 |
| 6 | A.    To some extent, yes.  I -- I | 12:51:15 |
| 7 | can't say for sure whether I've seen | 12:51:16 |
| 8 | authoritative documents from Google about | 12:51:20 |
| 9 | how ad personalization works or whether | 12:51:22 |
| 10 | the things that I have seen have been | 12:51:25 |
| 11 | third party or general explainers.  So | 12:51:29 |
| 12 | anything that I've seen, I don't -- I | 12:51:34 |
| 13 | don't know how accurate or how -- I don't | 12:51:37 |
| 14 | know how accurate the information that | 12:51:40 |
| 15 | I've seen has been.  And I do not recall | 12:51:42 |
| 16 | if any of that information has been | 12:51:44 |
| 17 | represented by Google. | 12:51:46 |
| 18 | Q.    When you are in Incognito mode, | 12:51:50 |
| 19 | do you receive ads?  Let me rephrase that. | 12:51:52 |
| 20 | When you are in Incognito mode, | 12:51:57 |
| 21 | are ads displayed to you when you browse? | 12:51:59 |
| 22 | A.    Probably.  I would think so.  I | 12:52:02 |
| 23 | don't know, to be honest. | 12:52:08 |
| 24 | Q.    You have never noticed -- | 12:52:14 |
| 25 | MR. LEE:  Well, I think he was | 12:52:17 |

Page 91

1        still finishing his prior answer,           12:52:18

2     Viola.                                          12:52:21

3        A.    Yeah, I'm -- I'm sure I have           12:52:21

4     noticed, but I can't sit here saying that       12:52:23

5     I recall specific ads that I've -- that I       12:52:29

6     have seen.  I certainly don't recall           12:52:32

7     whether they've been served by Google.         12:52:34

8     BY MS. TREBICKA:                                12:52:34

9        Q.    I'm not asking about specific          12:52:40

10    ads.                                            12:52:42

11       A.    Sure.                                  12:52:43

12       Q.    However, my question relates to        12:52:45

13    whether you know whether ads are served         12:52:47

14    while you are in Incognito mode to you?         12:52:51

15            MR. LEE:  Asked and answered.           12:52:54

16       A.    Do I continue to answer again?         12:52:57

17    BY MS. TREBICKA:                                12:52:57

18       Q.    Yes.                                   12:52:59

19       A.    Okay.  Yeah, I believe ads are         12:53:00

20    served to me in Incognito mode.  I just         12:53:04

21    don't recall any particular details.           12:53:06

22       Q.    When you are in Incognito mode,        12:53:09

23    do you browse for extended periods of time      12:53:16

24    or for limited periods of time?                 12:53:21

25            MR. LEE:  Objection to form.            12:53:29

Page 92

```
1        A.    Yeah, I'd say both.  Probably        12:53:30
2   more often I'd say shorter periods of time      12:53:31
3   but not exclusively.                            12:53:33
4   BY MS. TREBICKA:                                12:53:33
5        Q.    When you browse for longer           12:53:36
6   periods of time, what kinds of browse --        12:53:38
7   what kinds of browsing is that?                 12:53:40
8             MR. LEE:  Objection to form.          12:53:47
9        A.    Yeah, I don't -- I don't really      12:53:49
10  know how to answer that.  It would look         12:53:51
11  like probably mostly reading news and           12:53:55
12  things like that for more extended              12:54:07
13  periods, but, yeah, I can't say                 12:54:09
14  specifically.                                   12:54:12
15  BY MS. TREBICKA:                                12:54:12
16       Q.    When you browse on Incognito for     12:54:16
17  an extended period of time, do you have         12:54:18
18  one tab in Incognito open or do you have        12:54:20
19  multiple Incognito tabs open?                   12:54:24
20       A.    It varies, but I could have          12:54:26
21  multiple tabs open.                             12:54:29
22       Q.    So sometimes you have one,           12:54:29
23  sometimes you have multiple; it varies?         12:54:31
24       A.    That's correct.                      12:54:36
25       Q.    When you have multiple tabs          12:54:36
```

Page 93

```
 1    open, is that because you are looking at          12:54:39
 2    multiple things at the same time?                 12:54:41
 3         A.    The most common scenario --            12:54:44
 4    there are many reasons that may happen.           12:54:47
 5    The most common scenario is that I've done        12:54:49
 6    something like gone to The New York Times         12:54:52
 7    and on their front page opened multiple           12:54:53
 8    articles; a behavior that looks sort of           12:54:58
 9    like that.                                        12:55:01
10         Q.    Why is it that when you go to          12:55:09
11    The New York Times to browse to review           12:55:11
12    articles or read articles, you use               12:55:13
13    Incognito mode?                                   12:55:16
14         MR. LEE:   Objection to form.               12:55:18
15         A.    Frankly, the most common reason        12:55:21
16    is to avoid paywalls, but I have also done        12:55:23
17    it if I'm going to be reading content that        12:55:27
18    I don't want in my sort of identity               12:55:31
19    profile, I suppose.  I have also done it          12:55:38
20    so that -- there's a -- there's a lot of          12:55:44
21    reasons that I may do it, and basically           12:55:48
22    all of them would center around                   12:55:51
23    information not being recorded mostly by          12:55:53
24    Google that I don't want recorded.  And          12:55:58
25    also the limited scenario that sometimes          12:56:03
```

Page 94

```
 1    it's easier to log out.  So a good example        12:56:05

 2    for that would be the website Reddit.  I          12:56:08

 3    have a Reddit account that I usually use          12:56:11

 4    in non-Incognito mode, but if I want to go        12:56:14

 5    to the main Reddit home page that doesn't         12:56:17

 6    have my personalizations, I may do that in        12:56:20

 7    Incognito mode to see the main content            12:56:24

 8    there without having to bother logging            12:56:27

 9    out.                                              12:56:28

10    BY MS. TREBICKA:                                  12:56:28

11        Q.    Okay.  So you gave me -- you            12:56:29

12    gave me quite a few reasons.  Anything            12:56:32

13    else that you can think of for why when           12:56:35

14    you go to The New York Times to browse or         12:56:37

15    review an article you use Incognito mode?         12:56:38

16        A.    Well, much like kind of that           12:56:43

17    first line of questioning, I don't have a         12:56:45

18    checklist of reasons.  I don't have a             12:56:50

19    series of, you know, if statements in my          12:56:53

20    head about what causes me to do that or           12:56:57

21    not.  It will be based on a number of             12:57:00

22    factors that are very context dependent           12:57:05

23    and might not look the same from time to          12:57:08

24    time and I could not enumerate all of             12:57:11

25    that.                                             12:57:14
```

Page 95

```
 1        Q.    And if I asked you what the        12:57:14
 2   reason is that you go on Incognito             12:57:16
 3   generally, not just for The New York           12:57:18
 4   Times, would it be the same answer or          12:57:20
 5   would it differ?                               12:57:22
 6        A.    The general answer for the          12:57:24
 7   reason that I go on to Incognito mode is       12:57:26
 8   to keep Google primarily across all of        12:57:29
 9   their services from Chrome to Analytics       12:57:34
10   and their advertising services from having   12:57:37
11   records of my behavior, and also to avoid    12:57:43
12   paywalls and log out of Reddit, but that     12:57:59
13   is certainly the primary reason I do it.     12:58:01
14        Q.    When you go on Incognito, do you   12:58:03
15   ever sign into your Google account?           12:58:06
16        A.    Very, very rarely.                 12:58:08
17        Q.    And why would -- if you do, why    12:58:09
18   do you do that?                                12:58:11
19        A.    On my own computers, I'm not       12:58:17
20   sure I ever have.  The only times I can       12:58:20
21   think of that I would have done that is       12:58:23
22   if, for example, I was using someone          12:58:25
23   else's computer and someone else's Chrome    12:58:27
24   and I opened Incognito, so that their         12:58:30
25   experience didn't -- wasn't sort of           12:58:35
```

Page 96

```
 1    polluted with my behavior; in which case      12:58:37
 2    I'm not actually in Incognito mode to         12:58:41
 3    protect my privacy, but more to protect       12:58:43
 4    theirs.                                        12:58:46
 5          There may be other reasons I            12:58:49
 6    would have logged in to a Google account,     12:58:51
 7    but that's all I can come up with right       12:58:53
 8    here, right now.                               12:58:55
 9       Q.    And how often does it happen         12:58:58
10    that you're on someone else's computer        12:58:59
11    logging in to Incognito mode?                  12:59:01
12       A.    Rarely.  Not often at all.           12:59:04
13       Q.    When -- what are those instances     12:59:07
14    in which it would happen?                      12:59:09
15          MR. LEE:  Objection to form.            12:59:11
16       Did you say what or when?                   12:59:12
17          MS. TREBICKA:  When.                     12:59:15
18       A.    Yeah, I -- I don't --                 12:59:16
19    BY MS. TREBICKA:                               12:59:16
20       Q.    What -- what would give rise to      12:59:18
21    you using someone else's computer to go on    12:59:20
22    Chrome?                                        12:59:24
23       A.    Very broadly, not having             12:59:26
24    immediate access to one of my own.            12:59:28
25          MS. TREBICKA:  Okay.  Well, it's        12:59:53
```

Page 97

| | | |
|---|---|---|
| 1 | about 1:00, so we can break for lunch | 12:59:55 |
| 2 | now.  Let's get off the record and we | 12:59:58 |
| 3 | can figure out how long we take. | 13:00:00 |
| 4 | THE VIDEOGRAPHER:  Going off the | 13:00:02 |
| 5 | record.  The time is 12:59 p.m. | 13:00:03 |
| 6 | (Whereupon, a luncheon recess is | 13:46:04 |
| 7 | taken.) | 13:46:35 |
| 8 | THE VIDEOGRAPHER:  Back on the | 13:49:54 |
| 9 | record.  The time is 1:49 p.m. | 13:49:56 |
| 10 | BY MS. TREBICKA: | 13:49:56 |
| 11 | Q.    Good afternoon, Mr. Byatt.  How | 13:49:58 |
| 12 | was your lunch? | 13:50:00 |
| 13 | A.    It was delicious.  How was | 13:50:01 |
| 14 | yours? | 13:50:03 |
| 15 | Q.    Good.  I'm glad.  I'm glad. | 13:50:05 |
| 16 | Well, it was kind of a midmorning snack | 13:50:07 |
| 17 | because I'm in California, but thank you | 13:50:09 |
| 18 | for asking. | 13:50:11 |
| 19 | Just a reminder that you're | 13:50:11 |
| 20 | still under oath; you understand that? | 13:50:13 |
| 21 | A.    I do understand that. | 13:50:15 |
| 22 | Q.    So earlier before we broke, we | 13:50:16 |
| 23 | were talking about Chrome Incognito as a | 13:50:21 |
| 24 | mode of the Chrome browser; do you | 13:50:24 |
| 25 | remember that? | 13:50:27 |

Page 98

```
 1        A.    Yes.                              13:50:27

 2        Q.    There are many modes to the       13:50:27

 3   Chrome browser, though, correct?            13:50:30

 4        A.    Don't know.                       13:50:33

 5        Q.    You're only aware of Incognito    13:50:34

 6   mode?                                        13:50:35

 7        A.    I'm not sure what you mean by     13:50:38

 8   mode.  I know Chrome browser can do a lot    13:50:40

 9   of things, operate in multiple ways, but I   13:50:46

10   don't know what you mean by that.            13:50:49

11        Q.    Well, have you ever used the      13:50:50

12   term Incognito mode?                         13:50:52

13        A.    Yes, yes.                         13:50:53

14        Q.    So you understand that it's a     13:50:54

15   mode of the Chrome browser, right?           13:50:56

16        A.    Right.  I understand that.  I --  13:51:00

17   I don't necessarily know about other         13:51:03

18   modes.                                       13:51:04

19        Q.    Understood.  So you don't know,   13:51:05

20   for example, that there's a basic mode in    13:51:07

21   Incognito -- in Chrome?                      13:51:10

22        A.    Not that I'm aware of, yeah.      13:51:11

23        Q.    Have you ever reviewed the        13:51:12

24   Chrome privacy notice?                       13:51:14

25        A.    Have I reviewed the Chrome        13:51:16
```

Page 99

```
 1   privacy -- yes.                              13:51:17

 2       Q.    You have?  And you don't recall    13:51:18

 3   whether or not it talks about different      13:51:20

 4   modes that Chrome can be used in, right?     13:51:21

 5       A.    I do not recall, no.               13:51:25

 6           MS. TREBICKA:  Mr. Lee, I            13:51:40

 7       apologize, there's some noise that's     13:51:41

 8       coming.  I'm not sure if there's a       13:51:45

 9       door open in your conference room or     13:51:46

10       if there's a way to minimize the         13:51:50

11       noise.  I don't know if the court        13:51:52

12       reporter and videographer heard it       13:51:54

13       too.                                     13:51:55

14           MR. LEE:  Is it a voice or some      13:51:56

15       other noise?                             13:51:57

16           MS. TREBICKA:  It sounded like a     13:51:58

17       voice, but now it's gone.                13:52:00

18           MR. LEE:  There was somebody         13:52:02

19       just walked by.  Let me make sure that   13:52:04

20       they know I'm in deposition.             13:52:07

21           MS. TREBICKA:  Thank you.  Okay.     13:52:12

22           MR. LEE:  He's been fired.           13:52:20

23   BY MS. TREBICKA:                             13:52:20

24       Q.    Mr. Byatt, do you believe that     13:52:27

25   you entered a contract with Google?          13:52:29
```

Page 100

```
1        A.    I do, yeah.                      13:52:31

2        Q.    When did you enter that -- that  13:52:34

3    contract?                                  13:52:36

4        A.    Pardon me.  You know, I -- I      13:52:39

5    don't know exactly when, but I certainly   13:52:42

6    think that when I accepted the terms of    13:52:44

7    service or when I accepted the privacy     13:52:48

8    policy, which I believe is included in the 13:52:51

9    terms of service, when I opened Incognito  13:52:53

10   mode, I think all of those things were --  13:52:58

11   were contracts.                            13:53:02

12       Q.    Can you describe your contract   13:53:04

13   with Google, how you view it?              13:53:06

14            MR. LEE:  Objection to the        13:53:09

15        extent it calls for a legal           13:53:10

16        conclusion.                           13:53:12

17       A.    That's what I was going to say,  13:53:12

18   actually.  I'm -- I'm a little bit averse  13:53:14

19   to that because I -- I understand that a   13:53:16

20   contract has, you know, sort of a legal    13:53:19

21   definition and a legal scope, and I'm not  13:53:21

22   an attorney.                               13:53:23

23   BY MS. TREBICKA:                           13:53:23

24       Q.    I understand that.  But you did  13:53:24

25   testify that you entered into a contract   13:53:25
```

Page 101

```
 1    with Google.  So in your own -- in your        13:53:28
 2    own terms, in your own words, what was         13:53:30
 3    that contract?  What document did it           13:53:32
 4    consist of?                                    13:53:35
 5         A.   Well, so -- so the -- the -- the     13:53:36
 6    documents that I took as being the             13:53:41
 7    agreement between me and Google are their      13:53:45
 8    terms of service, their -- their privacy       13:53:49
 9    policy and the Incognito splash screen.        13:53:52
10    Probably also, you know, other application     13:53:55
11    terms of services, but those would be sort     13:54:00
12    of the big relevant ones for Chrome and        13:54:02
13    for Incognito mode.                            13:54:04
14         Q.   When you say other application       13:54:05
15    terms of services, you mean other Google       13:54:08
16    applications that you may have used?           13:54:11
17         A.   Yeah.  Like, I would understand      13:54:13
18    myself as being in a contract with Google      13:54:15
19    for terms of services that I have accepted     13:54:18
20    for different products entirely.  I'm a        13:54:23
21    Gmail user as well.  I believe that            13:54:26
22    there's a contract there between me and        13:54:28
23    Google regarding Gmail.                        13:54:30
24         Q.   And you accepted the terms of        13:54:32
25    service when you first opened a Google         13:54:35
```

Page 102

```
 1   account; is that right?                    13:54:37
 2       A.    Yes.                             13:54:38
 3       Q.    And is your understanding that   13:54:42
 4   that's when you accepted the privacy       13:54:46
 5   policy as well?                            13:54:49
 6       A.    That would be a time that I did. 13:54:50
 7   I believe that I would have, as well when  13:54:52
 8   it was updated and I was made aware of     13:54:57
 9   that.                                      13:54:59
10       Q.    And you testified earlier that   13:54:59
11   you would get sometimes e-mail updates     13:55:02
12   about updates to privacy policies; do you  13:55:04
13   remember that?                             13:55:08
14       A.    That's right, yes.               13:55:09
15       Q.    And you would click on the link  13:55:10
16   and follow to the privacy policy to review 13:55:12
17   what's been updated, correct?              13:55:16
18       A.    As a general rule, that is a     13:55:19
19   habit of mine.  Can't necessarily say that 13:55:21
20   I did it every time or exactly when that   13:55:21
21   happened, but yeah, as a general rule,     13:55:24
22   yes.                                       13:55:27
23            MS. TREBICKA:  Let's mark as      13:55:31
24       Exhibit 6, Tracy, help me.            13:55:32
25            MR. LEE:  6.                      13:55:36
```

Page 103

| | | |
|---|---|---|
| 1 | MS. TREBICKA:  Thank you, | 13:55:39 |
| 2 | Mr. Lee. | 13:55:42 |
| 3 | Tab 26, which is Google terms of | 13:55:42 |
| 4 | service, effective April 16, 2007 to | 13:55:46 |
| 5 | February 29, 2012. | 13:55:50 |
| 6 | (Exhibit 6, Google Terms of | 13:55:50 |
| 7 | Services effective dates 04/16/2007 to | 13:55:50 |
| 8 | 02/29/2012, marked for | 13:55:50 |
| 9 | identification.) | 13:56:03 |
| 10 | A.   I have Exhibit 6 open. | 13:56:03 |
| 11 | BY MS. TREBICKA: | 13:56:03 |
| 12 | Q.   Great.  Do you recognize this | 13:56:06 |
| 13 | document, Mr. Byatt? | 13:56:29 |
| 14 | A.   Yes.  It -- it does look | 13:56:30 |
| 15 | familiar, yes. | 13:56:31 |
| 16 | Q.   And the title says Google Terms | 13:56:32 |
| 17 | of Service? | 13:56:35 |
| 18 | A.   Yes, it does.  I would like to | 13:56:35 |
| 19 | note -- I imagine this is in the record | 13:56:42 |
| 20 | anyway, but I would like to know this is | 13:56:43 |
| 21 | an archive version of our terms of service | 13:56:46 |
| 22 | and I -- a version of this I reviewed.  I | 13:56:48 |
| 23 | don't believe it would have said that | 13:56:51 |
| 24 | part. | 13:56:52 |
| 25 | Q.   Do you recall when you opened | 13:56:52 |

Page 104

```
 1    your Google account?                          13:57:02

 2         A.    Not with specificity.  I have      13:57:09

 3    the records and can look it up and I --       13:57:12

 4    and I have, for other points during this      13:57:17

 5    lawsuit.  I can say that it was quite some     13:57:23

 6    time ago.  It would have been before 2008.    13:57:28

 7         Q.    Is ██████████@gmail.com your        13:57:33

 8    e-mail address?                               13:57:40

 9         A.    That was my first Google account   13:57:41

10    e-mail address, yes.  I have others now,       13:57:43

11    but that was the first one.                   13:57:46

12         Q.    And if the records show that it    13:57:48

13    was opened in or around September 1, 2004,     13:57:49

14    would you have any reason to doubt that?       13:57:53

15         A.    No, that sounds correct.           13:57:56

16         Q.    Is ██████████@gmail.com also one    13:57:58

17    of your e-mail addresses?                     13:58:05

18         A.    Yes, it is.                        13:58:06

19         Q.    And if the record showed that it   13:58:07

20    was open on or around January 28, 2008,        13:58:09

21    would you have any reason to doubt that?       13:58:13

22         A.    Not particularly.  That sounds     13:58:17

23    reasonable.                                   13:58:18

24         Q.    And at the time that you opened    13:58:19

25    Google account, that you would have           13:58:24
```

Page 105

| | | |
|---|---|---|
| 1 | reviewed and accepted the terms of | 13:58:27 |
| 2 | service, correct? | 13:58:31 |
| 3 | A. Yes. | 13:58:31 |
| 4 | Q. And from the face of this | 13:58:32 |
| 5 | document, the very first -- first page, it | 13:58:35 |
| 6 | says "This is an archived version of our | 13:58:42 |
| 7 | terms of service"; do you see that? | 13:58:45 |
| 8 | A. I do, yes. | 13:58:46 |
| 9 | Q. And this is what you were | 13:58:47 |
| 10 | referring to; is that right, that it's not | 13:58:48 |
| 11 | the current version? | 13:58:51 |
| 12 | A. I would imagine it's not the | 13:58:56 |
| 13 | current version. Yeah, I -- I'm not | 13:58:58 |
| 14 | looking at the current version to be able | 13:58:59 |
| 15 | to say. | 13:59:01 |
| 16 | Q. And if our records show that or | 13:59:01 |
| 17 | establish that it was effective from | 13:59:04 |
| 18 | April 2007 to February 2012, would you | 13:59:06 |
| 19 | have any reason to dispute that? | 13:59:09 |
| 20 | A. I would not. | 13:59:11 |
| 21 | Q. I'd like to know which portions | 13:59:12 |
| 22 | of this document you reviewed. So feel | 13:59:20 |
| 23 | free to scroll through it and if you -- if | 13:59:23 |
| 24 | something looks familiar or you know that | 13:59:28 |
| 25 | you reviewed it, can you please let me | 13:59:30 |

Page 106

```
 1    know by the item number in the document?      13:59:32
 2            MR. LEE:  Let's give him a            13:59:36
 3        chance to look at the document and        13:59:38
 4        then he can answer your question.         13:59:40
 5    BY MS. TREBICKA:                              13:59:40
 6        Q.    Of course.  Take the time you       13:59:41
 7    need, yeah.  And in particular, Mr. Byatt,    13:59:43
 8    I'd like to know -- just to focus your        13:59:46
 9    review, I'd like to know two things:          13:59:49
10    Which parts you remember reviewing and        13:59:52
11    also which parts you believe led you to       13:59:56
12    believe that Incognito mode or private        14:00:01
13    browsing mode means that Google would,        14:00:06
14    under no circumstance, receive any of your    14:00:08
15    browsing information.                         14:00:10
16        A.    Well, I --                          14:00:17
17            MR. LEE:  Hold on, hold on.           14:00:19
18    BY MS. TREBICKA:                              14:00:19
19        Q.    You may --                          14:00:21
20            MR. LEE:  Why don't -- why don't      14:00:22
21        you read the document first and then      14:00:23
22        we can go ahead and answer the            14:00:25
23        question.                                 14:00:30
24        A.    Okay.                               14:00:31
25            MR. LEE:  And, Counsel, do you        14:00:33
```

Page 107

| | | |
|---|---|---|
| 1 | have the links available in the -- in | 14:00:34 |
| 2 | this exhibit as well? | 14:00:36 |
| 3 | MS. TREBICKA:  The hyperlinks? | 14:00:38 |
| 4 | MR. LEE:  Yeah, to answer your | 14:00:41 |
| 5 | question. | 14:00:43 |
| 6 | MS. TREBICKA:  No, this is -- | 14:00:43 |
| 7 | this is a PDF version and the links | 14:00:44 |
| 8 | appear and they appear -- you know, | 14:00:50 |
| 9 | that if the witness would click on | 14:00:52 |
| 10 | them, they should work.  So -- so, | 14:00:54 |
| 11 | yes.  You'll just get another screen, | 14:00:57 |
| 12 | intermediary screen that says are you | 14:01:06 |
| 13 | sure you want to visit that link. | 14:01:09 |
| 14 | MR. LEE:  Okay.  I guess my | 14:01:10 |
| 15 | question is a little bit different. | 14:01:13 |
| 16 | My question is -- because I tried | 14:01:14 |
| 17 | that.  My question is, do the links | 14:01:16 |
| 18 | link to the -- the operative links | 14:01:19 |
| 19 | that were in place at the time that | 14:01:21 |
| 20 | this terms of service was in place or | 14:01:24 |
| 21 | does it link to the current policies? | 14:01:27 |
| 22 | MS. TREBICKA:  It would link to | 14:01:32 |
| 23 | the current link that's on -- that | 14:01:34 |
| 24 | is -- that is at that link, but | 14:01:36 |
| 25 | what -- but my question now is limited | 14:01:38 |

Page 108

| | | |
|---|---|---|
| 1 | to the words of this document.  If it | 14:01:40 |
| 2 | encompasses a hyperlink, then | 14:01:44 |
| 3 | Mr. Byatt can say that, but I would | 14:01:46 |
| 4 | like Mr. Byatt to start reviewing the | 14:01:49 |
| 5 | document so he can answer my question. | 14:01:53 |
| 6 | MR. LEE:  Got it.  We're just | 14:01:53 |
| 7 | trying -- you asked the question | 14:01:55 |
| 8 | before he read it, so I just wanted to | 14:01:57 |
| 9 | make sure we're all on the same page | 14:01:57 |
| 10 | for that question.  Thank you. | 14:02:01 |
| 11 | A.   I have reviewed this document | 14:02:02 |
| 12 | here, and I believe that I -- I have | 14:03:38 |
| 13 | reviewed this entire document before.  In | 14:03:47 |
| 14 | particular, section 7, I remember pretty | 14:03:50 |
| 15 | clearly, which is about the privacy and | 14:03:55 |
| 16 | personal information, but I believe I | 14:04:00 |
| 17 | would have reviewed the whole document in | 14:04:03 |
| 18 | the past. | 14:04:04 |
| 19 | BY MS. TREBICKA: | 14:04:04 |
| 20 | Q.   Do you recall following the | 14:04:14 |
| 21 | hyperlink that is in section 7.1? | 14:04:16 |
| 22 | A.   I cannot say if I clicked this | 14:04:22 |
| 23 | link in this document when I reviewed this | 14:04:27 |
| 24 | document.  I can certainly say that I | 14:04:30 |
| 25 | have, at various points, reviewed Google's | 14:04:33 |

Page 109

| | | |
|---|---|---|
| 1 | privacy policy, which is what Google says | 14:04:37 |
| 2 | is at that link. | 14:04:39 |
| 3 | Q.    And your -- your testimony is | 14:04:41 |
| 4 | that you reviewed Google's privacy policy | 14:04:46 |
| 5 | multiple times, not just once, right? | 14:04:49 |
| 6 | A.    That's correct. | 14:04:51 |
| 7 | Q.    Where in this document does it | 14:04:52 |
| 8 | say that Google will not receive any data | 14:05:04 |
| 9 | when you browse in private browsing mode | 14:05:08 |
| 10 | or Incognito mode? | 14:05:13 |
| 11 | A.    7.2, you agreed to the use of | 14:05:15 |
| 12 | your data in accordance with Google's | 14:05:17 |
| 13 | privacy policies led me to believe that | 14:05:19 |
| 14 | the information on Google's privacy | 14:05:22 |
| 15 | policies was what I had to understand. | 14:05:24 |
| 16 | Google's privacy policies told me that I | 14:05:27 |
| 17 | can control what data was going to be | 14:05:29 |
| 18 | used -- that I could control that by using | 14:05:33 |
| 19 | Chrome's Incognito mode and I think that | 14:05:38 |
| 20 | when I opened Incognito mode that would | 14:05:41 |
| 21 | have -- that -- that splash screen was | 14:05:45 |
| 22 | like a new and distinct notice to me as | 14:05:49 |
| 23 | well about what Google was going to do | 14:05:52 |
| 24 | with the information, and I was using | 14:05:54 |
| 25 | Incognito with the agreement of that | 14:05:56 |

Page 110

| | | |
|---|---|---|
| 1 | notice. | 14:05:57 |
| 2 | Q.    Anything else in this document | 14:05:58 |
| 3 | for now that would have led you to believe | 14:06:00 |
| 4 | that Google would not receive your | 14:06:05 |
| 5 | information if you were browsing in | 14:06:08 |
| 6 | Incognito mode? | 14:06:11 |
| 7 | A.    Perhaps.  You know, I -- I have | 14:06:13 |
| 8 | read and reviewed the whole document right | 14:06:15 |
| 9 | now, but, you know, quickly.  I haven't | 14:06:16 |
| 10 | taken notes.  So I can't rule out | 14:06:23 |
| 11 | something else in here making me think | 14:06:26 |
| 12 | that that would be the part that's | 14:06:29 |
| 13 | standing out to me now as making me think | 14:06:31 |
| 14 | that. | 14:06:35 |
| 15 | Q.    Well, take your time, Mr. Byatt. | 14:06:35 |
| 16 | I'd like you to review it. | 14:06:38 |
| 17 | A.    I think this is as good as we're | 14:06:39 |
| 18 | going to get.  This is the section that is | 14:06:41 |
| 19 | certainly the -- the -- the most relevant | 14:06:43 |
| 20 | to me.  I -- I just can't speak to what | 14:06:46 |
| 21 | other lines would have made me think 13 | 14:06:52 |
| 22 | years ago. | 14:06:55 |
| 23 | MS. TREBICKA:  Let's mark as | 14:07:04 |
| 24 | Exhibit 7 the Google privacy policy, | 14:07:05 |
| 25 | tab 40, Tracy. | 14:07:17 |

Page 111

| | | |
|---|---|---|
| 1 | (Exhibit 7, Google Privacy | 14:07:20 |
| 2 | Policy, marked for identification.) | 14:07:38 |
| 3 | A.    I have Exhibit 7 open. | 14:07:38 |
| 4 | BY MS. TREBICKA: | 14:07:38 |
| 5 | Q.    This is -- I'll represent to you | 14:07:44 |
| 6 | that this is the Google privacy policy | 14:07:46 |
| 7 | that's been effective since May 25, 2019. | 14:07:48 |
| 8 | Do you see that? | 14:07:52 |
| 9 | A.    I do see that. | 14:07:53 |
| 10 | Q.    Have you reviewed this privacy | 14:07:54 |
| 11 | policy or a privacy policy that looks | 14:08:14 |
| 12 | generally like this? | 14:08:16 |
| 13 | A.    Yes. | 14:08:18 |
| 14 | Q.    And feel free to review the | 14:08:26 |
| 15 | document, but I'd like you -- I'd like to | 14:08:29 |
| 16 | know which parts of this document you have | 14:08:32 |
| 17 | reviewed over the years?  You mentioned | 14:08:35 |
| 18 | you reviewed privacy policy multiple | 14:08:38 |
| 19 | times, but I'd like you to generally tell | 14:08:40 |
| 20 | me which parts you reviewed. | 14:08:42 |
| 21 | A.    I am reading it now. | 14:08:45 |
| 22 | Q.    And for the record, this is the | 14:08:52 |
| 23 | version of the privacy policy that was | 14:08:55 |
| 24 | effective from May 28, 2018 to January 21, | 14:08:58 |
| 25 | 2019. | 14:09:05 |

Page 112

```
 1        A.    This is a very long document.      14:09:38

 2             MR. LEE:  Take your time.           14:09:40

 3   BY MS. TREBICKA:                              14:09:40

 4        Q.    And, Mr. Byatt, not to disturb     14:09:57

 5   you in your reading, but so that you have     14:09:59

 6   the questions that I'm going to ask you in    14:10:02

 7   mind, the first one is which parts you        14:10:04

 8   generally recall reviewing, and the other     14:10:06

 9   question, which parts led you to believe      14:10:08

10   that browsing in private browsing mode or     14:10:11

11   Chrome Incognito would mean that Google       14:10:14

12   would not collect or receive your browsing    14:10:17

13   information?                                   14:10:21

14        A.    Thank you for the reminder.  I     14:10:24

15   have reviewed this document now.  With        14:13:49

16   regards to the question of what I may have    14:13:53

17   reviewed in the past, I have certainly        14:13:55

18   reviewed the entire privacy policy at         14:13:59

19   times in the past.  I cannot say for          14:14:04

20   certain that I reviewed the entirety of       14:14:06

21   this document in this window from             14:14:11

22   May 25, 2018 to, I believe, you said          14:14:14

23   sometime in 2019.                             14:14:17

24             I can say, of the parts I           14:14:19

25   remember, that roughly the first page,        14:14:23
```

Page 113

```
 1    certainly the first section -- yeah.  So      14:14:26
 2    basically the first page, up to the           14:14:32
 3    information Google collects part is very       14:14:34
 4    familiar.  This certainly looks like          14:14:39
 5    something I have reviewed.  I remember         14:14:41
 6    reviewing language very similar to this,       14:14:44
 7    substantively similar.  So I think that's     14:14:47
 8    what I can offer in terms of what I           14:14:50
 9    remember reviewing.                           14:14:53
10         For what has led me to believe          14:14:55
11    that Incognito would do what it says on       14:14:59
12    the tin and not collect my information, it    14:15:04
13    would be in, let's see -- so the second       14:15:09
14    sentence of the first paragraph "We           14:15:14
15    understand this is a big responsibility       14:15:17
16    and work hard to protect your information     14:15:18
17    and put you in control."  That sentence       14:15:20
18    led me to believe that I was in control of    14:15:23
19    my data being shared.                         14:15:25
20         And then there is a sentence in         14:15:27
21    the, one, two, three, four -- well, the --    14:15:33
22    the paragraph just underneath the bullet      14:15:37
23    points "You can use our services in a         14:15:40
24    variety of ways to manage your privacy."      14:15:41
25    And then the last two sentences of that,      14:15:45
```

Page 114

```
 1    "You can also choose to browse the web          14:15:47

 2    privately using Chrome in Incognito mode.        14:15:50

 3    And across our services, you can adjust          14:15:52

 4    your privacy settings to control what we         14:15:55

 5    collect and how your information is used."        14:15:57

 6            Let's see, yeah.  And I                   14:16:01

 7    understood this section here "You can            14:16:11

 8    choose" -- "You can also choose to browse        14:16:13

 9    the web privately using Chrome in                14:16:31

10    Incognito mode."  I understood that              14:16:34

11    section to apply to the bulleted list just       14:16:37

12    above it "Google apps, sites, devices,"          14:16:44

13    platforms, "products that are integrated         14:16:51

14    into third-party apps and sites like ads."        14:16:53

15            Yeah.  So I would say, in a               14:16:55

16    broad sense, but it is that whole first          14:16:58

17    page that has led me to believe that             14:17:01

18    Incognito does what Incognito says it            14:17:03

19    does.  And in particular, this sentence          14:17:08

20    "You can also choose to browse the web          14:17:09

21    privately using Chrome in Incognito mode."        14:17:12

22       Q.    Right underneath it, it says            14:17:14

23    Information Google Collects; do you see          14:17:16

24    that?                                            14:17:17

25       A.    I do, yes.                              14:17:18
```

Page 115

| | | |
|---|---|---|
| 1 | Q.    Did you review that section? | 14:17:20 |
| 2 | A.    I can not say with certainty | 14:17:22 |
| 3 | whether I reviewed it during this 2018 to | 14:17:25 |
| 4 | 2019 window that this document was in | 14:17:29 |
| 5 | place.  I have reviewed that for Google | 14:17:31 |
| 6 | privacy policies in the past. | 14:17:36 |
| 7 | Q.    And if you'll scroll down to the | 14:17:37 |
| 8 | second page, it says in bold, in a bold | 14:17:40 |
| 9 | heading "Information we collect as you use | 14:17:44 |
| 10 | our services"; do you see that? | 14:17:47 |
| 11 | A.    I do, yes. | 14:17:48 |
| 12 | Q.    Do you recall reviewing this | 14:17:49 |
| 13 | section, either in this particular version | 14:17:53 |
| 14 | or any other version of the Google privacy | 14:17:56 |
| 15 | notice -- privacy policy? | 14:18:00 |
| 16 | A.    Same answer as previous.  I | 14:18:02 |
| 17 | can't say with certainty whether I | 14:18:04 |
| 18 | reviewed it or this particular version of | 14:18:06 |
| 19 | the document, but I have definitely | 14:18:10 |
| 20 | reviewed something substantively similar. | 14:18:13 |
| 21 | Q.    The second paragraph of that | 14:18:16 |
| 22 | section under "Your apps, browsers & | 14:18:20 |
| 23 | devices," says "The information we collect | 14:18:23 |
| 24 | includes unique identifiers, browser type | 14:18:27 |
| 25 | and settings, device type and settings, | 14:18:32 |

Page 116

```
 1    operating system, mobile network              14:18:35

 2    information including carrier name and        14:18:37

 3    phone number and application version          14:18:41

 4    number.  We also collect information about    14:18:43

 5    the interaction of your apps, browsers and    14:18:46

 6    devices with our services, including IP       14:18:49

 7    address, crash reports, system activity       14:18:53

 8    and the date, time and refer URL of your      14:18:56

 9    request"; do you see that?                    14:19:02

10        A.    I do see that and I took the        14:19:03

11    section in the second sentence of the         14:19:06

12    whole document that says that I'm in          14:19:08

13    control, as to mean that I'm in control of    14:19:11

14    when and how that is shared.  And I took      14:19:13

15    the sentence saying that I can choose to      14:19:16

16    browse the web privately using Chrome in      14:19:19

17    Incognito mode to mean that using Chrome      14:19:22

18    in Incognito mode would limit the way that    14:19:23

19    that information is shared.                    14:19:25

20        Q.    Limited how?                         14:19:28

21        A.    Make it not be shared with           14:19:30

22    Google.                                        14:19:31

23        Q.    And where does it say that it        14:19:32

24    will not be shared with Google?               14:19:37

25        A.    Where it says that I can browse     14:19:39
```

Page 117

```
1    the web privately using Chrome in           14:19:40

2    Incognito mode.                              14:19:43

3        Q.    So you understood that sentence    14:19:44

4    to tell you that it would not be shared      14:19:46

5    with Google?                                 14:19:47

6        A.    That's correct because that's      14:19:49

7    what it says.                                14:19:50

8        Q.    Do you recall your earlier         14:19:52

9    testimony about The New York Times privacy   14:20:44

10   policy?                                      14:20:52

11       A.    I don't recall it verbatim, but,   14:20:52

12   yes.  I remember the line of questioning     14:20:54

13   you're talking about, yes.                   14:20:55

14       Q.    And you recall that The New York   14:20:57

15   Times's privacy policy generally disclosed   14:21:03

16   that certain information they would          14:21:05

17   collect would also be shared with their      14:21:07

18   service providers; do you recall that?       14:21:09

19       A.    I do.  I also recall The New       14:21:11

20   York Times saying that they were sharing     14:21:15

21   in accordance with the Google privacy        14:21:18

22   policy, which is the document that led me    14:21:20

23   to believe that being in Incognito mode,     14:21:22

24   my information would be private.             14:21:26

25       Q.    So what, in this particular        14:21:28
```

Page 118

```
1    document, not necessarily this version,        14:21:33
2    but in the Google privacy policy led you       14:21:36
3    to believe that the websites, third-party      14:21:39
4    websites would not be sharing your             14:21:43
5    information with Google among other            14:21:45
6    service providers when you were browsing       14:21:49
7    in Incognito mode, although they               14:21:51
8    themselves would receive it?                   14:21:54
9         A.    The part where it says I can        14:21:57
10   also choose to browse the web privately.       14:21:58
11   The part that says that I'm in control of      14:22:01
12   how Google receives my information.            14:22:04
13   And -- and the part in The New York Times      14:22:07
14   document where it says that they abide by      14:22:11
15   this as well.                                  14:22:13
16        Q.    Anything else?                       14:22:15
17        A.    Probably.  It's a 28-page           14:22:18
18   document, but those are certainly the most     14:22:21
19   salient parts that led me to believe that.     14:22:23
20        Q.    Okay.  Well, take your time and     14:22:25
21   not restricting the time that you can          14:22:26
22   spend reviewing the document, anything         14:22:29
23   else in this document that you believe         14:22:30
24   supports your interpretation?                  14:22:33
25        A.    Yeah, the document.  You know, I    14:22:37
```

Page 119

| | | |
|---|---|---|
| 1 | think -- I -- I think that these first | 14:22:42 |
| 2 | couple of sentences, this whole first page | 14:22:45 |
| 3 | really, I definitely understand as saying | 14:22:49 |
| 4 | that I'm in control of how my information | 14:22:52 |
| 5 | is shared with Google -- how my | 14:22:55 |
| 6 | information is shared to Google, that | 14:22:56 |
| 7 | Chrome in Incognito mode is the tool that | 14:22:59 |
| 8 | I have to choose to browse the web | 14:23:01 |
| 9 | privately, yeah.  I would say that that | 14:23:05 |
| 10 | is -- that is what led me to believe that. | 14:23:10 |
| 11 | Q.    And your understanding is that | 14:23:13 |
| 12 | those representations you're citing would | 14:23:15 |
| 13 | override whatever other disclosures Google | 14:23:17 |
| 14 | provided with respect to the information | 14:23:21 |
| 15 | that it would collect when you were | 14:23:22 |
| 16 | browsing the web, right? | 14:23:25 |
| 17 | A.    What do you mean by override?  I | 14:23:31 |
| 18 | thought that what it's saying right here | 14:23:32 |
| 19 | would stay true. | 14:23:34 |
| 20 | Q.    Well, I showed you the part on | 14:23:37 |
| 21 | page 2 related to the information Google | 14:23:41 |
| 22 | collects as you use Google services. | 14:23:47 |
| 23 | Do you recall that on page 2, | 14:23:50 |
| 24 | where it says "We also collect information | 14:23:51 |
| 25 | about the interaction of your apps, | 14:23:54 |

Page 120

```
 1    browsers and devices with our services,        14:23:57

 2    including IP address, crash reports,           14:24:01

 3    system activity, and the dates, time and       14:24:04

 4    referral" -- "referral URL of your             14:24:07

 5    request"?                                      14:24:12

 6         A.    I do recall talking about that.     14:24:13

 7    I do not understand that first section as      14:24:14

 8    necessarily overriding that.  I just --        14:24:16

 9    I'm -- I'm uncomfortable with the use of       14:24:20

10    the word override.                             14:24:22

11              What I understand that to be         14:24:26

12    telling me is that there's information         14:24:27

13    that Google can collect.  This is a list       14:24:29

14    of what information is and if I don't want     14:24:30

15    Google to collect that information, the        14:24:33

16    way they put me in control, to use this        14:24:34

17    document's words, is that I can choose to      14:24:37

18    not share that information by opening          14:24:39

19    Chrome in Incognito mode.                      14:24:42

20              Like I said, I don't -- I don't      14:24:44

21    necessarily understand that it's               14:24:45

22    overriding.  Both of these seem true at        14:24:47

23    the time.  It doesn't say in here that         14:24:49

24    they collect this information at all           14:24:51

25    times.  It just says that this is the          14:24:55
```

Page 121

```
 1    information they collect.  So the way I         14:24:57
 2    understand what Google is saying when they      14:25:01
 3    say I can browse privately is that I can         14:25:03
 4    stop sharing this information.                    14:25:07
 5         Q.   And where does it say in this          14:25:09
 6    document or in the first page that this          14:25:11
 7    information would -- that you would stop          14:25:15
 8    sharing this information?                          14:25:17
 9         A.   It says I can choose to browse          14:25:19
10    the web privately using Chrome in                14:25:21
11    Incognito mode, and it says that I am in          14:25:23
12    control of how the information is shared.        14:25:27
13         Q.   Those two sentences led you to         14:25:30
14    believe that browsing in Incognito mode          14:25:32
15    would mean that none of your information         14:25:36
16    would be received by Google, correct?           14:25:39
17         A.   That in conjunction with the          14:25:41
18    Incognito splash screen, yes.                     14:25:43
19         Q.   Let us go to the splash screen        14:25:45
20    then, since we've been talking a lot about      14:26:10
21    it.                                               14:26:13
22              MS. TREBICKA:  And this is a          14:26:13
23         document that I will mark as               14:26:16
24         Exhibit 8.                                   14:26:23
25              Tab 5, Tracy.                           14:26:30
```

Page 122

```
 1                  (Exhibit 8, Screenshot of      14:26:32
 2          Chrome's You've Gone Incognito pop-up   14:26:32
 3          screen from 08/20/2020, marked for     14:26:32
 4          identification.)                       14:26:32
 5     BY MS. TREBICKA:                             14:26:32
 6          Q.     You will see it in a few         14:26:37
 7     seconds, but I'll represent to you that     14:26:38
 8     it's a screenshot of Chrome's "You've gone  14:26:40
 9     Incognito" pop-up screen of                 14:26:43
10     August 20, 2020.                            14:26:47
11          A.     I have opened the document.  Oh, 14:26:50
12     wow, this one has the opposite problem as   14:26:57
13     that last one.  It is now too huge to see.  14:27:00
14     Give me a moment.                           14:27:00
15               Okay.  I can see the screenshot   14:27:04
16     of the Incognito screen.                    14:27:06
17          Q.     Is this the Incognito screenshot 14:27:12
18     or splash screen that you've been           14:27:15
19     referring to in your testimony?             14:27:17
20          A.     Yes.  I have -- well, sort of.   14:27:19
21     I have seen this.  I believe that the       14:27:21
22     screen has changed, and there is another    14:27:26
23     slightly different one as well that -- and  14:27:30
24     I mean both of them.  And if there are      14:27:32
25     other changes that I don't recall, I would  14:27:34
```

Page 123

```
 1    mean all of them.                          14:27:36
 2        Q.    And are you referring to the     14:27:37
 3    addition of the block third-party cookies  14:27:40
 4    language on this Incognito splash screen?  14:27:45
 5        A.    That's the largest bit that I    14:27:49
 6    would be referring to.  I think some of    14:27:52
 7    the other language may have changed        14:27:54
 8    slightly.  I can't speak to that           14:27:55
 9    specifically.  But yeah, that -- that's    14:27:58
10    part of it.                                14:28:03
11        Q.    This is what's also referred to  14:28:05
12    as the new tab page.  In other words, when 14:28:07
13    you open a new Incognito web page, this is 14:28:11
14    the web page that you would see, correct?  14:28:13
15        A.    Yes.                             14:28:18
16        Q.    Earlier, you testified that you  14:28:22
17    use Incognito, Chrome Incognito and that   14:28:25
18    sometimes you use it for a short period of 14:28:30
19    time, sometimes you use it for a more      14:28:32
20    extensive period of time; do you recall    14:28:33
21    that testimony?                            14:28:35
22        A.    I do, yes.                       14:28:35
23        Q.    Does it ever happen -- or let me 14:28:37
24    ask you this:  How long, in terms of hours 14:28:40
25    or days, whatever it is, is the longest    14:28:43
```

Page 124

```
 1    Incognito session you've had open?           14:28:46

 2            MR. LEE:  Objection to form.          14:28:49

 3        A.    I have no idea.                      14:28:50

 4    BY MS. TREBICKA:                               14:28:50

 5        Q.    Would it be a matter of hours or     14:28:52

 6    less than a matter of hours?                   14:28:56

 7        A.    It would be more than an hour        14:29:01

 8    probably.  I really don't know, though,        14:29:03

 9    but -- but I imagine I have had an             14:29:07

10    Incognito session open for more than an        14:29:09

11    hour.                                          14:29:11

12        Q.    Have you ever had an Incognito       14:29:11

13    session open for more than a day,              14:29:13

14    24 hours?                                      14:29:15

15        A.    I do not know.                       14:29:16

16        Q.    It could be, could not be, you       14:29:18

17    just don't recall?                             14:29:20

18            MR. LEE:  Objection to form,           14:29:21

19        asked and answered.                        14:29:22

20        A.    Yeah, I -- I don't know.  I          14:29:24

21    can't recall.  I -- I can neither rule it      14:29:25

22    out, nor say with certainty.                   14:29:33

23    BY MS. TREBICKA:                               14:29:33

24        Q.    What about more than ten days,       14:29:34

25    have you ever had an Incognito session,        14:29:36
```

Page 125

| | | |
|---|---|---|
| 1 | the same session open for more than ten | 14:29:38 |
| 2 | days? | 14:29:39 |
| 3 | A.    I have no idea. | 14:29:40 |
| 4 | Q.    Could have, could not have, you | 14:29:40 |
| 5 | just don't know? | 14:29:42 |
| 6 | A.    That's correct. | 14:29:43 |
| 7 | Q.    What about more than 50 days? | 14:29:43 |
| 8 | A.    Well, I think the first question | 14:29:47 |
| 9 | in this line was what's the longest you've | 14:29:49 |
| 10 | had it open and I didn't know the answer | 14:29:51 |
| 11 | to that.  I'm not going to know the answer | 14:29:54 |
| 12 | to any particular time limit.  I guess | 14:29:56 |
| 13 | more -- I definitely never had one open | 14:30:01 |
| 14 | for more than 14 years.  You know, like, I | 14:30:04 |
| 15 | really don't know how long I've had one | 14:30:07 |
| 16 | open, and I can't say for any particular | 14:30:09 |
| 17 | length of time that is, you know, | 14:30:11 |
| 18 | physically possible. | 14:30:13 |
| 19 | Q.    Do you have one open right now | 14:30:15 |
| 20 | in your computer at home? | 14:30:17 |
| 21 | A.    I don't know. | 14:30:26 |
| 22 | Q.    You may have, may not have, you | 14:30:27 |
| 23 | just don't recall? | 14:30:29 |
| 24 | A.    That's correct. | 14:30:30 |
| 25 | Q.    All right.  So back to the | 14:30:36 |

Page 126

```
 1    Incognito new tab page, which you have in      14:30:39
 2    front of you as Exhibit 8, it says here        14:30:41
 3    "Now you can browse privately, and other       14:30:44
 4    people who use this device won't see your      14:30:47
 5    activity."  Do you see that?                   14:30:50
 6        A.    I see both of those two clauses      14:30:53
 7    that you just read, yes.                       14:30:56
 8        Q.    Why do you say "both of those        14:30:56
 9    two clauses"?  What do you mean by that?       14:30:58
10        A.    Well, I understand "now you can      14:31:00
11    browse privately and other people who use      14:31:03
12    this device won't see your activity" to        14:31:04
13    both tell me something --                      14:31:07
14        Q.    What do they tell you --             14:31:08
15        A.    -- separately.                       14:31:14
16        Q.    What do they tell you?               14:31:21
17        A.    The first one "Now you can           14:31:23
18    browse privately," tells me that my            14:31:25
19    browsing will be private.  The other one,      14:31:28
20    the second half "and other people who use     14:31:31
21    this device won't see your activity,"          14:31:33
22    tells me that other people who use this        14:31:36
23    device won't see my activity.                  14:31:39
24            MR. LEE:  You're doing great,          14:31:55
25        just slow down for the court reporter.     14:31:56
```

Page 127

```
 1    BY MS. TREBICKA:                              14:31:56

 2        Q.    The data that is collected from     14:32:02

 3    your Incognito browsing activities not        14:32:05

 4    linked to your Google account or -- or        14:32:05

 5    your device and browser, do you still         14:32:07

 6    consider -- do you consider yourself to be    14:32:10

 7    browsing privately?                           14:32:11

 8        A.    I can't speculate on that.          14:32:13

 9    Google is, you know, the -- the largest,      14:32:18

10    to my knowledge, owner of data, analyzer      14:32:21

11    of data, you know, out there.  So I -- I      14:32:26

12    don't know what it means for them to have     14:32:28

13    data, to have it linked, to not have it       14:32:33

14    linked.  I would say that if it can be        14:32:37

15    linked -- if they have the data and it is     14:32:40

16    in a form that they can analyze and           14:32:43

17    understand behavior, anything like that,      14:32:50

18    that -- that to me is not private.  It        14:32:53

19    feels like if I -- if Google has data         14:32:56

20    about what I have done, that's not            14:32:58

21    private.                                      14:33:00

22        Q.    Even if Google does not know        14:33:05

23    that it was Mr. Byatt doing the browsing?     14:33:06

24        A.    Sure.  I think the relevant part    14:33:13

25    is the behavior, right?  I think that --      14:33:16
```

Page 128

```
 1   yeah, yeah.  I mean, I don't know exactly        14:33:22

 2   what Google knows and what they don't, but       14:33:25

 3   I know if they're collecting the data            14:33:30

 4   about what I'm doing, they have                  14:33:34

 5   represented to me that they're not going         14:33:36

 6   to have that data and -- and they are.           14:33:37

 7        Q.    Right, but the question is --         14:33:40

 8   the question is whether -- what it means         14:33:43

 9   for the data to be linked to you.  So if         14:33:44

10   the data is not linked to you, that is          14:33:47

11   still private browsing; is it not?              14:33:49

12        A.    I don't believe so.  If they         14:33:53

13   have the data, I don't believe it's            14:33:54

14   private.                                        14:33:55

15        Q.    So if someone has the data, even    14:33:56

16   though it is not connected to you or your      14:33:59

17   identity, you believe it's no longer           14:34:01

18   private?                                        14:34:03

19             MR. LEE:  By "someone," do you       14:34:06

20        mean Google, Viola, just for --           14:34:08

21             MS. TREBICKA:  No, that's fair.      14:34:10

22   BY MS. TREBICKA:                                14:34:10

23        Q.    Let me revise the question.  So     14:34:12

24   if Google has the data even though it is       14:34:14

25   not connected to you or your identity, you     14:34:16
```

Page 129

| | | |
|---|---|---|
| 1 | believe it's no longer private? | 14:34:18 |
| 2 | A.    I think to some extent this | 14:34:23 |
| 3 | question starts to get into things that I | 14:34:26 |
| 4 | don't know if I'm qualified to answer.  I | 14:34:29 |
| 5 | know that data scientists, of which I am | 14:34:35 |
| 6 | not, can do things with data that I just | 14:34:38 |
| 7 | don't understand.  So, yeah, I think that | 14:34:42 |
| 8 | if they have my data, that's not private. | 14:34:46 |
| 9 | Q.    Even if that data is not linked | 14:34:52 |
| 10 | to you or your identity; is that your | 14:34:57 |
| 11 | testimony? | 14:35:01 |
| 12 | MR. LEE:  You know what, Viola, | 14:35:01 |
| 13 | I've let you kind of go down this path | 14:35:03 |
| 14 | because it's, you know, just to see -- | 14:35:05 |
| 15 | just to see where it went, but at this | 14:35:08 |
| 16 | point, you've asked the same question | 14:35:10 |
| 17 | several times.  In addition, you're | 14:35:12 |
| 18 | asking him to speculate about where | 14:35:14 |
| 19 | the data goes and what can be done | 14:35:16 |
| 20 | with it.  He's already told you that | 14:35:18 |
| 21 | he's not a data scientist, and you're | 14:35:20 |
| 22 | stacking hypotheticals upon | 14:35:23 |
| 23 | speculation.  So I'm going to object | 14:35:25 |
| 24 | and I'm going to ask you to move on. | 14:35:26 |
| 25 | MS. TREBICKA:  So I will ask the | 14:35:34 |

Page 130

```
 1        question again because I'm not getting      14:35:35
 2        an answer.  I don't mean to be --           14:35:37
 3             MR. LEE:  You are getting an           14:35:39
 4        answer.  You're just not getting an         14:35:41
 5        answer that perhaps you like.  You've       14:35:44
 6        now asked it several different times,       14:35:45
 7        several different ways.  He's told you      14:35:46
 8        that you have, kind of, reached the        14:35:49
 9        limits of his knowledge about this,        14:35:50
10        and you just continue to ask him the       14:35:51
11        same question, so --                       14:35:53
12             MS. TREBICKA:  Mr. Lee -- sorry.       14:35:54
13        I didn't mean to interrupt.                14:35:56
14             MR. LEE:  Excuse me, yeah.  So         14:35:57
15        he's definitely not an expert; he's a      14:35:59
16        fact witness.  So why don't we keep it     14:36:01
17        to questions that he has personal          14:36:03
18        knowledge of rather than get into          14:36:05
19        what's really expert testimony or ask      14:36:09
20        him to speculate on things that he's       14:36:11
21        already told you he's not comfortable      14:36:13
22        speculating about?                         14:36:14
23             MS. TREBICKA:  We have a               14:36:15
24        disagreement over whether his              14:36:17
25        testimony to this is relevant or not,      14:36:18
```

Page 131

| | | |
|---|---|---|
| 1 | Mr. Lee, and the relevance objection | 14:36:22 |
| 2 | is not appropriate for a deposition. | 14:36:24 |
| 3 | So I ask that you let me conduct my | 14:36:27 |
| 4 | deposition.  I'm not badgering; I'm | 14:36:30 |
| 5 | not arguing with the witness, I'm just | 14:36:32 |
| 6 | trying to get an answer to my | 14:36:34 |
| 7 | question.  So again, I ask you to | 14:36:36 |
| 8 | allow me to ask my question and get an | 14:36:37 |
| 9 | answer from him. | 14:36:40 |
| 10 | MR. LEE:  Sure. | 14:36:40 |
| 11 | MS. TREBICKA:  This is getting a | 14:36:42 |
| 12 | little out of hand.  I don't think we | 14:36:46 |
| 13 | mean to be argumentative with each | 14:36:47 |
| 14 | other, but I think you just have to | 14:36:49 |
| 15 | let me ask my question. | 14:36:51 |
| 16 | MR. LEE:  Sure, but the -- and, | 14:36:53 |
| 17 | you know, you can do that.  It's your | 14:36:56 |
| 18 | deposition, but I'm just telling you | 14:36:58 |
| 19 | that for you to suggest that he's not | 14:36:59 |
| 20 | being responsive, I think is not only | 14:37:02 |
| 21 | unfair, it's argumentative to the | 14:37:05 |
| 22 | witness.  This is his first time being | 14:37:06 |
| 23 | deposed, and I'll note, again, for the | 14:37:08 |
| 24 | record that he's told you that he | 14:37:10 |
| 25 | would not like to speculate on areas | 14:37:12 |

Page 132

| | | |
|---|---|---|
| 1 | that he's not knowledgeable on or has | 14:37:14 |
| 2 | no personal knowledge on.  And for you | 14:37:17 |
| 3 | to suggest that that answer is somehow | 14:37:18 |
| 4 | improper is -- is objectionable, and I | 14:37:20 |
| 5 | will speak up every time you do that. | 14:37:24 |
| 6 | So you can conduct your -- your | 14:37:25 |
| 7 | examination any way you see fit, and I | 14:37:27 |
| 8 | will make my record any way I see fit. | 14:37:30 |
| 9 | BY MS. TREBICKA: | 14:37:30 |
| 10 | Q.    So, Mr. Byatt, I'm trying to | 14:37:34 |
| 11 | understand what it means in your mind for | 14:37:37 |
| 12 | data to be linked to you.  So -- so my | 14:37:39 |
| 13 | question is, if the information -- or | 14:37:43 |
| 14 | rather what it means in your mind for data | 14:37:48 |
| 15 | to be private or -- or private browsing or | 14:37:50 |
| 16 | data that is related to your private | 14:37:56 |
| 17 | browsing, right?  So data from your | 14:37:58 |
| 18 | private browsing, if it is not linked to | 14:38:01 |
| 19 | you or your identity, do you consider that | 14:38:03 |
| 20 | not to be private? | 14:38:06 |
| 21 | MR. LEE:  Objection, improper | 14:38:08 |
| 22 | hypothetical, calls for speculation. | 14:38:09 |
| 23 | A.    I'm not -- I'm not sure what you | 14:38:12 |
| 24 | mean by "identity," right?  Like so if | 14:38:14 |
| 25 | there -- if I had a nude picture of myself | 14:38:17 |

Veritext Legal Solutions
866 299-5127

```
1    that had my face blurred out and my name      14:38:21
2    not attached to it and it was being shared    14:38:23
3    without my permission, I would absolutely     14:38:26
4    consider that a violation of my privacy.      14:38:29
5    I don't think that someone needs to have      14:38:34
6    my name for it to be a violation of           14:38:36
7    privacy.  I think when Google has             14:38:40
8    behavioral data about things that I have      14:38:43
9    done, that is me, that is what I am doing,    14:38:45
10   and if they have that data, that is not       14:38:49
11   private.                                      14:38:51
12   BY MS. TREBICKA:                              14:38:51
13        Q.    So if an IP address related to     14:38:52
14   your private browsing is collected, do you    14:38:54
15   consider that to be violating your            14:38:57
16   privacy?                                      14:39:01
17        MR. LEE:  Objection, improper            14:39:03
18        hypothetical, calls for speculation.     14:39:05
19        Go ahead.                                14:39:09
20        A.    I think -- I think that -- yeah,    14:39:12
21   it could be.  I think that I don't know       14:39:18
22   about specific contexts, I guess, and I       14:39:21
23   think the concern here is that Google told    14:39:26
24   me that there was certain information that    14:39:32
25   they could collect, told me that I could      14:39:34
```

Page 134

```
1    be in control of what information was          14:39:36

2    collected, told me that the way that I         14:39:39

3    could exercise control was by browsing in      14:39:41

4    Incognito mode.  And then while browsing       14:39:44

5    in Incognito mode, they collected the          14:39:47

6    information that they told me I could stop     14:39:49

7    them from collecting, and I think that is      14:39:52

8    a -- yeah, a clear -- like, I asked them       14:39:56

9    not to.  Like it's not even -- it's not        14:40:01

10   even a case of not consenting.  By opening     14:40:05

11   Incognito, I have explicitly said don't        14:40:11

12   collect the information that you said I        14:40:13

13   could control the collection of by opening     14:40:16

14   Incognito mode.  So, yeah, that -- that --     14:40:18

15   if that information includes IPs, then,        14:40:22

16   yes, collecting that is a violation of         14:40:24

17   that privacy.                                  14:40:26

18   BY MS. TREBICKA:                               14:40:26

19        Q.   Do you mean that the word           14:40:37

20   "privately" and "private browsing" means      14:40:41

21   that your Internet browsing activity will     14:40:44

22   be concealed from everyone?                    14:40:46

23        A.   Well, in the case of Incognito,     14:40:48

24   I'd expect it to be concealed from Google     14:40:49

25   because they told me it was going to be       14:40:52
```

Page 135

| | | |
|---|---|---|
| 1 | concealed from Google. | 14:40:54 |
| 2 | Q.    Just from Google, right?  That's | 14:40:56 |
| 3 | your understanding? | 14:40:58 |
| 4 | A.    So if we look on the Incognito | 14:40:58 |
| 5 | splash screen or what you called the new | 14:41:00 |
| 6 | tab page, it lists a few entities that the | 14:41:04 |
| 7 | activity may still be visible to.  I | 14:41:06 |
| 8 | believe that disclosure, I believe that it | 14:41:10 |
| 9 | could be visible to the websites, to my | 14:41:13 |
| 10 | employer or school if I'm on the employer | 14:41:16 |
| 11 | or school network to the Internet service | 14:41:18 |
| 12 | provider, but it doesn't say Google here. | 14:41:21 |
| 13 | It doesn't say my activity might still be | 14:41:24 |
| 14 | visible to Google.  So I understood this | 14:41:26 |
| 15 | as -- and that would have been a great | 14:41:29 |
| 16 | place for Google to put Google.  So I | 14:41:32 |
| 17 | understood this is my information not | 14:41:36 |
| 18 | being visible to Google. | 14:41:39 |
| 19 | Q.    Do you browse privately on other | 14:41:43 |
| 20 | browsers as well, other than Chrome? | 14:41:49 |
| 21 | A.    I -- I couldn't say.  Yeah, I | 14:41:55 |
| 22 | don't recall with specificity, but maybe. | 14:42:04 |
| 23 | Q.    But your testimony here today is | 14:42:15 |
| 24 | that Google should have been included in | 14:42:18 |
| 25 | this new tab page because why?  Why would | 14:42:20 |

Page 136

1    you have expected it to be included as an                14:42:25

2    entity that the activity might be visible                14:42:27

3    to?                                                       14:42:30

4         A.    Well, I didn't expect it to be                14:42:31

5    included.  I expected it -- I expected                    14:42:32

6    Google to not keep my information.                        14:42:34

7         Q.    Okay.  Let me ask it -- that's                 14:42:37

8    fair.                                                     14:42:39

9              MR. LEE:  Excuse me, hold on, I                 14:42:40

10        don't think you're doing it on                       14:42:42

11        purpose, you guys.  But you're talking               14:42:43

12        over each other, so let's slow it down               14:42:45

13        a little bit for the reporter, not                   14:42:46

14        talk over each other.                                14:42:48

15             I don't know if she -- that the                 14:42:49

16        reporter caught the last portion of                  14:42:51

17        Mr. Byatt's answer.                                  14:42:53

18             THE COURT REPORTER:  Do you want                14:42:55

19        me to read it?                                       14:42:56

20             MR. LEE:  Sure.                                 14:42:58

21             (Answer read back.)                             14:43:12

22             MR. LEE:  Was that -- was that                  14:43:17

23        the end of your answer?                              14:43:17

24             THE WITNESS:  I did say                         14:43:18

25        something after that, but I don't                    14:43:19

Page 137

```
 1          remember it.  And that certainly is        14:43:20
 2          the substance of what matters to me.        14:43:22
 3               MR. LEE:  Okay.                         14:43:28
 4     BY MS. TREBICKA:                                  14:43:28
 5          Q.    So you understand, sitting here       14:43:32
 6     today, that Google receives certain of           14:43:34
 7     your information, even when you are               14:43:38
 8     browsing and in Incognito mode; do you           14:43:40
 9     understand that?                                  14:43:42
10          A.    Yes.                                   14:43:42
11          Q.    So you would have expected            14:43:43
12     Google, on the new tab page, to provide          14:43:45
13     disclosure of that; is that fair, as far         14:43:50
14     as what your contentions are in this             14:43:54
15     lawsuit?                                          14:43:55
16          A.    No.  My contention is that            14:43:56
17     Google should not have been collecting           14:43:58
18     that information.                                 14:44:00
19          Q.    Well, let's take a step back and      14:44:07
20     say -- if Google were to collect that            14:44:10
21     information and were to have disclosed it,        14:44:12
22     do you agree that there would be no basis        14:44:16
23     for a lawsuit?                                    14:44:19
24               MR. LEE:  I'm sorry, you cut out       14:44:21
25          on my side.  Could you -- could you         14:44:22
```

Page 138

```
 1        repeat that question, Viola?              14:44:23

 2   BY MS. TREBICKA:                                14:44:23

 3        Q.    If Google were to collect           14:44:26

 4   information about your Incognito browsing       14:44:27

 5   and were to disclose it, would you agree        14:44:32

 6   that there would be no basis for your           14:44:34

 7   current lawsuit?                                14:44:36

 8             MR. LEE:  Objection to form,          14:44:37

 9        calls for speculation, improper            14:44:39

10        hypothetical, calls for a legal            14:44:40

11        conclusion.                                14:44:43

12        A.    That last one was my concern.  I     14:44:44

13   don't know exactly what allows for,             14:44:48

14   constitutes a lawsuit.                          14:44:56

15   BY MS. TREBICKA:                                14:44:56

16        Q.    If Google had disclosed, in your     14:45:02

17   mind, that, to your satisfaction, that it       14:45:04

18   was collecting information about your           14:45:08

19   Incognito browsing, would you still have        14:45:12

20   believed that that collection was a             14:45:15

21   privacy violation to you?                       14:45:18

22             MR. LEE:  Objection, improper         14:45:20

23        hypothetical, calls for speculation,       14:45:22

24        calls for a legal conclusion.              14:45:24

25        A.    It's hard to say.  There's these     14:45:36
```

Page 139

```
 1    other documents; there's that privacy        14:45:39
 2    policy that represents that Google is --      14:45:40
 3    that the way for me to control what           14:45:45
 4    information is shared is by opening in        14:45:47
 5    Incognito mode.  So I'm not -- I'm not        14:45:54
 6    sure where I would have sort of fallen if     14:45:59
 7    for the past more than decade of using        14:46:03
 8    Incognito mode the -- the -- the              14:46:09
 9    disclosure had been different.  I -- I        14:46:12
10    can't say.                                    14:46:14
11    BY MS. TREBICKA:                              14:46:14
12        Q.    So your testimony is that even      14:46:30
13    if Google had stated on the new tab page      14:46:32
14    that Google is collecting or may receive      14:46:37
15    information from your private browsing        14:46:41
16    sessions, you still may have been confused    14:46:44
17    as to whether or not Google was collecting    14:46:47
18    this information?                             14:46:49
19        MR. LEE:  Objection to form,              14:46:51
20        mischaracterizes prior testimony.         14:46:53
21        A.    What my attorney said, I -- I       14:46:56
22    wouldn't have necessarily felt I was          14:46:58
23    confused.  I don't know what I would have     14:47:00
24    felt.  I also don't feel like I am            14:47:03
25    confused now.  I feel like I am lied to.      14:47:05
```

Page 140

```
 1    BY MS. TREBICKA:                              14:47:05

 2        Q.    What would you change in the        14:47:15

 3    Incognito new tab page to make it             14:47:18

 4    consistent with what you understand Google    14:47:20

 5    collects, as far as private browsing?         14:47:24

 6              MR. LEE:  Objection to form.         14:47:30

 7        Calls for speculation.                     14:47:31

 8        A.    I'm not an attorney.  I don't        14:47:33

 9    know what disclosure would have satisfied     14:47:34

10    me, but I can't say.                          14:47:37

11              MS. TREBICKA:  Let's mark as         14:48:37

12        Exhibit 9, tab 35, which is a page         14:48:39

13        titled How private browsing works in      14:48:47

14        Chrome.                                    14:48:50

15              And while we're waiting for the      14:48:55

16        exhibit, James, there's still some         14:48:57

17        background noise.  I don't know if you     14:48:59

18        guys can hear it, but if there's a way     14:49:01

19        to minimize it, it would be great.         14:49:04

20              MR. LEE:  Okay.  Let me go fire      14:49:06

21        somebody else.  Hold on.                   14:49:08

22        A.    I have Exhibit 9 open.               14:49:32

23              MR. LEE:  Give me a moment.          14:49:32

24              MS. TREBICKA:  Let's wait for        14:49:33

25        James to get that, Mr. Lee.                14:49:34
```

Page 141

| | | |
|---|---|---|
| 1 | (Exhibit 9, Document entitled | 14:49:44 |
| 2 | How Private Browsing Works in Chrome, | 14:49:44 |
| 3 | marked for identification.) | 14:49:46 |
| 4 | MR. LEE:  I'm perfectly happy | 14:49:46 |
| 5 | for you to call me James.  Okay. | 14:49:48 |
| 6 | BY MS. TREBICKA: | 14:49:48 |
| 7 | Q.    Can you both see Exhibit 9? | 14:49:52 |
| 8 | MR. LEE:  Yes. | 14:49:56 |
| 9 | A.    Yes. | 14:49:56 |
| 10 | BY MS. TREBICKA: | 14:49:56 |
| 11 | Q.    Mr. Byatt, have you seen this | 14:49:58 |
| 12 | document or something that looks like this | 14:49:59 |
| 13 | document before? | 14:50:02 |
| 14 | A.    I don't know. | 14:50:03 |
| 15 | Q.    May have, may not have, you just | 14:50:05 |
| 16 | don't know? | 14:50:07 |
| 17 | A.    That's correct. | 14:50:08 |
| 18 | Q.    Does it look familiar? | 14:50:09 |
| 19 | A.    I don't know. | 14:50:11 |
| 20 | Q.    Take a minute to read it. | 14:50:14 |
| 21 | A.    This one is short.  I have read | 14:50:18 |
| 22 | this document. | 14:50:19 |
| 23 | MR. LEE:  And let me interpose | 14:50:21 |
| 24 | an objection based on lack of | 14:50:23 |
| 25 | foundation, which I request, I have a | 14:50:25 |

Page 142

| | | |
|---|---|---|
| 1 | standing objection for, for this | 14:50:27 |
| 2 | document. | 14:50:28 |
| 3 | MS. TREBICKA:  And, Mr. Lee, | 14:50:31 |
| 4 | just so that I understand, your -- the | 14:50:33 |
| 5 | basis for your lack of foundation | 14:50:34 |
| 6 | objection is? | 14:50:35 |
| 7 | MR. LEE:  Is you -- you have not | 14:50:37 |
| 8 | laid the proper predicate that he's | 14:50:38 |
| 9 | reviewed or is familiar with this | 14:50:40 |
| 10 | document, so I'm not sure why you're | 14:50:42 |
| 11 | going to ask him about it. | 14:50:44 |
| 12 | MS. TREBICKA:  Your standing | 14:50:47 |
| 13 | objection is noted. | 14:50:48 |
| 14 | MR. LEE:  Thank you. | 14:50:49 |
| 15 | BY MS. TREBICKA: | 14:50:49 |
| 16 | Q.   So you've reviewed it now, | 14:50:56 |
| 17 | Mr. Byatt? | 14:51:00 |
| 18 | A.   I have, yes. | 14:51:01 |
| 19 | Q.   Okay.  Can you take a look at | 14:51:02 |
| 20 | the first page where it says "Your | 14:51:06 |
| 21 | activity might still be visible"? | 14:51:10 |
| 22 | A.   I see that page. | 14:51:13 |
| 23 | Q.   And it says -- and I'll just | 14:51:15 |
| 24 | read it into the record and you'll make | 14:51:17 |
| 25 | sure to go slow.  "Incognito mode stops | 14:51:19 |

Page 143

```
 1    Chrome from saving your browsing activity      14:51:21
 2    to your local history.  Your activity,         14:51:24
 3    like your location, might still be visible     14:51:27
 4    to" and then it has a bunch of bullet          14:51:30
 5    points.  And the first one is "websites        14:51:32
 6    you visit, including the ads and resources     14:51:35
 7    used on those sites"; do you see that?         14:51:39
 8        A.    I do see that.                       14:51:41
 9        Q.    And earlier today during this        14:51:43
10    deposition, we established that ads and        14:51:46
11    resources used on those sites could mean       14:51:50
12    Google ads and resources, including Google     14:51:53
13    Analytics, right?                              14:51:57
14        A.    I'm not sure if we have             14:52:01
15    established that.  I -- that feels like        14:52:05
16    courtroom words.  I don't -- I'm               14:52:09
17    uncomfortable saying yes to that, but I        14:52:12
18    understand what you are saying right now.      14:52:15
19        Q.    So your testimony is that you       14:52:17
20    didn't agree earlier today that websites      14:52:18
21    could use Google Analytics, for example,      14:52:21
22    as a service?                                  14:52:24
23        A.    I -- I think that and what you      14:52:26
24    just said might be two different things.      14:52:28
25    If I'm misunderstanding, that's fine, but     14:52:29
```

Page 144

```
 1    I do agree that websites use Google          14:52:32

 2    Analytics as a service.                      14:52:36

 3         Q.    Do you understand that websites   14:52:36

 4    also sometimes use Google ads as a           14:52:38

 5    service?                                     14:52:40

 6         A.    Yes.                              14:52:42

 7         Q.    And here, it says that your       14:52:42

 8    activity in Incognito may be visible to      14:52:44

 9    the websites you visit, including the ads    14:52:47

10    and resources used on those sites; is that   14:52:50

11    correct?                                     14:52:53

12         A.    I see that it says this here,     14:52:54

13    but I'm not sure that I have seen this       14:52:55

14    document before, and what I am sure that I   14:52:57

15    have seen is the Incognito splash screen     14:52:58

16    that tells me that I can browse privately    14:53:00

17    and I am sure that I have seen the privacy   14:53:02

18    policy that says that Incognito mode is      14:53:05

19    how I can control what information is        14:53:07

20    given to Google.                             14:53:10

21         MS. TREBICKA:  Move to strike as        14:53:12

22       nonresponsive.                            14:53:14

23    BY MS. TREBICKA:                             14:53:14

24         Q.    My question is:  This document    14:53:15

25    here that I am showing you says that your    14:53:18
```

Page 145

```
1    activity in Incognito may be visible to        14:53:25
2    the websites you visit, including the ads       14:53:29
3    and resources used on those sites, right?       14:53:31
4         A.    Yes, I agree that this document      14:53:34
5    says that.                                      14:53:36
6         Q.    So had you read this document,       14:53:37
7    you would have known that your activity in      14:53:38
8    Incognito may be visible to the websites        14:53:42
9    you visit, including the ads and resources      14:53:44
10   used on those sites, correct?                   14:53:47
11             MR. LEE:  Objection to form.          14:53:49
12        Calls for speculation.                     14:53:51
13        A.    Yeah.  So I guess if I had read      14:53:55
14   it, I would have understood that it might       14:53:56
15   still be visible to websites I visit,           14:53:59
16   including the ads and resources.  It does       14:54:03
17   not say here, that I see, that that             14:54:06
18   definitely includes Google ads, Google         14:54:11
19   Analytics.                                      14:54:19
20             It does not see -- say that this      14:54:19
21   overrides the -- the privacy policy or the     14:54:23
22   splash screen.  But, yeah, I see that it       14:54:27
23   says might.  I see that some of these          14:54:31
24   might be visible to our ads and resources,     14:54:33
25   I do see that.                                  14:54:38
```

Page 146

```
 1              MR. LEE:  Viola, we've been        14:54:42
 2         going for over an hour.  I'd like to    14:54:43
 3         take a break in the next few.           14:54:47
 4              MS. TREBICKA:  Okay.  I            14:54:49
 5         understand.  Just give me a second to   14:54:50
 6         see if I can finish this up and then    14:54:52
 7         we can --                               14:54:54
 8              MR. LEE:  Sure.                     14:54:54
 9              MS. TREBICKA:  Yeah.               14:54:55
10     A.    I can give a little bit of            14:55:23
11     clarity into that last answer too if        14:55:25
12     that's helpful.                             14:55:26
13     BY MS. TREBICKA:                            14:55:27
14     Q.    We'll move on with my                 14:55:27
15     questioning.  Thank you.                    14:55:28
16              So I'd like --                      14:55:30
17              MS. TREBICKA:  Actually, James,    14:55:32
18         I would like to move on to a new        14:55:34
19         document.  Would you rather take a      14:55:36
20         break now or have me move on?           14:55:37
21              MR. LEE:  Yeah, let's take a       14:55:39
22         break now.                              14:55:40
23              MS. TREBICKA:  Okay.               14:55:40
24              MR. LEE:  I generally want to      14:55:41
25         keep it, for everyone's sake, about an  14:55:42
```

Page 147

```
 1        hour per session if we can.              14:55:45
 2              MS. TREBICKA:  Sure, that's         14:55:47
 3        fine.                                     14:55:48
 4              THE VIDEOGRAPHER:  Going off the     14:55:49
 5        record.  The time is 2:55 p.m.            14:55:49
 6              (Whereupon, a brief recess is        15:06:24
 7        taken.)                                    15:06:44
 8              THE VIDEOGRAPHER:  Back on the       15:06:44
 9        record.  The time is 3:06 p.m.            15:06:51
10   BY MS. TREBICKA:                                15:06:51
11        Q.    Mr. Byatt, we're back on.  Just      15:06:56
12   a reminder that you're under oath.             15:06:58
13        A.    I understand.                        15:07:02
14        Q.    Let me show you what's been          15:07:04
15   marked as Exhibit 10.                           15:07:05
16              (Exhibit 10, Google Search Help      15:07:09
17        Document, marked for identification.)      15:07:09
18   BY MS. TREBICKA:                                15:07:09
19        Q.    If you refresh your Exhibit          15:07:10
20   Share, you should be able to see it.  And      15:07:11
21   let me know when you have it open.              15:07:21
22        A.    I have Exhibit 10 open.              15:07:23
23        Q.    It's a relatively short              15:07:27
24   document.  Have you seen this before?          15:07:29
25        A.    Give me a moment.                    15:07:31
```

Page 148

```
 1        Q.    Uh-huh.                              15:07:34

 2        A.    I'm not a hundred percent sure.      15:07:49

 3   This one -- some of the stuff in here           15:07:53

 4   looks familiar, but I don't remember this       15:07:55

 5   one specifically.                               15:07:58

 6        Q.    You can set it aside.                15:08:01

 7             MR. LEE:  Are we done with that       15:08:08

 8        one because I have it open.                15:08:10

 9             MS. TREBICKA:  Yeah, you can set      15:08:14

10        it aside.                                  15:08:16

11             MR. LEE:  Okay.                       15:08:16

12   BY MS. TREBICKA:                                15:08:16

13        Q.    Mr. Byatt, earlier you testified     15:08:29

14   that you understand you have a contract         15:08:31

15   with Google.  Do you remember that?            15:08:33

16        A.    I do, yes.                           15:08:34

17        Q.    And under that contract, did you     15:08:35

18   make any promises to Google?                    15:08:39

19        A.    To use their software would be       15:08:42

20   sort of the biggest one, for them to be         15:08:44

21   able to use my, you know, sort of browsing      15:08:49

22   behavioral data, but I -- I would say the       15:08:52

23   big one that I understand is to use their       15:08:54

24   software, Chrome in particular.                 15:08:57

25        Q.    When you say for them to be able     15:08:59
```

Page 149

```
1    to use my sort of behavioral data, what do        15:09:03
2    you mean by that?                                  15:09:06
3        A.    I mean for Google to have access        15:09:09
4    to my data, basically all of the things            15:09:15
5    that I asked them to not collect                   15:09:19
6    temporarily when I am in Incognito mode.           15:09:21
7            MR. LEE:  You know what, Belle,            15:09:31
8        can you just read the answer back for          15:09:33
9        me?                                            15:09:35
10           (Answer read back.)                        15:09:36
11   BY MS. TREBICKA:                                   15:09:36
12       Q.    And what are those things?              15:09:54
13       A.    I -- I don't have an exhaustive         15:09:58
14   list, but one list would be that -- that          15:09:59
15   we were looking at from the privacy               15:10:02
16   policy.                                            15:10:06
17       Q.    Are you referring to the bullet         15:10:06
18   pointed list that I asked you about in the        15:10:12
19   privacy policy?                                    15:10:15
20       A.    I believe there was a bullet           15:10:17
21   pointed list and then I think there was           15:10:19
22   also a list of data that might have been          15:10:21
23   in paragraph form.  I don't remember             15:10:23
24   exactly, but I am referring to lists that        15:10:25
25   we've gotten on the record here, yes.            15:10:29
```

Page 150

| | |
|---|---|
| 1 | Q.    For the record to be clear, why | 15:10:37 |
| 2 | don't we go back to Exhibit 7? | 15:10:39 |
| 3 | A.    I am in Exhibit 7. | 15:10:56 |
| 4 | Q.    Okay.  If you could scroll to | 15:10:58 |
| 5 | page 2. | 15:11:00 |
| 6 | A.    I'm there. | 15:11:05 |
| 7 | Q.    And it's the second paragraph | 15:11:05 |
| 8 | from the bottom that's the one that starts | 15:11:08 |
| 9 | with the "information we collect"? | 15:11:11 |
| 10 | A.    Yes.  So I would mean, at | 15:11:13 |
| 11 | minimum, that information listed there | 15:11:18 |
| 12 | starting with "the information we | 15:11:19 |
| 13 | collect," ending with "refer URL of your | 15:11:21 |
| 14 | request," I also think, yeah, the next | 15:11:24 |
| 15 | page under "Your activity," it also has | 15:11:28 |
| 16 | some activity that I think I might have | 15:11:31 |
| 17 | included with that as information that I'm | 15:11:36 |
| 18 | agreeing to give Google when I sign those | 15:11:41 |
| 19 | contracts or agree to those contracts, I | 15:11:45 |
| 20 | guess. | 15:11:47 |
| 21 | Q.    Have you ever tried to sell the | 15:11:50 |
| 22 | personal information that's the subject of | 15:11:53 |
| 23 | this lawsuit? | 15:11:55 |
| 24 | A.    Have I tried to sell it?  No, I | 15:11:57 |
| 25 | have not. | 15:12:00 |

Page 151

| | | |
|---|---|---|
| 1 | Q.    Do you have a sense of how much | 15:12:01 |
| 2 | your personal information is worth if you | 15:12:04 |
| 3 | were to try to sell it? | 15:12:06 |
| 4 | MR. LEE:  Do you mean this | 15:12:09 |
| 5 | Incognito personal -- Incognito data | 15:12:10 |
| 6 | or generally? | 15:12:12 |
| 7 | MS. TREBICKA:  Well, why don't | 15:12:14 |
| 8 | we take it in steps then. | 15:12:15 |
| 9 | BY MS. TREBICKA: | 15:12:15 |
| 10 | Q.    Mr. Byatt, do you have a | 15:12:17 |
| 11 | sense -- well, first off, have you ever | 15:12:19 |
| 12 | tried to sell any of your personal | 15:12:21 |
| 13 | information related to your browsing? | 15:12:23 |
| 14 | A.    Not that I recall. | 15:12:31 |
| 15 | Q.    So as far as your -- the | 15:12:33 |
| 16 | browsing information when you are not in | 15:12:38 |
| 17 | Incognito mode, do you have a sense for | 15:12:42 |
| 18 | how much that is worth? | 15:12:43 |
| 19 | A.    I would imagine the market cap | 15:12:46 |
| 20 | of Google divided by its user base. | 15:12:47 |
| 21 | Q.    Because you understand that all | 15:12:51 |
| 22 | of Google's market cap is as a result of | 15:12:53 |
| 23 | the use of this information? | 15:12:59 |
| 24 | A.    Probably not all of it, but I do | 15:13:04 |
| 25 | understand that Google pours lots of money | 15:13:07 |

Page 152

| | | |
|---|---|---|
| 1 | and resources into collecting that | 15:13:13 |
| 2 | information and monetizing that | 15:13:15 |
| 3 | information.  I'm not sure what the | 15:13:17 |
| 4 | specific dollar value of my information | 15:13:19 |
| 5 | is, but I certainly understand that it's | 15:13:22 |
| 6 | worth quite a bit to Google. | 15:13:24 |
| 7 | Q.    And how do you understand that | 15:13:27 |
| 8 | Google's poor -- that Google collects | 15:13:30 |
| 9 | information and monetizes information? | 15:13:34 |
| 10 | A.    I'm sorry, could you -- could | 15:13:44 |
| 11 | you clarify? | 15:13:46 |
| 12 | Q.    How -- you want me to clarify. | 15:13:47 |
| 13 | I'll re-ask. | 15:13:51 |
| 14 | A.    Yes, go ahead. | 15:13:52 |
| 15 | Q.    How do you know that Google | 15:13:54 |
| 16 | collects information and monetizes that | 15:13:55 |
| 17 | information? | 15:13:58 |
| 18 | A.    It's common knowledge, I think. | 15:14:03 |
| 19 | I don't know how to say that more | 15:14:08 |
| 20 | specifically, but I think everyone knows | 15:14:09 |
| 21 | that that's Google's business model. | 15:14:11 |
| 22 | Q.    Has Google's conduct, as you | 15:14:16 |
| 23 | understand it, affected your ability to | 15:14:18 |
| 24 | monetize yourself, your personal | 15:14:23 |
| 25 | information? | 15:14:27 |

Page 153

```
 1              MR. LEE:  Again, are we still        15:14:28
 2         talking about non-Incognito              15:14:29
 3         information?                             15:14:31
 4              MS. TREBICKA:  Yes.                  15:14:31
 5         A.    I don't know because I haven't     15:14:40
 6    sort of explored that market to see how my   15:14:43
 7    data is priced or how Google having that     15:14:47
 8    information would have affected the price.    15:14:51
 9    So I -- I don't know.                        15:14:56
10    BY MS. TREBICKA:                             15:14:56
11         Q.    And has Google's conduct that's   15:14:59
12    the subject of this lawsuit affected your    15:15:01
13    ability to use this information in any        15:15:03
14    way?                                         15:15:09
15         A.    Well, one way that I would like   15:15:12
16    to sort of use the information is to         15:15:14
17    control how it's shared.  By                 15:15:16
18    misrepresenting how my information is        15:15:22
19    shared, that is impacting my ability to      15:15:23
20    make, you know, accurate and informed        15:15:26
21    decisions about the use of my data.  So,     15:15:27
22    yes.                                         15:15:29
23         Q.    Any other way?                    15:15:31
24         A.    Maybe.  I -- I'm wary to rule     15:15:33
25    anything out specifically, but that is       15:15:36
```

Page 154

```
1    certainly what comes to mind.                    15:15:40

2        Q.    Now, specifically, I'm going to        15:15:44

3    switch my -- the same line of questioning        15:15:48

4    but now specific to Incognito.  Have you         15:15:50

5    ever tried to sell any of the browsing           15:15:55

6    information related to your Incognito            15:15:57

7    sessions?                                        15:15:59

8        A.    Absolutely not.  The point of          15:16:01

9    going into Incognito mode is for nobody to       15:16:03

10   have that information.                           15:16:05

11       Q.    Do you have a sense for how much       15:16:07

12   the browsing information related to your         15:16:09

13   Incognito browsing is worth?                     15:16:13

14       A.    Again, same as before, actual          15:16:18

15   dollar value, no, I do not, but I am             15:16:23

16   certain that it is substantial as is             15:16:25

17   evidenced by the fact that we're here            15:16:30

18   today talking about this.                        15:16:34

19       Q.    And has Google's conduct that's        15:16:39

20   the subject of this lawsuit affected your        15:16:42

21   ability to monetize this information?            15:16:45

22       A.    I do not know.                         15:16:49

23       Q.    Has it affected your ability to        15:16:52

24   use this information?                            15:16:54

25       A.    Yes, on the same grounds as            15:16:57
```

Page 155

```
 1    previously at minimum.                    15:16:59

 2            (Exhibit 11, Second Amended        15:17:11

 3        Complaint, marked for identification.)  15:17:11

 4    BY MS. TREBICKA:                           15:17:11

 5        Q.    We've marked as Exhibit 10 the    15:17:11

 6    Second Amended Complaint in this lawsuit.   15:17:17

 7    So -- I believe it's Exhibit 10.           15:17:21

 8            THE COURT REPORTER:  I thought      15:17:26

 9        there was a previous Exhibit 10.        15:17:27

10            MS. TREBICKA:  Exhibit 11.  I       15:17:28

11        apologize.                             15:17:34

12        A.    I have Exhibit 11 open.           15:17:37

13    BY MS. TREBICKA:                           15:17:37

14        Q.    Do you recognize this document,   15:17:54

15    Mr. Byatt?                                 15:17:55

16        A.    Yes.                             15:17:56

17        Q.    What is it?                       15:17:56

18        A.    It's the second amended           15:17:57

19    complaint in this lawsuit.                 15:18:00

20        Q.    Have you read it?                 15:18:02

21        A.    I have.                          15:18:03

22        Q.    Did you read it before it was     15:18:03

23    filed?                                     15:18:06

24        A.    I did.                           15:18:06

25        Q.    Did you have any changes to it?   15:18:10
```

Page 156

```
 1        A.    I don't recall.  That also      15:18:13

 2   sounds privileged.  I don't know -- it     15:18:16

 3   sounds like you're talking about           15:18:17

 4   conversations between me and my attorney   15:18:19

 5   so I -- I don't know, I -- I don't recall  15:18:22

 6   either way.                                15:18:24

 7            MR. LEE:  It's a very good        15:18:25

 8        point, Mr. Byatt.  Thank you.         15:18:26

 9   BY MS. TREBICKA:                           15:18:26

10        Q.    And I'm certainly not asking    15:18:28

11   about the contents of any communications.  15:18:29

12   It was a different question, but thank you 15:18:32

13   for that.                                  15:18:34

14        A.    Yeah.                           15:18:35

15        Q.    That you are attuned to those   15:18:36

16   issues.  Let me direct your attention to   15:18:38

17   paragraph 282.                             15:18:43

18        A.    Do you know what page number    15:18:51

19   just to make my life a little easier?      15:18:52

20        Q.    I will give it you in a second. 15:18:54

21        A.    Okay.                           15:18:54

22        Q.    You may know before I do.  I'm  15:18:58

23   still scrolling.                           15:19:01

24        A.    Me too.  I'm at 147.  I'm almost 15:19:02

25   there.                                     15:19:08
```

Page 157

1        Q.    Okay.  It's -- it's page 73 of        15:19:08

2   the PDF.                                          15:19:13

3        A.    I am looking at paragraph 282.         15:19:14

4        Q.    And paragraph 282 says                 15:19:21

5   "Plaintiffs and Class members have               15:19:23

6   suffered injury-in-fact, including the           15:19:25

7   loss of money and/or property as a result        15:19:27

8   of Google's unfair and/or unlawful               15:19:29

9   practices"; do you see that?                     15:19:33

10       A.    I do, yes.                             15:19:35

11       Q.    And I'm -- for the record, to be       15:19:36

12  clear, I'm not reading the entirety of           15:19:38

13  that sentence or paragraph into the              15:19:40

14  record.  Feel free to review it if you           15:19:42

15  need to answer my question, which is:            15:19:45

16  What money did you lose as a result of           15:19:47

17  Google's alleged conduct?                        15:19:52

18       A.    Google has taken the data, which      15:19:55

19  is my property and also, my -- by running        15:19:58

20  analytics, collecting data, using my            15:20:07

21  computing power and bandwidth, that does,        15:20:10

22  you know, quite literally cost                   15:20:13

23  electricity, it is part of the monthly           15:20:16

24  bills I pay for -- for electric and              15:20:21

25  Internet.                                        15:20:22

Page 158

```
 1              And Google is using the          15:20:23
 2    electricity and transmitting over that     15:20:25
 3    Internet without my consent.  But also,     15:20:27
 4    like I said more directly, they've taken    15:20:31
 5    the property, which is my data.             15:20:33
 6         Q.   So my question was limited to     15:20:36
 7    the money portion.  We'll get to the       15:20:37
 8    property portion as well.                   15:20:39
 9              But as far as the money portion,  15:20:41
10    is there anything else that you contend is  15:20:43
11    the money that you have lost as a result    15:20:48
12    of Google's alleged conduct in this        15:20:50
13    lawsuit?                                    15:20:52
14              MR. LEE:  Hold on.  Let me --     15:20:54
15         let me just object to the extent this  15:20:55
16         calls for a legal conclusion or an     15:20:59
17         expert opinion.                        15:21:00
18         A.   So with those direct losses,      15:21:04
19    the -- the electricity and data bandwidth   15:21:08
20    that it has cost me, it's also -- I -- I    15:21:12
21    subscribe to multiple Google services and  15:21:18
22    I'm not sure that I necessarily would have  15:21:25
23    done that if I weren't sort of in the       15:21:29
24    Google product ecosystem with, you know,    15:21:33
25    Chrome as my primary touch point.           15:21:35
```

Page 159

```
 1            So I -- I could reasonably see      15:21:41

 2    that other money that I have spent on       15:21:46

 3    Google products or services was spent, in   15:21:49

 4    part, due to this misrepresentation.        15:21:53

 5    BY MS. TREBICKA:                             15:21:53

 6        Q.    Anything else?                     15:21:58

 7        A.    Not that I can think of at the     15:22:00

 8    moment.                                      15:22:02

 9        Q.    This also says that you suffered   15:22:06

10    a loss of property; is that right?           15:22:08

11        A.    It uses "and/or," not "also."      15:22:13

12    So I want that clarification, but yes.       15:22:19

13        Q.    Did you, in fact, suffer a loss    15:22:21

14    of property as a result of Google's          15:22:22

15    conduct?                                     15:22:24

16        A.    Yes.  Google took my personal      15:22:24

17    data without my information.  That           15:22:27

18    personal data is mine.  It's my property.    15:22:28

19            MR. LEE:  Did you say without my     15:22:30

20        information or --                        15:22:31

21            THE WITNESS:  Without my             15:22:33

22        consent.  They took my personal          15:22:33

23        information without my authorization.    15:22:35

24    BY MS. TREBICKA:                             15:22:35

25        Q.    Anything else?                     15:22:37
```

Page 160

1      A.    Not that I can think of right            15:22:43
2  here and right now.                                15:22:44
3      Q.    Earlier, just now, actually,             15:22:58
4  in -- in your answer a couple of questions         15:22:59
5  ago, you talked about using Google --             15:23:00
6  additional Google services; do you recall          15:23:03
7  that?                                              15:23:05
8      A.    I do.                                    15:23:06
9      Q.    How many Gmail accounts do you           15:23:07
10 have?                                              15:23:09
11     A.    Personally or also through               15:23:13
12 organizations or employers that I'm                15:23:15
13 affiliated with?                                   15:23:16
14     Q.    Let's start with personally, how         15:23:17
15 many Gmail accounts do you have?                   15:23:19
16     A.    At least two, potentially more.          15:23:21
17 Two that I can think of right now.                 15:23:26
18     Q.    How many Gmail accounts do you           15:23:28
19 have through your other organizations you          15:23:30
20 may be involved with?                              15:23:34
21     A.    Give me a moment.  I can think           15:23:37
22 of at least three.                                 15:23:43
23     Q.    How many Gmail accounts do you           15:23:46
24 have for your employer?                            15:23:48
25     A.    One -- wait.  My employer?               15:23:49

Page 161

```
 1    None, yeah.  Right now, my employer, none.      15:23:51
 2    Previous employers, I have had.                 15:23:54
 3        Q.    What happened to those Gmail          15:23:57
 4    accounts that you've had through your           15:23:59
 5    previous employers?                             15:24:01
 6        A.    I have no idea.  I don't work         15:24:02
 7    for them anymore.  I don't know what            15:24:03
 8    happened to those accounts after.  I -- I       15:24:05
 9    don't use them.                                 15:24:07
10        Q.    Did you -- which employer are         15:24:11
11    you specifically referring to?                  15:24:15
12        A.    I had -- I mean, it was a             15:24:17
13    previous employer, right?  I can't              15:24:26
14    remember whether it was -- I think -- so I      15:24:28
15    worked for a company called Vaicar, I           15:24:32
16    believe they were using Google accounts         15:24:35
17    and I also worked for a company called          15:24:37
18    KIPU Systems that I think was also using        15:24:42
19    Google accounts.  All that was some time        15:24:44
20    ago.  I don't necessarily remember the          15:24:46
21    details.                                        15:24:49
22        Q.    Was it before 2016?                   15:24:49
23        A.    KIPU was before 2006; Vai was         15:24:59
24    not.                                            15:25:02
25        Q.    How do you spell Vai?                 15:25:02
```

Page 162

| | | |
|---|---|---|
| 1 | A.    V-A-I. | 15:25:04 |
| 2 | Q.    Was the Vai Gmail account a | 15:25:09 |
| 3 | shared account? | 15:25:13 |
| 4 | A.    I have to cough.  Just a second. | 15:25:17 |
| 5 | So it was a -- it was a managed | 15:25:27 |
| 6 | account.  My -- my boss had access to it | 15:25:30 |
| 7 | by virtue of having admin access to, you | 15:25:33 |
| 8 | know, all of it, but it would have been my | 15:25:39 |
| 9 | account. | 15:25:41 |
| 10 | I'd like to clarify.  I don't | 15:25:41 |
| 11 | actually remember the specific details of | 15:25:43 |
| 12 | these e-mail accounts.  I can't remember | 15:25:45 |
| 13 | precisely which ones had Google and Gmail | 15:25:47 |
| 14 | accounts.  I can say, for any employer | 15:25:51 |
| 15 | Gmail accounts I have had, they have been | 15:25:55 |
| 16 | my accounts, but my employers had kind of | 15:25:59 |
| 17 | the access that employers had usually to | 15:26:02 |
| 18 | one's e-mail. | 15:26:05 |
| 19 | Q.    Do you use Google Hangout? | 15:26:12 |
| 20 | A.    I have used it.  I would not say | 15:26:17 |
| 21 | that I have use it regularly, but I have | 15:26:18 |
| 22 | used it. | 15:26:20 |
| 23 | Q.    What about Google Meet? | 15:26:20 |
| 24 | A.    You know, I'm not actually sure | 15:26:25 |
| 25 | what the difference between those two | 15:26:28 |

Page 163

```
1    products is.  I have definitely used both,      15:26:33
2    but I'm not entirely sure where one begins      15:26:35
3    and the other stops.  Because I -- I            15:26:38
4    understand them both as, like, video chat       15:26:41
5    products, but maybe they're not.  I don't       15:26:42
6    know.                                           15:26:44
7         Q.    Have you used Google Calendar        15:26:44
8    before?                                         15:26:47
9         A.    Yes.                                 15:26:48
10        Q.    How often?                           15:26:48
11        A.    Daily.                               15:26:49
12        Q.    Do you still use it?                 15:26:52
13        A.    Yes.                                 15:26:53
14        Q.    What about Google Play Music?        15:26:54
15        A.    Google Play Music does no longer     15:26:59
16   exists.                                         15:27:01
17        Q.    Have you ever used it?               15:27:02
18        A.    Yes.                                 15:27:03
19        Q.    How often did you use it?            15:27:03
20        A.    Frequently.  I don't remember        15:27:08
21   when I started, but with whatever               15:27:10
22   frequency people tend to use their --           15:27:15
23   their, you know, online music players, if       15:27:17
24   I was in the car or whatever.                   15:27:21
25        Q.    Have you ever used YouTube?          15:27:22
```

Page 164

```
 1        A.    Yes.                          15:27:24

 2        Q.    Are you a subscriber of YouTube?    15:27:24

 3        A.    Yes.                          15:27:29

 4        Q.    So you've paid for the        15:27:30

 5   updated -- or for the premium version?   15:27:33

 6        A.    That's correct.               15:27:35

 7        Q.    So excluding YouTube, Gmail,   15:27:36

 8   Google Meet, Google Calendar and Play     15:27:42

 9   Music were -- were free, correct?  You did 15:27:46

10   not have to pay money to use them?         15:27:47

11        A.    Kind of.  At this point, I have 15:27:49

12   to pay money to use Gmail because I have   15:27:51

13   too much data on there.  So I have to pay  15:27:54

14   a little bit to have extra storage.  I     15:27:56

15   believe they break that down as a          15:27:59

16   different service, but from my             15:28:01

17   experience -- like from my perspective, I  15:28:03

18   basically can't use my personal Gmail      15:28:05

19   account unless I pay.                      15:28:07

20        Q.    And to download Chrome, you do  15:28:12

21   not have to pay Google any money, correct? 15:28:15

22        A.    I do not have to pay Google any 15:28:17

23   money to download Chrome, that's correct.  15:28:19

24        Q.    Do you have to pay anyone else  15:28:21

25   any money to download Chrome?              15:28:24
```

Page 165

```
1        A.     There's the electrical and          15:28:26

2   bandwidth fees associated, which is using       15:28:28

3   a computer and using the Internet.              15:28:31

4        Q.     Would you be willing to pay         15:28:36

5   money for a version of Chrome that blocked      15:28:38

6   all ads?                                        15:28:40

7        A.     I would certainly consider it.      15:28:49

8   I think whether I'd be actually willing to      15:28:51

9   require the product actually being offered      15:28:54

10  and, you know, thinking about what              15:28:56

11  alternatives are, but I would not rule it       15:28:57

12  out.                                            15:29:00

13       Q.     You can set that exhibit aside,     15:29:00

14  although in the virtual world, that             15:29:07

15  doesn't work as well as when we are in          15:29:09

16  person.  All I meant is I'm done with that      15:29:12

17  exhibit.                                        15:29:15

18            MS. TREBICKA:  We'll mark as          15:29:20

19       Exhibit 12, your May 12, 2021 amended     15:29:21

20       responses and objections to Google's      15:29:36

21       interrogatories number 1, 4 and 5.        15:29:39

22       That's tab 12, Tracy.                     15:29:42

23            (Exhibit 12, May 12, 2021            15:29:45

24       Amended Responses and Objections to       15:29:45

25       Google's Interrogatories Number 1, 4      15:29:45
```

Page 166

```
 1        and 5, marked for identification.)        15:29:45

 2   BY MS. TREBICKA:                                15:29:45

 3        Q.    Mr. Byatt, let me know when         15:30:05

 4   you're -- it's up in front of you.             15:30:06

 5        A.    It is up in front of me.            15:30:07

 6        Q.    Have you seen this document         15:30:15

 7   before?                                         15:30:16

 8        A.    Yes, I have.                         15:30:18

 9        Q.    You understand that in the          15:30:18

10   course of this litigation, Google has          15:30:22

11   asked certain questions of you and you         15:30:24

12   have responded to those questions in a         15:30:27

13   formal document?                               15:30:29

14        A.    Yes.                                 15:30:30

15        Q.    And we call that process            15:30:31

16   interrogatory serving and interrogatory        15:30:35

17   answering process.                             15:30:37

18        A.    I will take your word for it.       15:30:39

19        Q.    Okay.  Just wanted you to be        15:30:40

20   aware in case you hadn't encountered those     15:30:42

21   terms before.                                   15:30:45

22        A.    No, I certainly have.              15:30:46

23        Q.    Okay, good.                          15:30:47

24              So if you could direct your         15:30:49

25   attention to that last page of this           15:30:51
```

Page 167

| | | |
|---|---|---|
| 1 | document. | 15:30:56 |
| 2 | A.    I am on the last page. | 15:30:58 |
| 3 | Q.    I said 11, but I actually meant | 15:31:08 |
| 4 | page 7.  So, Mr. Byatt, I correct my | 15:31:11 |
| 5 | direction.  Could you please turn to | 15:31:15 |
| 6 | page 7? | 15:31:17 |
| 7 | A.    There, yes, I'm on page 7. | 15:31:18 |
| 8 | Q.    Do you see the title of that | 15:31:21 |
| 9 | page says Verification? | 15:31:22 |
| 10 | A.    I do. | 15:31:23 |
| 11 | Q.    And this is your verification | 15:31:24 |
| 12 | that the answers are true and correct; is | 15:31:26 |
| 13 | that right? | 15:31:31 |
| 14 | A.    Yes.  Well, for the -- just | 15:31:32 |
| 15 | under the rule of completeness, let's | 15:31:32 |
| 16 | finish that sentence.  It says that "The | 15:31:35 |
| 17 | answers are true and correct to the best | 15:31:36 |
| 18 | of my knowledge and belief." | 15:31:38 |
| 19 | Q.    Do you remember reviewing the | 15:31:47 |
| 20 | answers and making sure that, to the best | 15:31:48 |
| 21 | of your knowledge and belief, they were | 15:31:50 |
| 22 | correct? | 15:31:50 |
| 23 | A.    I do, yes. | 15:31:59 |
| 24 | Q.    If you could direct your | 15:31:59 |
| 25 | attention to Interrogatory Number 4.  This | 15:32:00 |

Page 168

| | | |
|---|---|---|
| 1 | is on page 3. | 15:32:07 |
| 2 | A.    I see Interrogatory Number 4. | 15:32:07 |
| 3 | Q.    And the question that we posed | 15:32:11 |
| 4 | there is "Without limitation as to time | 15:32:12 |
| 5 | period, describe with particularity all | 15:32:14 |
| 6 | websites, applications, or other online | 15:32:16 |
| 7 | services with which you voluntarily shared | 15:32:19 |
| 8 | any data at issue."  Do you see that? | 15:32:22 |
| 9 | A.    I do. | 15:32:25 |
| 10 | Q.    And then if you move to the next | 15:32:26 |
| 11 | page, it says Amended Response to | 15:32:30 |
| 12 | Interrogatory Number 4.  Do you see that? | 15:32:34 |
| 13 | A.    I do. | 15:32:37 |
| 14 | Q.    And in the second paragraph, | 15:32:37 |
| 15 | there is a list of questions -- of | 15:32:40 |
| 16 | websites starting with Twitter.com. | 15:32:43 |
| 17 | A.    I see this. | 15:32:48 |
| 18 | Q.    Do you see that?  And is it | 15:32:49 |
| 19 | correct that this is a list of websites | 15:32:52 |
| 20 | that you remember visiting most regardless | 15:32:53 |
| 21 | of whether you were in private mode? | 15:32:57 |
| 22 | A.    Well, yes.  Those are certainly | 15:33:04 |
| 23 | all websites that I visit a lot.  In the | 15:33:06 |
| 24 | period before I answered this, I believe | 15:33:13 |
| 25 | those would have been the websites I | 15:33:18 |

Page 169

```
 1    visited the most, yes.                        15:33:21

 2         Q.    Has that changed since the         15:33:26

 3    period that you responded to this             15:33:27

 4    interrogatory?                                15:33:30

 5         A.    I could not say.  Yeah, I don't     15:33:31

 6    know.  Those are all still websites I view    15:33:32

 7    a lot.                                        15:33:35

 8         Q.    You also state that, to the        15:33:40

 9    extent you can recall, just further in the    15:33:43

10    paragraph, during the class period, the       15:33:45

11    applications that you most used include       15:33:47

12    and there's a list of applications.           15:33:50

13         Do you see that?                         15:33:53

14         A.    I do see that.                      15:33:53

15         Q.    Has that list changed since the    15:33:54

16    time that you responded to this              15:33:57

17    interrogatory?                                15:33:59

18         A.    All of those are still             15:34:00

19    applications I use a lot.  Pardon me.  I      15:34:04

20    could not say if that's still the             15:34:09

21    applications that I use the most, but I do    15:34:14

22    still use all those applications             15:34:19

23    regularly.                                    15:34:20

24         Q.    Are any of these websites,         15:34:22

25    starting with the websites, are there any    15:34:25
```

Page 170

| | | |
|---|---|---|
| 1 | privacy settings that you use in them | 15:34:27 |
| 2 | related to them? | 15:34:36 |
| 3 | MR. LEE:  Objection to form. | 15:34:37 |
| 4 | A.    So I -- first of all, I -- I | 15:34:40 |
| 5 | can't say with specificity what privacy | 15:34:43 |
| 6 | settings they may or may not have.  I'm | 15:34:49 |
| 7 | familiar certainly with some of the | 15:34:52 |
| 8 | website internal privacy settings, but I | 15:34:56 |
| 9 | just want to be clear that, you know, | 15:35:00 |
| 10 | those websites are accessed from within | 15:35:03 |
| 11 | the browser and I expect Incognito to also | 15:35:05 |
| 12 | do -- to have privacy implications at the | 15:35:10 |
| 13 | browser level as opposed to the individual | 15:35:14 |
| 14 | website level.  I think that answered the | 15:35:17 |
| 15 | question. | 15:35:21 |
| 16 | BY MS. TREBICKA: | 15:35:21 |
| 17 | Q.    So setting aside the Incognito | 15:35:21 |
| 18 | browsing that you mention in your answer, | 15:35:25 |
| 19 | are you aware of any other privacy | 15:35:27 |
| 20 | features with respect to these websites? | 15:35:31 |
| 21 | A.    I am aware of some privacy | 15:35:34 |
| 22 | features with respect to some of them, | 15:35:36 |
| 23 | yes. | 15:35:38 |
| 24 | Q.    So tell me all the privacy | 15:35:39 |
| 25 | features that you're aware of? | 15:35:41 |

Page 171

```
 1        A.    Well, I know that on            15:35:45
 2    Facebook.com I can set my posts to be     15:35:47
 3    visible to the public or visible to only  15:35:54
 4    my friends.  I -- yeah, I mean, I know --  15:35:58
 5    I think that's all that I'm comfortable    15:36:09
 6    saying with -- with certainty.  I'm aware  15:36:11
 7    that other ones have some privacy          15:36:14
 8    features, but I'm not sure that I could    15:36:19
 9    list them and precisely what they do and   15:36:23
10    how they work.                             15:36:26
11        Q.    Have you used those privacy      15:36:27
12    features for any of the others?            15:36:28
13        A.    For any of the others aside from 15:36:31
14    Facebook?                                  15:36:34
15        Q.    Yes.                             15:36:34
16        A.    What do you mean by any of the   15:36:35
17    others?                                    15:36:36
18        Q.    I was just going off of your     15:36:36
19    answer, but you said, you know, I'm -- I'm 15:36:38
20    aware of setting posts to public or        15:36:40
21    private for Facebook, and I'm not          15:36:42
22    comfortable with talking about any of the  15:36:43
23    privacy features in these other websites,  15:36:47
24    I think you meant.  So my question is, are 15:36:50
25    you aware of what those privacy features   15:36:52
```

Page 172

```
 1    are in these -- for these other websites?      15:36:54

 2         A.    I can't recall specifically, no.    15:36:57

 3         Q.    Do you use them?                     15:36:59

 4         A.    I cannot --                          15:37:01

 5         Q.    Just to complete my -- my           15:37:02

 6    question.  Do you use any of the privacy        15:37:05

 7    features in any of these other websites?        15:37:07

 8         A.    I'm -- I'm a little confused by      15:37:15

 9    the form of the question, just that in --       15:37:16

10    so just as an example.  With -- with            15:37:25

11    Facebook, it's not a feature that you can       15:37:28

12    either use or not use.  It's just that          15:37:31

13    when you post, you can select what              15:37:33

14    audience views it.  So every post on            15:37:35

15    Facebook in some sense uses the feature.        15:37:40

16    Whether you're choosing to make your data       15:37:42

17    more or less public is the use of the           15:37:46

18    feature.  So insofar as there are privacy       15:37:49

19    implications of lots that you do, maybe,        15:37:58

20    but I don't -- I do not remember                15:38:02

21    specifically going in and interacting with      15:38:04

22    privacy settings.  I -- I may have done         15:38:10

23    that.  I do not recall with specificity on      15:38:12

24    any of these websites.                          15:38:15

25         Q.    What about the applications that     15:38:17
```

Page 173

| | | |
|---|---|---|
| 1 | are listed here?  Do you recall | 15:38:20 |
| 2 | interacting specifically with any of the | 15:38:25 |
| 3 | privacy settings for any of these | 15:38:28 |
| 4 | applications? | 15:38:29 |
| 5 | A.    Yes.  Google Chrome, I interact | 15:38:31 |
| 6 | with that all the time by opening in | 15:38:35 |
| 7 | Incognito mode. | 15:38:38 |
| 8 | Q.    Anything else? | 15:38:38 |
| 9 | A.    I can't say that I remember with | 15:38:39 |
| 10 | specificity for any of the others. | 15:38:44 |
| 11 | MS. TREBICKA:  Let me mark as | 15:39:10 |
| 12 | Exhibit 13 interrogatory response -- | 15:39:12 |
| 13 | oh, I -- I apologize.  It's | 15:39:24 |
| 14 | actually -- it's actually the same | 15:39:25 |
| 15 | exhibit.  So let me -- okay.  So that | 15:39:31 |
| 16 | the record is clear, let me mark as | 15:39:36 |
| 17 | Exhibit 13 interrogatory response to | 15:39:39 |
| 18 | Google's Interrogatory Number 2 on | 15:39:47 |
| 19 | May 6, 2021, and this has Mr. Byatt's | 15:39:51 |
| 20 | verification page -- verification at | 15:39:56 |
| 21 | page 4.  So that's tab 17, Tracy. | 15:39:59 |
| 22 | (Exhibit 13, Byatt's Revised | 15:40:02 |
| 23 | Responses to Defendant's Rog 2, marked | 15:40:02 |
| 24 | for identification.) | 15:40:02 |
| 25 | A.    So I'm sorry, am I looking for | 15:40:05 |

Page 174

```
1    an Exhibit 13 and to open it?                    15:40:07

2    BY MS. TREBICKA:                                 15:40:08

3         Q.    It will eventually show up, yes.      15:40:09

4         A.    Okay.  I have Exhibit 13 open.        15:40:11

5         Q.    Do you recognize this document?       15:40:33

6         A.    I do, yes.                            15:40:33

7         Q.    What is this document?                15:40:35

8         A.    This is also a document with my       15:40:39

9    response to questions from Google.               15:40:43

10        Q.    And if you could direct your          15:40:46

11   attention to page 4, this likewise has a         15:40:49

12   verification or page -- it says page --          15:40:52

13   it's actually page 3.  I apologize.  Oh,         15:40:56

14   no, page 4.                                      15:40:59

15        A.    Yes, I see that.                      15:41:02

16        Q.    So this means that -- is this         15:41:03

17   your signature?                                  15:41:06

18        A.    Yes, it is.                           15:41:09

19        Q.    And this means that you reviewed      15:41:10

20   and to the best of your knowledge and            15:41:11

21   belief the answers are correct; is that          15:41:13

22   right?                                           15:41:15

23        A.    That is correct.                      15:41:16

24        Q.    Okay.  Let me direct your             15:41:17

25   attention to interrogatory -- to the             15:41:22
```

Page 175

```
1    actual interrogatory, which is            15:41:27

2    Interrogatory Number 2, and this asks --  15:41:29

3    this is a rather long interrogatory        15:41:32

4    question, but it asks to -- you to         15:41:34

5    describe with particularity your use of    15:41:37

6    Chrome.  Do you see that?                   15:41:40

7        A.   I do, yes.                         15:41:42

8        Q.   Now, if you would direct your      15:41:44

9    attention to page 3, in the middle.  This  15:41:46

10   is part of your amended response, feel     15:41:53

11   free to scroll through the document, you   15:41:55

12   know, to -- these are not trick questions  15:41:57

13   or anything.  I'm just trying to shortcut  15:41:59

14   to the parts that are relevant.  The --    15:42:02

15   the paragraph -- the first full paragraph  15:42:04

16   that starts with notwithstanding and       15:42:06

17   subject to these objections; do you see    15:42:08

18   that?                                       15:42:10

19       A.   I do see that.                     15:42:10

20       Q.   And it says here that since        15:42:11

21   2016, you have almost exclusively used     15:42:14

22   Chrome on your laptop computers as well as 15:42:16

23   your Android phone; is that right?         15:42:20

24       A.   Give me just a moment.  Yes.       15:42:22

25       Q.   And then further down you list     15:42:31
```

Page 176

```
 1    certain e-mail addresses; do you see that?    15:42:36

 2        A.    I do, yes.                          15:42:38

 3        Q.    And you say here "To the best of    15:42:41

 4    plaintiff's" -- "Plaintiff Byatt's           15:42:43

 5    knowledge, [you] have never logged into      15:42:46

 6    any Google accounts in Chrome when using     15:42:49

 7    Chrome's private browsing mode but may       15:42:51

 8    have been logged in to his Google            15:42:53

 9    accounts," and you list those here, when     15:42:55

10    using Chrome in its non-private browsing     15:42:59

11    mode; do you see that?                       15:43:02

12        A.    I do.                               15:43:03

13        Q.    Is this correct?                    15:43:04

14        A.    Well, to the best of my             15:43:08

15    knowledge and -- and recollection.  I        15:43:11

16    don't recall any particular times logging    15:43:14

17    in to a Google account in -- in private      15:43:17

18    browsing mode.  I cannot imagine that I      15:43:24

19    would have logged in, in Chrome.  I may      15:43:26

20    have logged in on some websites.  Those      15:43:30

21    are two different things, but I don't        15:43:33

22    remember specifically ever doing that.       15:43:35

23        Q.    When you say "I may have logged     15:43:37

24    in to some websites," what do you mean by    15:43:39

25    that?                                         15:43:42
```

Page 177

```
1        A.    So I'm -- I'm a little              15:43:44

2    uncomfortable with this because I'm           15:43:46

3    speculating.  I don't specifically            15:43:48

4    remember, but it is -- it is possible that    15:43:50

5    I went to Gmail.com and logged in.  I do      15:43:56

6    not believe that I have ever clicked the      15:44:02

7    little dude up in the upper right-hand        15:44:05

8    corner in Chrome and logged in.               15:44:06

9        Q.    And you understand Gmail.com not    15:44:13

10   to be your Google account?                    15:44:16

11       A.    No, I understand it to not be       15:44:17

12   Chrome.  I do I understand it to be my        15:44:19

13   Google account, but not Chrome.  I            15:44:21

14   understand logging in to an account on        15:44:24

15   Chrome and logging in to an account on a      15:44:28

16   website to be different things.               15:44:31

17       Q.    Are you referring to the            15:44:35

18   difference between logging in to a Google     15:44:37

19   account and logging in to the Chrome          15:44:39

20   browser?                                      15:44:42

21       A.    No.  I am referring to the          15:44:47

22   difference -- because both of those would     15:44:49

23   be my Google account.  I'm referring to       15:44:51

24   the difference between going to Gmail.com     15:44:54

25   and logging in on the Gmail website and       15:44:57
```

Page 178

```
 1    logging in at the application level.           15:45:00

 2          When I log in at the application         15:45:03

 3    level, Chrome can, like, sync stuff up or      15:45:05

 4    something like that, I don't know how any      15:45:09

 5    of that works.                                 15:45:09

 6          (Reporter clarification.)                15:45:09

 7    A.    Like the whole browser is logged         15:45:10

 8    in, yeah, but that is -- that is               15:45:19

 9    different --                                   15:45:25

10          MR. LEE:  He said after that "I          15:45:25

11    don't" -- "I don't really know about           15:45:27

12    any" -- "any" -- "about all that," I           15:45:27

13    think is what he said.                         15:45:27

14          THE WITNESS:  Yeah, I -- I --            15:45:35

15          MS. TREBICKA:  Mr. Lee, I'd ask          15:45:35

16    that you not testify on behalf of the          15:45:37

17    witness, please.                               15:45:38

18          MR. LEE:  Excuse me, but that is         15:45:39

19    outrageous what you just said.  Okay?          15:45:40

20    We were all here.  I'm -- I'm actually         15:45:42

21    correcting the record and making sure          15:45:44

22    truthful testimony is accurately               15:45:46

23    recorded by the court reporter.  It            15:45:47

24    was affirmed by Mr. Byatt.  I know you         15:45:49

25    heard it as well.  Because you don't           15:45:52
```

Page 179

```
 1        want the actual words that came out of        15:45:53
 2        his mouth recorded by the -- by the           15:45:56
 3        court reporter, it is not the same            15:45:58
 4        thing as me testifying on behalf of           15:46:00
 5        Mr. Byatt.                                    15:46:01
 6             I'm simply trying to create a            15:46:04
 7        clean record.  If you're not                  15:46:06
 8        interested in that, I don't know what         15:46:08
 9        to tell you.                                  15:46:09
10             MS. TREBICKA:  I think you used          15:46:10
11        the words "outrageous" and I don't            15:46:11
12        think that was called for.  I would           15:46:13
13        like for the witness to testify and           15:46:14
14        not counsel.  That's all I'm asking.          15:46:17
15             MR. LEE:  The witness did                15:46:19
16        testify and we were just making sure          15:46:20
17        that that was recorded by the court           15:46:22
18        reporter.  And I think you know that.         15:46:23
19   BY MS. TREBICKA:                                   15:46:23
20        Q.   Mr. Byatt, when you log in to            15:46:33
21   your Gmail accounts, you are logging in            15:46:35
22   to --                                              15:46:39
23             MR. LEE:  Wait.  Are we done             15:46:39
24        with that last answer?  Because I know        15:46:40
25        that the court reporter stopped him so        15:46:42
```

Page 180

```
 1      that she could record his testimony        15:46:44

 2      accurately.  I don't know if he was         15:46:46

 3      finished.                                    15:46:49

 4          Belle, would you mind just              15:46:50

 5      reading the whole answer back and --         15:46:52

 6      and we can orient Mr. Byatt, please.         15:46:54

 7          MS. TREBICKA:  How about I just          15:46:56

 8      answer -- ask the question again so          15:46:59

 9      that the record is clear?  Because           15:47:00

10      now -- right now, the record is              15:47:01

11      muddled and I don't like that.               15:47:02

12          MR. LEE:  Okay.  But I'd still           15:47:04

13      like the answer to be read back to him       15:47:05

14      so that he can be oriented as to what        15:47:06

15      he previously testified.                     15:47:06

16          THE WITNESS:  I would also like          15:47:06

17      that.                                        15:47:06

18          MS. TREBICKA:  No, that's not            15:47:10

19      how it goes.  I'm going to ask my            15:47:13

20      question and the witness can answer.         15:47:14

21      He cannot just have the answers being        15:47:15

22      read back for no particular reason.          15:47:17

23          MR. LEE:  No, that actually is           15:47:19

24      how it goes because you cut him off in       15:47:21

25      the middle of an answer and you would        15:47:23
```

Page 181

```
 1        not let him finish.  And you're going       15:47:24
 2        to ask him the same question again and       15:47:26
 3        he has asked to be -- his prior answer       15:47:29
 4        to be read back.                             15:47:31
 5             Are you saying that you're not          15:47:32
 6        going to allow him to -- to have it          15:47:33
 7        heard back before he was cut off?  I         15:47:35
 8        don't think that's appropriate.              15:47:38
 9             MS. TREBICKA:  I believe you cut        15:47:39
10        him off, Mr. Lee, but this is not --         15:47:41
11             MR. LEE:  No, that's not true.          15:47:44
12             MS. TREBICKA:  Before you got --        15:47:45
13        we got on the record, you asked me how       15:47:45
14        much I have with this witness.  I            15:47:47
15        think it's getting longer by the            15:47:48
16        minute if we keep bickering on the           15:47:48
17        record.                                      15:47:54
18             MR. LEE:  Sure.  So why don't           15:47:54
19        you just let the court reporter read         15:47:54
20        it back and we can move on?                  15:47:54
21             MS. TREBICKA:  That's fine.  She        15:47:58
22        can read it back this once, but I            15:47:59
23        don't like this to be another just          15:48:00
24        extension of the testimony for no            15:48:04
25        reason.                                      15:48:05
```

Page 182

```
 1              You may read it back.              15:48:06

 2       (Requested portion of the testimony is    15:49:22

 3       read back.)                               15:49:25

 4           MS. TREBICKA:  Thank you for          15:49:25

 5       confirming that I did not interrupt       15:49:26

 6       the witness.                              15:49:28

 7           MR. LEE:  No, the court reporter      15:49:29

 8       did.  You suggested that I interrupted    15:49:30

 9       the witness and I did not.  The court     15:49:32

10       reporter asked Mr. Byatt to stop          15:49:34

11       because she had not heard the last        15:49:35

12       part of his answer and she read -- he     15:49:37

13       completed it, but he did not finish       15:49:42

14       what he had said.                         15:49:43

15              So I finished that statement       15:49:45

16       that he had already testified to that     15:49:48

17       was not recorded in the record.  He       15:49:49

18       agreed and said that's right and then     15:49:52

19       you suggested that I was testifying       15:49:54

20       for him.                                  15:49:57

21              And then before he could finish    15:49:58

22       his answer, which is unclear whether      15:49:59

23       he did because he was -- had to stop      15:50:01

24       for the court reporter, not her fault     15:50:03

25       obviously, you moved on to another        15:50:05
```

Page 183

```
 1        question.  That's how we got here.        15:50:07
 2             MS. TREBICKA:  That was actually     15:50:11
 3        pretty accurate, I think.  So please      15:50:13
 4        do not finish the witness's answers       15:50:14
 5        for him or put on the record what you     15:50:17
 6        believe you heard from the witness.  I    15:50:19
 7        asked that the court reporter do that,    15:50:20
 8        not you, Mr. Lee.                         15:50:22
 9             MR. LEE:  The court reporter was     15:50:24
10        unclear about what -- what the answer     15:50:25
11        was.  So I don't know what to tell        15:50:27
12        you.                                      15:50:37
13   BY MS. TREBICKA:                               15:50:37
14        Q.    Mr. Byatt, can we agree that        15:50:39
15   there are two ways to use Chrome, one is       15:50:43
16   as a Chrome application on your mobile         15:50:47
17   device and one is as a software on your        15:50:50
18   computer?                                      15:50:54
19             MR. LEE:  Wait.  I'm sorry to        15:50:56
20        keep doing this, but when I -- when I     15:50:57
21        asked if Mr. Byatt had finished his       15:51:00
22        answer, you wouldn't -- you wouldn't      15:51:02
23        let him answer that question and you      15:51:05
24        said you'd just re-ask it.  Are you       15:51:06
25        asking the same question again?           15:51:08
```

Page 184

```
 1      Because that's what I thought we were        15:51:09

 2      doing.                                       15:51:11

 3           MS. TREBICKA:  I'm asking my            15:51:11

 4      questions, Mr. Lee.  And I ask that          15:51:12

 5      you stop interrupting me.  Can we            15:51:14

 6      please do that?                              15:51:16

 7           MR. LEE:  As long as Mr. Byatt          15:51:17

 8      has completed his last answer.  I just       15:51:19

 9      want to make sure that that's --             15:51:22

10      that's what we have.                         15:51:24

11           MS. TREBICKA:  This is                   15:51:28

12      unacceptable.  This is going way             15:51:28

13      beyond what you should be doing,             15:51:28

14      Mr. Lee.  So I ask that I am allowed         15:51:30

15      to conduct this deposition in the way        15:51:32

16      that I see fit, without, you know,           15:51:34

17      doing anything to the witness's             15:51:36

18      rights, violating the witness's             15:51:37

19      rights, which I'm not doing.                 15:51:38

20           So you have to let me ask my            15:51:40

21      questions and get the right answers on       15:51:41

22      the record.                                  15:51:43

23           MR. LEE:  Okay.  But I just want        15:51:44

24      it on the record what -- to know             15:51:47

25      whether Mr. Byatt is finished with his       15:51:48
```

Page 185

```
 1        last answer before you moved on.          15:51:50
 2        That's -- I think this is a reasonable    15:51:52
 3        request and certainly proper under the    15:51:53
 4        rules.                                     15:51:55
 5   BY MS. TREBICKA:                                15:51:55
 6        Q.    Mr. Byatt, were you finished         15:51:55
 7   with your answer?                               15:51:57
 8        A.    What I was going to say was that     15:51:59
 9   I don't know everything that Google does        15:52:00
10   or syncs up when I log in to the Chrome         15:52:04
11   application, but I do know that I can log       15:52:07
12   in to Chrome and log in to Gmail               15:52:10
13   separately.                                     15:52:12
14        Q.    Mr. Byatt, do you understand         15:52:15
15   that there are two ways in which you can        15:52:16
16   use Chrome, one is on your mobile device        15:52:19
17   and one is on your computer?                    15:52:21
18        A.    I don't know if those are the        15:52:25
19   only two ways, but I do agree that those        15:52:28
20   are two ways, yes.                              15:52:31
21        Q.    Do you use Chrome in any other       15:52:32
22   way?                                            15:52:34
23        A.    Yes, actually.  I have used          15:52:39
24   Chrome in another way.                          15:52:41
25        Q.    Tell me what that way is.            15:52:42
```

Page 186

```
1        A.    I have used Chrome inside of          15:52:44
2   virtual machines for software development        15:52:48
3   testing and I have used Chrome in a way          15:52:52
4   that is automated for the purpose of             15:52:58
5   testing software.                                15:53:02
6        Q.    And is that on a computer?            15:53:04
7        A.    That is on a computer, yes.           15:53:07
8        Q.    So limiting your answers              15:53:09
9   initially to using Chrome on a computer          15:53:11
10  and what I'm limiting it to is you opening       15:53:13
11  a browsing session on Chrome.                    15:53:16
12           As far as you being in the              15:53:21
13  Chrome browser on a computer and being in        15:53:24
14  Incognito, have you ever logged in to your       15:53:28
15  Gmail accounts once you have been in             15:53:31
16  that -- in that environment?                     15:53:34
17       A.    I do not recall specifically          15:53:39
18  ever having done that.                           15:53:40
19       Q.    Have you logged in to any of          15:53:48
20  your Google accounts, any other Google           15:53:49
21  accounts you may have once you have been         15:53:52
22  in Incognito on your computer?                   15:53:54
23       A.    I do not recall ever                  15:53:57
24  specifically having done that.                   15:53:58
25       Q.    Now, moving on to your device.        15:54:02
```

Page 187

```
 1              Have you -- do you have a Chrome        15:54:04
 2    application on your handheld device?             15:54:07
 3         A.    Yes.                                   15:54:12
 4         Q.    And you use that to browse?            15:54:13
 5         A.    Yes.                                   15:54:15
 6         Q.    Do you use it to browse in            15:54:16
 7    Incognito mode?                                   15:54:17
 8         A.    Yes.                                   15:54:19
 9         Q.    When you use the Chrome               15:54:20
10    application on your handheld device to           15:54:22
11    browse in Incognito mode, have you also at       15:54:25
12    the same time logged in to your Gmail            15:54:28
13    account?                                          15:54:32
14         A.    I do not recall.                       15:54:32
15         Q.    And when you have used your           15:54:35
16    Chrome application on your handheld device       15:54:37
17    to browse in Incognito mode, have you also       15:54:39
18    at the same time logged in to any other          15:54:42
19    Google accounts that you may have?               15:54:45
20         A.    Inside of Chrome?                      15:54:47
21         Q.    Yes, inside of Chrome for now.         15:54:49
22         A.    Yeah, that -- I do not recall          15:54:52
23    ever having done that.                            15:54:53
24         Q.    What about outside of Chrome?          15:54:54
25         A.    I have certain -- my cell phones       15:54:57
```

Page 188

```
1    have always been Android phones, so if I'm        15:55:00
2    browsing in Incognito mode on my phone,           15:55:07
3    that phone is logged in to my account and         15:55:10
4    I'll have the Gmail application on the             15:55:14
5    phone that is logged in to my Google              15:55:16
6    account.  It -- I would imagine, I                15:55:19
7    probably have other applications that are          15:55:22
8    also logged in to the Google account.             15:55:24
9         Q.    You have listed here a few --          15:55:27
10   and by "here," I mean on Exhibit 13, you          15:55:35
11   have listed here a few e-mail accounts.           15:55:40
12   Do you see that?                                  15:55:43
13        A.    I do, yes.                             15:55:44
14        Q.    And the first two e-mail               15:55:46
15   accounts, ████████@gmail.com and                  15:55:47
16   ████████@gmail.com, are these your personal       15:55:56
17   accounts or what you would consider your          15:55:58
18   personal Google accounts?                         15:55:59
19        A.    Yes.                                   15:56:00
20        Q.    You have listed here an                15:56:01
21   additional three Google accounts:                 15:56:04
22   Scm@miamidadedems.org,                            15:56:06
23   treasurer@miamidadedems.org, and                  15:56:12
24   william.byatt@miamiprogressives.org.              15:56:15
25             Do you see that?                        15:56:21
```

Page 189

```
 1        A.    I do.                        15:56:21

 2        Q.    Are these your personal Google    15:56:22

 3   accounts too?                           15:56:24

 4        A.    No.                          15:56:24

 5        Q.    How would you describe these    15:56:25

 6   accounts?                               15:56:26

 7        A.    Those are accounts that I have    15:56:26

 8   in my various roles as working with     15:56:30

 9   certain organizations.  The Miami-Dade    15:56:38

10   Democratic Party for the two that end in    15:56:40

11   MiamiDadeDems.org, and the Democratic    15:56:46

12   Progressive Caucus of Miami-Dade for the    15:56:48

13   ones that end in MiamiProgressives.org.    15:56:52

14        Q.    Focusing your attention on the    15:56:55

15   two personal Gmail accounts, have you ever    15:56:58

16   shared them with anyone?                15:57:00

17            MR. LEE:  Objection to form.    15:57:03

18        A.    Can you clarify what you mean by    15:57:06

19   "shared"?                               15:57:07

20   BY MS. TREBICKA:                         15:57:07

21        Q.    Does anyone else have access to    15:57:08

22   the credentials for these two accounts?    15:57:10

23        A.    I certainly hope not.       15:57:14

24        Q.    What about the three accounts    15:57:15

25   that are associated with your various    15:57:21
```

Page 190

| | | |
|---|---|---|
| 1 | roles at -- at organizations, are those | 15:57:24 |
| 2 | shared accounts? | 15:57:28 |
| 3 | A.    Sort of. | 15:57:29 |
| 4 | Q.    What do you mean by "sort of"? | 15:57:33 |
| 5 | A.    I mean two things.  First is | 15:57:34 |
| 6 | that they are all, you know, administered | 15:57:36 |
| 7 | accounts much like a corporate Gmail | 15:57:43 |
| 8 | account would be.  So the administrators, | 15:57:46 |
| 9 | the -- the -- they used to call it | 15:57:50 |
| 10 | G Suites, I believe they now call it | 15:57:53 |
| 11 | Google Workspaces, the -- the people in | 15:57:56 |
| 12 | those organizations who administer the | 15:57:57 |
| 13 | organization's Google account would have | 15:58:04 |
| 14 | administrative access to those.  Also, | 15:58:08 |
| 15 | scm@miamidadedems.org and | 15:58:11 |
| 16 | treasurer@miamidadedems.org, those are | 15:58:15 |
| 17 | both e-mail accounts that belong to a | 15:58:19 |
| 18 | position.  Only one person holds those | 15:58:21 |
| 19 | positions at any given time, but the | 15:58:24 |
| 20 | e-mail account transfers who has those | 15:58:26 |
| 21 | credentials when a new person has those -- | 15:58:29 |
| 22 | those seats, those offices. | 15:58:33 |
| 23 | Q.    What does SCM stand for in that | 15:58:35 |
| 24 | account that says -- or that is | 15:58:39 |
| 25 | scm@miamidadedems.org? | 15:58:42 |

Page 191

| | | |
|---|---|---|
| 1 | A.    State Committeeman. | 15:58:47 |
| 2 | Q.    Do you currently hold these | 15:58:52 |
| 3 | positions, these two positions? | 15:58:53 |
| 4 | A.    I -- I -- I am sorry for that, | 15:58:57 |
| 5 | Belle.  I hold the State Committeeman | 15:59:00 |
| 6 | seat.  I am no longer the treasurer, and I | 15:59:04 |
| 7 | no longer have access to that account | 15:59:06 |
| 8 | either. | 15:59:09 |
| 9 | Q.    Do you use -- as far as the two | 15:59:10 |
| 10 | personal accounts, do you use them | 15:59:20 |
| 11 | equally? | 15:59:22 |
| 12 | A.    No, I do not. | 15:59:24 |
| 13 | Q.    Do you no longer use one of | 15:59:24 |
| 14 | them? | 15:59:28 |
| 15 | A.    I would say that I use the one | 15:59:31 |
| 16 | that's listed first, ▮▮▮▮▮▮@gmail.com. | 15:59:34 |
| 17 | I use that as my sort of main functional | 15:59:39 |
| 18 | account.  The other one I do still | 15:59:44 |
| 19 | occasionally use, but mostly for spam and | 15:59:48 |
| 20 | a couple of websites that I may have just | 15:59:55 |
| 21 | never changed what my e-mail address on | 15:59:58 |
| 22 | record was with them. | 16:00:01 |
| 23 | Q.    Do you sign into them at the | 16:00:08 |
| 24 | same rate, at the same frequency? | 16:00:09 |
| 25 | A.    Well, I -- so my browser | 16:00:17 |

Page 192

```
 1    preserves which accounts I'm logged in to      16:00:26
 2    and I'm -- I'm basically constantly logged     16:00:32
 3    in to both of them.  In terms of actually      16:00:37
 4    accessing and using, I certainly use the       16:00:42
 5    ██████████ one more.                           16:00:53
 6         Q.   What about the two                   16:00:54
 7    organization-related ones that you still       16:00:57
 8    have access to, which my understanding is,     16:01:00
 9    is william.byatt@miamiprogressives.org and     16:01:03
10    scm@miamidadedems.org, are you constantly      16:01:09
11    logged in to both as well?                     16:01:14
12         A.   Yes.                                 16:01:17
13         Q.   Do you use both of those             16:01:18
14    equally?                                       16:01:21
15         A.   Can you explain what you mean by     16:01:24
16    "use"?                                         16:01:26
17         Q.   Go in to --                          16:01:26
18              MR. LEE:  Before we -- before        16:01:26
19         we -- excuse me.  Before we go            16:01:29
20         further, Viola, I'm just looking at       16:01:30
21         some correspondence that -- that         16:01:32
22         states that Mr. Byatt revoked consent    16:01:33
23         for the two accounts that you're         16:01:35
24         inquiring about.  So I'm not sure that   16:01:37
25         your inquiry into those accounts is      16:01:43
```

Page 193

```
 1        appropriate.                          16:01:47
 2            MS. TREBICKA:  It is              16:01:49
 3        appropriate.  We understand he's      16:01:50
 4        revoked consent.  I'm just asking     16:01:52
 5        questions in discovery about those two 16:01:54
 6        accounts.                             16:01:55
 7            MR. LEE:  Okay.  I'll just note   16:01:58
 8        my objection for the record to all    16:02:00
 9        your questions regarding these two    16:02:01
10        accounts.  That's                     16:02:03
11        scm@miamidadedems.org and             16:02:05
12        william.byatt@miamiprogressives.org.  16:02:09
13    BY MS. TREBICKA:                           16:02:09
14        Q.    So let me ask -- so you were    16:02:20
15    interrupted, Mr. Byatt.  So I'll ask my   16:02:22
16    question again.  You can respond and we'll 16:02:23
17    take it from there.  Do you use both of   16:02:25
18    those accounts equally?                   16:02:28
19        A.    So I'm a little unclear as to   16:02:31
20    what you mean by "use."  As a concrete    16:02:34
21    example, I'm logged in to both of those   16:02:38
22    example -- both of those e-mail addresses 16:02:40
23    on the Gmail app on my phone, and I get   16:02:43
24    notifications for any e-mail sent to      16:02:45
25    either of those.  I -- so in that sense, I 16:02:48
```

Page 194

```
 1    am using both of them constantly.  I        16:02:55

 2    conduct significantly more business         16:02:58

 3    through the scm@miamidadedems.org e-mail     16:03:01

 4    address.                                     16:03:06

 5          MS. TREBICKA:  We have marked          16:03:12

 6       for the record Exhibits 14 through 18,    16:03:12

 7       which I will represent to you are         16:03:16

 8       subscriber information produced by        16:03:19

 9       Google related to these accounts.  And   16:03:21

10       we can -- why don't you -- let's start    16:03:27

11       with why don't you let me know when       16:03:30

12       you have access to those exhibits.        16:03:31

13             (Exhibit 14, Google Subscriber      16:03:33

14       Information Sheet, marked for             16:03:33

15       identification.)                          16:03:33

16             (Exhibit 15, Google Subscriber      16:03:33

17       Information Sheet, marked for             16:03:33

18       identification.)                          16:03:34

19             (Exhibit 16, Google Subscriber      16:03:34

20       Information Sheet, marked for             16:03:34

21       identification.)                          16:03:34

22             (Exhibit 17, Google Subscriber      16:03:34

23       Information Sheet, marked for             16:03:34

24       identification.)

25             (Exhibit 18, Google Subscriber
```

Page 195

```
 1        Information Sheet, marked for

 2        identification.)

 3    BY MS. TREBICKA:

 4        Q.    We can start with Exhibit 14.        16:03:36

 5             MR. LEE:  And, Viola, do I have       16:03:38

 6        a standing objection on these next         16:03:39

 7        four exhibits based on Mr. Byatt's         16:03:41

 8        revocation of consent as to those two      16:03:44

 9        accounts that I previously identified?     16:03:47

10             MS. TREBICKA:  As to the              16:03:49

11        revocation of consent for production,      16:03:49

12        correct?                                   16:03:52

13             MR. LEE:  The record is the           16:03:54

14        record.  The agreement is the             16:03:58

15        agreement.  The correspondence is the     16:03:59

16        correspondence.  So we can go off the     16:04:01

17        record and I'll look the at same          16:04:03

18        e-mails, but we have them all.  The        16:04:04

19        parties have them all.  So it's been      16:04:10

20        memorialized by Google as well as the     16:04:12

21        plaintiffs as to what Mr. Byatt           16:04:16

22        consents to and what he revokes his       16:04:19

23        consent for.  And based on that           16:04:25

24        agreement and that revocation of his      16:04:27

25        consent, I object to all questions        16:04:30
```

Page 196

```
 1        related to those accounts.  My              16:04:31

 2        understanding is counsel is going to        16:04:33

 3        now inquire into -- for the next four       16:04:34

 4        exhibits into those accounts                16:04:38

 5        specifically and -- and based on prior      16:04:41

 6        agreements and representations, we --       16:04:44

 7        we object to all of them.                   16:04:46

 8        A.    I also have --                        16:04:56

 9   BY MS. TREBICKA:                                 16:04:56

10        Q.    Yeah.                                 16:04:57

11        A.    -- 14 pulled up.                      16:04:58

12        Q.    Okay.                                 16:05:01

13        MS. TREBICKA:  I'd like to                  16:05:01

14        confirm that you're not objecting to        16:05:03

15        all four or -- or five, but rather          16:05:04

16        those for which you contend Mr. Byatt       16:05:09

17        has revoked consent for, correct?          16:05:12

18        MR. LEE:  Yeah, that's correct.             16:05:15

19        When I said four, I was referring to        16:05:16

20        the fact you said the next four             16:05:19

21        exhibits will deal with those two           16:05:20

22        accounts.  Perhaps I misheard you.  So      16:05:22

23        what I'm trying to do is make the           16:05:24

24        objection once, make it a standing          16:05:26

25        objection with your agreement so as         16:05:28
```

Page 197

| | | |
|---|---|---|
| 1 | you can do your thing and we can deal | 16:05:30 |
| 2 | with this issue with the court at the | 16:05:31 |
| 3 | appropriate time. | 16:05:34 |
| 4 | MS. TREBICKA:  I -- I understand | 16:05:36 |
| 5 | that you have a standing objection as | 16:05:38 |
| 6 | to those accounts that you contend | 16:05:39 |
| 7 | Mr. Byatt has revoked his consent for. | 16:05:42 |
| 8 | BY MS. TREBICKA: | 16:05:42 |
| 9 | Q.   Mr. Byatt, if you would take a | 16:05:46 |
| 10 | look at Exhibit 14, the top says "Google | 16:05:48 |
| 11 | Subscriber Information"; do you see that? | 16:05:52 |
| 12 | A.   I do see that. | 16:05:54 |
| 13 | Q.   And it has a Google account ID? | 16:05:55 |
| 14 | A.   I see that. | 16:05:58 |
| 15 | Q.   And it also has a name, | 16:05:59 |
| 16 | Josh Byatt? | 16:06:01 |
| 17 | A.   I see that. | 16:06:02 |
| 18 | Q.   Is that you? | 16:06:04 |
| 19 | A.   It is. | 16:06:05 |
| 20 | Q.   And it says "created on | 16:06:05 |
| 21 | December" -- or "on 2004-09-01"; do you | 16:06:08 |
| 22 | see that? | 16:06:13 |
| 23 | A.   I do see that. | 16:06:14 |
| 24 | Q.   And this is one of the e-mail | 16:06:15 |
| 25 | accounts that you testified is your | 16:06:17 |

Page 198

| | | |
|---|---|---|
| 1 | personal e-mail account, correct? | 16:06:19 |
| 2 | A.    That's correct. | 16:06:21 |
| 3 | Q.    We can move on to the next | 16:06:23 |
| 4 | exhibit. | 16:06:24 |
| 5 | A.    I have Exhibit 15 open. | 16:06:30 |
| 6 | Q.    15.  It's the same format.  It's | 16:06:31 |
| 7 | also Google's subscriber information. | 16:06:34 |
| 8 | It has a Google account ID; do | 16:06:38 |
| 9 | you see that? | 16:06:40 |
| 10 | A.    I do. | 16:06:40 |
| 11 | Q.    And the name says William Byatt, | 16:06:41 |
| 12 | correct? | 16:06:44 |
| 13 | A.    That is correct. | 16:06:44 |
| 14 | Q.    Is that you? | 16:06:45 |
| 15 | A.    Yes, it is. | 16:06:47 |
| 16 | Q.    The e-mail is | 16:06:47 |
| 17 | ████████@gmail.com, correct? | 16:06:49 |
| 18 | A.    Correct? | 16:06:53 |
| 19 | Q.    And it says created on | 16:06:54 |
| 20 | 2008-01-28; do you see that? | 16:06:55 |
| 21 | A.    I do. | 16:06:58 |
| 22 | Q.    And underneath it, it says "IP | 16:06:59 |
| 23 | activity"; do you see that? | 16:07:02 |
| 24 | A.    IP activity? | 16:07:05 |
| 25 | Q.    Correct.  At the very end of | 16:07:06 |

Page 199

| | | |
|---|---|---|
| 1 | that first page. | 16:07:08 |
| 2 | A.    Yes, I do see that. | 16:07:09 |
| 3 | Q.    Do you see it has -- it's a | 16:07:11 |
| 4 | table and it has three columns, timestamp, | 16:07:14 |
| 5 | IP address and activity type; do you see | 16:07:19 |
| 6 | that? | 16:07:22 |
| 7 | A.    I do. | 16:07:22 |
| 8 | Q.    And it's quite long, it goes on | 16:07:23 |
| 9 | for 19 pages. | 16:07:25 |
| 10 | A.    I agree that it's quite long.  I | 16:07:28 |
| 11 | will take your word that that number of | 16:07:30 |
| 12 | pages is 19. | 16:07:31 |
| 13 | Q.    Do you recognize any of these IP | 16:07:32 |
| 14 | addresses? | 16:07:38 |
| 15 | A.    Give me a moment.  So I'm not | 16:07:41 |
| 16 | sure that I could pick out the IP | 16:08:09 |
| 17 | addresses out of a list, but I do | 16:08:12 |
| 18 | recognize the -- I do know that I have | 16:08:17 |
| 19 | used connections that have IP addresses | 16:08:23 |
| 20 | that start with 2600 and 172. | 16:08:27 |
| 21 | Q.    And which ones are those? | 16:08:33 |
| 22 | A.    A bunch of them. | 16:08:35 |
| 23 | Q.    So I'm -- | 16:08:37 |
| 24 | A.    I'm looking at this first page, | 16:08:42 |
| 25 | for example, you know, the 1, 2, 3, 4, 5, | 16:08:43 |

Page 200

| | | |
|---|---|---|
| 1 | 6, 7, 8, 9, 10, 11, 12, 13 -- | 16:08:43 |
| 2 | (Reporter clarification.) | 16:08:43 |
| 3 | A.    I will -- what I can say is, I | 16:08:56 |
| 4 | do not recognize these IP addresses | 16:08:58 |
| 5 | specifically.  These IP addresses do look | 16:09:00 |
| 6 | similar to IP addresses that my network | 16:09:04 |
| 7 | connections have been assigned. | 16:09:12 |
| 8 | BY MS. TREBICKA: | 16:09:12 |
| 9 | Q.    And when you say your network | 16:09:15 |
| 10 | connections, do you mean your network | 16:09:16 |
| 11 | connections at home or in another place? | 16:09:19 |
| 12 | A.    I honestly couldn't tell you. | 16:09:23 |
| 13 | I'm not entirely certain under what | 16:09:26 |
| 14 | contexts I had actually checked my IP | 16:09:28 |
| 15 | addresses, when I would have learned | 16:09:31 |
| 16 | those.  I will say that, you know, over | 16:09:34 |
| 17 | the past two years or so, I've spent a lot | 16:09:42 |
| 18 | more time at home than I have anywhere | 16:09:44 |
| 19 | else, so that would be likely, but I -- I | 16:09:46 |
| 20 | can't say specifically. | 16:09:49 |
| 21 | Q.    Let's move to Exhibit 16 -- oh, | 16:09:51 |
| 22 | sorry -- did I miss one?  We were on 15? | 16:09:58 |
| 23 | Yeah, so let's move to | 16:10:03 |
| 24 | Exhibit 16. | 16:10:04 |
| 25 | A.    I have Exhibit 16 open. | 16:10:05 |

Page 201

```
 1        Q.    This is another document that      16:10:07
 2    says Google subscriber information; do you    16:10:08
 3    see that?                                     16:10:10
 4        A.    I do.                               16:10:11
 5        Q.    And the name is William Byatt?      16:10:12
 6        A.    I see that.                         16:10:14
 7        Q.    The e-mail is                       16:10:15
 8    william.byatt@miamiprogressives.org; do       16:10:17
 9    you see that?                                 16:10:25
10        A.    I do.                               16:10:25
11        Q.    And the created date says           16:10:26
12    2017-01-17?                                   16:10:28
13        A.    I see that.                         16:10:30
14        Q.    So this is the same e-mail          16:10:31
15    address that had been included in your        16:10:33
16    interrogatory response, correct?             16:10:37
17        A.    Yes.                                16:10:39
18        Q.    Let's move to Exhibit 17.  That     16:10:40
19    is another Google subscriber information      16:10:47
20    document; do you see how --                   16:10:49
21        A.    That is correct.                    16:10:57
22        Q.    You see that it has a Google        16:11:09
23    account ID?                                   16:11:11
24        A.    I do.                               16:11:14
25        Q.    The name says Evan Shields; do      16:11:15
```

Page 202

1    you see that?                                16:11:17

2        A.    I do.                              16:11:17

3        Q.    And the e-mail says               16:11:17

4    treasurer@miamidadedems.org; do you see      16:11:19

5    that?                                         16:11:24

6        A.    I do.                              16:11:25

7        Q.    And this is of the other e-mail    16:11:25

8    addresses that you had included in your       16:11:26

9    interrogatory response, correct?             16:11:30

10       A.    That's correct.                    16:11:32

11       Q.    And it was created on, the date    16:11:33

12   here says 2019-02-21?                         16:11:36

13       A.    I see that it says that, but I     16:11:40

14   did not create this account, so I can't       16:11:42

15   attest to that personally.  But I do see      16:11:44

16   that it says that.                            16:11:46

17       Q.    Who is Evan Shields?               16:11:47

18       A.    Evan Shields is the current        16:11:49

19   treasurer of the Miami-Dade Democratic        16:11:51

20   Party.                                        16:11:54

21       Q.    And if we can move on to           16:11:55

22   Exhibit 18, that is another Google            16:12:01

23   subscriber information; do you see that?      16:12:07

24       A.    I do.                              16:12:08

25       Q.    It has an account ID, correct?     16:12:09

Page 203

| | | |
|---|---|---|
| 1 | A.    Yes. | 16:12:12 |
| 2 | Q.    The name is William Byatt, | 16:12:13 |
| 3 | correct? | 16:12:18 |
| 4 | A.    Yes. | 16:12:19 |
| 5 | Q.    And the e-mail is | 16:12:19 |
| 6 | scm@miamidadedems.org; do you see that? | 16:12:20 |
| 7 | A.    I do. | 16:12:24 |
| 8 | Q.    This one was created on | 16:12:24 |
| 9 | 2020-12-09; do you see that? | 16:12:27 |
| 10 | A.    I do, with the same caveat as | 16:12:31 |
| 11 | that last one, that I did not create this | 16:12:33 |
| 12 | so I can't attest for its accuracy, but I | 16:12:35 |
| 13 | do see that. | 16:12:38 |
| 14 | Q.    Do you know who created it? | 16:12:39 |
| 15 | A.    I do not know.  I suspect.  I am | 16:12:41 |
| 16 | aware of the person who usually handles | 16:12:48 |
| 17 | that for the Miami-Dade Dems, but I do not | 16:12:50 |
| 18 | know if they're the person who did it for | 16:12:55 |
| 19 | this particular one. | 16:12:57 |
| 20 | Q.    And this is an e-mail address | 16:12:57 |
| 21 | and Google account that you have access | 16:12:59 |
| 22 | to, correct? | 16:13:00 |
| 23 | A.    That is correct. | 16:13:01 |
| 24 | Q.    If you would refresh your | 16:13:03 |
| 25 | Exhibit Share, you may be able to see | 16:13:05 |

Page 204

```
 1    Exhibit 19.                              16:13:09
 2             (Exhibit 19, Plaintiff William  16:13:11
 3        Byatt's Objections and Responses to
 4        Defendant's First Set of
 5        Interrogatories, marked for
 6        identification.)
 7    BY MS. TREBICKA:
 8        Q.    Just let me know when you're   16:13:12
 9    there.                                   16:13:13
10        A.    I have Exhibit 19.             16:13:19
11        Q.    Okay.  This is another amended 16:13:20
12    response and objection to Google's First 16:13:25
13    Set of Interrogatories, numbers 1        16:13:29
14    through 6, and it's dated January 11,    16:13:30
15    2021; do you recognize this document?    16:13:34
16        A.    Yes, I do.                     16:13:36
17        Q.    What is it?                    16:13:37
18        A.    It is exactly what you said.  It 16:13:39
19    is my answers and I -- I guess counsel's 16:13:40
20    objections to questions from Google.     16:13:46
21        Q.    Okay.  And is this -- before   16:13:50
22    this document was served on January 11,  16:13:53
23    2021, did you review to make sure that it 16:13:56
24    was complete and accurate to the best of 16:13:58
25    your knowledge and belief?               16:14:01
```

Page 205

| | | |
|---|---|---|
| 1 | A.    To the best of my knowledge and | 16:14:03 |
| 2 | belief, yes. | 16:14:04 |
| 3 | MS. TREBICKA:  I believe we do | 16:14:09 |
| 4 | not have the verification for this | 16:14:10 |
| 5 | amended inter- -- or response and | 16:14:14 |
| 6 | objection or maybe it has arrived | 16:14:16 |
| 7 | today and I've been in this deposition | 16:14:18 |
| 8 | so I haven't seen it, but I trust that | 16:14:20 |
| 9 | we will receive it shortly, Counsel. | 16:14:23 |
| 10 | Okay.  We will mark next as | 16:14:34 |
| 11 | Exhibit 20, your amended responses and | 16:14:35 |
| 12 | objections to Google's second set of | 16:14:41 |
| 13 | interrogatories, number 7 to 10 and | 16:14:43 |
| 14 | these are dated June 1, 2021. | 16:14:46 |
| 15 | (Exhibit 20, Plaintiff William | 16:14:48 |
| 16 | Byatt's Amended Objections and | 16:14:48 |
| 17 | Responses to Defendant's Second Set of | 16:14:48 |
| 18 | Interrogatories, marked for | 16:14:48 |
| 19 | identification.) | 16:14:51 |
| 20 | MR. LEE:  Hold on.  Just give us | 16:14:51 |
| 21 | a chance to load it. | 16:14:52 |
| 22 | MS. TREBICKA:  Yep. | 16:14:53 |
| 23 | A.    I have it open. | 16:15:08 |
| 24 | BY MS. TREBICKA: | 16:15:08 |
| 25 | Q.    Do you recognize this document? | 16:15:09 |

Page 206

```
 1        A.    Give me just a moment, please.      16:15:11

 2              Yeah, I do.                          16:15:13

 3        Q.    And what is this document?           16:15:14

 4        A.    Same thing as the others.  It is     16:15:17

 5   my responses to some questions from             16:15:19

 6   Google.                                         16:15:24

 7        Q.    Okay.                                16:15:25

 8              MS. TREBICKA:  And same note as      16:15:30

 9        to this amended response and               16:15:33

10        objection, we have not yet received        16:15:37

11        Mr. Byatt's verification.  We trust it     16:15:39

12        will come shortly.                         16:15:43

13   BY MS. TREBICKA:                                16:15:45

14        Q.    But, Mr. Byatt, did you review       16:15:45

15   to make sure that it is -- the responses,       16:15:46

16   that they are, to the best of your              16:15:49

17   understanding and belief?                       16:15:52

18        A.    When I got this document, I did      16:15:54

19   do that.  Let me -- give me just a moment       16:15:58

20   to check and make sure that this is what I      16:16:02

21   remember reviewing.                             16:16:04

22              Yeah, this looks right, as best      16:16:29

23   as I can remember.                              16:16:33

24        Q.    You're aware of companies like       16:16:36

25   Killi or Brave; is that right?                  16:16:40
```

Page 207

```
 1        A.    Yes.                            16:16:44

 2              I don't know if you got my      16:16:58

 3    answer, but I said, yes, I'm aware of     16:16:59

 4    these.                                    16:17:02

 5        Q.    What is Killi?                   16:17:02

 6              MS. TREBICKA:  It's -- for the   16:17:03

 7        record, it's K-I-L-L-I.               16:17:04

 8        A.    I know that Killi is in the     16:17:06

 9    space of allowing people to monetize some 16:17:15

10    of their private information.  I can't    16:17:20

11    remember exactly what their business model 16:17:23

12    is right now.  I know that that whole     16:17:28

13    space is shifting pretty rapidly.         16:17:30

14    BY MS. TREBICKA:                          16:17:30

15        Q.    And you've never attempted to   16:17:33

16    monetize your personal information on     16:17:35

17    Killi?                                    16:17:37

18        A.    I have not attempted to, no.    16:17:38

19        Q.    What is Brave?                  16:17:39

20        A.    Brave is a web browser that has 16:17:42

21    built-in sort of privacy features and also 16:17:47

22    allows you to sell -- I think they allow  16:17:51

23    you to sell your attention.  Basically    16:17:54

24    they'll -- they'll serve you ads and pay  16:17:58

25    you to look at those ads, I believe, but  16:18:00
```

Page 208

```
 1    it's a web browser.                        16:18:05

 2         Q.    Have you ever used Brave?        16:18:09

 3         A.    I have used Brave, yes.          16:18:10

 4         Q.    Have you gotten paid for using   16:18:12

 5    Brave?                                      16:18:14

 6         A.    I have not.                       16:18:15

 7         Q.    Earlier we talked about browsing 16:18:16

 8    on Incognito in Chrome.  Do you recall      16:18:23

 9    that?  We talked about it a lot --          16:18:27

10         A.    Yes.                              16:18:30

11         Q.    -- frankly, I just always feel   16:18:30

12    the need to preface this with what we've    16:18:32

13    talked about.                               16:18:34

14         A.    Yes, I do remember that.          16:18:36

15         Q.    Okay.  And also from some of      16:18:38

16    your interrogatory responses, we know that  16:18:39

17    you used Incognito to browse                16:18:42

18    adult-oriented websites including           16:18:46

19    websites -- or adult-oriented websites and  16:18:50

20    websites like The New York Times, for       16:18:54

21    example; is that correct?                   16:18:55

22         A.    That's correct, yes.              16:18:57

23         Q.    What are adult-oriented           16:18:58

24    websites?                                    16:19:00

25         A.    Pornography websites.             16:19:04
```

Page 209

```
 1        Q.    Do you only browse pornography          16:19:07
 2   websites while on Incognito?                       16:19:10
 3        A.    I hope so.                              16:19:12
 4        Q.    Do you believe that your data is        16:19:15
 5   more valuable when it's related to                 16:19:18
 6   browsing on the pornography websites               16:19:23
 7   rather than The New York Times?                    16:19:27
 8             MR. LEE:  Objection to form.             16:19:30
 9        A.    I have no knowledge of                  16:19:32
10   specifically how that's priced or what             16:19:35
11   information is particularly valuable.              16:19:37
12   BY MS. TREBICKA:                                   16:19:37
13        Q.    What about Incognito versus             16:19:40
14   non-Incognito, do you believe that data            16:19:42
15   related to your browsing when you are in           16:19:44
16   Incognito is more valuable than data               16:19:46
17   related to your browsing when you are not          16:19:49
18   in Incognito?                                      16:19:51
19             MR. LEE:  Objection, valuable to         16:19:53
20        who?                                          16:19:54
21        A.    Yeah, so again, I don't know            16:19:59
22   from Google's perspective how that                 16:20:01
23   information is priced.  I don't know what          16:20:05
24   that looks like.  I can tell you that from         16:20:09
25   my perspective, basically by definition,           16:20:14
```

Page 210

```
 1    the information -- my browsing information        16:20:20
 2    when I'm in Incognito mode is information         16:20:25
 3    that it is more valuable to me for it to          16:20:28
 4    remain private, right, yeah.  So I don't          16:20:32
 5    know how Google values it, but for me it          16:20:37
 6    is certainly -- the highest value is for          16:20:40
 7    it to be private when I'm in Incognito            16:20:42
 8    mode.                                             16:20:42
 9    BY MS. TREBICKA:                                  16:20:42
10        Q.    What about value to others --          16:20:56
11    and actually, let me -- why don't you take        16:20:59
12    a look at the response to Interrogatory 10        16:21:01
13    in this exhibit that you have open, which         16:21:05
14    is on page 7.                                     16:21:09
15        A.    I'm on page 7.                          16:21:20
16        Q.    Okay.  And I'm focusing your           16:21:22
17    attention to the last paragraph on that           16:21:23
18    page, the one that starts with                    16:21:24
19    "Notwithstanding and subject to these            16:21:26
20    objections"; do you see that?                     16:21:28
21        A.    I see that paragraph.                   16:21:32
22        Q.    And you said "Plaintiff Byatt          16:21:33
23    responds that he has been aware of the            16:21:35
24    value of his personal data for years and          16:21:36
25    he chose to browse privately to protect           16:21:38
```

Page 211

| | | |
|---|---|---|
| 1 | that personal data from Google and other | 16:21:41 |
| 2 | tech company's collection for their own | 16:21:44 |
| 3 | benefit and profit"; do you see that? | 16:21:46 |
| 4 | A.    I do. | 16:21:48 |
| 5 | Q.    Is that a correct statement? | 16:21:49 |
| 6 | A.    Yes, that seems correct to me. | 16:21:51 |
| 7 | Q.    And skipping over the -- or | 16:21:57 |
| 8 | actually, just continuing -- continuing on | 16:21:59 |
| 9 | with your answer, it says "Plaintiff Byatt | 16:22:01 |
| 10 | cannot recall specifically when he learned | 16:22:04 |
| 11 | of websites like Killi, but he knew about | 16:22:06 |
| 12 | companies like Brave and others that | 16:22:09 |
| 13 | provide monetary compensation for personal | 16:22:12 |
| 14 | data before filing this lawsuit.  To the | 16:22:14 |
| 15 | best of Plaintiff Byatt's recollection, he | 16:22:18 |
| 16 | cannot recall attempting to sell his | 16:22:20 |
| 17 | personal data, but because Plaintiff Byatt | 16:22:23 |
| 18 | could sell his personal data to websites | 16:22:26 |
| 19 | like Killi and similar websites, the | 16:22:29 |
| 20 | personal data that Google has unlawfully | 16:22:31 |
| 21 | intercepted while Plaintiff Byatt was in | 16:22:34 |
| 22 | private browsing mode has inherent value | 16:22:37 |
| 23 | and Google unlawfully collected that | 16:22:40 |
| 24 | personal data without providing | 16:22:42 |
| 25 | compensation to Plaintiff Byatt." | 16:22:43 |

Page 212

```
 1              So I'm talking about this          16:22:47

 2    inherent value concept that you have in      16:22:48

 3    your interrogatory response.  Do you         16:22:51

 4    believe that information related to your     16:22:53

 5    browsing in Incognito mode has more          16:22:57

 6    inherent value than information related to   16:23:00

 7    your browsing in non-Incognito mode?         16:23:03

 8              MR. LEE:  Objection to form,        16:23:07

 9         asked and answered, also compound.       16:23:07

10         A.    I believe it has value.  I         16:23:11

11    don't -- I can't say with specificity the    16:23:16

12    relative pricing of various points of data   16:23:18

13    so I just -- I just don't know what the --   16:23:28

14    the specific relative pricing looks like,    16:23:30

15    but I am confident that my behavior in       16:23:34

16    Incognito has value.                         16:23:39

17    BY MS. TREBICKA:                             16:23:39

18         Q.    Do you believe that particular    16:23:43

19    pieces of data that are related to your      16:23:44

20    browsing online in Incognito have            16:23:48

21    independent value, for example, IP           16:23:52

22    address?                                     16:23:55

23              MR. LEE:  Objection to form.        16:23:57

24         A.    Yes.  I suppose that individual   16:24:02

25    pieces of data have specific value.  I       16:24:05
```

Page 213

```
 1    will say that -- yeah, so the question        16:24:11
 2    strikes me as -- as odd because Google        16:24:18
 3    does not intercept and collect the            16:24:21
 4    information in individual pieces.  They       16:24:24
 5    collect, you know, a fair bit of it.  So      16:24:26
 6    I'm not sure how to disentangle those         16:24:32
 7    individual pieces, but, yes, I think the      16:24:37
 8    value of that data arises from the pieces     16:24:40
 9    of data.  So, yeah.                           16:24:44
10    BY MS. TREBICKA:                              16:24:44
11        Q.    And is the value of a specific      16:24:46
12    piece of data, for example, IP address,       16:24:49
13    the same as another specific piece of         16:24:51
14    data, again, in Incognito mode, for           16:24:56
15    example, a referrer header?                   16:25:00
16        A.    Again, I am not -- I have not       16:25:03
17    specifically priced that data.  I do not      16:25:06
18    know the specific prices of these things      16:25:08
19    so I don't know.                              16:25:10
20        Q.    Okay.  What about to you, does      16:25:12
21    an IP address have more value to you or       16:25:15
22    less value or the same value than a           16:25:19
23    referral header?                              16:25:23
24        A.    I think that would be context      16:25:27
25    dependent, and I'm not sure I can answer      16:25:28
```

Page 214

```
 1     that generally.                          16:25:31

 2         Q.    Tell me how it would be context  16:25:31

 3     dependent, and I'm speaking here about    16:25:34

 4     browsing in Incognito specifically.       16:25:36

 5         A.    Well, I'm not -- much like the   16:25:38

 6     other context-based answers from earlier, 16:25:40

 7     I don't have a valuation algorithm in my  16:25:46

 8     head, but, depending on what my behavior  16:25:52

 9     looks like, what I've done, those values  16:26:03

10     could look different in ways I can't       16:26:07

11     necessarily just predict, sitting here.    16:26:12

12            But there are certainly going to    16:26:15

13     be some referrers that are going to be    16:26:20

14     more valuable to me.  There are going to  16:26:23

15     be some IPs that are more valuable to me.  16:26:28

16     I think it will depend a lot on -- on too  16:26:31

17     many details to be able to enumerate.     16:26:35

18         Q.    If Google were to pay for your   16:26:39

19     data, do you agree that it could use it   16:26:45

20     including for advertising?                16:26:48

21            MR. LEE:  Objection to form,        16:26:51

22         incomplete hypothetical.              16:26:53

23         A.    Yeah, so if Google were to pay   16:26:56

24     and fully disclose what they were doing   16:27:03

25     and obtain my consent, that's a lot of    16:27:09
```

Veritext Legal Solutions
866 299-5127

```
1    ifs, then sure, yeah.                          16:27:15

2           MS. TREBICKA:  Let me mark as           16:27:25

3    the next exhibit, which is Exhibit 21,         16:27:27

4    your responses and objections to              16:27:30

5    Google's third set of interrogatories         16:27:33

6    number 11.                                     16:27:36

7           MR. LEE:  Can we just get a time        16:27:39

8    check as to how long we've been on the        16:27:40

9    record before we get into the                 16:27:42

10   document?                                      16:27:45

11          THE VIDEOGRAPHER:  Hour 20.             16:27:46

12          MR. LEE:  Hour 20.  Do you mind         16:27:48

13   if we take a break?  We can do it              16:27:51

14   after this document, Viola, if that's         16:27:52

15   better for you, but should be --              16:27:52

16          MS. TREBICKA:  I'm literally            16:27:54

17   just going to put it into the record.         16:27:56

18          MR. LEE:  Okay.                         16:27:57

19          MS. TREBICKA:  So -- okay.              16:27:59

20   Let's -- I'll do it quickly.                   16:27:59

21          (Exhibit 21, Plaintiff William         16:28:01

22   Byatt's Verified Objections and

23   Response to Defendant's Third Set of

24   Interrogatories (No. 11), marked for

25   identification.)
```

Page 216

```
 1    BY MS. TREBICKA:
 2         Q.    So, Mr. Byatt, this is          16:28:02
 3    Exhibit 21.  Tell me when it's in front of  16:28:03
 4    you.                                        16:28:07
 5         A.    Exhibit 21 is what I'm looking   16:28:07
 6    for?                                        16:28:09
 7         Q.    Correct.                         16:28:09
 8         A.    I have Exhibit 21 open.          16:28:10
 9         Q.    And this is -- do you remember   16:28:12
10    this document?  Do you recall reviewing     16:28:14
11    it?                                         16:28:16
12              MR. LEE:  You have to answer      16:28:19
13         audibly.                               16:28:20
14              THE WITNESS:  I'm checking it.    16:28:21
15              MR. LEE:  Oh, okay.               16:28:22
16         A.    This looks right.  Yeah, this    16:28:24
17    looks familiar, I have -- I have reviewed   16:28:26
18    this.                                       16:28:28
19    BY MS. TREBICKA:                            16:28:28
20         Q.    Okay.  And do you have any       16:28:28
21    reason to believe that this is not          16:28:32
22    complete and correct, of course, you know,  16:28:34
23    subject to your understanding and the       16:28:41
24    knowledge that you currently have?          16:28:42
25         A.    Right, yeah, to the best of my   16:28:46
```

Page 217

```
1     knowledge and ability, this seems correct.    16:28:47

2         Q.    Okay.  Great.                        16:28:51

3             MS. TREBICKA:  We can get off           16:28:52

4         the record now if you'd like.               16:28:53

5             MR. LEE:  Yep, let's take a              16:28:56

6         ten-minute break.                           16:28:58

7             MS. TREBICKA:  Sounds good.              16:28:59

8             THE VIDEOGRAPHER:  All right.            16:29:00

9         Going off the record.  The time is          16:29:01

10        4:28 p.m.                                    16:29:03

11            (Whereupon, a brief recess is            16:29:18

12        taken.)                                      16:39:11

13            THE VIDEOGRAPHER:  Back on the           16:39:11

14        record.  The time is 4:39 p.m.              16:39:22

15    BY MS. TREBICKA:                                 16:39:22

16        Q.    Mr. Byatt, we've marked as            16:39:33

17    Exhibit 22, your July 30, 2021 responses        16:39:35

18    and objections to Google's fourth set of        16:39:43

19    interrogatories.                                 16:39:47

20            (Exhibit 22, Plaintiff William          16:39:47

21        Byatt's Objections and Responses to

22        Defendant's Fourth Set of

23        Interrogatories (Nos. 12-15), marked

24        for identification.)

25    BY MS. TREBICKA:
```

Page 218

```
 1        Q.    And it's numbers 12 through 15;      16:39:50
 2    do you see that?                               16:39:52
 3        A.    I do see it.                         16:39:53
 4        Q.    Do you recognize this document?      16:39:54
 5        A.    I do.                                16:39:56
 6        Q.    Did you review the responses in      16:39:57
 7    this document before it was served?            16:40:01
 8        A.    I did, yes.                          16:40:02
 9        Q.    And is -- are they accurate to       16:40:04
10    the best of your knowledge and belief?         16:40:07
11        A.    Yes.                                 16:40:11
12        Q.    And response to Interrogatory        16:40:11
13    Number 13, which is on page 3, the second      16:40:18
14    full paragraph in the response, but the        16:40:24
15    one that starts with "notwithstanding and      16:40:28
16    subject to these objections"; do you see       16:40:30
17    that?                                          16:40:32
18        A.    I do, yes.                           16:40:32
19        Q.    And you list here, certain           16:40:34
20    Google services that you pay for; do you       16:40:35
21    see that?                                      16:40:40
22        A.    I do, yes.                           16:40:40
23        Q.    Do you continue to pay for these     16:40:42
24    Google services?                               16:40:44
25        A.    I believe so, yes.                   16:40:47
```

Page 219

| | | |
|---|---|---|
| 1 | Q.    So you haven't discontinued the | 16:40:49 |
| 2 | use of any of these services; is that | 16:40:50 |
| 3 | right? | 16:40:52 |
| 4 | A.    Not that I recall. | 16:40:53 |
| 5 | Q.    Okay. | 16:40:59 |
| 6 | MS. TREBICKA:  We'll mark as | 16:41:00 |
| 7 | Exhibit 23 another interrogatory | 16:41:01 |
| 8 | response.  This one is the verified | 16:41:10 |
| 9 | objections and responses to Google's | 16:41:17 |
| 10 | fifth set of interrogatories, | 16:41:20 |
| 11 | number 16. | 16:41:22 |
| 12 | (Exhibit 23, Plaintiff William | 16:41:25 |
| 13 | Byatt's Verified Objections and | |
| 14 | Responses to Defendant's Fifth Set of | |
| 15 | Interrogatories (No. 16), marked for | |
| 16 | identification.) | |
| 17 | BY MS. TREBICKA: | |
| 18 | Q.    Do you see that? | 16:41:26 |
| 19 | A.    I do. | 16:41:26 |
| 20 | Q.    Did you review this before it | 16:41:26 |
| 21 | was served to confirm that it was accurate | 16:41:28 |
| 22 | and complete to the best of your knowledge | 16:41:31 |
| 23 | and belief? | 16:41:33 |
| 24 | A.    Yes, I did.  And I -- I did | 16:41:33 |
| 25 | review it and I -- I do confirm that it's | 16:41:36 |

Page 220

```
 1    accurate, to the best of my knowledge and      16:41:39

 2    belief.                                         16:41:40

 3         Q.    Okay.                                16:41:40

 4             MS. TREBICKA:  And this actually       16:41:41

 5         says "verified objections and             16:41:42

 6         responses," but the verification, I        16:41:44

 7         understand was not received with this      16:41:47

 8         document.  I -- I understand it's been     16:41:49

 9         received today and we will put it into     16:41:52

10         the record.  I just wanted the record     16:41:54

11         to be clear.                              16:41:57

12    BY MS. TREBICKA:                                16:41:57

13         Q.    If you could take a look at          16:42:09

14    interrogatory 16, the answer to                 16:42:11

15    interrogatory 16 that -- in the middle of       16:42:13

16    page 2, lines -- between lines 15 and 16,       16:42:15

17    the paragraph that starts with "Google has      16:42:22

18    demonstrated a willingness"; do you see         16:42:23

19    that?                                           16:42:27

20         A.    I do.                                16:42:27

21         Q.    Do you see that this                 16:42:28

22    paragraph -- and take your time to              16:42:29

23    review -- but this paragraph and the next       16:42:31

24    have certain examples of data that -- I'm       16:42:34

25    sorry -- have certain examples of consumer      16:42:40
```

Page 221

```
 1    research companies or other companies that      16:42:43
 2    you contend demonstrate a willingness to        16:42:45
 3    pay consumers; is that right, as a general      16:42:48
 4    matter?                                         16:42:50
 5         A.    Yes, I see that, and -- and it       16:42:51
 6    says that.                                      16:42:53
 7         Q.    And were you aware of these          16:42:54
 8    consumer research companies before this         16:42:58
 9    litigation?                                     16:43:01
10         A.    I couldn't say exactly when I        16:43:04
11    became aware of them specifically.  I was       16:43:07
12    aware that, you know, paid consumer             16:43:09
13    research exists.  I -- yeah.  So I would        16:43:13
14    say generally, I was aware of -- of the         16:43:22
15    existence of companies like this.  I            16:43:25
16    cannot say specifically when I became           16:43:27
17    aware of the names of individual                16:43:29
18    companies.                                      16:43:32
19         Q.    Have you ever tried to sell your     16:43:33
20    data to any of these companies listed          16:43:34
21    here?                                           16:43:37
22         A.    I have done paid consumer            16:43:38
23    research, but a very long time ago and not      16:43:45
24    in relation to Google.                          16:43:48
25         Q.    What do you recall about that?       16:43:51
```

Page  222

```
 1          A.    I recall that they wanted me to        16:43:53

 2     say whether the Gatorade tasted icy blue          16:43:57

 3     or cool blue.                                     16:44:01

 4          Q.    Was that an online research --         16:44:02

 5          A.    No.   That -- I'm sorry for            16:44:05

 6     talking over you.   That was in person in         16:44:06

 7     Jacksonville in my childhood.   I think I         16:44:10

 8     was 14.                                           16:44:14

 9          Q.    If you direct your attention to        16:44:14

10     that first example in -- that relates to         16:44:19

11     Ipsos, it says here "Ipsos Screenwise            16:44:26

12     Panel (a consumer research study conducted       16:44:41

13     by Ipsos for Google) provides users             16:44:41

14     rewards and, in exchange, Ipsos collects         16:44:44

15     information on how users use the Internet.       16:44:47

16     Participants can earn $20 for                    16:44:50

17     participating in the study, an additional        16:44:52

18     $100 value if they join and install the          16:44:56

19     special Wi-Fi router, and up to $16 for          16:44:59

20     each household member (age 13 or older)          16:45:06

21     who joins with their device"; do you see         16:45:10

22     that?                                            16:45:12

23          A.    I do see that.                        16:45:12

24          Q.    Would you ever participate in --      16:45:13

25     in this Ipsos research study?                    16:45:15
```

Page 223

```
 1        A.    I couldn't say.  I wouldn't rule      16:45:19
 2   it out.                                          16:45:22
 3        Q.    Do you think that the -- that         16:45:25
 4   your data while participating in -- in           16:45:27
 5   such a research study is worth these             16:45:30
 6   amounts that it says here, Ipsos and/or          16:45:33
 7   Google are willing to pay for it?                16:45:37
 8             MR. LEE:  Objection to form and        16:45:39
 9        vague as to Incognito data or               16:45:42
10        non-Incognito data.                         16:45:43
11        A.    Yeah.  I -- I -- I don't think        16:45:48
12   that I am qualified to say what a fair           16:45:56
13   market value price of the data is.  I            16:46:02
14   mean, if people are signing up to it --          16:46:10
15   signing up for it, it's worth these prices       16:46:14
16   to somebody.  But I can't -- I can't say         16:46:17
17   for sure whether these are accurate values       16:46:21
18   to me.                                           16:46:26
19   BY MS. TREBICKA:                                 16:46:26
20        Q.    And -- and I'm not asking for         16:46:29
21   the market value price of the data.  I'm         16:46:33
22   asking as it relates to you and your data        16:46:35
23   in particular.  And let's take it in             16:46:38
24   steps.                                           16:46:41
25             For Incognito browsing sessions,       16:46:42
```

Page 224

```
 1    would you allow Ipsos and Google or for        16:46:46
 2    Google to collect information as described      16:46:51
 3    in this exhibit, in this paragraph, for         16:46:56
 4    the amounts described in this paragraph?        16:47:00
 5         A.   I'm uncomfortable with the            16:47:05
 6    speculation because there may be some --        16:47:07
 7    there may be some activity that I would do      16:47:11
 8    in Incognito that I may be comfortable          16:47:15
 9    selling under some circumstances and at         16:47:22
10    some price point and there may be other         16:47:24
11    activity that I'm not -- I -- I just feel       16:47:27
12    like, you know, I do a lot of different         16:47:32
13    things in -- in Incognito for a lot of          16:47:35
14    different reasons, at a lot of different        16:47:38
15    times.                                          16:47:40
16              And that behavior is -- is, you       16:47:41
17    know, as I've said, it's very context           16:47:49
18    dependent.  So how I would feel about           16:47:51
19    selling particular data at a particular         16:47:55
20    time for a particular price is really hard      16:47:58
21    to say.                                         16:48:01
22         Q.   I direct your attention to the        16:48:04
23    next paragraph, it starts with "companies       16:48:05
24    other than Google," starting on -- between      16:48:08
25    lines 22 and 23.  I'll read it into the         16:48:11
```

Page 225

| | | |
|---|---|---|
| 1 | record and you can read along. | 16:48:14 |
| 2 | "Companies other than Google | 16:48:16 |
| 3 | have demonstrated a similar willingness to | 16:48:18 |
| 4 | pay consumers for their data.  Additional | 16:48:20 |
| 5 | examples include:  Nielson Computer & | 16:48:23 |
| 6 | Mobile Panel pays up to $50 per year for | 16:48:27 |
| 7 | passive data collection of a user's | 16:48:30 |
| 8 | internet behavior"; do you see that? | 16:48:32 |
| 9 | A.    I do see that. | 16:48:34 |
| 10 | Q.    Would you be willing to sell -- | 16:48:35 |
| 11 | to sell your Incognito private browsing | 16:48:38 |
| 12 | behavior for up to $50 per year for this | 16:48:43 |
| 13 | passive data collection described here? | 16:48:47 |
| 14 | A.    Same answer as previously.  It's | 16:48:50 |
| 15 | too hard to say about some of the behavior | 16:48:53 |
| 16 | and others being priced differently. | 16:48:58 |
| 17 | Q.    Okay.  And what about | 16:49:03 |
| 18 | MobileXpression Panel, the next example, | 16:49:04 |
| 19 | "similarly provides compensation for" -- | 16:49:08 |
| 20 | "to users for passive collection of their | 16:49:10 |
| 21 | data, including browsing and purchasing | 16:49:12 |
| 22 | behavior"? | 16:49:14 |
| 23 | Would you be willing to sell | 16:49:15 |
| 24 | your Incognito private browsing behavior | 16:49:18 |
| 25 | to MobileXpression Panel for similar | 16:49:20 |

Page 226

```
 1    compensation?                              16:49:23

 2        A.    Same answer as the previous two.  16:49:25

 3    There's too many variables to -- to say    16:49:27

 4    broadly.                                    16:49:29

 5        Q.    Okay.  Would that same answer --  16:49:30

 6    answer apply to the rest of the values     16:49:32

 7    listed here in this interrogatory          16:49:35

 8    response?                                   16:49:37

 9        A.    Give me just a moment.            16:49:39

10        Q.    Sure.                             16:49:41

11        A.    Yes, I'd say so.                  16:49:51

12        Q.    All right.                        16:49:54

13            MS. TREBICKA:  I think we are       16:49:57

14        done with interrogatories responses.   16:49:59

15        And I understand that counsel has      16:50:01

16        served on us today, your verifications 16:50:04

17        for certain of these interrogatory     16:50:07

18        responses, and I'd like to mark it for 16:50:09

19        the record as Exhibit 24 -- oh, I      16:50:11

20        apologize, it is not Exhibit 24.       16:50:21

21            Tracy, could you please unmute     16:50:23

22        and tell us which exhibit it is.       16:50:24

23            MS. GAO:  They have not been        16:50:28

24        marked.  I can mark those now.         16:50:34

25            MS. TREBICKA:  Okay.  While we      16:50:37
```

Page 227

| 1 | mark it, I'll move on to something | 16:50:38 |
| 2 | else.  Thank you, Tracy.  I jumped the | 16:50:40 |
| 3 | gun. | 16:50:43 |
| 4 | BY MS. TREBICKA: | 16:50:43 |
| 5 | Q.    What has been marked as | 16:50:50 |
| 6 | Exhibit 24 is your amended objections and | 16:50:51 |
| 7 | responses to defendant's second set of | 16:50:56 |
| 8 | requests for admission; do you see that? | 16:51:00 |
| 9 | A.    I do see this. | 16:51:03 |
| 10 | Q.    Okay.  And do you understand | 16:51:05 |
| 11 | what requests for admission are? | 16:51:06 |
| 12 | A.    I would imagine that there is | 16:51:11 |
| 13 | some specific legal meaning of that that I | 16:51:15 |
| 14 | am not familiar with, but in a sort of | 16:51:20 |
| 15 | colloquial sense, yes.  And I can, you | 16:51:23 |
| 16 | know, read the questions on here and | 16:51:27 |
| 17 | understand what they're asking. | 16:51:29 |
| 18 | Q.    Have you seen this document | 16:51:32 |
| 19 | before? | 16:51:34 |
| 20 | A.    Yes, I have. | 16:51:34 |
| 21 | Q.    You have, okay.  Good and feel | 16:51:35 |
| 22 | free to familiarize yourself with it and I | 16:51:38 |
| 23 | will be asking questions about -- | 16:51:41 |
| 24 | specifically, RFA number 6, 7 and 15, | 16:51:44 |
| 25 | because I realize it's a long document. | 16:51:55 |

Page 228

| | | |
|---|---|---|
| 1 | A.    6, 7 and which? | 16:51:55 |
| 2 | Q.    15. | 16:51:57 |
| 3 | A.    15.  Okay.  I have reviewed the | 16:51:58 |
| 4 | document. | 16:52:07 |
| 5 | Q.    Okay.  So with respect to a | 16:52:08 |
| 6 | request for admission number 6, which is | 16:52:11 |
| 7 | on page 7, are you there? | 16:52:13 |
| 8 | A.    I'm scrolling back up.  I am | 16:52:16 |
| 9 | there now, yes. | 16:52:20 |
| 10 | Q.    This request for admission asks | 16:52:21 |
| 11 | "Admit that each Google privacy policy you | 16:52:24 |
| 12 | reviewed disclosed that Google collects | 16:52:26 |
| 13 | information about users' visits to | 16:52:28 |
| 14 | websites that use Google's services"; do | 16:52:31 |
| 15 | you see that? | 16:52:33 |
| 16 | A.    I do see that. | 16:52:33 |
| 17 | Q.    And then the response says | 16:52:34 |
| 18 | "Denied."  Do you see that? | 16:52:37 |
| 19 | A.    I do, yes. | 16:52:38 |
| 20 | Q.    What's the basis for this | 16:52:39 |
| 21 | response? | 16:52:42 |
| 22 | A.    That the privacy policies did | 16:52:44 |
| 23 | not disclose that Google ignores | 16:52:50 |
| 24 | everything it has told me about Incognito | 16:52:55 |
| 25 | mode when I go to other websites that use | 16:52:58 |

Page 229

```
 1    Google services.  I also can't say with        16:53:02
 2    certainty that each Google privacy policy       16:53:05
 3    I reviewed disclosed this.                      16:53:09
 4        Q.    Anything else as a basis for the      16:53:11
 5    response?                                       16:53:13
 6        A.    That's all I can think of at          16:53:13
 7    this particular time.                           16:53:16
 8        Q.    Request number 7 says "Admit          16:53:17
 9    that the Google privacy policy does not         16:53:20
10    represent that using private browsing mode      16:53:23
11    will prevent Google from receiving              16:53:26
12    information through its services"; do you        16:53:28
13    see that?                                       16:53:30
14        A.    I do see that.                        16:53:30
15        Q.    And it likewise says "Denied"?        16:53:31
16        A.    That's correct.                       16:53:34
17        Q.    What is the basis for this            16:53:36
18    denial?                                         16:53:37
19        A.    The Google private policy which       16:53:38
20    says that Google will not use -- that they      16:53:40
21    will not receive my information if I use        16:53:43
22    private browsing mode.                          16:53:46
23        Q.    Anything else?                        16:53:48
24        A.    I guess I can change -- like          16:53:49
25    correct the language slightly there in         16:53:52
```

Page 230

```
1    that it says that I will not, if I use        16:53:54
2    Incognito mode, which is the private          16:53:57
3    browsing mode that I have access to when      16:54:00
4    using Chrome, but that is the main reason     16:54:02
5    for denial of that, and it's all that I'm     16:54:08
6    aware of right now.                           16:54:12
7         Q.   So to make the denial correct,      16:54:17
8    you -- you would like to change the           16:54:19
9    language slightly?                            16:54:21
10        A.   No.  I think the denial is          16:54:23
11   correct as it is.  To make my reason for      16:54:25
12   denial correct is that I understand           16:54:29
13   private browsing mode to mean Incognito       16:54:31
14   mode on Chrome and that the Google privacy    16:54:34
15   policy does represent that in that private    16:54:40
16   browsing mode, Incognito, Google will not     16:54:42
17   receive my information through its            16:54:46
18   services.                                     16:54:48
19        Q.   Could you scroll down to page 8,    16:54:48
20   which is request for admission number 15.     16:55:06
21        A.   I'm looking at request for          16:55:09
22   admission number 15.                          16:55:11
23        Q.   The request for admission says      16:55:12
24   "Admit that the Incognito notice does not     16:55:14
25   represent that Incognito mode prevents        16:55:17
```

Page 231

```
 1    Google from collecting the information          16:55:20
 2    that you allege Google illegally               16:55:21
 3    'intercepted'"; do you see that?               16:55:24
 4         A.    I do see that.                       16:55:25
 5         Q.    And do you see that the response     16:55:26
 6    is "Denied"?                                   16:55:28
 7         A.    I do.                                16:55:29
 8         Q.    What's the basis for that            16:55:29
 9    denial?                                        16:55:31
10         A.    The fact that the Incognito          16:55:32
11    notice does represent that Incognito mode      16:55:33
12    prevents Google from collecting the            16:55:37
13    information.                                   16:55:38
14         Q.    How does it -- how does it           16:55:39
15    represent it?                                  16:55:42
16         A.    The words, it says that I can        16:55:43
17    browse privately.  It's got a little           16:55:46
18    spy-looking dude that suggests privacy as      16:55:49
19    well.  It says that my behavior may be         16:55:52
20    visible to certain websites, but they          16:55:57
21    don't say to them or to certain entities,      16:55:58
22    but they don't say to them, yeah, I think      16:56:02
23    we've gone over pretty clearly how the         16:56:04
24    Incognito notice led me to believe that        16:56:07
25    Incognito mode would prevent Google from       16:56:11
```

Page 232

| | | |
|---|---|---|
| 1 | collecting the information that Google | 16:56:13 |
| 2 | illegally intercepts. | 16:56:14 |
| 3 | Q.   And you would agree that the | 16:56:16 |
| 4 | Incognito notice does not mention the word | 16:56:20 |
| 5 | Google in it, correct? | 16:56:21 |
| 6 | A.   Well, the Incognito notice says | 16:56:25 |
| 7 | Chrome and it's in a Google product, but | 16:56:27 |
| 8 | I'm not aware of it having the word Google | 16:56:30 |
| 9 | in it, sure. | 16:56:32 |
| 10 | Q.   We can set that aside. | 16:56:46 |
| 11 | MS. TREBICKA:  We have now | 16:56:49 |
| 12 | uploaded as marked Exhibits 25 through | 16:56:50 |
| 13 | 28, the verifications we received | 16:56:59 |
| 14 | today, Mr. Byatt. | 16:57:02 |
| 15 | (Exhibits 25 through 28 | 16:57:02 |
| 16 | withdrawn from the record per | 16:57:02 |
| 17 | counsel's agreement.) | 16:57:02 |
| 18 | BY MS. TREBICKA: | 16:57:02 |
| 19 | Q.   We can go through them quickly, | 16:57:07 |
| 20 | I would just like you -- I would just like | 16:57:07 |
| 21 | to put them in the record, but Exhibit 25 | 16:57:07 |
| 22 | is a verification that declares under the | 16:57:10 |
| 23 | penalty of perjury that you have read the | 16:57:13 |
| 24 | foregoing answers and interrogatories and | 16:57:15 |
| 25 | that they are true and correct to the best | 16:57:18 |

Page 233

| | | |
|---|---|---|
| 1 | of your knowledge and belief; do you see | 16:57:20 |
| 2 | that? | 16:57:22 |
| 3 | A.    I do see that. | 16:57:22 |
| 4 | Q.    And this -- do you recall | 16:57:23 |
| 5 | preparing or signing this verification? | 16:57:27 |
| 6 | A.    Yeah, so remind me which | 16:57:34 |
| 7 | document is this for, which responses? | 16:57:35 |
| 8 | Q.    This is -- that's a very good | 16:57:38 |
| 9 | question.  And I will have to -- actually, | 16:57:40 |
| 10 | why don't we do this:  I'm going to skip | 16:57:46 |
| 11 | over these right now, and when we get back | 16:57:50 |
| 12 | on the record, we will have it matched.  I | 16:57:52 |
| 13 | thought they were matched but they're not, | 16:57:55 |
| 14 | so we'll match it to the particular | 16:57:57 |
| 15 | exhibits that you looked at earlier. | 16:57:59 |
| 16 | A.    The title in Exhibit Share does | 16:58:00 |
| 17 | say first set for that, second set for the | 16:58:03 |
| 18 | next one, et cetera.  I don't know if | 16:58:05 |
| 19 | that's helpful. | 16:58:07 |
| 20 | Q.    It probably is, but I'd like to | 16:58:07 |
| 21 | be more exact because there's also been | 16:58:11 |
| 22 | amended responses. | 16:58:12 |
| 23 | A.    Sure. | 16:58:13 |
| 24 | Q.    So why don't you -- | 16:58:14 |
| 25 | MS. TREBICKA:  Well, Tracy, I | 16:58:15 |

Page 234

| | | |
|---|---|---|
| 1 | know, will work her magic on this | 16:58:16 |
| 2 | while we can move on to something | 16:58:19 |
| 3 | else. | 16:58:21 |
| 4 | BY MS. TREBICKA: | 16:58:21 |
| 5 | Q.    Mr. Byatt, have you researched | 16:58:25 |
| 6 | whether other browsers also send | 16:58:27 |
| 7 | information about your browsing session to | 16:58:31 |
| 8 | Google? | 16:58:32 |
| 9 | MR. LEE:  Objection to form. | 16:58:33 |
| 10 | A.    Can you clarify what you mean by | 16:58:36 |
| 11 | "research"? | 16:58:38 |
| 12 | BY MS. TREBICKA: | 16:58:38 |
| 13 | Q.    Have you looked into whether | 16:58:39 |
| 14 | other browsers, other than Chrome, sent | 16:58:41 |
| 15 | your browsing information to Google? | 16:58:44 |
| 16 | A.    Well, I've read other browsers' | 16:58:47 |
| 17 | terms of services and privacy policies if | 16:58:55 |
| 18 | I've used those browsers, and any, you | 16:58:57 |
| 19 | know, representations that they make in | 16:59:02 |
| 20 | their private browsing modes, I would have | 16:59:05 |
| 21 | seen those.  I can't say whether I've | 16:59:08 |
| 22 | specifically researched further than -- | 16:59:11 |
| 23 | than those representations. | 16:59:17 |
| 24 | Q.    So sitting here today, do you | 16:59:18 |
| 25 | know whether using any other browser in | 16:59:21 |

Page 235

```
 1    private browsing mode prohibits          16:59:25
 2    information related to your private       16:59:27
 3    browsing to be sent to Google?            16:59:29
 4         A.    Well, no, I don't know because 16:59:31
 5    Chrome is the one that I use by far the   16:59:33
 6    most, and that's the one where I was      16:59:36
 7    making the choice based on the            16:59:40
 8    representation that they weren't sending  16:59:42
 9    that information.                         16:59:43
10         Q.    What kinds of devices,         16:59:46
11    electronic devices which have either a    16:59:48
12    Chrome web browser or a Chrome application 16:59:52
13    do you currently use, Mr. Byatt?          16:59:57
14         A.    I currently use my -- my cell  17:00:00
15    phone, my personal laptop and I have a    17:00:06
16    work computer.                            17:00:08
17         Q.    Is the work computer a desktop? 17:00:13
18         A.    Yes.                           17:00:16
19         Q.    Is your cell phone the Android 17:00:19
20    phone you were referring to earlier?      17:00:21
21         A.    One of them.  Over the length of 17:00:23
22    my usage of Chrome in general and this    17:00:26
23    lawsuit in particular, I have had both    17:00:29
24    multiple laptops and multiple phones, but, 17:00:32
25    yes, the phone that I am talking about is 17:00:35
```

Page 236

```
1    an Android device that we have discussed        17:00:40

2    earlier.                                         17:00:43

3         Q.    How long have you had this            17:00:43

4    particular phone?                                17:00:45

5         A.    I can't remember.  I think I got      17:00:47

6    it maybe in early 2020.  I don't remember        17:00:52

7    exactly.                                         17:00:59

8         Q.    Do you know how many phones you       17:01:00

9    have had since 2016?                             17:01:02

10        A.    Since 2016, I have had at least       17:01:06

11   two, but I don't recall more than that how       17:01:09

12   many.                                            17:01:18

13        Q.    Have you used any phones at the       17:01:18

14   same time or have they always been               17:01:20

15   replacements of each other?                      17:01:22

16        A.    I have -- there was a period          17:01:25

17   where I had my personal phone and then           17:01:29

18   there was a work phone that I would use          17:01:36

19   for developing apps from mobile and I            17:01:41

20   cannot remember at all.  I mean, I would         17:01:46

21   have used Chrome on it, but I can't              17:01:50

22   remember at all what accounts or anything        17:01:52

23   would have been on it.                           17:01:54

24        Q.    And does anyone have access to        17:01:56

25   your cell phone currently?                       17:01:58
```

Page 237

```
 1        A.    Not generally.                    17:02:01

 2        Q.    What about specifically?          17:02:08

 3        A.    Well, what I mean is that -- is   17:02:11

 4   that, you know, if my phone is plugged in    17:02:14

 5   playing music at a party, someone else       17:02:18

 6   might go over and, you know, change the      17:02:21

 7   song.  My -- my girlfriend might look at     17:02:23

 8   my phone, you know, while we're looking at   17:02:26

 9   it together.  You know, there's little       17:02:29

10   instances like that, but in general,         17:02:31

11   nobody else uses my phone.                   17:02:33

12        Q.    You also mentioned that you       17:02:35

13   currently have a personal laptop on which    17:02:36

14   you use Chrome, correct?                     17:02:39

15        A.    That's right.                     17:02:40

16        Q.    Sorry.  Let me actually back up   17:02:40

17   and say:  Do you use Chrome in Incognito     17:02:43

18   on your cell phone?                          17:02:45

19        A.    Yes.                              17:02:46

20        Q.    So back to your personal laptop.  17:02:46

21   How many laptops have you had during the     17:02:50

22   period since 2016?                           17:02:55

23        A.    Also at least two, maybe three.   17:03:03

24   I think three.  I think three.               17:03:09

25        Q.    Do you currently -- do you        17:03:16
```

Page 238

```
1    currently use only one?                      17:03:26

2         A.    I currently only use one laptop,  17:03:28

3    yes.                                         17:03:30

4         Q.    Does anybody --                   17:03:34

5         A.    Oh, you know what?  There are     17:03:35

6    two tablets that have also been used since   17:03:37

7    2016, neither of them gets used much,        17:03:40

8    which is why I forgot, but there are two     17:03:43

9    tablets that exist.                          17:03:46

10        Q.    And you have the Chrome           17:03:48

11   application on each of those tablets         17:03:49

12   installed?                                   17:03:52

13        A.    I honestly couldn't tell you.     17:03:55

14   Probably.  On one of them -- I actually      17:03:57

15   honestly don't know.  I can't -- I can't     17:04:02

16   recall specifically.                         17:04:04

17        Q.    What kind of tablets?             17:04:05

18        A.    One is an iPad.  The other one    17:04:06

19   is some other Android tablet.  I don't       17:04:10

20   know what it is.                             17:04:12

21        Q.    So back to your personal laptop.  17:04:16

22   Do you use Chrome in Incognito mode on       17:04:18

23   your personal laptop?                        17:04:22

24        A.    Yes.                              17:04:24

25        Q.    Does anybody else have access to  17:04:24
```

Page 239

1    that laptop?                                    17:04:26

2        A.    Same as with the phone, where        17:04:27

3    other people have certainly used it, but       17:04:30

4    not -- not regularly.  It is -- it is, in      17:04:34

5    general, only for me to use.                    17:04:38

6        Q.    Are you still in possession of        17:04:41

7    the other two laptops that you've had          17:04:44

8    since 2016 or that you've used since 2016?     17:04:46

9        A.    I'm in possession of one of          17:04:50

10   them.  The other one was -- it was like a      17:04:51

11   work-issued laptop that I kind of treated      17:04:55

12   like a combination, personal and work one,     17:04:59

13   and I would have given it back when I left     17:05:04

14   that firm.                                      17:05:06

15       Q.    For the one that's still in your      17:05:06

16   possession, does that also have a Chrome       17:05:08

17   browser installed on it?                        17:05:12

18       A.    I -- yeah, I don't recall             17:05:13

19   un-installing it so probably, but I            17:05:16

20   haven't turned it on in a while.                17:05:18

21       Q.    How long have you not turned it       17:05:19

22   on?                                             17:05:21

23       A.    I couldn't tell you                   17:05:22

24   specifically.                                   17:05:24

25       Q.    Has it been years?                    17:05:25

Page 240

```
 1        A.    No.                              17:05:26

 2        Q.    Did -- did you browse in         17:05:27

 3   Incognito mode on that browser, on that     17:05:31

 4   laptop?                                     17:05:34

 5        A.    Yes.                             17:05:35

 6        Q.    And you also mentioned a work    17:05:35

 7   computer.                                   17:05:40

 8        A.    That's right.                    17:05:41

 9        Q.    Does that have a Chrome browser  17:05:42

10   on it as well?                              17:05:44

11        A.    It does.                         17:05:45

12        Q.    Do you use it in Incognito mode? 17:05:47

13        A.    I have probably used it in --    17:05:50

14   oh, I have used it in Incognito mode, but   17:05:52

15   for the specific use case of -- various     17:05:55

16   software development things.  The most      17:06:02

17   common of which would be testing, like,     17:06:04

18   log-in functionality on things that I'm     17:06:09

19   doing without having to bother logging out  17:06:11

20   in my sort of main Chrome instance.         17:06:13

21        Q.    On your work computer, do you    17:06:17

22   log in to your personal Google accounts?    17:06:18

23        A.    I have.  I try not to make a     17:06:24

24   habit of it.                                17:06:30

25        Q.    Is it fair to say that once you  17:06:32
```

Page 241

| | | |
|---|---|---|
| 1 | log in, you generally also log back out | 17:06:34 |
| 2 | from your work computer? | 17:06:37 |
| 3 | A.    I can't recall specifically. | 17:06:43 |
| 4 | I'm not necessarily sure that I would have | 17:06:46 |
| 5 | logged in and then immediately logged out. | 17:06:51 |
| 6 | I think it would probably depend on how | 17:06:53 |
| 7 | I've -- I've logged in.  So just, for | 17:06:58 |
| 8 | example, if I have used Google's single | 17:07:02 |
| 9 | sign on service to sign in with my | 17:07:06 |
| 10 | personal account to something that's | 17:07:10 |
| 11 | relevant for work, I'm not sure that I | 17:07:12 |
| 12 | necessarily would have signed out after | 17:07:14 |
| 13 | that. | 17:07:15 |
| 14 | If I signed in to my e-mail, but | 17:07:15 |
| 15 | like my actual Gmail, I'm more than likely | 17:07:17 |
| 16 | to have signed out.  But yeah, I can't say | 17:07:22 |
| 17 | with certainty. | 17:07:24 |
| 18 | Q.    What's your understanding of the | 17:07:25 |
| 19 | Google single sign on service? | 17:07:26 |
| 20 | A.    That's a big question.  Could | 17:07:29 |
| 21 | you be more specific? | 17:07:31 |
| 22 | Q.    Sure.  You used the term Google | 17:07:32 |
| 23 | single sign in service -- | 17:07:38 |
| 24 | A.    Yeah. | 17:07:39 |
| 25 | Q.    -- in your answer, correct? | 17:07:41 |

Page 242

| | | |
|---|---|---|
| 1 | A.    I did, yes. | 17:07:42 |
| 2 | Q.    What did you mean by that when | 17:07:43 |
| 3 | you used it in your answer? | 17:07:44 |
| 4 | A.    I meant the functionality that | 17:07:47 |
| 5 | Google provides to third-party websites | 17:07:51 |
| 6 | that allow a person to log on to that | 17:07:55 |
| 7 | website using their Google account. | 17:07:59 |
| 8 | Q.    And you've used that | 17:08:04 |
| 9 | functionality before? | 17:08:05 |
| 10 | A.    Yes. | 17:08:07 |
| 11 | Q.    I -- did I ask you about your | 17:08:13 |
| 12 | tablets, if you've used Chrome Incognito | 17:08:15 |
| 13 | on your tablets? | 17:08:20 |
| 14 | A.    I don't recall you asked me | 17:08:21 |
| 15 | about Incognito specifically -- | 17:08:24 |
| 16 | Q.    Or that I asked -- | 17:08:26 |
| 17 | (Reporter clarification.) | 17:08:26 |
| 18 | A.    I do not -- | 17:08:26 |
| 19 | BY MS. TREBICKA: | 17:08:26 |
| 20 | Q.    Sorry.  Let me just start over | 17:08:26 |
| 21 | then. | 17:08:29 |
| 22 | So for your tablets, you | 17:08:29 |
| 23 | mentioned that you have had two tablets | 17:08:30 |
| 24 | since 2016, correct? | 17:08:32 |
| 25 | A.    That's correct. | 17:08:33 |

Page 243

1      Q.    One is an iPad tablet, correct?        17:08:34

2      A.    That's right.                          17:08:37

3      Q.    Did you have a Chrome                   17:08:37

4    application installed in that iPad?            17:08:39

5      A.    I can't remember.  Probably, but       17:08:43

6    I -- yeah, I -- yeah.  Yeah, I can't           17:08:48

7    remember.                                      17:08:52

8      Q.    What about the Android tablet,         17:08:55

9    do you remember installing or having           17:08:57

10   installed, at some point, a Google Chrome      17:08:59

11   application on that tablet?                    17:09:02

12     A.    So that one, I don't remember          17:09:06

13   ever installing or using Chrome on it.         17:09:08

14   It's got a limited use case.  I use it in      17:09:11

15   my truck for off road GPS mapping, but         17:09:14

16   I -- I potentially could have also             17:09:20

17   installed Chrome for, you know,                17:09:23

18   convenience at some point, but I don't         17:09:25

19   remember ever doing it.                        17:09:27

20     Q.    Is that one still in your truck?       17:09:29

21     A.    It's in my glove box, yes.             17:09:32

22     Q.    Do you still use it?                    17:09:34

23     A.    When I go on long road trips           17:09:37

24   or -- or off-roading, yes.  So I don't use     17:09:39

25   it very often, but I do use it.                17:09:41

Page 244

```
 1        Q.    Are you signed into your Google       17:09:43

 2   accounts in that iPad -- I'm sorry --            17:09:46

 3   tablet?                                          17:09:49

 4        A.    I think so.                           17:09:50

 5        Q.    Mr. Byatt, what did you do to         17:10:00

 6   prepare for your deposition today?               17:10:02

 7             MR. LEE:  Before you answer that       17:10:05

 8        question, Mr. Byatt, counsel does not       17:10:06

 9        mean in her question for you to             17:10:12

10        interpret that to mean that she wants       17:10:14

11        you to reveal any communications            17:10:16

12        you've had with your lawyers.  So you       17:10:18

13        can answer her question to the extent       17:10:19

14        that you can answer it without              17:10:21

15        revealing any communications that we        17:10:22

16        have.                                        17:10:24

17             THE WITNESS:  Sure.                     17:10:26

18        A.    I got a full night's rest.  I         17:10:27

19   took the day off of work.  I'm not -- I          17:10:33

20   don't -- yeah.  Yeah, I think that would         17:10:44

21   probably be it without going further.            17:10:45

22   BY MS. TREBICKA:                                 17:10:45

23        Q.    Did you take a day off of work        17:10:50

24   yesterday or you mean today?                     17:10:52

25        A.    Today.                                17:10:53
```

Page 245

| | | |
|---|---|---|
| 1 | Q.    Did you take your day off of | 17:10:55 |
| 2 | work yesterday as well? | 17:10:56 |
| 3 | A.    On a Sunday?  I mean, I -- I had | 17:10:58 |
| 4 | Sunday off because it's Sunday. | 17:11:00 |
| 5 | Q.    You will not believe this, but I | 17:11:04 |
| 6 | was actually confused.  I've been working | 17:11:06 |
| 7 | all weekend, so for me, the Sunday did not | 17:11:13 |
| 8 | mean much.  I'm not sure I want that on | 17:11:16 |
| 9 | the record, but anyway, there it is. | 17:11:19 |
| 10 | Mr. Byatt, did you meet with | 17:11:22 |
| 11 | your counsel in preparation for your | 17:11:24 |
| 12 | deposition?  And I don't want you to | 17:11:26 |
| 13 | reveal any of the content of the | 17:11:28 |
| 14 | communication.  You may just answer yes or | 17:11:31 |
| 15 | no. | 17:11:34 |
| 16 | MR. LEE:  Right.  And just to | 17:11:35 |
| 17 | give Mr. Byatt comfort, you can answer | 17:11:36 |
| 18 | that limited question of -- without | 17:11:39 |
| 19 | revealing any communications. | 17:11:41 |
| 20 | A.    Yes. | 17:11:42 |
| 21 | BY MS. TREBICKA: | 17:11:42 |
| 22 | Q.    How long did you meet with -- | 17:11:43 |
| 23 | with your counsel? | 17:11:46 |
| 24 | MR. LEE:  You can answer that. | 17:11:47 |
| 25 | A.    A couple hours. | 17:11:48 |

Page 246

```
 1   BY MS. TREBICKA:                           17:11:48

 2       Q.    When did you meet with your      17:11:54

 3   counsel?                                   17:11:55

 4             MR. LEE:  You can answer that.   17:11:57

 5       A.    We met in preparation for this a 17:11:59

 6   little bit yesterday and had a phone call  17:12:03

 7   as well.                                   17:12:07

 8   BY MS. TREBICKA:                           17:12:07

 9       Q.    And the meeting yesterday was a  17:12:09

10   couple of hours; is that your testimony?   17:12:11

11             MR. LEE:  You can answer that.   17:12:14

12       A.    Yeah.                            17:12:15

13   BY MS. TREBICKA:                           17:12:15

14       Q.    And how about the phone call,    17:12:16

15   how long was the phone call in preparation 17:12:18

16   for this deposition?                       17:12:20

17       A.    Short, under an hour.            17:12:23

18       Q.    Did you review any documents in  17:12:25

19   preparation for the deposition?            17:12:27

20             MR. LEE:  You can answer that.   17:12:30

21       A.    Yes.                             17:12:32

22   BY MS. TREBICKA:                           17:12:32

23       Q.    How many, approximately?         17:12:33

24             MR. LEE:  You can answer.        17:12:36

25       A.    I don't know.                    17:12:37
```

Page 247

```
 1    BY MS. TREBICKA:                        17:12:37

 2        Q.    Not even a rough estimate?     17:12:40

 3        A.    More than one, less than 100.  17:12:43

 4        Q.    Did any of your -- of these    17:12:48

 5    documents that you reviewed refresh your  17:12:50

 6    recollection as to anything in particular? 17:12:52

 7              MR. LEE:  I'm going to ask you  17:13:01

 8        not to answer that one.              17:13:03

 9              THE WITNESS:  Okay.            17:13:03

10              MR. LEE:  I think that's too   17:13:04

11        close a line.                        17:13:06

12              MS. TREBICKA:  Mr. Lee, you're 17:13:07

13        instructing the witness not to answer? 17:13:10

14              MR. LEE:  Yeah.                17:13:11

15              MS. TREBICKA:  Okay.  That is  17:13:12

16        actually a perfectly appropriate     17:13:14

17        question, and we will have to call   17:13:15

18        Mr. Byatt back to answer that question 17:13:16

19        once we -- you know, if we feel the  17:13:21

20        need to take it up with the court, but 17:13:23

21        we will take a break shortly so -- and 17:13:25

22        if you'd like to rethink and allow   17:13:27

23        Mr. Byatt to answer, we can do that.  17:13:30

24              MR. LEE:  What was the question 17:13:32

25        again?  Can you just say the same     17:13:33
```

Page 248

| | | |
|---|---|---|
| 1 | question again? | 17:13:35 |
| 2 | MS. TREBICKA:  Yeah, sure. | 17:13:36 |
| 3 | Whether he reviewed any documents that | 17:13:37 |
| 4 | refreshed his recollection. | 17:13:39 |
| 5 | MR. LEE:  You know what, I am | 17:13:42 |
| 6 | going to let him answer that.  You can | 17:13:48 |
| 7 | answer that. | 17:13:50 |
| 8 | A.    Yes. | 17:13:51 |
| 9 | BY MS. TREBICKA: | 17:13:51 |
| 10 | Q.    Which ones refreshed your | 17:13:52 |
| 11 | recollection? | 17:13:53 |
| 12 | MR. LEE:  You can answer that. | 17:13:55 |
| 13 | A.    I -- I couldn't necessarily say | 17:13:57 |
| 14 | exactly.  Yeah, I mean, to have refreshed | 17:14:03 |
| 15 | my -- my recollection, I don't know, | 17:14:13 |
| 16 | probably a lot of them refreshed it in -- | 17:14:17 |
| 17 | in -- in some way, but yeah, I couldn't | 17:14:20 |
| 18 | say specifically. | 17:14:23 |
| 19 | BY MS. TREBICKA: | 17:14:23 |
| 20 | Q.    And right now my question is | 17:14:25 |
| 21 | which documents? | 17:14:27 |
| 22 | A.    Right. | 17:14:29 |
| 23 | Q.    Okay. | 17:14:30 |
| 24 | A.    Yeah, I understand.  What I'll | 17:14:30 |
| 25 | say is, to be clear about what we mean by | 17:14:33 |

Page 249

| | | |
|---|---|---|
| 1 | refreshed recollection, I had not | 17:14:36 |
| 2 | forgotten about any of the documents.  I | 17:14:39 |
| 3 | had not forgotten what any of the | 17:14:41 |
| 4 | documents were, but I can't say how much | 17:14:43 |
| 5 | of my memory of the content or structure | 17:14:50 |
| 6 | of those documents had, you know, maybe | 17:14:55 |
| 7 | faded slightly and was -- was slightly | 17:14:58 |
| 8 | refreshed.  I didn't know to be keeping | 17:15:01 |
| 9 | track of that. | 17:15:03 |
| 10 | Q.    No, that's fair.  And that | 17:15:05 |
| 11 | wasn't really the thrust of my question. | 17:15:07 |
| 12 | The thrust of my question is what types of | 17:15:09 |
| 13 | documents or particular documents | 17:15:11 |
| 14 | refreshed your recollection? | 17:15:12 |
| 15 | MR. LEE:  Asked and answered. | 17:15:15 |
| 16 | You can answer. | 17:15:17 |
| 17 | A.    Yeah, I'm literally giving the | 17:15:18 |
| 18 | best answer that I can on this. | 17:15:21 |
| 19 | BY MS. TREBICKA: | 17:15:21 |
| 20 | Q.    Did you have any relationship | 17:15:25 |
| 21 | prior to this case with any of the lawyers | 17:15:28 |
| 22 | at the law firm Boies Schiller Flexner? | 17:15:32 |
| 23 | A.    No. | 17:15:36 |
| 24 | Q.    What about with the lawyers at | 17:15:36 |
| 25 | Susman Godfrey? | 17:15:39 |

Page 250

```
 1        A.    No.                             17:15:40

 2        Q.    What about with the lawyers at  17:15:41

 3   Morgan & Morgan?                           17:15:43

 4        A.    No.                             17:15:46

 5        Q.    Did you have any relationship   17:15:46

 6   prior to this case with any of the lawyers 17:15:48

 7   that are representing you in this action?  17:15:50

 8        A.    No.                             17:15:53

 9        Q.    Have you ever been involved in  17:15:53

10   other class actions as named plaintiff     17:15:57

11   before?                                    17:16:01

12        A.    No.                             17:16:01

13        Q.    Have you ever been involved in  17:16:01

14   any litigation before?                     17:16:03

15        A.    Not that I can think of, no.    17:16:11

16             MS. TREBICKA:  James, I'd like   17:16:13

17        to take a few minutes because -- off  17:16:15

18        the record -- so that we can          17:16:17

19        straighten out the verifications --   17:16:18

20             MR. LEE:  Okay.                  17:16:22

21             MS. TREBICKA:  -- which          17:16:22

22        interrogatory response they go with   17:16:23

23        and we're probably close to done after 17:16:25

24        that -- other than that.             17:16:27

25             MR. LEE:  Okay, how much time do 17:16:27
```

Page 251

| | | |
|---|---|---|
| 1 | you think you'll need? | 17:16:28 |
| 2 | MS. TREBICKA:  Let's say five | 17:16:29 |
| 3 | minutes, but Tracy will have to | 17:16:32 |
| 4 | correct me.  I don't know if she needs | 17:16:34 |
| 5 | more. | 17:16:36 |
| 6 | MS. GAO:  Yes, five should be | 17:16:37 |
| 7 | fine. | 17:16:39 |
| 8 | MR. LEE:  Okay.  We'll be back | 17:16:40 |
| 9 | in five. | 17:16:41 |
| 10 | MS. TREBICKA:  Sounds good. | 17:16:42 |
| 11 | THE VIDEOGRAPHER:  Going off the | 17:16:42 |
| 12 | record.  The time is 5:16 p.m. | 17:16:43 |
| 13 | (Whereupon, a brief recess is | 17:36:58 |
| 14 | taken.) | 17:37:06 |
| 15 | THE VIDEOGRAPHER:  Back on the | 17:37:06 |
| 16 | record.  The time is 5:40 p.m. | 17:40:57 |
| 17 | MS. TREBICKA:  While off the | 17:41:03 |
| 18 | record, defense counsel and | 17:41:04 |
| 19 | plaintiff's counsel had a | 17:41:05 |
| 20 | meet-and-confer about certain | 17:41:06 |
| 21 | verifications that plaintiff's counsel | 17:41:11 |
| 22 | served on Google today, and they were | 17:41:12 |
| 23 | Mr. Byatt's verifications.  We met and | 17:41:15 |
| 24 | conferred, reviewed the exhibits that | 17:41:18 |
| 25 | we have introduced today as well as | 17:41:21 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the verifications, and we have agreed | 17:41:22 |
| 2 | that these verification pages will be | 17:41:25 |
| 3 | appended to Exhibit 19, Exhibit 22, | 17:41:28 |
| 4 | and Exhibit 23 and that, with | 17:41:33 |
| 5 | counsel's agreement, we will be | 17:41:36 |
| 6 | sending those particular pages to the | 17:41:38 |
| 7 | production department of the court | 17:41:42 |
| 8 | reporter so that the exhibits can be | 17:41:44 |
| 9 | amended pursuant to this agreement, | 17:41:48 |
| 10 | and I understand that Mr. Lee agrees | 17:41:50 |
| 11 | to all of this. | 17:41:52 |
| 12 | MR. LEE:  Correct. | 17:41:54 |
| 13 | MS. TREBICKA:  With that, Google | 17:41:56 |
| 14 | has no further questions. | 17:41:58 |
| 15 | MR. LEE:  Okay. | 17:42:00 |
| 16 | EXAMINATION | 17:42:00 |
| 17 | BY MR. LEE: | 17:42:00 |
| 18 | Q.   Mr. Byatt, I only have a very | 17:42:03 |
| 19 | limited set of questions.  If you could | 17:42:05 |
| 20 | pull up what's been previously marked as | 17:42:07 |
| 21 | Exhibit 9. | 17:42:09 |
| 22 | A.   I have that open. | 17:42:14 |
| 23 | Q.   Okay.  And do you recall counsel | 17:42:15 |
| 24 | for Google asking you questions about this | 17:42:16 |
| 25 | document? | 17:42:19 |

Page 253

```
1        A.    I do.                            17:42:20

2        Q.    And prior to today's deposition, 17:42:20

3   had you ever seen this document before?     17:42:23

4        A.    Not that I recall.               17:42:24

5        Q.    And do you know how you would    17:42:26

6   access this page through Google's website   17:42:29

7   or in any other way?                        17:42:32

8        A.    No.                              17:42:35

9             MS. TREBICKA:  Objection.  So,    17:42:35

10        Mr. Byatt, now it's my turn to object. 17:42:36

11        So just give me a beat, please.        17:42:40

12        Objection to form, leading.            17:42:43

13  BY MR. LEE:                                  17:42:43

14       Q.    Okay.  You recall the -- the      17:42:47

15  areas of this document on the first page     17:42:51

16  that counsel for Google asked questions      17:42:54

17  about?                                       17:42:57

18       A.    Yes, I do.                        17:42:58

19       Q.    And anywhere in that -- in        17:43:00

20  that -- under that section "Your activity    17:43:02

21  might still be visible to you," does it      17:43:04

22  say Google anywhere in those -- those        17:43:07

23  primary bullets?                             17:43:14

24             MS. TREBICKA:  Objection to       17:43:16

25        form.                                  17:43:17
```

Page 254

```
 1              MR. LEE:  You know what, let me      17:43:17
 2         re-ask it.                                17:43:18
 3    BY MR. LEE:                                    17:43:18
 4         Q.    Under "Your activity might still    17:43:19
 5    be visible," where it states the first two     17:43:21
 6    bullets that reference websites, is there      17:43:24
 7    any reference to Google there?                 17:43:27
 8         A.    There is not.                       17:43:30
 9              MS. TREBICKA:  Same objection.       17:43:31
10    BY MR. LEE:                                    17:43:31
11         Q.    Does it say -- does it make any     17:43:37
12    reference to Google Analytics in those         17:43:39
13    first two bullets?                             17:43:43
14              MS. TREBICKA:  Same objection.       17:43:44
15         A.    It does not.                        17:43:45
16    BY MR. LEE:                                    17:43:45
17         Q.    Does it make any reference to       17:43:46
18    Google Ad Manager in those bullets?            17:43:49
19              MS. TREBICKA:  Same objection.       17:43:53
20         A.    It does not.                        17:43:53
21    BY MR. LEE:                                    17:43:53
22         Q.    Does -- is there any indication     17:43:55
23    in this document that -- that the language     17:43:56
24    here somehow replaces or supersedes            17:44:01
25    Google's privacy policy or the Incognito       17:44:04
```

Page 255

1    splash screen?                              17:44:08

2          MS. TREBICKA:  Same objection.        17:44:10

3      A.    Not that I particularly see.        17:44:11

4    BY MR. LEE:                                 17:44:11

5      Q.    And when you were asked             17:44:13

6    questions about this document, do you       17:44:15

7    recall that you gave an answer and you --   17:44:20

8    you requested that you -- you get to add a  17:44:22

9    little more to your answer, but you         17:44:25

10   weren't able to do so because another       17:44:28

11   question was interposed?                    17:44:31

12     A.    I do recall that.                    17:44:34

13          MS. TREBICKA:  Objection,            17:44:34

14       misstates the record.                   17:44:35

15          Go ahead.                            17:44:37

16   BY MR. LEE:                                 17:44:37

17     Q.    Just for the clarity of the         17:44:41

18   record, would you like to complete your     17:44:42

19   answer that you weren't able to give when   17:44:44

20   counsel for Google was examining you?       17:44:46

21          MS. TREBICKA:  Objection, calls      17:44:47

22       for a narrative, leading.               17:44:49

23     A.    Still answer?                        17:44:53

24   BY MR. LEE:                                 17:44:53

25     Q.    Yeah.                                17:44:54

Page 256

```
 1        A.    Yeah.  So what I was going to      17:44:55

 2   say was that I understand how -- you know,    17:44:58

 3   it's this use of the word might still be      17:45:04

 4   visible to websites you visit including       17:45:06

 5   the ads and resources on those sites.  I      17:45:08

 6   understand that Chrome and Google wouldn't    17:45:11

 7   necessarily be responsible for how            17:45:14

 8   Facebook ads or some other advertiser         17:45:18

 9   works, but I would expect them to know and    17:45:22

10   be able to represent to me specifically       17:45:24

11   what Google is doing.                         17:45:27

12        MR. LEE:  Thank you, Mr. Byatt.          17:45:33

13   I have no further questions.                  17:45:34

14        MS. TREBICKA:  No cross.                 17:45:36

15        MR. LEE:  All right.  I think            17:45:40

16   we're done.                                   17:45:41

17        MS. TREBICKA:  Thank you.  Thank         17:45:46

18   you, all.                                     17:45:46

19        THE VIDEOGRAPHER:  This                   17:45:47

20   completes today's deposition.  The            17:45:47

21   time is 5:45 p.m.                             17:45:49

22        MR. LEE:  Belle, for the                 17:45:57

23   plaintiff, we'd like to order the             17:45:59

24   rough.  We'll take an expedite as             17:46:01

25   well.                                         17:47:12
```

Page 257

1            (Time noted:  5:45 p.m.)

2

3    _____

            WILLIAM BYATT

4

5

    _____

6    Subscribed and sworn to

    before me this _____

7    day of _____ 2022.

8    _____

            Notary Public

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 258

```
1                    CERTIFICATION

2

3        I, BELLE VIVIENNE, a Nationally

4    Certified Realtime Reporter, do hereby

5    certify:

6        That the witness whose testimony as

7    herein set forth, was duly sworn by me;

8    and that the within transcript is a true

9    record of the testimony given by said

10   witness.

11       I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I am

14   in no way interested in the outcome of

15   this matter.

16       IN WITNESS WHEREOF, I have hereunto

17   set my hand this 23rd day of December

18   2021.

19

20        Belle Vivienne

21       BELLE VIVIENNE, CRR, CCR, RPR

22

23               *      *      *

24

25

                                    Page 259
```

```
 1    VIOLA TREBICKA, ESQ.

 2    violatrebicka@quinnemanuel.com

 3                                      December 23, 2021

 4    RE: BROWN VS. GOOGLE LLC

 5    DECEMBER 20, 2021, WILLIAM BYATT, JOB NO. 5001125

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25
```

Page 260

1     __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9     _X_Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1    RE: BROWN VS. GOOGLE LLC

 2    WILLIAM BYATT, JOB NO. 5001125

 3                  E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    WITNESS                                Date

25
```

Page 262

[& - 3]

## &

**&**  2:9,14 9:11
116:22 226:5
251:3 260:23
261:9

## 0

**0001**  41:16
**02/29/2012**  4:8
104:8
**03664**  1:7
**04/16/2007**  4:8
104:7
**08/20/2020**  4:13
123:3

## 1

**1**  3:15,18 4:23
31:15,20 32:7,14
33:5 35:1 50:24
51:14 105:13
166:21,25 200:25
205:13 206:14
261:1
**10**  4:17 148:15,16
148:22 156:5,7,9
201:1 206:13
211:12
**100**  2:5 22:2
223:18 248:3
**104**  4:8
**10th**  2:14
**11**  4:19 6:9 156:2
156:10,12 168:3
201:1 205:14,22
216:6,24
**110**  10:8
**112**  4:9
**11:04**  1:13 8:2
**11:51**  49:25
**12**  4:20,20 166:19
166:19,22,23,23

201:1 219:1
**12-15**  6:14 218:23
**123**  4:13
**12:01**  50:4
**12:59**  98:5
**13**  5:5 76:22 78:6
78:17,18 111:21
174:12,17,22
175:1,4 189:10
201:1 219:13
223:20
**13760**  10:7
**14**  5:7 78:7,8 79:3
126:14 195:6,13
196:4 197:11
198:10 223:8
**142**  4:16
**147**  157:24
**148**  4:18
**15**  5:9 195:16
199:5,6 201:22
219:1 221:16
228:24 229:2,3
231:20,22
**156**  4:19
**16**  5:11 6:19 70:2
104:4 195:19
201:21,24,25
220:11,15 221:14
221:15,16 223:19
**166**  4:24
**17**  5:13 174:21
195:22 202:18
**172**  200:20
**174**  5:6
**18**  5:15 195:6,25
203:22
**19**  5:17 77:12
200:9,12 205:1,2
205:10 253:3

**195**  5:8,10,12,14
5:16
**1:00**  87:24 88:4
98:1
**1:49**  98:9
**1:51**  49:24

## 2

**2**  3:16 5:6 50:20
50:23 51:8 63:12
63:22 66:5 120:21
120:23 151:5
174:18,23 176:2
200:25 221:16
**20**  1:12 5:21 8:3
49:16 123:10
206:11,15 216:11
216:12 223:16
260:5
**2004**  105:13
**2004-09-01**  198:21
**2006**  162:23
**2007**  104:4 106:18
**2008**  105:6,20
**2008-01-28**  199:20
**201**  2:9
**2012**  104:5 106:18
**2016**  36:5,6 162:22
176:21 237:9,10
238:22 239:7
240:8,8 243:24
**2017-01-17**  202:12
**2018**  112:24
113:22 116:3
**2019**  112:7,25
113:23 116:4
**2019-02-21**  203:12
**2020**  123:10 237:6
**2020-12-09**  204:9
**2021**  1:12 3:18
4:20 8:3 50:24
51:14 77:12

166:19,23 174:19
205:15,23 206:14
218:17 259:18
260:3,5
**2022**  258:7
**2025.520**  260:9,12
**205**  5:20
**206**  5:25
**21**  6:5 112:24
216:3,21 217:3,5,8
**213.443.3000**  2:15
**216**  6:9
**218**  6:14
**22**  6:10 218:17,20
225:25 253:3
**220**  6:19
**23**  6:15 220:7,12
225:25 253:4
260:3
**23rd**  259:17
**24**  125:14 227:19
227:20 228:6
**25**  112:7 113:22
233:12,15,21
**253**  3:8
**25368**  259:20
**256th**  10:7
**26**  104:3
**2600**  200:20
**28**  105:20 112:24
119:17 233:13,15
**2800**  2:5
**282**  157:17 158:3,4
**29**  104:5
**299-5127**  1:22
**2:55**  148:5
**2nd**  2:5

## 3

**3**  3:19 51:23 52:1
52:2 70:2,3,8,18
78:18 169:1

**[3 - actual]**

175:13 176:9
200:25 219:13
**3.2** 79:4
**30** 218:17 261:1
**305.539.8400** 2:6
**32** 3:15
**33032** 10:8
**33131** 2:6
**33602** 2:10
**35** 141:12
**38** 31:20
**39** 88:19
**3:06** 148:9

**4**

**4** 3:21 4:24 52:7
76:18,19 166:21
166:25 168:25
169:2,12 174:21
175:11,14 200:25
**40** 111:25
**4:28** 218:10
**4:39** 218:14

**5**

**5** 3:22 4:24 63:15
63:16,18 88:19,20
122:25 166:21
167:1 200:25
**50** 3:18 126:7
226:6,12
**5001125** 1:22
260:5 262:2
**5:16** 252:12
**5:20** 1:7
**5:40** 252:16
**5:45** 257:21 258:1

**6**

**6** 4:6 63:19,20
65:23,25 103:24
103:25 104:6,10
174:19 201:1

205:14 228:24
229:1,6

**7**

**7** 4:9 66:15 109:14
111:24 112:1,3
151:2,3 168:4,6,7
201:1 206:13
211:14,15 228:24
229:1,7 230:8
**7.1** 109:21
**7.2** 110:11
**70** 3:20
**73** 158:1
**76** 3:21
**7th** 2:9

**8**

**8** 4:10 122:24
123:1 127:2 201:1
231:19
**813.223.5505** 2:10
**865** 2:14
**866** 1:22
**88** 3:23

**9**

**9** 3:7 4:14 141:12
141:22 142:1,7
201:1 253:21
**90017** 2:15

**a**

**a.m.** 1:13 8:2
49:24,25
**abide** 61:1 119:14
**ability** 11:15 72:19
73:17 153:23
154:13,19 155:21
155:23 218:1
**able** 14:20 30:8,14
32:12 34:1 42:18
43:13,17,19 73:9

106:14 148:20
149:21,25 204:25
215:17 256:10,19
257:10
**absolute** 22:20
**absolutely** 25:19
68:2 134:3 155:8
**academic** 83:1
**accept** 12:22 55:22
56:16,20 57:9
**accepted** 34:19
56:24 101:6,7
102:19,24 103:4
106:1
**accepting** 56:14
**access** 97:24 150:3
163:6,7,17 190:21
191:14 192:7
193:8 195:12
204:21 231:3
237:24 239:25
254:6
**accessed** 171:10
**accessing** 193:4
**accommodate** 88:8
**account** 29:25
56:22 95:3 96:15
97:6 103:1 105:1
105:9,25 128:4
163:2,3,6,9 165:19
177:17 178:10,13
178:14,15,19,23
188:13 189:3,6,8
191:8,13,20,24
192:7,18 198:13
199:1,8 202:23
203:14,25 204:21
242:10 243:7
**accounting** 45:1

**accounts** 161:9,15
161:18,23 162:4,8
162:16,19 163:12
163:14,15,16
177:6,9 180:21
187:15,20,21
188:19 189:11,15
189:17,18,21
190:3,6,7,15,22,24
191:2,7,17 192:10
193:1,23,25 194:6
194:10,18 195:9
196:9 197:1,4,22
198:6,25 237:22
241:22 245:2
**accuracy** 204:12
**accurate** 91:13,14
154:20 184:3
205:24 219:9
220:21 221:1
224:17
**accurately** 179:22
181:2
**acting** 76:7
**action** 9:4 251:7
259:13
**actions** 251:10
**activities** 128:3
**activity** 12:1 41:3
117:7 121:3 127:5
127:12,21,23
135:21 136:7,13
137:2 143:21
144:1,2 145:8
146:1,7 151:15,16
199:23,24 200:5
225:7,11 254:20
255:4
**actual** 155:14
176:1 180:1
242:15

Veritext Legal Solutions
866 299-5127

[ad - answer]

**ad**  3:22 72:6 87:5
  87:12,17 88:20
  89:13,20,22 91:9
  255:18
**adblock**  87:8,8
**add**  3:20 70:4 71:1
  71:13,16,21,24
  72:12,18,22 73:4,6
  73:9,12,17 74:21
  87:5 256:8
**addition**  124:3
  130:17
**additional**  161:6
  189:21 223:17
  226:4
**address**  10:6
  105:8,10 117:7
  121:2 134:13
  192:21 195:4
  200:5 202:15
  204:20 213:22
  214:12,21
**addresses**  105:17
  177:1 194:22
  200:14,17,19
  201:4,5,6,15 203:8
**adjust**  115:3
**admin**  163:7
**administer**  191:12
**administered**
  191:6
**administrative**
  191:14
**administrators**
  191:8
**admission**  228:8
  228:11 229:6,10
  231:20,22,23
**admit**  229:11
  230:8 231:24

**ads**  24:4,6,7,9,12
  24:23,25 25:5,21
  25:25 26:10,12,16
  26:19 27:2,22
  89:25 90:13 91:2
  91:5,19,21 92:5,10
  92:13,19 115:14
  144:6,10,12 145:4
  145:9 146:2,9,16
  146:18,24 166:6
  208:24,25 257:5,8
**adssettings.goog...**
  88:14
**adult**  36:6,10
  209:18,19,23
**adulthood**  36:13
**advertisement**
  27:18
**advertisements**
  28:20
**advertiser**  257:8
**advertisers**  27:11
  27:11 28:22 67:8
**advertising**  26:22
  41:14 96:10
  215:20
**advise**  75:11
**advised**  15:25
**advisory**  45:1
**affect**  40:1
**affiliated**  161:13
**affirm**  12:15,19
**affirmative**  17:6,8
  18:4,6,12,15,16,22
**affirmatively**
  83:11
**affirmed**  179:24
**afternoon**  98:11
**age**  36:8 223:20
**aggregate**  67:7

**ago**  105:6 111:22
  161:5 162:20
  222:23
**agree**  8:15 12:22
  22:25 23:19 25:16
  73:15,23,24 78:21
  80:16,23 138:22
  139:5 144:20
  145:1 146:4
  151:19 184:14
  186:19 200:10
  215:19 233:3
**agreed**  110:11
  183:18 253:1
**agreeing**  13:5
  56:10,12 151:18
**agreement**  102:7
  110:25 196:14,15
  196:24 197:25
  233:17 253:5,9
**agreements**  197:6
**agrees**  253:10
**ahead**  107:22
  134:19 153:14
  256:15
**al**  8:6
**algorithm**  215:7
**allege**  232:2
**alleged**  158:17
  159:12
**allow**  132:8 182:6
  208:22 225:1
  243:6 248:22
**allowed**  185:14
**allowing**  208:9
**allows**  139:13
  208:22
**alternatives**
  166:11
**altogether**  15:24

**amended**  4:19,20
  5:22 156:2,6,18
  166:19,24 169:11
  176:10 205:11
  206:5,11,16 207:9
  228:6 234:22
  253:9
**amounts**  224:6
  225:4
**ample**  45:10
**analysis**  66:18
  67:1
**analytics**  3:19
  41:15 67:8,9,10,11
  67:16,16,20 68:4
  68:11,21 69:2,3
  70:1,3 72:11,17,21
  72:22,24 73:6,16
  73:19 74:19,20
  79:18,22 80:20,25
  96:9 144:13,21
  145:2 146:19
  158:20 255:12
**analytics.js**  72:25
**analyze**  66:22
  128:16
**analyzer**  128:10
**android**  176:23
  189:1 236:19
  237:1 239:19
  244:8
**angeles**  2:15
**anonymity**  17:6,9
  17:11 18:4,6,12,16
  18:22 21:17
**anonymous**  19:19
  21:23,23 22:7,12
**answer**  7:5 11:14
  11:14 16:9,14
  19:9 36:17,23
  40:19 43:1 48:22

[answer - avoid]

60:8 62:15 68:14
75:9,12 76:12,13
76:16 92:1,16
93:10 96:4,6
107:4,22 108:4
109:5 116:16
126:10,11 130:4
131:2,4,5 132:6,9
133:3 137:17,21
137:23 147:11
150:8,10 158:15
161:4 171:18
172:19 180:24
181:5,8,13,20,25
182:3 183:12,22
184:10,22,23
185:8 186:1,7
208:3 212:9
214:25 217:12
221:14 226:14
227:2,5,6 242:25
243:3 245:7,13,14
246:14,17,24
247:4,11,20,24
248:8,13,18,23
249:6,7,12 250:16
250:18 256:7,9,19
256:23
**answered** 18:20
44:7 92:15 125:19
169:24 171:14
213:9 250:15
**answering** 167:17
**answers** 14:4
168:12,17,20
175:21 181:21
184:4 185:21
187:8 205:19
215:6 233:24
**anybody** 239:4,25

**anymore** 162:7
**anyway** 44:8
74:13 104:20
246:9
**apartment** 10:8
**apologize** 39:17
100:7 156:11
174:13 175:13
227:20
**app** 194:23
**apparently** 74:23
**appeals** 24:20
**appear** 49:1 79:2
108:8,8
**appearance** 8:24
9:13
**appearing** 260:18
261:7
**appears** 67:18
78:25
**appended** 253:3
**application** 102:10
102:14 117:3
179:1,2 184:16
186:11 188:2,10
188:16 189:4
236:12 239:11
244:4,11
**applications** 10:12
102:16 169:6
170:11,12,19,21
170:22 173:25
174:4 189:7
**apply** 115:11
227:6
**approach** 38:22
**appropriate** 80:5
132:2 182:8 194:1
194:3 198:3
248:16

**approximately**
247:23
**apps** 52:9,19
115:12,14 116:22
117:5 120:25
237:19
**april** 104:4 106:18
**archive** 104:21
**archived** 106:6
**areas** 132:25
254:15
**arguing** 132:5
**argumentative**
132:13,21
**arises** 214:8
**arrived** 206:6
**article** 95:15
**articles** 94:8,12,12
**aside** 149:6,10
166:13 171:17
172:13 233:10
**asked** 18:20 36:8
40:16 44:6 56:20
58:5 83:7 92:15
96:1 109:7 125:19
130:16 131:6
135:8 150:5,18
167:11 182:3,13
183:10 184:7,21
213:9 243:14,16
250:15 254:16
256:5
**asking** 10:25 11:2
11:10 34:5 92:9
98:18 130:18
157:10 180:14
184:25 185:3
194:4 224:20,22
228:17,23 253:24
**asks** 23:9 176:2,4
229:10

**assigned** 201:7
**associated** 166:2
190:25
**assuming** 36:9
**attached** 134:2
**attempted** 208:15
208:18
**attempting** 212:16
**attendance** 9:8
**attending** 8:11
**attention** 23:15
157:16 167:25
168:25 175:11,25
176:9 190:14
208:23 211:17
223:9 225:22
**attest** 203:15
204:12
**attorney** 1:17 8:25
75:10 76:14
101:22 140:21
141:8 157:4
**attorneys** 16:1,7
16:12
**attuned** 157:15
**audibly** 217:13
**audience** 173:14
**audio** 8:16
**august** 77:12
123:10
**authoritative** 91:8
**authorization**
160:23
**automated** 187:4
**automatically**
52:4
**available** 50:21
85:4 108:1
**averse** 101:18
**avoid** 94:16 96:11

Veritext Legal Solutions
866 299-5127

**aware** 13:7 23:25
24:4,18 25:3
47:17 73:16 84:19
84:22,23 85:1,3
86:16,18,20 87:10
88:13 99:5,22
103:8 167:20
171:19,21,25
172:6,20,25
204:16 207:24
208:3 211:23
222:7,11,12,14,17
231:6 233:8
**awareness** 15:14

**b**

**b** 3:11 4:2 5:2 6:2
261:1
**back** 11:5 28:15
28:17 48:8 50:3
63:11 69:20 71:4
98:8 126:25
137:21 138:19
148:8,11 150:8,10
151:2 181:5,13,22
182:4,7,20,22
183:1,3 218:13
229:8 234:11
238:16,20 239:21
240:13 242:1
248:18 252:8,15
**background**
141:17
**badgering** 132:4
**baeza** 2:4 9:9
**bandwidth** 158:21
159:19 166:2
**banner** 32:24 33:1
33:4,9
**base** 152:20
**based** 35:17 36:19
52:25 70:12 95:21

142:24 196:7,23
197:5 215:6 236:7
**basic** 99:20
**basically** 94:21
114:2 150:4
165:18 193:2
208:23 210:25
**basis** 27:20 28:21
138:22 139:6
143:5 229:20
230:4,17 232:8
**beacons** 52:14
**beat** 254:11
**began** 85:2
**beginning** 8:4,24
**begins** 164:2
**behalf** 1:5 80:9
179:16 180:4
**behave** 16:17
**behavior** 12:1
15:7,11,20 17:13
17:16,23 18:9,23
19:1,13 21:5,10
44:15 57:15,17
62:10,23 65:14
71:20 94:8 96:11
97:1 128:17,25
213:15 215:8
225:16 226:8,12
226:15,22,24
232:19
**behavioral** 134:8
149:22 150:1
**behaviors** 66:24
**belief** 168:18,21
175:21 205:25
206:2 207:17
219:10 220:23
221:2 234:1
**believe** 20:1,6,22
32:4 33:14 56:20

57:25 60:15,16
61:15 63:14 68:9
71:23 72:6 77:21
85:14 92:19
100:24 101:8
102:21 103:7
104:23 107:11,12
109:12,16 110:13
111:3 113:9,22
114:10,18 115:17
118:23 119:3,19
119:23 120:10
122:14 123:21
129:12,13,17
130:1 136:8,8
150:20 156:7
162:16 165:15
169:24 178:6
182:9 184:6
191:10 206:3
208:25 210:4,14
213:4,10,18
217:21 219:25
232:24 246:5
**believed** 60:3,12
60:21 61:10,23
139:20
**bell** 87:9
**belle** 1:20 8:20
60:7 150:7 181:4
192:5 257:22
259:3,21
**belong** 191:17
**benefit** 80:11
212:3
**best** 11:15 15:10
15:19 168:17,20
175:20 177:3,14
205:24 206:1
207:16,22 212:15
217:25 219:10

220:22 221:1
233:25 250:18
**better** 216:15
**beyond** 52:16
82:25 185:13
**bickering** 182:16
**biden** 58:15,17,19
59:1,4,7
**big** 102:12 114:15
149:23 242:20
**biggest** 149:20
**bills** 158:24
**bit** 87:22 101:18
108:15 124:5
137:13 147:10
153:6 165:14
214:5 247:6
**bits** 21:14,21
**block** 124:3
**blocked** 85:10
166:5
**blocker** 72:6
**blocking** 85:16,18
87:5,12,17
**blocks** 84:20,24
**blogs** 79:15
**blood** 259:13
**blue** 223:2,3
**blurred** 134:1
**blush** 55:1
**bodies** 33:25
**boies** 2:5 9:6,9
250:22
**bold** 116:8,8
**bolded** 52:3,12
**born** 36:3
**boss** 163:6
**bosses** 86:21
**bother** 95:8
241:19

[bottom - called]

**bottom**   33:5 89:8
   151:8
**box**   244:21
**brands**   24:19
**brave**   207:25
   208:19,20 209:2,3
   209:5 212:12
**break**   49:17,20
   88:5 98:1 147:3
   147:20,22 165:15
   216:13 218:6
   248:21
**breitbart**   42:4
**brief**   50:1 148:6
   218:11 252:13
**broad**   29:1 34:13
   48:6 53:25 115:16
**broadly**   97:23
   227:4
**broke**   98:22
**brown**   1:3 8:6
   260:4 262:1
**browse**   13:10
   14:15,19 23:4
   24:3 46:19 47:21
   57:18 62:2,21
   64:22 91:21 92:23
   93:5,6,16 94:11
   95:14 110:9 115:1
   115:8,20 117:16
   117:25 119:10
   120:8 122:3,9
   127:3,11,18
   136:19 145:16
   188:4,6,11,17
   209:17 210:1
   211:25 232:17
   241:2
**browser**   3:20 56:1
   57:15 58:10,21
   70:4 71:1,13,16,19

71:21,22,24 72:1
72:12,12,18,22
73:5,10,12,16
98:24 99:3,8,15
116:24 128:5
171:11,13 178:20
179:7 187:13
192:25 208:20
209:1 235:25
236:12 240:17
241:3,9
**browser's**   71:20
**browsers**   46:25
   47:1,4,7 116:22
   117:5 121:1
   136:20 235:6,14
   235:16,18
**browsing**   4:14
   11:24 12:2,7,25
   13:2,20 14:12,25
   15:7 16:22 17:3,7
   20:2,7,24 21:4,10
   22:17 39:2 42:14
   42:16,19 47:2
   49:7 52:9 56:13
   57:1,11 60:20
   62:23 68:13 74:10
   84:10 93:7 107:13
   107:15 110:9
   111:5 113:10,10
   113:12 119:6
   120:16 122:14
   127:19 128:3,7,23
   129:11 133:15,17
   133:18 134:14
   135:3,4,20,21
   138:8 139:4,19
   140:15 141:5,13
   142:2 144:1
   149:21 152:13,16
   155:5,12,13

171:18 177:7,10
177:18 187:11
189:2 209:7 210:6
210:15,17 211:1
212:22 213:5,7,20
215:4 224:25
226:11,21,24
230:10,22 231:3
231:13,16 235:7
235:15,20 236:1,3
**bsfllp.com**   2:7
**built**   208:21
**bullet**   52:7,12 55:6
   63:21 114:22
   144:4 150:17,20
**bulleted**   52:20
   53:11,14 115:11
**bullets**   254:23
   255:6,13,18
**bunch**   31:7 144:4
   200:22
**bursts**   14:24
**business**   66:25
   153:21 195:2
   208:11
**buttons**   90:10
**byatt**   1:3,12 3:6
   8:5 9:20 10:1,5
   11:22 18:7,17
   22:14 28:4,7,12,14
   32:8,21 44:17
   49:14 50:6 71:5
   75:8 76:11 77:15
   78:16 87:25 88:24
   98:11 100:24
   104:13 107:7
   109:3,4 111:15
   113:4 128:23
   133:10 142:11
   143:17 148:11
   149:13 152:10

156:15 157:8
167:3 168:4
179:24 180:5,20
181:6 183:10
184:14,21 185:7
185:25 186:6,14
193:22 194:15
196:21 197:16
198:7,9,16 199:11
202:5 204:2
207:14 211:25
212:9,17,21,25
217:2 218:16
233:14 235:5
236:13 245:5,8
246:10,17 248:18
248:23 253:18
254:10 257:12
258:3 260:5 262:2
**byatt's**   5:5,17,21
   6:5,10,15 18:9
   31:23 60:7 137:17
   174:19,22 177:4
   196:7 205:3
   206:16 207:11
   212:15 216:22
   218:21 220:13
   252:23

| c |
|---|

**c**   2:1
**ca**   260:9,12,20
**calendar**   164:7
   165:8
**california**   1:1 2:15
   98:17
**call**   33:9 142:5
   167:15 191:9,10
   247:6,14,15
   248:17
**called**   33:14 136:5
   162:15,17 180:12

Veritext Legal Solutions
866 299-5127

[calling - clearly]

calling  33:8
calls  69:12 101:15
    133:22 134:18
    139:9,10,23,24
    141:7 146:12
    159:16 256:21
cap  152:19,22
car  164:24
career  46:5 71:7
careful  23:20,23
    65:18,21
carrier  117:2
case  1:6 12:24
    97:1 135:10,23
    167:20 241:15
    244:14 250:21
    251:6
castillo  1:4
catchall  54:2
caucus  190:12
caught  137:16
causes  95:20
caution  75:7 76:10
caveat  204:10
ccp  260:9,12
ccr  259:21
cell  188:25 236:14
    236:19 237:25
    238:18
cellular  8:14
center  94:22
certain  22:2 23:3
    25:4 27:20 28:20
    28:21 29:19 33:25
    38:8 60:2 81:9
    84:9 86:16 113:20
    118:16 134:24
    138:6 155:16
    167:11 177:1
    188:25 190:9
    201:13 219:19

221:24,25 227:17
    232:20,21 252:20
certainly  14:7,22
    21:4,13 24:5 27:9
    29:2,23 30:16
    31:24 33:23 37:3
    42:19 49:12 51:5
    60:25 62:4 64:20
    68:20 78:1 83:1
    90:20 92:6 96:13
    101:5 109:24
    111:19 113:17
    114:1,4 119:18
    138:1 153:5 155:1
    157:10 166:7
    167:22 169:22
    171:7 186:3
    190:23 193:4
    211:6 215:12
    240:3
certainty  116:2,17
    125:22 172:6
    230:2 242:17
certification  259:1
certified  1:20 9:22
    259:4
certify  259:5,11
cetera  38:4 234:18
chance  107:3
    206:21
change  141:2
    230:24 231:8
    238:6 262:4,7,10
    262:13,16,19
changed  15:6
    123:22 124:7
    170:2,15 192:21
changes  71:20
    123:25 156:25
characteristics
    27:20 28:22 67:6

chasom  1:3 8:6
chat  164:4
check  207:20
    216:8
checked  201:14
checking  217:14
checklist  95:18
child  46:2
childhood  223:7
choice  236:7
choices  65:6
choose  115:1,8,8
    115:20 117:15
    119:10 120:8
    121:17 122:9
choosing  173:16
chose  211:25
christopher  1:4
chrome  4:15 13:1
    15:24 46:19 47:3
    47:17 58:10 71:22
    71:25 73:7 84:20
    84:24 85:22 86:3
    87:12,18 96:9,23
    97:22 98:23,24
    99:3,8,15,21,24,25
    100:4 102:12
    113:11 115:2,9,21
    117:16,17 118:1
    120:7 121:19
    122:10 124:17
    136:20 141:14
    142:2 144:1
    149:24 159:25
    165:20,23,25
    166:5 174:5 176:6
    176:22 177:6,10
    177:19 178:8,12
    178:13,15,19
    179:3 184:15,16
    186:10,12,16,21

186:24 187:1,3,9
    187:11,13 188:1,9
    188:16,20,21,24
    209:8 231:4,14
    233:7 235:14
    236:5,12,12,22
    237:21 238:14,17
    239:10,22 240:16
    241:9,20 243:12
    244:3,10,13,17
    257:6
chrome's  4:10
    110:19 123:2,8
    177:7
circumstance
    107:14
circumstances
    225:9
citing  120:12
civil  260:19,20
clarification
    160:12 179:6
    201:2 243:17
clarify  82:8
    153:11,12 163:10
    190:18 235:10
clarity  147:11
    256:17
class  158:5 170:10
    251:10
clauses  127:6,9
clean  180:7
clear  58:7 64:9
    85:23 135:8 151:1
    158:12 171:9
    174:16 181:9
    221:11 249:25
clearer  82:15
clearly  109:15
    232:23

[click - confused]

**click** 24:9 34:16
35:9 36:18 39:22
40:17 41:18 69:25
103:15 108:9

**clicked** 69:9,15,16
90:16,21 109:22
178:6

**clicking** 24:12
69:6

**client** 75:10 76:14

**close** 85:24 248:11
251:23

**coast** 87:23

**code** 46:10,12,13
260:9,12,19,20

**cognizant** 24:1

**collect** 55:9,18,21
58:20,25 59:1,15
60:2 61:10 63:23
66:6 67:22 74:12
113:12 114:12
115:5 116:9,23
117:4 118:17
120:15,24 121:13
121:15,24 122:1
134:25 135:12
138:20 139:3
150:5 151:9,13
214:3,5 225:2

**collected** 52:3 56:6
60:22 128:2
134:14 135:2,5
212:23

**collecting** 56:2,9
62:9,13,17 68:4
129:3 135:7,16
138:17 139:18
140:14,17 153:1
158:20 232:1,12
233:1

**collection** 57:16
58:5 135:13
139:20 212:2
226:7,13,20

**collects** 68:19
114:3 115:23
120:22 141:5
153:8,16 223:14
229:12

**college** 45:5

**colloquial** 228:15

**columns** 200:4

**combination** 62:6
84:11 240:12

**combine** 55:7

**come** 42:5 69:9
71:19 97:7 207:12

**comes** 13:4 14:23
30:5 31:8 38:16
155:1

**comfort** 88:2
246:17

**comfortable**
131:21 172:5,22
225:8

**coming** 40:14
100:8

**commissioned**
83:1

**commissioning**
83:6

**committeeman**
192:1,5

**common** 13:25
94:3,5,15 153:18
241:17

**communicated**
41:4,9

**communication**
10:12 246:14

**communications**
16:6,11 75:10,15
75:17 76:14
157:11 245:11,15
246:19

**companies** 41:5,7
41:10 43:20
207:24 212:12
222:1,1,8,15,18,20
225:23 226:2

**company** 44:22,23
162:15,17

**company's** 212:2

**compatible** 73:7

**compensation**
212:13,25 226:19
227:1

**complaint** 4:19
156:3,6,19

**complete** 77:22
173:5 205:24
217:22 220:22
256:18

**completed** 183:13
185:8 260:7,17
261:6

**completeness**
168:15

**completes** 257:20

**completion** 261:10

**compliant** 33:24

**compound** 38:11
213:9

**computer** 10:11
23:10 32:5 37:6
37:15,21,23 38:1,7
39:8,23 58:22
59:5,6,16,21 60:22
61:17 96:23 97:10
97:21 126:20
166:3 184:18

186:17 187:6,7,9
187:13,22 226:5
236:16,17 241:7
241:21 242:2

**computers** 21:7
22:10 44:18 96:19
176:22

**computing** 158:21

**concealed** 135:22
135:24 136:1

**concept** 21:16,16
213:2

**concepts** 19:14

**concern** 18:3,11
65:11 134:23
139:12

**concerned** 65:9

**concerns** 18:11

**conclusion** 101:16
139:11,24 159:16

**concrete** 194:20

**condition** 80:7

**conduct** 132:3
133:6 153:22
154:11 155:19
158:17 159:12
160:15 185:15
195:2

**conducted** 8:9
223:12

**confer** 252:20

**conference** 100:9

**conferred** 252:24

**confident** 213:15

**confidentiality**
80:6

**confirm** 197:14
220:21,25

**confirming** 183:5

**confused** 140:16
140:23,25 173:8

Veritext Legal Solutions
866 299-5127

[confused - court]

246:6
**conjunction**
122:17
**connected** 129:16
129:25
**connections** 17:25
21:7 22:10 200:19
201:7,10,11
**conscientious**
54:12
**conscious** 36:1
63:25 64:11,17,20
**consciousness**
36:4,12,15
**consent** 12:19
22:22 42:20 54:13
54:14 55:21 65:13
159:3 160:22
193:22 194:4
196:8,11,23,25
197:17 198:7
215:25
**consenting** 24:1
65:12 135:10
**consents** 196:22
**consider** 39:25
40:5,18,22 53:19
54:8,10 128:6,6
133:19 134:4,15
166:7 189:17
**consist** 102:4
**consistent** 80:4
141:4
**constantly** 193:2
193:10 195:1
**constitutes** 139:14
**consumer** 221:25
222:8,12,22
223:12
**consumers** 222:3
226:4

**contact** 260:9
**contend** 159:10
197:16 198:6
222:2
**content** 24:20
86:14,21 87:2
94:17 95:7 246:13
250:5
**contention** 138:16
**contentions**
138:14
**contents** 157:11
**context** 38:23 39:4
40:5 43:8,10
95:22 214:24
215:2,6 225:17
**contexts** 134:22
201:14
**continue** 8:17 13:9
14:15 15:11,19
44:8 92:16 131:10
219:23
**continued** 4:2 5:2
6:2
**continuing** 16:17
212:8,8
**contract** 100:25
101:3,12,20,25
102:3,18,22
149:14,17
**contracts** 101:11
151:19,19
**control** 12:12
43:12 57:14 61:6
63:7 68:18,23
74:6,9 82:23
84:15,17 110:17
110:18 114:17,18
115:4 117:13,13
119:11 120:4
121:16 122:12

135:1,3,13 140:3
145:19 154:17
**convenience**
244:18
**conversations**
8:13 157:4
**cookie** 32:23 33:1
33:3,9,9 55:11,15
**cookies** 31:9 52:14
84:21,25 85:11,16
85:23 124:3
**cool** 223:3
**copy** 26:22
**corner** 33:11
178:8
**corporate** 191:7
**correct** 11:6,20
12:9 13:12 14:10
14:13 17:9,12,20
18:9,18 19:2
25:22 33:6 36:6
37:19 45:21,24,25
46:7 56:13 57:12
60:13 62:25 63:3
65:3 66:4 67:17
73:19 77:25 79:23
86:17 93:24 99:3
103:17 105:15
106:2 110:6 118:6
122:16 124:14
126:6,24 142:17
145:11 146:10
165:6,9,21,23
168:4,12,17,22
169:19 175:21,23
177:13 196:12
197:17,18 199:1,2
199:12,13,17,18
199:25 202:16,21
203:9,10,25 204:3
204:22,23 209:21

209:22 212:5,6
217:7,22 218:1
230:16,25 231:7
231:11,12 233:5
233:25 238:14
242:25 243:24,25
244:1 252:4
253:12
**correcting** 179:21
**corrections** 260:14
260:15 261:3,4
**correspondence**
193:21 196:15,16
**cost** 158:22 159:20
**cough** 163:4
**counsel** 11:3,8
75:15 76:24
107:25 180:14
197:2 206:9
227:15 245:8
246:11,23 247:3
252:18,19,21
253:23 254:16
256:20 260:18,21
261:7
**counsel's** 205:19
233:17 253:5
**countries** 79:9
**couple** 42:25
120:2 161:4
192:20 246:25
247:10
**course** 107:6
167:10 217:22
**court** 1:1,21 8:19
13:24 14:5 39:18
100:11 127:25
137:18 156:8
179:23 180:3,17
180:25 182:19
183:7,9,24 184:7,9

Veritext Legal Solutions
866 299-5127

[court - developed]

198:2 248:20
253:7
**courtroom** 144:16
**cpa** 44:25
**crash** 117:7 121:2
**create** 180:6
203:14 204:11
**created** 29:24
56:21 198:20
199:19 202:11
203:11 204:8,14
**credentials** 190:22
191:21
**cross** 257:14
**crr** 1:20 259:21
**cuff** 19:9
**current** 66:2 77:3
106:11,13,14
108:21,23 139:7
203:18
**currently** 50:21
192:2 217:24
236:13,14 237:25
238:13,25 239:1,2
**cut** 138:24 181:24
182:7,9
**cv** 1:7

**d**

**d** 3:2 60:16 66:17
**dade** 190:9,12
203:19 204:17
**daily** 164:11
**data** 31:9 52:16
53:18 54:16 55:8
57:16 66:22 67:10
69:2 72:20 73:18
74:7,10 80:2,8,11
80:18 81:3,4
82:23 84:10,15
85:24 91:5 110:8
110:12,17 114:19

128:2,10,11,13,15
128:19 129:3,6,9
129:10,13,15,24
130:5,6,8,9,19,21
133:12,14,16,17
134:8,10 149:22
150:1,4,22 152:5
154:7,21 158:18
158:20 159:5,19
160:17,18 165:13
169:8 173:16
210:4,14,16
211:24 212:1,14
212:17,18,20,24
213:12,19,25
214:8,9,12,14,17
215:19 221:24
222:20 224:4,9,10
224:13,21,22
225:19 226:4,7,13
226:21
**date** 30:11 76:25
117:8 202:11
203:11 260:16
261:5 262:24
**dated** 205:14
206:14
**dates** 4:7 30:7
104:7 121:3
**davis** 1:4
**day** 125:13 245:19
245:23 246:1
258:7 259:17
**days** 14:25 124:25
125:24 126:2,7
**deal** 197:21 198:1
**decade** 140:7
**december** 1:12 8:3
198:21 259:17
260:3,5

**decision** 37:11
40:2,15
**decisions** 34:21
43:21 66:25
154:21
**declares** 233:22
**default** 23:12
**defendant** 1:9,17
2:12
**defendant's** 5:6,19
5:23 6:7,12,17
174:23 205:4
206:17 216:23
218:22 220:14
228:7
**defending** 9:3
**defense** 252:18
**definitely** 24:7
25:13 35:13 83:11
116:19 120:3
126:13 131:15
146:18 164:1
**definition** 101:21
210:25
**degree** 45:5
**delicious** 98:13
**democratic** 190:10
190:11 203:19
**demonstrate**
222:2
**demonstrated**
221:18 226:3
**dems** 204:17
**denial** 230:18
231:5,7,10,12
232:9
**denied** 229:18
230:15 232:6
**department** 253:7
**depend** 27:3
215:16 242:6

**dependent** 43:8,10
95:22 214:25
215:3 225:18
**depending** 36:19
215:8
**deposed** 31:23,25
132:23
**deposition** 1:12
7:2 8:5,8 10:21
31:18 32:2 69:23
100:20 132:2,4,18
144:10 185:15
206:7 245:6
246:12 247:16,19
254:2 257:20
260:19,22,24
261:8,10
**depositions** 16:5
**describe** 33:22
101:12 169:5
176:5 190:5
**described** 225:2,4
226:13
**description** 3:14
4:5 5:4 6:4
**designed** 73:6
86:24
**desktop** 236:17
**detail** 82:7
**details** 26:24 30:6
92:21 162:21
163:11 215:17
**determine** 37:1
67:4
**determined**
260:18,22 261:7
**deterministic** 39:7
**develop** 45:4,7,23
66:17
**developed** 72:21

[developer - earlier]

developer  44:21
46:6 47:18 48:2
49:1,1,6 71:8,11
developing  45:19
237:19
development
52:2 187:2
241:16
device  116:25
127:4,12,21,23
128:5 184:17
186:16 187:25
188:2,10,16
223:21 237:1
devices  115:12
116:23 117:6
121:1 236:10,11
differ  96:5
difference  35:15
38:3 62:12,16
163:25 178:18,22
178:24
differences  33:20
34:2 78:4
different  35:5,8
38:6 41:20,23
54:23 55:2 100:3
102:20 108:15
123:23 131:6,7
140:9 144:24
157:12 165:16
177:21 178:16
179:9 215:10
225:12,14,14
differently  37:4,7
41:19,22 226:16
direct  75:11
157:16 159:18
167:24 168:24
175:10,24 176:8
223:9 225:22

directed  27:25
direction  168:5
directions  7:5
directly  26:10,17
159:4
disable  86:4,17
disabled  86:8,14
disagreement
131:24
disclose  78:19,24
139:5 215:24
229:23
disclosed  118:15
138:21 139:16
229:12 230:3
disclosure  80:15
136:8 138:13
140:9 141:9
disclosures  75:2
75:21 76:9 120:13
discontinued
220:1
discovery  194:5
discussed  237:1
disentangle  214:6
display  24:4 25:5
59:6,21
displayed  27:22
86:13 91:21
displays  25:21
dispute  106:19
distinct  110:22
distinction  62:19
67:25
distinctions  25:12
district  1:1,1
disturb  113:4
divided  152:20
division  1:2
document  3:20
4:16,18 33:5

51:19 66:10 70:4
70:20,23 74:21
77:10,18 78:2,7,12
89:13 90:4 102:3
104:13 106:5,22
107:1,3,21 109:1,5
109:11,13,17,23
109:24 110:7
111:2,8 112:15,16
113:1,15,21 116:4
116:19 117:12
118:22 119:1,14
119:18,22,23,25
122:6,23 123:11
142:1,12,13,22
143:2,10 145:14
145:24 146:4,6
147:19 148:17,24
156:14 167:6,13
168:1 175:5,7,8
176:11 202:1,20
205:15,22 206:25
207:3,18 216:10
216:14 217:10
219:4,7 221:8
228:18,25 229:4
234:7 253:25
254:3,15 255:23
256:6
document's
121:17
documents  7:10
20:20 21:1 74:5
83:16 91:1,4,8
102:6 140:1
247:18 248:5
249:3,21 250:2,4,6
250:13,13
doing  17:15 18:7
20:16,17,18 22:7,8
22:11 27:13 34:18

45:12,14,16 48:16
58:2 61:11 75:8
76:16 127:24
128:23 129:4
134:9 137:10
177:22 184:20
185:2,13,17,19
215:24 241:19
244:19 257:11
dollar  153:4
155:15
domain  48:20
door  100:9
doubt  72:13
105:14,21
download  73:4
165:20,23,25
draw  62:19
drawing  62:12,16
67:25
dude  178:7 232:18
due  160:4
duly  9:21 259:7

e

e  2:1,1 3:2,11 4:2
5:2 6:2 30:22
103:11 105:8,10
105:17 163:12,18
177:1 189:11,14
191:17,20 192:21
194:22,24 195:3
196:18 198:24
199:1,16 202:7,14
203:3,7 204:5,20
242:14 260:9,12
261:1 262:3,3,3
earlier  14:9 21:18
29:5 36:18 50:11
65:20 71:5 87:4
88:1 98:22 103:10
118:8 124:16

144:9,20 149:13
161:3 209:7 215:6
234:15 236:20
237:2
**early** 237:6
**earn** 223:16
**easier** 95:1 157:19
**east** 87:23
**economic** 83:6
**ecosystem** 159:24
**edge** 47:14,15 73:8
**effect** 81:6
**effective** 4:7 15:13
77:9,12 104:4,7
106:17 112:7,24
**either** 31:1 69:19
116:13 157:6
173:12 192:8
194:25 236:11
**electric** 158:24
**electrical** 166:1
**electricity** 158:23
159:2,19
**electronic** 236:11
**else's** 96:23,23
97:10,21
**emanuel** 2:14 9:3
9:16
**employer** 44:24
136:10,10 161:24
161:25 162:1,10
162:13 163:14
**employers** 161:12
162:2,5 163:16,17
**enable** 84:20,24
85:23
**enabling** 85:10
**encompasses**
109:2
**encounter** 34:11

**encountered**
167:20
**encourage** 32:10
**engage** 79:6
**enjoy** 24:16
**enter** 101:2
**entered** 100:25
101:25
**entire** 46:4 109:13
113:18
**entirely** 81:9
102:20 164:2
201:13
**entirety** 113:20
158:12
**entities** 25:25 37:4
37:13 41:5,8,9,20
41:23 42:1 136:6
232:21
**entitled** 142:1
**entity** 40:18 41:1
137:2
**enumerate** 95:24
215:17
**enumerated** 19:10
**environment**
187:16
**equally** 192:11
193:14 194:18
**errata** 260:14,16
261:3,5
**espouse** 83:8
**esq** 1:17 2:3,4,4,8
2:13,13 260:1
**est** 1:13
**establish** 106:17
**established** 144:10
144:15
**estimate** 248:2
**et** 8:6 38:4 234:18

**european** 31:14
**evan** 202:25
203:17,18
**eventually** 175:3
**everyone's** 147:25
**evidenced** 155:17
**exact** 51:20 234:21
**exactly** 30:25
64:19 82:6 101:5
103:20 129:1
139:13 150:24
205:18 208:11
222:10 237:7
249:14
**examination** 9:24
133:7 253:16
**examining** 256:20
**example** 27:4
39:23 55:25 67:1
79:13 95:1 96:22
99:20 144:21
173:10 194:21,22
200:25 209:21
213:21 214:12,15
223:10 226:18
242:8
**examples** 221:24
221:25 226:5
**excellent** 10:16
**exchange** 223:14
**excluding** 165:7
**exclusion** 61:7
**exclusively** 93:3
176:21
**excuse** 131:14
137:9 179:18
193:19
**execute** 73:10 87:3
**exercise** 135:3
**exhaustive** 19:4
37:17 150:13

**exhibit** 3:15,16,19
3:21,22 4:6,9,10
4:14,17,19,20 5:5
5:7,9,11,13,15,17
5:21 6:5,10,15
10:15 31:15,20
32:2,3,7,14 41:16
50:20,23 51:2,8
63:12 65:24 69:22
69:22 70:2,3,8,18
76:18,19 88:19,20
88:24 103:24
104:6,10 108:2
111:24 112:1,3
122:24 123:1
127:2 141:12,16
141:22 142:1,7
148:15,16,19,22
151:2,3 156:2,5,7
156:9,10,12
166:13,17,19,23
174:12,15,17,22
175:1,4 189:10
195:13,16,19,22
195:25 196:4
198:10 199:4,5
201:21,24,25
202:18 203:22
204:25 205:1,2,10
206:11,15 211:13
216:3,3,21 217:3,5
217:8 218:17,20
220:7,12 225:3
227:19,20,22
228:6 233:21
234:16 253:3,3,4
253:21
**exhibits** 195:6,12
196:7 197:4,21
233:12,15 234:15
252:24 253:8

[exist - follows]

exist  239:9
existence  222:15
exists  31:14 87:10
    164:16 222:13
expect  19:11 57:2
    57:4,5,13,19,22
    58:11,13,15,18,20
    58:24 59:1,3,15
    68:23 69:8 77:6
    135:24 137:4
    171:11 257:9
expectation  62:8
expected  57:9
    60:25 137:1,5,5
    138:11
expedite  257:24
experience  37:2
    42:19 96:25
    165:17
expert  22:3 131:15
    131:19 159:17
explain  91:1,4
    193:15
explainers  91:11
explains  72:18
explicitly  135:11
explore  19:15
explored  154:6
explorer  47:14
extended  92:23
    93:12,17
extension  182:24
extensions  87:12
    87:17
extensive  124:20
extent  75:9 76:12
    81:24 91:6 101:15
    130:2 159:15
    170:9 245:13
extra  165:14

**f**

face  106:4 134:1
facebook  172:14
    172:21 173:11,15
    257:8
facebook.com
    172:2
fact  65:8 86:23
    131:16 155:17
    158:6 160:13
    197:20 232:10
factor  39:3
factors  38:24
    39:24 40:10 95:22
faded  250:7
fair  22:14 29:17
    36:5 65:1 90:25
    129:21 137:8
    138:13 214:5
    224:12 241:25
    250:10
fall  19:7 21:9
fallen  140:6
falls  19:16
familiar  77:18,20
    104:15 106:24
    114:4 142:18
    143:9 149:4 171:7
    217:17 228:14
familiarize  228:22
fancy  25:15
far  90:17 138:13
    141:5 152:15
    159:19 187:12
    192:9 236:5
fault  183:24
feature  173:11,15
    173:18
features  171:20,22
    171:25 172:8,12
    172:23,25 173:7

208:21
february  104:5
    106:18
federal  261:1,8,9
feel  37:4,7 40:6,25
    41:3,19,22 42:12
    54:17 64:10,16
    84:3 106:22
    112:14 140:24,25
    158:14 176:10
    209:11 225:11,18
    228:21 248:19
feeling  35:17,19
    36:20
feels  128:19
    144:15
fees  166:2
felt  15:10,24
    140:22,24
fi  223:19
fifth  6:18 220:10
    220:14
figueroa  2:14
figure  30:12 39:25
    98:3
filed  75:23,25 76:2
    85:6 156:23
filing  15:8 212:14
financial  45:1
find  34:23 67:10
    74:25 76:6 90:14
finding  24:18
fine  56:5 82:8 88:6
    88:7,11 90:5
    144:25 148:3
    182:21 252:7
finish  60:10 147:6
    168:16 182:1
    183:13,21 184:4
finished  181:3
    183:15 184:21

185:25 186:6
finishing  92:1
fire  141:20
fired  100:22
firefox  47:14 73:7
firm  45:1,2 240:14
    250:22
first  5:19 9:21
    16:24 19:15,24
    22:1 30:17,18
    31:17,23,24 52:7
    55:1 70:11 78:17
    95:17 102:25
    105:9,11 106:5,5
    107:21 113:7,25
    114:1,2,14 115:16
    120:1,2 121:7
    122:6 126:8
    127:17 132:22
    143:20 144:5
    152:11 171:4
    176:15 189:14
    191:5 192:16
    200:1,24 205:4,12
    223:10 234:17
    254:15 255:5,13
fit  133:7,8 185:16
fits  14:23
five  197:15 252:2
    252:6,9
flexner  2:5 9:6,10
    250:22
floor  2:9,14
florida  2:6,10 10:8
focus  107:8
focusing  190:14
    211:16
follow  35:9 103:16
following  109:20
follows  9:23 260:8

[foregoing - going]

**foregoing** 233:24
**forgot** 239:8
**forgotten** 250:2,3
**form** 12:10 13:13
  17:21 18:19 21:25
  28:25 38:10 54:25
  60:23 61:19 64:5
  65:4 69:11 71:2
  80:22 81:17 82:11
  82:19 83:13 85:12
  92:25 93:8 94:14
  97:15 125:2,18
  128:16 139:8
  140:19 141:6
  146:11 150:23
  171:3 173:9
  190:17 210:8
  213:8,23 215:21
  224:8 235:9
  254:12,25
**formal** 167:13
**format** 199:6
**formed** 75:19
**forth** 259:7
**forthepeople.com**
  2:11
**found** 76:4
**foundation** 53:1
  70:9 78:12 90:4
  142:25 143:5
**four** 114:21 196:7
  197:3,15,19,20
**fourth** 6:12 218:18
  218:22
**frame** 36:2
**francisco** 2:4
**franklin** 2:9
**frankly** 41:1 94:15
  209:11
**frcp** 261:1

**free** 106:23 112:14
  158:14 165:9
  176:11 228:22
**frequency** 164:22
  192:24
**frequent** 25:8,12
**frequently** 30:6
  164:20
**friend's** 38:4
**friends** 172:4
**front** 77:16,17
  94:7 127:2 167:4
  167:5 217:3
**full** 10:3 176:15
  219:14 245:18
**fully** 215:24
**function** 73:8
**functional** 192:17
**functionality**
  241:18 243:4,9
**functions** 79:7
**further** 73:3 170:9
  176:25 193:20
  235:22 245:21
  253:14 257:13
  259:11

**g**

**g** 191:10
**gao** 2:13 9:13,15
  9:16 227:23 252:6
**gatorade** 223:2
**gdpr** 30:4 31:3
  33:14
**general** 26:14
  42:15,17 62:8
  67:24 91:11 96:6
  103:18,21 222:3
  236:22 238:10
  240:5
**generally** 24:4
  27:17 28:4,9,18

29:6 33:17 34:8
  34:14,19 42:16
  46:17 48:3 83:19
  96:3 112:12,19
  113:8 118:15
  147:24 152:6
  215:1 222:14
  238:1 242:1
**getting** 24:16
  131:1,3,4 132:11
  182:15
**girlfriend** 238:7
**give** 16:3 20:25
  77:1 89:3,6 97:20
  107:2 123:14
  141:23 147:5,10
  148:25 151:18
  157:20 161:21
  176:24 200:15
  206:20 207:1,19
  227:9 246:17
  254:11 256:19
**given** 145:20
  191:19 240:13
  259:9
**giving** 250:17
**glad** 98:15,15
**glove** 244:21
**gmail** 102:21,23
  161:9,15,18,23
  162:3 163:2,13,15
  165:7,12,18
  178:25 180:21
  186:12 187:15
  188:12 189:4
  190:15 191:7
  194:23 242:15
**gmail.com** 105:7
  105:16 178:5,9,24
  189:15,16 199:17

**gmail.com.** 192:16
**go** 8:15 15:1 21:5
  25:13 29:8 46:8
  47:21 48:1 49:14
  52:23 55:22 56:3
  58:2,10,14 63:1,11
  63:14,19 69:20
  75:16 78:6,17
  80:1 87:21 94:10
  95:4,14 96:2,7,14
  97:21 107:22
  122:19 130:13
  134:19 141:20
  143:25 151:2
  153:14 193:17,19
  196:16 229:25
  233:19 238:6
  244:23 251:22
  256:15
**godfrey** 250:25
**goes** 37:10 130:19
  181:19,24 200:8
**going** 12:15 17:3,4
  20:11 23:10 30:18
  39:12 40:24 43:14
  43:18 44:3 49:23
  55:24 56:2 57:7
  57:24 58:6 61:1
  74:12 94:17 98:4
  101:17 110:17,23
  111:18 113:6
  126:11 129:5
  130:23,24 135:25
  143:11 147:2
  148:4 155:2,9
  172:18 173:21
  178:24 181:19
  182:1,6 185:12
  186:8 197:2
  215:12,13,14
  216:17 218:9

[going - hard]

234:10 245:21
248:7 249:6
252:11 257:1
**good**   8:1 9:1,5,15
10:1,2 13:18
45:12 50:6,7 84:4
95:1 98:11,15
111:17 157:7
167:23 218:7
228:21 234:8
252:10
**google**   1:8 3:19,22
4:6,9,15,17 5:7,9
5:11,13,15 8:7 9:4
9:17 16:24 17:5
20:11,17 26:5,12
42:13 43:5,15,23
44:15 57:6,6,19,22
58:11,13,16 59:3,5
59:20,22,25 60:22
61:1,1,6,15,18,22
61:24 62:9 63:2,3
63:8 67:8,10,11,15
67:19 68:4,11,16
68:19,21,24,24
69:1,3,25 70:3
72:11,17,20,21,24
73:5,19,21,24 74:2
74:6,8,19,20,22
76:5,6 79:17,21
80:19,25 82:2,18
82:24 83:12,25
84:2,5,8,9,12
85:20 88:20 89:23
90:13 91:2,5,8,17
92:7 94:24 96:8
96:15 97:6 100:25
101:13 102:1,7,15
102:18,23,25
104:3,6,16 105:1,9
105:25 107:13

110:1,8,23 111:4
111:24 112:1,6
113:11 114:3
115:12,23 116:5
116:14 117:22,24
118:5,21 119:2,5
119:12 120:5,6,13
120:21,22 121:13
121:15 122:2,16
128:4,9,19,22
129:2,20,24 134:7
134:23 135:24
136:1,2,12,14,16
136:16,18,24
137:6 138:6,12,17
138:20 139:3,16
140:2,13,14,17
141:4 144:12,12
144:21 145:1,4,20
146:18,18 148:16
149:15,18 150:3
151:18 152:20,25
153:6,8,15 154:7
158:18 159:1,21
159:24 160:3,16
161:5,6 162:16,19
163:13,19,23
164:7,14,15 165:8
165:8,21,22
167:10 174:5
175:9 177:6,8,17
178:10,13,18,23
186:9 187:20,20
188:19 189:5,8,18
189:21 190:2
191:11,13 195:9
195:13,16,19,22
195:25 196:20
198:10,13 199:8
202:2,19,22
203:22 204:21

205:20 207:6
211:5 212:1,20,23
214:2 215:18,23
219:20,24 221:17
222:24 223:13
224:7 225:1,2,24
226:2 229:11,12
229:23 230:1,2,9
230:11,19,20
231:14,16 232:1,2
232:12,25 233:1,5
233:7,8 235:8,15
236:3 241:22
242:19,22 243:5,7
244:10 245:1
252:22 253:13,24
254:16,22 255:7
255:12,18 256:20
257:6,11 260:4
262:1
**google's**   4:22
57:15,15 59:23
62:2,20 68:8 75:2
75:21 76:8 81:7
81:19 82:21
109:25 110:4,12
110:14,16 152:22
153:8,21,22
154:11 155:19
158:8,17 159:12
160:14 166:20,25
174:18 199:7
205:12 206:12
210:22 216:5
218:18 220:9
229:14 242:8
254:6 255:25
**google.com**   57:19
58:10,14 60:20
61:14

**gotten**   47:16
150:25 209:4
**gps**   244:15
**great**   11:22 53:9
75:8 104:12
127:24 136:15
141:19 218:2
**grounds**   155:25
**grown**   35:25
**gtag.js**   72:25
**guess**   41:4 45:9
57:16 82:6 108:14
126:12 134:22
146:13 151:20
205:19 230:24
**gun**   228:3
**guys**   87:23 88:1
137:11 141:18

**h**

**h**   3:11 4:2 5:2 6:2
262:3
**habit**   47:25 103:19
241:24
**half**   127:20
**hand**   132:12 178:7
259:17
**handheld**   188:2,10
188:16
**handled**   260:8
**handles**   204:16
**hangout**   163:19
**happen**   94:4 97:9
97:14 124:23
**happened**   31:1
103:21 162:3,8
**happens**   26:13
29:3 49:3
**happy**   16:12 87:21
142:4
**hard**   59:17 114:16
139:25 225:20

Veritext Legal Solutions
866 299-5127

[hard - incognito]

226:15
**head** 95:20 215:8
**header** 214:15,23
**heading** 52:3
66:16 116:9
**hear** 141:18
**heard** 100:12
179:25 182:7
183:11 184:6
**help** 4:17 36:22
79:14,16 103:24
148:16
**helpful** 20:8
147:12 234:19
**helps** 66:24 67:3
**hereunto** 259:16
**highest** 211:6
**history** 144:2
**hit** 32:5
**hitting** 23:12
**hold** 16:2,2 27:24
51:24 107:17,17
137:9 141:21
159:14 192:2,5
206:20
**holds** 191:18
**home** 10:6 95:5
126:20 201:11,18
**homestead** 10:8
**honest** 91:23
**honestly** 201:12
239:13,15
**hope** 190:23 210:3
**hosting** 79:15
**hour** 125:7,11
147:2 148:1
216:11,12 247:17
**hours** 14:25
124:24 125:5,6,14
246:25 247:10

**house** 38:3,4,7
**household** 223:20
**huge** 123:13
**huh** 13:21 14:3
43:2 149:1
**human** 37:2 46:17
86:25
**humans** 46:14
**hundred** 149:2
**hungry** 87:25
**hyperlink** 35:4
90:12 109:2,21
**hyperlinked** 69:3
**hyperlinks** 35:8
36:19 108:3
**hypothetical**
133:22 134:18
139:10,23 215:22
**hypotheticals**
130:22

**i**

**icy** 223:2
**idea** 27:12 45:16
125:3 126:3 162:6
**identifiable** 22:4
32:15 50:25 70:5
76:20 88:22 104:9
112:2 123:4 142:3
148:17 156:3
167:1 174:24
195:15,18,21,24
196:2 205:6
206:19 216:25
218:24 220:16
**identified** 196:9
**identifiers** 116:24
**identify** 17:14
**identity** 17:12
18:17 94:18
129:17,25 130:10

133:19,24
**ifs** 216:1
**ignores** 229:23
**illegally** 232:2
233:2
**images** 26:22
**imagine** 58:3
104:19 106:12
125:9 152:19
177:18 189:6
228:12
**immediate** 97:24
**immediately** 242:5
**impacting** 154:19
**implementations**
27:8 59:24
**implications**
171:12 173:19
**important** 22:16
22:22 43:9 65:2,5
**improper** 133:4
133:21 134:17
139:9,22
**improve** 42:18
**include** 52:14,20
170:11 226:5
**included** 101:8
136:24 137:1,5
151:17 202:15
203:8 260:14
261:3
**includes** 63:1
116:24 135:15
146:18
**including** 117:2,6
121:2 144:6,12
145:9 146:2,9,16
158:6 209:18
215:20 226:21
257:4

**incognito** 4:11
13:2,5,20 14:10,12
14:16 15:4,5,7
16:22 18:13 19:12
20:2,8,10,24 28:1
28:2,8,8 49:7 56:4
57:1,12,14,18 58:9
58:17 59:8,11
60:20 61:3,15
62:3,7,11,14,21
64:22 67:23 68:5
68:7,17 74:10,11
74:14,16,18,23
75:1,3,20,22 76:9
81:8,11,12,22
83:15 84:1,18
85:2,4,5,9,15,18
91:18,20 92:14,20
92:22 93:16,18,19
94:13 95:4,7,15
96:2,7,14,24 97:2
97:11 98:23 99:5
99:12,21 101:9
102:9,13 107:12
110:10,19,20,25
111:6 113:11
114:11 115:2,10
115:18,18,21
117:17,18 118:2
118:23 119:7
120:7 121:19
122:11,14,18
123:2,9,16,17
124:4,13,17,17
125:1,10,12,25
127:1 128:3 135:4
135:5,11,14,23
136:4 138:8 139:4
139:19 140:5,8
141:3 143:25
145:8,15,18 146:1

146:8 150:6 152:5
152:5,17 154:2
155:4,6,9,13
171:11,17 174:7
187:14,22 188:7
188:11,17 189:2
209:8,17 210:2,13
210:14,16,18
211:2,7 213:5,7,16
213:20 214:14
215:4 224:9,10,25
225:8,13 226:11
226:24 229:24
231:2,13,16,24,25
232:10,11,24,25
233:4,6 238:17
239:22 241:3,12
241:14 243:12,15
255:25
**incognito's** 81:21
**incomplete** 215:22
**inconsistent** 75:1
75:20
**inconsistently**
76:7
**increased** 36:12
**independent**
213:21
**index** 7:2
**indicate** 35:4
**indication** 255:22
**individual** 17:20
17:23 40:9 171:13
213:24 214:4,7
222:17
**individually** 1:5
**information** 5:8
5:10,12,14,16
12:20,22 13:8,10
13:12 17:2,3
19:16,18,25 20:6

20:23,25 21:21,22
22:4,6,16,19,23,24
23:1,3 24:19 27:3
35:18,20 37:5,14
38:9 39:13 40:25
41:13,17,21,23
42:2,7,13,15,21,24
43:4,5,12,14,18,23
44:15 48:17,19,23
48:25 49:3 52:3
53:12,20,24 54:4,5
54:7,11,23 55:7,8
55:9,19 56:9 57:3
57:5,11,20,23,25
58:12,25 59:7,15
59:21 60:2,21
61:6,11,16 62:10
62:14,22 63:8,23
65:12 66:6 67:21
68:5,12,18,19,25
74:12,18 78:18,22
78:23 80:25 83:25
84:17 85:19 89:23
91:14,16 94:23
107:15 109:16
110:14,24 111:5
113:13 114:3,12
114:16 115:5,23
116:9,23 117:2,4
117:19 118:16,24
119:5,12 120:4,6
120:14,21,24
121:12,14,15,18
121:24 122:1,4,7,8
122:12,15 133:13
134:24 135:1,6,12
135:15 136:17
137:6 138:7,18,21
139:4,18 140:4,15
140:18 145:19
151:9,11,12,17,22

152:2,13,16,23
153:2,3,4,9,9,16
153:17,25 154:3,8
154:13,16,18
155:6,10,12,21,24
160:17,20,23
195:8,14,17,20,23
196:1 198:11
199:7 202:2,19
203:23 208:10,16
210:11,23 211:1,1
211:2 213:4,6
214:4 223:15
225:2 229:13
230:12,21 231:17
232:1,13 233:1
235:7,15 236:2,9
**informed** 154:20
**inherent** 212:22
213:2,6
**initially** 187:9
**injury** 158:6
**inquire** 197:3
**inquiring** 193:24
**inquiry** 193:25
**inside** 187:1
188:20,21
**insofar** 82:21
173:18
**install** 73:4,12
223:18
**installed** 71:25
87:18,20 239:12
240:17 244:4,10
244:17
**installing** 240:19
244:9,13
**instance** 241:20
**instances** 97:13
238:10

**instructing** 248:13
**instruction** 16:4
**instructions** 80:9
**instructs** 11:13
**integrated** 115:13
**inter** 206:5
**interact** 40:10
174:5
**interacting** 173:21
174:2
**interaction** 117:5
120:25
**intercept** 214:3
**intercepted**
212:21 232:3
**intercepts** 233:2
**interested** 41:17
75:14 180:8
259:14
**interference** 8:14
**intermediary**
108:12
**internal** 171:8
**internet** 12:2
17:24 22:10,17
28:7 30:15 46:9
47:14,21 64:1
65:14 135:21
136:11 158:25
159:3 166:3
223:15 226:8
**interpose** 142:23
**interposed** 256:11
**interpret** 245:10
**interpretation**
119:24
**interrogatories**
4:23 5:20,25 6:9
6:13,19 166:21,25
205:5,13 206:13
206:18 216:5,24

218:19,23 220:10
220:15 227:14
233:24
**interrogatory**
167:16,16 168:25
169:2,12 170:4,17
174:12,17,18
175:25 176:1,2,3
202:16 203:9
209:16 211:12
213:3 219:12
220:7 221:14,15
227:7,17 251:22
**interrupt** 31:22
60:5 131:13 183:5
**interrupted** 183:8
194:15
**interrupting** 185:5
**introduced** 252:25
**involved** 161:20
251:9,13
**ip** 117:6 121:2
134:13 199:22,24
200:5,13,16,19
201:4,5,6,14
213:21 214:12,21
**ipad** 239:18 244:1
244:4 245:2
**ips** 135:15 215:15
**ipsos** 223:11,11,13
223:14,25 224:6
225:1
**ireland** 79:9
**issue** 169:8 198:2
**issued** 240:11
**issues** 157:16
**item** 66:5 107:1
**items** 52:19 53:15
53:19

## j

**j** 2:8
**jacksonville** 223:7
**james** 2:3 9:5
49:13 53:2 77:2
141:16,25 142:5
147:17 251:16
**january** 105:20
112:24 205:14,22
**javascript** 72:24
86:4,8,15,17 87:3
**jeremy** 1:4
**jlee** 2:7
**joann** 2:18 8:18
**job** 1:22 75:8
260:5 262:2
**joe** 58:15,17,19
59:1,4,7
**join** 223:18
**joins** 223:21
**jose** 1:2
**josh** 198:16
**joshua** 10:5
**july** 3:18 50:24
51:14 218:17
**jumped** 228:2
**june** 206:14

## k

**k** 208:7
**kaufman** 44:25
**keep** 14:21 19:12
19:17,20 96:8
131:16 137:6
147:25 182:16
184:20
**keeping** 61:22,24
250:8
**kept** 20:1,7,23
**killi** 207:25 208:5
208:8,17 212:11

212:19
**kind** 27:10 33:18
34:3,8 39:6 40:11
40:13 47:25 54:1
59:17 83:8,16
88:3 95:16 98:16
130:13 131:8
163:16 165:11
239:17 240:11
**kinds** 36:25 48:5
93:6,7 236:10
**kipu** 162:18,23
**kits** 52:15
**knew** 212:11
**know** 11:2 12:2
14:24 15:25 17:5
17:24 18:7,8
19:10,25 20:5
21:8,12 22:3,4,8
22:18,20,21,24
23:3,6,11,14 24:18
24:24 25:11 26:8
26:9,9,10,11,13,16
26:18,20,23,24
27:4,5,8,21 28:6
28:10 29:2 30:5
30:15,21 32:1
33:23 35:19,21
36:14,25 37:9,17
38:14,15,17 39:6,7
39:10 40:7,12,23
41:5,18 42:8,18
45:11 47:5,10,12
47:12 49:11 51:4
53:25 54:9 57:23
58:1,13,15,16,18
59:4,20,23,24 60:1
60:1 61:5 64:21
69:17 70:12 72:8
72:9,13,15 77:6,7
77:16 80:16 81:2

81:6 82:3,6,13,24
83:2,13 85:22
86:3,5,22 87:11,23
87:25 88:16,25
89:18 90:22,23
91:13,14,23 92:13
93:10 95:19 99:4
99:8,10,17,19
100:11,20 101:4,5
101:20 102:10
104:20 106:21,24
107:1,8,9 108:8
111:7,9 112:16
119:25 125:8,15
125:20 126:5,10
126:11,14,15,17
126:21 128:9,11
128:12,22 129:1,3
130:4,5,12,14
132:17 134:21
137:15 139:13
140:23 141:9,17
142:14,16,19
148:21 149:21
150:7 153:15,19
154:5,9,20 155:22
157:2,5,18,22
158:22 159:24
162:7 163:8,24
164:6,23 166:10
167:3 170:6 171:9
172:1,4,19 176:12
179:4,11,24 180:8
180:18,24 181:2
184:11 185:16,24
186:9,11,18 191:6
195:11 200:18,25
201:16 204:14,15
204:18 205:8
208:2,8,12 209:16
210:21,23 211:5

**[know - line]**

213:13 214:5,18
214:19 217:22
222:12 225:12,17
228:16 234:18
235:1,19,25 236:4
237:8 238:4,6,8,9
239:5,15,20
244:17 247:25
248:19 249:5,15
250:6,8 252:4
254:5 255:1 257:2
257:9
**knowing** 17:12
**knowledge** 85:5
128:10 131:9,18
133:2 153:18
168:18,21 175:20
177:5,15 205:25
206:1 210:9
217:24 218:1
219:10 220:22
221:1 234:1
**knowledgeable**
133:1
**known** 79:21
146:7
**knows** 28:23 129:2
153:20

**l**

**l** 208:7,7
**lack** 52:25 70:8
78:11 90:4 142:24
143:5
**laid** 143:8
**land** 69:24
**language** 114:6
124:4,7 230:25
231:9 255:23
**laptop** 38:2 176:22
236:15 238:13,20
239:2,21,23 240:1

240:11 241:4
**laptops** 236:24
238:21 240:7
**largest** 124:5
128:9
**law** 250:22
**laws** 31:14
**lawsuit** 15:8,23
16:19 75:23,25
76:2 85:2,6,8
105:5 138:15,23
139:7,14 151:23
154:12 155:20
156:6,19 159:13
212:14 236:23
**lawyers** 245:12
250:21,24 251:2,6
**leading** 254:12
256:22
**learn** 39:22 40:17
45:7,10 73:11
90:12
**learned** 201:15
212:10
**led** 68:9 107:11
110:13 111:3
113:9 114:10,18
115:17 118:22
119:2,19 120:10
122:13 232:24
**lee** 2:3 3:8 9:5,6
11:8,12,13 12:10
13:13 16:2,9
17:21 18:19 21:25
27:24 28:6,25
31:21 32:10,18
38:10 44:5 49:14
49:19 52:23 53:3
53:5,9 54:25 59:8
60:6,11,15,23
61:19 64:5 65:4

66:9 69:11 70:6
70:12,17 71:2
75:7 76:10,23
77:5,13 78:10,14
80:22 81:17 82:11
82:19 85:12 87:21
88:9 89:4,10 90:2
90:6 91:25 92:15
92:25 93:8 94:14
97:15 100:6,14,18
100:22 101:14
103:25 104:2
107:2,17,20,25
108:4,14 109:6
113:2 125:2,18
127:24 129:19
130:12 131:3,12
131:14 132:1,10
132:16 133:21
134:17 137:9,20
137:22 138:3,24
139:8,22 140:19
141:6,20,23,25
142:4,8,23 143:3,7
143:14 146:11
147:1,8,21,24
149:7,11 150:7
152:4 154:1 157:7
159:14 160:19
171:3 179:10,15
179:18 180:15,23
181:12,23 182:10
182:11,18 183:7
184:8,9,19 185:4,7
185:14,23 190:17
193:18 194:7
196:5,13 197:18
206:20 210:8,19
213:8,23 215:21
216:7,12,18
217:12,15 218:5

224:8 235:9 245:7
246:16,24 247:4
247:11,20,24
248:7,10,12,14,24
249:5,12 250:15
251:20,25 252:8
253:10,12,15,17
254:13 255:1,3,10
255:16,21 256:4
256:16,24 257:12
257:15,22
**left** 33:11 240:13
**legal** 1:21 8:21
101:15,20,21
139:10,24 159:16
228:13 260:7
**length** 86:9 126:17
236:21
**level** 17:6 36:14
171:13,14 179:1,3
**lhk** 1:7
**lied** 140:25
**life** 157:19
**likewise** 175:11
230:15
**limit** 27:14 117:18
126:12
**limitation** 169:4
**limited** 12:14
92:24 94:25
108:25 117:20
159:6 244:14
246:18 253:19
**limiting** 187:8,10
**limits** 131:9
**line** 7:6,11,16,21
49:15,18 52:25
83:3 95:17 118:12
126:9 155:3
248:11 260:15
261:4 262:4,7,10

Veritext Legal Solutions
866 299-5127

[line - making]

262:13,16,19
**linear** 38:15
**lines** 111:21
221:16,16 225:25
**link** 35:8 39:23
40:17 90:17,21,23
90:24 103:15
108:13,18,21,22
108:23,24 109:23
110:2
**linked** 17:19,22
18:17 128:4,13,14
128:15 129:9,10
130:9 133:12,18
**links** 35:5 69:6,9
108:1,7,17,18
**list** 19:3,7,11
52:20 53:11,15
72:2 115:11
121:13 150:14,14
150:18,21,22
169:15,19 170:12
170:15 172:9
176:25 177:9
200:17 219:19
**listed** 57:3 151:11
174:1 189:9,11,20
192:16 222:20
227:7
**lists** 136:6 150:24
**literally** 37:23
44:14 158:22
216:16 250:17
**litigation** 167:10
222:9 251:14
**little** 13:3 30:4
31:8 33:10 35:11
85:15 87:22 88:1
101:18 108:15
132:12 137:13
147:10 157:19

165:14 173:8
178:1,7 194:19
232:17 238:9
247:6 256:9
**living** 44:20
**llc** 1:8 8:7 260:4
262:1
**llp** 2:5,14
**load** 73:9 76:24
206:21
**loading** 89:5,5
**local** 144:2
**location** 144:3
**locked** 260:12
261:1
**log** 52:19 53:19
95:1 96:12 179:2
180:20 186:10,11
186:12 241:18,22
242:1,1 243:6
**logged** 97:6 177:5
177:8,19,20,23
178:5,8 179:7
187:14,19 188:12
188:18 189:3,5,8
193:1,2,11 194:21
242:5,5,7
**logging** 95:8 97:11
177:16 178:14,15
178:18,19,25
179:1 180:21
241:19
**logs** 53:16
**long** 30:16 33:3
45:14 98:3 113:1
124:24 126:15
176:3 185:7 200:8
200:10 216:8
222:23 228:25
237:3 240:21
244:23 246:22

247:15
**longer** 87:22 93:5
129:17 130:1
164:15 182:15
192:6,7,13
**longest** 124:25
126:9
**look** 20:14 34:16
40:4 46:9,13
59:24 77:18,20
83:7,24 93:10
95:23 104:14
105:3 107:3 136:4
142:18 143:19
196:17 198:10
201:5 208:25
211:12 215:10
221:13 238:7
**looked** 46:15
47:20 49:5 82:9
82:16,20 83:17,20
83:23 91:1 234:15
235:13
**looking** 18:13
20:19 30:19 51:11
51:12 77:2 78:2
81:1 94:1 106:14
150:15 158:3
174:25 193:20
200:24 217:5
231:21 232:18
238:8
**looks** 51:19 94:8
106:24 112:11
114:4 142:12
149:4 207:22
210:24 213:14
215:9 217:16,17
**los** 2:15
**lose** 158:16

**loss** 158:7 160:10
160:13
**losses** 159:18
**lost** 159:11
**lot** 26:20 46:14
48:4 86:23 89:2
94:20 99:8 122:20
169:23 170:7,19
201:17 209:9
215:16,25 225:12
225:13,14 249:16
**lots** 152:25 173:14
**love** 28:16
**lower** 33:11
**lunch** 88:5 98:1,12
**luncheon** 98:6

**m**

**machines** 187:2
**magic** 235:1
**mail** 103:11 105:8
105:10,17 163:12
163:18 177:1
189:11,14 191:17
191:20 192:21
194:22,24 195:3
198:24 199:1,16
202:7,14 203:3,7
204:5,20 242:14
**mails** 30:22
196:18
**main** 95:5,7
192:17 231:4
241:20
**maintained** 36:14
**maintaining** 22:15
**majority** 47:2
**making** 86:13
111:11,13 168:20
179:21 180:16
236:7

Page 20

**manage** 55:11
114:24
**managed** 163:5
**manager** 255:18
**mao** 2:4 9:8
**mapping** 244:15
**mark** 2:4 9:8
31:15,19 32:1
50:19 69:20,22
70:1 76:17 88:18
103:23 111:23
122:23 141:11
166:18 174:11,16
206:10 216:2
220:6 227:18,24
228:1
**marked** 7:20 32:6
32:14 50:25 51:25
63:12 70:5 76:20
88:21 104:8 112:2
123:3 142:3
148:15,17 156:3,5
167:1 174:23
195:5,14,17,20,23
196:1 205:5
206:18 216:24
218:16,23 220:15
227:24 228:5
233:12 253:20
**market** 152:19,22
154:6 224:13,21
**marketing** 66:25
67:4
**marriage** 259:13
**match** 234:14
**matched** 234:12
234:13
**matter** 8:6 83:2
125:5,6 222:4
259:15

**matters** 138:2
**mcgee** 2:8 9:11
**mean** 11:25 12:25
14:2 15:3,5,21
16:23 17:1 19:3
19:18 27:14 31:6
31:21 36:23,24
37:21 40:21 45:22
54:9,16 56:3
59:23 60:4 64:19
67:23 81:3 99:7
99:10 102:15
113:11 117:13,17
120:17 122:15
123:24 124:1
127:9 129:1,20
131:2,13 132:13
133:24 135:19
144:11 150:2,3
151:10 152:4
162:12 172:4,16
177:24 189:10
190:18 191:4,5
193:15 194:20
201:10 224:14
231:13 235:10
237:20 238:3
243:2 245:9,10,24
246:3,8 249:14,25
**meaning** 228:13
**means** 13:11 16:25
17:11 18:22 22:3
28:7,10 54:1
67:19 82:7 107:13
128:12 129:8
133:11,14 135:20
175:16,19
**meant** 36:23 40:4
43:25 44:12
166:16 168:3
172:24 243:4

**measures** 80:6
**mechanism** 48:13
48:14
**mechanisms** 56:23
**media** 8:4 41:14
**meet** 163:23 165:8
246:10,22 247:2
252:20
**meeting** 247:9
**member** 223:20
**members** 158:5
**memorialized**
196:20
**memory** 90:17
250:5
**mention** 171:18
233:4
**mentioned** 13:20
21:17 29:5 31:3
33:13 37:13 39:23
40:18 44:17 87:4
112:17 238:12
241:6 243:23
**met** 247:5 252:23
**methods** 55:10
**miami** 2:6 45:2
190:9,12 203:19
204:17
**miamidadedems...**
189:22,23 190:11
191:15,16,25
193:10 194:11
195:3 203:4 204:6
**miamiprogressi...**
193:9 202:8
**miamiprogressi...**
189:24 190:13
194:12
**microphones** 8:12
**microsoft** 73:8

**middle** 176:9
181:25 221:15
**midmorning**
98:16
**mind** 34:4,9 42:5
113:7 133:11,14
139:17 155:1
181:4 216:12
**mine** 103:19
160:18
**minimize** 100:10
141:19
**minimum** 21:3
29:24 85:18
151:11 156:1
**minute** 142:20
182:16 218:6
**minutes** 49:16
251:17 252:3
**mischaracterize**
60:24
**mischaracterizes**
64:6 85:13 140:20
**misheard** 197:22
**misrepresentation**
160:4
**misrepresenting**
154:18
**misstates** 256:14
**misunderstanding**
144:25
**mobile** 52:9 117:1
184:16 186:16
226:6 237:19
**mobilexpression**
226:18,25
**mode** 18:14 20:10
28:1,2,8,9 56:1,4
57:1 58:9,17 59:9
59:11 60:20 62:11
62:14 64:22 67:23

[mode - nonresponsive]

68:6,13,17 74:10
74:11,18,23 75:1,3
75:20,22 76:9
81:8,11,12,22 84:1
84:18 85:2,4,5,9
85:15,18 91:18,20
92:14,20,22 94:13
95:4,7,15 96:7
97:2,11 98:24
99:6,8,12,15,20
101:10 102:13
107:12,13 110:9
110:10,19,20
111:6 113:10
115:2,10,21
117:17,18 118:2
118:23 119:7
120:7 121:19
122:11,14 135:4,5
135:14 138:8
140:5,8 143:25
145:18 150:6
152:17 155:9
169:21 174:7
177:7,11,18 188:7
188:11,17 189:2
211:2,8 212:22
213:5,7 214:14
229:25 230:10,22
231:2,3,13,14,16
231:25 232:11,25
236:1 239:22
241:3,12,14
**model** 153:21
208:11
**modem** 13:3
**modes** 99:2,18
100:4 235:20
**moment** 11:11
35:18,23 36:21
40:6 43:11 62:18

89:3,6 123:14
141:23 148:25
160:8 161:21
176:24 200:15
207:1,19 227:9
**monetary** 212:13
**monetize** 153:24
155:21 208:9,16
**monetizes** 153:9
153:16
**monetizing** 153:2
**money** 152:25
158:7,16 159:7,9
159:11 160:2
165:10,12,21,23
165:25 166:5
**monique** 1:4
**monthly** 158:23
**months** 45:17 76:1
76:3
**morgan** 2:9,9 9:11
9:11 251:3,3
**morning** 8:1 9:1,5
9:15 10:1,2 50:6,7
**mouth** 180:2
**move** 10:9 32:13
66:14 79:3 130:24
145:21 147:14,18
147:20 169:10
182:20 199:3
201:21,23 202:18
203:21 228:1
235:2
**moved** 183:25
186:1
**movie** 46:3
**moving** 21:15
187:25
**muddled** 181:11
**multiple** 14:25
93:19,21,23,25

94:2,7 99:9 110:5
112:18 159:21
236:24,24
**music** 164:14,15
164:23 165:9
238:5

**n**

**n** 2:1 3:2
**nail** 75:5
**name** 8:18 9:2
10:4,5 117:2
134:1,6 198:15
199:11 202:5,25
204:2
**named** 251:10
**names** 222:17
**narrative** 256:22
**narrow** 30:8 36:2
**nationally** 259:3
**nearby** 10:17
**necessarily** 19:4,9
23:24 38:21 42:20
44:14 51:17 58:2
77:6 81:2 99:17
103:19 119:1
121:8,21 140:22
159:22 162:20
215:11 242:4,12
249:13 257:7
**necessary** 260:14
261:3
**need** 28:14 31:19
70:14 74:20 82:7
84:3 107:7 158:15
209:12 248:20
252:1
**needs** 134:5 252:4
**neither** 125:21
239:7
**network** 38:1
39:11 117:1

136:11 201:6,9,10
**networks** 38:6
**never** 83:1 91:24
126:13 177:5
192:21 208:15
**new** 3:16 24:16,19
24:19,19 25:7,8,10
25:13,17,20 26:1,8
26:9,12,16 27:3,6
27:9,12,15 29:10
30:2,4,10,18 50:12
50:16,20,21,23
51:11,13 53:15
55:14,17 56:4,7,13
56:16,21,25 57:2,4
57:10 64:3,12
66:2 67:14,21
68:23 94:6,11
95:14 96:3 110:22
118:9,14,19
119:13 124:12,13
127:1 136:5,25
138:12 140:13
141:3 147:18
191:21 209:20
210:7
**news** 93:11
**newspapers** 26:23
**nice** 24:21
**nielson** 226:5
**night's** 245:18
**noise** 100:7,11,15
141:17
**non** 21:23 28:8
37:17 64:22 80:11
95:4 154:2 177:10
210:14 213:7
224:10
**nonpersonal** 81:4
**nonresponsive**
145:22

Page 22

[normal - open]

normal  15:20
normally  15:12
   16:18
north  2:9
northern  1:1
nos  6:13 218:23
notary  258:8
notating  260:15
   261:4
note  8:11 104:19
   132:23 194:7
   207:8
noted  53:2,4
   143:13 258:1
notes  111:10
notice  30:4 31:3
   31:13 33:14 99:24
   110:22 111:1
   116:15 231:24
   232:11,24 233:4,6
noticed  91:24 92:4
noticing  8:25
notifications  31:9
   194:24
notions  61:22
notwithstanding
   176:16 211:19
   219:15
nude  133:25
number  4:23 8:4
   95:21 107:1 117:3
   117:4 157:18
   166:21,25 168:25
   169:2,12 174:18
   176:2 200:11
   206:13 216:6
   219:13 220:11
   228:24 229:6
   230:8 231:20,22
   260:15 261:4

numbers  51:25
   205:13 219:1

**o**

oath  11:19 37:1
   50:9 98:20 148:12
obfuscated  46:13
object  11:12
   130:23 159:15
   196:25 197:7
   254:10
objecting  197:14
objection  9:7
   12:10 13:13 17:21
   18:19 21:25 28:25
   38:10 52:24 53:8
   54:25 60:23 61:19
   64:5 65:4 66:10
   69:11 70:7 71:2
   78:11 80:22 81:17
   82:11,19 85:12
   90:3 92:25 93:8
   94:14 97:15
   101:14 125:2,18
   132:1 133:21
   134:17 139:8,22
   140:19 141:6
   142:24 143:1,6,13
   146:11 171:3
   190:17 194:8
   196:6 197:24,25
   198:5 205:12
   206:6 207:10
   210:8,19 213:8,23
   215:21 224:8
   235:9 254:9,12,24
   255:9,14,19 256:2
   256:13,21
objectionable
   133:4
objections  4:21
   5:18,22 6:6,11,16

8:22 34:17 70:16
   166:20,24 176:17
   205:3,20 206:12
   206:16 211:20
   216:4,22 218:18
   218:21 219:16
   220:9,13 221:5
   228:6
obligations  80:4
obtain  215:25
obtained  71:12
obvious  21:13
obviously  183:25
occasion  50:12
occasionally  14:17
   35:13 192:19
odd  214:2
offer  114:8
offered  166:9
office  260:11
offices  191:22
oh  55:20 90:14
   123:11 174:13
   175:13 201:21
   217:15 227:19
   239:5 241:14
okay  10:10 16:8
   16:15 17:18 23:12
   31:11 32:18 33:7
   43:1 49:21 51:7
   51:10,11,15 52:11
   53:22 54:6 55:17
   55:20,23 63:14,17
   66:1,5 92:19
   95:11 97:25
   100:21 107:24
   108:14 119:20
   123:15 137:7
   138:3 141:20
   142:5 143:19
   147:4,23 149:11

151:4 157:21
   158:1 167:19,23
   174:15 175:4,24
   179:19 181:12
   185:23 194:7
   197:12 205:11,21
   206:10 207:7
   209:15 211:16
   214:20 216:18,19
   217:15,20 218:2
   220:5 221:3
   226:17 227:5,25
   228:10,21 229:3,5
   248:9,15 249:23
   251:20,25 252:8
   253:15,23 254:14
old  26:23
older  223:20
once  36:3 110:5
   182:22 187:15,21
   197:24 241:25
   248:19
one's  163:18
ones  47:15 53:22
   54:7 102:12
   163:13 172:7
   190:13 193:7
   200:21 249:10
online  23:21 25:18
   38:9 65:19 81:16
   82:1,10,17 83:9
   164:23 169:6
   213:20 223:4
ons  71:21,24 87:5
open  10:12 16:25
   32:11 55:25 70:18
   81:22 83:16 93:18
   93:19,21 94:1
   100:9 104:10
   105:20 112:3
   124:13 125:1,10

[open - party]

125:13 126:1,10
126:13,16,19
141:22 148:21,22
149:8 156:12
175:1,4 199:5
201:25 206:23
211:13 217:8
253:22
**opened** 32:16
47:11 74:17 94:7
96:24 101:9
102:25 104:25
105:13,24 110:20
123:11
**opening** 13:5 15:2
51:9 121:18
135:10,13 140:4
174:6 187:10
**operate** 79:14 99:9
**operated** 63:2
**operating** 117:1
**operative** 108:18
**opinion** 75:19
159:17
**opposed** 171:13
**opposite** 123:12
**opt** 3:19 67:11
69:2,25 70:4
72:12,17,22 73:4,6
73:9,11,16,22 74:3
**option** 34:15 47:18
85:10
**order** 73:8 257:23
**organization**
193:7
**organization's**
191:13
**organizations**
161:12,19 190:9
191:1,12

**orient** 181:6
**oriented** 181:14
209:18,19,23
**original** 260:10,21
**outcome** 259:14
**outrageous** 179:19
180:11
**outright** 42:6
**outs** 73:22 74:3
**outside** 85:3
188:24
**override** 120:13
120:17 121:10
**overrides** 146:21
**overriding** 81:6
121:8,22
**owned** 63:2
**owner** 128:10

**p**

**p** 2:1,1
**p.a.** 2:9
**p.m.** 50:4 98:5,9
148:5,9 218:10,14
252:12,16 257:21
258:1
**page** 3:14 4:5 5:4
6:4 7:6,11,16,21
33:5 35:1,5 51:23
51:25 52:1,2,7
63:15,16,18,19,20
65:23,25 66:14,15
66:15 72:18 77:11
78:6,7,8,17,18
79:3 90:20 94:7
95:5 106:5 109:9
113:25 114:2
115:17 116:8
119:17 120:2,21
120:23 122:6
124:12,13,14
127:1 136:6,25

138:12 140:13
141:3,12 143:20
143:22 151:5,15
157:18 158:1
167:25 168:2,4,6,7
168:9 169:1,11
174:20,21 175:11
175:12,12,13,14
176:9 200:1,24
211:14,15,18
219:13 221:16
229:7 231:19
254:6,15 260:15
261:4 262:4,7,10
262:13,16,19
**pages** 35:9 200:9
200:12 253:2,6
260:14,17,17
261:3,6,6
**paid** 45:23 165:4
209:4 222:12,22
**panel** 223:12
226:6,18,25
**paragraph** 34:24
114:14,22 116:21
150:23 151:7
157:17 158:3,4,13
169:14 170:10
176:15,15 211:17
211:21 219:14
221:17,22,23
225:3,4,23
**pardon** 12:21
101:4 170:19
**part** 25:16 60:7
104:24 111:12
114:3 119:9,11,13
120:20 124:10
128:24 158:23
160:4 176:10
183:12

**participants** 8:10
223:16
**participate** 223:24
**participating**
223:17 224:4
**particular** 13:9
20:20 37:11 38:23
40:14 41:25 43:11
43:15 44:12 48:2
59:5,6 77:8 87:20
92:21 107:7
109:14 115:19
116:13,18 118:25
126:12,16 149:24
177:16 181:22
204:19 213:18
224:23 225:19,19
225:20 230:7
234:14 236:23
237:4 248:6
250:13 253:6
**particularity**
169:5 176:5
**particularly** 14:21
36:13 41:2 42:10
52:18 55:2 64:11
64:16,21,25 65:8
68:22 73:20 74:2
88:15 105:22
210:11 256:3
**parties** 8:15 80:7
196:19 259:12
**partners** 41:15
**parts** 107:10,11
112:16,20 113:7,9
113:24 119:19
176:14
**party** 13:9 71:18
79:13 84:25 85:10
85:16 91:11
115:14 119:3

[party - policy]

124:3 190:10
203:20 238:5
243:5
**passed** 83:25
**passive** 226:7,13
226:20
**path** 130:13
**pay** 26:21 158:24
165:10,12,13,19
165:21,22,24
166:4 208:24
215:18,23 219:20
219:23 222:3
224:7 226:4
**paying** 23:15
**pays** 226:6
**paywalls** 94:16
96:12
**pdf** 51:23 108:7
158:2 260:12
261:1
**penalty** 233:23
260:16 261:5
**people** 127:4,11,20
127:22 164:22
191:11 208:9
224:14 240:3
**percent** 22:2 149:2
**perfect** 10:20
**perfectly** 142:4
248:16
**perform** 79:7
**period** 93:17
124:18,20 169:5
169:24 170:3,10
237:16 238:22
260:18 261:7
**periods** 92:23,24
93:2,6,13
**perjury** 233:23
260:17 261:6

**permission** 134:3
**person** 64:1,11,17
64:21 166:16
191:18,21 204:16
204:18 223:6
243:6
**personal** 38:2
53:20 54:5,23
58:11 80:2,8,11,18
81:3 109:16
131:17 133:2
151:22 152:2,5,12
153:24 160:16,18
160:22 165:18
189:16,18 190:2
190:15 192:10
199:1 208:16
211:24 212:1,13
212:17,18,20,24
236:15 237:17
238:13,20 239:21
239:23 240:12
241:22 242:10
**personalization**
3:22 88:21 89:14
89:20,22 91:9
**personalizations**
95:6
**personally** 22:4
161:11,14 203:15
**perspective**
165:17 210:22,25
**phone** 10:17 39:2
117:3 176:23
189:2,3,5 194:23
236:15,19,20,25
237:4,17,18,25
238:4,8,11,18
240:2 247:6,14,15
**phones** 188:25
189:1 236:24

237:8,13
**phrase** 34:23
**physically** 126:18
**pick** 8:12 200:16
**picture** 133:25
**piece** 71:18 214:12
214:13
**pieces** 53:18
213:19,25 214:4,7
214:8
**place** 8:17 108:19
108:20 116:5
136:16 201:11
**plaintiff** 5:17,21
6:5,10,15 177:4
205:2 206:15
211:22 212:9,15
212:17,21,25
216:21 218:20
220:12 251:10
257:23
**plaintiff's** 177:4
252:19,21
**plaintiffs** 1:6 2:2
9:7 31:18 158:5
196:21
**platforms** 115:13
**play** 164:14,15
165:8
**players** 164:23
**playing** 238:5
**please** 8:11,23
10:3 14:4 53:1
76:25 106:25
168:5 179:17
181:6 184:3 185:6
207:1 227:21
254:11
**plugged** 238:4
**plus** 87:8

**point** 10:24 28:16
34:1 37:9 49:8
51:3 52:7,12 55:6
63:22 73:22 74:4
81:1 88:16 130:16
155:8 157:8
159:25 165:11
225:10 244:10,18
**pointed** 150:18,21
**points** 67:2 105:4
109:25 114:23
144:5 213:12
**policies** 12:24
20:12 23:6 29:7
29:18 30:23 63:4
103:12 108:21
110:13,15,16
116:6 229:22
235:17
**policy** 3:17,21 4:9
29:24 30:11,20
50:17,21,24 51:13
51:16 55:12,15
56:15,17 61:5
62:7 63:5 64:4,9
64:13 66:3 69:21
76:18,20,25 77:4,8
77:24 78:3 79:21
80:5,16,21 81:20
83:14 84:14 101:8
102:9 103:5,16
110:1,4 111:24
112:2,6,11,11,18
112:23 113:18
116:15 118:10,15
118:22 119:2
140:2 145:18
146:21 150:16,19
229:11 230:2,9,19
231:15 255:25

Page 25

polluted 97:1
poor 153:8
pop 4:12 31:8
  33:10,14 34:11
  123:2,9
pornography
  209:25 210:1,6
portion 137:16
  159:7,8,9 183:2
portions 106:21
posed 169:3
position 191:18
positions 191:19
  192:3,3
positively 54:13
possession 240:6,9
  240:16
possible 15:12
  16:18 126:18
  178:4
post 173:13,14
posts 172:2,20
potentially 161:16
  244:16
pours 152:25
power 158:21
powered 25:25
  26:5,12
practices 158:9
precautions 23:20
  23:24 65:18,22
precisely 163:13
  172:9
predicate 143:8
predict 67:1
  215:11
predictive 40:11
preface 209:12
preferences 34:15
  67:2

premium 165:5
preparation
  246:11 247:5,15
  247:19
prepare 245:6
preparing 234:5
presently 14:18
preserves 193:1
pretty 15:15 30:6
  34:13 43:8 53:25
  84:13 109:14
  184:3 208:13
  232:23
prevent 72:19
  73:18 230:11
  232:25
prevents 231:25
  232:12
previous 116:16
  156:9 162:2,5,13
  227:2
previously 156:1
  181:15 196:9
  226:14 253:20
price 67:2 154:8
  224:13,21 225:10
  225:20
priced 154:7
  210:10,23 214:17
  226:16
prices 214:18
  224:15
pricing 213:12,14
primarily 46:22
  46:24 96:8
primary 44:24
  96:13 159:25
  254:23
prior 60:24 64:6
  85:7 92:1 140:20
  182:3 197:5

250:21 251:6
  254:2
priority 88:3
privacy 3:17,21
  4:9 12:23 20:12
  22:15,22 23:6,21
  29:7,18,24 30:11
  30:19,23 31:10
  35:25 36:3,12,20
  37:8 50:16,20,24
  51:13 56:15,17
  61:4 62:7 63:4,5
  63:25 64:4,8,11,13
  64:17,20 65:2,6,8
  65:9,10,10,19 66:3
  73:22 74:3 76:18
  76:19,25 77:4,8,24
  78:3 79:20 80:4
  80:15,20 81:16,20
  82:1,5,10,17 83:9
  83:14 84:14 97:3
  99:24 100:1 101:7
  102:8 103:4,12,16
  109:15 110:1,4,13
  110:14,16 111:24
  112:1,6,10,11,18
  112:23 113:18
  114:24 115:4
  116:6,14,15 118:9
  118:15,21 119:2
  134:4,7,16 135:17
  139:21 140:1
  145:17 146:21
  150:15,19 171:1,5
  171:8,12,19,21,24
  172:7,11,23,25
  173:6,18,22 174:3
  208:21 229:11,22
  230:2,9 231:14
  232:18 235:17
  255:25

private 4:14 8:13
  11:23 12:5,7 13:1
  14:10 17:4 19:13
  19:17 20:1,7,23
  54:4 64:21,25
  68:13 80:2,8,17
  81:3 107:12 110:9
  113:10 118:24
  127:19 128:18,21
  129:11,14,18
  130:1,8 133:15,15
  133:16,18,20
  134:11,14 135:20
  140:15 141:5,13
  142:2 169:21
  172:21 177:7,10
  177:17 208:10
  211:4,7 212:22
  226:11,24 230:10
  230:19,22 231:2
  231:13,15 235:20
  236:1,2
privately 115:2,9
  115:21 117:16
  118:1 119:10
  120:9 122:3,10
  127:3,11,18 128:7
  135:20 136:19
  145:16 211:25
  232:17
privileged 157:2
pro 32:21
probably 15:23
  21:12 30:2,12
  35:12 47:13,24
  49:10 72:16 86:1
  87:15 91:22 93:1
  93:11 102:10
  119:17 125:8
  152:24 189:7
  234:20 239:14

[probably - read]

240:19 241:13
242:6 244:5
245:21 249:16
251:23
**problem** 123:12
**procedure** 260:19
260:20
**proceedings** 8:23
**process** 40:11
167:15,17
**processes** 26:25
**produced** 195:8
**product** 159:24
166:9 233:7
**production** 7:10
196:11 253:7
**products** 24:17
66:17 67:3 102:20
115:13 160:3
164:1,5
**professional** 46:4
71:6
**professionally**
45:13,15,20
**profile** 94:19
**profit** 212:3
**progressive**
190:12
**prohibits** 236:1
**promise** 61:23,24
62:2,21
**promises** 149:18
**proper** 143:8
186:3
**properly** 73:10,12
**property** 17:23
18:23 19:2 22:9
158:7,19 159:5,8
160:10,14,18
**protect** 23:21
65:18 81:16 82:10

82:17 83:9 97:3,3
114:16 211:25
**protecting** 65:9
82:1
**protections** 83:8
**provide** 72:18
79:7 87:2 138:12
212:13
**provided** 83:13
120:14 260:19
261:8
**provider** 136:12
**providers** 67:9,17
79:4,7 80:3,10
118:18 119:6
**provides** 223:13
226:19 243:5
**providing** 78:22
212:24
**public** 172:3,20
173:17 258:8
**publisher** 26:18
**publishers** 26:21
**pull** 20:13 253:20
**pulled** 197:11
**purchase** 66:23
**purchasing** 226:21
**pure** 65:7
**purpose** 137:11
187:4
**purposes** 77:7
**pursuant** 80:9
253:9
**put** 23:10 26:22
114:17 121:16
136:16 184:5
216:17 221:9
233:21

**q**

**qualified** 130:4
224:12
**qualifies** 81:18
82:4
**question** 7:20
10:25 11:12,14
13:15,18 16:10,14
28:15 39:21 42:10
44:6,6 58:7 68:10
70:13 76:11 77:23
82:7,15 92:12
107:4,23 108:5,15
108:16,17,25
109:5,7,10 113:9
113:16 126:8
129:7,8,23 130:3
130:16 131:1,11
132:7,8,15 133:13
139:1 145:24
157:12 158:15
159:6 169:3
171:15 172:24
173:6,9 176:4
181:8,20 182:2
184:1,23,25
194:16 214:1
234:9 242:20
245:8,9,13 246:18
248:17,18,24
249:1,20 250:11
250:12 256:11
**questioning** 49:15
49:18 52:25 95:17
118:12 147:15
155:3
**questions** 10:24
11:3,11 27:25
43:1 71:6 88:10
113:6 131:17
161:4 167:11,12

169:15 175:9
176:12 185:4,21
194:5,9 196:25
205:20 207:5
228:16,23 253:14
253:19,24 254:16
256:6 257:13
**quick** 16:3 50:8
**quickly** 111:9
216:20 233:19
**quinn** 2:14 9:3,16
**quinnemanuel.c...**
2:16 260:2
**quit** 15:23
**quite** 95:12 105:5
153:6 158:22
200:8,10

**r**

**r** 2:1 262:3,3
**r&s** 261:1,9
**range** 30:9,11
**rapidly** 208:13
**rare** 46:17
**rarely** 96:16 97:12
**rate** 38:5 192:24
**reached** 131:8
**read** 20:14 23:6
28:15,17 29:18,23
32:12 34:14,20
35:21 46:14,18
52:11 55:11,14
66:21 79:1,20
80:14 81:19 82:5
82:21 83:12 94:12
107:21 109:8
111:8 127:7
137:19,21 142:20
142:21 143:24
146:6,13 150:8,10
156:20,22 181:13
181:22 182:4,19

[read - relevant]

182:22 183:1,3,12
225:25 226:1
228:16 233:23
235:16
**readers** 67:6
**reading** 64:8
93:11 94:17
112:21 113:5
158:12 181:5
260:23 261:9
**realize** 228:25
**really** 33:2 35:18
45:12 49:11 53:24
93:9 120:3 125:8
126:15 131:19
179:11 225:20
250:11
**realtime** 1:21 9:22
259:4
**reason** 42:2 94:15
96:2,7,13 105:14
105:21 106:19
181:22 182:25
217:21 231:4,11
262:6,9,12,15,18
262:21
**reasonable** 105:23
186:2
**reasonably** 160:1
**reasons** 94:4,21
95:12,18 97:5
225:14
**recall** 21:18 26:11
29:8,21 30:3 31:4
69:7 70:24,25
72:14 74:13,16
91:15 92:5,6,21
100:2,5 104:25
109:20 113:8
116:12 118:8,11
118:14,18,19

120:23 121:6
123:25 124:20
125:17,21 126:23
136:22 152:14
157:1,5 161:6
170:9 173:2,23
174:1 177:16
187:17,23 188:14
188:22 209:8
212:10,16 217:10
220:4 222:25
223:1 234:4
237:11 239:16
240:18 242:3
243:14 253:23
254:4,14 256:7,12
**receive** 57:2,5,10
57:20 58:11 62:22
84:9 91:19 107:14
110:8 111:4
113:12 119:8
140:14 206:9
230:21 231:17
**received** 122:16
207:10 221:7,9
233:13
**receives** 119:12
138:6
**receiving** 62:13,17
67:20 68:12
230:11
**recess** 50:1 98:6
148:6 218:11
252:13
**recognize** 104:12
156:14 175:5
200:13,18 201:4
205:15 206:25
219:4
**recollection**
177:15 212:15

248:6 249:4,11,15
250:1,14
**record** 8:2,16 9:14
10:4 49:24 50:4
52:13 58:8 66:22
70:2 98:2,5,9
104:19 105:19
112:22 132:24
133:8 143:24
148:5,9 150:25
151:1 158:11,14
174:16 179:21
180:7 181:1,9,10
182:13,17 183:17
184:5 185:22,24
192:22 194:8
195:6 196:13,14
196:17 208:7
216:9,17 218:4,9
218:14 221:10,10
226:1 227:19
233:16,21 234:12
246:9 251:18
252:12,16,18
256:14,18 259:9
**recorded** 8:5 17:5
94:23,24 179:23
180:2,17 183:17
**recording** 8:17
**records** 96:11
105:3,12 106:16
**reddit** 95:2,3,5
96:12
**refer** 117:8 151:13
**reference** 21:1
255:6,7,12,17
**referenced** 260:6
**referral** 121:4,4
214:23
**referred** 124:11

**referrer** 214:15
**referrers** 215:13
**referring** 33:4,15
106:10 123:19
124:2,6 150:17,24
162:11 178:17,21
178:23 197:19
236:20
**refresh** 32:5 51:2
148:19 204:24
248:5
**refreshed** 249:4
249:10,14,16
250:1,8,14
**regarding** 70:8
102:23 194:9
**regardless** 169:20
**regards** 113:16
**regularly** 163:21
170:23 240:4
**regulatory** 33:25
**related** 42:13,16
75:3,22 76:9
120:21 133:16
134:13 152:13
155:6,12 171:2
193:7 195:9 197:1
210:5,15,17 213:4
213:6,19 236:2
259:12
**relates** 92:12
223:10 224:22
**relation** 222:24
**relationship**
250:20 251:5
**relative** 213:12,14
**relatively** 148:23
**released** 260:21
**relevance** 132:1
**relevant** 38:18
41:2 89:25 102:12

Veritext Legal Solutions
866 299-5127

[relevant - reviewed]

111:19 128:24
131:25 176:14
242:11
**rely** 43:19
**remain** 211:4
**remember** 29:25
30:14,16,17 35:22
40:19 49:12 50:13
50:17 51:15,18
62:4 69:5,18 72:4
72:7 87:5 90:18
90:20 98:25
103:13 107:10
109:14 113:25
114:5,9 118:12
138:1 149:4,15
150:23 162:14,20
163:11,12 164:20
168:19 169:20
173:20 174:9
177:22 178:4
207:21,23 208:11
209:14 217:9
237:5,6,20,22
244:5,7,9,12,19
**remembered** 64:8
**remind** 14:8 234:6
**reminder** 50:8
98:19 113:14
148:12
**reminders** 14:6
**remote** 9:7
**remotely** 8:11
31:25
**repeat** 139:1
**rephrase** 91:19
**replacements**
237:15
**replaces** 255:24
**reported** 1:19

**reporter** 1:21 8:19
9:22 13:24 14:5
39:18 60:9 100:12
127:25 137:13,16
137:18 156:8
179:6,23 180:3,18
180:25 182:19
183:7,10,24 184:7
184:9 201:2
243:17 253:8
259:4
**reports** 117:7
121:2
**represent** 69:23
77:3 112:5 123:7
195:7 230:10
231:15,25 232:11
232:15 257:10
**representation**
236:8
**representations**
58:4 68:8 81:7
82:22 120:12
197:6 235:19,23
**represented** 11:5
23:16 66:1 68:16
74:22 91:17 129:5
**representing** 9:17
73:25 80:24 251:7
**represents** 140:2
**request** 7:10 117:9
121:5 142:25
151:14 186:3
229:6,10 230:8
231:20,21,23
**requested** 183:2
256:8 261:1,9,10
**requests** 228:8,11
**require** 14:6 166:9
**research** 81:15,19
81:25 82:4 222:1

222:8,13,23 223:4
223:12,25 224:5
235:11
**researched** 235:5
235:22
**reserve** 62:19
**resources** 45:10
83:12 144:6,11,12
145:10 146:3,9,16
146:24 153:1
257:5
**respect** 120:14
171:20,22 229:5
**respond** 194:16
**responded** 58:6
71:5 167:12 170:3
170:16
**responds** 211:23
**response** 6:7 39:21
70:13 169:11
174:12,17 175:9
176:10 202:16
203:9 205:12
206:5 207:9
211:12 213:3
216:23 219:12,14
220:8 227:8
229:17,21 230:5
232:5 251:22
**responses** 4:21 5:5
5:18,23 6:11,17
166:20,24 174:23
205:3 206:11,17
207:5,15 209:16
216:4 218:17,21
219:6 220:9,14
221:6 227:14,18
228:7 234:7,22
**responsibility**
114:15

**responsible** 257:7
**responsive** 132:20
**rest** 227:6 245:18
**restricting** 119:21
**restrictiveness**
38:22 39:4
**result** 152:22
158:7,16 159:11
160:14
**rethink** 248:22
**return** 260:17
261:6
**reveal** 16:5 75:9
245:11 246:13
**revealing** 16:10
76:13 245:15
246:19
**review** 29:6,6
30:24 94:11 95:15
103:16 107:9
111:16 112:14
116:1 158:14
205:23 207:14
219:6 220:20,25
221:23 247:18
260:8,10,13 261:2
**reviewed** 30:11
50:16 56:24 64:3
64:12 72:9 77:21
77:25 78:1 99:23
99:25 104:22
106:1,22,25
109:11,13,17,23
109:25 110:4
111:8 112:10,17
112:18,20 113:15
113:17,18,20
114:5 116:3,5,18
116:20 143:9,16
175:19 217:17
229:3,12 230:3

Veritext Legal Solutions
866 299-5127

[reviewed - scrolling]

248:5 249:3
252:24
**reviewing** 51:15
51:18 107:10
109:4 113:8 114:6
114:9 116:12
119:22 168:19
207:21 217:10
**revise** 78:16
129:23
**revised** 5:5 174:22
**revocation** 196:8
196:11,24
**revoked** 193:22
194:4 197:17
198:7
**revokes** 196:22
**rewards** 223:14
**rfa** 228:24
**right** 10:10 13:17
13:20 14:1 19:24
21:1 24:6 25:5
26:1,15 28:24
29:12 32:20 34:9
35:2 37:15,19
40:3 42:17 44:24
46:19 54:20 56:9
57:13 62:19,24
63:21 64:4,23
65:24 71:8,9
73:23 83:6,10
86:14 88:17 89:12
97:7,8 99:15,16
100:4 103:1,14
106:10 110:5
111:8 115:22
120:16,18 126:19
126:25 128:25
129:7 133:17,24
136:2 144:13,18
146:3 160:10

161:1,2,17 162:1
162:13 168:13
175:22 176:23
178:7 181:10
183:18 185:21
207:22,25 208:12
211:4 217:16,25
218:8 220:3 222:3
227:12 231:6
234:11 238:15
241:8 244:2
246:16 249:20,22
257:15
**rights** 185:18,19
**rigid** 38:14 39:7
**ring** 87:9
**rise** 97:20
**rmcgee** 2:11
**road** 244:15,23
**roading** 244:24
**rog** 5:6 174:23
**roles** 190:8 191:1
**room** 11:4 100:9
**rossana** 2:4 9:9
**rossin** 44:25
**rough** 248:2
257:24
**roughly** 15:15
33:17 113:25
**router** 223:19
**rpr** 259:21
**rule** 23:5 30:23
103:18,21 111:10
125:21 154:24
166:11 168:15
224:1
**rules** 186:4 261:8
**running** 158:19
**ryan** 2:8 9:10

**s**

**s** 2:1,14 3:11 4:2
5:2 6:2 262:3
**safari** 73:7
**sake** 65:10 147:25
**sales** 24:25,25
**salient** 119:19
**san** 1:2 2:4
**satisfaction**
139:17
**satisfied** 141:9
**saving** 144:1
**saying** 19:23 30:22
92:4 117:15
118:20 120:3,18
122:2 144:17,18
172:6 182:5
**says** 41:16 51:12
52:13 53:16 55:7
66:5,17 73:3 79:6
79:12 80:1 89:19
89:22 104:16
106:6 108:12
110:1 114:11
115:18,22 116:8
116:23 117:12,25
118:7 119:9,11,14
120:24 121:25
122:9,11 127:2
143:20,23 145:7
145:12,18,25
146:5,23 158:4
160:9 168:9,16
169:11 175:12
176:20 191:24
198:10,20 199:11
199:19,22 202:2
202:11,25 203:3
203:12,13,16
212:9 221:5 222:6
223:11 224:6

229:17 230:8,15
230:20 231:1,23
232:16,19 233:6
**scenario** 94:3,5,25
**schedule** 260:10
**schiller** 2:5 9:6,10
250:22
**school** 26:23
136:10,11
**scientist** 130:21
**scientists** 130:5
**scm** 189:22 191:15
191:23,25 193:10
194:11 195:3
204:6
**scope** 101:21
**scrapers** 87:1
**screen** 4:12 10:11
13:3,6 17:1 20:13
40:5 61:3 62:8
68:8 72:15 74:14
74:17 81:21 84:6
84:8,12 89:1
102:9 108:11,12
110:21 122:18,19
123:3,9,16,18,22
124:4 136:5
145:15 146:22
256:1
**screenshot** 3:15
4:10 32:14,23,25
33:3 123:1,8,15,17
**screenshots** 33:2
**screenwise** 223:11
**scripts** 52:15
**scroll** 51:22 52:6
106:23 116:7
151:4 176:11
231:19
**scrolling** 157:23
229:8

Veritext Legal Solutions
866 299-5127

[sdks - sessions]

**sdks** 52:16
**se** 2:5
**search** 4:17 58:14
  61:8 63:3,10
  148:16
**searched** 58:16,19
  59:2,4
**searching** 61:12
**seat** 192:6
**seats** 191:22
**second** 4:19 5:24
  19:17 21:15 77:2
  90:14 114:13
  116:8,21 117:11
  127:20 147:5
  151:7 156:2,6,18
  157:20 163:4
  169:14 206:12,17
  219:13 228:7
  234:17
**seconds** 123:7
**section** 66:22
  109:14,21 111:18
  114:1 115:7,11
  116:1,13,22
  117:11 121:7
  254:20
**security** 80:6
**see** 25:20 32:9,17
  32:22 33:1,7,8,10
  34:22 35:3,7 51:3
  51:4 52:2,7,10,21
  53:11,16,17 55:12
  55:13 63:21,22
  66:7,18 67:12
  69:1,4 70:11,14
  73:1,2,13,14 78:18
  78:20 79:3,10,11
  79:18,19 80:12,13
  81:4 89:9,12,15,19
  89:21,25 90:8,10

90:11 95:7 106:7
112:8,9 114:13
115:6,23 116:10
117:9,10 123:6,13
123:15 124:14
127:4,5,6,12,21,23
130:14,15 133:7,8
142:7 143:22
144:7,8 145:12
146:17,20,22,23
146:25 147:6
148:20 154:6
158:9 160:1 168:8
169:2,8,12,17,18
170:13,14 175:15
176:6,17,19 177:1
177:11 185:16
189:12,25 198:11
198:12,14,17,22
198:23 199:9,20
199:23 200:2,3,5
202:3,6,9,13,20,22
203:1,4,13,15,23
204:6,9,13,25
211:20,21 212:3
219:2,3,16,21
220:18 221:18,21
222:5 223:21,23
226:8,9 228:8,9
229:15,16,18
230:13,14 232:3,4
232:5 234:1,3
256:3
**seeing** 24:23 70:24
  74:16
**seek** 18:5
**seen** 24:6,7 26:12
  30:3 61:2,3 70:20
  72:14 74:14 86:1
  89:16 90:23 91:7
  91:10,12,15 92:6

123:21 142:11
145:13,15,17
148:24 167:6
206:8 228:18
235:21 254:3
**select** 173:13
**self** 45:10
**sell** 151:21,24
  152:3,12 155:5
  208:22,23 212:16
  212:18 222:19
  226:10,11,23
**selling** 26:18 225:9
  225:19
**sells** 26:10,16
**send** 235:6
**sending** 236:8
  253:6
**sense** 16:19 29:2
  46:12 115:16
  152:1,11,17
  155:11 173:15
  194:25 228:15
**sensitive** 8:12 54:6
  54:8,10,16
**sent** 48:19 194:24
  235:14 236:3
**sentence** 79:11,12
  80:1 114:14,17,20
  115:19 117:11,15
  118:3 158:13
  168:16
**sentences** 81:2
  114:25 120:2
  122:13
**separate** 19:21
**separately** 127:15
  186:13
**september** 105:13
**series** 95:19

**serve** 208:24
**served** 92:7,13,20
  205:22 219:7
  220:21 227:16
  252:22
**service** 12:23 23:7
  30:22 56:15,18,21
  61:4 62:6 63:6
  79:4,6 80:3,10
  81:20 83:15 101:7
  101:9 102:8,25
  104:4,17,21 106:2
  106:7 108:20
  118:18 119:6
  136:11 144:22
  145:2,5 165:16
  242:9,19,23
**services** 4:6 24:17
  25:4 48:10,15
  52:18 55:10 61:7
  61:8 63:9,10
  66:18 67:3 68:20
  68:22 74:8 79:8
  79:14,14,17,22
  84:16 96:9,10
  102:11,15,19
  104:7 114:23
  115:3 116:10
  117:6 120:22
  121:1 159:21
  160:3 161:6 169:7
  219:20,24 220:2
  229:14 230:1,12
  231:18 235:17
**serving** 167:16
**session** 49:7 125:1
  125:10,13,25
  126:1 148:1
  187:11 235:7
**sessions** 140:16
  155:7 224:25

Veritext Legal Solutions
866 299-5127

[set - speaking]

| | | | |
|---|---|---|---|
| **set** 5:19,24 6:8,12 | **sharing** 13:4 35:18 | **significantly** 195:2 | **solutions** 1:21 |
| 6:18 149:6,9 | 37:5,8,14 54:12,14 | **signing** 224:14,15 | 8:21 260:7 |
| 166:13 172:2 | 82:24 118:20 | 234:5 | **somebody** 100:18 |
| 205:4,13 206:12 | 119:4 122:4,8 | **similar** 15:16 | 141:21 224:16 |
| 206:17 216:5,23 | **sheet** 5:8,10,12,14 | 33:16 78:2 114:6 | **song** 238:7 |
| 218:18,22 220:10 | 5:16 195:14,17,20 | 114:7 116:20 | **sorry** 13:23 39:16 |
| 220:14 228:7 | 195:23 196:1 | 201:6 212:19 | 44:2 60:4 77:22 |
| 233:10 234:17,17 | **shields** 202:25 | 226:3,25 | 78:7,10,10 82:13 |
| 253:19 259:7,17 | 203:17,18 | **similarly** 1:5 | 131:12 138:24 |
| **setting** 84:20,24 | **shifting** 208:13 | 226:19 | 153:10 174:25 |
| 85:1,3 171:17 | **shoot** 88:9 | **simply** 180:6 | 184:19 192:4 |
| 172:20 | **short** 66:21 124:18 | **single** 242:8,19,23 | 201:22 221:25 |
| **settings** 3:23 85:22 | 142:21 148:23 | **sit** 92:4 | 223:5 238:16 |
| 86:4 88:21 89:14 | 247:17 | **site** 34:18 41:13 | 243:20 245:2 |
| 115:4 116:25,25 | **shortcut** 176:13 | 43:13 47:22 85:23 | **sort** 12:15 15:11 |
| 171:1,6,8 173:22 | **shorter** 93:2 | **sites** 21:5 115:12 | 15:13 21:9 22:21 |
| 174:3 | **shortly** 206:9 | 115:14 144:7,11 | 23:14 33:17 35:23 |
| **share** 10:15 12:19 | 207:12 248:21 | 145:10 146:3,10 | 37:2 38:16 43:9 |
| 12:22 22:19 24:2 | **show** 32:2 48:18 | 257:5 | 61:12 62:5 65:7 |
| 32:3 38:8 40:7,8 | 48:23 69:21 89:24 | **sitting** 20:22 60:18 | 94:8,18 96:25 |
| 41:13 43:15,18 | 105:12 106:16 | 72:4 88:17 138:5 | 101:20 102:11 |
| 48:25 51:3 67:7 | 148:14 175:3 | 215:11 235:24 | 123:20 140:6 |
| 78:18,23 80:2,24 | **showed** 105:19 | **situated** 1:5 | 149:20,21 150:1 |
| 88:25 121:18 | 120:20 | **situation** 38:16 | 154:6,16 159:23 |
| 148:20 204:25 | **showing** 145:25 | **six** 45:16 | 191:3,4 192:17 |
| 234:16 | **shown** 27:2,19,19 | **skip** 234:10 | 208:21 228:14 |
| **shared** 12:3,4,8,9 | 28:21 | **skipping** 212:7 | 241:20 |
| 12:13,16 13:8,10 | **shows** 67:5 77:11 | **slightly** 123:23 | **sounded** 100:16 |
| 13:12 17:17 22:23 | **side** 76:24 90:22 | 124:8 230:25 | **sounds** 85:25 |
| 22:25 23:1,4,16,18 | 90:24 138:25 | 231:9 250:7,7 | 105:15,22 157:2,3 |
| 35:20 39:13 63:8 | **sign** 96:15 151:18 | **slow** 127:25 | 218:7 252:10 |
| 65:13,15 74:7 | 192:23 242:9,9,19 | 137:12 143:25 | **southwest** 10:7 |
| 80:18,19 84:15 | 242:23 260:16 | **snack** 98:16 | **space** 208:9,13 |
| 114:19 117:14,19 | 261:5 | **social** 41:14 | **spam** 192:19 |
| 117:21,24 118:4 | **signature** 175:17 | **software** 12:3 | **speak** 87:18 |
| 118:17 120:5,6 | 259:20 260:21,23 | 44:21 45:4,8,11,20 | 111:20 124:8 |
| 122:12 134:2 | 260:23 261:9 | 45:24 46:5 52:15 | 133:5 |
| 140:4 154:17,19 | **signed** 242:12,14 | 71:7,10,18 149:19 | **speaking** 27:17 |
| 163:3 169:7 | 242:16 245:1 | 149:24 184:17 | 28:3,19 34:14 |
| 190:16,19 191:2 | **significant** 47:16 | 187:2,5 241:16 | 48:3 215:3 |

Veritext Legal Solutions
866 299-5127

[special - supported]

**special** 223:19
**specific** 19:10 34:2
54:18 56:1 61:22
63:5 74:20 92:5,9
134:22 153:4
155:4 163:11
213:14,25 214:11
214:13,18 228:13
241:15 242:21
**specifically** 26:7
26:11 27:13,15
49:9 55:4 56:8,10
56:19 59:14,16
63:6 65:20 67:15
69:7,19 75:6
83:18,24 86:2
87:16 93:14 124:9
149:5 153:20
154:25 155:2
162:11 173:2,21
174:2 177:22
178:3 187:17,24
197:5 201:5,20
210:10 212:10
214:17 215:4
222:11,16 228:24
235:22 238:2
239:16 240:24
242:3 243:15
249:18 257:10
**specificity** 14:23
29:22 39:15 47:23
51:18 105:2
136:22 171:5
173:23 174:10
213:11
**specifics** 33:24
**speculate** 27:7
128:8 130:18
131:20 132:25

**speculating**
131:22 178:3
**speculation** 69:12
130:23 133:22
134:18 139:9,23
141:7 146:12
225:6
**speech** 14:1
**spell** 162:25
**spend** 14:25
119:22
**spent** 160:2,3
201:17
**splash** 13:3,6 17:1
20:12 61:3 62:8
68:7 74:14,16
81:21 84:6,8,12
102:9 110:21
122:18,19 123:18
124:4 136:5
145:15 146:22
256:1
**spy** 232:18
**st** 2:14
**stacking** 130:22
**stand** 191:23
**standing** 52:24
53:7 66:10 70:7
70:16 78:11 84:4
90:3 111:13 143:1
143:12 196:6
197:24 198:5
**starbucks** 38:4
39:1
**start** 10:23 30:9
109:4 161:14
195:10 196:4
200:20 243:20
**started** 30:17,19
164:21

**starting** 151:12
169:16 170:25
225:24
**starts** 130:3 151:8
176:16 211:18
219:15 221:17
225:23
**state** 8:23 10:3
170:8 192:1,5
260:9,12
**stated** 140:13
**statement** 183:15
212:5
**statements** 95:19
**states** 1:1 79:8
193:22 255:5
**stay** 120:19
**stenographic** 1:20
9:22
**step** 11:4 18:2,25
57:8 71:4 138:19
**steps** 23:2 152:8
224:24
**stipulation** 260:20
**stipulations** 7:15
**stop** 31:16,19 56:2
122:4,7 135:6
183:10,23 185:5
**stopped** 180:25
**stops** 143:25 164:3
**storage** 165:14
**store** 52:16
**straighten** 251:19
**street** 2:5,9 10:7
**strike** 145:21
**strikes** 214:2
**structure** 250:5
**study** 83:2,6
223:12,17,25
224:5

**stuff** 31:10 61:2
149:3 179:3
**stuttering** 39:18
**subheading** 66:17
**subject** 80:3,20
151:22 154:12
155:20 176:17
211:19 217:23
219:16
**subscribe** 159:21
**subscribed** 258:6
**subscriber** 5:7,9
5:11,13,15 165:2
195:8,13,16,19,22
195:25 198:11
199:7 202:2,19
203:23
**subscription** 66:23
**substance** 138:2
**substantial** 155:16
**substantively**
114:7 116:20
**successful** 67:5
**suffer** 160:13
**suffered** 158:6
160:9
**suggest** 132:19
133:3
**suggested** 183:8
183:19
**suggests** 232:18
**suite** 2:5
**suites** 191:10
**sullivan** 2:14
**summer** 46:3
**sunday** 246:3,4,4
246:7
**supersedes** 255:24
**support** 7:2
**supported** 72:23

Page 33

[supports - testimony]

**supports** 119:24
**suppose** 30:1
 35:24 41:24 54:5
 94:19 213:24
**sure** 13:14 15:12
 19:22 23:23 29:20
 32:11 37:20 43:2
 44:2 58:1 64:19
 73:23 76:15 81:18
 82:4 83:17 84:14
 86:12 87:16 91:3
 91:7 92:3,11
 96:20 99:7 100:8
 100:19 108:13
 109:9 128:24
 132:10,16 133:23
 137:20 140:6
 143:10,25 144:14
 145:13,14,17
 147:8 148:2 149:2
 153:3 159:22
 163:24 164:2
 168:20 172:8
 179:21 180:16
 182:18 185:9
 193:24 200:16
 205:23 207:15,20
 214:6,25 216:1
 224:17 227:10
 233:9 234:23
 242:4,11,22
 245:17 246:8
 249:2
**susman** 250:25
**suspect** 204:15
**svk** 1:7
**switch** 155:3
**sworn** 9:19,21
 258:6 259:7
**sync** 179:3

**syncs** 186:10
**system** 117:1,7
 121:3
**systems** 22:5 37:6
 37:15,22 39:24
 162:18

**t**

**t** 3:11 4:2 5:2 6:2
 262:3,3
**tab** 31:20 70:2
 76:22 88:19 93:18
 104:3 111:25
 122:25 124:12
 127:1 136:6,25
 138:12 140:13
 141:3,12 166:22
 174:21
**table** 200:4
**tablet** 239:19
 244:1,8,11 245:3
**tablets** 239:6,9,11
 239:17 243:12,13
 243:22,23
**tabs** 93:19,21,25
**tags** 52:14
**take** 8:17 11:4
 18:2,25 19:5 23:2
 23:20 49:16,17,19
 57:8 65:18,21
 71:4 88:4 98:3
 107:6 111:15
 113:2 119:20
 138:19 142:20
 143:19 147:3,19
 147:21 152:8
 167:18 194:17
 198:9 200:11
 211:11 216:13
 218:5 221:13,22
 224:23 245:23
 246:1 248:20,21

 251:17 257:24
**taken** 1:16 10:21
 32:23,25 50:2
 98:7 111:10 148:7
 158:18 159:4
 218:12 252:14
**taliban** 42:8
**talk** 137:14
**talked** 14:9 161:5
 209:7,9,13
**talking** 33:18,21
 47:11 98:23
 118:13 121:6
 122:20 137:11
 154:2 155:18
 157:3 172:22
 213:1 223:6
 236:25
**talks** 100:3
**tampa** 2:10
**targeting** 27:8
**tasted** 223:2
**taught** 45:10
**tech** 212:2
**technologies** 52:8
 52:13
**technology** 8:10
**tell** 14:20 24:15
 26:17,17 30:7,25
 34:3 48:1,7,9,11
 48:13,14,16 51:20
 55:16 73:21 74:3
 76:5 112:19 118:4
 127:13,14,16
 171:24 180:9
 184:11 186:25
 201:12 210:24
 215:2 217:3
 227:22 239:13
 240:23

**telling** 20:17 43:20
 49:2 56:8 74:21
 83:15 84:5 121:12
 132:18
**tells** 13:4 16:24
 84:13 127:18,22
 145:16
**temporarily** 150:6
**ten** 45:15,19 47:13
 71:8 125:24 126:1
 218:6
**tend** 23:5 30:24
 164:22
**term** 11:23 16:22
 17:8 54:16,18,19
 99:12 242:22
**termed** 80:17
**terms** 4:6 12:23
 23:6 30:22 56:15
 56:17,20 61:4
 62:6 63:6 81:19
 83:14 101:6,9
 102:2,8,11,15,19
 102:24 104:3,6,16
 104:21 106:1,7
 108:20 114:8
 124:24 167:21
 193:3 235:17
**test** 47:7 86:12
**testified** 9:23
 50:11,15 103:10
 124:16 149:13
 181:15 183:16
 198:25
**testify** 64:2 101:25
 179:16 180:13,16
**testifying** 180:4
 183:19
**testimony** 3:5 29:8
 31:4 45:18 60:19
 60:24 64:2,7,15

Page 34

[testimony - titled]

| | | | |
|---|---|---|---|
| 84:7 85:7 110:3 | 225:13 241:16,18 | 245:4,20 248:10 | 170:16 174:6 |
| 118:9 123:19 | **think** 12:21,24 | 251:15 252:1 | 188:12,18 191:19 |
| 124:21 130:11 | 13:1,2 14:22 | 257:15 | 198:3 201:18 |
| 131:19,25 136:23 | 18:21 19:8 20:9 | **thinking** 15:14 | 216:7 218:9,14 |
| 140:12,20 144:19 | 20:15,16 22:6,21 | 23:17 38:17 39:3 | 221:22 222:23 |
| 179:22 181:1 | 23:8,11,13 24:18 | 39:11 88:4 166:10 | 225:20 230:7 |
| 182:24 183:2 | 32:6 34:19,19 | **third** 6:8 71:18 | 237:14 251:25 |
| 247:10 259:6,9 | 37:18 38:12,13,15 | 79:13 80:7 84:25 | 252:12,16 257:21 |
| **testing** 47:5 187:3 | 38:20,24 40:13 | 85:10,16 91:11 | 258:1 260:10,18 |
| 187:5 241:17 | 41:8 42:11,17 | 115:14 119:3 | 260:24 261:7 |
| **thank** 10:20 32:20 | 43:7,9,14,17 44:11 | 124:3 216:5,23 | **times** 3:16 22:19 |
| 53:5 77:13 98:17 | 51:24 54:13,21 | 243:5 | 22:20 25:8,9,11,14 |
| 100:21 104:1 | 57:21 58:25 59:13 | **thought** 40:10 | 25:17,21 26:1,9,10 |
| 109:10 113:14 | 59:14,18 61:9,21 | 55:4 56:2 59:13 | 26:13,16 27:4,6,9 |
| 143:14 147:15 | 62:18 63:5 65:5 | 84:4 120:18 156:8 | 27:12,15 29:10 |
| 157:8,12 183:4 | 65:13 75:4 88:2 | 185:1 234:13 | 30:3,4,5,10,18 |
| 228:2 257:12,17 | 89:2,6 91:22,25 | **three** 47:12 114:21 | 35:15,16 47:12 |
| 257:17 | 95:13 96:21 101:6 | 161:22 189:21 | 50:12,20,22,23 |
| **thanks** 70:17 | 101:10 110:19 | 190:24 200:4 | 51:13 52:17 53:15 |
| 78:14 90:6 | 111:11,13,17,21 | 238:23,24,24 | 55:10 56:4,7,13,21 |
| **theater** 46:3 | 114:7 120:1,1 | **thrust** 42:9 250:11 | 57:1,2,4,10 64:13 |
| **theirs** 97:4 | 124:6 126:8 | 250:12 | 66:2 67:14,21 |
| **thing** 13:23 18:13 | 128:24,25 130:2,7 | **time** 8:24 10:24 | 68:23 74:15,17 |
| 23:14 27:10 33:4 | 132:12,14,20 | 18:3 19:1 23:12 | 94:6,11 95:14 |
| 33:18 34:4,8,20 | 134:5,7,20,20,21 | 30:13 31:23,24 | 96:4,20 110:5 |
| 51:21 61:12 180:4 | 134:23 135:7 | 36:1,2 38:19 | 112:19 113:19 |
| 198:1 207:4 | 137:10 144:23 | 42:22,25 43:24 | 118:9,20 119:13 |
| **things** 17:13,14,15 | 150:21 151:14,16 | 44:1,13 49:24 | 121:25 130:17 |
| 17:19,22,24,25 | 153:18,20 160:7 | 50:4 57:9 71:10 | 131:6 177:16 |
| 19:11 20:10,15 | 161:1,17,21 | 72:10 81:21 86:9 | 209:20 210:7 |
| 21:6 23:7 36:25 | 162:14,18 166:8 | 92:23,24 93:2,6,17 | 225:15 |
| 40:13,22 41:6 | 171:14 172:5,24 | 94:2 95:23,24 | **times's** 50:16 |
| 47:4,5,7 59:25 | 179:13 180:10,12 | 98:5,9 103:6,20 | 55:15,18 56:17 |
| 82:5 83:18,20 | 180:18 182:8,15 | 105:6,24 107:6 | 64:3 118:15 |
| 87:1 91:10 93:12 | 184:3 186:2 | 108:19 111:15 | **timestamp** 200:4 |
| 94:2 99:9 101:10 | 208:22 214:7,24 | 113:2 117:8 | **tin** 114:12 |
| 107:9 130:3,6 | 215:16 223:7 | 119:20,21 121:3 | **tiny** 89:2 |
| 131:20 134:8 | 224:3,11 227:13 | 121:23 124:19,20 | **title** 89:13 104:16 |
| 144:24 150:4,12 | 230:6 231:10 | 126:12,17 132:22 | 168:8 234:16 |
| 177:21 178:16 | 232:22 237:5 | 133:5 148:5,9 | **titled** 141:13 |
| 191:5 214:18 | 238:24,24 242:6 | 162:19 169:4 | |

Veritext Legal Solutions
866 299-5127

[today - two]

**today** 11:5,19
14:16 20:22 60:18
72:5 136:23 138:6
144:9,20 155:18
206:7 221:9
227:16 233:14
235:24 245:6,24
245:25 252:22,25
**today's** 254:2
257:20
**toggle** 85:15,17
**told** 20:11 55:23
55:24 57:6,23
60:1 67:15 74:6,8
74:11 84:8 110:16
130:20 131:7,21
132:24 134:23,25
135:2,6,25 229:24
**ton** 46:11
**tool** 120:7
**tools** 47:18 48:2
49:1,2,6
**top** 78:17 198:10
**touch** 159:25
**track** 14:21 23:9
52:16 57:24 250:9
**tracking** 52:8
55:10 68:17
**tracy** 2:13 9:16
31:20 76:21 88:19
103:24 111:25
122:25 166:22
174:21 227:21
228:2 234:25
252:3
**transcript** 259:8
260:6,8,10,13,13
260:21 261:2,2
**transfers** 191:20
**transmitted** 85:19

**transmitting**
159:2
**treasurer** 189:23
191:16 192:6
203:4,19
**treated** 240:11
**trebicka** 1:17 2:13
3:7 9:1,2,12,25
12:17 13:16 16:20
18:1,24 22:13
28:3,11,13 29:4
31:17 32:19 38:25
39:20 44:9 49:13
49:21 50:5,19
51:1 53:2,4,6,10
55:5 59:10,19
60:17 61:13,25
64:14 65:16 66:12
66:13 69:14 70:10
70:15,19 71:3
75:13 76:17,21
77:1,10,14 78:13
78:15 81:14,23
82:12 83:4 85:21
88:6,11,12,18,23
89:11 90:5,7 92:8
92:17 93:4,15
95:10 97:17,19,25
98:10 100:6,16,21
100:23 101:23
103:23 104:1,11
107:5,18 108:3,6
108:22 109:19
111:23 112:4
113:3 122:22
123:5 125:4,23
128:1 129:21,22
130:25 131:12,23
132:11 133:9
134:12 135:18
138:4 139:2,15

140:11 141:1,11
141:24 142:6,10
143:3,12,15
145:21,23 147:4,9
147:13,17,23
148:2,10,18 149:9
149:12 150:11
152:7,9 154:4,10
156:4,10,13 157:9
160:5,24 166:18
167:2 171:16
174:11 175:2
179:15 180:10,19
181:7,18 182:9,12
182:21 183:4
184:2,13 185:3,11
186:5 190:20
194:2,13 195:5
196:3,10 197:9,13
198:4,8 201:8
205:7 206:3,22,24
207:8,13 208:6,14
210:12 211:9
213:17 214:10
216:2,16,19 217:1
217:19 218:3,7,15
218:25 220:6,17
221:4,12 224:19
227:13,25 228:4
233:11,18 234:25
235:4,12 243:19
245:22 246:21
247:1,8,13,22
248:1,12,15 249:2
249:9,19 250:19
251:16,21 252:2
252:10,17 253:13
254:9,24 255:9,14
255:19 256:2,13
256:21 257:14,17
260:1

**trick** 176:12
**tried** 15:18 83:24
108:16 151:21,24
152:12 155:5
222:19
**trips** 244:23
**truck** 244:15,20
**true** 26:8 30:2
120:19 121:22
168:12,17 182:11
233:25 259:8
**trujillo** 1:4
**trust** 73:20 74:2
206:8 207:11
**truthful** 179:22
**try** 14:7 15:11,19
29:6 152:3 241:23
**trying** 19:12,15,20
20:20 36:16,21
39:25 75:18 109:7
132:6 133:10
176:13 180:6
197:23
**turn** 90:8,9 168:5
254:10
**turned** 10:19
240:20,21
**twitter** 3:21 29:14
29:23,25 76:18,19
77:4,24 78:3,21
79:23,25 80:15,18
80:20,23 81:10,12
**twitter.com.**
169:16
**two** 19:14,20 31:1
68:1 107:9 114:21
114:25 122:13
127:6,9 144:24
161:16,17 163:25
177:21 184:15
186:15,19,20

Veritext Legal Solutions
866 299-5127

[two - vaicar]

189:14 190:10,15
190:22 191:5
192:3,9 193:6,23
194:5,9 196:8
197:21 201:17
227:2 237:11
238:23 239:6,8
240:7 243:23
255:5,13
**type** 116:24,25
200:5
**types** 19:25 20:5
21:21 35:7 48:9
250:12

**u**

**uh** 13:21 14:3 43:2
149:1
**umbrella** 21:9
**un** 240:19
**unacceptable**
185:12
**unclear** 183:22
184:10 194:19
**uncomfortable**
121:9 144:17
178:2 225:5
**underlined** 34:24
**underlying** 46:10
**underneath** 52:12
79:1 114:22
115:22 199:22
**understand** 11:1
11:15,19,23,25
13:11,22 14:2
16:21,23 17:1,19
19:19,21,22 25:24
26:2,4 27:2,10,18
28:19 36:17,22,22
43:25 50:9,10
53:7 54:4,15,22
62:20 63:9 64:24

66:12 68:21 71:17
75:18 79:16 98:20
98:21 99:14,16
101:19,24 102:17
110:15 114:15
120:3 121:7,11,21
122:2 127:10
128:17 130:7
133:11 138:5,9
141:4 143:4
144:18 145:3
147:5 148:13
149:14,23 152:21
152:25 153:5,7,23
164:4 167:9 178:9
178:11,12,14
186:14 194:3
198:4 221:7,8
227:15 228:10,17
231:12 249:24
253:10 257:2,6
**understanding**
12:6,12,18 20:21
31:13 54:18 62:1
71:12,14,15 75:2
75:21 76:7,8
103:3 120:11
136:3 193:8 197:2
207:17 217:23
242:18
**understood** 13:15
15:6 34:22 37:12
37:12,25 47:6
51:22 71:11 85:17
99:19 115:7,10
118:3 136:14,17
146:14
**unfair** 132:21
158:8
**unique** 116:24

**united** 1:1 79:8
**unlawful** 158:8
**unlawfully** 212:20
212:23
**unmute** 227:21
**unnecessarily**
25:15
**updated** 3:17
30:23 50:24 51:14
103:8,17 165:5
**updates** 103:11,12
**uploaded** 233:12
**upper** 178:7
**ups** 34:11
**url** 117:8 121:4
151:13
**urquhart** 2:14
**usage** 47:16 53:24
55:7 66:24 236:22
**use** 19:12 23:22,24
25:4 41:13 46:24
47:3,7 52:17
54:20 57:18,22
58:6,9 67:9 79:13
79:16 80:8,10
84:18 89:23 94:12
95:3,15 110:11
114:23 116:9
120:22 121:9,16
124:17,18,19
127:4,11,20,22
144:21 145:1,4
149:19,21,23
150:1 152:23
154:13,16,21
155:24 162:9
163:19,21 164:12
164:19,22 165:10
165:12,18 170:19
170:21,22 171:1
173:3,6,12,12,17

176:5 184:15
186:16,21 188:4,6
188:9 192:9,10,13
192:15,17,19
193:4,13,16
194:17,20 215:19
220:2 223:15
229:14,25 230:20
230:21 231:1
236:5,13,14
237:18 238:14,17
239:1,2,22 240:5
241:12,15 244:14
244:14,22,24,25
257:3
**user** 27:25 28:23
54:6,16 64:1
68:12 84:1 86:14
91:5 102:21
152:20
**user's** 226:7
**users** 27:21 66:23
67:15,22 78:22
86:17,19,25
223:13,15 226:20
229:13
**uses** 48:10 67:10
68:19,24 69:2
91:5 160:11
173:15 238:11
**usually** 95:3
163:17 204:16

**v**

**v** 163:1
**vagaries** 37:2
**vague** 38:11 61:20
224:9
**vai** 162:23,25
163:2
**vaicar** 162:15

[valuable - web]

**valuable** 210:5,11
  210:16,19 211:3
  215:14,15
**valuation** 215:7
**value** 24:11,14
  27:11 153:4
  155:15 211:6,10
  211:24 212:22
  213:2,6,10,16,21
  213:25 214:8,11
  214:21,22,22
  223:18 224:13,21
**values** 211:5 215:9
  224:17 227:6
**variables** 227:3
**varies** 93:20,23
**variety** 79:13
  114:24
**various** 12:23
  58:23 79:15 86:25
  109:25 190:8,25
  213:12 241:15
**vast** 47:2
**verbal** 14:3
**verbalize** 14:4
**verbatim** 118:11
**verification** 168:9
  168:11 174:20,20
  175:12 206:4
  207:11 221:6
  233:22 234:5
  253:2
**verifications**
  227:16 233:13
  251:19 252:21,23
  253:1
**verified** 6:6,16
  216:22 220:8,13
  221:5
**veritext** 1:21 8:9
  8:21 260:7,9,11

**version** 72:23
  77:23 104:21,22
  106:6,11,13,14
  108:7 112:23
  116:13,14,18
  117:3 119:1 165:5
  166:5
**versus** 8:7 210:13
**video** 8:16 164:4
**videographer** 2:17
  8:1,19 9:18 49:23
  50:3 98:4,8
  100:12 148:4,8
  216:11 218:8,13
  252:11,15 257:19
**videotaped** 1:12
**view** 101:13 170:6
**views** 173:14
**viola** 1:17 2:13 9:2
  31:22 52:23 59:9
  70:6 87:21 90:2
  92:2 129:20
  130:12 139:1
  147:1 193:20
  196:5 216:14
  260:1
**violating** 134:15
  185:18
**violation** 134:4,6
  135:16 139:21
**violatrebicka** 2:16
  260:2
**virtual** 8:9 166:14
  187:2
**virtue** 163:7
**vis** 82:1,1,17,17
**visible** 32:7 61:17
  136:7,9,14,18
  137:2 143:21
  144:3 145:8 146:1
  146:8,15,24 172:3

172:3 232:20
  254:21 255:5
  257:4
**visit** 25:10,13,17
  25:22 29:11,15
  41:11 43:13 52:17
  56:25 108:13
  144:6 145:9 146:2
  146:9,15 169:23
  257:4
**visited** 27:5 170:1
**visiting** 28:5 50:12
  169:20
**visitors** 72:19
**visits** 28:7 89:24
  229:13
**vivienne** 1:20 8:20
  259:3,21
**voice** 100:14,17
**voluntarily** 22:18
  169:7
**vs** 1:7 260:4 262:1

## w

**w** 2:3
**wait** 76:23 141:24
  161:25 180:23
  184:19
**waiting** 141:15
**waived** 260:23,23
**waiving** 260:20
**walked** 100:19
**want** 12:4,8 17:17
  19:17 22:23,25
  23:17 27:11 35:19
  39:12 40:7,7 42:1
  42:7,8,21,23 43:3
  43:5,13,17,19,23
  44:14 49:17 54:12
  70:10 73:3 86:21
  87:24 94:18,24
  95:4 108:13

121:14 137:18
  147:24 153:12
  160:12 171:9
  180:1 185:9,23
  246:8,12
**wanted** 15:9 31:25
  109:8 167:19
  221:10 223:1
**wants** 245:10
**wary** 154:24
**way** 39:7,14 40:1
  40:11 48:24 49:2
  66:11 67:18 69:19
  74:9 78:25 79:2
  81:13 84:17 89:7
  100:10 117:18
  121:16 122:1
  133:7,8 135:2
  140:3 141:18
  154:14,15,23
  157:6 185:12,15
  186:22,24,25
  187:3 249:17
  254:7 259:14
**ways** 48:24 58:23
  99:9 114:24 131:7
  184:15 186:15,19
  186:20 215:10
**we've** 122:20
  147:1 150:25
  156:5 209:12
  216:8 218:16
  232:23
**web** 12:3 21:4,10
  24:3 26:18,21
  27:17 28:5,19
  35:5,8 52:14 73:5
  87:1 89:20 115:1
  115:9,20 117:16
  118:1 119:10
  120:8,16 122:10

Veritext Legal Solutions
866 299-5127

[web - yeah]

| | | | y |
|---|---|---|---|

124:13,14 208:20
209:1 236:12
**website**  23:9 25:14
25:17 28:23 29:11
40:23 41:3,10
46:10 48:3,10
50:22 63:2 69:24
70:24 72:19 88:13
89:17 95:2 171:8
171:14 178:16,25
243:7 254:6
**websites**  24:4 25:4
26:19 27:5 29:7
29:15 31:2,7
34:12 39:12 46:12
46:16 52:19 55:18
72:23 84:1 86:13
89:24 119:3,4
136:9 144:5,20
145:1,3,9 146:2,8
146:15 169:6,16
169:19,23,25
170:6,24,25
171:10,20 172:23
173:1,7,24 177:20
177:24 192:20
209:18,19,19,20
209:24,25 210:2,6
212:11,18,19
229:14,25 232:20
243:5 255:6 257:4
**week**  10:9 15:1
**weekend**  246:7
**weeks**  15:1
**went**  60:19 61:1
61:14 130:15
178:5
**wg**  105:7
**whereof**  259:16
**whispers**  8:13

**wi**  223:19
**wikis**  79:16
**william**  1:3,12 3:6
5:17,21 6:5,10,15
8:5 9:20 10:5 18:7
18:9,17 199:11
202:5 204:2 205:2
206:15 216:21
218:20 220:12
258:3 260:5 262:2
**william.byatt**
189:24 193:9
194:12 202:8
**willing**  166:4,8
224:7 226:10,23
**willingness**  221:18
222:2 226:3
**window**  113:21
116:4
**windows**  85:24
**withdraw**  13:19
54:14
**withdrawn**  233:16
**witness**  7:5 9:18
16:8,15 32:9,16
39:17 44:3 60:13
88:2,8 108:9
131:16 132:5,22
137:24 160:21
179:14,17 180:13
180:15 181:16,20
182:14 183:6,9
184:6 217:14
245:17 248:9,13
259:6,10,16
260:13,16 261:2,5
262:24
**witness's**  184:4
185:17,18
■■■■■■  105:7
189:16

■■■■■■  105:16
189:15 192:16
193:5 199:17
**word**  23:22,24
25:12,16 62:5,5
121:10 135:19
167:18 200:11
233:4,8 257:3
**words**  25:7 52:11
55:3 102:2 109:1
121:17 124:12
144:16 180:1,11
232:16
**work**  22:5 32:11
39:8 44:18,22,23
90:13 91:2 108:10
114:16 162:6
166:15 172:10
235:1 236:16,17
237:18 240:11,12
241:6,21 242:2,11
245:19,23 246:2
**worked**  46:3
162:15,17
**working**  47:5,8
190:8 246:6
**works**  4:15 74:19
91:9 141:13 142:2
179:5 257:9
**workspaces**
191:11
**world**  166:14
**worth**  152:2,18
153:6 155:13
224:5,15
**wow**  123:12
**write**  45:11

| x |
|---|

**x**  3:2,11 4:2 5:2
6:2 33:10 261:9

**yager**  2:18 8:18
**yeah**  11:17 12:14
12:16 14:22 15:22
16:16 18:23 23:13
24:2,7,8,13 25:2
25:14,23 26:23
27:16,23 29:1,20
30:12,14 33:3,25
34:7 35:11,12,22
36:8,10,15 37:9,16
38:12 39:13,14
42:4 44:11 46:22
46:22,23 49:19
54:2,21,21 55:1
56:3,5 59:16,17
61:9 64:10,12,23
65:5 69:13,18
70:25 72:15 76:15
80:23 82:3,5,20
83:22 85:14 87:18
92:3,19 93:1,9,13
97:18 99:22 101:1
102:17 103:21
106:13 107:7
108:4 114:1 115:6
115:15 119:25
120:9 124:9
125:20 129:1,1
130:7 131:14
134:20 135:8,14
136:21 146:13,22
147:9,21 149:9
151:14 157:14
162:1 170:5 172:4
179:8,14 188:22
197:10,18 201:23
207:2,22 210:21
211:4 214:1,9
215:23 216:1
217:16,25 222:13

Veritext Legal Solutions
866 299-5127

**[yeah - à]**

| | à |
|---|---|
| 224:11 232:22 | **à**   82:1,17 |
| 234:6 240:18 | |
| 242:16,24 244:6,6 | |
| 244:6 245:20,20 | |
| 247:12 248:14 | |
| 249:2,14,17,24 | |
| 250:17 256:25 | |
| 257:1 | |
| **year**   226:6,12 | |
| **years**   45:15,19 | |
| 47:13 71:8 76:1 | |
| 111:22 112:17 | |
| 126:14 201:17 | |
| 211:24 240:25 | |
| **yep**   17:25 206:22 | |
| 218:5 | |
| **yesterday**   245:24 | |
| 246:2 247:6,9 | |
| **york**   3:16 25:7,8 | |
| 25:10,14,17,20 | |
| 26:1,8,9,13,16 | |
| 27:3,6,9,12,15 | |
| 29:10 30:3,4,10,18 | |
| 50:12,16,20,22,23 | |
| 51:12,13 53:15 | |
| 55:14,18 56:4,7,13 | |
| 56:16,21,25 57:2,4 | |
| 57:10 64:3,13 | |
| 66:2 67:14,21 | |
| 68:23 94:6,11 | |
| 95:14 96:3 118:9 | |
| 118:14,20 119:13 | |
| 209:20 210:7 | |
| **youtube**   164:25 | |
| 165:2,7 | |
| **z** | |
| **zoom**   1:12 8:9 | |
| 10:13,14 89:2,7,9 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.