# EXHIBIT 2

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    CHASOM BROWN, WILLIAM BYALL,
     JEREMY DAVIS, CHRISTOPHER
5    CASTILLO, and MONIQUE
     TRUJILLO individually and on
6    behalf of all other similarly  No.
     situated,                       5:20-cv-03664-LHK-SVK
7

8                    Plaintiff,

9          vs.

10   GOOGLE LLC,

11                   Defendant.
     _____/

12

13

14

15      VIDEO-RECORDED DEPOSITION OF JEREMY DAVIS

16             REMOTE ZOOM PROCEEDING

17              Little Rock, Arkansas

18             Friday, January 7, 2022

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 183                    Job No. 5019103

                                           Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4   CHASOM BROWN, WILLIAM BYALL,
    JEREMY DAVIS, CHRISTOPHER
5   CASTILLO, and MONIQUE
    TRUJILLO individually and on
6   behalf of all other similarly   No.
    situated,                       5:20-cv-03664-LHK-SVK
7

8                Plaintiff,

9         vs.

10  GOOGLE LLC,

11               Defendant.
    _____/

12

13

14        Video-recorded deposition of JEREMY DAVIS, taken

15  on behalf of the Defendant, Remote Zoom Proceeding from

16  Little Rock, Arkansas, beginning at 10:06 A.M. Central

17  Standard Time and ending at 4:29 P.M. Central Standard

18  Time, on Friday, January 7, 2022, before Leslie Rockwood

19  Rosas, RPR, CSR No. 3462.

20

21

22

23

24

25

                                            Page  2

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:

 4        BOIES SCHILLER FLEXNER LLP

 5        BY: JAMES LEE, ESQ.

 6             ROSSANA (ROSY) BAEZA, ESQ.

 7        100 SE Second Street, Suite 2800

 8        Miami, Florida 33131

 9        (305) 539-8400

10        jlee@bsfllp.com

11        rbaeza@bsfllp.com

12

13        BY: HSIAO (MARK) C. MAO, ESQ.

14        44 Montgomery Street, 41st Floor

15        San Francisco, California 91401

16        (415) 293-6800

17        mmao@bsfllp.com

18

19        MORGAN & MORGAN

20        BY: RYAN MCGEE, ESQ.

21        201 North Franklin Street, 7th Floor

22        Tampa, Florida 33602

23        (813) 223-5505

24        rmcgee@forthepeople.com

25
```

```
 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANT:

 4         QUINN EMANUEL URQUHART & SULLIVAN, LLP

 5         BY: ANDREW H. SCHAPIRO, ESQ.

 6         191 North Wacker Drive, Suite 2700

 7         Chicago, Illinois 60606

 8         (312) 705-7400

 9         andrewschapiro@quinnemanuel.com

10

11         BY: MARIE M. HAYRAPETIAN, ESQ.

12         865 South Figueroa Street, 10th Floor

13         Los Angeles, California 90017

14         (213) 443-3000

15         mariehayrapetian@quinnemanuel.com

16

17    Also Present:

18         JoAnn Yager, Videographer

19

20

21

22

23

24

25
```

Page  4

```
 1                    I N D E X
 2
 3
 4    FRIDAY, JANUARY 7, 2022
 5
 6    WITNESS                              EXAMINATION
 7    JEREMY DAVIS
 8
 9        BY MR. SCHAPIRO                           9
10        BY MR. LEE                              169
11
12    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13
                               Page      Line
14
                               162         6
15
16
17
18
19
20
21
22
23
24
25
                                         Page  5
```

```
 1                    DEPOSITION EXHIBITS

 2                       JEREMY DAVIS

 3    NUMBER           DESCRIPTION                 IDENTIFIED

 4    Exhibit 1        LinkedIn Profile, Jeremy          18

 5                     Davis

 6    Exhibit 2        Splash screen                     21

 7    Exhibit 3        Plaintiff Jeremy Davis'           37

 8                     Objections and Responses to

 9                     Defendant's First Set of

10                     Interrogatories

11    Exhibit 4        CoinMarketCap Privacy and         51

12                     Cookie Policy

13    Exhibit 5        Google Analytics Opt-out          55

14                     Browser Add-on

15    Exhibit 6        Second Amended Complaint          68

16    Exhibit 7        Google Terms of Service for       88

17                     Your Personal use

18    Exhibit 8        Plaintiff Jeremy Davis'           89

19                     Verified Amended Objections

20                     and Responses to Defendant's

21                     Interrogatories 1, 4, and 5

22    Exhibit 9        Google Privacy Policy             94

23    Exhibit 10       Google Chrome Privacy Notice,    107

24                     Archive date: June 21, 2016

25
```

Page 6

1    Exhibit 11        How private browsing works in    122

2                      Chrome

3    Exhibit 12        Search & browse privately -      128

4                      Computer - Google Search Help

5    Exhibit 13        Plaintiff Jeremy Davis'          150

6                      Verified Amended Objections

7                      and Response to Defendant's

8                      Interrogatory No 2

9    Exhibit 14        Plaintiff Jeremy Davis'          154

10                     Verified Objections and

11                     Response to Defendant's Third

12                     Set of Interrogatories (No.

13                     11)

14   Exhibit 15        Google Subscriber Information     154

15   Exhibit 16        Google Subscriber Information     156

16   Exhibit 17        Plaintiff Jeremy Davis'          157

17                     Amended Objections and

18                     Responses to Defendant's

19                     Second Set of Interrogatories

20   Exhibit 18        How private browsing works       167

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1            Little Rock, Arkansas; Friday, January 7, 2022

2                        10:06 A.M.

3

4                      PROCEEDINGS

5            THE VIDEOGRAPHER:  Good morning.  We are on the      10:06:25

6     record at 10:06 a.m. on January 7th, 2022.

7            This is the beginning of Media Number 1 of the

8     recorded deposition of Jeremy Davis, in the matter of

9     Chasom Brown versus Google LLC.  This deposition is being

10    conducted using Veritext Virtual Zoom technology and all    10:06:57

11    participants are attending remotely.

12           Please note microphones are sensitive and may

13    pick up whispers, private conversations and cellular

14    interference.  Until all parties agree to go off the

15    record, audio and video recording will continue to take    10:07:13

16    place.

17           My name is JoAnn Yager.  I'm the videographer.

18    The court reporter is Leslie Rosas, and we are here with

19    Veritext Legal Solutions.

20           If there are any objections to proceeding,          10:07:24

21    please state them at the time of your appearance,

22    beginning with the noticing attorney.

23           MR. SCHAPIRO:  I'm Andrew Schapiro from the firm

24    Quinn Emanuel representing Google.

25           MS. HAYRAPETIAN:  Marie Hayrapetian, also from      10:07:40
```

Page 8

1    Google, from Quinn Emanuel.

2            MR. LEE:  Good morning.  James Lee from Boies

3    Schiller Flexner representing the plaintiffs in this

4    matter.  I have with me Ryan McGee, Mark Mao and

5    Rossana Baeza.  We have no objection to the remote video        10:07:59

6    recording.

7            THE VIDEOGRAPHER:  The witness may be sworn in.

8            THE REPORTER:  Thank you.

9            If you would raise your right hand, please,

10   Mr. Davis.

11           Thank you.

12           You do solemnly state that the evidence you

13   shall give in this matter shall be the truth, the whole

14   truth and nothing but the truth, so help you God?

15           THE WITNESS:  I do.                                      10:08:21

16           THE REPORTER:  Thank you, sir.

17           You may proceed, Counsel.

18

19                          EXAMINATION

20   BY MR. SCHAPIRO:                                                 10:08:27

21       Q.  Good morning, Mr. Davis.  Have you ever been

22   deposed before?

23       A.  I have not.  This is my first experience.

24       Q.  And have you ever given testimony in a trial or

25   similar proceeding?                                              10:08:38

                                                           Page 9

```
1        A.  Not to my knowledge, no.

2        Q.  All right.  So I'm sure that your attorneys have

3   gone over some of the basics with you, but I want to just

4   cover a few things so that we're all on the same page.

5            You understand, of course, that you're under      10:08:53

6   oath --

7        A.  (Nods head.)

8        Q.  -- and you're subject to penalty of perjury, the

9   same way as if you were testifying in a courtroom?

10       A.  I understand.                                      10:09:01

11       Q.  And you understand there's a court reporter here

12   taking down the proceedings, so you and I will need to do

13   our best not to speak over each other.

14            Do you understand that?

15       A.  I understand.                                      10:09:16

16       Q.  And so I'll try to pause after my questions, not

17   only to make sure I don't step on your answers, but also

18   to give your attorney, Mr. Lee, a chance to object if he

19   wants to object to my question.

20            As he may already have explained to you, even if  10:09:38

21   Mr. Lee objects to a question, you should still go ahead

22   and answer it.  A judge later will sort out if the

23   objection is valid or not.  The only exception to that is

24   if he specifically instructs you not to answer on the

25   basis of privilege or something like that.                 10:09:59
```

Page 10

1              Understood?

2       A.  Yes, I understand.

3       Q.  Is there any reason that you can't provide full,

4    complete and truthful testimony today?

5       A.  No.                                          10:10:14

6       Q.  If at any time I ask you a question and you

7    don't understand it, just let me know and I'll try to

8    rephrase it, but otherwise I will assume you've

9    understood my questions.  Okay?

10       A.  I'll ask if I have any questions or need      10:10:28

11    clarification.

12       Q.  Great.

13              And if you ever need to take a break, just let

14    me know and I'll do my best to accommodate that.  I only

15    ask that you not ask for a break while a question is     10:10:40

16    pending.  Okay?

17       A.  All right.

18       Q.  Now, this deposition is a little different than

19    depositions used to be, because we are at least partially

20    remote here, so I just want to ask you a few questions    10:11:02

21    about your setup, because ordinarily I would be in the

22    room with you.

23              Other than Mr. Lee, is there anyone in the room

24    with you?

25       A.  No, there's no one else in the room, and        10:11:12

                                                          Page 11

```
 1   hopefully the video where I'm waving right now

 2   demonstrates it's a live feed.

 3        Q.  It's looking pretty good.

 4            Where are you, by the way?  Are you in a law

 5   office right now?                                    10:11:26

 6        A.  We are.  We're in a law office in Little Rock,

 7   Arkansas.

 8        Q.  Okay.  On your -- so obviously I'm asking you

 9   these questions and you're answering them through a

10   computer.  On your computer screen, do you have any     10:11:38

11   communication applications open?  Like, texts, chats,

12   emails?

13        A.  No, sir.  The only communication application

14   that's open is the Zoom video right now.  And I also have

15   the -- is it the Veritext marked deposition website?    10:11:55

16        Q.  Okay.  What about your phone?  Is your -- is

17   your cell phone nearby?

18        A.  It's sitting to the left, screen down, and I'm

19   using it as the hotspot for this connection.  But I can't

20   see the screen.                                        10:12:11

21        Q.  Okay.  Mr. Davis, in general terms, what did you

22   do to prepare for this deposition?

23            MR. LEE:  And let me just advise Mr. Davis that

24   you can answer Mr. Schapiro, but do not answer to the

25   extent that it would reveal any communications you had    10:12:34
```

Page 12

1    with any of your attorneys.

2         THE WITNESS:  Understood.

3         Yeah, to answer the question, there was an

4    understanding of what the case is all about, right,

5    understanding the claims against Google in this case, and    10:12:51

6    also review of material to prepare for this deposition.

7    Q.   BY MR. SCHAPIRO:  And when you say understanding

8    what -- what the case is about, what do you mean?  What

9    did you do to come to an understanding of what the case

10   is about?                                                    10:13:12

11        MR. LEE:  And, again, to the extent that your

12   answer -- well, you can answer the question to the extent

13   it doesn't reveal any communications you had with your

14   attorneys.  You can -- excuse me.  You can say you met

15   with your attorneys, but don't reveal any communications.    10:13:27

16   Okay?

17   Q.   BY MR. SCHAPIRO:  Yeah, and let me just -- let

18   me just echo that.  Obviously you should follow whatever

19   the instructions are of your attorney.

20        I'm not interested in the content of your           10:13:36

21   communications, but -- but you -- you -- to the extent

22   that you met with attorneys, et cetera, that is

23   ordinarily not considered privilege, just the fact you

24   met with them.

25   A.   Understood.  Yes, I did meet with the attorneys    10:13:51

                                                        Page 13

```
 1   on this case.  And in particular, in understanding the

 2   case, it's mainly the current claims that are claimed

 3   against Google, which I have all the -- I believe the

 4   Complaints here next to me, which I've reviewed.

 5       Q.  And did you review those Complaints as well        10:14:11

 6   before they were filed?

 7       A.  Yeah, I believe that's correct.  I had to review

 8   those and make sure that the Complaints were -- I believe

 9   that I was understanding and that I made sure that I was

10   consulted by my attorneys before they were filed.  I       10:14:35

11   believe that's right.

12       Q.  And was there anything in the -- in the

13   Complaints -- when I refer to the Complaints now, I guess

14   I'll refer to the -- the current operative Complaint,

15   which I think is the Second Amended Complaint.             10:14:51

16          So you went over that.  Is there anything in the

17   Second Amended Complaint that you think is -- is

18   inaccurate or incorrect?

19       A.  No.

20       Q.  All right.  With regard to preparation for this    10:15:05

21   deposition, I think you said a little earlier that you

22   also went over some documents with your attorneys.

23   Without telling me the contents, necessarily, of the

24   documents, can you tell me what types of documents?  Were

25   these -- were these emails?  Privacy policies?  Websites?  10:15:27
```

Page 14

```
 1   A mix?

 2       A.  I believe it's everything that has been

 3   submitted for case materials, is what I understand.

 4   Highlights of those would be things like the splash

 5   screen or the new tab screen, the Google Terms of        10:15:46

 6   Service, Google Privacy Policy, et cetera.

 7       Q.  All right.  Where do you currently work?

 8       A.  Yeah, I actually work from home for a company

 9   called Citrix.  And I work as a senior principal cloud

10   technology leader.  So I lead a group of cloud           10:16:15

11   architects, and I am a senior cloud architect myself.

12       Q.  Oh, Mr. Davis, I have some issues for you.  Let

13   the record reflect that I'm laughing.  I'm kidding.  But

14   we use Citrix for our remote office work as well.

15           All right.  And you said that you are a senior   10:16:35

16   principal quality --

17       A.  Cloud technology leader, that's correct.

18       Q.  Okay.  Would it be fair to say that you are

19   pretty familiar with computer technology?

20       A.  Yes, I think that would be fair.               10:17:08

21       Q.  And do you have a fair understanding of how the

22   internet works?

23           MR. LEE:  Objection to form, vague.

24           You can answer.

25           THE WITNESS:  To the extent that any one human   10:17:25
```

Page 15

```
 1    can understand how the internet works, I would say I have

 2    a fairly solid grasp on the fundamentals.  I wouldn't

 3    presume to be smart enough to understand how the entirety

 4    of the internet works.

 5        Q.  BY MR. SCHAPIRO:  Prior to working for Citrix,      10:17:39

 6    who did you work for?

 7        A.  Yeah, I worked for a Silicon Valley company that

 8    has been renamed Conga, and they were doing sales,

 9    quote-to-cash operations.  And before that, I worked for

10    iHeartMedia out of San Antonio, Texas.                     10:18:01

11        Q.  What did you do at iHeartMedia?  iHeartMedia, is

12    that an internet radio and -- and video company?

13        A.  Yeah.  If you've heard of iHeart --

14            MR. LEE:  Objection to form, compound.

15            THE WITNESS:  Excuse me.                            10:18:17

16        Q.  BY MR. SCHAPIRO:  You can answer.

17            MR. LEE:  Sorry, you asked two questions there.

18    I didn't know which one you wanted him to answer.

19            MR. SCHAPIRO:  Yeah, that's all right.

20        Q.  You may answer, if you understood.                 10:18:27

21        A.  As I understood the question, the question was

22    what did I do at iHeart.  And I was -- is that the

23    correct question, or are you asking about the -- the

24    company?

25        Q.  Maybe it was compound, so let me see if I can      10:18:38
```

Page 16

1    fix it.

2          Yeah, let me first ask what iHeartMedia is.  Is

3    it a -- it's some type of steaming radio or video

4    company?

5          A.   That's correct.  If you've heard of iHeartRadio,    10:18:49

6    it actually used to be Clear Channel Communications.  And

7    that's the largest FM broadcaster and media company

8    related to radio in the United States.

9          Q.   What did you do there?

10         A.   I was a senior architect and eventually an    10:19:06

11   enterprise architect for -- mainly responsible for the

12   revenue side of the technology portfolio.

13         Q.   Can you elaborate on what that means?

14         A.   Sure.  What that means is I would do

15   rationalization of the technology and process within the    10:19:32

16   corporation and provide technical guidance on how we

17   could optimize either our operations or the software and

18   technologies used in those operations.

19         Q.   And, Mr. Davis, what's the highest level of

20   education you've completed?    10:19:55

21         A.   I have a Bachelor of Science in information

22   science from the University of Arkansas, Little Rock.

23         Q.   All right.  And just so we close the loop, I

24   think we're going to introduce an exhibit now that I

25   believe is your LinkedIn profile, but let's take a look    10:20:09

                                                    Page 17

```
 1    and you can tell me if it actually isn't, and I'll ask

 2    you a question or two about it.

 3              (Exhibit 1, LinkedIn Profile, Jeremy Davis,

 4              marked for identification electronically by

 5              counsel.)                                      10:20:25

 6              MR. LEE:  So just so I can orient Mr. Davis,

 7    who's not worked with the Exhibit Share before.

 8              Mr. Davis, the way it works is when Mr. Schapiro

 9    marks an exhibit, what you should do is go to the

10    Veritext Exhibit Share tab screen, and then hit          10:20:38

11    "refresh."  Once it's been loaded and you hit "refresh,"

12    a document should appear.

13              And make sure that you have the document and

14    you're able to open the document and review it before

15    Mr. Schapiro asks you questions about it.  Okay?         10:20:52

16              THE WITNESS:  Understood.  I can now see that

17    document.  I'm opening it now.

18        Q.  BY MR. SCHAPIRO:  I'm thinking this -- I don't

19    know if this actually is you, because it doesn't seem to

20    match some of the things you said.                       10:21:05

21        A.  Yeah, this is -- this is not me.

22        Q.  That's the other Jeremy Davis who's in the

23    software business in Arkansas.  All right.  Well, good.

24    Glad we -- glad we cleared that up.  I thought that might

25    have been, I don't know, maybe your high school          10:21:18
```

Page 18

1    photograph from when you were in a thrash brand or

2    something.

3          All right.  Well, good.  I think we have your

4    educational and work history from the testimony here.

5       A.  Just for the record, yeah, that is not me.          10:21:37

6       Q.  All right.  Jeremy Davis is probably not the --

7    there are probably several Jeremy Davises out there in

8    every state.

9          Mr. Davis, how -- how did you get involved in

10   this case?  Without revealing any conversations you had    10:21:52

11   with counsel.  But how did you get involved in this case?

12      A.  Understood.  I believe I saw a headline that

13   there was going to be a class action against Google in

14   the case of incognito specifically.  And I saw that, and

15   I responded to the fact that they were soliciting for      10:22:14

16   lead plaintiffs.  And that's how I got engaged.

17      Q.  Do you recall where you saw that, what you

18   described as a headline?

19      A.  I do not specifically.  I recall it was a news

20   article on one of the newsfeeds from, like, either a news  10:22:29

21   aggregator app or when I was on Google or another search

22   engine, like Bing, where I was searching through news,

23   and I think it cropped up there.

24          It just caught my eye on one of the news

25   applications or sites that I was visiting.  I don't have   10:22:47

1    specific recollection of which one.

2        Q.  And what about your experience -- prior to

3    seeing that headline or that article, what about your

4    experience led you to be interested in -- in a lawsuit

5    about incognito?                                    10:23:08

6        A.  Yeah, I understand the question.  I -- I think

7    most rational people are always interested in the

8    protection of our rights.  And in this case, privacy.

9            And I had used incognito for a long time, and so

10   it caught my eye.  And it was something that piqued my   10:23:31

11   interest, and I got engaged to learn more.

12       Q.  And do you recall which law firm you first spoke

13   with when you -- when you responded to the story that you

14   saw?

15           MR. LEE:  You can answer.                   10:23:54

16           THE WITNESS:  This -- I can answer, but it's

17   embarrassing because I actually don't recall the specific

18   law firm.  It was definitely current counsel.  I know

19   there's multiple law firms involved, but I don't

20   specifically recall which one.                      10:24:09

21       Q.  BY MR. SCHAPIRO:  Do you remember which person?

22       A.  Again, to the best of my recollection, it may

23   have been either Ryan or Rosy, maybe, first.  I can't

24   recall.

25       Q.  Outside of the contact that you made after    10:24:32

                                                   Page 20

```
 1    seeing the article or the story, did you have any

 2    preexisting relationship with any of the lawyers or law

 3    firms who are currently representing plaintiffs in this

 4    case?

 5         A.  No, sir.  No prior engagement.  These are all      10:24:47

 6    new contacts for me.

 7         Q.  And have you ever been involved in any other

 8    class action before as a named plaintiff?

 9         A.  No, sir.

10         Q.  All right.  Let's introduce another exhibit.  I    10:25:13

11    think you mentioned earlier what you referred to as the

12    splash screen.  Do you recall that testimony a second

13    ago?

14         A.  Yes, I do.

15         Q.  All right.  Let's introduce an exhibit, and I'll   10:25:37

16    ask if this is what you were referring to.  It should be

17    Exhibit 2.

18              (Exhibit 2, Splash screen, marked for

19              identification electronically by counsel.)

20              THE WITNESS:  Just pulling that up now.           10:25:52

21         Q.  BY MR. SCHAPIRO:  Sure.  And if your Exhibit

22    Share is like mine, it may be giant when you pull it up.

23    There's a little navigation bar at the bottom that allows

24    you to zoom in or zoom out, if you want.

25         A.  Yes, I see that now.                               10:26:06
```

Page 21

```
 1            Yes, I would say this is familiar to me as that

 2     splash screen or that incognito new tab screen, however

 3     we're referring to it.

 4         Q.  And is this something that -- a screen that you

 5     see whenever you open a new tab in incognito mode?        10:26:27

 6         A.  Yes, that's correct.

 7         Q.  And so I want to ask you about some of the

 8     statements here.

 9            Do you have any understanding, just in terms of

10     plain English, of what the word "incognito" means?       10:27:02

11         A.  Sure.  As I understand it -- I haven't gone and

12     referenced the dictionary or anything, but as I -- I

13     think in general, you know, parlance and understanding,

14     people understand incognito to mean concealed, anonymous,

15     unidentifiable.                                           10:27:27

16         Q.  And how about this first sentence here, "Now you

17     can browse privately, and other people who use this

18     device won't see your activity."

19            What is your understanding of that sentence?

20         A.  Sure.  When I read the words, "Now you can        10:27:55

21     browse privately," comma, "and other people who use this

22     device won't see your activity," that first sentence, I

23     understand that to be two statements.

24            I'm being told now by Google in incognito mode

25     in Chrome, that I can browse privately and other people   10:28:18
```

Page 22

1   who use this device won't see my activity.

2        That's how I interpret that sentence.

3        Q.  And is that how you've always interpreted that

4   sentence?

5        A.  Yes.                                          10:28:37

6        Q.  And I noticed when you read it out loud, you --

7   you said the word "comma."  So is the comma important to

8   your understanding of that sentence?

9        A.  Yes.  So -- so in English grammar, comma denotes

10  separation of idea.  And so -- at least that's how I       10:29:01

11  understand it.

12       So I understand, like I said, if it was "and,"

13  then that conjuncts or brings those things together as a

14  single statement.  But the comma, I believe, makes those

15  separate statements.                                      10:29:17

16       So I can browse -- I can browse privately, and

17  people who use this device won't see my activity.

18       Q.  So if the comma were not in that sentence, in

19  what way would your understanding of the sentence be

20  different?                                                10:29:34

21       MR. LEE:  Objection to form.

22       THE WITNESS:  I would still understand the

23  assertion of browsing privately, and then I would also

24  still understand that if I use incognito mode, that

25  people won't be able to see my activity on that device.   10:29:49

                                                    Page 23

1      Q.  BY MR. SCHAPIRO:  So you would understand it the

2  same without the comma?

3      A.  Overall, I would say yes.

4      Q.  And what do you understand browse privately to

5  mean?                                                        10:30:08

6      A.  Sure.  Browsing privately denotes, obviously,

7  privacy from peering eyes.  Like even the -- the icon at

8  the top of the page gives you some indication of

9  anonymity; right?  And unidentifiability; right?

10         So I can also read the rest of the words that      10:30:39

11  are on the screen with regard to what Google or Chrome

12  won't say or collect, which is browsing history, cookies

13  and side data and information entered in forms.

14         So I understand that the activity that I'm

15  engaging in inside that browser session, because I've     10:31:02

16  explicitly gone into incognito mode to be private, as the

17  words on the screen say.

18      Q.  So I asked you a little about -- about

19  privately.  How about the second part of that sentence?

20  Is it -- are you contending in -- in this lawsuit that     10:31:18

21  the second part of that sentence -- well, strike that.

22         It's fair to say, right, that one of the reasons

23  you're here is because you believe that when you were in

24  incognito, you -- you weren't actually browsing

25  privately, at least as you understood or expected it;      10:31:45

Page 24

1    correct?

2        A.   That's -- that's correct.  I understand from the

3    Google Terms of Service, which relay me to the Google

4    Privacy Policy, which I reviewed, that those words in the

5    private policy, that I will be in control of my                10:32:07

6    information and that I can browse privately using Chrome

7    in incognito mode.  And that would cover across Google's

8    services.

9            And so it's my understanding that without my

10   consent, Google actually did collect that information,         10:32:21

11   even though the materials say that they won't when I'm in

12   incognito mode.

13       Q.   Let me ask you about the second part of that

14   sentence.  You're not contending that in incognito mode

15   other people who used your device were able to see your       10:32:47

16   activity, are you?

17       A.   No, that part is clear to me.

18       Q.   And you're not contending that that did not

19   occur; correct?

20           MR. LEE:  Objection to form.                           10:33:05

21           MR. SCHAPIRO:  Yeah, it's a double negative.

22   Let me rephrase the question.

23       Q.   You were contending that Google did various

24   things that -- that you say were -- were not what Google

25   said it was going to do.  But that doesn't apply to the        10:33:19

Page 25

1    second part of the sentence; right?  You are not

2    contending that, in fact, other people who used the

3    device were able to see your activity?  Or are you?

4        A.  In my individual case, I wouldn't presume to

5    think that no one would interpret it that way.  But in my    10:33:37

6    case, no, I did not expect nor do I challenge the

7    statement that it's possible -- since they're telling me

8    on the screen that that is possible, I'm taking Google at

9    their word on these words, as well as the words that

10   they've put everywhere else on what is happening.    10:33:54

11        So I understand that to say that if I browse in

12   incognito in Chrome, that anyone else that uses this

13   device won't see that activity either.

14       Q.  And as far as you know, other people who've used

15   your device, if anyone, they have not seen the activity    10:34:17

16   that you've engaged in while you were incognito; correct?

17       A.  I'm not sure who's using my device in that mode,

18   so I would -- I'll go with the presumption of yes, I have

19   no way of knowing for sure.  Because I'm not those

20   people, and I'm not behind their eyes; right?  When they    10:34:39

21   use and look -- may try and look -- I'm not aware of that

22   ever occurring, but I'll go with the hypothesis that that

23   is possible.

24       Q.  But you are not aware -- you're not contending

25   in this lawsuit that you ever had an experience where you    10:34:52

Page 26

1    were incognito and, contrary to this statement, someone

2    else who was using your device was able to go and see

3    what you had been doing incognito.  That's not one of

4    your claims in this suit, is it?

5        A.  No, that's not a claim that I'm making.          10:35:07

6        Q.  And I assume you're not contending there's

7    anything inaccurate about the next sentence, that

8    downloads and bookmarks will be saved, are you?

9        A.  No, I take Google at their word on that.

10       Q.  Do you know --                                   10:35:20

11       A.  And that's my understanding -- that's my

12   understanding of how that works, right.

13       Q.  Do you recall if you've ever clicked on the

14   "learn more" phrase that follows that sentence?

15       A.  I don't have specific recollection of that.      10:35:42

16   It's entirely possible that I did at some point, but I

17   don't have specific recollection of that.

18       Q.  All right.  What is your understanding of what

19   Chrome is?

20       A.  What Chrome is.  Yes, in layman's terms, I would  10:36:03

21   say that Chrome is understood to be a web browser

22   application that is supported on many different platforms

23   and devices.  And users use that to interact with the

24   internet, specifically the web.

25           Yeah, it's a modern web browser, Chrome is.      10:36:23

Page 27

1          Q.  And do you know what company created Chrome?

2          A.  I know it's branded and marketed by Google.  I

3      don't know if it's correct to call them Google or

4      Alphabet or which company is the legal entity or owner of

5      it, but I understand Google to produce and support          10:36:49

6      Chrome.

7          Q.  So it's fair to say that Google is the company,

8      Chrome is -- Chrome is Google's browser?

9          A.  It's their product or service, however they

10     refer to it, that's right.                                  10:37:00

11         Q.  And so in that next sentence on the splash

12     screen, "Chrome," which you've just defined as the

13     browser, "won't save the following information," when

14     you're incognito.  That last part was my words.  Colon.

15     And do you see where it says, "Your browsing history"?      10:37:22

16         Do you see that?

17         A.  I see that section, yes.

18         Q.  Is it your contention here that Chrome, the

19     browser, when you were incognito actually did save your

20     browsing history?                                           10:37:37

21         A.  I would say Chrome would be the thing that

22     relays back to Google my browsing history, right.

23         So when I read "Chrome" there, I don't separate

24     Chrome.  There may be some distinction you're trying to

25     make, but Chrome and/or Google are essentially the same     10:38:00

Page 28

```
 1    entity in this situation.

 2          So I just want to make sure I understand your

 3    question.  But when I read "Chrome" there, obviously

 4    they're referring to the browser.  But I also understand

 5    that to include the back-end infrastructure of Google.    10:38:18

 6    Because they control the experience of the user when

 7    they're in Chrome.

 8          And what's happening with what data is saved and

 9    relayed and the -- I think it's clear to say that the

10    code that Google wrote is Chrome.  And Chrome does        10:38:36

11    what -- the code that Google wrote -- it executes those

12    instructions.

13       Q.  You said -- a moment ago you said, "I would say

14    Chrome would be" -- I might not have the transcript

15    right, but I think you said the thing that relays back to  10:39:01

16    Google any browsing history.  What do you mean by that?

17       A.  I mean that in the claim, that's the assertion;

18    right?  That when you're in -- yeah, sorry.  Go ahead.

19       Q.  No, no.  Finish your answer, please.

20          MR. LEE:  Actually, actually, you should finish    10:39:20

21    your answer, and then he can follow up.

22          THE WITNESS:  Okay.

23       Q.  BY MR. SCHAPIRO:  Yeah.

24       A.  So my answer was complete, yes.

25       Q.  Okay.  So are you saying that when Chrome relays   10:39:32
```

Page 29

1    information to Google, that is the same thing as Chrome

2    saving -- that is the same thing as the browser -- the

3    Chrome browser saving information?

4        A.  I mean, I -- I'm not an engineer working on the

5    Google -- sorry, the Chrome browser.  So the distinction          10:40:00

6    of save in that operation or if it is relayed from a

7    memory, what I'm saying is it is possible -- it is

8    possible, and the claim is that despite whether or not

9    Chrome saves it, that that information was collected by

10   Google without consent.  That's what I'm saying.                  10:40:23

11       Q.  I'm going to ask the same question about this

12   next bullet point, "Cookies and site data."

13           Do you believe that Chrome, the browser, has

14   saved cookies and site data from when you were using

15   incognito mode?                                                   10:40:48

16       A.  I believe that when they -- excuse me just one

17   second.

18           I believe that when Google states something on

19   their page that they're stating what the behavior will

20   be.  But I -- I want to make sure that we don't conflate          10:41:06

21   the claim that just because -- let's just assume that

22   Chrome does what it says on the screen and cookies and

23   site data are not saved.

24           To me, I don't read that as an exclusion of the

25   claim that those cookie and site data might not also be           10:41:28

Page 30

1    relayed to Google servers, right, to back-end processes

2    at Google.  That's the distinction I'm making in my

3    response.

4        Q.  I understand.  I'm just asking you about this

5    specific piece of it here.                              10:41:46

6            What about the third bullet point?  Is it --

7    you're not contending, are you, that Chrome, the browser,

8    saved information that you entered into forms while you

9    were using incognito mode?  Or are you?

10       A.  No, I'm not contending that.                    10:42:08

11       Q.  How about over on the other side --

12       A.  Sorry, what is the question?

13       Q.  I was pausing.  Sorry.

14           On the next -- just the next set of bullet

15   points, "Your activity might still be visible to."  Do   10:42:30

16   you have any reason to dispute the accuracy of -- of that

17   first bullet point, that when you're incognito, your

18   activity might still be visible to websites you visit?

19       A.  No, I don't dispute that.  I understand that if

20   I request a website, they're going to respond to that    10:42:51

21   request.

22       Q.  And same for the second bullet point, do you

23   understand that if you're incognito, your activity might

24   still be visible to your employer or your school?

25       A.  Yes, I interpret that to be any network that I'm  10:43:05

Page 31

1    on.  And that might be my employer's network or school

2    network, yes.

3        Q.  And then, finally, the third bullet point.  Do

4    you have -- do you understand that when you're incognito,

5    your activity might still be visible to your internet          10:43:25

6    service provider?

7        A.  Yes.  Yes, I understand that is technically

8    possible.

9        Q.  Let me ask about this part below.  It says,

10   "Block third-party cookies."                                    10:43:51

11         Do you have a general understanding of what

12   cookies are?

13       A.  Yeah.  I have a general understanding of cookies

14   to be small text files that are stored by the browser for

15   certain functionality for websites to work.                    10:44:09

16       Q.  And do you understand that when you open a new

17   incognito session you essentially have a new empty cookie

18   jar?

19         MR. LEE:  Objection to form, calls for

20   speculation.                                                    10:44:40

21         THE WITNESS:  I'm -- I'm under the general

22   understanding that may be the case, but I've never

23   inspected to verify that that's truly what's happening.

24       Q.  BY MR. SCHAPIRO:  Do you have any understanding

25   of what happens to cookies from a browsing session after       10:44:49

                                                          Page 32

1    you close out of an incognito browsing session?

2        A.   In general, what I understand is that they would

3    be crushed or deleted.  But I haven't inspected or

4    verified to see if that happens in 100 percent of the

5    cases -- or 100 percent of the time.  But that's my          10:45:14

6    general understanding.

7        Q.   Now, Mr. Davis, I understand from some of the

8    submissions in this case that you do most of your web

9    browsing in incognito mode; is that correct?

10       A.   Yeah, that is true.  I found it convenient,         10:45:41

11   generally, for that to be my default.  And so, yes, that

12   is true.

13       Q.   And can you give me just a rough sense of the --

14   of the percentage?  Do you do, you know, 51 percent of

15   your browsing in incognito mode?  99 percent?  Something     10:46:11

16   in between?

17       A.   Yeah, I would say it's probably in the low- to

18   mid-90 range.  And then there are certain times in which

19   I have to authenticate or want to have a non-incognito

20   mode, or I may accidentally on a new device haven't          10:46:30

21   configured that option out.  I'm sure I've launched

22   incognito tabs.

23           But, I mean, it's fair to say the majority of my

24   browsing -- strong majority of my browsing is in

25   incognito when I use Chrome, yeah.                           10:46:51

                                                         Page 33

1        Q.   And has that always been the case when you've

2    used Chrome?

3        A.   Obviously I couldn't have used it before the

4    feature was available.  But I have distinct memory of

5    being an early user of Chrome.  And when the incognito          10:47:02

6    feature was launched or available, I very quickly started

7    adopting that as a standard practice, to use incognito

8    mode.

9        Q.   And I think you said a moment ago you said you

10   found it convenient to use that as the -- to use              10:47:18

11   incognito as the default.  Can you elaborate?  What do

12   you mean by that?

13       A.   I can.  So there's basically -- and this is a

14   little bit technical, but there's an executable on the

15   computer, which is the -- the bytecode or the program for     10:47:43

16   Chrome, the browser.

17            For those executables, you can pass something

18   called a parameter.  And this is a bit of extra text

19   after the thing that when you click on the link on your

20   computer it passes an extra command to the browser.  And      10:48:01

21   this is a standard and supported command from Google.  So

22   it's nothing I've created on my own.  It's all Google

23   support.

24            But if I put dash incognito at the end of that

25   parameter, when I click the icon for Chrome, it will         10:48:16

                                                              Page 34

1    automatically launch in incognito mode.  But that's the

2    convenience part.

3        So rather than -- if I switch between, and I

4    generally enjoy everything that I can do to enhance

5    privacy, for me, that made sense.                    10:48:33

6        Q.  Okay.  So when you were talking about

7    convenient, you were talking about just the way you

8    enable incognito; is that --

9        A.  Correct.  So rather -- that's fair.  Instead of

10   launching in non-incognito mode and having to launch a    10:48:56

11   new incognito mode tab every time I launch Chrome, I just

12   set it as the default.  That saves me -- that saves me

13   time.

14       Q.  Sure.

15       So I want to ask you about the why, then.  And     10:49:07

16   you mentioned a moment ago -- I think you used the phrase

17   "enhancing privacy."  Why do you choose to use incognito

18   as your default mode, recognizing there might be multiple

19   reasons?

20       A.  Sure.  Again, I can speak for my person, I can't   10:49:36

21   speak for others.  But privacy is important to me.  And

22   if there is a feature that advertises itself as an

23   enhancement to privacy, I have an interest in that.

24       I use Chrome quite a bit for searching, for all

25   activities online.  Again, not because I'm a nefarious    10:49:59

Veritext Legal Solutions
866 299-5127

1    person or I'm some super spy or I want to do something

2    bad or I'm hiding it, it's just I appreciate my privacy

3    and I value it.  And this was something that just become

4    an automatic part of my day of an additional barrier to

5    protect my privacy in a world that increasingly seems          10:50:19

6    like privacy is more and more difficult to be had.  And

7    so to me, that made sense.  That's why I use it.

8        Q.  And when you're browsing the internet, is it

9    fair to say you -- you take careful precautions to

10   protect your privacy?                                          10:50:46

11        MR. LEE:  Objection to form.

12        THE WITNESS:  I would say I take reasonable

13   action to protect my privacy.

14       Q.  BY MR. SCHAPIRO:  Well, do you remember

15   answering some interrogatories in this case?                   10:51:06

16       A.  Yes, I believe I reviewed those with -- with

17   counsel.

18       Q.  And do you recall in response to one of those,

19   Interrogatory Number 3, responding that your privacy is a

20   human right and you take careful precautions to protect        10:51:28

21   your privacy?

22        MR. LEE:  Are you asking him if he remembers our

23   phase 3?

24        MR. SCHAPIRO:  No, I'm asking him if he

25   remembers Interrogatory 3.                                     10:51:41

Page 36

1     Q.  I'm happy to show it to you if you want.  That's

2  fine.  I just thought it would be quicker if you recall.

3          So let's look at Exhibit 3.

4          (Exhibit 3, Plaintiff Jeremy Davis' Objections

5          and Responses to Defendant's First Set of          10:51:52

6          Interrogatories, marked for identification

7          electronically by counsel.)

8     Q.  BY MR. SCHAPIRO:  Mine is taking a moment to

9  load.  I don't know about yours.

10    A.  Just refreshing now.  I see it now.              10:52:12

11    Q.  All right.  So feel free to scroll through the

12  document, and let me know at your convenience if these

13  are interrogatories to which you provided -- in -- in

14  conjunction with your lawyers to which you provided some

15  answers.                                               10:52:37

16    A.  And the question was regarding Interrogatory 3;

17  is that correct?

18    Q.  Yes.

19    A.  Okay.  Do you have a line number?

20    Q.  Yeah.  This would be -- let's see here.          10:52:46

21        MR. LEE:  It's line 7 and 8, Mr. Schapiro.

22        MR. SCHAPIRO:  Thanks, James.

23    Q.  Yeah, lines 7 and 8.  There we are.  It's right

24  after "Notwithstanding and subject to these objections."

25    A.  I see this now.  Yes.  Yeah, that is familiar to  10:53:22

                                                    Page 37

1    me.

2         Q.  And is it accurate that you take careful

3    precautions to protect your privacy?

4         A.  Yes, I think I take careful and reasonable

5    precautions to protect my privacy.                    10:53:35

6         Q.  All right.  We can close out of this, if you

7    want.

8              So what are some of the careful precautions you

9    take to protect your privacy?

10        A.  Yeah, I -- I thought Google incognito was going   10:53:49

11   to be one of those steps.  And so my perspective has

12   changed once I've understood what has happened.  But

13   that's one.

14             And I make sure that I use a wireless mesh

15   system at the house.  It's a retail mesh, eero.  But it   10:54:15

16   basically has a very strong firewall on it, and it

17   prevents leakage and serves as a strong internet router.

18             And then obviously for work and/or other times,

19   I may periodically use a VPN technology.

20        Q.  Do you use a VPN at home?                        10:54:42

21        A.  Primarily for work.

22        Q.  Do you consider yourself more privacy conscious

23   than the average person?

24             MR. LEE:  Objection to form.

25             THE WITNESS:  It's tough for me to know what the   10:55:11

Page 38

1    average person's perspective of privacy is, and privacy

2    is a complicated topic.  I would say I have a reasonable

3    understanding of privacy concerns.

4         I think any informed individual would probably

5    be interested in the same level -- have the same level of    10:55:29

6    interest in privacy that I have.

7         Q.  BY MR. SCHAPIRO:  So you mentioned the wireless

8    setup you have at your house with the firewall and

9    sometimes using a VPN at work.  Are there any other

10   precautions that you take to protect your privacy while    10:55:49

11   you browse the internet that you can think of while you

12   sit here?

13        A.  I mean, incognito was my primary response

14   because of the claims that I understood from -- from

15   Google.  That's the primary one.    10:56:08

16        I will occasionally use a personal VPN, but it's

17   not on all the time.  Like every once in a while I may

18   use a product called NordVPN, I believe is the product.

19   But it's not something I use all the time.

20        Q.  And how about when using apps?  Is there    10:56:25

21   anything additional or different?  Because I guess I was

22   just asking, you know, while you browse the internet.

23   But while you use apps, do you take in anything

24   additional you do to protect privacy?

25        A.  If I can use an app anonymously and get utility    10:56:41

Page 39

```
 1    out of it, I will.  So if I don't have to authenticate or

 2    identify myself, I won't.  But if the app requires me to

 3    identify myself to get utility, I'll obviously do that.

 4          That's the -- I think that's about the only

 5    distinction I could make there.  Like, if it's possible      10:57:01

 6    to use an application anonymously, I probably will.

 7       Q.  And is the same true of websites, that sometimes

 8    in order to get the full utility of the site you need to

 9    sign in or identify yourself in some way?

10       A.  Yeah, that's true.  Like, think about your bank;     10:57:18

11    right?  Obviously if you're going to do online banking

12    you have to identify yourself.

13       Q.  And is it important to you that websites you

14    visit function properly?

15       A.  Yes.  I mean, like I would like them to function     10:57:41

16    properly.  I think everybody has that interest.

17       Q.  Yeah.

18          So as someone in the tech space, you understand

19    that in order to serve up a site to you -- or sort of

20    serve up the content to you, a website has to know, for     10:58:02

21    example, your IP address so it knows where the -- where

22    the content should go?

23       A.  It knows an IP address; right?  Like it knows

24    either the gateway specifically that you're behind, your

25    firewall; right?  It might not know your device's           10:58:19
```

Page 40

1    specific IP.

2         But in general, yes, I understand that in the

3    request response cycle between a user and an application

4    or website, it has to know where to route that traffic

5    response back to.  And the mechanism that it uses           10:58:36

6    primarily to do that is IP.

7         Q.  Okay.  Well, that's a fair distinction you make.

8    So you're saying an IP address doesn't necessarily

9    identify a user?

10        MR. LEE:  Objection to form, mischaracterizes.         10:58:47

11        THE WITNESS:  I mean, alone maybe not.  But if

12   you correlate with data -- like, for example, if -- if my

13   home internet provider, right, infrequently refreshes or

14   changes my IP, then that's very identifiable information;

15   right?                                                       10:59:09

16        Versus if you're on a network that dynamically

17   reassigns you an IP.  It's much more difficult to

18   associate that -- that information.

19        So to give you a complete understanding of what

20   my understanding of that is, IPs are, indeed,               10:59:32

21   identifiable information for human users.  Just the IP

22   alone can be identifiable.

23        Q.  BY MR. SCHAPIRO:  Well, you used the term --

24        A.  Does that answer the question?

25        Q.  You used the term "dynamic" when you were          10:59:51

                                                      Page 41

```
 1    describing what an internet service provider might

 2    dynamically -- I'm not sure what the word was -- refresh.

 3        A.  Sure.

 4        Q.  Can you explain the distinction there?  Some

 5    internet -- about what some internet providers do versus      11:00:15

 6    others in that?

 7        A.  I'm happy to.  So as I understand it, some

 8    internet providers might assign you -- and you might have

 9    heard this before -- a static IP.  And a static IP is one

10    that doesn't change over time.                               11:00:33

11         Other situations, you may be assigned a dynamic

12    IP.  It depends on how that telco or that internet --

13    that ISP is configured, how they configure their

14    hardware.  A dynamic IP would change periodically at that

15    ISP's discretion.                                            11:00:52

16        Q.  Do you --

17        A.  So that's the distinction between static and

18    dynamic IPs.

19        Q.  Do you know whether the -- your home internet

20    service provider uses dynamic or IPs, or does it use        11:01:01

21    static IPs?  Or do you not know?

22        A.  It uses, to my knowledge and my experience,

23    long-lived dynamic IPs.  Meaning the IP is not fixed, it

24    is dynamic, but it changes relatively infrequently;

25    right?  So it might not change for three months or six      11:01:29
```

Page 42

```
 1    months.  Or it might change every month.  It's really

 2    just how frequently their hardware is issuing IPs and

 3    that lease expires.

 4          So I don't have control of that, but I do know,

 5    ancillary and truthful statement, I've had to call Hulu      11:01:44

 6    because, like, the IP has changed enough times over a

 7    year that they have to reset the counter that they limit

 8    on the identification to make sure that that account's

 9    not being abused or shared.

10       Q.  So in other words -- so in other words, Hulu          11:02:03

11    didn't recognize you after your IP address had changed a

12    number of times?

13       A.  After some period of time.  Like after a year

14    and a half.  But during that year and a half, it didn't

15    prompt me to authenticate.                                   11:02:15

16       Q.  What internet service provider do you use for

17    your home internet service?

18       A.  Yeah, it's a company called Ritter

19    Communications.

20       Q.  R-I-T-T-E-R?                                          11:02:29

21       A.  That's correct.

22       Q.  Do you live in a -- a multi-unit dwelling or in

23    a single-unit home?

24       A.  Yeah, we have a standalone home on the land that

25    we own.                                                      11:02:53
```

                                                    Page 43

1      Q.  And as someone in the tech space, do you have

2    any understanding of how IP addresses work in, let's say,

3    an apartment building?  Does every person have his or

4    order own IP address?

5              MR. LEE:  Objection to form.                      11:03:06

6              THE WITNESS:  I would say that I understand how

7    networks, regardless of the topology, would work.  I

8    can't state that I would know every ISP's network

9    configuration; right?  There's a multitude of them.

10             But I would say that in order to separate        11:03:24

11   traffic to distinct user's requesting, they would each

12   have their own IP generally.

13      Q.  BY MR. SCHAPIRO:  How about at work?  How is --

14   well, actually, I guess you're working from home now.  Is

15   that what you said?  Which makes sense if you work for     11:03:43

16   Citrix?

17      A.  Yeah, that's correct.  And same thing, like even

18   the network that we're all talking on, right, I think we

19   all have distinct IPs right now, everyone on this call.

20      Q.  And what --                                         11:03:49

21      A.  At least -- at least -- sorry.  And I need to

22   clarify.

23             At least on the local network.  That may still

24   be going out through the router.  And that router with

25   the ISP will have a single IP; right?  And then it's that  11:04:03

                                                      Page 44

```
 1    router's job to disseminate the individual request

 2    response packets.

 3            So, again, local network IP, router.  That's the

 4    ISP IP.  That's the actual connection to the internet.

 5    Q.  So the part that goes out to the internet might      11:04:20

 6    be a single IP for me and my -- and my neighbor, but

 7    somewhere there's a router?

 8    A.  Should be shared by the gateway, that's correct.

 9            MR. LEE:  Just want to remind the witness to

10    give a little bit of time for Mr. Schapiro to finish his  11:04:34

11    question, just so we can have a clear record.  You guys

12    are doing great.

13            THE WITNESS:  Apologies.

14    Q.  BY MR. SCHAPIRO:  You used a couple of times

15    this phrase "gateway" when giving -- when answering these  11:04:46

16    questions.  What does that mean to you?

17    A.  Sure.  As I understand, the gateway is that

18    primary relay mode in the network.

19            So in this case, like to make it relevant to the

20    conversation we're having here, I understand the gateway  11:05:03

21    to be ubiquitous with the primary router that is

22    connected to the ISP service.

23    Q.  So we were talking earlier about precautions

24    that you take to protect your privacy, and I believe you

25    said one of the main ones is using incognito.  Am I        11:05:24
```

Page 45

1    remembering correctly?

2          MR. LEE:  He said was.

3          THE WITNESS:  Yeah, I said --

4      Q.  BY MR. SCHAPIRO:  Was.  Sorry.  Was incognito;

5    right?                                            11:05:42

6      A.  Yes, correct.  I mean, I will be changing my --

7    I'm not changing my behavior during the course of the

8    case, but I very likely will change my behavior after the

9    case completes.

10         Because my confidence in the privacy claims of    11:05:51

11   Google incognito are, let's say, challenged at this

12   point.

13     Q.  So just to make sure I've got that right, what

14   you're saying is that currently you're continuing to use

15   incognito when you're surfing the web; is that right?    11:06:12

16     A.  That's correct.  I didn't want to change my

17   behavior during the course of the case.  But based on

18   the -- the results of the findings, I will likely change

19   that behavior once the case concludes.

20         MR. LEE:  Mr. Schapiro, we've been going for    11:06:39

21   about an hour.  Whenever a nice time for a break is in

22   the next few minutes would be appreciated.

23         MR. SCHAPIRO:  This is fine.  This would be

24   fine.

25         So why don't we go off the record.            11:06:50

                                                    Page 46

```
 1            MR. LEE:  Sure.  Take ten?

 2            MR. SCHAPIRO:  Yep.  See you back here in ten

 3     minutes.

 4            THE VIDEOGRAPHER:  Going off the record.  The

 5     time is 11:07 a.m.                                    11:06:58

 6            (Recess.)

 7            THE VIDEOGRAPHER:  Back on the record.  The time

 8     is 11:17 a.m.

 9        Q.  BY MR. SCHAPIRO:  Mr. Davis, do you have

10     particular concerns about what information Google, as  11:17:07

11     opposed to other entities on the web, collect?

12        A.  Yes.  In this case, yeah, I have concern around

13     what data Google is collecting.  Specifically when I'm in

14     incognito mode using the Chrome browser.

15        Q.  And what have you done to understand Google's    11:17:38

16     data collection?

17            MR. LEE:  You can answer this question,

18     Mr. Davis, but only to the extent it doesn't reveal any

19     communications you've had with your attorneys.  Okay?

20            THE WITNESS:  Understood.                        11:17:53

21            No, it's my understanding from the claims that

22     Google has improperly collected information it said it

23     wouldn't, in accordance with its Privacy Policy.

24        Q.  BY MR. SCHAPIRO:  Yeah, I apologize.  My

25     question might not have been well formed.               11:18:11
```

Page 47

```
 1              Prior to -- let's start with prior to your --
 2    any involvement in this lawsuit, did you have -- was your
 3    desire to maintain privacy vis-a-vis Google identical
 4    with your -- the same as your desire to maintain privacy
 5    versus any other entity on the web?  Or was there              11:18:41
 6    something in particular about Google that maybe you want
 7    to stay private from Google?
 8         A.  I would say before the case, the same general
 9    approach.
10         Q.  And is it important for you to know what             11:19:01
11    information the websites you visit collect?
12         A.  Yes.  In general, I'd prefer to know the
13    information that is being collected.
14         Q.  And is it your practice to review disclosures
15    about what's collected on websites that you visit?           11:19:38
16         A.  Yes.  In general, I'm familiar with the
17    information.  And I try, as best a human can, to be
18    informed about those disclosures.
19         Q.  So are you a person who typically reads the
20    privacy policies of websites you visit to make sure you      11:20:03
21    understand what information they're collecting?
22         A.  I would say definitely I've reviewed policies at
23    sites, as well as in this case.  And in Google's case, I
24    believe I was directed to those as I accepted the Terms
25    of Service when the account was created and as well as       11:20:28
```

Page 48

1    the materials that's there on every splash screen of

2    incognito mode.

3            So I can't attest that I've seen absolutely

4    every version.  Of course I'm not building my life around

5    the flow of those documents.  But as -- as it catches my          11:20:43

6    eye or interest, yeah, I'll read through them.

7        Q.  Right.

8            So I just want to be clear.  I mean, there

9    are -- I think it's fair to say there are some people who

10   never read privacy policies and they click "I accept, I          11:20:56

11   agree," and I suppose there are some people all the way

12   at the other end of the spectrum who read every word of

13   everything anytime they go anywhere on the web.  As best

14   as you're able, where would you place yourself on that

15   spectrum?                                                         11:21:18

16           MR. LEE:  Object to form, incomplete

17   hypothetical.

18           You can answer.

19           THE WITNESS:  Sure.  I would -- I would

20   definitely not put myself on either end of that extreme          11:21:24

21   per your example.  I'm probably somewhere fairly in the

22   middle, where there's times where I review it, and then

23   there's definitely -- probably because I'm very busy --

24   there's times that I don't read through it as careful.

25       Q.  BY MR. SCHAPIRO:  And do you expect websites             11:21:41

Page 49

1    that you visit to tell you if they might be sharing your

2    data with their business partners?

3        A.   Yeah, I believe that that may even be a legal

4    requirement now.  It probably hasn't been that way and

5    may not be that way in every jurisdiction, but I would      11:22:02

6    know that it is becoming more frequent that when I visit

7    a cite, like, you'll see a footer where it says, "Hey, in

8    order to use this site, we're going to use cookies," or,

9    "We're collecting this type of information about you."  I

10   would say that that's becoming more -- more common.        11:22:20

11       Q.   And would you expect a website to list all of

12   its business partners, or would it be sufficient in your

13   view to refer to sharing with business partners?

14            MR. LEE:  Objection to form.

15            THE WITNESS:  I won't speculate on what's proper   11:22:35

16   for one business to do or not.  Their disclosures are

17   their discloses.

18       Q.   BY MR. SCHAPIRO:  Well, I understand that, but I

19   guess I'm asking about what your -- what your

20   expectations are, your -- including your expectations of   11:22:48

21   privacy.

22            Do you expect that when you -- if you were

23   looking at the disclosures on a website, it would list

24   every business partner that it shares data with, or would

25   tell you in more general terms that it shares with         11:23:07

Page 50

```
1   business partners?

2       A.  I guess my expectation is not as relevant as

3   what the companies are doing; right?  I've seen both

4   examples to your example.  I've seen where some companies

5   exhaustively list -- or list off the partners that they      11:23:25

6   sell to or they may just make a blanket claim.  And then

7   I think it's up to the individual to interpret whether or

8   not they perceive that as an acceptable term to them.

9       Q.  Are you familiar with the website CoinMarketCap?

10      A.  I am, yes.                                            11:23:47

11      Q.  And that's one of the websites that -- in some

12  of the submissions in this case, you indicated that's --

13  that's one that you visit regularly; is that correct?

14      A.  That's correct.

15      Q.  Have you read the Privacy Policy of               11:24:07

16  CoinMarketCap.com?

17      A.  I believe I may have reviewed it at some point,

18  but I don't have specific recollection of when.

19          MR. SCHAPIRO:  Let's load it up as an exhibit.

20  This will now be Exhibit 4.                               11:24:35

21          (Exhibit 4, CoinMarketCap Privacy and Cookie

22          Policy, marked for identification electronically

23          by counsel.)

24          MR. LEE:  Andy, while we wait for the Exhibit

25  Share to load, do you have an effective date for the      11:24:46
```

Page 51

```
 1    Exhibit 4?

 2            MR. SCHAPIRO:  Not off the top of my head.

 3    Let's see if one is indicated here.

 4            Effective date is January 1st, 2020.

 5            MR. LEE:  Thank you.                          11:25:15

 6            THE WITNESS:  Okay.  I have that document.

 7        Q.  BY MR. SCHAPIRO:  Okay.  And if you take a look

 8    at this first page here, do you see the large heading

 9    "What Information Do We Collect?"

10        A.  I see that section.                           11:25:30

11        Q.  And by the way, do you remember one way or

12    another whether you've ever looked at the CoinMarketCap

13    Privacy Policy?

14            MR. LEE:  Are you asking if he's seen this one?

15        Q.  BY MR. SCHAPIRO:  Well, let me ask first more  11:25:47

16    generally.

17            Any version of it?

18        A.  Yes, this is familiar to me in terms of I recall

19    there being a Privacy Policy for CoinMarketCap.  And this

20    is generally familiar.  I, of course, can't tell you if I  11:26:02

21    looked at this exact version.

22        Q.  All right.  And do you see here under "What

23    Information Do We Collect?" CoinMarket states that they

24    correct -- and I'm looking down at letter E, quote,

25    "Information related to your use of the website and/or  11:26:19
```

Page 52

1    the mobile application, including IP address, geographic

2    location, and date and time of your request"?

3              Do you see that?

4         A.   Yes, I see that.

5         Q.   And do you have any objection to CoinMarketCap      11:26:35

6    collecting that data?

7         A.   As they're disclosing it, obviously no.   It

8    seems that they're disclosing this because it's necessary

9    for the functionality of their site and service.

10        Q.   And would it be objectionable to you if they       11:27:01

11   were, rather than collecting it themselves, sharing the

12   data with some other companies?

13        A.   If they do not disclose that they are selling or

14   sharing that information, yes.

15        Q.   Let's take a look at page 3 under the section       11:27:15

16   entitled "Cookies and Web Beacons."

17              Let me know when you see that.

18        A.   Okay.   I see that section.

19        Q.   And you'll see that it indicates here -- this is

20   towards the end of the very first paragraph,               11:27:48

21   "CoinMarketCap and its ad management partners ('Ad

22   Partners') use cookies to record current session

23   information.   Our ad partners may also from time to time

24   use web beacons (also known as internet tags, pixel tags,

25   and clear GIFs).   These web beacons are provided by our     11:28:20

Page 53

1    ad partners and allow ad partners to obtain information

2    such as the IP address of the computer that downloaded

3    the page on which the beacon appears, the URL of the page

4    on which the beacon appears, the time that the page

5    containing the beacon was viewed, the type of browser          11:28:45

6    used to view the page, and the information in cookies set

7    by the ad partners."

8          And then at the very end, it says -- of that

9    paragraph, it says, "You can opt-out of Google Analytics'

10   data collection with the Google Analytics opt-out browser     11:29:10

11   add-on."

12         Did I read that correctly?

13      A.  I followed along as you read it.  (Nods head.)

14      Q.  And so when -- if and when you read this

15   website's Privacy Policy, you would have been aware that       11:29:34

16   Google is receiving your data when you visit the

17   CoinMarketCap website; correct?

18         MR. LEE:  Objection to form.

19         THE WITNESS:  No.  I actually have no specific

20   recollection of the verbiage that we just read.  I don't       11:29:49

21   have any recollection of reading that.

22      Q.  BY MR. SCHAPIRO:  Well, I'm not asking

23   necessarily if you have a recollection of it.  I'm asking

24   if -- if you had read that, it would have told you there,

25   right in black and white, correct, that Google is              11:30:07

Page 54

1    receiving your data when you visit the website; right?

2           MR. LEE:  Are you saying in incognito mode or

3    not in incognito mode?

4       Q.  BY MR. SCHAPIRO:  You may answer.

5       A.  I would have the same, you know, question as to        11:30:25

6    whether or not the behavior would be expected in

7    incognito mode, which is the question in this case.

8           But I can tell you that I didn't -- prior to

9    becoming involved in this case and the claims of the

10   materials on Google Analytics, I was not aware of this       11:30:50

11   opt-out browser add-on.

12      Q.  Do you know if you ever clicked on a link --

13   here you see it says, "Google Analytics opt-out browser

14   add-on."  It's in blue.  I'll represent that there's a

15   link to that.                                                11:31:19

16          Do you recall ever clicking on a link about the

17   Google Analytics opt-out browser add-on?

18      A.  I do not.  My first -- again, my first exposure

19   to this was in documentation in review of this case.

20   Prior to that, I was not aware of this opt-out plug-in.      11:31:34

21      Q.  Let's introduce -- let's take a look at what --

22   of what you would find if you click that link.  This will

23   be Exhibit Number 5.

24          (Exhibit 5, Google Analytics Opt-out Browser

25          Add-on, marked for identification electronically      11:31:53

                                                        Page 55

1          by counsel.)

2          THE WITNESS:  All right.  I have that document

3     now.

4          Q.  BY MR. SCHAPIRO:  So go ahead and -- and read it

5     to yourself, and then I'll ask you a question.          11:32:15

6          A.  Okay.  I've read it.

7          MR. LEE:  I'm sorry to interrupt, guys.  What

8     section are we on?

9          Q.  BY MR. SCHAPIRO:  This is Exhibit 5.  It's just

10    two paragraphs.                                          11:32:54

11         MR. LEE:  Got it.  Thank you.  I had trouble

12    loading it.  That's all.

13         MR. SCHAPIRO:  Sure.

14         MR. LEE:  You can go ahead, Andy.

15         Q.  BY MR. SCHAPIRO:  Yeah, so, Mr. Davis, this --   11:33:01

16    this page explains how you could prevent your data from

17    being used by Google Analytics; correct?

18         A.  It appears to me that if one was to employ this

19    browser add-on, they could opt-out.

20         Q.  I believe, based on your testimony a moment ago,  11:33:23

21    that's not something that you've done because you were

22    not aware of the browser add-on?

23         A.  That is correct.

24         Q.  And now that you know that CoinMarketCap is --

25    is sharing your data with Google Analytics, are you still  11:33:43

                                                      Page 56

1    going to use the CoinMarketCap website?

2          MR. LEE:  Objection to form.

3          THE WITNESS:  Well, the fact that I've already

4    used CoinMarketCap, if that information has already been

5    shared, then I suppose there's -- I suppose I would        11:34:04

6    continue to use that site because it provides utility to

7    me regardless of the existence or nonexistence of this

8    Analytics browser add-on.

9          Q.  BY MR. SCHAPIRO:  Are there -- are there

10   websites that you visit that don't provide utility to      11:34:41

11   you?

12         A.  As a general rule, no.  I generally don't waste

13   my time visiting sites for no reason.

14         Q.  All right.  I think you told us earlier -- I

15   think you told us earlier that you have -- that you        11:35:01

16   reviewed the Complaint and the Amended Complaints in this

17   case; is that correct?

18         A.  That's correct.

19         Q.  So one phrase -- I can load it, if you or your

20   lawyer would like me to, but you might know it by heart    11:35:27

21   because it's the first paragraph of the Complaint.

22         It says, "This lawsuit concerns Google's

23   surreptitious interception and collection of personal and

24   sensitive data while users are in private browser mode."

25         Do you have the Complaint next to you?  I see        11:35:47

Page 57

1   you looking over at something.

2       A.  Yes, I do.

3       Q.  Do you have any other --

4           MR. LEE:  The Second Amended?

5           MR. SCHAPIRO:  Yeah.                        11:35:53

6       Q.  Do you have any other documents in front of you

7   in the room?

8       A.  I do.  I have the Second Amended Complaint, I

9   have the Google splash screen or new tab screenshot, I

10  have the Google Terms of Service, and I have the Google    11:36:13

11  Privacy Policy.  Those are the four materials I have in

12  front of me.

13      Q.  Are there any notations on any of those

14  documents?

15      A.  Yes, I've made my own notations on these          11:36:28

16  documents.

17          MR. SCHAPIRO:  All right.  James, I would ask

18  that those be produced, if you can produce them at a

19  break.  Or after the -- after the deposition is fine.

20          MR. LEE:  Sure.                               11:36:40

21      Q.  BY MR. SCHAPIRO:  Okay.  So, Mr. Davis,

22  paragraph 1 talks about interception and collection of

23  personal and sensitive user data while users are in a

24  private browsing mode.

25          Do you see that?                            11:36:57

                                                        Page 58

1          A.   Yes, I see that.

2          Q.   What information do you consider to be --

3     actually, strike that.

4          Do you understand that to be two different

5     categories, or is personal and sensitive one -- a single        11:37:16

6     description?

7          A.   I don't suppose I've ever considered the

8     distinction on the language.  But personal instance of

9     user data, I would think of that as a logical construct

10    that would be -- any of the information that I'm              11:37:39

11    communicating -- or using inside that -- inside that

12    private browser session in private browsing mode or

13    incognito mode.

14         Q.   So you're saying that anything you do in a

15    private browsing mode is necessarily personal and           11:38:03

16    sensitive --

17         A.   I'm saying that it is --

18         Q.   -- to you?

19         A.   Yeah, of a personal and sensitive nature

20    generally because it is private.  It is being demarked      11:38:21

21    as -- I'm making an assertion as a user, that I wish for

22    that session to be private.

23         Q.   So what are some categories, in your mind, of --

24    of personal information?  Or maybe, I guess -- the reason

25    I hesitated was based on your -- on your -- your last        11:39:10

Page 59

1    answer, maybe you're saying that anything you type into a

2    browser is personal information.  Is that correct?

3        A.  That's correct.  I consider my thoughts to be my

4    property of self.  And I think if people think deeply

5    about privacy, they'll come to the same conclusion, that        11:39:35

6    if one is asserting privacy of thoughts, then the

7    interaction with a mode of communication that is deemed

8    privacy, as it's stated in the Google Privacy Policy --

9    you can choose to browse the web privately using Chrome

10   incognito mode.                                                 11:40:02

11        So when I assert the use of incognito mode, I'm

12   asserting my desire for privacy.  Because as Google

13   states in the Google Privacy Policy, I can choose to

14   browse the web privately using Chrome in incognito mode.

15        Q.  And I think you said very early in the              11:40:29

16   deposition when I was asking you about, at least, the

17   ordinary definition of incognito, you used terms like

18   "concealed" and "unidentifiable."  Do you recall that?

19        A.  I recall that.

20        Q.  So it's your position that your privacy is being    11:40:54

21   violated if the -- your activity is not concealed or not

22   unidentifiable; is that fair?

23        MR. LEE:  Objection to form.

24        Andy, could you -- could you just ask it again?

25   I think I may have misunderstood your question.             11:41:26

```
 1              MR. SCHAPIRO:  Yeah, it was a poorly formed

 2     question.  I'll -- I'll rephrase it.

 3         Q.  What does it mean to you for your data to be

 4     unidentifiable?

 5         A.  Unidentifiable.  In that case, unidentifiable      11:41:40

 6     information should not be able to be linked back or

 7     associated with any additional metadata or subsequent

 8     data sets that could ultimately reveal identity; right?

 9     That would be my understanding.

10         Q.  So you would not have an objection to Google       11:42:08

11     being aware -- to the extent I can talk about a company

12     being aware of something, Google being aware that a

13     device went to the -- a device went to the Coin -- what

14     was it called again?  The --

15         A.  CoinMarketCap.com, yep.                            11:42:43

16         Q.  CoinMarketCap.  Just by itself, you know, an

17     Apple MacBook went to the CoinMarket -- I'm sorry, I keep

18     forgetting -- CoinMarketCap website?  Or would you?

19         A.  Well --

20              MR. LEE:  Objection to form.                      11:43:04

21              THE WITNESS:  Well, what I would say, though, is

22     that an Apple device, in and of itself, or a computing

23     device, can never go to CoinMarketCap.com on its own.  A

24     human has to do that; right?

25              So the human is using that device.  They're       11:43:23
```

Veritext Legal Solutions
866 299-5127

1    thinking, "I want to go to CoinMarketCap.com," and so

2    they type in that URL or hit a bookmark, and they go to

3    retrieve information.  And in and of itself, on your

4    hypothetical of, you know, like:  Is there a problem with

5    the device being recorded that it's going?  In and of          11:43:44

6    itself alone, perhaps not.  I guess it depends.  Like, I

7    guess it depends on the individual situation.

8            If -- if they're in a jurisdiction that cryptos

9    are outlawed, then perhaps that would be -- that would be

10   bad.  In my specific case, it's entirely reasonable and         11:44:04

11   lawful for me to go to that -- to that website.

12           But, again, the concern is not necessarily that

13   individual data point.  Although, I would prefer for that

14   to not be collected by a third party like Google, I

15   understand that CoinMarketCap.com, their logs may             11:44:25

16   definitely record the fact that I'm interacting with

17   their site.

18           But I would prefer for a third party not to

19   necessarily collect that and/or monetize it from a

20   privacy perspective.  So hopefully that answers the          11:44:37

21   question.

22           The concern is primarily that those profiles

23   that are being built about individual user activity,

24   especially when that activity is happening in incognito

25   mode, which Google has asserted is a private activity,       11:44:59

Page 62

```
1    it -- it runs counter to logic, that if it is private, it

2    is also being shared with other parties and being

3    monetized if it is private.

4         How -- for me, that's the difficult part of

5    the -- the situation, is if it was private and how is it        11:45:21

6    that other third party participants can participate and

7    benefit from that interaction?

8         Q.  BY MR. SCHAPIRO:  So you referred a moment ago

9    to -- to the -- the website recording -- start out what

10   you said, "The fact that I'm interacting with their           11:45:49

11   site."

12        So by that, you mean that -- that Jeremy Davis

13   is interacting with their site?

14        MR. FABRICANT:  Object to form,

15   mischaracterizes.                                             11:46:07

16        THE WITNESS:  No, not -- I would disagree with

17   that statement in that I believe you can interact with

18   CoinMarketCap without authenticating.  But the IP of the

19   device that's being interacted with, right, would be

20   there.                                                        11:46:25

21        I believe there are log-ins for CoinMarketCap.

22   I don't believe I have an account there.  I think there

23   may be.

24        But what I was referring to was just in a pure

25   technology perspective that, you know, a request response     11:46:38
```

Page 63

1    IP log might get generated through that exchange.

2        Q.  BY MR. SCHAPIRO:  And you referred to profiles.

3    You said, "The concern is primarily that those profiles

4    that are being built about individual user activity,

5    especially when that activity is happening in incognito      11:47:04

6    mode, which Google has asserted is a private activity,

7    runs counter to logic."

8            What are you referring to there when you talk

9    about profiles that are being built?

10       A.  Sure.  I consider Google to be a sophisticated     11:47:24

11   and very complex operator and the most powerful

12   aggregator of identity information on the planet; right?

13   I've seen numerous articles of what their capability is

14   to monetize personas and profiles.  And it's their

15   business model.                                             11:47:48

16           And so if even anonymized personas are built

17   while in incognito mode, I have high expectations that

18   that could be correlated back to things like my

19   infrequently changing IP address.  That might also be

20   based on the known entity Jeremy Davis when I log in with   11:48:14

21   my Gmail account from that same address.  My concern is

22   that there's an assertion of privacy where there may not

23   be in incognito.

24           So when I talk about those profiles, the

25   collection of that data by Google in, quote/unquote,        11:48:31

Page 64

```
 1    "anonymized fashion," I believe it's a reasonable

 2    perspective to assume that if that is actually being

 3    collected when I was told that they were not, that erodes

 4    my trust in whether or not Google may be leveraging that

 5    anonymized persona in a way that perhaps they shouldn't.    11:49:00

 6         And so it's a trust erosion perspective to know

 7    that tracking activities that I was told I was in control

 8    of and that I didn't consent to occurred while I was in

 9    incognito mode.

10    Q.  Do you have any basis to believe that any such    11:49:30

11    profile has ever been made based on -- based on your

12    incognito browsing activity?

13    A.  I believe Google has disclosed the fact that for

14    any logged-in user that's an identity that they know.  I

15    also am aware through the disclosures through this case,    11:49:59

16    and/or -- and I may not use that -- that may not be the

17    correct word, but the materials presented in the case,

18    that these anonymized profiles exist.

19         And so I would contend that if information is

20    being collected during incognito sessions, I doubt    11:50:21

21    seriously that Google would do that if there was no value

22    in that; right?

23         And so if the effort is being made to collect

24    that information when I thought it was not being

25    collected, this -- this challenges the notion of the    11:50:43
```

Page 65

 1    fundamental claim in the Privacy Policy by Google that my

 2    activities are actually private when I'm in incognito

 3    mode but, in fact, it seems even anonymized profiles of

 4    that information are being collected and stored.

 5        Q.  If in fact anonymized profiles are not being          11:51:15

 6    created, if in fact what you've been informed or led to

 7    believe is not true, would you still believe that Google

 8    is violating representations that it made to you?

 9            MR. LEE:  Objection to the extent it calls for a

10    legal conclusion.                                             11:51:45

11            THE WITNESS:  The fact that the information is

12    being -- is collected, right, is cause for concern.  I

13    would have to think very carefully about whether or not

14    it would change my opinion if no collection was

15    occurring.                                                    11:52:11

16            Again, it's a hypothetical.  Like, I understand

17    that anonymized profiles are being collected.

18        Q.  BY MR. SCHAPIRO:  What about if anything that is

19    collected is deleted or anonymized every time you end

20    your session?  Would that change your view?                   11:52:36

21            MR. LEE:  Objection.  Incomplete hypothetical.

22    Also, to the extent it calls for a legal conclusion.

23            THE WITNESS:  I've not considered this notion

24    before, so give me a moment.  I'm considering it.

25            If this was a hypothetical future change to           11:53:22

                                                          Page 66

1    behavior, if that's the question, I think that would be a

2    step in the right direction.  But I don't think that that

3    would preclude any of the damages or violation of privacy

4    that may have occurred if that stuff was being stored and

5    not deleted.  I think that's the fairest way I could          11:53:43

6    answer that question.

7        Q.  BY MR. SCHAPIRO:  You mentioned in your answer a

8    moment ago logging in.  What were you referring to there?

9        A.  Oh, sure.  Logging in.  That is to provide a

10   username and password in, for example, Gmail account.  I     11:54:05

11   have a Gmail account.  If I want to check Gmail, I would

12   have to authenticate to access that service.

13       Q.  And do you understand that if you log in to your

14   Gmail account, is it still your expectation that Google

15   will receive no information about you?  Or does that --       11:54:25

16       A.  No, I -- no.  In the case in which I'm

17   identifying myself to Google, I -- I understand that they

18   are aware of what my activities are.  When I have

19   identified myself to them.

20       Q.  Do you still have the Complaint handy?               11:55:00

21       A.  I have it here, yes.

22       Q.  So can I ask you to look at paragraph 163 of the

23   Second Amended Complaint?  And, you know, just for the

24   record, even though it's a document on the docket, why

25   don't we go ahead and introduce it.                          11:55:20

Page 67

1          Feel free to refer to the version that you have

2     there, the hard copy, if that's easier.  But let's

3     introduce as the next exhibit the Second Amended

4     Complaint, just to have a complete record.

5          So this will be Exhibit 6, I think.                    11:55:35

6     A.   Sir, what was that paragraph number again?

7     Q.   Paragraph 163.

8     A.   163.  Okay.

9          (Exhibit 6, Second Amended Complaint, marked for

10         identification electronically by counsel.)           11:56:03

11         THE WITNESS:  I see it at the bottom of a page,

12    and it starts with:  "It is common knowledge that Google

13    collects."  Is that the paragraph in question?

14    Q.   BY MR. SCHAPIRO:  It is.

15    A.   All right.                                             11:56:15

16    Q.   So, actually, why don't you go ahead, if you

17    don't mind, just read that first sentence out loud.

18    A.   Sure.  What I see here is, paragraph 163, "It is

19    common knowledge that Google collects information about

20    web-browsing activity of users who are not in private     11:56:31

21    browsing mode.  It is also common knowledge" --

22    Q.   You can stop.  I just want to ask you first

23    about that first sentence.

24    A.   Okay.

25    Q.   Feel free to read the whole thing, so you -- if      11:56:45

Page 68

```
 1    you want to, to yourself, but...

 2           So -- so this is referring to users who are not

 3    in private browsing mode; correct?

 4        A.  Correct.  I see the emphasis on not in private

 5    browsing mode.                                          11:57:06

 6        Q.  Yes.  And is that -- so your Complaint here says

 7    that this is common knowledge.  Is that knowledge that --

 8    that you, Jeremy Davis, had also prior to this lawsuit?

 9        A.  Yes, that's my understanding.

10        Q.  And do you agree, as someone who works in the   11:57:24

11    space that you work in, that it is -- it's common

12    knowledge that Google collects information about web

13    browsing activity when people are not in private mode?

14        A.  Yeah, I would say that's a fair statement.

15        Q.  And is that impacted one way or the other by    11:57:57

16    whether the user has Google's -- had Chrome's sync

17    feature enabled?  S-Y-N-C.

18        A.  I'm not 100 percent sure if that is solely

19    required.

20        Q.  No, I guess I'm just asking you -- well, let me  11:58:17

21    back up.

22           Are you aware that -- that Chrome has various

23    modes?  For example, incognito is one mode; right?

24        A.  (Nods head.)

25        Q.  You have to answer verbally so the court         11:58:30
```

Page 69

1    reporter can get it.

2        A.  Yes, I understand incognito to be a mode of

3    operation for Chrome.

4        Q.  And you understand that there's something that

5    is sometimes called basic mode, which is just regular old    11:58:42

6    Chrome right out of the box?

7        A.  Yeah, it's the standard wide screen.  I would

8    call that normal Chrome.  That's how I refer to it.  So a

9    normal Chrome session and an incognito session, yes.

10       Q.  And do you understand that users can sometimes    11:58:58

11   choose to enable a feature called sync, S-Y-N-C, as well,

12   if they have multiple devices?

13       A.  I believe I'm familiar with this in the profile

14   settings of Google.  Like once you're logged in, I think

15   that's an option that is presented to you.    11:59:15

16       Q.  And do you have any belief that just using plain

17   old Chrome right out of the box, without Sync enabled,

18   gives you privacy protection so that Google won't see

19   what you're doing?

20           MR. LEE:  Objection to form, calls for    11:59:38

21   speculation, lack of foundation.

22           THE WITNESS:  I would assume that -- I can give

23   you my personal perspective.  I don't assume privacy in,

24   quote/unquote, "normal Chrome sessions."  Why else would

25   the incognito mode exist and why else would the Privacy    12:00:01

```
 1    Policy refer to it as the prescribed way to browse

 2    privately?

 3          So my assert- -- my impact of understanding

 4    privacy assumptions are fundamentally different between

 5    the two.                                          12:00:19

 6          Q.  BY MR. SCHAPIRO:  All right.  So here in this

 7    same sentence, a paragraph of your Complaint, it also

 8    says, "It is also common knowledge that Google causes

 9    targeted advertisements to be sent based on that

10    information."                                     12:01:01

11          Do you see that?

12          A.  Yes, I've read that sentence.

13          Q.  And do you generally understand that on what for

14    you, I guess, are the rare occasions when you are not

15    incognito, if you see ads tailored to your interests it's  12:01:17

16    because Google or some other entity has received

17    information about your past browsing?

18          A.  Yes, I understand that.

19          Q.  When you've used Chrome, have you ever seen ads

20    that appear to be tailored to you?                12:01:37

21          A.  In normal mode, yes.

22          Q.  And I assume the flip side, but not in incognito

23    mode?

24          A.  I have actually experienced rarely a term that I

25    have searched for or a topic, I've seen those things show  12:01:59
```

Page 71

1    up even in incognito mode.  It is rare.  It is rate, not

2    the rule, but I have seen that occur in incognito mode.

3        Q.  Has that been when you're within a single

4    incognito session, that is you might have multiple tabs

5    open but you've been using incognito during the -- you          12:02:24

6    know, without closing out of it?

7        A.  It's possible.  I'm not sure of the conditions

8    specifically, but I suppose that's possible.

9        Q.  Do you have any belief as to whether a targeted

10   advertising can be beneficial to users such as yourself?        12:02:52

11            MR. LEE:  Objection to form, vague as to scope.

12            THE WITNESS:  I would say that I understand that

13   there's a whole industry and business around targeted

14   advertising.  And I suppose there could be some utility.

15   I think it varies by person.  But, yeah, I would say           12:03:15

16   there's probably utility in those ads.

17       Q.  BY MR. SCHAPIRO:  Is Chrome the browser -- the

18   primary browser that you use to surf the internet?

19       A.  Yes, it is the primary.

20       Q.  What other browsers, if any, do you use?  And           12:03:56

21   maybe just to narrow it a little bit, I guess I would

22   say -- why don't we start with currently.

23       A.  Yeah, the big three that I generally find

24   installed on any of my devices would be the native OS

25   browser, so like if I'm on a Windows device there would        12:04:23

                                                    Page 72

1   be what historically was Internet Explorer or Mount Edge.

2   I will generally load Mozilla Firefox on most of the

3   computing devices.

4          And then on the Apple devices, I have, of

5   course, Safari.  So I would say the primaries that I          12:04:41

6   would use, it's always Google -- sorry, Chrome has been

7   my go-to for a long time.  For a long time it was the

8   fastest, and so it ingrained a preference in faster

9   browsing in me.  That's why I use it as primary.  Along

10  with the existence of incognito mode for private             12:05:01

11  browsing.  They were there first, I think, before many of

12  the other browsers introduced those features.

13         But those would be the mix of browsers that I

14  might use.

15     Q.  And when you use other browsers, let's say          12:05:16

16  Safari, for example, or Firefox Mozilla, do you typically

17  use their private browsing mode?

18     A.  Yes, I do.

19     Q.  And is that with the same -- roughly the same

20  breakdown that you've described earlier?  I can't          12:05:43

21  actually remember what the percentage was, but it was the

22  overwhelming percentage of time.

23     A.  Yes.  I generally use -- if you'll recall in my

24  earlier testimony, we talked about those parameters to

25  set them into default --                                    12:05:59

Page 73

```
 1          Q.  Uh-huh.

 2          A.  -- private mode.  Those other browsers support

 3     the same mechanism.  And I configure them in a similar

 4     way.

 5          MR. LEE:  Hey, everybody.  I'm getting a frozen     12:06:09

 6     screen.  Are you guys getting a frozen screen?

 7          MR. SCHAPIRO:  Let's see.  Yeah, although I can

 8     hear perfectly well.

 9          MR. LEE:  Yeah, the audio is through the phone.

10          MR. SCHAPIRO:  I'm no longer frozen.  Do you        12:06:23

11     want to wave your hands, James?  Let me see if I -- yeah,

12     I see you moving.

13          MR. LEE:  I don't see Mr. Davis moving.  That's

14     the one I'm concerned of.

15          THE WITNESS:  Oh, my Zoom session just dropped.     12:06:36

16          THE REPORTER:  Shall we go off the record,

17     Counsel?

18          MR. LEE:  Yeah, let's take a break and figure

19     this out.

20          THE VIDEOGRAPHER:  Going off the record.  The       12:06:41

21     time is 12:07 p.m.

22          (Recess.)

23          THE VIDEOGRAPHER:  Back on the record.  The time

24     is 2:19 p.m. -- 12:19.  Sorry.

25          MR. LEE:  Oh, you know what?  I should mention      12:19:50
```

                                                      Page 74

1    it's 1:20 here our time.

2           THE WITNESS:  It's 12:20.

3           MR. LEE:  I'm sorry, 12:20 here.  I think we can

4    go one more session before lunch.

5           THE WITNESS:  I'm good, yeah.                    12:20:02

6           MR. LEE:  Okay.  But I think after the next hour

7    block, Andy, we'll probably need to take lunch.

8           MR. SCHAPIRO:  Whatever is best for the witness

9    is fine for us.  I happen to be in the Central Time Zone

10   as well, so this one will work out nicely.          12:20:14

11          MR. LEE:  Okay.  Great.  I forgot about that.

12   That's good.

13      Q.  BY MR. SCHAPIRO:  All right.  Mr. Davis, you'll

14   recall a little bit earlier we were talking about steps

15   that you take to protect your privacy.  Do you remember    12:20:26

16   that?

17      A.  Yes, I do.

18      Q.  And are you aware that in Chrome settings you

19   can enable a feature called "block all cookies"?

20      A.  I'll have to take your word for it.  I don't       12:20:49

21   have specific recollection of that capability.

22      Q.  Do you know --

23          THE REPORTER:  Was there an objection, Mr. Lee?

24          MR. SCHAPIRO:  No.  James made a comment.

25          MR. LEE:  I was being silly.  Go ahead.           12:21:06

Page 75

1      Q.  BY MR. SCHAPIRO:  Are you aware of whether in

2   Chrome settings you can enable something called "block

3   third party cookies"?

4      A.  I've seen that on the updated splash screen for

5   incognito mode.                                          12:21:21

6      Q.  Are you aware of whether in Chrome settings you

7   can enable something called "clear cookies and site data

8   when you close all windows"?

9      A.  Yes, I think I'm familiar with that.

10      Q.  Are you aware that you can disable JavaScript in   12:21:45

11   Chrome settings?

12      A.  Yes, I believe I'm familiar with that ability.

13      Q.  Do you know that you can install ad blocking

14   extensions in Chrome, like ad block or ad lock plus -- ad

15   block plus?                                              12:22:13

16      A.  I'm aware of the extension capabilities.  I

17   don't have specific knowledge of the -- I know there's a

18   general -- there used to be a general capability to block

19   ads, but I think they've retired Chrome plug-ins or

20   something at some point.  But, yeah, in general, I'm      12:22:30

21   aware of that historically being a capability.

22      Q.  Are you aware that you can opt-out of

23   personalized ads when using Chrome?

24      A.  I believe I recall seeing that in the settings

25   features, yeah.                                          12:22:52

                                                            Page 76

1        Q.  I'm going to pause here.  I'm going to ask you

2    about some others, but have you -- of this list that

3    we've just gone through of features that you can enable,

4    do -- do you recall whether you have enabled or used any

5    of them in Chrome?                                    12:23:08

6        A.  No, I don't have a specific recollection of

7    using them.  I think I may have deleted sessions and

8    cookies before incognito.  Like I would manually go do

9    that after a browsing session.  But once I understood

10   that was happening with -- or at least purported to be    12:23:28

11   happening with incognito, I stopped that practice.

12       Q.  You have at least one Google account; is that

13   correct?

14       A.  That's correct, I have one account -- one Google

15   account.                                               12:24:01

16       Q.  And are you aware that you can visit the "My

17   Activity" page to review and manage and delete

18   information that Google has associated with your Google

19   account?

20       A.  I don't believe I'm familiar with that.       12:24:16

21       Q.  And I think you told us a little earlier that

22   you -- you have an understanding of what a VPN is but

23   you've used it only -- used one only on certain

24   occasions; is that correct?

25       A.  That's correct.                               12:24:53

                                                    Page 77

1      Q.  And your view in -- in this case is that Google

2    does not alert you that the data -- that your data might

3    be received by Google when you browse the internet in

4    private browsing mode; is that correct?

5      A.  Yeah, that's -- that's correct.  Like, I don't        12:25:15

6    see any disclosure on that primary incognito screen.  I

7    don't -- I don't see disclosures saying Google is going

8    to collect -- like, they go out of their way to say what

9    might be visible and what I should be concerned with, but

10   they do not call out themselves as an entity to be         12:25:41

11   concerned with the collection of that data.

12     Q.  You mentioned a few minutes ago that you've

13   sometimes used private browsing mode with other browsers;

14   correct?

15     A.  I do.                                                 12:26:03

16     Q.  And have you ever looked into if you -- whether

17   your data will be sent to Google in the way that you

18   allege happens here when you're using other browsers in

19   private mode as well?

20         MR. LEE:  Objection to form.                          12:26:28

21         THE WITNESS:  I'm not sure of the relevance of

22   that, and I haven't -- I haven't considered that.  I'm

23   focused primarily on Google's claims of their own product

24   and their own browser in the collection.

25         I suppose that's something.  You're raising a         12:26:46

                                                      Page 78

1    good question.  I should maybe look into that further.

2        Q.  BY MR. SCHAPIRO:  On what devices do you use

3    Chrome?

4        A.  Sure.  I use them on my laptop computers,

5    desktop computers, mobile phone, iPhone.  And I believe I        12:27:14

6    even have it installed on an iPad.

7        Q.  And it sounded like you used plural when you

8    said laptop computers, desktop computers.  Do you have

9    more than one laptop, more than one desktop?

10       A.  I do.  I have multiple in my home.  Being in the       12:27:35

11   industry, right, computers are pretty common for me.

12       Q.  And do -- do any other family members or friends

13   ever use any of your devices?

14       A.  On very rare occasions.  Like, if someone needs

15   to get online to do something, I might let them -- I            12:28:00

16   might log them in as a guest on one of the machines.

17           But as a practice and a rule, no.  Everyone in

18   the home has their own devices and generally stick to

19   those devices.

20       Q.  And the practice you have of using incognito for       12:28:24

21   your browsing that you just described, is that the same

22   across your devices, or is there some difference

23   depending on what device you're using?

24       A.  No, it's my general practice, common practice,

25   across all of the devices.                                     12:28:42

                                                      Page 79

1          Q.   When you have an incognito session open, about

2     how long do you usually keep it open?

3          Let me make that more clear.  Do you ever keep

4     tabs or windows open for -- for more than a day?

5          A.   Yeah, there's occasions where I do.  As a          12:29:03

6     general practice, I generally will close out of the

7     browser session.  But there have been occasions where I'm

8     in the middle of researching something or in the middle

9     of working on something and I'll leave it open, suspend

10    the computer, and come back to it the next day.           12:29:22

11         Q.   How about leaving tabs or windows open for more

12    than a week?  Is that something that you commonly do?

13         A.   There are occasions in which I have, yes.

14         Q.   Is that common or -- or rare?

15         A.   It's -- I would say it's -- it's on the rarer       12:29:47

16    side, yeah.  Because most of the times I'm getting in,

17    getting out, doing what I need to do.  But it does --

18    there are occasions in which I'll -- yeah, I'll leave

19    them long running.

20         Q.   So I think earlier in the deposition today you      12:30:09

21    were telling us about your understanding of the -- the

22    incognito splash screen.  Do you recall that?

23         A.   Yes.

24         Q.   And prior to your involvement in this case, was

25    that splash screen the only document that contributed to     12:30:47

Page 80

1    your understanding or your belief about what incognito

2    does, or were there other documents that you had

3    reviewed?

4        MR. LEE:  Objection to form, mischaracterizes

5    his prior testimony.                                    12:31:11

6        You can answer.

7        THE WITNESS:  Yeah.  No, so I had reviewed both

8    the Google Terms of Service, the Google Privacy Policy,

9    as well as material, maybe blog posts, on incognito.  So

10   I was not solely informed by the splash screen.         12:31:27

11       Q.  BY MR. SCHAPIRO:  And this is -- so this prior

12   to involvement in the lawsuit, you had looked at, you

13   say, the Privacy Policy and maybe some blog posts?

14       A.  That's correct.

15       Q.  By the way, you said that when you saw the story  12:31:55

16   or advertisement about this lawsuit, it peaked your

17   interest.  Had you, prior to that point, ever seen any

18   articles or blog posts suggesting that incognito -- not

19   by Google, suggesting that incognito mode might not be

20   private in the way that you expected?                    12:32:23

21       MR. LEE:  Hold on.

22       I just want to object to the extent that you are

23   mischaracterizing Mr. Davis' testimony.  He did not -- he

24   did not testify that he responded to an advertisement.

25       MR. SCHAPIRO:  I withdraw the point about the        12:32:37

                                                    Page 81

1    advertisement.

2        Q.  So my question, nevertheless, is:  You said when

3    you saw this, I'll just say a story about this lawsuit,

4    it piqued your interest.  And I was asking prior to that

5    point, had you ever seen any articles or blog posts,                12:32:53

6    presumably not from Google, suggesting -- causing you to

7    suspect or suggesting that incognito might not be private

8    in the way you had thought?

9        A.  Fairly recently, prior to the case, I believe

10   there was a journal entry or a hypothetical post that               12:33:19

11   said it was hypothetically possible that Google could be

12   aggregating information.  I think there was an article

13   written about that.  And I even think I recall reading

14   Google responding to that article and saying that they --

15   perhaps that they did not.                                          12:33:42

16        And so that's my recollection of any materials

17   that might have indicated that maybe things were not as

18   they appear with regard to incognito.

19        Q.  And do you remember about how long before the

20   lawsuit that was?                                                   12:34:04

21        A.  I'm pretty sure it was within a year.  Like, it

22   was less than a year.

23        Q.  And then since filing the lawsuit, I believe you

24   told us earlier that you continued to use Chrome because

25   you didn't want to change your -- your activity.  Am I             12:34:35

Page 82

1   characterizing that right?

2       A.  Yeah.  I thought it would be best to be

3   consistent with my activity during the course of the

4   lawsuit.

5       Q.  While you're continuing to use Chrome, have you      12:34:52

6   taken any -- have you taken any steps to -- to prevent

7   what you contend is the improper collection of your

8   information?

9       A.  Again, I'll restate.  I haven't changed my

10  behavior.  I've kept my behavior consistent since the      12:35:17

11  lawsuit started.

12      Q.  And by that, I assume that means including the

13  things like extensions, add-ons, settings, et cetera?

14      A.  Yeah, I have not taken additional action or

15  leveraged any of those capabilities.  If you're -- if      12:35:34

16  you're specifically asking me, like, have I installed the

17  ad blocker or the ad -- extension add-on, the answer is

18  no.  I have not made use of those things you mentioned

19  earlier in the call.

20      Q.  Mr. Davis, do you believe that you entered into      12:36:01

21  a contract with Google?

22      A.  The answer is yes.  And not only do I believe

23  that, I believe the Court has affirmed that a contract

24  exists.  Not excluding -- not exclusive to, but I believe

25  including the splash screen, the Google Terms of Service      12:36:23

Page 83

1    and the Google Privacy Policy.

2          I'm not a lawyer.  I'm sure there may be other

3    documents that the Court considers constitution to that

4    contract, but that's my understanding in this case.

5          Q.  Recognizing that you're not a lawyer, but do you    12:36:40

6    have any thoughts, as the person who entered into the

7    contract, of what other documents might be part of it?  I

8    think you just listed the splash screen, the Google Terms

9    of Service and the Google Privacy Policy.

10          You said maybe there are some others.  Any    12:37:00

11    thoughts on what those might be?

12          A.  Oh, yeah, the other one I think that's of

13    interest may be in the health file related to Google

14    Analytics.  I believe it made specific mention of the

15    Google Privacy Policy.  That would be one additional I    12:37:17

16    would add to that list.

17          And it said that Google Analytics would adhere

18    to the Privacy Policy, which clearly states that I am put

19    in control of what information Google collects about me

20    and that we can use Google services to manage our    12:37:38

21    privacy.  And if I choose to browse privately, I can

22    browse the web privately using Chrome in incognito mode.

23          And so the way that I would assert that privacy

24    would be to use incognito mode.

25          Q.  And in connection with this contract, did you    12:38:04

Page 84

1    provide anything to Google in return to the use of

2    Chrome?

3         A.  Of course.  I provided my activity and data;

4    right?  Clearly that -- there is value to the data

5    provided.  And that is -- that is the -- that is the          12:38:37

6    exchange of the parties in that contract; right?

7         Q.  So you agreed to provide data to Google?

8         A.  In normal -- in normal browsing mode.  Nowhere

9    in the Terms of Service, the Google Privacy Policy or the

10   splash screen did it provide me an opportunity to consent     12:39:03

11   to the exchange of data while in incognito mode.

12           Again, Google tells me I can browse privately.

13   I have no expectation of exchange of data when in

14   incognito mode.

15        Q.  Can you take a look at paragraph 275 of the          12:39:20

16   Complaint, the Second Amended Complaint?

17        A.  Sure.  Let me just turn to it.  You said 275?

18        Q.  Yes, sir.

19        A.  It's almost to the end.  Let's see.  Okay.  I

20   have it in front of me.                                       12:40:03

21        Q.  Do you see where it says, "Plaintiffs and class

22   members also did not receive the benefit of the bargain

23   for which they contracted and for which they paid

24   valuable consideration in the form of the personal

25   information they agreed to share, which has ascertainable     12:40:20

Page 85

1    value to be proven at trial"?

2           Do you agree with that statement in your

3    Complaint?

4           MR. LEE:  Objection to the extent it calls for a

5    legal conclusion.                                    12:40:39

6           THE WITNESS:  I've read that line.  What I would

7    say is if Google is indeed collecting said information in

8    incognito mode, then it is a violation not only of

9    privacy but the collection and the value of that; right?

10          It's understood that that information is being   12:41:07

11   collected in normal mode.  But should that information be

12   collected in incognito mode, that is a violation of

13   the -- both the Privacy Policy and the agreement of the

14   contract of what the -- what the exchange of value would

15   be in that mode of use.                              12:41:25

16       Q.  BY MR. SCHAPIRO:  What is the -- what do you

17   understand to be the personal information they agreed to

18   share?  I'm reading from the end of the -- of that

19   sentence there, "The valuable consideration in the form

20   of the personal information they agreed to share"?     12:41:44

21          I know you've indicated to us that that's

22   information, in your view, that came what you call normal

23   mode.  But what is that personal information?

24       A.  Yeah, that would be any identifiable

25   information.  My IP, the -- excuse me, the sites that I   12:42:04

Page 86

1    visit, the information that I might be entering into

2    forms on those sites, which banners I hover over.

3    Basically all activity that's happening in that browser

4    session.

5            It is known that that is -- in normal mode, that    12:42:23

6    is how persona profiles are built by Google; right?  And

7    so any of that data would be the data of concern.

8        Q.  All right.  I believe you told us a few minutes

9    ago that you consider Google's Terms of Service to be one

10   of the pieces of the -- of the -- your contract with    12:43:08

11   Google; is that correct?

12       A.  Yes.

13       Q.  Do you recall ever reviewing Google's Terms of

14   Service?

15       A.  Yes.    12:43:23

16       Q.  Do you know -- do you recall whether that was

17   before or after joining this lawsuit?

18       A.  It was definitely before.  When I initially had

19   to set up my Gmail account, I had to review those Terms

20   of Service.  And periodically before the lawsuit, I think    12:43:40

21   one or two additional times I reviewed the Terms of

22   Service as they got updated.

23           Again, I don't review every version of them.

24   But I definitely reviewed Terms of Service prior to

25   joining the lawsuit.    12:43:55

```
1        Q.  And is it accurate that you set up your first

2   Google account all the way back when Gmail was in beta,

3   in approximately 2005?

4        A.  I'm unclear on the dates -- my memory is unclear

5   on the dates.  But it was -- I remember there was a          12:44:12

6   period of time where you had to be invited to Gmail, when

7   it was in early development.  And I remember being pretty

8   early on in that.  I don't -- I don't -- it's been a long

9   time.  I don't recall the specific year.

10       Q.  So I'll -- I wonder if we've already -- yeah,       12:44:31

11  did we already --

12           MR. SCHAPIRO:  Marie, did we already put this

13  into evidence?  The amended R&Os to the rogs, or is

14  that -- this a different one?

15           MS. HAYRAPETIAN:  I think it's a different one.      12:44:50

16           MR. SCHAPIRO:  All right.  Just so that we're

17  all on the same page, let's -- we're going to introduce

18  an exhibit.  This will be Exhibit 8.  Skip over Exhibit 7

19  for a moment.  I'll bring you back to 7 in a second.

20           Exhibit 8 is going to be the Amended Responses       12:45:03

21  and Objections to Interrogatory 1, just so we can nail

22  down that date, if you don't mind.

23           (Exhibit 7, Google Terms of Service for Your

24            Personal use, marked for identification

25            electronically by counsel.)
```

Page 88

```
 1              (Exhibit 8, Plaintiff Jeremy Davis' Verified

 2              Amended Objections and Responses to Defendant's

 3              Interrogatories 1, 4, and 5, marked for

 4              identification electronically by counsel.)

 5         THE WITNESS:  So we're looking at 8?              12:45:16

 6     Q.  BY MR. SCHAPIRO:  Exhibit 8.

 7     A.  Okay.

 8     Q.  The answer to the first Interrogatory -- maybe

 9  this time I can find the right line.  It's in the

10  Amended -- Amended -- the second page, around line 6 and   12:45:38

11  7.

12         Do you see where it says, "Plaintiff Davis,"

13  between lines 5 and 6?  "Plaintiff Davis further responds

14  that at or around the time he opened his Google Account,

15  which was created when Gmail was in beta in approximately   12:45:49

16  2005, and at times thereafter."  Do you see that?

17     A.  Sorry, I need to find it.  Is it on the second

18  page, you said?

19     Q.  Yes.

20     A.  Is it under Interrogatory Number 1?              12:46:07

21     Q.  It's under "Amended Response to Interrogatory

22  Number 1," the carry-over page.

23     A.  Oh, I see it.

24         I'm still looking for that line.  Sorry.  Could

25  you say it again?                                         12:46:28
```

Page 89

```
 1        Q.  It's between lines 5 and 6.  And it has the 2005

 2   date.

 3             MR. LEE:  Why don't you read the whole

 4   paragraph?

 5             MR. SCHAPIRO:  James, I won't object, even        12:46:36

 6   though you're in the same room, if you want to point,

 7   but...

 8             MR. LEE:  No.  I'm sorry.  I just told him it

 9   would be easier if he read the whole paragraph.

10             THE WITNESS:  That's what I'm saying.  I can't    12:46:49

11   locate it on the page.  I don't think I'm on the same

12   page you are.

13        Q.  BY MR. SCHAPIRO:  So we're in Exhibit 8.

14   Exhibit 8.  And it is -- I don't know if there's a page

15   number, but it's the Amended --                            12:47:01

16        A.  "Notwithstanding" -- is it line 10 and 11?

17             THE WITNESS:  Or which lines was he saying?

18        Q.  BY MR. SCHAPIRO:  I'm sorry, Exhibit 7.

19   Exhibit 7.  No, Exhibit 8.

20        A.  Oh, I'm in the wrong exhibit.                      12:47:17

21        Q.  No, no, I'm wrong.  It is Exhibit 8.  I was

22   there a second ago.

23        A.  Okay.  I see it now.  Okay.  Thank you.

24        Q.  Okay.  Sorry about that.

25        A.  Let me just read this really quickly.              12:47:29
```

```
 1        Q.  Sure.

 2        A.  Sure.  So we must have checked the dates around

 3    that time, then.

 4        Q.  Okay.  So you can -- I don't have any other

 5    questions about this exhibit.                              12:47:50

 6            But let's take a look at Exhibit 7, which is the

 7    Google Terms of Service that were effective through

 8    November 4th, 2005.

 9        A.  Okay.  I have that document up.

10        Q.  And I'll ask you if you remember which portions    12:48:12

11    you reviewed.  Did you review only certain portions or

12    all of it?

13        A.  I'm just checking to see how familiar this is.

14    This is from 2001 to 2003; is that right?

15        Q.  My understanding is this is 2003 to 2005.          12:48:46

16        A.  I only ask that question because it's

17    copyrighted 2001/2003.

18        Q.  I think that's just when the copyright was.  I

19    don't know.

20            MR. LEE:  Yeah, Mr. Schapiro, I think you need     12:49:05

21    to make a representation of the date.  You either know --

22    you can make that representation or you don't.  I don't

23    think we can say --

24            MR. SCHAPIRO:  Yeah, my understanding, but I

25    want to be careful, because the witness has just pointed   12:49:15
```

Page 91

```
 1    out this copyright point.  But I -- my understanding is

 2    that this is the Terms of Service that were in effect

 3    through November -- from March 29th, 2003, to

 4    November 4th, 2005.

 5          MR. LEE:  And are you making that representation        12:49:40

 6    to this witness today?

 7          MR. SCHAPIRO:  I'm making that representation to

 8    this witness today.  And if I'm wrong, we can, of course,

 9    clear it up later, but...

10          MR. LEE:  Okay.                                         12:49:50

11          THE WITNESS:  So if you don't mind, I'd like to

12    read through this just to see if it's familiar to me.

13    There's a lot of information here, and it's quite old.

14       Q.  BY MR. SCHAPIRO:  Of course.  You're entitled.

15       A.  Okay.  Thanks for give me the opportunity to          12:50:54

16    review.

17       Q.  All right.  Do you recall if you agreed to the

18    Google Terms of Service when you opened your account?

19       A.  I would have absolutely had to.  I think it was

20    a prerequisite to get the account, is my recollection.       12:51:08

21       Q.  And in these Terms of Service, did Google

22    represent to you that you could control what information

23    Google collects by enabling private browsing mode?

24       A.  I don't think that was temporarily possible,

25    because I don't think incognito existed at this time,        12:51:30
```

Page 92

1    when -- when Gmail was first launched.

2         Q.  So I'll ask you to take a look at the Second

3    Amended Complaint again, paragraph 31, please.

4         A.  Paragraph 31?

5         Q.  Yes, sir.                                    12:51:56

6         A.  Okay.  I'm there.

7         Q.  And do you see there's a citation to the Google

8    Privacy Policy?  And this is in the -- to the May -- the

9    May 28th -- I guess in the Complaint it just says,

10   "May 2018 modification to the Privacy Policy."          12:52:32

11        Do you see that?

12        A.  Yes, I see that line.

13        Q.  And do you know whether you reviewed that

14   version of the -- ever reviewed that version of the

15   Privacy Policy?                                          12:52:45

16        A.  I did.

17        Q.  And do you recall whether that was before or

18   after your involvement in this litigation?

19        A.  Yes, I believe I rereviewed it when the

20   incognito feature was launched.  And this seems to be    12:52:58

21   aligned with that timeline.

22        Q.  And did you agree to the Google Privacy Policy?

23        MR. LEE:  Objection to form.

24        THE WITNESS:  I don't know -- I don't know that

25   there's -- like, you agree to Terms of Service; right?   12:53:17

                                                     Page 93

```
 1    But I don't believe there's a -- I just don't understand

 2    the question.  Did I agree to it?

 3        Q.  BY MR. SCHAPIRO:  Did you ever indicate --

 4        A.  Did I agree with the terms?  Or did I -- did I

 5    agree with what they were communicating?  Or are you        12:53:33

 6    asking if I told Google that I agreed to the Privacy

 7    Policy?  I'm just unclear on your question.

 8        Q.  Did you ever indicate to Google in any way that

 9    you did not agree to its Privacy Policy?

10        MR. LEE:  Objection to form.                            12:53:51

11        THE WITNESS:  No.  No.  To my recollection, I

12    never told Google that I disagreed with its statements in

13    its updated Privacy Policy.

14        Q.  BY MR. SCHAPIRO:  Let's take a look at the --

15    what I will represent to you is the updated Privacy         12:54:08

16    Policy referred to in your Complaint, effective from

17    May 28th, 2018, to January 21st, 2019.

18            (Exhibit 9, Google Privacy Policy, marked for

19            identification electronically by counsel.)

20        Q.  BY MR. SCHAPIRO:  And can you tell me what          12:54:36

21    sections in here, if any, you believe promised you that

22    browsing in private mode would prevent Google from

23    receiving your information?

24        A.  One second.  This is the evidence 12 -- or

25    the --                                                      12:55:08
```

Page 94

```
1          Q.  Yes.  Exhibit 12, yeah.

2          A.  -- Exhibit 12?

3              MR. LEE:  You have a paper copy, too.

4          Q.  BY MR. SCHAPIRO:  Yeah, if you have a paper

5     copy, you can look at it as well.                      12:55:18

6          A.  Yeah.  The paper copy I have has section numbers

7     on it.  And this one --

8              MR. LEE:  No.

9              THE WITNESS:  Oh, sorry.  No, it's the Privacy

10    Policy.  Excuse me.                                    12:55:30

11             Yeah, just one second.

12             Yeah, I can call out the specific language in

13    the Privacy Policy.

14             So at the end of the first sentence, there are

15    the words "Put you in control"; right?  So I understand,  12:55:47

16    through Google's Privacy Policy, that I am in control;

17    right?

18         Q.  BY MR. SCHAPIRO:  Do you believe that --

19             MR. LEE:  Wait.  Were you done with your answer?

20             Excuse me.  Excuse me.  I'm not sure he was    12:56:06

21    done.  I just want to confirm.

22             THE WITNESS:  No, I wasn't.  I wasn't.

23             MR. LEE:  Why don't you finish.

24             THE WITNESS:  If you scroll further down, below

25    the three bullet points on the first page, there's a   12:56:17
```

Page 95

1   paragraph that begins with, "You can use our services in

2   a variety of ways."

3           Do you see that?

4       Q.  BY MR. SCHAPIRO:  Yeah.

5       A.  That first sentence, "You can use our services       12:56:30

6   in a variety of ways to manage your privacy."

7           Again, the assertion of privacy and the Privacy

8   Policy from Google to its users.

9           The last two sentences of that paragraph, I'd

10  like to read.  "You can also choose to browse the web       12:56:51

11  privately using Chrome in incognito mode."  You've heard

12  me say that numerous times today.

13          Next sentence, "And across our services, you can

14  adjust your privacy settings to control what we collect

15  and how your information is used."                          12:57:10

16          Again, this implies to me that Google is stating

17  that I have control; right?  And that any data that I

18  provide to Google, I can -- I would explicitly consent to

19  their collection of that data.

20          They have stated that I can browse privately       12:57:32

21  using Chrome in incognito mode.  I've -- I've testified

22  earlier that when I am browsing privately, I never

23  consent to collection.

24          So, again, in the Privacy Policy, I'm taking

25  Google at their words that when I am browsing privately,    12:57:51

Page 96

1    that is the method by which I notify Google that I do not

2    consent to collection.

3        Q.  Are you finished?

4        A.  Yes, I'm finished.  Thank you.

5        Q.  So you have emphasized the use of this word          12:58:24

6    "control"; correct?

7        A.  Correct.

8        Q.  And so what have you done -- strike that.

9            And it says that -- the Privacy Policy says that

10   you can control -- or that you can -- that they can --     12:59:00

11   that Google puts you in control.  Is that a fair

12   paraphrase of that first sentence that you've cited?

13       A.  That's -- yes.

14       Q.  So what -- so being in control, what did you do

15   to prevent Google from receiving, let's say, your IP       12:59:27

16   address when you visited a site that ran Google

17   Analytics?  How did you exercise that control?

18       A.  So the control that I exercised is I used the

19   feature incognito mode in Chrome that they expressly

20   called out in this Privacy Policy as a means for me to     12:59:49

21   privately browse the web.

22           So, again, my control in this situation, the

23   recourse that Google has indicated to me in their own

24   Privacy Policy, that if I want to browse privately and

25   not be observed by Google, is to use Chrome in incognito   13:00:12

1    mode.

2        Q.  And so does --

3        A.  That's exactly what I did.

4        Q.  Sorry.  Did I cut you off?

5        A.  No, that's okay.  I was saying and that's          13:00:26

6    exactly what I did.

7        Q.  So is it your understanding that browsing the

8    web -- that the word -- the phrase "browse the web

9    privately" means that even if a user visits a site that

10   uses Google Analytics, that even the IP address          13:00:57

11   associated with that visit would not be shared with

12   Google?

13       A.  Yes, that's correct.

14       Q.  How would --

15       A.  And I --                                          13:01:17

16           MR. LEE:  I think he's still finishing his

17   answer, Andy.

18           THE WITNESS:  Yeah, I was just going to say the

19   reason why I believe that is that if you look at the help

20   file associated with Google Analytics, it actually        13:01:30

21   specifically refers back to its adherence to the Google

22   Privacy Policy, in which the Google Privacy Policy states

23   that I can browse the web privately using Chrome in

24   incognito mode.

25           So I think it's a fair point of view to come      13:01:54

                                                        Page 98

1    away with that if Google Analytics is adhering to the

2    Google Privacy Policy, and the Google Privacy Policy

3    communications to me that I can browse the web privately

4    using Chrome in incognito mode, that when I am in

5    incognito mode, it is reasonable for me to expect that        13:02:17

6    Google Analytics is not collecting my information,

7    including IP.

8        Q.  BY MR. SCHAPIRO:  What if you visit a -- what if

9    you visit Google.com in incognito mode, do you have an

10    expectation that Google will not receive your IP address?    13:02:34

11        A.  In that case, since Google is a -- Google.com is

12    a Google property, and we talked earlier about request

13    response needing IP, I suspect that they would have the

14    IP at that moment.

15            But I do not expect them to collect other           13:02:53

16    information other than is necessary to serve the bare

17    minimum of those services, so when I query a search, it

18    needs to return those search results and discard anything

19    else about my browsing session when in incognito mode.

20        Q.  And if Google, in fact, did that, you would not     13:03:24

21    have the -- you would not have the objection that you

22    have now, correct, if it returned search results and then

23    just discarded anything else about your browsing session?

24        A.  I would challenge that notion, in the sense that

25    it's more than just my interactions with Google.com;         13:03:43

Page 99

```
1    right?  If it is indeed collecting information through

2    Google Analytics on every site that uses Google Analytics

3    and the terms -- sorry -- the documentation associated

4    with Google Analytics refers to its adherence to the

5    Google Privacy Policy, and the Google Privacy Policy says    13:04:10

6    that when I am in incognito mode, I can browse privately,

7    I would not limit my response to an affirmative just to

8    Google.com, as you phrased it.

9         Q.  How about if all of the information about your

10   private browsing session were discarded or disassociated    13:04:48

11   when you finished the session, would that alleviate your

12   concerns?

13        A.  Is that a hypothetical, or is that what Google

14   is doing?

15        Q.  Well, I'll pose it as a hypothetical.              13:05:06

16        A.  Could you restate the hypothetical, please?

17        Q.  Sure.

18             I said how about if all of the information about

19   your private browsing session were discarded or

20   disassociated when you finished the session, would that     13:05:22

21   alleviate your concerns?

22             MR. LEE:  Do you mean -- in this hypothetical,

23   do you mean the data was collected in incognito mode,

24   Andy?

25             MR. SCHAPIRO:  Yes.  This is an incognito          13:05:36
```

Page 100

1    session.

2          THE WITNESS:  And a followup question, when you

3    say "collected," you mean collected by Google back-end

4    services or the browser itself?

5        Q.  BY MR. SCHAPIRO:  By Google in any way.          13:05:50

6        A.  Google in any way.

7          MR. LEE:  Let me object to the incomplete

8    hypothetical.

9          But go ahead.

10          THE WITNESS:  Okay.  So I just want to restate     13:05:56

11    the hypothetical to make sure I have a complete

12    understanding, sir.  If -- the hypothetical proposed is,

13    if, when using Google Chrome in incognito mode, any

14    information that's collected by the browser in that

15    session, if that was discarded at the end of that session   13:06:16

16    by Google, would that alleviate my concerns?  Do I have

17    that roughly right?

18        Q.  BY MR. SCHAPIRO:  Yeah.  The only difference is

19    I said discarded or disassociated, so what I meant there

20    is -- just so there's no lack of clarity about what        13:06:34

21    discarding means, you know.  As you know, as someone in

22    the tech field, something is always -- you know, even

23    when you put something in your trash, it's there

24    somewhere, but you just can't find it.  It's not indexed.

25        A.  I understand.                                   13:06:50

                                                    Page 101

1          I think that would be a step in the right

2     direction for Google to take.  If hypothetically they

3     would want to take that action, I -- if you're asking me

4     should -- because that's my perception of how incognito

5     should work, so I will respond by saying it would be          13:07:09

6     great if Google made the button work the way it is

7     purported to work; right?  And if that is the

8     hypothetical outcome here, that would be a positive

9     development for privacy in my opinion.

10        Q.  Do you still have the Privacy Policy in front of    13:07:27

11    you, Exhibit 9?

12        A.  I do.

13        Q.  So you see there's a section down towards the

14    bottom of the first page entitled "Information Google

15    Collects"?                                                   13:07:45

16        A.  Yes, I see that section.

17          I can't see all of it.  The exhibit is over it,

18    but I have a printed copy here as well.

19        Q.  Right.  I agree.  I see the exhibit tab is sort

20    of over the paragraph, but if you just scroll through it,    13:07:58

21    you'll see some relatively large headings.  Do you see --

22        A.  Are you asking about the "Things to create" --

23    "Things you create or provide to us"?

24        Q.  Yes.  And then if you go further down,

25    "Information we collect as you use our services," do you     13:08:22

                                                          Page 102

1    see that?

2        A.  Yes, I do.

3        Q.  And -- and this lists -- this provides a

4    description of information that Google collects when you

5    browse on a website that uses Google services; correct?    13:08:42

6        A.  To use Google services, which I assume to be

7    their applications, Gmail -- that's what they mean by

8    Google services, correct?

9        Q.  I'll take whatever your understanding of it is.

10       A.  Yes.  Yeah, I understand that when I am           13:09:06

11   authenticated to Google and use their services, I

12   understand this information could be collected, but I

13   don't understand that to be the case when I am told to

14   browse privately in incognito mode, so there's a

15   distinction there; right?                                  13:09:29

16       Q.  So just to be --

17       A.  But if I'm authenticated in a normal browser

18   session using Google services, I understand this

19   information to be collected.

20       Q.  When you say "authenticated," are you            13:09:42

21   distinguishing -- are you saying that you don't believe

22   Google receives this information if you're not signing in

23   and you're just in what you call normal mode?

24       A.  Oh, no.  Sorry.  I misspoke there.  Anytime I'm

25   in normal mode, I would expect Google to collect this     13:09:58

Page 103

```
 1    information.

 2         Q.  And other than what you pointed to on the first

 3    page, where it says you can also choose to browse the web

 4    privately, is there anywhere here in this list of

 5    information that is collected by Google anywhere in here     13:10:13

 6    that it tells you that incognito mode would prevent

 7    Google from receiving the data?

 8         MR. LEE:  Objection to form, mischaracterizes

 9    prior testimony.  Mr. Davis didn't point to just one

10    sentence in the Privacy Policy in his prior answer.  He     13:10:30

11    pointed out multiple.

12         MR. SCHAPIRO:  Let me rephrase.

13         Q.  Other than the language that you pointed to on

14    the first page in our -- when we were discussing this

15    document earlier, do you see anything in this description   13:10:46

16    of data that is collected by Google that says that

17    private browsing prevents Google from receiving the data?

18         A.  I don't see anything about incognito mode here.

19    However, I would say I don't have to, because the

20    assertion is that I am in control and that this            13:11:10

21    information, which I've already testified earlier, is

22    private information.  If the mechanism that Google

23    provides to me is private browsing in incognito mode, as

24    we just read on the first page, then why would I make an

25    assumption that it's okay to collect this information in    13:11:32
```

Page 104

```
 1    incognito mode?  I can't make that connection, if that's

 2    what you're asking me.

 3            MR. SCHAPIRO:  So we've been going about an

 4    hour.  Would this be a decent time to take a lunch break?

 5            MR. LEE:  Yeah.  You read my mind.  Thank you,      13:11:50

 6    Mr. Schapiro.

 7            MR. SCHAPIRO:  While we're still on the record,

 8    James, could you, during the lunch break, send us a scan

 9    of the marked up documents that Mr. --

10            MR. LEE:  Sure.  I can try.  It's not my office,    13:12:03

11    but -- I've got to see who's around.  But, just for the

12    record, there are no notations on the documents.

13    Mr. Davis just highlighted some language on the privacy

14    page, which he's already called out.  If you want me to

15    email that to you or scan that to you, I can, but there's   13:12:20

16    no --

17            MR. SCHAPIRO:  Yes.

18            MR. LEE:  -- notes or anything.

19            I don't want you to have the wrong idea.

20            MR. SCHAPIRO:  I see.  That's fine.  Just -- I       13:12:28

21    don't need the whole documents then.  Just -- if you just

22    send me whatever the highlighted parts are, that would be

23    great.

24            MR. LEE:  Sure.  Okay.  We'll do that.

25            MR. SCHAPIRO:  All right.  I'm happy to go off       13:12:38
```

Veritext Legal Solutions
866 299-5127

1    the record if you are.

2            MR. LEE:  Yep, let's do it.

3            THE VIDEOGRAPHER:  Going off the record.  The

4    time is 1:13 p.m.

5            (Recess.)                                    13:12:46

6            THE VIDEOGRAPHER:  Back on the record.  The time

7    is 2:00 p.m.

8        Q.  BY MR. SCHAPIRO:  Mr. Davis, did you have a good

9    lunch break?

10       A.  I did.  Thank you.  Did you?                 13:59:49

11       Q.  Not bad.  Too many jalapenos -- they put too

12   many jalapenos on the sandwich, but that's all right.

13           Do you recall ever reviewing the Chrome Privacy

14   Notice?

15       A.  Chrome Privacy Notice specifically?  I believe I   14:00:11

16   must have, but -- yeah, I believe I must have.

17       Q.  And are you able to give me a sense of when you

18   think you reviewed it, before or after the start of this

19   litigation?

20       A.  I'm pretty sure I browsed through it before the   14:00:42

21   beginning of the litigation, but again, my recollection

22   is unclear on that one.  I'm less familiar with that than

23   I am the Terms of Service and Privacy Policy, but I'm

24   sure I've reviewed it.

25       Q.  So let's take a look at it.  It should now be up   14:01:03

Page 106

1    as Exhibit 10, I belive.

2             (Exhibit 10, Google Chrome Privacy Notice,

3             Archive date: June 21, 2016, marked for

4             identification electronically by counsel.)

5        Q.  BY MR. SCHAPIRO:  And it's going to show up at        14:01:15

6    the top of your list, just because -- at least it is for

7    mine, just because of the way Exhibit Share processes

8    numerals.

9        A.  I see it.  It's 10-13?

10       Q.  Yes, sir.                                              14:01:30

11       A.  Okay.  I have that pulled up.

12       Q.  All right.  If you want to take a look at it,

13   can you let me know whether you -- well, strike that.

14            Are there any statements in this Chrome Privacy

15   Notice that you believe promised you that browsing in        14:02:00

16   private mode would prevent Google from receiving your

17   information?

18       A.  If this document is from 2016, I'll have to

19   re-review it.  My memory is not that fresh.

20       Q.  Take whatever time you want.                          14:02:21

21       A.  All right.  Thank you.

22            MR. LEE:  Andy, could you just repeat the

23   question so he knows what the question is when he reviews

24   it so he doesn't have to review it a second time.

25            MR. SCHAPIRO:  Sure.                                 14:02:35

                                                          Page 107

1       Q.  My question is:  Are there any statements in

2   this Chrome Privacy Notice that you believe promised you

3   that browsing in private mode would prevent Google from

4   receiving your information?

5           MR. LEE:  Thanks.                              14:02:49

6           THE WITNESS:  Okay.  And the question was:  Is

7   there anything in this Privacy Policy that would indicate

8   to me that when using incognito mode, that my private

9   data would not be collected?  Is that -- do I have the

10  question correct?                                     14:04:34

11      Q.  BY MR. SCHAPIRO:  That Google would not receive

12  your information.

13          MR. LEE:  Also, just for foundational purposes,

14  what are the effective date range of this Chrome Privacy

15  Notice?  I don't know what it means when it says,        14:04:45

16  "Archive Date: June 21, 2016."

17          MR. SCHAPIRO:  Yeah.  For the record, I will

18  represent this is the Chrome Privacy Notice effective

19  from June 21st, 2016, to August 29th, 2016.

20          MR. LEE:  Wait.  What?  Say that again.        14:05:05

21          MR. SCHAPIRO:  June 21st, 2016, to August 29th,

22  2016.

23          THE WITNESS:  Okay.

24      Q.  BY MR. SCHAPIRO:  So do you need me to repeat

25  the question, Mr. Davis?                              14:05:26

                                                    Page 108

1      A.  If you don't mind.

2      Q.  Sure.

3      Are there any statements in this Chrome Privacy

4 Notice that you believe promised you that browsing in

5 private mode would prevent Google from receiving your    14:05:38

6 information?

7      A.  Yes.  There is a section identified as

8 "Incognito mode and guest mode" in this document.

9      Q.  On page 8?

10      A.  Let me see.                   14:06:04

11      Q.  It says at the bottom 8 out of 14.

12      A.  Yes, that's correct.

13      Q.  Okay.  And so where does it say there that in

14 incognito mode your information will not be shared with

15 Google?                             14:06:19

16      A.  It says -- yeah.  "In these modes" -- which it's

17 referring to incognito -- "Chrome won't store certain

18 information, such as," basic browsing, like URLs, pages,

19 IPs, snapshots, records.

20      So when I read "Chrome" there, I assume Chrome    14:06:38

21 also means it's not being relayed to Google back-end

22 services either.

23      Q.  So just to mirror that back to you, you're

24 saying that in your view, the phrase "Chrome won't store"

25 means Google won't receive?                   14:07:02

Page 109

```
 1        A.  Won't collect.

 2        Q.  So you believe "Chrome won't store" means Google

 3   won't collect certain information?

 4        A.  That's how I interpret that -- that statement.

 5        Q.  Okay.  How about taking a look at the next          14:07:19

 6   section -- well, strike that.

 7            Is there anywhere else in the document that you

 8   believe promised you that browsing in incognito mode

 9   would prevent Google from receiving your information?

10        A.  No, nowhere else that I reviewed.                   14:07:41

11        Q.  Will you take a look at the next section just

12   below the one you were looking at?  Do you see the

13   heading "How Chrome handles your incognito or guest

14   information"?

15        A.  I do.                                               14:07:58

16        Q.  And it -- with reference to cookies it says,

17   "Chrome won't share existing cookies with sites you visit

18   in incognito or guest mode.  Sites may deposit new

19   cookies on your system while you are in these modes, but

20   they'll only be stored and transmitted until you close     14:08:19

21   the incognito or guest window."

22            Is that a statement that you believe Google has

23   acted inconsistently with?

24            MR. LEE:  Objection to form.

25            THE WITNESS:  I have no way of validating if       14:09:05
```

Page 110

1    they have acted inconsistently on that -- that particular

2    item.  I know that they advertised here that they will --

3    that they will destroy those cookies when the guest or

4    incognito session is complete.

5         Q.  BY MR. SCHAPIRO:  Do you have any basis to                14:09:33

6    believe that that's not what happens?

7         A.  It's unclear to me how I would assert that.  I

8    can observe cookies that are in the browser, and if you

9    close the browser, I have previously seen those get

10   crushed, but that does not mean that they were not              14:10:08

11   corrected or transmitted, so I have no way of validating

12   if they were transmitted or collected.

13        Q.  Well, my question was a little bit different.

14   It was:  Do you have any basis to believe that this is

15   not what happens?  And you've answered you have no way of        14:10:25

16   validating it, but my question is:  Do you have any basis

17   to believe?  Do you have any evidence?  Can you testify

18   to any evidence you have that that does not happen?

19        A.  No.  On this point, no.

20        Q.  A moment ago I asked you where in the privacy           14:10:44

21   notice -- whether you found anything that you believe to

22   be a promise that Google would not receive your -- your

23   information, and I want to make sure I have covered all

24   bases.

25             Is there anywhere in this privacy notice where        14:11:16

                                                         Page 111

1    you believe Google has represented that using incognito

2    mode would prevent Google from receiving user data coming

3    through its services that are installed on third-party

4    websites?

5           MR. LEE:  Sorry, Andy, are you referring to        14:11:36

6    Exhibit 10 or the Privacy Policy?

7           MR. SCHAPIRO:  Sorry.  No.  I'm still on

8    Exhibit 10, the Chrome Privacy Notice.  Apologies if I

9    misspoke.  I think I said --

10          MR. LEE:  I just wanted --                          14:11:48

11          MR. SCHAPIRO:  Yeah.

12          THE WITNESS:  I didn't -- I didn't review the

13   document in that context.  Can I review really quickly?

14      Q.  BY MR. SCHAPIRO:  Sure.

15      A.  And again, just to make sure I have the context    14:12:14

16   right, you're asking are there any assertions -- do I

17   perceive there to be any assertions in this Chrome

18   Privacy Notice -- I'm sorry.  Could you restate it -- I

19   think it's better if you restate it.

20      Q.  BY MR. SCHAPIRO:  Yeah.  It was a somewhat long,   14:12:32

21   but I think -- but I hope well-crafted question.

22          The question was:  Is there anywhere in this

23   crime -- excuse me -- in this Chrome Privacy Notice where

24   you believe Google has represented that using incognito

25   mode would prevent Google from receiving user data coming 14:12:51

                                                    Page 112

1    through its services that are installed on third-party

2    websites?

3        A.  Yes, I do, actually.  If you take a look at the

4    very first page.

5        Q.  Uh-huh.  Page 1 or --                          14:13:17

6        A.  Yes, sir.  Page 1.

7        Q.  Uh-huh.

8        A.  Paragraph 1, just underneath the archive date,

9    June 21, 2016.

10       Q.  Uh-huh.                                         14:13:30

11       A.  The last sentence says, "Although this policy

12   describes features that are specific to Chrome, any

13   personal information that is provided to Google or stored

14   in your Google Account will be used and protected in

15   accordance with Google Privacy Policies."              14:13:48

16           I'll refer back to the Google Privacy Policy

17   that's referenced there where it's stated that I'm in

18   control of the data that is collected, that I can browse

19   the web privately with Chrome in incognito mode, and I

20   can adjust privacy settings to control what is collected 14:14:12

21   and how your information is used.

22           If I never consented to have data collected in

23   private mode, to me this is a direct violation of

24   Google's Privacy Policy, including this one that's been

25   presented.                                             14:14:32

Page 113

1      Q.  So -- so your belief is that the reference to

2    the Privacy Policy in the second sentence constitutes a

3    representation that in incognito mode, Google would not

4    receive user data through its services that are installed

5    on third-party websites?                                14:15:00

6      A.  I would agree with that, yes.

7      Q.  Let's take a look back at -- well, strike that.

8           Is there anything else in the Chrome Privacy

9    Notice that you believe makes a promise to you that data

10   from Google services on third-party websites won't be    14:15:31

11   shared with Google when you're incognito?

12     A.  No, I don't see anything else here.

13     Q.  Can we take a look back at Exhibit 1?  Sorry.

14   No.  Exhibit 1 is the wrong Jeremy Davis.  Exhibit 2, the

15   splash screen.                                           14:16:25

16     A.  Okay.  Yeah.  Let me -- this is the one that's

17   really gigantic; right?

18     Q.  Yeah.  You just need to use the zoom in or zoom

19   out function.

20     A.  Yeah.  Okay.  I'm there.                           14:16:43

21     Q.  And I think we -- I just got a bit of an echo

22   there.

23           I think we discussed earlier the statement that

24   your activity might still be visible to websites you

25   visit.  Do you remember that?                            14:17:00

                                                    Page 114

1          A.   I do, and I see it listed there on the screen.

2          Q.   I apologize.  I'm getting a bit of an echo now

3     and I'm not sure why.  It seems to have eased.

4               So you're not claiming that you believed that

5     your activity would not be visible to websites you visit          14:17:33

6     when you were in incognito mode, are you?

7          A.   I believe we covered this earlier, but, no, it

8     states that websites that I visit will -- that I will be

9     visible to them, and I understand that.  That's not in

10    dispute, I don't think.                                           14:17:58

11         Q.   And do you have an understanding, as someone in

12    the tech space, that websites sometimes use third-party

13    service providers to assist them in carrying out various

14    functions?

15              MR. LEE:  Objection to form.                            14:18:15

16              THE WITNESS:  I am aware that third parties will

17    use third-party services and tools to complete their

18    application delivery and their services, yes.

19         Q.   BY MR. SCHAPIRO:  And are you aware that not

20    just Google but other -- some other companies as well            14:18:36

21    have services that help websites to serve up

22    advertisements?

23         A.   Yes.  I'm aware of that general space and

24    practice.

25         Q.   And similarly, are you aware that not just             14:18:54

1    Google but some other companies as well have services

2    that allow websites to analyze the nature of the traffic

3    coming to and from the website?

4        A.  Yes, I'm aware of those tools.  I should say --

5    let me rephrase.  I'm aware of that category of tools.        14:19:16

6        Q.  And is it your belief that when you visit a

7    website in the incognito mode, you will be invisible --

8    although you will being visible to the website, as

9    indicated here, you will be invisible to all third-party

10   services that the website uses?                              14:19:40

11       A.  I don't know that I could attest that I would

12   know all the services that a third-party site was using,

13   so it's impossible for me to answer would I understand

14   those details.  My expectation is -- is that as the

15   splash screen and the privacy policies state, that my      14:20:11

16   activity would not be visible to Google and it would not

17   be collected by Google.

18       Q.  Well, that wasn't quite my question.

19       A.  I'm sorry.  Can you rephrase it?

20       Q.  Yeah.                                                14:20:34

21       Do you believe that when you visit a website in

22   incognito mode, you'll be -- although you're visible to

23   the website, you would be invisible to all third-party

24   services the website uses?

25          MR. LEE:  Are you -- I just want to make sure        14:20:49

Page 116

1    that we don't run into the same problem as the last

2    question and answer.  Are you trying to exclude Google

3    from that question or include Google from that question?

4            MR. SCHAPIRO:  I'm including all -- I'm asking

5    whether his belief is specific to Google or does -- does    14:21:03

6    Mr. Davis believe that -- that third-party services

7    generally will not see him when he's in incognito.

8            MR. LEE:  Do you understand the distinction that

9    Mr. Schapiro's trying to draw?

10           THE WITNESS:  I believe I do.  I think he's    14:21:22

11   asking if I am specifically concerned with the collection

12   of data by Google alone versus ad behaviors in general.

13           Do I have that right, Mr. Schapiro?

14       Q.  BY MR. SCHAPIRO:  In a general sense, that's --

15   yes.    14:21:44

16       A.  Okay.  So I'll answer it this way:  I'm aware

17   that under normal Chrome browsing, that ad tech for

18   targeted ad serving uses cookies to target users with

19   ads.  If I am browsing privately in incognito mode, as

20   Google asserts, my expectation is that if I am private    14:22:15

21   and, as the splash screen even indicates, in incognito

22   and unidentifiable, then I have no expectation that while

23   in incognito mode, that that information would be

24   collected and targeted and/or a profile built based on my

25   activity on that while in incognito mode.  I know it's a    14:22:41

                                                    Page 117

1    nuanced answer, but it's a -- you asked a nuanced

2    question.

3        Q.  I tried to, but I -- I apologize.  I'm not sure

4    I understand the answer.  Let me give an example, and it

5    might be a bad example, because I'm not the most tech          14:22:58

6    savvy person, but I believe there's a company called -- a

7    service called Datorama, D-A-T-O-R-A-M-A, that, as I

8    understand it, provides analytics about -- about webs and

9    websites.  I could be wrong, but assume there's -- as you

10   indicated, Google Analytics is not the only analytics        14:23:26

11   service out there, so I'll use Datorama, but we could

12   call it Service X.

13       Is it your expectation that if in Chrome

14   incognito you visit a website, call it the Any Town

15   Tribune, and you are visible to the Any Town Tribune,         14:23:50

16   that incognito will somehow disable Any Town Tribune's

17   use of Datorama or any similar analytics tools?

18       MR. LEE:  Objection to the improper

19   hypothetical, and I don't understand if you're including

20   Google or not.                                                14:24:14

21       MR. SCHAPIRO:  I'm not including Google, no.

22       MR. LEE:  Okay.

23       Same objections.

24       You can answer.

25       THE WITNESS:  So are you asking if the use of          14:24:23

                                                        Page 118

1    incognito would -- I think I heard you say the word

2    "disable" or "break" the ad tech technology on Any Town's

3    site.

4        Q.  BY MR. SCHAPIRO:  Correct.

5        A.  No, I don't have an expectation that Google          14:24:39

6    breaks ad tech and ad serving.

7        Q.  Do you have an expectation that incognito

8    disables or breaks ad serving by Google -- by Google Ad

9    Manager?

10       A.  Yes, I have a reasonable expectation of that,        14:25:04

11   because as we stated earlier, in the Google Analytics

12   help file, it states, on Google's own product, that it

13   will adhere to the Google Privacy Policy, and in the

14   Google Privacy Policy, it states that I can browse the

15   web privately using Chrome in incognito mode.               14:25:26

16            So, yes, in the case of Google's own product and

17   the reference to their own Privacy Policy, which it

18   states it adheres to, Google asserts that I am in

19   control, that I can browse privately, and it will not

20   collect the information that I consider private.            14:25:47

21       Q.  Have you ever seen ads on the internet when you

22   are browsing in incognito mode?

23            MR. LEE:  Objection.  Asked and answered.

24            MR. SCHAPIRO:  I don't think he answered about

25   in incognito mode, but anyway.                              14:26:05

                                                     Page 119

1           THE WITNESS:  I'm happy to answer.

2           Previously in testimony we talked about ads

3    served in normal mode as well as ads served -- you'd

4    asked about ads served in incognito mode, and I've seen

5    ads served in both, correct.  Again, incognito mode, to          14:26:24

6    my knowledge, does not break ad tech, so I would have

7    seen ads served in incognito mode.

8       Q.  BY MR. SCHAPIRO:  Including ads served up by

9    Google's ad technology?

10          MR. LEE:  Objection to form, calls for               14:26:45

11   speculation.

12          THE WITNESS:  I agree.  I would have to

13   speculate as to what ad technology a given site was

14   using.  I didn't evaluate that, but I would say that

15   there's probably a strong possibility that ads served to          14:26:56

16   me in incognito mode would have been at some point served

17   by Google Analytics.

18      Q.  BY MR. SCHAPIRO:  And did that fact alert you to

19   the fact that these Google services were in receipt of,

20   for example, the IP address you were using at the time,          14:27:25

21   such that the ad could be served to you?

22          MR. LEE:  Object to the extent you called his

23   speculative answer a fact.  He just told you that he

24   doesn't know.

25          THE WITNESS:  I'll stand by my previous answer.          14:27:41

                                                        Page 120

1          Q.  BY MR. SCHAPIRO:  Well, I want to be clear I

2    understood your previous answer to be -- and you say

3    there's probably a strong possibility that ads served to

4    you in incognito mode would have been at some point

5    served by Google.                                       14:28:04

6              And my question to you is a followup, which is:

7    If you saw ads served in incognito mode and if you had an

8    understanding that there's a strong probability, given

9    what Google's business is, that some of those ads were

10   served by Google, did that alert you to the possibility    14:28:28

11   that Google was receiving, for example, your IP address

12   in order to serve ads?

13         A.  I understood that they were serving me ads.

14         Q.  How did you think they were serving you ads if

15   they didn't know what your IP address is or -- or what      14:28:49

16   type of client the -- the web page was on?

17             MR. LEE:  Objection -- objection.  Calls for

18   speculation.

19             THE WITNESS:  I don't believe I claimed -- I

20   don't believe I claimed that they didn't have my IP.       14:29:11

21   Like, you said that.  I didn't say that.  Right?  But all

22   I know is that they would have -- they do serve ads

23   still, because you get ads in incognito mode.  I'm not

24   sure how -- what -- how more accurately I can answer the

25   question.                                                  14:29:36

1      Q.  BY MR. SCHAPIRO:  So you weren't operating under

2   the belief that Google never receives your IP address

3   when you're surfing the web in incognito mode; right?

4      A.  Well, I knew that the -- I knew that the

5   third-party site that I'm visiting would have my IP          14:29:50

6   address; right?  And any ads it served up through that

7   site is -- it's up to how they implemented their ad

8   serve.  They could be hosting their own.  They could be

9   relaying through Google Analytics.  Any number of ways

10   they could serve ads.  It's not my duty to go and           14:30:11

11   diagnose how sites that I'm visiting are serving ads.

12        What is of relevance to me is, is Google, and

13   the fact that Google is collecting information that they

14   told me that they wouldn't when I'm in incognito mode, to

15   me that's the relevant portion of the conversation, not     14:30:26

16   whether or not I've ever seen an ad in incognito mode.

17      Q.  Let's introduce what -- the next exhibit, which

18   I guess is going to be -- where are we now?  Exhibit 11?

19        MR. LEE:  Yes, 11.

20        (Exhibit 11, How private browsing works in           14:30:49

21        Chrome, marked for identification electronically

22        by counsel.)

23        MR. LEE:  Just one moment, Andy.  I'm waiting

24   for it to load.

25        MR. SCHAPIRO:  Sure.  It will probably show up        14:31:16

Page 122

1    as a second -- it will show up just under number 10, so

2    the second line.

3            MR. LEE:  Yep.  Yep.

4            THE WITNESS:  I have that document.

5            MR. LEE:  It's a short document.  Why don't you      14:31:25

6    just read the whole thing.

7            THE WITNESS:  What's the effective date of this

8    document?

9        Q.  BY MR. SCHAPIRO:  Of that, I am unsure at this

10   time.                                                        14:31:44

11       A.  It looks like it was captured on December 18th

12   of 2021; right?  Is that fair, from the time stamp?

13       Q.  Yes.  It was captured in preparation for

14   depositions, but I can't tell you when -- and it was in

15   effect -- it was in effect at that time, but I can't tell    14:31:58

16   you the specific dates of -- this is -- just for the

17   record, this is a page from Google Chrome Help.

18       A.  Okay.  If you don't mind, give me just a moment

19   to review this.

20       Q.  Take your time.                                      14:32:15

21       A.  Okay.  I've reviewed the document.

22       Q.  All right.  And then you see in the middle of

23   the first page, the large heading, "Your activity might

24   still be visible," do you see that?

25       A.  I see that section.                                  14:33:56

                                                    Page 123

```
1              MR. LEE:  Hey, Andy, I'd like to get a standing

2     objection based on lack of foundation for this document.

3              MR. SCHAPIRO:  I have no objection to a standing

4     objection, which doesn't mean I say it's a valid

5     objection, but, of course, yeah, you don't have to repeat    14:34:08

6     the -- you don't have to repeat the objection.

7              MR. LEE:  Okay.  Great.

8              MR. SCHAPIRO:  Just for the record, this is a

9     document from the help center.  I believe the witness

10    mentioned earlier that he had looked at some documents in    14:34:18

11    the help center.  I'll ask the witness.

12       Q.  Have you ever seen this document before?

13       A.  No.  This document's not familiar to me.

14       Q.  All right.  Do you recall whether you ever did

15    any examination of what Google's help center said about     14:34:45

16    incognito mode?

17       A.  I may have at some previous point, but this

18    exact version is not familiar to me.

19       Q.  This document is entitled, "How private browsing

20    works in Chrome"; right?                                    14:35:03

21       A.  That's what I see at the top of the page, yes.

22       Q.  And the very first sentence says, "When you

23    browse privately, other people who use the device won't

24    see your history."

25              Do you believe that in that sentence there are    14:35:29
```

Page 124

1    two different ideas being conveyed or is that just one?

2         A.  I think that's one idea being conveyed, because

3    the use of the word "and" is not there.

4         Q.  All right.  And if you scroll down to the

5    section entitled "Your activity might still be visible,"    14:35:49

6    do you see the first bullet point?

7         A.  I see the first bullet point under "Your

8    activity might still be visible," to read:  "Websites you

9    visit, including the ads and resources used on those

10   sites."                                                    14:36:08

11        Q.  And what do you understand that to mean, the ads

12   and resources used on those cites?

13        A.  Well, this is an interesting document, because

14   it has a very fresh save date, and it differs

15   significantly from the same information that is on the     14:36:28

16   Google incognito splash page, so I'm a little suspect of

17   this information with regard to continuity in the case,

18   because under the browser splash screen that we reviewed

19   previously, that clarification of including ads and

20   resources used on those sites is not there; right?  It     14:36:57

21   says, simply, "websites you visit."

22             So in all prior review, I've never read those

23   words before you just showed them to me where it says,

24   "Websites you visit, including the ads and resources used

25   on those sites."                                           14:37:21

Page 125

1          That is new verbiage to me that I've never

2    understood to be in context with regard to private

3    browsing in Chrome.

4          Q.  And what does that verbiage convey to you?

5          A.  It says that activity like your location might          14:37:48

6    still be visible to the ads and resources used on sites

7    that I visit, so that's still -- still sites --

8    third-party sites, but it's just an interesting

9    combination of language that differs dramatically from a

10   very similarly worded section on the incognito's splash          14:38:13

11   screen.

12         Q.  And do you think if Google had made this

13   information available, you know, back during the claims

14   period in this case, that that would have given you

15   greater clarity into what Google was doing when you          14:38:31

16   surfed in incognito mode?

17             MR. LEE:  Objection.  Calls for speculation.

18             THE WITNESS:  Whether it clarifies or not, it

19   doesn't change the fact that I never consented to my

20   private information being collected while in incognito          14:38:52

21   mode.

22             MR. SCHAPIRO:  I'd ask that the -- move to

23   strike the answer.

24         Q.  My question is:  Do you think if Google had made

25   this information available or if Google did make this          14:39:08

Veritext Legal Solutions
866 299-5127

1    information available back during the claims period in

2    this case, that would have given you greater clarity into

3    what Google was doing when you surfed in incognito mode?

4        A.  You're talking about after the claim was filed?

5        Q.  I'm talking about at -- no.  I'm talking about        14:39:27

6    at -- during the time -- the time covered by these

7    claims.

8            MR. LEE:  Objection.  Improper hypothetical,

9    calls for speculation.

10           THE WITNESS:  Yeah, I'm not sure how to answer        14:39:45

11   that question.  That's a -- that's a strong hypothetical

12   of what-ifs, and I'm not prepared to speculate on that.

13       Q.  BY MR. SCHAPIRO:  You contrasted this -- these

14   statements to what you saw on the splash screen.  Do you

15   believe that these statements provide a more               14:40:16

16   comprehensive description than what's on the splash

17   screen?

18       A.  It --

19           MR. LEE:  Objection to form.

20           THE WITNESS:  The way I'll reply is it makes me       14:40:34

21   wonder which statement is true.  Like, is it websites I

22   visit, or is it websites I visit including the ads and

23   resources used on the sites?  Because I'm looking at two

24   different bits of material communicated to the user, the

25   much more prominent one being the splash screen that does    14:40:54

```
 1    not make this additional carveout.

 2            So to me this at best represents an

 3    inconsistency of statement of fact from Google.  So I'm

 4    even more -- to be honest with you, I'm very confused by

 5    this inconsistency, because if it was important for us to    14:41:14

 6    know that, why was this not disclosed previously?

 7        Q.  BY MR. SCHAPIRO:  And so you're saying you think

 8    this would have been important to disclose?

 9        A.  Yes, I do.

10        Q.  Let's take a look at Exhibit 12, please.           14:41:39

11            (Exhibit 12, Search & browse privately -

12            Computer - Google Search Help, marked for

13            identification electronically by counsel.)

14            THE WITNESS:  Okay.  I have that document.

15            MR. LEE:  It's a short document.  Do you want to    14:42:27

16    just read it?

17            THE WITNESS:  Yeah.  Give me just one moment.

18            MR. LEE:  By the way, while we're waiting, Andy,

19    before this deposition closes, can you give me the

20    effective date of the last document we looked at,          14:42:57

21    Exhibit 11, please?

22            MR. SCHAPIRO:  I will see if I can.

23            THE WITNESS:  Okay.  I've reviewed the document.

24        Q.  BY MR. SCHAPIRO:  And do you know if you've seen

25    this document before?                                      14:43:40
```

Page 128

1        A.  Yes, I've seen this document before.

2        Q.  In what context?

3        A.  It was after the case started.  I believe I

4    reviewed the search and browse privately help section,

5    and what's caching my eye is their core -- what stands        14:44:01

6    out in memory for this is that I remember them comparing

7    themselves to other private browsing modes with other

8    browsers.

9        Q.  In that second sentence there it describes

10   several ways you can browse the web privately; right?  It     14:44:30

11   says, "To browse the web privately, you can," and then it

12   lists several things.

13       A.  Sorry, can you restate that?

14       Q.  Sure.

15           The second sentence says, "To browse the web         14:44:44

16   privately, you can see use private browsing, sign out of

17   your account, change your custom results settings, or

18   delete past activity."

19           And my question was:  This sentence says that to

20   browse the web privately, there are several -- there are      14:45:05

21   a number of things you can do; correct?

22       A.  Yes.  I see that verbiage.

23       Q.  And then all of these are things you can do to

24   browse the web privately; correct?

25       A.  They may -- they may destroy the information         14:45:23

Page 129

1    that is in the browser, but if that data was collected

2    upstream by Google or another entity, then that browsing

3    session was not private.

4        Q.  And yet this disclosure describes all those

5    things as ways you can browse the web privately, doesn't        14:45:46

6    it?

7        A.  It puts that forward, that's right, and I would

8    agree with private browsing, if it's doing what it's

9    supposed to do, signing out of the account, yes.  If you

10   were signed in, that activity would be identifiable to        14:46:03

11   you.  Not sure what it means about change your custom

12   result settings, and deleting past activity, that's just

13   local.  That wouldn't delete any collected data.

14       Q.  Well, does this change your view as to whether

15   when Google has used the word -- phrase "browse the web        14:46:19

16   privately," it meant something beyond just deleting

17   local -- or protecting against local retention of data?

18       A.  No.  I mean, the Google Privacy Policy's still

19   in effect, regardless of what is said on the details of

20   search and browse privately in this document.  Again, in        14:46:47

21   Google's Privacy Policy, they say I have the control over

22   my private data, I'm able to browse the web privately in

23   incognito mode, and that I'm in control of what

24   information's collected; right?

25           And if I'm browsing privately and Google in        14:47:13

Page 130

1    incognito is collecting that information, which it is,

2    then I'm not browsing privately, despite any claims of

3    how to search privately on this document.

4        Q.  So is your contention that the phrase "browse

5    the web privately" means one thing in the Privacy Policy        14:47:34

6    and means something else in this other document that you

7    reviewed?

8        A.  I could interpret that as true here, because

9    here they're couching do these things to browse

10   privately, whereas in the Google Privacy Policy, it           14:47:50

11   simply states I can browse privately using Chrome in the

12   incognito with no clarification.  Moreover, it's --

13   moreover, the Privacy Policy states that I would be in

14   control of what is collected, and, in fact, I'm not when

15   I'm in incognito mode, because Google is collecting it.       14:48:11

16          And if you refer back to our previous

17   conversation about the data that has been collected but

18   is anonymized, the fact that that all was collected and

19   can be associated even once anonymized is a violation of

20   Privacy Policy.                                              14:48:31

21       Q.  Do you believe that everyone would understand

22   the phrase "browse the web privately" the way you

23   interpret browse the web privately?

24       A.  Yes.  I believe that people would not parse is

25   it just cookies, is it just my browsing history.  When      14:48:49

Page 131

1    people understand private, I would say the vast majority

2    of layman and reasonable people would say, "I am private.

3    I am free from the collection and observation of this

4    data," anonymized or otherwise.

5            Yes.  My answer's yes.  I believe browsing          14:49:09

6    privately would mean I'm not being observed, and my data

7    is not being collected.

8        Q.  And you said whether anonymized or not, and I

9    thought earlier you -- you -- when you were talking about

10   incognito, you were placing an emphasis on what you         14:49:26

11   thought was a lack of anonymity?

12           MR. LEE:  Objection to form, mischaracterizes.

13           You can answer.

14           THE WITNESS:  I'll state again I think a

15   reasonable person has no concept of anonymization -- you    14:49:37

16   know, anonymized data, because they don't even perceive

17   that the data's being collected, because they perceive

18   that they are being -- that they are able to browse

19   privately in these private browsing modes as they're

20   branded and as the policy states they can control the       14:49:55

21   data when in that mode.

22       Q.  BY MR. SCHAPIRO:  And you see here in the next

23   paragraph under, "How private browsing works," this

24   document indicates, as I think you pointed out, that

25   private browsing works differently depending on which       14:50:16

1    browser you use, and then it says, "Browsing in private

2    usually means" colon, and does it say there anywhere

3    browsing private usually means that Google won't receive

4    even anonymized data about you?

5        A.  No, I don't see that it says it there.              14:50:38

6        Q.  And there's one -- the first -- there are four

7    bullet points.  The first one says, "The searches you do

8    or sites you visit wouldn't be saved to your device or

9    browsing history."

10         And you have no evidence that you can testify to    14:50:55

11   that that has not happened -- sorry -- that that

12   representation has been violated when you're in

13   incognito, do you?

14       A.  So the claim states that we believe that that

15   collection is happening, and so the fact that even in our   14:51:21

16   prior conversations this notion of deassociation, not

17   deletion but deassociation, of anonymized profiles, I can

18   deduce from that conversation that that data is being

19   collected, whether it's stated here or not.

20       Q.  And my question was meant to be narrower.          14:51:46

21         Do you have any evidence that when you're in

22   incognito, the searches you do or sites that you visit

23   are saved to your device for your browsing history?  Have

24   you ever seen them on your device or in your browsing

25   history?                                                   14:52:06

                                                    Page 133

1       A.  Not that I've inspected.

2       Q.  Not that what?

3       A.  Not that I've inspected.  Like, I did test --

4    when incognito first launched, I tested to make sure it

5    crushed cookies, and I saw it do that, and at that point,        14:52:20

6    I trusted that it was deleting the browser history, so

7    yeah, I trusted that that was the case.

8       Q.  And the second statement is that, "Files you

9    download or bookmarks you create might be kept on your

10   device."                                                         14:52:41

11       Have you ever downloaded files or created

12   bookmarks while in incognito?

13       A.  Oh, sure.

14       Q.  And have the files you've downloaded been kept

15   on your device when you do that?                                 14:52:58

16       A.  Yes.  To my knowledge, yes.  I've never

17   contested that -- just to be the clear for the record,

18   I've never contested that point.

19       Q.  And I think you just spoke a moment ago about

20   this third bullet point, "Cookies are deleted after you          14:53:08

21   close your private browsing window or tab."

22       You don't contest that; correct?

23       A.  That's correct.

24       MR. LEE:  Hey, Andy, I know we're a little bit

25   early, but I forgot to use the restroom after lunch.  Do         14:53:22

Page 134

1    you mind if we take two minutes?

2         MR. SCHAPIRO:  I've been there.  Well, let's

3    make it five.  Let me just finish.  I have two more

4    questions about this document, if you can wait.

5         MR. LEE:  Sure.  Yeah, I can wait.              14:53:35

6       Q.  BY MR. SCHAPIRO:  So the final bullet point

7    there says, "You might see search results and suggestions

8    based on your location or other searches you've done

9    during your current browsing session."

10        Has that ever happened to you while you're in     14:53:47

11   incognito?

12      A.  I understand that to be a consistent statement,

13   yeah.  Like, while I'm still in the same session, if I've

14   shared my location exclusively, which I think it prompts

15   if you want to share your location, to the extent of      14:54:01

16   what's controllable by the user.  Yeah, I don't contest

17   that statement.

18      Q.  And that's not something that you're objecting

19   to in this lawsuit; correct?

20      A.  No, that's correct.                             14:54:15

21      Q.  All right.  Let's go off the record.

22        THE VIDEOGRAPHER:  Going off the record.  The

23   time is 2:54 p.m.

24        (Recess.)

25        THE VIDEOGRAPHER:  Back on the record.  The time   15:04:43

Page 135

1    is 3:05 p.m.

2        Q.  BY MR. SCHAPIRO:  Mr. Davis, are you aware of

3    ways in which you can sell your personal information?

4        A.  Are you talking specifically of my browsing

5    activity?                                              15:05:06

6        Q.  I am.

7        A.  Yes.  I believe there's several different

8    browsers on the market, like Kylo and Brave, and I think

9    there's a few others, that will compensate you if you

10   choose to share and sell that information.  I'm generally  15:05:20

11   aware of it.

12       Q.  And approximately when did you first become

13   aware of these websites' practice of paying users a fee

14   for their browsing data?

15       A.  I think it was very close to the time that the  15:05:39

16   suit was filed or started.  Very close to that time.

17       Q.  Have you ever tried to sell any of the

18   information at issue in this lawsuit, like your browsing

19   history, for example?

20       A.  I have not, as of yet.                          15:05:57

21       Q.  And do you have a belief as to how much your

22   personal information is worth?

23       A.  Well, I think -- are you asking in --

24   specifically in this case or in general?

25       Q.  Well, I'm asking in general, but I'm asking    15:06:14

Page 136

1     about the type of information that you put at issue in

2     this case.

3          A.  I think it's clear that there is some value to

4     all personal data.  There's whole marketplaces and the

5     fact that a marketplace is compensating people for it.  I     15:06:32

6     haven't really done the analysis to say whether or not

7     those rates that they are providing are fair market or

8     not.  I would have to -- to give you a complete answer, I

9     would have to do a lot more analysis and get pretty

10    specific on, like, which data, et cetera.                    15:06:50

11         Q.  And has the conduct that you're alleging in this

12    lawsuit affected your ability to sell your information in

13    any way?

14         A.  Affected my ability to sell my information?

15    Considering I haven't sold my information, I'm not sure      15:07:07

16    I've fully explored that or not.  So my answer is I don't

17    know.  Because I have not attempted to sell my

18    information, I'm not sure if this has impacted my ability

19    to sell my information or not.

20         Q.  Sure.                                               15:07:27

21             And has the misconduct that you've alleged

22    against Google in any way affected the value of your

23    information?

24         A.  Can you restate the question?  I'm not sure I

25    follow.                                                      15:07:38

Page 137

```
 1        Q.  Yeah.

 2            Well, a moment ago I asked if the misconduct you

 3    allege in this case had affected your ability to sell

 4    your information.  I think you told us earlier that you

 5    believe your personal information has value; right?        15:07:49

 6        A.  (Nods head.)

 7        Q.  And so do you believe that Google's misconduct

 8    has -- alleged misconduct has in any way affected the

 9    value of your information?

10            MR. LEE:  To Google or to himself, Andy?           15:08:06

11            MR. SCHAPIRO:  To anyone in the market.

12            THE WITNESS:  I haven't considered that

13    question, so unsure how to answer.  I haven't thought

14    through that sufficiently to really give you a good

15    response there.  Considering I'm not actively selling my   15:08:24

16    information, it's not something I've really put a lot of

17    thought into.

18        Q.  BY MR. SCHAPIRO:  As you sit here today, can you

19    tell me all the ways in which you believe you've been

20    harmed by Google?                                          15:08:42

21        A.  Sure.  I can say I first would refer to the

22    claims; right?  Those claims summarize the harm pretty

23    specifically.

24            I also would say that the violation of privacy

25    has damaged my perception of what a large organization     15:09:03
```

Page 138

1    like Google actually did when they told me that they

2    wouldn't, and that has eroded my confidence and trust in

3    that brand, so it has damaged what was otherwise a

4    healthy relationship with that brand.  It has impacted

5    that.                                                    15:09:29

6           It has made me more suspect of the claim of

7    in-private browsing in general in the industry, and it's

8    impacted my trust level in what was an otherwise trusted

9    brand in a direct violation of a trust and an agreement

10   that was struck in the contract that we talked about      15:09:52

11   previously, and it's a pretty egregious thing when you

12   think about the potential harm that it could do not just

13   to me but to others in other jurisdictions.

14          The only thing that we ever really truly own is

15   ourselves, and if that property is violated, which are my  15:10:13

16   thoughts, my activities that I say should remain private,

17   and if that's happening hundreds of millions if not

18   billions of times across the globe, it may be happening

19   in jurisdictions where that data could put, potentially,

20   people at harm, then there's a great misjustice that's     15:10:37

21   being done on behalf of Google if it is collecting that

22   information and it is collecting that information in

23   incognito mode.

24          So you asked what the cost to me has been, huge

25   erosion of trust and a huge sense of disappointment that   15:10:55

1    an American company would do such a -- would behave in

2    such an egregious way and run over privacy rights of

3    users, millions and millions of them, in specifically the

4    mode that they present that you can provide privacy.  It

5    seems quite egregious to me, but that's been the cost to          15:11:20

6    me.

7         Q.  Can you think of anything else?

8         A.  I think that summarizes it.

9         Q.  Can you think of any specific expense that you

10   have incurred as a result of Google's conduct alleged in          15:11:35

11   this lawsuit?

12        A.  Yes.  I mean, if these background processes are

13   occurring, there's electricity costs that is required.

14   As those compensational cycles are run and as that

15   data -- excess data is transmitted back to Google,                15:11:54

16   there's a financial cost on the infrastructure side.

17        Q.  So you're saying you believe that there is some

18   measurable increase in your electricity usage because

19   there might be a -- a get request or a post request?  Is

20   that your statement?                                              15:12:22

21        A.  Your question wasn't whether it was measurable.

22   You asked if there was a cost associated, and I replied

23   that yes there is a cost associated with the extra work

24   that the computer is doing while that data is being

25   collected.                                                       15:12:39

Page 140

1          Q.  And what's your basis for saying your computer's

2     doing extra work when the actions that you allege in the

3     complaint took place?

4          A.  Yeah, I can tell you the technical side of it.

5     On the hardware side, your CPU is controlled by the          15:12:55

6     amount of voltage that goes through it, and so as it

7     processes more information, it actually ramps up the

8     voltage, which is the electricity that it's using, and so

9     if in the background all of this data is being collected

10    when it shouldn't be, there is a measurable increase in      15:13:11

11    the amount of electricity consumed for those operations.

12          Does that answer the question?

13          Q.  Yeah, you said there's a measurable increase.  I

14    assume you've never measured it?

15          A.  No.  Actually, you can actually see the voltage    15:13:28

16    in the performance monitor on computers.  In the specific

17    case of incognito, I haven't gone and measured what is it

18    doing in incognito mode.  I'm just saying in general, as

19    computer hardware works, the harder the CPU works, the

20    more power is consumed.                                      15:13:52

21          Q.  Do you have any idea whether being incognito

22    takes up more energy or less energy than operating in

23    normal mode?

24          A.  I haven't done that specific comparison.

25          Q.  Other than what you say is an electricity cost,    15:14:19

                                                        Page 141

1    can you think of any other expense that you have incurred

2    as a result of Google's alleged misconduct?

3        A.  Well, if I didn't consent to the collection of

4    the data and if in any way they have enhanced their

5    products or services off of data that I didn't consent to     15:14:47

6    be collected, then there has been some gain in a way for

7    Google that if they collected that information, it was

8    collected in a non-consenting way.

9        So I guess hypothetically there could be a

10   potential cost put to that of what that -- what that        15:15:13

11   information -- my private browsing information is worth,

12   which might be a different price point than knowingly

13   disclosed browsing information in normal mode.  I could

14   see -- I could see that as being one line of -- one line

15   of evaluation of cost.                                      15:15:34

16       Q.  Anything else?

17       A.  No, nothing else comes to mind to me at the

18   moment.

19       Q.  Do you currently use your -- strike that.

20       How many Gmail accounts do you have?                    15:16:06

21       MR. LEE:  Objection.  Asked and answered.

22       Q.  BY MR. SCHAPIRO:  I forgot the answer.

23       A.  That's okay.  I only have the one.

24       Q.  And do you currently use your Gmail account?

25       A.  Not as my primary.  I use it for -- only if I'm     15:16:20

                                                        Page 142

```
 1    going to really log in to Google services.

 2        Q.  And what Google services do you log in to?

 3        A.  Yeah, I might log in to Gmail.  I might log in

 4    to Google Docs.  I might log in to -- I forget what their

 5    collaboration platform is where you can -- I've had          15:16:47

 6    occasion where I needed to log in and collaborate with

 7    people on those Google tools, so I think they refer to

 8    them as G Suite or G -- Google apps.  It's basically

 9    those things on the hamburger when you log in under your

10    Google account.                                              15:17:06

11        Q.  And do you ever use Google Calendar?

12        A.  I'm sure I've had occasion to.  It's not my

13    primary calendar, though.

14        Q.  Do you ever use YouTube?

15        A.  Oh, yes.  I've used YouTube.  However, I            15:17:18

16    generally use that in anonymous mode.  I did set up a

17    channel just to see how hard it was to post a video, and

18    so I had to authenticate in that situation, but, yes,

19    I've used YouTube, and, in fact, I use YouTube a lot

20    anonymously.                                                 15:17:39

21        Q.  And when you're using YouTube, you understand

22    that Google is receiving -- well, first of all, you

23    understand that YouTube is a Google property?

24        A.  Yeah, I understand it's a Google property.

25        Q.  And you understand that when you use YouTube,       15:17:57
```

Page 143

1    Google is -- even if you're in incognito mode, Google is

2    receiving information about your device and your IP

3    address?

4        A.  To the extent that it's necessary to serve the

5    video back to me, yes.                                    15:18:12

6        Q.  And is it fair to say you received some value

7    from these various services that you've listed, Gmail,

8    G Suite, Google Docs, YouTube?  Are they of utility?

9        A.  Those free services, yeah, they have utility.  I

10   enjoy watching YouTube very much.                         15:18:36

11       Q.  And you have not paid any money to use any of

12   these services, have you?

13       A.  I don't believe I'm any different than anyone

14   else.  Yeah, I don't believe anyone pays money for those

15   free services.                                            15:18:54

16       Q.  And you did not pay any money to download

17   Chrome, did you?

18       A.  No, that's correct.  To my knowledge, it's

19   always been a free download.

20       Q.  Would you be willing to pay money for a version  15:19:08

21   of Chrome that blocked all advertisements?

22       A.  That's an interesting question.  I haven't

23   considered it.  Now I feel like I'm part of a Google

24   product inquiry during the deposition.  This is

25   interesting.                                              15:19:29

                                                    Page 144

1          I don't know.  I guess my honest answer right

2    now is my trust is so suspect that -- why should I have

3    to pay -- you know, it's like -- it would be an

4    interesting position for Google to take that, "Oh, now we

5    have this really truly private version of our product.          15:19:51

6    Forget what we said about incognito, but we have this

7    really truly private.  Would you like to pay for it?"

8          Do I have to pay for something that should be

9    inherently free as the right to privacy?  I don't know

10   how I feel about that.  It's my honest answer.  I would          15:20:10

11   have to consider it if it became a real option.

12        Q.  So you answered an interesting question, but it

13   wasn't exactly what I asked.  I was not asking

14   specifically about a version of Chrome that had any

15   enhanced or different privacy features.  I was just          15:20:26

16   asking whether you would pay for Chrome of any kind --

17        A.  Oh.

18        Q.  -- that blocked advertisements?

19        A.  That blocked advertisements?  Okay.  Sorry.  I

20   got the two conflated.  I apologize.          15:20:38

21        Q.  Sure.  Some people don't like advertisements.

22        A.  That would be an interesting one, because they

23   already claim that you can block ads, I guess, with

24   that -- with the plug-in, but I suppose there's a market

25   for everything.  I don't know if I would be a customer          15:20:55

Page 145

1    for that market.

2        Q.   Okay.  Just a moment.  I'm just checking on

3    getting the right exhibit ready.  I can't recall if this

4    is in evidence already.

5            MR. LEE:  Andy, if you're uploading the exhibits    15:21:34

6    yourself, color me highly impressed.

7            MR. SCHAPIRO:  No, of course I'm not.  I'm

8    just -- I'm looking at my outline and trying to remember

9    whether something was already introduced or not.

10           MS. HAYRAPETIAN:  It is.  It's Exhibit 8, Andy.    15:21:49

11           MR. SCHAPIRO:  You know what, I don't need to

12   ask these questions.  I'm going to skip these questions,

13   and everyone can get home earlier.

14           Oh, yeah.  Actually, no, I should.  Okay.  So

15   let's take a look at Exhibit 8, which we looked at        15:22:04

16   before.  This is some amended responses to some of the

17   interrogatories in this case.

18           THE WITNESS:  Okay.  I have that document up.

19       Q.  BY MR. SCHAPIRO:  All right.  And I'm going to

20   ask -- let me see if I can find the line number before    15:22:28

21   sending on you a goose chase.

22           All right.  So I'll ask you to -- unfortunately,

23   these pages don't have numbers, but I'll ask you to look

24   at the Amended Response to Interrogatory Number 4, and I

25   would direct you to line number 9.                        15:23:02

Page 146

```
 1          A.   Okay.  Is that the one that says,

 2     "Notwithstanding and subject to"?

 3          Q.   Yes.  And if you want to scroll back up, I don't

 4     mean to foreclose that opportunity, this is the request

 5     about asking you to describe websites, applications and      15:23:17

 6     other online services with which you voluntarily shared

 7     any data at issue.  You can look back at --

 8          A.   Oh, sure.  If you don't mind, let me just

 9     refresh my memory by reading through this section.

10          Q.   Feel free.                                         15:23:35

11          MR. LEE:  And just for clarity of the record,

12     Interrogatory Number 4 asks for all websites,

13     applications, or other online services in which the

14     plaintiff voluntarily shared any data at issue and

15     upon -- upon objections and subsequent negotiation           15:23:58

16     amongst the parties, the amended response is what the

17     parties agreed would be disclosed.

18          MR. SCHAPIRO:  I agree with that.

19          THE WITNESS:  Yes.  This is familiar to me.  I

20     remember this response.  I've read through it.              15:24:17

21          Q.  BY MR. SCHAPIRO:  Okay.  And it's accurate;

22     correct?

23          A.   Yes, it's accurate.

24          Q.   And the websites that you list here as those

25     that you visited most, regardless of whether you were in     15:24:34
```

Page 147

1    private browsing mode or not, include -- and I'm going to

2    leave off the WWWs -- YouTube.  My favorite one, Bing,

3    Google.com, Amazon, eBay, MSN.com and CoinMarketCap.com.

4            Did I leave anything out from that response?

5        A.  Yeah, I think you missed three there.                  15:25:08

6        Q.  Oh, I did.  I'm sorry.  I'll -- I don't want to

7    put anybody on the spot, so that's fine, so --

8            And then there's some apps as well.  So you've

9    used -- among them are the native Apple email

10   application, Apple messaging application, Google Chrome,      15:25:34

11   Ring, YouTube, Power View, MyRadar, Okta, Microsoft

12   News/Money and Coinbase; right?

13       A.  That's correct.  That's what's on the screen.

14       Q.  And for any of those websites or apps that we

15   just went over, do you recall reading the -- well, for        15:25:58

16   which, if any, do you recall reading the privacy

17   policies?

18       A.  Yeah.  I recall reading privacy policies on, I

19   believe, Google, Amazon.  We talked about the

20   CoinMarketCap Privacy Policy which we reviewed earlier in     15:26:21

21   testimony.  Frost Bank, actually, my bank, I've reviewed

22   that one.  I think eBay.  And then if there were any

23   required terms, I would have briefly reviewed those if I

24   have to accept them for the apps, but, yeah, I think

25   those would be the primary ones I have recollection of       15:26:45

1    specifically looking at the privacy policies for.

2         Q.   And have you enabled any privacy features

3    related to any of these websites or apps?

4         A.   Not to my knowledge.  I've read and understood

5    the privacy policies and then used those services.          15:27:03

6         Q.   For instance, in YouTube, you understand that if

7    you're logged in to your Google account, YouTube will

8    keep a search history?  Are you aware of that?

9         A.   I am aware of that if I'm logged in, yes.

10        Q.   And have you ever edited the privacy settings to   15:27:31

11   manage your search history in your Google account?

12        A.   It's possible I have.  I just don't have a

13   specific recollection of it.

14        Q.   With regard to all of the sites that we've

15   discussed, I think I asked earlier about privacy          15:27:58

16   features, but just to pull the camera back further, have

17   you taken any steps to ensure that these sites are not

18   collecting your data?

19        A.   Yeah.  Like I said, there's one specific one

20   that I can use, because there's actually, ironically      15:28:14

21   enough, incognito mode in the YouTube app on the iPhone,

22   where you can actually say I want to be in incognito

23   while I'm browsing videos.  I've actually leveraged that.

24        Q.   Anything else?

25        A.   Nothing else comes to mind.                      15:28:35

Page 149

1          Q.  How about with Amazon?  Do you -- do you care

2     whether Amazon has data like your IP address?

3          A.  Amazon has never presented to me a way to browse

4     privately, so I understand that when I'm searching

5     Amazon -- or if I'm -- especially if I'm logged in and          15:29:01

6     ordering or searching, I understand they have that data.

7          Q.  And do you object to that?

8              MR. LEE:  Objection to form.

9              THE WITNESS:  Do I object to Amazon having my

10    information when I'm logged in, is that the question?          15:29:26

11         Q.  BY MR. SCHAPIRO:  It is.

12         A.  No, I don't object to that.

13         Q.  Why not?

14         A.  Because I've identified myself to Amazon.  So,

15    again, the question was do I object to the information          15:29:40

16    when I'm logged in to Amazon?  I've identified myself to

17    Amazon when I've logged in, so I don't object to them

18    having that information, because I authenticated it.

19    They know who I am.

20         Q.  Okay.  Let's go to another exhibit.          15:30:03

21             (Exhibit 13, Plaintiff Jeremy Davis' Verified

22             Amended Objections and Response to Defendant's

23             Interrogatory No 2, marked for identification

24             electronically by counsel.)

25             MR. SCHAPIRO:  This is another set of responses          15:30:10

                                                    Page 150

```
 1   and objections to the interrogatory.  I guess this will

 2   be Number 13.

 3             THE WITNESS:  Oh, 13, I see.  Not dash 13.

 4        Q.  BY MR. SCHAPIRO:  Yeah, it's confusing because

 5   of those numbering systems.                            15:30:46

 6        A.  Just pulling that up now.

 7        Q.  Uh-huh.

 8        A.  Okay.  I have this document up.

 9        Q.  All right.  And if you look at the Amended

10   Response to Interrogatory 2 there, if you want, you can  15:31:05

11   just -- first just look at the interrogatory, which is

12   the question --

13        A.  Yeah, I need to refamiliarize myself.

14        Q.  -- and then we'll go to the answer.

15        A.  Thank you.                                    15:31:29

16             MR. LEE:  I'm sorry.  I got distracted.  Which

17   exhibit are we on?

18             MR. SCHAPIRO:  We're on Exhibit 13.

19             MR. LEE:  Okay.

20             And just so I'm clear -- maybe you explained it  15:32:01

21   already, Andy -- is this the same as the previously

22   marked exhibit?

23             MR. SCHAPIRO:  No.  This is -- this is a new

24   exhibit.  This is, for whatever reason, just an Amended

25   Response to Interrogatory Number 2.                    15:32:18
```

Page 151

```
 1              MR. LEE:  Maybe I have the wrong document up.

 2    I'm sorry.

 3              MR. SCHAPIRO:  Exhibit 13, yeah.  The problem is

 4    there's one up top that says 10-13.

 5              MR. LEE:  Yes, yes.                          15:32:28

 6              THE WITNESS:  It caught me that same way.

 7              MR. LEE:  Okay.  We're on the same page.

 8              THE WITNESS:  All right.  I've come up to speed

 9    on this.

10       Q.  BY MR. SCHAPIRO:  All right.  And maybe we        15:33:53

11    covered this before, but I just want to confirm, so

12    you'll see in the amended response here it says, "To the

13    best of Plaintiff Davis' knowledge, he never logged into

14    any Google accounts when using Chrome's private browsing

15    mode."                                                   15:34:11

16              Is there anything you want to amend about that?

17       A.  No.  Again, to the best of my memory, I don't

18    recall doing it.  Is it possible that I did and I don't

19    recall it, possibly, but I don't make it a practice, and

20    I don't recall logging in in incognito mode.             15:34:30

21       Q.  All right.  And that next sentence, I believe,

22    we covered before, but I just want to make sure it's

23    consistent with the interrogatory.  It says, "To the best

24    of Plaintiff Davis' knowledge, Plaintiff Davis has not

25    reviewed or deleted his My Google Activity"; is that     15:34:52
```

```
 1    accurate?

 2         A.  Again, to the best of my recollection, yeah,

 3    that's accurate.

 4         Q.  Okay.  And I think you told us -- I think you

 5    can close out of that now.                          15:35:06

 6              You told us that you have one Gmail account.  Is

 7    that ██████@gmail.com?

 8         A.  That's correct.

 9         Q.  And do you also have a Google account associated

10    with ████████.com?                                  15:35:27

11         A.  I know I do for the Gmail account.  I don't know

12    if I've ever associated -- is it -- I don't even know is

13    it possible -- I guess you can associate an account.  If

14    it is, it would have happened inadvertently, but I'm not

15    100 percent sure.  Like, I never log in to Google        15:35:56

16    services with anything other -- like, when I want to go

17    use Gmail, I use the Gmail address.  If I want to use the

18    G Suite apps, I use the Gmail account address.

19              So I use ███████.com as my primary email and

20    for other identities, but I'm not 100 percent sure that  15:36:16

21    I've got any kind of Google identity associated with the

22    ████.com address.  I honestly would have to go check to

23    see if I do.  If there is one, it would have been

24    inadvertently created, and I don't -- don't use it.

25         Q.  And is -- does anybody else have access to your  15:36:37
```

Page 153

1    Gmail account, anyone other than you?

2         A.  No.  No.  I maintain -- not to my knowledge.  I

3    maintain privacy on those accounts.

4         Q.  Okay.  Let's take a look at the next exhibit,

5    which should be subscriber information for the Gmail          15:37:12

6    account.

7              (Exhibit 14, Plaintiff Jeremy Davis' Verified

8              Objections and Response to Defendant's Third Set

9              of Interrogatories (No. 11), marked for

10             identification electronically by counsel.)

11             (Exhibit 15, Google Subscriber Information,

12             marked for identification electronically by

13             counsel.)

14             THE WITNESS:  Which number is that?  14?

15        Q.  BY MR. SCHAPIRO:  It will be 14.                      15:37:24

16             Oops.  Wait.  You should ignore this, because my

17    signals got crossed with Marie, so it's going to be 15.

18    14 is introduced.  It's just the answers to some more

19    interrogatories.  Maybe we'll end up going back to those.

20    I'm not sure.  But let's go to Exhibit 15.                   15:37:44

21        A.  All right.

22        Q.  My mistake.

23        A.  All good.

24             MR. LEE:  Don't do it again.

25             MR. SCHAPIRO:  I can't promise.                     15:37:55

                                                      Page 154

1      Q.  So now we're inquiring about Exhibit 15.

2      A.  Okay.  I see "Google Subscriber Information."

3   Is that what I should be looking at?

4      Q.  Right.

5      A.  Okay.  Oh, I see -- I think I understand your      15:38:12

6   prior question better now.  I see my ███████.com as

7   my recovery email address.  That makes sense, I think,

8   now the questions you were asking on that email, so if

9   this was the source of that question, I understand.

10     I -- I -- sorry.  What is the question on this?      15:38:34

11     Q.  My first question is:  There's a phone number

12  listed there, recovery SMS, is that a phone number that's

13  associated with you?

14     A.  That's correct.  That's my mobile number.

15     Q.  Okay.  How about the birthday?  Is that a real      15:38:54

16  birthday or just one that you filled in, January 1st,

17  1970?

18     A.  Where is that?

19     Q.  It's in the second set of bullet points on the

20  front page.                                               15:39:08

21     A.  Oh, yeah.  I think I intentionally lied to

22  Google on this date.

23     Q.  Just for privacy purposes, I assume?

24     A.  Just for -- for privacy purposes, correct.

25     Q.  You look a little too young to have been born in      15:39:21

```
 1    1970.

 2          A.  My actual birth date is ██████, 1977.

 3          Q.  Speaking of which, let's take a look at

 4    Exhibit 16.

 5               (Exhibit 16, Google Subscriber Information,      15:39:37

 6               marked for identification electronically by

 7               counsel.)

 8               THE WITNESS:  Okay.

 9          Q.  BY MR. SCHAPIRO:  Okay.  So --

10          A.  So it looks like in this case, I -- it looks     15:40:16

11    like there must be a lot of association.  Okay.

12          Q.  So, yeah, Exhibit 16 is a -- is a printout of

13    Google subscriber information with the birthday that you

14    just provided us, ██████; correct?

15          A.  Yeah.  This must be information that was          15:40:42

16    provided or -- I don't have any recollection on where

17    this got set up, but I guess so.

18          Q.  And so I take it from what you're saying that

19    you don't -- that you don't use this account as -- in any

20    way that you can recall or that you're aware of?           15:41:13

21          A.  Not that I can recall.  It looks like it was

22    created in 2018.  I don't have a specific recollection.

23    Like I said, I think this is -- must have been created in

24    error or I had some specific need to go do this, maybe in

25    an account recovery process or -- I'm not sure.            15:41:30
```

Page 156

1       Q.  All right.

2       A.  But I can attest I don't actively use this when

3   I'm using Google services, to my knowledge.

4       Q.  Got it.  Okay.  Let's take a look at another

5   interrogatory.                                          15:42:02

6           (Exhibit 17, Plaintiff Jeremy Davis' Amended

7           Objections and Responses to Defendant's Second

8           Set of Interrogatories, marked for

9           identification electronically by counsel.)

10      Q.  BY MR. SCHAPIRO:  While it's loading -- I mean,    15:42:05

11  interrogatory answer.

12          While it's loading, do you know what a get

13  request is, G-E-T?

14      A.  Sure.  In the context of technology, the way the

15  HTTP protocol works, there's four primary actions, get,    15:42:25

16  put, post and delete, and it's a header -- or an

17  operation header in the packets that are exchanged

18  between the browser and the web application.  Gets

19  generally are pulls, so you're requesting information of

20  the server when a get request is made.  That's my          15:42:50

21  understanding of it.

22      Q.  All right.  So let's take a look at your answer

23  to Interrogatory Number 8.

24      A.  I'm sorry, which exhibit are we looking at?

25      Q.  This would be Exhibit 16 -- no.  Sorry.  It        15:43:08

Page 157

1    should be 17.

2       A.   Seventeen.

3       Q.   I'm not seeing 17.  Maybe I need to refresh.

4            MR. LEE:  Yeah, it just came up for us, so it

5    should come on your side, too, Andy.                    15:43:25

6            MR. SCHAPIRO:  Okay.  Got it.

7            THE WITNESS:  Okay.  I have that document up.

8       Q.   BY MR. SCHAPIRO:  All right.  And you'll see

9    that Interrogatory Number 8 asks you to, "Describe with

10   particularity each category of 'personal and sensitive    15:43:36

11   user data' that you contend Google unlawfully

12   'intercepted.'"

13           Do you see that?

14      A.   I do.  I see response and -- yeah, Interrogatory

15   8, I see that.                                           15:43:53

16      Q.   So there are some objections, and then after the

17   phrase "notwithstanding and subject to these objections,"

18   there's an answer listing what you describe as some

19   categories of personal and sensitive user data.

20           Do you see that?                                 15:44:21

21      A.   I do.

22      Q.   So I asked you a moment ago about what a get

23   request is, and you described it to us; correct?

24      A.   That's correct.

25      Q.   And that is something that you contend is        15:44:31

1    personal and sensitive user data?

2        A.  Yeah, because it's the activity happening during

3    the private browsing session; right?  It's all the

4    requests that you make while browsing or clicking on

5    links in your -- in your web browser session.  Those          15:44:47

6    would be the -- the normal get requests that the

7    browser's processing.

8        Q.  And the IP address we've already discussed on a

9    number of occasions; right?

10       A.  Yes.                                                   15:45:03

11       Q.  Number 3 says, "information identifying the

12   browser software that the user is using, including any

13   'fingerprint' data (such as a user's" -- I guess a "user

14   interactions with Google's special, unique fonts and

15   pixels) that allow Google to further track and identify a     15:45:23

16   particular user, while in private browsing mode."

17          What did you mean by that in this answer?

18       A.  I meant exactly what was stated, in that it's

19   identifying information that the browser can use to

20   identify my browsing session while in private browsing        15:45:46

21   mode.

22          MR. LEE:  Excuse me.  You've been great about it

23   thus far, Mr. Davis, but to the extent further

24   questioning about this response requires you to reveal

25   any attorney communications, I would caution you not to       15:46:04

Page 159

```
 1    do that.  Okay?

 2              THE WITNESS:  All right.

 3              MR. LEE:  Go ahead.

 4         Q.  BY MR. SCHAPIRO:  What is fingerprint data?

 5         A.  Yeah.  I would consider fingerprint data to be      15:46:22

 6    any unique identifier that the browser could pass that

 7    would identify a particular device or particular browser

 8    serialization or session associated with any activity

 9    that I'm doing during incognito mode.

10         Q.  Did you say "serialization"?                        15:47:09

11         A.  Yeah.  It's basically like a unique identifier,

12    if any unique identifier is provided for that browser or

13    device.  It could also include things like IP, but I

14    don't want to blend those two topics; right?

15         Q.  Do you recall during this litigation -- you         15:47:47

16    can -- you don't need to keep this document up if you

17    don't want to.

18              Do you recall providing Google with cookie

19    values from your browser during this litigation?

20         A.  I know that there was data collected after          15:48:04

21    browser sessions, and I believe that data was shared as

22    part of discovery.

23         Q.  And do you know how the cookies -- those cookies

24    were collected?

25         A.  I believe there was a forensics process that was    15:48:21
```

Page 160

1    employed to trace custody of that data sample and provide

2    it.

3        Q.  Do you know from what devices that data was

4    collected?

5        A.  I think it's all part of the official record.  I        15:48:41

6    don't recall the device names.  I know I had, I believe,

7    an iPhone and some laptops that were -- and a desktop

8    that were -- that were imaged and that data provided.

9        Q.  And were you browsing in incognito mode when

10   these cookies were collected?                                  15:49:08

11       A.  Yes.

12       Q.  And did you sign in to your Google account when

13   these cookies were collected?

14       A.  The normal browsing activity, as we've talked

15   about in my testimony, is by default in incognito.  I         15:49:25

16   cannot recall if I was asked to provide samples of both,

17   so I don't know if I can accurately answer the question.

18   I don't recall whether it was log in and let's see that

19   data and then let's only do incognito.  I can't recall if

20   we covered both cases or just incognito.                      15:49:45

21           MR. LEE:  Right.  And Mr. Schapiro's asking

22   about actions you took, but I just want to -- you're

23   okay, but just be careful about revealing any

24   communications or things people said to you.

25           THE WITNESS:  Understood.                             15:49:57

                                                          Page 161

1              MR. LEE:  Or your attorneys.

2              THE WITNESS:  Yeah.  Understood.

3              So once again, my --

4       Q.  BY MR. SCHAPIRO:  I just wanted to give James an

5    opportunity to object.                              15:50:03

6              What did your attorneys say to you?

7              MR. LEE:  Objection.  Don't answer.

8              But in all seriousness, Mr. Davis, were you

9    finished with your answer?

10             THE WITNESS:  Yeah.  I'm done with my answer,   15:50:14

11   yes.

12             MR. LEE:  Okay.

13             MR. SCHAPIRO:  Can we go off the record?

14             MR. LEE:  Sure.

15             THE VIDEOGRAPHER:  Going off the record.  The   15:50:27

16   time is 3:50 p.m.

17             (Recess.)

18             THE VIDEOGRAPHER:  Back on the record.  The time

19   is 4:05 p.m.

20      Q.  BY MR. SCHAPIRO:  All right.  Just a handful      16:04:51

21   more.

22             Can you describe for me in your own words

23   what -- what total anonymity or true anonymity that

24   you're looking for?

25             MR. LEE:  Objection to form, mischaracterizes.   16:05:14

                                                    Page 162

1        Q.  BY MR. SCHAPIRO:  What would that look like when

2    you're surfing the web?

3            MR. LEE:  Same objection.

4            THE WITNESS:  Yeah, so I don't -- I don't know

5    if total anonymity is, as you put it, ever truly              16:05:28

6    achievable, but a fair and equitable, I believe, sense of

7    privacy would entail -- well, you've heard a lot of what

8    I've talked about today, which is no surreptitious

9    interception or collection of the data that is occurring

10   during -- during search, during web browsing activity,       16:05:57

11   and definitely no aggregation with the potential for

12   reconstitution or linking of quasi anonymized data.  I

13   would prefer for that data to never be stored, for that

14   quasi profile to never be created and for it to be

15   expunged and deleted after that browsing session is          16:06:22

16   complete.

17           Like, that would -- that would be a great thing

18   for people with the desire for privacy, whatever those

19   motivations might be, to have.  I think that would be a

20   good thing to have for humanity and the world.               16:06:42

21       Q.  BY MR. SCHAPIRO:  Sorry.  I'm just making sure I

22   understand your answer.

23           Mr. Davis, how did you -- if you remember, how

24   did you first learn about the existence of incognito, the

25   incognito mode?                                              16:07:23

                                                      Page 163

```
 1        A.  Yeah, to the best of my recollections, it was
 2   probably either in Google Chrome release notes, like
 3   sometimes when you load Chrome -- I don't know if you've
 4   upgraded your Chrome browser before.  Sometimes there
 5   might be a splash page or something that comes up that        16:07:44
 6   says, "Hey, here's what's new."  I might have found out
 7   of it through that way.
 8            I might also have found out of it through --
 9   since I am in the computing industry, I'm sure I was
10   subscribed to blogs or reading articles online that I        16:07:59
11   might have come across this privacy capability and become
12   aware of it that way.  Those would probably be the most
13   likely avenues that I would have become aware of Google's
14   incognito mode --
15        Q.  So not --                                           16:08:13
16        A.  -- back in the early days -- back in pretty
17   early days of -- just as soon as it got launched -- it
18   wasn't long after it got launched that I became aware of
19   it.
20        Q.  I see.  So not by looking at the Google Privacy     16:08:23
21   Policy?
22        A.  No, I wouldn't have become informed of incognito
23   mode via the Privacy Policy.  I might have re-examined
24   the Privacy Policy once I was aware of incognito mode,
25   but I wouldn't have been informed from the Privacy           16:08:45
```

Page 164

1    Policy.

2        Q.  And when you first learned about incognito, was

3    it something that immediately appealed to and interested

4    you?

5        A.  Yeah.  Very clearly; right?  I'm a privacy          16:09:00

6    minded individual, and I started using it very soon after

7    it was available.  It did appeal to me, and the concept

8    of it, if executed correctly, still appeals to me.

9        Q.  Are you aware that there were some changes to

10   Google's Privacy Policy after March 30th, 2020?            16:09:35

11       A.  Yes, I believe that is the case.  I believe they

12   update it on a regular basis, and I believe I became

13   aware of policy updates after that date, yes.

14       Q.  And do you believe that Google's Privacy Policy

15   continued to be part of Google's contract with you after   16:10:06

16   March 30th, 2020, or do you have a belief one way or

17   another about that?

18            MR. LEE:  Objection to form, calls for a legal

19   conclusion.

20            THE WITNESS:  I would have to -- if you've got a   16:10:25

21   specific -- I know -- I know I'm very familiar with the

22   Privacy Policy as it's stated in the record.  If that is

23   different than what is in the record, then we may need to

24   review that, but I'm familiar with the one that I've

25   quoted from today.                                          16:10:44

                                                         Page 165

1      Q.   BY MR. SCHAPIRO:   So as you sit here now -- I'm

2   just asking as you sit here now, do you have any belief

3   one way or another about whether the Privacy Policy

4   continued to be part of the contract after March 30th,

5   2020?                                                    16:10:56

6           MR. LEE:   Same objection.

7           THE WITNESS:   I don't know if that's -- like, I

8   want to be really crisp here.   I know that the Court has

9   asserted that -- at least over the claim period, that the

10  policy -- privacy -- the Google Privacy Policy is part of   16:11:17

11  the contract.   I don't want to stipulate on other

12  versions of the policy privacy as it relates to the case.

13     Q.   BY MR. SCHAPIRO:   Let's take a look at what I

14  think might be our final exhibit here.

15          Your counsel had -- you'll recall we looked at a   16:11:38

16  help desk -- sorry.   Not a help desk -- a help center

17  article a little earlier in this case, and your counsel

18  had asked me to get back to you -- back to him with

19  the --

20     A.   Is it -- is the question on the effective date?   16:12:00

21     Q.   Yeah.   It was that help desk, and so I think

22  this will be Exhibit 18, which I'm going to represent to

23  you is from the Wayback Machine, the Internet Archive,

24  and is a version of that document that we looked at

25  before.   The document was called "How private browsing   16:12:19

Page 166

```
1    works."  The earlier one was our Exhibit 11.

2              (Exhibit 18, How private browsing works, marked

3              for identification electronically by counsel.)

4        Q.  BY MR. SCHAPIRO:  And here is a prior iteration

5    of it, and this is from 2018, I will represent, and you      16:12:31

6    can see down at the bottom as well.

7              And I'll ask you to take a look at the first

8    section under "How private browsing works," and if you

9    can read aloud the sentence beginning, "When you browse."

10       A.  I'm sorry, I want to back up for just a second.      16:13:02

11   Where does it say it was from 2018?

12       Q.  Down at the bottom is the copyright, and then if

13   you see in the address web.archive.org --

14       A.  Oh, I see.

15       Q.  -- 2018 -- yeah.                                     16:13:17

16             There's the copyright, and then it's in the URL

17   address, which is reproduced just above that, 20180727

18   and then some numbers.

19       A.  Okay.  I see that now.  Thank you.

20             And, sorry, what was the question?                 16:13:33

21       Q.  Well, you see at the top where it says, "How

22   private browsing works"?

23       A.  I see that section.

24       Q.  Can you read aloud the sentence beginning, "When

25   you browse"?                                                 16:13:46
```

Page 167

1        A.  When you -- the document says, "When you browse

2    privately, other people who use the device won't see your

3    activity."

4        Q.  And if you go a little further down, under "Your

5    activity might still be visible," do you see there are          16:13:58

6    three bullet points under a heading -- or under a line

7    that says, "Your activity might still be visible to."

8            Do you see that?

9        A.  Yes, I see that section.

10       Q.  Can you read aloud the first bullet point?           16:14:12

11       A.  The document states:  "Websites you visit,

12   including the ads and resources used on those sites."

13       Q.  All right.  Mr. Davis, thank you very much for

14   your time today.  I don't have any more questions.  Maybe

15   your lawyer does.                                           16:14:36

16           MR. LEE:  Yeah, I have a few, Andy.  Won't take

17   too long.  But just for a clear record, you're not

18   representing that Exhibit 18 is the same version as what

19   you previously displayed as Exhibit 11, are you?

20           MR. SCHAPIRO:  Exhibit 18 is an earlier, and as     16:14:51

21   you will see, slightly different iteration than the one

22   that was Exhibit 11.

23           MR. LEE:  Okay.  And we don't know the date of

24   Exhibit 11 still; is that correct?

25           MR. SCHAPIRO:  That I can probably find out,        16:15:09

Page 168

1    but, no, I know it existed at least -- I think I've been

2    told at least in 2020, but I don't know exact dates.

3                MR. LEE:  Okay.  All right.  Thanks.

4

5                         EXAMINATION                    16:15:19

6    BY MR. LEE:

7        Q.  Mr. Davis, my name is James Lee, and I represent

8    the plaintiffs.  I know it's been a long day.  We'll try

9    to get you out of here really soon.  Okay?

10       A.  Okay.                                       16:15:37

11       Q.  I want to -- I want you to -- I want to focus my

12   first question on the incognito splash screen that you've

13   discussed several times today.  Okay?

14           Now, when you read the incognito splash screen,

15   does it convey to you that Google will collect your data   16:15:59

16   while you're in incognito mode?

17       A.  No, it doesn't.

18       Q.  And why doesn't it convey -- what makes you

19   believe it does not convey to you that Google will

20   collect your data while you're in incognito mode?        16:16:18

21                MR. SCHAPIRO:  Objection to the form of the

22   question.

23                THE WITNESS:  To respond the -- number one,

24   Google is never mentioned on the page anywhere; right?

25   Also, just kind of go through what is on the page, at the   16:16:35

1    very top we talked about the fact that the very first

2    thing you see is that unidentifiable persona.  This in

3    part says that, you know, these activities are hard or

4    impossible to observe.

5          Incognito, we talked about the definition of          16:16:59

6    that, which is unidentifiable, private.  I'm told in the

7    first sentence that I can browse privately, and so I'm

8    assuming when we say private, relative to that and

9    understanding the Privacy Policy, this also implies

10   privacy from Google.                                        16:17:22

11       Q.  BY MR. LEE:  Okay.  Thank you.

12          And when you read the splash screen in

13   conjunction with the Privacy Policy, what does it tell

14   you about what -- whether Google will collect user data

15   or information in incognito or private browsing mode?      16:17:39

16       A.  Yeah, if I take the totality of the splash

17   screen, the reference to the privacy and personal

18   information section that refers to the Google Privacy

19   Policy and the Google Terms of Service and the Google

20   Privacy Policy itself.  It states that I, the user, am in   16:17:58

21   control of my data, that I can use Chrome to browse the

22   web privately in incognito mode and that I am in control

23   of what Google collects, what information it collects.

24          And we talked a lot about those data that are

25   considered private, and I would reiterate that when I      16:18:29

                                                        Page 170

```
 1    initiate an incognito mode, I am following the guidance

 2    from the Google Privacy Policy.  This states my recourse

 3    for privacy when using Chrome is to use incognito mode,

 4    and that's -- I'm -- had every reason to assume and trust

 5    that my information would not be collected when using          16:18:51

 6    incognito mode.

 7        Q.  Do you think there's anything -- any ambiguity

 8    about that when you look at the Privacy Policy and the

 9    incognito splash screen together?

10        A.  No --                                                  16:19:05

11            MR. SCHAPIRO:  Objection.  Calls for a legal

12    conclusion.

13            THE WITNESS:  My answer is no.  I don't have any

14    ambiguity on that fact.

15        Q.  BY MR. LEE:  Okay.  Go ahead.  Sorry.               16:19:18

16        A.  That's my statement.

17        Q.  Okay.  Thank you, Mr. Davis.

18            The concept of identity has come up a few times

19    today, so I want to ask you a few questions about that.

20    Okay?  Will that be all right?                             16:19:31

21        A.  That's fine.

22        Q.  Okay.  When it comes to your understanding of

23    this case, is identity just your name or your email

24    address on your Google account, or is it something else?

25        A.  So my response would be that identity is more      16:19:50
```

Page 171

```
 1    than just name and email address, so the notion of
 2    linkable data of pseudo anonymous profiles that could be
 3    reconstituted on the basis of things like device
 4    identifiers, IP addresses, times and dates, URLs that are
 5    visited, basically any information that might have been          16:20:18
 6    surreptitiously collected while in incognito mode that
 7    could be reconstituted or linked to my true identity
 8    would represent those private data that I'm concerned
 9    about while in the incognito mode.
10        Q.  Now, if Google collected your data while in             16:20:42
11    incognito mode, but for the purpose of this question
12    assume that Google disassociated or anonymized that data,
13    do you think in that case that Google has abided by its
14    Privacy Policy?
15            MR. SCHAPIRO:  Objection.  Asked and answered.         16:21:04
16            THE WITNESS:  My response to the question is
17    they have still violated the Privacy Policy, because they
18    promised not to collect; right?  So just -- just
19    deanonymizing or deassociating but still retaining the
20    data that they promised that they would not collect,           16:21:25
21    that's still a privacy violation when they collected the
22    data.
23        Q.  BY MR. LEE:  Now, early on in the deposition you
24    made a reference to the fact that there was a
25    solicitation of some kind when you signed up to be a           16:21:43
```

Page 172

```
 1   class representative on this case.  Can you clarify that
 2   and tell us about that?
 3        A.  Yeah.  I actually misspoke.  That's my mistake
 4   on the word "solicitation."  There was no advertisement
 5   or solicitation.                                     16:21:57
 6            What I intended to convey was I read a news
 7   article that a class action had been filed and the law
 8   firm's contact information was included in that news
 9   article associated with the class action.  Apologies for
10   the miscommunication.                                16:22:17
11        Q.  No, it's fine.
12            Okay.  I'm going to put up Exhibit 11, and you
13   can either look on the screen there or you can --
14   actually, why don't you pull it up on the screen so that
15   you're facing the camera.                            16:22:30
16        A.  Yeah, yeah.  One second.  Is it Exhibit 11?
17        Q.  Yeah.
18        A.  Nine -- there it is.  Those dashes throw me off
19   every time.
20            Okay.  I have this document up.              16:22:53
21        Q.  Okay.  And you recall Google's counsel asking
22   you some questions about this document that's marked as
23   Exhibit 11, as well as a related document that was marked
24   as the last exhibit during examination, Exhibit 18?
25        A.  Yes, I do.                                   16:23:12
```

Page 173

1        Q.   Okay.  So I want to ask you a little bit about

2    this document.  Prior to today's deposition, had you ever

3    seen this document before?

4        A.   No.

5        Q.   Do you know how to access it?                    16:23:20

6        A.   No.  It's claimed that this is part of the

7    Google Chrome help, but I don't know immediately where to

8    go to pull this up.

9        Q.   Okay.  And I want you to turn your attention to

10   the section that says, "Your activity might still be       16:23:38

11   visible."  Okay?

12       A.   Okay.  I'm looking at that section.

13       Q.   Right.  You remember Google's counsel asked you

14   some questions about that?

15       A.   Yes.                                              16:23:46

16       Q.   Okay.  And in particular, he directed you to the

17   first bullet that says, "Websites you visit, including

18   the ads and resources used on those sites."

19            Do you see that?

20       A.   I see that.                                       16:23:56

21       Q.   Okay.  Does it -- anywhere in that bullet does

22   it make a reference to Google?

23       A.   No, I don't see any reference to Google there.

24       Q.   In that bullet, does it say anything about

25   Google Analytics or Google Ad Manager?                     16:24:08

                                                    Page 174

1         A.   No, I don't see that language.

2         Q.   Do you recall that counsel for Google asked you

3    a hypothetical -- strike that.

4         Do you recall Google's counsel represented to

5    you that there were analytic services that -- that        16:24:25

6    websites use outside of Google Analytics or any other

7    Google service?

8         A.   I recall that line of questioning.

9         Q.   Okay.   In this bullet that refers to "websites

10   you visit, including the ads and resources used on those    16:24:45

11   sites," could that also apply to non-Google Analytics

12   services?

13        A.   I would assume that it has to, because it

14   doesn't call on Google specifically.

15        Q.   Now, if you read this document or any iteration    16:24:59

16   of this document and try to make it consistent with the

17   Terms of Service, the Privacy Policy and the Google --

18   I'm sorry -- the incognito splash screen, what would you

19   understand Google to be saying about what it will collect

20   in incognito mode?                                          16:25:24

21        MR. SCHAPIRO:   Objection to the form of the

22   question.

23        THE WITNESS:   Yeah.   Taken in its totality,

24   again, I don't see anywhere here related to Google

25   Analytics or other activities that would constitute my     16:25:41

1    consent for private web activity to be collected while in

2    incognito mode.

3        Q.  BY MR. LEE:  Based on these disclosures and what

4    you've learned about this case, do you think Google has

5    been honest with users about its data collection          16:26:07

6    practices with respect to incognito mode and private

7    browsing mode?

8            MR. SCHAPIRO:  Objection to the form of the

9    question.

10           THE WITNESS:  My answer is no.  I don't think       16:26:19

11   they've been honest with what's happening.  Again, just

12   to reiterate, on the Google Analytics question, its own

13   help file refers to the fact that it will adhere to --

14   when they use Google Analytics, that it will adhere to

15   the Google Privacy Policy.                                 16:26:44

16           That same Google Privacy Policy is referenced in

17   the Terms of Service, and it states that users are in

18   control of the data that is collected and that if you

19   want to browse privately, you must do that through Google

20   incognito mode.  That's the one that's described in the    16:27:10

21   Google Privacy Policy, and we can control what is

22   collected by Google and how that information's used.

23           And so the challenge I have with this whole

24   situation is when and where, when using incognito mode,

25   was I granted the control or ability to filter that data   16:27:32

1   and to prevent that private data from going to Google?

2   In fact, I never was; right?

3        I have -- it's been stated that I have that

4   control, but in actuality, Google still collects that

5   information even though the recourse they provided to me        16:27:55

6   was presented as a satisfactory way to browse privately

7   in incognito mode.

8        Q.  BY MR. LEE:  Now, you talked about how the

9   Privacy Policy states that users can control what Google

10  collects.  Do you remember that?                               16:28:25

11       A.  I remember that.

12       Q.  Okay.  And does Google say in its Privacy Policy

13  whether it's limited to a single Google service or just

14  Google Analytics or does it say something more broad?

15       A.  So the words actually say "across our services,"      16:28:42

16  and I don't see carveouts for specific services in that

17  statement.

18       Q.  So when you enable incognito mode, do you

19  understand that to work across all of Google services?

20       A.  I do.                                                 16:29:00

21       MR. SCHAPIRO:  Objection.  Leading.

22       THE WITNESS:  I do.

23       MR. LEE:  Thank you, Mr. Davis.  I don't have

24  any further questions.

25       MR. SCHAPIRO:  Nothing from me.  Thank you for            16:29:09

Page 177

1     your time.

2          MR. LEE:  Thanks, everybody.

3          THE VIDEOGRAPHER:  This completes today's

4     deposition.  We're going off the record.  The time is

5     4:29 p.m.                                    16:29:21

6          (Time Noted:  4:29 p.m.)

7                    --oOo--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1           I declare under the penalty of perjury under the

2     laws of the State of California that the foregoing is

3     true and correct.

4           Executed on _____, 2022, at

5     _____, _____.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 179

```
 1   STATE OF CALIFORNIA    ) ss:

 2   COUNTY OF MARIN        )

 3

 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

 5   hereby certify:

 6          That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9          That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16          I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20          IN WITNESS WHEREOF, I have subscribed my name

21   this 11th day of January, 2022.

22

23

24

25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 180

```
1     JAMES LEE, ESQ.

2     jlee@bsfllp.com

3                                    January 11, 2022

4     RE: BROWN VS. GOOGLE LLC

5     JANUARY 7, 2022, JEREMY DAVIS, JOB NO. 5019103

6     The above-referenced transcript has been

7     completed by Veritext Legal Solutions and

8     review of the transcript is being handled as follows:

9     __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Veritext Legal Solutions
866 299-5127

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10        requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 182

1    RE: BROWN VS. GOOGLE LLC

2    JEREMY DAVIS, JOB NO. 5019103

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                            Date

25

                                        Page 183

**[& - 7]**

| & |
|---|
| **&**  3:19 4:4 7:3 128:11 181:23 182:9 |

| 0 |
|---|
| **03664**  1:6 2:6 |

| 1 |
|---|
| **1**  1:25 6:4,21 8:7 18:3 58:22 88:21 89:3,20,22 113:5,6 113:8 114:13,14 182:1 |
| **10**  6:23 90:16 107:1,2 112:6,8 123:1 |
| **10-13**  107:9 152:4 |
| **100**  3:7 33:4,5 69:18 153:15,20 |
| **107**  6:23 |
| **10:06**  2:16 8:2,6 |
| **10th**  4:12 |
| **11**  7:1,13 90:16 122:18,19,20 128:21 154:9 167:1 168:19,22 168:24 173:12,16 173:23 181:3 |
| **11:07**  47:5 |
| **11:17**  47:8 |
| **11th**  180:21 |
| **12**  7:3 94:24 95:1 95:2 128:10,11 |
| **122**  7:1 |
| **128**  7:3 |
| **12:07**  74:21 |
| **12:19**  74:24 |
| **12:20**  75:2,3 |
| **13**  7:5 150:21 151:2,3,3,18 152:3 |

**14**  7:9 109:11 154:7,14,15,18
**15**  7:14 154:11,17 154:20 155:1
**150**  7:5
**154**  7:9,14
**156**  7:15
**157**  7:16
**16**  7:15 156:4,5,12 157:25
**162**  5:14
**163**  67:22 68:7,8 68:18
**167**  7:20
**169**  5:10
**17**  7:16 157:6 158:1,3
**18**  6:4 7:20 166:22 167:2 168:18,20 173:24
**183**  1:25
**18th**  123:11
**191**  4:6
**1970**  155:17 156:1
**1977**  156:2
**1:13**  106:4
**1:20**  75:1
**1st**  52:4 155:16

| 2 |
|---|
| **2**  6:6 7:8 21:17,18 114:14 150:23 151:10,25 |
| **2001**  91:14 |
| **2001/2003**  91:17 |
| **2003**  91:14,15 92:3 |
| **2005**  88:3 89:16 90:1 91:8,15 92:4 |
| **201**  3:21 |
| **2016**  6:24 107:3,18 108:16,19,19,21 108:22 113:9 |

**2018**  93:10 94:17 156:22 167:5,11 167:15
**20180727**  167:17
**2019**  94:17
**2020**  52:4 165:10 165:16 166:5 169:2
**2021**  123:12
**2022**  1:18 2:18 5:4 8:1,6 179:4 180:21 181:3,5
**2025.520**  181:9,12
**21**  6:6,24 107:3 108:16 113:9
**213**  4:14
**21st**  94:17 108:19 108:21
**223-5505**  3:23
**23rd**  156:2,14
**2700**  4:6
**275**  85:15,17
**2800**  3:7
**28th**  93:9 94:17
**293-6800**  3:16
**29th**  92:3 108:19 108:21
**2:00**  106:7
**2:19**  74:24
**2:54**  135:23

| 3 |
|---|
| **3**  6:7 36:19,23,25 37:3,4,16 53:15 159:11 |
| **30**  182:1 |
| **305**  3:9 |
| **30th**  165:10,16 166:4 |
| **31**  93:3,4 |
| **312**  4:8 |

**33131**  3:8
**33602**  3:22
**3462**  1:24 2:19 180:4,25
**37**  6:7
**3:05**  136:1
**3:50**  162:16

| 4 |
|---|
| **4**  6:11,21 51:20,21 52:1 89:3 146:24 147:12 |
| **415**  3:16 |
| **41st**  3:14 |
| **44**  3:14 |
| **443-3000**  4:14 |
| **4:05**  162:19 |
| **4:29**  2:17 178:5,6 |
| **4th**  91:8 92:4 |

| 5 |
|---|
| **5**  6:13,21 55:23,24 56:9 89:3,13 90:1 |
| **5019103**  1:25 181:5 183:2 |
| **51**  6:11 33:14 |
| **539-8400**  3:9 |
| **5411**  180:24 |
| **55**  6:13 |
| **5:20**  1:6 2:6 |

| 6 |
|---|
| **6**  5:14 6:15 68:5,9 89:10,13 90:1 |
| **60606**  4:7 |
| **68**  6:15 |

| 7 |
|---|
| **7**  1:18 2:18 5:4 6:16 8:1 37:21,23 88:18,19,23 89:11 90:18,19 91:6 181:5 |

Page 1

[705-7400 - advise]

**705-7400** 4:8
**7th** 3:21 8:6

**8**

**8** 6:18 37:21,23
88:18,20 89:1,5,6
90:13,14,19,21
109:9,11 146:10
146:15 157:23
158:9,15
**813** 3:23
**865** 4:12
**88** 6:16
**89** 6:18

**9**

**9** 5:9 6:22 94:18
102:11 146:25
**90** 33:18
**90017** 4:13
**91401** 3:15
**94** 6:22
**99** 33:15

**a**

**a.m.** 2:16 8:2,6
47:5,8
**abided** 172:13
**ability** 76:12
137:12,14,18
138:3 176:25
180:15
**able** 18:14 23:25
25:15 26:3 27:2
49:14 61:6 106:17
130:22 132:18
**absolutely** 49:3
92:19
**abused** 43:9
**accept** 49:10
148:24
**acceptable** 51:8

**accepted** 48:24
**access** 67:12
153:25 174:5
**accidentally** 33:20
**accommodate**
11:14
**account** 48:25
63:22 64:21 67:10
67:11,14 77:12,14
77:15,19 87:19
88:2 89:14 92:18
92:20 113:14
129:17 130:9
142:24 143:10
149:7,11 153:6,9
153:11,13,18
154:1,6 156:19,25
161:12 171:24
**account's** 43:8
**accounts** 142:20
152:14 154:3
**accuracy** 31:16
**accurate** 38:2 88:1
147:21,23 153:1,3
180:13
**accurately** 121:24
161:17
**achievable** 163:6
**acted** 110:23
111:1
**action** 19:13 21:8
36:13 83:14 102:3
173:7,9 180:17,18
**actions** 141:2
157:15 161:22
**actively** 138:15
157:2
**activities** 35:25
65:7 66:2 67:18
139:16 170:3
175:25

**activity** 22:18,22
23:1,17,25 24:14
25:16 26:3,13,15
31:15,18,23 32:5
60:21 62:23,24,25
64:4,5,6 65:12
68:20 69:13 77:17
82:25 83:3 85:3
87:3 114:24 115:5
116:16 117:25
123:23 125:5,8
126:5 129:18
130:10,12 136:5
152:25 159:2
160:8 161:14
163:10 168:3,5,7
174:10 176:1
**actual** 45:4 156:2
**actuality** 177:4
**ad** 53:21,21,23
54:1,1,7 76:13,14
76:14,14 83:17,17
117:12,17,18
119:2,6,6,8,8
120:6,9,13,21
122:7,16 174:25
**add** 6:14 54:11
55:11,14,17,25
56:19,22 57:8
83:13,17 84:16
**additional** 36:4
39:21,24 61:7
83:14 84:15 87:21
128:1
**address** 40:21,23
41:8 43:11 44:4
53:1 54:2 64:19
64:21 97:16 98:10
99:10 120:20
121:11,15 122:2,6
144:3 150:2

153:17,18,22
155:7 159:8
167:13,17 171:24
172:1
**addresses** 44:2
172:4
**adhere** 84:17
119:13 176:13,14
**adherence** 98:21
100:4
**adheres** 119:18
**adhering** 99:1
**adjust** 96:14
113:20
**administered**
180:8
**adopting** 34:7
**ads** 71:15,19 72:16
76:19,23 117:19
119:21 120:2,3,4,5
120:7,8,15 121:3,7
121:9,12,13,14,22
121:23 122:6,10
122:11 125:9,11
125:19,24 126:6
127:22 145:23
168:12 174:18
175:10
**advertised** 111:2
**advertisement**
81:16,24 82:1
173:4
**advertisements**
71:9 115:22
144:21 145:18,19
145:21
**advertises** 35:22
**advertising** 72:10
72:14
**advise** 12:23

Veritext Legal Solutions
866 299-5127

[affirmative - appears]

affirmative  100:7
affirmed  83:23
aggregating  82:12
aggregation
  163:11
aggregator  19:21
  64:12
ago  21:13 29:13
  34:9 35:16 56:20
  63:8 67:8 78:12
  87:9 90:22 111:20
  134:19 138:2
  158:22
agree  8:14 49:11
  69:10 86:2 93:22
  93:25 94:2,4,5,9
  102:19 114:6
  120:12 130:8
  147:18
agreed  85:7,25
  86:17,20 92:17
  94:6 147:17
agreement  86:13
  139:9
ahead  10:21 29:18
  56:4,14 67:25
  68:16 75:25 101:9
  160:3 171:15
alert  78:2 120:18
  121:10
aligned  93:21
allege  78:18 138:3
  141:2
alleged  137:21
  138:8 140:10
  142:2
alleging  137:11
alleviate  100:11
  100:21 101:16
allow  54:1 116:2
  159:15

allows  21:23
aloud  167:9,24
  168:10
alphabet  28:4
amazon  148:3,19
  150:1,2,3,5,9,14
  150:16,17
ambiguity  171:7
  171:14
amend  152:16
amended  6:15,19
  7:6,17 14:15,17
  57:16 58:4,8
  67:23 68:3,9
  85:16 88:13,20
  89:2,10,10,21
  90:15 93:3 146:16
  146:24 147:16
  150:22 151:9,24
  152:12 157:6
american  140:1
amount  141:6,11
analysis  137:6,9
analytic  175:5
analytics  6:13
  54:9,10 55:10,13
  55:17,24 56:17,25
  57:8 84:14,17
  97:17 98:10,20
  99:1,6 100:2,2,4
  118:8,10,10,17
  119:11 120:17
  122:9 174:25
  175:6,11,25
  176:12,14 177:14
analyze  116:2
ancillary  43:5
andrew  4:5 8:23
andrewschapiro
  4:9

andy  51:24 56:14
  60:24 75:7 98:17
  100:24 107:22
  112:5 122:23
  124:1 128:18
  134:24 138:10
  146:5,10 151:21
  158:5 168:16
angeles  4:13
anonymity  24:9
  132:11 162:23,23
  163:5
anonymization
  132:15
anonymized  64:16
  65:1,5,18 66:3,5
  66:17,19 131:18
  131:19 132:4,8,16
  133:4,17 163:12
  172:12
anonymous  22:14
  143:16 172:2
anonymously
  39:25 40:6 143:20
answer  5:12 10:22
  10:24 12:24,24
  13:3,12,12 15:24
  16:16,18,20 20:15
  20:16 29:19,21,24
  41:24 47:17 49:18
  55:4 60:1 67:6,7
  69:25 81:6 83:17
  83:22 89:8 95:19
  98:17 104:10
  116:13 117:2,16
  118:1,4,24 120:1
  120:23,25 121:2
  121:24 126:23
  127:10 132:13
  137:8,16 138:13
  141:12 142:22

  145:1,10 151:14
  157:11,22 158:18
  159:17 161:17
  162:7,9,10 163:22
  171:13 176:10
answer's  132:5
answered  111:15
  119:23,24 142:21
  145:12 172:15
answering  12:9
  36:15 45:15
answers  10:17
  37:15 62:20
  154:18
antonio  16:10
anybody  148:7
  153:25
anytime  49:13
  103:24
anyway  119:25
apartment  44:3
apologies  45:13
  112:8 173:9
apologize  47:24
  115:2 118:3
  145:20
app  19:21 39:25
  40:2 149:21
appeal  165:7
appealed  165:3
appeals  165:8
appear  18:12
  71:20 82:18
appearance  8:21
appearances  3:1
  4:1
appearing  181:18
  182:7
appears  54:3,4
  56:18

Veritext Legal Solutions
866 299-5127

[apple - banking]

| | | | |
|---|---|---|---|
| **apple** 61:17,22 | 158:22 161:16 | **association** 156:11 | **avenues** 164:13 |
| 73:4 148:9,10 | 166:18 172:15 | **assume** 11:8 27:6 | **average** 38:23 |
| **application** 12:13 | 174:13 175:2 | 30:21 65:2 70:22 | 39:1 |
| 27:22 40:6 41:3 | **asking** 12:8 16:23 | 70:23 71:22 83:12 | **aware** 26:21,24 |
| 53:1 115:18 | 31:4 36:22,24 | 103:6 109:20 | 54:15 55:10,20 |
| 148:10,10 157:18 | 39:22 50:19 52:14 | 118:9 141:14 | 56:22 61:11,12,12 |
| **applications** 12:11 | 54:22,23 60:16 | 155:23 171:4 | 65:15 67:18 69:22 |
| 19:25 103:7 147:5 | 69:20 82:4 83:16 | 172:12 175:13 | 75:18 76:1,6,10,16 |
| 147:13 | 94:6 102:3,22 | **assuming** 170:8 | 76:21,22 77:16 |
| **apply** 25:25 | 105:2 112:16 | **assumption** | 115:16,19,23,25 |
| 175:11 | 117:4,11 118:25 | 104:25 | 116:4,5 117:16 |
| **appreciate** 36:2 | 136:23,25,25 | **assumptions** 71:4 | 136:2,11,13 149:8 |
| **appreciated** 46:22 | 145:13,16 147:5 | **attempted** 137:17 | 149:9 156:20 |
| **approach** 48:9 | 155:8 161:21 | **attending** 8:11 | 164:12,13,18,24 |
| **approximately** | 166:2 173:21 | **attention** 174:9 | 165:9,13 |
| 88:3 89:15 136:12 | **asks** 18:15 147:12 | **attest** 49:3 116:11 | |
| **apps** 39:20,23 | 158:9 | 157:2 | **b** |
| 143:8 148:8,14,24 | **assert** 60:11 71:3 | **attorney** 8:22 | **b** 182:1 |
| 149:3 153:18 | 84:23 111:7 | 10:18 13:19 | **bachelor** 17:21 |
| **architect** 15:11 | **asserted** 62:25 | 159:25 | **back** 28:22 29:5 |
| 17:10,11 | 64:6 166:9 | **attorneys** 10:2 | 29:15 31:1 41:5 |
| **architects** 15:11 | **asserting** 60:6,12 | 13:1,14,15,22,25 | 47:2,7 61:6 64:18 |
| **archive** 6:24 107:3 | **assertion** 23:23 | 14:10,22 47:19 | 69:21 74:23 80:10 |
| 108:16 113:8 | 29:17 59:21 64:22 | 162:1,6 | 88:2,19 98:21 |
| 166:23 | 96:7 104:20 | **audio** 8:15 74:9 | 101:3 106:6 |
| **arkansas** 1:17 | **assertions** 112:16 | **august** 108:19,21 | 109:21,23 113:16 |
| 2:16 8:1 12:7 | 112:17 | 156:2,14 | 114:7,13 126:13 |
| 17:22 18:23 | **asserts** 117:20 | **authenticate** 33:19 | 127:1 131:16 |
| **article** 19:20 20:3 | 119:18 | 40:1 43:15 67:12 | 135:25 140:15 |
| 21:1 82:12,14 | **assign** 42:8 | 143:18 | 144:5 147:3,7 |
| 166:17 173:7,9 | **assigned** 42:11 | **authenticated** | 149:16 154:19 |
| **articles** 64:13 | **assist** 115:13 | 103:11,17,20 | 162:18 164:16,16 |
| 81:18 82:5 164:10 | **associate** 41:18 | 150:18 | 166:18,18 167:10 |
| **ascertainable** | 153:13 | **authenticating** | **background** |
| 85:25 | **associated** 61:7 | 63:18 | 140:12 141:9 |
| **asked** 16:17 24:18 | 77:18 98:11,20 | **automatic** 36:4 | **bad** 36:2 62:10 |
| 111:20 118:1 | 100:3 131:19 | **automatically** | 106:11 118:5 |
| 119:23 120:4 | 140:22,23 153:9 | 35:1 | **baeza** 3:6 9:5 |
| 138:2 139:24 | 153:12,21 155:13 | **available** 34:4,6 | **bank** 40:10 148:21 |
| 140:22 142:21 | 160:8 173:9 | 126:13,25 127:1 | 148:21 |
| 145:13 149:15 | | 165:7 | **banking** 40:11 |

[banners - browser]

**banners** 87:2
**bar** 21:23
**bare** 99:16
**bargain** 85:22
**barrier** 36:4
**based** 46:17 56:20
  59:25 64:20 65:11
  65:11 71:9 117:24
  124:2 135:8 176:3
**bases** 111:24
**basic** 70:5 109:18
**basically** 34:13
  38:16 87:3 143:8
  160:11 172:5
**basics** 10:3
**basis** 10:25 65:10
  111:5,14,16 141:1
  165:12 172:3
**beacon** 54:3,4,5
**beacons** 53:16,24
  53:25
**becoming** 50:6,10
  55:9
**beginning** 2:16 8:7
  8:22 106:21 167:9
  167:24
**begins** 96:1
**behalf** 1:6 2:6,15
  139:21
**behave** 140:1
**behavior** 30:19
  46:7,8,17,19 55:6
  67:1 83:10,10
**behaviors** 117:12
**belief** 70:16 72:9
  81:1 114:1 116:6
  117:5 122:2
  136:21 165:16
  166:2
**believe** 14:3,7,8,11
  15:2 17:25 19:12

23:14 24:23 30:13
30:16,18 36:16
39:18 45:24 48:24
50:3 51:17 56:20
63:17,21,22 65:1
65:10,13 66:7,7
70:13 76:12,24
77:20 79:5 82:9
82:23 83:20,22,23
83:24 84:14 87:8
93:19 94:1,21
95:18 98:19
103:21 106:15,16
107:15 108:2
109:4 110:2,8,22
111:6,14,17,21
112:1,24 114:9
115:7 116:21
117:6,10 118:6
121:19,20 124:9
124:25 127:15
129:3 131:21,24
132:5 133:14
136:7 138:5,7,19
140:17 144:13,14
148:19 152:21
160:21,25 161:6
163:6 165:11,11
165:12,14 169:19
**believed** 115:4
**belive** 107:1
**beneficial** 72:10
**benefit** 63:7 85:22
**best** 10:13 11:14
  20:22 48:17 49:13
  75:8 83:2 128:2
  152:13,17,23
  153:2 164:1
  180:14
**beta** 88:2 89:15

**better** 112:19
  155:6
**beyond** 130:16
**big** 72:23
**billions** 139:18
**bing** 19:22 148:2
**birth** 156:2
**birthday** 155:15
  155:16 156:13
**bit** 34:14,18 35:24
  45:10 72:21 75:14
  111:13 114:21
  115:2 134:24
  174:1
**bits** 127:24
**black** 54:25
**blanket** 51:6
**blend** 160:14
**block** 32:10 75:7
  75:19 76:2,14,15
  76:18 145:23
**blocked** 144:21
  145:18,19
**blocker** 83:17
**blocking** 76:13
**blog** 81:9,13,18
  82:5
**blogs** 164:10
**blue** 55:14
**boies** 3:4 9:2
**bookmark** 62:2
**bookmarks** 27:8
  134:9,12
**born** 155:25
**bottom** 21:23
  68:11 102:14
  109:11 167:6,12
**box** 70:6,17
**brand** 19:1 139:3
  139:4,9

**branded** 28:2
  132:20
**brave** 136:8
**break** 11:13,15
  46:21 58:19 74:18
  105:4,8 106:9
  119:2 120:6
**breakdown** 73:20
**breaks** 119:6,8
**briefly** 148:23
**bring** 88:19
**brings** 23:13
**broad** 177:14
**broadcaster** 17:7
**brown** 1:4 2:4 8:9
  181:4 183:1
**browse** 7:3 22:17
  22:21,25 23:16,16
  24:4 25:6 26:11
  39:11,22 60:9,14
  71:1 78:3 84:21
  84:22 85:12 96:10
  96:20 97:21,24
  98:8,23 99:3
  100:6 103:5,14
  104:3 113:18
  119:14,19 124:23
  128:11 129:4,10
  129:11,15,20,24
  130:5,15,20,22
  131:4,9,11,22,23
  132:18 150:3
  167:9,25 168:1
  170:7,21 176:19
  177:6
**browsed** 106:20
**browser** 6:14
  24:15 27:21,25
  28:8,13,19 29:4
  30:2,3,5,13 31:7
  32:14 34:16,20

[browser - challenges]

47:14 54:5,10
55:11,13,17,24
56:19,22 57:8,24
59:12 60:2 72:17
72:18,25 78:24
80:7 87:3 101:4
101:14 103:17
111:8,9 125:18
130:1 133:1 134:6
157:18 159:5,12
159:19 160:6,7,12
160:19,21 164:4
**browser's** 159:7
**browsers** 72:20
73:12,13,15 74:2
78:13,18 129:8
136:8
**browsing** 7:1,20
23:23 24:6,12,24
28:15,20,22 29:16
32:25 33:1,9,15,24
33:24 36:8 58:24
59:12,15 65:12
68:20,21 69:3,5,13
71:17 73:9,11,17
77:9 78:4,13
79:21 85:8 92:23
94:22 96:22,25
98:7 99:19,23
100:10,19 104:17
104:23 107:15
108:3 109:4,18
110:8 117:17,19
119:22 122:20
124:19 126:3
129:7,16 130:2,8
130:25 131:2,25
132:5,19,23,25
133:1,3,9,23,24
134:21 135:9
136:4,14,18 139:7

142:11,13 148:1
149:23 152:14
159:3,4,16,20,20
161:9,14 163:10
163:15 166:25
167:2,8,22 170:15
176:7
**bsfllp.com** 3:10,11
3:17 181:2
**building** 44:3 49:4
**built** 62:23 64:4,9
64:16 87:6 117:24
**bullet** 30:12 31:6
31:14,17,22 32:3
95:25 125:6,7
133:7 134:20
135:6 155:19
168:6,10 174:17
174:21,24 175:9
**business** 18:23
50:2,12,13,16,24
51:1 64:15 72:13
121:9
**busy** 49:23
**button** 102:6
**byall** 1:4 2:4
**bytecode** 34:15

**c**

**c** 3:13 69:17 70:11
**ca** 181:9,12,20
**caching** 129:5
**calendar** 143:11
143:13
**california** 1:2 2:2
3:15 4:13 179:2
180:1
**call** 28:3 43:5
44:19 70:8 78:10
83:19 86:22 95:12
103:23 118:12,14
175:14

**called** 15:9 34:18
39:18 43:18 61:14
70:5,11 75:19
76:2,7 97:20
105:14 118:6,7
120:22 166:25
**calls** 32:19 66:9,22
70:20 86:4 120:10
121:17 126:17
127:9 165:18
171:11
**camera** 149:16
173:15
**capabilities** 76:16
83:15
**capability** 64:13
75:21 76:18,21
164:11
**captured** 123:11
123:13
**care** 150:1
**careful** 36:9,20
38:2,4,8 49:24
91:25 161:23
**carefully** 66:13
**carry** 89:22
**carrying** 115:13
**carveout** 128:1
**carveouts** 177:16
**case** 13:4,5,8,9
14:1,2 15:3 19:10
19:11,14 20:8
21:4 26:4,6 32:22
33:8 34:1 36:15
45:19 46:8,9,17,19
47:12 48:8,23,23
51:12 55:7,9,19
57:17 61:5 62:10
65:15,17 67:16
78:1 80:24 82:9
84:4 99:11 103:13

119:16 125:17
126:14 127:2
129:3 134:7
136:24 137:2
138:3 141:17
146:17 156:10
165:11 166:12,17
171:23 172:13
173:1 176:4
**cases** 33:5 161:20
**cash** 16:9
**castillo** 1:5 2:5
**catches** 49:5
**categories** 59:5,23
158:19
**category** 116:5
158:10
**caught** 19:24
20:10 152:6
**cause** 66:12
**causes** 71:8
**causing** 82:6
**caution** 159:25
**ccp** 181:9,12
**cell** 12:17
**cellular** 8:13
**center** 124:9,11,15
166:16
**central** 2:16,17
75:9
**certain** 32:15
33:18 77:23 91:11
109:17 110:3
**certify** 180:5,16
**cetera** 13:22 15:6
83:13 137:10
**challenge** 26:6
99:24 176:23
**challenged** 46:11
**challenges** 65:25

Page 6

[chance - collected]

| | | | |
|---|---|---|---|
| **chance** 10:18 | 33:25 34:2,5,16,25 | **claimed** 14:2 | **closing** 72:6 |
| **change** 42:10,14 | 35:11,24 47:14 | 121:19,20 174:6 | **cloud** 15:9,10,11 |
| 42:25 43:1 46:8 | 60:9,14 69:22 | **claiming** 115:4 | 15:17 |
| 46:16,18 66:14,20 | 70:3,6,8,9,17,24 | **claims** 13:5 14:2 | **code** 29:10,11 |
| 66:25 82:25 | 71:19 72:17 73:6 | 27:4 39:14 46:10 | 181:9,12,19,20 |
| 126:19 129:17 | 75:18 76:2,6,11,14 | 47:21 55:9 78:23 | **coin** 61:13 |
| 130:11,14 183:4,7 | 76:19,23 77:5 | 126:13 127:1,7 | **coinbase** 148:12 |
| 183:10,13,16,19 | 79:3 82:24 83:5 | 131:2 138:22,22 | **coinmarket** 52:23 |
| **changed** 38:12 | 84:22 85:2 96:11 | **clarification** 11:11 | 61:17 |
| 43:6,11 83:9 | 96:21 97:19,25 | 129:13 131:12 | **coinmarketcap** |
| **changes** 41:14 | 98:23 99:4 101:13 | **clarifies** 126:18 | 6:11 51:9,21 |
| 42:24 165:9 | 106:13,15 107:2 | **clarify** 44:22 | 52:12,19 53:5,21 |
| **changing** 46:6,7 | 107:14 108:2,14 | 173:1 | 54:17 56:24 57:1 |
| 64:19 | 108:18 109:3,17 | **clarity** 101:20 | 57:4 61:16,18 |
| **channel** 17:6 | 109:20,20,24 | 126:15 127:2 | 63:18,21 148:20 |
| 143:17 | 110:2,13,17 112:8 | 147:11 | **coinmarketcap.c...** |
| **characterizing** | 112:17,23 113:12 | **class** 19:13 21:8 | 51:16 61:15,23 |
| 83:1 | 113:19 114:8 | 85:21 173:1,7,9 | 62:1,15 |
| **chase** 146:21 | 117:17 118:13 | **clear** 17:6 25:17 | **coinmarketcap.c...** |
| **chasom** 1:4 2:4 8:9 | 119:15 122:21 | 29:9 45:11 49:8 | 148:3 |
| **chats** 12:11 | 123:17 124:20 | 53:25 76:7 80:3 | **collaborate** 143:6 |
| **check** 67:11 | 126:3 131:11 | 92:9 121:1 134:17 | **collaboration** |
| 153:22 | 144:17,21 145:14 | 137:3 151:20 | 143:5 |
| **checked** 91:2 | 145:16 148:10 | 168:17 | **collect** 24:12 25:10 |
| **checking** 91:13 | 164:2,3,4 170:21 | **cleared** 18:24 | 47:11 48:11 52:9 |
| 146:2 | 171:3 174:7 | **clearly** 84:18 85:4 | 52:23 62:19 65:23 |
| **chicago** 4:7 | **chrome's** 69:16 | 165:5 | 78:8 96:14 99:15 |
| **choose** 35:17 60:9 | 152:14 | **click** 34:19,25 | 102:25 103:25 |
| 60:13 70:11 84:21 | **citation** 93:7 | 49:10 55:22 | 104:25 110:1,3 |
| 96:10 104:3 | **cite** 50:7 | **clicked** 27:13 | 119:20 169:15,20 |
| 136:10 | **cited** 97:12 | 55:12 | 170:14 172:18,20 |
| **christopher** 1:4 | **cites** 125:12 | **clicking** 55:16 | 175:19 |
| 2:4 | **citrix** 15:9,14 16:5 | 159:4 | **collected** 30:9 |
| **chrome** 6:23 7:2 | 44:16 | **client** 121:16 | 47:22 48:13,15 |
| 22:25 24:11 25:6 | **civil** 181:19,20 | **close** 17:23 33:1 | 62:14 65:3,20,25 |
| 26:12 27:19,20,21 | **claim** 27:5 29:17 | 38:6 76:8 80:6 | 66:4,12,17,19 |
| 27:25 28:1,6,8,8 | 30:8,21,25 51:6 | 110:20 111:9 | 86:11,12 100:23 |
| 28:12,18,21,23,24 | 66:1 127:4 133:14 | 134:21 136:15,16 | 101:3,3,14 103:12 |
| 28:25 29:3,7,10,10 | 139:6 145:23 | 153:5 | 103:19 104:5,16 |
| 29:14,25 30:1,3,5 | 166:9 | **closes** 128:19 | 108:9 111:12 |
| 30:9,13,22 31:7 | | | 113:18,20,22 |

[collected - consenting]

116:17 117:24
126:20 130:1,13
130:24 131:14,17
131:18 132:7,17
133:19 140:25
141:9 142:6,7,8
160:20,24 161:4
161:10,13 171:5
172:6,10,21 176:1
176:18,22
**collecting** 47:13
48:21 50:9 53:6
53:11 86:7 99:6
100:1 122:13
131:1,15 139:21
139:22 149:18
**collection** 47:16
54:10 57:23 58:22
64:25 66:14 78:11
78:24 83:7 86:9
96:19,23 97:2
117:11 132:3
133:15 142:3
163:9 176:5
**collects** 68:13,19
69:12 84:19 92:23
102:15 103:4
170:23,23 177:4
177:10
**colon** 28:14 133:2
**color** 146:6
**combination**
126:9
**come** 13:9 60:5
80:10 98:25 152:8
158:5 164:11
171:18
**comes** 142:17
149:25 164:5
171:22

**coming** 112:2,25
116:3
**comma** 22:21 23:7
23:7,9,14,18 24:2
**command** 34:20
34:21
**comment** 75:24
**common** 50:10
68:12,19,21 69:7
69:11 71:8 79:11
79:24 80:14
**commonly** 80:12
**communicated**
127:24
**communicating**
59:11 94:5
**communication**
12:11,13 60:7
**communications**
12:25 13:13,15,21
17:6 43:19 47:19
99:3 159:25
161:24
**companies** 51:3,4
53:12 115:20
116:1
**company** 15:8
16:7,12,24 17:4,7
28:1,4,7 43:18
61:11 118:6 140:1
**comparing** 129:6
**comparison**
141:24
**compensate** 136:9
**compensating**
137:5
**compensational**
140:14
**complaint** 6:15
14:14,15,17 57:16
57:21,25 58:8

67:20,23 68:4,9
69:6 71:7 85:16
85:16 86:3 93:3,9
94:16 141:3
**complaints** 14:4,5
14:8,13,13 57:16
**complete** 11:4
29:24 41:19 68:4
101:11 111:4
115:17 137:8
163:16
**completed** 17:20
181:7,17 182:6
**completes** 46:9
178:3
**completion** 182:10
**complex** 64:11
**complicated** 39:2
**compound** 16:14
16:25
**comprehensive**
127:16
**computer** 7:4
12:10,10 15:19
34:15,20 54:2
80:10 128:12
140:24 141:19
**computer's** 141:1
**computers** 79:4,5
79:8,8,11 141:16
**computing** 61:22
73:3 164:9
**concealed** 22:14
60:18,21
**concept** 132:15
165:7 171:18
**concern** 47:12
62:12,22 64:3,21
66:12 87:7
**concerned** 74:14
78:9,11 117:11

172:8
**concerns** 39:3
47:10 57:22
100:12,21 101:16
**concludes** 46:19
**conclusion** 60:5
66:10,22 86:5
165:19 171:12
**conditions** 72:7
**conduct** 137:11
140:10
**conducted** 8:10
**confidence** 46:10
139:2
**configuration** 44:9
**configure** 42:13
74:3
**configured** 33:21
42:13
**confirm** 95:21
152:11
**conflate** 30:20
**conflated** 145:20
**confused** 128:4
**confusing** 151:4
**conga** 16:8
**conjunction** 37:14
170:13
**conjuncts** 23:13
**connected** 45:22
**connection** 12:19
45:4 84:25 105:1
**conscious** 38:22
**consent** 25:10
30:10 65:8 85:10
96:18,23 97:2
142:3,5 176:1
**consented** 113:22
126:19
**consenting** 142:8

Veritext Legal Solutions
866 299-5127

[consider - course]

consider 38:22
59:2 60:3 64:10
87:9 119:20
145:11 160:5
consideration
85:24 86:19
considered 13:23
59:7 66:23 78:22
138:12 144:23
170:25
considering 66:24
137:15 138:15
considers 84:3
consistent 83:3,10
135:12 152:23
175:16
constitute 175:25
constitutes 114:2
constitution 84:3
construct 59:9
consulted 14:10
consumed 141:11
141:20
contact 20:25
173:8 181:9
contacts 21:6
contain 180:13
containing 54:5
contend 65:19
83:7 158:11,25
contending 24:20
25:14,18,23 26:2
26:24 27:6 31:7
31:10
content 13:20
40:20,22
contention 28:18
131:4
contents 14:23
contest 134:22
135:16

contested 134:17
134:18
context 112:13,15
126:2 129:2
157:14
continue 8:15 57:6
continued 4:1
82:24 165:15
166:4
continuing 46:14
83:5
continuity 125:17
contract 83:21,23
84:4,7,25 85:6
86:14 87:10
139:10 165:15
166:4,11
contracted 85:23
contrary 27:1
contrasted 127:13
contributed 80:25
control 25:5 29:6
43:4 65:7 84:19
92:22 95:15,16
96:14,17 97:6,10
97:11,14,17,18,22
104:20 113:18,20
119:19 130:21,23
131:14 132:20
170:21,22 176:18
176:21,25 177:4,9
controllable
135:16
controlled 141:5
convenience 35:2
37:12
convenient 33:10
34:10 35:7
conversation
45:20 122:15
131:17 133:18

conversations
8:13 19:10 133:16
convey 126:4
169:15,18,19
173:6
conveyed 125:1,2
cookie 6:12 30:25
32:17 51:21
160:18
cookies 24:12
30:12,14,22 32:10
32:12,13,25 50:8
53:16,22 54:6
75:19 76:3,7 77:8
110:16,17,19
111:3,8 117:18
131:25 134:5,20
160:23,23 161:10
161:13
copy 68:2 95:3,5,6
102:18
copyright 91:18
92:1 167:12,16
copyrighted 91:17
core 129:5
corporation 17:16
correct 14:7 15:17
16:23 17:5 22:6
25:1,2,19 26:16
28:3 33:9 35:9
37:17 43:21 44:17
45:8 46:6,16
51:13,14 52:24
54:17,25 56:17,23
57:17,18 60:2,3
65:17 69:3,4
77:13,14,24,25
78:4,5,14 81:14
87:11 97:6,7
98:13 99:22 103:5
103:8 108:10

109:12 119:4
120:5 129:21,24
134:22,23 135:19
135:20 144:18
147:22 148:13
153:8 155:14,24
156:14 158:23,24
168:24 179:3
corrected 111:11
corrections 181:14
181:15 182:3,4
correctly 46:1
54:12 165:8
correlate 41:12
correlated 64:18
cost 139:24 140:5
140:16,22,23
141:25 142:10,15
costs 140:13
couching 131:9
counsel 9:17 18:5
19:11 20:18 21:19
36:17 37:7 51:23
56:1 68:10 74:17
88:25 89:4 94:19
107:4 122:22
128:13 150:24
154:10,13 156:7
157:9 166:15,17
167:3 173:21
174:13 175:2,4
180:10,16 181:18
181:21 182:7
counter 43:7 63:1
64:7
county 180:2
couple 45:14
course 10:5 46:7
46:17 49:4 52:20
73:5 83:3 85:3
92:8,14 124:5

Veritext Legal Solutions
866 299-5127

[course - demonstrates]

146:7
**court** 1:1 2:1 8:18
10:11 69:25 83:23
84:3 166:8
**courtroom** 10:9
**cover** 10:4 25:7
**covered** 111:23
115:7 127:6
152:11,22 161:20
**cpu** 141:5,19
**crafted** 112:21
**create** 102:22,23
134:9
**created** 28:1 34:22
48:25 66:6 89:15
134:11 153:24
156:22,23 163:14
**crime** 112:23
**crisp** 166:8
**cropped** 19:23
**crossed** 154:17
**crushed** 33:3
111:10 134:5
**cryptos** 62:8
**csr** 1:24 2:19
180:4,25
**current** 14:2,14
20:18 53:22 135:9
**currently** 15:7
21:3 46:14 72:22
142:19,24
**custody** 161:1
**custom** 129:17
130:11
**customer** 145:25
**cut** 98:4
**cv** 1:6 2:6
**cycle** 41:3
**cycles** 140:14

**d**

**d** 5:1 118:7
**damaged** 138:25
139:3
**damages** 67:3
**dash** 34:24 151:3
**dashes** 173:18
**data** 24:13 29:8
30:12,14,23,25
41:12 47:13,16
50:2,24 53:6,12
54:10,16 55:1
56:16,25 57:24
58:23 59:9 61:3,8
62:13 64:25 76:7
78:2,2,11,17 85:3
85:4,7,11,13 87:7
87:7 96:17,19
100:23 104:7,16
104:17 108:9
112:2,25 113:18
113:22 114:4,9
117:12 130:1,13
130:17,22 131:17
132:4,6,16,21
133:4,18 136:14
137:4,10 139:19
140:15,15,24
141:9 142:4,5
147:7,14 149:18
150:2,6 158:11,19
159:1,13 160:4,5
160:20,21 161:1,3
161:8,19 163:9,12
163:13 169:15,20
170:14,21,24
172:2,8,10,12,20
172:22 176:5,18
176:25 177:1
**data's** 132:17

**date** 6:24 51:25
52:4 53:2 88:22
90:2 91:21 107:3
108:14,16 113:8
123:7 125:14
128:20 155:22
156:2 165:13
166:20 168:23
181:16 182:5
183:24
**dates** 88:4,5 91:2
123:16 169:2
172:4
**datorama** 118:7
118:11,17
**davis** 1:4,15 2:4,14
5:7 6:2,5,7,18 7:5
7:9,16 8:8 9:10,21
12:21,23 15:12
17:19 18:3,6,8,22
19:6,9 33:7 37:4
47:9,18 56:15
58:21 63:12 64:20
69:8 74:13 75:13
81:23 83:20 89:1
89:12,13 104:9
105:13 106:8
108:25 114:14
117:6 136:2
150:21 152:13,24
152:24 154:7
157:6 159:23
162:8 163:23
168:13 169:7
171:17 177:23
181:5 183:2
**davises** 19:7
**day** 36:4 80:4,10
169:8 180:21
**days** 164:16,17

**deanonymizing**
172:19
**deassociating**
172:19
**deassociation**
133:16,17
**december** 123:11
**decent** 105:4
**declare** 179:1
**deduce** 133:18
**deemed** 60:7
**deeply** 60:4
**default** 33:11
34:11 35:12,18
73:25 161:15
**defendant** 1:10
2:10,15 4:3
**defendant's** 6:9,20
7:7,11,18 37:5
89:2 150:22 154:8
157:7
**defined** 28:12
**definitely** 20:18
48:22 49:20,23
62:16 87:18,24
163:11
**definition** 60:17
170:5
**delete** 77:17
129:18 130:13
157:16
**deleted** 33:3 66:19
67:5 77:7 134:20
152:25 163:15
**deleting** 130:12,16
134:6
**deletion** 133:17
**delivery** 115:18
**demarked** 59:20
**demonstrates** 12:2

[denotes - doing]

**denotes** 23:9 24:6
**depending** 79:23
 132:25
**depends** 42:12
 62:6,7
**deposed** 9:22
**deposit** 110:18
**deposition** 1:15
 2:14 6:1 8:8,9
 11:18 12:15,22
 13:6 14:21 58:19
 60:16 80:20
 128:19 144:24
 172:23 174:2
 178:4 180:6
 181:19,22,24
 182:8,10
**depositions** 11:19
 123:14
**describe** 147:5
 158:9,18 162:22
**described** 19:18
 73:20 79:21
 158:23 176:20
**describes** 113:12
 129:9 130:4
**describing** 42:1
**description** 6:3
 59:6 103:4 104:15
 127:16
**desire** 48:3,4
 60:12 163:18
**desk** 166:16,16,21
**desktop** 79:5,8,9
 161:7
**despite** 30:8 131:2
**destroy** 111:3
 129:25
**details** 116:14
 130:19

**determined**
 181:18,22 182:7
**development** 88:7
 102:9
**device** 22:18,22
 23:1,17,25 25:15
 26:3,13,15,17 27:2
 33:20 61:13,13,22
 61:23,25 62:5
 63:19 72:25 79:23
 124:23 133:8,23
 133:24 134:10,15
 144:2 160:7,13
 161:6 168:2 172:3
**device's** 40:25
**devices** 27:23
 70:12 72:24 73:3
 73:4 79:2,13,18,19
 79:22,25 161:3
**diagnose** 122:11
**dictionary** 22:12
**difference** 79:22
 101:18
**different** 11:18
 23:20 27:22 39:21
 59:4 71:4 88:14
 88:15 111:13
 125:1 127:24
 136:7 142:12
 144:13 145:15
 165:23 168:21
**differently** 132:25
**differs** 125:14
 126:9
**difficult** 36:6
 41:17 63:4
**direct** 113:23
 139:9 146:25
**directed** 48:24
 174:16

**direction** 67:2
 102:2 180:12
**disable** 76:10
 118:16 119:2
**disables** 119:8
**disagree** 63:16
**disagreed** 94:12
**disappointment**
 139:25
**disassociated**
 100:10,20 101:19
 172:12
**discard** 99:18
**discarded** 99:23
 100:10,19 101:15
 101:19
**discarding** 101:21
**disclose** 53:13
 128:8
**disclosed** 65:13
 128:6 142:13
 147:17
**discloses** 50:17
**disclosing** 53:7,8
**disclosure** 78:6
 130:4
**disclosures** 48:14
 48:18 50:16,23
 65:15 78:7 176:3
**discovery** 160:22
**discretion** 42:15
**discussed** 114:23
 149:15 159:8
 169:13
**discussing** 104:14
**displayed** 168:19
**dispute** 31:16,19
 115:10
**disseminate** 45:1
**distinct** 34:4 44:11
 44:19

**distinction** 28:24
 30:5 31:2 40:5
 41:7 42:4,17 59:8
 103:15 117:8
**distinguishing**
 103:21
**distracted** 151:16
**district** 1:1,2 2:1,2
**docket** 67:24
**docs** 143:4 144:8
**document** 18:12
 18:13,14,17 37:12
 52:6 56:2 67:24
 80:25 91:9 104:15
 107:18 109:8
 110:7 112:13
 123:4,5,8,21 124:2
 124:9,12,19
 125:13 128:14,15
 128:20,23,25
 129:1 130:20
 131:3,6 132:24
 135:4 146:18
 151:8 152:1 158:7
 160:16 166:24,25
 168:1,11 173:20
 173:22,23 174:2,3
 175:15,16
**document's**
 124:13
**documentation**
 55:19 100:3
**documents** 14:22
 14:24,24 49:5
 58:6,14,16 81:2
 84:3,7 105:9,12,21
 124:10
**doing** 16:8 27:3
 45:12 51:3 70:19
 80:17 100:14
 126:15 127:3

Veritext Legal Solutions
866 299-5127

[doing - exactly]

130:8 140:24
141:2,18 152:18
160:9
**double** 25:21
**doubt** 65:20
**download** 134:9
144:16,19
**downloaded** 54:2
134:11,14
**downloads** 27:8
**dramatically**
126:9
**draw** 117:9
**drive** 4:6
**dropped** 74:15
**duty** 122:10
**dwelling** 43:22
**dynamic** 41:25
42:11,14,18,20,23
42:24
**dynamically** 41:16
42:2

**e**

**e** 5:1 43:20 52:24
157:13 181:9,12
182:1 183:3,3,3
**earlier** 14:21
21:11 45:23 57:14
57:15 73:20,24
75:14 77:21 80:20
82:24 83:19 96:22
99:12 104:15,21
114:23 115:7
119:11 124:10
132:9 138:4
146:13 148:20
149:15 166:17
167:1 168:20
**early** 34:5 60:15
88:7,8 134:25
164:16,17 172:23

**eased** 115:3
**easier** 68:2 90:9
**ebay** 148:3,22
**echo** 13:18 114:21
115:2
**edge** 73:1
**edited** 149:10
**education** 17:20
**educational** 19:4
**eero** 38:15
**effect** 92:2 123:15
123:15 130:19
**effective** 51:25
52:4 91:7 94:16
108:14,18 123:7
128:20 166:20
**effort** 65:23
**egregious** 139:11
140:2,5
**either** 17:17 19:20
20:23 26:13 40:24
49:20 91:21
109:22 164:2
173:13
**elaborate** 17:13
34:11
**electricity** 140:13
140:18 141:8,11
141:25
**electronically** 18:4
21:19 37:7 51:22
55:25 68:10 88:25
89:4 94:19 107:4
122:21 128:13
150:24 154:10,12
156:6 157:9 167:3
**email** 105:15
148:9 153:19
155:7,8 171:23
172:1

**emails** 12:12 14:25
**emanuel** 4:4 8:24
9:1
**embarrassing**
20:17
**emphasis** 69:4
132:10
**emphasized** 97:5
**employ** 56:18
**employed** 161:1
**employer** 31:24
**employer's** 32:1
**empty** 32:17
**enable** 35:8 70:11
75:19 76:2,7 77:3
177:18
**enabled** 69:17
70:17 77:4 149:2
**enabling** 92:23
**energy** 141:22,22
**engaged** 19:16
20:11 26:16
**engagement** 21:5
**engaging** 24:15
**engine** 19:22
**engineer** 30:4
**english** 22:10 23:9
**enhance** 35:4
**enhanced** 142:4
145:15
**enhancement**
35:23
**enhancing** 35:17
**enjoy** 35:4 144:10
**ensure** 149:17
**entail** 163:7
**entered** 24:13 31:8
83:20 84:6
**entering** 87:1
**enterprise** 17:11

**entirely** 27:16
62:10
**entirety** 16:3
**entities** 47:11
**entitled** 53:16
92:14 102:14
124:19 125:5
**entity** 28:4 29:1
48:5 64:20 71:16
78:10 130:2
**entry** 82:10
**equitable** 163:6
**eroded** 139:2
**erodes** 65:3
**erosion** 65:6
139:25
**errata** 181:14,16
182:3,5
**error** 156:24
**especially** 62:24
64:5 150:5
**esq** 3:5,6,13,20 4:5
4:11 181:1
**essentially** 28:25
32:17
**et** 13:22 15:6
83:13 137:10
**evaluate** 120:14
**evaluation** 142:15
**eventually** 17:10
**everybody** 40:16
74:5 178:2
**evidence** 9:12
88:13 94:24
111:17,18 133:10
133:21 146:4
**exact** 52:21 124:18
169:2
**exactly** 98:3,6
145:13 159:18

**[examination - feel]**

**examination** 5:6
 9:19 124:15 169:5
 173:24 180:10
**examined** 164:23
**example** 40:21
 41:12 49:21 51:4
 67:10 69:23 73:16
 118:4,5 120:20
 121:11 136:19
**examples** 51:4
**exception** 10:23
**excess** 140:15
**exchange** 64:1
 85:6,11,13 86:14
**exchanged** 157:17
**exclude** 117:2
**excluding** 83:24
**exclusion** 30:24
**exclusive** 83:24
**exclusively** 135:14
**excuse** 13:14
 16:15 30:16 86:25
 95:10,20,20
 112:23 159:22
**executable** 34:14
**executables** 34:17
**executed** 165:8
 179:4
**executes** 29:11
**exercise** 97:17
**exercised** 97:18
**exhaustively** 51:5
**exhibit** 6:4,6,7,11
 6:13,15,16,18,22
 6:23 7:1,3,5,9,14
 7:15,16,20 17:24
 18:3,7,9,10 21:10
 21:15,17,18,21
 37:3,4 51:19,20,21
 51:24 52:1 55:23
 55:24 56:9 68:3,5

68:9 88:18,18,18
 88:20,23 89:1,6
 90:13,14,18,19,19
 90:20,21 91:5,6
 94:18 95:1,2
 102:11,17,19
 107:1,2,7 112:6,8
 114:13,14,14
 122:17,18,20
 128:10,11,21
 146:3,10,15
 150:20,21 151:17
 151:18,22,24
 152:3 154:4,7,11
 154:20 155:1
 156:4,5,12 157:6
 157:24,25 166:14
 166:22 167:1,2
 168:18,19,20,22
 168:24 173:12,16
 173:23,24,24
**exhibits** 6:1 146:5
**exist** 65:18 70:25
**existed** 92:25
 169:1
**existence** 57:7
 73:10 163:24
**existing** 110:17
**exists** 83:24
**expect** 26:6 49:25
 50:11,22 99:5,15
 103:25
**expectation** 51:2
 67:14 85:13 99:10
 116:14 117:20,22
 118:13 119:5,7,10
**expectations**
 50:20,20 64:17
**expected** 24:25
 55:6 81:20

**expense** 140:9
 142:1
**experience** 9:23
 20:2,4 26:25 29:6
 42:22
**experienced** 71:24
**expires** 43:3
**explain** 42:4
**explained** 10:20
 151:20
**explains** 56:16
**explicitly** 24:16
 96:18
**explored** 137:16
**explorer** 73:1
**exposure** 55:18
**expressly** 97:19
**expunged** 163:15
**extension** 76:16
 83:17
**extensions** 76:14
 83:13
**extent** 12:25 13:11
 13:12,21 15:25
 47:18 61:11 66:9
 66:22 81:22 86:4
 120:22 135:15
 144:4 159:23
**extra** 34:18,20
 140:23 141:2
**extreme** 49:20
**eye** 19:24 20:10
 49:6 129:5
**eyes** 24:7 26:20

**f**

**fabricant** 63:14
**facing** 173:15
**fact** 13:23 19:15
 26:2 57:3 62:16
 63:10 65:13 66:3
 66:5,6,11 99:20

120:18,19,23
 122:13 126:19
 128:3 131:14,18
 133:15 137:5
 143:19 170:1
 171:14 172:24
 176:13 177:2
**fair** 15:18,20,21
 24:22 28:7 33:23
 35:9 36:9 41:7
 49:9 60:22 69:14
 97:11 98:25
 123:12 137:7
 144:6 163:6
**fairest** 67:5
**fairly** 16:2 49:21
 82:9
**familiar** 15:19
 22:1 37:25 48:16
 51:9 52:18,20
 70:13 76:9,12
 77:20 91:13 92:12
 106:22 124:13,18
 147:19 165:21,24
**family** 79:12
**far** 26:14 159:23
**fashion** 65:1
**faster** 73:8
**fastest** 73:8
**favorite** 148:2
**feature** 34:4,6
 35:22 69:17 70:11
 75:19 93:20 97:19
**features** 73:12
 76:25 77:3 113:12
 145:15 149:2,16
**federal** 182:1,8,9
**fee** 136:13
**feed** 12:2
**feel** 37:11 68:1,25
 144:23 145:10

[feel - general]

147:10
field  101:22
figueroa  4:12
figure  74:18
file  84:13 98:20
  119:12 176:13
filed  14:6,10 127:4
  136:16 173:7
files  32:14 134:8
  134:11,14
filing  82:23
filled  155:16
filter  176:25
final  135:6 166:14
finally  32:3
financial  140:16
find  55:22 72:23
  89:9,17 101:24
  146:20 168:25
findings  46:18
fine  37:2 46:23,24
  58:19 75:9 105:20
  148:7 171:21
  173:11
fingerprint  159:13
  160:4,5
finish  29:19,20
  45:10 95:23 135:3
finished  97:3,4
  100:11,20 162:9
finishing  98:16
firefox  73:2,16
firewall  38:16
  39:8 40:25
firm  8:23 20:12,18
firm's  173:8
firms  20:19 21:3
first  6:9 9:23 17:2
  20:12,23 22:16,22
  31:17 37:5 52:8
  52:15 53:20 55:18

55:18 57:21 68:17
68:22,23 73:11
88:1 89:8 93:1
95:14,25 96:5
97:12 102:14
104:2,14,24 113:4
123:23 124:22
125:6,7 133:6,7
134:4 136:12
138:21 143:22
151:11 155:11
163:24 165:2
167:7 168:10
169:12 170:1,7
174:17
five  135:3
fix  17:1
fixed  42:23
flexner  3:4 9:3
flip  71:22
floor  3:14,21 4:12
florida  3:8,22
flow  49:5
fm  17:7
focus  169:11
focused  78:23
follow  13:18 29:21
  137:25
followed  54:13
following  28:13
  171:1
follows  27:14
  181:8
followup  101:2
  121:6
fonts  159:14
footer  50:7
foreclose  147:4
foregoing  179:2
  180:6,13

forensics  160:25
forget  143:4 145:6
forgetting  61:18
forgot  75:11
  134:25 142:22
form  15:23 16:14
  23:21 25:20 32:19
  36:11 38:24 41:10
  44:5 49:16 50:14
  54:18 57:2 60:23
  61:20 63:14 70:20
  72:11 78:20 81:4
  85:24 86:19 93:23
  94:10 104:8
  110:24 115:15
  120:10 127:19
  132:12 150:8
  162:25 165:18
  169:21 175:21
  176:8
formed  47:25 61:1
forms  24:13 31:8
  87:2
forth  180:7
forthepeople.com
  3:24
forward  130:7
found  33:10 34:10
  111:21 164:6,8
foundation  70:21
  124:2
foundational
  108:13
four  58:11 133:6
  157:15
francisco  3:15
franklin  3:21
frcp  182:1
free  37:11 68:1,25
  132:3 144:9,15,19
  145:9 147:10

frequent  50:6
frequently  43:2
fresh  107:19
  125:14
friday  1:18 2:18
  5:4 8:1
friends  79:12
front  58:6,12
  85:20 102:10
  155:20
frost  148:21
frozen  74:5,6,10
full  11:3 40:8
  180:13
fully  137:16
function  40:14,15
  114:19
functionality
  32:15 53:9
functions  115:14
fundamental  66:1
fundamentally
  71:4
fundamentals
  16:2
further  79:1 89:13
  95:24 102:24
  149:16 159:15,23
  168:4 177:24
  180:16
future  66:25

g

g  143:8,8 144:8
  153:18 157:13
gain  142:6
gateway  40:24
  45:8,15,17,20
general  12:21
  22:13 32:11,13,21
  33:2,6 41:2 48:8
  48:12,16 50:25

[general - google]

57:12 76:18,18,20
79:24 80:6 115:23
117:12,14 136:24
136:25 139:7
141:18
**generally**  33:11
35:4 44:12 52:16
52:20 57:12 59:20
71:13 72:23 73:2
73:23 79:18 80:6
117:7 136:10
143:16 157:19
**generated**  64:1
**geographic**  53:1
**getting**  74:5,6
80:16,17 115:2
146:3
**giant**  21:22
**gifs**  53:25
**gigantic**  114:17
**give**  9:13 10:18
33:13 41:19 45:10
66:24 70:22 92:15
106:17 118:4
123:18 128:17,19
137:8 138:14
162:4
**given**  9:24 120:13
121:8 126:14
127:2
**gives**  24:8 70:18
**giving**  45:15
**glad**  18:24,24
**globe**  139:18
**gmail**  64:21 67:10
67:11,11,14 87:19
88:2,6 89:15 93:1
103:7 142:20,24
143:3 144:7 153:6
153:11,17,17,18
154:1,5

**gmail.com**  153:7
**go**  8:14 10:21 18:9
26:18,22 27:2
29:18 40:22 46:25
49:13 56:4,14
61:23 62:1,2,11
67:25 68:16 73:7
74:16 75:4,25
77:8 78:8 101:9
102:24 105:25
122:10 135:21
150:20 151:14
153:16,22 154:20
156:24 160:3
162:13 168:4
169:25 171:15
174:8
**god**  9:14
**goes**  45:5 141:6
**going**  17:24 19:13
25:25 30:11 31:20
38:10 40:11 44:24
46:20 47:4 50:8
57:1 62:5 74:20
77:1,1 78:7 88:17
88:20 98:18 105:3
106:3 107:5
122:18 135:22
143:1 146:12,19
148:1 154:17,19
162:15 166:22
173:12 177:1
178:4
**good**  8:5 9:2,21
12:3 18:23 19:3
75:5,12 79:1
106:8 138:14
154:23 163:20
**google**  1:9 2:9 6:13
6:16,22,23 7:4,14
7:15 8:9,24 9:1

13:5 14:3 15:5,6
19:13,21 22:24
24:11 25:3,3,10,23
25:24 26:8 27:9
28:2,3,5,7,22,25
29:5,10,11,16 30:1
30:5,10,18 31:1,2
34:21,22 38:10
39:15 46:11 47:10
47:13,22 48:3,6,7
54:9,10,16,25
55:10,13,17,24
56:17,25 58:9,10
58:10 60:8,12,13
61:10,12 62:14,25
64:6,10,25 65:4,13
65:21 66:1,7
67:14,17 68:12,19
69:12 70:14,18
71:8,16 73:6
77:12,14,18,18
78:1,3,7,17 81:8,8
81:19 82:6,11,14
83:21,25 84:1,8,9
84:13,15,17,19,20
85:1,7,9,12 86:7
87:6,11 88:2,23
89:14 91:7 92:18
92:21,23 93:7,22
94:6,8,12,18,22
96:8,16,18,25 97:1
97:11,15,16,23,25
98:10,12,20,21,22
99:1,2,2,6,10,11
99:12,20 100:2,2,4
100:5,5,13 101:3,5
101:6,13,16 102:2
102:6,14 103:4,5,6
103:8,11,18,22,25
104:5,7,16,17,22
107:2,16 108:3,11

109:5,15,21,25
110:2,9,22 111:22
112:1,2,24,25
113:13,14,15,16
114:3,10,11
115:20 116:1,16
116:17 117:2,3,5
117:12,20 118:10
118:20,21 119:5,8
119:8,11,13,14,18
120:17,19 121:5
121:10,11 122:2,9
122:12,13 123:17
125:16 126:12,15
126:24,25 127:3
128:3,12 130:2,15
130:18,25 131:10
131:15 133:3
137:22 138:10,20
139:1,21 140:15
142:7 143:1,2,4,7
143:8,10,11,22,23
143:24 144:1,1,8
144:23 145:4
148:10,19 149:7
149:11 152:14,25
153:9,15,21
154:11 155:2,22
156:5,13 157:3
158:11 159:15
160:18 161:12
164:2,20 166:10
169:15,19,24
170:10,14,18,19
170:19,23 171:2
171:24 172:10,12
172:13 174:7,22
174:23,25,25
175:2,6,7,11,14,17
175:19,24 176:4
176:12,14,15,16

[google - hypothetically]

176:19,21,22
177:1,4,9,12,13,14
177:19 181:4
183:1
**google's** 25:7 28:8
47:15 48:23 57:22
69:16 78:23 87:9
87:13 95:16
113:24 119:12,16
120:9 121:9
124:15 130:21
138:7 140:10
142:2 159:14
164:13 165:10,14
165:15 173:21
174:13 175:4
**google.com** 99:9
99:11,25 100:8
148:3
**goose** 146:21
**grammar** 23:9
**granted** 176:25
**grasp** 16:2
**great** 11:12 45:12
75:11 102:6
105:23 124:7
139:20 159:22
163:17
**greater** 126:15
127:2
**group** 15:10
**guess** 14:13 39:21
44:14 50:19 51:2
59:24 62:6,7
69:20 71:14 72:21
93:9 122:18 142:9
145:1,23 151:1
153:13 156:17
159:13
**guest** 79:16 109:8
110:13,18,21

111:3
**guidance** 17:16
171:1
**guys** 45:11 56:7
74:6

**h**

**h** 4:5 183:3
**half** 43:14,14
**hamburger** 143:9
**hand** 9:9
**handful** 162:20
**handled** 181:8
**handles** 110:13
**hands** 74:11
**handy** 67:20
**happen** 75:9
111:18
**happened** 38:12
133:11 135:10
153:14
**happening** 26:10
29:8 32:23 62:24
64:5 77:10,11
87:3 133:15
139:17,18 159:2
176:11
**happens** 32:25
33:4 78:18 111:6
111:15
**happy** 37:1 42:7
105:25 120:1
**hard** 68:2 143:17
170:3
**harder** 141:19
**hardware** 42:14
43:2 141:5,19
**harm** 138:22
139:12,20
**harmed** 138:20
**hayrapetian** 4:11
8:25,25 88:15

146:10
**head** 10:7 52:2
54:13 69:24 138:6
**header** 157:16,17
**heading** 52:8
110:13 123:23
168:6
**headings** 102:21
**headline** 19:12,18
20:3
**health** 84:13
**healthy** 139:4
**hear** 74:8
**heard** 16:13 17:5
42:9 96:11 119:1
163:7
**heart** 57:20
**help** 7:4 9:14
98:19 115:21
119:12 123:17
124:9,11,15
128:12 129:4
166:16,16,16,21
174:7 176:13
**hesitated** 59:25
**hey** 50:7 74:5
124:1 134:24
164:6
**hiding** 36:2
**high** 18:25 64:17
**highest** 17:19
**highlighted**
105:13,22
**highlights** 15:4
**highly** 146:6
**historically** 73:1
76:21
**history** 19:4 24:12
28:15,20,22 29:16
124:24 131:25
133:9,23,25 134:6

136:19 149:8,11
**hit** 18:10,11 62:2
**hold** 81:21
**home** 15:8 38:20
41:13 42:19 43:17
43:23,24 44:14
79:10,18 146:13
**honest** 128:4
145:1,10 176:5,11
**honestly** 153:22
**hope** 112:21
**hopefully** 12:1
62:20
**hosting** 122:8
**hotspot** 12:19
**hour** 46:21 75:6
105:4
**house** 38:15 39:8
**hover** 87:2
**hsiao** 3:13
**http** 157:15
**huge** 139:24,25
**huh** 74:1 113:5,7
113:10 151:7
**hulu** 43:5,10
**human** 15:25
36:20 41:21 48:17
61:24,25
**humanity** 163:20
**hundreds** 139:17
**hypothesis** 26:22
**hypothetical**
49:17 62:4 66:16
66:21,25 82:10
100:13,15,16,22
101:8,11,12 102:8
118:19 127:8,11
175:3
**hypothetically**
82:11 102:2 142:9

[icon - individual]

**i**

**icon** 24:7 34:25
**idea** 23:10 105:19
  125:2 141:21
**ideas** 125:1
**identical** 48:3
**identifiable** 41:14
  41:21,22 86:24
  130:10
**identification** 18:4
  21:19 37:6 43:8
  51:22 55:25 68:10
  88:24 89:4 94:19
  107:4 122:21
  128:13 150:23
  154:10,12 156:6
  157:9 167:3
**identified** 6:3
  67:19 109:7
  150:14,16
**identifier** 160:6,11
  160:12
**identifiers** 172:4
**identify** 40:2,3,9
  40:12 41:9 159:15
  159:20 160:7
**identifying** 67:17
  159:11,19
**identities** 153:20
**identity** 61:8
  64:12 65:14
  153:21 171:18,23
  171:25 172:7
**ifs** 127:12
**ignore** 154:16
**iheart** 16:13,22
**iheartmedia** 16:10
  16:11,11 17:2
**iheartradio** 17:5
**illinois** 4:7

**imaged** 161:8
**immediately** 165:3
  174:7
**impact** 71:3
**impacted** 69:15
  137:18 139:4,8
**implemented**
  122:7
**implies** 96:16
  170:9
**important** 23:7
  35:21 40:13 48:10
  128:5,8
**impossible** 116:13
  170:4
**impressed** 146:6
**improper** 83:7
  118:18 127:8
**improperly** 47:22
**inaccurate** 14:18
  27:7
**inadvertently**
  153:14,24
**include** 29:5 117:3
  148:1 160:13
**included** 173:8
  181:14 182:3
**including** 50:20
  53:1 83:12,25
  99:7 113:24 117:4
  118:19,21 120:8
  125:9,19,24
  127:22 159:12
  168:12 174:17
  175:10
**incognito** 19:14
  20:5,9 22:2,5,10
  22:14,24 23:24
  24:16,24 25:7,12
  25:14 26:12,16
  27:1,3 28:14,19

30:15 31:9,17,23
  32:4,17 33:1,9,15
  33:19,22,25 34:5,7
  34:11,24 35:1,8,10
  35:11,17 38:10
  39:13 45:25 46:4
  46:11,15 47:14
  49:2 55:2,3,7
  59:13 60:10,11,14
  60:17 62:24 64:5
  64:17,23 65:9,12
  65:20 66:2 69:23
  70:2,9,25 71:15,22
  72:1,2,4,5 73:10
  76:5 77:8,11 78:6
  79:20 80:1,22
  81:1,9,18,19 82:7
  82:18 84:22,24
  85:11,14 86:8,12
  92:25 93:20 96:11
  96:21 97:19,25
  98:24 99:4,5,9,19
  100:6,23,25
  101:13 102:4
  103:14 104:6,18
  104:23 105:1
  108:8 109:8,14,17
  110:8,13,18,21
  111:4 112:1,24
  113:19 114:3,11
  115:6 116:7,22
  117:7,19,21,23,25
  118:14,16 119:1,7
  119:15,22,25
  120:4,5,7,16 121:4
  121:7,23 122:3,14
  122:16 124:16
  125:16 126:16,20
  127:3 130:23
  131:1,12,15
  132:10 133:13,22

134:4,12 135:11
  139:23 141:17,18
  141:21 144:1
  145:6 149:21,22
  152:20 160:9
  161:9,15,19,20
  163:24,25 164:14
  164:22,24 165:2
  169:12,14,16,20
  170:5,15,22 171:1
  171:3,6,9 172:6,9
  172:11 175:18,20
  176:2,6,20,24
  177:7,18
**incognito's** 126:10
**incomplete** 49:16
  66:21 101:7
**inconsistency**
  128:3,5
**inconsistently**
  110:23 111:1
**incorrect** 14:18
**increase** 140:18
  141:10,13
**increasingly** 36:5
**incurred** 140:10
  142:1
**indexed** 101:24
**indicate** 94:3,8
  108:7
**indicated** 51:12
  52:3 82:17 86:21
  97:23 116:9
  118:10
**indicates** 53:19
  117:21 132:24
**indication** 24:8
**individual** 26:4
  39:4 45:1 51:7
  62:7,13,23 64:4
  165:6

Veritext Legal Solutions
866 299-5127

[individually - ips]

**individually** 1:5
2:5
**industry** 72:13
79:11 139:7 164:9
**information** 7:14
7:15 17:21 24:13
25:6,10 28:13
30:1,3,9 31:8
41:14,18,21 47:10
47:22 48:11,13,17
48:21 50:9 52:9
52:23,25 53:14,23
54:1,6 57:4 59:2
59:10,24 60:2
61:6 62:3 64:12
65:19,24 66:4,11
67:15 68:19 69:12
71:10,17 77:18
82:12 83:8 84:19
85:25 86:7,10,11
86:17,20,22,23,25
87:1 92:13,22
94:23 96:15 99:6
99:16 100:1,9,18
101:14 102:14,25
103:4,12,19,22
104:1,5,21,22,25
107:17 108:4,12
109:6,14,18 110:3
110:9,14 111:23
113:13,21 117:23
119:20 122:13
125:15,17 126:13
126:20,25 127:1
129:25 131:1
136:3,10,18,22
137:1,12,14,15,18
137:19,23 138:4,5
138:9,16 139:22
139:22 141:7
142:7,11,11,13

144:2 150:10,15
150:18 154:5,11
155:2 156:5,13,15
157:19 159:11,19
170:15,18,23
171:5 172:5 173:8
177:5
**information's**
130:24 176:22
**informed** 39:4
48:18 66:6 81:10
164:22,25
**infrastructure**
29:5 140:16
**infrequently**
41:13 42:24 64:19
**ingrained** 73:8
**inherently** 145:9
**initially** 87:18
**initiate** 171:1
**inquiring** 155:1
**inquiry** 144:24
**ins** 63:21 76:19
**inside** 24:15 59:11
59:11
**inspected** 32:23
33:3 134:1,3
**install** 76:13
**installed** 72:24
79:6 83:16 112:3
113:1 114:4
**instance** 59:8
149:6
**instructed** 5:12
**instructions** 13:19
29:12
**instructs** 10:24
**intended** 173:6
**intentionally**
155:21

**interact** 27:23
63:17
**interacted** 63:19
**interacting** 62:16
63:10,13
**interaction** 60:7
63:7
**interactions** 99:25
159:14
**intercepted**
158:12
**interception** 57:23
58:22 163:9
**interest** 20:11
35:23 39:6 40:16
49:6 81:17 82:4
84:13
**interested** 13:20
20:4,7 39:5 165:3
180:18
**interesting** 125:13
126:8 144:22,25
145:4,12,22
**interests** 71:15
**interference** 8:14
**internet** 15:22
16:1,4,12 27:24
32:5 36:8 38:17
39:11,22 41:13
42:1,5,5,8,12,19
43:16,17 45:4,5
53:24 72:18 73:1
78:3 119:21
166:23
**interpret** 23:2
26:5 31:25 51:7
110:4 131:8,23
**interpreted** 23:3
**interrogatories**
6:10,21 7:12,19
36:15 37:6,13

89:3 146:17 154:9
154:19 157:8
**interrogatory** 7:8
36:19,25 37:16
88:21 89:8,20,21
146:24 147:12
150:23 151:1,10
151:11,25 152:23
157:5,11,23 158:9
158:14
**interrupt** 56:7
**introduce** 17:24
21:10,15 55:21
67:25 68:3 88:17
122:17
**introduced** 73:12
146:9 154:18
**invisible** 116:7,9
116:23
**invited** 88:6
**involved** 19:9,11
20:19 21:7 55:9
**involvement** 48:2
80:24 81:12 93:18
**ip** 40:21,23 41:1,6
41:8,14,17,21 42:9
42:9,12,14,23 43:6
43:11 44:2,4,12,25
45:3,4,6 53:1 54:2
63:18 64:1,19
86:25 97:15 98:10
99:7,10,13,14
120:20 121:11,15
121:20 122:2,5
144:2 150:2 159:8
160:13 172:4
**ipad** 79:6
**iphone** 79:5
149:21 161:7
**ips** 41:20 42:18,20
42:21,23 43:2

[ips - lee]

44:19 109:19
**ironically** 149:20
**isp** 42:13 44:25
45:4,22
**isp's** 42:15 44:8
**issue** 136:18 137:1
147:7,14
**issues** 15:12
**issuing** 43:2
**item** 111:2
**iteration** 167:4
168:21 175:15

**j**

**jalapenos** 106:11
106:12
**james** 3:5 9:2
37:22 58:17 74:11
75:24 90:5 105:8
162:4 169:7 181:1
**january** 1:18 2:18
5:4 8:1,6 52:4
94:17 155:16
180:21 181:3,5
**jar** 32:18
**javascript** 76:10
▮▮▮▮ 153:7,10,19
155:6
**jeremy** 1:4,15 2:4
2:14 5:7 6:2,4,7
6:18 7:5,9,16 8:8
18:3,22 19:6,7
37:4 63:12 64:20
69:8 89:1 114:14
150:21 154:7
157:6 181:5 183:2
**jlee** 3:10 181:2
**joann** 4:18 8:17
**job** 1:25 45:1
181:5 183:2
**joining** 87:17,25

**journal** 82:10
**judge** 10:22
**june** 6:24 107:3
108:16,19,21
113:9
**jurisdiction** 50:5
62:8
**jurisdictions**
139:13,19

**k**

**keep** 61:17 80:2,3
149:8 160:16
**kept** 83:10 134:9
134:14
**kidding** 15:13
**kind** 145:16
153:21 169:25
172:25
**knew** 122:4,4
**know** 11:7,14
16:18 18:19,25
20:18 22:13 26:14
27:10 28:1,2,3
33:14 37:9,12
38:25 39:22 40:20
40:25 41:4 42:19
42:21 43:4 44:8
48:10,12 50:6
53:17 55:5,12
56:24 57:20 61:16
62:4 63:25 65:6
65:14 67:23 72:6
74:25 75:22 76:13
76:17 86:21 87:16
90:14 91:19,21
93:13,24,24
101:21,21,22
107:13 108:15
111:2 116:11,12
117:25 120:24
121:15,22 126:13

128:6,24 132:16
134:24 137:17
145:1,3,9,25
146:11 150:19
153:11,11,12
157:12 160:20,23
161:3,6,17 163:4
164:3 165:21,21
166:7,8 168:23
169:1,2,8 170:3
174:5,7
**knowing** 26:19
**knowingly** 142:12
**knowledge** 10:1
42:22 68:12,19,21
69:7,7,12 71:8
76:17 120:6
134:16 144:18
149:4 152:13,24
154:2 157:3
**known** 53:24
64:20 87:5
**knows** 40:21,23,23
107:23
**kylo** 136:8

**l**

**lack** 70:21 101:20
124:2 132:11
**land** 43:24
**language** 59:8
95:12 104:13
105:13 126:9
175:1
**laptop** 79:4,8,9
**laptops** 161:7
**large** 52:8 102:21
123:23 138:25
**largest** 17:7
**laughing** 15:13
**launch** 35:1,10,11

**launched** 33:21
34:6 93:1,20
134:4 164:17,18
**launching** 35:10
**law** 12:4,6 20:12
20:18,19 21:2
173:7
**lawful** 62:11
**laws** 179:2
**lawsuit** 20:4 24:20
26:25 48:2 57:22
69:8 81:12,16
82:3,20,23 83:4,11
87:17,20,25
135:19 136:18
137:12 140:11
**lawyer** 57:20 84:2
84:5 168:15
**lawyers** 21:2
37:14
**layman** 132:2
**layman's** 27:20
**lead** 15:10 19:16
**leader** 15:10,17
**leading** 177:21
**leakage** 38:17
**learn** 20:11 27:14
163:24
**learned** 165:2
176:4
**lease** 43:3
**leave** 80:9,18
148:2,4
**leaving** 80:11
**led** 20:4 66:6
**lee** 3:5 5:10 9:2,2
10:18,21 11:23
12:23 13:11 15:23
16:14,17 18:6
20:15 23:21 25:20
29:20 32:19 36:11

Veritext Legal Solutions
866 299-5127

[lee - looking]

| | | | |
|---|---|---|---|
| 36:22 37:21 38:24 | 178:2 181:1 | **listed** 84:8 115:1 | **logged** 65:14 |
| 41:10 44:5 45:9 | **left** 12:18 | 144:7 155:12 | 70:14 149:7,9 |
| 46:2,20 47:1,17 | **legal** 8:19 28:4 | **listing** 158:18 | 150:5,10,16,17 |
| 49:16 50:14 51:24 | 50:3 66:10,22 | **lists** 103:3 129:12 | 152:13 |
| 52:5,14 54:18 | 86:5 165:18 | **litigation** 93:18 | **logging** 67:8,9 |
| 55:2 56:7,11,14 | 171:11 181:7 | 106:19,21 160:15 | 152:20 |
| 57:2 58:4,20 | **leslie** 1:24 2:18 | 160:19 | **logic** 63:1 64:7 |
| 60:23 61:20 66:9 | 8:18 180:4,25 | **little** 1:17 2:16 8:1 | **logical** 59:9 |
| 66:21 70:20 72:11 | **letter** 52:24 | 11:18 12:6 14:21 | **logs** 62:15 |
| 74:5,9,13,18,25 | **level** 17:19 39:5,5 | 17:22 21:23 24:18 | **long** 20:9 42:23 |
| 75:3,6,11,23,25 | 139:8 | 34:14 45:10 72:21 | 73:7,7 80:2,19 |
| 78:20 81:4,21 | **leveraged** 83:15 | 75:14 77:21 | 82:19 88:8 112:20 |
| 86:4 90:3,8 91:20 | 149:23 | 111:13 125:16 | 164:18 168:17 |
| 92:5,10 93:23 | **leveraging** 65:4 | 134:24 155:25 | 169:8 |
| 94:10 95:3,8,19,23 | **lhk** 1:6 2:6 | 166:17 168:4 | **longer** 74:10 |
| 98:16 100:22 | **lied** 155:21 | 174:1 | **look** 17:25 26:21 |
| 101:7 104:8 105:5 | **life** 49:4 | **live** 12:2 43:22 | 26:21 37:3 52:7 |
| 105:10,18,24 | **limit** 43:7 100:7 | **live.com** 153:10,19 | 53:15 55:21 67:22 |
| 106:2 107:22 | **limited** 177:13 | 153:22 155:6 | 79:1 85:15 91:6 |
| 108:5,13,20 | **line** 5:13 37:19,21 | **lived** 42:23 | 93:2 94:14 95:5 |
| 110:24 112:5,10 | 86:6 89:9,10,24 | **llc** 1:9 2:9 8:9 | 98:19 106:25 |
| 115:15 116:25 | 90:16 93:12 123:2 | 181:4 183:1 | 107:12 110:5,11 |
| 117:8 118:18,22 | 142:14,14 146:20 | **llp** 3:4 4:4 | 113:3 114:7,13 |
| 119:23 120:10,22 | 146:25 168:6 | **load** 37:9 51:19,25 | 128:10 146:15,23 |
| 121:17 122:19,23 | 175:8 181:15 | 57:19 73:2 122:24 | 147:7 151:9,11 |
| 123:3,5 124:1,7 | 182:4 183:4,7,10 | 164:3 | 154:4 155:25 |
| 126:17 127:8,19 | 183:13,16,19 | **loaded** 18:11 | 156:3 157:4,22 |
| 128:15,18 132:12 | **lines** 37:23 89:13 | **loading** 56:12 | 163:1 166:13 |
| 134:24 135:5 | 90:1,17 | 157:10,12 | 167:7 171:8 |
| 138:10 142:21 | **link** 34:19 55:12 | **local** 44:23 45:3 | 173:13 |
| 146:5 147:11 | 55:15,16,22 | 130:13,17,17 | **looked** 52:12,21 |
| 150:8 151:16,19 | **linkable** 172:2 | **locate** 90:11 | 78:16 81:12 |
| 152:1,5,7 154:24 | **linked** 61:6 172:7 | **location** 53:2 | 124:10 128:20 |
| 158:4 159:22 | **linkedin** 6:4 17:25 | 126:5 135:8,14,15 | 146:15 166:15,24 |
| 160:3 161:21 | 18:3 | **lock** 76:14 | **looking** 12:3 50:23 |
| 162:1,7,12,14,25 | **linking** 163:12 | **locked** 181:12 | 52:24 58:1 89:5 |
| 163:3 165:18 | **links** 159:5 | 182:1 | 89:24 110:12 |
| 166:6 168:16,23 | **list** 50:11,23 51:5 | **log** 63:21 64:1,20 | 127:23 146:8 |
| 169:3,6,7 170:11 | 51:5 77:2 84:16 | 67:13 79:16 143:1 | 149:1 155:3 |
| 171:15 172:23 | 104:4 107:6 | 143:2,3,3,4,6,9 | 157:24 162:24 |
| 176:3 177:8,23 | 147:24 | 153:15 161:18 | 164:20 174:12 |

Page 20

[looks - mode]

**looks** 123:11
156:10,10,21
**loop** 17:23
**los** 4:13
**lot** 92:13 137:9
138:16 143:19
156:11 163:7
170:24
**loud** 23:6 68:17
**low** 33:17
**lunch** 75:4,7 105:4
105:8 106:9
134:25

**m**

**m** 4:11 118:7
**macbook** 61:17
**machine** 166:23
**machines** 79:16
**main** 45:25
**maintain** 48:3,4
154:2,3
**majority** 33:23,24
132:1
**making** 27:5 31:2
59:21 92:5,7
163:21
**manage** 77:17
84:20 96:6 149:11
**management**
53:21
**manager** 119:9
174:25
**manually** 77:8
**mao** 3:13 9:4
**march** 92:3
165:10,16 166:4
**marie** 4:11 8:25
88:12 154:17
**mariehayrapetian**
4:15

**marin** 180:2
**mark** 3:13 9:4
**marked** 12:15
18:4 21:18 37:6
51:22 55:25 68:9
88:24 89:3 94:18
105:9 107:3
122:21 128:12
150:23 151:22
154:9,12 156:6
157:8 167:2
173:22,23
**market** 136:8
137:7 138:11
145:24 146:1
**marketed** 28:2
**marketplace**
137:5
**marketplaces**
137:4
**marks** 18:9
**match** 18:20
**material** 13:6 81:9
127:24
**materials** 15:3
25:11 49:1 55:10
58:11 65:17 82:16
**matter** 8:8 9:4,13
**mcgee** 3:20 9:4
**mean** 13:8 22:14
24:5 29:16,17
30:4 33:23 34:12
39:13 40:15 41:11
45:16 46:6 49:8
61:3 63:12 100:22
100:23 101:3
103:7 111:10
124:4 125:11
130:18 132:6
140:12 147:4
157:10 159:17

**meaning** 42:23
**means** 17:13,14
22:10 83:12 97:20
98:9 101:21
108:15 109:21,25
110:2 130:11
131:5,6 133:2,3
**meant** 101:19
130:16 133:20
159:18
**measurable**
140:18,21 141:10
141:13
**measured** 141:14
141:17
**mechanism** 41:5
74:3 104:22
**media** 8:7 17:7
**meet** 13:25
**members** 79:12
85:22
**memory** 30:7 34:4
88:4 107:19 129:6
147:9 152:17
**mention** 74:25
84:14
**mentioned** 21:11
35:16 39:7 67:7
78:12 83:18
124:10 169:24
**mesh** 38:14,15
**messaging** 148:10
**met** 13:14,22,24
**metadata** 61:7
**method** 97:1
**miami** 3:8
**microphones** 8:12
**microsoft** 148:11
**mid** 33:18
**middle** 49:22 80:8
80:8 123:22

**millions** 139:17
140:3,3
**mind** 59:23 68:17
88:22 92:11 105:5
109:1 123:18
135:1 142:17
147:8 149:25
**minded** 165:6
**mine** 21:22 37:8
107:7
**minimum** 99:17
**minutes** 46:22
47:3 78:12 87:8
135:1
**mirror** 109:23
**mischaracterizes**
41:10 63:15 81:4
104:8 132:12
162:25
**mischaracterizing**
81:23
**miscommunicati...**
173:10
**misconduct**
137:21 138:2,7,8
142:2
**misjustice** 139:20
**missed** 148:5
**misspoke** 103:24
112:9 173:3
**mistake** 154:22
173:3
**misunderstood**
60:25
**mix** 15:1 73:13
**mmao** 3:17
**mobile** 53:1 79:5
155:14
**mode** 22:5,24
23:24 24:16 25:7
25:12,14 26:17

Page 21

[mode - normal]

| | | | |
|---|---|---|---|
| 30:15 31:9 33:9 | 161:9 163:25 | **moving** 74:12,13 | **needs** 79:14 99:18 |
| 33:15,20 34:8 | 164:14,23,24 | **mozilla** 73:2,16 | **nefarious** 35:25 |
| 35:1,10,11,18 | 169:16,20 170:15 | **msn.com** 148:3 | **negative** 25:21 |
| 45:18 47:14 49:2 | 170:22 171:1,3,6 | **multi** 43:22 | **negotiation** 147:15 |
| 55:2,3,7 57:24 | 172:6,9,11 175:20 | **multiple** 20:19 | **neighbor** 45:6 |
| 58:24 59:12,13,15 | 176:2,6,7,20,24 | 35:18 70:12 72:4 | **neither** 180:16 |
| 60:7,10,11,14 | 177:7,18 | 79:10 104:11 | **network** 31:25 |
| 62:25 64:6,17 | **model** 64:15 | **multitude** 44:9 | 32:1,2 41:16 44:8 |
| 65:9 66:3 68:21 | **modern** 27:25 | **myradar** 148:11 | 44:18,23 45:3,18 |
| 69:3,5,13,23 70:2 | **modes** 69:23 | | **networks** 44:7 |
| 70:5,25 71:21,23 | 109:16 110:19 | **n** | **never** 32:22 49:10 |
| 72:1,2 73:10,17 | 129:7 132:19 | **n** 5:1 69:17 70:11 | 61:23 94:12 96:22 |
| 74:2 76:5 78:4,13 | **modification** | **nail** 88:21 | 113:22 122:2 |
| 78:19 81:19 84:22 | 93:10 | **name** 8:17 169:7 | 125:22 126:1,19 |
| 84:24 85:8,11,14 | **moment** 29:13 | 171:23 172:1 | 134:16,18 141:14 |
| 86:8,11,12,15,23 | 34:9 35:16 37:8 | 180:20 | 150:3 152:13 |
| 87:5 92:23 94:22 | 56:20 63:8 66:24 | **named** 21:8 | 153:15 163:13,14 |
| 96:11,21 97:19 | 67:8 88:19 99:14 | **names** 161:6 | 169:24 177:2 |
| 98:1,24 99:4,5,9 | 111:20 122:23 | **narrow** 72:21 | **nevertheless** 82:2 |
| 99:19 100:6,23 | 123:18 128:17 | **narrower** 133:20 | **new** 15:5 21:6 |
| 101:13 103:14,23 | 134:19 138:2 | **native** 72:24 148:9 | 22:2,5 32:16,17 |
| 103:25 104:6,18 | 142:18 146:2 | **nature** 59:19 | 33:20 35:11 58:9 |
| 104:23 105:1 | 158:22 | 116:2 | 110:18 126:1 |
| 107:16 108:3,8 | **monetize** 62:19 | **navigation** 21:23 | 151:23 164:6 |
| 109:5,8,8,14 110:8 | 64:14 | **nearby** 12:17 | **news** 19:19,20,22 |
| 110:18 112:2,25 | **monetized** 63:3 | **necessarily** 14:23 | 19:24 148:12 |
| 113:19,23 114:3 | **money** 144:11,14 | 41:8 54:23 59:15 | 173:6,8 |
| 115:6 116:7,22 | 144:16,20 148:12 | 62:12,19 | **newsfeeds** 19:20 |
| 117:19,23,25 | **monique** 1:5 2:5 | **necessary** 53:8 | **nice** 46:21 |
| 119:15,22,25 | **monitor** 141:16 | 99:16 144:4 | **nicely** 75:10 |
| 120:3,4,5,7,16 | **montgomery** 3:14 | 181:14 182:3 | **nine** 173:18 |
| 121:4,7,23 122:3 | **month** 43:1 | **need** 10:12 11:10 | **nods** 10:7 54:13 |
| 122:14,16 124:16 | **months** 42:25 43:1 | 11:13 40:8 44:21 | 69:24 138:6 |
| 126:16,21 127:3 | **morgan** 3:19,19 | 75:7 80:17 89:17 | **non** 33:19 35:10 |
| 130:23 131:15 | **morning** 8:5 9:2 | 91:20 105:21 | 142:8 175:11 |
| 132:21 139:23 | 9:21 | 108:24 114:18 | **nonexistence** 57:7 |
| 140:4 141:18,23 | **motivations** | 146:11 151:13 | **nordvpn** 39:18 |
| 142:13 143:16 | 163:19 | 156:24 158:3 | **normal** 70:8,9,24 |
| 144:1 148:1 | **mount** 73:1 | 160:16 165:23 | 71:21 85:8,8 |
| 149:21 152:15,20 | **move** 126:22 | **needed** 143:6 | 86:11,22 87:5 |
| 159:16,21 160:9 | | **needing** 99:13 | 103:17,23,25 |

Veritext Legal Solutions
866 299-5127

[normal - online]

117:17 120:3
141:23 142:13
159:6 161:14
**north** 3:21 4:6
**northern** 1:2 2:2
**notating** 181:15
182:4
**notations** 58:13,15
105:12
**note** 8:12
**noted** 178:6
**notes** 105:18 164:2
**notice** 6:23 106:14
106:15 107:2,15
108:2,15,18 109:4
111:21,25 112:8
112:18,23 114:9
**noticed** 23:6
**noticing** 8:22
**notify** 97:1
**notion** 65:25 66:23
99:24 133:16
172:1
**notwithstanding**
37:24 90:16 147:2
158:17
**november** 91:8
92:3,4
**nuanced** 118:1,1
**number** 6:3 8:7
36:19 37:19 43:12
55:23 68:6 89:20
89:22 90:15 122:9
123:1 129:21
146:20,24,25
147:12 151:2,25
154:14 155:11,12
155:14 157:23
158:9 159:9,11
169:23 181:15
182:4

**numbering** 151:5
**numbers** 95:6
146:23 167:18
**numerals** 107:8
**numerous** 64:13
96:12

---
**o**
---

**o** 118:7
**oath** 10:6 180:8
**object** 10:18,19
49:16 63:14 81:22
90:5 101:7 120:22
150:7,9,12,15,17
162:5
**objecting** 135:18
**objection** 9:5
10:23 15:23 16:14
23:21 25:20 32:19
36:11 38:24 41:10
44:5 50:14 53:5
54:18 57:2 60:23
61:10,20 66:9,21
70:20 72:11 75:23
78:20 81:4 86:4
93:23 94:10 99:21
104:8 110:24
115:15 118:18
119:23 120:10
121:17,17 124:2,3
124:4,5,6 126:17
127:8,19 132:12
142:21 150:8
162:7,25 163:3
165:18 166:6
169:21 171:11
172:15 175:21
176:8 177:21
**objectionable**
53:10
**objections** 6:8,19
7:6,10,17 8:20

37:4,24 88:21
89:2 118:23
147:15 150:22
151:1 154:8 157:7
158:16,17 180:9
**objects** 10:21
**observation** 132:3
**observe** 111:8
170:4
**observed** 97:25
132:6
**obtain** 54:1
**obviously** 12:8
13:18 24:6 29:3
34:3 38:18 40:3
40:11 53:7
**occasion** 143:6,12
**occasionally** 39:16
**occasions** 71:14
77:24 79:14 80:5
80:7,13,18 159:9
**occur** 25:19 72:2
**occurred** 65:8
67:4
**occurring** 26:22
66:15 140:13
163:9
**office** 12:5,6 15:14
105:10 181:11
**official** 161:5
**oh** 15:12 67:9
74:15,25 84:12
89:23 90:20 95:9
103:24 134:13
143:15 145:4,17
146:14 147:8
148:6 151:3 155:5
155:21 167:14
**okay** 11:9,16 12:8
12:16,21 13:16
15:18 18:15 29:22

29:25 35:6 37:19
41:7 47:19 52:6,7
53:18 56:6 58:21
68:8,24 75:6,11
85:19 89:7 90:23
90:23,24 91:4,9
92:10,15 93:6
98:5 101:10
104:25 105:24
107:11 108:6,23
109:13 110:5
114:16,20 117:16
118:22 123:18,21
124:7 128:14,23
142:23 145:19
146:2,14,18 147:1
147:21 150:20
151:8,19 152:7
153:4 154:4 155:2
155:5,15 156:8,9
156:11 157:4
158:6,7 160:1
161:23 162:12
167:19 168:23
169:3,9,10,13
170:11 171:15,17
171:20,22 173:12
173:20,21 174:1,9
174:11,12,16,21
175:9 177:12
**okta** 148:11
**old** 70:5,17 92:13
**once** 18:11 38:12
39:17 46:19 70:14
77:9 131:19 162:3
164:24
**ones** 45:25 148:25
**online** 35:25 40:11
79:15 147:6,13
164:10

[ons - performance]

**ons** 83:13
**ooo** 178:7
**oops** 154:16
**open** 12:11,14
  18:14 22:5 32:16
  72:5 80:1,2,4,9,11
**opened** 89:14
  92:18
**opening** 18:17
**operating** 122:1
  141:22
**operation** 30:6
  70:3 157:17
**operations** 16:9
  17:17,18 141:11
**operative** 14:14
**operator** 64:11
**opinion** 66:14
  102:9
**opportunity** 85:10
  92:15 147:4 162:5
**opposed** 47:11
**opt** 6:13 54:9,10
  55:11,13,17,20,24
  56:19 76:22
**optimize** 17:17
**option** 33:21 70:15
  145:11
**order** 40:8,19 44:4
  44:10 50:8 121:12
**ordering** 150:6
**ordinarily** 11:21
  13:23
**ordinary** 60:17
**organization**
  138:25
**orient** 18:6
**original** 181:10,21
**os** 72:24
**outcome** 102:8
  180:19

**outlawed** 62:9
**outline** 146:8
**outside** 20:25
  175:6
**overall** 24:3
**overwhelming**
  73:22
**owner** 28:4

**p**

**p.m.** 2:17 74:21,24
  106:4,7 135:23
  136:1 162:16,19
  178:5,6
**packets** 45:2
  157:17
**page** 5:13 10:4
  24:8 30:19 52:8
  53:15 54:3,3,4,6
  56:16 68:11 77:17
  88:17 89:10,18,22
  90:11,12,14 95:25
  102:14 104:3,14
  104:24 105:14
  109:9 113:4,5,6
  121:16 123:17,23
  124:21 125:16
  152:7 155:20
  164:5 169:24,25
  181:15 182:4
  183:4,7,10,13,16
  183:19
**pages** 1:25 109:18
  146:23 180:13
  181:14,17,17
  182:3,6,6
**paid** 85:23 144:11
**paper** 95:3,4,6
**paragraph** 53:20
  54:9 57:21 58:22
  67:22 68:6,7,13,18
  71:7 85:15 90:4,9

  93:3,4 96:1,9
  102:20 113:8
  132:23
**paragraphs** 56:10
**parameter** 34:18
  34:25
**parameters** 73:24
**paraphrase** 97:12
**parlance** 22:13
**parse** 131:24
**part** 24:19,21
  25:13,17 26:1
  28:14 32:9 35:2
  36:4 45:5 63:4
  84:7 144:23
  160:22 161:5
  165:15 166:4,10
  170:3 174:6
**partially** 11:19
**participants** 8:11
  63:6
**participate** 63:6
**particular** 14:1
  47:10 48:6 111:1
  159:16 160:7,7
  174:16
**particularity**
  158:10
**parties** 8:14 63:2
  85:6 115:16
  147:16,17
**partner** 50:24
**partners** 50:2,12
  50:13 51:1,5
  53:21,22,23 54:1,1
  54:7
**parts** 105:22
**party** 32:10 62:14
  62:18 63:6 76:3
  112:3 113:1 114:5
  114:10 115:12,17

  116:9,12,23 117:6
  122:5 126:8
  180:17,17
**pass** 34:17 160:6
**passes** 34:20
**password** 67:10
**pause** 10:16 77:1
**pausing** 31:13
**pay** 144:16,20
  145:3,7,8,16
**paying** 136:13
**pays** 144:14
**pdf** 181:12 182:1
**peaked** 81:16
**peering** 24:7
**penalty** 10:8 179:1
  181:16 182:5
**pending** 11:16
**people** 20:7 22:14
  22:17,21,25 23:17
  23:25 25:15 26:2
  26:14,20 49:9,11
  60:4 69:13 124:23
  131:24 132:1,2
  137:5 139:20
  143:7 145:21
  161:24 163:18
  168:2
**perceive** 51:8
  112:17 132:16,17
**percent** 33:4,5,14
  33:15 69:18
  153:15,20
**percentage** 33:14
  73:21,22
**perception** 102:4
  138:25
**perfectly** 74:8
**performance**
  141:16

Veritext Legal Solutions
866 299-5127

[period - preparation]

**period** 43:13 88:6
126:14 127:1
166:9 181:18
182:7
**periodically** 38:19
42:14 87:20
**perjury** 10:8
179:1 181:17
182:6
**person** 20:21
35:20 36:1 38:23
44:3 48:19 72:15
84:6 118:6 132:15
**person's** 39:1
**persona** 65:5 87:6
170:2
**personal** 6:17
39:16 57:23 58:23
59:5,8,15,19,24
60:2 70:23 85:24
86:17,20,23 88:24
113:13 136:3,22
137:4 138:5
158:10,19 159:1
170:17
**personalized**
76:23
**personas** 64:14,16
**perspective** 38:11
39:1 62:20 63:25
65:2,6 70:23
**phase** 36:23
**phone** 12:16,17
74:9 79:5 155:11
155:12
**photograph** 19:1
**phrase** 27:14
35:16 45:15 57:19
98:8 109:24
130:15 131:4,22
158:17

**phrased** 100:8
**pick** 8:13
**piece** 31:5
**pieces** 87:10
**piqued** 20:10 82:4
**pixel** 53:24
**pixels** 159:15
**place** 8:16 49:14
141:3 180:7
**placing** 132:10
**plain** 22:10 70:16
**plaintiff** 1:7 2:7
6:7,18 7:5,9,16
21:8 37:4 89:1,12
89:13 147:14
150:21 152:13,24
152:24 154:7
157:6
**plaintiffs** 3:3 9:3
19:16 21:3 85:21
169:8
**planet** 64:12
**platform** 143:5
**platforms** 27:22
**please** 8:12,21 9:9
29:19 93:3 100:16
128:10,21
**plug** 55:20 76:19
145:24
**plural** 79:7
**plus** 76:14,15
**point** 27:16 30:12
31:6,17,22 32:3
46:12 51:17 62:13
76:20 81:17,25
82:5 90:6 92:1
98:25 104:9
111:19 120:16
121:4 124:17
125:6,7 134:5,18
134:20 135:6

142:12 168:10
**pointed** 91:25
104:2,11,13
132:24
**points** 31:15 95:25
133:7 155:19
168:6
**policies** 14:25
48:20,22 49:10
113:15 116:15
148:17,18 149:1,5
**policy** 6:12,22
15:6 25:4,5 47:23
51:15,22 52:13,19
54:15 58:11 60:8
60:13 66:1 71:1
81:8,13 84:1,9,15
84:18 85:9 86:13
93:8,10,15,22 94:7
94:9,13,16,18
95:10,13,16 96:8
96:24 97:9,20,24
98:22,22 99:2,2
100:5,5 102:10
104:10 106:23
108:7 112:6
113:11,16,24
114:2 119:13,14
119:17 130:21
131:5,10,13,20
132:20 148:20
164:21,23,24
165:1,10,13,14,22
166:3,10,10,12
170:9,13,19,20
171:2,8 172:14,17
175:17 176:15,16
176:21 177:9,12
**policy's** 130:18
**poorly** 61:1

**portfolio** 17:12
**portion** 122:15
**portions** 91:10,11
**pose** 100:15
**position** 60:20
145:4
**positive** 102:8
**possibility** 120:15
121:3,10
**possible** 26:7,8,23
27:16 30:7,8 32:8
40:5 72:7,8 82:11
92:24 149:12
152:18 153:13
**possibly** 152:19
**post** 82:10 140:19
143:17 157:16
**posts** 81:9,13,18
82:5
**potential** 139:12
142:10 163:11
**potentially** 139:19
**power** 141:20
148:11
**powerful** 64:11
**practice** 34:7
48:14 77:11 79:17
79:20,24,24 80:6
115:24 136:13
152:19
**practices** 176:6
**precautions** 36:9
36:20 38:3,5,8
39:10 45:23
**preclude** 67:3
**preexisting** 21:2
**prefer** 48:12 62:13
62:18 163:13
**preference** 73:8
**preparation** 14:20
123:13

Page 25

**[prepare - proceedings]**

**prepare**  12:22
13:6
**prepared**  127:12
**prerequisite**  92:20
**prescribed**  71:1
**present**  4:17 140:4
**presented**  65:17
70:15 113:25
150:3 177:6
**presumably**  82:6
**presume**  16:3 26:4
**presumption**
26:18
**pretty**  12:3 15:19
79:11 82:21 88:7
106:20 137:9
138:22 139:11
164:16
**prevent**  56:16
83:6 94:22 97:15
104:6 107:16
108:3 109:5 110:9
112:2,25 177:1
**prevents**  38:17
104:17
**previous**  120:25
121:2 124:17
131:16
**previously**  111:9
120:2 125:19
128:6 139:11
151:21 168:19
**price**  142:12
**primaries**  73:5
**primarily**  38:21
41:6 62:22 64:3
78:23
**primary**  39:13,15
45:18,21 72:18,19
73:9 78:6 142:25
143:13 148:25

153:19 157:15
**principal**  15:9,16
**printed**  102:18
**printout**  156:12
**prior**  16:5 20:2
21:5 48:1,1 55:8
55:20 69:8 80:24
81:5,11,17 82:4,9
87:24 104:9,10
125:22 133:16
155:6 167:4 174:2
**privacy**  6:11,22,23
14:25 15:6 20:8
24:7 25:4 35:5,17
35:21,23 36:2,5,6
36:10,13,19,21
38:3,5,9,22 39:1,1
39:3,6,10,24 45:24
46:10 47:23 48:3
48:4,20 49:10
50:21 51:15,21
52:13,19 54:15
58:11 60:5,6,8,8
60:12,13,20 62:20
64:22 66:1 67:3
70:18,23,25 71:4
75:15 81:8,13
84:1,9,15,18,21,23
85:9 86:9,13 93:8
93:10,15,22 94:6,9
94:13,15,18 95:9
95:13,16 96:6,7,7
96:14,24 97:9,20
97:24 98:22,22
99:2,2 100:5,5
102:9,10 104:10
105:13 106:13,15
106:23 107:2,14
108:2,7,14,18
109:3 111:20,25
112:6,8,18,23

113:15,16,20,24
114:2,8 116:15
119:13,14,17
130:18,21 131:5
131:10,13,20
138:24 140:2,4
145:9,15 148:16
148:18,20 149:1,2
149:5,10,15 154:3
155:23,24 163:7
163:18 164:11,20
164:23,24,25
165:5,10,14,22
166:3,10,10,12
170:9,10,13,17,18
170:20 171:2,3,8
172:14,17,21
175:17 176:15,16
176:21 177:9,12
**private**  7:1,20
8:13 24:16 25:5
48:7 57:24 58:24
59:12,12,15,20,22
62:25 63:1,3,5
64:6 66:2 68:20
69:3,4,13 73:10,17
74:2 78:4,13,19
81:20 82:7 92:23
94:22 100:10,19
104:17,22,23
107:16 108:3,8
109:5 113:23
117:20 119:20
122:20 124:19
126:2,20 129:7,16
130:3,8,22 132:1,2
132:19,23,25
133:1,3 134:21
139:7,16 142:11
145:5,7 148:1
152:14 159:3,16

159:20 166:25
167:2,8,22 170:6,8
170:15,25 172:8
176:1,6 177:1
**privately**  7:3
22:17,21,25 23:16
23:23 24:4,6,19,25
25:6 60:9,14 71:2
84:21,22 85:12
96:11,20,22,25
97:21,24 98:9,23
99:3 100:6 103:14
104:4 113:19
117:19 119:15,19
124:23 128:11
129:4,10,11,16,20
129:24 130:5,16
130:20,22,25
131:2,3,5,10,11,22
131:23 132:6,19
150:4 168:2 170:7
170:22 176:19
177:6
**privilege**  10:25
13:23
**probability**  121:8
**probably**  19:6,7
33:17 39:4 40:6
49:21,23 50:4
72:16 75:7 120:15
121:3 122:25
164:2,12 168:25
**problem**  62:4
117:1 152:3
**procedure**  181:19
181:20
**proceed**  9:17
**proceeding**  1:16
2:15 8:20 9:25
**proceedings**  8:4
10:12 180:14

[process - rational]

**process** 17:15
156:25 160:25
**processes** 31:1
107:7 140:12
141:7
**processing** 159:7
**produce** 28:5
58:18
**produced** 58:18
**product** 28:9
39:18,18 78:23
119:12,16 144:24
145:5
**products** 142:5
**profile** 6:4 17:25
18:3 65:11 70:13
117:24 163:14
**profiles** 62:22 64:2
64:3,9,14,24 65:18
66:3,5,17 87:6
133:17 172:2
**program** 34:15
**prominent** 127:25
**promise** 111:22
114:9 154:25
**promised** 94:21
107:15 108:2
109:4 110:8
172:18,20
**prompt** 43:15
**prompts** 135:14
**proper** 50:15
**properly** 40:14,16
**property** 60:4
99:12 139:15
143:23,24
**proposed** 101:12
**protect** 36:5,10,13
36:20 38:3,5,9
39:10,24 45:24
75:15

**protected** 113:14
**protecting** 130:17
**protection** 20:8
70:18
**protocol** 157:15
**proven** 86:1
**provide** 11:3
17:16 57:10 67:9
85:1,7,10 96:18
102:23 127:15
140:4 161:1,16
**provided** 37:13,14
53:25 85:3,5
113:13 156:14,16
160:12 161:8
177:5 181:19
182:8
**provider** 32:6
41:13 42:1,20
43:16
**providers** 42:5,8
115:13
**provides** 57:6
103:3 104:23
118:8
**providing** 137:7
160:18
**pseudo** 172:2
**pull** 21:22 149:16
173:14 174:8
**pulled** 107:11
**pulling** 21:20
151:6
**pulls** 157:19
**pure** 63:24
**purported** 77:10
102:7
**purpose** 172:11
**purposes** 108:13
155:23,24

**put** 26:10 34:24
49:20 84:18 88:12
95:15 101:23
106:11 137:1
138:16 139:19
142:10 148:7
157:16 163:5
173:12
**puts** 97:11 130:7

**q**

**quality** 15:16
**quasi** 163:12,14
**query** 99:17
**question** 10:19,21
11:6,15 13:3,12
16:21,21,23 18:2
20:6 25:22 29:3
30:11 31:12 37:16
41:24 45:11 47:17
47:25 55:5,7 56:5
60:25 61:2 62:21
67:1,6 68:13 79:1
82:2 91:16 94:2,7
101:2 107:23,23
108:1,6,10,25
111:13,16 112:21
112:22 116:18
117:2,3,3 118:2
121:6,25 126:24
127:11 129:19
133:20 137:24
138:13 140:21
141:12 144:22
145:12 150:10,15
151:12 155:6,9,10
155:11 161:17
166:20 167:20
169:12,22 172:11
172:16 175:22
176:9,12

**questioning**
159:24 175:8
**questions** 5:12
10:16 11:9,10,20
12:9 16:17 18:15
45:16 91:5 135:4
146:12,12 155:8
168:14 171:19
173:22 174:14
177:24
**quicker** 37:2
**quickly** 34:6 90:25
112:13
**quinn** 4:4 8:24 9:1
**quinnemanuel.c...**
4:9,15
**quite** 35:24 92:13
116:18 140:5
**quote** 16:9 52:24
64:25 70:24
**quoted** 165:25

**r**

**r** 43:20,20 118:7
183:3,3
**r&os** 88:13
**r&s** 182:1,9
**radio** 16:12 17:3,8
**raise** 9:9
**raising** 78:25
**ramps** 141:7
**ran** 97:16
**range** 33:18
108:14
**rare** 71:14 72:1
79:14 80:14
**rarely** 71:24
**rarer** 80:15
**rate** 72:1
**rates** 137:7
**rational** 20:7

Veritext Legal Solutions
866 299-5127

[rationalization - related]

**rationalization**
17:15
**rbaeza** 3:11
**read** 22:20 23:6
24:10 28:23 29:3
30:24 49:6,10,12
49:24 51:15 54:12
54:13,14,20,24
56:4,6 68:17,25
71:12 86:6 90:3,9
90:25 92:12 96:10
104:24 105:5
109:20 123:6
125:8,22 128:16
147:20 149:4
167:9,24 168:10
169:14 170:12
173:6 175:15
**reading** 54:21
82:13 86:18 147:9
148:15,16,18
164:10 181:23
182:9
**reads** 48:19
**ready** 146:3
**real** 145:11 155:15
**really** 43:1 90:25
112:13 114:17
137:6 138:14,16
139:14 143:1
145:5,7 166:8
169:9
**reason** 11:3 31:16
57:13 59:24 98:19
151:24 171:4
183:6,9,12,15,18
183:21
**reasonable** 36:12
38:4 39:2 62:10
65:1 99:5 119:10
132:2,15

**reasons** 24:22
35:19
**reassigns** 41:17
**recall** 19:17,19
20:12,17,20,24
21:12 27:13 36:18
37:2 52:18 55:16
60:18,19 73:23
75:14 76:24 77:4
80:22 82:13 87:13
87:16 88:9 92:17
93:17 106:13
124:14 146:3
148:15,16,18
152:18,19,20
156:20,21 160:15
160:18 161:6,16
161:18,19 166:15
173:21 175:2,4,8
**receipt** 120:19
**receive** 67:15
85:22 99:10
108:11 109:25
111:22 114:4
133:3
**received** 71:16
78:3 144:6
**receives** 103:22
122:2
**receiving** 54:16
55:1 94:23 97:15
104:7,17 107:16
108:4 109:5 110:9
112:2,25 121:11
143:22 144:2
**recess** 47:6 74:22
106:5 135:24
162:17
**recognize** 43:11
**recognizing** 35:18
84:5

**recollection** 20:1
20:22 27:15,17
51:18 54:20,21,23
75:21 77:6 82:16
92:20 94:11
106:21 148:25
149:13 153:2
156:16,22
**recollections**
164:1
**reconstituted**
172:3,7
**reconstitution**
163:12
**record** 8:6,15
15:13 19:5 45:11
46:25 47:4,7
53:22 62:16 67:24
68:4 74:16,20,23
105:7,12 106:1,3,6
108:17 123:17
124:8 134:17
135:21,22,25
147:11 161:5
162:13,15,18
165:22,23 168:17
178:4 180:14
**recorded** 1:15
2:14 8:8 62:5
180:11
**recording** 8:15 9:6
63:9
**records** 109:19
**recourse** 97:23
171:2 177:5
**recovery** 155:7,12
156:25
**refamiliarize**
151:13
**refer** 14:13,14
28:10 50:13 68:1

70:8 71:1 113:16
131:16 138:21
143:7
**reference** 110:16
114:1 119:17
170:17 172:24
174:22,23
**referenced** 22:12
113:17 176:16
181:6
**referred** 21:11
63:8 64:2 94:16
**referring** 21:16
22:3 29:4 63:24
64:8 67:8 69:2
109:17 112:5
**refers** 98:21 100:4
170:18 175:9
176:13
**reflect** 15:13
**refresh** 18:11,11
42:2 147:9 158:3
**refreshes** 41:13
**refreshing** 37:10
**regard** 14:20
24:11 82:18
125:17 126:2
149:14
**regarding** 37:16
**regardless** 44:7
57:7 130:19
147:25
**regular** 70:5
165:12
**regularly** 51:13
**reiterate** 170:25
176:12
**related** 17:8 52:25
84:13 149:3
173:23 175:24
180:17

[relates - right]

**relates** 166:12
**relationship** 21:2
 139:4
**relative** 170:8
**relatively** 42:24
 102:21
**relay** 25:3 45:18
**relayed** 29:9 30:6
 31:1 109:21
**relaying** 122:9
**relays** 28:22 29:15
 29:25
**release** 164:2
**released** 181:21
**relevance** 78:21
 122:12
**relevant** 45:19
 51:2 122:15
**remain** 139:16
**remember** 20:21
 36:14 52:11 73:21
 75:15 82:19 88:5
 88:7 91:10 114:25
 129:6 146:8
 147:20 163:23
 174:13 177:10,11
**remembering** 46:1
**remembers** 36:22
 36:25
**remind** 45:9
**remote** 1:16 2:15
 9:5 11:20 15:14
**remotely** 8:11
**renamed** 16:8
**repeat** 107:22
 108:24 124:5,6
**rephrase** 11:8
 25:22 61:2 104:12
 116:5,19
**replied** 140:22

**reply** 127:20
**reported** 1:23
**reporter** 8:18 9:8
 9:16 10:11 70:1
 74:16 75:23
**represent** 55:14
 92:22 94:15
 108:18 166:22
 167:5 169:7 172:8
**representation**
 91:21,22 92:5,7
 114:3 133:12
**representations**
 66:8
**representative**
 173:1
**represented** 112:1
 112:24 175:4
**representing** 8:24
 9:3 21:3 168:18
**represents** 128:2
**reproduced**
 167:17
**request** 31:20,21
 41:3 45:1 53:2
 63:25 99:12
 140:19,19 147:4
 157:13,20 158:23
**requested** 182:1,9
 182:10
**requesting** 44:11
 157:19
**requests** 159:4,6
**required** 69:19
 140:13 148:23
**requirement** 50:4
**requires** 40:2
 159:24
**rereviewed** 93:19
**researching** 80:8

**reset** 43:7
**resources** 125:9
 125:12,20,24
 126:6 127:23
 168:12 174:18
 175:10
**respect** 176:6
**respond** 31:20
 102:5 169:23
**responded** 19:15
 20:13 81:24
**responding** 36:19
 82:14
**responds** 89:13
**response** 7:7,11
 31:3 36:18 39:13
 41:3,5 45:2 63:25
 89:21 99:13 100:7
 138:15 146:24
 147:16,20 148:4
 150:22 151:10,25
 152:12 154:8
 158:14 159:24
 171:25 172:16
**responses** 6:8,20
 7:18 37:5 88:20
 89:2 146:16
 150:25 157:7
**responsible** 17:11
**rest** 24:10
**restate** 83:9
 100:16 101:10
 112:18,19 129:13
 137:24
**restroom** 134:25
**result** 130:12
 140:10 142:2
**results** 46:18
 99:18,22 129:17
 135:7

**retail** 38:15
**retaining** 172:19
**retention** 130:17
**retired** 76:19
**retrieve** 62:3
**return** 85:1 99:18
 181:17 182:6
**returned** 99:22
**reveal** 12:25 13:13
 13:15 47:18 61:8
 159:24
**revealing** 19:10
 161:23
**revenue** 17:12
**review** 13:6 14:5,7
 18:14 48:14 49:22
 55:19 77:17 87:19
 87:23 91:11 92:16
 107:19,24 112:12
 112:13 123:19
 125:22 165:24
 181:8,10,13 182:2
**reviewed** 14:4
 25:4 36:16 48:22
 51:17 57:16 81:3
 81:7 87:21,24
 91:11 93:13,14
 106:18,24 110:10
 123:21 125:18
 128:23 129:4
 131:7 148:20,21
 148:23 152:25
**reviewing** 87:13
 106:13
**reviews** 107:23
**right** 9:9 10:2
 11:17 12:1,5,14
 13:4 14:11,20
 15:7,15 16:19
 17:23 18:23 19:3
 19:6 21:10,15

Veritext Legal Solutions
866 299-5127

[right - schapiro]

| | | | |
|---|---|---|---|
| 24:9,9,22 26:1,20 | **rights** 20:8 140:2 | **san** 3:15 16:10 | **scan** 105:8,15 |
| 27:12,18 28:10,22 | **ring** 148:11 | **sandwich** 106:12 | **schapiro** 4:5 5:9 |
| 29:15,18 31:1 | **ritter** 43:18 | **satisfactory** 177:6 | 8:23,23 9:20 |
| 36:20 37:11,23 | **rmcgee** 3:24 | **save** 28:13,19 30:6 | 12:24 13:7,17 |
| 38:6 40:11,23,25 | **rock** 1:17 2:16 8:1 | 125:14 | 16:5,16,19 18:8,15 |
| 41:13,15 42:25 | 12:6 17:22 | **saved** 27:8 29:8 | 18:18 20:21 21:21 |
| 44:9,18,19,25 46:5 | **rockwood** 1:24 | 30:14,23 31:8 | 24:1 25:21 29:23 |
| 46:13,15 49:7 | 2:18 180:4,25 | 133:8,23 | 32:24 36:14,24 |
| 51:3 52:22 54:25 | **rogs** 88:13 | **saves** 30:9 35:12 | 37:8,21,22 39:7 |
| 55:1 56:2 57:14 | **room** 11:22,23,25 | 35:12 | 41:23 44:13 45:10 |
| 58:17 61:8,24 | 58:7 90:6 | **saving** 30:2,3 | 45:14 46:4,20,23 |
| 63:19 64:12 65:22 | **rosas** 1:24 2:19 | **savvy** 118:6 | 47:2,9,24 49:25 |
| 66:12 67:2 68:15 | 8:18 180:4,25 | **saw** 19:12,14,17 | 50:18 51:19 52:2 |
| 69:23 70:6,17 | **rossana** 3:6 9:5 | 20:14 81:15 82:3 | 52:7,15 54:22 |
| 71:6 75:13 79:11 | **rosy** 3:6 20:23 | 121:7 127:14 | 55:4 56:4,9,13,15 |
| 83:1 85:4,6 86:9 | **rough** 33:13 | 134:5 | 57:9 58:5,17,21 |
| 87:6,8 88:16 89:9 | **roughly** 73:19 | **saying** 29:25 30:7 | 61:1 63:8 64:2 |
| 91:14 92:17 93:25 | 101:17 | 30:10 41:8 46:14 | 66:18 67:7 68:14 |
| 95:15,17 96:17 | **route** 41:4 | 55:2 59:14,17 | 71:6 72:17 74:7 |
| 100:1 101:17 | **router** 38:17 44:24 | 60:1 78:7 82:14 | 74:10 75:8,13,24 |
| 102:1,7,19 103:15 | 44:24 45:3,7,21 | 90:10,17 98:5 | 76:1 79:2 81:11 |
| 105:25 106:12 | **router's** 45:1 | 102:5 103:21 | 81:25 86:16 88:12 |
| 107:12,21 112:16 | **rpr** 1:24 2:19 | 109:24 128:7 | 88:16 89:6 90:5 |
| 114:17 117:13 | 180:4,25 | 140:17 141:1,18 | 90:13,18 91:20,24 |
| 121:21 122:3,6 | **rule** 57:12 72:2 | 156:18 175:19 | 92:7,14 94:3,14,20 |
| 123:12,22 124:14 | 79:17 | **says** 28:15 30:22 | 95:4,18 96:4 99:8 |
| 124:20 125:4,20 | **rules** 182:8 | 32:9 50:7 54:8,9 | 100:25 101:5,18 |
| 129:10 130:7,24 | **run** 117:1 140:2 | 55:13 57:22 69:6 | 104:12 105:3,6,7 |
| 135:21 138:5,22 | 140:14 | 71:8 85:21 89:12 | 105:17,20,25 |
| 145:1,9 146:3,19 | **running** 80:19 | 93:9 97:9,9 100:5 | 106:8 107:5,25 |
| 146:22 148:12 | **runs** 63:1 64:7 | 104:3,16 108:15 | 108:11,17,21,24 |
| 151:9 152:8,10,21 | **ryan** 3:20 9:4 | 109:11,16 110:16 | 111:5 112:7,11,14 |
| 154:21 155:4 | 20:23 | 113:11 124:22 | 112:20 115:19 |
| 157:1,22 158:8 | | 125:21,23 126:5 | 117:4,13,14 |
| 159:3,9 160:2,14 | **s** | 129:11,15,19 | 118:21 119:4,24 |
| 161:21 162:20 | **s** 69:17 70:11 | 133:1,5,7 135:7 | 120:8,18 121:1 |
| 165:5 168:13 | 183:3 | 147:1 152:4,12,23 | 122:1,25 123:9 |
| 169:3,24 171:20 | **safari** 73:5,16 | 159:11 164:6 | 124:3,8 126:22 |
| 172:18 174:13 | **sales** 16:8 | 167:21 168:1,7 | 127:13 128:7,22 |
| 177:2 | **sample** 161:1 | 170:3 174:10,17 | 128:24 132:22 |
| | **samples** 161:16 | | 135:2,6 136:2 |

138:11,18 142:22
146:7,11,19
147:18,21 150:11
150:25 151:4,18
151:23 152:3,10
154:15,25 156:9
157:10 158:6,8
160:4 162:4,13,20
163:1,21 166:1,13
167:4 168:20,25
169:21 171:11
172:15 175:21
176:8 177:21,25
**schapiro's** 117:9
161:21
**schedule** 181:10
**schiller** 3:4 9:3
**school** 18:25 31:24
32:1
**science** 17:21,22
**scope** 72:11
**screen** 6:6 12:10
12:18,20 15:5,5
18:10 21:12,18
22:2,2,4 24:11,17
26:8 28:12 30:22
49:1 58:9 70:7
74:6,6 76:4 78:6
80:22,25 81:10
83:25 84:8 85:10
114:15 115:1
116:15 117:21
125:18 126:11
127:14,17,25
148:13 169:12,14
170:12,17 171:9
173:13,14 175:18
**screenshot** 58:9
**scroll** 37:11 95:24
102:20 125:4
147:3

**se** 3:7
**search** 7:3,4 19:21
99:17,18,22
128:11,12 129:4
130:20 131:3
135:7 149:8,11
163:10
**searched** 71:25
**searches** 133:7,22
135:8
**searching** 19:22
35:24 150:4,6
**second** 3:7 6:15
7:19 14:15,17
21:12 24:19,21
25:13 26:1 30:17
31:22 58:4,8
67:23 68:3,9
85:16 88:19 89:10
89:17 90:22 93:2
94:24 95:11
107:24 114:2
123:1,2 129:9,15
134:8 155:19
157:7 167:10
173:16
**section** 28:17
52:10 53:15,18
56:8 95:6 102:13
102:16 109:7
110:6,11 123:25
125:5 126:10
129:4 147:9 167:8
167:23 168:9
170:18 174:10,12
**sections** 94:21
**see** 12:20 16:25
18:16 21:25 22:5
22:18,22 23:1,17
23:25 25:15 26:3
26:13 27:2 28:15

28:16,17 33:4
37:10,20,25 47:2
50:7 52:3,8,10,22
53:3,4,17,18,19
55:13 57:25 58:25
59:1 68:11,18
69:4 70:18 71:11
71:15 74:7,11,12
74:13 78:6,7
85:19,21 89:12,16
89:23 90:23 91:13
92:12 93:7,11,12
96:3 102:13,16,17
102:19,21,21
103:1 104:15,18
105:11,20 107:9
109:10 110:12
114:12 115:1
117:7 123:22,24
123:25 124:21,24
125:6,7 128:22
129:16,22 132:22
133:5 135:7
141:15 142:14,14
143:17 146:20
151:3 152:12
153:23 155:2,5,6
158:8,13,14,15,20
161:18 164:20
167:6,13,14,19,21
167:23 168:2,5,8,9
168:21 170:2
174:19,20,23
175:1,24 177:16
**seeing** 20:3 21:1
76:24 158:3
**seen** 26:15 49:3
51:3,4 52:14
64:13 71:19,25
72:2 76:4 81:17
82:5 111:9 119:21

120:4,7 122:16
124:12 128:24
129:1 133:24
174:3
**self** 60:4
**sell** 51:6 136:3,10
136:17 137:12,14
137:17,19 138:3
**selling** 53:13
138:15
**send** 105:8,22
**sending** 146:21
**senior** 15:9,11,15
17:10
**sense** 33:13 35:5
36:7 44:15 99:24
106:17 117:14
139:25 155:7
163:6
**sensitive** 8:12
57:24 58:23 59:5
59:16,19 158:10
158:19 159:1
**sent** 71:9 78:17
**sentence** 22:16,19
22:22 23:2,4,8,18
23:19 24:19,21
25:14 26:1 27:7
27:14 28:11 68:17
68:23 71:7,12
86:19 95:14 96:5
96:13 97:12
104:10 113:11
114:2 124:22,25
129:9,15,19
152:21 167:9,24
170:7
**sentences** 96:9
**separate** 23:15
28:23 44:10

Veritext Legal Solutions
866 299-5127

[separation - solicitation]

**separation**  23:10
**serialization**  160:8
  160:10
**seriously**  65:21
**seriousness**  162:8
**serve**  40:19,20
  99:16 115:21
  121:12,22 122:8
  122:10 144:4
**served**  120:3,3,4,5
  120:7,8,15,16,21
  121:3,5,7,10 122:6
**server**  157:20
**servers**  31:1
**serves**  38:17
**service**  6:16 15:6
  25:3 28:9 32:6
  42:1,20 43:16,17
  45:22 48:25 53:9
  58:10 67:12 81:8
  83:25 84:9 85:9
  87:9,14,20,22,24
  88:23 91:7 92:2
  92:18,21 93:25
  106:23 115:13
  118:7,11,12
  170:19 175:7,17
  176:17 177:13
**services**  25:8
  84:20 96:1,5,13
  99:17 101:4
  102:25 103:5,6,8
  103:11,18 109:22
  112:3 113:1 114:4
  114:10 115:17,18
  115:21 116:1,10
  116:12,24 117:6
  120:19 142:5
  143:1,2 144:7,9,12
  144:15 147:6,13
  149:5 153:16

157:3 175:5,12
  177:15,16,19
**serving**  117:18
  119:6,8 121:13,14
  122:11
**session**  24:15
  32:17,25 33:1
  53:22 59:12,22
  66:20 70:9,9 72:4
  74:15 75:4 77:9
  80:1,7 87:4 99:19
  99:23 100:10,11
  100:19,20 101:1
  101:15,15 103:18
  111:4 130:3 135:9
  135:13 159:3,5,20
  160:8 163:15
**sessions**  65:20
  70:24 77:7 160:21
**set**  6:9 7:12,19
  31:14 35:12 37:5
  54:6 73:25 87:19
  88:1 143:16
  150:25 154:8
  155:19 156:17
  157:8 180:7
**sets**  61:8
**settings**  70:14
  75:18 76:2,6,11,24
  83:13 96:14
  113:20 129:17
  130:12 149:10
**setup**  11:21 39:8
**seventeen**  158:2
**share**  18:7,10
  21:22 51:25 85:25
  86:18,20 107:7
  110:17 135:15
  136:10
**shared**  43:9 45:8
  57:5 63:2 98:11

109:14 114:11
  135:14 147:6,14
  160:21
**shares**  50:24,25
**sharing**  50:1,13
  53:11,14 56:25
**short**  123:5 128:15
**show**  37:1 71:25
  107:5 122:25
  123:1
**showed**  125:23
**side**  17:12 24:13
  31:11 71:22 80:16
  140:16 141:4,5
  158:5
**sign**  40:9 129:16
  161:12 181:16
  182:5
**signals**  154:17
**signature**  180:24
  181:21,23,23
  182:9
**signed**  130:10
  172:25
**significantly**
  125:15
**signing**  103:22
  130:9
**silicon**  16:7
**silly**  75:25
**similar**  9:25 74:3
  118:17
**similarly**  1:6 2:6
  115:25 126:10
**simply**  125:21
  131:11
**single**  23:14 43:23
  44:25 45:6 59:5
  72:3 177:13
**sir**  9:16 12:13 21:5
  21:9 68:6 85:18

93:5 101:12
  107:10 113:6
**sit**  39:12 138:18
  166:1,2
**site**  30:12,14,23,25
  40:8,19 50:8 53:9
  57:6 62:17 63:11
  63:13 76:7 97:16
  98:9 100:2 116:12
  119:3 120:13
  122:5,7
**sites**  19:25 48:23
  57:13 86:25 87:2
  110:17,18 122:11
  125:10,20,25
  126:6,7,8 127:23
  133:8,22 149:14
  149:17 168:12
  174:18 175:11
**sitting**  12:18
**situated**  1:6 2:6
**situation**  29:1 62:7
  63:5 97:22 143:18
  176:24
**situations**  42:11
**six**  42:25
**skill**  180:15
**skip**  88:18 146:12
**slightly**  168:21
**small**  32:14
**smart**  16:3
**sms**  155:12
**snapshots**  109:19
**software**  17:17
  18:23 159:12
**sold**  137:15
**solely**  69:18 81:10
**solemnly**  9:12
**solicitation**  172:25
  173:4,5

[soliciting - subscribed]

soliciting 19:15
solid 16:2
solutions 8:19
  181:7
somewhat 112:20
soon 164:17 165:6
  169:9
sophisticated
  64:10
sorry 16:17 29:18
  30:5 31:12,13
  44:21 46:4 56:7
  61:17 73:6 74:24
  75:3 89:17,24
  90:8,18,24 95:9
  98:4 100:3 103:24
  112:5,7,18 114:13
  116:19 129:13
  133:11 145:19
  148:6 151:16
  152:2 155:10
  157:24,25 163:21
  166:16 167:10,20
  171:15 175:18
sort 10:22 40:19
  102:19
sounded 79:7
source 155:9
south 4:12
space 40:18 44:1
  69:11 115:12,23
speak 10:13 35:20
  35:21
speaking 156:3
special 159:14
specific 20:1,17
  27:15,17 31:5
  41:1 51:18 54:19
  62:10 75:21 76:17
  77:6 84:14 88:9
  95:12 113:12

117:5 123:16
  137:10 140:9
  141:16,24 149:13
  149:19 156:22,24
  165:21 177:16
specifically 10:24
  19:14,19 20:20
  27:24 40:24 47:13
  72:8 83:16 98:21
  106:15 117:11
  136:4,24 138:23
  140:3 145:14
  149:1 175:14
spectrum 49:12,15
speculate 50:15
  120:13 127:12
speculation 32:20
  70:21 120:11
  121:18 126:17
  127:9
speculative 120:23
speed 152:8
splash 6:6 15:4
  21:12,18 22:2
  28:11 49:1 58:9
  76:4 80:22,25
  81:10 83:25 84:8
  85:10 114:15
  116:15 117:21
  125:16,18 126:10
  127:14,16,25
  164:5 169:12,14
  170:12,16 171:9
  175:18
spoke 20:12
  134:19
spot 148:7
spy 36:1
ss 180:1
stamp 123:12

stand 120:25
standalone 43:24
standard 2:17,17
  34:7,21 70:7
standing 124:1,3
stands 129:5
start 48:1 63:9
  72:22 106:18
started 34:6 83:11
  129:3 136:16
  165:6
starts 68:12
state 8:21 9:12
  19:8 44:8 116:15
  132:14 179:2
  180:1 181:9,12
stated 60:8 96:20
  113:17 119:11
  133:19 159:18
  165:22 177:3
statement 23:14
  26:7 27:1 43:5
  63:17 69:14 86:2
  110:4,22 114:23
  127:21 128:3
  134:8 135:12,17
  140:20 171:16
  177:17
statements 22:8
  22:23 23:15 94:12
  107:14 108:1
  109:3 127:14,15
states 1:1 2:1 17:8
  30:18 52:23 60:13
  84:18 98:22 115:8
  119:12,14,18
  131:11,13 132:20
  133:14 168:11
  170:20 171:2
  176:17 177:9

static 42:9,9,17,21
stating 30:19
  96:16
stay 48:7
steaming 17:3
stenographically
  180:11
step 10:17 67:2
  102:1
steps 38:11 75:14
  83:6 149:17
stick 79:18
stipulate 166:11
stipulation 181:20
stop 68:22
stopped 77:11
store 109:17,24
  110:2
stored 32:14 66:4
  67:4 110:20
  113:13 163:13
story 20:13 21:1
  81:15 82:3
street 3:7,14,21
  4:12
strike 24:21 59:3
  97:8 107:13 110:6
  114:7 126:23
  142:19 175:3
strong 33:24 38:16
  38:17 120:15
  121:3,8 127:11
struck 139:10
stuff 67:4
subject 10:8 37:24
  147:2 158:17
submissions 33:8
  51:12
submitted 15:3
subscribed 164:10
  180:20

[subscriber - terms]

**subscriber** 7:14,15
154:5,11 155:2
156:5,13
**subsequent** 61:7
147:15
**sufficient** 50:12
**sufficiently** 138:14
**suggesting** 81:18
81:19 82:6,7
**suggestions** 135:7
**suit** 27:4 136:16
**suite** 3:7 4:6 143:8
144:8 153:18
**sullivan** 4:4
**summarize** 138:22
**summarizes** 140:8
**super** 36:1
**supervision**
180:12
**support** 28:5
34:23 74:2
**supported** 27:22
34:21
**suppose** 49:11
57:5,5 59:7 72:8
72:14 78:25
145:24
**supposed** 130:9
**sure** 10:2,17 14:8
14:9 17:14 18:13
21:21 22:11,20
24:6 26:17,19
29:2 30:20 33:21
35:14,20 38:14
42:2,3 43:8 45:17
46:13 47:1 48:20
49:19 56:13 58:20
64:10 67:9 68:18
69:18 72:7 78:21
79:4 82:21 84:2
85:17 91:1,2

95:20 100:17
101:11 105:10,24
106:20,24 107:25
109:2 111:23
112:14,15 115:3
116:25 118:3
121:24 122:25
127:10 129:14
130:11 134:4,13
135:5 137:15,18
137:20,24 138:21
143:12 145:21
147:8 152:22
153:15,20 154:20
156:25 157:14
162:14 163:21
164:9
**surf** 72:18
**surfed** 126:16
127:3
**surfing** 46:15
122:3 163:2
**surreptitious**
57:23 163:8
**surreptitiously**
172:6
**suspect** 82:7 99:13
125:16 139:6
145:2
**suspend** 80:9
**svk** 1:6 2:6
**switch** 35:3
**sworn** 9:7
**sync** 69:16 70:11
70:17
**system** 38:15
110:19
**systems** 151:5

**t**

**t** 43:20,20 118:7
157:13 183:3,3
**tab** 15:5 18:10
22:2,5 35:11 58:9
102:19 134:21
**tabs** 33:22 72:4
80:4,11
**tags** 53:24,24
**tailored** 71:15,20
**take** 8:15 11:13
17:25 27:9 36:9
36:12,20 38:2,4,9
39:10,23 45:24
47:1 52:7 53:15
55:21 74:18 75:7
75:15,20 85:15
91:6 93:2 94:14
102:2,3 103:9
105:4 106:25
107:12,20 110:11
113:3 114:7,13
123:20 128:10
135:1 145:4
146:15 154:4
156:3,18 157:4,22
166:13 167:7
168:16 170:16
**taken** 2:14 83:6,6
83:14 149:17
175:23 180:7
**takes** 141:22
**talk** 61:11 64:8,24
**talked** 73:24 99:12
120:2 139:10
148:19 161:14
163:8 170:1,5,24
177:8
**talking** 35:6,7
44:18 45:23 75:14
127:4,5,5 132:9

136:4
**talks** 58:22
**tampa** 3:22
**target** 117:18
**targeted** 71:9 72:9
72:13 117:18,24
**tech** 40:18 44:1
101:22 115:12
117:17 118:5
119:2,6 120:6
**technical** 17:16
34:14 141:4
**technically** 32:7
**technologies** 17:18
**technology** 8:10
15:10,17,19 17:12
17:15 38:19 63:25
119:2 120:9,13
157:14
**telco** 42:12
**tell** 14:24 18:1
50:1,25 52:20
55:8 94:20 123:14
123:15 138:19
141:4 170:13
173:2
**telling** 14:23 26:7
80:21
**tells** 85:12 104:6
**temporarily** 92:24
**ten** 47:1,2
**term** 41:23,25
51:8 71:24
**terms** 6:16 12:21
15:5 22:9 25:3
27:20 48:24 50:25
52:18 58:10 60:17
81:8 83:25 84:8
85:9 87:9,13,19,21
87:24 88:23 91:7
92:2,18,21 93:25

Page 34

[terms - tracking]

94:4 100:3 106:23
148:23 170:19
175:17 176:17
**test** 134:3
**tested** 134:4
**testified** 96:21
104:21
**testify** 81:24
111:17 133:10
**testifying** 10:9
**testimony** 9:24
11:4 19:4 21:12
56:20 73:24 81:5
81:23 104:9 120:2
148:21 161:15
180:6,9,14
**texas** 16:10
**text** 32:14 34:18
**texts** 12:11
**thank** 9:8,11,16
52:5 56:11 90:23
97:4 105:5 106:10
107:21 151:15
167:19 168:13
170:11 171:17
177:23,25
**thanks** 37:22
92:15 108:5 169:3
178:2
**thereof** 180:19
**thing** 28:21 29:15
30:1,2 34:19
44:17 68:25 123:6
131:5 139:11,14
163:17,20 170:2
**things** 10:4 15:4
18:20 23:13 25:24
64:18 71:25 82:17
83:13,18 102:22
102:23 129:12,21
129:23 130:5

131:9 143:9
160:13 161:24
172:3
**think** 14:15,17,21
15:20 17:24 19:3
19:23 20:6 21:11
22:13 26:5 29:9
29:15 34:9 35:16
38:4 39:4,11 40:4
40:10,16 44:18
49:9 51:7 57:14
57:15 59:9 60:4,4
60:15,25 63:22
66:13 67:1,2,5
68:5 70:14 72:15
73:11 75:3,6 76:9
76:19 77:7,21
80:20 82:12,13
84:8,12 87:20
88:15 90:11 91:18
91:20,23 92:19,24
92:25 98:16,25
102:1 106:18
112:9,19,21
114:21,23 115:10
117:10 119:1,24
121:14 125:2
126:12,24 128:7
132:14,24 134:19
135:14 136:8,15
136:23 137:3
138:4 139:12
140:7,8,9 142:1
143:7 148:5,22,24
149:15 153:4,4
155:5,7,21 156:23
161:5 163:19
166:14,21 169:1
171:7 172:13
176:4,10

**thinking** 18:18
62:1
**third** 7:11 31:6
32:3,10 62:14,18
63:6 76:3 112:3
113:1 114:5,10
115:12,16,17
116:9,12,23 117:6
122:5 126:8
134:20 154:8
**thought** 18:24
37:2 38:10 65:24
82:8 83:2 132:9
132:11 138:13,17
**thoughts** 60:3,6
84:6,11 139:16
**thrash** 19:1
**three** 42:25 72:23
95:25 148:5 168:6
**throw** 173:18
**time** 2:17,18 8:21
11:6 20:9 33:5
35:11,13 39:17,19
42:10 43:13 45:10
46:21 47:5,7 53:2
53:23,23 54:4
57:13 66:19 73:7
73:7,22 74:21,23
75:1,9 88:6,9 89:9
89:14 91:3 92:25
105:4 106:4,6
107:20,24 120:20
123:10,12,15,20
127:6,6 135:23,25
136:15,16 162:16
162:18 168:14
173:19 178:1,4,6
180:7,8,10 181:10
181:18,24 182:7
**timeline** 93:21

**times** 33:18 38:18
43:6,12 45:14
49:22,24 80:16
87:21 89:16 96:12
139:18 169:13
171:18 172:4
**today** 11:4 80:20
92:6,8 96:12
138:18 163:8
165:25 168:14
169:13 171:19
**today's** 174:2
178:3
**told** 22:24 54:24
57:14,15 65:3,7
77:21 82:24 87:8
90:8 94:6,12
103:13 120:23
122:14 138:4
139:1 153:4,6
169:2 170:6
**tools** 115:17 116:4
116:5 118:17
143:7
**top** 24:8 52:2
107:6 124:21
152:4 167:21
170:1
**topic** 39:2 71:25
**topics** 160:14
**topology** 44:7
**total** 162:23 163:5
**totality** 170:16
175:23
**tough** 38:25
**town** 118:14,15,16
**town's** 119:2
**trace** 161:1
**track** 159:15
**tracking** 65:7

Page 35

[traffic - use]

**traffic**  41:4 44:11
  116:2
**transcribed**
  180:12
**transcript**  29:14
  181:6,8,10,13,13
  181:21 182:2,2
**transmitted**
  110:20 111:11,12
  140:15
**trash**  101:23
**trial**  9:24 86:1
**tribune**  118:15,15
**tribune's**  118:16
**tried**  118:3 136:17
**trouble**  56:11
**true**  33:10,12 40:7
  40:10 66:7 127:21
  131:8 162:23
  172:7 179:3
  180:13
**trujillo**  1:5 2:5
**truly**  32:23 139:14
  145:5,7 163:5
**trust**  65:4,6 139:2
  139:8,9,25 145:2
  171:4
**trusted**  134:6,7
  139:8
**truth**  9:13,14,14
**truthful**  11:4 43:5
**try**  10:16 11:7
  26:21 48:17
  105:10 169:8
  175:16
**trying**  28:24 117:2
  117:9 146:8
**turn**  85:17 174:9
**two**  16:17 18:2
  22:23 56:10 59:4
  71:5 87:21 96:9

125:1 127:23
  135:1,3 145:20
  160:14
**type**  17:3 50:9
  54:5 60:1 62:2
  121:16 137:1
**types**  14:24
**typically**  48:19
  73:16

## u

**ubiquitous**  45:21
**uh**  74:1 113:5,7,10
  151:7
**ultimately**  61:8
**unclear**  88:4,4
  94:7 106:22 111:7
**underneath**  113:8
**understand**  10:5
  10:10,11,14,15
  11:2,7 15:3 16:1,3
  20:6 22:11,14,23
  23:11,12,22,24
  24:1,4,14 25:2
  26:11 28:5 29:2,4
  31:4,19,23 32:4,7
  32:16 33:2,7
  40:18 41:2 42:7
  44:6 45:17,20
  47:15 48:21 50:18
  59:4 62:15 66:16
  67:13,17 70:2,4,10
  71:13,18 72:12
  86:17 94:1 95:15
  101:25 103:10,12
  103:13,18 115:9
  116:13 117:8
  118:4,8,19 125:11
  131:21 132:1
  135:12 143:21,23
  143:24,25 149:6
  150:4,6 155:5,9

163:22 175:19
  177:19
**understanding**
  13:4,5,7,9 14:1,9
  15:21 22:9,13,19
  23:8,19 25:9
  27:11,12,18 32:11
  32:13,22,24 33:6
  39:3 41:19,20
  44:2 47:21 61:9
  69:9 71:3 77:22
  80:21 81:1 84:4
  91:15,24 92:1
  98:7 101:12 103:9
  115:11 121:8
  157:21 170:9
  171:22
**understood**  11:1,9
  13:2,25 16:20,21
  18:16 19:12 24:25
  27:21 38:12 39:14
  47:20 77:9 86:10
  121:2,13 126:2
  149:4 161:25
  162:2
**unfortunately**
  146:22
**unidentifiability**
  24:9
**unidentifiable**
  22:15 60:18,22
  61:4,5,5 117:22
  170:2,6
**unique**  159:14
  160:6,11,12
**unit**  43:22,23
**united**  1:1 2:1 17:8
**university**  17:22
**unlawfully**  158:11
**unquote**  64:25
  70:24

**unsure**  123:9
  138:13
**update**  165:12
**updated**  76:4
  87:22 94:13,15
**updates**  165:13
**upgraded**  164:4
**uploading**  146:5
**upstream**  130:2
**url**  54:3 62:2
  167:16
**urls**  109:18 172:4
**urquhart**  4:4
**usage**  140:18
**use**  6:17 15:14
  22:17,21 23:1,17
  23:24 26:21 27:23
  33:25 34:7,10,10
  35:17,24 36:7
  38:14,19,20 39:16
  39:18,19,23,25
  40:6 42:20 43:16
  46:14 50:8,8
  52:25 53:22,24
  57:1,6 60:11
  65:16 72:18,20
  73:6,9,14,15,17,23
  79:2,4,13 82:24
  83:5,18 84:20,24
  85:1 86:15 88:24
  96:1,5 97:5,25
  102:25 103:6,11
  114:18 115:12,17
  118:11,17,25
  124:23 125:3
  129:16 133:1
  134:25 142:19,24
  142:25 143:11,14
  143:16,19,25
  144:11 149:20
  153:17,17,17,18

Veritext Legal Solutions
866 299-5127

[use - waste]

**value**  36:3 65:21
  85:4 86:1,9,14
  137:3,22 138:5,9
  144:6
**values**  160:19
**varies**  72:15
**variety**  96:2,6
**various**  25:23
  69:22 115:13
  144:7
**vast**  132:1
**verbally**  69:25
**verbiage**  54:20
  126:1,4 129:22
**verified**  6:19 7:6
  7:10 33:4 89:1
  150:21 154:7
**verify**  32:23
**veritext**  8:10,19
  12:15 18:10 181:7
  181:9,11
**version**  49:4 52:17
  52:21 68:1 87:23
  93:14,14 124:18
  144:20 145:5,14
  166:24 168:18
**versions**  166:12
**versus**  8:9 41:16
  42:5 48:5 117:12
**video**  1:15 2:14
  8:15 9:5 12:1,14
  16:12 17:3 143:17
  144:5
**videographer**  4:18
  8:5,17 9:7 47:4,7
  74:20,23 106:3,6
  135:22,25 162:15
  162:18 178:3
**videos**  149:23
**view**  50:13 54:6
  66:20 78:1 86:22

153:19,24 156:19
  157:2 159:19
  168:2 170:21
  171:3 175:6
  176:14
**user**  29:6 34:5
  41:3,9 58:23 59:9
  59:21 62:23 64:4
  65:14 69:16 98:9
  112:2,25 114:4
  127:24 135:16
  158:11,19 159:1
  159:12,13,16
  170:14,20
**user's**  44:11
  159:13
**username**  67:10
**users**  27:23 41:21
  57:24 58:23 68:20
  69:2 70:10 72:10
  96:8 117:18
  136:13 140:3
  176:5,17 177:9
**uses**  26:12 41:5
  42:20,22 98:10
  100:2 103:5
  116:10,24 117:18
**usually**  80:2 133:2
  133:3
**utility**  39:25 40:3
  40:8 57:6,10
  72:14,16 144:8,9

**v**

**vague**  15:23 72:11
**valid**  10:23 124:4
**validating**  110:25
  111:11,16
**valley**  16:7
**valuable**  85:24
  86:19

98:25 109:24
  130:14 148:11
**viewed**  54:5
**violated**  60:21
  133:12 139:15
  172:17
**violating**  66:8
**violation**  67:3 86:8
  86:12 113:23
  131:19 138:24
  139:9 172:21
**virtual**  8:10
**vis**  48:3,3
**visible**  31:15,18,24
  32:5 78:9 114:24
  115:5,9 116:8,16
  116:22 118:15
  123:24 125:5,8
  126:6 168:5,7
  174:11
**visit**  31:18 40:14
  48:11,15,20 50:1,6
  51:13 54:16 55:1
  57:10 77:16 87:1
  98:11 99:8,9
  110:17 114:25
  115:5,8 116:6,21
  118:14 125:9,21
  125:24 126:7
  127:22,22 133:8
  133:22 168:11
  174:17 175:10
**visited**  97:16
  147:25 172:5
**visiting**  19:25
  57:13 122:5,11
**visits**  98:9
**voltage**  141:6,8,15
**voluntarily**  147:6
  147:14

**vpn**  38:19,20 39:9
  39:16 77:22
**vs**  1:8 2:8 181:4
  183:1

**w**

**wacker**  4:6
**wait**  51:24 95:19
  108:20 135:4,5
  154:16
**waiting**  122:23
  128:18
**waived**  181:23,23
**waiving**  181:20
**want**  10:3 11:20
  21:24 22:7 29:2
  30:20 33:19 35:15
  36:1 37:1 38:7
  45:9 46:16 48:6
  49:8 62:1 67:11
  68:22 69:1 74:11
  81:22 82:25 90:6
  91:25 95:21 97:24
  101:10 102:3
  105:14,19 107:12
  107:20 111:23
  116:25 121:1
  128:15 135:15
  147:3 148:6
  149:22 151:10
  152:11,16,22
  153:16,17 160:14
  160:17 161:22
  166:8,11 167:10
  169:11,11,11
  171:19 174:1,9
  176:19
**wanted**  16:18
  112:10 162:4
**wants**  10:19
**waste**  57:12

**[watching - works]**

**watching** 144:10
**wave** 74:11
**waving** 12:1
**way** 10:9 12:4
  18:8 23:19 26:5
  26:19 35:7 40:9
  49:11 50:4,5
  52:11,11 65:5
  67:5 69:15 71:1
  74:4 78:8,17
  81:15,20 82:8
  84:23 88:2 94:8
  101:5,6 102:6
  107:7 110:25
  111:11,15 117:16
  127:20 128:18
  131:22 137:13,22
  138:8 140:2 142:4
  142:6,8 150:3
  152:6 156:20
  157:14 164:7,12
  165:16 166:3
  177:6 180:18
**wayback** 166:23
**ways** 96:2,6 122:9
  129:10 130:5
  136:3 138:19
**we've** 46:20 77:3
  88:10 105:3
  149:14 159:8
  161:14
**web** 27:21,24,25
  33:8 46:15 47:11
  48:5 49:13 53:16
  53:24,25 60:9,14
  68:20 69:12 84:22
  96:10 97:21 98:8
  98:8,23 99:3
  104:3 113:19
  119:15 121:16
  122:3 129:10,11

129:15,20,24
  130:5,15,22 131:5
  131:22,23 157:18
  159:5 163:2,10
  170:22 176:1
**web.archive.org**
  167:13
**webs** 118:8
**website** 12:15
  31:20 40:20 41:4
  50:11,23 51:9
  52:25 54:17 55:1
  57:1 61:18 62:11
  63:9 103:5 116:3
  116:7,8,10,21,23
  116:24 118:14
**website's** 54:15
**websites** 14:25
  31:18 32:15 40:7
  40:13 48:11,15,20
  49:25 51:11 57:10
  112:4 113:2 114:5
  114:10,24 115:5,8
  115:12,21 116:2
  118:9 125:8,21,24
  127:21,22 136:13
  147:5,12,24
  148:14 149:3
  168:11 174:17
  175:6,9
**week** 80:12
**went** 14:16,22
  61:13,13,17
  148:15
**whereof** 180:20
**whispers** 8:13
**white** 54:25
**who've** 26:14
**wide** 70:7
**william** 1:4 2:4

**willing** 144:20
**window** 110:21
  134:21
**windows** 72:25
  76:8 80:4,11
**wireless** 38:14
  39:7
**wish** 59:21
**withdraw** 81:25
**witness** 5:6,12 9:7
  9:15 13:2 15:25
  16:15 18:16 20:16
  21:20 23:22 29:22
  32:21 36:12 38:25
  41:11 44:6 45:9
  45:13 46:3 47:20
  49:19 50:15 52:6
  54:19 56:2 57:3
  61:21 63:16 66:11
  66:23 68:11 70:22
  72:12 74:15 75:2
  75:5,8 78:21 81:7
  86:6 89:5 90:10
  90:17 91:25 92:6
  92:8,11 93:24
  94:11 95:9,22,24
  98:18 101:2,10
  108:6,23 110:25
  112:12 115:16
  117:10 118:25
  120:1,12,25
  121:19 123:4,7
  124:9,11 126:18
  127:10,20 128:14
  128:17,23 132:14
  138:12 146:18
  147:19 150:9
  151:3 152:6,8
  154:14 156:8
  158:7 160:2
  161:25 162:2,10

163:4 165:20
  166:7 169:23
  171:13 172:16
  175:23 176:10
  177:22 180:8,9,20
  181:13,16 182:2,5
  183:24
**wonder** 88:10
  127:21
**word** 22:10 23:7
  26:9 27:9 42:2
  49:12 65:17 75:20
  97:5 98:8 119:1
  125:3 130:15
  173:4
**worded** 126:10
**words** 22:20 24:10
  24:17 25:4 26:9,9
  28:14 43:10,10
  95:15 96:25
  125:23 162:22
  177:15
**work** 15:7,8,9,14
  16:6 19:4 32:15
  38:18,21 39:9
  44:2,7,13,15 69:11
  75:10 102:5,6,7
  140:23 141:2
  177:19
**worked** 16:7,9
  18:7
**working** 16:5 30:4
  44:14 80:9
**works** 7:1,20
  15:22 16:1,4 18:8
  27:12 69:10
  122:20 124:20
  132:23,25 141:19
  141:19 157:15
  167:1,2,8,22

Page 38

[world - zoom]

| | |
|---|---|
| **world** 36:5 163:20 | 124:5 127:10 |
| **worth** 136:22 | 128:17 134:7 |
| 142:11 | 135:5,13,16 138:1 |
| **written** 82:13 | 141:4,13 143:3,24 |
| **wrong** 90:20,21 | 144:9,14 146:14 |
| 92:8 105:19 | 148:5,18,24 |
| 114:14 118:9 | 149:19 151:4,13 |
| 152:1 | 152:3 153:2 |
| **wrote** 29:10,11 | 155:21 156:12,15 |
| **wwws** 148:2 | 158:4,14 159:2 |

**x**

| | |
|---|---|
| **x** 5:1 118:12 182:1 | 160:5,11 162:2,10 |
| | 163:4 164:1 165:5 |

**y**

| | |
|---|---|
| **y** 69:17 70:11 | 166:21 167:15 |
| **yager** 4:18 8:17 | 168:16 170:16 |
| **yeah** 13:3,17 14:7 | 173:3,16,16,17 |
| 15:8 16:7,13,19 | 175:23 |
| 17:2 18:21 19:5 | **year** 43:7,13,14 |
| 20:6 25:21 27:25 | 82:21,22 88:9 |
| 29:18,23 32:13 | **yep** 47:2 61:15 |
| 33:10,17,25 37:20 | 106:2 123:3,3 |
| 37:23,25 38:10 | **young** 155:25 |
| 40:10,17 43:18,24 | **youtube** 143:14,15 |
| 44:17 46:3 47:12 | 143:19,19,21,23 |
| 47:24 49:6 50:3 | 143:25 144:8,10 |
| 56:15 58:5 59:19 | 148:2,11 149:6,7 |
| 61:1 69:14 70:7 | 149:21 |

**z**

| | |
|---|---|
| 72:15,23 74:7,9,11 | **zone** 75:9 |
| 74:18 75:5 76:20 | **zoom** 1:16 2:15 |
| 76:25 78:5 80:5 | 8:10 12:14 21:24 |
| 80:16,18 81:7 | 21:24 74:15 |
| 83:2,14 84:12 | 114:18,18 |
| 86:24 88:10 91:20 | |
| 91:24 95:1,4,6,11 | |
| 95:12 96:4 98:18 | |
| 101:18 103:10 | |
| 105:5 106:16 | |
| 108:17 109:16 | |
| 112:11,20 114:16 | |
| 114:18,20 116:20 | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.