# EXHIBIT 3

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4

5     CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
6     CASTILLO, and MONIQUE
      TRUJILLO, individually and on
7     behalf of all other similarly
      situated,
8
                    Plaintiffs,
9                                      No.
           vs.                         5:20-cv-03664-LHK-SVK
10
      GOOGLE LLC,
11
                    Defendant.
12     _____/

13

14

15          VIDEOTAPED DEPOSITION OF CHASOM BROWN

16               Remote Zoom Proceedings

17               Los Angeles, California

18             Thursday, January 13, 2022

19

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Pages 1 - 208                    Job No. 5028094

                                          Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6    CHASOM BROWN, WILLIAM BYATT,
      JEREMY DAVIS, CHRISTOPHER
 7    CASTILLO, and MONIQUE
      TRUJILLO, individually and on
 8    behalf of all other similarly
      situated,
 9
                     Plaintiffs,
10
           vs.                      No.
11                                  5:20-cv-03664-LHK-SVK
      GOOGLE LLC,
12
                     Defendant.
13    _____/
14
15
16         Videotaped deposition of CHASOM BROWN, taken on
17    behalf of the Defendant, Remote Zoom Proceedings from
18    Los Angeles, California, beginning at 9:52 a.m. Pacific
19    Standard Time and ending at 5:20 p.m. Pacific Standard
20    Time, on Thursday, January 13, 2022, before
21    Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter
22    No. 3462.
23
24
25
```

Page 2

1   APPEARANCES:

2

3   FOR THE PLAINTIFFS:

4        BOIES SCHILLER FLEXNER LLP

5        BY: JAMES LEE, ESQ.

6        100 SE Second Street, Suite 2800

7        Miami, Florida 33131

8        (305) 539-8400

9        jlee@bsfllp.com

10

11       BY: HSIAO (MARK) C. MAO, ESQ.

12       44 Montgomery Street, 41st Floor

13       San Francisco, California 91401

14       (415) 293-6800

15       mmao@bsfllp.com

16

17       MORGAN & MORGAN

18       BY: RYAN MCGEE, ESQ.

19       201 North Franklin Street, 7th Floor

20       Tampa, Florida 33602

21       (813) 223-5505

22       rmcgee@forthepeople.com

23

24

25

                                      Page 3

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANT:

4      QUINN EMANUEL URQUHART & SULLIVAN, LLP

5      BY: SARA JENKINS, ESQ.

6          TRACY XI GAO, ESQ.

7      555 Twin Dolphin Drive, 5th Floor

8      Redwood Shores, California 94065

9      (650) 801-5040

10     sarajenkins@quinnemanuel.com

11     tracygao@quinnemanuel.com

12

13

14  Also Present:

15      Scott Slater, Videographer

16

17

18

19

20

21

22

23

24

25

                                    Page 4

```
1                      I N D E X

2

3

4    THURSDAY, JANUARY 13, 2022

5

6    WITNESS                            EXAMINATION

7    CHASOM BROWN

8

9        BY MS. JENKINS                    11, 201

10       BY MR. LEE                           195

11

12

13

14

15       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

16                       Page      Line

17                        56         7

18                       155         1

19                       202         3

20

21

22

23

24

25
```

                                                    Page 5

```
 1                      DEPOSITION EXHIBITS

 2                         CHASOM BROWN

 3   NUMBER          DESCRIPTION                    IDENTIFIED

 4   Exhibit 1       Redfin Privacy Notice               39

 5   Exhibit 2       How Google Uses Information          45

 6                   From Sites or Apps That Use

 7                   Our Services

 8   Exhibit 3       Google Analytics Opt-Out            56

 9                   Browser Add-On Download Page

10   Exhibit 4       Second Amended Complaint            97

11   Exhibit 5       Google Terms of Service,           100

12                   Privacy & Terms

13   Exhibit 6       Google Terms of Service            106

14                   Privacy & Terms

15   Exhibit 7       Google Chrome Privacy Notice,      113

16                   Archive Date: June 21, 2016

17   Exhibit 8       Screenshot of Incognito Mode       119

18   Exhibit 9       How Private Browsing Works in      126

19                   Chrome

20   Exhibit 10      Search and Browse Privately,       130

21                   Google Search Help

22   Exhibit 11      Plaintiff Chasom Brown's           141

23                   Objections and Responses to

24                   Defendant's First Set of

25                   Interrogatories
```

Page 6

| 1 | Exhibit 12 | Defendant's First Set of | 163 |
| 2 | | Interrogatories (Nos. 1-6) | |
| 3 | Exhibit 13 | Plaintiff Chasom Brown's | 165 |
| 4 | | Verified Amended Objections | |
| 5 | | and Responses to Defendant's | |
| 6 | | Interrogatories 1, 4, and 5 | |
| 7 | Exhibit 14 | Plaintiff Chasom Brown's | 170 |
| 8 | | Verified Amended Objections | |
| 9 | | and Response to Defendant's | |
| 10 | | Interrogatory No. 2 | |
| 11 | Exhibit 15 | Google Subscriber | 174 |
| 12 | | Information, | |
| 13 | | GOOG-BROWN-00029466 - 489 | |
| 14 | Exhibit 16 | Google Subscriber | 175 |
| 15 | | Information, | |
| 16 | | GOOG-BROWN-00229507 - 510 | |
| 17 | Exhibit 17 | Google Subscriber | 176 |
| 18 | | Information, | |
| 19 | | GOOG-BROWN-0039498 - 500 | |
| 20 | Exhibit 18 | Plaintiff Chasom Brown's | 176 |
| 21 | | Amended Objections and | |
| 22 | | Responses to Defendant's | |
| 23 | | Second Set of Interrogatories | |
| 24 | | | |
| 25 | | | |

Veritext Legal Solutions
866 299-5127

```
 1    Exhibit 19      Plaintiff Chasom Brown's          182
 2                    Verified Objections and
 3                    Responses to Defendant's
 4                    Fifth Set of Interrogatories
 5                    (No. 16)
 6    Exhibit 20      Plaintiff Chasom Brown's          187
 7                    Amended Objections and
 8                    Responses to Defendant's
 9                    Second Set of Requests For
10                    Admission
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1        Los Angeles, California; Thursday, January 13, 2022

 2              9:52 a.m. Pacific Standard Time

 3                       --oOo--

 4                     PROCEEDINGS

 5

 6        THE VIDEOGRAPHER:  Good morning.  We are on the

 7   record at 9:52 a.m. Pacific Standard Time on

 8   January 13th, 2022.

 9        Please note that the microphones are sensitive

10   and may pick up whispering, private conversations, or        09:52:13

11   cellular interference.

12        Audio and video recording will continue to take

13   place unless all parties agree to go off the record.

14        This is Media Unit 1 of the video-recorded

15   deposition of Chasom Brown, taken by counsel for             09:52:27

16   defendants, in the matter of Chasom Brown, et al., versus

17   Google LLC, filed in the United States District Court,

18   Northern District of California, case number

19   5:20-cv-03664-LHK-SVK.

20        This deposition is being held as a virtual              09:52:56

21   deposition via Zoom, with the witness located in

22   Los Angeles, California.

23        My name is Scott Slater from the firm Veritext

24   Legal Solutions, and I am the videographer.  The court

25   reporter is Leslie Rosas from the firm Veritext Legal        09:53:11
```

Page 9

1    Solutions.

2          I am not related to any party in this action,

3    nor am I financially interested in the outcome.

4          Counsel and all present will now state their

5    appearances and affiliations for the record.  If there          09:53:24

6    are any objections to proceeding, please state them at

7    the time of your appearance, beginning with the noticing

8    attorney.

9          MS. JENKINS:  Good morning.  Sara Jenkins from

10   Quinn Emanuel representing Google in this matter.                09:53:36

11         MS. GAO:  Tracy Gao, also from Quinn Emanuel.

12         MR. LEE:  Good morning.  James Lee from Boies,

13   Schiller & Flexner representing the plaintiffs in this

14   case.  I have with me Ryan McGee, Mark Mao.

15         THE VIDEOGRAPHER:  Thank you very much.                    09:53:58

16         MR. LEE:  That's it.

17         THE VIDEOGRAPHER:  Will the court reporter

18   please administer the oath.

19         THE REPORTER:  Yes.

20         Mr. Brown, if you would raise your right hand,

21   please, I'll swear you in.  Thank you.

22         You do solemnly state that the evidence you

23   shall give in this matter shall be the truth, the whole

24   truth, and nothing but the truth, so help you God?

25         THE WITNESS:  (No audible response.)                      09:54:12

Page 10

```
 1            THE REPORTER:  Excuse me.  We didn't hear that.

 2            THE WITNESS:  I do.

 3            THE REPORTER:  Thank you, sir.

 4            You may proceed, Counsel.

 5            MS. JENKINS:  Thank you.                    09:54:25

 6

 7                        EXAMINATION

 8   BY MS. JENKINS:

 9       Q.  Good morning, Mr. Brown, and thank you for

10   giving us your time this morning.                   09:54:29

11            To start, could you please state your full name

12   and home address for the record.

13       A.  My full name is Chasom Lee Brown, and my home

14   address is ████████████████████████████████

15   ████████████████████████.                           09:54:50

16       Q.  Thank you.

17            Do you understand you're under oath today and

18   subject to penalty of perjury?

19       A.  I do.

20       Q.  Is there any reason that you cannot provide    09:55:00

21   full, complete, and truthful testimony today?

22       A.  No, no reason.

23       Q.  Okay.  So I'll go over a few ground rules of the

24   deposition, which your attorney may also have spoken to

25   you about.                                          09:55:15
```

Page 11

```
 1            One is that because the court reporter is

 2    writing down everything that we say, we need to attempt

 3    not to speak over each other, which means that you should

 4    try to wait until I'm done asking a question before you

 5    begin to answer, and I will in turn allow you to answer       09:55:28

 6    fully without interrupting you.

 7            Sometimes that's difficult, but we need to try

 8    to do the best we can, and if we are not doing a good

 9    job, I'm sure that the court reporter will step in and

10    let us know.                                                  09:55:42

11            The other is that you should answer my questions

12    unless your counsel instructs you not to do so.  Your

13    counsel may object to some of my questions, but to the

14    extent that you understand them, you should still answer.

15            If you don't understand a question, please let       09:55:57

16    me know, and I'll try to clarify it or rephrase it, but

17    if you answer the question, I'll assume that you

18    understood it.

19            And you can let me know when you want to take a

20    break.  We'll follow your schedule today, unless anyone      09:56:08

21    else also needs a break.  But no breaks while a question

22    is pending.  So if I've asked you a question, please

23    answer it.  But if you need to take a break, we can take

24    a break right after.  And we will take a few breaks

25    throughout the day so -- usually we take one about an        09:56:25
```

Veritext Legal Solutions
866 299-5127

```
 1    hour or so in, and we'll obviously take a lunch break and

 2    potentially some others as well.

 3            Is there anyone in the room there with you

 4    today?

 5        A.  No.                                        09:56:36

 6        Q.  On your computer screen, can you tell me what

 7    applications or windows you have open?

 8        A.  Oh, no.  So I have -- well, the -- I have the

 9    Egnyte, obviously, that's on the tab, and then I have the

10    Zoom.  But then I also have a myriad of tabs just that    09:56:54

11    shows probably my cluttered mind, but that have to do

12    with -- I can name them all for you, but they're

13    basically like Google Maps, Basecamp, some Google Sheets

14    that I use, and Google Slides.

15        Q.  Mr. Brown, is this your personal computer --    09:57:25

16        A.  Yes.

17        Q.  -- that you're using?

18            Do you have any apps or windows open that would

19    allow you to communicate with anyone else other than this

20    Zoom app.                                            09:57:38

21        A.  No.

22        Q.  Okay.  So I'm not worried about your own

23    personal laptop that you may be using for anything

24    outside of this case.

25            Do you have any materials on your computer open    09:57:51
```

Page 13

```
 1    that relate to this case and potentially the testimony

 2    you might give today?

 3         A.  No.  You don't have anything to worry about.

 4         Q.  Okay.  Do you have any documents with you in the

 5    room today?                                          09:58:02

 6         A.  I do.  I do have a few.

 7         Q.  Okay.  Can you tell me what those are?

 8         A.  I have the -- the Complaint.  I don't know if

 9    you need to see them.

10         Q.  Is it the Second Amended Complaint, does it say  09:58:15

11    on the first page?

12         A.  It says Second Amended Complaint.

13         Q.  Thank you.

14         A.  The Incognito splash screen (indicating),

15    Privacy Policy (indicating).  The Google Terms of Service  09:58:36

16    (indicating).

17             The only other document is Google Chrome Privacy

18    Notice (indicating).

19         Q.  BY MS. JENKINS:  Okay.  Thank you.

20             I notice there's some highlighting on those    09:58:58

21    pages.  Do you have any notes written on any of those,

22    handwritten notes or anything in the margin?

23         A.  I have one note on one page.

24             MS. JENKINS:  All right.  James, could you

25    please get a scan of highlighting and any notes on those  09:59:16
```

Page 14

```
1    pages and send those over to us.

2          MR. LEE:  Yep.

3          MS. JENKINS:   Thank you.

4      Q.  And do you have your phone with you there today?

5      A.  The phone, yeah, is in the room.                    09:59:28

6      Q.  And is it -- is it turned on or could you leave

7    it --

8      A.  The phone itself is on, but the ringer is off.

9      Q.  All right.  Thank you.

10          What did you do to prepare for your deposition    09:59:48

11   today?

12          MR. LEE:  Hold on one second, given this is

13   Mr. Brown, I believe, his first deposition.

14          Mr. Brown, when Google's attorney, when

15   Ms. Jenkins asks you questions, you should not assume    09:59:57

16   anywhere in her questioning that she's trying to ask you

17   about any communications you may have had with your

18   lawyers.  So when you answer her questions, you should

19   only answer to the extent you can do so without revealing

20   any communications you've had with your attorneys.       10:00:17

21          Does that make sense?

22          THE WITNESS:  Yeah, I understand.

23          MR. LEE:  Okay.

24          Ms. Jenkins, why don't you just ask the question

25   again with that in mind.                                 10:00:26
```

Page 15

1              MS. JENKINS:  Sure.

2        Q.  What I asked is what you did to prepare for your

3    deposition today, and as Mr. Lee pointed out, I'm not

4    asking about any communications you may have had with

5    your counsel.  But if you met with counsel, you can tell        10:00:36

6    me when you met and who you met with.

7        A.  Well, I printed out some documents, the

8    documents that I just showed you, and then outside of

9    that, I didn't prepare, except for speaking with my

10   lawyers, of course.                                             10:01:00

11       Q.  Okay.  And without telling me anything you

12   discussed, can you tell me when you met with your

13   lawyers?

14       A.  Yesterday.

15       Q.  And for about how long?                                10:01:11

16             MR. LEE:  You can answer.

17             THE WITNESS:  A few hours.

18       Q.  BY MS. JENKINS:  Okay.  Had you met with them

19   prior to yesterday to prepare for the deposition?

20       A.  No.                                                    10:01:24

21       Q.  Did you meet with Mr. Lee?

22       A.  Yes, I did.

23       Q.  Were any of your other lawyers present?

24       A.  Yes.  Mark was there as well.

25       Q.  Okay.  Did you review -- in addition to the           10:01:43

                                                        Page 16

```
 1    documents that you have in front of you there, did you

 2    review any other documents?

 3            MR. LEE:  Hold on.  Are you asking about

 4    documents that refreshed his recollection?  Otherwise,

 5    it's privileged.                                      10:01:55

 6            MS. JENKINS:  Well, I was just asking if he

 7    reviewed any others.  I'm not asking what they are.

 8            MR. LEE:  Okay.  You can answer that limited

 9    question, Mr. Chasom, but I don't want you to identify

10    any additional documents.                             10:02:06

11            THE WITNESS:  Yes.

12        Q.  BY MS. JENKINS:  And of those documents, did any

13    of those documents refresh your recollection with respect

14    to the issues described in those documents?

15        A.  No.                                           10:02:23

16        Q.  Did you review any deposition transcripts from

17    this case?

18        A.  No.

19        Q.  Can you tell me, what is your current job?

20        A.  It's a little complicated.  I guess -- like I    10:02:40

21    guess I'm an entrepreneur, like I technically probably am

22    unemployed.  So I own a few companies.

23        Q.  Okay.  And what companies are those?

24        A.  Well, I have ownership interest in several, but

25    would you like me to name them?                       10:03:03
```

Page 17

```
 1        Q.   Sure, yeah.

 2        A.   Well, I guess there's an over-arching company

 3   called Eppek, E-P-P-E-K, LLC.  And that's actually

 4   generally where all the interest is in.  So there's that

 5   one.  And then I have a sole prop that is Chasom, just my    10:03:18

 6   first name.

 7        Q.   Okay.  And what type of business is Eppek LLC?

 8        A.   It's a cannabis business.  It's a transportation

 9   business.  It is a real estate business.  It is -- that

10   probably is -- is good.  I probably dabble in some other    10:03:47

11   random things, but nothing --

12        Q.   Does --

13        A.   -- worth --

14        Q.   -- Eppek LLC have a website?

15        A.   No.                                               10:03:57

16        Q.   Do any of those services or -- or products that

17   you just listed, do any of them have a website related to

18   cannabis or travel?

19        A.   Well, I guess my sole prop does, which is my

20   band, which is Chasom.com.                                  10:04:16

21        Q.   Okay.  And what is the name of your band?

22        A.   Chasom, which is my first name.

23        Q.   Do you run that website?

24        A.   I -- I feel like I put -- I haven't seen it in a

25   long time, to be honest, but I -- me and the guitar         10:04:35
```

                                                      Page 18

1    player in the band have added things to the website, yes.

2        Q.  And are you able to do that yourself

3    technically, you have the know-how of how to change the

4    website?

5        A.  If I use like a program like Wix, where it          10:04:52

6    pretty much does it for you, then yeah, I could figure it

7    out, but my -- that's why I have the guitar player do it

8    because he has a bit more technical knowledge than I do

9    on that.

10        Q.  When is the last time that you were employed by     10:05:10

11    someone other than yourself?

12        A.  About a year and a half ago.

13        Q.  And can you tell me what that job was?

14        A.  That was with T-Mobile USA.

15        Q.  And what was your role there?                       10:05:30

16        A.  I was a -- my title at the end was -- I was an

17    account manager, and then they had changed my title to --

18    I basically was an account manager at the time I was

19    there.

20        Q.  And how long were you at T-Mobile?                  10:05:49

21        A.  Like 13 years, 13-and-a-half years.

22        Q.  What's the highest level of education that

23    you've completed?

24        A.  Some college.

25        Q.  And where did you go to college?                    10:06:05

Page 19

1          A.  At Golden West and Long Beach, Cal State Long

2     Beach.

3          Q.  Were you studying for a specific degree?

4          A.  Business administration.

5          Q.  How did you get involved in this case?          10:06:25

6              MR. LEE:  Again, Mr. Brown, you can answer that

7     question, but to the extent that -- only to the extent

8     that it doesn't reveal any communications you've had with

9     your counsel.  Okay?

10             THE WITNESS:  (Nods head.)                       10:06:42

11             I -- I'd noticed some odd things that -- that I

12    had questions about going on with my account and ads and

13    things like that.  And so then I inquired about, you

14    know, talking to an expert in the field, and then that's

15    how I got in touch with my lawyer.                        10:07:04

16         Q.  BY MS. JENKINS:  Okay.  Can you describe the odd

17    things that you just mentioned?  What were those?

18         A.  It -- it just essentially had to do with the ads

19    that were being served to me, and I got curious like how

20    and where they were coming from.                          10:07:30

21         Q.  Were these ads being served to you while you

22    were browsing in Chrome Incognito mode?

23         A.  I don't really remember specifically if it was

24    that or not.  It was more just -- yeah, I don't really

25    remember if it was specifically in the Incognito mode,    10:07:57

                                              Page 20

```
 1   but there were -- it would be both, I guess.
 2          MR. LEE:  By the way, Mr. Brown, I just want you
 3   to know that -- I'm sure Ms. Jenkins agrees -- nobody
 4   wants you to guess.  So if you recall something, then you
 5   can recall it, and if you don't recall something, that's     10:08:16
 6   perfectly fine.  But we certainly don't want you to
 7   guess.
 8          THE WITNESS:  Okay.  So I'm not 100 percent
 9   clear if it was in Incognito mode or not.
10      Q.  BY MS. JENKINS:  When -- when you said your --     10:08:31
11   when you were answering the questions earlier, you said
12   both.  By that did you mean it may have been in Incognito
13   mode or it may have been in regular mode on Chrome; is
14   that correct?
15      A.  Yes.                                                  10:08:45
16      Q.  So I believe that you said, then, that you --
17   you were looking for an expert about -- after noticing
18   some odd things regarding advertising -- advertisements
19   that you were seeing; is that correct?
20      A.  Yeah.                                                 10:09:05
21      Q.  Okay.  And so who did you reach out to when you
22   were looking for an expert about that?
23      A.  It -- one of my business partners had known one
24   of the experts in the lawyers, and so we were discussing
25   it, and I guess he got us in contact.                        10:09:25
```

Page 21

```
 1        Q.   And who was your business partner?

 2        A.   Jeff.

 3        Q.   Do you know his last name?

 4        A.   Mao.

 5        Q.   And is he related -- is he related to anyone on    10:09:42

 6   your legal team?

 7        A.   I believe so, yes.

 8        Q.   Is he related to Mark Mao?

 9        A.   I believe so.

10        Q.   Do you know what the relation is?                   10:09:53

11        A.   I believe they're cousins.

12        Q.   Is -- how did you first hear about the case; was

13   it from Jeff Mao?

14        A.   No.

15        Q.   Okay.  So how did you first hear about the case?   10:10:11

16             MR. LEE:  Objection to form, vague.

17             THE WITNESS:  Well, I guess this would lean into

18   territory of through the conversations with my lawyers.

19   So I don't -- can I speak about that?

20             MR. LEE:  No.                                       10:10:31

21             THE WITNESS:  It seems like I cannot.

22             MR. LEE:  You're right, Mr. Brown.  And I should

23   have caught that objection.  I'm sorry.  But you were

24   right to raise that.

25        Q.   BY MS. JENKINS:  When you were speaking to Jeff    10:10:40
```

Page 22

1    Mao about this, is it true that you had not yet -- you

2    had not yet joined the case; is that right?

3        A.  Correct.

4        Q.  Okay.  And so as to how you got involved in the

5    case, you said that you were looking for an expert, you        10:11:06

6    discussed it with Jeff Mao, and the remainder of how you

7    became involved in the case would be discussions with

8    counsel which are privileged; is that correct?

9        A.  Yes.

10       Q.  Do you know when you retained counsel for this        10:11:22

11   case?

12       A.  It would have been sometime last year.

13       Q.  So do you mean in 2020 or --

14       A.  Yeah, like -- or like near -- yeah.

15       Q.  Okay.  Was it prior to the filing of the            10:11:46

16   Complaint in this case?

17       A.  Yes.

18       Q.  Do you have any relationship with any of the

19   other -- other than the relationship that you just

20   mentioned to one of Mark Mao's relatives, do you have any     10:12:03

21   relationships with any of the other lawyers that are

22   representing you on this case?

23       A.  No.

24       Q.  Have you ever been involved in any other class

25   action where you were a class representative or a named       10:12:21

Page 23

1    plaintiff?

2        A.  No.

3        Q.  Have you ever been involved in any other

4    litigation at all?

5        A.  Yes.  I'm currently involved in -- someone I          10:12:33

6    fired years ago is suing T-Mobile, and I'm -- I'm

7    involved in that case.

8        Q.  Are you a plaintiff or a defendant in that case?

9        A.  I'm a defendant.

10       Q.  And what is the current status of that case?          10:13:01

11       A.  I believe they're trying to do a deposition with

12   the plaintiff in that case.  They're having trouble

13   nailing -- nailing it down with her.

14       Q.  Have you been deposed in that case?

15       A.  No.                                                   10:13:23

16       Q.  And can you give me a description of the

17   allegations in that case from the plaintiff?

18       A.  Yeah, like the -- apparently, she had told me

19   about some other -- one of our accounts had made a pass

20   at her, and she had told me about that, and she's          10:13:50

21   claiming that I didn't take action.

22       Q.  Is it a sexual harassment case?

23       A.  Not where I'm -- no, no, it's not.

24       Q.  Which court has that case been filed in?

25       A.  I -- I have no idea.  It's in -- like the          10:14:16

Page 24

```
 1    lawyers are from T-Mobile, and so I don't -- I'm not

 2    aware.  I'm sure I could ask and find out for you.

 3         Q.  What is the name of the plaintiff?

 4         A.  Mercado is her last name.

 5         Q.  And her first name?                          10:14:41

 6         A.  Christina.  And I believe it's a wrongful

 7    termination case, something like that.

 8         Q.  Okay.  Thank you.

 9             Have you ever been deposed before?

10         A.  No.                                          10:14:57

11         Q.  Have you ever testified at a trial?

12         A.  No.

13         Q.  Other than this case regarding T-Mobile, have

14    you been involved in any other litigations?

15         A.  No.                                          10:15:19

16         Q.  Have you ever testified at any legal proceeding?

17         A.  Can I amend that last -- I was involved in a

18    small claims case years ago.

19         Q.  Can you give me a brief summary about what that

20    was about?                                            10:15:43

21         A.  I had some crappy tenants in a house I owned,

22    and I had to evict them.

23         Q.  Okay.  Have you ever given any testimony in any

24    legal proceeding?

25         A.  No, I have not.                              10:15:55
```

Page 25

```
 1          Q.  Did you appear in court for that small claims

 2     case?

 3          A.  Yeah.  Yes, I did.

 4          Q.  And where was that court located?

 5          A.  In Westminster, California.              10:16:04

 6          Q.  Do you know approximately what year that was?

 7          A.  Around the -- around 2007, give or take a

 8     couple -- a couple of years.  I'm sorry if I'm off on

 9     that.

10          Q.  That's okay.                             10:16:28

11          Would you say that maintaining the privacy of

12     your information while you're browsing the internet is

13     important to you?

14          A.  Yeah, I would say it is.

15          Q.  And why is that?                         10:16:45

16          A.  I -- I think privacy in general is important,

17     like on the internet, off the internet.  So probably not

18     more than the average person, but I do think it is

19     important.

20          Q.  Do you take precautions to protect your privacy  10:17:06

21     while you're on the internet?

22          A.  Yeah.

23          Q.  And what -- what do you -- what precautions do

24     you take?

25          A.  Well, I was going in Incognito mode.      10:17:24
```

Page 26

```
1          Q.  And what other precautions?

2          A.  I think now and again, there are some options to

3     change settings or cookie settings, things like that, and

4     so when things pop up, I generally -- generally will try

5     to look at them and see if something makes sense or not        10:17:46

6     for what I'm doing.

7          Q.  And so by that, do you mean that some -- that

8     sometimes when given the option, you will opt out of

9     cookies?  Is that accurate?

10         A.  Yeah, sometimes.  Or like if -- and I don't know      10:18:06

11    if this really works, but sometimes not accepting the

12    cookies when I'm on a website real quick.  I sometimes

13    will avoid that if I can or have to, or if I have the

14    option, I guess.

15         Q.  And sometimes do you allow cookies when given         10:18:24

16    the option?

17         A.  Sometimes.

18         Q.  How do you make that decision about whether to

19    allow cookies or not?

20         A.  Well, sometimes they're kind of tricky, and           10:18:35

21    they -- they put it in a place where you would

22    accidentally hit it.  So I do, and it happens, and then

23    sometimes you -- you have to give an answer, and then --

24    and then sometimes the content of what I'm going on, it

25    really doesn't bother me or I'm fine with giving cookies.      10:18:52
```

Page 27

1              So I guess that's how I make the decision.

2     Sometimes it's ease and then sometimes it's content.

3        Q.  And what types of content would you be likely to

4     accept cookies for?

5        A.  I guess something that's benign, that I don't        10:19:11

6     consider private in any way, or something that maybe if I

7     am doing some shopping and I would like, you know, some

8     more tailored ads or something like that, like I'm -- in

9     those instances, I'm -- I'm perfectly fine clicking on

10    that button.                                                10:19:34

11       Q.  And you said if it's benign.  What types of

12    information would you consider to be benign that you're

13    not worried about accepting cookies for?

14       A.  Looking up at the score of my favorite sports

15    team or maybe something that I'm shopping or something     10:19:55

16    along those lines.  Those seem pretty benign to me.

17       Q.  What about like reading the news; would you

18    consider that to be benign?

19            MR. LEE:  Objection to form.

20            THE WITNESS:  Is -- I guess it depends on the       10:20:21

21    contents.  Some things seem to be a little more

22    contentious and things like that.  So I don't know.  I

23    think there's a sensitivity if I'm reading about pottery

24    versus my -- my feeling about lesbian rights or

25    something.                                                  10:20:46

Page 28

1      Q.  BY MS. JENKINS:  All right.  And are there types

2  of websites where you would always object to cookies to

3  the extent that you can or types of information where you

4  would think that it's sensitive that you always want to

5  object to cookies?                                      10:21:02

6      A.  No, I don't think I have any -- any hard lines

7  in that sense.  Like generally, if I'm really concerned

8  about the content I would go into, I would go into

9  Incognito mode.

10      Q.  All right.  Other than Incognito mode and        10:21:23

11  sometimes objecting to cookies, are there any other

12  precautions you take to protect your privacy on the

13  internet?

14      A.  Nothing's coming to mind.

15      Q.  Okay.  Are you in particular concerned about     10:21:39

16  information that Google collects from you as opposed to

17  other web entities that may also be collecting

18  information?

19      A.  I think both.  Like -- like Google obviously is,

20  you know, a juggernaut when it comes to information and  10:22:03

21  data collection, and so to a degree, I'm probably a

22  little more concerned versus some minor small website.

23          But I think in general, I think both.  I'm

24  concerned about, you know, data privacy, data collection.

25      Q.  What have you done to understand Google's data   10:22:26

Page 29

1    collection?

2            MR. LEE:  Again, Mr. Brown, I think you can

3    answer this question, but you should do it without

4    revealing any communications you've had with your

5    attorneys.                                          10:22:45

6            THE WITNESS:  What have I done to understand

7    data collection?  Probably -- well, not probably.  I've

8    done some reading.  And I've read like Google about some

9    items, like the Terms of Service.  So I've gone through

10   and read -- more things come to me I would say than I go  10:23:08

11   seek as far as data collection, like when you're saying,

12   oh, hey, if the cookies comes up, or if like some things

13   will pop up, and then you have the opportunity to learn a

14   little bit about what you're doing, what you're reading,

15   what data is being collected and isn't.             10:23:24

16           And so I've probably been a little more vigilant

17   with looking at stuff -- you know, a lot of it's right

18   there so you can kind of see what's happening.

19        Q.  BY MS. JENKINS:  Prior to becoming involved in

20   this lawsuit, had you reviewed Google's disclosures about  10:23:44

21   what data it collects?

22        A.  Just your -- yes.

23        Q.  Do you know which disclosures you had reviewed?

24        A.  Well, just in -- not the top of my head, but I

25   do -- like I've seen the Google Terms of Service.  I've  10:24:09

Page 30

1    seen the privacy policy.

2        Q.  And -- and did you do any outside research

3    trying to understand what data Google -- Google was

4    collecting?

5        A.  Not that I recall.  I mainly just went straight        10:24:34

6    to the source and went into what Google was saying.

7        Q.  When you mentioned before that you had seen some

8    odd things, odd things happening with advertising, was

9    that specifically when you were browsing on the Chrome

10   browser?                                                        10:24:55

11       A.  I -- as I stated before, I don't exactly recall,

12   and I don't want to mislead you.

13       Q.  And if you've already stated this, I apologize,

14   but as far as the odd things that were happening with

15   advertising, can you provide a better description of what       10:25:17

16   was happening that you considered to be odd?

17       A.  You know, sometimes you get advertisements that

18   seemed tailored -- tailored to yourself, and you're

19   wondering how -- how did they -- how did they tailor that

20   to me, or is it a coincidence or that's an odd                  10:25:43

21   coincidence.  So -- but it was along those lines.

22       Q.  Would it have been times when you had been

23   searching for something on the internet and then later

24   received advertisements for products that are related to

25   those searches that you had been performing?                    10:26:02

                                                  Page 31

1      A.  I don't find it odd when I'm doing normal

2  searching and I get an advertisement later for that,

3  so...

4      Q.  Okay.  So can you help me understand in what --

5  what sort of thing you would consider odd?                    10:26:25

6      A.  If -- like, you know -- you know how a lot of

7  people say that, oh, we were just talking about something

8  and then all the sudden we got this ad for it.  Or if I

9  was browsing something in Incognito mode and, you know, I

10  got an ad for it.  Or if -- like I'm assuming through a     10:26:46

11  pattern of things that I look for, something pops up,

12  like that's just some advertising that is tailored to me

13  seemed odd.  It seemed like I -- I would like to inquire

14  about this.

15      Q.  You mentioned when you're browsing in Incognito    10:27:12

16  mode and you receive an ad.  Do you mean that within a

17  specific Incognito session, ads that you might receive

18  within that session, you would find that odd to be

19  receiving ads, or do you mean something else?

20      A.  Again, I don't recall exactly what it was, but     10:27:37

21  it was just, you know, a pattern of ads that made me

22  think, hmm, that's odd.

23      Q.  Okay.  Is it important for you to know what

24  information websites other than Google are collecting

25  when you're browsing the web?                                10:27:57

Page 32

1           A.   It would be nice.

2           Q.   Do you review privacy policies of other websites

3      that you visit on the web?

4           A.   Yeah, sometimes.

5           Q.   When you read those privacy policies, would you          10:28:22

6      expect the websites to tell you that they may be sharing

7      your data with business partners if they're doing that?

8           A.   I guess I have the expectation that anybody

9      who's giving a privacy policy is being transparent and

10     accurate as to what they're doing and what they're          10:28:44

11     collecting so I can understand what's happening as a

12     consumer and a user.

13          THE REPORTER:  Excuse me, Sara.  Someone is at

14     my door.  Can we take a five-minute break?

15          MR. LEE:  Sure.          10:29:06

16          MS. JENKINS:  Yeah, sure.  That's fine.

17          THE VIDEOGRAPHER:  We are off the record.  The

18     time is 10:19 a.m.

19          (Recess.)

20          THE VIDEOGRAPHER:  We are back on the record.          10:38:34

21     The time is 10:39 a.m.

22          Q.   BY MS. JENKINS:  All right.  Mr. Brown, is it

23     important for you to know what data websites are

24     collecting about you?

25          A.   Yeah, that would be very nice to know.  I would          10:39:17

                                                     Page 33

1    like to know that.

2        Q.  And do you take any action to try to determine

3    what data websites might be collecting about you?

4        A.  I don't think I take any specific action to

5    know.  I think I have an idea of the general things that    10:39:38

6    are collected.

7        Q.  And what is that general idea?

8        A.  Several identifiers about myself, my location,

9    my habits, my browsing, my preferences, my -- my IP

10   address, my -- pretty much everything -- everything about    10:40:04

11   me.  The old cliche, like Google knows you better than

12   your own family; right?

13       Q.  Okay.  Would you expect a website other than

14   Google to put in their privacy policy if they were

15   sending any data they've collected about you to Google?    10:40:31

16           MR. LEE:  Are you talking about in normal mode

17   or Incognito mode?

18           MS. JENKINS:  Well, I'm just talking about in

19   general about what is on the privacy policy.

20           You can answer if you understand.    10:40:49

21           THE WITNESS:  I -- I would expect there to be,

22   you know, transparency.  And if they were sending data in

23   Incognito mode, yes, I would expect there to be

24   transparency to that.

25       Q.  BY MS. JENKINS:  Would you want a website that    10:41:14

                                                        Page 34

1    you're visiting to know whether you are in Incognito mode

2    or not?

3        A.   If I'm in Incognito mode, I don't want any --

4    anybody to know anything.  That's the point.

5        Q.   So would it be correct to say you wouldn't want        10:41:36

6    a website to know that you're in Incognito mode if you're

7    browsing that website using Incognito mode?

8             MR. LEE:  Objection to the extent this is a

9    hypothetical question, it's an incomplete hypothetical.

10             THE WITNESS:  I would think there would -- it's        10:42:01

11    almost like the "chicken and the egg" question you're

12    asking me, like how will they know I'm in Incognito mode

13    unless they know I'm in Incognito mode.

14             I don't know -- like I guess my answer is:  I

15    don't want -- in Incognito mode, I don't want anybody to        10:42:17

16    know anything about me.  That's why I go into Incognito

17    mode.

18             The technicals of how that can happen I'm sure

19    are figured out or could be figured out.  But I feel like

20    I would go on this weird like feedback loop if it's --        10:42:37

21    like I feel like it's a "chicken and the egg" question a

22    little bit.

23        Q.   BY MS. JENKINS:  All right.  How frequently do

24    you visit the Redfin website?

25        A.   Maybe once a month.        10:42:59

Page 35

```
 1        Q.  And how frequently do you visit that website
 2   using Incognito mode?
 3        A.  I don't know exactly.  I guess that would be
 4   if -- yeah, I don't know exactly.
 5        Q.  Do you believe you have visited that website      10:43:22
 6   using Incognito mode?
 7        A.  Yeah, I believe I have.
 8        Q.  You've read the Redfin privacy policy?
 9        A.  Yeah, I'm sure -- I'm sure it's come up.
10        Q.  When you read privacy policies, do you pay        10:43:41
11   special attention to the section discussing what
12   information is collected about you?
13           MR. LEE:  Objection to "special attention,"
14   vague.
15           THE WITNESS:  Yeah, I -- I pay attention to if     10:44:09
16   they're -- like generally I would like to know what
17   they're collecting or not, and I would like to know if --
18   and I haven't seen it, but I would like -- I would like
19   to know if they are sending data and it's being
20   collected.  But let me rephrase that.                     10:44:37
21           I would like to know -- like can you repeat the
22   question?  I'm losing myself here trying to answer this.
23        Q.  BY MS. JENKINS:  The question was when you read
24   privacy policies, do you pay special attention to the
25   section discussing what information is being collected     10:44:53
```

Page 36

1    about you?

2        A.  I wouldn't say I pay special attention.  I

3    was -- I read it as I would read, you know, any privacy

4    policy.

5        Q.  When you read privacy policies, do you generally    10:45:10

6    read the whole thing?

7        A.  Generally, no.  Generally, I'll peruse them.  So

8    certain things will catch your eye.

9        Q.  And what sorts of information are you generally

10   looking for as you peruse the privacy policy?             10:45:30

11       A.  Just anything that -- that stands out, like I

12   don't look for anything in particular, but you -- you

13   know, I'm not like this privacy policy -- like very anal

14   about I look at every privacy policy and I read it down

15   to every word and like analyze it and -- because there's   10:45:56

16   a lot of like legal mumbo-jumbo in there, too.

17           So it's a matter of -- you know, I look at it

18   generally for what it is, and if anything stands out that

19   seems odd to me, then maybe I'll read further or look

20   into it further.                                          10:46:14

21       Q.  Have you ever decided to stop visiting a website

22   after reading its privacy policy?

23       A.  Sure, yeah.

24       Q.  And which -- can you name one of those websites?

25       A.  No.  I don't recall a specific website.  Just     10:46:30

Page 37

1    there has been a couple times where I saw something, and

2    I'm like that's some bullshit, and I'm not even going on

3    this site.  This seems like way too -- way too intrusive.

4            So there has been times like that.  I just --

5    the websites, clearly I don't visit them very often.          10:46:50

6        Q.  Do you remember the terms that you saw that made

7    you think that you no longer wanted to visit that

8    website?

9        A.  I don't recall specifically what they were.

10       Q.  Okay.                                                  10:47:07

11       A.  But sometimes you'll see some language when, you

12   know, a privacy policy is being very transparent, and

13   you're like, wow, that -- no, no, thank you.  I'm out

14   (indicating).

15       Q.  Okay.  Do you also review privacy policies for        10:47:22

16   the apps that you use?

17       A.  Sometimes.

18       Q.  And do you review them in the same way you've

19   described reviewing the privacy policies for websites?

20       A.  Yes, yeah, I would say, yeah.                          10:47:40

21       Q.  All right.  I think we're -- I'm going to

22   introduce the first exhibit today.  So I don't know -- I

23   don't believe you've used this Exhibit Share before, but

24   if you go to that folder, you may need to refresh the

25   first exhibit.                                                 10:48:03

Page 38

1              (Exhibit 1, Redfin Privacy Notice, was marked

2              for identification by counsel electronically.)

3         Q.  BY MS. JENKINS:  It looks like it is there.  If

4    you could open that up.

5         A.  Okay.  I clicked refresh.  It says Exhibit          10:48:11

6    Number 1.

7         Q.  Okay.

8         A.  Redfin Privacy Policy.

9         Q.  Okay.

10        A.  Would you like me to click on that and open it?     10:48:21

11        Q.  Yes.  Please open it.

12             Do you recall if you've ever seen this privacy

13   policy before?

14             MR. LEE:  Do you want him to answer that without

15   reading the document?                                         10:48:44

16        Q.  BY MS. JENKINS:  No, no.  You can take your time

17   to take a look at the document.

18        A.  Yeah, I'm -- I'm just reviewing it.

19             It looks vaguely familiar.

20        Q.  Okay.  So I believe you testified earlier that       10:49:05

21   you had -- you had at some point reviewed Redfin's

22   privacy policy.  Is it safe to say that this would be the

23   privacy policy that you reviewed?

24        A.  Well, when I did, I didn't take a photographic

25   memory of it.  So that's why it's -- and I wouldn't          10:49:27

                                                       Page 39

1    necessarily see it like the way I'm seeing it right now.

2    That's why it's kind of odd, let's say.

3            But this -- this appears to be the Redfin

4    privacy policy, and it's probably what I saw.

5    Q.  All right.  Could -- could you please turn to or      10:49:46

6    scroll down to page 4 where it says 4 out of 18 at the

7    bottom.  And at the bottom of that, Section N, where it

8    says:  "Information We Collect Automatically."

9            Could you please read aloud that paragraph.

10   A.  "We may collect certain information                   10:50:11

11   automatically when you use the Services.  The information

12   may include your Internet protocol (IP) address, user

13   settings, IMEI, MAC address, cookie identifiers, mobile

14   carrier, mobile advertising, and other unique

15   identifiers, details about your browser, operating system  10:50:29

16   or device, location information, Internet service

17   provider, pages that you visit before, during, and after

18   using the Services, information about the links" -- "the

19   links you click, and other information about how you use

20   the services.  Information we collect may be associated    10:50:50

21   with accounts and other devices."

22   Q.  Is it okay with you that Redfin is collecting

23   that data?

24   A.  Yeah, I understand that Redfin's collecting that

25   data.                                                      10:51:11

Page  40

1     Q.  And do you consider any of that data to be your

2   personal information?

3     A.  Isn't it all my personal information?  Or to

4   answer your question, yes, it's all my information.  I --

5   like my device, my location, who I choose as my internet          10:51:32

6   provider, pages that I've visited before.  So that means

7   other websites I've gone to.  Yeah, that's my personal

8   information.

9     Q.  Would you be all right if Redfin was not

10  collecting this data itself but was using another company          10:51:53

11  or service to collect the data?

12      MR. LEE:  Are we talking about regular mode or

13  Incognito mode?  I'm a little confused.

14      MS. JENKINS:  Well, I mean, this is the Redfin

15  policy so it -- it doesn't distinguish.                            10:52:16

16      THE WITNESS:  Yeah.  So -- so if it doesn't

17  distinguish, which it seems it doesn't, then it would be

18  based on when I'm viewing it.  So I would care if I'm

19  viewing it in a -- you know, at a time that is more

20  private.  And so if I was in Incognito mode, then, you             10:52:44

21  know, I would care.  And depending on like what they're

22  doing with that, who they're giving it to, and

23  specifically, if they're giving it to Google when I'm in

24  Incognito mode, yeah, I would care about that.  Of

25  course.  Because I specifically would go into Incognito            10:53:05

Page 41

```
 1   mode to not have that data get to Google.

 2       Q.  BY MS. JENKINS:  Would you feel the same if --

 3   if that data was not connected to you personally or any

 4   of your accounts?

 5       A.  So if all the data about myself was not about      10:53:27

 6   myself; is that what you're asking?

 7       Q.  I'm saying it's not -- it's not linked -- the

 8   data is not linked to you or any of your accounts.

 9       A.  Well, this data is the web page I'm visiting,

10   where I'm at, who I am, what phone I have.  Like I feel    10:53:50

11   like it's very linked to me.

12       Q.  Would you feel that way even, for instance, if

13   the website that you're visiting may be a piece of data,

14   but it is not linked to you as in you are visiting it, it

15   is instead made anonymous so that no one knows who it is   10:54:10

16   that's visiting it, that someone is visiting that

17   website.

18           Would that be your personal information?

19       A.  Yes, that would be my personal information.

20   Like if -- if all my -- and I just want to make sure I     10:54:27

21   understand your question.  If all my personal information

22   was collected, would I care if all my personal

23   information was collected?  If like that's everything --

24   like you go through the laundry list of things that they

25   know about me, that's me.  That's myself.  That's         10:54:47
```

Page 42

```
1    everything about me.

2          So I -- I wouldn't care in a normal

3    circumstance, but if I'm going into Incognito mode and

4    I'm saying, hey, right now I care, then yeah, I care.

5    That's what -- that's why I go into Incognito mode.        10:55:03

6       Q.  My -- my question was somewhat different.  I was

7    just wondering if -- the fact that you have accessed a

8    website --

9       A.  Uh-huh.

10      Q.  -- that data point that someone has accessed a       10:55:14

11   website, if you are removed from that and there is data

12   showing someone has accessed a website, but it's not

13   related back to you, do you consider that to be your

14   personal information?

15          MR. LEE:  Asked and answered.                         10:55:34

16          THE WITNESS:  Yes, that is my personal

17   information.

18      Q.  BY MS. JENKINS:  And you would object to anyone

19   collecting that information if you were in Incognito

20   mode; is that correct?                                      10:55:48

21          MR. LEE:  Asked and answered.

22          THE WITNESS:  Should I --

23          MR. LEE:  You can answer -- you can answer

24   again.  I'm just objecting for the record.  You can

25   answer the question again.                                  10:56:04
```

Page 43

1            THE WITNESS:  Sorry, Sara, can you ask me that

2    question again?

3        Q.  BY MS. JENKINS:  Yes.

4            And you would object to anyone collecting that

5    information if you were in Incognito mode; is that          10:56:20

6    correct?

7            MR. LEE:  Objection to "anyone," vague.

8            THE WITNESS:  It -- I -- I object to Google

9    collecting it, and I object to Google having it, using

10   Google in Incognito mode.  That's what I object to.          10:56:39

11       Q.  BY MS. JENKINS:  Okay.  Can we -- can you -- on

12   Exhibit 1, can you scroll down to page 9 of 18.

13       A.  Nine.

14           I'm on page 9.

15       Q.  Okay.  And look around the middle of the page,       10:57:03

16   do you see in bold the section that says "Google

17   Analytics"?

18       A.  I do.

19       Q.  And could you read that paragraph aloud, please.

20       A.  "We use the Google Analytics service to provide      10:57:15

21   us with demographic data about our users on a

22   de-identified basis.  This Google service uses a cookie

23   that can be recognized by Google and its affiliate

24   DoubleClick when you visit other websites.  For more

25   information about Google Analytics, please visit" -- and     10:57:36

Page 44

1    there's the website.  "You can opt out of Google

2    Analytics collection for use of data generated by your

3    use of the Services by going to," and then it lists

4    another website.

5        Q.  Do you remember seeing this section of the          10:57:52

6    privacy notice before?

7        A.  I don't recall.

8        Q.  All right.

9            If you were to click on that first link, which

10   is Google dot -- Google.com/policies/privacy/partners, it    10:58:13

11   would take you to a page which we're going to introduce

12   as Exhibit 2.

13           (Exhibit 2, How Google Uses Information From

14           Sites or Apps That Use Our Services, was marked

15           for identification by counsel electronically.)       10:58:33

16           THE WITNESS:  Would you like me to go to that?

17   So back out of Exhibit 1?

18       Q.  BY MS. JENKINS:  Yes.  And then you may still

19   need to refresh, I think.

20       A.  Got it.                                              10:58:44

21           MR. LEE:  Sara, can I have a standing objection

22   to this document for lack of foundation?

23           MS. JENKINS:  Yes.  In that you -- not that in

24   that I agree, but yes, you do not need to repeat it.

25   That is fine.                                                10:59:01

Page 45

```
 1              MR. LEE:  Thanks.

 2         Q.  BY MS. JENKINS:  All right.  Do you have

 3    Exhibit 2 there?

 4              MR. LEE:  Just give me one second.  Mine's

 5    downloading.                                        10:59:14

 6              Okay, thanks.

 7              MS. JENKINS:  Sure.

 8         Q.  Mr. Brown, do you have Exhibit 2 open?

 9         A.  I do.  I'm looking at it right now.

10         Q.  All right.  Let me know when you've had a chance  10:59:39

11    to look at it.

12         A.  Well, I'm looking at it.  Would you like me to

13    read the whole thing or?

14         Q.  I mean, I can ask a question, and then if you

15    need more time to review, that's fine.  I will represent  10:59:54

16    to you that this is the -- if you were to click on that

17    first link that I just described, this is the page that

18    it would take you to.

19              Do you see that this page describes Google's

20    receipt and use of information when you visit a website  11:00:10

21    like Redfin that uses Google Analytics?

22         A.  Is there a paragraph you would like to refer me

23    to?

24              MR. LEE:  Yeah, if you're going to ask

25    generally, then I think we need to let him read the whole  11:00:29
```

Page 46

1    thing.

2           MS. JENKINS:  All right.  Well, why don't you

3    take a minute to look at the document.

4           THE WITNESS:  Okay.

5           MS. JENKINS:  And let me know when you're --          11:00:37

6    when you've had sufficient time.

7           THE WITNESS:  And I'm specifically looking for,

8    just so -- to your question.  Would you mind repeating

9    your question?  Just so I can pinpoint what exactly

10   you're asking and look for that.                             11:00:50

11      Q.  BY MS. JENKINS:  Sure.

12          I said:  Do you understand that this page

13   describes Google's receipt and use of information when

14   you visit a website like Redfin that uses Google

15   Analytics?                                                   11:01:51

16      A.  I see a bullet point here that says:  "Many

17   websites and apps use Google Analytics to understand how

18   visitors engage with their sites or apps.  If you don't

19   want analytics to be used in your browser, you can

20   install the Google Analytics browser add on.  Learn more   11:02:10

21   about Google Analytics and privacy."

22          Is that what you're referring to?

23      Q.  Well, I was referring more generally to the

24   whole document, but if you -- I mean, if you look at

25   the -- the first paragraph, which says at the top of the   11:02:24

                                                        Page  47

```
 1    first page:  Many websites and apps use Google's services

 2    to include their content and keep it free.  When they

 3    integrate our services, these sites and apps share

 4    information with Google."

 5         Do you see that?                              11:02:39

 6         A.  Yeah.  It's the first line.

 7         Q.  And then the following paragraph, could you

 8    please read that aloud.

 9         A.  "For example, when you visit a website that uses

10    advertising services like AdSense, including analytics    11:02:55

11    tools like Google Analytics or embeds video content from

12    YouTube, your web browser automatically sends certain

13    information to Google.  This includes the URL of the page

14    you're visiting and your IP address.  We may also set

15    cookies on your browser and/or read cookies that are      11:03:15

16    already there.  Apps that use Google advertising services

17    also share information with Google such as the name of

18    the app and the unique identifier for advertising."

19         Q.  Do you believe that you've seen this document or

20    this language before?                                     11:03:37

21         MR. LEE:  He already said he didn't click this

22    link.  Asked and answered.

23         THE WITNESS:  Yeah.  I'm -- I'm not sure.

24         Q.  BY MS. JENKINS:  All right.  So I -- I'm sorry

25    if I missed it, but Mr. Brown, did you say that you did   11:03:57
```

Page 48

1    not click this link?

2        A.  How Google -- a link that -- so you're asking me

3    did I click a link from the Redfin privacy policy to get

4    to this particular page?  I don't recall if I did that.

5        Q.  Okay.  Thank you.                                    11:04:25

6            If you had clicked on this, wouldn't you have

7    known that Google would be receiving certain information

8    from you while you were browsing on Redfin?

9            MR. LEE:  Objection to form, lack of foundation,

10   calls for speculation, improper hypothetical.               11:04:40

11           THE WITNESS:  So if -- well, yeah, if I was in

12   normal Google browsing, sure.  But if I was in Incognito,

13   then I would know that they don't.

14           THE REPORTER:  Excuse me.  "If I was in

15   Incognito, then I wold know"?                               11:04:56

16           THE WITNESS:  That they don't.

17           THE REPORTER:  Thank you.

18       Q.  BY MS. JENKINS:  Does this page suggest --

19   suggest to you that Google will not receive data from the

20   Redfin website if users are in Incognito mode?             11:05:19

21           MR. LEE:  Objection.  Lack of foundation, the

22   document speaks for itself.

23           You can answer.

24           THE WITNESS:  No, Google does.  Google says that

25   it will not collect that information.  So I trust Google    11:05:34

Page  49

1    at its word that -- that it won't, especially --

2    especially using its own product and services.

3            So if -- like if you're saying that they --

4    Redfin uses Google products and that they might send

5    information back to Google, well, then, yeah, I should be      11:06:00

6    cool because Google has already told me that, hey, we

7    won't collect that when I'm in Incognito mode.

8        Q.  BY MS. JENKINS:  Can you take a look at page 2

9    of this Exhibit 2, please.

10       A.  Page 2.                                               11:06:27

11       Q.  And take a look under the heading that says:

12   "How you can control the information collected by Google

13   on these sites and apps," and underneath that are a

14   number of bullets.  Can you read aloud the first bullet

15   starting "Ad Settings."                                      11:06:51

16       A.  "Ad settings help you control ads you see on

17   Google services (such as Google Search or YouTube) or on

18   non-Google websites and apps that use Google ad services.

19   You can also learn how to -- how ads are personalized,

20   opt out of ad personalization, and block specific           11:07:09

21   advertisers."

22       Q.  Have you attempted to change your ad settings?

23       A.  Are you asking about on Redfin or on -- in -- in

24   general like -- or -- or within Google; is that what

25   you're asking?                                              11:07:27

Page 50

1      Q.   Yes.  Within Google Chrome, have you attempted

2   to change your ad settings?

3      A.   I believe I changed -- I might -- might have

4   tinkered with some of the ad settings in normal Google

5   mode, and then, of course, in Incognito mode, I wouldn't          11:07:52

6   need to, according to Google.

7      Q.   If you -- can you please read the second bullet.

8      A.   "If you are signed into your Google Account, and

9   depending on your Account settings, My Activity allows

10   you to review and control data that's created when you           11:08:16

11   use Google services, including the information we collect

12   from the sites and apps you have visited.  You can browse

13   by data and by topic and delete part or all of your

14   activity."

15      Q.   Have you ever looked at your My Activity page?          11:08:34

16      A.   I believe I have seen it, yeah.

17      Q.   And have you attempted or have you deleted any

18   information from there?

19      A.   I believe I have.  Yeah, maybe my -- I don't

20   remember specifically what it was, but I remember -- I          11:09:00

21   remember tinkering with it before when I was curious.

22      Q.   Were you doing that as a way to protect privacy

23   or for some other reason?

24      A.   As a way to understand how -- how it works and

25   how to understand what data is collected about me and/or        11:09:24

Page 51

1    not.

2         So, yeah, I think it was -- yeah -- yeah, that's

3    my best answer.  I was curious how it worked, and I -- I

4    got into it and started playing with some things, and I

5    think I deleted something.  I'm like, oh, okay, great,         11:09:45

6    you can do that.

7         Q.  When you say how it worked, are you referring to

8    My Activity of the "it" there?

9         A.  I don't recall what exactly that I deleted.

10        Q.  Okay.  I was just wondering, I think you were          11:10:08

11   saying that you had -- you had --

12        A.  It might have been my browser history, like

13   there might have -- there's probably multiple things you

14   can tinker with in there.  And so it might have been

15   that.  I don't recall exactly what I deleted, but I do         11:10:22

16   recall going on there at some point.

17        Q.  Okay.  And then could you also -- I know you

18   already have, but could you read the third bullet.

19        A.  The third bullet.

20        "Many websites and apps use Google Analytics to            11:10:40

21   understand how visitors engage with their sites or apps.

22   If you don't want Analytics to be used in your browser,

23   you can install the Google Analytics browser add-on.

24   Learn more about Google Analytics and privacy."

25        Q.  Prior to right now, were you aware of the Google       11:11:00

                                                          Page 52

1    Analytics browser add-on?

2        A.  I'm -- I'm not exactly sure what that is.

3        Q.  Okay.  But so is it fair to say, then, that you

4    have not downloaded or installed the Google Analytics

5    browser add-on?                                          11:11:24

6        A.  It's fair to say that.

7        Q.  Okay.  And can you please also read the last

8    bullet there.  Oh, the last bullet on the page.  There's

9    one more on the next page.

10       A.  "Incognito mode" -- that's the one that you'd    11:11:38

11   like or the last bullet?

12       Q.  The one starting "Incognito mode."

13       A.  Okay.  "Incognito mode in Chrome allows you to

14   browse the web without recording web pages and files your

15   browser" -- "or" -- "and files in your browser or account  11:11:58

16   history unless you choose to sign in.  Cookies are

17   deleted after you've closed all of your Incognito windows

18   and tabs, and your bookmarks and settings are stored

19   until you delete them.  Learn more about cookies."

20       Q.  Is that consistent with your current under --    11:12:16

21   understanding of how Incognito mode works?

22       A.  Let me reread it to myself just for a moment, if

23   you don't mind.

24           Partially.  Some of this I would have to dig in

25   and try to understand what exactly they mean by some of   11:13:19

1    the things.

2        Q.  Okay.  What is your current understanding of how

3    Incognito mode in Chrome works?

4        A.  Is that it doesn't collect your data while

5    you're in Incognito mode.                                    11:13:38

6        Q.  Okay.  Has that understanding changed over time

7    or has that been your understanding since you started

8    using Incognito mode?

9            MR. LEE:  Sara, I don't -- I don't mean to jump

10   in.  Just for clarity, I think you mean prior to the         11:13:56

11   lawsuit for your question, for the purposes of your

12   question?

13           MS. JENKINS:  Well, yeah, that's fine.  I mean,

14   we cn -- I can ask that question.

15       Q.  Is that the same understanding that you had         11:14:08

16   prior to taking part in this lawsuit?

17       A.  Prior to it, yes.  I feel like post the

18   initiation of the lawsuit, I've learned quite a bit more

19   about it.

20       Q.  Okay.  That's what I was trying to ask             11:14:32

21   originally, which is what is your current understanding

22   of how Incognito mode works?

23       A.  Oh, yeah, my current understanding is that it --

24   it gives the veneer of not collecting your data, but it

25   actually collects quite a bit of your data.  That's my      11:14:50

                                                    Page 54

1    current understanding.

2        Q.  And when you say it gives the veneer of not

3    collecting data, what do you mean by that?

4        A.  It positions itself and says that we don't

5    collect your data, and you have -- you have the choice,        11:15:12

6    and you have to give consent.  And then it goes and

7    pretty much collects a bunch of your data, apparently.

8            And in some cases, it's actually even worse than

9    regular browsing because at least in regular browsing, I

10   can go in and I can -- I can delete my history, and I can      11:15:38

11   delete the information that you have about me.

12           But in Incognito mode, apparently, I cannot.  So

13   it -- it feels like a worse monster than -- than what I

14   thought it was prior to this.

15       Q.  When you say that you can delete certain things       11:16:01

16   if you're not using Incognito mode, what are you

17   referring to?  How would you go about deleting things?

18       A.  Well, we talked about different things that you

19   can delete going into -- I don't remember what the link

20   was or the My Account or things like that.  But            11:16:21

21   apparently, you can go in there, and I recall deleting

22   things.

23           Even in just normal, like if you go -- I'm

24   sorry, I just forget what that link's called and what it

25   goes to.  But you can go to your account, and you can        11:16:40

Page 55

```
 1    delete some of the information.  And we were --

 2         Q.  Okay.

 3         A.  -- talking about that in one of the --

 4         Q.  Yeah, I think -- are you referring to the My

 5    Activity page?                                          11:16:49

 6         A.  Yeah.

 7         Q.  Okay.  What is your current understanding about

 8    whether any data that Google receives while you're using

 9    Incognito mode is linked to you personally?

10              MR. LEE:  You know what?  This is -- your      11:17:06

11    current understanding is based on privileged information.

12    So I would direct you not to answer that.

13              MS. JENKINS:  All right.  Will you accept your

14    counsel's direction?

15              THE WITNESS:  Yeah, I accept.                  11:17:20

16              MS. JENKINS:  Okay.  Let's move on -- we'll move

17    on to the next exhibit, which I will represent to you, if

18    you were to take a look back at that Redfin Privacy

19    Notice, it had two links there.  Exhibit 2 would be the

20    first link, and Exhibit 3 is the second link that we were  11:17:42

21    discussing.

22              (Exhibit 3, Google Analytics Opt-Out Browser

23              Add-On Download Page, was marked for

24              identification by counsel electronically.)

25         Q.  BY MS. JENKINS:  If you could back out of       11:17:51
```

Page 56

```
1    Exhibit 2 and then refresh.

2         A.   Okay.  I have it up, Sara.

3         Q.   Oh, mine's a little slow.  Just a second.

4              All right.  Could you -- could you read aloud

5    the title there in the first paragraph.                    11:18:27

6              MR. LEE:  Before he does that, can I get a

7    standing objection to lack of foundation for this

8    document?

9              MS. JENKINS:  Yes, that's fine.

10             MR. LEE:  Thanks.                                 11:18:40

11             THE WITNESS:  "Google Analytics Opt-Out Browser

12   Add-On.  To provide website visitors the ability to

13   prevent their data from being used by Google Analytics,

14   we have developed the Google Analytics opt-out browser

15   add-on for websites using the supported version of Google  11:18:57

16   Analytics JavaScript."

17             "If you want to opt-out, download and install

18   the add-on for your web browser.  The Google Analytics

19   opt-out add-on is designed to be compatible with Chrome,

20   Safari, Firefox, and Microsoft Edge.  In order to          11:19:14

21   function, the opt-out add-on must be able to load and

22   execute properly on your browser.  Learn more about the

23   opt-out and how to properly install the browser add-on

24   here."

25        Q.   BY MS. JENKINS:  All right.  I know you've        11:19:34
```

Page 57

1    already said that you've not downloaded the browser

2    add-on, but is it fair to say that if you'd read this

3    page, you would have learned how to prevent your data

4    from being used by Google Analytics?

5         MR. LEE:  Objection.  Lacks foundation, calls        11:19:49

6    for speculation, improper hypothetical.

7         You can try to answer.

8         THE WITNESS:  If I -- I'm sorry, can you repeat

9    your question, Sara?

10    Q.  BY MS. JENKINS:  Yeah.  I'm -- I'm just            11:20:00

11    wondering, after reading this, do you -- do you now

12    understand that there is -- that you could download this,

13    which would then prevent your data from being used by

14    Google Analytics?

15    A.  I understand it as one of the options, Google      11:20:18

16    offers to do that, it seems.

17    Q.  After going through the Redfin privacy policy --

18    privacy notice, as we have to today, and these links,

19    would you still use the Redfin website?

20    A.  Yeah, I would still use the Redfin website         11:20:45

21    depending on the context of why I'm using that website

22    and when, how, what.  Again, context matters.  And so

23    there's times where I understand that a -- like my

24    information is being shared.  I understand that data is

25    going to be collected, my personal information is going  11:21:06

Page 58

1    to be collected.  There's times I understand that.  And

2    then there's times that I want it more private.

3           And so, again, context matters.  Would I visit

4    the website?  Yes, in certain situations and under

5    certain circumstances.                              11:21:23

6           If the darned Google Incognito button really did

7    what it's supposed to do and what it says it's supposed

8    to do, then I can go on there worry free.

9       Q.  What would you consider to be personal user

10   data?                                               11:21:43

11      A.  Personal user data.  Well, that is in all the --

12   you know, the information about myself, my use, my

13   location, my habits, my preferences.  What I do before I

14   go to a website, what I do after I go to a website.  What

15   color hair I prefer on a woman.  Like all of that seems   11:22:08

16   to be personal data.

17      Q.  Would it be fair to say that to be personal user

18   data, it would need to be data that is linked to you?

19           MR. LEE:  Objection to form, asked and answered.

20           You can answer.                             11:22:32

21           THE WITNESS:  I believe it's all linked to me.

22      Q.  BY MS. JENKINS:  But if -- if a piece of data

23   were not linked --

24      A.  I guess I would need to understand how you

25   disassociate everything about me from me.           11:22:45

                                                    Page 59

1          MR. LEE:  Did we lose, Sara?

2          MS. JENKINS:  No, sorry.  I'm just looking back

3    at a question.

4          MR. LEE:  Okay.

5     Q.  BY MS. JENKINS:  All right.  What -- what          11:23:08

6    information would you consider to be sensitive user data?

7          MR. LEE:  Objection to form.

8          THE WITNESS:  Anything where I click on the

9    Incognito mode now becomes sensitive user data.  Because

10   I'm saying this is off limits.  So any data from that     11:23:26

11   point forward is now sensitive user data.  And it's

12   basically because I'm saying, look, I don't -- this --

13   this part of it, I don't want you to hear, see.  Like

14   this is my private information.  So it's all sensitive.

15    Q.  BY MS. JENKINS:  So, for example, if you were to     11:23:53

16   visit the Redfin website in regular mode, you would not

17   consider that to be sensitive, but if you are using

18   Incognito mode, that same visit you would consider to be

19   sensitive user data?

20    A.  Yes, I would.  Because I'm there -- I'm saying      11:24:13

21   that -- if I just said something normally to somebody,

22   then that's one thing.  But if I, you know what, say,

23   hey, this is a -- this is a secret, then I'm putting up a

24   sign saying, hey, this is private, this is sensitive.

25          So it - -it doesn't really matter actually the    11:24:33

```
1    website that I'm going to; it matters the context.  Am I

2    deciding is this going to be private or not?  And because

3    I understand that, hey, if I go do normal browsing, I'm

4    doing normal browsing and I'm giving up data and -- an my

5    data's being collected, and that's the deal we have.        11:24:53

6            But when I go into Incognito mode, hey, the deal

7    we have is, no, Google's not to be collecting my data.

8    So that's how it matters.

9        Q.  Have you -- okay.  Sorry to interrupt you.

10           Have you used other browsers' private browsing      11:25:12

11   modes?

12       A.  I think I've tried one -- one or maybe two at

13   some point.  But -- oh, sorry.  Sorry to interrupt.

14       Q.  No, you go ahead and finish your answer.

15       A.  But it -- yeah, I -- I tried one or two at some     11:25:34

16   point.  Because I did find it interesting that, oh, they

17   have a private browsing mode as well.

18       Q.  And you've tried Microsoft's private browsing

19   mode; is that correct?

20       A.  I don't recall Microsoft's.                         11:26:03

21       Q.  Which private browsing modes do you recall

22   using?

23       A.  I believe it was on Safari one time, and then

24   I'd have to recall what the other browsers that are out

25   there.  Because I -- like 99.9 percent of what I do is      11:26:29
```

Page 61

1    on -- on Google Chrome.  So I don't really use the other

2    browsers very often.

3         I do -- the reason why I'm saying yes is I do

4    remember being prompted on some other browser that, hey,

5    there's a -- there's a -- I don't think they called it          11:26:48

6    Incognito mode.  I don't even recall what they called it.

7    But it was a -- saying, hey, there's a private browsing

8    mode here.

9         And so I do recall clicking on one of them.  I

10   think it was Safari.                                            11:27:02

11       Q.  Do you believe that Google will be receiving

12   data from the Redfin website if you browse using Safari's

13   private browsing mode?

14       A.  Do I think that Google will be...

15           Yeah, I guess that's possible.                          11:27:29

16       Q.  And does that cause you concern?

17       A.  No, because I -- like even when I clicked on it,

18   I didn't even -- I don't even think I went to a website.

19   I just clicked on it to open it because it was -- it was

20   prompted to me.  So I don't have any concerns because,         11:27:49

21   again, 99.9 percent of what I do is on Google, and Google

22   has Incognito mode.

23       Q.  Do you consider sensitive user data and personal

24   information to be the same thing?

25       A.  Yeah, I think they're -- they're synonymous.  It       11:28:20

Page 62

1    depends on, you know, like everybody's definition and

2    context.  But, yeah, yes.  In general, yes.

3            MS. JENKINS:  All right.  Can we take like a

4    five-minute break?

5            MR. LEE:  Sure.  Let's take ten.                    11:28:41

6            MS. JENKINS:  Okay.  Sounds good.

7            THE VIDEOGRAPHER:  We are off the record.  The

8    time is 11:29 a.m.

9            (Recess.)

10           THE VIDEOGRAPHER:  We are back on the record.      11:45:38

11   The time is 11:46 a.m.

12       Q.  BY MS. JENKINS:  Mr. Brown, before the -- the

13   break, I asked you a few questions about private browsing

14   mode other than Incognito mode for Chrome, and I was

15   wondering, you'd mentioned that you had tried them but       11:46:06

16   only rarely.  I was wondering, you mentioned that you

17   didn't have the same concern if Google received

18   information when you were private browsing using a

19   browser other than Chrome.

20           And so I was wondering if you mean that it's        11:46:23

21   okay for Google to receive your browsing information when

22   you browse in another browser's private browsing mode,

23   but not if you're browsing in Incognito mode because

24   Incognito mode is a Google product.

25           MR. LEE:  Objection to form.  That                  11:46:41

                                                          Page 63

1    mischaracterizes his prior testimony.

2            THE WITNESS:  No.  I guess -- well, I didn't

3    have the concern because I don't use them.  So I haven't

4    given it any thought because I don't -- I don't use them.

5    Like when I went on it, I -- I don't even believe I went          11:47:01

6    on a website.  So there's not much cause for concern

7    there.

8            Q.  BY MS. JENKINS:  All right.  If you are in

9    Incognito mode and you visit Google.com, do you

10   understand that Google will receive certain of your data?          11:47:18

11           A.  From in Incognito mode and I go to Google.com?

12   No, I think that's why I go into Incognito mode.  So they

13   don't collect my data.

14           Q.  So if you were to go into Google.com and, for

15   instance, search for something, you don't think that            11:47:46

16   Google should receive any information about what you're

17   searching for?

18           A.  Well, yeah, if I go into Incognito mode, I

19   don't -- I don't think they should collect anything on

20   me.  If I type in something that I'm seeking, then like a        11:48:02

21   water bottle, I would expect water bottles to come up.

22           Q.  So you would expect information about your

23   request to be sent to Google; is that correct?

24           A.  I would expect it to come up.  I wouldn't expect

25   to be collected.  Because Google said they wouldn't do            11:48:23

                                                          Page 64

1    that.  That's why I went into Incognito mode.

2        Q.  So what is the difference between having results

3    for your search come up and having Google collect the

4    information that you've input?

5        A.  Well, if I go -- if I like -- as an example, if        11:48:41

6    I go onto -- if I'm in Incognito mode and I go into a

7    website, I would expect that website to come up, but I

8    wouldn't expect things to be collected on the -- while

9    that's happening.

10        And so I guess in your example, I guess it would        11:49:01

11    be the same thing.

12        Q.  But you understand that Google will have to

13    receive some information from you in order to provide you

14    search results if you're searching for something; is that

15    right?                                                        11:49:22

16        A.  I -- I understand that if I go onto Google, and

17    I go into the Google search bar, and I'm in Incognito

18    mode, that some magic in the background happens, and then

19    that comes up.  I don't -- I don't really know how that

20    works, but I do understand that if I search in the Google        11:49:40

21    search bar and I'm in Incognito mode, I do understand

22    that what I search for would come up.

23        Q.  So doesn't that mean that Google will have to

24    receive the information that you input?

25        MR. LEE:  Objection.  Asked and answered, calls        11:49:57

Page 65

1    for speculation.  He's already told you the limits of his

2    knowledge about this topic.  Everything else is

3    speculative.

4         THE WITNESS:  Yeah.  I don't know -- like I

5    don't know what the differentiator is between like, hey,        11:50:17

6    me typing into Google search "water bottle" and something

7    coming up versus all that information or any information

8    being collected similar to the things that we went over

9    earlier when you cited like the Redfin agreement, like

10   all those things that we had named.  Anything like that.        11:50:37

11   Really any information about me.

12        Even if you -- even if Google saved that I

13   searched that, I would expect that shouldn't be the case.

14   Like that's why I go into Incognito mode.  I think this

15   really comes down to, you know, what there's -- like I         11:50:57

16   expect the website to work that I go to in Incognito mode

17   because that would be really silly, but if -- but I don't

18   expect my data to be collected.  I hope I'm being clear

19   with the distinction.

20        Q.  BY MS. JENKINS:  Do you know if it's possible        11:51:11

21   from a technical perspective for the -- the website

22   Google.com to work if it doesn't collect any information

23   from you?

24        A.  I don't know how it would work, but I believe

25   Google's smart, and I believe it's possible.                   11:51:29

Page 66

```
1        Q.  And do you have any evidence to support that

2   belief?

3        A.  When I -- well, when I go into Incognito mode

4   and I search in Google, it comes up.  And I -- yeah.  I

5   don't feel any amazement when it does, I guess.  Like        11:51:51

6   maybe I'm having trouble answering the question.  But

7   like, yes, I would expect that to happen, and if that

8   means that, hey -- like I don't know how -- I'm sorry, I

9   don't know how search engines work behind the scenes,

10  behind just the front screen.                                11:52:09

11       Q.  But you're not aware of any way that Google

12  could provide you search results in response to something

13  that you input into the computer without receiving the

14  information that you input into the Google.com website;

15  right?                                                       11:52:27

16           MR. LEE:  Objection.  Asked and answered, calls

17  for speculation.

18           You can answer again if you want.  Sorry.

19           THE WITNESS:  Of course -- of course, I would be

20  putting in what I'm searching for.  So --                    11:52:37

21       Q.  BY MS. JENKINS:  And do you --

22       A.  Go ahead.

23       Q.  And you understand that --

24           MR. LEE:  Hold on, hold on, hold on.  Excuse me.

25           Mr. Brown, were you -- were you done?               11:52:49
```

Page 67

```
 1              THE WITNESS:  Yeah, I'm complete.

 2              MR. LEE:  Okay.

 3         Q.  BY MS. JENKINS:  Do you understand Google would

 4    need to receive what you've input into the computer in

 5    order to provide you with search results?              11:52:59

 6              MR. LEE:  Objection.  Asked and answered, calls

 7    for speculation, lack of foundation.

 8              THE WITNESS:  Again, I would liken it to like if

 9    I go in Incognito mode and I type up a website, the

10    website comes up.  Right, like I would expect that to     11:53:19

11    happen.

12              And so same thing with the search result.  I

13    would expect what I inputted to come up.  Is that

14    collecting my data?  I -- that's probably a technical

15    question.  I don't know.  And definitions would need to   11:53:38

16    be defined and -- yeah.

17         Q.  BY MS. JENKINS:  Within your understanding of

18    data collection, would that be collecting your data if

19    Google receives information that you put into Google.com

20    as part of a web search?                                 11:53:52

21              MR. LEE:  Objection to form, asked and answered,

22    lack of foundation, calls for speculation.

23              THE WITNESS:  Yeah.  If I go on Incognito mode

24    and I type in a website, for example, and the website

25    comes up, and now I'm looking at the website, and nothing  11:54:16
```

Page 68

1    else was collected or tracked or anything, and I have,

2    you know, complete privacy, then like that would --

3    that's my understanding of it.  And I -- I don't think

4    that would be, you know, data collection.

5            And -- and you know what?  If that was the only        11:54:42

6    thing that was happening, we wouldn't be on this Zoom

7    call right now.  That's the problem.

8        Q.  BY MS. JENKINS:  Do you think that the

9    information that Google receives when you're using

10   private browsing is personal user data?                       11:54:57

11       A.  Yes, I think that -- and I would just refer back

12   to, you know, all of those things we had mentioned

13   before.  Because like my location is private; right?  I

14   don't want a tracker on me all the time.  Or like my

15   preferences are private when I choose them to be.             11:55:23

16           Like and, really, most of the time my location

17   isn't a big deal.  I don't care.  But sometimes I do

18   care, and that's the point.  Sometimes I care.  And so

19   that's why I click on Incognito mode.  Because right --

20   like right now, I care.  I'm going to click Incognito        11:55:41

21   mode so that my data isn't collected because I care right

22   now.  That's the difference.

23       Q.  But if that -- if your location data were

24   anonymous in that Google received information that

25   someone had that location, but it was not connected to       11:55:57

Page 69

1    you, would that cause the same concern?

2              MR. LEE:  Objected -- objection to form to the

3    extent that -- strike that.

4              Objection to form, vague as to "anonymous."

5              THE WITNESS:  Yeah.  Like I don't -- I don't --    11:56:15

6    I would have the same concern because I feel like my

7    identifiers are me.  I don't know how Google identifies

8    me.  I think -- I think my name is probably the last

9    thing Google cares about me.

10             So it's -- it's like equivalent to like, Sara, I    11:56:31

11   just met you.  We don't know each other.  But I know

12   you're wearing a black jacket, I know you're wearing a

13   red shirt, I know you wear glasses, I know like the type

14   of chair that you're looking at.  Like I know a lot of

15   things about you.  I could probably figure out where      11:56:51

16   you're located.

17             And so just maybe if I didn't know your first

18   name, that -- it's almost irrelevant.  I now know a lot

19   about you, probably more than you would prefer me knowing

20   about you.                                                 11:57:00

21             And especially if you clicked on the button and

22   you muted your mic, but now I can hear everything you're

23   saying.  But you clicked on the button.  You muted the

24   mic.  But I can hear everything you're saying?  That's

25   something inherently wrong with that.                      11:57:12

                                                        Page 70

1      Q.  BY MS. JENKINS:  Well, in that way with your

2    explanation of it, that would not be anonymous in that

3    you would still know it was me talking.  I'm rather

4    talking about if Google knows that some user is in a

5    specific location, but doesn't know what user it is and        11:57:28

6    cannot connect that location back to you as a person,

7    does that cause the same concern?

8            MR. LEE:  Objection.  Asked and answered.

9            THE WITNESS:  Yes, that causes the same concern.

10   Because they know a myriad of things about me that I           11:57:42

11   specifically asked them to not know right now.  And --

12   and, yeah, so it does cause the same concern.

13     Q.  BY MS. JENKINS:  Do you know whether the

14   information that Google receives affects your browsing

15   experience?                                                    11:58:00

16            MR. LEE:  Objection to form, vague.

17            THE WITNESS:  I believe it has an effect.  To

18   what degree, I don't know.  I could probably speculate,

19   but I'm sure you don't want that.

20     Q.  BY MS. JENKINS:  No, I don't want you to              11:58:18

21   speculate, but if you -- if you have any idea that

22   wouldn't be speculation.

23     A.  Well, tailored advertisements.  I'm sure that's

24   something that -- that would happen.

25     Q.  Okay.  Anything else that you can think of?         11:58:31

                                                               Page 71

1          MR. MAO:  Let me jump on and say that you're on

2     mute.  Just tell him to pause.

3          Excuse me.  Hey, sorry, like there's something

4     wrong with the connection.  Can we take a break real

5     fast?  Just two minutes.  I think James' screen is          11:58:49

6     frozen, Sara.

7          MS. JENKINS:  Oh, okay.  Sure.  Yeah, I hadn't

8     noticed.  Sorry.

9          MR. MAO:  Sara, you're actually -- I actually

10    can't hear you.  I can't hear Chasom, either.            11:59:03

11         THE WITNESS:  Oh, really?  Okay.

12         THE REPORTER:  Shall we go off the record?

13         MR. MCGEE:  Yeah, this is Ryan.  Why don't we go

14    off the record.

15         MS. JENKINS:  Sure.                                  11:59:16

16         THE VIDEOGRAPHER:  We are off the record.  The

17    time is 11:59 a.m.

18         (Discussion off the record.)

19         (Recess.)

20         THE VIDEOGRAPHER:  We are back on the record.       12:05:42

21    The time is 12:06 p.m.

22    Q.  BY MS. JENKINS:  All right.  Mr. Brown, if

23    Google has your browsing activity from one Incognito

24    session and it also has browsing activity from a second

25    different Incognito session, but Google doesn't know that    12:06:04

Page 72

```
1    they come from the same person, would that still cause

2    you concern?

3              MR. LEE:  Objection to form, vague as to

4    "person."

5              THE WITNESS:  Yes, that would cause me concern.    12:06:22

6         Q.  BY MS. JENKINS:  And why is that?

7         A.  Because you did -- you collected my data without

8    my consent, and now you're saying it, hey, we did it

9    twice.  But it's like you -- you -- you stole from me

10   once, and then you stole from me again, and then you're    12:06:47

11   saying, hey, we just don't keep it in the same place.

12   Are you cool with that?  No, I'm not cool with that.

13        Q.  Do you have an understanding of whether Google

14   profits from user data?

15        A.  I -- I believe they do --                          12:07:09

16        Q.  And what's your understanding of how --

17        A.  -- a lot.  I believe they do a lot.

18        Q.  And what's your understanding of how Google

19   profits from user data?

20        A.  Well, data can be monetized in an assortment of    12:07:16

21   ways.  One of those ways is putting profiles together

22   and -- you know, to advertisers to, hey, here's your type

23   of customer.  It's this guy.  He's in the cannabis

24   history.  He's 43 years old.  He likes these certain

25   things.  And then they -- there's certain things that      12:07:47
```

Page 73

1    advertisers want, and Google provides that to them, and I

2    think a transaction occurs and there's probably a lot of

3    money that exchanges hands.

4         And just -- just to be fair, I -- I -- for

5    business, I have used Google like AdSense before and        12:08:06

6    things like that for targeted ads.  And so there's a lot

7    of different things you could click, and you could

8    like -- you could pick exactly who you're going to

9    target, so...

10    Q.  For -- for what business have you used AdSense?        12:08:23

11    A.  Oh, this is going to be funny.  I -- me and a

12    buddy of mine, we started a puppet show online on

13    YouTube, and we were advertising that -- it wasn't a

14    puppet show.  It was reviewed movies, basically, but with

15    puppets.                                                    12:08:48

16         And so we wanted to advertise to certain people.

17    People that liked movies, people that were in our area,

18    people like that, that type of stuff.

19    Q.  Is this one of the -- the businesses that you're

20    running under the LLC you mentioned earlier?               12:09:03

21    A.  That -- that would have been under my sole prop,

22    I believe, when I did that.  Because that's more along

23    the lines of entertainment.  It was just kind of just a

24    fun little project between me and my buddy, but we did,

25    you know, put some time into it.                           12:09:24

Page 74

1        Q.  Did you use AdSense to increase views on your

2    videos?

3        A.  Yes.  Yes.

4        Q.  And -- and did the -- did that advertising

5    effort have any results?                          12:09:39

6        A.  It did.  We did get more views and more

7    subscribers from it.

8        Q.  Were you happy with that experience?

9        A.  Lukewarm.  I don't know if I'd do it again, but

10   I don't -- I don't regret it.  It was a puppet show.  So,   12:10:00

11   you know, like conversations about puppet shows, Sara.

12       Q.  Is it fair to say that Google AdSense did what

13   you wanted it to do in that it increased views and

14   subscribership?

15       A.  I think that's a fair thing to say.          12:10:22

16       Q.  Other than advertising, do you have an

17   understanding of any other ways that Google profits from

18   user data?

19       A.  Not to any depth, but there's a lot of ways that

20   data can be used to be monetized.  I don't know which    12:10:47

21   ones Google uses the most or anything like that.  I can

22   imagine they -- because they have so much data, they

23   probably use it in every way possible.

24       Q.  Okay.  And what other ways to monetize data are

25   you aware of?                                        12:11:07

                                                        Page 75

1        A.   Like, for example, something newer coming out

2   is -- you know, data's being collected from people's

3   driving habits, and then that's -- like insurance

4   companies are paying to get that information.  So that

5   would be another example.                          12:11:24

6        Q.   Okay.  You're not aware if Google is doing

7   anything with that -- to that respect, are you?

8        A.   No, I'm not aware of that.

9        Q.   And are there any other ways that you know of

10  monetizing user data that you can think of?         12:11:41

11       A.   There's -- yeah, there's probably a lot of ways.

12  Give me a moment to think about it, and I'll try to -- I

13  think many, many companies would be very curious about,

14  you know, habits of people and -- and they would pay for

15  that as well.  So not necessarily advertising, but the  12:12:11

16  general habits of people, and I would think Google is

17  doing that.

18       Q.   Okay.  Anything else?

19       A.   Yeah, like you can -- like a lot of like bulk

20  data collection.  Like I guess that would lean more    12:12:41

21  toward -- toward companies wanting information, but it

22  could be companies, individuals, like -- yeah, I -- I

23  don't deal in that world so I don't know specifics, and

24  I'm trying not to like, oh, guess does Google do this or

25  guess does Google do that.  I don't know.  My guess is  12:13:02

```
1    they do it all.

2        Q.  Yeah.  My question was not specific to Google,

3    but just generally ways that user data might be

4    monetized, but --

5        A.  Oh.                                    12:13:14

6        Q.  Are there any other ways that you can think of?

7        A.  Yeah.  You can check effectiveness of like

8    things that you're doing.  Like, for example, there's one

9    way I use data is we send out an email, and then we find

10   out how many people click on that email.  And then we    12:13:42

11   analyze the different forms of like, oh, hey, this email,

12   more people will click on it when we put this or we do

13   that.

14           And so we -- to find the effectiveness of

15   practices is one way that it can be monetized.           12:13:59

16       Q.  For -- for what company or endeavor have you

17   done that -- that sort of practice with regard to email?

18       A.  It was in my cannabis company.

19       Q.  What is your cannabis company?

20       A.  Well, it's all -- it's a series of a bunch of    12:14:19

21   it, but the ownership company is Eppek LLC.

22       Q.  And what are the companies, the cannabis

23   companies then under Eppek?

24       A.  One of them is called Maturin (phonetic), one of

25   them is called Connick, one of them is called Elemental   12:14:38
```

Page 77

```
1    Holistic.  There's like some other LLCs that we use for

2    random things that -- off the top of my head, I don't

3    really know.  I don't really deal with them or write

4    checks for them very often, but there's LLCs that Eppek

5    would own.                                          12:15:05

6         Q.  And what types of companies are those?

7         A.  Well, either in like -- well, in cannabis, or

8    they would be -- yeah, they would be cannabis companies.

9         Q.  When you say cannabis companies, I'm wondering,

10   do you mean they sell cannabis or -- I'm just not sure    12:15:26

11   what you mean by you hold it.

12        MR. LEE:  Okay, hold on for a second.  Hold on

13   for a second, Sara.

14        I'm actually not sure, either, Sara.  How do you

15   think this line of questioning is going to lead to         12:15:35

16   relevant testimony?  I've let you get into it, but we

17   keep going further down into this, and I see no -- no way

18   any of this is relevant.

19        MS. JENKINS:  Well, I think I'm allowed to delve

20   into his background a little bit.  I haven't gone very     12:15:49

21   far.  He's talking about user data with respect to emails

22   from some of these companies.  I'm asking what the

23   companies are and what they do, so...

24        MR. LEE:  You seem particularly focused on the

25   cannabis companies.  That's -- that's all I'm saying.     12:16:06
```

Page 78

```
 1            MS. JENKINS:  I've also asked about the puppet

 2    show company.  I'm happy to ask about the other companies

 3    he has as well.  I'm interested in -- in these companies,

 4    the technology that they use, and his understanding of

 5    the technology through these companies.              12:16:21

 6            So if you want to instruct him not to answer

 7    what types of cannabis companies he's involved in, go

 8    ahead.

 9            MR. LEE:  I'm not instructing him not to answer.

10    I'm just trying to understand.  I guess I'll just make my   12:16:32

11    objections.  It's certainly your time, but I guess you

12    can choose how to use it.

13            Go ahead.

14            THE WITNESS:  It's a licensed retail cannabis

15    company.                                             12:16:49

16        Q.  BY MS. JENKINS:  And is that what all of those

17    different cannabis companies that you mentioned are?

18        A.  One of them owns some real estate, and that

19    houses a cannabis -- a cannabis company in it.  And what

20    was the other one?  And the company in it is a licensed   12:17:09

21    manufacturing lab.  So that would be the extent.

22        Q.  Okay.  What does a licensed -- licensed

23    manufacturing lab, does that mean they're licensed for

24    producing cannabis?

25        A.  Oh, yeah.  Okay.  Now we're getting into my    12:17:32
```

Page 79

```
 1    world.  So if you're curious about manufacturing licenses

 2    that cannabis.  So what you do is you pull -- basically,

 3    you get the plant, and then you pull it into the lab, and

 4    then what happens is you are extracting the terpene

 5    profile from it.  So through all the machinery.          12:17:54

 6            Now, hey, I do -- am part owner of the lab, but

 7    I don't know the chemistry behind it all, but I can tell

 8    you what the machine does, is you then extract the THC

 9    and you -- in the form of distillate, and then you

10    extract the terpene profiles.                            12:18:11

11            And then you can make -- like you've probably

12    seen people generally have like a -- a vape, like or a

13    vape cartridge.  And who knows?  You may partake

14    yourself, Sara, in vapes.

15            And so if you want to get essentially high off    12:18:24

16    THC, then you can -- you'll have a vape in distillate

17    form, and through a -- and before we get it to you, it

18    would, of course, be tested, all licensed, and then sold

19    through another licensed retailer.  So then you can have

20    a clean, pure, unobstructed hit of THC, essentially.     12:18:44

21        Q.  And are you involved in the day-to-day

22    operations of these companies?

23        A.  No.

24        Q.  So are you involved as an investor?

25        A.  I'm involved as, you know, an investor, an       12:19:04
```

Page 80

```
 1    advisor.  Like I know a lot about the industry and -- but

 2    like am I the manager of the location?  No, we have a

 3    manager of the locations, and they kind of run all the

 4    day-to-day.  But basically when they screw up, then I get

 5    on them and get them back on -- on track.              12:19:26

 6         Q.  Okay.  Are you aware that you can enable block

 7    all cookies in the Chrome browser?

 8         A.  Block all cookies in the Chrome browser.  I'm

 9    not aware of that, but I'm sure -- I'm sure it's in the

10    realm of possibilities.                               12:19:46

11         Q.  Did you know that you could enable block

12    third-party cookies in Chrome settings?

13         A.  I'm -- I'm sure I've seen something that says

14    that.

15         Q.  Do you know if you've done that?             12:20:02

16         A.  I don't even exactly know what that is.  So if

17    you're blocking third-party cookies from another website,

18    I assume.  I don't really know how that works.

19         Q.  Okay.  Do you know that you can enable clear

20    cookies and site data when you close all windows in      12:20:22

21    Chrome settings?

22         A.  So I know you can clear cookies, and I think

23    I've done that before, only because something wasn't

24    working and somebody told me to clear cookies, and so I

25    cleared the cookies, and then it started working.       12:20:39
```

Page 81

1      Q.  Okay.  But you don't -- you don't know if you

2   specifically enabled the instruction which is clear

3   cookies and site data when you close all windows within

4   your Chrome setting?

5      A.  I don't believe I've -- I've done that in        12:20:53

6   regular Chrome settings, no.  And I wouldn't really have

7   a reason to do that because, again, I don't hate the idea

8   of data collection in normal Chrome browsing.  I hate the

9   idea of being told that my data isn't being collected and

10  then it being collected in Incognito browsing.           12:21:12

11     Q.  Did you know that you can disable JavaScript in

12  Chrome settings?

13     A.  I don't -- I don't know if I'm aware of that,

14  no.

15     Q.  Are you aware of ad blocking Chrome extensions?   12:21:28

16     A.  No, not particularly.

17     Q.  Have you heard of a Chrome extension called

18  AdBlock?

19     A.  This may be a dumb question, but was that the

20  one that you showed me earlier today?                     12:21:54

21     Q.  I -- I do not believe that that has been in any

22  of the documents we've looked at today.

23     A.  Okay.  Because I thought you'd showed me

24  something that did that or something like that.  Maybe

25  I'm getting confused.  But so then apparently, no.        12:22:11

Page 82

1      Q.  So other than today, it's correct to say you're

2  not familiar with AdBlock or --

3      A.  Yeah.  No, I think that's fair to say.  And all

4  of these that you're mentioning, they seem to be, you

5  know, the over-arching theme is, you know, other options      12:22:30

6  of ways that I can, you know, block things and do that.

7  But I don't -- again, when I'm in normal Google browsing

8  mode or Chrome browsing mode, I'm -- I'm okay with that

9  stuff, generally.  It's when I go into Incognito mode.

10         And I wouldn't need to search for all that          12:22:52

11  stuff.  Like, look, ten things you just named, and I've

12  got to like figure out the labyrinth of that?  No, I have

13  Incognito mode, and I can just go into Incognito mode and

14  my data won't be collected.  That's what Google told me.

15     Q.  Do you have an understanding of VPN, like          12:23:08

16  virtual private network?

17     A.  I -- I have a limited understanding.

18     Q.  Have you ever used a VPN?

19     A.  I think, yes, it would have been -- oh, yes, I

20  did for sure.  When I -- early on, just to be accurate,      12:23:27

21  so I was with T-Mobile for 13-and-a-half years, but for

22  half of that time, I was with MetroPCS before they were

23  acquired by T-Mobile, so...

24         But in the Metro days, we did use a VPN to

25  access our -- you know, our server to be able to get onto    12:23:52

Page 83

```
 1   our work email.  It seemed like another layer of

 2   protection there, something like that.

 3       Q.  Have you ever used a VPN specifically to try to

 4   protect your privacy while browsing on the web?

 5           MR. LEE:  I'm sorry, could you repeat that        12:24:07

 6   question, Sara?

 7       Q.  BY MS. JENKINS:  I said have you -- have you

 8   ever used a VPN specifically to try to protect your

 9   privacy while browsing on the web?

10       A.  No, not specifically for that.                   12:24:20

11       Q.  Have you used any standalone ad-blocker

12   programs, so as opposed to an extension for Chrome, just

13   in any -- any type of ad blocker?

14       A.  No, not -- I don't believe so.

15       Q.  Is it your view that Google does not alert you   12:24:46

16   that your data may be received by Google when you browse

17   the internet in a private browsing mode?

18       A.  Can you repeat that question?

19       Q.  Is it your view that Google does not alert you

20   that your data may be received by Google when you browse 12:25:01

21   the internet in private browsing mode?

22       A.  That they -- they don't alert me when they --

23   when I'm in Incognito mode.  That -- so it's my

24   understanding that Google does not alert me that they're

25   collecting my data when they're in Incognito mode.  It's 12:25:25
```

Page 84

1   actually quite the opposite.  They -- from top to bottom,

2   from the privacy policy to the splash screen, they're

3   indicating that they're not doing that.

4        Q.  How would you expect Google to alert you to the

5   fact that it is receiving information from you when                12:25:49

6   you're browsing in Incognito mode?

7        A.  I would expect them -- well, okay, let me back

8   up.  Let me back up here.  Because that's -- it's a

9   slippery slope I can go down there.

10          I expect them to not collect my data in those            12:26:15

11   modes.  And you're asking me, okay, well, hey, if they

12   were going to, how -- how would they do it?  They don't

13   need to.  I would just do -- use normal Google Chrome

14   if -- or if they were going to do it, I would be -- it

15   should be completely transparent and explained, hey, I        12:26:32

16   know you just went into Incognito mode, but we're going

17   to be tracking you -- like, now.  We're going to be

18   collecting, like, your data, which kind of defeats the

19   purpose of Incognito mode.

20          So like how would I expect them to do that?  I          12:26:52

21   expect them not to do that.  I expect them to not say

22   we're not going to do it and then -- and then do it.

23   It's like -- yeah, I don't expect my girlfriend to cheat

24   on me.  How do I want her to tell me when she does cheat

25   on me?  I'm more concerned that she cheated on me,            12:27:13

Page 85

1    actually.  That's how I view it.

2        Q.  Do you think that Google should disclose what

3    information it might be receiving in its privacy policy?

4            MR. LEE:  In Incognito mode or not Incognito

5    mode, Sara?                                          12:27:35

6            MS. JENKINS:  Either way.  The question was

7    general.

8        Q.  Do you believe Google should disclose what

9    information it may be receiving in its privacy policy?

10       A.  I believe that Google, in their privacy policy,  12:27:47

11   should explain clearly what they're collecting in

12   Incognito mode and not in Incognito mode.  And I would

13   expect they don't say things like, in their privacy

14   policy, you can also choose to browse the web privately

15   using Chrome in Incognito mode.                       12:28:11

16       Q.  Prior to being involved in this lawsuit, did you

17   see any articles or blog posts that suggested that

18   Incognito mode might not have been private in the way

19   that you expected it to be?

20       A.  No.                                            12:28:35

21       Q.  I know you already -- you already testified you

22   used the Chrome browser to surf the web.  Can you tell me

23   your understanding of what Chrome is?

24       A.  Chrome is the -- the browser from Google.

25       Q.  You understand Chrome and Google are not the    12:29:05

Page 86

1    same thing; right?

2          MR. LEE:  Objection to form.

3          THE WITNESS:  No, I understand Chrome to be

4    Google.  Are you -- are you saying they're not Google?

5      Q.  BY MS. JENKINS:  I -- I thought that you                12:29:24

6    testified that Chrome was a browser.

7      A.  Yeah, Chrome -- Chrome is a browser which is a

8    product of Google.

9      Q.  What browser?

10     A.  Sorry, Sara.                                            12:29:42

11     Q.  All right.  Go ahead.

12          MR. LEE:  If there's more, Mr. Brown, you should

13    finish your answer.  No one's trying to cut you off.

14          THE WITNESS:  No, I'm fine with that answer.

15    Sorry about that.                                            12:29:54

16     Q.  BY MS. JENKINS:  What browser were you using

17    before you started using Chrome?

18     A.  Internet Explorer.

19     Q.  Why did you switch to Chrome?

20     A.  I was allured.  I was enchanted by like all             12:30:07

21    the -- the services Google had, and it was -- it seemed

22    to play nicer with a lot of different things.  And over

23    time, Internet Explorer just seemed to degrade, and like

24    Google Chrome seemed to work better.

25     Q.  When did you switch to Chrome?                          12:30:35

                                                        Page 87

1         A.  I don't exactly remember when.  I remember how.

2    It was -- it was -- it was like prompted to me.  Hey, we

3    got a -- we got this new private mode.  And so that's --

4    so I assume that was somewhere like when it -- when it

5    came out, but I don't know that for sure.            12:31:08

6         So -- so I don't really remember when.  I just

7    remember the how.

8         Q.  Do you know if you were using the Chrome browser

9    before Incognito was introduced?

10        A.  That I was using Chrome?                      12:31:25

11        Q.  Yes.

12        A.  Yes, I was using Chrome prior to that.

13        Q.  When you decided to use Chrome, did you do any

14   research about it?

15        A.  No, it was a -- I guess it was just a trusted   12:31:42

16   name within Google, and so I just kind of went with it.

17        Q.  Do you continue to use other browsers?

18        MR. LEE:  Asked and answered.

19        THE WITNESS:  Very rarely.

20        Q.  BY MS. JENKINS:  And I know you mentioned that   12:32:11

21   you may have logged onto Safari once.  Are there any

22   other browsers that you continue to use?

23        MR. LEE:  Same objection.  Go ahead.

24        THE WITNESS:  Very rarely.  I think -- I think

25   every once in a while, maybe on a phone or something,   12:32:28

Page 88

```
 1    I'll click on a link, and it takes me to a different

 2    browser.  It might even be the phone's browser or

 3    Samsung's browser.  But that's -- whenever I notice I'm

 4    in one of those browsers, I tend to get out of them just

 5    because it's not familiar.                          12:32:46

 6        Q.  BY MS. JENKINS:  What type of devices do you use

 7    the Chrome browser on?

 8        A.  On my laptop, on my phone, on my tablet.

 9        Q.  And as you mentioned your phone, is it an

10    Android?                                            12:33:18

11        A.  It is.

12        Q.  And is your tablet an Android or Apple?

13        A.  It is an Android.  I'm sure I have an Apple

14    tablet; I just never use it.  I can't stand Apple

15    products.                                           12:33:37

16        Q.  Does anyone else ever use any of your devices?

17        A.  From time to time.

18        Q.  Can you give me a high-level answer about who --

19    who would use your devices, if it's a family member or

20    friend or business partner?                         12:34:02

21        A.  Yeah, like my business partner might hop on my

22    laptop or my brother or my girlfriend may hop on my

23    phone.

24        Q.  Did you say that you began using Incognito mode

25    for Chrome when it -- when it first came out?        12:34:30
```

Veritext Legal Solutions
866 299-5127

1      A.  Yes, or when it was first introduced to me.  I'm

2   assuming that's when it first came out because I was

3   unaware of it before that.  So when it was first

4   introduced to me through the -- how it popped up or

5   something, it seemed like a new feature.  So that's when      12:34:50

6   I started using it.

7           That might not have answered your question.  I'm

8   sorry.

9      Q.  That's all right.

10          How often do you use Incognito mode?      12:35:01

11     A.  It -- it -- it ranges, but maybe a couple times

12   a week.

13     Q.  And do you ever keep Incognito sessions open for

14   longer than just while you're browsing?

15     A.  Sometimes.      12:35:28

16     Q.  Have you left Incognito sessions open for days

17   at a time?

18     A.  I have.

19     Q.  How about for more than a week or two weeks at a

20   time?      12:35:46

21     A.  I would say that's rare, but I believe it's

22   happened.

23     Q.  As we sit here today, can you tell me your

24   understanding of the difference between Chrome basic mode

25   and Chrome Incognito mode?      12:36:04

Page 90

```
 1          MR. LEE:  Objection.  Lack of foundation.

 2          THE WITNESS:  Yeah.  Chrome is normal browsing

 3     with traditional data collection.  Incognito mode is a

 4     private browsing mode that doesn't -- where Google does

 5     not collect your data.                               12:36:23

 6          Q.  BY MS. JENKINS:  Apart from the Chrome mode of

 7     Incognito, do you know what the term "incognito" means?

 8          A.  Yeah, hidden.  Like it's probably synonymous

 9     with invisible.

10          Q.  You think that "incognito" and "invisible" are  12:36:58

11     the same?

12          A.  Yeah.  Well, yes, I think "incognito" means it's

13     probably closer to hidden, but both.  It's like if I were

14     to define it, that would probably -- say something like

15     that.  Yes, I assume it to be not seen, hidden, you know,  12:37:20

16     like something like that.

17          Q.  Prior to taking part in this case, did you think

18     that Incognito mode would completely conceal your

19     internet activity from everyone?

20          A.  From Google.                                 12:37:44

21          Q.  Does that mean there are other parties that you

22     didn't have that expectation for?

23          A.  Yes, because I don't believe that Google

24     can control like everything outside of Google.  I

25     don't -- yeah, I -- I don't really know the           12:38:10
```

Veritext Legal Solutions
866 299-5127

1    technicalities of that, but I -- I could -- I think

2    that's reasonable to think.

3        Q.  And you can -- sorry.  My -- pardon me.  My

4    light is on a motion detector.  It thinks I'm not here.

5            Even since this case started, is it -- it's true    12:38:33

6    that you've continued to use Chrome as your main browser;

7    is that right?

8        A.  Yes.

9        Q.  And have you continued to use Incognito mode

10   since the case started?                                      12:38:44

11       A.  I have.

12       Q.  So you've continued to use Incognito mode

13   despite the fact that you now have the understanding that

14   Google is receiving personal information when you're

15   using Incognito mode.                                        12:39:05

16           Is that true?

17           MR. LEE:  Objection to form.

18           THE WITNESS:  Yes, that is true.  And obviously,

19   a lot more has come to light about what it is.  And so

20   I'm very skeptical of it now.  But I think it was prudent    12:39:20

21   to not change my behavior and habits so we can get, you

22   know, a good idea of what's going on.

23       Q.  BY MS. JENKINS:  Can you explain further why --

24   why wouldn't you want to change your behavior or habits?

25       A.  Because I just got involved in a lawsuit with        12:39:45

Page 92

```
1    Google.  Yes, I wouldn't want to change my habits when it

2    pertains to my habits.

3         MS. JENKINS:  All right.  I'm moving onto a

4    different topic now.  So if people would like to break

5    for lunch, I'm happy to do it, or we can continue on for      12:40:13

6    a bit, if you want.

7         MR. LEE:  Obviously, I'll defer to Chasom, but

8    it might help in our decision making if we get a sense of

9    how close we are to the finish line.

10        If it's going to be a lot more, then I think we          12:40:25

11   should just take lunch.  If you think you can power

12   through, then we'll talk about it.

13        MS. JENKINS:  I don't -- I do not think we'll

14   power through without taking a lunch.  So maybe we take

15   lunch now and -- do you want to take 30 minutes?  Does        12:40:38

16   that work for you?

17        MR. LEE:  Let's take 40 and get back on the

18   record in 40.

19        MS. JENKINS:  All right.

20        THE REPORTER:  Off the record.                           12:40:55

21        THE VIDEOGRAPHER:  We are -- we are off the

22   record.  The time is 12:41 p.m.

23        (Recess.)

24        THE VIDEOGRAPHER:  We are back on the record.

25   The time is 1:29 p.m.                                         13:29:03
```

Page 93

```
 1              MS. JENKINS:  Thank you.

 2        Q.  Welcome back, Mr. Brown.  I hope you had a good

 3   lunch.

 4        A.  I did.  I hope you had a good one.  What did you

 5   eat?                                                13:29:17

 6        Q.  I had a sandwich.  How about you?

 7        A.  I had a soup.

 8        Q.  All right.  Do you believe that you've entered

 9   into a contract with Google?

10        A.  Do I believe I've entered into a contract?    13:29:31

11   Yeah, I believe I entered into an agreement with them

12   through their Terms of Service.  Because like, one, I

13   think I have to, and then two, I have to accept it.  So,

14   yeah, I believe that's a contract.

15        Q.  And when did you enter into that contract?    13:29:51

16              MR. LEE:  Objection to form to the kind of -- to

17   the extent it calls for a legal conclusion.

18              THE WITNESS:  I know initially when I started

19   the account, and then I believe from time to time, you

20   have to, you know, re-agree.                         13:30:12

21        Q.  BY MS. JENKINS:  When you say "started the

22   account," are you referring to a Google account?

23        A.  Uh-huh.  Yes, a Google account.

24        Q.  Okay.  Can you describe what your agreement with

25   Google is, the contract that you have with Google?   13:30:32
```

Page 94

```
 1            MR. LEE:  Objection to the extent it calls for a

 2    legal conclusion.

 3            THE WITNESS:  Well, the agreement is that they

 4    will provide a service.  Under the way they specified,

 5    they'll provide the service, and they'll, you know, abide    13:30:49

 6    by what they put in their Terms of Service, and my side

 7    will use their service.

 8        Q.  BY MS. JENKINS:  And what is the service that

 9    Google will provide?

10        A.  Well, Google provides a plethora of services.       13:31:14

11    One of them is like a Gmail account or an email account,

12    but also they have -- they have a whole suite of things

13    that you can do.  Like if you're on there, like you can

14    click on a lot of different things that Google does.

15            And so in that agreement, I can use Google, all     13:31:34

16    of their services and...

17        Q.  Does that include the Chrome browser?

18            MR. LEE:  Objection to form to the extent it

19    calls for a legal conclusion.

20            THE WITNESS:  Yes, that would be a Google            13:31:54

21    service.

22        Q.  BY MS. JENKINS:  And did you provide Google

23    anything in return for the use of the Chrome browser?

24            MR. LEE:  Objection.  Asked and answered.

25            You can answer.                                     13:32:06
```

Page 95

```
 1            THE WITNESS:  Yes.  I provided them my use, a
 2    lot of data.  So that's what I provide them.  In some
 3    cases, I do actually, you know, purchase services from
 4    them as well, but in this case, yes, like my use and my
 5    data.                                          13:32:32
 6        Q.  BY MS. JENKINS:  All right.  And do you agree
 7    that the contract that you have with Google consists of
 8    Google's Terms of Service, Chrome Terms of Service,
 9    Google's privacy policy, the Chrome privacy notice, and
10    the Chrome Incognito notice?                    13:32:47
11            MR. LEE:  Objection to the extent it calls for a
12    legal conclusion.  He's not a lawyer.
13            THE WITNESS:  Yeah.  I believe my agreement with
14    them is -- includes, and they say "and other Google
15    services."  I believe my Terms of Service applies to all  13:33:08
16    of them, and then which, within that Terms of Service,
17    they provide the privacy policy, and I believe the
18    privacy policy applies to all of them.
19        Q.  BY MS. JENKINS:  Do you understand that in the
20    Second Amended Complaint, you alleged that all of the   13:33:25
21    notices and policies that I just read off were part of
22    your contract with Google?
23        A.  Am I aware that all of the -- everything you
24    just named is part of this?  Yeah.  Yeah, you could
25    probably refer to the Complaint just for the exact     13:33:51
```

```
 1   verbiage.

 2          MS. JENKINS:  All right.  And you have the

 3   Complaint there, I know, in front of you.  But let's --

 4   let's make the Complaint an exhibit.

 5          Tracy, can you load that as the next exhibit.        13:34:09

 6   This will be the Second Amended Complaint.

 7          (Exhibit 4, Second Amended Complaint, was marked

 8          for identification by counsel electronically.)

 9          THE WITNESS:  Exhibit Number 4?

10   Q.  BY MS. JENKINS:  Yes, it is.  It's just come up        13:34:44

11   on my screen.  If you could take a look at that.

12          If you prefer to look at -- I know you have a

13   paper copy.  If you prefer to look at that, it is okay

14   with me.

15          I'll represent that you provided that your copy      13:35:01

16   has the typing at the top, case 5:20-cv.  They should be

17   the same.  This is just the downloaded Complaint from the

18   Court's docket.

19   A.  It does.

20   Q.  Okay.  So if it's easier for you to look at the        13:35:19

21   paper copy, that's okay with me.

22          Could you turn to page 69 in paragraph 268.

23   A.  Okay.

24   Q.  And this is under the section for Count Six,

25   Breach of Contract.  Could you please read paragraph 268.   13:35:58
```

Page 97

1      A.  "Google's relationship with its users is

2   governed by the Google Terms of Service.  The Google

3   Chrome and Chrome OS Additional Terms of Service and

4   Chrome Privacy Policy Notice, which incorporate and/or

5   should be construed consistent with the Privacy Policy,      13:36:18

6   the 'Search & Browse Privacy page,' and the Incognito

7   privately" -- "Search & Browse Privately."  Sorry.

8      Q.  That's all right.

9      A.  "And Incognito Screen."

10      Q.  Thank you.                                           13:36:40

11      And do you agree that those are the documents

12   that make up the contract that you have with Google?

13      MR. LEE:  Objection to the extent it calls for a

14   legal conclusion.

15      You can answer.                                          13:36:50

16      THE WITNESS:  Okay.  Terms of Service.  Yeah, I

17   believe that's -- that's the contract or the agreement.

18   Those indicate what's in the agreement.

19      Q.  BY MS. JENKINS:  Do you recall reviewing the

20   Google's Terms of Service before being involved in this     13:37:18

21   litigation?

22      A.  Yeah.

23      Q.  Do you recall when you first reviewed it?

24      A.  It's probably been multiple times, but like

25   initially when -- when I signed up, I'm sure I took a       13:37:38

Page 98

```
 1    look, and then subsequently when things have come up, I'm

 2    sure I looked again.

 3         Q.  You say when you signed up.  Would that be the

 4    time when you first opened a Google account?

 5         A.  Yes.                                         13:38:02

 6         Q.  Would that be in approximately April of 2012?

 7         A.  Yes, that sounds right.

 8         Q.  And did you review all of the Terms of Service

 9    at that time?

10         A.  From years ago.  So it's hard to say if I     13:38:17

11    reviewed the entire -- reviewed it in its entirety.  But

12    I'm sure I took a look at it, and then I'm sure, you

13    know, I've looked at it other times as well.

14         Q.  And did you agree to the Google Terms of

15    Service?                                              13:38:42

16         A.  Yes, I believe I had to, but yes.

17         Q.  Are there any representations within the Terms

18    of Service that state that you can control what

19    information Google collects by enabling private browsing

20    mode?                                                 13:39:00

21         MR. LEE:  Does your question include all the

22    hyperlinks?

23         MS. JENKINS:  I'm -- my question is currently to

24    the Terms of Service.  Why don't we -- let's make the

25    Terms of Service an exhibit.  Can we make the Terms of  13:39:10
```

Page 99

1    Service exhibit -- I think it will be 5, please.

2              (Exhibit 5, Google Terms of Service, Privacy &

3              Terms, was marked for identification by counsel

4              electronically.)

5              MR. LEE:  While we're waiting, can you tell us        13:39:26

6    the effective date of the Terms of Service that's marked

7    as Exhibit 5?

8              MS. JENKINS:  Yes.  The effective date of this

9    is from March 1st, 2012 to November 10th, 2013.

10             MR. LEE:  Thank you.                                   13:39:43

11             THE WITNESS:  I'm sorry.  I have it up.

12        Q.   BY MS. JENKINS:  Okay.  Can you please take a

13   look at this exhibit and let me know if Google represents

14   anywhere within the Terms of Service that you are able to

15   control what information Google collects by enabling       13:40:34

16   private browsing mode?

17             MR. LEE:  Again, are you -- are you including

18   the hyperlinks embedded into the document in your

19   question or not?

20             MS. JENKINS:  I'm currently asking just about       13:40:44

21   this exhibit.

22             MR. LEE:  But the hyperlinks are in the exhibit.

23   I'm just trying to understand --

24             MS. JENKINS:  Oh, I see what you mean.  Sorry, I

25   didn't realize the hyperlinks were live.                    13:40:58

                                                        Page 100

1          MR. LEE:  The hyperlinks are live, Sara, but I

2     think -- this happened at a prior deposition.  I think it

3     links up to the --the current privacy policy.

4          MS. JENKINS:  I am currently not asking about

5     the hyperlinks.                                          13:41:10

6          MR. LEE:  Okay.  Why don't you ask your question

7     again so we have a clean record.

8          MS. JENKINS:  All right.

9          Q.  Is there anything within this document, without

10    clicking on separate hyperlinks, which represent to you    13:41:20

11    that you could control what information Google collects

12    by enabling private browsing mode?

13         A.  Well, the item that stands out is the -- that it

14    alludes to or points to the privacy policies, and I would

15    assume that's in there.  And then I've seen the privacy    13:41:43

16    policies -- the privacy policy, and in fact, it does say

17    that in there.  In the first line it says "puts you in

18    control."

19         Q.  Can you tell me within this exhibit, the Terms

20    of Service, where you're seeing the reference to the      13:42:06

21    privacy policy that you're talking about?

22         A.  Well, I didn't click on it because you asked me

23    not to click on it, but I do see under "Privacy and

24    Copyright Protection," that Google's privacy policies.

25         Q.  Okay.  And can you please read that aloud.       13:42:21

Veritext Legal Solutions
866 299-5127

 1          A.   "Google's privacy policies explain how to treat

 2     your personal data and protect your privacy when you use

 3     our Services.  By using our Services, you agree that

 4     Google can use such data in accordance with our privacy

 5     policies."                                              13:42:41

 6          Q.   And do you see anything else within this

 7     document that you think would represent that you would be

 8     able to control what information Google collects by

 9     enabling private browsing mode?

10          MR. LEE:  Again, other than the hyperlinks that     13:42:55

11     are embedded in the document?

12          MS. JENKINS:  Yes.

13          THE WITNESS:  I'll peruse the document, but I

14     think that line that you just had me read is pretty clear

15     that it's right in there.  So you're asking me to find   13:43:14

16     something where in the document it says go here to do

17     this to find what you're looking for.  So it seems clear

18     that it's there, but I will see if there's anything else

19     that...

20          MR. LEE:  Why don't you read that full line,        13:43:31

21     please, for the record just so we know what you're

22     referring to, Mr. -- Mr. Brown.

23          THE WITNESS:  "Google's privacy policies explain

24     how we treat your personal data and protect your privacy

25     when you use our Services.  By using our Services, you    13:43:44

                                                        Page 102

1    agree that Google can use such data in accordance with

2    our privacy policies."

3        Q.  BY MS. JENKINS:  So, Mr. Brown, I understand

4    that that directs you to the privacy policy, but that

5    specific language that you've just read, does that give          13:44:01

6    you any understanding of whether Google will be

7    collecting information if you enable private browsing

8    mode?

9        MR. LEE:  Again, I'm sorry to keep doing this,

10   but I just want to make sure we're all talking about the         13:44:18

11   same thing.

12        Is your question meant to ignore the link

13   that is --

14        MS. JENKINS:  We will look at the -- James, we

15   will look at the privacy policy.  We will go through             13:44:26

16   that.  I am trying to clarify Mr. Brown's last answer,

17   which I -- I don't think clearly answered my question.

18   So...

19        MR. LEE:  I don't agree with that, but putting

20   that aside, I just want to be clear so that he's clear           13:44:43

21   that when you're asking him about the Terms of Services,

22   that you -- in your question, you are -- you're telling

23   him that you don't want him to click the privacy policy,

24   or you don't want him to refer to any hyperlink that

25   links to a privacy policy.  So --                                13:44:59

                                                    Page 103

1          MS. JENKINS:  The privacy policy is a separate

2     document that we can discuss.  And Mr. Lee, you will have

3     time to redirect to the extent you want.  But it's not

4     appropriate for you to ask questions --

5          MR. LEE:  Excuse me.                          13:45:11

6          MS. JENKINS:  -- to ask questions during my time

7     during this deposition.

8          MR. LEE:  Excuse me.  I am still going to make

9     my record.  Okay?  I don't interrupt you.  I ask that you

10    not interrupt me.  Okay?                            13:45:22

11         MS. JENKINS:  You were asking questions of the

12    witness during the deposition.

13         MR. LEE:  No, I'm asking -- I'm asking you,

14    Counsel, whether --

15         MS. JENKINS:  You asked --                     13:45:28

16         MR. LEE:  -- whether your question is directing

17    him not to look at the privacy policy and just look at

18    the Terms of Service and ignore the hyperlinks or not.

19         You didn't ask him -- that wasn't in your last

20    question.  I was clarifying whether that's what you      13:45:41

21    meant.

22         MS. JENKINS:  And you also asked the witness a

23    question, and I have clarified every time that -- what I

24    am talking about, so...

25         MR. LEE:  Well, then there shouldn't be a          13:45:53

                                                    Page 104

1    dispute.  As long as if you're willing to be clear, then

2    I don't think that we have a fight.

3         MS. JENKINS:  Okay.

4         Q.  Setting aside the linked privacy policy, which

5    we will look at in a moment, is there anything in that          13:46:08

6    language that you think forms your understanding of

7    whether Google would be collecting information from you

8    if you enable private browsing mode?

9         A.  And I can't set it aside.  I understand that

10   that's what you're asking me to do, but they're so tied         13:46:30

11   together.  This document that you're asking me to look

12   for something specific says here's that something

13   specific right here, and you're saying, okay, set that

14   aside, does this document ask you for that thing?

15        I guess I'm just going to land on, I see it in          13:46:46

16   that sentence there, in that hyperlink which we're

17   choosing to ignore.  And if you want to ignore it, that's

18   fine, but that's where I see it.  So I guess that would

19   be my answer.

20        Q.  All right.  So is it correct to say that you see     13:47:02

21   it here in this document because you know the content of

22   Google's privacy policy?

23        A.  I am -- I am aware of Google's privacy policy,

24   and I'm aware that they link together hand in glove.

25        Q.  Okay.  Are there any other parts of this          13:47:23

Page 105

1    Terms of Service, without collecting on hyperlinks, that

2    you believe represent -- that you would be able to

3    control what information Google collects by enabling

4    private browsing mode?

5        A.  I can look through it, but I don't know if          13:47:43

6    private browsing mode in -- was this the 2012 version?  I

7    don't know if private browsing mode was in this version.

8    I don't see something -- and I may be missing it, but I

9    don't see anything that alludes to Incognito mode in

10   this.                                                        13:48:04

11       Q.  Okay.  Can we please pull up the next exhibit,

12   which is Google's privacy policy, and I'll tell you that

13   the effective date on this is from May 28, 2018 to

14   January 21st, 2019.

15           (Exhibit 6, Google Terms of Service Privacy &        13:48:21

16           Terms, was marked for identification by counsel

17           electronically.)

18       Q.  BY MS. JENKINS:  And Mr. Brown, you don't need

19   to open it to answer my next question, which is:  Do you

20   recall reviewing the Google privacy policy before you        13:48:36

21   were involved in this litigation?

22       A.  Yes.

23           MR. LEE:  Asked and answered.

24       Q.  BY MS. JENKINS:  And do you recall when you

25   reviewed it?                                                 13:48:44

                                                     Page 106

1      A.  I don't recall specifically when, but it's been

2   multiple times.

3      Q.  Would it have been at least at the time that you

4   opened your account?

5      A.  At least that, yes.                          13:49:02

6      Q.  All right.  Have you ever indicted to Google

7   that you did not agree with the terms of its privacy

8   policy?

9      A.  No.  I think that they offered a, you know,

10  great solution to gain privacy through the Incognito   13:49:28

11  mode.  So I actually agreed with the privacy policy

12  because it gave me that option.

13     Q.  Okay.  Can you now open -- mine's not refreshed.

14  Can you now open Exhibit 6, please.

15     A.  Bear with me just a moment.                   13:50:07

16        Okay.  I have it in front of me.

17     Q.  And can you take a look at that and let me know

18  which parts of this privacy policy you believe indicated

19  that browsing in private mode would prevent Google from

20  receiving your information.                           13:50:43

21     A.  I think in the first line, when -- that the last

22  few words of the first line that when "put you in

23  control," that kind of tells me that, hey, I have

24  control.

25        And then if you go down and -- "you can use our   13:51:04

Page 107

1    services in a variety of ways to manage your privacy."  I

2    think that's a good indicator.

3        Q.  Can you indicate for me what -- what page you're

4    on?

5        A.  Oh, that's still on the first page, just past        13:51:22

6    the bullet points, there's a paragraph.

7        Q.  Okay.

8        A.  And that was the first line of that paragraph.

9    And then if you go down within the same paragraph:  "You

10   can also choose to browse the web privately using Chrome    13:51:36

11   in Incognito mode.  And across other (sic) services, you

12   can adjust your privacy settings to control what you

13   (sic) collect and how your information is used."

14        So those statements right there seem pretty

15   clear to me that I'm going to have control, and I have to   13:51:57

16   give consent and, you know, my vehicle is Incognito mode

17   if I want to browse privately.

18        Q.  For the line in that first paragraph that says

19   "to put you in control," can you tell me what you

20   understand that to mean, for you to be in control?          13:52:20

21        A.  That -- that means I'm -- I get to decide.  I

22   get the option, like I'm -- if I'm in control of the car,

23   I'm the one driving the car.

24        Q.  And so what -- what would you understand this to

25   mean, that you were in control of your information?         13:52:39

Page 108

```
 1        A.  And so if they gave me an option to not give

 2   information at this time and give information at this

 3   time, I'm in control of the decision to give information

 4   at this time and not give information at this time

 5   (indicating).                                      13:52:59

 6        Q.  Do you think that would be -- sorry.  Go ahead.

 7        A.  No, go ahead, please.

 8        Q.  Do you think that that is an interpretation that

 9   the majority of people viewing this would have?

10            MR. LEE:  Objection to form.             13:53:13

11            THE WITNESS:  Yeah, I think it's pretty clear.

12        Q.  BY MS. JENKINS:  Do you think from reading this

13   you would know how to control what information -- what

14   happens to your information?

15            MR. LEE:  Are you just referring to the first 13:53:35

16   sentence still?

17            MS. JENKINS:  Yes.  Well, the second sentence.

18   I guess the first and second sentence combined, yeah.

19            THE WITNESS:  Well, the -- let me reread the

20   first sentence that complete -- yeah.  So do you mind   13:53:50

21   repeating your question just so I can give you a clear

22   answer?

23        Q.  BY MS. JENKINS:  From reading these two

24   sentences, would you know how to control what happens to

25   your information?                                  13:54:13
```

Page 109

1      A.  Well, fortunately, I don't have to just read

2  those two sentences.  I get to read the document, and in

3  the document, I think it gives the vehicle, which is the

4  Incognito mode.  So it's -- like in these two sentences,

5  it's basically saying, hey, you're trusting us with your      13:54:32

6  information.  You're in control.  And then I can't leave

7  out that, hey, here's the way that you're in control

8  through -- browse the web privately using Chrome in

9  Incognito mode.

10      So I look at the document as a whole.  I            13:54:50

11  wouldn't want to just make an interpretation of a privacy

12  policy, and I certainly didn't do that when I read it,

13  that, hey, I'll read these first two sentences and now

14  I -- now I know.

15      So I think I know by the document itself.          13:55:04

16      Q.  So other than the two places that you have

17  highlighted, do you see anywhere else in this document

18  that you believe where Google represented that you could

19  control what information Google collects by enabling

20  private browsing mode?                                    13:55:29

21      A.  I think if they put it somewhere else in it, it

22  would be redundant.  But I'm perusing the document to see

23  if anything stands out or -- or I recall.  Bear with me

24  just a moment.

25      Yeah, like I'm just taking a glimpse at the        13:55:56

1    entirety of the document, and those -- I think those

2    statements say enough.  And fortunately, they're right on

3    the first page so I get the main information that I need,

4    easily accessible.

5        Q.  Can you turn to page 2 of the privacy policy.        13:56:10

6        A.  Yes.

7        Q.  Do you see the heading where it says:

8    "Information we collect as you use our services"?

9        A.  Bear with me.  I'm getting to page 2.

10        Okay.  "Information we collect as we (sic) use        13:56:31

11    our services."  Yes, I see it.

12        Q.  And do you remember whether you reviewed this

13    section of the privacy policy when you first opened your

14    Google account?

15        A.  When I -- when I first opened it ten years ago?        13:56:43

16    I don't recall if I read this or not.

17        MR. LEE:  Counsel, are you representing that

18    this was the privacy policy when he opened his account?

19        MS. JENKINS:  I am not.  I gave you the

20    effective date.  I'm asking if he remembers if he read        13:57:03

21    this back then.  I can ask another question.

22        Q.  Do you remember reading this prior to this

23    litigation?

24        A.  Yes.

25        Q.  And can you please read aloud the second        13:57:20

                                                        Page 111

1    paragraph there.

2        A.  All right.

3        "The information we collect includes unique

4    identifiers, browser type and settings, device type and

5    settings, operating system, mobile network information,          13:57:31

6    including carrier name and phone number, and application

7    version number.  We also collect information about the

8    interaction of your apps, browsers, and devices with our

9    services, including IP addresses, crash reports, system

10   activity, and the date" -- "the date, time, and referrer        13:57:50

11   URL of your request."

12       Q.  So this tells you that Google collects all of

13   the information that you just read when you browse a

14   website that uses Google services; right?

15       A.  "The information we collect includes unique            13:58:14

16   identifiers."  It's saying that they -- Google collects

17   data in that paragraph.

18       Q.  And it does not tell you that private browsing

19   or Incognito mode would prevent Google from receiving

20   this data; right?                                               13:58:30

21       A.  No.  They told me that on the first page.  They

22   don't need to put it on the second page.

23       Q.  All right.  Can we turn to the -- the -- I

24   believe you've already answered this, but I think you

25   stated that you did not see any other places in the             13:58:48

                                                    Page 112

1    privacy policy that would have caused you to believe that

2    Google is not collecting user -- your information when

3    you're browsing privately other than the two places that

4    you indicated; is that right?

5            MR. LEE:  Objection.  Mischaracterizes his prior        13:59:04

6    testimony.  He indicated three places.

7            THE WITNESS:  Yes.  In the -- the three places I

8    indicated, I think that is sufficient, and nothing else

9    stands out.

10       Q.  BY MS. JENKINS:  All right.  I'm sorry,              13:59:22

11   Mr. Brown, but I've only -- I'm remembering two places,

12   which is the first two sentences, and then the paragraph

13   after the bullets.  Can you remind me what the third

14   section was, please?

15       A.  Oh, oh, sure.  I was just indicating two              13:59:33

16   different places in that paragraph.

17       Q.  Okay.

18       A.  So in particular, the -- the first sentence and

19   the last two sentences --

20       Q.  Okay.                                                13:59:45

21       A.  -- of that paragraph.

22       Q.  All right.  Thank you.

23           MS. JENKINS:  Tracy, can you please load up the

24   Chrome privacy notice.

25           (Exhibit 7, Google Chrome Privacy Notice,            13:59:51

                                                             Page 113

```
 1            Archive Date: June 21, 2016, was marked for

 2            identification by counsel electronically.)

 3       Q.  BY MS. JENKINS:  So if you look at Exhibit

 4   Number 7, Mr. Brown, I will represent that this is the

 5   Chrome privacy notice effective from June 21st, 2016 to      14:00:30

 6   August 29th, 2016.

 7       A.  I see it.

 8       Q.  Do you recall reviewing any version of the

 9   Google Chrome privacy notice prior to becoming involved

10   in this litigation?                                          14:00:52

11       A.  I don't have a specific recollection of -- of

12   seeing it.

13       Q.  Have you reviewed the Chrome privacy notice

14   since becoming involved in this litigation?

15       A.  Yes.                                                 14:01:33

16       Q.  Can you please take a look at the notice and

17   tell me which parts you believe make the representation

18   that browsing in private mode would prevent Google from

19   receiving your information?

20            MR. LEE:  Do I have a standing objection on        14:01:47

21   foundation for this document?

22            MS. JENKINS:  Yes, that's fine.

23            MR. LEE:  Thanks.

24            THE WITNESS:  Well, the first paragraph, right

25   at the end of the first paragraph, it says:  "In           14:02:01
```

Page 114

1    accordance with the Google Privacy Policy."  So it refers

2    me to the Google privacy policy.  And then I know we've

3    gone over that in the -- in the last questions so I think

4    it -- like in the first paragraph, it refers me to that.

5    So I think that's pretty clear.                       14:02:25

6              And then it does how -- it does also -- like in

7    the first four words, it says "learn how to control."

8    And so if I want to learn how to control, go to the

9    privacy policy, and then in the privacy policy, you have

10   Incognito mode.  So you have complete control.        14:02:47

11        Q.  BY MS. JENKINS:  Can you look at this document

12   and let me know if you see any other places that would

13   provide the representation that Google doesn't collect

14   your information while you're in private browsing mode?

15        A.  Uh-huh.  Just give me a moment to really look   14:03:04

16   through it.

17              It seems to all refer to standard browsing, and

18   the only place it refers to private browsing is when it

19   refers to the privacy policy.

20        Q.  Can you take a look at page 8, please.         14:03:48

21              And can you read aloud the section underneath

22   where it says "Incognito mode and guest mode."

23        A.  "You can limit the information Chrome stores on

24   your system by using Incognito mode or guest mode.  In

25   these modes, Chrome won't store certain information, such  14:04:21

                                                    Page 115

1    as:  Basic browsing history, information like URLs,

2    cached page text, or IP addresses of pages linked from

3    the websites you visit, snapshots of pages that you

4    visit, records of your downloads, although the file" --

5    "files you download will still be stored elsewhere on          14:04:43

6    your computer or device."

7        Q.  Do you understand any part of what you just read

8    to be representing that Google will not be collecting

9    your information if you're in private browsing mode?

10       A.  Can you ask me that question again?              14:05:07

11       Q.  Do you understand any part of what you just read

12   to be representing that Google will not be collecting

13   your information if you are in private browsing mode?

14       A.  Yeah.  I understand that it refers me to -- I've

15   got to go back to the privacy policy, where it says that     14:05:31

16   explicitly, is like I have to tie them together.  So like

17   I would have to assume that, okay, well, they have to

18   abide by their privacy policy.  They're telling me this,

19   and I don't...

20       Q.  I under -- sorry, go ahead.                14:06:01

21       A.  No, go ahead.

22       Q.  I understand that's your position.  I'm

23   wondering if there's anything in this section that you

24   just read specifically that would lead you to that

25   conclusion.                                      14:06:18

Page 116

1      A.  Well, I haven't seen this before, and I'm just

2  digesting it now.  So the -- it's -- here it's saying you

3  can limit the information by using Incognito mode.  In

4  these modes, Chrome won't do these certain things,

5  which -- yeah, which doesn't really square with what the    14:06:47

6  privacy policy says, and I have to assume that Google

7  would abide by the privacy policy.

8      Q.  Okay.  But can you answer my question?  Is it

9  true that in this section that you've just read, there's

10  nothing there that represents that Google will not    14:07:10

11  collect your information if you're in Incognito mode?

12      MR. LEE:  Objection.  Asked and answered.

13      THE WITNESS:  Yeah, well, the whole thing says

14  it's going to limit the information Chrome stores on our

15  systems.  Like the first line alludes to that.  And it    14:07:34

16  seems like -- like we're -- I don't know -- we're kind

17  of -- it just seems to be, you know, contradictory to

18  what the privacy policy states.  And so I'm -- again, I

19  would defer to that.

20      Q.  BY MS. JENKINS:  All right.  Can you take a look    14:07:59

21  at the next section, where it says:  "How Chrome handles

22  your Incognito or guest information," and read what it

23  says starting with "Cookies," the bolded "Cookies."

24      A.  "Cookies:  Chrome won't" -- I'm sorry, did you

25  ask me to read that?    14:08:17

Page 117

1        Q.  Yes, please.  Thanks.

2        A.  "Chrome won't share existing cookies with sites

3    you visit in Incognito or guest mode.  Sites may deposit

4    new cookies on your system while you are in these modes,

5    but they'll only be stored and transmitted until you        14:08:31

6    close the Incognito or guest window."

7        Q.  Would you agree that that paragraph doesn't make

8    any representations about whether Google will collect

9    your information while you're browsing in Incognito mode?

10       A.  Well -- yeah, it alludes to collecting quite a     14:09:02

11   bit.  It's saying they'll like -- the things they

12   collected will be stored and transmitted.  Like it

13   alludes to, yeah, quite a bit.  We're going to be getting

14   information from -- like from other sites.  So, yes, it

15   says we're -- it does say that.                             14:09:30

16       Q.  Okay.  It -- it does say what?

17       A.  Well, what was your question again?  Maybe I got

18   confused because I was trying to read and answer at the

19   same time.

20       Q.  Would you agree that the paragraph doesn't make    14:09:50

21   any representations about whether Google will collect

22   your information while you're browsing in Incognito mode?

23       A.  Well, it says it won't share existing cookies

24   with sites you visit in Incognito mode or guest.  So

25   that's -- it alludes to that.  It's hard to parse like     14:10:22

Page 118

1    this out like by -- maybe I'm just confusing myself

2    because, again, I'm just reading this for the first time,

3    but...

4        Q.  Do you think that the statement that Chrome

5    won't share existing cookies with sites you visit in          14:10:49

6    Incognito or guest mode makes a representation that

7    Google won't be receiving any of your information?

8        A.  Yes.  I understand it as Google won't be

9    receiving any of my information.

10       Q.  All right.                                            14:11:07

11           MS. JENKINS:  Tracy, can you load the screenshot

12   of the "You've Gone Incognito" pop-up screen, please.

13           (Exhibit 8, Screenshot of Incognito Mode, was

14            marked for identification by counsel

15            electronically.)                                     14:11:53

16           THE WITNESS:  Is this another exhibit?

17       Q.  BY MS. JENKINS:  Yes.  Can you please open

18   what's now in the folder as Exhibit 8.

19       A.  I have Exhibit 8 open.

20           MR. LEE:  Give me one moment, guys.  Mine's          14:12:21

21   still loading.

22           And Mr. Brown, you can adjust the -- I think you

23   need to adjust the zoom on the document so that you can

24   see it.

25           MS. JENKINS:  Okay.  Does everybody have this?       14:12:55

Page 119

```
1            THE WITNESS:  I'm seeing -- oh, okay.  I see

2    what you mean now.  Let me find the that.  Here we go.

3    Let me zoom out.

4            Now I got it.  Sorry about that.

5       Q.  BY MS. JENKINS:  All right.  And have you          14:13:14

6    reviewed this Chrome Incognito notice before?

7       A.  I think I see it every time I go into Incognito.

8       Q.  Do you remember approximately when the first

9    time is that you would have seen the Incognito notice?

10      A.  I don't know if it was the exact same when it     14:13:39

11   happened, but it looks -- yeah, it seems to have the same

12   look and feel that it's -- that it's always had since the

13   beginning, and this is the -- you know, the first screen

14   you see when you go into Incognito mode.

15      Q.  All right.  Can you look kind of in the middle    14:13:58

16   of that -- the pop-up page where it says:  "Chrome won't

17   save the following information."  Can you read the

18   bullets underneath that.

19      A.  "Chrome won't save the following information:

20   Your browsing history, cookies, and site data,          14:14:14

21   information entered in forms."

22      Q.  And can you also read the -- the other side

23   which says:  "Your activity might still be visible to."

24      A.  "Your activity might still be visible to:

25   Websites you visit, your employer or school, your       14:14:30
```

Page 120

```
 1    internet service provider."

 2        Q.  Based on this notice, do you think it's clear

 3    that when you're using Incognito mode, your activity

 4    could still be visible to your employer?

 5        A.  That my activity can still be visible to my        14:14:50

 6    employer?  Yes, I think that's possible.

 7        Q.  And also that your activity could be visible to

 8    your school?

 9        A.  Yes, it says that.

10        Q.  Are you contending with this lawsuit that         14:15:06

11    Incognito mode has acted -- sorry, strike that one

12    second.

13            I'll move on.

14            And is it clear to you from this that your

15    internet activity could still be visible to your internet  14:15:25

16    service provider?

17        A.  Yeah.  Yes, I see that.

18        Q.  And is it clear to you that your activity might

19    be visible to websites that you visit?

20        A.  Yes, it says that.                                 14:15:44

21        Q.  Do you understand that the websites that you

22    visit could be sharing your information with other

23    service providers?

24            MR. LEE:  Objection to form.  Are you asking

25    whether it says that?                                      14:15:55
```

Page 121

```
 1            MS. JENKINS:  No.

 2            THE WITNESS:  So, well, it's like -- it's my

 3    understanding that when I go into Incognito mode, that

 4    Google takes the proper steps to protect and not collect

 5    my data.                                          14:16:17

 6            So, again, and like we've talked about this in

 7    another question before, like some other websites, like I

 8    don't know if Google completely controls them or not.  I

 9    don't see how they would, but I do think Google has

10    complete control over, you know, itself and also all of    14:16:34

11    its services that it provides.

12            So I think anything related to Google in

13    Incognito mode is protected, not collected.  I think

14    that's clear by the -- by this screen, by the large words

15    that you've gone Incognito, by, you know, the invisible    14:16:56

16    spy man on top.  By -- like this is the opening screen.

17    It's showing you that you are private.  Your stuff is not

18    being collected.  You're now safe.  Google now is

19    protecting and not collecting your data and keeping your

20    browsing private as much as Google has control over it.    14:17:21

21       Q.  Do you understand that the websites you visit,

22    that could include a website like Google.com?

23       A.  I understand that I can visit Google.com in

24    Incognito mode.

25       Q.  And do you understand that then, according to      14:17:45
```

Page 122

1    this notice, your activity might still be visible to

2    Google.com since Google.com might be a website that you

3    visit?

4        A.  No, because Google.com is, you know, a product

5    and a service of Google.  It's a search engine.  So my          14:18:02

6    Google, in its privacy policy, can't tell me, hey, we're

7    going to protect your data and all our services will

8    protect your data, and when you go in Incognito mode, and

9    then when I go to a Google service in Incognito mode,

10   then say, well, we can collect your data this way.              14:18:25

11   That -- that -- that seems silly.

12       Q.  What about this notice page would lead you to

13   believe that Google.com would not be able to view your

14   data?

15       A.  Well, because this is the Google Incognito mode,        14:18:45

16   which is -- like it's clear that Google protects your

17   data when you're in Incognito mode from Google and all of

18   its services.

19           So I think it would be self-evident because it

20   is a Google -- it's the Google Incognito mode.                  14:19:08

21       Q.  So do you think the purpose of Incognito mode is

22   to make you invisible to Google?

23           MR. LEE:  Objection to form.  Mischaracterizes.

24           THE WITNESS:  Well, I think the purpose of

25   Incognito mode is to allow a user to browse privately,          14:19:27

Page 123

1    and of course, the more I've found out about this, I

2    can't say that with confidence.  It sounds like Google

3    collects data in a myriad of ways while you're in

4    Incognito mode, but that's not how it was represented.

5    That's not what's been said in its own documents.  That's        14:19:54

6    not how it's even portrayed when it comes up every time

7    on this exact screen we're looking at right now.

8        Q.  BY MS. JENKINS:  So do you believe from what you

9    see on this screen that if you were to go to Yahoo.com

10   and do a search, that this screen discloses that Yahoo          14:20:18

11   may receive your activity?

12       A.  Well, if -- when I'm in Incognito mode, then

13   Google and every product of Google will do everything it

14   can to not protect -- oh, sorry.  It's my Google Android

15   phone just has been listening to us, apparently.  So            14:20:43

16   sorry.

17            I don't want to lose my train of thought, but

18   what was the question again?  I got interrupted by

19   Google, ironically.

20       Q.  Oh.  Do you believe from what you see on the            14:20:58

21   screen that if you were to go to Yahoo.com and do a

22   search there, that this screen we're looking at discloses

23   that Yahoo may receive your activity?

24       A.  Well, yeah, this screen shows me that Google and

25   everything associated with Google, you know, will be            14:21:17

1    protected.  Again, I don't think Google has complete

2    control over Yahoo, but anything that with -- as it

3    relates to Google products, then yes, I am protected and

4    I would be protected.

5        Q.  Is there anything on this screen that states      14:21:32

6    that you'll be protected from Google receiving your data

7    if you're going to a -- if you're using a Google service?

8            MR. LEE:  Asked and answered, I think for the

9    tenth time.

10           THE WITNESS:  Yeah.  It shows me that I'm going      14:21:48

11    into Incognito mode, and as I know, per the -- the

12    privacy policy, and the screen itself, that I'm now going

13    into a private mode, where Google is going to protect my

14    data, not collect my data, or protect my privacy and not

15    collect my data.                                           14:22:07

16           And, yes, everything on this screen screams

17    that.  Like look at the icon.  It's a hidden, private,

18    invisible guy.  Like the largest words on the whole thing

19    are:  "You've gone Incognito."

20           What do you think all of that together is          14:22:27

21    saying?  It's pretty clear.  You're private.  You've gone

22    into Incognito mode.

23        Q.  BY MS. JENKINS:  If you were using a different

24    private browsing mode, not Incognito on Chrome but a

25    different private browsing mode, and it disclosed that    14:22:42

1    your activity might still be visible to websites you

2    visit, would you think that that included Google.com?

3            MR. LEE:  Objection to form, calls for

4    speculation, lack of foundation.

5            THE WITNESS:  I -- obviously, I would have to          14:22:59

6    read their Terms of Service, and I would have to go by

7    whatever they say they're going to do.  So it's -- it's

8    hard for me to speculate on really a service that I've

9    never used on what they would claim they can do and they

10   can't do.                                                    14:23:17

11           And that really is what it's about.  I would

12   expect for them to stick to what they're claiming they're

13   doing or not doing.

14           MS. JENKINS:  All right.  Tracy, can we upload

15   the next exhibit, please.                                    14:23:36

16           (Exhibit 9, How Private Browsing Works in

17           Chrome, was marked for identification by counsel

18           electronically.)

19           MR. LEE:  How long have we been on the record

20   since the last break, Mr. Videographer?                      14:23:50

21           THE VIDEOGRAPHER:  55 minutes.

22           MR. LEE:  All right.  We'll go -- let's go five

23   more minutes.  Sara, is that okay with you?

24           MS. JENKINS:  Yes.

25           Do we have a total time count?                       14:24:13

Page 126

```
 1              THE VIDEOGRAPHER:  I can get it for you, yes.

 2              MS. JENKINS:  At the break is fine.  Thank you.

 3         Q.  All right.  Mr. Brown, could you open what's

 4    been marked as Exhibit Number 9.

 5              MR. LEE:  Mr. Brown, it's a short document.  Why    14:24:41

 6    don't you read the whole thing.

 7              THE WITNESS:  If you guys don't mind, just give

 8    me a moment.

 9              Okay.  I think I have the gist of it.

10         Q.  BY MS. JENKINS:  All right.  Have you -- have    14:25:28

11    you ever seen this page before?

12         A.  I -- I don't recall.  I don't have a specific

13    memory of it.

14         Q.  Could you take a look at page 1.  In the middle

15    of the page, it says:  "Your activity might still be    14:25:48

16    visible."

17              MR. LEE:  Do I have a standing objection to this

18    exhibit based on lack of foundation?

19              MS. JENKINS:  Yes.

20         Q.  And could you read what it says under:  "Your    14:26:05

21    activity might still be visible."

22         A.  "Incognito mode stops Chrome from saving your

23    browsing activity to your local history.  Your activity,

24    like your location, might still be visible to:  Websites

25    you visit, including the ads and resources used on those    14:26:25
```

Page 127

```
1    sites; websites you sign in to; your employer, school, or

2    whoever runs the net you're using; your internet service

3    provider; search engines:  Search engines may show search

4    suggestions based on your location or activity in your

5    current Incognito browsing session.  When you search on          14:26:45

6    Google, Google will always estimate the general area that

7    you're searching from.  Learn more about location when

8    you search on Google."

9        Q.  If you had read this -- this page previously,

10   you'd understand that in Incognito mode, your browsing          14:27:07

11   and activity data could still be visible to the websites

12   you visit as well as their service providers; is that

13   right?

14           MR. LEE:  Objection to form.

15           THE WITNESS:  I -- I would read this as certain         14:27:20

16   information outside the purview of Google, Google cannot

17   completely control, and they -- they may get information.

18       Q.  BY MS. JENKINS:  If you look at the first bullet

19   in this section that says "websites you visit, including

20   the ads and resources used on those sites," what is your        14:27:44

21   understanding of the meaning of the ads and resources

22   used on those sites?

23       A.  Well, I don't know what ads and resources on --

24   on websites usually use.  Fortunately, if I am in

25   Incognito mode, Google has a lot of ads on web pages, and       14:28:07
```

Page 128

1    so I would be protected if those ads and resources had

2    anything to do with Google, but they may not have to do

3    with Google.  Again, I don't know like any given website.

4        Q.  But from the description here, it doesn't say

5    that the ads and resources that are used on that site are        14:28:33

6    not affiliated with Google, does it?

7        A.  It doesn't say it right here, but it doesn't

8    have to because Google has already made the Google

9    promise in their privacy policy.  Google has said that,

10   hey, with Google and our services, you're private, you're        14:28:58

11   protected.

12          So in this case, I would hope it's a Google ad

13   or resource because then Google should be protecting me

14   per what they're telling me.  So -- so they don't need to

15   say that.                                                        14:29:18

16          Sorry if I interrupted you.

17       Q.  No, it's all right.

18          Protecting you from -- from what?

19       A.  They're protecting my privacy.

20          MS. JENKINS:  Okay.  All right.  James, do you         14:29:33

21   want to take a quick break now?  That would be all right.

22          MR. LEE:  Great.  Thanks.  Back in ten?

23          MS. JENKINS:  Sure.

24          THE VIDEOGRAPHER:  We are off the record.  The

25   time is 2:30 p.m.                                                14:29:43

Veritext Legal Solutions
866 299-5127

```
 1              (Recess.)

 2              THE VIDEOGRAPHER:  We are back on the record.

 3    The time is 2:40 p.m.

 4              MS. JENKINS:  All right.  Tracy, could you

 5    please load the next exhibit, the Search and Browse    14:40:10

 6    Privately page.

 7              (Exhibit 10, Search and Browse Privately, Google

 8              Search Help, was marked for identification by

 9              counsel electronically.)

10              MR. LEE:  Is that 10, Sara?                   14:40:35

11              MS. JENKINS:  Yes.

12         Q.  And Mr. Brown, could you open Exhibit 10 when

13    you see it in your folder.

14         A.  Uh-huh.  I have it open.

15         Q.  Okay.  Have you ever reviewed this page before?  14:40:46

16    Feel free to read it before responding.

17         A.  Yeah.  Not specifically, no.

18         Q.  Can you take a look at the second sentence and

19    read that sentence aloud.

20              MR. LEE:  Sara, do I have a standing objection  14:41:17

21    for this -- all questions related to this document based

22    on lack of foundation?

23              MS. JENKINS:  Sure.

24              MR. LEE:  Thanks.

25              THE WITNESS:  "If you want to search the web    14:41:26
```

Page 130

1    without saving your search activity in your account, you

2    can use private browsing mode in a browser like Chrome or

3    Safari."

4        Q.  BY MS. JENKINS:  Sorry.  I meant the -- the

5    second sentence of the first paragraph.  And before you        14:41:42

6    start -- never mind.  You can -- you can start.  Just

7    please read the first paragraph, actually.  That would be

8    fine.

9        A.  Okay.  Sorry.

10           "You're in control of what information you share     14:41:54

11   with Google when you search.  To browse the web

12   privately, you can use private browsing.  Sign out of

13   your account, change your custom results settings, or

14   delete past activity."

15       Q.  Do you consider yourself to be browsing the web      14:42:16

16   privately if any data collected from your browsing

17   activity is not linked to your Google account?

18       A.  I consider myself to be browsing privately from

19   Google if I'm in Incognito mode.

20       Q.  I understand that, but since there's a dispute       14:42:45

21   about Incognito mode and what it does, I'm wondering

22   what -- what browsing privately means to you apart from

23   Incognito mode.

24       A.  Oh.  Just I guess you're asking what just

25   "privately" means.  It means in private, without anybody     14:43:03

```
 1    watching, listening, collecting any of my data,

 2    information, or anything that's going on.

 3         Q.  Would you consider yourself to be browsing the

 4    web privately if any data that's collected isn't linked

 5    to your Google account or your device or any other          14:43:28

 6    private browsing session?

 7              MR. LEE:  Objection to form.  Asked and answered

 8    I think multiple times now.

 9              THE WITNESS:  Well, yeah, like I -- I feel like

10    it is all linked to me directly.  So I -- like privately    14:43:49

11    would be not collecting it and not having all this data

12    about me.

13         Q.  BY MS. JENKINS:  So would you agree that

14    browsing the web privately means that your internet

15    browsing activity would be concealed from everyone?         14:44:13

16              MR. LEE:  Objection to form, asked and answered.

17              THE WITNESS:  Yes, I would consider if Google

18    said you're browsing privately, that all of my data would

19    be private to -- to Google.  If Google's the one that

20    said that to me, I would take them at their word, and I     14:44:41

21    would believe that it is private and it's not being

22    tracked by them in any way.

23         Q.  BY MS. JENKINS:  Apart from Google, do you think

24    browsing the web privately means that your internet

25    browsing activity would be concealed from any other         14:44:55
```

Page 132

1    party?

2        A.  Well, if I guess I would have to read their --

3    their privacy policies and understand what they say.  So

4    if I went to some other site not associated with Google

5    at all, and I would have to read their privacy policy,          14:45:19

6    and then I would have to take them at their word if

7    they're not or they are collecting my data.

8        Q.  Do you think that if you sign out of your Google

9    account, your internet browsing activity would be

10   concealed from Google?  To be specific, I'm not talking        14:45:40

11   about -- you're not in Incognito mode; you're in regular

12   mode on Chrome, and you sign out of your account.

13       A.  Okay.  So I'm not in Incognito mode.  So I'm in

14   normal browsing mode, and I have signed out of my account

15   and I am now browsing?                                          14:46:00

16       Q.  Yes.

17       A.  I -- I think that there is a plethora of

18   identifiers that Google is still collecting on me.

19       Q.  So when we look at this statement where -- on

20   Exhibit 10, where it says in the second sentence:  "To          14:46:19

21   browse the web privately, you can use private browsing,

22   comma, sign out of your account," what do you think it is

23   saying there by "sign out of your account"?  How would

24   that result in you browsing privately?

25       A.  I'm just going to read it again real quick.             14:46:37

Page 133

1        Well, it's -- so it's saying that one of the

2   options to browse privately is browsing privately, and so

3   I do believe that when I'm in Incognito mode, I am

4   browsing privately from Google.

5        It does say that if you sign out of your            14:47:10

6   account, that you can browse privately.  But I think in

7   that case, I don't -- I think Google is still -- because

8   I'm just using -- I mean -- because I'm just using Google

9   in normal mode, I think there is still quite a bit that's

10  being collected.                                         14:47:37

11     Q.  So you would agree, then, that privately in this

12  sentence can't mean that all of your activity would be

13  concealed from Google; correct?

14        MR. LEE:  Objection to form, mischaracterizes.

15        THE WITNESS:  Yeah.  I think it's how they mean    14:47:54

16  that.  So like context matters.  They're saying when you

17  use private browsing, so that seems to be like when you

18  use Incognito mode.  When you sign out of your account,

19  they could be saying that it's -- well, you're not signed

20  into your account, and they're kind of making the        14:48:19

21  argument that you're saying before is that, hey, you're

22  not signed into your account so we don't have your --

23  your -- your name, but we're still, you know, collecting

24  all the -- all this stuff on you, but it's not you, it's

25  not you.                                                 14:48:37

Page 134

```
 1              And then like what I'm saying is, no, not

 2      like -- that's still me, and like in -- when I'm private

 3      browsing mode, Incognito mode, you should not be

 4      collecting that.  As a matter of fact, you're saying that

 5      you're not doing that, so...                          14:48:56

 6          Q.  BY MS. JENKINS:  Go ahead.

 7          A.  No, go ahead.

 8          Q.  No, I understand that's your position, and you

 9      in the Complaint listed several different documents that

10      made up your understanding of your contract with Google.  14:49:13

11              So I'm trying to determine the language that's

12      here on this document that we're looking at, where it

13      says "to browse the web privately you can," and then

14      there's a list of a number of things, one of which is

15      sign out of your account.  You stated it's your          14:49:29

16      understanding that even if you sign out of your account,

17      Google would still be collecting your information.

18              So my question is:  With respect to the language

19      that's here, isn't it true that it can't be possible that

20      browsing the web privately, as stated here, can -- that  14:49:50

21      that cannot mean that all of your user data is concealed

22      from Google?

23              MR. LEE:  Objection to form.  Vague as to time

24      frame.

25              You're asking him what he thinks now versus what  14:50:07
```

Page 135

1    he thought in the past when he never saw this document.

2    So I think that's where the disconnect is.

3         THE WITNESS:  Well, and like I would say that --

4    like you asked me earlier if we had made an agreement,

5    and I said we did.  We did make an agreement.  And in            14:50:25

6    that agreement, like Google like doesn't say, hey, when

7    you use Google, we're not going to, you know, like track

8    the data that you're giving us.

9         They say when you use Google in Incognito mode,

10   we're not going to track you.  So whether I'm signed in          14:50:44

11   or I'm signed out, like maybe there's a different -- like

12   maybe they're calling that privacy, but that's not --

13   that doesn't really have anything to do with the deal,

14   the contract that I have with Google.

15        And the contract I have with Google is in                   14:51:05

16   Incognito mode, you're not collecting and tracking my

17   data.  And then when I'm not in Incognito mode, okay,

18   it's more fair game.  That's the agreement we made.

19        And like in this -- and it's kind of it's part

20   of the problem.  It's all this like labyrinth of               14:51:27

21   information of like, oh, okay, well, under this

22   circumstance or that circumstance or this circumstance or

23   that circumstance, and all of that is, okay, whatever.

24   As long as I'm in Incognito mode, that's what you told me

25   where I'm safe.  Okay, cool.  I'm private in Incognito         14:51:46

Page 136

1    mode.  Well, then, I'll go there.

2           And then the other stuff, okay, like I

3    understand that certain things are going to be tracked

4    per our contract.

5        Q.  BY MS. JENKINS:  Do you have an understanding of    14:52:03

6    what Sync is within Google?

7        A.  I understand like syncing, you know, devices and

8    things like that, but if that's a particular like the

9    name of something, then no.

10        Q.  Are you aware of if, in your Google account, you    14:52:22

11    have Sync on or off or Sync enabled, I should say?

12           MR. LEE:  Objection to form.  Lack of

13    foundation.  He just told you he doesn't know what Sync

14    is.

15           THE WITNESS:  I'm not aware.    14:52:35

16        Q.  BY MS. JENKINS:  Can you take a look at this

17    page, at Exhibit 10, and see, other than what we just

18    discussed, if you see anything here that you understand

19    to represent from Google that Google would not collect

20    user data in private browsing mode?    14:52:55

21        A.  "You're in control" -- the first sentence.

22    "You're in control of what information you share with

23    Google when you search."  Like they're telling me from

24    the first sentence, you're in control.  And so -- so when

25    I read that, I think, well, how am I in control?  Oh,    14:53:25

Page 137

1    yeah, in the privacy policy, they told me exactly how I'm

2    in control.  And then when I went in Incognito mode, on

3    this splash screen, they showed me again.

4         So I think -- I think the first sentence says

5    it.                                              14:53:43

6         Q.  Okay.  Any -- any other language on here that

7    you want to point out?

8         A.  "To browse the web privately, you can use

9    private browsing," which is Incognito mode.  So I think

10   that tells me as well.                           14:54:02

11        Q.  Anything else?

12        A.  Nothing's standing out.  I think -- yeah,

13   nothing's standing out.

14        Q.  All right.  Can you take a look under the

15   section that says "How private browsing works."  Down at    14:54:24

16   the bottom of that section where it says "Important,"

17   could you read that part.

18        A.  "If you sign in to your Google account to use

19   the web service like Gmail, your searches and browsing

20   activity might be saved to your account."         14:54:45

21        Q.  Do you understand that logging into Gmail signs

22   you into your Google account?

23        A.  Logging into Gmail, yes, I understand that that

24   would sign me into my Google account.

25        Q.  And do you understand that when you sign into    14:55:03

Page 138

1    your Google account, your searches and browsing activity

2    might be saved to your Google account?

3        A.  I -- well, and this is under the -- you know,

4    private browsing, like I don't do that.  So I -- that's

5    part of the reason why I go into Incognito mode, is so          14:55:26

6    that everything is private.

7            And so if I'm starting to put in passwords or

8    logging into accounts, yeah, I don't know.  I don't do

9    that so I can't really speak -- speak well to it.

10       Q.  So just to be clear, when you are in Incognito       14:55:47

11   mode, you do not sign into Gmail?

12       A.  Yeah.  I'm not sure I ever have.

13       Q.  And you don't have -- do you know if you've ever

14   signed into your Google account in any other way when you

15   were using Incognito mode?                                      14:56:08

16       A.  I don't have a recollection of it.

17       Q.  Earlier we discussed your understanding of your

18   contract with Google, and one of the things that I

19   believe you testified that you were providing to Google

20   as part of that contract was your data; is that correct?      14:56:29

21       A.  Yeah, my usage, my data.

22       Q.  And under that contract, do you understand that

23   you permitted Google to do whatever it wants with the

24   information that it's collecting?

25       A.  My normal browsing mode, yes; in Incognito mode,      14:56:48

Page 139

1    no.

2        Q.  So Google could sell that information to someone

3    else; is that correct?

4        A.  If they collected my information on a normal

5    Google browsing, I'm sure -- yeah, I'm sure there's a lot     14:57:08

6    they could do with that.

7        Q.  But you don't think that it would be in

8    violation of the contract that you have with Google if

9    Google were to sell that information to someone else; is

10   that correct?                                                14:57:26

11       A.  If they were to sell information about me that

12   they collected in a way per our agreement in normal

13   browsing mode, then I don't -- I don't think I would have

14   any issue with that.  It's the Incognito mode

15   specifically that I have a major issue with because it       14:57:47

16   goes against what they've told me.

17       Q.  And so could Google try to make money off the

18   information that it collects from you in any way that it

19   wanted?

20       A.  I don't think I would have much say in how they      14:58:10

21   make money off of information they collect on me.

22       Q.  Are you aware of ways in which you can sell your

23   personal information?

24       A.  I believe -- yeah -- yeah, there's a couple ways

25   you can.  Yes, I'm aware of some ways to do it.             14:58:33

Page 140

1    Q.  Were you aware of ways to sell your personal

2    information before becoming involved in this lawsuit?

3    A.  Yes.

4    Q.  And what ways are you aware of being able to

5    sell your personal information?                          14:58:54

6    A.  I don't know any specifics, but I do know there

7    are, you know, some -- maybe they're sites or maybe there

8    are search engines out there that, you know, pay you to

9    collect, you know, data on you.

10       And then, you know, off the web, I'm very           14:59:13

11   familiar with -- and I've done in the past where like you

12   can go take surveys and things like that in person and --

13   or even online, you can take surveys and give out a lot

14   of information, and they'll pay -- you'll get paid to

15   take those surveys.                                       14:59:33

16       MS. JENKINS:  Okay.  Tracy, could you load the

17   responses and objections to Rog 3, please.

18       (Exhibit 11, Plaintiff Chasom Brown's Objections

19       and Responses to Defendant's First Set of

20       Interrogatories, was marked for identification       14:59:38

21       by counsel electronically.)

22   Q.  BY MS. JENKINS:  All right.  Mr. Brown, it looks

23   like Exhibit 11 is in the folder.  If you could open that

24   up.  And Exhibit 11 is Objections and Responses to

25   Defendant's First Set of Interrogatories that we received 15:00:43

Page 141

1    from you.

2          Could you take a look and see if you recognize

3    this document.

4          A.  Yeah, this document looks familiar.

5          Q.  And could you take a look at -- well, at the        15:01:03

6    Response to Interrogatory Number 3, which looks like

7    it's -- starts on page 4.

8          MR. LEE:  I think you should read the whole

9    Interrogatory Number 3, meaning Interrogatory Number 3

10   and then your response to Interrogatory Number 3,         15:01:28

11   Mr. Brown, just so you have context.

12         THE WITNESS:  Okay.  Give me a moment to read

13   it, if you guys don't mind.

14         Okay.  I'm reacquainted with it.

15         Q.  BY MS. JENKINS:  As you sit here today, does       15:03:08

16   this -- does the Response to Interrogatory Number 3

17   appear accurate to you?

18         A.  Yeah, it appears accurate.

19         Q.  And if you look in the last sentence of this, it

20   says:  "Plaintiff Brown is familiar with other web        15:03:25

21   browsers, such as Brave, among others, which pay users a

22   fee for their browsing."

23         Are you familiar with Brave?

24         A.  I'm familiar there are web browsers, and I'm

25   familiar Brave is one of them.                            15:03:42

                                                        Page 142

1        Q.   And have you ever used Brave for web browsing?

2        A.   No, I don't -- I don't believe I have.  I don't

3   recall.

4        Q.   Are you aware of their practice of paying users

5   for browsing?                                        15:04:04

6        A.   Yes.

7        Q.   And what do you know about that?

8        A.   It's my understanding that as you browse

9   normally and they're collecting data, and that data is

10  valuable, and they've monetized it, and then pay you out.  15:04:18

11       Q.   And do you know how much they pay for data?

12       A.   No, I don't know offhand how much they pay for

13  data.  It probably depends on the type of data.  I'm sure

14  some data's more valuable than other data.

15       Q.   What data do you think to be more valuable than  15:04:45

16  other data?

17       A.   Private data.  Data that people don't want you

18  to know about themselves.  Data that's harder to get

19  because I think that would be more valuable.

20       Q.   And why would that be more valuable?          15:05:02

21       A.   Because it's not as easily gotten.

22       Q.   When did you first become aware of Brave?

23       A.   I've heard about that in other search engines or

24  websites that do that.  I think they've been around for a

25  while.  I don't know exactly how long, but I think         15:05:27

                                                        Page 143

```
 1    they've been around for a while.

 2         Q.  Do you believe you heard of it --

 3         A.  At least a couple years.

 4         Q.  Sorry, I missed that.

 5         A.  At least a couple years.                    15:05:38

 6             Sorry, I keep doing the pauses, and that goofs

 7    you up.  So that's always my fault, by the way.

 8         Q.  Do you believe you knew of Brave before becoming

 9    involved in this litigation?

10         A.  Yes.                                        15:05:55

11         Q.  Have you ever tried to sell any personal

12    information at issue in this lawsuit?

13         A.  Well, I've sold some of my information before,

14    like I've taken surveys, as an example, and have given

15    out information about myself and gotten paid for that.    15:06:14

16         Q.  How much do you think that your personal

17    information is worth?

18             MR. LEE:  To Google or to him?

19         Q.  BY MS. JENKINS:  To you, Mr. Brown.

20         A.  Well, my personal information to myself is -- is    15:06:41

21    worth a lot, like -- and it depends on like information

22    is a very broad -- you know, that is a lot of different

23    things.  But like how valuable is my Social Security

24    number?  Like it's very valuable to me.  It's actually

25    probably valuable to other people.  I know people go    15:07:03
```

Page 144

1    online trying to buy people's, you know, identifications

2    and things like that.

3         So that's probably not a great example, but,

4    yeah, it's very valuable to me.

5    Q.  What about like your browsing history; how                15:07:17

6    valuable do you think that is?

7    A.  It's probably extremely valuable if you couple

8    that with, you know, other people like me, that probably

9    gets -- adds in value even more exponentially.

10   Anybody -- it's valuable to anybody trying to sell me        15:07:46

11   anything or market to me.

12   Q.  Do you have -- sorry.  Go ahead.

13   A.  So I think it's valuable.  Sorry.  I'll try to

14   stop doing that.  I'm horrible.  It's my first

15   deposition.  Give me a break, Sara.                          15:08:05

16   Q.  No worries.  I should be learning to take an

17   extra pause.

18        Do you have any number in mind of the value to

19   you of, for instance, your browsing history?

20        MR. LEE:  Asked and answered.                           15:08:21

21        THE WITNESS:  Of just my browsing history to me?

22   No, I would really have to see what, you know, an expert

23   like Google, for example, values that at to start to see

24   like what just -- that would just be one, you know, piece

25   of my information.  So I would need some context of what     15:08:45

Page 145

```
1    information like that goes on for the open market.  I'd

2    like to think mine might be worth a little bit more.

3        Q.  BY MS. JENKINS:  If user data is anonymous, and

4    I will tell you what I mean by that.  By "anonymous," I

5    mean it is not connected to any person or device or          15:09:09

6    account, do you think that that would make that data less

7    valuable than data that can be connected to a specific

8    person?

9        MR. LEE:  Objection to form to the extent it

10   calls for speculation.                                       15:09:28

11        THE WITNESS:  Yeah, I guess -- I guess how it's

12   used, like the context of how it's used would be -- would

13   be relevant.  Like I wouldn't say it's less or more.  I

14   would say that that data is the data.  Because I -- I

15   think anybody trying to, you know, collect data on me        15:09:45

16   doesn't really care what my user name is.

17        And so I think they care more about, you know,

18   all my personal things.  My preferences, my habits, what

19   I -- what I purchase, what sites I go to, you know, the

20   frequency I go to them, where I click on the screen.         15:10:05

21        Like the rabbit hole probably goes very, very

22   deep as far as what my behavior is.  And I think

23   that's -- that's what people, when they're collecting

24   data, that they want.  They don't really care that my

25   name is "████████" on my Gmail.  They care about all         15:10:23
```

Page 146

```
 1    of that other stuff.

 2        Q.  BY MS. JENKINS:  Would you agree that one reason

 3    that that data would be valuable is so that they can

 4    target advertising to you?

 5        A.  That would be one of the reasons it's valuable,    15:10:39

 6    yes.

 7        Q.  So would you agree that if the data was

 8    anonymous, meaning that it cannot be connected to a

 9    person or to a device or account, that it would be less

10    valuable because it cannot be used to target advertising    15:10:54

11    to that person once they shut down their session within

12    Incognito?

13        MR. LEE:  Objection to form, incomplete

14    hypothetical in many ways.

15        THE WITNESS:  You have to look at how someone is    15:11:20

16    identified.  So it really starts like I could go off on a

17    tangent here.  But like me or like who I am as far as in

18    data is, okay, well, hey, I'm a male and I do this and I

19    like this and I do that.  And I click on here, and this

20    is like the type of searches I do and here's what I like.    15:11:45

21    Like that data is, yes, I think extremely valuable.  It's

22    irrelevant if it's anonymous, and that's not even really

23    anonymous.

24        So -- and it could be used for the -- you know,

25    in the area I'm in, like for anybody, you know, like me    15:12:05
```

Page 147

```
 1    as well.

 2        Q.  BY MS. JENKINS:  So can you -- when you say "in

 3    the area I'm in," can you explain what you mean by that?

 4        A.  Oh, just like my location, something like that.

 5        Q.  So you don't think that your data would be any      15:12:29

 6    less valuable if it couldn't be connected back to you; is

 7    that correct?

 8            MR. LEE:  I mean how many times are you going to

 9    ask this question, Sara?  Asked and answered.

10            THE WITNESS:  I don't think it will be any less     15:12:49

11    valuable.  Because like it's connected to me in a hundred

12    different ways.  It is me.  Like what is me?  Like how

13    philosophical do you want me to get?  Like -- just like

14    if you take everything about me, and then you just -- you

15    block out my name, that's me.  That's all my data.        15:13:11

16            And here's the problem.  Here's the -- here's

17    the over-arching theme:  You weren't supposed to be

18    taking it in the first place.  You told me I'm not going

19    to collect the data on you.

20            So I really don't care if of the hundred things    15:13:26

21    that you collect on me, that you weren't supposed to

22    collect in the first place, that you told me you weren't

23    going to collect in the first place, and then you put a

24    black bar over one of the items and say, ah, it's not

25    you.  That's kind of me.  I can look at it, and I can go,  15:13:41
```

Page 148

```
 1    yeah, that's me.

 2           So no, it's not less valuable.

 3           MR. LEE:  I withdraw my objection.

 4       Q.  BY MS. JENKINS:  All right.  So here's a

 5    hypothetical for you:  If there is a user in Incognito      15:13:58

 6    mode or a user who is browsing privately and searches for

 7    something, let's say a surfing -- a surfboard.  Okay?

 8    And then shuts out of that Incognito mode, you don't

 9    think -- the next time that they log in using Incognito

10    mode, they will not be served ads regarding surfing        15:14:24

11    because there's nothing to show that they have ever

12    searched for surfing before.

13           As an alternative, if -- if you search for

14    surfing on your account without logging into Incognito

15    mode, you may be getting surfing advertisements for years  15:14:42

16    based on your searches regarding surfing.

17           You're trying to tell -- your belief is that it

18    is not less valuable to have information connected to you

19    that can be used in the future versus information that is

20    not connected to you and cannot be used in the future in   15:15:04

21    forms of targeted advertising; is that right?

22           MR. LEE:  Can you repeat the question, please.

23           MS. JENKINS:  Is that serious, Jim?

24           MR. LEE:  You can have the court reporter read

25    it back, but it -- I -- it did not track.  I don't mean    15:15:21
```

Page 149

1    for you to do it again.  If the court reporter can read

2    it back, that's perfectly fine.

3              MS. JENKINS:  Could you read it back, please,

4    Ms. Court Reporter.

5              THE REPORTER:  Yes, I will read it back.        15:15:40

6              MR. LEE:  Slowly, please.  I'm sorry.  There was

7    a lot there.

8              (The record was read by the reporter

9              as follows:

10             "QUESTION:  All right.  So here's a hypothetical    15:13:57

11             for you:  If there is a user in Incognito mode

12             or a user who is browsing privately and searches

13             for something, let's say a surfing -- a

14             surfboard.  Okay?  And then clicks on it in that

15             Incognito mode, you don't think the next time     15:14:17

16             that they log in using Incognito mode, they will

17             not be served as regarding surfing because

18             there's nothing to show that they have ever

19             searched for surfing before.

20                  As an alternative, if you search for        15:14:34

21             surfing -- if you search for surfing or surfer

22             on your account without logging into Incognito

23             mode, you may be getting surfing advertisements

24             for years based on your searches regarding

25             surfing.                                          15:14:49

                                              Page 150

```
 1              You're trying to tell me -- your belief is

 2         that it is not less valuable to have

 3         information connected to you that can be used in

 4         the future versus information that is not

 5         connected to you and cannot be used in the         15:15:04

 6         future in forms of targeted advertising; is that

 7         right?")

 8         MR. LEE:  Okay.  Let me -- let me just lock my

 9    objections.  Improper hypothetical, compound, incomplete

10    hypothetical.  It's -- I don't know -- narrative.  I       15:17:25

11    guess assumes facts not in evidence.  Vague.  I think

12    that's it.

13         Oh, mischaracterizes prior testimony.  I'm

14    sorry.  Mischaracterizes prior testimony.

15         THE WITNESS:  So my answer is -- remains the         15:18:03

16    same.  It is not less valuable in those circumstances.

17    Q.  BY MS. JENKINS:  Okay.  Has Google's conduct --

18    and by that I mean the conduct that you complain about in

19    this lawsuit -- affected your ability to sell your own

20    personal information in any way?                          15:18:27

21    A.  Not that I'm aware of.

22    Q.  Has Google's conduct affected your ability to

23    use your own information in any way?

24    A.  It's a -- it hasn't affected me being able to

25    use the information, but it has affected them being able  15:18:53
```

Page 151

1    to use my information.

2         Q.  Has Google's conduct affected the value of your

3    information to you?

4         A.  It's -- in a way, it's devalued my private

5    information for me and made my private information more          15:19:20

6    valuable for them.  So it seems like the weight shifted

7    because now my privacy isn't my privacy.  So when I'm

8    told I have privacy, I actually don't.  And so in a way,

9    it becomes more valuable for them because I don't want to

10   share this, and they still get to have it by being          15:19:45

11   nefarious.  So I guess that's how I'd answer that

12   question.

13        Q.  Can you explain what you mean by that it has

14   devalued the information for you?

15        A.  Meaning that if I have something that I hold          15:20:13

16   dear or is private or that I think is, you know,

17   something privately mine, and now they have it, unknowing

18   to me, then it's -- you know, it's not as valuable

19   private information if -- if they have it.

20             Like I'm -- I'm trying to give a good example of          15:20:34

21   what I'm trying to explain.  If -- no, I would probably

22   give a bad example.

23             But like ultimately, it's devaluing it.  You

24   know, more to me personally that like, oh, I thought -- I

25   thought I had privacy, and then you -- and then you          15:20:55

Page 152

1    don't.

2        Q.  BY MS. JENKINS:  Have you lost any personal

3    information that you once had as a result of Google's

4    conduct?

5        A.  I don't believe I've lost any information.        15:21:13

6        Q.  Sitting here today, can you tell me all the ways

7    that you've been harmed by Google as it relates to this

8    lawsuit?

9        A.  I can't tell you all the ways because I don't

10   know everything that they're doing with all my           15:21:33

11   information that they took without my knowledge, but --

12   so I cannot tell you all the ways, but I can tell you,

13   you know, some ways that I have been harmed.  I assume

14   that's what you're asking, but...

15       Q.  Please go ahead and describe the ways that -- of   15:21:54

16   which you are aware.

17       A.  Well, just from the basics is like this mode,

18   from my understanding, now uses a layer that uses more

19   energy from your phone, which essentially is more

20   electricity.  So now my phone has more wear and tear on   15:22:18

21   it, and eventually I'll have to get a new phone sooner.

22   I'll have to charge my phone more often.

23           In addition to that, it's -- it's sending out

24   data when it's not supposed to be sending out data.  So

25   then that affects my plan, whatever plan I have, if       15:22:37

Page 153

```
 1    I'm -- if I'm paying for data, then I will run out and

 2    have to pay for more.  If I am on an unlimited plan,

 3    which I am, it actually will throttle my plan.  So now

 4    my -- my data plan on my phone will run out of data

 5    sooner.  And so then now all my data is going to take        15:22:59

 6    longer.  And so now everything I'm trying to do on my

 7    phone takes longer, and my time is very valuable.

 8           So when like just in -- in browsing alone, you

 9    could start adding up that time and -- and that's even

10    more.  So those are just some -- off the top of my head,     15:23:16

11    some ways that I was damaged.

12       Q.  I want to make sure I understand what you're

13    saying.

14           Are you saying that your phone uses more energy

15    to -- when it uses Incognito mode rather than basic mode?    15:23:34

16       A.  Yes, that's my understanding.  And just by

17    sending out data when it's not supposed to.  So that does

18    take, you know, energy as well.

19       Q.  How did you come to that understanding?

20       A.  Well, I've been in the cell phone industry for       15:23:52

21    20 years.

22       Q.  Have you done any personal experiments to see

23    whether that is the case?

24       A.  No.  I'll leave that up to the experts.  I

25    haven't done any personal experiments.                       15:24:09
```

Page 154

1      Q.  Do you have any evidence to support that belief?

2          MR. LEE:  You know what?  I'm going to direct

3      you not to answer that question as it may reveal

4      attorney-client communications.

5          THE WITNESS:  I won't be answering the question.    15:24:28

6          MS. JENKINS:  That's fine.  I'm -- I'm -- I'm

7      just -- I'm -- all right, James, is it your

8      representation that there's no information that he could

9      give on that question that would not be privileged?

10         MR. LEE:  I think he's given you a ton of            15:24:43

11     information already.  So to the extent you're asking for

12     more, I think that's where you're now getting into

13     privilege territory.

14     Q.  BY MS. JENKINS:  Do you have any evidence, not

15     related to your involvement in this litigation, that      15:24:58

16     using Incognito mode takes more energy on your phone

17     rather than basic mode?

18     A.  Well, sending out more data just in general

19     takes more energy from a phone, as -- as much as I

20     understand phones and data.                               15:25:25

21     Q.  Have you seen any effect on the amount of data

22     that you're using on your cell phone plan that you can

23     directly relate to your use of Incognito mode?

24     A.  Nothing that I could point to right now.  I

25     haven't done the -- the calculation.                      15:25:48

Page 155

1      Q.  Is there any other -- other than the additional

2    energy that you mentioned and potentially an effect on

3    your cell phone plan, is there any other harm that you

4    have suffered as a result of Google's conduct?

5      A.  Yes.  When you have your -- your privacy              15:26:22

6    breached, I consider that harm.  And/or when you sign,

7    you know, a contract and the other party doesn't live up

8    to their side of the contract, I consider that harm.

9      Q.  What type of harm is that?

10      MR. LEE:  Objection to the extent it calls for a        15:26:50

11    legal conclusion.

12      THE WITNESS:  Well, I believe in the -- in the

13    Amended Complaint, I think one of the complaints is a

14    breach of contract.  So that's where we point out the

15    harm.                                                       15:27:14

16      Q.  BY MS. JENKINS:  All right.  Is there any -- any

17    harm in addition to the ones that you've just named?

18      A.  Well, that's the biggest thing.  I think

19    probably a lot of what I named isn't the biggest thing.

20    It's all of my data that has been collected that is being  15:27:31

21    used to -- without my knowledge, without my consent, with

22    not even knowing what it is and what's being done with

23    it, how it's being monetized, like that -- there's a

24    whole, you know, unknown harm out there as well.

25      Q.  Have you lost any property as a result of            15:27:59

Page 156

1   Google's conduct?

2        A.  I don't believe I lost any property.

3        Q.  Have you ever purchased any products as a result

4   of digital advertisements that you believe were targeted

5   by Google?                                          15:28:24

6        A.  I -- yeah, I've purchased products online

7   through targeted advertising.  It was most likely Google.

8   I didn't really take the time to figure out where it was,

9   but yes, very much most likely by Google.  And I could

10  probably, you know, look at the search or something like   15:28:45

11  that to figure out that.

12       But, yeah, the short version of that long-winded

13  horrible answer is yes, I've -- I've purchased product

14  from targeted advertising.

15       Q.  Are you aware that many free services and        15:29:00

16  content on the internet are paid for by advertising?

17       A.  Yeah, I'm aware.  I'm aware.

18       Q.  And you understand that includes targeted

19  advertising?

20       A.  Yeah.                                            15:29:18

21       Q.  And do you generally understand that users' data

22  is being used for targeted advertising?

23       A.  Yeah.

24       Q.  And you've seen tailored ads when you've been

25  using Chrome; correct?                                    15:29:39

Page 157

```
 1        A.  Yeah.

 2        Q.  What is your opinion about targeted advertising?

 3            MR. LEE:  In normal mode?

 4            MS. JENKINS:  We can say in normal mode.  I was

 5    looking for a general opinion about targeted advertising.    15:29:54

 6            THE WITNESS:  I'll do you one better.  I'll do

 7    all three:  General, normal mode, and Incognito.

 8            Well, yeah, just in general, I think targeted

 9    advertising is a good thing.  And normal browsing mode, I

10    think that, again, it's I've given consent.  We have a      15:30:18

11    deal.  I get the deal.  Thank you for showing me, you

12    know, a -- the surfboard I like.

13            And then when I'm in -- when I'm not in

14    Incognito mode -- or I'm sorry, when I am in Incognito

15    mode, I don't think that that's appropriate because you     15:30:37

16    shouldn't be collecting anything about me.  I'm supposed

17    to be hidden.  I'm supposed to be incognito.  I'm

18    supposed to be an invisible spy guy.  That's why I click

19    on the button.

20            And so I think anything along those lines is        15:30:57

21    inappropriate at minimum and, you know, a breach in our

22    deal otherwise.

23        Q.  BY MS. JENKINS:  Sometimes Chrome will suggest

24    searches for you when you start typing into the search

25    bar.  Are you familiar with that?                           15:31:16
```

Page 158

1          A.  I am.

2          Q.  Do you think that is a helpful feature?

3          A.  Yeah, it's helpful.

4          Q.  And have you taken steps to disable that

5      feature, ever?                                        15:31:31

6              MR. LEE:  Go ahead and answer if you can.

7              THE WITNESS:  In -- no, I haven't taken any

8      steps to disable that feature outside of if I go in

9      Incognito mode, I wouldn't think they would be predicting

10     what I'm about to text because they shouldn't know       15:31:51

11     anything about me.

12         Q.  BY MS. JENKINS:  Have you ever noticed that it

13     was providing you with suggestions when you were

14     searching in Incognito mode?

15         A.  I don't have a particular recollection of that.   15:32:08

16         Q.  Are you aware that the suggestions that it makes

17     are sometimes -- I'm talking about in non -- in regular

18     mode --

19         A.  Okay.

20         Q.  -- are based on previous searches that you've     15:32:31

21     done?

22         A.  Yeah, that makes sense.

23         Q.  Do you currently use your Gmail accounts?

24         A.  I do currently use my Gmail accounts.

25         Q.  And I believe you disclosed to us three          15:32:51

                                                        Page 159

```
 1    different Gmail accounts.  Do you currently use all three

 2    of them?

 3         A.  Yeah, some more than others, but yeah.

 4         Q.  Would you say that the one that you use the

 5    most, would you say you use it daily?                      15:33:11

 6         A.  Yeah, pretty much.

 7         Q.  And is that a valuable service that Google

 8    provides to you?

 9              MR. LEE:  Objection.

10              THE WITNESS:  Oh, email?                         15:33:28

11         Q.  BY MS. JENKINS:  Yes.

12         A.  You know, email is a fantastic service.

13              THE REPORTER:  I'm sorry.  I didn't get that.

14    Can you repeat, please?

15              THE WITNESS:  Email is a fantastic service.      15:33:42

16              MR. LEE:  I also objected to the form of the

17    question.

18         Q.  BY MS. JENKINS:  Do you use -- well, I know you

19    already testified about something you did on YouTube, but

20    do you currently use YouTube?                              15:33:52

21         A.  Yes.

22         Q.  About how often do you use YouTube?

23         A.  I watch a lot of YouTube.  So every day.  In my

24    defense, I have YouTube Red, and it actually make --

25    allows me to watch videos without advertisement.  So       15:34:14
```

Page 160

```
 1    that's why I like that service.  But it makes me watch it

 2    more, I guess.  So I use YouTube a lot, yes.

 3        Q.  And do you understand that YouTube is owned by

 4    Google?

 5        A.  Yes.                                        15:34:26

 6        Q.  Do you use Google Hangouts?

 7        A.  I have.  Not normally.  I've got to be honest.

 8    Hangouts is kind of an inferior product to its

 9    competitors.  I generally like Google stuff, but that one

10    they need to work on a little bit more.                15:34:45

11        Q.  What do you prefer?

12        A.  I don't -- most people invite me to their

13    things.  I don't really know like which one I would -- I

14    would prefer or I would go to.  But nobody ever invites

15    me to Google Hangout.  I know that.  And I don't really   15:35:06

16    use it, although I have used it before.

17        Q.  What about Google Calendar; do you use that?

18        A.  Yes, I use Google Calendar.

19        Q.  Do you use that as your main calendar?

20        A.  Yeah, I would say so.                        15:35:19

21        Q.  And how about Google Play Music; do you use

22    that?

23        A.  Rarely.

24        Q.  And all of these services, you agree that Google

25    provides these services for free?                   15:35:36
```

Page 161

1      A.   They do have a free version.   Like in some

2   cases, I do pay for an upgraded version or something like

3   that, but yes, in general.

4      Q.   Would you be willing to pay money for a version

5   of Chrome that blocked ads?                              15:35:57

6      A.   That blocked ads?  No, not necessarily.  Because

7   like it's not that I'm anti ads.  I actually like ads.

8   Well, as much as anybody can like an ad, I like an ad.

9   But if I'm going to have to look at an ad, like, hey,

10  show me something that I might like.  Great.  That's a     15:36:21

11  good deal.  I'm glad that it's curated to me, an ad.

12          The problem lies is when you're getting that

13  information through Incognito mode when it's not supposed

14  to -- I'm not supposed to be giving you that data.

15          And that's -- so I'm not anti ad.  I'm anti        15:36:40

16  collecting information without my consent, without my

17  control.

18          MS. JENKINS:  Okay.  Tracy, could you upload the

19  next exhibit, the Rogs 1 to 6, the November 20th, 2020

20  set.                                                       15:37:07

21          MR. LEE:  How long have we been on the record?

22  Not total, but since the last break?

23          THE VIDEOGRAPHER:  57 minutes.

24          MR. LEE:  All right.  If you're going to move on

25  to a new document, do you mind if we take the break now    15:37:18

Page 162

```
 1    so you don't break it up?

 2           MS. JENKINS:  That's fine.

 3           THE VIDEOGRAPHER:  We are off the record.  The

 4    time is 3:37 p.m.

 5           (Recess.)                                       15:37:36

 6           THE VIDEOGRAPHER:  We are back on the record.

 7    The time is 3:56 p.m.

 8       Q.  BY MS. JENKINS:  Hello, Mr. Brown.  I was just

 9    going to introduce the next exhibit, which I believe will

10    be Exhibit 12.  It may be already there.               15:56:21

11           (Exhibit 12, Defendant's First Set of

12           Interrogatories (Nos. 1-6), was marked for

13           identification by counsel electronically.)

14       Q.  BY MS. JENKINS:  It is.  Could you please open

15    Exhibit 12.                                            15:56:31

16       A.  Yeah.  I'm opening it now.

17       Q.  This is a document titled "Defendant's First Set

18    of Interrogatories (Nos. 1 to 6)".

19           Have you reviewed this document?

20       A.  I'm just reviewing the document.  Yeah, I have   15:57:00

21    seen this.

22       Q.  And do you understand that this document asks

23    certain questions of you?

24       A.  Yes.

25       Q.  And you were asked to provide sworn responses to  15:57:15
```

Page 163

1    those questions under oath?

2        A.  Yeah.

3        Q.  If you turn to page 2 and look specifically at

4    what is paragraph number 8 there, where it says "Google

5    Privacy Policy."                                        15:57:37

6            Do you see that?

7        A.  Yes, Google Privacy Policy.

8        Q.  Did you click on those links to make sure that

9    you understood what was being asked of you in these

10   interrogatories?                                       15:57:57

11           MR. LEE:  Objection to form.

12           Hold on, Mr. -- Mr. Brown.

13           To the extent that the policies were provided to

14   you in some other way by attorneys, I caution you not to

15   discuss any communications you had with them in trying to  15:58:10

16   answer this question.  Okay?

17           THE WITNESS:  Okay.

18       Q.  BY MS. JENKINS:  Let me maybe rephrase that.

19           Did you review the privacy policies indicated

20   here before responding to these interrogatories?       15:58:27

21       A.  I've reviewed privacy policies before.

22       Q.  Are you unsure of whether you reviewed them in

23   connection with preparing responses to these

24   interrogatories?

25       A.  No, I -- I've seen the privacy policy.          15:58:52

                                                     Page 164

```
 1        Q.  And the other -- the other documents here that

 2   are in:  9, Google Terms of Service; 10, Chrome Terms of

 3   Service; 11, Chrome Privacy Notice; 12, My Google

 4   Activity; 13, Chrome Incognito Notice, did you review all

 5   of those documents as well?                              15:59:19

 6        A.  I don't -- I'd have to see them again to know,

 7   but like all these sound like documents that I've seen or

 8   that I reviewed.

 9        Q.  All right.  We can move to the next exhibit,

10   which will be your Amended Responses and Objections to     15:59:50

11   Rogs -- Interrogatories Numbers 1, 4, and 5 will be

12   Exhibit 13.

13            (Exhibit 13, Plaintiff Chasom Brown's Verified

14            Amended Objections and Responses to Defendant's

15            Interrogatories 1, 4, and 5, was marked for       16:00:00

16            identification by counsel electronically.)

17        Q.  BY MS. JENKINS:  Do you have the document?

18        A.  It is now up, yes.

19        Q.  And do you recognize this document?

20        A.  Yes.                                              16:00:39

21        Q.  Did you review this document to make sure that

22   your responses were complete and accurate?

23        A.  Yes.

24        Q.  And then if you look -- I'm not sure what page

25   of the PDF is, but if you look down at the verification    16:00:58
```

Page 165

1    which comes after all of the responses, did you sign that

2    verification for these responses?

3         A.  Yes, I did.  That's my signature and my title.

4         Q.  As you sit here today, are you aware of anything

5    that is no longer accurate that is included in these          16:01:22

6    responses?

7         A.  I'm not aware as I sit here today.  Although I

8    obviously -- it's a fluid case.  I'm sure new evidence is

9    being introduced, but I'm not aware as I sit here.

10        Q.  All right.  Can you take a look specifically at       16:01:45

11   Interrogatory Number 4 and the Amended Response to

12   Interrogatory Number 4.

13        A.  Number one.  I'm just going to reread it, if you

14   don't mind.

15        Q.  Yes, go ahead.                                        16:02:08

16        A.  Okay.

17             MR. LEE:  And before you get into the questions,

18   let me just lay something down for the record.

19             Procedurally what occurred here is Google

20   propounded Interrogatory Number 4 on Mr. Brown.  There        16:02:54

21   was a dispute among the parties as to the scope of what

22   the response should be.  There was an original response

23   to the Interrogatory Number 4.

24             And after the dispute was resolved by the Court,

25   the Amended Response to Interrogatory Number 4 was then       16:03:14

Page 166

1    submitted, which is reflected here.

2            And the -- the websites listed in the Amended

3    Response to Interrogatory Number 4 is consistent with

4    what the Court ordered the answer to this Interrogatory.

5            I don't think that's in dispute in any way.  I        16:03:36

6    just want Mr. Brown to know the history that the lawyers

7    have.

8            MS. JENKINS:  All right.  Well, for the record,

9    I take no position on what you've just said, but...

10           MR. LEE:  Your partner, Andrew Schapiro, agreed       16:03:50

11    with me when he went over the same document.  So I doubt

12    it's controversial.

13       Q.  BY MS. JENKINS:  So, Mr. Brown, with respect to

14    the websites that are listed here in the second paragraph

15    of your Amended Response to Interrogatory Number 4, can        16:04:02

16    you tell me of these websites which websites you know

17    that you have reviewed the privacy policies for?

18       A.  Of these websites can I recall which ones I

19    reviewed the privacy policy?  Google.  The other ones,

20    the Redfin one, like I had some recollection when you         16:04:36

21    brought it up.  Yahoo, I believe I've seen in the past.

22    Wells Fargo, I think kind of -- I vaguely recall reading

23    Wells Fargo.  So some of them, yes.

24       Q.  With respect to the other ones that are listed

25    here that you did not just name, is it that you don't         16:05:04

1    remember whether or not you've reviewed the privacy

2    policies?

3        A.   Yeah, that would be fair to say.

4        Q.   And for the policies here that you remember that

5    you have read, did you continue to use these websites    16:05:18

6    after reviewing the privacy policies?

7        A.   Yeah.

8        Q.   Have you enabled any privacy features on any of

9    these websites?

10       A.   Well, as -- when I wanted to browse privately on    16:05:42

11   these websites, I would go into Incognito mode, and then

12   that would enable all the privacy afforded to me.

13       Q.   Anything else that you've done with respect to

14   these websites to protect your privacy?

15       A.   No.                                                  16:06:00

16       Q.   And what about the apps that are listed in the

17   following sentence, which looks like:  YouTube, Voxer,

18   Telegram, Google, Yahoo Mail, Instagram, Google Maps,

19   Starbucks, ETrade, and Google Chrome, can you let me know

20   which of those privacy policies you've reviewed?          16:06:19

21       A.   Voxer, Telegram, Google.  I have a vague

22   recollection of looking at Yahoo Mail.  That might have

23   been the Yahoo one that I saw, but I recently downloaded,

24   you know, the new version.

25       Q.   Do you mean that you downloaded the Yahoo Mail    16:06:56

Page 168

1    app?

2         A.   Yeah.   And I believe there was -- the privacy

3    policy came up that I have a vague recollection of that

4    one.   Because they -- their mail is -- I've had Yahoo

5    Mail for a long time, and they -- their new version of          16:07:15

6    mail recently came out.   So I kind of had to, I guess, go

7    through a couple things to get that going.   And that's

8    all that I can recall.

9         Q.   So for the ones that you've not just mentioned,

10   is it fair to say you don't remember whether or not             16:07:34

11   you've reviewed the privacy policies?

12        A.   For the apps, yeah, that's fair to say.

13        Q.   Did you discontinue use of any of these apps

14   after reviewing the privacy policies?

15        A.   No.   And I think they were asked in context of       16:07:58

16   the most used.   So, again, I guess that seems a little

17   counterintuitive, but no, the answer is no.

18        Q.   Have you taken any steps to protect your privacy

19   with respect to any of these apps?

20        A.   Outside of using Incognito mode, no.                  16:08:21

21        Q.   Is Incognito mode available on these apps?

22        A.   Oh, I'm sorry.   I'm thinking websites.   No,

23   Incognito mode is not available on apps.   Not that I'm

24   aware of, anyway.   I was thinking of the websites.   My

25   apologies.                                                      16:08:43

                                                        Page 169

1      Q.   Understood.

2           You mentioned you have a Yahoo Mail address.  Is

3      that mail address linked to a Google account?

4      A.   I don't know what you mean by "linked," but how

5      they are associated is I do get -- so I have my Yahoo          16:09:02

6      Mail email address, and then I can click on another tab

7      and a Google email address, my Google mail will come in

8      there from one of my Google accounts.

9      Q.   Is that within the Yahoo Mail app?  Is that what

10     you mean?                                                      16:09:25

11     A.   Yeah, in Yahoo Mail in general.

12     Q.   But do you know whether you have a Google

13     account set up for that Yahoo Mail address?

14          MR. LEE:  Asked and answered.

15          THE WITNESS:  Oh, I think I understand what          16:09:39

16     you're asking now.  No, I don't believe I do.

17          MS. JENKINS:  Okay.

18          All right.  Tracy, can you load the next

19     exhibit, which is the May 6th Amended Responses and

20     Objections.                                                    16:09:57

21          (Exhibit 14, Plaintiff Chasom Brown's Verified

22           Amended Objections and Response to Defendant's

23           Interrogatory No. 2, was marked for

24           identification by counsel electronically.)

25          MR. LEE:  What exhibit are we on?  I'm sorry, 14     16:10:14

1    or 15?

2            THE WITNESS:  I believe it's 14.

3            MR. LEE:  I wasn't asking you, Mr. Brown.

4            THE WITNESS:  Well, Sara will correct me.

5            MS. JENKINS:  Yeah, it is -- it is 14.          16:10:33

6       Q.  Do you have it open?

7       A.  I do have.  It's open now.

8       Q.  All right.  Do you recognize this document?

9       A.  Yes.  This looks familiar.

10      Q.  Can you take a look at the Interrogatory and     16:10:48

11   Responses to Interrogatory Number 2, please.

12      A.  Number 2, yes.  Give me a moment just to read.

13          Okay.  I'm reacquainted with it.

14      Q.  Does this look accurate to you as we sit here

15   today?                                                  16:12:14

16      A.  Yeah, yeah, it looks accurate.

17      Q.  How many Google accounts do you have?

18      A.  They're -- three.

19      Q.  And are the three email addresses -- addresses

20   associated with these accounts listed here in the Amended  16:12:43

21   Response to Interrogatory Number 2?

22      A.  Let me go -- sorry.  Yes, they are listed there.

23      Q.  And I think that you testified earlier that you

24   still use all three of these addresses; is that correct?

25      A.  Correct.                                         16:13:05

                                                      Page 171

```
1            Q.  Do you know when you first opened the

2       ████████@gmail.com account?

3            A.  Off the top of my head, I don't remember, but it

4       might be in the Complaint here.  I might have looked it

5       up, or like I think we looked it up.  But                    16:13:31

6       notwithstanding, use of laptop -- approximately 2015,

7       2016, that seems right to me.

8            Q.  Does that email address have a specific use for

9       you?

10           A.  Yes.  It generally had to do with my band, and    16:13:55

11      it was my first Google account.  So I kind of used it for

12      some random signing up for accounts and things like that.

13      And so it has some personal use as well, but for a while,

14      for my music and, you know, shows and different things we

15      were associated with, it was going to that Gmail account.   16:14:20

16      So that one tended to be more toward that.

17           Q.  And what about the ████@gmail.com; how do you

18      use that Gmail address?

19           A.  That tended to be more business related.  Some

20      financial related.  So that's the more serious side of     16:14:41

21      Chasom -- ████████ Gmail is the more fun side of

22      Chasom.  So I guess I kind of categorize them in that

23      way.

24           Q.  All right.  And what about that third email

25      address?                                                    16:14:58
```

Page 172

1      A.  Oh, geez.  That's the -- that's puppet one.  So,

2  yeah, that's the puppet.  And I -- there is another

3  channel that -- another YouTube channel that we -- that

4  we have using that, actually, come to think of it.

5      Q.  Are any of these email addresses that you use          16:15:17

6  primarily for your personal use or do you use a different

7  email address for that?

8      A.  Generally, it kind of splits between the main

9  two, ███████ and ██████.

10     Q.  Does anyone else have access to your email          16:15:37

11 accounts?

12     A.  At times, some people did, yes.

13     Q.  Does anyone else currently have access to your

14 email accounts?

15     A.  One of them -- yeah, one of them -- one person          16:15:52

16 may have access to.  I don't know if they've gone on it

17 or not, but like they might have.  I don't think they've

18 gone on recently, but they might have.

19     Q.  And -- sorry, what account is that?

20     A.  The ████████.                                          16:16:15

21     Q.  And who else would have access to that account?

22     A.  The -- Brian.  And my brother would have had

23 access to those accounts.  You're saying currently.  So

24 currently, I think they both still have access to those

25 accounts.                                                      16:16:38

Page 173

1        Q.   Who is Brian?

2        A.   Brian is -- he's the puppeteer.

3             MS. JENKINS:   Tracy, can you load the next

4    exhibit, the subscriber info for ████████ .

5             I'm going to turn my light back on.              16:16:59

6             (Exhibit 15, Google Subscriber Information,

7             GOOG-BROWN-00029466 - 489, was marked for

8             identification by counsel electronically.)

9        Q.   BY MS. JENKINS:   All right.   Do you see

10   Exhibit 15, Mr. Brown?                                    16:17:19

11       A.   Oh, sorry.   Let me pull that one up.   I'm

12   falling behind.   It's entitled "Google" -- "Google

13   Subscriber Information"?

14       Q.   Yes, that's right.

15            It appears from this document that the account   16:17:44

16   was created April 25th, 2011.

17            Does that sound correct to you?

18       A.   Yeah, that sounds possible.   Like I thought it

19   was more recent, but I guess it's possible.   It is the

20   longest one that I've had.                                16:18:03

21       Q.   And you listed ████████ @yahoo.com as your recovery

22   email; is that correct?

23       A.   Yes, correct.

24       Q.   But I understand from your prior testimony that

25   you do not have a separate Google account for that email  16:18:19

                                                      Page 174

```
 1    address; correct?

 2         A.  That's correct.

 3              MS. JENKINS:  All right.  Tracy, can you -- or

 4    actually, let's just go to the next one, tab 15, please.

 5              (Exhibit 16, Google Subscriber Information,      16:18:38

 6              GOOG-BROWN-00229507 - 510, was marked for

 7              identification by counsel electronically.)

 8              MS. JENKINS:  Sorry, this will be Exhibit 16.

 9         Q.  Do you have that document, Mr. Brown?

10         A.  Yeah.  It's coming up right now.                  16:19:21

11         Q.  Do you see that this is subscriber information

12    for the email address ██████@gmail.com?

13         A.  Yes.

14         Q.  And this has the -- this shows that the account

15    was created on July 20th, 2011.                            16:19:47

16              Does that sound correct to you?

17         A.  Let me think about that.  It seems long.  This

18    email was created under -- it was supposed to be our --

19    our business email originally.  And so when it was

20    created, it may have been my partner, Andrew, that         16:20:11

21    created it or we did it together.  But it's very possible

22    because that's somewhere around the time that that

23    business was created.

24              So it seems to me like that was longer, or I

25    haven't had it that long, but looking at this, I guess     16:20:30
```

Page 175

```
 1    that makes sense.

 2            MS. JENKINS:  All right.  Tracy, can you load

 3    Exhibit 17, please.

 4            (Exhibit 17, Google Subscriber Information,

 5            GOOG-BROWN-0039498 - 500, was marked for          16:20:41

 6            identification by counsel electronically.)

 7        Q.  BY MS. JENKINS:  And Mr. Brown, do you have the

 8    document open?

 9        A.  Yes.

10        Q.  It appears that this is Google subscriber        16:21:15

11    information for the Google account ████████@gmail.com;

12    is that right?

13        A.  Yeah, correct.

14        Q.  And it shows here that it was created on

15    June 24th, 2018.                                          16:21:29

16            Does that sound correct to you?

17        A.  That sounds about right.

18            MS. JENKINS:  All right.  Tracy, can you upload

19    the June 1st, 2021 Amended Responses and Objections to

20    Google's Second Set of Interrogatories.                  16:21:53

21            (Exhibit 18, Plaintiff Chasom Brown's Amended

22            Objections and Responses to Defendant's Second

23            Set of Interrogatories, was marked for

24            identification by counsel electronically.)

25            THE WITNESS:  I have that up whenever.            16:22:29
```

                                                        Page 176

1      Q.  BY MS. JENKINS:  All right.  Could you take a

2  look down at Interrogatory Number 10 and read through

3  that Interrogatory and your responses.

4           Oh.  Never mind.  You can go ahead and do that.

5           MR. LEE:  We are reading 10?                    16:22:53

6           MS. JENKINS:  Yes.  Thank you.

7           MR. LEE:  Okay.

8           THE WITNESS:  Okay.  I'm familiar.

9      Q.  BY MS. JENKINS:  All right.  Does this response

10  appear accurate to you as we sit here today?          16:24:10

11     A.  Let me read a little more just to be sure.  It's

12  a little longer, but yeah, so far, it's been accurate, to

13  answer your question.

14     Q.  All right.  Can you tell me why you have not

15  attempted to sell your personal data?                 16:24:30

16          MR. LEE:  Objection to form, asked and answered.

17          THE WITNESS:  Why I haven't attempted -- oh, I

18  have sold my personal data before.  And I said I have

19  taken surveys and gotten paid for them, and that was, you

20  know, the personal data on myself.                    16:24:55

21          So why I haven't taken it further?  I'm a busy

22  dude.  That's just difficult to track all that -- track

23  all that down.

24     Q.  BY MS. JENKINS:  All right.  So specifically, I

25  meant personal data as at issue in this litigation.   16:25:13

                                              Page 177

1          Would your answer be the same to that question?

2          A.  Well, I -- my answer would be I like the deal

3     that I have.  I understand that Google is collecting my

4     data, and clearly, as we went through those last

5     documents, I use a lot of different Google products.  So          16:25:37

6     I am in the Google ecosystem.  I'm a Google user.  I'm a

7     Google customer.  So like I understand that they're

8     giving me some free services for that, and I like that

9     deal.

10         The side of the deal that I don't like is the          16:25:54

11    Incognito mode side of the deal.  Because that's supposed

12    to be my out, meaning, hey, I'm not giving you data right

13    now, and you agree, we agree.  And then unfortunately, it

14    seems Google has been collecting my data under those

15    circumstances.          16:26:18

16         Q.  Can you take a look back at Interrogatory

17    Number 8 and your response to that Interrogatory.

18         A.  10, 9, 8.  Excuse me.

19         Okay.  I'm familiar.  You can ask your

20    questions.          16:26:58

21         Q.  Okay.  And you see that this Interrogatory says:

22    "Describe with particularity each category of 'personal

23    and sensitive user data' that you contend Google

24    unlawfully 'intercepted.'"  Correct?

25         A.  I see that, yes.          16:27:12

Page 178

1      Q.   And then as part of your response, in the second

2    paragraph, there is a list of different types of

3    information.

4          Do you see that?  A numbered list starting with

5    the number 1?                                              16:27:27

6      A.   Yeah.

7      Q.   Do you know what a "get request" is?

8      A.   I believe it's a -- oh, hold on.  Let me read my

9    complete response.

10          I believe the definition is right behind it, but   16:27:57

11    I think that's the term for it.

12      Q.   Okay.  Can you then read what you believe to be

13    the definition of that?

14      A.   It provides the content the user's browsing

15    software asks the website to display while in private      16:28:15

16    browsing mode.

17      Q.   And do you have a -- with regard to number 2,

18    what's your understanding of what an IP address is?

19      A.   It's -- the identifier of your connection.

20      Q.   And how do you understand an IP address to be      16:28:38

21    used?

22          MR. LEE:  Objection.  Vague.  Used by who?

23          THE WITNESS:  Well, I don't give a lot of

24    thought to how I use an IP address.  I don't think I use

25    it normally.  I think, again, it's an identifier.          16:29:03

Page 179

1      Q.  BY MS. JENKINS:  What's your understanding of

2    how an IP address would be used in the course of you

3    browsing the internet?

4          MR. LEE:  Same objection.

5          THE WITNESS:  It would be a type of identifier      16:29:23

6    while I'm browsing.  I believe it has to do with my

7    connection.

8      Q.  BY MS. JENKINS:  Do you have any other

9    understanding of how it would be used or why it's

10   important?                                              16:29:41

11         MR. LEE:  Objection to form.  Compound.

12         THE WITNESS:  Not -- not by me.  I don't see any

13   other use -- yeah, I don't know what people do with IP

14   addresses.

15     Q.  BY MS. JENKINS:  With respect to the next one,      16:30:03

16   what's your understanding of fingerprint data?

17     A.  Is that number three?  My understanding of

18   fingerprint data is a collection of my fingerprint, and

19   sometimes it's used to identify who I am as like a pass

20   code or to get into different things.  Who knows what     16:30:35

21   else it's used for, but that's how I know for me.

22     Q.  And what about number 4; any user ID?  What is

23   your understanding of what that might be?

24     A.  Another identifier.

25     Q.  And do you understand -- what's your             16:31:15

Page 180

1    understanding of what geolocation of the user while in

2    private browsing mode means?

3        A.  Where the person is located.

4        Q.  All right.  And how about your understanding of

5    information contained in Google cookies from prior          16:31:42

6    browsing sessions?

7        A.  So the question is what is cookies, essentially?

8    Or maybe I'm not understanding the question.

9        Q.  Yeah, I'm -- so you've identified Google cookies

10   from prior browsing sessions as a category of personal      16:32:05

11   and sensitive user data that you contend Google

12   unlawfully intercepted.

13          So I'm wondering what you understand that to

14   mean, what you understand information contained in Google

15   cookies from prior browsing sessions to mean.              16:32:21

16       A.  It would be another identifier and also

17   contains -- I believe it contains website data and some

18   like activity within that website.  I think they actually

19   do more than that, but I have limited knowledge as to

20   what cookies do.                                           16:32:43

21       Q.  And it's your contention that Google unlawfully

22   intercepted all of these things while you were browsing

23   in Incognito mode; is that correct?

24       A.  Yes, and like if they collected any data of mine

25   while I'm in Incognito mode, they unlawfully did it.       16:33:07

                                                        Page 181

1        Q.  And you would specifically say these six items

2   of information are personal and sensitive user data; is

3   that correct?

4              MR. LEE:  Asked and answered.

5              THE WITNESS:  Yes.                          16:33:24

6              MS. JENKINS:  All right.  Tracy, can you load

7   the next exhibit, which is the September 20th Responses

8   and Objections to Interrogatory 16.

9              (Exhibit 19, Plaintiff Chasom Brown's Verified

10             Objections and Responses to Defendant's Fifth    16:33:38

11             Set of Interrogatories (No. 16), was marked for

12             identification by counsel electronically.)

13             THE WITNESS:  Uh-oh.  Now I'm getting lost on

14   exhibits.  Was that 18?

15       Q.  BY MS. JENKINS:  The -- the next one should be    16:34:02

16   19.

17       A.  Okay.

18             MR. LEE:  It just loaded for me right now,

19   Chasom.

20             THE WITNESS:  Got it.  I've got it right now.    16:34:11

21       Q.  BY MS. JENKINS:  Can you please take a look at

22   Interrogatory Number 16 and the response.

23       A.  Okay.  I'm familiar with it.  If there's a

24   certain section, we can go over it.

25       Q.  Does this response look accurate to you?         16:35:21

                                              Page 182

1      A.  Yes.

2      Q.  And are you familiar with the different projects

3   that are listed here?

4          MR. LEE:  Objection to form.  Can you be more

5   specific?                                              16:35:37

6      Q.  BY MS. JENKINS:  Yeah.  Are you familiar with

7   Ipsos Screenwise Panel?

8      A.  Let me find the content.  One moment.

9      Q.  It's in the third paragraph of the response.

10     A.  Yeah.                                             16:36:16

11         Okay, yeah.  I understand.  I recall.

12     Q.  Are you familiar with the Ipsos Screenwise

13   Panel?

14     A.  It's the consumer research study; correct?

15     Q.  Yes.                                              16:36:36

16         Is that all of your understanding about what it

17   is?

18     A.  Yeah.  Outside of what I have on here, this is

19   my full understanding of it.  I didn't do a lot of

20   research into it, but I understand what it is.          16:36:52

21     Q.  And what about Google's Opinion Rewards surveys;

22   are you familiar with that?

23     A.  I am.

24     Q.  Have you ever signed up for that?

25     A.  I have signed up for studies.  I don't -- I       16:37:10

                                                         Page 183

```
 1    don't recall if it was a Google one or not.

 2        Q.  And what about Nielson Computer & Mobile Panel;

 3    are you familiar with that?  It's in the next paragraph.

 4        A.  Let me pull that up.

 5        Q.  Have you signed up for Neilson Computer & Mobile    16:37:50

 6    Panel?

 7        A.  No, I have not.

 8        Q.  It says here that it pays up to $50 a year for

 9    passive data collection of a user's internet behavior.

10            Would you sell your internet use data for $50 a    16:38:04

11    year?

12        A.  My data is worth way more than that.

13        Q.  Is there a number you have in mind of what your

14    user data would be worth?

15        A.  I'm willing to work with Google to go over all    16:38:23

16    the data that they have and put the value that they put

17    on it to see if that's in -- in range.  I think it's

18    certainly more than $50 a year.  But I think they're

19    probably the experts on it, and they have some idea of

20    what data is worth.                                        16:38:48

21            Essentially, I defer to the experts on how much

22    data is worth.  My data is definitely worth more than $50

23    a year, though.

24        Q.  Is there a number at which you would agree to

25    sell your user data?                                       16:39:06
```

Page 184

```
 1        A.  There is a number.  What it is, I don't -- I

 2   don't know.  But everybody's got a price.  So I'll sell

 3   you this shirt if -- like -- no, it's a -- it's a vague

 4   question.  Yes, there's a number for my data.  What it

 5   is, I don't know.                                    16:39:27

 6        Q.  Would you say -- I mean, would it be more than a

 7   hundred dollars a year?

 8           MR. LEE:  Objection.  Vague as to what the word

 9   "it."

10        Q.  BY MS. JENKINS:  Would you sell your data --   16:39:42

11   would the number that you would sell your data for be

12   more than a hundred dollars a year?

13        A.  I -- I think -- because I don't want to go into

14   this so we'll keep upping it and upping it.  I think that

15   I would need to know a lot more information about data    16:39:59

16   before I could really give a good answer as to how much

17   it -- my particular data or data is worth.  My limited

18   understanding is data is pretty valuable.

19        Q.  All right.  But sitting here today, there's not

20   a number that -- that you would accept for the use or     16:40:19

21   collection of your data?

22           MR. MCGEE:  I'm really sorry.  I -- Sara, I

23   would not do this unless it is necessary, but James is

24   frozen again.  So I'm very sorry to do this.  I know he's

25   taking the deposition, but he just texted me to let me    16:40:41
```

```
 1    know.

 2            MS. JENKINS:  All right.  Well, let's -- let's

 3    go off the record until James can get back on, please.

 4            THE VIDEOGRAPHER:  We are off the record.  The

 5    time is 4:41 p.m.                                      16:40:55

 6            (Recess.)

 7            THE VIDEOGRAPHER:  We are back on the record.

 8    The time is 4:55 p.m.

 9        Q.  BY MS. JENKINS:  All right.  Before -- before we

10    broke due a technical issue, Mr. Brown, I had just asked   16:55:15

11    the question:  Sitting here today, there's not a number

12    that you would accept for the use or collection of your

13    data; is that correct?

14        A.  There is a number I would accept.  I don't know

15    what that number is.  I'd have to do some analysis to put   16:55:32

16    a number on it.  But would I -- would I accept a number

17    for my data that I'm comfortable, the data that I'm

18    comfortable giving with?  Yeah, absolutely.

19        Q.  And what would you say -- when you say the data

20    you're comfortable giving, what data is that?             16:55:55

21        A.  Data that would be in normal, you know, Chrome

22    browsing mode.

23        Q.  And what about data from Incognito mode; is

24    there a number that you would accept for that?

25        A.  There is a higher number I would accept for       16:56:15
```

Page 186

```
 1    that.

 2         Q.  And sitting here today, is it true that you

 3    can't provide a number?

 4         A.  I don't know.  Same thing.  I would need to

 5    really look into that.  But like my private information,    16:56:29

 6    my private data, yeah, it definitely -- it seems more

 7    valuable.  Because I don't want to give it; right?  But

 8    if you keep upping the price, then maybe at some point,

 9    okay, I'll tell you what my weird fetish is.  So it's

10    like kind of how it would work.                             16:56:55

11         Q.  Right.  That won't be necessary today, but...

12         A.  Oh, that's not the next question?

13         Q.  No.

14         A.  Okay.

15         MS. JENKINS:  Tracy, can you upload the Amended       16:57:06

16    Responses and Objections to the Second Set of Requests

17    For Admissions, please.

18             (Exhibit 20, Plaintiff Chasom Brown's Amended

19             Objections and Responses to Defendant's Second

20             Set of Requests For Admission, was marked for     16:57:14

21             identification by counsel electronically.)

22         Q.  BY MS. JENKINS:  All right.  So Mr. Brown, you

23    should now have Exhibit 20 in your folder.

24             Do you see that?

25         A.  I'm pulling it up.                                16:57:43
```

Page 187

1          Q.   And this is your Objections and Responses to

2     Defendant's Second Set of Requests For Admission.

3               Do you recognize this document?

4          A.   Yes.

5          Q.   Could you go down to Request For Admission          16:58:07

6     Number 6, please.

7               And could you read aloud that Request For

8     Admission.

9          A.   Let me find it.  It's farther down than I

10    thought.                                                      16:58:27

11               "Admit that Google privacy policy you reviewed

12    disclosed that Google collects information about user's

13    visits to websites that use Google services."

14         Q.   And do you see there that the response says just

15    "denied"?                                                     16:58:47

16         A.   Yes.

17         Q.   What is the basis for that denial?

18         A.   Because it gets -- in Incognito mode, there's no

19    data that is supposed to be collected from any Google

20    service.  So if you're saying in here that Google             16:59:19

21    collects information about user visits to websites that

22    use Google's services, then anything associated with

23    those Google services and Google itself should not be

24    collecting my data.  So I don't admit that, and that's

25    why I denied it.                                              16:59:46

                                                    Page 188

1          Q.  Do you see that this request doesn't mention

2     Incognito mode?

3          A.  Admit that each Google...

4             MR. LEE:  I disagree with that characterization.

5     By the way, I know I'm listed as Mark Mao now.  I'm done          17:00:11

6     with that one.

7             MS. JENKINS:  All right.  Sorry, I didn't see

8     you there, James.  I see you now.

9             THE WITNESS:  Like it's -- I do see that it says

10    Google privacy policy, but in the privacy policy, you          17:00:32

11    know, there's -- there's both in there.

12             So maybe because it's just a confusing question

13    to a degree.  So I'm like I still can't admit that.

14         Q.  BY MS. JENKINS:  And can you take a look at

15    Request For Admission Number 7 and read that one aloud,          17:00:56

16    please.

17         A.  "Admit that the Google privacy policy does not

18    represent that using private browsing mode will prevent

19    Google from receiving information through its services."

20         Q.  And do you see that that one is also denied?          17:01:14

21         A.  I do.

22         Q.  Can you explain the basis for your denial?

23         A.  Yes.  Let me reread it.

24             Just say that it does not represent that using

25    private browsing mode will prevent -- yeah, it -- because          17:01:59

Page 189

1    the Google privacy policy represents that it does prevent

2    it.

3         Q.  And the ways that you believe that it represents

4    that are the same ways that we discussed earlier when

5    looking at the -- at Google's privacy policy; is that        17:02:26

6    correct?

7         A.  Well, it represents them by the words Google

8    uses in their privacy policy.

9         Q.  And those are the same words that we reviewed

10   earlier today; is that correct?                              17:02:41

11        A.  Correct.

12        Q.  All right.  I'm done with this exhibit.

13             So do you recall providing Google with cookie

14   values from your browser during this litigation?

15        A.  Yeah, I believe we did that.  You're talking        17:03:02

16   about --

17             MR. LEE:  Hold on.  Hold on.  Hold on, Chasom.

18   Hold on.

19             I don't think we're there yet, but I just want

20   to give you a caution about not divulging any                17:03:10

21   communications you had with counsel.  So to the extent

22   you're answering the limited question that Ms. Jenkins

23   asked, I think -- I think you can do it.  But to the

24   extent it gets more substantive into discussions that

25   were had with your lawyers, I would direct you not to        17:03:27

                                                    Page 190

```
 1   answer.

 2          Why don't we hear the question again so that we

 3   can all get on the same page.

 4       Q.  BY MS. JENKINS:  Okay.  Do you recall providing

 5   Google with cookie values from your browser as part of      17:03:39

 6   this litigation?

 7          MR. LEE:  You can answer that limited question.

 8          THE WITNESS:  Yes.

 9       Q.  BY MS. JENKINS:  Did you collect those cookies

10   yourself?                                                   17:03:55

11          MR. LEE:  To the extent that your answer would

12   be based on communications you had with your counsel, I

13   would advise you not to answer.

14          THE WITNESS:  Based on that, yes, I'm --

15          MS. JENKINS:  James, can he -- is there some        17:04:16

16   reason he couldn't answer "yes" or "no" as to whether he

17   collected the cookies himself?

18          MR. LEE:  I'm not ignoring you.  I'm just

19   thinking about it.  That's okay.  He can just answer

20   "yes" or "no.                                               17:04:30

21          MS. JENKINS:  I'll repeat it.

22       Q.  Did you collect those cookies yourself?

23       A.  Yes.

24       Q.  Can you tell me from what devices you collected

25   those cookies?                                              17:04:46
```

Page 191

1          MR. LEE:  You can answer that limited question.

2          THE WITNESS:  From my laptop and my phone.  I

3    know those two for sure.  I just don't -- I think my --

4    my tablet as well.

5          Q.  BY MS. JENKINS:  And what browser were you using      17:05:12

6    when you collected those cookies?

7          A.  I believe I was in Chrome.  I don't -- don't

8    remember.  I don't -- I can't imagine I used anything

9    else, but I don't really remember which browser I went

10   to.  I'm sure it was in Chrome.                              17:05:36

11         Q.  Were you browsing in Incognito mode when you

12   collected those cookies?

13         A.  I don't -- I don't recall.  I think there was a

14   series of things I needed to do.  So I was just more

15   focused on doing those series of things.  And so I           17:05:56

16   don't -- I don't really remember the process of which way

17   I did it or not.

18         MR. LEE:  Let's leave it at I don't recall.  I

19   don't want you to get into privileged things.  Okay?

20         THE WITNESS:  Got it.                                  17:06:14

21         MR. LEE:  Okay.

22         Q.  BY MS. JENKINS:  Were you logged in when you

23   collected those cookies?

24         MR. LEE:  Objection.  Vague.

25         THE WITNESS:  Yeah.  I don't recall.                   17:06:22

                                                          Page 192

1          Q.  BY MS. JENKINS:  You -- earlier you mentioned

2     Jeff Mao.  And can you tell me -- I believe you said that

3     he was a business partner.  Can you tell me what business

4     he was a partner with you in?

5          A.  Years ago, we had a business, a cell phone          17:06:47

6     business together.  The company was called Metropolis.

7          Q.  And is he a current business partner of yours?

8          A.  We do business together.  I don't think we're

9     officially on anything together, but we still communicate

10    and do business together.  We're in the same field.          17:07:20

11         Q.  What kind of business do you do together?

12         A.  He's also in the cannabis business.

13         Q.  Did he tell you about this lawsuit?

14         A.  No.  We discussed it, and then he referred me to

15    his cousin.                                                   17:07:46

16         Q.  When you just said we discussed it, what did you

17    discuss?

18              MR. LEE:  Asked and answered.

19              THE WITNESS:  When I was inquiring about things

20    and who I could talk to, it kind of came up in               17:07:59

21    conversation, and then so he got us in contact.

22         Q.  BY MS. JENKINS:  And why did Jeff Mao tell you

23    that he was going to put you in touch with his cousin?

24              MR. LEE:  Objection.  Calls for speculation.

25              THE WITNESS:  Because he knew his cousin was        17:08:26

                                                          Page 193

```
1    like an expert, and that's what I was looking for.

2        Q.  BY MS. JENKINS:  Have you considered withdrawing

3    as a plaintiff from this case?

4            MR. LEE:  Objection to form.

5            THE WITNESS:  No.                                17:08:42

6        Q.  BY MS. JENKINS:  Would it surprise you if I told

7    you that your counsel informed us that you would be

8    withdrawing as a plaintiff in this case?

9        A.  No, that wouldn't surprise me because there was

10   some miscommunication that happened because it had to     17:08:56

11   do -- because I'm such a data nut, there was I guess

12   some --

13           MR. LEE:  Hold on.  Hold on.  Hold on.

14           So, Mr. Brown, I think you can answer this

15   question, but what I don't want you to do is             17:09:11

16   inadvertently get into conversations you had with your

17   counsel.

18           THE WITNESS:  Uh-huh.

19           MR. LEE:  I think you can answer this question

20   without getting into those discussions, but I just wanted 17:09:21

21   to caution you.  Okay?

22           THE WITNESS:  Okay.  Fair enough.

23           What was the question again?

24       Q.  BY MS. JENKINS:  Well, I asked if you'd

25   considered withdrawing as a plaintiff, and you said no.   17:09:33
```

Page 194

```
 1    And then I said would it surprise you if I told you that

 2    your counsel informed us that you would be withdrawing as

 3    a plaintiff?

 4        A.  No, it wouldn't -- it wouldn't surprise me that

 5    they said that, but that was never my intent.  There was      17:09:46

 6    some miscommunication that was -- was worked out.

 7            MS. JENKINS:  All right.  I have nothing

 8    further.  So James, do you have anything?

 9            MR. LEE:  Yeah, just real quick.  I can just

10    roll right into it.                                            17:10:10

11

12                          EXAMINATION

13    BY MR. LEE:

14        Q.  Mr. Brown, I represent the plaintiffs in this

15    case, okay?                                                    17:10:17

16        A.  (Nods head.)

17        Q.  In fact, I represent you.

18        A.  (Nods head.)  I'm aware of that.

19        Q.  Great.

20            So you were asked about how you got in touch           17:10:28

21    with Mr. Mao in connection with this case.

22            Do you remember those questions being asked of

23    you from Google's lawyer?

24        A.  Yes.

25        Q.  Okay.  And did you -- had you ever met Mr. Mao         17:10:39
```

Page 195

1    before being engaged in this case?

2        A.  No, I hadn't.

3            MS. JENKINS:  Objection.  Vague.

4        Q.  BY MR. LEE:  Had you ever spoken with Mr. Mao

5    before being engaged in this case?                    17:10:54

6            MS. JENKINS:  Objection.  Vague as to which

7    Mr. Mao.

8            MR. LEE:  I'm sorry, you're right.  So let me

9    start back.  I forgot there's two Maos.

10       Q.  Did you know Mark Mao before being engaged in    17:11:07

11   this case?

12       A.  No, I did not know Mark.

13       Q.  And had you ever spoken to Mark Mao before being

14   engaged in this case?

15       A.  No, not at all.                                 17:11:22

16       Q.  Now you were just asked right now of whether you

17   knew -- whether you knew that your lawyers had

18   represented to Google that you may be withdrawing from

19   the case.

20           Do you remember that question?                  17:11:39

21       A.  Yes.

22       Q.  Was the dispute that got worked out, did that

23   have anything to do with your relationship with Mark Mao

24   or Jeff Mao?

25       A.  No, not at all.                                 17:11:49

                                                        Page 196

1          Q.   Okay.   You were asked some questions about

2     whether you believe there is a contract between you and

3     Google.

4               Do you remember those questions?

5          A.   Yes.                                      17:12:01

6          Q.   Can you describe for us in your words what

7     Google's promise was to you in that agreement as it

8     relates to Incognito mode?

9               MS. JENKINS:   Objection.   Assumes facts.

10               MR. LEE:   You can answer.                17:12:20

11               THE WITNESS:   So in that contract, at Google's,

12     you know, promise to me is that they would put me in

13     control and that I would give them consent as to when

14     they can collect my data and when they cannot collect my

15     data.                                               17:12:40

16               So that was the deal as -- as pertains to

17     Incognito mode.

18               MR. LEE:   Okay.   And maybe Tracy can help me

19     here because I switched computers.   Tracy, do you mind

20     getting Exhibit 7 on the share screen?              17:13:02

21               MS. GAO:   Okay.   I will try.

22               MR. LEE:   Thank you so much.

23               MS. GAO:   It actually says host is able --

24     parties can screen sharing.

25               THE VIDEOGRAPHER:   I'm on it.            17:13:27

                                              Page 197

```
 1            MR. LEE:  Thank you.

 2            THE VIDEOGRAPHER:  There you go.  It's been --

 3    it's been enabled.

 4       Q.  BY MR. LEE:  All right.  This has been

 5    previously marked Exhibit 7.                           17:13:47

 6            Mr. Brown, do you remember Google's lawyer

 7    asking you some questions about this document?

 8       A.  Yes.

 9       Q.  Okay.  I just want to go over a couple things

10    real fast.                                              17:14:01

11            Do you see in that first sentence it states:

12    "Learn how to control the information that's collected,

13    stored, and shared when you use the Google com browser on

14    your computer or mobile device."

15            Do you see that?                                17:14:16

16       A.  Yes.

17       Q.  Okay.  And do you also see that the -- the last

18    phrase of that same paragraph says that the -- the use of

19    your personal information will be protected in accordance

20    with the Google privacy policy?                         17:14:36

21            MS. JENKINS:  Objection.  Leading and narrative.

22       Q.  BY MR. LEE:  Do you see that?

23       A.  I do see it.

24       Q.  Okay.  And can you tell us for the 50th time

25    today what is in the Google privacy policy with respect  17:14:50
```

Page 198

```
 1    to the collection of your data in Incognito mode?

 2         A.  On -- on the first page in the -- within the

 3    first paragraph, they say it puts you in control.  It

 4    says you can use our services in a variety of ways to

 5    manage your privacy.                              17:15:16

 6              And then it also says you can also choose to

 7    browse the web privately using Chrome in Incognito mode.

 8              MR. LEE:  Okay.  Tracy, could you go to page 8

 9    of this document, please.

10              I think that's -- it's actually I think the page   17:15:41

11    before.  I'm sorry.  It's 8 of 14 on the bottom there.

12    Okay.

13         Q.  Do you see that under Incognito mode and guest

14    mode, it says:  "You can limit the information Chrome

15    stores on your system by using Incognito mode"?       17:16:02

16         A.  Yes.

17         Q.  And the following sentence says:  "Chrome won't

18    store certain information such as your browsing history"?

19         A.  Yes.

20         Q.  "Caching page text, or IP addresses of pages     17:16:14

21    linked from the websites you visit."

22              Do you see that?

23         A.  Yes, I do.

24              MS. JENKINS:  Objection.  Leading and narrative.

25              MR. LEE:  I'm just asking if he sees it.        17:16:25
```

                                                    Page 199

1      Q.   Okay.  Now we looked at three different

2   statements in Exhibit 7 in this document about the Chrome

3   privacy notice; right?

4      A.   Correct.

5      Q.   Okay.  If you take those three statements          17:16:40

6   together, what does this communicate with respect to

7   whether Google collects or doesn't collect user

8   information in Incognito mode?

9          MS. JENKINS:  Objection.  Vague.

10         THE WITNESS:  It clearly shows that they don't      17:16:57

11  collect in Incognito mode.

12     Q.   BY MR. LEE:  And now that we've initiated this

13  lawsuit, do you think that those statements are correct?

14     A.   Unfortunately, no.  Unfortunately, that's --

15  which has, you know, come more to light that Incognito     17:17:22

16  mode, that it's not as advertised, not as in their

17  privacy policy, not as per the agreement that we have.

18         And it really -- it really is unfortunate

19  because I am a Google user.  I am a Google fan, and I

20  think that the -- I can't use the service.                 17:17:48

21         And the fact that it does this is wrong on so

22  many levels.  So I don't think that -- I think that it --

23  I've been duped, sad to say.  But people can correct

24  their mistakes.

25     Q.   Now you were asked how you were harmed as a        17:18:12

                                                    Page 200

1    result of Google's conduct.

2        Do you recall those questions asked to you by

3    Google's lawyer?

4        A.  Yes.

5        Q.  In addition to your testimony today, to describe    17:18:23

6    the ways you were harmed, would you also refer to the

7    Complaint and the Interrogatory Responses and documents

8    uncovered throughout this case?

9        MS. JENKINS:  Objection.  Vague.

10       THE WITNESS:  Yes.  I thought they were already    17:18:43

11   included, but yes, I would.

12       Q.  BY MR. LEE:  You testified earlier today that

13   you have a Gmail account called ██████████; is that

14   right?

15       A.  That's correct.    17:19:00

16       MR. LEE:  I could not agree more, sir.  Thank

17   you for your time.  I have no further questions.

18       MS. JENKINS:  I'm sorry, my lights went off.  I

19   think I might have one more question, but...

20    17:19:13

21                    FURTHER EXAMINATION

22   BY MS. JENKINS:

23       Q.  Mr. Lee just asked if your understanding with

24   respect to whether Incognito collects your information

25   has changed, and I believe that you responded that it    17:19:26

Page 201

1    has; is that correct?

2        A.   Correct.

3        Q.   And on what basis has your understanding of the

4    way that Incognito works changed?

5            MR. LEE:  And now I'm going to ask you to not          17:19:44

6    answer that question because it's based on

7    attorney-client privilege.

8            MS. JENKINS:  James, you're the one who brought

9    this up; right?  You're the one who asked the question.

10           MR. LEE:  I asked has it changed.  You're asking       17:19:58

11   for the bases.  Those are two different things.

12       Q.   BY MS. JENKINS:  All right.  Mr. Brown, will you

13   adhere to your counsel's instruction?

14       A.   Yes.

15           MS. JENKINS:  All right.  Then I have no further       17:20:10

16   questions.

17           MR. LEE:  Thanks, everyone.  We'll take the

18   rough.  We'll take the rough copy, please.

19           THE REPORTER:  Fine.  Thank you.  Can we go off

20   the record?                                                    17:20:25

21           THE VIDEOGRAPHER:  We are off the record.  The

22   time is 5:20 p.m. on January 13th, 2022.

23           This concludes today's testimony given by

24   Chasom Brown.  The total number of media units used was

25   eight and will be retained by Veritext Legal Solutions.        17:20:38

Veritext Legal Solutions
866 299-5127

1          (Time noted: 5:20 p.m. Pacific Standard Time.)

2                        --oOo--

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 203

1            I declare under the penalty of perjury under the

2    laws of the State of California that the foregoing is

3    true and correct.

4            Executed on _____, 2022, at

5    _____, _____.

6

7

8

9

10

11            _____

12                     SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 204

```
 1   STATE OF CALIFORNIA     ) ss:

 2   COUNTY OF MARIN         )

 3

 4        I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

 5   hereby certify:

 6        That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9        That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 17th day of January, 2022.

22

23

24

25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 205

```
 1    JAMES LEE, ESQ.

 2    jlee@bsfllp.com

 3                                    January 17, 2022

 4    RE: BROWN VS. GOOGLE LLC

 5    JANUARY 13, 2022, CHASOM BROWN, JOB NO. 5028094

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 206

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript – The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested – Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  207

```
1    RE: BROWN VS. GOOGLE LLC

2    CHASOM BROWN, JOB NO. 5028094

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                            Date

25
```

Page 208

**[& - 510]**

| **&** |
|---|
| **&** 3:17 4:4 6:12,14 10:13 98:6,7 100:2 106:15 184:2,5 206:23 207:9 |

| **0** |
|---|
| **00029466** 7:13 174:7 |
| **00229507** 7:16 175:6 |
| **0039498** 7:19 176:5 |
| **03664** 1:9 2:11 9:19 |

| **1** |
|---|
| **1** 1:25 5:18 6:4 7:6 9:14 39:1,6 44:12 45:17 127:14 162:19 163:18 165:11,15 179:5 207:1 |
| **1-6** 7:2 163:12 |
| **10** 6:20 130:7,10 130:12 133:20 137:17 165:2 177:2,5 178:18 |
| **100** 3:6 6:11 21:8 |
| **106** 6:13 |
| **10:19** 33:18 |
| **10:39** 33:21 |
| **10th** 100:9 |
| **11** 5:9 6:22 141:18 141:23,24 165:3 |
| **113** 6:15 |
| **119** 6:17 |
| **11:29** 63:8 |
| **11:46** 63:11 |
| **11:59** 72:17 |

**12** 7:1 163:10,11 163:15 165:3
**126** 6:18
**12:06** 72:21
**12:41** 93:22
**13** 1:18 2:20 5:4 7:3 9:1 19:21,21 83:21 165:4,12,13 206:5
**130** 6:20
**13th** 9:8 202:22
**14** 7:7 170:21,25 171:2,5 199:11
**141** 6:22
**1410** 11:14
**15** 7:11 171:1 174:6,10 175:4
**155** 5:18
**16** 7:14 8:5 175:5 175:8 182:8,11,22
**163** 7:1
**165** 7:3
**17** 7:17 176:3,4 206:3
**170** 7:7
**174** 7:11
**175** 7:14
**176** 7:17,20
**17th** 205:21
**18** 7:20 40:6 44:12 176:21 182:14
**182** 8:1
**187** 8:6
**19** 8:1 182:9,16
**195** 5:10
**1:29** 93:25
**1st** 100:9 176:19

| **2** |
|---|
| **2** 6:5 7:10 45:12 45:13 46:3,8 50:8 50:9,10 56:19 |

**57:1** 111:5,9
164:3 170:23
171:11,12,21
179:17
**20** 8:6 154:21
187:18,23
**2007** 26:7
**201** 3:19 5:9
**2011** 174:16
175:15
**2012** 99:6 100:9
106:6
**2013** 100:9
**2015** 172:6
**2016** 6:16 114:1,5
114:6 172:7
**2018** 106:13
176:15
**2019** 106:14
**202** 5:19
**2020** 23:13 162:19
**2021** 176:19
**2022** 1:18 2:20 5:4 9:1,8 202:22 204:4 205:21 206:3,5
**2025.520** 206:9,12
**208** 1:25
**20th** 162:19 175:15 182:7
**21** 6:16 114:1
**21st** 106:14 114:5
**223-5505** 3:21
**24th** 176:15
**25th** 174:16
**268** 97:22,25
**28** 106:13
**2800** 3:6
**293-6800** 3:14
**29th** 114:6

**2:30** 129:25
**2:40** 130:3

| **3** |
|---|
| **3** 5:19 6:8 56:20 56:22 141:17 142:6,9,9,10,16 |
| **30** 93:15 207:1 |
| **305** 3:8 |
| **33131** 3:7 |
| **33602** 3:20 |
| **3462** 1:24 2:22 205:4,25 |
| **39** 6:4 |
| **3:37** 163:4 |
| **3:56** 163:7 |

| **4** |
|---|
| **4** 6:10 7:6 40:6,6 97:7,9 142:7 165:11,15 166:11 166:12,20,23,25 167:3,15 180:22 |
| **40** 93:17,18 |
| **415** 3:14 |
| **41st** 3:12 |
| **43** 73:24 |
| **44** 3:12 |
| **45** 6:5 |
| **489** 7:13 174:7 |
| **4:41** 186:5 |
| **4:55** 186:8 |

| **5** |
|---|
| **5** 6:11 7:6 100:1,2 100:7 165:11,15 |
| **50** 184:8,10,18,22 |
| **500** 7:19 176:5 |
| **5028094** 1:25 206:5 208:2 |
| **50th** 198:24 |
| **510** 7:16 175:6 |

Page 1

[539-8400 - admit]

**539-8400** 3:8
**5411** 205:24
**55** 126:21
**555** 4:7
**56** 5:17 6:8
**57** 162:23
**5:20** 1:9 2:11,19
　9:19 97:16 202:22
　203:1
**5th** 4:7

**6**

**6** 6:13 106:15
　107:14 162:19
　163:18 188:6
**650** 4:9
**69** 97:22
**6th** 170:19

**7**

**7** 5:17 6:15 113:25
　114:4 189:15
　197:20 198:5
　200:2
**7th** 3:19

**8**

**8** 6:17 115:20
　119:13,18,19
　164:4 178:17,18
　199:8,11
**800** 11:14
**801-5040** 4:9
**813** 3:21

**9**

**9** 6:18 44:12,14
　126:16 127:4
　165:2 178:18
**90802** 11:15
**91401** 3:13
**94065** 4:8

**97** 6:10
**99.9** 61:25 62:21
**9:52** 2:18 9:2,7

**a**

**a.m.** 2:18 9:2,7
　33:18,21 63:8,11
　72:17
**abide** 95:5 116:18
　117:7
**ability** 57:12
　151:19,22 205:15
**able** 19:2 57:21
　83:25 100:14
　102:8 106:2
　123:13 141:4
　151:24,25 197:23
**absolutely** 186:18
**accept** 28:4 56:13
　56:15 94:13
　185:20 186:12,14
　186:16,24,25
**accepting** 27:11
　28:13
**access** 83:25
　173:10,13,16,21
　173:23,24
**accessed** 43:7,10
　43:12
**accessible** 111:4
**accidentally** 27:22
**account** 19:17,18
　20:12 51:8,9
　53:15 55:20,25
　94:19,22,22,23
　95:11,11 99:4
　107:4 111:14,18
　131:1,13,17 132:5
　133:9,12,14,22,23
　134:6,18,20,22
　135:15,16 137:10
　138:18,20,22,24

**139**:1,2,14 146:6
　147:9 149:14
　150:22 170:3,13
　172:2,11,15
　173:19,21 174:15
　174:25 175:14
　176:11 201:13
**accounts** 24:19
　40:21 42:4,8
　139:8 159:23,24
　160:1 170:8
　171:17,20 172:12
　173:11,14,23,25
**accurate** 27:9
　33:10 83:20
　142:17,18 165:22
　166:5 171:14,16
　177:10,12 182:25
　205:13
**acquired** 83:23
**acted** 121:11
**action** 10:2 23:25
　24:21 34:2,4
　205:17,18
**activity** 51:9,14,15
　52:8 56:5 72:23
　72:24 91:19
　112:10 120:23,24
　121:3,5,7,15,18
　123:1 124:11,23
　126:1 127:15,21
　127:23,23 128:4
　128:11 131:1,14
　131:17 132:15,25
　133:9 134:12
　138:20 139:1
　165:4 181:18
**ad** 32:8,10,16
　50:15,16,18,20,22
　51:2,4 82:15
　84:11,13 129:12

**162**:8,8,9,11,15
**adblock** 82:18
　83:2
**add** 6:9 47:20
　52:23 53:1,5
　56:23 57:12,15,18
　57:19,21,23 58:2
**added** 19:1
**adding** 154:9
**addition** 16:25
　153:23 156:17
　201:5
**additional** 17:10
　98:3 156:1
**address** 11:12,14
　34:10 40:12,13
　48:14 170:2,3,6,7
　170:13 172:8,18
　172:25 173:7
　175:1,12 179:18
　179:20,24 180:2
**addresses** 112:9
　116:2 171:19,19
　171:24 173:5
　180:14 199:20
**adds** 145:9
**adhere** 202:13
**adjust** 108:12
　119:22,23
**administer** 10:18
**administered**
　205:8
**administration**
　20:4
**admission** 8:10
　187:20 188:2,5,8
　189:15
**admissions** 187:17
**admit** 188:11,24
　189:3,13,17

[ads - app]

**ads** 20:12,18,21
  28:8 32:17,19,21
  50:16,19 74:6
  127:25 128:20,21
  128:23,25 129:1,5
  149:10 157:24
  162:5,6,7,7
**adsense** 48:10
  74:5,10 75:1,12
**advertise** 74:16
**advertised** 200:16
**advertisement**
  32:2 160:25
**advertisements**
  21:18 31:17,24
  71:23 149:15
  150:23 157:4
**advertisers** 50:21
  73:22 74:1
**advertising** 21:18
  31:8,15 32:12
  40:14 48:10,16,18
  74:13 75:4,16
  76:15 147:4,10
  149:21 151:6
  157:7,14,16,19,22
  158:2,5,9
**advise** 191:13
**advisor** 81:1
**affiliate** 44:23
**affiliated** 129:6
**affiliations** 10:5
**afforded** 168:12
**ago** 19:12 24:6
  25:18 99:10
  111:15 193:5
**agree** 9:13 45:24
  94:20 96:6 98:11
  99:14 102:3 103:1
  103:19 107:7
  118:7,20 132:13

134:11 147:2,7
  161:24 178:13,13
  184:24 201:16
**agreed** 107:11
  167:10
**agreement** 66:9
  94:11,24 95:3,15
  96:13 98:17,18
  136:4,5,6,18
  140:12 197:7
  200:17
**agrees** 21:3
**ah** 148:24
**ahead** 61:14 67:22
  79:8,13 87:11
  88:23 109:6,7
  116:20,21 135:6,7
  145:12 153:15
  159:6 166:15
  177:4
**al** 9:16
**alert** 84:15,19,22
  84:24 85:4
**allegations** 24:17
**alleged** 96:20
**allow** 12:5 13:19
  27:15,19 123:25
**allowed** 78:19
**allows** 51:9 53:13
  160:25
**alludes** 101:14
  106:9 117:15
  118:10,13,25
**allured** 87:20
**aloud** 40:9 44:19
  48:8 50:14 57:4
  101:25 111:25
  115:21 130:19
  188:7 189:15
**alternative** 149:13
  150:20

**amazement** 67:5
**amend** 25:17
**amended** 6:10 7:4
  7:8,21 8:7 14:10
  14:12 96:20 97:6
  97:7 156:13
  165:10,14 166:11
  166:25 167:2,15
  170:19,22 171:20
  176:19,21 187:15
  187:18
**amount** 155:21
**anal** 37:13
**analysis** 186:15
**analytics** 6:8
  44:17,20,25 45:2
  46:21 47:15,17,19
  47:20,21 48:10,11
  52:20,22,23,24
  53:1,4 56:22
  57:11,13,14,16,18
  58:4,14
**analyze** 37:15
  77:11
**andrew** 167:10
  175:20
**android** 89:10,12
  89:13 124:14
**angeles** 1:17 2:18
  9:1,22
**anonymous** 42:15
  69:24 70:4 71:2
  146:3,4 147:8,22
  147:23
**answer** 5:15 12:5
  12:5,11,14,17,23
  15:18,19 16:16
  17:8 20:6 27:23
  30:3 34:20 35:14
  36:22 39:14 41:4
  43:23,23,25 49:23

52:3 56:12 58:7
  59:20 61:14 67:18
  79:6,9 87:13,14
  89:18 95:25 98:15
  103:16 105:19
  106:19 109:22
  117:8 118:18
  151:15 152:11
  155:3 157:13
  159:6 164:16
  167:4 169:17
  177:13 178:1,2
  185:16 191:1,7,11
  191:13,16,19
  192:1 194:14,19
  197:10 202:6
**answered** 43:15
  43:21 48:22 59:19
  65:25 67:16 68:6
  68:21 71:8 88:18
  90:7 95:24 103:17
  106:23 112:24
  117:12 125:8
  132:7,16 145:20
  148:9 170:14
  177:16 182:4
  193:18
**answering** 21:11
  67:6 155:5 190:22
**anti** 162:7,15,15
**anybody** 33:8 35:4
  35:15 131:25
  145:10,10 146:15
  147:25 162:8
**anyway** 169:24
**apart** 91:6 131:22
  132:23
**apologies** 169:25
**apologize** 31:13
**app** 13:20 48:18
  169:1 170:9

Veritext Legal Solutions
866 299-5127

[apparently - beginning]

apparently 24:18
55:7,12,21 82:25
124:15
appear 26:1
142:17 177:10
appearance 10:7
appearances 3:1
4:1 10:5
appearing 206:18
207:7
appears 40:3
142:18 174:15
176:10
apple 89:12,13,14
application 112:6
applications 13:7
applies 96:15,18
appropriate 104:4
158:15
approximately
26:6 99:6 120:8
172:6
apps 6:6 13:18
38:16 45:14 47:17
47:18 48:1,3,16
50:13,18 51:12
52:20,21 112:8
168:16 169:12,13
169:19,21,23
april 99:6 174:16
arching 18:2 83:5
148:17
archive 6:16 114:1
area 74:17 128:6
147:25 148:3
argument 134:21
articles 86:17
aside 103:20 105:4
105:9,14
asked 12:22 16:2
43:15,21 48:22

59:19 63:13 65:25
67:16 68:6,21
71:8,11 79:1
88:18 95:24
101:22 104:15,22
106:23 117:12
125:8 132:7,16
136:4 145:20
148:9 163:25
164:9 169:15
170:14 177:16
182:4 186:10
190:23 193:18
194:24 195:20,22
196:16 197:1
200:25 201:2,23
202:9,10
asking 12:4 16:4
17:3,6,7 35:12
42:6 47:10 49:2
50:23,25 78:22
85:11 100:20
101:4 102:15
103:21 104:11,13
104:13 105:10,11
111:20 121:24
131:24 135:25
153:14 155:11
170:16 171:3
198:7 199:25
202:10
asks 15:15 163:22
179:15
associated 40:20
124:25 133:4
170:5 171:20
172:15 188:22
assortment 73:20
assume 12:17
15:15 81:18 88:4
91:15 101:15

116:17 117:6
153:13
assumes 151:11
197:9
assuming 32:10
90:2
attempt 12:2
attempted 50:22
51:1,17 177:15,17
attention 36:11,13
36:15,24 37:2
attorney 10:8
11:24 15:14 155:4
202:7
attorneys 15:20
30:5 164:14
audible 10:25
audio 9:12
august 114:6
automatically
40:8,11 48:12
available 169:21
169:23
average 26:18
avoid 27:13
aware 25:2 52:25
67:11 75:25 76:6
76:8 81:6,9 82:13
82:15 96:23
105:23,24 137:10
137:15 140:22,25
141:1,4 143:4,22
151:21 153:16
157:15,17,17
159:16 166:4,7,9
169:24 195:18

**b**

b 207:1
back 33:20 43:13
45:17 50:5 56:18
56:25 60:2 63:10

69:11 71:6 72:20
81:5 85:7,8 93:17
93:24 94:2 111:21
116:15 129:22
130:2 148:6
149:25 150:2,3,5
163:6 174:5
178:16 186:3,7
196:9
background 65:18
78:20
bad 152:22
band 18:20,21
19:1 172:10
bar 65:17,21
148:24 158:25
basecamp 13:13
based 41:18 56:11
121:2 127:18
128:4 130:21
149:16 150:24
159:20 191:12,14
202:6
bases 202:11
basic 90:24 116:1
154:15 155:17
basically 13:13
19:18 60:12 74:14
80:2 81:4 110:5
basics 153:17
basis 44:22 188:17
189:22 202:3
beach 11:15 20:1,2
bear 107:15
110:23 111:9
becoming 30:19
114:9,14 141:2
144:8
began 89:24
beginning 2:18
10:7 120:13

[behalf - browsing]

| | | | |
|---|---|---|---|
| **behalf** 1:7 2:8,17 | **big** 69:17 | **brian** 173:22 | 110:8 112:13 |
| **behavior** 92:21,24 | **biggest** 156:18,19 | 174:1,2 | 123:25 130:5,7 |
| 146:22 184:9 | **bit** 19:8 30:14 | **brief** 25:19 | 131:11 133:21 |
| **belief** 67:2 149:17 | 35:22 54:18,25 | **broad** 144:22 | 134:2,6 135:13 |
| 151:1 155:1 | 78:20 93:6 118:11 | **broke** 186:10 | 138:8 143:8 |
| **believe** 15:13 | 118:13 134:9 | **brother** 89:22 | 168:10 199:7 |
| 21:16 22:7,9,11 | 146:2 161:10 | 173:22 | **browser** 6:9 31:10 |
| 24:11 25:6 36:5,7 | **black** 70:12 | **brought** 167:21 | 40:15 47:19,20 |
| 38:23 39:20 48:19 | 148:24 | 202:8 | 48:12,15 52:12,22 |
| 51:3,16,19 59:21 | **block** 50:20 81:6,8 | **brown** 1:5,15 2:6 | 52:23 53:1,5,15,15 |
| 61:23 62:11 64:5 | 81:11 83:6 148:15 | 2:16 5:7 6:2 7:13 | 56:22 57:11,14,18 |
| 66:24,25 71:17 | **blocked** 162:5,6 | 7:16,19 9:15,16 | 57:22,23 58:1 |
| 73:15,17 74:22 | **blocker** 84:11,13 | 10:20 11:9,13 | 62:4 63:19 81:7,8 |
| 82:5,21 84:14 | **blocking** 81:17 | 13:15 15:13,14 | 86:22,24 87:6,7,9 |
| 86:8,10 90:21 | 82:15 | 20:6 21:2 22:22 | 87:16 88:8 89:2,2 |
| 91:23 94:8,10,11 | **blog** 86:17 | 30:2 33:22 46:8 | 89:3,7 92:6 95:17 |
| 94:14,19 96:13,15 | **boies** 3:4 10:12 | 48:25 63:12 67:25 | 95:23 112:4 131:2 |
| 96:17 98:17 99:16 | **bold** 44:16 | 72:22 87:12 94:2 | 190:14 191:5 |
| 106:2 107:18 | **bolded** 117:23 | 102:22 103:3 | 192:5,9 198:13 |
| 110:18 112:24 | **bookmarks** 53:18 | 106:18 113:11 | **browser's** 63:22 |
| 113:1 114:17 | **bother** 27:25 | 114:4 119:22 | **browsers** 61:10,24 |
| 123:13 124:8,20 | **bottle** 64:21 66:6 | 127:3,5 130:12 | 62:2 88:17,22 |
| 132:21 134:3 | **bottles** 64:21 | 141:22 142:11,20 | 89:4 112:8 142:21 |
| 139:19 140:24 | **bottom** 40:7,7 | 144:19 163:8 | 142:24 |
| 143:2 144:2,8 | 85:1 138:16 | 164:12 166:20 | **browsing** 6:18 |
| 153:5 156:12 | 199:11 | 167:6,13 171:3 | 20:22 26:12 31:9 |
| 157:2,4 159:25 | **boulevard** 11:14 | 174:7,10 175:6,9 | 32:9,15,25 34:9 |
| 163:9 167:21 | **brave** 142:21,23 | 176:5,7 186:10 | 35:7 49:8,12 55:9 |
| 169:2 170:16 | 142:25 143:1,22 | 187:22 194:14 | 55:9 61:3,4,10,17 |
| 171:2 179:8,10,12 | 144:8 | 195:14 198:6 | 61:18,21 62:7,13 |
| 180:6 181:17 | **breach** 97:25 | 202:12,24 206:4,5 | 63:13,18,21,22,23 |
| 190:3,15 192:7 | 156:14 158:21 | 208:1,2 | 69:10 71:14 72:23 |
| 193:2 197:2 | **breached** 156:6 | **brown's** 6:22 7:3,7 | 72:24 82:8,10 |
| 201:25 | **break** 12:20,21,23 | 7:20 8:1,6 103:16 | 83:7,8 84:4,9,17 |
| **benign** 28:5,11,12 | 12:24 13:1 33:14 | 141:18 165:13 | 84:21 85:6 90:14 |
| 28:16,18 | 63:4,13 72:4 93:4 | 170:21 176:21 | 91:2,4 99:19 |
| **best** 12:8 52:3 | 126:20 127:2 | 182:9 187:18 | 100:16 101:12 |
| 205:14 | 129:21 145:15 | **browse** 6:20 51:12 | 102:9 103:7 105:8 |
| **better** 31:15 34:11 | 162:22,25 163:1 | 53:14 62:12 63:22 | 106:4,6,7 107:19 |
| 87:24 158:6 | **breaks** 12:21,24 | 84:16,20 86:14 | 110:20 112:18 |
| | | 98:6,7 108:10,17 | 113:3 114:18 |

Veritext Legal Solutions
866 299-5127

[browsing - chasomrocks]

115:14,17,18
116:1,9,13 118:9
118:22 120:20
122:20 125:24,25
126:16 127:23
128:5,10 131:2,12
131:15,16,18,22
132:3,6,14,15,18
132:24,25 133:9
133:14,15,21,24
134:2,4,17 135:3
135:20 137:20
138:9,15,19 139:1
139:4,25 140:5,13
142:22 143:1,5
145:5,19,21 149:6
150:12 154:8
158:9 179:14,16
180:3,6 181:2,6,10
181:15,22 186:22
189:18,25 192:11
199:18
**bsfllp.com** 3:9,15
206:2
**buddy** 74:12,24
**bulk** 76:19
**bullet** 47:16 50:14
51:7 52:18,19
53:8,8,11 108:6
128:18
**bullets** 50:14
113:13 120:18
**bullshit** 38:2
**bunch** 55:7 77:20
**business** 18:7,8,9
18:9 20:4 21:23
22:1 33:7 74:5,10
89:20,21 172:19
175:19,23 193:3,3
193:5,6,7,8,10,11
193:12

**businesses** 74:19
**busy** 177:21
**button** 28:10 59:6
70:21,23 158:19
**buy** 145:1
**byatt** 1:5 2:6

**c**

**c** 3:11
**ca** 206:9,12,20
**cached** 116:2
**caching** 199:20
**cal** 20:1
**calculation** 155:25
**calendar** 161:17
161:18,19
**california** 1:2,17
2:2,18 3:13 4:8
9:1,18,22 11:15
26:5 204:2 205:1
**call** 69:7
**called** 18:3 55:24
62:5,6 77:24,25,25
82:17 193:6
201:13
**calling** 136:12
**calls** 49:10 58:5
65:25 67:16 68:6
68:22 94:17 95:1
95:19 96:11 98:13
126:3 146:10
156:10 193:24
**cannabis** 18:8,18
73:23 77:18,19,22
78:7,8,9,10,25
79:7,14,17,19,19
79:24 80:2 193:12
**car** 108:22,23
**care** 41:18,21,24
42:22 43:2,4,4
69:17,18,18,20,21
146:16,17,24,25

148:20
**cares** 70:9
**carrier** 40:14
112:6
**cartridge** 80:13
**case** 9:18 10:14
13:24 14:1 17:17
20:5 22:12,15
23:2,5,7,11,16,22
24:7,8,10,12,14,17
24:22,24 25:7,13
25:18 26:2 66:13
91:17 92:5,10
96:4 97:16 129:12
134:7 154:23
166:8 194:3,8
195:15,21 196:1,5
196:11,14,19
201:8
**cases** 55:8 96:3
162:2
**castillo** 1:6 2:7
**catch** 37:8
**categorize** 172:22
**category** 178:22
181:10
**caught** 22:23
**cause** 62:16 64:6
70:1 71:7,12 73:1
73:5
**caused** 113:1
**causes** 71:9
**caution** 164:14
190:20 194:21
**ccp** 206:9,12
**cell** 154:20 155:22
156:3 193:5
**cellular** 9:11
**certain** 37:8 40:10
48:12 49:7 55:15
59:4,5 64:10

73:24,25 74:16
115:25 117:4
128:15 137:3
163:23 182:24
199:18
**certainly** 21:6
79:11 110:12
184:18
**certified** 2:21
**certify** 205:5,16
**chair** 70:14
**chance** 46:10
**change** 19:3 27:3
50:22 51:2 92:21
92:24 93:1 131:13
208:4,7,10,13,16
208:19
**changed** 19:17
51:3 54:6 201:25
202:4,10
**channel** 173:3,3
**characterization**
189:4
**charge** 153:22
**chasom** 1:5,15 2:6
2:16 5:7 6:2,22
7:3,7,20 8:1,6
9:15,16 11:13
17:9 18:5,22
72:10 93:7 141:18
165:13 170:21
172:21,22 174:21
176:21 182:9,19
187:18 190:17
202:24 206:5
208:2
███████.com.
18:20
████████
146:25 172:2,21
173:9 174:4

Page 6

[chasomrocks - color]

201:13
**cheat** 85:23,24
**cheated** 85:25
**check** 77:7
**checks** 78:4
**chemistry** 80:7
**chicken** 35:11,21
**choice** 55:5
**choose** 41:5 53:16
69:15 79:12 86:14
108:10 199:6
**choosing** 105:17
**christina** 25:6
**christopher** 1:5
2:6
**chrome** 6:15,19
14:17 20:22 21:13
31:9 51:1 53:13
54:3 57:19 62:1
63:14,19 81:7,8,12
81:21 82:4,6,8,12
82:15,17 83:8
84:12 85:13 86:15
86:22,23,24,25
87:3,6,7,7,17,19
87:24,25 88:8,10
88:12,13 89:7,25
90:24,25 91:2,6
92:6 95:17,23
96:8,9,10 98:3,3,4
108:10 110:8
113:24,25 114:5,9
114:13 115:23,25
117:4,14,21,24
118:2 119:4 120:6
120:16,19 125:24
126:17 127:22
131:2 133:12
157:25 158:23
162:5 165:2,3,4
168:19 186:21

192:7,10 199:7,14
199:17 200:2
**circumstance** 43:3
136:22,22,22,23
**circumstances**
59:5 151:16
178:15
**cited** 66:9
**civil** 206:19,20
**claim** 126:9
**claiming** 24:21
126:12
**claims** 25:18 26:1
**clarified** 104:23
**clarify** 12:16
103:16
**clarifying** 104:20
**clarity** 54:10
**class** 23:24,25
**clean** 80:20 101:7
**clear** 21:9 66:18
81:19,22,24 82:2
102:14,17 103:20
103:20 105:1
108:15 109:11,21
115:5 121:2,14,18
122:14 123:16
125:21 139:10
**cleared** 81:25
**clearly** 38:5 86:11
103:17 178:4
200:10
**cliche** 34:11
**click** 39:10 40:19
45:9 46:16 48:21
49:1,3 60:8 69:19
69:20 74:7 77:10
77:12 89:1 95:14
101:22,23 103:23
146:20 147:19
158:18 164:8

170:6
**clicked** 39:5 49:6
62:17,19 70:21,23
**clicking** 28:9 62:9
101:10
**clicks** 150:14
**client** 155:4 202:7
**close** 81:20 82:3
93:9 118:6
**closed** 53:17
**closer** 91:13
**cluttered** 13:11
**cn** 54:14
**code** 180:20 206:9
206:12,19,20
**coincidence** 31:20
31:21
**collect** 40:8,10,20
41:11 49:25 50:7
51:11 54:4 55:5
64:13,19 65:3
66:22 85:10 91:5
108:13 111:8,10
112:3,7,15 115:13
117:11 118:8,21
122:4 123:10
125:14,15 137:19
140:21 141:9
146:15 148:19,21
148:22,23 191:9
191:22 197:14,14
200:7,11
**collected** 30:15
34:6,15 36:12,20
36:25 42:22,23
50:12 51:25 58:25
59:1 61:5 64:25
65:8 66:8,18 69:1
69:21 73:7 76:2
82:9,10 83:14
118:12 122:13,18

131:16 132:4
134:10 140:4,12
156:20 181:24
188:19 191:17,24
192:6,12,23
198:12
**collecting** 29:17
31:4 32:24 33:11
33:24 34:3 36:17
40:22,24 41:10
43:19 44:4,9
54:24 55:3 61:7
68:14,18 84:25
85:18 86:11 103:7
105:7 106:1 113:2
116:8,12 118:10
122:19 132:1,11
133:7,18 134:23
135:4,17 136:16
139:24 143:9
146:23 158:16
162:16 178:3,14
188:24
**collection** 29:21
29:24 30:1,7,11
45:2 68:18 69:4
76:20 82:8 91:3
180:18 184:9
185:21 186:12
199:1
**collects** 29:16
30:21 54:25 55:7
99:19 100:15
101:11 102:8
106:3 110:19
112:12,16 124:3
140:18 188:12,21
200:7 201:24
**college** 19:24,25
**color** 59:15

Veritext Legal Solutions
866 299-5127

[com - control]

com  198:13
combined  109:18
come  30:10 36:9
  64:21,24 65:3,7,22
  68:13 73:1 92:19
  97:10 99:1 154:19
  170:7 173:4
  200:15
comes  29:20 30:12
  65:19 66:15 67:4
  68:10,25 124:6
  166:1
comfortable
  186:17,18,20
coming  20:20
  29:14 66:7 76:1
  175:10
comma  133:22
communicate
  13:19 193:9 200:6
communications
  15:17,20 16:4
  20:8 30:4 155:4
  164:15 190:21
  191:12
companies  17:22
  17:23 76:4,13,21
  76:22 77:22,23
  78:6,8,9,22,23,25
  79:2,3,5,7,17
  80:22
company  18:2
  41:10 77:16,18,19
  77:21 79:2,15,19
  79:20 193:6
compatible  57:19
competitors  161:9
complain  151:18
complaint  6:10
  14:8,10,12 23:16
  96:20,25 97:3,4,6

97:7,17 135:9
  156:13 172:4
  201:7
complaints  156:13
complete  11:21
  68:1 69:2 109:20
  115:10 122:10
  125:1 165:22
  179:9
completed  19:23
  206:7,17 207:6
completely  85:15
  91:18 122:8
  128:17
completion  207:10
complicated  17:20
compound  151:9
  180:11
computer  13:6,15
  13:25 67:13 68:4
  116:6 184:2,5
  198:14
computers  197:19
conceal  91:18
concealed  132:15
  132:25 133:10
  134:13 135:21
concern  62:16
  63:17 64:3,6 70:1
  70:6 71:7,9,12
  73:2,5
concerned  29:7,15
  29:22,24 85:25
concerns  62:20
concludes  202:23
conclusion  94:17
  95:2,19 96:12
  98:14 116:25
  156:11
conduct  151:17,18
  151:22 152:2

153:4 156:4 157:1
  201:1
confidence  124:2
confused  41:13
  82:25 118:18
confusing  119:1
  189:12
connect  71:6
connected  42:3
  69:25 146:5,7
  147:8 148:6,11
  149:18,20 151:3,5
connection  72:4
  164:23 179:19
  180:7 195:21
connick  77:25
consent  55:6 73:8
  108:16 156:21
  158:10 162:16
  197:13
consider  28:6,12
  28:18 32:5 41:1
  43:13 59:9 60:6
  60:17,18 62:23
  131:15,18 132:3
  132:17 156:6,8
considered  31:16
  194:2,25
consistent  53:20
  98:5 167:3
consists  96:7
construed  98:5
consumer  33:12
  183:14
contact  21:25
  193:21 206:9
contain  205:13
contained  181:5
  181:14
contains  181:17
  181:17

contend  178:23
  181:11
contending  121:10
content  27:24 28:2
  28:3 29:8 48:2,11
  105:21 157:16
  179:14 183:8
contention  181:21
contentious  28:22
contents  28:21
context  58:21,22
  59:3 61:1 63:2
  134:16 142:11
  145:25 146:12
  169:15
continue  9:12
  88:17,22 93:5
  168:5
continued  4:1 92:6
  92:9,12
contract  94:9,10
  94:14,15,25 96:7
  96:22 97:25 98:12
  98:17 135:10
  136:14,15 137:4
  139:18,20,22
  140:8 156:7,8,14
  197:2,11
contradictory
  117:17
control  50:12,16
  51:10 91:24 99:18
  100:15 101:11,18
  102:8 106:3
  107:23,24 108:12
  108:15,19,20,22
  108:25 109:3,13
  109:24 110:6,7,19
  115:7,8,10 122:10
  122:20 125:2
  128:17 131:10

Veritext Legal Solutions
866 299-5127

[control - data]

137:21,22,24,25
138:2 162:17
197:13 198:12
199:3
**controls**  122:8
**controversial**
167:12
**conversation**
193:21
**conversations**
9:10 22:18 75:11
194:16
**cookie**  27:3 40:13
44:22 190:13
191:5
**cookies**  27:9,12,15
27:19,25 28:4,13
29:2,5,11 30:12
48:15,15 53:16,19
81:7,8,12,17,20,22
81:24,25 82:3
117:23,23,24
118:2,4,23 119:5
120:20 181:5,7,9
181:15,20 191:9
191:17,22,25
192:6,12,23
**cool**  50:6 73:12,12
136:25
**copy**  97:13,15,21
202:18
**copyright**  101:24
**correct**  21:14,19
23:3,8 35:5 43:20
44:6 61:19 64:23
83:1 105:20
134:13 139:20
140:3,10 148:7
157:25 171:4,24
171:25 174:17,22
174:23 175:1,2,16

176:13,16 178:24
181:23 182:3
183:14 186:13
190:6,10,11 200:4
200:13,23 201:15
202:1,2 204:3
**corrections**  206:14
206:15 207:3,4
**counsel**  9:15 10:4
11:4 12:12,13
16:5,5 20:9 23:8
23:10 39:2 45:15
56:24 97:8 100:3
104:14 106:16
111:17 114:2
119:14 126:17
130:9 141:21
163:13 165:16
170:24 174:8
175:7 176:6,24
182:12 187:21
190:21 191:12
194:7,17 195:2
205:10,16 206:18
206:21 207:7
**counsel's**  56:14
202:13
**count**  97:24
126:25
**counterintuitive**
169:17
**county**  205:2
**couple**  26:8,8 38:1
90:11 140:24
144:3,5 145:7
169:7 198:9
**course**  16:10
41:25 51:5 67:19
67:19 80:18 124:1
180:2

**court**  1:1 2:1 9:17
9:24 10:17 12:1,9
24:24 26:1,4
149:24 150:1,4
166:24 167:4
**court's**  97:18
**cousin**  193:15,23
193:25
**cousins**  22:11
**crappy**  25:21
**crash**  112:9
**created**  51:10
174:16 175:15,18
175:20,21,23
176:14
**csr**  1:24 205:4,25
**curated**  162:11
**curious**  20:19
51:21 52:3 76:13
80:1
**current**  17:19
24:10 53:20 54:2
54:21,23 55:1
56:7,11 101:3
128:5 193:7
**currently**  24:5
99:23 100:20
101:4 159:23,24
160:1,20 173:13
173:23,24
**custom**  131:13
**customer**  73:23
178:7
**cut**  87:13
**cv**  1:9 2:11 9:19
97:16

---
**d**
---
**d**  5:1
**dabble**  18:10
**daily**  160:5

**damaged**  154:11
**darned**  59:6
**data**  29:21,24,24
29:25 30:7,11,15
30:21 31:3 33:7
33:23 34:3,15,22
36:19 40:23,25
41:1,10,11 42:1,3
42:5,8,9,13 43:10
43:11 44:21 45:2
49:19 51:10,13,25
54:4,24,25 55:3,5
55:7 56:8 57:13
58:3,13,24 59:10
59:11,16,18,18,22
60:6,9,10,11,19
61:4,7 62:12,23
64:10,13 66:18
68:14,18,18 69:4
69:10,21,23 73:7
73:14,19,20 75:18
75:20,22,24 76:10
76:20 77:3,9
78:21 81:20 82:3
82:8,9 83:14
84:16,20,25 85:10
85:18 91:3,5 96:2
96:5 102:2,4,24
103:1 112:17,20
120:20 122:5,19
123:7,8,10,14,17
124:3 125:6,14,14
125:15 128:11
131:16 132:1,4,11
132:18 133:7
135:21 136:8,17
137:20 139:20,21
141:9 143:9,9,11
143:13,13,14,15
143:16,17,17,18
146:3,6,7,14,14,15

[data - disagree]

146:24 147:3,7,18
147:21 148:5,15
148:19 153:24,24
154:1,4,4,5,17
155:18,20,21
156:20 157:21
162:14 177:15,18
177:20,25 178:4
178:12,14,23
180:16,18 181:11
181:17,24 182:2
184:9,10,12,14,16
184:20,22,22,25
185:4,10,11,15,17
185:17,18,21
186:13,17,17,19
186:20,21,23
187:6 188:19,24
194:11 197:14,15
199:1
**data's** 61:5 76:2
143:14
**date** 6:16 100:6,8
106:13 111:20
112:10,10 114:1
206:16 207:5
208:24
**davis** 1:5 2:6
**day** 12:25 80:21
80:21 81:4,4
160:23 205:21
**days** 83:24 90:16
**de** 44:22
**deal** 61:5,6 69:17
76:23 78:3 136:13
158:11,11,22
162:11 178:2,9,10
178:11 197:16
**dear** 152:16
**decide** 108:21

**decided** 37:21
88:13
**deciding** 61:2
**decision** 27:18
28:1 93:8 109:3
**declare** 204:1
**deep** 146:22
**defeats** 85:18
**defendant** 1:11
2:12,17 4:3 24:8,9
**defendant's** 6:24
7:1,5,9,22 8:3,8
141:19,25 163:11
163:17 165:14
170:22 176:22
182:10 187:19
188:2
**defendants** 9:16
**defense** 160:24
**defer** 93:7 117:19
184:21
**define** 91:14
**defined** 68:16
**definitely** 184:22
187:6
**definition** 63:1
179:10,13
**definitions** 68:15
**degrade** 87:23
**degree** 20:3 29:21
71:18 189:13
**delete** 51:13 53:19
55:10,11,15,19
56:1 131:14
**deleted** 51:17 52:5
52:9,15 53:17
**deleting** 55:17,21
**delve** 78:19
**demographic**
44:21

**denial** 188:17
189:22
**denied** 188:15,25
189:20
**depending** 41:21
51:9 58:21
**depends** 28:20
63:1 143:13
144:21
**deposed** 24:14
25:9
**deposit** 118:3
**deposition** 1:15
2:16 6:1 9:15,20
9:21 11:24 15:10
15:13 16:3,19
17:16 24:11 101:2
104:7,12 145:15
185:25 205:6
206:19,22,24
207:8,10
**depth** 75:19
**describe** 20:16
94:24 153:15
178:22 197:6
201:5
**described** 17:14
38:19 46:17
**describes** 46:19
47:13
**description** 6:3
24:16 31:15 129:4
**designed** 57:19
**despite** 92:13
**details** 40:15
**detector** 92:4
**determine** 34:2
135:11
**determined**
206:18,22 207:7

**devalued** 152:4,14
**devaluing** 152:23
**developed** 57:14
**device** 40:16 41:5
112:4 116:6 132:5
146:5 147:9
198:14
**devices** 40:21 89:6
89:16,19 112:8
137:7 191:24
**difference** 65:2
69:22 90:24
**different** 43:6
55:18 72:25 74:7
77:11 79:17 87:22
89:1 93:4 95:14
113:16 125:23,25
135:9 136:11
144:22 148:12
160:1 172:14
173:6 178:5 179:2
180:20 183:2
200:1 202:11
**differentiator** 66:5
**difficult** 12:7
177:22
**dig** 53:24
**digesting** 117:2
**digital** 157:4
**direct** 56:12 155:2
190:25
**directing** 104:16
**direction** 56:14
205:12
**directly** 132:10
155:23
**directs** 103:4
**disable** 82:11
159:4,8
**disagree** 189:4

Page 10

**[disassociate - enchanted]**

disassociate  59:25
disclose  86:2,8
disclosed  125:25
  159:25 188:12
discloses  124:10
  124:22
disclosures  30:20
  30:23
disconnect  136:2
discontinue
  169:13
discuss  104:2
  164:15 193:17
discussed  16:12
  23:6 137:18
  139:17 190:4
  193:14,16
discussing  21:24
  36:11,25 56:21
discussion  72:18
discussions  23:7
  190:24 194:20
display  179:15
dispute  105:1
  131:20 166:21,24
  167:5 196:22
distillate  80:9,16
distinction  66:19
distinguish  41:15
  41:17
district  1:1,2 2:1,2
  9:17,18
divulging  190:20
docket  97:18
document  14:17
  39:15,17 45:22
  47:3,24 48:19
  49:22 57:8 100:18
  101:9 102:7,11,13
  102:16 104:2
  105:11,14,21

110:2,3,10,15,17
110:22 111:1
114:21 115:11
119:23 127:5
130:21 135:12
136:1 142:3,4
162:25 163:17,19
163:20,22 165:17
165:19,21 167:11
171:8 174:15
175:9 176:8 188:3
198:7 199:9 200:2
documents  14:4
  16:7,8 17:1,2,4,10
  17:12,13,14 82:22
  98:11 124:5 135:9
  165:1,5,7 178:5
  201:7
doing  12:8 27:6
  28:7 30:14 32:1
  33:7,10 41:22
  51:22 61:4 76:6
  76:17 77:8 85:3
  103:9 121:3,13
  135:5 144:6
  145:14 153:10
  192:15
dollars  185:7,12
dolphin  4:7
door  33:14
dot  45:10
doubleclick  44:24
doubt  167:11
download  6:9
  56:23 57:17 58:12
  116:5
downloaded  53:4
  58:1 97:17 168:23
  168:25
downloading  46:5

downloads  116:4
drive  4:7
driving  76:3
  108:23
dude  177:22
due  186:10
dumb  82:19
duped  200:23

**e**

e  5:1 18:3,3 206:9
  206:12 207:1
  208:3,3,3
earlier  21:11
  39:20 66:9 74:20
  82:20 136:4
  139:17 171:23
  190:4,10 193:1
  201:12
early  83:20
ease  28:2
easier  97:20
easily  111:4
  143:21
east  11:14
eat  94:5
ecosystem  178:6
edge  57:20
education  19:22
effect  71:17
  155:21 156:2
effective  100:6,8
  106:13 111:20
  114:5
effectiveness  77:7
  77:14
effort  75:5
egg  35:11,21
egnyte  13:9
eight  202:25
either  72:10 78:7
  78:14 86:6

electricity  153:20
electronically  39:2
  45:15 56:24 97:8
  100:4 106:17
  114:2 119:15
  126:18 130:9
  141:21 163:13
  165:16 170:24
  174:8 175:7 176:6
  176:24 182:12
  187:21
elemental  77:25
email  77:9,10,11
  77:17 84:1 95:11
  160:10,12,15
  170:6,7 171:19
  172:8,24 173:5,7
  173:10,14 174:22
  174:25 175:12,18
  175:19
emails  78:21
emanuel  4:4 10:10
  10:11
embedded  100:18
  102:11
embeds  48:11
employed  19:10
employer  120:25
  121:4,6 128:1
enable  81:6,11,19
  103:7 105:8
  168:12
enabled  82:2
  137:11 168:8
  198:3
enabling  99:19
  100:15 101:12
  102:9 106:3
  110:19
enchanted  87:20

Veritext Legal Solutions
866 299-5127

[endeavor - familiar]

| | | | |
|---|---|---|---|
| **endeavor** 77:16 | **et** 9:16 | 100:1,2,7,13,21,22 | **explain** 86:11 |
| **energy** 153:19 | **etrade** 168:19 | 101:19 106:11,15 | 92:23 102:1,23 |
| 154:14,18 155:16 | **eventually** 153:21 | 107:14 113:25 | 148:3 152:13,21 |
| 155:19 156:2 | **everybody** 119:25 | 114:3 119:13,16 | 189:22 |
| **engage** 47:18 | **everybody's** 63:1 | 119:18,19 126:15 | **explained** 85:15 |
| 52:21 | 185:2 | 126:16 127:4,18 | **explanation** 71:2 |
| **engaged** 196:1,5 | **evict** 25:22 | 130:5,7,12 133:20 | **explicitly** 116:16 |
| 196:10,14 | **evidence** 10:22 | 137:17 141:18,23 | **explorer** 87:18,23 |
| **engine** 123:5 | 67:1 151:11 155:1 | 141:24 162:19 | **exponentially** |
| **engines** 67:9 128:3 | 155:14 166:8 | 163:9,10,11,15 | 145:9 |
| 128:3 141:8 | **evident** 123:19 | 165:9,12,13 | **extension** 82:17 |
| 143:23 | **exact** 96:25 120:10 | 170:19,21,25 | 84:12 |
| **enter** 94:15 | 124:7 | 174:4,6,10 175:5,8 | **extensions** 82:15 |
| **entered** 94:8,10,11 | **exactly** 31:11 | 176:3,4,21 182:7,9 | **extent** 12:14 15:19 |
| 120:21 | 32:20 36:3,4 47:9 | 187:18,23 190:12 | 20:7,7 29:3 35:8 |
| **entertainment** | 52:9,15 53:2,25 | 197:20 198:5 | 70:3 79:21 94:17 |
| 74:23 | 74:8 81:16 88:1 | 200:2 | 95:1,18 96:11 |
| **entire** 99:11 | 138:1 143:25 | **exhibits** 6:1 | 98:13 104:3 146:9 |
| **entirety** 99:11 | **examination** 5:6 | 182:14 | 155:11 156:10 |
| 111:1 | 11:7 195:12 | **existing** 118:2,23 | 164:13 190:21,24 |
| **entities** 29:17 | 201:21 205:10 | 119:5 | 191:11 |
| **entitled** 174:12 | **example** 48:9 | **expect** 33:6 34:13 | **extra** 145:17 |
| **entrepreneur** | 60:15 65:5,10 | 34:21,23 64:21,22 | **extract** 80:8,10 |
| 17:21 | 68:24 76:1,5 77:8 | 64:24,24 65:7,8 | **extracting** 80:4 |
| **eppek** 18:3,7,14 | 144:14 145:3,23 | 66:13,16,18 67:7 | **extremely** 145:7 |
| 77:21,23 78:4 | 152:20,22 | 68:10,13 85:4,7,10 | 147:21 |
| ▮▮▮ 172:17 | **exchanges** 74:3 | 85:20,21,21,23 | **eye** 37:8 |
| 173:9 175:12 | **excuse** 11:1 33:13 | 86:13 126:12 | |
| **equivalent** 70:10 | 49:14 67:24 72:3 | **expectation** 33:8 | **f** |
| **errata** 206:14,16 | 104:5,8 178:18 | 91:22 | **fact** 43:7 85:5 |
| 207:3,5 | **execute** 57:22 | **expected** 86:19 | 92:13 101:16 |
| **especially** 50:1,2 | **executed** 204:4 | **experience** 71:15 | 135:4 195:17 |
| 70:21 | **exhibit** 6:4,5,8,10 | 75:8 | 200:21 |
| **esq** 3:5,11,18 4:5,6 | 6:11,13,15,17,18 | **experiments** | **facts** 151:11 197:9 |
| 206:1 | 6:20,22 7:1,3,7,11 | 154:22,25 | **fair** 53:3,6 58:2 |
| **essentially** 20:18 | 7:14,17,20 8:1,6 | **expert** 20:14 21:17 | 59:17 74:4 75:12 |
| 80:15,20 153:19 | 38:22,23,25 39:1,5 | 21:22 23:5 145:22 | 75:15 83:3 136:18 |
| 181:7 184:21 | 44:12 45:12,13,17 | 194:1 | 168:3 169:10,12 |
| **estate** 18:9 79:18 | 46:3,8 50:9 56:17 | **experts** 21:24 | 194:22 |
| **estimate** 128:6 | 56:19,20,22 57:1 | 154:24 184:19,21 | **falling** 174:12 |
| | 97:4,5,7,9 99:25 | | **familiar** 39:19 |
| | | | 83:2 89:5 141:11 |

Page 12

[familiar - further]

142:4,20,23,24,25
158:25 171:9
177:8 178:19
182:23 183:2,6,12
183:22 184:3
**family** 34:12 89:19
**fan** 200:19
**fantastic** 160:12
160:15
**far** 30:11 31:14
78:21 146:22
147:17 177:12
**fargo** 167:22,23
**farther** 188:9
**fast** 72:5 198:10
**fault** 144:7
**favorite** 28:14
**feature** 90:5 159:2
159:5,8
**features** 168:8
**federal** 207:1,8,9
**fee** 142:22
**feedback** 35:20
**feel** 18:24 35:19,21
42:2,10,12 54:17
67:5 70:6 120:12
130:16 132:9
**feeling** 28:24
**feels** 55:13
**fetish** 187:9
**field** 20:14 193:10
**fifth** 8:4 182:10
**fight** 105:2
**figure** 19:6 70:15
83:12 157:8,11
**figured** 35:19,19
**file** 116:4
**filed** 9:17 24:24
**files** 53:14,15
116:5

**filing** 23:15
**financial** 172:20
**financially** 10:3
**find** 25:2 32:1,18
61:16 77:9,14
102:15,17 120:2
183:8 188:9
**fine** 21:6 27:25
28:9 33:16 45:25
46:15 54:13 57:9
87:14 105:18
114:22 127:2
131:8 150:2 155:6
163:2 202:19
**fingerprint** 180:16
180:18,18
**finish** 61:14 87:11
93:9
**fired** 24:6
**firefox** 57:20
**firm** 9:23,25
**first** 6:24 7:1
14:11 15:13 18:6
18:22 22:12,15
25:5 38:22,25
45:9 46:17 47:25
48:1,6 50:14
56:20 57:5 70:17
89:25 90:1,2,3
98:23 99:4 101:17
107:21,22 108:5,8
108:18 109:15,18
109:20 110:13
111:3,13,15
112:21 113:12,18
114:24,25 115:4,7
117:15 119:2
120:8,13 128:18
131:5,7 137:21,24
138:4 141:19,25
143:22 145:14

148:18,22,23
163:11,17 172:1
172:11 198:11
199:2,3
**five** 33:14 63:4
126:22
**flexner** 3:4 10:13
**floor** 3:12,19 4:7
**florida** 3:7,20
**fluid** 166:8
**focused** 78:24
192:15
**folder** 38:24
119:18 130:13
141:23 187:23
**follow** 12:20
**following** 48:7
120:17,19 168:17
199:17
**follows** 150:9
206:8
**foregoing** 204:2
205:6,13
**forget** 55:24
**forgot** 196:9
**form** 22:16 28:19
49:9 59:19 60:7
63:25 68:21 70:2
70:4 71:16 73:3
80:9,17 87:2
92:17 94:16 95:18
109:10 121:24
123:23 126:3
128:14 132:7,16
134:14 135:23
137:12 146:9
147:13 160:16
164:11 177:16
180:11 183:4
194:4

**forms** 77:11 105:6
120:21 149:21
151:6
**forth** 205:7
**forthepeople.com**
3:22
**fortunately** 110:1
111:2 128:24
**forward** 60:11
**found** 124:1
**foundation** 45:22
49:9,21 57:7 58:5
68:7,22 91:1
114:21 126:4
127:18 130:22
137:13
**four** 115:7
**frame** 135:24
**francisco** 3:13
**franklin** 3:19
**frcp** 207:1
**free** 48:2 59:8
130:16 157:15
161:25 162:1
178:8
**frequency** 146:20
**frequently** 35:23
36:1
**friend** 89:20
**front** 17:1 67:10
97:3 107:16
**frozen** 72:6 185:24
**full** 11:11,13,21
102:20 183:19
205:13
**fully** 12:6
**fun** 74:24 172:21
**function** 57:21
**funny** 74:11
**further** 37:19,20
78:17 92:23

[further - google]

177:21 195:8
201:17,21 202:15
205:16
**future**  149:19,20
151:4,6

**g**

**gain**  107:10
**game**  136:18
**gao**  4:6 10:11,11
197:21,23
**geez**  173:1
**general**  26:16
29:23 34:5,7,19
50:24 63:2 76:16
86:7 128:6 155:18
158:5,7,8 162:3
170:11
**generally**  18:4
27:4,4 29:7 36:16
37:5,7,7,9,18
46:25 47:23 77:3
80:12 83:9 157:21
161:9 172:10
173:8
**generated**  45:2
**geolocation**  181:1
**getting**  79:25
82:25 111:9
118:13 149:15
150:23 155:12
162:12 182:13
194:20 197:20
**girlfriend**  85:23
89:22
**gist**  127:9
**give**  10:23 14:2
24:16 25:19 26:7
27:23 46:4 55:6
76:12 89:18 103:5
108:16 109:1,2,3,4
109:21 115:15

119:20 127:7
141:13 142:12
145:15 152:20,22
155:9 171:12
179:23 185:16
187:7 190:20
197:13
**given**  15:12 25:23
27:8,15 64:4
129:3 144:14
155:10 158:10
202:23
**gives**  54:24 55:2
110:3
**giving**  11:10 27:25
33:9 41:22,23
61:4 136:8 162:14
178:8,12 186:18
186:20
**glad**  162:11
**glasses**  70:13
**glimpse**  110:25
**glove**  105:24
**gmail**  95:11
138:19,21,23
139:11 146:25
159:23,24 160:1
172:15,18,21
201:13
**gmail.com**  172:2
172:17 175:12
176:11
**go**  9:13 11:23
19:25 29:8,8
30:10 35:16,20
38:24 41:25 42:24
43:5 45:16 55:10
55:17,21,23,25
59:8,14,14 61:3,6
61:14 64:11,12,14
64:18 65:5,6,6,16

65:17 66:14,16
67:3,22 68:9,23
72:12,13 79:7,13
83:9,13 85:9
87:11 88:23
102:16 103:15
107:25 108:9
109:6,7 115:8
116:15,20,21
120:2,7,14 122:3
123:8,9 124:9,21
126:6,22,22 135:6
135:7 137:1 139:5
141:12 144:25
145:12 146:19,20
147:16 148:25
153:15 159:6,8
161:14 166:15
168:11 169:6
171:22 175:4
177:4 182:24
184:15 185:13
186:3 188:5 198:2
198:9 199:8
202:19
**god**  10:24
**goes**  55:6,25
140:16 146:1,21
**going**  20:12 26:25
27:24 38:2,21
43:3 45:3,11
46:24 52:16 55:19
58:17,25,25 61:1,2
69:20 74:8,11
78:15,17 85:12,14
85:16,17,22 92:22
93:10 104:8
105:15 108:15
117:14 118:13
123:7 125:7,10,12
125:13 126:7

132:2 133:25
136:7,10 137:3
148:8,18,23 154:5
155:2 162:9,24
163:9 166:13
169:7 172:15
174:5 193:23
202:5
**golden**  20:1
**good**  9:6 10:9,12
11:9 12:8 18:10
63:6 92:22 94:2,4
108:2 152:20
158:9 162:11
185:16
**goofs**  144:6
**goog**  7:13,16,19
174:7 175:6 176:5
**google**  1:10 2:11
6:5,8,11,13,15,21
7:11,14,17 9:17
10:10 13:13,13,14
14:15,17 29:16,19
30:8,25 31:3,3,6
32:24 34:11,14,15
41:23 42:1 44:8,9
44:10,16,20,22,23
44:25 45:1,10,13
46:21 47:14,17,20
47:21 48:4,11,13
48:16,17 49:2,7,12
49:19,24,24,25
50:4,5,6,12,17,17
50:18,18,24 51:1,4
51:6,8,11 52:20,23
52:24,25 53:4
56:8,22 57:11,13
57:14,15,18 58:4
58:14,15 59:6
62:1,11,14,21,21
63:17,21,24 64:10

[google - head]

| | | | h |
|---|---|---|---|

64:16,23,25 65:3
65:12,16,17,20,23
66:6,12 67:4,11
68:3,19 69:9,24
70:7,9 71:4,14
72:23,25 73:13,18
74:1,5 75:12,17,21
76:6,16,24,25 77:2
83:7,14 84:15,16
84:19,20,24 85:4
85:13 86:2,8,10,24
86:25 87:4,4,8,21
87:24 88:16 91:4
91:20,23,24 92:14
93:1 94:9,22,23,25
94:25 95:9,10,14
95:15,20,22 96:7
96:14,22 98:2,2,11
99:4,14,19 100:2
100:13,15 101:11
102:4,8 103:1,6
105:7 106:3,15,20
107:6,19 110:18
110:19 111:14
112:12,14,16,19
113:2,25 114:9,18
115:1,2,13 116:8
116:12 117:6,10
118:8,21 119:7,8
122:4,8,9,12,18,20
123:5,6,9,15,16,17
123:20,20,22
124:2,13,13,14,19
124:24,25 125:1,3
125:6,7,13 128:6,6
128:8,16,16,25
129:2,3,6,8,8,9,10
129:12,13 130:7
131:11,17,19
132:5,17,19,23
133:4,8,10,18

134:4,7,8,13
135:10,17,22
136:6,7,9,14,15
137:6,10,19,19,23
138:18,22,24
139:1,2,14,18,19
139:23 140:2,5,8,9
140:17 144:18
145:23 153:7
157:5,7,9 160:7
161:4,6,9,15,17,18
161:21,24 164:4,7
165:2,3 166:19
167:19 168:18,18
168:19,21 170:3,7
170:7,8,12 171:17
172:11 174:6,12
174:12,25 175:5
176:4,10,11 178:3
178:5,6,6,7,14,23
181:5,9,11,14,21
184:1,15 188:11
188:12,13,19,20
188:23,23 189:3
189:10,17,19
190:1,7,13 191:5
196:18 197:3
198:13,20,25
200:7,19,19 206:4
208:1
**google's** 15:14
29:25 30:20 46:12
47:13 48:1 61:7
66:25 96:8,9 98:1
98:20 101:24
102:1,23 105:22
105:23 106:12
132:19 151:17,22
152:2 153:3 156:4
157:1 176:20
183:21 188:22

190:5 195:23
197:7,11 198:6
201:1,3
**google.com** 45:10
64:9,11,14 66:22
67:14 68:19
122:22,23 123:2,2
123:4,13 126:2
**gotten** 143:21
144:15 177:19
**governed** 98:2
**great** 52:5 107:10
129:22 145:3
162:10 195:19
**ground** 11:23
**guess** 17:20,21
18:2,19 21:1,4,7
21:25 22:17 27:14
28:1,5,20 33:8
35:14 36:3 59:24
62:15 64:2 65:10
65:10 67:5 76:20
76:24,25,25 79:10
79:11 88:15
105:15,18 109:18
131:24 133:2
146:11,11 151:11
152:11 161:2
169:6,16 172:22
174:19 175:25
194:11
**guest** 115:22,24
117:22 118:3,6,24
119:6 199:13
**guitar** 18:25 19:7
**guy** 73:23 125:18
158:18
**guys** 119:20 127:7
142:13

**h** 208:3
**habits** 34:9 59:13
76:3,14,16 92:21
92:24 93:1,2
146:18
**hair** 59:15
**half** 19:12,21
83:21,22
**hand** 10:20 105:24
**handled** 206:8
**handles** 117:21
**hands** 74:3
**handwritten**
14:22
**hangout** 161:15
**hangouts** 161:6,8
**happen** 35:18 67:7
68:11 71:24
**happened** 90:22
101:2 120:11
194:10
**happening** 30:18
31:8,14,16 33:11
65:9 69:6
**happens** 27:22
65:18 80:4 109:14
109:24
**happy** 75:8 79:2
93:5
**harassment** 24:22
**hard** 29:6 99:10
118:25 126:8
**harder** 143:18
**harm** 156:3,6,8,9
156:15,17,24
**harmed** 153:7,13
200:25 201:6
**hate** 82:7,8
**head** 20:10 30:24
78:2 154:10 172:3

Page 15

[head - incognito]

195:16,18
**heading** 50:11
  111:7
**hear** 11:1 22:12,15
  60:13 70:22,24
  72:10,10 191:2
**heard** 82:17
  143:23 144:2
**held** 9:20
**hello** 163:8
**help** 6:21 10:24
  32:4 50:16 93:8
  130:8 197:18
**helpful** 159:2,3
**hey** 30:12 43:4
  50:6 60:23,24
  61:3,6 62:4,7 66:5
  67:8 72:3 73:8,11
  73:22 77:11 80:6
  85:11,15 88:2
  107:23 110:5,7,13
  123:6 129:10
  134:21 136:6
  147:18 162:9
  178:12
**hidden** 91:8,13,15
  125:17 158:17
**high** 80:15 89:18
**higher** 186:25
**highest** 19:22
**highlighted**
  110:17
**highlighting** 14:20
  14:25
**history** 52:12
  53:16 55:10 73:24
  116:1 120:20
  127:23 145:5,19
  145:21 167:6
  199:18

**hit** 27:22 80:20
**hmm** 32:22
**hold** 15:12 17:3
  67:24,24,24 78:11
  78:12,12 152:15
  164:12 179:8
  190:17,17,17,18
  194:13,13,13
**hole** 146:21
**holistic** 78:1
**home** 11:12,13
**honest** 18:25
  161:7
**hop** 89:21,22
**hope** 66:18 94:2,4
  129:12
**horrible** 145:14
  157:13
**host** 197:23
**hour** 13:1
**hours** 16:17
**house** 25:21
**houses** 79:19
**hsiao** 3:11
**huh** 43:9 94:23
  115:15 130:14
  194:18
**hundred** 148:11
  148:20 185:7,12
**hyperlink** 103:24
  105:16
**hyperlinks** 99:22
  100:18,22,25
  101:1,5,10 102:10
  104:18 106:1
**hypothetical** 35:9
  35:9 49:10 58:6
  147:14 149:5
  150:10 151:9,10

## i

**icon** 125:17
**idea** 24:25 34:5,7
  71:21 82:7,9
  92:22 184:19
**identification** 39:2
  45:15 56:24 97:8
  100:3 106:16
  114:2 119:14
  126:17 130:8
  141:20 163:13
  165:16 170:24
  174:8 175:7 176:6
  176:24 182:12
  187:21
**identifications**
  145:1
**identified** 6:3
  44:22 147:16
  181:9
**identifier** 48:18
  179:19,25 180:5
  180:24 181:16
**identifiers** 34:8
  40:13,15 70:7
  112:4,16 133:18
**identifies** 70:7
**identify** 17:9
  180:19
**ignore** 103:12
  104:18 105:17,17
**ignoring** 191:18
**imagine** 75:22
  192:8
**imei** 40:13
**important** 26:13
  26:16,19 32:23
  33:23 138:16
  180:10
**improper** 49:10
  58:6 151:9

**inadvertently**
  194:16
**inappropriate**
  158:21
**include** 40:12 48:2
  95:17 99:21
  122:22
**included** 126:2
  166:5 201:11
  206:14 207:3
**includes** 48:13
  96:14 112:3,15
  157:18
**including** 48:10
  51:11 100:17
  112:6,9 127:25
  128:19
**incognito** 6:17
  14:14 20:22,25
  21:9,12 26:25
  29:9,10 32:9,15,17
  34:17,23 35:1,3,6
  35:7,12,13,15,16
  36:2,6 41:13,20,24
  41:25 43:3,5,19
  44:5,10 49:12,15
  49:20 50:7 51:5
  53:10,12,13,17,21
  54:3,5,8,22 55:12
  55:16 56:9 59:6
  60:9,18 61:6 62:6
  62:22 63:14,23,24
  64:9,11,12,18 65:1
  65:6,17,21 66:14
  66:16 67:3 68:9
  68:23 69:19,20
  72:23,25 82:10
  83:9,13,13 84:23
  84:25 85:6,16,19
  86:4,4,12,12,15,18
  88:9 89:24 90:10

90:13,16,25 91:3,7
91:7,10,12,18 92:9
92:12,15 96:10
98:6,9 106:9
107:10 108:11,16
110:4,9 112:19
115:10,22,24
117:3,11,22 118:3
118:6,9,22,24
119:6,12,13 120:6
120:7,9,14 121:3
121:11 122:3,13
122:15,24 123:8,9
123:15,17,20,21
123:25 124:4,12
125:11,19,22,24
127:22 128:5,10
128:25 131:19,21
131:23 133:11,13
134:3,18 135:3
136:9,16,17,24,25
138:2,9 139:5,10
139:15,25 140:14
147:12 149:5,8,9
149:14 150:11,15
150:16,22 154:15
155:16,23 158:7
158:14,14,17
159:9,14 162:13
165:4 168:11
169:20,21,23
178:11 181:23,25
186:23 188:18
189:2 192:11
197:8,17 199:1,7
199:13,15 200:8
200:11,15 201:24
202:4
**incomplete** 35:9
147:13 151:9

**incorporate** 98:4
**increase** 75:1
**increased** 75:13
**indicate** 98:18
108:3
**indicated** 107:18
113:4,6,8 164:19
**indicating** 14:14
14:15,16,18 38:14
85:3 109:5 113:15
**indicator** 108:2
**indicted** 107:6
**individually** 1:6
2:7
**individuals** 76:22
**industry** 81:1
154:20
**inferior** 161:8
**info** 174:4
**information** 6:5
7:12,15,18 26:12
28:12 29:3,16,18
29:20 32:24 36:12
36:25 37:9 40:8
40:10,11,16,18,19
40:20 41:2,3,4,8
42:18,19,21,23
43:14,17,19 44:5
44:25 45:13 46:20
47:13 48:4,13,17
49:7,25 50:5,12
51:11,18 55:11
56:1,11 58:24,25
59:12 60:6,14
62:24 63:18,21
64:16,22 65:4,13
65:24 66:7,7,11,22
67:14 68:19 69:9
69:24 71:14 76:4
76:21 85:5 86:3,9
92:14 99:19

100:15 101:11
102:8 103:7 105:7
106:3 107:20
108:13,25 109:2,2
109:3,4,13,14,25
110:6,19 111:3,8
111:10 112:3,5,7
112:13,15 113:2
114:19 115:14,23
115:25 116:1,9,13
117:3,11,14,22
118:9,14,22 119:7
119:9 120:17,19
120:21 121:22
128:16,17 131:10
132:2 135:17
136:21 137:22
139:24 140:2,4,9
140:11,18,21,23
141:2,5,14 144:12
144:13,15,17,20
144:21 145:25
146:1 149:18,19
151:3,4,20,23,25
152:1,3,5,5,14,19
153:3,5,11 155:8
155:11 162:13,16
174:6,13 175:5,11
176:4,11 179:3
181:5,14 182:2
185:15 187:5
188:12,21 189:19
198:12,19 199:14
199:18 200:8
201:24
**informed** 194:7
195:2
**inherently** 70:25
**initially** 94:18
98:25

**initiated** 200:12
**initiation** 54:18
**input** 65:4,24
67:13,14 68:4
**inputted** 68:13
**inquire** 32:13
**inquired** 20:13
**inquiring** 193:19
**instagram** 168:18
**install** 47:20 52:23
57:17,23
**installed** 53:4
**instance** 42:12
64:15 145:19
**instances** 28:9
**instruct** 79:6
**instructed** 5:15
**instructing** 79:9
**instruction** 82:2
202:13
**instructs** 12:12
**insurance** 76:3
**integrate** 48:3
**intent** 195:5
**interaction** 112:8
**intercepted**
178:24 181:12,22
**interest** 17:24 18:4
**interested** 10:3
79:3 205:18
**interesting** 61:16
**interference** 9:11
**internet** 26:12,17
26:17,21 29:13
31:23 40:12,16
41:5 84:17,21
87:18,23 91:19
121:1,15,15 128:2
132:14,24 133:9
157:16 180:3
184:9,10

**[interpretation - keep]**

**interpretation** 109:8 110:11
**interrogatories** 6:25 7:2,6,23 8:4 141:20,25 163:12 163:18 164:10,20 164:24 165:11,15 176:20,23 182:11
**interrogatory** 7:10 142:6,9,9,10 142:16 166:11,12 166:20,23,25 167:3,4,15 170:23 171:10,11,21 177:2,3 178:16,17 178:21 182:8,22 201:7
**interrupt** 61:9,13 104:9,10
**interrupted** 124:18 129:16
**interrupting** 12:6
**introduce** 38:22 45:11 163:9
**introduced** 88:9 90:1,4 166:9
**intrusive** 38:3
**investor** 80:24,25
**invisible** 91:9,10 122:15 123:22 125:18 158:18
**invite** 161:12
**invites** 161:14
**involved** 20:5 23:4 23:7,24 24:3,5,7 25:14,17 30:19 79:7 80:21,24,25 86:16 92:25 98:20 106:21 114:9,14 141:2 144:9

**involvement** 155:15
**ip** 34:9 40:12 48:14 112:9 116:2 179:18,20,24 180:2,13 199:20
**ipsos** 183:7,12
**ironically** 124:19
**irrelevant** 70:18 147:22
**issue** 140:14,15 144:12 177:25 186:10
**issues** 17:14
**item** 101:13
**items** 30:9 148:24 182:1

**j**

**jacket** 70:12
**james** 3:5 10:12 14:24 72:5 103:14 129:20 155:7 185:23 186:3 189:8 191:15 195:8 202:8 206:1
**january** 1:18 2:20 5:4 9:1,8 106:14 202:22 205:21 206:3,5
**javascript** 57:16 82:11
**jeff** 22:2,13,25 23:6 193:2,22 196:24
**jenkins** 4:5 5:9 10:9,9 11:5,8 14:19,24 15:3,15 15:24 16:1,18 17:6,12 20:16 21:3,10 22:25 29:1 30:19 33:16

33:22 34:18,25 35:23 36:23 39:3 39:16 41:14 42:2 43:18 44:3,11 45:18,23 46:2,7 47:2,5,11 48:24 49:18 50:8 54:13 56:13,16,25 57:9 57:25 58:10 59:22 60:2,5,15 63:3,6 63:12 64:8 66:20 67:21 68:3,17 69:8 71:1,13,20 72:7,15,22 73:6 78:19 79:1,16 84:7 86:6 87:5,16 88:20 89:6 91:6 92:23 93:3,13,19 94:1,21 95:8,22 96:6,19 97:2,10 98:19 99:23 100:8 100:12,20,24 101:4,8 102:12 103:3,14 104:1,6 104:11,15,22 105:3 106:18,24 109:12,17,23 111:19 113:10,23 114:3,22 115:11 117:20 119:11,17 119:25 120:5 122:1 124:8 125:23 126:14,24 127:2,10,19 128:18 129:20,23 130:4,11,23 131:4 132:13,23 135:6 137:5,16 141:16 141:22 142:15 144:19 146:3 147:2 148:2 149:4

149:23 150:3 151:17 153:2 155:6,14 156:16 158:4,23 159:12 160:11,18 162:18 163:2,8,14 164:18 165:17 167:8,13 170:17 171:5 174:3,9 175:3,8 176:2,7,18 177:1,6 177:9,24 180:1,8 180:15 182:6,15 182:21 183:6 185:10 186:2,9 187:15,22 189:7 189:14 190:22 191:4,9,15,21 192:5,22 193:1,22 194:2,6,24 195:7 196:3,6 197:9 198:21 199:24 200:9 201:9,18,22 202:8,12,15
**jeremy** 1:5 2:6
**jim** 149:23
**jlee** 3:9 206:2
**job** 1:25 12:9 17:19 19:13 206:5 208:2
**joined** 23:2
**juggernaut** 29:20
**july** 175:15
**jumbo** 37:16
**jump** 54:9 72:1
**june** 6:16 114:1,5 176:15,19

**k**

**k** 18:3
**keep** 48:2 73:11 78:17 90:13 103:9 144:6 185:14

187:8
**keeping** 122:19
**kind** 27:20 30:18
40:2 74:23 81:3
85:18 88:16 94:16
107:23 117:16
120:15 134:20
136:19 148:25
161:8 167:22
169:6 172:11,22
173:8 187:10
193:11,20
**knew** 144:8
193:25 196:17,17
**know** 12:10,16,19
14:8 19:3 20:14
21:3 22:3,10
23:10 26:6 27:10
28:7,22 29:20,24
30:17,23 31:17
32:6,6,9,21,23
33:23,25 34:1,5,22
35:1,4,6,12,13,14
35:16 36:3,4,16,17
36:19,21 37:3,13
37:17 38:12,22
41:19,21 42:25
46:10 47:5 49:13
49:15 52:17 56:10
57:25 59:12 60:22
63:1 65:19 66:4,5
66:15,20,24 67:8,9
68:15 69:2,4,5,12
70:7,11,11,12,13
70:13,14,17,18
71:3,5,10,11,13,18
72:25 73:22 74:25
75:9,11,20 76:2,9
76:14,23,25 78:3
80:7,25 81:1,11,15
81:16,18,19,22

82:1,11,13 83:5,5
83:6,25 85:16
86:21 88:5,8,20
91:7,15,25 92:22
94:18,20 95:5
96:3 97:3,12
99:13 100:13
102:21 105:21
106:5,7 107:9,17
108:16 109:13,24
110:14,15 115:2
115:12 117:16,17
120:10,13 122:8
122:10,15 123:4
124:25 125:11
128:23 129:3
134:23 136:7
137:7,13 139:3,8
139:13 141:6,6,7,8
141:9,10 143:7,11
143:12,18,25
144:22,25 145:1,8
145:22,24 146:15
146:17,19 147:24
147:25 151:10
152:16,18,24
153:10,13 154:18
155:2 156:7,24
157:10 158:12,21
159:10 160:12,18
161:13,15 165:6
167:6,16 168:19
168:24 170:4,12
172:1,14 173:16
177:20 179:7
180:13,21 185:2,5
185:15,24 186:1
186:14,21 187:4
189:5,11 192:3
196:10,12 197:12
200:15

**knowing** 70:19
156:22
**knowledge** 19:8
66:2 153:11
156:21 181:19
**known** 21:23 49:7
**knows** 34:11 42:15
71:4 80:13 180:20

**l**

**lab** 79:21,23 80:3
80:6
**labyrinth** 83:12
136:20
**lack** 45:22 49:9,21
57:7 68:7,22 91:1
126:4 127:18
130:22 137:12
**lacks** 58:5
**land** 105:15
**language** 38:11
48:20 103:5 105:6
135:11,18 138:6
**laptop** 13:23 89:8
89:22 172:6 192:2
**large** 122:14
**largest** 125:18
**laundry** 42:24
**laws** 204:2
**lawsuit** 30:20
54:11,16,18 86:16
92:25 121:10
141:2 144:12
151:19 153:8
193:13 200:13
**lawyer** 20:15
96:12 195:23
198:6 201:3
**lawyers** 15:18
16:10,13,23 21:24
22:18 23:21 25:1
167:6 190:25

196:17
**lay** 166:18
**layer** 84:1 153:18
**lead** 78:15 116:24
123:12
**leading** 198:21
199:24
**lean** 22:17 76:20
**learn** 30:13 47:20
50:19 52:24 53:19
57:22 115:7,8
128:7 198:12
**learned** 54:18 58:3
**learning** 145:16
**leave** 15:6 110:6
154:24 192:18
**lee** 3:5 5:10 10:12
10:12,16 11:13
15:2,12,23 16:3,16
16:21 17:3,8 20:6
21:2 22:16,20,22
28:19 30:2 33:15
34:16 35:8 36:13
39:14 41:12 43:15
43:21,23 44:7
45:21 46:1,4,24
48:21 49:9,21
54:9 56:10 57:6
57:10 58:5 59:19
60:1,4,7 63:5,25
65:25 67:16,24
68:2,6,21 70:2
71:8,16 73:3
78:12,24 79:9
84:5 86:4 87:2,12
88:18,23 91:1
92:17 93:7,17
94:16 95:1,18,24
96:11 98:13 99:21
100:5,10,17,22
101:1,6 102:10,20

Veritext Legal Solutions
866 299-5127

[lee - look]

103:9,19 104:2,5,8
104:13,16,25
106:23 109:10,15
111:17 113:5
114:20,23 117:12
119:20 121:24
123:23 125:8
126:3,19,22 127:5
127:17 128:14
129:22 130:10,20
130:24 132:7,16
134:14 135:23
137:12 142:8
144:18 145:20
146:9 147:13
148:8 149:3,22,24
150:6 151:8 155:2
155:10 156:10
158:3 159:6 160:9
160:16 162:21,24
164:11 166:17
167:10 170:14,25
171:3 177:5,7,16
179:22 180:4,11
182:4,18 183:4
185:8 189:4
190:17 191:7,11
191:18 192:1,18
192:21,24 193:18
193:24 194:4,13
194:19 195:9,13
196:4,8 197:10,18
197:22 198:1,4,22
199:8,25 200:12
201:12,16,23
202:5,10,17 206:1
**left**  90:16
**legal**  9:24,25 22:6
25:16,24 37:16
94:17 95:2,19
96:12 98:14

156:11 202:25
206:7
**lesbian**  28:24
**leslie**  1:24 2:21
9:25 205:4,25
**level**  19:22 89:18
**levels**  200:22
**lhk**  1:9 2:11 9:19
**licensed**  79:14,20
79:22,22,23 80:18
80:19
**licenses**  80:1
**lies**  162:12
**light**  92:4,19 174:5
200:15
**lights**  201:18
**liked**  74:17
**liken**  68:8
**likes**  73:24
**limit**  115:23 117:3
117:14 199:14
**limited**  17:8 83:17
181:19 185:17
190:22 191:7
192:1
**limits**  60:10 66:1
**line**  5:16 48:6
78:15 93:9 101:17
102:14,20 107:21
107:22 108:8,18
117:15 206:15
207:4 208:4,7,10
208:13,16,19
**lines**  28:16 29:6
31:21 74:23
158:20
**link**  45:9 46:17
48:22 49:1,2,3
55:19 56:20,20
89:1 103:12
105:24

**link's**  55:24
**linked**  42:7,8,11
42:14 56:9 59:18
59:21,23 105:4
116:2 131:17
132:4,10 170:3,4
199:21
**links**  40:18,19
56:19 58:18 101:3
103:25 164:8
**list**  42:24 135:14
179:2,4
**listed**  18:17 135:9
167:2,14,24
168:16 171:20,22
174:21 183:3
189:5
**listening**  124:15
132:1
**lists**  45:3
**litigation**  24:4
98:21 106:21
111:23 114:10,14
144:9 155:15
177:25 190:14
191:6
**litigations**  25:14
**little**  17:20 28:21
29:22 30:14,16
35:22 41:13 57:3
74:24 78:20 146:2
161:10 169:16
177:11,12
**live**  100:25 101:1
156:7
**llc**  1:10 2:11 9:17
18:3,7,14 74:20
77:21 206:4 208:1
**llcs**  78:1,4
**llp**  3:4 4:4

**load**  57:21 97:5
113:23 119:11
130:5 141:16
170:18 174:3
176:2 182:6
**loaded**  182:18
**loading**  119:21
**local**  127:23
**located**  9:21 26:4
70:16 181:3
**location**  34:8
40:16 41:5 59:13
69:13,16,23,25
71:5,6 81:2
127:24 128:4,7
148:4
**locations**  81:3
**lock**  151:8
**locked**  206:12
207:1
**log**  149:9 150:16
**logged**  88:21
192:22
**logging**  138:21,23
139:8 149:14
150:22
**long**  11:14 16:15
18:25 19:20 20:1
20:1 105:1 126:19
136:24 143:25
157:12 162:21
169:5 175:17,25
**longer**  38:7 90:14
154:6,7 166:5
175:24 177:12
**longest**  174:20
**look**  27:5 32:11
37:12,14,17,19
39:17 44:15 46:11
47:3,10,24 50:8,11
56:18 60:12 83:11

Veritext Legal Solutions
866 299-5127

97:11,12,13,20
99:1,12 100:13
103:14,15 104:17
104:17 105:5,11
106:5 107:17
110:10 114:3,16
115:11,15,20
117:20 120:12,15
125:17 127:14
128:18 130:18
133:19 137:16
138:14 142:2,5,19
147:15 148:25
157:10 162:9
164:3 165:24,25
166:10 171:10,14
177:2 178:16
182:21,25 187:5
189:14

**looked** 51:15
82:22 99:2,13
172:4,5 200:1

**looking** 21:17,22
23:5 28:14 30:17
37:10 46:9,12
47:7 60:2 68:25
70:14 102:17
124:7,22 135:12
158:5 168:22
175:25 190:5
194:1

**looks** 39:3,19
120:11 141:22
142:4,6 168:17
171:9,16

**loop** 35:20

**los** 1:17 2:18 9:1
9:22

**lose** 60:1 124:17

**losing** 36:22

**lost** 153:2,5 156:25
157:2 182:13

**lot** 30:17 32:6
37:16 70:14,18
73:17,17 74:2,6
75:19 76:11,19
81:1 87:22 92:19
93:10 95:14 96:2
128:25 140:5
141:13 144:21,22
150:7 156:19
160:23 161:2
178:5 179:23
183:19 185:15

**lukewarm** 75:9

**lunch** 13:1 93:5,11
93:14,15 94:3

**m**

**mac** 40:13

**machine** 80:8

**machinery** 80:5

**magic** 65:18

**mail** 168:18,22,25
169:4,5,6 170:2,3
170:6,7,9,11,13

**main** 92:6 111:3
161:19 173:8

**maintaining** 26:11

**major** 140:15

**majority** 109:9

**making** 93:8
134:20

**male** 147:18

**man** 122:16

**manage** 108:1
199:5

**manager** 19:17,18
81:2,3

**manufacturing**
79:21,23 80:1

**mao** 3:11 10:14
22:4,8,13 23:1,6
72:1,9 189:5
193:2,22 195:21
195:25 196:4,7,10
196:13,23,24

**mao's** 23:20

**maos** 196:9

**maps** 13:13
168:18

**march** 100:9

**margin** 14:22

**marin** 205:2

**mark** 3:11 10:14
16:24 22:8 23:20
189:5 196:10,12
196:13,23

**marked** 39:1
45:14 56:23 97:7
100:3,6 106:16
114:1 119:14
126:17 127:4
130:8 141:20
163:12 165:15
170:23 174:7
175:6 176:5,23
182:11 187:20
198:5

**market** 145:11
146:1

**materials** 13:25

**matter** 9:16 10:10
10:23 37:17 60:25
135:4

**matters** 58:22
59:3 61:1,8
134:16

**maturin** 77:24

**mcgee** 3:18 10:14
72:13 185:22

**mean** 21:12 23:13
27:7 32:16,19
41:14 46:14 47:24
53:25 54:9,10,13
55:3 63:20 65:23
78:10,11 79:23
91:21 100:24
108:20,25 120:2
134:8,12,15
135:21 146:4,5
148:3,8 149:25
151:18 152:13
168:25 170:4,10
181:14,15 185:6

**meaning** 128:21
142:9 147:8
152:15 178:12

**means** 12:3 41:6
67:8 91:7,12
108:21 131:22,25
131:25 132:14,24
181:2

**meant** 103:12
104:21 131:4
177:25

**media** 9:14 202:24

**meet** 16:21

**member** 89:19

**memory** 39:25
127:13

**mention** 189:1

**mentioned** 20:17
23:20 31:7 32:15
63:15,16 69:12
74:20 79:17 88:20
89:9 156:2 169:9
170:2 193:1

**mentioning** 83:4

**mercado** 25:4

**met** 16:5,6,6,12,18
70:11 195:25

[metro - name]

**metro** 83:24
**metropcs** 83:22
**metropolis** 193:6
**miami** 3:7
**mic** 70:22,24
**microphones** 9:9
**microsoft** 57:20
**microsoft's** 61:18
   61:20
**middle** 44:15
   120:15 127:14
**mind** 13:11 15:25
   29:14 47:8 53:23
   109:20 127:7
   131:6 142:13
   145:18 162:25
   166:14 177:4
   184:13 197:19
**mine** 74:12 146:2
   152:17 181:24
**mine's** 46:4 57:3
   107:13 119:20
**minimum** 158:21
**minor** 29:22
**minute** 33:14 47:3
   63:4
**minutes** 72:5
   93:15 126:21,23
   162:23
**mischaracterizes**
   64:1 113:5 123:23
   134:14 151:13,14
**miscommunicati...**
   194:10 195:6
**mislead** 31:12
**missed** 48:25
   144:4
**missing** 106:8
**mistakes** 200:24
**mmao** 3:15

**mobile** 19:14,20
   24:6 25:1,13
   40:13,14 83:21,23
   112:5 184:2,5
   198:14
**mode** 6:17 20:22
   20:25 21:9,13,13
   26:25 29:9,10
   32:9,16 34:16,17
   34:23 35:1,3,6,7
   35:12,13,15,17
   36:2,6 41:12,13,20
   41:24 42:1 43:3,5
   43:20 44:5,10
   49:20 50:7 51:5,5
   53:10,12,13,21
   54:3,5,8,22 55:12
   55:16 56:9 60:9
   60:16,18 61:6,17
   61:19 62:6,8,13,22
   63:14,14,22,23,24
   64:9,11,12,18 65:1
   65:6,18,21 66:14
   66:16 67:3 68:9
   68:23 69:19,21
   83:8,8,9,13,13
   84:17,21,23,25
   85:6,16,19 86:4,5
   86:12,12,15,18
   88:3 89:24 90:10
   90:24,25 91:3,4,6
   91:18 92:9,12,15
   99:20 100:16
   101:12 102:9
   103:8 105:8 106:4
   106:6,7,9 107:11
   107:19 108:11,16
   110:4,9,20 112:19
   114:18 115:10,14
   115:22,22,24,24
   116:9,13 117:3,11

118:3,9,22,24
   119:6,13 120:14
   121:3,11 122:3,13
   122:24 123:8,9,15
   123:17,20,21,25
   124:4,12 125:11
   125:13,22,24,25
   127:22 128:10,25
   131:2,19,21,23
   133:11,12,13,14
   134:3,9,18 135:3,3
   136:9,16,17,24
   137:1,20 138:2,9
   139:5,11,15,25,25
   140:13,14 149:6,8
   149:10,15 150:11
   150:15,16,23
   153:17 154:15,15
   155:16,17,23
   158:3,4,7,9,14,15
   159:9,14,18
   162:13 168:11
   169:20,21,23
   178:11 179:16
   181:2,23,25
   186:22,23 188:18
   189:2,18,25
   192:11 197:8,17
   199:1,7,13,14,15
   200:8,11,16
**modes** 61:11,21
   85:11 115:25
   117:4 118:4
**moment** 53:22
   76:12 105:5
   107:15 110:24
   115:15 119:20
   127:8 142:12
   171:12 183:8
**monetize** 75:24

**monetized** 73:20
   75:20 77:4,15
   143:10 156:23
**monetizing** 76:10
**money** 74:3
   140:17,21 162:4
**monique** 1:6 2:7
**monster** 55:13
**montgomery** 3:12
**month** 35:25
**morgan** 3:17,17
**morning** 9:6 10:9
   10:12 11:9,10
**motion** 92:4
**move** 56:16,16
   121:13 162:24
   165:9
**movies** 74:14,17
**moving** 93:3
**multiple** 52:13
   98:24 107:2 132:8
**mumbo** 37:16
**music** 161:21
   172:14
**mute** 72:2
**muted** 70:22,23
**myriad** 13:10
   71:10 124:3

|  **n**  |
| --- |

**n** 5:1 40:7
**nailing** 24:13,13
**name** 9:23 11:11
   11:13 13:12 17:25
   18:6,21,22 22:3
   25:3,4,5 37:24
   48:17 70:8,18
   88:16 112:6
   134:23 137:9
   146:16,25 148:15
   167:25 205:20

Veritext Legal Solutions
866 299-5127

**named** 23:25
66:10 83:11 96:24
156:17,19
**narrative** 151:10
198:21 199:24
**near** 23:14
**necessarily** 40:1
76:15 162:6
**necessary** 185:23
187:11 206:14
207:3
**need** 12:2,7,23
14:9 38:24 45:19
45:24 46:15,25
51:6 59:18,24
68:4,15 83:10
85:13 106:18
111:3 112:22
119:23 129:14
145:25 161:10
185:15 187:4
**needed** 192:14
**needs** 12:21
**nefarious** 152:11
**neilson** 184:5
**neither** 205:16
**net** 128:2
**network** 83:16
112:5
**never** 89:14 126:9
131:6 136:1 177:4
195:5
**new** 88:3 90:5
118:4 153:21
162:25 166:8
168:24 169:5
**newer** 76:1
**news** 28:17
**nice** 33:1,25
**nicer** 87:22

**nielson** 184:2
**nine** 44:13
**nods** 20:10 195:16
195:18
**non** 50:18 159:17
**normal** 32:1 34:16
43:2 49:12 51:4
55:23 61:3,4 82:8
83:7 85:13 91:2
133:14 134:9
139:25 140:4,12
158:3,4,7,9 186:21
**normally** 60:21
143:9 161:7
179:25
**north** 3:19
**northern** 1:2 2:2
9:18
**nos** 7:2 163:12,18
**notating** 206:15
207:4
**note** 9:9 14:23
**noted** 203:1
**notes** 14:21,22,25
**nothing's** 29:14
138:12,13
**notice** 6:4,15
14:18,20 39:1
45:6 56:19 58:18
89:3 96:9,10 98:4
113:24,25 114:5,9
114:13,16 120:6,9
121:2 123:1,12
165:3,4 200:3
**noticed** 20:11 72:8
159:12
**notices** 96:21
**noticing** 10:7
21:17
**notwithstanding**
172:6

**november** 100:9
162:19
**number** 6:3 9:18
39:6 50:14 97:9
112:6,7 114:4
127:4 135:14
142:6,9,9,10,16
144:24 145:18
164:4 166:11,12
166:13,20,23,25
167:3,15 171:11
171:12,21 177:2
178:17 179:5,17
180:17,22 182:22
184:13,24 185:1,4
185:11,20 186:11
186:14,15,16,16
186:24,25 187:3
188:6 189:15
202:24 206:15
207:4
**numbered** 179:4
**numbers** 165:11
**nut** 194:11

**o**

**oath** 10:18 11:17
164:1 205:8
**object** 12:13 29:2
29:5 43:18 44:4,8
44:9,10
**objected** 70:2
160:16
**objecting** 29:11
43:24
**objection** 22:16,23
28:19 35:8 36:13
44:7 45:21 49:9
49:21 57:7 58:5
59:19 60:7 63:25
65:25 67:16 68:6
68:21 70:2,4 71:8

71:16 73:3 87:2
88:23 91:1 92:17
94:16 95:1,18,24
96:11 98:13
109:10 113:5
114:20 117:12
121:24 123:23
126:3 127:17
128:14 130:20
132:7,16 134:14
135:23 137:12
146:9 147:13
149:3 156:10
160:9 164:11
177:16 179:22
180:4,11 183:4
185:8 192:24
193:24 194:4
196:3,6 197:9
198:21 199:24
200:9 201:9
**objections** 6:23
7:4,8,21 8:2,7
10:6 79:11 141:17
141:18,24 151:9
165:10,14 170:20
170:22 176:19,22
182:8,10 187:16
187:19 188:1
205:9
**obviously** 13:1,9
29:19 92:18 93:7
126:5 166:8
**occurred** 166:19
**occurs** 74:2
**ocean** 11:14
**odd** 20:11,16
21:18 31:8,8,14,16
31:20 32:1,5,13,18
32:22 37:19 40:2

**[offered - page]**

| | | | |
|---|---|---|---|
| **offered** 107:9 | 83:8 85:7,11 | **ooo** 9:3 203:2 | **outside** 13:24 16:8 |
| **offers** 58:16 | 94:24 97:13,20,21 | **open** 13:7,18,25 | 31:2 91:24 128:16 |
| **offhand** 143:12 | 97:23 98:16 | 39:4,10,11 46:8 | 159:8 169:20 |
| **office** 206:11 | 100:12 101:6,25 | 62:19 90:13,16 | 183:18 |
| **officially** 193:9 | 104:9,10 105:3,13 | 106:19 107:13,14 | **owned** 25:21 |
| **oh** 13:8 30:12 32:7 | 105:25 106:11 | 119:17,19 127:3 | 161:3 |
| 52:5 53:8 54:23 | 107:13,16 108:7 | 130:12,14 141:23 | **owner** 80:6 |
| 57:3 61:13,16 | 111:10 113:17,20 | 146:1 163:14 | **ownership** 17:24 |
| 72:7,11 74:11 | 116:17 117:8 | 171:6,7 176:8 | 77:21 |
| 76:24 77:5,11 | 118:16 119:25 | **opened** 99:4 107:4 | **owns** 79:18 |
| 79:25 83:19 | 120:1 126:23 | 111:13,15,18 | |
| 100:24 108:5 | 127:9 129:20 | 172:1 | **p** |
| 113:15,15 120:1 | 130:15 131:9 | **opening** 122:16 | |
| 124:14,20 131:24 | 133:13 136:17,21 | 163:16 | **p** 18:3,3 |
| 136:21 137:25 | 136:23,25 137:2 | **operating** 40:15 | **p.m.** 2:19 72:21 |
| 148:4 151:13 | 138:6 141:16 | 112:5 | 93:22,25 129:25 |
| 152:24 160:10 | 142:12,14 147:18 | **operations** 80:22 | 130:3 163:4,7 |
| 169:22 170:15 | 149:7 150:14 | **opinion** 158:2,5 | 186:5,8 202:22 |
| 173:1 174:11 | 151:8,17 159:19 | 183:21 | 203:1 |
| 177:4,17 179:8 | 162:18 164:16,17 | **opportunity** 30:13 | **pacific** 2:18,19 9:2 |
| 182:13 187:12 | 166:16 170:17 | **opposed** 29:16 | 9:7 203:1 |
| **okay** 11:23 13:22 | 171:13 177:7,8 | 84:12 | **page** 5:16 6:9 |
| 14:4,7,19 15:23 | 178:19,21 179:12 | **opposite** 85:1 | 14:11,23 40:6 |
| 16:11,18,25 17:8 | 182:17,23 183:11 | **opt** 6:8 27:8 45:1 | 42:9 44:12,14,15 |
| 17:23 18:7,21 | 187:9,14 191:4,19 | 50:20 56:22 57:11 | 45:11 46:17,19 |
| 20:9,16 21:8,21 | 192:19,21 194:21 | 57:14,17,19,21,23 | 47:12 48:1,13 |
| 22:15 23:4,15 | 194:22 195:15,25 | **option** 27:8,14,16 | 49:4,18 50:8,10 |
| 25:8,23 26:10 | 197:1,18,21 198:9 | 107:12 108:22 | 51:15 53:8,9 56:5 |
| 29:15 32:4,23 | 198:17,24 199:8 | 109:1 | 56:23 58:3 97:22 |
| 34:13 38:10,15 | 199:12 200:1,5 | **options** 27:2 58:15 | 98:6 108:3,5 |
| 39:5,7,9,20 40:22 | **old** 34:11 73:24 | 83:5 134:2 | 111:3,5,9 112:21 |
| 44:11,15 46:6 | **once** 35:25 73:10 | **order** 57:20 65:13 | 112:22 115:20 |
| 47:4 49:5 52:5,10 | 88:21,25 147:11 | 68:5 | 116:2 120:16 |
| 52:17 53:3,7,13 | 153:3 | **ordered** 167:4 | 123:12 127:11,14 |
| 54:2,6,20 56:2,7 | **one's** 87:13 | **original** 166:22 | 127:15 128:9 |
| 56:16 57:2 60:4 | **ones** 75:21 156:17 | 206:10,21 | 130:6,15 137:17 |
| 61:9 63:6,21 68:2 | 167:18,19,24 | **originally** 54:21 | 142:7 164:3 |
| 71:25 72:7,11 | 169:9 | 175:19 | 165:24 191:3 |
| 75:24 76:6,18 | **online** 74:12 | **os** 98:3 | 199:2,8,10,20 |
| 78:12 79:22,25 | 141:13 145:1 | **outcome** 10:3 | 206:15 207:4 |
| 81:6,19 82:1,23 | 157:6 | 205:19 | 208:4,7,10,13,16 |
| | | | 208:19 |

Veritext Legal Solutions
866 299-5127

[pages - plaintiffs]

**pages** 1:25 14:21
15:1 40:17 41:6
53:14 116:2,3
128:25 199:20
205:13 206:14,17
206:17 207:3,6,6
**paid** 141:14
144:15 157:16
177:19
**panel** 183:7,13
184:2,6
**paper** 97:13,21
**paragraph** 40:9
44:19 46:22 47:25
48:7 57:5 97:22
97:25 108:6,8,9,18
112:1,17 113:12
113:16,21 114:24
114:25 115:4
118:7,20 131:5,7
164:4 167:14
179:2 183:9 184:3
198:18 199:3
**pardon** 92:3
**parse** 118:25
**part** 51:13 54:16
60:13 68:20 80:6
91:17 96:21,24
116:7,11 136:19
138:17 139:5,20
179:1 191:5
**partake** 80:13
**partially** 53:24
**particular** 29:15
37:12 49:4 113:18
137:8 159:15
185:17
**particularity**
178:22
**particularly** 78:24
82:16

**parties** 9:13 91:21
166:21 197:24
**partner** 22:1
89:20,21 167:10
175:20 193:3,4,7
**partners** 21:23
33:7 45:10
**parts** 105:25
107:18 114:17
**party** 10:2 81:12
81:17 133:1 156:7
205:17,17
**pass** 24:19 180:19
**passive** 184:9
**passwords** 139:7
**pattern** 32:11,21
**pause** 72:2 145:17
**pauses** 144:6
**pay** 36:10,15,24
37:2 76:14 141:8
141:14 142:21
143:10,11,12
154:2 162:2,4
**paying** 76:4 143:4
154:1
**pays** 184:8
**pdf** 165:25 206:12
207:1
**penalty** 11:18
204:1 206:16
207:5
**pending** 12:22
**people** 32:7 74:16
74:17,17,18 76:14
76:16 77:10,12
80:12 93:4 109:9
143:17 144:25,25
145:8 146:23
161:12 173:12
180:13 200:23

**people's** 76:2
145:1
**percent** 21:8 61:25
62:21
**perfectly** 21:6
28:9 150:2
**performing** 31:25
**period** 206:18
207:7
**perjury** 11:18
204:1 206:17
207:6
**permitted** 139:23
**person** 26:18 71:6
73:1,4 141:12
146:5,8 147:9,11
173:15 181:3
**personal** 13:15,23
41:2,3,7 42:18,19
42:21,22 43:14,16
58:25 59:9,11,16
59:17 62:23 69:10
92:14 102:2,24
140:23 141:1,5
144:11,16,20
146:18 151:20
153:2 154:22,25
172:13 173:6
177:15,18,20,25
178:22 181:10
182:2 198:19
**personalization**
50:20
**personalized**
50:19
**personally** 42:3
56:9 152:24
**perspective** 66:21
**pertains** 93:2
197:16

**peruse** 37:7,10
102:13
**perusing** 110:22
**philosophical**
148:13
**phone** 15:4,5,8
42:10 88:25 89:8
89:9,23 112:6
124:15 153:19,20
153:21,22 154:4,7
154:14,20 155:16
155:19,22 156:3
192:2 193:5
**phone's** 89:2
**phones** 155:20
**phonetic** 77:24
**photographic**
39:24
**phrase** 198:18
**pick** 9:10 74:8
**piece** 42:13 59:22
145:24
**pinpoint** 47:9
**place** 9:13 27:21
73:11 115:18
148:18,22,23
205:7
**places** 110:16
112:25 113:3,6,7
113:11,16 115:12
**plaintiff** 6:22 7:3,7
7:20 8:1,6 24:1,8
24:12,17 25:3
141:18 142:20
165:13 170:21
176:21 182:9
187:18 194:3,8,25
195:3
**plaintiffs** 1:8 2:9
3:3 10:13 195:14

Veritext Legal Solutions
866 299-5127

[plan - privacy]

**plan** 153:25,25
154:2,3,4 155:22
156:3
**plant** 80:3
**play** 87:22 161:21
**player** 19:1,7
**playing** 52:4
**please** 9:9 10:6,18
10:21 11:11 12:15
12:22 14:25 39:11
40:5,9 44:19,25
48:8 50:9 51:7
53:7 97:25 100:1
100:12 101:25
102:21 106:11
107:14 109:7
111:25 113:14,23
114:16 115:20
118:1 119:12,17
126:15 130:5
131:7 141:17
149:22 150:3,6
153:15 160:14
163:14 171:11
175:4 176:3
182:21 186:3
187:17 188:6
189:16 199:9
202:18
▬▬▬▬▬
173:20 176:11
**plethora** 95:10
133:17
**point** 35:4 39:21
43:10 47:16 52:16
60:11 61:13,16
69:18 138:7
155:24 156:14
187:8
**pointed** 16:3

**points** 101:14
108:6
**policies** 33:2,5
36:10,24 37:5
38:15,19 45:10
96:21 101:14,16
101:24 102:1,5,23
103:2 133:3
164:13,19,21
167:17 168:2,4,6
168:20 169:11,14
**policy** 14:15 31:1
33:9 34:14,19
36:8 37:4,10,13,14
37:22 38:12 39:8
39:13,22,23 40:4
41:15 49:3 58:17
85:2 86:3,9,10,14
96:9,17,18 98:4,5
101:3,16,21 103:4
103:15,23,25
104:1,17 105:4,22
105:23 106:12,20
107:8,11,18
110:12 111:5,13
111:18 113:1
115:1,2,9,9,19
116:15,18 117:6,7
117:18 123:6
125:12 129:9
133:5 138:1 164:5
164:7,25 167:19
169:3 188:11
189:10,10,17
190:1,5,8 198:20
198:25 200:17
**pop** 27:4 30:13
119:12 120:16
**popped** 90:4
**pops** 32:11

**portrayed** 124:6
**position** 116:22
135:8 167:9
**positions** 55:4
**possibilities** 81:10
**possible** 62:15
66:20,25 75:23
121:6 135:19
174:18,19 175:21
**post** 54:17
**posts** 86:17
**potentially** 13:2
14:1 156:2
**pottery** 28:23
**power** 93:11,14
**practice** 77:17
143:4
**practices** 77:15
**precautions** 26:20
26:23 27:1 29:12
**predicting** 159:9
**prefer** 59:15 70:19
97:12,13 161:11
161:14
**preferences** 34:9
59:13 69:15
146:18
**prepare** 15:10
16:2,9,19
**preparing** 164:23
**present** 4:14 10:4
16:23
**pretty** 19:6 28:16
34:10 55:7 102:14
108:14 109:11
115:5 125:21
160:6 185:18
**prevent** 57:13
58:3,13 107:19
112:19 114:18
189:18,25 190:1

**previous** 159:20
**previously** 128:9
198:5
**price** 185:2 187:8
**primarily** 173:6
**printed** 16:7
**prior** 16:19 23:15
30:19 52:25 54:10
54:16,17 55:14
64:1 86:16 88:12
91:17 101:2
111:22 113:5
114:9 151:13,14
174:24 181:5,10
181:15
**privacy** 6:4,12,14
6:15 14:15,17
26:11,16,20 29:12
29:24 31:1 33:2,5
33:9 34:14,19
36:8,10,24 37:3,5
37:10,13,14,22
38:12,15,19 39:1,8
39:12,22,23 40:4
45:6,10 47:21
49:3 51:22 52:24
56:18 58:17,18
69:2 84:4,9 85:2
86:3,9,10,13 96:9
96:9,17,18 98:4,5
98:6 100:2 101:3
101:14,15,16,21
101:23,24 102:1,2
102:4,23,24 103:2
103:4,15,23,25
104:1,17 105:4,22
105:23 106:12,15
106:20 107:7,10
107:11,18 108:1
108:12 110:11
111:5,13,18 113:1

Veritext Legal Solutions
866 299-5127

[privacy - purchase]

113:24,25 114:5,9
114:13 115:1,2,9,9
115:19 116:15,18
117:6,7,18 123:6
125:12,14 129:9
129:19 133:3,5
136:12 138:1
152:7,7,8,25 156:5
164:5,7,19,21,25
165:3 167:17,19
168:1,6,8,12,14,20
169:2,11,14,18
188:11 189:10,10
189:17 190:1,5,8
198:20,25 199:5
200:3,17
**private**  6:18 9:10
28:6 41:20 59:2
60:14,24 61:2,10
61:17,18,21 62:7
62:13 63:13,18,22
69:10,13,15 83:16
84:17,21 86:18
88:3 91:4 99:19
100:16 101:12
102:9 103:7 105:8
106:4,6,7 107:19
110:20 112:18
114:18 115:14,18
116:9,13 122:17
122:20 125:13,17
125:21,24,25
126:16 129:10
131:2,12,25 132:6
132:19,21 133:21
134:17 135:2
136:25 137:20
138:9,15 139:4,6
143:17 152:4,5,16
152:19 179:15
181:2 187:5,6

189:18,25
**privately**  6:20
86:14 98:7,7
108:10,17 110:8
113:3 123:25
130:6,7 131:12,16
131:18,22,25
132:4,10,14,18,24
133:21,24 134:2,2
134:4,6,11 135:13
135:20 138:8
149:6 150:12
152:17 168:10
199:7
**privilege**  155:13
202:7
**privileged**  17:5
23:8 56:11 155:9
192:19
**probably**  13:11
17:21 18:10,10
26:17 29:21 30:7
30:7,16 40:4
52:13 68:14 70:8
70:15,19 71:18
74:2 75:23 76:11
80:11 91:8,13,14
96:25 98:24
143:13 144:25
145:3,7,8 146:21
152:21 156:19
157:10 184:19
**problem**  69:7
136:20 148:16
162:12
**procedurally**
166:19
**procedure**  206:19
206:20
**proceed**  11:4

**proceeding**  10:6
25:16,24
**proceedings**  1:16
2:17 9:4 205:14
**process**  192:16
**producing**  79:24
**product**  50:2
63:24 87:8 123:4
124:13 157:13
161:8
**products**  18:16
31:24 50:4 89:15
125:3 157:3,6
178:5
**profile**  80:5
**profiles**  73:21
80:10
**profits**  73:14,19
75:17
**program**  19:5
**programs**  84:12
**project**  74:24
**projects**  183:2
**promise**  129:9
197:7,12
**prompted**  62:4,20
88:2
**prop**  18:5,19
74:21
**proper**  122:4
**properly**  57:22,23
**property**  156:25
157:2
**propounded**
166:20
**protect**  26:20
29:12 51:22 84:4
84:8 102:2,24
122:4 123:7,8
124:14 125:13,14
168:14 169:18

**protected**  122:13
125:1,3,4,6 129:1
129:11 198:19
**protecting**  122:19
129:13,18,19
**protection**  84:2
101:24
**protects**  123:16
**protocol**  40:12
**provide**  11:20
31:15 44:20 57:12
65:13 67:12 68:5
95:4,5,9,22 96:2
96:17 115:13
163:25 187:3
**provided**  96:1
97:15 164:13
206:19 207:8
**provider**  40:17
41:6 121:1,16
128:3
**providers**  121:23
128:12
**provides**  74:1
95:10 122:11
160:8 161:25
179:14
**providing**  139:19
159:13 190:13
191:4
**prudent**  92:20
**pull**  80:2,3 106:11
174:11 184:4
**pulling**  187:25
**puppet**  74:12,14
75:10,11 79:1
173:1,2
**puppeteer**  174:2
**puppets**  74:15
**purchase**  96:3
146:19

[purchased - receive]

**purchased** 157:3,6
   157:13
**pure** 80:20
**purpose** 85:19
   123:21,24
**purposes** 54:11
**purview** 128:16
**put** 18:24 27:21
   34:14 68:19 74:25
   77:12 95:6 107:22
   108:19 110:21
   112:22 139:7
   148:23 184:16,16
   186:15 193:23
   197:12
**puts** 101:17 199:3
**putting** 60:23
   67:20 73:21
   103:19

**q**

**question** 12:4,15
   12:17,21,22 15:24
   17:9 20:7 30:3
   35:9,11,21 36:22
   36:23 41:4 42:21
   43:6,25 44:2
   46:14 47:8,9
   54:11,12,14 58:9
   60:3 67:6 68:15
   77:2 82:19 84:6
   84:18 86:6 90:7
   99:21,23 100:19
   101:6 103:12,17
   103:22 104:16,20
   104:23 106:19
   109:21 111:21
   116:10 117:8
   118:17 122:7
   124:18 135:18
   148:9 149:22
   150:10 152:12

155:3,5,9 160:17
164:16 177:13
178:1 181:7,8
185:4 186:11
187:12 189:12
190:22 191:2,7
192:1 194:15,19
194:23 196:20
201:19 202:6,9
**questioning** 15:16
   78:15
**questions** 5:15
   12:11,13 15:15,18
   20:12 21:11 63:13
   104:4,6,11 115:3
   130:21 163:23
   164:1 166:17
   178:20 195:22
   197:1,4 198:7
   201:2,17 202:16
**quick** 27:12
   129:21 133:25
   195:9
**quinn** 4:4 10:10,11
**quinnemanuel.c...**
   4:10,11
**quite** 54:18,25
   85:1 118:10,13
   134:9

**r**

**r** 208:3,3
**r&s** 207:1,9
**rabbit** 146:21
**raise** 10:20 22:24
**random** 18:11
   78:2 172:12
**range** 184:17
**ranges** 90:11
**rare** 90:21
**rarely** 63:16 88:19
   88:24 161:23

**reach** 21:21
**reacquainted**
   142:14 171:13
**read** 30:8,10 33:5
   36:8,10,23 37:3,3
   37:5,6,14,19 40:9
   44:19 46:13,25
   48:8,15 50:14
   51:7 52:18 53:7
   57:4 58:2 96:21
   97:25 101:25
   102:14,20 103:5
   110:1,2,12,13
   111:16,20,25
   112:13 115:21
   116:7,11,24 117:9
   117:22,25 118:18
   120:17,22 126:6
   127:6,20 128:9,15
   130:16,19 131:7
   133:2,5,25 137:25
   138:17 142:8,12
   149:24 150:1,3,5,8
   168:5 171:12
   177:2,11 179:8,12
   188:7 189:15
**reading** 28:17,23
   30:8,14 37:22
   39:15 58:11
   109:12,23 111:22
   119:2 167:22
   177:5 206:23
   207:9
**real** 18:9 27:12
   72:4 79:18 133:25
   195:9 198:10
**realize** 100:25
**really** 20:23,24
   27:11,25 29:7
   59:6 60:25 62:1
   65:19 66:11,15,17

69:16 72:11 78:3
78:3 81:18 82:6
88:6 91:25 115:15
117:5 126:8,11
136:13 139:9
145:22 146:16,24
147:16,22 148:20
157:8 161:13,15
185:16,22 187:5
192:9,16 200:18
200:18
**realm** 81:10
**reason** 11:20,22
   51:23 62:3 82:7
   139:5 147:2
   191:16 208:6,9,12
   208:15,18,21
**reasonable** 92:2
**reasons** 147:5
**recall** 21:4,5,5
   31:5,11 32:20
   37:25 38:9 39:12
   45:7 49:4 52:9,15
   52:16 55:21 61:20
   61:21,24 62:6,9
   98:19,23 106:20
   106:24 107:1
   110:23 111:16
   114:8 127:12
   143:3 167:18,22
   169:8 183:11
   184:1 190:13
   191:4 192:13,18
   192:25 201:2
**receipt** 46:20
   47:13
**receive** 32:16,17
   49:19 63:21 64:10
   64:16 65:13,24
   68:4 124:11,23

Page 28

[received - requested]

**received** 31:24
63:17 69:24 84:16
84:20 141:25
**receives** 56:8
68:19 69:9 71:14
**receiving** 32:19
49:7 62:11 67:13
85:5 86:3,9 92:14
107:20 112:19
114:19 119:7,9
125:6 189:19
**recess** 33:19 63:9
72:19 93:23 130:1
163:5 186:6
**recognize** 142:2
165:19 171:8
188:3
**recognized** 44:23
**recollection** 17:4
17:13 114:11
139:16 159:15
167:20 168:22
169:3
**record** 9:7,13 10:5
11:12 33:17,20
43:24 63:7,10
72:12,14,16,18,20
93:18,20,22,24
101:7 102:21
104:9 126:19
129:24 130:2
150:8 162:21
163:3,6 166:18
167:8 186:3,4,7
202:20,21 205:14
**recorded** 9:14
205:11
**recording** 9:12
53:14
**records** 116:4

**recovery** 174:21
**red** 70:13 160:24
**redfin** 6:4 35:24
36:8 39:1,8 40:3
40:22 41:9,14
46:21 47:14 49:3
49:8,20 50:4,23
56:18 58:17,19,20
60:16 62:12 66:9
167:20
**redfin's** 39:21
40:24
**redirect** 104:3
**redundant** 110:22
**redwood** 4:8
**refer** 46:22 69:11
96:25 103:24
115:17 201:6
**reference** 101:20
**referenced** 206:6
**referred** 193:14
**referrer** 112:10
**referring** 47:22,23
52:7 55:17 56:4
94:22 102:22
109:15
**refers** 115:1,4,18
115:19 116:14
**reflected** 167:1
**refresh** 17:13
38:24 39:5 45:19
57:1
**refreshed** 17:4
107:13
**regard** 77:17
179:17
**regarding** 21:18
25:13 149:10,16
150:17,24
**regret** 75:10

**regular** 21:13
41:12 55:9,9
60:16 82:6 133:11
159:17
**relate** 14:1 155:23
**related** 10:2 18:17
22:5,5,8 31:24
43:13 122:12
130:21 155:15
172:19,20 205:17
**relates** 125:3
153:7 197:8
**relation** 22:10
**relationship** 23:18
23:19 98:1 196:23
**relationships**
23:21
**relatives** 23:20
**released** 206:21
**relevant** 78:16,18
146:13
**remainder** 23:6
**remains** 151:15
**remember** 20:23
20:25 38:6 45:5
51:20,20,21 55:19
62:4 88:1,1,6,7
111:12,22 120:8
168:1,4 169:10
172:3 192:8,9,16
195:22 196:20
197:4 198:6
**remembering**
113:11
**remembers**
111:20
**remind** 113:13
**remote** 1:16 2:17
**removed** 43:11
**repeat** 36:21 45:24
58:8 84:5,18

149:22 160:14
191:21
**repeating** 47:8
109:21
**rephrase** 12:16
36:20 164:18
**reported** 1:23
**reporter** 2:21 9:25
10:17,19 11:1,3
12:1,9 33:13
49:14,17 72:12
93:20 149:24
150:1,4,5,8 160:13
202:19
**reports** 112:9
**represent** 46:15
56:17 97:15
101:10 102:7
106:2 114:4
137:19 189:18,24
195:14,17
**representation**
114:17 115:13
119:6 155:8
**representations**
99:17 118:8,21
**representative**
23:25
**represented**
110:18 124:4
196:18
**representing**
10:10,13 23:22
111:17 116:8,12
**represents** 100:13
117:10 190:1,3,7
**request** 64:23
112:11 179:7
188:5,7 189:1,15
**requested** 207:1,9
207:10

Veritext Legal Solutions
866 299-5127

[requests - sara]

**requests** 8:9
187:16,20 188:2
**reread** 53:22
109:19 166:13
189:23
**research** 31:2
88:14 183:14,20
**resolved** 166:24
**resource** 129:13
**resources** 127:25
128:20,21,23
129:1,5
**respect** 17:13 76:7
78:21 135:18
167:13,24 168:13
169:19 180:15
198:25 200:6
201:24
**responded** 201:25
**responding** 130:16
164:20
**response** 7:9 10:25
67:12 142:6,10,16
166:11,22,22,25
167:3,15 170:22
171:21 177:9
178:17 179:1,9
182:22,25 183:9
188:14
**responses** 6:23 7:5
7:22 8:3,8 141:17
141:19,24 163:25
164:23 165:10,14
165:22 166:1,2,6
170:19 171:11
176:19,22 177:3
182:7,10 187:16
187:19 188:1
201:7
**result** 68:12
133:24 153:3

**_**

156:4,25 157:3
201:1
**results** 65:2,14
67:12 68:5 75:5
131:13
**retail** 79:14
**retailer** 80:19
**retained** 23:10
202:25
**return** 95:23
206:17 207:6
**reveal** 20:8 155:3
**revealing** 15:19
30:4
**review** 16:25 17:2
17:16 33:2 38:15
38:18 46:15 51:10
99:8 164:19 165:4
165:21 206:8,10
206:13 207:2
**reviewed** 17:7
30:20,23 39:21,23
74:14 98:23 99:11
99:11 106:25
111:12 114:13
120:6 130:15
163:19 164:21,22
165:8 167:17,19
168:1,20 169:11
188:11 190:9
**reviewing** 38:19
39:18 98:19
106:20 114:8
163:20 168:6
169:14
**rewards** 183:21
**right** 10:20 12:24
14:24 15:9 22:22
22:24 23:2 29:1
29:10 30:17 33:22
34:12 35:23 38:21

**_**

40:1,5 41:9 43:4
45:8 46:2,9,10
47:2 48:24 52:25
56:13 57:4,25
60:5 63:3 64:8
65:15 67:15 68:10
69:7,13,19,20,21
71:11 72:22 87:1
87:11 90:9 92:7
93:3,19 94:8 96:6
97:2 98:8 99:7
101:8 102:15
105:13,20 107:6
108:14 111:2
112:2,14,20,23
113:4,10,22
114:24 117:20
119:10 120:5,15
124:7 126:14,22
127:3,10 128:13
129:7,17,20,21
130:4 138:14
141:22 149:4,21
150:10 151:7
155:7,24 156:16
162:24 165:9
166:10 167:8
170:18 171:8
172:7,24 174:9,14
175:3,10 176:2,12
176:17,18 177:1,9
177:14,24 178:12
179:10 181:4
182:6,18,20
185:19 186:2,9
187:7,11,22 189:7
190:12 195:7,10
196:8,16 198:4
200:3 201:14
202:9,12,15

**_**

**rights** 28:24
**ringer** 15:8
**rmcgee** 3:22
**rockwood** 1:24
2:21 205:4,25
**rog** 141:17
**rogs** 162:19
165:11
**role** 19:15
**roll** 195:10
**room** 13:3 14:5
15:5
**rosas** 1:24 2:21
9:25 205:4,25
**rough** 202:18,18
**rpr** 1:24 2:21
205:4,25
**rules** 11:23 207:8
**run** 18:23 81:3
154:1,4
**running** 74:20
**runs** 128:2
**ryan** 3:18 10:14
72:13

**s**

**s** 208:3
**sad** 200:23
**safari** 57:20 61:23
62:10 88:21 131:3
**safari's** 62:12
**safe** 39:22 122:18
136:25
**samsung's** 89:3
**san** 3:13
**sandwich** 94:6
**sara** 4:5 10:9
33:13 44:1 45:21
54:9 57:2 58:9
60:1 70:10 72:6,9
75:11 78:13,14
80:14 84:6 86:5

Veritext Legal Solutions
866 299-5127

[sara - send]

87:10 101:1
126:23 130:10,20
145:15 148:9
171:4 185:22
**sarajenkins** 4:10
**save** 120:17,19
**saved** 66:12
138:20 139:2
**saving** 127:22
131:1
**saw** 38:1,6 40:4
136:1 168:23
**saying** 30:11 31:6
42:7 43:4 50:3
52:11 60:10,12,20
60:24 62:3,7
70:23,24 73:8,11
78:25 87:4 105:13
110:5 112:16
117:2 118:11
125:21 133:23
134:1,16,19,21
135:1,4 154:13,14
173:23 188:20
**says** 14:12 39:5
40:6,8 44:16
47:16,25 49:24
50:11 55:4 59:7
81:13 101:17
102:16 105:12
108:18 111:7
114:25 115:7,22
116:15 117:6,13
117:21,23 118:15
118:23 120:16,23
121:9,20,25
127:15,20 128:19
133:20 135:13
138:4,15,16
142:20 164:4
178:21 184:8

188:14 189:9
197:23 198:18
199:4,6,14,17
**scan** 14:25
**scenes** 67:9
**schapiro** 167:10
**schedule** 12:20
206:10
**schiller** 3:4 10:13
**school** 120:25
121:8 128:1
**scope** 166:21
**score** 28:14
**scott** 4:15 9:23
**screams** 125:16
**screen** 13:6 14:14
67:10 72:5 85:2
97:11 98:9 119:12
120:13 122:14,16
124:7,9,10,21,22
124:24 125:5,12
125:16 138:3
146:20 197:20,24
**screenshot** 6:17
119:11,13
**screenwise** 183:7
183:12
**screw** 81:4
**scroll** 40:6 44:12
**se** 3:6
**search** 6:20,21
50:17 64:15 65:3
65:14,17,20,21,22
66:6 67:4,9,12
68:5,12,20 83:10
98:6,7 123:5
124:10,22 128:3,3
128:3,5,8 130:5,7
130:8,25 131:1,11
137:23 141:8
143:23 149:13

150:20,21 157:10
158:24
**searched** 66:13
149:12 150:19
**searches** 31:25
138:19 139:1
147:20 149:6,16
150:12,24 158:24
159:20
**searching** 31:23
32:2 64:17 65:14
67:20 128:7
159:14
**second** 3:6 6:10
7:23 8:9 14:10,12
15:12 46:4 51:7
56:20 57:3 72:24
78:12,13 96:20
97:6,7 109:17,18
111:25 112:22
121:12 130:18
131:5 133:20
167:14 176:20,22
179:1 187:16,19
188:2
**secret** 60:23
**section** 36:11,25
40:7 44:16 45:5
97:24 111:13
113:14 115:21
116:23 117:9,21
128:19 138:15,16
182:24
**security** 144:23
**see** 14:9 27:5
30:18 38:11 40:1
44:16 46:19 47:16
48:5 50:16 60:13
78:17 86:17
100:24 101:23
102:6,18 105:15

105:18,20 106:8,9
110:17,22 111:7
111:11 112:25
114:7 115:12
119:24 120:1,7,14
121:17 122:9
124:9,20 130:13
137:17,18 142:2
145:22,23 154:22
164:6 165:6 174:9
175:11 178:21,25
179:4 180:12
184:17 187:24
188:14 189:1,7,8,9
189:20 198:11,15
198:17,22,23
199:13,22
**seeing** 21:19 40:1
45:5 101:20
114:12 120:1
**seek** 30:11
**seeking** 64:20
**seen** 18:24 30:25
31:1,7 36:18
39:12 48:19 51:16
80:12 81:13 91:15
101:15 117:1
120:9 127:11
155:21 157:24
163:21 164:25
165:7 167:21
**sees** 199:25
**self** 123:19
**sell** 78:10 140:2,9
140:11,22 141:1,5
144:11 145:10
151:19 177:15
184:10,25 185:2
185:10,11
**send** 15:1 50:4
77:9

Veritext Legal Solutions
866 299-5127

[sending - skeptical]

**sending** 34:15,22
36:19 153:23,24
154:17 155:18
**sends** 48:12
**sense** 15:21 27:5
29:7 93:8 159:22
176:1
**sensitive** 9:9 29:4
60:6,9,11,14,17,19
60:24 62:23
178:23 181:11
182:2
**sensitivity** 28:23
**sent** 64:23
**sentence** 105:16
109:16,17,18,20
113:18 130:18,19
131:5 133:20
134:12 137:21,24
138:4 142:19
168:17 198:11
199:17
**sentences** 109:24
110:2,4,13 113:12
113:19
**separate** 101:10
104:1 174:25
**september** 182:7
**series** 77:20
192:14,15
**serious** 149:23
172:20
**served** 20:19,21
149:10 150:17
**server** 83:25
**service** 6:11,13
14:15 30:9,25
40:16 41:11 44:20
44:22 94:12 95:4
95:5,6,7,8,21 96:8
96:8,15,16 98:2,3

98:16,20 99:8,15
99:18,24,25 100:1
100:2,6,14 101:20
104:18 106:1,15
121:1,16,23 123:5
123:9 125:7 126:6
126:8 128:2,12
138:19 160:7,12
160:15 161:1
165:2,3 188:20
200:20
**services** 6:7 18:16
40:11,18,20 45:3
45:14 48:1,3,10,16
50:2,17,18 51:11
87:21 95:10,16
96:3,15 102:3,3,25
102:25 103:21
108:1,11 111:8,11
112:9,14 122:11
123:7,18 129:10
157:15 161:24,25
178:8 188:13,22
188:23 189:19
199:4
**session** 32:17,18
72:24,25 128:5
132:6 147:11
**sessions** 90:13,16
181:6,10,15
**set** 6:24 7:1,23 8:4
8:9 48:14 105:9
105:13 141:19,25
162:20 163:11,17
170:13 176:20,23
182:11 187:16,20
188:2 205:7
**setting** 82:4 105:4
**settings** 27:3,3
40:13 50:15,16,22
51:2,4,9 53:18

81:12,21 82:6,12
108:12 112:4,5
131:13
**sexual** 24:22
**share** 38:23 48:3
48:17 118:2,23
119:5 131:10
137:22 152:10
197:20
**shared** 58:24
198:13
**sharing** 33:6
121:22 197:24
**sheets** 13:13
**shifted** 152:6
**shirt** 70:13 185:3
**shopping** 28:7,15
**shores** 4:8
**short** 127:5 157:12
**shorthand** 2:21
**show** 74:12,14
75:10 79:2 128:3
149:11 150:18
162:10
**showed** 16:8 82:20
82:23 138:3
**showing** 43:12
122:17 158:11
**shows** 13:11 75:11
124:24 125:10
172:14 175:14
176:14 200:10
**shut** 147:11
**shuts** 149:8
**sic** 108:11,13
111:10
**side** 95:6 120:22
156:8 172:20,21
178:10,11
**sign** 53:16 60:24
128:1 131:12

133:8,12,22,23
134:5,18 135:15
135:16 138:18,24
138:25 139:11
156:6 166:1
206:16 207:5
**signature** 166:3
204:12 205:24
206:21,23,23
207:9
**signed** 51:8 98:25
99:3 133:14
134:19,22 136:10
136:11 139:14
183:24,25 184:5
**signing** 172:12
**signs** 138:21
**silly** 66:17 123:11
**similar** 66:8
**similarly** 1:7 2:8
**sir** 11:3 201:16
**sit** 90:23 142:15
166:4,7,9 171:14
177:10
**site** 38:3 81:20
82:3 120:20 129:5
133:4
**sites** 6:6 45:14
47:18 48:3 50:13
51:12 52:21 118:2
118:3,14,24 119:5
128:1,20,22 141:7
146:19
**sitting** 153:6
185:19 186:11
187:2
**situated** 1:7 2:8
**situations** 59:4
**six** 97:24 182:1
**skeptical** 92:20

Veritext Legal Solutions
866 299-5127

[skill - stuff]

skill  205:15
slater  4:15 9:23
slides  13:14
slippery  85:9
slope  85:9
slow  57:3
slowly  150:6
small  25:18 26:1
  29:22
smart  66:25
snapshots  116:3
social  144:23
software  179:15
sold  80:18 144:13
  177:18
sole  18:5,19 74:21
solemnly  10:22
solution  107:10
solutions  9:24
  10:1 202:25 206:7
somebody  60:21
  81:24
somewhat  43:6
sooner  153:21
  154:5
sorry  22:23 26:8
  44:1 48:24 55:24
  58:8 60:2 61:9,13
  61:13 67:8,18
  72:3,8 84:5 87:10
  87:15 90:8 92:3
  98:7 100:11,24
  103:9 109:6
  113:10 116:20
  117:24 120:4
  121:11 124:14,16
  129:16 131:4,9
  144:4,6 145:12,13
  150:6 151:14
  158:14 160:13
  169:22 170:25

171:22 173:19
  174:11 175:8
  185:22,24 189:7
  196:8 199:11
  201:18
sort  32:5 77:17
sorts  37:9
sound  165:7
  174:17 175:16
  176:16
sounds  63:6 99:7
  124:2 174:18
  176:17
soup  94:7
source  31:6
speak  12:3 22:19
  139:9,9
speaking  16:9
  22:25
speaks  49:22
special  36:11,13
  36:24 37:2
specific  20:3 32:17
  34:4 37:25 50:20
  71:5 77:2 103:5
  105:12,13 114:11
  127:12 133:10
  146:7 172:8 183:5
specifically  20:23
  20:25 31:9 38:9
  41:23,25 47:7
  51:20 71:11 82:2
  84:3,8,10 107:1
  116:24 130:17
  140:15 164:3
  166:10 177:24
  182:1
specifics  76:23
  141:6
specified  95:4

speculate  71:18,21
  126:8
speculation  49:10
  58:6 66:1 67:17
  68:7,22 71:22
  126:4 146:10
  193:24
speculative  66:3
splash  14:14 85:2
  138:3
splits  173:8
spoken  11:24
  196:4,13
sports  28:14
spy  122:16 158:18
square  117:5
ss  205:1
stand  89:14
standalone  84:11
standard  2:19,19
  9:2,7 115:17
  203:1
standing  45:21
  57:7 114:20
  127:17 130:20
  138:12,13
stands  37:11,18
  101:13 110:23
  113:9
starbucks  168:19
start  11:11 131:6,6
  145:23 154:9
  158:24 196:9
started  52:4 54:7
  74:12 81:25 87:17
  90:6 92:5,10
  94:18,21
starting  50:15
  53:12 117:23
  139:7 179:4

starts  142:7
  147:16
state  10:4,6,22
  11:11 20:1 99:18
  204:2 205:1 206:9
  206:12
stated  31:11,13
  112:25 135:15,20
statement  119:4
  133:19
statements  108:14
  111:2 200:2,5,13
states  1:1 2:1 9:17
  117:18 125:5
  198:11
status  24:10
stenographically
  205:11
step  12:9
steps  122:4 159:4
  159:8 169:18
stick  126:12
stipulation  206:20
stole  73:9,10
stop  37:21 145:14
stops  127:22
store  115:25
  199:18
stored  53:18 116:5
  118:5,12 198:13
stores  115:23
  117:14 199:15
straight  31:5
street  3:6,12,19
strike  70:3 121:11
studies  183:25
study  183:14
studying  20:3
stuff  30:17 74:18
  83:9,11 122:17
  134:24 137:2

[stuff - tell]

147:1 161:9
**subject** 11:18
**submitted** 167:1
**subscribed** 205:20
**subscriber** 7:11,14
7:17 174:4,6,13
175:5,11 176:4,10
**subscribers** 75:7
**subscribership**
75:14
**subsequently** 99:1
**substantive**
190:24
**sudden** 32:8
**suffered** 156:4
**sufficient** 47:6
113:8
**suggest** 49:18,19
158:23
**suggested** 86:17
**suggestions** 128:4
159:13,16
**suing** 24:6
**suite** 3:6 11:14
95:12
**sullivan** 4:4
**summary** 25:19
**supervision**
205:12
**support** 67:1
155:1
**supported** 57:15
**supposed** 59:7,7
148:17,21 153:24
154:17 158:16,17
158:18 162:13,14
175:18 178:11
188:19
**sure** 12:9 16:1
18:1 21:3 25:2
33:15,16 35:18

36:9,9 37:23
42:20 46:7 47:11
48:23 49:12 53:2
63:5 71:19,23
72:7,15 78:10,14
81:9,9,13 83:20
88:5 89:13 98:25
99:2,12,12 103:10
113:15 129:23
130:23 139:12
140:5,5 143:13
154:12 164:8
165:21,24 166:8
177:11 192:3,10
**surf** 86:22
**surfboard** 149:7
150:14 158:12
**surfer** 150:21
**surfing** 149:7,10
149:12,14,15,16
150:13,17,19,21
150:21,23,25
**surprise** 194:6,9
195:1,4
**surveys** 141:12,13
141:15 144:14
177:19 183:21
**svk** 1:9 2:11 9:19
**swear** 10:21
**switch** 87:19,25
**switched** 197:19
**sworn** 163:25
**sync** 137:6,11,11
137:13
**syncing** 137:7
**synonymous**
62:25 91:8
**system** 40:15
112:5,9 115:24
118:4 199:15

**systems** 117:15

**t**

**t** 19:14,20 24:6
25:1,13 83:21,23
208:3,3
**tab** 13:9 170:6
175:4
**tablet** 89:8,12,14
192:4
**tabs** 13:10 53:18
**tailor** 31:19
**tailored** 28:8
31:18,18 32:12
71:23 157:24
**take** 9:12 12:19,23
12:23,24,25 13:1
24:21 26:7,20,24
29:12 33:14 34:2
34:4 39:16,17,24
45:11 46:18 47:3
50:8,11 56:18
63:3,5 72:4 93:11
93:14,15,17 97:11
100:12 107:17
114:16 115:20
117:20 127:14
129:21 130:18
132:20 133:6
137:16 138:14
141:12,13,15
142:2,5 145:16
148:14 154:5,18
157:8 162:25
166:10 167:9
171:10 177:1
178:16 182:21
189:14 200:5
202:17,18
**taken** 2:16 9:15
144:14 159:4,7
169:18 177:19,21

205:7
**takes** 89:1 122:4
154:7 155:16,19
**talk** 93:12 193:20
**talked** 55:18 122:6
**talking** 20:14 32:7
34:16,18 41:12
56:3 71:3,4 78:21
101:21 103:10
104:24 133:10
159:17 190:15
**tampa** 3:20
**tangent** 147:17
**target** 74:9 147:4
147:10
**targeted** 74:6
149:21 151:6
157:4,7,14,18,22
158:2,5,8
**team** 22:6 28:15
**tear** 153:20
**technical** 19:8
66:21 68:14
186:10
**technicalities** 92:1
**technically** 17:21
19:3
**technicals** 35:18
**technology** 79:4,5
**telegram** 168:18
168:21
**tell** 13:6 14:7 16:5
16:12 17:19 19:13
33:6 72:2 80:7
85:24 86:22 90:23
100:5 101:19
106:12 108:19
112:18 114:17
123:6 146:4
149:17 151:1
153:6,9,12,12

[tell - thought]

167:16 177:14
187:9 191:24
193:2,3,13,22
198:24
**telling**  16:11
103:22 116:18
129:14 137:23
**tells**  107:23 112:12
138:10
**ten**  63:5 83:11
111:15 129:22
**tenants**  25:21
**tend**  89:4
**tended**  172:16,19
**tenth**  125:9
**term**  91:7 179:11
**termination**  25:7
**terms**  6:11,12,13
6:14 14:15 30:9
30:25 38:6 94:12
95:6 96:8,8,15,16
98:2,3,16,20 99:8
99:14,17,24,25,25
100:2,3,6,14
101:19 103:21
104:18 106:1,15
106:16 107:7
126:6 165:2,2
**terpene**  80:4,10
**territory**  22:18
155:13
**tested**  80:18
**testified**  25:11,16
39:20 86:21 87:6
139:19 160:19
171:23 201:12
**testimony**  11:21
14:1 25:23 64:1
78:16 113:6
151:13,14 174:24
201:5 202:23

205:6,9,14
**text**  116:2 159:10
199:20
**texted**  185:25
**thank**  10:15,21
11:3,5,9,16 14:13
14:19 15:3,9 25:8
38:13 49:5,17
94:1 98:10 100:10
113:22 127:2
158:11 177:6
197:22 198:1
201:16 202:19
**thanks**  46:1,6
57:10 114:23
118:1 129:22
130:24 202:17
**thc**  80:8,16,20
**theme**  83:5 148:17
**thereof**  205:19
**thing**  32:5 37:6
46:13 47:1 60:22
62:24 65:11 68:12
69:6 70:9 75:15
87:1 103:11
105:14 117:13
125:18 127:6
156:18,19 158:9
187:4
**things**  18:11 19:1
20:11,13,17 21:18
27:3,4 28:21,22
30:10,12 31:8,8,14
32:11 34:5 37:8
42:24 52:4,13
54:1 55:15,17,18
55:20,22 65:8
66:8,10 69:12
70:15 71:10 73:25
73:25 74:6,7 77:8
78:2 83:6,11

86:13 87:22 95:12
95:14 99:1 117:4
118:11 135:14
137:3,8 139:18
141:12 144:23
145:2 146:18
148:20 161:13
169:7 172:12,14
180:20 181:22
192:14,15,19
193:19 198:9
202:11
**think**  26:16,18
27:2 28:23 29:4,6
29:19,23,23 30:2
32:22 34:4,5
35:10 38:7,21
45:19 46:25 52:2
52:5,10 54:10
56:4 61:12 62:5
62:10,14,18,25
64:12,15,19 66:14
69:3,8,11 70:8,8
71:25 72:5 74:2
75:15 76:10,12,13
76:16 77:6 78:15
78:19 81:22 83:3
83:19 86:2 88:24
88:24 91:10,12,17
92:1,2,20 93:10,11
93:13 94:13 100:1
101:2,2 102:7,14
103:17 105:2,6
107:9,21 108:2
109:6,8,11,12
110:3,15,21 111:1
112:24 113:8
115:3,5 119:4,22
120:7 121:2,6
122:9,12,13
123:19,21,24

125:1,8,20 126:2
127:9 132:8,23
133:8,17,22 134:6
134:7,9,15 136:2
137:25 138:4,4,9
138:12 140:7,13
140:20 142:8
143:15,19,24,25
144:16 145:6,13
146:2,6,15,17,22
147:21 148:5,10
149:9 150:15
151:11 152:16
155:10,12 156:13
156:18 158:8,10
158:15,20 159:2,9
167:5,22 169:15
170:15 171:23
172:5 173:4,17,24
175:17 179:11,24
179:25 181:18
184:17,18 185:13
185:14 190:19,23
190:23 192:3,13
193:8 194:14,19
199:10,10 200:13
200:20,22,22
201:19
**thinking**  169:22
169:24 191:19
**thinks**  92:4 135:25
**third**  52:18,19
81:12,17 113:13
172:24 183:9
**thought**  55:14
64:4 82:23 87:5
124:17 136:1
152:24,25 174:18
179:24 188:10
201:10

Veritext Legal Solutions
866 299-5127

[three - type]

**three** 113:6,7
158:7 159:25
160:1 171:18,19
171:24 180:17
200:1,5
**throttle** 154:3
**thursday** 1:18
2:20 5:4 9:1
**tie** 116:16
**tied** 105:10
**time** 2:19,20 9:2,7
10:7 11:10 18:25
19:10,18 33:18,21
39:16 41:19 46:15
47:6 54:6 61:23
63:8,11 69:14,16
72:17,21 74:25
79:11 83:22 87:23
89:17,17 90:17,20
93:22,25 94:19,19
99:4,9 104:3,6,23
107:3 109:2,3,4,4
112:10 118:19
119:2 120:7,9
124:6 125:9
126:25 129:25
130:3 135:23
149:9 150:15
154:7,9 157:8
163:4,7 169:5
175:22 186:5,8
198:24 201:17
202:22 203:1,1
205:7,8,10 206:10
206:18,24 207:7
**times** 31:22 38:1,4
58:23 59:1,2
90:11 98:24 99:13
107:2 132:8 148:8
173:12

**tinker** 52:14
**tinkered** 51:4
**tinkering** 51:21
**title** 19:16,17 57:5
166:3
**titled** 163:17
**today** 11:17,21
12:20 13:4 14:2,5
15:4,11 16:3
38:22 58:18 82:20
82:22 83:1 90:23
142:15 153:6
166:4,7 171:15
177:10 185:19
186:11 187:2,11
190:10 198:25
201:5,12
**today's** 202:23
**told** 24:18,20 50:6
66:1 81:24 82:9
83:14 112:21
136:24 137:13
138:1 140:16
148:18,22 152:8
194:6 195:1
**ton** 155:10
**tools** 48:11
**top** 30:24 47:25
78:2 85:1 97:16
122:16 154:10
172:3
**topic** 51:13 66:2
93:4
**total** 126:25
162:22 202:24
**touch** 20:15
193:23 195:20
**track** 81:5 136:7
136:10 149:25
177:22,22

**tracked** 69:1
132:22 137:3
**tracker** 69:14
**tracking** 85:17
136:16
**tracy** 4:6 10:11
97:5 113:23
119:11 126:14
130:4 141:16
162:18 170:18
174:3 175:3 176:2
176:18 182:6
187:15 197:18,19
199:8
**tracygao** 4:11
**traditional** 91:3
**train** 124:17
**transaction** 74:2
**transcribed**
205:12
**transcript** 206:6,8
206:10,13,13,21
207:2,2
**transcripts** 17:16
**transmitted** 118:5
118:12
**transparency**
34:22,24
**transparent** 33:9
38:12 85:15
**transportation**
18:8
**travel** 18:18
**treat** 102:1,24
**trial** 25:11
**tricky** 27:20
**tried** 61:12,15,18
63:15 144:11
**trouble** 24:12 67:6
**true** 23:1 92:5,16
92:18 117:9

135:19 187:2
204:3 205:13
**trujillo** 1:6 2:7
**trust** 49:25
**trusted** 88:15
**trusting** 110:5
**truth** 10:23,24,24
**truthful** 11:21
**try** 12:4,7,16 27:4
34:2 53:25 58:7
76:12 84:3,8
140:17 145:13
197:21
**trying** 15:16 24:11
31:3 36:22 54:20
76:24 79:10 87:13
100:23 103:16
118:18 135:11
145:1,10 146:15
149:17 151:1
152:20,21 154:6
164:15
**turn** 12:5 40:5
97:22 111:5
112:23 164:3
174:5
**turned** 15:6
**twice** 73:9
**twin** 4:7
**two** 56:19 61:12
61:15 72:5 90:19
94:13 109:23
110:2,4,13,16
113:3,11,12,15,19
173:9 192:3 196:9
202:11
**type** 18:7 64:20
68:9,24 70:13
73:22 74:18 84:13
89:6 112:4,4
143:13 147:20

Veritext Legal Solutions
866 299-5127

[type - valuable]

156:9 180:5
**types** 28:3,11 29:1
   29:3 78:6 79:7
   179:2
**typing** 66:6 97:16
   158:24

**u**

**uh** 43:9 94:23
   115:15 130:14
   182:13 194:18
**ultimately** 152:23
**unaware** 90:3
**uncovered** 201:8
**underneath** 50:13
   115:21 120:18
**understand** 11:17
   12:14,15 15:22
   29:25 30:6 31:3
   32:4 33:11 34:20
   40:24 42:21 47:12
   47:17 51:24,25
   52:21 53:25 58:12
   58:15,23,24 59:1
   59:24 61:3 64:10
   65:12,16,20,21
   67:23 68:3 79:10
   86:25 87:3 96:19
   100:23 103:3
   105:9 108:20,24
   116:7,11,14,22
   119:8 121:21
   122:21,23,25
   128:10 131:20
   133:3 135:8 137:3
   137:7,18 138:21
   138:23,25 139:22
   154:12 155:20
   157:18,21 161:3
   163:22 170:15
   174:24 178:3,7
   179:20 180:25

181:13,14 183:11
   183:20
**understanding**
   53:21 54:2,6,7,15
   54:21,23 55:1
   56:7,11 68:17
   69:3 73:13,16,18
   75:17 79:4 83:15
   83:17 84:24 86:23
   90:24 92:13 103:6
   105:6 122:3
   128:21 135:10,16
   137:5 139:17
   143:8 153:18
   154:16,19 179:18
   180:1,9,16,17,23
   181:1,4,8 183:16
   183:19 185:18
   201:23 202:3
**understood** 12:18
   164:9 170:1
**unemployed** 17:22
**unfortunate**
   200:18
**unfortunately**
   178:13 200:14,14
**unique** 40:14
   48:18 112:3,15
**unit** 9:14
**united** 1:1 2:1 9:17
**units** 202:24
**unknowing**
   152:17
**unknown** 156:24
**unlawfully** 178:24
   181:12,21,25
**unlimited** 154:2
**unobstructed**
   80:20
**unsure** 164:22

**upgraded** 162:2
**upload** 126:14
   162:18 176:18
   187:15
**upping** 185:14,14
   187:8
**url** 48:13 112:11
**urls** 116:1
**urquhart** 4:4
**usa** 19:14
**usage** 139:21
**use** 6:6 13:14 19:5
   38:16 40:11,19
   44:20 45:2,3,14
   46:20 47:13,17
   48:1,16 50:18
   51:11 52:20 58:19
   58:20 59:12 62:1
   64:3,4 75:1,23
   77:9 78:1 79:4,12
   83:24 85:13 88:13
   88:17,22 89:6,14
   89:16,19 90:10
   92:6,9,12 95:7,15
   95:23 96:1,4
   102:2,4,25 103:1
   107:25 111:8,10
   128:24 131:2,12
   133:21 134:17,18
   136:7,9 138:8,18
   151:23,25 152:1
   155:23 159:23,24
   160:1,4,5,18,20,22
   161:2,6,16,17,18
   161:19,21 168:5
   169:13 171:24
   172:6,8,13,18
   173:5,6,6 178:5
   179:24,24 180:13
   184:10 185:20
   186:12 188:13,22

198:13,18 199:4
   200:20
**user** 33:12 40:12
   59:9,11,17 60:6,9
   60:11,19 62:23
   69:10 71:4,5
   73:14,19 75:18
   76:10 77:3 78:21
   113:2 123:25
   135:21 137:20
   146:3,16 149:5,6
   150:11,12 178:6
   178:23 180:22
   181:1,11 182:2
   184:14,25 188:21
   200:7,19
**user's** 179:14
   184:9 188:12
**users** 44:21 49:20
   98:1 142:21 143:4
   157:21
**uses** 6:5 44:22
   45:13 46:21 47:14
   48:9 50:4 75:21
   112:14 153:18,18
   154:14,15 190:8
**usually** 12:25
   128:24

**v**

**vague** 22:16 36:14
   44:7 70:4 71:16
   73:3 135:23
   151:11 168:21
   169:3 179:22
   185:3,8 192:24
   196:3,6 200:9
   201:9
**vaguely** 39:19
   167:22
**valuable** 143:10
   143:14,15,19,20

Veritext Legal Solutions
866 299-5127

[valuable - web]

144:23,24,25
145:4,6,7,10,13
146:7 147:3,5,10
147:21 148:6,11
149:2,18 151:2,16
152:6,9,18 154:7
160:7 185:18
187:7
**value** 145:9,18
152:2 184:16
**values** 145:23
190:14 191:5
**vape** 80:12,13,16
**vapes** 80:14
**variety** 108:1
199:4
**vehicle** 108:16
110:3
**veneer** 54:24 55:2
**verbiage** 97:1
**verification**
165:25 166:2
**verified** 7:4,8 8:2
165:13 170:21
182:9
**veritext** 9:23,25
202:25 206:7,9,11
**version** 57:15
106:6,7 112:7
114:8 157:12
162:1,2,4 168:24
169:5
**versus** 9:16 28:24
29:22 66:7 135:25
149:19 151:4
**video** 9:12,14
48:11
**videographer** 4:15
9:6,24 10:15,17
33:17,20 63:7,10
72:16,20 93:21,24

126:20,21 127:1
129:24 130:2
162:23 163:3,6
186:4,7 197:25
198:2 202:21
**videos** 75:2 160:25
**videotaped** 1:15
2:16
**view** 84:15,19 86:1
123:13
**viewing** 41:18,19
109:9
**views** 75:1,6,13
**vigilant** 30:16
**violation** 140:8
**virtual** 9:20 83:16
**visible** 120:23,24
121:4,5,7,15,19
123:1 126:1
127:16,21,24
128:11
**visit** 33:3 35:24
36:1 38:5,7 40:17
44:24,25 46:20
47:14 48:9 59:3
60:16,18 64:9
116:3,4 118:3,24
119:5 120:25
121:19,22 122:21
122:23 123:3
126:2 127:25
128:12,19 199:21
**visited** 36:5 41:6
51:12
**visiting** 35:1 37:21
42:9,13,14,16,16
48:14
**visitors** 47:18
52:21 57:12
**visits** 188:13,21

**voxer** 168:17,21
**vpn** 83:15,18,24
84:3,8
**vs** 1:9 2:10 206:4
208:1

**w**

**wait** 12:4
**waiting** 100:5
**waived** 206:23,23
**waiving** 206:20
**want** 12:19 17:9
21:2,6 29:4 31:12
34:25 35:3,5,15,15
39:14 42:20 47:19
52:22 57:17 59:2
60:13 67:18 69:14
71:19,20 74:1
79:6 80:15 85:24
92:24 93:1,6,15
103:10,20,23,24
104:3 105:17
108:17 110:11
115:8 124:17
129:21 130:25
138:7 143:17
146:24 148:13
152:9 154:12
167:6 185:13
187:7 190:19
192:19 194:15
198:9
**wanted** 38:7 74:16
75:13 140:19
168:10 194:20
**wanting** 76:21
**wants** 21:4 139:23
**watch** 160:23,25
161:1
**watching** 132:1
**water** 64:21,21
66:6

**way** 21:2 28:6
38:3,3,18 40:1
42:12 51:22,24
67:11 71:1 75:23
77:9,15 78:17
86:6,18 95:4
110:7 123:10
132:22 139:14
140:12,18 144:7
151:20,23 152:4,8
164:14 167:5
172:23 184:12
189:5 192:16
202:4 205:18
**ways** 73:21,21
75:17,19,24 76:9
76:11 77:3,6 83:6
108:1 124:3
140:22,24,25
141:1,4 147:14
148:12 153:6,9,12
153:13,15 154:11
190:3,4 199:4
201:6
**we've** 82:22 115:2
122:6 200:12
**wear** 70:13 153:20
**wearing** 70:12,12
**web** 29:17 32:25
33:3 42:9 48:12
53:14,14 57:18
68:20 84:4,9
86:14,22 108:10
110:8 128:25
130:25 131:11,15
132:4,14,24
133:21 135:13,20
138:8,19 141:10
142:20,24 143:1
199:7

Page 38

[website - yeah]

**website** 18:14,17
  18:23 19:1,4
  27:12 29:22 34:13
  34:25 35:6,7,24
  36:1,5 37:21,25
  38:8 42:13,17
  43:8,11,12 45:1,4
  46:20 47:14 48:9
  49:20 57:12 58:19
  58:20,21 59:4,14
  59:14 60:16 61:1
  62:12,18 64:6
  65:7,7 66:16,21
  67:14 68:9,10,24
  68:24,25 81:17
  112:14 122:22
  123:2 129:3
  179:15 181:17,18
**websites** 29:2
  32:24 33:2,6,23
  34:3 37:24 38:5
  38:19 41:7 44:24
  47:17 48:1 50:18
  52:20 57:15 116:3
  120:25 121:19,21
  122:7,21 126:1
  127:24 128:1,11
  128:19,24 143:24
  167:2,14,16,16,18
  168:5,9,11,14
  169:22,24 188:13
  188:21 199:21
**week** 90:12,19
**weeks** 90:19
**weight** 152:6
**weird** 35:20 187:9
**welcome** 94:2
**wells** 167:22,23
**went** 31:5,6 62:18
  64:5,5 65:1 66:8
  85:16 88:16 133:4

**138**:2 167:11
  178:4 192:9
  201:18
**west** 20:1
**westminster** 26:5
**whereof** 205:20
**whispering** 9:10
**william** 1:5 2:6
**willing** 105:1
  162:4 184:15
**winded** 157:12
**window** 118:6
**windows** 13:7,18
  53:17 81:20 82:3
**withdraw** 149:3
**withdrawing**
  194:2,8,25 195:2
  196:18
**witness** 5:6,15
  9:21 10:25 11:2
  15:22 16:17 17:11
  20:10 21:8 22:17
  22:21 28:20 30:6
  34:21 35:10 36:15
  41:16 43:16,22
  44:1,8 45:16 47:4
  47:7 48:23 49:11
  49:16,24 56:15
  57:11 58:8 59:21
  60:8 64:2 66:4
  67:19 68:1,8,23
  70:5 71:9,17
  72:11 73:5 79:14
  87:3,14 88:19,24
  91:2 92:18 94:18
  95:3,20 96:1,13
  97:9 98:16 100:11
  102:13,23 104:12
  104:22 109:11,19
  113:7 114:24
  117:13 119:16

**120**:1 122:2
  123:24 125:10
  126:5 127:7
  128:15 130:25
  132:9,17 134:15
  136:3 137:15
  142:12 145:21
  146:11 147:15
  148:10 151:15
  155:5 156:12
  158:6 159:7
  160:10,15 164:17
  170:15 171:2,4
  176:25 177:8,17
  179:23 180:5,12
  182:5,13,20 189:9
  191:8,14 192:2,20
  192:25 193:19,25
  194:5,18,22
  197:11 200:10
  201:10 204:12
  205:8,9,20 206:13
  206:16 207:2,5
  208:24
**wix** 19:5
**wold** 49:15
**woman** 59:15
**wondering** 31:19
  43:7 52:10 58:11
  63:15,16,20 78:9
  116:23 131:21
  181:13
**word** 37:15 50:1
  132:20 133:6
  185:8
**words** 107:22
  115:7 122:14
  125:18 190:7,9
  197:6
**work** 66:16,22,24
  67:9 84:1 87:24

**93**:16 161:10
  184:15 187:10
**worked** 52:3,7
  195:6 196:22
**working** 81:24,25
**works** 6:18 27:11
  51:24 53:21 54:3
  54:22 65:20 81:18
  126:16 138:15
  202:4
**world** 76:23 80:1
**worried** 13:22
  28:13
**worries** 145:16
**worry** 14:3 59:8
**worse** 55:8,13
**worth** 18:13
  144:17,21 146:2
  184:12,14,20,22
  184:22 185:17
**wow** 38:13
**write** 78:3
**writing** 12:2
**written** 14:21
**wrong** 70:25 72:4
  200:21
**wrongful** 25:6

**x**

**x** 5:1 207:1
**xi** 4:6

**y**

**yahoo** 124:10,23
  125:2 167:21
  168:18,22,23,25
  169:4 170:2,5,9,11
  170:13
**yahoo.com** 124:9
  124:21 174:21
**yeah** 15:5,22 18:1
  19:6 20:24 21:20

Veritext Legal Solutions
866 299-5127

**[yeah - zoom]**

| | |
|---|---|
| 23:14,14 24:18 | 180:13 181:9 |
| 26:3,14,22 27:10 | 183:6,10,11,18 |
| 33:4,16,25 36:4,7 | 186:18 187:6 |
| 36:9,15 37:23 | 189:25 190:15 |
| 38:20,20 39:18 | 192:25 195:9 |
| 40:24 41:7,16,24 | **year**   19:12 23:12 |
| 43:4 46:24 48:6 | 26:6 184:8,11,18 |
| 48:23 49:11 50:5 | 184:23 185:7,12 |
| 51:16,19 52:2,2,2 | **years**   19:21,21 |
| 54:13,23 56:4,6,15 | 24:6 25:18 26:8 |
| 58:10,20 61:15 | 73:24 83:21 99:10 |
| 62:15,25 63:2 | 111:15 144:3,5 |
| 64:18 66:4 67:4 | 149:15 150:24 |
| 68:1,16,23 70:5 | 154:21 193:5 |
| 71:12 72:7,13 | **yep**   15:2 |
| 76:11,19,22 77:2,7 | **yesterday**   16:14 |
| 78:8 79:25 83:3 | 16:19 |
| 85:23 87:7 89:21 | **youtube**   48:12 |
| 91:2,8,12,25 94:11 | 50:17 74:13 |
| 94:14 96:13,24,24 | 160:19,20,22,23 |
| 98:16,22 109:11 | 160:24 161:2,3 |
| 109:18,20 110:25 | 168:17 173:3 |
| 116:14 117:5,13 | **z** |
| 118:10,13 120:11 | |
| 121:17 124:24 | **zoom**   1:16 2:17 |
| 125:10 130:17 | 9:21 13:10,20 |
| 132:9 134:15 | 69:6 119:23 120:3 |
| 138:1,12 139:8,12 | |
| 139:21 140:5,24 | |
| 140:24 142:4,18 | |
| 145:4 146:11 | |
| 149:1 157:6,12,17 | |
| 157:20,23 158:1,8 | |
| 159:3,22 160:3,3,6 | |
| 161:20 163:16,20 | |
| 164:2 168:3,7 | |
| 169:2,12 170:11 | |
| 171:5,16,16 173:2 | |
| 173:15 174:18 | |
| 175:10 176:13 | |
| 177:12 179:6 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.