# EXHIBIT 5

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHASOM BROWN, WILLIAM BYATT,    ) Case No.
     JEREMY DAVIS, CHRISTOPHER       ) 5:20-cv-03664-LHK-
 5   CASTILLO, and MONIQUE TRUJILLO  ) SVK
     individually and on behalf of   )
 6   all other similarly situated,   )
                                     )
 7            Plaintiffs,            )
                                     )
 8            vs.                    )
                                     )
 9   GOOGLE LLC,                     )
                                     )
10            Defendant.            )
     _____ )
11
12
13       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
14          DEPOSITION OF MONIQUE TRUJILLO
15
16           Friday, February 11, 2022
17    Remotely Testifying from Los Angeles, California
18
19
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5077549
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHASOM BROWN, WILLIAM BYATT,     ) Case No.
     JEREMY DAVIS, CHRISTOPHER        ) 5:20-cv-03664-LHK-
 5   CASTILLO, and MONIQUE TRUJILLO   ) SVK
     individually and on behalf of    )
 6   all other similarly situated,    )
                                      )
 7            Plaintiffs,             )
                                      )
 8            vs.                     )
                                      )
 9   GOOGLE LLC,                      )
                                      )
10            Defendant.             )
     _____ )
11
12
13
14            Virtual videoconference video-recorded
15            deposition of MONIQUE TRUJILLO, remotely
16            testifying from Los Angeles, California,
17            taken on behalf of the Defendant, on
18            Friday, February 11, 2022, before Hanna
19            Kim, CLR, CSR No. 13083.
20
21
22
23
24
25
```

Page 2

1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:

2

3     For Plaintiffs:

4              BOIES SCHILLER FLEXNER LLP

5              BY:  ROSSANA BAEZA, ESQ.

6              BY:  MARK C. MAO, ESQ.

7              100 SE 2nd St., 28th Floor

8              Miami, Florida 33131

9              305.539.8400

10             rbaeza@bsfllp.com

11             mgao@bsfllp.com

12             -and-

13             MORGAN & MORGAN

14             BY:  RYAN J. McGEE, ESQ.

15             201 N. Franklin Street, 7th Floor

16             Tampa, Florida 33602

17             813.223.5505

18             rmcgee@forthepeople.com

19

20

21

22

23

24

25

                                            Page  3

1          REMOTE APPEARANCES OF COUNSEL:  (CONTINUED)

2

3     For Defendant:

4            QUINN EMANUEL URQUHART & SULLIVAN, LLP

5             BY:  JOMAIRE A. CRAWFORD, ESQ.

6             BY:  TRACY GAO, ESQ.

7            51 Madison Avenue, 22nd Floor

8            New York, New York 10010

9            212.849.7000

10            jomairecrawford@quinnemanuel.com

11

12     Also Present:

13            SCOTT SLATER, Videographer

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page  4

1                    INDEX OF EXAMINATION

2

3     WITNESS:  MONIQUE TRUJILLO

4     EXAMINATION                                    PAGE

5           BY MS. CRAWFORD:                    11, 287

6           BY MS. BAEZA:                    276, 293

7

8      QUESTIONS INSTRUCTED NOT TO ANSWER:

9      PAGE.......LINE

10     17.........17

11     82.........6

12     87.........2

13                      --o0o--

14

15

16

17

18

19

20

21

22

23

24

25

                                       Page  5

```
1                    INDEX OF EXHIBITS

2

3   TRUJILLO DEPOSITION EXHIBITS                    PAGE

4   Exhibit 1      "Legal Statement | Williams        47

5                  Sonoma," "Privacy Policy"; pages

6                  1 through 11

7   Exhibit 2      "Exhibit A," "Second Amended        68

8                  Complaint"; 75 pages

9   Exhibit 3      "Incognito NIP Message since       139

10                 2016"; Bates nos.

11                 GOOG-BRWN-00555223 through

12                 '555225; and metadata page

13  Exhibit 4      "Exhibit 1," "Screenshot of        139

14                 Incognito Mode"; 2 pages

15  Exhibit 5      "Google Subscriber Information";   152

16                 Bates nos. GOOG-BRWN-00229514

17                 through '518

18  Exhibit 6      "Create an Account"; Bates nos.    157

19                 GOOG-CABR-04981576

20  Exhibit 7      Copy of Google's "Terms of         160

21                 Service," in effect from

22                 April 16th of 2007 to

23                 February 29th of 2012; 9 pages

24  Exhibit 8      "Privacy Policy Last modied:       169

25                 January 27, 2009"; 6 pages
```

Page 6

```
 1               INDEX OF EXHIBITS (CONTINUED)

 2

 3     TRUJILLO DEPOSITION EXHIBITS                  PAGE

 4   Exhibit 10     "Privacy Policy Last modified:    177

 5                  January 27, 2009"; 7 pages

 6   Exhibit 9      Plaintiff Monique Trujillo's      181

 7                  Objections and Responses to

 8                  Defendant's First and Second

 9                  Sets of Requests for Admission;

10                  13 pages

11   Exhibit 11     "Exhibit 10," "Google Privacy     187

12                  Policy"; 28 pages

13   Exhibit 12     "Google Chrome Privacy Notice";   201

14                  Bates nos. GOOG-CABR-05287749

15                  through '755

16   Exhibit 13     "Exhibit 19," "How private        214

17                  browsing works in Chrome"; 3

18                  pages

19   Exhibit 14     Plaintiff Monique Trujillo's      255

20                  Objections and Responses to

21                  Defendant's First and Second

22                  Sets of Interrogatories; 15

23                  pages

24   Exhibit 15     Screenshot, Safari Private        260

25                  Splash Screen; 1 page
```

Page 7

```
1                INDEX OF EXHIBITS (CONTINUED)

2

3      TRUJILLO DEPOSITION EXHIBITS                    PAGE

4    Exhibit 16     "Exhibit 18," "Search & browse      266

5                    privately"; 2 pages

6                         --o0o--

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  8
```

```
 1    Remotely Testifying from Los Angeles, California,

 2        Friday, February 11, 2022; 9:20 a.m., PST

 3                        --o0o--

 4          THE VIDEOGRAPHER:  Good morning.  We are

 5    on the record at 9:20 a.m., Pacific Standard Time,      09:20:16

 6    on February 11th, 2022.

 7          Please note that the microphones are

 8    sensitive and may pick up whispering, private

 9    conversations, or cellular interference.

10          Audio and video recording will continue to      09:20:31

11    take place, unless all parties agree to go off the

12    record.

13          This is Media Unit 1 of the video-recorded

14    deposition of Monique Trujillo, taken by counsel

15    for Defendant, in the matter of Chasom Brown,          09:20:47

16    et al., versus Google LLC, filed the United States

17    District Court, Northern District of California,

18    Case Number 5:20-cv-03664-LHK-SVK.

19          This deposition is being held as a virtual

20    deposition via Zoom with the witness located in        09:21:13

21    Los Angeles, California.

22          My name is Scott Slater, from the firm

23    Veritext Legal Solutions, and I am the

24    videographer.

25          The court reporter is Hanna Kim, from the        09:21:24
```

Page 9

1    firm Veritext Legal Solutions.

2           I am not related to any party in this

3    action, nor am I financially interested in the

4    outcome.

5           Counsel and all present will now state      09:21:37

6    their appearances and affiliations for the record.

7           If there are any objections to proceeding,

8    please state them at the time of your appearance,

9    beginning with the noticing attorney.

10          MS. CRAWFORD:  Good morning.  This is        09:21:45

11   Jomaire Crawford from Quinn Emanuel Urquhart &

12   Sullivan for the Defendant in this case, Google

13   LLC.

14          I am joined by my colleague Tracy Gao.

15          MS. BAEZA:  Good morning.  This is Rossana   09:22:03

16   Baeza from Boies Schiller Flexner on behalf of

17   Plaintiffs.

18          And here with me are Mark Mao, also from

19   Boies Schiller, and Ryan McGee from Morgan &

20   Morgan.

21          THE VIDEOGRAPHER:  Thank you very much.

22          Will the court reporter please administer

23   the oath.

24   ///

25    ///

                                            Page 10

```
 1                    MONIQUE TRUJILLO,

 2          having been duly administered an oath over

 3     videoconference as stipulated by all counsel, was

 4              examined and testified as follows:

 5

 6                        EXAMINATION

 7     BY MS. CRAWFORD:

 8          Q.   Good morning.  Would you please state your

 9     full name and home address for the record.

10          A.   Monique Trujillo.  My address is  ██████    09:22:53

11     ████████████████████████████████████████████████

12          Q.   And do you understand that you are

13     under -- you've just taken an oath today,

14     Ms. Trujillo?

15          A.   Yes, I understand.                         09:23:12

16          Q.   And that this oath means that you're under

17     the penalty of perjury as you testify today?

18          A.   Yes, I understand.

19          Q.   And is there any reason that you can't

20     provide full, complete, and truthful testimony       09:23:26

21     today?

22          A.   No.

23          Q.   Have you ever been deposed before?

24          A.   No.

25          Q.   Okay.  So what I'll start by doing then is  09:23:37
```

Page 11

```
 1    just walking you through a few of the ground rules

 2    for today.

 3           You may have heard some of these for --

 4    from your counsel, but I figured it makes sense

 5    just to refresh you on them so that it's all clear    09:23:50

 6    and top of mind.

 7           How does that sound?

 8    A.    Sounds great.  Thank you.

 9    Q.    You're welcome.

10           So, as you know, Ms. Kim introduced            09:23:59

11    herself to us a moment ago.  She is the court

12    reporter who is going to be taking notes,

13    transcribing every word that's said during the

14    course of today's deposition.

15           In order to ensure that she gets a clean       09:24:13

16    record, it's important that you and I don't speak

17    over one another because I'm asking questions and

18    you're answering them.

19           I am going to be asking you questions

20    throughout the course of the day.  Once I've          09:24:25

21    finished asking my question, I'm going to pause

22    and allow you to answer those questions.

23           Please answer every question that I ask,

24    unless your attorney specifically instructs you

25    not to.                                               09:24:40
```

Page 12

```
 1              If at any point I ask a question that is

 2     unclear or you couldn't hear me, if Ms. Kim hasn't

 3     jumped in to let us know that she can't hear me,

 4     feel free to let me know that you couldn't or that

 5     you need me to repeat or rephrase a question.        09:24:57

 6              Does that all make sense so far?

 7        A.   Yes.

 8        Q.   The only other thing that I'll -- I'll

 9     note is that we're going to be going for several

10     hours today.  And it's going to be a long day.  So   09:25:05

11     if you at any point need to take a break, just let

12     us all know, and we'll indulge the request.

13              The only caveat is that breaks can't be

14     taken when there is a pending question on the

15     record.                                              09:25:21

16              So if you do need to take a break, I'd

17     just ask that you make the request after you've

18     answered whatever question I've posed to you at

19     that time.

20              Does that make sense as well?               09:25:30

21        A.   Understood.  Yes.

22        Q.   Okay.  Perfect.

23              So then assuming no -- no questions from

24     you about what I've just walked you through, is

25     there anyone present in the room with you right      09:25:41
```

Page 13

```
 1    now?

 2        A.    No.

 3        Q.    Okay.  I understand that James Lee, a

 4    partner at Boies Schiller, was in the room with

 5    you moments ago, but it seems as though he's no      09:25:56

 6    longer there with you.

 7            Is that right?

 8        A.    That's right.  I am by myself in the room.

 9        Q.    Okay.  And other than the Zoom window that

10    you have open and maybe the Veritext window that's    09:26:04

11    open right now as you're doing this deposition, do

12    you have any other applications open on the

13    computer that you're using right now?

14        A.    No, I do not.

15        Q.    And is your phone, your cell phone nearby?  09:26:17

16        A.    It's nearby, but it's off.

17        Q.    That -- that -- that's perfect.  That

18    sounds good to me.  I was just going to ask that

19    you not use the phone during the course of the

20    deposition.  So that all sounds good that it's off   09:26:37

21    and not directly in front of you.

22            What did you do to prepare for your

23    deposition today?

24            MS. BAEZA:  Just one moment.  This is

25    Ms. Trujillo's first time taking a deposition.       09:26:49
```

Page 14

```
 1              Ms. Trujillo, when counsel asks you
 2     questions, never assume that she's asking questions
 3     about conversations that you've had with me or any
 4     of your other attorneys.  That would be privileged.
 5              So when you answer a question, please do    09:27:04
 6     so to the extent that you can without revealing any
 7     communications with your lawyers.  You can go ahead
 8     and answer --
 9              MS. CRAWFORD:  Absolutely.
10     BY MS. CRAWFORD:                                     09:27:12
11        Q.   And if at any time I ask -- oh, sorry
12     about that.  Go ahead.
13              Okay.  I was just going to say, if at any
14     time I ask a question and you think that it does
15     cause you to reveal the substance of your           09:27:22
16     communications with counsel, you can also let me
17     know that.  Because the goal of my questions is to
18     not ask for anything that might be considered
19     privileged information, as Rosy just mentioned.
20              So I'll ask the question again, and you     09:27:37
21     let me know if you see any issues with it.
22              But it's what did you do to prepare for
23     today's deposition?  Without revealing the
24     substance of any communications you may have had
25     with counsel, what did you do to prepare for        09:27:54
```

Page 15

1    today?

2        A.   I reviewed the Complaint.

3        Q.   Did you do anything else?

4        A.   No.  I just went over the Complaint.

5            MS. BAEZA:  You can -- you can tell her     09:28:06

6    that you met with your attorneys.  That would --

7    that would be okay.

8            THE WITNESS:  I met with my attorneys.

9    BY MS. CRAWFORD:

10       Q.   Okay.  So I -- I got that you reviewed the  09:28:15

11   Complaint.  You met with your lawyers.

12           Did you do anything else in addition to

13   meeting with your lawyers and reviewing the

14   Complaint?

15       A.   No.                                         09:28:29

16       Q.   Okay.  Yep, not -- not designed to be a

17   trick question.  If you -- you know, if you can't

18   recall anything else, that's all -- that's all

19   right as well.

20           Do you remember how many times you met      09:28:42

21   with your lawyers in preparation for your

22   deposition?

23       A.   It was twice.

24       Q.   Okay.  And do you remember the dates on

25   which you met with counsel?                          09:29:01

Page 16

1          A.    The second time was yesterday,

2     February 10th.

3                And the first meet [verbatim] going over

4     the Complaint was November.

5          Q.    Okay.  And let me just take those one at a    09:29:28

6     time.

7                The meeting that you had yesterday, do you

8     remember how long that meeting lasted?

9          A.    It was a few hours.

10         Q.    Okay.  Would you say somewhere between    09:29:46

11    three and five hours or more like five to -- to

12    eight?

13         A.    I would say six to seven hours.

14         Q.    Okay.  And counsel was in the room during

15    your meeting with them, presumably?    09:30:06

16         A.    Correct.

17         Q.    Was anyone else in the room with you?

18         A.    No.

19         Q.    Okay.  At that meeting, did you review

20    documents, the meeting that occurred yesterday?    09:30:22

21                MS. BAEZA:  One moment.  Ms. Crawford, are

22    you asking about documents that refreshed her

23    recollection?  If not, that's privileged.

24                MS. CRAWFORD:  No, I'm asking in general.

25    Before we get to whether the documents refreshed    09:30:38

                                                        Page 17

```
 1    her recollection, I'm asking whether she's reviewed
 2    documents.  So I'm laying the foundation for the
 3    questions.  --
 4              MS. BAEZA:  Okay.
 5              MS. CRAWFORD:  And then I'll follow up.     09:30:45
 6              MS. BAEZA:  Ms. Trujillo -- I'm sorry to
 7    interrupt -- you can answer that limited question.
 8              THE WITNESS:  The documents I reviewed
 9    were the Complaint --
10              MS. BAEZA:  No.  Stop, stop, stop, stop.   09:30:59
11    One moment.  You -- you -- you can't reveal the
12    substance of the communications that you had with
13    your counsel.
14              You -- you're allowed to respond to her
15    question if you reviewed any documents.             09:31:05
16              MS. CRAWFORD:  Well, Rosy, re- --
17    respectfully, asking which documents she reviewed
18    in preparation for her deposition, that's not
19    priv- -- that's not revealing the substance of any
20    communication with counsel.                         09:31:20
21              So if -- if you're instructing the witness
22    not to answer, you know, we can certainly take that
23    up at the appropriate time.  But I'm not intending
24    to get into the substance of communications with
25    counsel, but rather which materials were reviewed   09:31:30
```

Page 18

```
 1    in preparation for today's testimony.

 2          MS. BAEZA:  Yeah, I respectfully disagree

 3    with that, Jomaire.  I'm going to instruct the

 4    witness not to answer.

 5          (Record marked.)                         09:31:42

 6    BY MS. CRAWFORD:

 7       Q.  Of the documents that --

 8          MS. CRAWFORD:  And we'll -- we'll take

 9    that -- we'll obviously reserve rights and take

10    that up at the appropriate time.               09:31:51

11    BY MS. CRAWFORD:

12       Q.  Of the documents that you reviewed

13    yesterday, Ms. Trujillo, did any of them refresh

14    your recollection?

15       A.  Yes.                                    09:32:13

16       Q.  Okay.  And the documents that you reviewed

17    yesterday that refreshed your recollection, which

18    documents were those?

19       A.  It was mainly the time when I --

20          MS. BAEZA:  Just -- just a moment.        09:32:42

21    Ms. Trujillo, she -- her question is about the --

22    the actual documents, so I just want to make

23    sure --

24          MS. CRAWFORD:  Rosy, respectfully, the --

25    the witness wasn't even -- she hadn't even begun to  09:32:52
```

Page 19

```
 1    answer the question yet.

 2            Are you instructing her not to answer, or

 3    are you objecting?

 4            It's not entirely clear to me what's

 5    happening other than perhaps an attempt to instruct    09:33:04

 6    the witness how she should be answering the

 7    questions that I've posed.

 8            And -- and, as you know, this is the

 9    witness's deposition and her testimony to provide.

10    So I just want to make sure that we're kind of        09:33:15

11    steering clear of -- of, you know, giving the --

12    the witness instructions as to how questions should

13    be answered.

14            MS. BAEZA:  Well, Jomaire, I'm within my

15    rights to instruct my witness not to answer when      09:33:27

16    she's going into privileged territory, which she

17    seemed about to do.  So that's why I interjected.

18    I'm not going to wait for her to disclose

19    privileged information before asserting a

20    privilege.  So I'm sure you understand that.          09:33:41

21            So, Monique, again, the question that

22    Ms. Crawford was asking was about the actual

23    documents, not any -- anything revealing the

24    substance of communications between your attorneys.

25            MS. CRAWFORD:  Correct.                        09:33:51
```

Page 20

```
 1              And I think, you know, the question did

 2      not contemplate or call for privileged information,

 3      so I think we should -- assuming that the witness

 4      is not going to divulge privileged information, we

 5      should allow her to answer the question with the      09:34:04

 6      admonition that you've given her a number of times

 7      already on the record.

 8              MS. BAEZA:  Can you reask the question,

 9      please.

10      BY MS. CRAWFORD:                                       09:34:13

11          Q.  If it would be helpful, Ms. Trujillo, I

12      can ask -- Ms. Trujillo, if it would be helpful, I

13      can ask the question again.

14              Would you like me to do that?

15          A.  Okay.  I'm just waiting -- well, I'm just    09:34:18

16      waiting for my turn to speak.

17              The document that I went over was the

18      privacy policy.

19          Q.  Okay.  Any other documents during

20      yesterday's meeting?                                   09:34:31

21              MS. BAEZA:  Are you asking about documents

22      that refreshed her recollection?

23              MS. CRAWFORD:  She said that the documents

24      she reviewed yesterday refreshed her recollection.

25      BY MS. CRAWFORD:                                       09:34:49
```

Page 21

```
 1          Q.    So, Ms. Trujillo, if you wouldn't mind,

 2     were there any other documents that you reviewed

 3     yesterday?

 4          A.    The documents I reviewed yesterday were

 5     the privacy policy and the Complaint.              09:34:56

 6          Q.    Any other documents?

 7          A.    No.

 8          Q.    Okay.  Do you happen to recall which

 9     version of the privacy policy you looked at

10     yesterday?                                         09:35:11

11          A.    There's one from 2018.

12          Q.    Okay.  Any others, any other versions you

13     looked at yesterday?

14          A.    2016.

15          Q.    Any others?                             09:35:35

16          A.    No.

17          Q.    Okay.  Did you review any transcripts

18     yesterday during your meeting with counsel,

19     transcripts from depositions taken in this case?

20          A.    No.                                     09:35:49

21          Q.    And I think you mentioned a meeting in

22     November with counsel.

23                Is that right?

24          A.    Yes.

25          Q.    Would that have been November of 2021?   09:35:58
```

Page 22

```
1          A.    November 2021, correct.

2          Q.    Okay.  And do you recall approximately how

3     long that meeting went?

4          A.    It was maybe a little over an hour.

5          Q.    Okay.  And did you review documents during    09:36:20

6     the November 2021 meeting with counsel?

7          A.    Review documents?

8                I can't recall.

9          Q.    Okay.  Do you recall any -- anything

10    specific about materials that you might have           09:36:56

11    discussed during the course of that meeting?

12               Again, I'm not getting into the substance

13    of privileged conversations, but do you know

14    whether any specific materials, like the Complaint

15    or other privacy policies, were discussed during     09:37:09

16    the meeting?

17               MS. BAEZA:  Are you asking about documents

18    that refreshed her recollection?

19               MS. CRAWFORD:  Yes, I am.

20               THE WITNESS:  Well, in November it was the   09:37:20

21    Complaint that we went over, we reviewed.

22    BY MS. CRAWFORD:

23         Q.    Okay.  Do you have any documents with you

24    right now as you're testifying, Ms. Trujillo?

25         A.    Yes, I do.                                   09:37:49
```

Page 23

```
 1        Q.    Which documents are those?

 2        A.    I have the privacy policy, the Google

 3   terms of service, and the Google splash screen.

 4        Q.    Okay.

 5              MS. CRAWFORD:  Rosy, I'd ask that during    09:38:12

 6   our next break, if you don't mind grabbing those

 7   documents, scanning them in, and sending them over

 8   to me.

 9              MS. BAEZA:  Yep, not a problem.

10              MS. CRAWFORD:  Okay.  Thank you.          09:38:23

11   BY MS. CRAWFORD:

12        Q.    Are there handwritten notes on those

13   documents in front of you --

14        A.    No.

15        Q.    -- Ms. Trujillo?                          09:38:27

16        A.    No.

17        Q.    Okay.  Are you currently employed?

18        A.    Yes.

19        Q.    Where do you work?

20        A.    I work for a lab called Curative.         09:38:39

21        Q.    Curative, C-U-R-A-T-I-V-E?

22        A.    That's right.

23        Q.    Okay.  And is that lab located in LA,

24   where I believe you are right now?

25        A.    Yes.  The lab itself is located itself in 09:39:02
```

Page 24

1    San Dimas, California.

2        Q.   Okay.  And how long have you worked there?

3        A.   Two years.

4        Q.   Okay.  And what's your title?

5        A.   I'm a regional manager.                    09:39:18

6        Q.   And what does that entail, being a

7    regional manager at Curative?

8        A.   That entails overseeing 45 staff, managing

9    seven to eight sites at a time.

10       Q.   You said man- -- managing seven or eight    09:39:52

11   sites at a time?

12       A.   Seven to eight sites at a time, yes.

13       Q.   Okay.  And those sites, are they -- are

14   they labs, lab sites, or something else?

15       A.   They are -- there are mobile labs and       09:40:04

16   walk-up sites.

17       Q.   Okay.  And what do the mobile sites --

18   mobile labs and walk-up sites, what do they

19   facilitate, or what are -- what are folks walking

20   up to do at these labs?                             09:40:27

21       A.   Rapid PCR testing.

22       Q.   Okay.  So COVID related?

23       A.   Yes.

24       Q.   Okay.  And do you work with computers in

25   your current role as regional manager at Curative?  09:40:42

Page 25

1        A.    Yes.

2        Q.    Okay.  Do you use the internet in

3   connection with your position?

4        A.    Yes.

5        Q.    Okay.  What's the highest level of --        09:40:53

6   actually, let me take a step back.

7             Have you had any other jobs before

8   becoming a regional manager at Curative two years

9   ago?

10       A.    Yes.                                         09:41:08

11       Q.    Okay.  What positions have you held and

12  when?

13       A.    Before Curative, I was a senior associate

14  at Nordstrom.

15       Q.    And how long were you a senior associate   09:41:30

16  at Nordstrom?

17       A.    About a year and a half.

18       Q.    And before that?

19       A.    Before that, I was in a showroom in

20  Santa Monica.                                          09:41:54

21       Q.    What kind of showroom?

22       A.    The company was Farrow & Ball.  And it --

23  it's paint and wallpaper.

24       Q.    Okay.  And how long were you at the

25  showroom in Santa Monica?                              09:42:14

                                            Page 26

1        A.    A little over a year.

2        Q.    Any other jobs that we haven't covered

3   yet?

4        A.    I -- before Farrow & Ball, I was working

5   on sets doing costuming.                           09:42:41

6        Q.    Costume design?

7        A.    Yes.

8        Q.    Okay.  And how long did you do that?

9        A.    I've been doing that on and off since

10   2000.                                             09:42:56

11        Q.    Okay.  What's the highest level of

12   education you've completed?

13        A.    An associate's in college.

14        Q.    Okay.  And when did you get your

15   associate's degree?                               09:43:14

16        A.    2006.

17        Q.    And what did you study and where?

18        A.    That was from Los Angeles City College.

19        Q.    And you studied?

20        A.    English.                               09:43:38

21        Q.    Okay.  How did you get involved in this

22   case?

23        A.    I saw -- I saw the article, and I read it

24   and reached out to the firm.

25        Q.    Which article are you referring to?     09:44:01

Page 27

1        A.    The article that talked about how

2    incognito was not sticking to its privacy policy.

3        Q.    And do you remember where you saw this

4    article?  Was it online, was it in print -- print

5    form, or some other medium?                      09:44:46

6        A.    It was online.

7        Q.    And was the article published by a -- a

8    law firm, or was it something like you would read,

9    let's say, you know, in the daily news or, you

10   know, the -- The Washington Post?                09:45:02

11       A.    It was -- I don't recall.  It was not

12   posted by the law firm itself.

13       Q.    But it instructed you to contact the law

14   firm --

15            MS. BAEZA:  Objection.  Mischar- --     09:45:24

16   BY MS. CRAWFORD:

17       Q.    -- without the --

18            MS. BAEZA:  Sorry, Jomaire.

19            MS. CRAWFORD:  Well, give me a second,

20   Rosy.  Sorry.  I'm -- I'm -- I wasn't finished with 09:45:30

21   the question.

22   BY MS. CRAWFORD:

23       Q.    Did the article instruct you to contact

24   counsel?

25       A.    No.                                    09:45:37

Page 28

1      Q.    Okay.  What did the article say?

2      A.    It just spoke about its findings and...

3      Q.    And when did you -- do you remember when

4   you viewed that article?

5      A.    I do not.                                    09:46:04

6      Q.    Roughly speaking, was it in, you know,

7   2000- -- 2022?  Was it in 2016, '17, '18?  Again,

8   roughly speaking.

9      A.    I would say 2020.

10     Q.    After this lawsuit was filed?               09:46:35

11     A.    I don't have the exact dates of when it

12  was filed and when the article was put out.

13     Q.    Okay.  And do you happen to know who

14  published the article that you're referring to?

15     A.    I do not.                                    09:47:00

16     Q.    Okay.  And how did you ultimately get

17  involved in this lawsuit?

18     A.    I --

19         MS. BAEZA:  Objection.  Form.  Vague.

20  BY MS. CRAWFORD:                                      09:47:29

21     Q.    You can answer.

22     A.    I contacted the law firm and asked to

23  speak with somebody because what I had read was

24  what I had experienced myself, and it was just

25  maddening.                                            09:47:52

Page 29

1     Q.   So we'll -- we'll get to the specific

2     experiences that you've had in connection with

3     this litigation.  Before we do, just a couple more

4     follow-up questions.

5           Do you have a personal relationship with          09:48:07

6     any of the lawyers or law firms who are

7     representing Plaintiffs in this case?

8     A.   No, I do not.

9     Q.   Have you ever been involved in any other

10    class actions as a named plaintiff or a class          09:48:21

11    representative?

12    A.   No, I have not.

13    Q.   Is this your first time reaching out to

14    lawyers in response to the kind of article that

15    you mentioned reading?                                 09:48:36

16    A.   Yes.

17    Q.   Have you ever been involved in any other

18    litigation?

19    A.   No, I have not.

20    Q.   Have you ever testified at trial?                 09:48:48

21    A.   No, I have not.

22    Q.   How about an arbitration proceeding?

23    A.   No.

24    Q.   Have you ever given formal testimony in

25    front of a governmental agency?                        09:49:05

Page 30

1        A.    No, I have not.

2        Q.    Okay.  Ms. Trujillo, is web privacy

3    important to you?

4        A.    Yes, it is.

5        Q.    How important, would you say?              09:49:22

6        A.    Extremely important.

7        Q.    Why is that?

8        A.    Because it's my choice of what I want to

9    have seen openly and privately -- or privately.

10       Q.    And what do you mean by, it's your choice   09:49:59

11   as to what is seen openly or privately?

12       A.    Well, there's some things that I don't

13   want other people to know or see.

14       Q.    Can you give me some examples of something

15   that you might not want someone else to know or       09:50:36

16   see?

17       A.    Something I've looked up or a website I've

18   been to.  An example would be a medium.

19       Q.    What do you mean by "a medium"?

20       A.    It's, like, it's searching --              09:51:14

21             (Interruption in audio/video.)

22             THE COURT REPORTER:  Could you repeat

23   that.

24   BY MS. CRAWFORD:

25       Q.    Oh, okay.                                   09:51:20

                                                 Page 31

```
 1              THE COURT REPORTER:  Could you please the

 2      answer.

 3              THE WITNESS:  A medium or a psychic

 4      website.

 5      BY MS. CRAWFORD:                               09:51:34

 6         Q.   And why is that?

 7         A.   Because I found that some people find it

 8      offensive or I'm made to feel embarrassed about

 9      looking into mediums or psychics.

10         Q.   Okay.  So then it seems as though what    09:52:07

11      you're saying, you know, that's information that

12      you wouldn't want other people necessarily knowing

13      about your online browsing activities; is that --

14      that a fair characterization?

15         A.   That is what I'm saying.                09:52:21

16         Q.   Do you take precautions to protect your

17      privacy while you're browsing the internet, for

18      example, to ensure that others wouldn't know

19      things about your activities online like, if you

20      were to visit the website of a psychic or a       09:52:40

21      medium?

22              MS. BAEZA:  Objection.  Form.  Compound.

23      BY MS. CRAWFORD:

24         Q.   You can answer.

25         A.   Yes, I do take precautions.             09:52:50
```

Page 32

1       Q.   Can you identify those precautions for me.

2       A.   I will put on a privacy -- I'll search

3   under a privacy setting.

4       Q.   What do you mean by that; searching under

5   a privacy setting?                                    09:53:19

6       A.   So I will search under -- I'll search in

7   incognito mode or I will search in private.

8       Q.   Anything else you do?

9       A.   I keep a password on my phone.

10      Q.   Okay.  Any other precautions you take to    09:53:52

11  ensure that your privacy is protected while you

12  browse the internet?

13      A.   I delete my history.

14      Q.   Tell me what you mean by that.

15      A.   I will go back to a site I visited and      09:54:11

16  delete it or trash it from the screen.

17      Q.   Okay.  And when you say you "delete it,"

18  would you do that -- would you do those deletions

19  when you're in the private mode that you mentioned

20  entering just a moment ago?                           09:54:37

21      A.   Yes, I guess because it's not a document

22  and it can't really delete, so what I will do is,

23  I will I exit out is what I do.

24      Q.   So just to make sure I -- I -- I

25  understand what -- what sort of process you           09:55:00

                                              Page 33

```
 1    follow, you'll browse the web and then click out

 2    of the browser window once you're done browsing to

 3    ensure that there is no record, perhaps, of --

 4    of -- of your visit to a specific site; is that

 5    right?                                            09:55:21

 6        A.    That's right.

 7        Q.    Okay.  Do you do anything -- actually, let

 8    me ask.

 9            Do you do that when you're both browsing

10    in private mode and a non-private mode?           09:55:34

11        A.    It depends on what I am searching for.  So

12    if it's something that I don't want anybody else

13    to see and I'm in private mode, I will exit the

14    window.

15        Q.    And if you're searching for something that 09:55:58

16    you don't want someone to see when you're not in

17    private mode, would you follow the same practice?

18        A.    Yes.

19        Q.    Okay.  Are there any other precautions --

20    oh, it looked like you were going to say           09:56:16

21    something.  Were you --

22        A.    No.

23        Q.    -- not done answering the question?  Okay.

24        A.    No.  Go on.

25        Q.    Are there any other precautions that you   09:56:23
```

Page 34

```
 1    take when you're browsing the web to ensure your

 2    activity remains private?

 3         A.    Those three precautions are mostly what

 4    I -- mainly the precautions I take.

 5         Q.    Okay.  Do you take any precautions to        09:56:54

 6    protect your privacy while you're using apps as

 7    distinct from web browsing?

 8         A.    While -- while I'm using apps?

 9         Q.    Yes.

10         A.    I'll exit the screen.                        09:57:22

11         Q.    Okay.  Anything else?

12         A.    Not for -- I can't think of precautions on

13    apps.  Let me see, actually...

14               That's it for now.

15         Q.    And when you exit a screen on an app, for    09:58:03

16    example, is it to ensure that, let's say, you

17    know, someone using your phone wouldn't be able to

18    see what you were looking at or what you were, you

19    know -- what you were doing?

20         A.    Yes, that's correct.                         09:58:19

21         Q.    Okay.  Are you familiar with something

22    called a privacy policy?

23               I believe so, based on some of the

24    documents that you've looked at to prepare, but I

25    just want to confirm.                                   09:58:34
```

Page 35

1        A.    Yes, I'm familiar.

2        Q.    And do you read privacy policies of the

3    companies whose websites you visit online?

4        A.    Yes, I do.

5        Q.    Okay.  Is that an additional precaution          09:58:48

6    that you take, for example, reading the privacy

7    policies of the websites that you visit?

8        A.    Yes.

9        Q.    Would you say that you read the privacy

10   policies of most websites that you visit, some, or        09:59:06

11   none?

12       A.    Most.

13       Q.    Approximately how many times do you do

14   that in a given week?

15       A.    In a given week, that's -- I read the            09:59:23

16   privacy policies when there's an initial account

17   setup or if there's an update.

18       Q.    And how would you know whether there's an

19   update to a website's privacy policy?

20       A.    I will receive an alert.                         09:59:51

21       Q.    Do you always -- do you know if you -- if

22   every website that you visit sends alerts when

23   their privacy policies are updated?

24       A.    I don't know if every websites [sic] sends

25   a updated policy.                                          10:00:11

Page 36

1      Q.   But you imagine that some send such

2    notifications; right?

3      A.   I've seen updated policies.  I've received

4    them, but I don't know if every website does that

5    or how often they do it.                          10:00:33

6      Q.   Okay.  Well, it sounds like you have a

7    habit of reading privacy policies.

8           Is that a fair characterization of what

9    you just described to me?

10     A.   I don't know if I would say "a habit," but  10:00:45

11   it is something I read when it's initially

12   presented to me to move forward.

13     Q.   And let's say it's -- it's not presented

14   to you in the context of an account creation

15   process.                                          10:01:12

16          Would you, nonetheless, view a privacy

17   policy that's on a -- a -- a website that you

18   visit?

19     A.   It depends on the website.

20     Q.   And how would you decide which websites'   10:01:36

21   privacy policies you might want to review and

22   which ones you maybe don't need to?

23     A.   Well, for example, if I'm on the Ralphs

24   supermarket website, I wouldn't read their privacy

25   policy.                                           10:02:05

Page 37

1          Q.   Why is that?

2          A.   Because I'm looking for groceries, and it

3     isn't anything personal.

4          Q.   But you might consider content on another

5     website to be personal; is that right?                10:02:33

6          A.   Correct.

7          Q.   But contents through -- that -- that's

8     created in the context of browsing on a site like

9     Ralphs, for example, your view, it's not necessary

10    to review the privacy policy because you're not      10:02:50

11    looking for anything personal; is that right?

12         A.   That's right.  If it's just water, fruit,

13    vegetables, that's not personal to me.

14         Q.   Okay.  Is it important for you to know

15    what type of information the websites that you are    10:03:25

16    visiting collect, or does it depend on the

17    specific website, for example?

18         A.   If a website is collecting my information,

19    it is important for me to know.

20         Q.   Okay.  So if Ralphs, for example, is       10:03:48

21    collecting your information while you're browsing

22    for grocery, let's just say --

23              MS. BAEZA:  Objection.  Form.

24    BY MS. CRAWFORD:

25         Q.   -- is it important for you --             10:03:57

                                                    Page 38

```
 1              MS. BAEZA:  Sorry, Jomaire.  I thought you

 2      were done.

 3              MS. CRAWFORD:  I wasn't -- I wasn't --

 4      yeah, I wasn't -- I wasn't finished.

 5              MS. BAEZA:  Go ahead.                    10:04:05

 6              Are you done?

 7      BY MS. CRAWFORD:

 8          Q.   If --

 9              MS. CRAWFORD:  No, I'm form- -- I'm

10      form- -- I'm -- I'm in the middle of asking my --  10:04:11

11      my question, Rosy, and --

12              MS. BAEZA:  If there was a -- there's a

13      delay here and --

14              MS. CRAWFORD:  -- I'm not even --

15              MS. BAEZA:  -- I -- I heard a lot of      10:04:17

16      silence.  So my apologies.  Go ahead.

17              MS. CRAWFORD:  Okay.  Yeah, happy to.

18      BY MS. CRAWFORD:

19          Q.   If Ralphs is collecting information from

20      you while you're shopping for groceries, would it  10:04:29

21      be important for you to know that they're doing

22      that?

23              MS. BAEZA:  Objection --

24              THE WITNESS:  Yes.

25              MS. BAEZA:  Sorry.  Sorry, Ms. Trujillo,   10:04:41
```

Page 39

```
 1      just a moment.

 2             Objection.  Form.  Vague.

 3             Are you referring to incognito mode or

 4      regular mode?

 5      BY MS. CRAWFORD:                              10:04:49

 6         Q.   I'm ref- -- I'm talking generally,

 7      Monique.

 8             If you're browsing on Ralphs' website

 9      looking for groceries, is it important for you to

10      know what information that website is collecting  10:05:03

11      on you?

12         A.   Yes, it's always important to me.  And I

13      would -- if there's something -- if there's a site

14      that I'm on where I don't want my information

15      collected or if -- I would put it on a privacy   10:05:23

16      mode if I visited a site where I didn't want my

17      information collected.  So my example --

18         Q.   Okay --

19         A.   -- is Ralphs.  If I'm looking or shopping

20      for water, fruits, and vegetables, I wouldn't put  10:05:51

21      it on a privacy mode.

22         Q.   And why is that?

23         A.   Because there's -- this isn't personal to

24      me, these things.

25         Q.   Shopping for groceries or things like    10:06:18
```

Page 40

```
1    water fruits, and vegetables is not -- is not
2    something you consider personal; is that fair?
3        A.   That's fair.
4        Q.   And do you understand that websites like
5    Ralphs, if they have a policy, a -- a privacy          10:06:37
6    policy, they may disclose to you that they're
7    collecting information when you visit their
8    website?
9            Are you aware of that?
10       A.   Yes, I am.                                     10:06:52
11       Q.   And when you review those policies, the
12   policies that you do review, do you review it with
13   an eye towards understanding of what types of
14   information is being collected when you visit the
15   site?                                                  10:07:06
16       A.   Yes, it will say.
17       Q.   And do you think it's important for
18   websites to disclose what types of information
19   it's collecting in its privacy policy?
20       A.   Absolutely important.                         10:07:26
21       Q.   And do you think websites should make
22   their privacy policies accessible to users so that
23   they can understand what information is being
24   collected?
25       A.   Yes, the privacy policies should be           10:07:38
```

Page 41

1    accessible always, if a consumer or customer or a

2    client wants access to the privacy policy.

3        Q.    And do you think it's important for a

4    website to tell you that they may share your

5    information with third parties?                    10:08:12

6        A.    Yes.

7        Q.    For example -- for example, their business

8    partners or affiliates?

9        A.    Yes.

10       Q.    Now, let's say a website is sharing         10:08:18

11   information with a third party like Google.

12            Would you expect their privacy policy to

13   mention that they're sharing data with partners

14   like Google?

15       A.    Yes.                                        10:08:43

16       Q.    And if a privacy policy mentions that that

17   website is sharing information with partners like

18   Google, would you understand that Google may

19   receive your information from that website?

20       A.    Yes.                                        10:08:59

21            MS. BAEZA:  Objection.  Form.  Vague.

22            Are -- are you referring to incognito mode

23   or regular mode?

24            MS. CRAWFORD:  Regular mode.

25   BY MS. CRAWFORD:                                     10:09:09

Page 42

1        Q.    You can answer, Ms. Trujillo.

2        A.    Your question, again, is in regular mode,

3    do I feel it's important to know that if my

4    information is being shared with Google?

5        Q.    No.  I'll re- -- I'll restate the          10:09:29

6    question.

7              Generally, irrespective of what mode you

8    are using --

9        A.    Yes.

10       Q.    -- do you expect a website to tell you     10:09:39

11   that they are sharing information about you with

12   third parties?

13             I think you answered "yes" to that

14   questions previously; is that right?

15       A.    Yes, that's right.                          10:09:57

16       Q.    And if they're sharing information with

17   Google in particular, would you also expect them

18   to mention Google by name?

19       A.    Yes.

20       Q.    If Google is mentioned by name as a third   10:10:12

21   party that they share your data with, would you

22   understand that Google is receiving your

23   information from them?

24             MS. BAEZA:  Objection.  Form.

25             Again, is this regular mode or incognito    10:10:26

                                                          Page 43

```
 1   mode?

 2          MS. CRAWFORD:  It's in general.  I'm

 3   asking the witness's understanding in general as to

 4   whether or not if a disclosure says that Google is

 5   receiving or if they're sharing your data with          10:10:39

 6   Google, that Google may receive your data.

 7   BY MS. CRAWFORD:

 8       Q.   Yes or no, Ms. Trujillo?

 9       A.   Yes, it's important for me to know.

10       Q.   But would -- if they -- if the website       10:10:52

11   says, We are sharing your information with Google,

12   would you understand that Google may receive your

13   information?

14       A.   Yes.

15       Q.   Yes or no?                                    10:11:06

16       A.   Yes.

17          MS. BAEZA:  Just -- just a moment.  I just

18   want to place a standing objection.  Same thing as

19   before.

20          Objection.  Form.  Vague.  Unclear.             10:11:13

21          Is it regular mode or incognito mode?

22          MS. CRAWFORD:  Yep, and my response is the

23   same.  It's a general question designed to probe

24   the witness's understanding.

25   BY MS. CRAWFORD:                                       10:11:21
```

Page 44

1      Q.   Ms. Trujillo, when you read privacy

2    policies, do you pay special attention to the

3    section about what information is collected on you

4    because knowing that information is important?

5      A.   Yes, I do.                              10:11:37

6      Q.   And when you read privacy policies, do you

7    tend to read the whole thing or skim it for

8    particular parts?

9      A.   Well, again, it depends on the website.

10     Q.   Okay.  What parts of a privacy policy    10:12:06

11   might you consider to be important?

12     A.   I would say the section -- the privacy

13   section itself and settings.

14     Q.   Okay.  And -- and by -- when you say "the

15   privacy section itself," did you have anything    10:12:46

16   specific in mind, like the information that's

17   collected when you visit the site, for example?

18   Or maybe their cookie policy, or something else

19   altogether?

20     A.   Cookies, what informa- -- the information  10:13:04

21   that is collected, who it's being shared with and

22   why.

23     Q.   Okay.  Have you ever decided to stop using

24   or discontinuing your visits to a specific website

25   after reviewing the website's privacy policy?    10:13:33

Page 45

1       A.    Nothing comes to mind right now.

2       Q.    Okay.  That's fine.

3             Safe to assume that you also -- actually,

4    let me not -- let me not assume.  Let me ask you:

5             Do you also read the privacy policies of      10:14:09

6    the apps you download and use to make sure you

7    understand what information those apps are

8    collecting?

9       A.    Yes.

10      Q.    Do you tend to do that for most of the       10:14:22

11   apps that you download, some, or none?

12      A.    Most.

13      Q.    Let me ask about one specific website that

14   you've visited.  Williams Sonoma, does that name

15   ring a bell?                                           10:14:45

16      A.    Yes.

17      Q.    How frequently would you say that you

18   visit that company's website?

19      A.    A few times a month.

20      Q.    Okay.  And when you're on the Williams       10:14:56

21   Sonoma website, what types of things are you

22   looking for or what types of activities are you

23   engaging in?

24      A.    I'm looking at kitchenware and utensils

25   and upcoming classes or courses.                      10:15:14

                                                     Page 46

```
 1        Q.   Okay.  And do you know whether you tend to

 2   use a specific browser mode when you're on

 3   Williams Sonoma's website; private mode, regular

 4   mode, or something else?

 5        A.   I am usually on regular mode on Williams    10:15:38

 6   Sonoma.

 7        Q.   Okay.  Why is that?

 8        A.   Because what I'm looking at or for on that

 9   website isn't private to me.

10        Q.   Okay.                                       10:16:00

11             MS. CRAWFORD:  And we're going to mark as

12   Tab 24, Exhibit 1, which is a copy of

13   Williams-Sonoma's privacy policy.

14             We're going to load that to the Exhibit

15   Share platform.  And my colleague Tracy will let us   10:16:17

16   know once that's up and when you can refresh.

17             (Trujillo Deposition Exhibit 1 was

18             marked.)

19             MS. BAEZA:  Jomaire, before you go down

20   that line of questioning, would now be a good time    10:16:30

21   to take a break?  We've been going for about an

22   hour now.

23             MS. CRAWFORD:  Sure.  How long do you

24   need?

25             MS. BAEZA:  Ten minutes.                    10:16:40
```

Page 47

1          MS. CRAWFORD:  Let's go off the record,

2     actually.

3          MS. BAEZA:  Sure.

4          MS. CRAWFORD:  Let's go -- let's go --

5     let's go off the record.                    10:16:44

6          THE VIDEOGRAPHER:  We -- we are off the

7     record.  The time is 10:16 a.m.

8          (Short recess taken.)

9          THE VIDEOGRAPHER:  We are back on the

10    record.  The time is 10:32 a.m.              10:32:34

11    BY MS. CRAWFORD:

12        Q.   Okay.  I believe we've now marked as

13    Exhibit 1, the Williams-Sonoma privacy policy that

14    I mentioned before we broke.

15          Ms. Trujillo, do you mind refreshing and    10:32:52

16    letting me know if you can see that on your end.

17        A.   Yes.

18        Q.   Okay.  Perfect.

19          And before the break, I was asking

20    questions about your visits to websites like       10:33:12

21    Williams-Sonoma.

22          Do you remember that?

23        A.   Yes.

24        Q.   Okay.  And I think you -- we were talking

25    about visiting sites like Williams-Sonoma, and I    10:33:20

                                             Page 48

```
 1     just want to make sure I'm -- I'm clear.
 2            Have you visited Williams-Sonoma --
 3     actually, how many times within the past year
 4     would you say you've visited Williams-Sonoma's
 5     website?                                    10:33:37
 6        A.   I visit their website a few times a month,
 7     so -- I don't know, within a year, 25 times.
 8        Q.   Okay.  And is it safe to say that
 9     sometimes you visit Williams-Sonoma's website in
10     private mode?                               10:34:03
11        A.   I do not recall ever visiting
12     Williams-Sonoma in private mode.
13        Q.   Okay.  Is it possible that you've visited
14     Williams-Sonoma in private mode?
15        A.   It's possible.                      10:34:22
16        Q.   Okay.  But you can't say for sure, one way
17     or the other?
18        A.   I'm trying to recall if there would be a
19     time where I would want to search in private mode
20     on Williams-Sonoma, and nothing comes to mind.  10:34:47
21        Q.   Okay.  If you were already in an incognito
22     session searching for something else and wanted to
23     visit the Williams-Sonoma website, would you open
24     a new tab in the incognito browser that you had
25     open; or would you initiate a new non-private   10:35:08
```

Page 49

1    browsing session?

2         A.   I would probably search out of incognito

3    mode.

4         Q.   Okay.  So would not initiate a new session

5    outside of incognito mode in order to do the          10:35:30

6    additional search that I just mentioned; is that

7    right?

8         A.   No.  I would open a new window outside of

9    incognito mode.

10        Q.   Okay.  So every search that you do every    10:35:45

11   time you visit a website, you decide on a

12   per-website basis whether or not to open that

13   website in incognito or whether to do it in

14   regular mode?

15             MS. BAEZA:  Objection.  Form.              10:35:59

16   Mischaracterizes testimony.

17   BY MS. CRAWFORD:

18        Q.   You can answer.

19        A.   Usually, yes.

20        Q.   Okay.  So is it normally the case that you  10:36:15

21   have different windows open, one with an incognito

22   screen and one window with a regular browsing

23   session open so that you can browse appropriately,

24   whether it's through incognito or through a

25   non-incognito mode?                                   10:36:35

1      A.   That's right.  I'm -- I'm very specific

2   when I'm searching in incognito mode.

3      Q.   Okay.  But I think you said it was

4   possible that you could have searched

5   Williams-Sonoma using incognito mode; right?        10:36:55

6      A.   I'm saying it's possible because

7   anything's possible.  I could have just went to --

8   I wouldn't have initially went to the

9   Williams-Sonoma website in incognito mode.

10           But if I was going -- if I went to a        10:37:18

11   different window in incognito mode, I mean, that's

12   possible.  But it's not something I would

13   generally do.

14      Q.   Okay.  And looking at Tab 24 in front of

15   you, let me know when you have it pulled up.        10:37:37

16      A.   I have it pulled up.

17      Q.   Do you recall ever reviewing this specific

18   privacy policy of Williams-Sonoma?

19      A.   I have probably scanned through it.

20      Q.   What's the basis for your belief that you   10:38:04

21   might have done so?

22      A.   To go forward with the -- to be able to

23   use their website.

24      Q.   Okay.  And when you say you've probably

25   scanned it, do you think you scanned the entire    10:38:19

Page 51

```
 1    thing or just portions of the privacy policy in

 2    front of you?

 3         A.   I've scanned the entire thing.  Just, you

 4    know -- let me see.

 5              It's my practice to at least scan through,    10:38:53

 6    if I need to be able to go forward with using a

 7    website service, so...

 8         Q.   And do you see on the first page, the top

 9    section reads "Privacy Policy"?

10              Do you see where I am?                        10:39:14

11         A.   Yes.

12         Q.   And do you see three lines in, where it

13    says:  "The purpose of this Privacy Policy is to

14    inform you what information we collect from you,

15    how we use your information and the choices that      10:39:25

16    you have regarding our use of your information"?

17              Do you see that?

18         A.   Yes.

19         Q.   Do you also see the next section with the

20    header that reads "Collecting Information About       10:39:39

21    You"?

22         A.   Yes.

23         Q.   Can you review this section with that

24    title and let me know when you're done.

25         A.   (Witness reviews.)                          10:39:53
```

Page 52

```
 1            Okay.  I'm done.

 2       Q.   All right.

 3            Now, there are nine bullets here

 4    underneath the sentence that reads:  "We collect

 5    the following categories and types of personal      10:40:32

 6    information."

 7            Can you identify for me which bullets you

 8    consider to be your personal information?

 9       A.   It's all my personal information.

10       Q.   Every single bullet listed here?         10:40:43

11       A.   Yes, every single bullet listed there.

12       Q.   What's the basis for that, for your belief

13    that this is all -- each one of these bullets

14    represents personal information?

15       A.   Well, it's everything about me.          10:41:07

16       Q.   Can you be more specific?

17       A.   Okay.

18       Q.   For example --

19       A.   My address -- I mean, my address, my

20    device, financial information, that's personal.    10:41:23

21    Demographic, I mean, that's me.  Cancellation,

22    data that -- that's me.  That's what kind of a

23    shopper I am.  Internet, I mean, what I'm looking

24    at -- this is all personal information.

25       Q.   Okay.  And something like the products     10:41:53
```

Page 53

```
 1    that you purchased, you consider that to be

 2    personal information?

 3         A.   Absolutely.  Yes.

 4         Q.   Even if those products are not personally

 5    tied to your name or to your identity?              10:42:08

 6         A.   Yes, even if I mean -- yes.  Absolutely.

 7         Q.   So if you purchased let's say a -- a

 8    spatula from Williams-Sonoma, you would

 9    consider -- a simple line item that says "Spatula

10    purchased," you would consider that information to  10:42:34

11    be personal information to you, even if it doesn't

12    identify Monique Trujillo as the person who

13    purchased the spatula?

14         A.   I would -- yes, I would consider that

15    personal, because even if it doesn't say my name,  10:42:47

16    it says everything else -- I mean, there's

17    everything else about me, and it wouldn't just be

18    a spatula.

19              If I'm shopping at Williams-Sonoma, I am

20    looking for a Star Wars spatula.  You know,        10:43:05

21    it's -- if I'm -- it's something personal and

22    special to me.

23         Q.   So I think I heard you say, you know,

24    there would be other information about you, but

25    what if it's just that someone purchased a Star    10:43:24
```

```
 1    Wars spatula?  There's no other information about
 2    you.  There's no other -- there -- your name's not
 3    associated with it; neither your first name nor
 4    your last name is associated.  It's just that a
 5    spatula with a Star Wars branding was purchased        10:43:39
 6    from Williams-Sonoma.
 7            Would that be personal to you?
 8        A.   Yes, it would be personal to me.
 9        Q.   How is that?
10        A.   Because it's my choice what I chose to        10:43:49
11    purchase.
12            MS. BAEZA:  Let me just assert my
13    object- -- objection here.
14            Objection.  Form.  Asked and answered.
15            Ms. Trujillo, if you could just give me        10:44:03
16    just one second after Jomaire finishes her
17    questions in case I have an objection.
18            THE WITNESS:  Yes.
19            MS. BAEZA:  That way I don't have to
20    interrupt you.  I'm sorry.                             10:44:14
21    BY MS. CRAWFORD:
22        Q.   Now, we just went through this nine-point
23    bulleted list, and you said all this information
24    is your personal information; right?
25        A.   Right.                                        10:44:23
```

Page 55

1        Q.    And these -- and -- and these different

2    types of information appears under a disclaimer

3    that reads "Collecting Information About You,"

4    "Categories and Types of Personal Information We

5    Collect."                                         10:44:41

6              Do you see that?

7        A.    Yes.

8        Q.    Are you comfortable with Williams-Sonoma

9    collecting these different types of data on when

10   you visit its website?                            10:44:50

11       A.    Well, if I'm in regular mode, then I am

12   aware that information is being collected.  If I'm

13   in incognito mode, I am not okay that information

14   is being collected without my consent.

15       Q.    Now, looking at the section entitled     10:45:17

16   "Collecting Information About You," does it say

17   anything in here about whether you're visiting the

18   website and in incognito mode or not?

19       A.    It does not.

20       Q.    And so this section does not distinguish  10:45:46

21   between data collected when you're browsing in

22   incognito versus a non-incognito mode; is that

23   right?

24       A.    It doesn't say that here, but it would

25   have been my choice to search in incognito mode or  10:46:07

                                          Page 56

1    in regular mode.

2        Q.   That's right.  But I'm asking about the

3    Williams-Sonoma privacy policy and the information

4    that it tells you in here that it collects when

5    you visit its website.                          10:46:22

6            So I just want to be clear that nothing in

7    Williams-Sonoma's disclosure here says that the

8    type of data they collect depends on whether

9    you're searching in private mode or not; is that

10   right?                                          10:46:43

11       A.   That's right.  But what I'm concerned with

12   is -- I understand that Williams-Sonoma is

13   disclaiming here -- or giving a disclosure here

14   that they will collect all this information.

15   That's fine.                                    10:47:04

16           But if I'm in incognito mode, I do not

17   want third parties or Google collecting

18   information without my consent.

19       Q.   How would Williams-Sonoma know if you're

20   in incognito mode or private -- sorry, in a      10:47:20

21   private mode or not when you're visiting its

22   website?

23       A.   It doesn't matter if Williams-Sonoma

24   knows.  It would be Google's responsibility to

25   know that I'm in incognito mode and not collect my  10:47:42

Page 57

```
 1    information.
 2        Q.   Right.  We're going to get to Google in
 3    one second, but if we could just stick with
 4    Williams-Sonoma.  I want to just make sure I get a
 5    clear answer to the question.                    10:47:57
 6            How would Williams-Sonoma, in your view,
 7    know that you are visiting its website in
 8    incognito mode versus a regular browsing mode?
 9            MS. BAEZA:  Objection.  Form.  Asked and
10    answered.                                        10:48:12
11    BY MS. CRAWFORD:
12        Q.   You can answer.
13        A.   I don't know how Williams-Sonoma would
14    know if I'm in incognito mode or in regular mode.
15        Q.   Okay.  Now, we talked about this section  10:48:26
16    here which talks about the information that
17    Williams-Sonoma collects about you.
18            I'm going to ask that you turn to the
19    fifth page of this document, which talks about
20    information -- actually, the fourth page of this  10:48:42
21    document, which talks about information that
22    Williams-Sonoma shares with third parties.
23            If you go to the bottom of page 3,
24    actually, which is where the heading "Third
25    Parties" appears, can you let me know once you've  10:49:06
```

Page 58

```
1    scrolled to the third page of this document?

2        A.   Hold on.  It's a little blurry.

3            MS. BAEZA:  I'm sorry.  Jomaire, you said

4    the third page that says "Third Parties"?

5            MS. CRAWFORD:  Yep, at the very bottom it     10:49:25

6    says "When We Share Information with Third

7    Parties."

8            MS. BAEZA:  Okay.  Thank you.

9            MS. CRAWFORD:  You're welcome.

10   BY MS. CRAWFORD:                                       10:49:39

11       Q.   And, Ms. Trujillo, just let us all know

12   when you're here.

13       A.   Okay.  Is it in -- is it emboldened?

14   Because I do not see -- 1, 2 --

15       Q.   Yes, ma'am.                                   10:49:48

16       A.   -- 3.  I see.  Okay.  I see.

17       Q.   Okay.  So you're at the section that's

18   titled "When We Share Information with Third

19   Parties."  And underneath it it lists "Service

20   Providers."                                            10:50:05

21            It says, "We may contract with companies

22   or persons to provide certain services including

23   credit card processing, shipping, data analysis

24   and management, promotional services, et cetera.

25   We call them our Service Providers.  We provide       10:50:18
```

Page 59

```
 1    our Service Pro-" -- "Providers with the
 2    information needed for them to perform these
 3    services.  We ask that our Service Providers
 4    confirm that their privacy practices are
 5    consistent with ours."  [As read]              10:50:53
 6          Do you see that?
 7       A.   I do.
 8       Q.   Now, if you turn to page 5, you'll see,
 9    three paragraphs in, a section that begins with
10    "We use."                                       10:51:02
11          Let me know once you're there.
12       A.   I see it.
13       Q.   And this paragraph, do you mind reading
14    this one aloud into the record?
15       A.   "We use Google Analytics on our web sites  10:51:06
16    to collect usage data, to analyze how users use
17    the web sites and to provide advertisements to you
18    on other websites.  For more information about how
19    to opt out of having your information used by
20    Google Analytics, visit..." [As read]          10:51:24
21       Q.   And then there's a URL, mm-hmm.
22       A.   Right.
23       Q.   What do you understand this paragraph to
24    mean, Ms. Trujillo?
25       A.   That when I'm on the Williams-Sonoma    10:51:37
```

Page 60

1  website in regular mode, Google Analytics has

2  access to my information.

3      Q.  But this paragraph here doesn't contain

4  the words "regular mode," does it?

5      A.  It does not contain the words -- the          10:52:02

6  word [verbatim] "regular mode," but in the Google

7  policy -- it does say "Google Analytics" on there.

8  And in the Google policy, it says that if I choose

9  to set -- to search in incognito mode, I can

10  control what is collected.                          10:52:31

11      Q.  Are you reviewing from a document that you

12  have in front of you?

13      A.  I am.

14      Q.  Okay.  I would ask that while we're --

15  while we're looking at a particular document,        10:52:43

16  namely Exhibit Number 1, that you set aside the

17  other documents that you have in front of you.

18          I'll let you know if there's a point where

19  it would be helpful for you to look at one of the

20  documents that you have.  But I ask that our --      10:52:57

21  the questions I'm asking are limited to the

22  document and exhibit that we're focused on right

23  now.

24          And I'll let you know, again, if I need

25  you to reference any of the other materials in       10:53:07

Page 61

```
 1     front of you.

 2             Do you mind doing that for me?

 3        A.   I do not mind.

 4        Q.   Okay.  So then in -- in this paragraph

 5     here that begins with "We use Google Analytics on      10:53:17

 6     our web sites," I just want to confirm that

 7     nowhere in that paragraph does it reference

 8     "regular mode."

 9             Would you agree with that?

10        A.   Well, I can't agree with it because even       10:53:36

11     if I don't reference any documents or other

12     policies, I know that in regular mode I am

13     consenting to Google Analytics collecting my

14     information.

15        Q.   But, Ms. Trujillo -- oh, sorry.  Go ahead      10:53:52

16     if you're still answering the question.

17             Okay.

18        A.   If I'm --

19             MS. BAEZA:  Go -- go ahead, Ms. Trujillo.

20     You can finish.                                        10:54:10

21             THE WITNESS:  Without referencing any

22     documents or policies, I know that if I'm in

23     cogni- -- incognito mode, Google has promised not

24     to collect my information.

25     BY MS. CRAWFORD:                                       10:54:29
```

Page 62

```
 1        Q.   Right.  But, again, I -- I mentioned a

 2    moment ago we're going to talk about Google and

 3    Google's privacy policy and Google's disclosures

 4    and the information that you consider to be

 5    relevant in those documents.                    10:54:40

 6            But before we get there, I'm just asking

 7    about the Williams-Sonoma policy that's in front

 8    of you.

 9            Can I get a straight answer, yes or no, to

10    the -- two questions, whether or not this portion  10:54:51

11    of Williams-Sonoma's policy mentions "incognito

12    mode" or -- or pri- -- or "non-private browsing

13    mode" specifically?  Yes or no?

14            MS. BAEZA:  Objection.  Form.  Asked and

15    answered.                                        10:55:06

16            The -- Ms. -- Ms. Crawford, Ms. Trujillo

17    is trying to give answers to the best of her

18    ability.  I think it's improper to ask her to

19    answer just a yes-or-no question.

20            MS. CRAWFORD:  Well, the witness can say  10:55:23

21    if -- if she's incapable of -- of answering yes or

22    no as to whether or not certain words appear in the

23    context of language she's just read.  And if the

24    witness is unable to do so, she can let us know

25    that.                                            10:55:35
```

Page 63

```
 1    BY MS. CRAWFORD:
 2        Q.   But, Ms. Trujillo, I do ask that you
 3    answer this narrow question, it's very simple,
 4    whether or not "private browsing mode" is
 5    mentioned anywhere in the paragraph that you just    10:55:44
 6    read aloud; yes or no?
 7        A.   Well, in this specific paragraph, it is
 8    telling me, "We use Google Analytics on our web
 9    site to collect usage data" [as read].
10             I know if I'm in regular mode or if I'm    10:56:05
11    [verbatim] incognito mode, so it doesn't matter if
12    Williams-Sonoma is mentioning to me "regular mode"
13    or "incognito mode."
14        Q.   But Williams-Sonoma didn't say here, "We
15    only share your information with Google when         10:56:20
16    you're in regular mode."  It doesn't say that
17    here, does it?
18        A.   I mean, it's not Williams-Sonoma's
19    responsibility.  It's Google's responsibility to
20    stand by their privacy policy where it says if I'm   10:56:40
21    in incognito mode, they will not collect my
22    information without my consent.
23        Q.   Are you aware of the data flow at issue in
24    this case and how Google gets the data that you're
25    suing Google for?                                    10:56:59
```

Page 64

1           MS. BAEZA:  Objection.  Form.  Vague as to

2     "data form" [sic].

3     BY MS. CRAWFORD:

4         Q.   You can answer.

5           MS. BAEZA:  "Data flow."  My apologies.    10:57:09

6           THE WITNESS:  No, I'm not.

7     BY MS. CRAWFORD:

8         Q.   Okay.  So then in the lawsuit that's been

9     filed in this case, the basic allegation is that

10    when you visit a website like Williams-Sonoma      10:57:23

11    using incognito mode, you were led to believe that

12    Williams-Sonoma would not share or Google would

13    not receive information from your private browsing

14    session.

15          When you visit websites like                10:57:46

16    Williams-Sonoma, this specific disclosure -- let

17    me know if this is your understanding -- this

18    specific disclosure says Williams-Sonoma is

19    sharing your information with Google.  That is the

20    same information that you've alleged Google        10:58:03

21    improperly collected in the context of your

22    lawsuit; isn't that right?

23        A.   No, that's not right.

24        Q.   What kind of information are you alleging

25    Google has collected on you without your consent,  10:58:18

                                                    Page 65

1    if not from your visits on third-party websites?

2        A.   Google -- I wasn't led to believe.  It is

3    clearly in Google's privacy policy that if I'm in

4    incognito mode, my information will not be

5    collected by Google.                              10:58:43

6        Q.   And that's what you believe the privacy

7    policy says specifically?

8            MS. BAEZA:  Objection.  Form.  Asked and

9    answered.

10           THE WITNESS:  Yes, that's what the privacy   10:59:05

11   policy says specifically.

12   BY MS. CRAWFORD:

13       Q.   Okay.  So we're going to pull up the

14   privacy policy.  And I'm going to ask, when I do

15   that, that you point me to exactly where it says    10:59:14

16   that within the text of the disclosure.

17           But before we get there, I want to ask a

18   couple questions about the type of personal

19   information that you are suing Google for having

20   received.                                           10:59:32

21           Are you aware of the Complaint that was

22   filed in this case?

23       A.   Yes.

24       Q.   Okay.  And I'm reading from the Complaint,

25   quote, "This lawsuit concerns Google's              10:59:43

Page 66

1    surreptitious interception and collection of

2    personal and sensitive user data while users are

3    in a 'private browsing mode.'"

4          What kind of personal data are you suing

5    Google about?                                    11:00:01

6          MS. BAEZA:  One moment.

7          Jomaire, are you going to show the witness

8    the document that you're reading from so she can

9    follow along, or do you want her to --

10          MS. CRAWFORD:  That was actually done with   11:00:10

11    the quote that I intended to introduce from -- from

12    that document.

13          If she needs to see the first paragraph of

14    the Complaint in order to refresh her recollection,

15    obviously she can let us know.  But I would assume   11:00:20

16    she's familiar with the fact that she's sued Google

17    for collection of sensitive and personal user data.

18          MS. BAEZA:  Ms. Trujillo, would it be

19    helpful for you to see the Complaint that

20    Ms. Crawford is reading from just to refresh your    11:00:37

21    recollection?

22          THE WITNESS:  Yes, it would be helpful.

23          MS. CRAWFORD:  So let's mark as Exhibit 2,

24    Tab Number 1, Tracy.

25          (Trujillo Deposition Exhibit 2 was          11:00:45

Page 67

```
 1              marked.)

 2    BY MS. CRAWFORD:

 3         Q.   And when the exhibit is open and in front

 4    of you, Ms. Trujillo, I'm just going to ask that

 5    you look over the first paragraph.  It's four          11:01:00

 6    lines long.  And the specific quote that I read

 7    into the record is on the first two lines of the

 8    Complaint.

 9              So if you don't mind just looking through

10    the first paragraph and letting me you're done, I      11:01:17

11    can ask the next series of questions.

12         A.   Will you say again what -- what line?

13         Q.   Yeah.  Absolutely.

14              Do you have it up in front of you?

15         A.   I do.                                         11:01:37

16         Q.   Okay.  Perfect.

17              So if you scroll to what should be page 5

18    at the top, you'll see where it says "Second

19    Amended Class Action Complaint"?

20              Are you with me?                              11:01:54

21         A.   I'm looking.

22         Q.   Okay.

23         A.   I see it.

24         Q.   Perfect.

25              So now if you go to line 9 -- do you see     11:02:16
```

Page 68

1    on the far left-hand side of the page there's --

2    there are numbers from 1 to 28?

3         A.   Yes.

4         Q.   To guide you, if you scroll to line 9,

5    you'll see what appears as the first paragraph of        11:02:32

6    the Complaint beginning with "This lawsuit

7    concerns."

8              Do you see that sentence?

9         A.   I do.

10        Q.   Okay.  Could you read that sentence for        11:02:42

11   me.

12        A.   "This lawsuit concerns" -- oh, my gosh.

13   Let me make this bigger.  Shoot.

14             "This lawsuit concerns Google's

15   surreptitious interception and collection of            11:03:21

16   personal and sensitive user data while users were

17   in 'private browsing mode.'" [As read]

18        Q.   Okay.  Now, I -- I'll ask the question

19   again.  In this sentence, the words "personal and

20   sensitive user data" appear.                            11:03:43

21             What types of personal and sensitive user

22   data do you believe Google collected without your

23   consent?

24        A.   Anything about me is personal.

25        Q.   Do you have anything more specific in         11:04:08

Page 69

```
 1    mind?

 2           MS. BAEZA:  Objection.  Form.  Asked and

 3    answered.

 4    BY MS. CRAWFORD:

 5       Q.   You can answer.                          11:04:21

 6       A.   I mean, it's my choice what I want to be

 7    openly known and what I think is private.

 8    Anything -- what's personal to me, what's private

 9    to me, I mean, what's private to me is where I'm

10    looking online, is an example.                   11:04:49

11       Q.   Okay.  So by that, do you mean specific

12    websites you visit?

13       A.   Yes, specific websites.

14       Q.   Anything else?

15       A.   What I'm shopping for, it's my choice if  11:05:14

16    I'd like it to be private or not, my location.

17       Q.   Anything else?

18       A.   I mean, everything is personal to me, what

19    I'm -- what I'm shopping for, where I'm at, where

20    I'm looking to go, what I'm interested in looking  11:06:01

21    up, or what I'm looking into.

22       Q.   Okay.  And is there a difference in your

23    mind between personal and sensitive?

24       A.   Yes.

25       Q.   Okay.  Can you give me an example of       11:06:24
```

Page 70

```
1    certain type -- is it some type of personal

2    information that you would not consider to be

3    sensitive?

4         A.   Personal information is anything and

5    everything about me --                          11:06:45

6         Q.   Okay.

7         A.   -- is what I would --

8         Q.   Can you give me some examples?

9              MS. BAEZA:  Objection.  Form.  Asked and

10   answered for the sixth time.                     11:06:54

11   BY MS. CRAWFORD:

12        Q.   Can you give me an example of something

13   that is personal to you, but not sensitive?

14        A.   Personal to me, but not sensitive.  If --

15   if it's sensitive, then it would be -- it would   11:07:16

16   be -- I might consider it private.  It depends on

17   what kind of sensitivity.

18              Let's say if it was sensitive -- like I

19   have a boil on my toe, would be sensitive, but a

20   more private sensitive [verbatim] would be I have  11:08:07

21   a boil on my lower back.

22        Q.   Okay.  So just to make sure I'm -- I'm

23   clear, I was asking to give me an example of

24   something that you would consider to be personal,

25   but not sensitive.  And I think you just gave me   11:08:29
```

Page 71

```
 1    two examples of things that would be sensitive,
 2    with different levels of sensitivity.
 3          So could you just give me one example or a
 4    couple of examples of information that you
 5    consider to be personal, but not sensitive?        11:08:42
 6        A.   Personal -- I don't know, maybe I'm
 7    oversensitive, but I think -- I mean I don't
 8    think, like really even my location is
 9    sensitive -- personal and sensitive to me.  What
10    is not sensitive, but is personal, it's all        11:09:19
11    personal and sensitive to me, and it's my choice.
12        Q.   Right.
13          But just a moment ago you said that there
14    was a difference between personal and sensitive,
15    so I'm trying to understand the difference in your  11:09:42
16    mind between those two categories.
17          MS. BAEZA:  Objection to form.
18    BY MS. CRAWFORD:
19        Q.   Can you give me --
20          MS. BAEZA:  Oh, sorry, Jomaire.           11:09:54
21          Go ahead.
22          MS. CRAWFORD:  Yep.
23    BY MS. CRAWFORD:
24        Q.   So can -- are you saying now that there is
25    no difference between personal and sensitive?  Are  11:09:58
```

Page 72

1    you changing your answer to that question to say

2    that everything that is personal is also

3    sensitive?  Or do you maintain that there is, in

4    fact, a difference between personal and sensitive?

5           MS. BAEZA:  Objection.  Form.  Asked and    11:10:12

6    answered.  Compound.

7    BY MS. CRAWFORD:

8       Q.   You can respond.

9       A.   I maintain that any information about me

10   is personal.  There are different varied levels of   11:10:29

11   sensitivity.

12      Q.   Okay.  So let's take something like your

13   name.  Would you agree that your name is personal

14   to you?

15      A.   Yes.                                        11:10:55

16      Q.   Would you also say that your name is

17   sensitive, or is that an area where you have

18   identified something that is personal, but is not

19   also sensitive?

20           MS. BAEZA:  Objection.  Form.  Compound.    11:11:13

21           THE WITNESS:  Am I supposed to answer

22   still?

23   BY MS. CRAWFORD:

24      Q.   Yes, please.

25           Do you consider your name to be personal   11:11:40

Page 73

1    and sensitive or personal, but not sensitive?

2         MS. BAEZA:  Same objection.

3    BY MS. CRAWFORD:

4         Q.   You can answer.

5         A.   It's definitely personal, and the        11:11:51

6    sensitivity level would depend on where my name is

7    being used.

8         Q.   Okay.  And if your name -- give me an

9    example of -- of something where your name is

10   being used in a context where it would not be      11:12:18

11   sensitive.

12        A.   A roster.

13        Q.   Can you say more?  Do you mean that your

14   name would appear along with other names, for

15   example, and that's the only information appearing  11:12:42

16   on -- on -- on that roster?  Or do you mean

17   something else?

18        MS. BAEZA:  Objection.  Form.

19   Mischaracterizes testimony.

20        THE WITNESS:  I mean if my name is on a        11:13:01

21   roster, then I'm aware that my name is there.

22   BY MS. CRAWFORD:

23        Q.   Okay.

24        And you -- have you -- in the context of

25   your discovery responses in this case, the         11:13:17

Page 74

```
 1    word "confidential," do you see any difference --

 2    any meaningful difference between these three

 3    words, "confidential," "personal," and

 4    "sensitive"?

 5         A.   Yes.                                    11:13:32

 6         Q.   Okay.  What's the difference between the

 7    three?

 8         A.   Confidential, I would not like the

 9    information disclosed.  Sensitive depends on who,

10    what, where, and why.  Personal is any information  11:14:06

11    about me.

12         Q.   So would it be okay to share depending on

13    the who, what, where, and why?

14         A.   If my consent was given, then it would be

15    okay.                                              11:14:33

16         Q.   And what do you mean by if your consent

17    was given?

18         A.   If I was aware that it was -- this

19    information was being given out and I agreed to

20    it, then -- then I agreed to it.                   11:14:50

21         Q.   Okay.  I think earlier you mentioned

22    clicking into privacy policies when you're, for

23    example, creating an account, and that may be one

24    way a privacy policy is displayed to you.

25              Do you remember that testimony?          11:15:12
```

Page 75

1       A.    Yes.

2       Q.    Would clicking to create an account, for

3    example, be one way by which you might give

4    consent?

5       A.    By clicking an account, do you mean by          11:15:25

6    setting up an account, or do you mean going on to

7    a website under my name?

8       Q.    So the former.  If you were to click "I

9    accept" in the context of creating an account

10    where a privacy policy is shown to you, is that --     11:15:51

11       A.    Mm-hmm.

12       Q.    -- an example of you indicating your

13    consent?

14       A.    Yes.

15          MS. BAEZA:  Objection.  Form.  Incomplete        11:15:59

16    hypothetical.  And to the extent it calls for a

17    legal conclusion.

18    BY MS. CRAWFORD:

19       Q.    Are there certain companies that you don't

20    want to get your -- to get information about your      11:16:09

21    internet browsing, Ms. Trujillo?

22       A.    Yes.

23       Q.    Or is it all companies?

24       A.    It's -- well -- I mean, it comes down to

25    whether I've put it on a private mode or not.          11:16:43

Page 76

1       Q.    And how would --

2       A.    I do not --

3       Q.    Mm-hmm.  Sorry.  Go ahead.

4       A.    I do not want a data information company

5    like Google having a -- access or collecting my        11:17:08

6    information without my consent.

7       Q.    And what type of information do you

8    believe Google has collected from you in the

9    context of this lawsuit?

10      A.    All and anything personal to me.          11:17:27

11      Q.    Can you be more specific?

12            MS. BAEZA:  Objection.  Form.  Asked and

13    answered.

14    BY MS. CRAWFORD:

15      Q.    You can answer, Ms. Trujillo.            11:17:57

16      A.    They've collected and -- and anything you

17    can think of that is personal to me; my location,

18    my likes, my interests, what I'm doing at what

19    time of day.

20      Q.    And what's the basis for your belief that    11:18:26

21    Google is collecting the different types of

22    information that you just described?

23            MS. BAEZA:  At this point, I just want to

24    counsel Ms. Trujillo.  You can answer the question

25    to the extent it doesn't re- -- reveal            11:18:49

                                                    Page 77

1     any communications with your attorneys.

2          THE WITNESS:  Well, my answer to that is,

3     it's a known fact that Google collects information

4     without consent.

5     BY MS. CRAWFORD:                                    11:19:11

6          Q.   And when you say "a known fact," what are

7     you basing that on?

8          A.   I can't give an expert answer on that.

9          Q.   Can you give a lay response, what's your

10    understanding, as you sit here today, for saying    11:19:35

11    that Google is collecting information without user

12    consent?

13          MS. BAEZA:  Objection.  Form.  Vague.

14    BY MS. CRAWFORD:

15          Q.   You can answer.                           11:19:46

16          A.   No.  The experts can answer that.

17          Q.   Well, just to be clear, Ms. Trujillo, I'm

18    asking you a question that's based on your

19    personal knowledge.  And if you don't have any

20    personal knowledge, you can respond accordingly.    11:20:07

21          But I'm not asking you to give me the

22    opinion of any expert or anyone -- any knowledge

23    outside of your own.

24          So I'm -- I'm -- I can ask the question

25    again, if that would be helpful.  But I do want to  11:20:22

Page 78

1    understand your personal knowledge as to the data

2    that you believe Google has collected without your

3    consent.

4              MS. BAEZA:   Objection.  Form.  Asked and

5    answered.                                      11:20:36

6    BY MS. CRAWFORD:

7        Q.   Your response?

8        A.   I can't give an answer.  I don't have an

9    answer.

10       Q.   And by that, do you mean you're not aware   11:20:47

11   of any evidence or information that Google is

12   collecting your data without your consent?

13       A.   No.  That's not what I'm saying.

14       Q.   Okay.  So, then, do you have a basis for

15   believing that Google has collected data without    11:21:05

16   your consent?  And if you do, what is that basis?

17       A.   I can't answer right now.

18       Q.   I'm not sure what you mean by I -- by you

19   can't answer.

20              Can you clarify?                      11:21:22

21       A.   I -- I don't -- I guess that what I'm

22   saying is, I can't break down how it's collected,

23   but I know it is.  I'm not an expert on data

24   analytics or anything like that.

25       Q.   Right.                                  11:22:01

                                              Page 79

```
 1              But how do you know that it is collected?
 2      Can you tell me how you know that?
 3              MS. BAEZA:  Objection.  Form.  Asked and
 4      answered.  Privilege.
 5      BY MS. CRAWFORD:                              11:22:10
 6         Q.  You can answer, Ms. Trujillo.  You stated
 7      that "it is a known fact."
 8              And so I'm asking:  What is the basis for
 9      you saying it is a known fact that Google collects
10      data without user consent?                    11:22:21
11              MS. BAEZA:  Ms. Trujillo, you can answer
12      to the extent you don't reveal any communications
13      that you've had with me or your other lawyers.
14              THE WITNESS:  Will you please come back to
15      that question?                                11:22:51
16              MS. BAEZA:  One moment.  Ms. Trujillo, if
17      you can't answer that question without -- without
18      revealing any attorney-client privilege, you could
19      just -- you could just not respond.
20              MS. CRAWFORD:  Well, respectfully, she    11:23:08
21      can't refuse to answer the question.  She can
22      however, indicate that the only basis for her
23      knowledge comes from counsel.
24              Every question posed must be answered.
25      And so because I'm not asking for privileged     11:23:21
```

Page 80

```
1    information, an answer must be given.  And if that

2    is the answer, that's fine.  We can note that for

3    the record and move on.  But an answer must be

4    provided.

5            MS. BAEZA:  Ms. Crawford, she's tried to        11:23:34

6    answer the question multiple times.  We're -- we

7    must be on the seventh attempt right now, and she

8    doesn't know how else to answer the ques- -- the

9    question, and she's done it to the best of her

10   abilities.                                              11:23:36

11           Now, if you're going into privileged

12   territory, I'm instructing my client not to answer.

13           MS. CRAWFORD:  Yeah.  But I've already

14   made it clear, Rosy, that I'm not.  So I'll ask the

15   question one final time and hopefully we can get a     11:23:50

16   very simple answer to the question so that we can

17   continue.

18   BY MS. CRAWFORD:

19       Q.   Ms. Trujillo, is your understanding of how

20   it is a known fact that Google collects               11:24:16

21   information without user consent limited to your

22   conversations with counsel?  Yes or no?

23           MS. BAEZA:  Ms. Trujillo, if you're unable

24   to --

25           THE WITNESS:  No.                              11:24:18
```

                                                          Page 81

```
 1              (Simultaneous speaking.)

 2              (Interruption in audio/video.)

 3          MS. BAEZA:  Ms. Trujillo, if you're unable

 4    to answer this question without revealing any

 5    communications with your attorneys, I instruct you    11:24:26

 6    not to answer.

 7    BY MS. CRAWFORD:

 8      Q.   Yep.  And the question did not ask for

 9    communications with counsel.

10          So yes or no, it is the sole basis for        11:24:34

11    your understanding that it is a known fact, does

12    that known fact come from conversations with

13    counsel, yes or no?  That's the limited --

14          MS. BAEZA:  One moment.

15    BY MS. CRAWFORD:                                     11:24:48

16      Q.   -- question being asked and one for which

17    an answer, again, does not seek privileged

18    information [verbatim].

19          MS. BAEZA:  One moment, Ms. Trujillo --

20          MS. CRAWFORD:  Would you --               11:24:53

21          MS. BAEZA:  -- before you respond.

22          I'm -- Jomaire, are you done?

23          MS. CRAWFORD:  Well, would you like to go

24    off the record?

25          MS. BAEZA:  No, I -- I want this on the     11:25:01
```

Page 82

1    record.

2           MS. CRAWFORD:  Okay.  So then, what --

3    what is it that you're -- you're asking at this

4    point?  We do need to move on, Rosy.

5           MS. BAEZA:  No.  I'm trying to --          11:25:05

6           MS. CRAWFORD:  And there is a very clear

7    answer to the question that can be given.  I'm not

8    entirely sure why we're -- we're getting stuck on

9    this.

10           If her knowledge is limited to          11:25:14

11    conversations with counsel, she can say that so

12    that we can move on.

13           But if she does have personal knowledge

14    separate apart from her conversations with you,

15    that is what my question asked and that is the      11:25:24

16    answer [sic] to which an answer is outstanding --

17    that is the question to which an answer is

18    outstanding.

19           MS. BAEZA:  Right.  Sure.

20           Ms. Trujillo, I direct you not to answer.   11:25:32

21           I've made a determination that this might

22    be privileged, and -- and you're having a difficult

23    time trying to answer the question without --

24    without reveal- -- revealing any attorney-client

25    privileged communications.  So we will leave it at  11:25:48

```
 1    that.
 2              (Record marked.)
 3              MS. CRAWFORD:  Respectfully, we disagree.
 4              THE WITNESS:  I guess -- I choose not to
 5    answer.                                          11:25:57
 6    BY MS. CRAWFORD:
 7       Q.   And are you following counsel's
 8    instruction, Ms. Trujillo?
 9       A.   Yes.
10       Q.   Okay.                                    11:26:03
11              MS. CRAWFORD:  Obviously, Rosy, we reserve
12    rights.  The witness testified that it is a known
13    fact.  If she has personal knowledge of this beyond
14    conversations with counsel, we do reserve our
15    rights, including to reopen the deposition to probe  11:26:15
16    the basis for her personal knowledge.
17              Because again, I asked if she only had
18    information about this through conversations with
19    counsel, that could clearly be stated for the
20    record, and easily be stated for the record so that  11:26:27
21    I can move on.
22              But from my perspective, an answer to this
23    question has not been provided, and it's not clear
24    at this point that the answer would actually
25    involve privileged communications or contemplate    11:26:38
```

Page 84

1    conversations with counsel.  So I'm going to

2    reserve rights and move on in the interest of time.

3            MS. BAEZA:  You can preserve [verbatim]

4    your rights.  I -- I disagree with your

5    characterizations.                                11:26:52

6            I think right now might be a good time for

7    a break, if it's okay with you.

8            MS. CRAWFORD:  Okay.  Let's go off the

9    record.

10           THE VIDEOGRAPHER:  We are off the record.   11:27:01

11   The time is 11:27 a.m.

12           (Short recess taken.)

13           THE VIDEOGRAPHER:  We are back on the

14   record.  The time is 11:42 a.m.

15   BY MS. CRAWFORD:                                   11:42:15

16       Q.   Welcome back, Ms. Trujillo.

17       A.   Thank you.

18       Q.   Do you remember before the break, you

19   testified that it was a known fact that Google was

20   collecting user data without obtaining consent?     11:42:27

21       A.   Yes.

22       Q.   And do you recall me asking you what was

23   the basis for you saying it was a known fact that

24   Google was doing this?

25       A.   Yes.                                       11:42:42

Page 85

```
 1          Q.   And do you recall me asking you whether or

 2     not your knowledge was limited to information that

 3     you've obtained from the lawyers representing you

 4     in this case?

 5          A.   Do I remember you asking me that --        11:42:56

 6          Q.   Yes.

 7          A.   -- or are you asking --

 8          Q.   Do you remember me asking that question?

 9          A.   Yes.

10          Q.   Mm-hmm.                                    11:43:10

11          A.   Yes, I do.

12          Q.   And counsel objec- -- your counsel

13     objected before the break to answering that

14     question.

15               I understand that you're now able to       11:43:18

16     answer that question after having consulted with

17     counsel during the break.

18               So is your personal knowledge of Google

19     collecting data without user consent limited to

20     conversations you've had with your lawyers in this   11:43:45

21     case?

22          A.   No, it's not limited to just speaking with

23     my lawyers.  It's also from the news article.

24     The --

25          Q.   Did your counsel -- sorry.                 11:43:51
```

Page 86

```
 1              Go ahead.  Continue.
 2         A.   The news article I read when I reached out
 3    to the firm.
 4         Q.   And did your lawyers instruct you to give
 5    that answer in response to the question I just        11:44:09
 6    posed?
 7              MS. BAEZA:  Whoa, whoa, whoa.  That is
 8    privileged what we discussed.
 9              Monique, I'm going to instruct you not to
10    say anything about we discussed.                      11:44:23
11              (Record marked.)
12    BY MS. CRAWFORD:
13         Q.   Okay.  Ms. Trujillo, the news article that
14    you mentioned, do you have a copy of it?
15         A.   I do not.                                   11:44:30
16         Q.   You don't have it saved anywhere on your
17    computer or in your e-mail, for example?
18         A.   I do not.  It was on a different phone, if
19    it was saved.
20         Q.   When you say -- when you say "it was on a   11:44:54
21    different phone," what do you mean by that?
22         A.   Actually, no.  I just -- I don't have it
23    saved.
24         Q.   Okay.  Do you know if that news article
25    has been produced to Google during the course of      11:45:06
```

Page 87

```
 1    this litigation?

 2         A.   I do not know.

 3         Q.   And to the best of your recollection, what

 4    known facts about Google's data collection without

 5    user consent was described in that article?        11:45:24

 6         A.   The fact that Google is tracking

 7    information even while on incognito mode.

 8         Q.   And what was the supporting evidence for

 9    that assertion?

10         MS. BAEZA:  Objection.  Form.  To the          11:45:53

11    extent that it asks for a legal conclusion.

12    BY MS. CRAWFORD:

13         Q.   You can answer.

14         A.   Attorneys and experts looking into this.

15         Q.   Which attorneys?                          11:46:12

16         MS. BAEZA:  Are you asking about the

17    article?

18         MS. CRAWFORD:  Yeah, that's the only thing

19    that we've been focused on for the last couple

20    questions.                                          11:46:27

21    BY MS. CRAWFORD:

22         Q.   You can answer, Ms. Trujillo.

23         A.   The attorneys that work for the -- the law

24    firm, that I hired.

25         Q.   In this case or in a different case?      11:46:41
```

Page 88

```
1         A.    In this case.

2         Q.    Okay.  So the lawyers in this case

3    represented that Google was collecting user data

4    without obtaining consent; is that right?

5              MS. BAEZA:  Objection to form.          11:46:57

6    Mischaracterizes testimony.

7              And, again, to the extent this is asking

8    for communications between counsel and

9    Ms. Trujillo, I'm going to instruct Ms. Trujillo

10   not to answer.                                    11:47:08

11   BY MS. CRAWFORD:

12        Q.    To be clear, Ms. Trujillo, I'm asking

13   about what your -- what you understood after

14   reviewing the news article that you mentioned.

15             Did the news article represent -- did    11:47:16

16   lawyers who published the news article represent

17   that Google was collecting data without obtaining

18   user data, yes or no?  Obviously --

19             MS. BAEZA:  Objection to form.

20   Mischaracterizes the testimony.  She never said    11:47:33

21   that the lawyers published the article.

22   BY MS. CRAWFORD:

23        Q.    Ms. Trujillo, you can answer.

24        A.    I don't know who published the article.

25        Q.    Okay.  Ms. Trujillo, you testified when I  11:47:45
```

                                              Page 89

1    asked what was the supporting evidence for the

2    assertion that Google tracking -- sorry --

3    collecting data without consent was a known fact,

4    you testified, quote, "Attorneys and experts

5    looking into this."                                    11:48:05

6          Do you remember that?

7     A.    Yes.

8     Q.    And when I asked which attorneys, you

9    responded, quote, "The attorneys that work for the

10   law firm that I hired in this case."                  11:48:18

11         Do you remember that?

12    A.    Yes.

13    Q.    So can you tell me in what context did the

14   attorneys from the law firm that you hired in the

15   context of this case made that representation?        11:48:31

16   Was it in the form of the news article that you

17   reviewed or in some other capacity?

18         MS. BAEZA:  I'm going to instruct

19   Ms. Trujillo not to answer to the extent you're

20   asking questions about communications outside of      11:48:44

21   the article that she saw about the lawsuit.

22   BY MS. CRAWFORD:

23    Q.    You can answer, Ms. Trujillo.

24    A.    I can't answer that question.

25    Q.    Is it because it call- -- you believe that     11:48:59

                                                           Page 90

```
 1    it calls for privileged information?

 2        A.    Yes.

 3        Q.    So then, is it the case that your basis

 4    for believing that it was a known fact that Google

 5    is collecting this data, does it derive from          11:49:15

 6    information that you've obtained from lawyers that

 7    you've hired in this case, yes or no?

 8            MS. BAEZA:  Objection to form.

 9    Mischaracterizes testimony.

10            She -- she said it came from an article.      11:49:28

11    BY MS. CRAWFORD:

12        Q.    Can you please clarify, Ms. Trujillo?

13        A.    I was initially informed of this from the

14    article I read.

15        Q.    And what did the article say specifically   11:49:50

16    about Google's data collection without user

17    consent?

18        A.    It specifically said that Google is

19    tracking information while on incognito mode.

20        Q.    And did they cite -- did the article cite   11:50:11

21    any evidence or support or offer facts to

22    support -- to justify that assertion, yes or no?

23        A.    Yes.

24        Q.    What were those facts or supporting

25    justifications?                                       11:50:40
```

Page 91

```
 1            MS. BAEZA:  Objection.  Form.  Asked and

 2    answered.

 3    BY MS. CRAWFORD:

 4        Q.   You can answer.

 5        A.   I can't give you an answer about         11:50:54

 6    statistics, but the article did state that

 7    attorneys and experts have found to be true that

 8    Google is tracking and collecting information

 9    while users are in incognito mode.

10        Q.   And the article represented that that was  11:51:27

11    done without user consent?

12        A.   Yes.

13        Q.   And the lawyers that you just mentioned,

14    the article did state -- I'm quoting from your

15    testimony now.  "The article did state that       11:51:47

16    attorneys and experts have found to be true that

17    Google is tracking and collecting information."

18            Which lawyers are you referring to when

19    you say that?

20        A.   The lawyers at the firm I contacted.      11:52:00

21        Q.   Okay.  So that would be counsel

22    representing you in this case?  Yes?

23        A.   Yes.  Correct.

24        Q.   You're aware that there was a com- --

25            MR. MAO:  Hey, Jomaire.  This is --
```

Page 92

```
 1    Jomaire.  Jomaire, this is Mark.  This is Mark

 2    Mao.

 3              MS. CRAWFORD:  Yes?

 4              MR. MAO:  Just real quick.  Just for the

 5    record -- and I'll put it on the record.  Okay?      11:52:30

 6              MS. CRAWFORD:  Sure.

 7              MR. MAO:  Because Rosy was not involved in

 8    the case at the beginning of the case.  There is no

 9    solicitation, like, article, that the firm's put

10    out there.  If that's what, like, this is all        11:52:40

11    about, although she's answered this, like --

12              (Interruption in audio/video.)

13              -- times.

14         And I will make the representation to you

15    that the lawyers did not send out a solicitation,    11:52:45

16    like publishing anywhere that has not been produced

17    in the case.  I -- and -- and there is none.

18    That's why.  Okay?  So I've been --

19              MS. CRAWFORD:  Yeah, but you were --

20              MR. MAO:  -- listening to this for a         11:52:57

21    while --

22              MS. CRAWFORD:  Mm-hmm.  I appreciate

23    your --

24              MR. MAO:  -- right?

25              MS. CRAWFORD:  -- attentiveness, so
```

Page 93

```
 1    then --

 2              MR. MAO:  -- right?  And -- and I just

 3    want to clarify --

 4              MS. CRAWFORD:  -- you -- you're also

 5    hearing the witness testify --

 6              MR. MAO:  Well -- well, right because --

 7              MS. CRAWFORD:  -- about lawyer --

 8              (Simultaneous speaking.)

 9              (Interruption in audio/video.)

10              THE COURT REPORTER:  Whoa.  Excuse me.      11:53:04

11    Excuse me.

12              MR. MAO:  No, no, no, no, no --

13              (Simultaneous speaking.)

14              (Interruption in audio/video.)

15              THE COURT REPORTER:  Excuse me.  There

16    are --

17              MR. MAO:  -- no, no, no.  Here's why --

18    here's why --

19              THE COURT REPORTER:  Wait.  Excuse me.

20    Counsel --

21              MR. MAO:  -- it --

22              THE COURT REPORTER:  -- excuse me.  Stop,

23    please.

24              MR. MAO:  Yes.

25              THE COURT REPORTER:  I'm getting two
```

Page 94

```
1    people at the same time, and it's cutting both out.

2    So I'm going to ask that you both please slow down

3    and speak one at a time for the record.  Thank you.

4            MR. MAO:  Yes.  Okay.  I apologize,

5    Ms. Court Reporter.

6            So for the record, the firms --

7    plaintiffs' firms in this case did not publish any

8    articles to solicit plaintiffs in this case.

9            Okay.  So insofar you're asking about

10   that, I just want to obliviate the issue in case      11:53:39

11   that that's what this is all about because we've

12   been going on for an hour about this.

13           And I'm int- -- interjecting because Rosy,

14   who is defending the deposition, was not in the

15   case at the onset when it was filed.  Okay.  I was.   11:53:52

16   I'm telling you that.

17           MS. CRAWFORD:  I appreciate you noting

18   that for the record.  Let's move on to -- to avoid

19   eating -- eating up more time.  I don't -- I don't

20   think an hour has been spent.                         11:54:04

21           But I also think you can appreciate I'm

22   probing information provided by the witness in her

23   testimony, and she has referenced attorneys.

24           And so it's important to make sure that

25   the record is clear.  I appreciate your              11:54:14
```

Page 95

```
 1    representation.  We'll obviously, reserve rights as
 2    necessary, and we can revisit this, if needed, at
 3    an appropriate time.
 4            Thank you, Mark.
 5            MR. MAO:  Right.  My -- my point was        11:54:24
 6    simply if you -- if you're asking about that, you
 7    can just ask the attorneys, right.
 8            But you're confusing the witness because
 9    my understanding is that she's talking about
10    something other than -- than that.                 11:54:33
11            But if you're asking about something other
12    than that, then you should --
13            MS. CRAWFORD:  Let's --
14            MR. MAO:  -- make it clearer, including
15    with the attorneys.                                 11:54:41
16            MS. CRAWFORD:  Mark, if you're going to
17    continue, we should go off the record and -- and
18    outside the -- the presence of -- of the witness.
19    I think that the witness's testimony and the record
20    speaks for itself.                                  11:54:51
21            But assuming that you're done with your --
22    your -- your notation for the record, I would like
23    to move on.
24            MR. MAO:  Well, the document also speaks
25    for itself.  So do -- what you really want is, you  11:55:00
```

Page 96

```
 1    want the article as opposed to, you know --

 2            MS. CRAWFORD:  Please provide us with --

 3            MR. MAO:  -- kind of fish for something

 4    else, you could simply ask --

 5            MS. CRAWFORD:  Please provide us --        11:55:10

 6            MR. MAO:  -- for that -- again, I'm not

 7    done, Jomaire.

 8            (Simultaneous speaking.)

 9            (Interruption in audio/video.)

10            THE COURT REPORTER:  One person at a time.  11:55:15

11            MR. MAO:  Jomaire, I'm not done.

12            MS. CRAWFORD:  Yeah, it's -- it's hard to

13    tell if you're still speaking or not --

14            MR. MAO:  If you want to make that

15    request --                                        11:55:18

16            MS. CRAWFORD:  -- Mark, because you're

17    talking on the phone.

18            MR. MAO:  Right.  I -- I appreciate that.

19            So if you want to make that request, you

20    can make the request, and we'll respond to that by  11:55:23

21    trying to find the article, if there -- if that's

22    out there.

23            MS. CRAWFORD:  Consider the request --

24            MR. MAO:  Okay.  But what -- all I'm --

25    just want to --                                   11:55:28
```

Page 97

```
 1              MS. CRAWFORD:  -- to be made.

 2              MR. MAO:  -- point out is that it is --

 3     it's not a solicitation letter.

 4              Yeah, that's fine.

 5              MS. CRAWFORD:  Okay.  I appreciate the      11:55:34

 6     clarification --

 7              MR. MAO:  See, that part, you appreciate

 8     it's on the record.

 9              (Simultaneous speaking.)

10              (Interruption in audio/video.)

11              THE COURT REPORTER:  Wait.  One second.

12     Can you repeat that?  I didn't hear that.

13              MR. MAO:  I said, see, you appreciate that

14     that was on the record.

15              MS. CRAWFORD:  I'm not sure what -- what      11:55:45

16     you mean by that, but if you don't mind

17     providing us with -- searching for and if you

18     obtain a copy of that article, that would be

19     appreciated.  Thank you.

20              MR. MAO:  Will do.  Thank you.              11:55:55

21     BY MS. CRAWFORD:

22        Q.    Ms. Trujillo, have you ever done any

23     research into how to protect your privacy online?

24        A.    No.

25        Q.    Are you aware that you can, for example,    11:56:11
```

Page 98

1    change the settings on the devices that you use in

2    order to control the types of information that you

3    share when you browse the web?

4        A.   Yes.

5        Q.   Have you ever changed the settings on your    11:56:30

6    device in order to control the types of

7    information that you share when browsing online?

8        A.   Yes.

9        Q.   What types of settings have you either

10   enabled or disabled on your devices?    11:56:44

11       A.   I have changed and enabled for privacy

12   incognito mode, private mode.

13       Q.   Anything else come to mind?

14       A.   Mainly incognito or private modes.

15       Q.   Okay.  Have you ever used cookie blockers,    11:57:26

16   something called cookie blockers?

17       A.   No, I have not.

18       Q.   Do you ever recall rejecting cookie

19   permissions when you're visiting websites?

20       A.   Yes, I have.    11:57:46

21       Q.   And do you do that when you're in private

22   browsing mode, regular mode, or both?

23       A.   In both modes, but it depends on the

24   website or if I'm even allowed to go forward and

25   use the service if I don't accept.    11:58:16

Page 99

 1        Q.    Okay.  And when you're in regular mode,

 2     why would you reject cookie permissions?

 3        A.    Because I don't want to receive a bunch of

 4     junk mail.

 5        Q.    Is it your understanding that cookies        11:58:39

 6     facilitate junk mail?

 7        A.    Yes, and from my understanding, they also

 8     can compromise the computer or phone's power or, I

 9     guess, memory or how it will -- cookies can

10     compromise how well the device operates.             11:59:20

11        Q.    What is your understanding of what the

12     cookie does in the context of web -- web browsing

13     specifically?

14        A.    From my understanding, it is -- from my --

15     from what I understand is that it can possibly        12:00:16

16     compromise the device I'm on.

17        Q.    Okay.  And it seems like you suggested

18     that you reject cookie permissions.

19              Do you have an estimate that you can give

20     me as to how often you do that?  Do -- would you      12:00:38

21     say that you, as, you know, a matter of course,

22     try to do that every time you're browsing a

23     website, sometimes when you're browsing a website,

24     or barely ever when browsing a website?

25        A.    All the time, I try to reject cookies.       12:00:55

                                              Page 100

```
 1        Q.   And is that both when you're in incognito
 2   mode and when you're using a non-incognito mode?
 3        A.   That's correct.
 4        Q.   Are you aware that you can enable "block
 5   all cookies" in your Chrome settings?              12:01:21
 6        A.   I may have seen that setting, but I don't
 7   use it.
 8        Q.   Can you tell me why you don't?
 9        A.   I've found that -- I don't know.  Anything
10   relating to cookies, it seems to compromise my --   12:02:05
11   my device.  I don't know -- I just prefer not to
12   change it in the settings.
13        Q.   Why is that?
14        A.   Because it compromise -- it compromises
15   the -- my usage.                                    12:02:37
16        Q.   What do you mean by it compromise your
17   usage?  Blocking all cookies would compromise your
18   usage or changing your settings?
19        A.   Will you ask that again, please.
20        Q.   Yeah, sure.                               12:03:04
21             I asked if you were aware that you could
22   enable "block all cookies" in your Chrome
23   settings.  And I think you testified that you
24   don't use the setting.  And I asked why you
25   didn't.                                             12:03:22
```

Page 101

1        And you said, I -- I don't know.  I just

2    prefer not to change it in the settings.

3        And so, I'm asking and wondering why

4    wouldn't you change the settings to block all

5    cookies versus doing it manually when you're          12:03:34

6    prompted to?

7    A.   My answer is, I've found that it -- if I

8    change my settings to block all cookies, it has

9    compromised my usage, my ability to maybe access

10   certain websites.  I just choose not to.  I choose    12:04:05

11   not to because I find that the device or the web

12   pages aren't working the same.

13   Q.   Okay.  So then it -- it sounds like you're

14   saying there are some instances where you think

15   it's, you know -- where -- where you decide you        12:04:26

16   don't want cookies and so you block those.

17       But in other instances, in order to ensure

18   that a site works properly, for example, you may

19   enable the permi- -- the -- the cookies so that

20   you can continue to surf the website without any       12:04:40

21   breakage or without any disruption.

22       Is that a fair characterization?

23   A.   No, that's not what I said.

24       I said that I choose not to -- in my

25   settings, I choose not to enable all cookies.  And     12:05:00

                                        Page 102

```
 1   when cookies pops up, if I'm on a website, I'll

 2   accept if I have to go further on the website, if

 3   I need to use the service.

 4       Q.   Okay.  And I think your answer actually

 5   revealed what might be the source of a                    12:05:29

 6   misunderstanding in -- in terms of the question

 7   that I've posed.

 8            I -- I was asking whether or not you knew

 9   that you could enable "block all cookies" or

10   whether you knew that could "disable all cookies"       12:05:44

11   as a default in your Chrome settings so that you

12   didn't have to do it on a one-by-one basis.

13            Does that question make -- does that

14   clarification make sense to you?

15       A.   Yes, I am aware of that setting.                12:05:59

16       Q.   And can you explain for me then why it is

17   that you would not disable all cookies or block

18   all cookies as the default when you're browsing

19   the web?

20       A.   The reason I don't is because I've enabled   12:06:14

21   that setting in the past, and it compromised the

22   usage of my device or the sites.

23       Q.   Okay.  So it sounded as though at one

24   point you did have block all cookies enabled, but

25   you turned it off because it was compromising the     12:06:43
```

Page 103

1    usage of your ability to use the websites that you

2    were visiting.

3           Is that a fair characterization of your

4    testimony?

5       A.   I have enabled it maybe once before, but        12:06:52

6    quickly took the setting off because I found that

7    my device and the sites were compromised in usage,

8    in my ability to use them.

9       Q.   And by -- just to be clear, by

10    "compromise," you mean your ability to use those        12:07:20

11    websites was limited or impaired in some way?

12           MS. BAEZA:  Objection.  Form.  Compound.

13           Go ahead.

14           THE WITNESS:  Impaired in some way, yes.

15    BY MS. CRAWFORD:                                         12:07:38

16       Q.   Okay.  Did you know that you could also

17    enable in your Chrome settings a feature that's

18    called "block third-party cookies"?  Are you aware

19    of that setting, Ms. Trujillo?

20       A.   No, I am not.                                    12:07:55

21       Q.   Do you know that you can also enable a

22    setting that allows you to clear cookies and site

23    data when you close all windows in your browser?

24       A.   Yes, I have seen that.

25       Q.   Have you enabled that setting at any            12:08:16

Page 104

```
 1    point?

 2        A.   At any point, yes.  Do I have that enabled

 3    now, no.  And when I did use that setting, it was

 4    on a -- it was on a work computer.

 5        Q.   Okay.  And do you recall why you were          12:08:48

 6    using that setting on the work computer?

 7        A.   Yes, because it was -- the cookies were

 8    slowing down the computer.

 9        Q.   Okay.  And any reason why you wouldn't use

10    that same setting on your personal device or           12:09:10

11    devices?

12        A.   I'm just -- my concern isn't really that

13    my computer's running slow.  I mean, I take other

14    precautions to keep my -- my devices from slowing

15    down, such as exiting or closing out windows or        12:09:49

16    deleting unneeded files.

17        Q.   Okay.  So then you -- you've basically

18    determined that it's not necessary for you to

19    enable that feature on your nonwork-related

20    devices; is that right?                                12:10:07

21            MS. BAEZA:  Objection.  Form.

22    Mischaracterizes testimony.

23    BY MS. CRAWFORD:

24        Q.   You can answer.

25        A.   Well, when I did enable the -- I don't         12:10:18
```

Page 105

```
 1     know, the clearing out the cookies, it was on the

 2     work computer, and it was -- my coworker had shown

 3     me or she enabled that, and it's just something I

 4     don't use.

 5         Q.   Do you think that that setting would        12:11:00

 6     provide you an additional layer of privacy

 7     protection when you're browsing the web?

 8             MS. BAEZA:  Objection.  Form --

 9             THE WITNESS:  No.

10             MS. BAEZA:  -- vague.                          12:11:14

11     BY MS. CRAWFORD:

12         Q.   I'm sorry, I didn't hear your answer,

13     Ms. Trujillo.

14         A.   No, I don't think that it would provide me

15     with extra protection.                                12:11:27

16         Q.   Why wouldn't clearing cookies from your

17     browser provide you with an additional layer of

18     privacy protection in your view?

19             MS. BAEZA:  Objection.  Form to the extent

20     it calls for a legal conclusion.                      12:12:08

21     BY MS. CRAWFORD:

22         Q.   You can answer, Ms. Trujillo.

23         A.   Well, from what I understand of cookies,

24     it's just a bunch of junk.

25         Q.   What do you mean by that?                    12:12:29
```

Page 106

1          A.    Junk e-mails, junk ads.

2          Q.    So to your knowledge, cookies are a bunch

3     of junk, including in the form of junk e-mails,

4     junk ads.

5               Anything else?                        12:12:57

6          A.    It's just junk e-mails, junk ads that --

7     yeah.

8          Q.    All right.

9               Now, we just talked through a -- a bunch

10    of device-level settings that you can enable.  Now    12:13:24

11    I'm going to ask you a couple of questions about

12    account-level settings.

13              Are you familiar with something called "my

14    activity" in Chrome?

15         A.    No.                                   12:13:41

16         Q.    Okay.  So you're not aware that Google

17    offers something called "my activity" which allows

18    you to review and manage, as well as delete

19    information that Google has associated with you?

20    You're not aware of that?                        12:13:53

21         A.    No, I'm not.

22         Q.    Now knowing that there is something

23    called "my activity" that allows you to delete the

24    information that Google has associated with you,

25    do you think it's a feature that you find -- you    12:14:10

                                              Page 107

```
 1   might find useful?

 2        A.   I can't answer that right now.  I've never

 3   looked at it, and I've never looked into it.

 4        Q.   Right.

 5             But if I'm -- I'm representing to you that    12:14:30

 6   Google offers something that allows you to review,

 7   manage, and delete information that Google has

 8   associated with your account, do you think it is a

 9   type of tool that you might find useful or

10   helpful?                                                12:14:50

11        A.   I can't answer that because I haven't

12   looked into it.  I can't just take your word at --

13   I can't just take your word for it.

14        Q.   Okay.  You're not -- so as someone who is

15   privacy minded and considers privacy to be very        12:15:10

16   important to her, having just heard me tell you

17   that there is a tool that Google offers that would

18   allow you to delete your data, is this something

19   that you consider important enough to perhaps

20   research in the future?                                 12:15:26

21             MS. BAEZA:  Objection.  Form.  Asked and

22   answered.

23             Go ahead.

24             THE WITNESS:  I will consider looking into

25   it.                                                     12:15:36
```

Page 108

1    BY MS. CRAWFORD:

2       Q.   And if, once you've looked into it, learn

3    that indeed it's not just my representation, but

4    that Google actually does allow you to delete

5    information associated with your account, do you        12:15:49

6    think that you would find a tool like that useful?

7            MS. BAEZA:  Objection.  Form.  Calls for

8    speculation.

9            MS. CRAWFORD:  The witness can answer.

10           THE WITNESS:  Well, I don't know -- I          12:16:06

11   would really just have to look into it.  I don't

12   know how much I would trust that it -- that setting

13   would do what it's saying that it would do.

14   BY MS. CRAWFORD:

15      Q.   And why is that?  Why would not trust the      12:16:32

16   account settings that Google offers to account

17   holders like yourself?

18      A.   Because Google says one thing, promises

19   one thing, and does the opposite.

20      Q.   And, again, you don't have any evidence of     12:16:56

21   Google having done that with respect to your data

22   specifically, do you?

23           MS. BAEZA:  Objection.  Form.

24   Mischaracterizes testimony.

25   BY MS. CRAWFORD:                                        12:17:17

                                                    Page 109

1          Q.   You can answer.

2          A.   Yes, I do.

3          Q.   And that's -- what evidence is that?

4               MS. BAEZA:  Objection.  One moment.

5               Monique, to the extent that this calls for    12:17:30

6     communications between you and counsel, I'm

7     instructing you not to answer.  But you can answer

8     if you -- if you can without revealing those

9     communications.

10              THE WITNESS:  The evidence I have is    12:17:40

11    the -- what the -- what my attorneys and what --

12              MS. BAEZA:  One moment.  One moment.

13    Don't -- Monique, as -- as -- you can answer the

14    question as long as you're not revealing the

15    communications that you've had with your attorneys.    12:18:02

16              Okay?

17              THE WITNESS:  Yes.

18              MS. BAEZA:  Okay.  Go ahead.

19              THE WITNESS:  What the experts have found.

20    BY MS. CRAWFORD:    12:18:18

21         Q.   Okay.  Are you aware, Ms. Trujillo, that

22    you can opt out of Google's use of certain of your

23    data by visiting ad settings, a website on -- that

24    Google offers, adsettings.google.com, and turning

25    off something that's called ad personalization?    12:18:46

Page 110

1     Are you aware of that?

2         A.    No, I'm not.

3         Q.    I think I -- I -- I asked earlier if you

4     had done any research online about protecting your

5     privacy, and I think that you said you had not.        12:19:01

6             But if you uncovered information like what

7     I'm describing to you now, "my activity" and the

8     ads personalization feature that I mentioned you

9     could disable, is that something that at the very

10    least you would be interested in learning more        12:19:17

11    about?

12        A.    Yes, it's something I would look into.

13        Q.    All right.

14            Do you have any understanding of what a

15    VPN or a proxy server is?                              12:19:37

16        A.    No, I do not.

17        Q.    Okay.  So to your knowledge, you've --

18    have you -- you've never used a VPN or a proxy

19    server on any browser?

20        A.    To my knowledge, I have not.                 12:19:49

21        Q.    What about a firewall?

22        A.    I have not used a firewall.

23        Q.    What about something called "AdGuard" or

24    "AdLock," which are ad blocker programs?

25        A.    I have not.                                  12:20:19

                                              Page 111

```
 1        Q.   Do you have an opinion, one way or the

 2   other, about the kinds of advertising that you see

 3   when you visit websites online?

 4        A.   Yes, I have an opinion on the

 5   advertisements I see.                              12:20:40

 6        Q.   And what opinion is that?

 7        A.   It depends on what the advertisement is.

 8        Q.   Can you say a little bit more there?  For

 9   example, is it, you know, your belief that some

10   ads are helpful or useful, other ads maybe less    12:20:58

11   so?

12        A.   Yes, that's how I feel about it.  I mean,

13   some ads are helpful, useful.  Some ads are

14   just -- some are helpful and useful.

15        Q.   Can you give me an example of one ad, you  12:21:38

16   know, over the years, perhaps, or recently that

17   you encountered online that you did consider to be

18   helpful or useful?

19        A.   Let's see.

20             Around the holidays when I get a -- an     12:22:16

21   advertisement for a store and there's a coupon,

22   that's helpful and useful.

23        Q.   And by getting an advertisement for a

24   coupon, you mean like you may be visiting a

25   website, let's say williams-sonoma.com, and an ad   12:22:38
```

Page 112

1    pops up informing you that a retailer is offering

2    a discount or a coupon?  Is that the context that

3    you're describing generally?

4        A.   If it's a store that I like, then it is

5    helpful and useful.                            12:22:57

6        Q.   Okay.  Can you give me a couple examples

7    of -- of sites or stores, where getting an ad from

8    them might be more helpful or useful than not?

9    Would you say Williams-Sonoma is one such store,

10   for example?                                   12:23:14

11       A.   Yes, getting an ad from Williams-Sonoma

12   would be helpful and useful.

13       Q.   Any other stores that you can think of,

14   websites that you might visit online?

15       A.   Do you just want me to list off which    12:23:30

16   stores I would like to get advertisements from?

17       Q.   You can.  Yeah, just, again, I'm not

18   looking for an exhaustive list because this is

19   certainly not a memory test.

20            Any examples that immediately come to    12:23:57

21   mind?

22       A.   I would say Macy's, Target.

23       Q.   And do you recall whether you've ever seen

24   any ads for Macy's or Target while you were

25   browsing online?                               12:24:29

                                        Page 113

1          A.    Yes, I have seen ads for Macy's and

2     Target.

3          Q.    Have you ever clicked on those ads?

4          A.    Yes.

5          Q.    Okay.  I want to ask a couple questions        12:24:38

6     now about your use of the Chrome browser, which,

7     as you know, is at the heart of this lawsuit.

8               To the best of your recollection,

9     Ms. Trujillo, when did you first start using

10    Chrome?                                                  12:24:58

11         A.    I would say around 2008.

12         Q.    What did you like about Chrome when you

13    started using it in 2008?

14         A.    The Google search engine.

15         Q.    Okay.  Anything else?                         12:25:26

16         A.    I preferred Chrome over the browser I had

17    at the time in 2008, which I think was -- I can't

18    recall what -- I can't recall the other browser,

19    but I -- I did -- when I discovered Chrome, I did

20    prefer it.                                               12:26:11

21         Q.    Does Safari jog your memory any?  You

22    might have --

23         A.    No, it's not Safari.

24         Q.    You might have submitted dis- -- it's not

25    Safari.  Okay.                                           12:26:18

                                                        Page 114

```
 1              I was going to say you might have
 2    submitted discovery responses in this case where
 3    you listed Safari as another browser that you've
 4    used, so I just thought I'd mention that.
 5              But it wasn't Safari that you were using   12:26:29
 6    prior to 2008?
 7       A.   I've used Safari, but in 2008 I can't
 8    recall what I was using.
 9       Q.   Okay.
10       A.   It just --                                  12:26:38
11       Q.   And --
12       A.   Chrome was --
13       Q.   I'm sorry.  Go ahead.
14       A.   Chrome was new to me, and I liked it.
15       Q.   And I think you mentioned having           12:26:45
16    discovered Chrome.  Can you tell me how you
17    discovered the browser?
18       A.   I don't know who it was.  It was a -- a
19    friend or a loved one said, "Why are you using
20    that browser?  You should" -- it was -- it was     12:27:08
21    suggested to me.
22       Q.   Okay.  Someone suggested that you switch
23    from the browser you were using prior to 2008 or
24    into -- up to 2008 on to Chrome.  And safe to say
25    you did that?                                       12:27:25
```

Page 115

1      A.    Yes.

2      Q.    Tried it out for a bit?

3      A.    Yes.

4      Q.    Safe to say you enjoyed the experience?

5      A.    Yes.  And I found over time that some --    12:27:34

6    in the workplace, I had to have -- or they were

7    using primarily Chrome.

8      Q.    Okay.  So was that beneficial to you, in

9    any way?

10     A.    Yes, it was beneficial because I could    12:27:59

11   access the different services.

12     Q.    And what services do you have in mind or

13   were you using back then?

14     A.    Being able to browse the web at a decent

15   pace or a decent speed.                           12:28:30

16     Q.    Okay.  Anything else beyond using the

17   Chrome browser in terms of the Google services

18   that you just mentioned?

19     A.    Anything else such as?

20     Q.    You mentioned that it was beneficial    12:28:55

21   because you could access the different services.

22     A.    Mm-hmm.

23     Q.    So I'm wondering, besides using Chrome to

24   browse the web, were there any other Google

25   services that you had in mind?                    12:29:05

                                        Page 116

1     A.   Gmail.

2     Q.   Okay.  Anything else?  It's okay if -- if

3     you -- if you don't have anything.  Again, it's

4     not designed to be a memory test.  If you happen

5     to know.                                     12:29:32

6     A.   Gmail, Google search.

7     Q.   Okay.  So you used Chrome in 2008.  You

8     used it in the years that followed as well; is

9     that -- is that right?

10    A.   Yes.                                    12:29:51

11    Q.   Okay.  Do you still use Chrome to this

12    day?

13    A.   Yes.

14    Q.   Okay.  How often would you say that you

15    use Chrome this year, in 2022?  Do you use it     12:30:01

16    every day, a couple times per week, or on some

17    other cadence?

18    A.   On a daily basis.

19    Q.   Okay.  Do you use Chrome in both modes,

20    incognito and a non-incognito mode daily?       12:30:22

21    A.   It depends on what I'm looking at or what

22    I'm visiting.  I'll use incognito if I want it to

23    be private.  And that varies from day-to-day.

24    Q.   Okay.  When did you first start having

25    concerns, Ms. Trujillo, about Google's collection   12:30:48

                                          Page 117

1    about your data?

2        A.   I would say six or seven years ago when I

3    started using incognito, I started noticing

4    things.  And when I read the article about Google

5    tracking information while I'm in incognito mode,        12:31:36

6    it really resonated with me because it angered me

7    that this was affecting my privacy and my

8    browsing.

9        Q.   Okay.  And you started using Chrome in

10   2008.  When did you start using incognito mode for      12:31:58

11   Chrome?

12       A.   About 2015, 2016 -- 2016.

13       Q.   Any reason why you weren't using incognito

14   mode to safeguard your privacy online before 2015?

15       A.   It was 2016.  And I hadn't known about          12:32:21

16   incognito mode before then.

17       Q.   So from 2008 to 2016, that eight-year --

18   entire eight-year period where you were using

19   Chrome, you were not aware that there was a

20   feature in the browser called "incognito mode"?        12:32:42

21       A.   That's correct, I was not aware.

22       Q.   Okay.  And is it your testimony that at no

23   point prior to 2016 did you review -- sorry, did

24   you use Chrome in incognito mode?

25       A.   That's correct.  Before that time, I had       12:33:02

Page 118

1    not used incognito mode because I did not know

2    about incognito mode.

3        Q.    Okay.  And when you first started using

4    incognito mode in 2016, did you trust the browser

5    with your personal data?                        12:33:20

6        A.    Yes.

7        Q.    Why is that?

8        A.    Because the privacy policy said that I was

9    in control and that when I was in incognito mode

10   that my information would not be collected.      12:33:41

11       Q.    Okay.  And -- and, again, we're going to

12   get to the privacy policy and incognito -- the

13   incognito screen in a minute.  And I'm going to

14   ask that when we talk through that disclosure, you

15   show me where in there it contains that specific   12:33:59

16   representation.

17            But until then, let me ask just a couple

18   more questions about your browsing history.

19            You mentioned using Safari and Chrome.

20   Are you aware of any other browsers you've used    12:34:19

21   within the past decade?  Would Internet Explorer,

22   for example, be a browser you might have used?

23       A.    Internet Explorer, yes.

24       Q.    Was that the one you were using back in

25   2008?                                            12:34:42

                                              Page 119

1        A.    I do believe it was Internet Explorer that

2    I was using.

3        Q.    Okay.  Did you review any documents or

4    information online at or around the time you

5    switched from Internet Explorer to Chrome?        12:34:54

6              MS. BAEZA:  Objection.  Form.  Vague.

7              THE WITNESS:  Did I review any documents?

8    Such as?

9    BY MS. CRAWFORD:

10       Q.    Like any information online about Chrome,    12:35:14

11   for example, before switching over to it from

12   Internet Explorer.

13       A.    No, I did not.

14       Q.    Okay.  What type of devices have you used

15   Chrome on in the past?  I think you mentioned        12:35:30

16   having a mobile phone; is that right?

17       A.    Yes.

18       Q.    Do you have any other types of devices?

19       A.    Yes.  I've used Chrome on desktops,

20   laptops, and mobile phones.                          12:35:50

21       Q.    Okay.  So the desktop computer that you

22   mentioned, would that be a work PC or a Mac?

23       A.    Work PC.

24       Q.    Okay.  Do you also have a home computer?

25       A.    Yes.                                        12:36:10

                                          Page 120

1        Q.    Is that a PC or a Mac?

2        A.    My home computer now is my laptop; it's a

3    Mac.  And I have also a laptop PC.  And I do not

4    currently have a desktop.

5        Q.    Okay.  Do you share any of those devices        12:36:42

6    you just mentioned with other people?

7        A.    Yes, I do, all three.

8        Q.    Okay.  You mentioned a work computer and

9    two laptops.

10           Are those the three devices that you share        12:37:02

11   with other users?

12       A.    It's work computer, one -- one PC that's

13   used often, another PC that's used not as often,

14   and my mobile phone.

15       Q.    Okay.  And those are the three devices        12:37:34

16   that you share with other users?

17       A.    Those are the devices I share.

18       Q.    Okay.  How many other people use each of

19   those devices, starting with your work computer?

20       A.    My work computer is -- it's just me; but,        12:37:58

21   you know, maybe sometimes I'll let somebody, if

22   they need to look something up or -- use my

23   computer.  They -- you know, just something quick.

24           The other devices, just whenever.  I mean,

25   they're just shared.  My mobile phone is -- say if        12:38:34

                                           Page 121

1    we're driving and somebody doesn't have good

2    reception, then they'll use my phone or -- just

3    sharing in that way.

4        Q.   Okay.  Has anyone ever used any of those

5    devices to browse the internet?                    12:39:05

6        A.   Yes.

7        Q.   In addition to making calls?

8        A.   Yes.

9        Q.   Have you logged into your Gmail account

10   using each of those devices at any point?          12:39:19

11       A.   Each of them, yes.

12       Q.   Okay.  Now, for the other browsers that we

13   just covered, Safari, Internet Explorer, do you

14   know whether you've ever reviewed their privacy

15   policies?                                           12:39:44

16       A.   Yes, I've reviewed them.

17       Q.   And what was your impression after

18   reviewing the privacy policies of those browsers?

19       A.   My impression was that they were stating

20   what the company -- what their contract is.         12:40:16

21       Q.   Any noticeable differences between the

22   policies of those browsers and Google's policies,

23   for example?

24       A.   Yes.

25            MS. BAEZA:  Objection to the -- to the    12:40:48

                                        Page 122

1    extent this asks for a legal conclusion.

2    BY MS. CRAWFORD:

3        Q.   You can answer.

4        A.   Yes.  The difference is that in Google's

5    privacy policy, it specifically says that I'm in        12:41:09

6    control and when I'm in cog- -- incognito mode, my

7    information will not be collected.

8        Q.   Do you have an understanding of what types

9    of information Google receives when you browse the

10   web in a private browsing mode?                          12:41:32

11       MS. BAEZA:  Objection.  Form.  Asked and

12   answered.

13       You can answer.

14       THE WITNESS:  Anything collected from me

15   is my information.                                       12:41:53

16   BY MS. CRAWFORD:

17       Q.   Okay.  Let's -- let's say you're in

18   incognito mode and you visit google.com.  Do you

19   think Google would receive any data associated

20   with that query that you've made on google.com?         12:42:06

21       A.   Do I think Google would receive any

22   information?

23       Q.   Yes.

24       If you ran a query on google.com, do you

25   think Google would receive information in               12:42:25

                                          Page 123

```
 1    connection with your search?

 2           MS. BAEZA:  Objection -- I'm sorry, were

 3    you done, Jomaire?

 4           MS. CRAWFORD:  Yep.  I was.

 5           MS. BAEZA:  Objection.  Form.  Vague.      12:42:37

 6           Are you referring to regular mode or

 7    incognito mode?

 8    BY MS. CRAWFORD:

 9      Q.   The question was, let's say you are in

10    incognito mode and visit google.com.  So if you    12:42:49

11    ran a search in incognito at the website

12    google.com, do you think Google would receive any

13    data in connection with your query?

14      A.   Any personal information or if they

15    will -- are you asking if they'll receive what I'm  12:43:14

16    searching for?

17      Q.   Both.

18      A.    In incognito mode, both.  They're

19    collecting in- -- personal information, and it's

20    doing what it's supposed to do.  It's looking up    12:43:34

21    what I've put in.

22      Q.   What do you mean by that?  When you run a

23    search on google.com, let's say you enter "toe

24    boil."  That's the example that you had given

25    earlier.  We could make that anything, frankly.     12:43:53
```

Page 124

1          But let's say you put in a search for "toe

2     boil" while you're in incognito mode after

3     visiting google.com, what is your understanding as

4     to whether or not Google would receive any data

5     associated with that query?                    12:44:09

6         A.   Well, the privacy policy says that it will

7     not receive or collect or share any of my

8     information.  What -- ask me again, please.

9         Q.   Yeah, no -- no problem.

10          If you were in incognito and you went to    12:44:40

11     google.com and you typed in "toe boil" and you hit

12     the search button.

13         A.   Right.

14         Q.   You're asking google.com to give you

15     results from a search that you entered, it could    12:44:54

16     be toe boil or something else.

17          Do you understand that Google, when you

18     hit this search button and ask for it to render

19     information in response to your query, do you

20     know -- do you understand that Google would        12:45:10

21     receive information associated with your search?

22         A.   Yes, I understand that if I'm in regular

23     mode or incognito mode, that Google will retrieve

24     information associated with my search.

25         Q.   Okay.  And what information do you        12:45:36

                                          Page 125

```
 1    understand to be associated with your search?

 2        A.   Anything in regards to toe boil.

 3             MS. BAEZA:  Jomaire, we've been going for

 4    a little over an hour.  If it's okay with you, I

 5    think we should take a break for lunch break.  It's   12:45:58

 6    getting late over here on the West Coast.

 7             MS. CRAWFORD:  Well, I -- I -- I'm

 8    actually on the East Coast and -- and it's even

 9    later for me.

10             But I do have a couple more questions and   12:46:08

11    would like to finish out this module before break

12    for lunch.

13             So maybe we can go for another 5 minutes

14    or so.  How's that sound, 5 or 10 minutes, and then

15    we can break for lunch.                               12:46:19

16             MS. BAEZA:  Five minutes works.  Thanks.

17    BY MS. CRAWFORD:

18        Q.   Okay.  So, I think, Ms. Trujillo, you were

19    saying you -- your answer was, when I asked you,

20    "What information do you understand to be            12:46:31

21    associated with your search," you responded,

22    "Anything in regards to toe boil."

23             Is that right?

24        A.   That's right.  If that's what I was

25    searching, then anything in regards to what I        12:46:43
```

Page 126

1     typed in.

2          Q.    Okay.  Now, if you ran a search for toe

3     boil, what is your understanding -- and you

4     expected when you run a search for toe boil, you

5     expect what to happen after you click the search        12:47:00

6     button?

7          A.    Information on toe boils.  It's --

8          Q.    How it's presented to you, for example?

9          A.    It is -- yes, I expect to see information

10    on toe boils.                                            12:47:17

11         Q.    Okay.  And what's your understanding as to

12    how Google knows to relay information to you and

13    display it on your computer in response to that

14    query?  How would Google know to put that

15    information on your computer and not my computer,       12:47:36

16    for example?

17         A.    Because I typed it into the search bar.

18         Q.    Right.

19               And -- and how would Google know to send

20    you, specifically, that query -- the query              12:47:55

21    results?  How would Google know to send it to

22    Monique Trujillo as opposed to sending it to

23    Jomaire Crawford?

24               MS. BAEZA:  Objection.  Form.  Calls for

25    speculation.  Just asks -- asks for expert              12:48:07

```
 1      testimony.  She's not an expert on this.

 2      BY MS. CRAWFORD:

 3          Q.   You can answer, Ms. Trujillo.

 4          A.   I would say I would -- I specifically

 5      would receive the information because it would be    12:48:25

 6      given to me on the device that I typed the subject

 7      into.

 8          Q.   Okay.  And so, I assume that what that

 9      means is at a minimum, Google would have to know

10      some information about your device in order to       12:48:46

11      display the search results on your device as

12      opposed to my device; right?

13          A.   I disagree.  I don't think Google needs to

14      have my -- any of my information to give me a -- a

15      search response.                                     12:49:12

16          Q.   How else would Google know to deliver the

17      information to you as opposed to someone else?

18               MS. BAEZA:  Objection.  Form.  Calls for

19      speculation.

20               THE WITNESS:  Google shouldn't know that    12:49:28

21      it's me asking the question.  It's just -- or

22      searching the subject.  It's just, I would say,

23      giving information to whatever was typed in.

24      BY MS. CRAWFORD:

25          Q.   Okay.  So, let's say Google didn't know it  12:49:55
```

Page 128

1    was you, didn't know it was Monique Trujillo but

2    knew it was device ABC123.  And Google received

3    that bit of data, ABC123, and then it sent back a

4    response with the toe boil search results.

5           Is that some- -- do you understand that        12:50:15

6    that would be one way for Google to produce search

7    results to you and not to my device, for example?

8       A.   No, I don't understand how that works.

9    And if I'm not under logged in an e-mail, I don't

10   know why it would even matter if Google knew it        12:50:51

11   was me searching the stuff.

12      Q.   Right.  But -- but right.

13           I'm sorry.  Go ahead.

14      A.   That's all.

15      Q.   Yeah.  But I'm -- but I'm wondering if         12:51:05

16   you're saying that you ran -- you run a search in

17   incognito mode, you visit google.com and you type

18   something in, you expect for there to be search

19   results that are rendered on your device.

20           And if Google -- if you're saying Google       12:51:20

21   should not know your device information, how else

22   would Google be able to produce that information

23   on your device and not my device, for example?

24           MS. BAEZA:  Objection.  Form.  Asked and

25   answered.  Compound.  Asks for -- calls for            12:51:34

1    speculation.

2    BY MS. CRAWFORD:

3        Q.    You can answer, Ms. Trujillo.

4        A.    Okay.  I don't recall you saying if I was

5    specifically on incognito mode.  I don't recall        12:51:46

6    you saying -- to give me the scenario that I was

7    on incognito mode.

8            And if I am on incognito mode and I search

9    a subject, I don't understand how it works that

10   Google would have to know that it's me.  I'm just      12:52:22

11   searching a subject.

12       Q.    Right.

13           But if -- what I'm saying is, Google won't

14   know it's you, but Google may know something like

15   device ABC123 wants to see results for toe boil.       12:52:38

16           And if ABC123 is your device, do you

17   understand that that's one way Google can send you

18   information in response to a search you run in

19   private browsing mode?

20           MS. BAEZA:  Objection.  Form.  Calls for       12:52:59

21   speculation.  Asked and answered.

22           THE WITNESS:  No, I don't understand how

23   that works.

24   BY MS. CRAWFORD:

25       Q.    Okay.  So sitting here today, you're not     12:53:07

                                            Page 130

```
 1    aware of what information Google needs in order to

 2    be able to deliver content to you in response to

 3    search queries on google.com; is that right?

 4            MS. BAEZA:  Objection.  Form.  Asked and

 5    answered.                                      12:53:22

 6            THE WITNESS:  Are you asking -- are you

 7    saying that Google needs in- -- personal

 8    information from me for me to be able to search a

 9    subject?

10    BY MS. CRAWFORD:                               12:53:49

11       Q.   No.  What I am saying is that Google does

12    not need personal information from you at all.

13    Google doesn't need to know your name, doesn't

14    need to know your e-mail address, but there is

15    some information that Google would need to know in  12:54:03

16    order to produce search results on your desktop,

17    for example, or your work computer, or your tablet

18    and not my tablet.

19            And so, I -- I am just clarifying for you,

20    I'm not saying that Google needs your name or your  12:54:17

21    e-mail address, but rather some anonymous

22    information like a device number that doesn't have

23    your name associated with it, doesn't have any

24    other personal information associated with it.

25            Do you understand that to be one way that   12:54:32
```

Page 131

```
 1    Google can give you in incognito mode search
 2    results?
 3           MS. BAEZA:  Objection.  Form to the use
 4    of -- vague -- to the use of "personal
 5    information," vague, especially as you've defined    12:54:45
 6    it.
 7    BY MS. CRAWFORD:
 8       Q.   Yeah.  You can answer, Ms. Trujillo.
 9       A.   No, I don't understand why or how or why
10    Google would need device information to give me an    12:55:00
11    answer for a subject search.
12       Q.   Okay.  Thank you.
13           MS. CRAWFORD:  I think we can take the
14    break now.
15           MS. BAEZA:  Okay.  Great.  Thank you.    12:55:15
16    So --
17           MS. CRAWFORD:  Yep.  How long do you all
18    need for -- for -- for lunch?  We've, obviously,
19    taken, I think, two breaks already.  Let's go off
20    the record and figure that out.    12:55:25
21           MS. BAEZA:  Yeah.
22           THE VIDEOGRAPHER:  We are off the record.
23    The time is 12:55 p.m.
24           (Lunch recess taken.)
25           THE VIDEOGRAPHER:  We are back on the    01:49:10
```

Page 132

1    record.  The time is 1:49 p.m.

2    BY MS. CRAWFORD:

3        Q.   All right.  Welcome back, Ms. Trujillo.  I

4    hope you had a nice lunch.  I'm going --

5        A.   Yes.  Thank you.                          01:49:33

6        Q.   You're welcome.

7             Going to continue with another round of --

8    of questions.

9             What are some of the sites that you've

10   visited in incognito mode?                          01:49:44

11       A.   Skyscanner, Tyler Henry.

12       Q.   Is it Tyler Henry, T-Y-L-E-R H-E-N-R-Y?

13       A.   Yes.

14       Q.   Okay.

15       A.   Long Island Medium.                        01:50:13

16       Q.   .com?

17       A.   Yes.

18            Expedia.com.

19       Q.   Any others?

20       A.   Yes.  If I go on L.A. Times or New York     01:50:37

21   Times, I'll put it on incognito mode.

22   Booking.com.  Let's see.

23            Sylviabrowne.com.

24            Would you like more?

25       Q.   If -- if you have any others off the top    01:51:31

                                                Page 133

1    of your head, sure.

2        A.   Jetblue.com.

3        Q.   And why would you visit travel sites like

4    Expedia, Booking.com, and Jetblue.com in incognito

5    mode?                                        01:52:02

6        A.   Because I try to keep airlines from giving

7    varied prices.

8        Q.   Okay.  Would you say that your searches on

9    these websites Expedia, Booking.com, and

10   Jetblue.com, is that sensitive information?   01:52:27

11       A.   Yes.

12       Q.   And would you consider your searches on

13   these websites to be personal information?

14       A.   Yes.

15       Q.   Okay.  What makes a search for flight    01:52:39

16   availability sensitive, in your opinion?

17       A.   It's -- well, I'm very private about my

18   location, in general.  But the prices -- I'm

19   sorry.

20            Did you say what makes it private or what  01:53:18

21   makes it sensitive, my searching the airlines?

22       Q.   What makes the search for flight

23   availability sensitive, in your opinion?  And I

24   ask because you mentioned that you search in these

25   websites using incognito mode because you're    01:53:41

                                            Page 134

1    concerned about pricing, and you don't want to get

2    varied pricing.

3         A.    Mm-hmm.

4         Q.    So I'm wondering if you search those

5    sites, is it for privacy reasons or is it because        01:53:52

6    you know sites sometimes do give different prices

7    based on when you're in incognito versus when your

8    not?

9         A.    Both.

10              MS. BAEZA:  Objection.  Form.  Compound.        01:54:02

11   BY MS. CRAWFORD:

12        Q.    Okay.  So tell me a little about why you

13   use incognito to prevent varied pricing.

14        A.    From my understanding, the prices

15   fluctuate the more you look at a specific flight.         01:54:20

16        Q.    And do you know how a website would know

17   that you are looking at a specific flight in order

18   to track how many times you've viewed a specific

19   travel itinerary?

20        A.    I don't know exactly how that is tracked        01:54:41

21   or what the algorithm is, but -- I don't know

22   exactly how.

23        Q.    But your understanding is that websites

24   get some information such that they can tell

25   whether you've viewed a flight more than one time;        01:55:01

1    is that right?

2        A.    Yes, that's right.

3        Q.    Okay.  And so, you use incognito in order

4    to avoid the websites from knowing that you've

5    been monitoring a flight multiple times; yes?        01:55:16

6        A.    Yes.

7            MS. BAEZA:  Objection.  Form.

8    BY MS. CRAWFORD:

9        Q.    How does incognito -- how does incognito

10   mode prevent the websites from knowing you've       01:55:24

11   looked at a flight more than once?

12       A.    I don't know how that works.

13       Q.    But you understand incognito mode to

14   achieve that ultimate goal, preventing the

15   websites from knowing that you've looked at the     01:55:44

16   flight more than one time?

17       A.    I do.  Well, I hope that to be true.

18       Q.    Do you have any reason to believe it's not

19   true?

20       A.    I'm just very wary of everything because   01:56:07

21   of how my information has been compromised.

22       Q.    But do you continue to use sites like

23   Expedia, JetBlue and Booking in incognito mode?

24       A.    I do.

25       Q.    And you trust -- withdrawn.              01:56:39

                                          Page 136

```
 1              Do you know what the term "incognito"
 2    means, separate and apart from the Chrome browser?
 3        A.   Yes.
 4        Q.   What does "incognito" mean?
 5        A.   In disguise or hidden.                01:56:56
 6        Q.   Would you be surprised to learn that the
 7    actual definition is, quote, "having one's true
 8    identity concealed," close quote?
 9        A.   "Having one's true identity concealed."
10    Would I be surprised to hear that's the           01:57:23
11    definition?  No, I wouldn't be surprised.
12        Q.   Okay.  Same with the definition in another
13    dictionary which is that incognito means, quote,
14    "an assumed or false identity," close quote.
15              Would you be surprised if I told you     01:57:42
16    that's how "incognito" is defined?
17        A.   "An assumed or false identity," okay.  Let
18    me try to answer this.  Well, it's not just a
19    simple yes or no.  Would I be surprised to hear
20    that definition?  No, but that definition isn't    01:58:27
21    fitting on -- for Google's incognito.
22        Q.   Why is that?
23        A.   Because the definition says a "false" --
24    what is it, a -- "an assumed" --
25        Q.   "An assumed" -- mm-hmm -- "or a false      01:59:01
```

Page 137

1    identity," a different identity.

2        A.    Well, because it's not a false identity.

3    It is my identity and my information when I'm

4    using incognito mode.

5        Q.    What do you mean by that?                01:59:18

6        A.    The information that's being collected is

7    true to life.  It's not false information about me

8    or -- it's my information.

9        Q.    Do -- do you believe that when you use

10   incognito mode, that you're invisible?            01:59:38

11           MS. BAEZA:  Objection.  Form.  Vague.

12           To who?

13   BY MS. CRAWFORD:

14       Q.    You can answer.

15       A.    Do I believe that I'm invisible?  No, I  01:59:48

16   don't believe that I'm invisible, but I am

17   supposed to be protected from having my

18   information collected.

19       Q.    Okay.  So it sounds as though you're

20   saying, when you're using incognito mode, you     02:00:16

21   don't believe that you are invisible.

22           If you're not invisible, what does that,

23   then, mean?  Does it mean, for example, that some

24   of your data is shared?  And if so, what types of

25   data?                                             02:00:29

                                          Page 138

1              MS. BAEZA:  Objection.  Form.  Compound.

2      BY MS. CRAWFORD:

3          Q.   You can answer.

4          A.   I know that my -- some of my information

5      is visible, but when I'm in incognito mode, it's         02:00:47

6      not supposed to be collected.

7          Q.   Okay.  So what types of information do you

8      believe is visible when you're in incognito mode?

9          A.   What types of information?  Where I'm --

10     what site I'm visiting.  The site that I'm               02:01:20

11     visiting.

12         Q.   Any -- any other information that you

13     believe is visible when you're in incognito mode?

14         A.   Hmm.  Just what I'm visiting.

15         Q.   Okay.                                           02:02:01

16             MS. CRAWFORD:  I'm going to introduce

17     what's been previously marked as Exhibits 3 and 4.

18             (Trujillo Deposition Exhibit 3 was

19             marked.)

20             (Trujillo Deposition Exhibit 4 was

21             marked.)

22     BY MS. CRAWFORD:

23         Q.   We're loading that for you now,

24     Ms. Trujillo.  Please let me know when you can see

25     those exhibits on your end.                             02:02:23

                                                    Page 139

1       A.    I have 3 and 4.  Which one would you like

2   me to open first?  3?

3       Q.    I believe 3 is Tab 25 on my end.  Tracy

4   will tell me know if that's not right, in which

5   case, you -- we can start there with Exhibit 3.    02:02:58

6       A.    I see it.

7       Q.    Okay.  Now, if you could, this should be a

8   three-page document.  I'm going to ask that you

9   look at the first page and confirm that the

10  heading on the document reads "Incognito NTP," or    02:03:14

11  new tab page "Message since 2016."

12          Do you see that?

13      A.    I do.

14      Q.    Okay.  And do you see the first heading

15  underneath that, bears the date February 18th of    02:03:26

16  2016.

17          Do you see that as well?

18      A.    I do.

19      Q.    Can you read this section to yourself and

20  let me know once you're done.                        02:03:39

21      A.    Yes.

22          (Witness reviews.)

23          Okay.  I've read it.

24      Q.    Do you see the section that starts with

25  the word "However"?                                  02:04:25

                                              Page 140

1      A.   Yes.

2      Q.   The sentence reads in full:  "However, you

3  aren't invisible."  It then says:  "Going

4  incognito doesn't hide your browsing from your

5  employer, your internet service provider, or the        02:04:43

6  websites you visit."

7          Do you see that?

8      A.   Yes.

9      Q.   What do you understand this -- these two

10  sentences to mean?  Is it consistent with what you       02:04:52

11  just testified to a moment ago, which is that you

12  do not -- not believe that when you're in

13  incognito you are invisible?

14      A.   I did not say that I believe I am

15  invisible.  Correct?  That's what you're saying?         02:05:13

16      Q.   Well, I'm asking if you agree with the

17  representation here where it says "you are not

18  invisible."  I thought you testified that

19  incognito, in your view, does not mean that you

20  are invisible.  But if you don't agree with that,       02:05:30

21  you can -- you know -- you can -- you can clarify.

22          MS. BAEZA:  Objection.  Form.  Lack of

23  foundation.

24          Jomaire, are you representing that all

25  these -- all this language was the actual                02:05:42

Page 141

```
 1    disclosure in effect at the time period listed

 2    above?

 3            MS. CRAWFORD:  Yes, I am.

 4    BY MS. CRAWFORD:

 5        Q.  You can answer.                          02:05:56

 6        A.  I'm stating that I do understand that I'm

 7    not invisible to employers.

 8        Q.  Do you see where it says here "Going

 9    incognito doesn't hide your browsing" and then

10    lists "employer, your internet service provider,   02:06:20

11    or the websites you visit"?

12            Do you see that?

13        A.  Yes, I do see that.

14            But what my concern is that Google is

15    collecting my information when I'm visiting these  02:06:34

16    other websites in incognito mode.

17        Q.  So you just mentioned doing queries in

18    incognito mode on google.com.  Would you expect

19    google.com to receive your information when you

20    run a search on that website?                     02:06:53

21            MS. BAEZA:  Objection.  Form.  Vague as

22    to "Google."

23    BY MS. CRAWFORD:

24        Q.  You can answer.

25        A.  If I'm on the Google website and I'm       02:07:05
```

Page 142

```
1    searching in incognito mode, I know that I'm
2    visible.
3        Q.    Visible to whom?
4        A.    To the website that I'm on.
5        Q.    Including google.com?                    02:07:21
6        A.    If I'm on Google in incognito mode.
7        Q.    Do you want websites that you visit in
8    incognito mode or in another private browsing mode
9    to know that you're browsing privately?
10       A.    Do I want the websites to know that I'm    02:07:57
11   browsing privately?  Yes.
12       Q.    So, for example, if you ran a search --
13   you know, let's say you looked at
14   Tylerhenry.com --
15       A.    Mm-hmm.                                    02:08:16
16       Q.    -- or Sylviabrowne.com or
17   Longislandmedium.com, would you want them to know
18   that you were searching their websites using a
19   private mode, or would you rather them not know
20   that you were visiting what you considered to be a  02:08:30
21   sensitive website?
22           MS. BAEZA:  Objection.  Form.  Compound.
23   BY MS. CRAWFORD:
24       Q.    You can answer.
25       A.    If I'm on incognito mode, then I would    02:08:40
```

Page 143

1    like the websites to -- I don't know how that

2    works, but I would prefer that I'm -- that the

3    websites know that I am in private, that I am

4    preferring to be private.

5         Q.    Would you want Expedia or Booking.com to          02:09:13

6    know that you were searching in a private browsing

7    mode?

8         A.    Yes.

9         Q.    Even though knowing that you were in a

10   private browsing mode could change the pricing          02:09:25

11   that it -- that they provide you when you search

12   for flight information?

13             MS. BAEZA:  Objection.  Form.  Calls for

14   speculation.

15             THE WITNESS:  Would I like Expedia or          02:09:35

16   Booking.com to know?

17   BY MS. CRAWFORD:

18        Q.    Yeah, would you like them for them to know

19   that you're using a private mode to avoid getting

20   differential pricing or would you rather them not          02:10:02

21   know and give you pricing that's more uniform or

22   consistent?

23             MS. BAEZA:  Objection.  Form.  Compound.

24   Also calls for speculation.

25   BY MS. CRAWFORD:                                         02:10:14

                                                    Page 144

```
 1        Q.   You can answer.

 2             MS. BAEZA:  And lack of foundation.

 3             THE WITNESS:  I would -- I mean, if I'm in

 4     incognito mode, I want to be private.  And I don't

 5     visit these websites without being in a private      02:10:25

 6     mode.  Do I want them to know?  Well, I would like

 7     to stay private.

 8     BY MS. CRAWFORD:

 9        Q.   Right.

10             So then you -- if you -- if you want to      02:10:39

11     remain private and you want that -- if you don't

12     want the websites to know that you are browsing in

13     a private browsing mode, then I think the answer

14     to the question is that you don't want Booking or

15     Expedia.com to know that you're browsing in         02:10:59

16     incognito; right?

17             MS. BAEZA:  Objection.  Form.  Improper

18     testimony from counsel.  And also asked and

19     answered.

20             MS. CRAWFORD:  Thank you, Counsel, for the   02:11:18

21     speaking objection.

22     BY MS. CRAWFORD:

23        Q.   Ms. Trujillo, you can answer the question.

24        A.   If I'm in private mode, I just would like

25     to remain private.                                  02:11:27
```

                                            Page 145

```
 1        Q.   And you would like to remain private to

 2   the websites you visit; yes?

 3        A.   Yes.  If I'm in incognito mode, yes, I

 4   want to remain private.

 5        Q.   Okay.  Now before you were contacted by    02:11:40

 6   counsel -- or before you contacted counsel to

 7   participate in this case, did you have an

 8   understanding of what incognito mode does?

 9             MS. BAEZA:  Objection.  Form.  Vague.

10   Compound.                                            02:11:57

11             THE WITNESS:  My understanding of

12   incognito mode was that I would -- my information

13   wouldn't be shared.  I would be private.

14   BY MS. CRAWFORD:

15        Q.   And where did you learn that?              02:12:25

16        A.   In the privacy policy.

17        Q.   Any other documents or disclosures?

18        A.   The privacy policy, it clearly states that

19   I will stay private on the splash screen.

20        Q.   Can you take a look at what's been marked   02:13:15

21   Exhibit 4.  That should be a copy of the splash

22   screen.

23             Can you let me know when you have that in

24   front of you?

25        A.   Yes, one moment.                           02:13:30
```

Page 146

```
 1              Okay.  I have it in front of me.

 2       Q.   Can you read through this and let me know

 3   once you've done so.  I just want to make sure

 4   this is fresh in your mind before I start asking

 5   questions about it.                          02:14:00

 6       A.   (Witness reviews.)

 7            Okay.  I've read it.

 8       Q.   All right.

 9            Do you see the words "browse privately" on

10   the first full line --                       02:14:21

11       A.   Yes.

12       Q.   -- of this incognito screen?

13       A.   Yes.

14       Q.   What do you understand "browse privately"

15   to mean in the context of this disclosure?    02:14:33

16       A.   That wherever I go, whatever site that I

17   go onto, my information will not be shared or

18   collected.

19       Q.   And what type of information, just so

20   we're clear, won't be collected?             02:15:09

21       A.   Any personal information.

22       Q.   Like what?

23            MS. BAEZA:  Objection.  Form.  Asked and

24   answered, tenth time.

25   BY MS. CRAWFORD:                             02:15:19
```

Page 147

```
 1        Q.    You can answer.

 2        A.    Anything, like what I'm looking for, what

 3    I -- where I am, where I'm looking to go, what I'm

 4    interested in.

 5        Q.    Okay.  Now, you mentioned a -- a moment      02:15:40

 6    ago that this disclosure stated that you

 7    understand incognito mode means that your

 8    information won't be shared.

 9            Do you remember testifying to that?

10        A.    Yes.                                         02:16:09

11        Q.    Where on this disclosure does it say that

12    my information won't be shared?

13            MS. BAEZA:  Objection.  Form.  Misstates

14    her prior testimony.

15            She never said that in the context of --      02:16:21

16            MS. CRAWFORD:  The record speaks for --

17    the -- the record speaks for itself.

18            MS. BAEZA:  Excuse me.  I was -- I was

19    speaking.  I was inserting my objection.

20            MS. CRAWFORD:  Oh, you can continue.  I        02:16:33

21    didn't mean to cut you off.

22            MS. BAEZA:  Misstates her prior testimony.

23    She never testified to that in the context of the

24    splash screen.

25    BY MS. CRAWFORD:                                       02:16:41
```

1       Q.   Ms. Trujillo, you testified that your

2   understanding of incognito mode was that your

3   information would not be shared.

4            Do you remember that testimony?

5       A.   I do remember that, but I did not refer to    02:16:49

6   the splash screen.

7       Q.   And can you tell me why you didn't refer

8   to the splash screen?

9       A.   Why I did not refer to the splash screen?

10      Q.   Yes.                                           02:17:07

11           Does the splash screen state anywhere on

12  here that your information wouldn't be shared?

13      A.   It states it in the privacy policy.

14      Q.   So then just to make sure I get a clear

15  answer to my question, yes or no, does the splash     02:17:36

16  screen state that your information won't be

17  shared?

18           MS. BAEZA:  Objection.  Form.  Vague.

19           Shared with who?

20  BY MS. CRAWFORD:                                       02:17:51

21      Q.   You can answer.

22      A.   The splash screen says that my activity,

23  not my information, my activity will be shared or

24  may be visible to websites, my employer, school,

25  internet service provider, but the Google privacy     02:18:14

Page 149

```
 1    policy doesn't say that my activity will be
 2    visible to Google or information in -- collected
 3    and shared.  And the privacy policy says across
 4    all services.
 5        Q.   Ms. Trujillo, we'll get to the privacy        02:18:37
 6    policy in a second.  I'm asking a very specific
 7    question about this disclosure here, the incognito
 8    screen, the one that's in front of you.
 9            Does the incognito screen say anywhere in
10    here that your information won't be shared; yes or    02:18:52
11    no?
12            MS. BAEZA:  Objection.  Form.  Asked and
13    answered.
14    BY MS. CRAWFORD:
15        Q.   Your answer, Ms. Trujillo?                   02:19:15
16        A.   No, it does not say that it will be -- my
17    information will be shared and collected.
18        Q.   So your information won't be shared?
19            MS. BAEZA:  Objection.  Form.  Asked --
20    asked and answered.  Mischaracterizes prior          02:19:34
21    testimony.  And vague.
22            MS. CRAWFORD:  I think the record's clear
23    on this point.
24    BY MS. CRAWFORD:
25        Q.   Ms. Trujillo, do you believe that you       02:19:44
```

Page 150

1    entered a contract with Google?

2        A.    Yes.

3        Q.    When did you enter that contract?

4        A.    My initial setup of my account.

5        Q.    What does your contract with Google        02:20:05

6    consist of?

7        A.    It consists of the privacy policy, terms.

8        Q.    Anything else?

9        A.    Terms.  Mainly my concern is the privacy

10   policy and the terms.                                 02:20:46

11       Q.    Okay.  Privacy policy and the terms of

12   service.  No other con- -- no other documents in

13   your opinion form the basis of the contracts that

14   you formed with Google?

15           MS. BAEZA:  Objection to form.  Calls for     02:21:03

16   a legal conclusion.

17   BY MS. CRAWFORD:

18       Q.    Your understanding, Ms. Trujillo, as to

19   what documents form the contract that you have

20   with Google.  Are there any other documents beyond    02:21:15

21   the terms of service and the privacy policy?

22           MS. BAEZA:  Same objection.

23           THE WITNESS:  I cannot name all the

24   documents in the contract.

25   BY MS. CRAWFORD:                                      02:21:41

                                            Page 151

1        Q.    So you believe that there are additional

2   documents beyond the terms of service and the

3   privacy policy that you have a -- a contract with

4   Google based on?

5        A.    A contract.  The contract that I know that    02:21:48

6   I have with Google is the privacy policy and

7   the -- the terms.

8        Q.    Okay.  I'd like to introduce as Exhibit 5

9   Tab 18.

10             (Trujillo Deposition Exhibit 5 was          02:22:25

11             marked.)

12   BY MS. CRAWFORD:

13        Q.    Ms. Trujillo, we're going to be loading

14   for you your Google account subscriber

15   information.                                           02:22:38

16             In just a moment, please refresh the

17   Exhibit Share site on your end, and let me know

18   when this document is up and open and in front of

19   you.

20        A.    Okay.  I have it open.                      02:23:13

21        Q.    Okay.  Take a -- a moment to look at this

22   document, and let me know when you're done.

23        A.    (Witness reviews.)

24             Okay.

25        Q.    Do you see in the first set of bullets       02:23:49

                                                    Page 152

1    here at the top of the first page, it has your

2    name and an e-mail address?

3         A.   Yes.

4         Q.   Is that e-mail address accurate?

5         A.   Yes.                                   02:24:06

6         Q.   Do you have any other Gmail accounts

7    beyond this one?

8         A.   Yes.

9         Q.   What accounts is that?

10        A.   It is -- are you asking for the name?   02:24:16

11        Q.   Yes, please.

12        A.   M- -- it's an account that I don't use,

13   but it does exist.

14        Q.   Okay.

15        A.   ███████████@gmail.com.                  02:24:34

16        Q.   Okay.  And just to make sure I have that,

17   it's ██████████@gmail.com?

18        A.   Yes.

19        Q.   And do you recall roughly when you created

20   that Google account?                               02:24:59

21        A.   It had to be right before I created the

22   ████████████ account.

23        Q.   Okay.  And do you remember the last time

24   you logged into the ████████ --

25   ██████████@gmail.com account you have?             02:25:33

                                          Page 153

1     A.   It was probably in October.

2     Q.   Of last year?

3     A.   Yes, of 2021.

4     Q.   Okay.  And how do you use that account in

5   comparison to the ████████@gmail.com account?     02:25:57

6     A.   I use the ████████ account more as -- I

7   guess like a -- like a reservoir or an overflow.

8   If -- I use that account if I need to -- if I'm

9   signing up for something and I need to give my

10  e-mail address and I don't want all kinds of mail   02:26:33

11  coming to my primary e-mail.

12     Q.   So would you consider

13  ████████@gmail.com to be your primary e-mail

14  account?

15     A.   Yes.                                         02:26:55

16     Q.   Okay.  Back to Exhibit 5, which has your

17  subscriber account information for m.- -- sorry,

18  ████████@gmail.com, it lists a -- a birthday

19  on here under the last bullet in the second set of

20  bullets.                                             02:27:16

21         Do you see that, "January 9th, 1991" [as

22  read]?

23     A.   I do see that, but I have never seen that

24  before.  I -- that date means nothing to me, and I

25  don't know -- that's not my birthday.               02:27:37

Page 154

1     Q.    That is not your date of birth?

2     A.    That is not my date of birth.  That is ten

3  years too late.

4     Q.    Okay.  So -- but is it the same month

5  and -- and date, just the -- the wrong year, or is          02:27:54

6  the entire date of birth incorrect?

7     A.    The entire date of birth is incorrect, and

8  I have not -- I have never seen this before.

9     Q.    Do you mind giving me your date of -- your

10  correct date of birth so that I can -- we can note        02:28:13

11  that down for the record?

12     A.    Yes.  ███████████, 1981.

13     Q.    When -- when signing up for accounts, do

14  you sometimes give different date -- dates of

15  birth other than ███████████, 1981?                       02:28:30

16     A.    No.  What I usual- -- what I don't do is I

17  don't -- on Google -- I have never seen this date

18  before.

19          On Google, I have seen my correct

20  birthday, and I have the option to, I don't know,        02:28:51

21  be celebrated or let people know that it's my

22  birthday, some kind of option like that, but I

23  never -- I never turned that on.  And I just don't

24  know what that date is.

25     Q.    Okay.  Let's look down at the section        02:29:13

Page 155

1    titled "Account Recovery."  There is a "Recovery

2    SMS" number that's listed here.

3          Does this number look familiar to you?

4    A.    Hold on.  Which -- same page?

5    Q.    The same page, towards the bottom under     02:29:28

6    "Account Recovery."

7    A.    Oh, okay.  I see.  I see.

8    Q.    Is that your phone number?  Do you

9    recognize this number?

10   A.    Oh, my gosh.  This is -- yes, it is my      02:29:49

11   phone number.  This is my current phone number.

12   Q.    Okay.  Do you see towards the top --

13   sorry, I'm bouncing up and down, but I want to ask

14   one last question, hopefully, about this.

15          You see that there is -- the second set of   02:30:12

16   bullets on the first page, the first bullet says

17   "Created on."

18          Do you see that?

19   A.    Yes.

20   Q.    Account created on March 10th, 2009.  Do    02:30:19

21   you see that?

22   A.    Yes.

23   Q.    Do you believe that you created your Gmail

24   account on or around March of 2009?

25   A.    I believed it to be 2008; but now seeing    02:30:39

Page 156

```
 1    this date, I believe that I -- for the first time

 2    using Google, I made the ████████ account at

 3    the end of 2008, and that's why the 2008 stands

 4    out.  But this sounds about right, 2008, 2009.

 5        Q.   Okay.  That's helpful.  Thank you.            02:31:23

 6             Now I'm going to introduce what we'll mark

 7    as Exhibit 6, which is Tab 19.  I'm going to show

 8    you, Ms. Trujillo, a -- a screenshot of what you

 9    may recognize to be something you saw back in 2009

10    when you created the ██████████@gmail account      02:31:47

11    that you just referenced.

12             If you would just please refresh your

13    screen and let me know when you have Exhibit 6 in

14    front of you.

15             (Trujillo Deposition Exhibit 6 was            02:32:08

16             marked.)

17             THE WITNESS:  It's loading.

18             Okay.  Let me see.

19             I do have it in front of me.

20    BY MS. CRAWFORD:                                       02:32:25

21        Q.   Okay.  Perfect.

22             So you see here this has "Create an

23    Account" as the heading at the very top of the

24    document.

25             Do you see that there?                        02:32:36
```

Page 157

 1        A.    Yes.

 2        Q.    And if you scroll down to the bottom --

 3    and by scroll down, I mean just look towards the

 4    bottom of the page -- do you see where it says

 5    "Terms of Service"?                                    02:32:48

 6        A.    Yes.

 7        Q.    Does this -- this screen look vaguely

 8    familiar to you as something that you would have

 9    seen back in 2008 or '9 in connection with the

10    creation of your Google account?                       02:33:02

11           MS. BAEZA:   Jomaire, is -- are you going

12    to provide the text that's referenced here if

13    you're going to ask her if she's -- if this looks

14    familiar to her?  Because I see that it's cut off.

15           MS. CRAWFORD:   No.  I'm just asking about     02:33:13

16    the interface -- I'm asking about the interface.

17    We'll -- I'll put in front of her a copy of the

18    privacy policy that was in effect and the terms of

19    service that were in effect at the time that she

20    created her account.  So that's coming.  I will do    02:33:26

21    that.

22    BY MS. CRAWFORD:

23        Q.    Does this layout look familiar to you,

24    Ms. Trujillo, as something that you would have

25    seen back in 2008 or '9 in connection with your       02:33:36

                                          Page 158

```
1    creat- -- the creation of your Google account?

2         A.   Yes, it does.

3         Q.   And do you see at the very bottom,

4    underneath "Terms of Service" -- or next to the

5    "Terms of Service," it says, "Please check the        02:33:55

6    Google Account information you've entered above

7    and review the Terms of Service below"? [As read]

8              Do you see that?

9         A.   Yes.

10        Q.   And then there is a text box underneath     02:34:04

11   that reads "Google Terms of Service"?

12        A.   Yes, I see it.

13        Q.   Do you also see underneath that the

14   words "By clicking on 'I accept' below you are

15   agreeing to the Terms of Service above and both      02:34:22

16   the Program Policy and the Privacy Policy"?

17             Do you see that?

18        A.   Yes.

19        Q.   Do you recall whether you read through the

20   terms of service that were presented here at that    02:34:35

21   time, at the time at which you created your Google

22   account?

23        A.   I did read through.

24        Q.   Okay.  And do you recall whether you did

25   the same thing for the privacy policy?               02:34:48
```

Page 159

1        A.   I did read through.

2        Q.   So you read through both the terms of

3    service and the privacy policy in connection with

4    the creation of your Google account; is that

5    right?                                              02:35:05

6        A.   Yes, that's right.

7        Q.   And you did that -- did you do that before

8    hitting "I accept.  Create my account," the button

9    that appears at the very bottom -- at the very

10   bottom of the screen here?                          02:35:17

11       A.   Yes.

12       Q.   All right.

13            I'm now going to be showing you and

14   introducing as Exhibit 7, a copy of Google's terms

15   of service that were in effect from April 16th of    02:35:30

16   2007 to February 29th of 2012.

17            (Trujillo Deposition Exhibit 7 was

18            marked.)

19   BY MS. CRAWFORD:

20       Q.   Please refresh your screen and let me know   02:35:41

21   when you have that open in front -- and in front

22   of you.

23       A.   I will let you know.

24       Q.   Thank you.

25       A.   Okay.  I have it open.                      02:36:04

Page 160

1      Q.   Okay.  So if you could, just take a moment

2    to skim the -- you know, scan the document and

3    tell me if this looks like -- generally looks like

4    what you recall seeing back when you created your

5    Google account in 2019.                          02:36:22

6      A.   (Witness reviews.)

7           It looks familiar, but I can't say for

8    certain that this is the exact document that I saw

9    back in 2008, 2009.

10     Q.   Okay.  Well, I'm representing that this    02:36:39

11   was the version of the terms of service that was

12   in effect at the time you clicked accept and

13   created your Google account.

14          Do you have any reason to believe that

15   these were not the terms that you were presented  02:36:52

16   with at that time?

17     A.   I can't recall.

18     Q.   Okay.

19     A.   I can't say if I have -- if this was the

20   documents or not.                                 02:37:05

21     Q.   But you for sure reviewed the terms of

22   service that were in effect before you clicked "I

23   accept" and created your Google account; right?

24     A.   Yes.

25     Q.   Okay.  How many times would you say that   02:37:19

Page 161

1    you've reviewed Google's terms of service over the

2    years?

3         A.    I've reviewed the terms of service when

4    prompted to.

5         Q.    So presumably upon account creation.        02:37:37

6              Are you aware of any other times that

7    you've reviewed the terms of service?

8         A.    If I was sent a notification.

9         Q.    By Google?

10        A.    By Google.                                  02:37:56

11        Q.    Would you have just gone to Google's

12   website and pulled up a copy of the terms of

13   service on your own without any notification or

14   prompting by Google?

15        A.    No.                                         02:38:07

16        Q.    Okay.  When you reviewed this document,

17   the "Google Terms of Service," which portions of

18   it did you review?  All of it or -- or only

19   certain parts of it?

20        A.    (Reading.)                                  02:38:22

21              I went through all of it.

22        Q.    And do you believe that the terms of

23   service incorporates different elements of your

24   contract with Google?

25              MS. BAEZA:  Objection.  Form to the extent  02:38:45

                                                    Page 162

1    it asks for a legal conclusion.

2    BY MS. CRAWFORD:

3        Q.   You can answer, Ms. Trujillo.

4        A.   Yes, I do.

5        Q.   Are you aware of any specific documents     02:38:59

6    being incor- -- are you saying that there are

7    specific documents that are incorporated into this

8    document or just that the terms of your contract

9    with Google are laid out in -- in the terms of

10   service?                                            02:39:13

11       MS. BAEZA:  Objection.  Mischaracterizes

12   prior testimony.  Compound.

13   BY MS. CRAWFORD:

14       Q.   You can answer.

15       A.   Terms of service is not the privacy        02:39:21

16   policy.  What is your question?

17       Q.   So I was asking whether or not you believe

18   that the terms of service are part of your

19   contract with Google.

20       MS. BAEZA:  Objection.  Form.  Asked and        02:39:42

21   answered.

22       THE WITNESS:  Yes, I do.

23   BY MS. CRAWFORD:

24       Q.   Okay.  And are you -- can you point me to

25   any parts of this document, the terms of service    02:40:06

Page 163

1    specifically, that promise you as a user that

2    browsing in private mode would prevent Google from

3    receiving your information?

4              MS. BAEZA:  Is this -- Jomaire --

5    objection.  Form.  Vague.                          02:40:21

6              Are you including any hyperlinks embedded

7    in this document in your question?

8              MS. CRAWFORD:  I asked if she could point

9    me to any part of this document, so any part of

10   this document that makes the representation that I  02:40:33

11   have just described.

12             THE WITNESS:  One moment.

13             (Reading.)

14             Okay.  Repeat the question, please, just

15   so I can give you an answer.                        02:41:30

16   BY MS. CRAWFORD:

17        Q.   Sure.

18             Is there anything in this specific

19   document, the terms of service, that talks about

20   the data Google receives when you're browsing in   02:41:40

21   private mode?

22        A.   The data that is received?

23        Q.   Yeah, the data that Google gets when

24   you're in private browsing mode, does this

25   document say anything about private browsing mode   02:41:57

                                               Page 164

```
 1    and data that's sent to Google?
 2           MS. BAEZA:  Objection.  Form.
 3           Again, does the question include any hyper
 4    licks [sic] that -- hyperlinks that are embedded in
 5    the document?                                    02:42:13
 6           MS. CRAWFORD:  Are you representing that
 7    any hyperlinks in the document contain that
 8    representation?
 9           If not, then the question is limited to
10    the document that's in front of the witness.    02:42:21
11           MS. BAEZA:  I'm -- I'm asking you to
12    clarify your -- the scope of your question.
13    Because there are hyperlinks in the document, and I
14    don't see the doc- -- any of the hyperlinks
15    reproduced in this exhibit.                      02:42:33
16           MS. CRAWFORD:  Sure.
17    BY MS. CRAWFORD:
18        Q.   Ms. Trujillo, based on what is in front of
19    you, the text of the terms of service in front of
20    you, do you see anything in here that talks about 02:42:43
21    private browsing?
22        A.   Let's see.
23             7, Section 7.1 and 7.2.
24        Q.   My question was about --
25        A.   I mean --                               02:43:09
```

Page 165

1      Q.    Mm-hmm.

2      A.    -- it references the -- the Google privacy

3    policy.

4      Q.    Correct.  And we're going -- I'm going to

5    show you that in a second, but I'm asking you        02:43:20

6    about private browsing mode specifically.

7           Does this section or any other section in

8    the terms of service mention private browsing

9    mode; yes or no?

10     A.    And it protects your privacy --              02:43:40

11          THE COURT REPORTER:  Excuse me, I don't

12   know if you're reading into the record.

13          THE WITNESS:  Oh.  No, I'm reading out

14   loud to myself.

15          It's -- from what I see here, it's privacy    02:44:22

16   and your personal information.  It says that my

17   personal information will be -- and my privacy will

18   be protected, and this all falls under my privacy

19   protection in the privacy policy.  I...

20   BY MS. CRAWFORD:                                     02:44:54

21     Q.    Okay.  So then it sounds as though the

22   answer to my question is, no, private browsing

23   mode is not mentioned in this document, but there

24   is a reference to privacy in the privacy policy;

25   is that right?                                       02:45:05

Page 166

```
 1            MS. BAEZA:  Objection.  Form.
 2     Mischaracterizes testimony.
 3            MS. CRAWFORD:  Yeah, I don't believe the
 4     witness --
 5     BY MS. CRAWFORD:                              02:45:17
 6        Q.   Ms. Trujillo, are you -- are you able to
 7     find the words "private browsing" in this
 8     document?
 9            If not, we can move on, and I'll show you
10     a copy of the privacy policy next.            02:45:26
11        A.   One moment.
12            Okay.  Please present me with the privacy
13     policy.
14        Q.   But first can you confirm that the
15     word [verbatim] "private browsing" doesn't appear  02:46:04
16     in this section?  Is that a yes to the question
17     that I've posed?
18        A.    No, I am not saying yes because it does
19     talk about my privacy here.
20        Q.   Correct.  But I'm not asking about privacy  02:46:20
21     generally, Ms. Trujillo.  I'm asking about private
22     browsing.
23            Does this section say anything about
24     private browsing specifically?  It's a very simple
25     question, yes or no.  Again, I will put the     02:46:32
```

Page 167

 1    privacy policy in front of you, but we do need a

 2    clear answer.

 3           Does this section reference "private

 4    browsing"; yes or no?

 5           MS. BAEZA:  Objection.  Form.              02:46:42

 6    Argumentative.  Asked and answered.

 7    BY MS. CRAWFORD:

 8       Q.   If you could please, Ms. Trujillo.

 9       A.   Are you asking me if I see the

10    words "private browsing" together?               02:47:01

11       Q.   Yes, if you see those words used in this

12    document.

13       A.   In this document or in a specific section?

14       Q.   You pointed me to Section 7 -- when I

15    asked where the document talked about private    02:47:14

16    browsing, you pointed me to Section 7, and so I'm

17    asking if you see anywhere in this section or in

18    the document, but you pointed me to the section,

19    if the words "private browsing" appear.  I just

20    want a simple yes or no.                         02:47:29

21           Do those words appear in here; yes or no?

22           MS. BAEZA:  Objection.  Form.  The witness

23    can answer any way she wants.  Asked and answered.

24    BY MS. CRAWFORD:

25       Q.   Ms. Trujillo?                            02:47:41

                                              Page 168

```
 1        A.   Anywhere in this document, I can't answer
 2   that.  In Section 7, I do not see the
 3   words "private browsing" together.
 4        Q.   Do you see them apart?
 5        A.   The word "privacy" is here a few times.     02:47:56
 6   "Browsing," I don't know if you're -- if you're
 7   referring to something or if I see the
 8   word "browsing" in Section 7.  I do not see the
 9   word "browsing" in Section 7.
10        Q.   Thank you.                                  02:48:35
11             Now we can -- we can move on.
12             MS. CRAWFORD:  Tracy, can we please
13   introduce what I will have us mark as Exhibit 8, I
14   believe, which is going to be Tab 12.
15             (Trujillo Deposition Exhibit 8 was         02:48:50
16             marked.)
17   BY MS. CRAWFORD:
18        Q.   Ms. Trujillo, I'm going to now show you
19   "Privacy Policy," the version that was in effect
20   at the time you signed up for your m dot -- sorry,   02:48:58
21   ████████@gmail account.
22             MS. BAEZA:  But before -- before we -- I'm
23   sorry, Jomaire, before we go into this line of
24   questioning, I think right now might be a good time
25   to break.  I think we've been going a little over    02:49:16
```

Page 169

1    an hour, and I -- I imagine this will take some

2    time to go through.

3            MS. CRAWFORD:  Yeah.  Sure.

4            How much time do you need?

5            MS. BAEZA:  Ten minutes.                    02:49:26

6            MS. CRAWFORD:  Okay.  We'll be back at top

7    of the hour.

8            MS. BAEZA:  Okay.  Great.

9            THE VIDEOGRAPHER:  We are off the record.

10   The time is 2:49 p.m.                              02:49:32

11           (Short recess taken.)

12           THE VIDEOGRAPHER:  We are back on the

13   record.  The time is 3:04 p.m.

14   BY MS. CRAWFORD:

15       Q.   Ms. Trujillo, before the break, I marked   03:04:24

16   as Exhibit 8, a copy of the privacy policy that

17   was in effect when you signed up for your primary

18   Google account.

19           Can you open that document and let me know

20   when you have it up in front of you?              03:04:40

21       A.   One moment.

22           Okay.  It is open.

23       Q.   Okay.  And you see at the top of the

24   document, the words "Privacy Policy" appear?

25       A.   Yes.                                       03:05:20

                                              Page 170

1      Q.   And underneath it it says, "last modified:

2    January 27th, [verbatim] 2009."

3           Do you also see that?

4      A.   Yes.

5      Q.   And, again, I'm representing for the          03:05:29

6    record that this was a version of the privacy

7    policy that was in effect when you signed up for

8    your Google account on or around March 10th of

9    2009.

10          Does that make sense?                          03:05:41

11     A.   I understand that this was the privacy

12   policy at the time that I signed up.

13     Q.   Okay.  And can you tell me where in this

14   document here it discusses private browsing?

15          MS. BAEZA:  Objection.  Form.                  03:06:04

16          Jomaire, are you producing all the

17   hyperlinks that are referenced in this document?  I

18   don't see them included in this exhibit.

19          And I also see that some parts of the text

20   are cut off.  So, for example, in page 3 there --    03:06:18

21   there seems to be a sentence or two, and they're

22   cut off, so the information is missing.

23          Can you provide a --

24          MS. CRAWFORD:  But --

25          MS. BAEZA:  -- a clean copy of this            03:06:29

                                              Page 171

1    privacy policy with the links?

2         MS. CRAWFORD:  Well, no.  We're not going

3    to provide a version of -- of this with -- with the

4    links.  I'm -- I'm representing to you -- and you

5    can look at the same example you cited from page 3,    03:06:39

6    the information that you say is cut off, it does

7    continue at the top of page 4.

8         So at the bottom of page 3, you see it's

9    "limited circumstances."  The text that you pointed

10   to as being cut off, continues on the top of         03:06:57

11   page 4.  And that is the case at the bottom of

12   every page where there is text that does appear to

13   be cut off.

14        MS. BAEZA:  Yeah.  It's still -- even

15   where it does reappear, it still appears to be cut    03:07:09

16   off.  And if you're not producing the -- the

17   hyperlinks documents, I'm going to object to the

18   use of this document as -- as an incomplete

19   document.

20        MS. CRAWFORD:  Right.  That's fine --           03:07:21

21        THE WITNESS:  That is unreadable.

22   BY MS. CRAWFORD:

23   Q.   That -- that's -- that's fine.  And I'm

24   still entitled to ask questions about this

25   document, so I will continue on that basis.          03:07:28

Page 172

```
 1              Ms. Trujillo, if you can tell me where in

 2      the privacy policy in effect in 2009 it discusses

 3      or describes private browsing.

 4         A.   I -- I cannot tell you about the 2009

 5      privacy policy because it has been updated since     03:07:52

 6      then.

 7         Q.   Right.

 8              But I'm -- I'm asking specifically about

 9      this version, the version that you would have seen

10      in 2009.  I'm asking whether or not anything in      03:08:02

11      this document discusses private browsing

12      specifically.

13         A.   I would have to read through the whole

14      document.

15              MS. BAEZA:  Just my objection again, on --   03:08:18

16      on -- on the basis that we don't have the links to

17      this document, so --

18              THE WITNESS:  Yeah.

19              MS. BAEZA:  -- is testifying to an

20      incomplete document.                                 03:08:26

21      BY MS. CRAWFORD:

22         Q.   Yeah, if the witness believes that private

23      browsing -- this either information or discussion

24      is associated with any of the hyperlinks in this

25      document, she can let us know that.                  03:08:37
```

Page 173

```
 1              But I am going to continue to ask that the
 2      witness answer the question, which is to
 3      identify -- can she identify any section of this
 4      document that discusses private browsing
 5      specifically.                                      03:08:52
 6              MS. BAEZA:  Counsel, this -- the
 7      hyperlinks --
 8      BY MS. CRAWFORD:
 9         Q.   So you --
10              (Simultaneous speaking.)
11              (Interruption in audio/video.)
12              MS. BAEZA:  I'm sorry.  Are you -- are you
13      going to ask a question because I wanted to say
14      something before you started asking questions.
15              MS. CRAWFORD:  I wasn't.  But go ahead.    03:09:03
16              MS. BAEZA:  Yeah.  These are one-word
17      hyperlinks.  I'm not sure how the witness is
18      supposed to speculate what world of -- of
19      information is in these hyperlinks, so...
20              MS. CRAWFORD:  Well, for example, if a --  03:09:14
21      if a hyperlink -- so if the hyperlink text was
22      private browsing mode, then that might give a
23      reasonable basis that the information behind the
24      hyperlink relates to private browsing.
25              MS. BAEZA:  Right.                         03:09:24
```

Page 174

1          MS. CRAWFORD:  So what I'm asking is if --

2     as the witness is going through the document, if

3     she identifies a hyperlink that she thinks is

4     related to private browsing, we can take that up at

5     the appropriate time.                          03:09:38

6          But in the meantime, I am asking that she

7     let me know based on her review of this document

8     whether she sees anything that references private

9     browsing.

10          MS. BAEZA:  Right.  Still going to an       03:09:49

11     assert objection.  Incomplete document.  This is

12     just pure speculation on her end to guess what is

13     behind the hyperlink.

14          But go ahead with your questioning.

15     BY MS. CRAWFORD:                               03:09:56

16     Q.   Ms. Trujillo, can you take a second to

17     look over the document and just let me know, yes

18     or no, if you see any section of this document

19     that references private browsing.

20     A.   I have stated that this document is        03:10:07

21     unreadable.  It cuts off in different places, and

22     it's unreadable.

23     Q.   Right.

24          But based on what you can read -- because

25     I'm sure you would agree with me that there are   03:10:18

                                              Page 175

1    only -- this -- this document is six pages long.

2    The vast majority, over 90 percent, of this

3    document is legible to you and you can read its

4    contents.

5           From what you can read in this document,    03:10:31

6    do you see any either section header or specific

7    information in the document that discusses private

8    browsing?

9       A.   No.  This is a contract.  And if I can't

10   read every word, then I can't answer.            03:10:43

11      Q.   But I'm -- I'm asking if you -- so then,

12   the answer to my question is based on what you can

13   see here, you don't see any reference as to

14   private browsing; is that correct?

15      A.   I can't answer your question.            03:10:57

16      Q.   Okay.

17           MS. CRAWFORD:  Let's go off the record.

18           THE COURT REPORTER:  I need consent,

19   please.

20           MS. BAEZA:  Yeah, that's fine.           03:11:06

21           THE COURT REPORTER:  Hey, Scott.

22           THE VIDEOGRAPHER:  Yeah?

23           THE COURT REPORTER:  Oh, we didn't hear

24   you.

25           MS. CRAWFORD:  Okay.

```
 1              THE VIDEOGRAPHER:  You didn't?  Oh, I was

 2    muted?

 3              THE COURT REPORTER:  Yeah.

 4              THE VIDEOGRAPHER:  We went -- we're off

 5    the record.  It's 3:11 p.m.                      03:11:28

 6              (Off the record.)

 7              THE VIDEOGRAPHER:  We are back on the

 8    record.  The time is 3:22 p.m.

 9              (Trujillo Deposition Exhibit 10 was

10              marked.)                                03:22:04

11    BY MS. CRAWFORD:

12       Q.   Ms. Trujillo, if you can refresh Exhibit

13    Share on your end, you should see what's been

14    premarked as Exhibit 10.

15              Can you open that up and let me know when  03:22:16

16    you have it in front of you.

17       A.   I will.

18              Okay.  I have it in front of me.

19       Q.   Okay.  Same as before, I'm representing to

20    you that this was a version of the privacy policy   03:22:46

21    that was in effect at the time you signed up for

22    your Google account.

23              Can you take a moment to look through it

24    and let me know if you see any sections in here

25    that relate to private browsing.                   03:22:57
```

Page 177

1              MS. BAEZA:  As Ms. Trujillo goes through

2     the document, I'm going to assert the same

3     objection.  Jomaire, you -- you mentioned offline

4     you weren't including any of the embedded

5     hyperlinks.                                    03:23:11

6              Is that still true, there are no

7     hyperlinks in this document?

8              MS. CRAWFORD:  That is correct, Rosy.  And

9     if -- if -- if we could can limit our objections

10    to -- to -- if you're making a standing objection,  03:23:20

11    noted for the record.

12             But every time a document is introduced,

13    the -- if I represented to you that that's the

14    version of the document that we are introducing and

15    we're asking the witness to testify regarding, I   03:23:37

16    will note your standing objection insofar as there

17    are hyperlinks in the document.  I don't know that

18    we need to do it on a doc-by-doc basis.

19             MS. BAEZA:  No, I'm -- I'm going to make

20    my record as I see fit.  I -- on the basis it --   03:23:50

21    this is an incomplete document.

22             MS. CRAWFORD:  Yeah.  I -- thank you.

23    Noted.

24    BY MS. CRAWFORD:

25        Q.   Ms. Trujillo, if you could please go     03:23:53

                                        Page 178

```
 1    through the document and let me know once you have

 2    finished scanning it for any references to private

 3    browsing.

 4        A.   Okay.  I can't answer your question

 5    because this is an incomplete document.  I can't      03:24:18

 6    open any of the links.

 7        Q.   Are there any links in particular that you

 8    think might contain information about private

 9    browsing?

10        A.   The Google Privacy Center.                   03:24:31

11        Q.   Where is that?

12        A.   First paragraph under "Private [verbatim]

13    Policy," under the date.

14        Q.   Okay.  So I think you're referring to the

15    section where it says:  "Where more detailed          03:24:54

16    information is explained to our privacy practices,

17    we post supplementary privacy notices to describe

18    how particular services process personal

19    information.  These notices can be found in the

20    Google Privacy Center."                               03:25:16

21             Is that what you're referring to?

22        A.   Yes, that's right.

23        Q.   Okay.  I will show you in a moment a copy

24    of one of the supplementary privacy notices that

25    are specific to the Chrome browser.                   03:25:27
```

                                                    Page 179

```
 1              Setting this aside, is there other any

 2     place in here where you think private browsing

 3     might be referenced.  And I'll -- I'll just note

 4     for the record that this section doesn't reference

 5     private browsing specifically, but I will,          03:25:42

 6     nonetheless, show you the document type that is

 7     referenced in this sentence.

 8              Do you see any other -- do you see any

 9     references to private browsing in this document --

10        A.   I can't do --                              03:25:52

11        Q.   -- before I move on to the next one?

12        A.   I cannot answer that.  I don't know

13     because I can't read the whole contract.

14        Q.   Okay.  So sitting here today, you can't

15     identify, one way or the other, whether this        03:26:02

16     document actually does reference private browsing;

17     is that right?

18        A.   Sitting here today, I'm unable to read the

19     contract in its entirety, so I cannot answer if

20     anywhere in the contract it says "private           03:26:23

21     browsing."

22        Q.   Okay.  Do you remember submitting

23     discovery responses -- responses to discovery

24     requests during the course of this case?

25        A.   Yes.                                        03:26:36
```

Page 180

1          MS. CRAWFORD:  Tracy, let's go ahead and

2     mark as -- I think we might have marked as

3     Exhibit 8, Tab12; is that right?

4          MS. GAO:  That should be Exhibit Number 9.

5     Oh -- sorry.                                    03:26:53

6          MS. BAEZA:  Responses and objections, is

7     that -- I think that's 9.

8          MS. CRAWFORD:  To the -- to the RFAs?

9          MS. BAEZA:  Yeah, I see that as 9.

10         MS. CRAWFORD:  Okay.  Ms. -- thank you.    03:27:06

11    Appreciate that.

12         (Trujillo Deposition Exhibit 9 was

13         marked.)

14    BY MS. CRAWFORD:

15    Q.   Ms. Trujillo, can you open up Exhibit 9,    03:27:11

16    which are your responses and objections to RFAs

17    that were served in the course of this litigation.

18    A.   Okay.  I have Exhibit 9 open.

19    Q.   Okay.  Now, can you scan -- if you scroll

20    down to your -- to the second page of this        03:27:34

21    document, page 2, lines 8 through 12,

22    approximately, do you see where it says:

23    "Plaintiff Trujillo admits that, when she opened

24    her Google account, she recalls the disclosures in

25    the Privacy Policy promising that Google would not  03:27:58

                                            Page 181

```
 1     intercept and collect" -- "collect her private

 2     browsing activity."  [As read]

 3            Do you see that quoted language here?

 4       A.   Tell me exactly what lines, again, you're

 5     reading.                                          03:28:22

 6       Q.   In between line 5 and 6, that is

 7     where "Plaintiff Trujillo admits" again, and the

 8     quoted language ends in between lines 11 and 12.

 9       A.   Google.  (Reading.)

10       Q.   Are you done reading?                       03:29:18

11       A.   No.

12       Q.   Okay.  Just let me know when you are,

13     please.

14       A.   I will.

15            (Witness reviews.)                          03:29:27

16            Okay.  I'm done reading.

17       Q.   Okay.  So here this says that you recall a

18     disclosure at the time you signed up for your

19     account in 2009, you re- -- reviewed the

20     disclosures in the privacy policy promising that   03:29:56

21     Google would not intercept and collect private

22     browsing activity.

23            Can you point me to where in the privacy

24     policy that you have in front of you it says that

25     Google would not intercept and collect your        03:30:10
```

```
 1    private browsing activity?

 2        A.   That I have in front of me?

 3        Q.   Yes.  This -- this --

 4        A.   My --

 5        Q.   Mm-hmm.  Sorry.  Go ahead.           03:30:23

 6        A.   My documents, my tangible documents or

 7    what you're putting on the screen?

 8        Q.   What's on the screen because this

 9    exhibit -- this sentence here says that you recall

10    disclosures in the privacy policy at the time you    03:30:39

11    signed up for your account.

12             And so, I'm just asking a simple question.

13    What disclosures do you recall from this privacy

14    policy that's on the screen in front of you that

15    says Google won't collect your private browsing     03:30:56

16    data?

17        A.   I can't recall.

18        Q.   Okay.  So this statement here says that

19    you can recall, but it seems as though you're

20    saying you can no longer recall the disclosures     03:31:07

21    making that promise within this document; is that

22    correct?

23        A.   I recall agreeing to the privacy policy.

24    What the privacy policy exactly said, I cannot

25    recall.                                             03:31:25
```

Page 183

```
 1        Q.   Right.

 2             But this was a response that you gave in

 3   the context of this case on June 7th of 2021,

 4   where you said that you do recall disclosures in

 5   the privacy policy at the time you signed up for      03:31:39

 6   your account.

 7             If it -- if you no longer recall what

 8   those disclosures are, you can say so.  But I'm

 9   just asking, here it says you do recall, and so

10   I'm asking if you still can recall that, please       03:31:54

11   identify those disclosures in the version of the

12   privacy policy that's up in front of you on the

13   screen.

14             Can you do that?

15             MS. BAEZA:  Objection.  Asked and           03:32:04

16   answered.  Badgering the witness.

17             THE WITNESS:  I do recall that there were

18   disclosures.  I cannot tell you exactly what the

19   privacy policy said in 2009.

20   BY MS. CRAWFORD:                                      03:32:22

21        Q.   But that's why I've shown you a copy of

22   the privacy policy from 2009 with the pol- --

23   policy from 2009 that's in front of you right now,

24   can you point to those disclosures, yes or no?

25             MS. BAEZA:  Objection.  Form.               03:32:34
```

                                        Page 184

```
 1    Mischaracterizing the document.  And this --

 2    this -- her response to the interrogatory is not

 3    referring only to a 2008 policy.

 4          MS. CRAWFORD:  Thank you, Counsel.

 5    BY MS. CRAWFORD:                                    03:32:48

 6       Q.   Ms. Trujillo --

 7          MS. CRAWFORD:  And -- and just for the

 8    record, it's the response to RFA Number 1 where the

 9    witness clearly states, quote, "she recalls the

10    disclosures in the Privacy Policy when she opened    03:32:58

11    her Google account promising that Google would not

12    collect her data."  [As read]

13    BY MS. CRAWFORD:

14       Q.   So I assume, then, Ms. Trujillo, you're

15    not able to point to anything specific in the 2009   03:33:08

16    policy in front of you that makes that

17    representation, are you?

18       A.   The document from 2009 that you are

19    presenting to me is incomplete.

20       Q.   Ms. Trujillo, I'm asking:  Based on what    03:33:27

21    you can see here, do you see anything in this

22    document that makes that representation, or can

23    you independently tell me what disclosure you're

24    referring to?

25       A.   I can't answer.                             03:33:41
```

Page 185

```
 1        Q.   You're not -- you don't know; is that what
 2   you mean, when you say you can't answer?
 3        A.   I can't answer because the document is
 4   incomplete.  What exactly was disclosed in 2009, I
 5   can't recall, and I can't go over it with what          03:34:12
 6   you've presented to me because it's incomplete.
 7        Q.   Okay.  Your response -- your -- the
 8   response that I just read said you can recall.  It
 9   sounds like what you're saying now is that you
10   cannot recall; is that right?                            03:34:27
11        A.   That's not right.  That's not what I'm
12   saying.  I'm saying that I do know, I do recall
13   that there were disclosures.  I cannot recall the
14   exact wording.
15        Q.   But you have the document in front of you      03:34:51
16   right now.
17             Do you see anything in here that even
18   roughly approximates the disclosure that you're
19   referring to, the one you said just now that you
20   can recall?  Do you see anything in this document       03:35:01
21   that looks like what you're talking -- what the
22   disclosure that you're talking about?
23        A.   I don't know because it's an incomplete
24   contract.  I can't --
25        Q.   Okay.                                          03:35:14
```

Page 186

1          A.    -- open the links.  I can't read --

2     it's -- I -- it's unreadable.

3          Q.    Okay.  Understood.

4               Your testimony is that the full version of

5     the text in this document is -- is unreadable.       03:35:28

6     I'll -- I'll ask a different set of questions.

7               MS. CRAWFORD:  Let's mark as exhibit -- I

8     think it's 11, Tab 13, which a different version of

9     the privacy policy.

10              (Trujillo Deposition Exhibit 11 was        03:35:46

11              marked.)

12    BY MS. CRAWFORD:

13         Q.    Perhaps you'll be able to answer a couple

14    of questions for me about this document,

15    Ms. Trujillo.                                        03:35:56

16              If you wouldn't mind refreshing your

17    screen and letting me know when you have

18    Exhibit 11 in front of you.

19         A.    I have Exhibit 11 in front of me.

20              MS. BAEZA:  Can you wait one moment         03:36:05

21    because I'm not seeing it on my end.

22              Okay.  I see it.  Sorry.

23    BY MS. CRAWFORD:

24         Q.    Yeah.

25              Ms. Trujillo, do you have the document in   03:36:35

                                            Page 187

1   front of you?

2        A.   Yes, I do.

3        Q.   Okay.  You see at the top here it says

4   "GOOGLE PRIVACY POLICY."  And then underneath it:

5   "When you use our services, you're trusting us          03:36:46

6   with your information"?

7        A.   I'm sorry.  I -- let me go to the correct

8   exhibit.  Exhibit 11, correct?

9        Q.   It should be Exhibit 11.  Someone can let

10  me know if that's not right.                            03:37:14

11            MS. CRAWFORD:  Is it Exhibit 11 on your

12  end, Rosy?

13            MS. BAEZA:  Yeah.  I'm seeing for

14  Exhibit 11, privacy policy, May 2018; is that

15  right?                                                  03:37:23

16            MS. CRAWFORD:  Correct.

17  BY MS. CRAWFORD:

18       Q.   Okay.  Do you see the same thing on your

19  end, Ms. Trujillo?

20       A.   I -- let me see.                              03:37:34

21            MS. BAEZA:  If it's easier, I -- I think

22  you have the hard copy version of that privacy

23  policy, Ms. Trujillo.

24            THE WITNESS:  Google Privacy Policy.

25  Okay.                                                   03:37:49

                                              Page 188

```
1    BY MS. CRAWFORD:

2        Q.   Yes.

3        A.   I do -- I'm on the correct exhibit.

4        Q.   Okay.  Perfect.

5             You see where it says:  "When you use our    03:37:56

6    services, you're trusting us with your

7    information"?

8        A.   Yes, I see that.

9        Q.   And then do you see underneath the --

10   there's an underline maybe about a third of the    03:38:09

11   way into the page.  And then it says:  "We build a

12   range of services that help millions of people

13   daily."

14            Do you see that there?

15       A.   Yes.                                          03:38:21

16       Q.   Okay.  And you see under the section that

17   starts "Our services include"?

18            Do you see the second bullet there?

19       A.   The second bullet?

20       Q.   Yes.  Can you read that bullet for me?    03:38:36

21       A.   "Platforms like the Chrome browser and

22   Android operating system."

23       Q.   Okay.  So based on that, do -- do you

24   understand Chrome to be one of the services that

25   Google offers to consumers?                            03:38:51
```

Page 189

1    A.    Yes.

2    Q.    Okay.  Now if we could, let's look at

3    page 3.  And specifically, at the bottom, there's

4    a section called "Information we collect as you

5    use our services."                              03:39:18

6          Do you see that?

7    A.    One moment.

8          Yes.

9    Q.    And at the top of the next page, it says:

10    "The information we collect includes."          03:39:28

11          Do you see that?

12    A.    Yes.

13    Q.    Do you remember reviewing this version of

14    the privacy policy at any -- at any point

15    post-2018?                                      03:39:44

16    A.    I don't remember.

17    Q.    Okay.  Can you read through this paragraph

18    here, and let me know when you're done.

19    A.    (Witness reviews.)

20          I am done.                                03:40:28

21    Q.    Okay.  What do you understand this

22    paragraph to mean, Ms. Trujillo?

23    A.    I understand it to mean that when I am in

24    regular mode, my information is collected.

25    Q.    The types of information that appear here,  03:41:10

Page 190

1    do you consider that to be personal information --

2        A.   Yes.

3        Q.   -- if you were in regular -- sorry.

4             If you were in regular mode, would you

5    consider the information that's listed here to be      03:41:22

6    personal information?

7        A.   Yes.

8        Q.   Would you consider that information to be

9    sensitive if you were in regular mode?

10       A.   Yes.                                           03:41:34

11       Q.   And would you consider that information to

12   be confidential if you were in regular mode?

13       A.   Yes.

14       Q.   Now, tell me where in this paragraph here

15   it says that Google would only collect this            03:41:48

16   information if you were not in private browsing

17   mode?

18            Do you see any representation within this

19   paragraph along those lines?

20       A.   I see that in the privacy policy, it          03:42:13

21   promises when I am in incognito mode, my

22   information will not be collected.

23       Q.   Where do you see that?  Can you point me

24   exactly to where it says that in this policy?

25       A.   It's in the most rec- -- most updated         03:42:37

Page 191

```
1     privacy policy from Google.

2          Q.   Is that the document you're looking at in

3     front of you right now or a different document?

4          A.   It's my document that I have here.

5          Q.   Okay.  So the version of the privacy        03:42:56

6     policy dated May 2018; is that right?

7          A.   That's right.

8          Q.   Okay.  So can you tell me where in here it

9     says that -- where it contains quote, "promises

10    that when I'm in incognito mode, my information       03:43:19

11    will not be collected."  That was your prior

12    testimony.

13          Can you tell me where it says that in this

14    document?

15          MS. BAEZA:  Objection.  Form.  Also I'm          03:43:30

16    objecting on lack of foundation.

17          Is this another document where we don't

18    have the hyperlinks, the embedded hyperlinks?

19          MS. CRAWFORD:  Did you put the hyperlinks

20    in front of the -- the witness?                       03:43:43

21          MS. BAEZA:  No.

22          MS. CRAWFORD:  You -- okay.  So the

23    version I'm -- I'm asking about the same version of

24    the document that is sitting in front of the

25    witness.  That is the same version that I'm asking    03:43:49
```

Page 192

1    about right now.

2            Counsel, your objection -- standing

3    objection is noted for the record.  If we could,

4    please, let's move on.

5    BY MS. CRAWFORD:                                03:43:58

6        Q.   Ms. Trujillo, can you tell me where in

7    this document that you have in front of you, the

8    printed document in front of you or the electronic

9    copy that's on the screen, where does it say in

10   here that Google promises when I'm in incognito    03:44:08

11   mode, my information will not be collected?

12       A.   It says it in the privacy policy, in the

13   one, two, three, four -- fifth paragraph, "and

14   across our services."

15       Q.   Can you tell me what page you're looking   03:44:35

16   at?  I'm sorry.

17       A.   Page 1.

18       Q.   Okay.  So you're talking about the

19   sentence that reads:  "And across our services,

20   you can adjust your privacy settings to control    03:44:51

21   what we collect and how your information is used";

22   is that right?

23       A.   That's right.

24       Q.   Okay.  And so you interpret this sentence

25   to mean that you can adjust your privacy settings   03:45:04

                                              Page 193

1    to mean that Google will not collect your

2    information?

3        A.   I'm not interpreting it.  It clearly says

4    that when I'm in incognito mode, my information

5    will not be collected.                          03:45:23

6        Q.   Where -- but that's -- I think that's the

7    issue.  Ms. Trujillo, I'm trying to figure out

8    where, exactly, it says that.

9             Where do you see the word "incognito" in

10   the one sentence that you just pointed me to on   03:45:37

11   page 1 of this document?

12       A.   It's in the previous sentence.

13       Q.   Okay.  "You can also choose to browse the

14   web privately using Chrome in incognito mode."

15            Where in that sentence does it say that   03:46:00

16   Google will not get data from your private

17   browsing session?

18       A.   In the same sentence, "You can also choose

19   to browse the web privately in Chrome in incognito

20   mode."                                           03:46:27

21       Q.   Right.

22            But nothing in that sentence says that

23   Google won't get information if you are browsing

24   the web privately using Chrome in incognito mode.

25            Do you have a different understanding?    03:46:39

                                          Page 194

```
 1    And if so, what is the basis for that

 2    understanding?

 3           MS. BAEZA:  Objection.  Form.  Compound.

 4    Asked and answered.

 5    BY MS. CRAWFORD:                                   03:46:48

 6       Q.   Please respond, Ms. Trujillo.

 7       A.   The privacy policy says that I am in

 8    control, and when I am in incognito mode, my

 9    information will not be collected.

10       Q.   Where does it say that specifically, your  03:47:02

11    information will not be collected?

12           MS. BAEZA:  Objection.  Form.  Asked and

13    answered.

14    BY MS. CRAWFORD:

15       Q.   Your response, Ms. Trujillo?             03:47:29

16       A.   I can adjust my privacy settings to

17    control what we collect.  So I can -- my privacy

18    setting, if I'm in incognito mode, Google should

19    not be able to collect my information because I

20    have chosen -- in my control, I have chosen to be  03:47:49

21    in private mode.

22       Q.   Right.

23           Now, I think I just heard you to say two

24    things.  One is your privacy setting's in

25    incognito mode?                                    03:48:06
```

Page 195

```
1        A.   I'm sorry?

2        Q.   Are you identifying incognito mode as a

3   privacy setting?

4        A.   Yes, I am.

5        Q.   Okay.  That's the first question.          03:48:19

6             And then the second question I have is --

7   you said, "Google should not be able to collect my

8   information."

9             Is it your belief that Google says here

10  that it will not collect your information or that    03:48:32

11  you believe it should not do so?

12             MS. BAEZA:  Objection.  Form.  Compound.

13  BY MS. CRAWFORD:

14        Q.   You can answer, Ms. Trujillo.

15        A.   I did not say Google should not.  I said   03:48:47

16  Google promises not to collect my information when

17  I'm in incognito mode.

18        Q.   Okay.  Per- -- perhaps you misspoke.  I'm

19  reading directly from the record here where it

20  says, quote, "Google should not be able to collect   03:49:07

21  my information because I have chosen -- in my

22  control, I have chosen to be in private mode."

23             So do you mean that Google represented

24  that it wouldn't collect it or that, as you stated

25  previously, Google should not be able to collect    03:49:23
```

Page 196

1    your information when you're in private mode?

2            MS. BAEZA:  Objection.  Form.  Compound.

3            THE WITNESS:  I mean, that because Google

4    promises not to collect my information when I'm in

5    incognito mode, that they shouldn't, because that's    03:49:42

6    what they promised not to do.

7    BY MS. CRAWFORD:

8        Q.   Okay.  Last question about this document.

9            Can you turn to page 9, please.  And let

10    me know when you're there.                           03:49:55

11       A.   I'm on page 9.

12       Q.   Okay.  Do you see the section here

13    titled "Privacy controls"?  It's towards the top

14    of the document, in slightly lar- -- larger font

15    than the rest of the document.                       03:50:45

16            Do you see that?

17       A.   Yes.

18       Q.   Okay.  Do you see there are -- one, two,

19    three, four -- five categories listed under

20    "Privacy controls"?                                  03:51:02

21       A.   One, two, three, four -- five, I see them.

22       Q.   Okay.  And a moment ago you testified that

23    incognito in your view is a privacy control.

24            Do you remember that testimony?

25       A.   Yes.                                         03:51:21

                                            Page 197

```
 1        Q.   Do you see incognito listed here as a
 2   privacy control?
 3        A.   It says it in the -- on the first page of
 4   the privacy policy.
 5        Q.   Nope.  Ms. Trujillo, I'm asking          03:51:40
 6   specifically about this portion of the document,
 7   the section titled "Privacy controls."  We just
 8   agreed that there were -- one, two, three, four --
 9   five types of privacy controls that are listed in
10   this section.                                       03:51:58
11            And so I guess I'll -- I'll ask my
12   question again, if helpful.
13            Where do you see "incognito" mentioned --
14   or do you see "incognito" mentioned as one of
15   these five privacy controls listed here?            03:52:07
16        A.   This just is -- I don't know because I'm
17   unable to read everything.  I...
18        Q.   But you would agree with me that there are
19   five controls listed here, "Activity Controls,"
20   "Ad settings," "About you," "Shared endorsements,"  03:53:09
21   "Information you share"?
22            Do you see those five?
23        A.   I see the five icons.
24        Q.   And the descriptions for those icons, do
25   you see those as well?                              03:53:25
```

Page 198

1       A.   Well, it's incomplete because I cannot

2   click and open the link.

3       Q.   That's fair and fine, but I'm asking if

4   you see any references to "incognito" here.  You

5   had mentioned that it was a specific privacy        03:53:40

6   control.

7            Does it appear as one of the five privacy

8   controls listed on this page?

9       A.   I don't know --

10           MS. BAEZA:  Objection -- just one moment.   03:53:48

11  Sorry, Monique.  Let me just insert my objection.

12           Objection.  Form.  Mischaracterizes

13  testimony.  She said "privacy setting."

14           MS. CRAWFORD:  I think the record speaks

15  for itself.                                          03:54:04

16           MS. BAEZA:  I agree.

17  BY MS. CRAWFORD:

18      Q.   Ms. Trujillo, so just to confirm, do you

19  see "incognito" mentioned anywhere on this list

20  here?                                                03:54:17

21      A.   I can't answer that because I don't have

22  the full avail- -- I don't have all the

23  information available to me.  I can't open the

24  links.

25      Q.   Do you see anything that looks like        03:54:33

Page 199

```
 1    incognito mode, like it's describing incognito

 2    mode, based on your review of this document?

 3              MS. BAEZA:  Objection.  Form.  Calls for

 4    speculation.

 5              THE WITNESS:  I don't know because I don't   03:54:46

 6    know what more information is in the links.

 7    BY MS. CRAWFORD:

 8        Q.   Okay.  Are you aware that there were

 9    changes to Google's terms of service on March 31st

10    of 2020?                                              03:55:11

11        A.   I know that the terms of service are

12    updated.  Exactly when, I don't -- I can't recall.

13        Q.   So you're not aware, one way or the other,

14    as to the changes that were made to Google's terms

15    of service in March 2020; is that fair?              03:55:40

16              MS. BAEZA:  Objection.  Form.

17    Mischaracterizes testimony.

18    BY MS. CRAWFORD:

19        Q.   You can answer.

20        A.   Changes specifically to terms and          03:55:51

21    conditions you said?

22        Q.   Terms of service.  Are you aware that

23    there were changes to Google's terms of service in

24    March of 2020?

25              If you're not, that's fine.  It's not --   03:56:14
```

Page 200

1    it's not designed to be a trick question.

2        A.    I may have seen it.  I can't tell you

3    exactly what it said or what the changes are or

4    were that were made.

5        Q.    Okay.    Okay.                          03:56:40

6            I'm now going to introduce as our next

7    exhibit Tab 14, which is a copy of the Chrome

8    privacy notice.

9            (Trujillo Deposition Exhibit 12 was

10           marked.)                                  03:56:57

11    BY MS. CRAWFORD:

12        Q.    Are you familiar with a document called

13    the "Chrome Privacy Notice," Ms. Trujillo?

14            MS. CRAWFORD:  I wasn't finished with my

15    question, Rosy, but go ahead.                    03:57:09

16            MS. BAEZA:  I was just going to say,

17    before you go into this line of questioning,

18    we're -- we're about to hit the one-hour mark.

19            I don't know if you have -- how -- how

20    much time you're expecting to take on this       03:57:14

21    document, but now might be a good time to break for

22    ten.

23            MS. CRAWFORD:  Do you intend to break

24    at -- let's go off the record, please.

25            MS. BAEZA:  Sure.                         03:57:22

                                            Page 201

```
 1              THE VIDEOGRAPHER:  We are off the record.

 2     The time is 3:57 p.m.

 3              (Short recess taken.)

 4              THE VIDEOGRAPHER:  We are back on the

 5     record.  The time is 4:14 p.m.              04:14:32

 6     BY MS. CRAWFORD:

 7        Q.   Ms. Trujillo, one last question about the

 8     version of the privacy policy that you have in

 9     front of you from May 2018.

10              Do you still have that document either   04:14:46

11     open on or the desk where you're sitting?

12        A.   I have the printed out version here.

13     Would you like --

14        Q.   Perfect.

15        A.   -- me to open the document you sent?      04:15:02

16        Q.   Nope.  If you have it in front of you in

17     printed form, that's fine.  A couple times today

18     I've heard you use the word -- the -- the phase

19     "in control."

20              Is that a phrase that you learned from   04:15:13

21     reviewing a specific Google document?

22        A.   It's not something I learned.  It's

23     something that's clearly stated in the second

24     sentence on page 1.

25        Q.   Okay.  You're referring to the -- the     04:15:36
```

Page 202

1    sec- -- the sentence that reads, "We understand

2    this is a big responsibility and work hard to

3    protect your information and put you in control"?

4        A.    Correct.

5        Q.    And is that one of the promises that you        04:15:49

6    believe Google has made to you?

7        A.    Yes.  And it's also promised again -- one,

8    two, three, four -- the middle paragraph, the last

9    sentence, on page 1.

10       Q.    Okay.  And you're referring to the part of     04:16:14

11   the sentence that says, "you can adjust your

12   privacy settings to control what we collect and

13   how your information is used"; is that right?

14       A.    That's correct.

15       Q.    Okay.  And what's the date of this             04:16:25

16   specific policy that you have in front of you?

17       A.    May 2018.

18       Q.    Are you aware of any earlier version of

19   the privacy policy -- Google's privacy policy

20   where those words appear, either "put you in        04:16:41

21   control" or "control what we collect"?

22       A.    Previous -- when you say "previous" --

23       Q.    Earlier versions of the privacy policy.

24   So we looked at one from 2009, for example.  I

25   don't think you referenced the same language in     04:17:06

```
 1   the 2009 versions.
 2           So I'm just asking, are you aware of any
 3   earlier Google disclosures that promise to you
 4   that you are, quote, "in control"?
 5       A.   I am familiar with the most recent version    04:17:21
 6   of the privacy policy.
 7       Q.   And is that the one -- are you refer- --
 8   when you say "most recent version," are you
 9   referring to the 2008 [sic] version that's in
10   front of you right now?                                04:17:49
11       A.   No.  The 2018 version.
12       Q.   Sorry, I misspoke.  I meant 2018.  Okay.
13           Is this privacy policy, the 2018 version
14   in front of you, the first time the words "in
15   control" were used by Google in a privacy policy,      04:18:03
16   to your knowledge?
17       A.   I don't recall the exact wording.
18       Q.   Right.
19           But do you have any understanding that
20   that word -- the words "in control" were used in       04:18:21
21   any earlier version of Google's privacy policy?
22       A.   I don't want to misspeak.  Earlier
23   versions, I -- how much earlier?
24       Q.   I mean, you looked at an earlier version,
25   the 2009 version.  Based on your recollection, do      04:18:41
```

Page 204

```
 1    you remember seeing those words in that document?

 2         A.   I don't recall, and I don't think that

 3    matters because that's not the updated version.

 4         Q.   Okay.  So your belief is that what's in

 5    the updated version of the Google privacy policy     04:19:06

 6    applies earlier in time than the ver- -- than the

 7    date stamped on that document, the most up-to-date

 8    version that I think you've referenced it as?

 9              MS. BAEZA:  Objection.  Form.

10    Mischaracterizes testimony.                          04:19:23

11              THE WITNESS:  There have been a couple

12    updates in the past few years.  So the most recent

13    updates of the privacy policy are what I'm

14    concerned with.

15    BY MS. CRAWFORD:                                     04:19:59

16         Q.   Okay.  That's helpful.

17              And is that the basis of your lawsuit

18    against Google, the representations made in the

19    most recent version of Google's privacy policy?

20              MS. BAEZA:  Objection.  Form to the extent  04:20:12

21    it asks -- asks for a legal conclusion.

22              MS. CRAWFORD:  Nope, just asking the

23    witness -- she said she's most concerned about the

24    most recent update of the privacy policy.  She said

25    that's what she's, quote, "concerned" with.          04:20:30
```

Page 205

BY MS. CRAWFORD:

    Q.   So, Ms. Trujillo, are you suing Google on

the basis of the most recent version of the

privacy policy that you are, quote, "concerned

with"?                                  04:20:39

        MS. BAEZA:  Same objection.

        THE WITNESS:  I don't think that's what I

said.  I didn't say "the most recent."  I said "the

recent updated versions."

BY MS. CRAWFORD:                        04:20:49

    Q.   And that's what you're suing Google on?

        MS. BAEZA:  Same objection.

        THE WITNESS:  That is -- I want to make

sure I understand -- or that you understand my

answer.  It isn't -- I'm suing Google because there  04:21:24

are promises made that protect me and my

information, and Google is not keeping to the

contract.

BY MS. CRAWFORD:

    Q.   Okay.  Let's move on.            04:21:51

        Can you pull up what has been premarked as

Exhibit 12?  It should be a copy of something

called the "Chrome Privacy Notice."

        Can you open that document and let me know

when you have it in front of you?            04:22:11

                                    Page 206

```
 1        A.   Okay.  I have it in front of me.

 2        Q.   Okay.  Does this document, which is dated

 3   May 20th of 2020, look familiar to you,

 4   Ms. Trujillo?

 5             MS. BAEZA:  Before you respond, take --    04:22:42

 6   take your time to look at the document if you

 7   haven't seen it.

 8   BY MS. CRAWFORD:

 9        Q.   Well, the question is whether it's

10   familiar to you.  If you need time, obviously take   04:22:51

11   whatever time you need to answer the question.

12   But if you know the answer, you can obviously so

13   state it at any time.

14             MS. BAEZA:  I'm not sure how that was

15   helpful.  That was a bit argumentative.  But, okay,  04:23:05

16   sure.

17             MS. CRAWFORD:  Thanks for the speaking

18   objection, Rosy.

19   BY MS. CRAWFORD:

20        Q.   Have you seen this document before,        04:23:38

21   Ms. Trujillo?

22        A.   Yes, I have seen this document before, but

23   I am not positive that it is the same date.

24        Q.   Okay.  I'm going to ask a few questions

25   about this document.  Can you please take a look     04:24:01
```

Page 207

1    at page 4.

2           And you should see at the bottom of page 4

3    a section that is labeled "Incognito mode and

4    guest mode."

5           Do you see that there?                    04:24:22

6       A.    I see it, yes.

7       Q.    Okay.  Can you read into the record the

8    first full sentence that starts with "You can

9    limit"?

10      A.    "You can limit the information Chrome      04:24:37

11   stores on your system by using incognito mode or

12   guest mode.  In these modes, Chrome won't store

13   certain information, such as:"

14      Q.    Okay.  And can you tell me what you

15   understand those two sentences to mean?           04:25:05

16      A.    "Chrome stores on your system."

17           It says that the information Chrome stores

18   will be limited while on incognito mode.

19      Q.    Okay.  And it stores that information

20   where, based on your read of that first sentence   04:25:58

21   here?

22      A.    I'm not sure where it's stored.

23      Q.    Oh, but it says here, "You can limit the

24   information that Chrome stores on your system."

25   [As read]                                         04:26:21

                                              Page 208

```
 1              Do you see that?
 2        A.    I see that.
 3        Q.    Okay.  And -- and what do you think that
 4    means in the context of this sentence, that Chrome
 5    can store limited information on your system when    04:26:38
 6    you use incognito mode?
 7        A.    (Reading.)
 8              I don't know.  That -- I mean, it could
 9    mean that Chrome stores limited -- my limited
10    in- -- information in their servers, in their        04:27:04
11    cloud.
12        Q.    Okay.  And in this -- these two sentences
13    that you read -- you read here, you see the
14    references to "Chrome"; correct?
15        A.    Correct.                                    04:27:19
16        Q.    Would you agree with me that there is no
17    reference in these two sentences to "Google"?
18        A.    I would not agree with you because Chrome
19    is Google.
20        Q.    You believe that Chrome and Google are one  04:27:39
21    and the same?
22        A.    Absolutely.
23        Q.    How so?
24        A.    Chrome is a product of Google.
25        Q.    Okay.  I -- I agree with you there; Chrome  04:27:57
```

Page 209

1    is a product that Google offers.

2         Doesn't that in your mind then mean that

3    Google is a company and Chrome is a product?

4         A.   To me, Chrome is Google.

5         Q.   Right.                              04:28:25

6         But Chrome is the name of the browser that

7    you're suing Google regarding; right?  I think we

8    talked earlier about the specific Google services

9    that you were using, and I think you identified

10   Chrome as a specific Google service that you've    04:28:36

11   used.

12        Is that an accurate restatement of your

13   testimony, Ms. Trujillo?

14        MS. BAEZA:  Objection.  Form.  Asked and

15   answered.                                     04:28:47

16        THE WITNESS:  Chrome is a Google service

17   that I use.  And I -- to me, Chrome and Google are

18   one and the same.

19   BY MS. CRAWFORD:

20        Q.   Okay.  But you would agree with me that   04:29:12

21   this specific language here doesn't mention

22   groom -- Google, but it does mention Chrome;

23   right?

24        A.   I do not agree with you.  Chrome is

25   Google.                                       04:29:25

Page 210

1          Q.    Right.

2                But do you see Google -- the word "Google"

3     explicitly in this -- in these two sentences; yes

4     or no?

5                MS. BAEZA:  Objection.  Form.  Asked and          04:29:35

6     answered.

7                THE WITNESS:  I see "Chrome" twice here.

8     And when I see "Chrome," that means Google to me.

9     BY MS. CRAWFORD:

10         Q.    Okay.  So is it your testimony, sitting          04:29:53

11    here today, that every time you see the

12    word "Chrome," you automatically substitute in

13    Google?

14         A.    Yes.

15         Q.    Do you think Gmail is also Google?               04:30:05

16         A.    Absolutely.

17         Q.    Do you think YouTube is also Google?

18         A.    No.

19         Q.    Why not?

20         A.    Because YouTube, as far as I know, is not        04:30:17

21    a product or a service of Google.

22         Q.    What if I told you that it was, would that

23    change your answer?  Because YouTube is a Google

24    product or service.

25         A.    Oh, I didn't know that.                          04:30:46

                                                    Page 211

```
 1        Q.    That's okay.

 2            So would you also say that YouTube is the

 3    same as Google?

 4        A.    Well, now that -- if what you're saying is

 5    true, then yes.                              04:30:59

 6        Q.    Okay.  So Chrome is Google.  Gmail's

 7    Google.  YouTube is Google.

 8            Is Google and Gmail and Chrome and YouTube

 9    all interchangeable from your perspective,

10    Ms. Trujillo?                                04:31:16

11            MS. BAEZA:  Objection.  Form.  Asked and

12    answered again.

13            THE WITNESS:  For Google, Gmail, and

14    Chrome, yes, definitely.  And now that you're

15    saying that YouTube is a product of Google, yes.  04:31:38

16    BY MS. CRAWFORD:

17        Q.    Okay.  Have you looked -- do you look to

18    the disclosures of Gmail, for example, to

19    determine what promises Google's made to you

20    regarding Chrome, if these are all              04:31:58

21    interchangeable?

22        A.    I've seen the -- the terms and -- or the

23    terms of service.

24        Q.    Okay.  Now, if -- if -- this here says

25    that Chrome won't store information on your system  04:32:27
```

Page 212

```
 1    and that Chrome won't -- yet in these modes Chrome

 2    won't store information in your system.

 3            Do you understand that to mean that Gmail

 4    also won't store your information?

 5            If we're substituting -- you said every      04:32:47

 6    time you see Chrome, you see Google.  And when you

 7    see Google, you see Gmail, for example.

 8            So when you see this sentence here that

 9    "Chrome won't store certain information," are you

10    assuming that also means Gmail won't store the       04:33:05

11    same information?

12        A.   I don't know what is meant by "system,"

13    stored on the "system."

14        Q.   Do you think it would be important to

15    understand what that means in order to know what     04:33:20

16    private browsing mode in the Chrome browser

17    actually is and what it does?

18        A.   Will you please repeat that.

19        Q.   Yeah, sure.

20            You mentioned that you're not sure what it   04:33:32

21    means when the disclosure says Chrome won't store

22    information on your system.  And that's in a

23    section where it describes how private browsing or

24    incognito mode works.

25            And so I'm asking whether it's important     04:33:48
```

Page 213

1    for you to know what that means so that you

2    understand the protection that private browsing

3    mode and incognito offers you.

4        A.   Yes, it's important for me to know.

5        Q.   Okay.  I'd like to move on to the next        04:34:04

6    exhibit.

7             Wait, sorry.

8             Yeah, I think I'd like to move on to the

9    next exhibit.

10            MS. CRAWFORD:  Can we queue up Tab 17        04:34:15

11   please, Tracy.

12            (Trujillo Deposition Exhibit 13 was

13            marked.)

14   BY MS. CRAWFORD:

15       Q.   And I believe that's going to be            04:34:26

16   introduced as Exhibit 13.

17            Ms. Trujillo, can you take a look at

18   Exhibit 13 once it's available and let me know

19   when you have it open in front of you?

20       A.   One moment.  I'm opening the file that       04:34:43

21   says "Exhibit 13."  But on the screen, it says

22   "Exhibit 19."  Is that --

23       Q.   If you scroll to the next page, I think

24   you should see a section titled "How private

25   browsing work ins Chrome."                           04:35:27

                                             Page 214

```
 1        A.   I see it.

 2        Q.   Do you see that?

 3        A.   Yes.

 4        Q.   Perfect.

 5             Does this page look familiar to you,        04:35:32

 6   Ms. Trujillo?

 7        A.   Let me see.

 8             Where --

 9        Q.   At the very top it says, "How private

10   browsing works in Chrome."                           04:36:15

11             Do you see that?

12        A.   I see that.  My question is, where is this

13   located?  Is -- what you're presenting to me, is

14   it located in the privacy policy, the terms of

15   service?                                             04:36:30

16        Q.   Neither.  It's just a website that Google

17   hosts.  You can see the URL at the bottom

18   left-hand corner of the page here,

19   support.google.com, and then there's additional

20   information.                                         04:36:48

21             Do you see that at the bottom left?

22        A.   I do see that now.  It does not look

23   familiar to me.

24        Q.   Okay.  Do you see here the first sentence

25   of this document says, "When you browse privately,   04:37:00
```

Page 215

1    other people who use the device won't see your

2    history"?

3            Do you see that there?

4       A.   I do.

5       Q.   What do you understand that sentence to    04:37:15

6    mean, Ms. Trujillo?

7       A.   Well, it means two things to me.  It means

8    that I'm able to browse privately and in incognito

9    mode and other people who use the device won't see

10   my history.                                        04:38:05

11      Q.   Do you understand this sentence to be

12   representing that browsing privately and incognito

13   means just what you said it does, which is that

14   other people who use your device won't see your

15   history?                                           04:38:22

16      A.   Please repeat that.

17      Q.   This sentence here beginning with "When

18   you browse privately," do you see how it explains

19   what browsing privately means when it says

20   browsing privately, when you do so, quote, "other  04:38:47

21   people who use the device won't see your history"?

22   Do you see where it says that?

23      A.   I see where it says that.  I don't see how

24   it's an explanation.

25      Q.   What do you think it is, then, if not an   04:39:04

1    explanation?

2        A.    It's just -- the two -- it's like the two

3    promises on the splash screen.   It's just

4    conflicting with what the privacy policy says.

5        Q.    This document conflicts with the privacy        04:39:38

6    policy; is that what you mean --

7        A.    Yes.

8        Q.    -- or something else?   Okay.

9        A.    That's what I mean.

10       Q.    So this document here conflicts with the        04:39:47

11   privacy policy.

12           How does it conflict with the privacy

13   policy?

14       A.    Because it's -- let me see.   "When you

15   browse privately."                                        04:40:19

16       Q.    Are you able to identify any way which

17   this document conflicts with the privacy policy?

18   If not, that's fine.   I can ask the -- the -- the

19   next question.

20       A.    Well, it's saying that I'm able to browse        04:40:57

21   privately and other people can't see my history,

22   but that's not what's happening --

23       Q.    Okay.

24       A.    -- when I'm in incognito mode.

25       Q.    Okay.   So you believe this -- this page to      04:41:11

Page 217

1    be a misrepresentation or just a con- -- something

2    that conflicts with the privacy policy?

3         A.   Both.

4         Q.   Okay.  Now, do you see under the section

5    that reads "Your activity might still be visible"?    04:41:33

6         A.   Yes.

7         Q.   Do you see that section?

8         A.   Yes.

9         Q.   And there's a sent- -- a sentence that

10   begins with "Incognito mode," says:  "Incognito      04:41:41

11   mode stops Chrome from saving your browsing

12   activity to your local history."

13             Do you see that?

14        A.   Yes.

15        Q.   Again, another reference to local history.  04:41:53

16             The next sentence says:  "Your activity

17   might still be visible to," and then the first

18   bullet reads:  "Websites you visit, including the

19   ads and resources used on those sites."

20             Do you see that bullet?                     04:42:14

21        A.   Yes.

22        Q.   Do you remember the Williams-Sonoma

23   privacy policy that we discussed in the very

24   beginning of the deposition?

25        A.   Yes.                                        04:42:24

                                             Page 218

1      Q.   And do you remember when it mentioned that

2    Google Analytics was one of Williams-Sonoma's

3    partners?

4      A.   Yes.

5      Q.   Do you remember the portion of                04:42:35

6    Williams-Sonoma's privacy policy that says it

7    shares data with Google Analytics because Goggle

8    Analytics renders services to the website?

9          Do you remember that?

10     A.   I remember that.  And that is if it's in     04:42:53

11   regular mode, not in incognito.

12     Q.   But the Williams-Sonoma privacy policy

13   didn't make that disclaimer, did it?

14     A.   No.  The Google privacy policy does.

15     Q.   Okay.  So if this docu- -- this document    04:43:17

16   that you have in front of you here says that "your

17   activity may be visible to websites you visit,"

18   [as read] let's say, Williams-Sonoma, "and the ads

19   and resources used on those site," let's say

20   Google Analytics.                                   04:43:35

21          Is it safe to assume that this section of

22   this document here is telling you that if you

23   visit Williams-Sonoma, your activity might still

24   be visible to ads and resources like Google

25   Analytics?                                          04:43:56

```
 1        A.    If I'm in regular mode, yes.  If I'm in
 2   incognito mode, no.
 3        Q.    Where here does it say that incognito mode
 4   will prevent that from happening?  Because as you
 5   can see --                                          04:44:13
 6        A.    I --
 7        Q.    -- at the top, the -- I'm sorry.  Go
 8   ahead.
 9           The -- the top of the page says "How
10   private browsing works."  So the total page is      04:44:19
11   about incognito.
12           MS. BAEZA:  Just a moment, Jomaire.  I --
13   I don't think Ms. Trujillo was done with her answer
14   before you began speak --
15           MS. CRAWFORD:  Oh, she -- she continue.      04:44:32
16   Sorry.  Didn't mean to cut you off, either.  There
17   might be a lag.  I am happy to -- to cede the floor
18   and let witness continue answering the question.
19           MS. BAEZA:  Did you have something --
20   BY MS. CRAWFORD:                                    04:44:34
21        Q.    Go ahead, Ms. Trujillo.
22           MS. BAEZA:  Did you have something else to
23   add, Ms. Trujillo?
24           THE WITNESS:  It's stated in the privacy
25   policy.  And this is -- this document is not the    04:44:51
```

Page 220

```
 1    privacy policy.

 2    BY MS. CRAWFORD:

 3        Q.   But you would agree with me that this

 4    document, the title of it is "How private browsing

 5    work- -- mode works in Chrome"; correct?          04:45:05

 6        A.   Do I agree with you that that's what it

 7    says?

 8        Q.   Yes.

 9        A.   Those are the words.

10        Q.   Okay.  And do you have any reason to      04:45:19

11    believe that this statement that your activity

12    might still be visible to websites, including the

13    ads and resources used on those websites is untrue

14    or false?

15        A.   It's untrue or false if I'm in incognito  04:45:45

16    mode.

17        Q.   But this document is describing how

18    private browsing mode works in Chrome.  It's

19    describing incognito mode.  This is a Google

20    disclosure that you can find on Google's website,   04:46:06

21    so --

22            MS. BAEZA:  Is that a question or is that

23    testimony?

24    BY MS. CRAWFORD:

25        Q.   Is your -- let --                          04:46:11
```

Page 221

1           MS. CRAWFORD:  I actually wasn't finished,

2    Rosy.

3    BY MS. CRAWFORD:

4        Q.   So are you contending, Ms. Trujillo, that

5    this publicly available document is a              04:46:21

6    misrepresentation of how incognito mode works?

7        A.   Yes, that is what I'm contending.

8        Q.   Okay.  You testified earlier today that

9    you believe you entered a contract with Google; is

10   that right?                                        04:46:44

11       A.   Yes.

12       Q.   Did you give anything of value to Google

13   in exchange for what you received under the

14   contract?

15       A.   Absolutely.  Google is always collecting  04:46:52

16   my information.

17       Q.   And if -- what -- what -- so you've -- in

18   exchange for the services that you use, you've

19   agreed to give Google your personal information?

20           Is that what you're saying?                04:47:14

21       A.   If I'm in regular mode, then I know that

22   my data, my information is being collected.  My

23   personal information is valuable to me.

24           So if you're asking what of value have I

25   given to Google in exchange for their services,     04:47:39

Page 222

```
1    I'm saying my information.
2        Q.   Okay.  So that's when you're in regular
3    mode.
4            What information of value have you given
5    to Google when you're in incognito mode?          04:47:52
6        A.   Google -- when I'm in incognito mode,
7    Google has taken my information without my
8    consent.
9        Q.   So is there no information that you've
10   given Google in the context of your private       04:48:08
11   browsing activity through incognito mode?
12       A.   Did you say "is there no information"?
13       Q.   Correct.  Because it sounds like you were
14   saying Google takes your information.
15           So I'm wondering, is there any information 04:48:28
16   that you voluntarily share with Google in the
17   context of your incognito sessions?
18           MS. BAEZA:  Objection.  Form.  Vague.
19   BY MS. CRAWFORD:
20       Q.   You can answer, Ms. Trujillo.             04:48:42
21       A.   Well, I know when I'm in regular mode, I'm
22   consenting to Google taking my information.
23       Q.   Okay.  And -- and the con- -- because
24   you -- you -- you claim that you have a contract
25   with Google that governs your usage of incognito  04:48:55
```

Page 223

1    mode.

2              And so, I'm asking, what information have

3    you given to Google in consideration of your

4    contract for using incognito mode?

5              MS. BAEZA:  Objection.  Form.  Asked and        04:49:11

6    answered.

7              MS. CRAWFORD:  No, I don't think there's

8    an ans- -- clear answer that's been given.

9    BY MS. CRAWFORD:

10       Q.   Ms. Trujillo, can you provide a              04:49:18

11   response --

12             MS. BAEZA:  I -- I think you don't like

13   her answer.

14             (Simultaneous speaking.)

15             (Interruption in audio/video.)

16             THE WITNESS:  The clear answer --

17             (Simultaneous speaking.)

18             (Interruption in audio/video.)

19             MS. BAEZA:  -- Ms. Crawford.

20             THE COURT REPORTER:  One person at a time,

21   please.  Wait, wait.  I didn't hear.  There were

22   two people --

23             MS. BAEZA:  I said I --

24             THE COURT REPORTER:  -- talking at the

25   same time.

```
 1              MS. BAEZA:  I said, I just don't think you

 2      like her answer, Ms. Crawford.

 3      BY MS. CRAWFORD:

 4         Q.   Ms. Trujillo, please respond.

 5         A.   The clear answer is that Google has stolen    04:49:41

 6      my information when I'm in incognito mode.

 7         Q.   Okay.  I'll -- I'll accept that.  It --

 8      I -- I didn't -- don't understand you to have

 9      identified any information that you voluntarily

10      gave Google in the context of your use of            04:49:58

11      incognito mode.  If that's incorrect, let -- let

12      me know.

13              But I think I've heard you to say that

14      Google has taken information when you're using

15      incognito without your consent.                      04:50:09

16              In that case, my next question I have is,

17      when you say Google has taken your information

18      without its [verbatim] consent, do you believe

19      that Google, when you're in private browsing mode,

20      is authorized to use your information in any         04:50:26

21      capacity or none whatsoever?

22         A.   They're not -- when I'm in private

23      browsing or incognito, I -- they do not have my

24      consent to use my information.  I've chosen --

25         Q.   So what -- sorry.  Go ahead.               04:50:51
```

Page 225

```
 1              MS. BAEZA:  Go ahead and finish your

 2      statement, Ms. Trujillo.

 3              THE WITNESS:  If I'm on incognito mode, I

 4      have chosen to be private.

 5      BY MS. CRAWFORD:                              04:51:13

 6         Q.   So it sounds as though there's no

 7      information that you voluntarily agreed to give

 8      Google when you are in an incognito session; is

 9      that right?

10              MS. BAEZA: Objection.  Form.  Asked and    04:51:23

11      answered.

12              THE WITNESS:  Google -- when I'm in

13      incognito mode, Google does not have my consent to

14      use my information.

15      BY MS. CRAWFORD:                              04:51:39

16         Q.   Okay.  Do you believe that your -- the

17      information that you've provided to Google has

18      monetary value?

19         A.   Yes.

20         Q.   How so?                               04:51:55

21         A.   How so does it have monetary value, the

22      information that Google has either taken with or

23      without my consent?

24              Data and information is the most valuable.

25         Q.   Does it have monetary value?          04:52:24
```

Page 226

```
 1        A.    Yes.

 2        Q.    Okay.  Are you aware of ways in which you

 3   could sell your personal information,

 4   Ms. Trujillo?

 5        A.    I can't say I know exactly how that works.    04:52:35

 6        Q.    Okay.  Do you have a vague understanding?

 7        A.    I have a vague understanding, yes.

 8        Q.    Are you aware of web browsers paying web

 9   users in order to access their browsing, for

10   example?                                                04:53:27

11        A.    I have heard of this, but I don't know

12   very much about it.

13        Q.    Okay.  Where did you hear about it?

14        A.    Maybe on a commercial or an advertisement.

15        Q.    Okay.  But you don't have specific          04:53:46

16   knowledge as to how much users are paid, by whom,

17   or any of the terms and conditions of that; is

18   that fair?  Is that a fair assessment?

19             MS. BAEZA:  Objection.  Form.  Compound.

20             THE WITNESS:  I don't know the details of    04:54:08

21   how that works.

22   BY MS. CRAWFORD:

23        Q.    Have you ever tried to sell any of your

24   personal data, Ms. Trujillo?

25        A.    No.                                         04:54:15
```

Page 227

```
 1        Q.   Like your browsing history, information
 2   about your device, IP address?
 3        A.   No.
 4        Q.   Why -- why not?
 5        A.   I personally feel that that's a desperate    04:54:25
 6   way to make money.
 7        Q.   Okay.  And has Google -- the -- the
 8   allegations that you've made against Google in the
 9   con- -- the context of the Complaint, has Google's
10   conduct affected your ability to sell your data in    04:55:03
11   any way, if one day, you decided you did actually
12   want to make some money off of your personal
13   information?
14        A.   I don't know how that works.  So I know
15   it's a hypothetical question, but I don't know how    04:55:22
16   that works, so I can't really answer that.  I
17   don't know --
18        Q.   Okay.
19        A.   -- how my -- how -- what would compromise
20   me being able to sell information.  I don't know.    04:55:38
21   I can't answer that.
22        Q.   Okay.  So I guess you also can't say
23   whether or not Google's conduct has affected your
24   ability to use your personal information in any
25   way, can you, or do you have knowledge about that?    04:55:53
```

Page 228

1     A.   It has -- Google using my personal

2    information has affected me personally.

3          Are you -- is that -- are you just

4    rewording if it's affected me selling my

5    information?                                      04:56:24

6     Q.   No, ma'am.  The question's slightly

7    different.

8          It's whether or not Google's conduct has

9    affected your ability to use your own data in any

10   way.                                              04:56:39

11    A.   I believe it has, and probably in ways I

12   can't even imagine.

13    Q.   Is that sort of a speculative, you --

14   you're -- you're sort of speculating that it --

15   that might have occurred, or do you have some      04:56:59

16   concrete either information or indication that

17   Google's conduct has affected your ability to use

18   your data?

19    A.   For a fact, it's affected me personally.

20   And that's all I could say about that.            04:57:29

21    Q.   Okay.  So it sounds as though you don't

22   have any specific indication that Google's conduct

23   has affected your ability to use your personal

24   information, but you are affected by Google's

25   conduct; is that right?                           04:57:47

                                              Page 229

1          MS. BAEZA:  Objection.  Form.

2    Mischaracterizes testimony.

3          MR. MAO:  Calls for expert...

4    BY MS. CRAWFORD:

5      Q.  You can answer.                          04:57:54

6      A.  When I turn on incognito, I'd expect

7    Google to stand by their promise in the contract

8    so when I say I want to be kept private, then no

9    means no.

10     Q.  Okay.  Can you tell me all the ways,      04:58:34

11   sitting here today, that you've been harmed by

12   Google's conduct in the context of the lawsuit

13   that you filed against it?

14     A.  My personal information has been shared

15   without my consent, and there are probably --    04:58:58

16   because of this, there's -- I'm sure there's a lot

17   more damage than I can even imagine.

18     Q.  And when you say your information was

19   shared, I just want to be clear.  Shared by whom

20   and to whom?                                     04:59:17

21         MS. BAEZA:  Objection.  Form.  Calls for

22   speculation.

23         MS. CRAWFORD:  This is the witness's

24   testimony.

25   BY MS. CRAWFORD:                                 04:59:31

                                              Page 230

1      Q.   You stated, Ms. Trujillo, "My personal

2   information has been shared without my consent."

3           So I'm asking:  Who shared your

4   information and to whom was it shared?

5           MS. BAEZA:  Objection.  Form.              04:59:48

6   Mischaracterizes testimony.

7           She said -- she said her information was

8   shared, she didn't indicate ay to whom.

9   BY MS. CRAWFORD:

10      Q.   Ms. Trujillo, can you please answer.       04:59:57

11      A.   While in incognito mode, Google -- who

12   shared my information?  Google has shared my

13   information.

14      Q.   With whom?

15           MS. BAEZA:  Objection.  Form.  Calls for   05:00:18

16   speculation.

17           THE WITNESS:  My answer is a simple one:

18   Every company, you would know more than I do.  I

19   don't -- I can't answer -- I can't give you a --

20   specifically who Google shares my information with.  05:00:50

21   I'm sure it's anybody they're able to share my

22   information with.

23   BY MS. CRAWFORD:

24      Q.   And that -- okay.

25           So you believe that Google shares your     05:01:05

                                              Page 231

1    information with anybody they're able to share

2    your information with.

3              And yet, sitting here today, you continue

4    to use Chrome incognito mode; is that right?

5        A.   That's right.                              05:01:21

6        Q.   Why is that if you believe your

7    information is being shared with anybody that

8    Google is able to share your information with,

9    quoting directly from your testimony?

10       A.   That's because I'm in the middle of a      05:01:36

11   lawsuit, and I am not going to change my activity,

12   my online activity at this time.

13       Q.   So, in other words, you're going to

14   continue to allow what you consider to be Google's

15   improper collection of your data to continue while  05:02:01

16   you browse the web in incognito mode?

17             MS. BAEZA:  Objection.  Form.  Misstates

18   prior testimony.

19   BY MS. CRAWFORD:

20       Q.   You can answer, Ms. Trujillo.              05:02:13

21       A.   I'll continue to use the internet in

22   incognito mode and regular mode, as I have been

23   before the lawsuit.

24       Q.   I think you testified earlier that you've

25   seen targeted advertising when you use Chrome.      05:02:38

                                         Page 232

```
 1              Do you remember your testimony on that

 2     subject?

 3          A.   Targeted advertis- -- advertising from, I

 4     think I said -- remind me.  Were we talking about

 5     regular mode or incognito mode?                    05:03:16

 6          Q.   I don't think we were talking about a

 7     specific mode.  I think you mentioned in general,

 8     that advertising -- that you've seen

 9     advertisements like those from Macy's, and you

10     named a couple of other websites, maybe Target and  05:03:29

11     one or two others.

12              Do you remember that testimony?

13          A.   Yes, I do.

14              MS. BAEZA:  Wait.  Are we talking about

15     regular mode or incognito mode?                    05:03:40

16              MS. CRAWFORD:  The witness just answered

17     that and I -- I responded, Rosy.

18              MR. MAO:  There is no such thing as

19     general mode.

20              MS. BAEZA:  There is no such thing as     05:03:45

21     general mode.

22     BY MS. CRAWFORD:

23          Q.   Do you --

24              MS. CRAWFORD:  I didn't -- I don't think I

25     mentioned general mode.  I said we're talking -- we  05:03:53
```

Page 233

1    were not talking about a specific mode.  And I was

2    saying in general, the witness testified to seeing

3    ads for Macy's and other companies.

4    BY MS. CRAWFORD:

5        Q.   Moving on, Ms. Trujillo, do you know why    05:04:10

6    ads for companies like Macy's or Target might be

7    shown to you specifically?

8        A.   I do believe it has to do with my previous

9    searches.

10       Q.   Okay.  And do you recall seeing    05:04:40

11   advertising when you use basic mode?

12       A.   Regular mode as opposed to incognito

13   mode --

14       Q.   Yes.

15       A.   -- or private?    05:04:56

16            Are you asking if in regular mode, I am

17   targeted with ads?

18       Q.   Sure.  You can answer that question.

19       A.   Yes.

20       Q.   And do you believe that you're also    05:05:17

21   targeted with ads when you browse in incognito

22   mode?

23       A.   Yes.

24       Q.   What do you believe is the basis for the

25   ads that are targeted to you when you're in    05:05:38

Page 234

```
 1    incognito mode?
 2        A.   I believe the basis is previous -- my
 3    previous searches or -- my previous searches and
 4    what I've visited -- websites I visited.
 5        Q.   Anything else?                          05:06:01
 6        A.   A company would target me when I'm on
 7    incognito mode because of -- because they have
 8    some information about me that would link me or
 9    have something to do with their company.
10        Q.   Okay.  And that's when you're in incognito  05:06:38
11    mode.
12             Do you think the same thing happens when
13    you're browsing in basic mode?
14        A.   When I'm in regular mode, when I'm not in
15    incognito mode, I've given my consent.            05:07:00
16        Q.   Okay.  I think earlier you testified that
17    you have two Gmail accounts; right?
18        A.   Yes.
19        Q.   Do you recall whether you paid anything to
20    Google in order to get the two Gmail accounts you  05:07:24
21    have?
22        A.   By offering me the Gmail service, Google
23    has stolen my information, so they've taken
24    monetary value from me, so it wasn't a direct pay.
25    It was taken from me.                             05:08:06
```

Page 235

1        Q.   Are you suing Google for stealing

2    information in connection with your use of Gmail?

3        A.   I'm suing Google for collecting my

4    information without my consent.

5        Q.   And collecting your information how?        05:08:34

6             MS. BAEZA:  Objection.  Form.  Asked and

7    answered.

8    BY MS. CRAWFORD:

9        Q.   You can answer, Ms. Trujillo.

10       A.   Collecting my information when I haven't     05:08:48

11   consented, when I'm on incognito mode.

12       Q.   And how does Google get your information

13   when your in incognito mode?

14            MS. BAEZA:  Objection.  Form.  Asked and

15   answered.                                            05:09:05

16            THE WITNESS:  I don't know how that works.

17   BY MS. CRAWFORD:

18       Q.   Yet you know that Google collects it, even

19   though you don't know how?

20            MS. BAEZA:  Objection.  Form.  Asked and     05:09:19

21   answered.

22            And, Ms. Trujillo, I will counsel you to

23   not reveal any communications between you and your

24   attorneys.

25            So to the extent that you can answer         05:09:29

Page 236

```
1    without revealing any communications, you can.

2            THE WITNESS:  I choose not to answer.

3    BY MS. CRAWFORD:

4        Q.   Okay.  So it seems as though you're

5    following counsel's advice not to answer on the      05:09:46

6    basis of privilege.

7            And just so the record is clear, I don't

8    believe that you answered your question based on

9    your personal knowledge.  But it seems as though

10   you only have knowledge by virtue of conversations   05:09:58

11   with counsel.

12           The next exhibit that I --

13           MS. BAEZA:  Objection to form.  She did --

14   mis- -- first of all, mischaracterizes testimony.

15           Second of all, I instructed her not to      05:10:09

16   answer if she couldn't answer because she was going

17   to go into privileged territory.  And she listened

18   to counsel's -- to -- to -- to -- to my counsel.

19           But she never testified that her only

20   basis for knowledge about the basis for this         05:10:21

21   lawsuit is through counsel.  And you need to stop

22   saying that.

23           MS. CRAWFORD:  Well, then she -- well,

24   then she should have answered the -- the -- the

25   question, Rosy, respectfully.                         05:10:28
```

Page 237

```
1              MS. BAEZA:  She did.

2              MS. CRAWFORD:  Let's move on --

3              MS. BAEZA:  She's answered it, like, 15

4      times already.

5              MS. CRAWFORD:  Okay, Rosy.  I disagree,      05:10:32

6      respectfully and I don't think we need to

7      elevate --

8              MS. BAEZA:  Well, Then we should drop it

9      and move on.

10             MS. CRAWFORD:  I think we should --         05:10:44

11             (Simultaneous speaking.)

12             (Interruption in audio/video.)

13             THE COURT REPORTER:  Wait.  Hold on.

14     Wait, wait.  Excuse me.  One person at a time,

15     please.                                             05:10:46

16             MS. CRAWFORD:  Yeah.  I -- I think we

17     should move on.  I've noted your instruction that

18     the witness ought not answer that question, and

19     that the witness is heeding your admonition.

20             Now let's move on.                          05:10:59

21     BY MS. CRAWFORD:

22        Q.   Ms. Trujillo, do you recall providing

23     cookie values from your browser during the course

24     of this litigation?

25        A.   I do not recall.                            05:11:23
```

Page 238

```
 1        Q.   Do you know what a cookie is?

 2             MS. BAEZA:  Objection.  Form.  Asked and

 3   answered.

 4             THE WITNESS:  I know a cookie is not

 5   something I want.                              05:12:01

 6   BY MS. CRAWFORD:

 7        Q.   Okay.  And it sounds as though you've said

 8   you're not aware of providing cookie values from

 9   your -- your browser during the course of this

10   litigation.                                    05:12:20

11             The data at issue here that you're suing

12   Google for, are you aware that it's linked to your

13   cookies?

14        A.   I don't know that to be fact.

15        Q.   If I represent to you that one of the    05:12:37

16   forms of data that you are suing Google on in the

17   Complaint that's been filed in this case relates

18   to cookies when you're using incognito mode, would

19   you have any basis to dispute that representation?

20        A.   To dispute that?  No, I would not dispute  05:13:00

21   that.

22        Q.   Okay.  So for cookies -- the cookies that

23   you're suing Google for having collected here,

24   what value do those cookies have to you?

25             MS. BAEZA:  Objection.  Form.  Calls for   05:13:17
```

```
 1    expert opinion.

 2           THE WITNESS:  I can't answer that.

 3    BY MS. CRAWFORD:

 4       Q.  You mentioned that after your private

 5    browsing sessions, you close your browser,          05:13:31

 6    sometimes anyway.

 7           Do you understand that when you close your

 8    browser while you're in a private browsing

 9    session, that those cookies drop from your

10    browser?                                            05:13:45

11           MS. BAEZA:  Objection.  Form.  Calls for

12    an expert opinion.

13    BY MS. CRAWFORD:

14       Q.  Ms. Trujillo, you can answer to the extent

15    you know.                                           05:13:54

16       A.  No, I do not know that.

17       Q.  You don't have an understanding as how

18    cookies work in private browsing mode; is that

19    right?

20           MS. BAEZA:  Objection.  Form.  Asked and     05:14:04

21    answered again.

22    BY MS. CRAWFORD:

23       Q.  Can I get a -- an -- a yes-or-no response

24    to that question, Ms. Trujillo?  Do you have an

25    understanding of how cookies work in private        05:14:13
```

Page 240

1    browsing mode?

2           MS. BAEZA:  Objection.  Form.  Asked and

3    answered.

4           MS. CRAWFORD:  Noted, Counsel.

5           THE WITNESS:  No, I do not have an expert    05:14:23

6    answer or expert knowledge of how the cookies work

7    or drop off.

8    BY MS. CRAWFORD:

9        Q.   Do you have a lay understanding based on

10   your own personal knowledge, based on your own    05:14:48

11   research, or anything else that you've learned or

12   read over the past few years about how private

13   browsing works?

14       A.   Very minimal.  Very, very minimal.

15       Q.   Okay.  Do you understand that if incognito    05:15:15

16   mode worked the way that you think it does and if

17   incognito mode blocked all transmission of your

18   data to Google, that Google services on the sites

19   that you visit would not work?

20          MS. BAEZA:  Objection.  Form.  Lack of    05:15:39

21   foundation.  Facts not in evidence.

22   BY MS. CRAWFORD:

23       Q.   You can answer, Ms. Trujillo.

24       A.   I don't see how -- how Google maintains

25   itself has anything to do with me.  And no, I    05:16:01

Page 241

```
 1    don't know.
 2        Q.   So, for example, if you go to
 3    williams-sonoma.com, the website, and the -- you
 4    assume that when you go to williams-sonoma.com,
 5    text will appear on the screen that you're using    05:16:16
 6    on your device or your computer; correct?
 7        A.   What will appear on my screen or device?
 8        Q.   Text and images.
 9        A.   Oh, yes.
10        Q.   Okay.  Now, if the font that is used for   05:16:30
11    the text that is displayed is provided to
12    Williams-Sonoma by Google, how would you expect
13    Google to render that text if Google does not
14    receive information associated with your visit to
15    the website?                                         05:16:52
16        A.   I don't know who provides what to who when
17    I visit a website.
18        Q.   I -- okay.  Are -- were you finished with
19    your answer?
20        A.   Yes.                                        05:17:05
21        Q.   If I represent to you that Google does
22    provide fonts which allows text to render on
23    certain websites you visit, do you have any reason
24    to dispute that representation?
25             MS. BAEZA:  Counsel, are you representing   05:17:25
```

Page 242

1    that you need personal data in order to load fonts

2    for Google?

3          MS. CRAWFORD:  Ro- -- Rosy, respectfully,

4    that's not what my -- that wasn't the question.

5    You can look at the record to see what I asked the    05:17:35

6    witness.  You're not deposing the witness; I am.

7    And you're also not deposing me.

8          So I ask that you -- if you're making

9    objections, please make them -- keep them to a

10   minimum.                                             05:17:47

11   BY MS. CRAWFORD:

12      Q.   Ms. Trujillo, I will ask the question

13   again.

14          MS. BAEZA:  I will clar- -- I'm clarifying

15   the record, Jomaire.  I'm not asking you questions.   05:17:51

16   I -- to -- for the purpose of getting testimony

17   from Ms. Trujillo.  That's very improper for you to

18   accuse -- accuse me of that.

19          I'm trying to clarify the record here.

20   Your question's not clear.                           05:18:03

21          MS. CRAWFORD:  I said you weren't

22   depos- -- deposing me.  I didn't say anything about

23   you trying to solicit testimony from the witness --

24          (Simultaneous speaking.)

25          (Interruption in audio/video.)                05:18:05

Page 243

```
 1              MS. BAEZA:  No, but I'm -- I'm -- I'm
 2     clarifying your --
 3              THE COURT REPORTER:  Wait.  Excuse me.  I
 4     can't -- one at a time, please.
 5              MS. BAEZA:  You made a representation on      05:18:13
 6     the record, and I was asking you to clarify the
 7     representation.
 8              MS. CRAWFORD:  Sure.  I disagree that that
 9     was something I represented.  I think you
10     misunderstood the question.                            05:18:24
11     BY MS. CRAWFORD:
12        Q.   Ms. Trujillo, if Google was rendering a
13     font to a website that you visit, like
14     williams-sonoma.com, would you expect Google to
15     receive information associated with your visit to      05:18:42
16     the site?
17              (Interruption in audio/video.)
18        A.   I'm going to say that is -- has -- I mean,
19     how they do business is in -- I mean, has no
20     significance to me.  It's irrelevant.  And I           05:19:01
21     don't -- that has nothing to do with me, what my
22     information does for Google, who provides for
23     Williams-Sonoma or any other company.
24        Q.   So if I told you without the font obtained
25     from Google that a web page you visit could            05:19:30
```

Page 244

```
 1    potentially appear blank, is that how you would

 2    want the web to function?

 3         A.   If there was a blank web page, it wouldn't

 4    be accessible, so it doesn't matter.

 5         Q.   But is no -- what I'm -- I'm asking, would    05:19:47

 6    you -- would you want Williams-Sonoma's website to

 7    function that way?  Because if you block data that

 8    could be used to produce fonts on the website that

 9    you just clicked, I'm asking, would you want to

10    see ^ -- or expect to see a blank web page when       05:20:05

11    you visit williams-sonoma.com?

12              MS. BAEZA:  Objection.  Form.  Lacks

13    foundation.  Calls for an expert opinion.

14              MS. CRAWFORD:  Noted, Counsel.

15    BY MS. CRAWFORD:                                       05:20:20

16         Q.   Ms. Trujillo.

17         A.   I mean, that's pretty ludicrous to ask me

18    if -- because I need to allow Google to have

19    access to my information for me to be able to see

20    a website because Google provides a service to        05:20:44

21    that website, I mean, that has nothing -- their --

22    how they operate or conduct business or what

23    businesses or companies trade or the business they

24    do with each other has -- should have nothing --

25    and I'd expect -- have nothing to do with my          05:21:11
```

Page 245

1    personal information.

2        Q.    Are you done with your answer?

3        A.    I'm done with my answer.

4        Q.    Okay.  If you were to learn that incognito

5    mode automatically prevents your browsing activity    05:21:26

6    from being associated with you personally when you

7    close your session, would you agree that that

8    provides you with some measure of privacy?

9        A.    At this point, no, I would not agree.

10       Q.    Why not?                                      05:21:51

11       A.    Because I know what Google is doing and

12   using while I'm in incognito mode.

13       Q.    So then why wouldn't you just use basic or

14   regular mode instead of incognito if you believe

15   that Google isn't providing any measure of            05:22:13

16   protection by deleting cookies when you close your

17   browser?

18           MS. BAEZA:  Objection.  Form.  Asked and

19   answered.

20   BY MS. CRAWFORD:                                       05:22:30

21       Q.    Ms. Trujillo.

22       A.    I'm going to continue to browse the

23   internet the way I have been.

24       Q.    But I'm --

25           MS. BAEZA:  Jomaire -- oh, sorry.              05:22:40

                                                      Page 246

```
 1              MS. CRAWFORD:  Well -- yes, Rosy.

 2              MS. BAEZA:  I was just going to say

 3     we're -- we're a little over the hour mark, so I'm

 4     going to -- finish your question, but I -- I think

 5     we should break soon.                        05:22:52

 6              MS. CRAWFORD:  We can break now.  That's

 7     fine.

 8              Let's take a -- a five- to ten-minute

 9     break so that we can --

10              MS. BAEZA:  Okay.                    05:23:02

11              MS. CRAWFORD:  -- wrap up sooner rather

12     than later.  Again, it's getting late on the East

13     Coast.

14              MS. BAEZA:  Okay.

15              MS. CRAWFORD:  Is ten minutes okay?   05:23:09

16              THE VIDEOGRAPHER:  We are off -- we are

17     off the record.  The time is 5:23 p.m.

18              (Short recess taken.)

19              THE VIDEOGRAPHER:  We are back on the

20     record.  The time is 5:41 p.m.               05:41:34

21     BY MS. CRAWFORD:

22         Q.   Ms. Trujillo, a couple of follow-up

23     questions for you.  You testified earlier about

24     reviewing an article regarding Google's data

25     collection when users are in incognito mode.  05:41:53
```

                                              Page 247

```
 1              Do you remember that testimony?
 2       A.   Yes.
 3       Q.   And I believe you said that you had an
 4   experience or experiences that were consistent
 5   with what you read in that article; is that right?   05:42:12
 6       A.   Yes.
 7       Q.   Can you tell me what you experienced?
 8       A.   Yes.  It -- I felt -- I was experiencing
 9   that incognito mode was not working because I was
10   receiving ads that had to do with what I was         05:42:44
11   searching in incognito mode.  I didn't --
12       Q.   Why -- mm-hmm.  Keep going if you have
13   more to say.
14       A.   I didn't find it coincidental.
15       Q.   And so what were you -- what -- what --    05:43:15
16   what did you surmise based on the advertising that
17   you were seeing?
18       A.   Say if I was in incognito mode and I was
19   searching airline tickets, I would get
20   advertisements for airline tickets or hotel          05:43:46
21   advertisements for areas I was looking to fly to.
22       Q.   And what's your understanding of why that
23   was happening?
24       A.   My understanding is that my information
25   was being collected and shared even though I was     05:44:11
```

Page 248

1    in incognito mode.

2        Q.   Collected and shared with Google or

3    someone else?

4        A.   Google was collecting and sharing my

5    information with other companies.              05:44:27

6        Q.   What companies in particular?

7            MS. BAEZA:  Objection.  Calls for

8    speculation.

9    BY MS. CRAWFORD:

10       Q.   Ms. Trujillo.                         05:44:45

11       A.   I can't give you particular names.  It was

12   just random, maybe even unknown companies un- --

13   unfamiliar to me.

14       Q.   Okay.  Sitting here today, do you have the

15   name of any company that you believe Google shared   05:45:06

16   your information with?

17       A.   I do not have any names to give you right

18   now.

19       Q.   And why do you think it was Google that

20   shared your information?                        05:45:29

21       A.   Because I was looking up this information

22   or searching this information in incognito mode.

23       Q.   But you mentioned that you were

24   visiting -- you were getting ads for airline

25   tickets.  Why couldn't Expedia or booking.com have   05:45:54

Page 249

```
 1    shared your information and you received targeted
 2    advertising that way?
 3        A.   From my recollection, when I was searching
 4    for particular airline tickets, I did not go on
 5    the Expedia or Booking website.                      05:46:21
 6        Q.   Okay.  What website did you visit to do
 7    that?
 8        A.   It was skyscanner.com.
 9        Q.   Oh, okay.  Do you have any reason to
10    believe that it wasn't Skyscanner that was sharing   05:46:42
11    your information to others and that's why you
12    received the advertising you mentioned?
13        A.   Do I have reason to believe, yes, I -- do
14    I have reason to believe that it was not
15    Skyscanner is what you're asking?                    05:47:04
16        Q.   Yes, ma'am.
17        A.   I have -- I do have reason to believe that
18    it was not Skyscanner and it was Google.
19        Q.   And what's the basis for the belief?
20             MS. BAEZA:  Objection.  Form.  Asked and    05:47:16
21    answered.
22    BY MS. CRAWFORD:
23        Q.   You can answer.
24        A.   Because I was in incognito mode and -- and
25    I started getting advertisements for what I was      05:47:38
```

Page 250

1    looking -- sim- -- similar advertisements for what

2    I was looking up.

3        Q.   Okay.  So it is possible that

4    Skyscanner -- is it possible that Skyscanner

5    shared your information and that led to the        05:47:57

6    advertising that you saw?

7            MS. BAEZA:  Objection.  Calls for

8    speculation.

9            And, also, Ms. Trujillo -- I'm sorry.

10           (Simultaneous speaking.)                   05:48:12

11           (Interruption in audio/video.)

12           MS. CRAWFORD:  Go ahead.

13           MS. BAEZA:  Yeah, Ms. Trujillo, I want to

14    instruct you, you can answer the question to the

15    extent that you're not revealing any communications  05:48:21

16    that you had with your counsel.

17           THE WITNESS:  Right.  That's why I'm

18    taking a bit to answer.

19    BY MS. CRAWFORD:

20        Q.   I'll withdraw the question.              05:48:30

21           Skyscan- -- have you ever reviewed

22    Skyscanner's privacy policy, Ms. Trujillo?

23        A.   I believe it's prompted.  It's been --

24    it's popped up.

25        Q.   Okay.  Do you recall reviewing the privacy  05:48:49

Page 251

1   policy after it popped up?

2        A.   I recall reviewing it --

3        Q.   Okay.

4        A.   -- yes.

5        Q.   Skyscanner's privacy policy says, quote,    05:49:01

6   "You'll see various ads when you use our services.

7   These ads might come from us or from third parties

8   and may be personalized to make them more relevant

9   to you."

10        Based on that information in Skyscanner's    05:49:19

11   privacy policy, do you still believe that

12   Skyscanner could not have shared your information

13   with a third party, who then served an ad to you?

14        MS. BAEZA:   Counsel, are -- are you going

15   to show her the document that you're quoting from    05:49:36

16   and also tell her what -- what -- which privacy

17   policy exactly you're -- you're quoting from?

18        MS. CRAWFORD:   No.   I'm asking if based on

19   the information that I quoted from the privacy

20   policy, whether she would have that understanding    05:49:49

21   or not.

22        MS. BAEZA:   What privacy policy --

23        MS. CRAWFORD:   The witness can answer to

24   the extent -- Skyscanner's privacy policy.

25        MS. BAEZA:   Which one?    05:49:57

                                        Page 252

1          MS. CRAWFORD:  See, this is not -- Rosy,

2     this -- on -- on the website, the current version

3     of Skyscanner's privacy policy.

4          MS. BAEZA:  So you're not going to show

5     the witness the privacy policy that you're asking          05:50:06

6     her to --

7          MS. CRAWFORD:  I didn't say that.  Rosy,

8     allow me to ask the witness my -- my questions,

9     please.  If you're making an objection, please

10    state it so that we can move on.                           05:50:13

11    BY MS. CRAWFORD:

12       Q.   Ms. Trujillo, based on the representation

13    that I just made to you where Skyscanner says,

14    These ads that you see may come from us, do you

15    have any reason to believe that that is an untrue          05:50:33

16    statement?

17       A.   I would have to see their privacy policy,

18    but I do have reason to believe that my

19    information was shared from Google and not

20    Skyscanner.                                                05:51:06

21       Q.   But if I showed you the Skyscanner privacy

22    policy where it says these ads might come from

23    Skyscanner, would that change your understanding

24    as to whether or not your data was shared by

25    Google or some other entity like Skyscanner?              05:51:20

                                                Page 253

1          MS. BAEZA:  Objection.  Form.  Asked and

2     answered.

3     BY MS. CRAWFORD:

4          Q.   Your response, please, Ms. Trujillo.

5          A.   It would not change that I know that my          05:51:32

6     information was shared from Google while in

7     incognito mode.

8          Q.   Okay.  So even though the incognito splash

9     screen discloses to you that your activity will be

10    visible to websites like Skyscanner and even          05:51:53

11    though the privacy policy that I just read from

12    Skyscanner says they may advertise to you, you

13    still believe that Google is responsible for the

14    advertising that you saw on that particular

15    occasion --          05:52:08

16          MS. BAEZA:  Objection --

17    BY MS. CRAWFORD:

18          Q.   -- is that right?

19          MS. BAEZA:  Objection.  Form.  Asked and

20    answered.          05:52:15

21    BY MS. CRAWFORD:

22          Q.   Your response, please.

23          A.   Yes, I still believe that it was Google

24    who shared my information.

25          Q.   Even though Skyscanner's privacy policy          05:52:26

                                        Page 254

```
 1    says otherwise?

 2        A.   Skyscanner's policy can say whatever it

 3    wants.  I -- I -- it was Google who shared my

 4    information while I was in incognito mode.

 5        Q.   Okay.                               05:52:51

 6            MS. CRAWFORD:  Let's mark as our -- our

 7    next exhibit Tab 3, Tracy.

 8            (Trujillo Deposition Exhibit 14 was

 9            marked.)

10    BY MS. CRAWFORD:                              05:53:08

11        Q.   I'm going to show you, Ms. Trujillo, a

12    copy of your discovery responses in this case.

13            If you refresh the Exhibit Share window

14    you have open, let me know when this document is

15    in front of you.                             05:53:22

16        A.   Exhibit what?  I'm sorry, please repeat.

17        Q.   It will either be Exhibit 14 or 15, but

18    perhaps you can refresh and let me know which one

19    is -- has just been loaded.

20        A.   14 is the most recent.              05:53:55

21        Q.   That might be Skyscanner's privacy policy,

22    in which case you can set that aside and look for

23    Exhibit 15.

24            MS. GAO:  Actually, Exhibit 14 is the

25    correct one.                                 05:54:12
```

Veritext Legal Solutions
866 299-5127

1              MS. CRAWFORD:  Oh, perfect.  Okay.

2      BY MS. CRAWFORD:

3          Q.   So if you have Exhibit 14 in front of you,

4      Ms. Trujillo, can you turn to -- unfortunately,

5      this document was served without page numbers, but     05:54:20

6      it's the -- the tenth page of this document.

7          A.   Okay.  I'm on the tenth page.

8          Q.   Do you see where it says "Interrogatory

9      Number 10"?

10         A.   Yes.                                           05:54:41

11         Q.   And "Response to Interrogatory Number 10"?

12         A.   Yes.

13         Q.   Okay.  So do you remember a moment ago

14     when I was asking you about selling your personal

15     data and whether you knew anything about that?        05:54:59

16         A.   Yes.

17         Q.   And I believe you testified that you don't

18     know much about that practice.

19              Is that -- is that consistent with what

20     you remember having testified to?                     05:55:20

21              MS. BAEZA:  Objection.  Form.  Vague.

22     BY MS. CRAWFORD:

23         Q.   Do you remember your testimony on that

24     topic, Ms. Trujillo?

25         A.   Yes, I do.                                    05:55:27

                                               Page 256

```
 1        Q.    Okay.  And you testified that you didn't

 2   know much about selling your personal information,

 3   but that it would be a pretty desperate way of

 4   making money.

 5        Do you remember that?                          05:55:41

 6        A.    Yes.

 7        Q.    In your response to this interrogatory,

 8   you state -- and if you look on the next page it's

 9   the paragraph that begins with "Notwithstanding."

10        Do you see that paragraph there?               05:56:04

11        A.    Yes.

12        Q.    This says, with specificity, that you've

13   been aware of the value of your personal data for

14   years and that you're aware of websites like

15   Killi, companies like Brave and others, that        05:56:28

16   provides monetary compensation for personal data.

17        Do you see where it says that?

18        A.    Yes.

19        Q.    Are you, in fact, aware of websites like

20   Killi?  I don't believe you testified to Killi      05:56:46

21   when I asked you the question previously.

22        A.    I'm aware that there are websites that do

23   buy personal data.  I'm aware that personal data

24   is very valuable.  But I have not ever sold my

25   personal data.                                      05:57:15
```

Page 257

```
 1        Q.   Right.

 2             But are you aware of the web- -- the

 3   specific website Killi.  Do you know anything

 4   about Killi?

 5             MS. BAEZA:  Objection.  Form.  Compound.    05:57:27

 6   BY MS. CRAWFORD:

 7        Q.   Ms. Trujillo.

 8        A.   I can't give you details, but I know that

 9   it's a browser where you can sell your personal

10   data.                                                05:57:47

11        Q.   Is Killi a browser or a website?

12             MS. BAEZA:  Objection.  Form.  Asked and

13   answered.

14             THE WITNESS:  I do believe it to be a

15   browser.                                             05:58:05

16   BY MS. CRAWFORD:

17        Q.   Okay.  And do you know anything about how

18   much Killi pays users for their private -- sorry,

19   for their personal information?

20        A.   I do not.                                  05:58:18

21        Q.   Okay.  Are you aware of how much other

22   third parties may charge for access to users'

23   personal information?

24        A.   I do not.

25        Q.   Does the company Nielson ring a bell to    05:58:57
```

Page 258

1    you, Ms. Trujillo?

2        A.    Nielson.  Is it in the Complaint or in my

3    testimony, so my memory can be refreshed?

4        Q.    No.  I'm just asking if you're familiar

5    with a company named Nielson.                          05:59:31

6        A.    Nielson.  I -- I can't say that I am.

7        Q.    Okay.  Have you ever logged into your

8    Google account in Chrome while using incognito

9    mode?

10       A.    No.                                           06:00:09

11       Q.    Why not?

12       A.    Are you asking if I've ever logged into my

13   e-mail account in Chrome while in incognito mode?

14       Q.    I'm asking about your Gmail account

15   specifically, not any e-mail account, but your         06:00:48

16   Gmail account specifically.

17       A.    Okay.

18       Q.    Otherwise, yes.

19       A.    No, I have not.

20       Q.    Would you consider the contents of your      06:01:03

21   e-mails to be sensitive information?

22       A.    Yes.

23       Q.    Any reason then why you wouldn't log in to

24   your Gmail account using a private browsing mode?

25           MS. BAEZA:  Objection.  Form.  Vague.          06:01:34

                                              Page 259

1    BY MS. CRAWFORD:

2        Q.   You can answer.

3        A.   I actually -- I don't know if I ever --

4    I've never logged in under incognito mode.  Why

5    not?  I just never tried.  I didn't -- I haven't        06:02:00

6    tried logging in to Gmail in incognito mode.

7        Q.   Okay.

8        A.   I...

9        Q.   Sorry.  Were you still -- were you

10   finished with your answer?                              06:02:21

11       A.   I was going to say, I've -- I use

12   incognito mode for websites.

13       Q.   Okay.  But not to protect sensitive

14   communications like your personal e-mail?

15       A.   My e-mail, I have never logged in under        06:02:43

16   incognito.  I'm trying to think of any other --

17   no, that's it.

18       Q.   Okay.  Can we queue up as the next exhibit

19   Tab 23, which is going to be, Ms. Trujillo, the

20   splash screen or private browsing screen of Safari      06:03:17

21   mode, one of the browsing modes that you mentioned

22   earlier in your testimony.

23            (Trujillo Deposition Exhibit 15 was

24            marked.)

25   BY MS. CRAWFORD:                                        06:03:30

                                                    Page 260

1      Q.   If you could please refresh your Exhibit

2   Share, and let me know when you have this exhibit

3   in front of you.  It should be Exhibit 15.

4      A.   Okay.  I am on Exhibit 15.

5      Q.   Okay.  Can you take a second to look this        06:03:54

6   over and let me know when you're done.

7      A.   (Witness reviews.)

8           Okay.

9      Q.   Have you ever used any private browsing

10  mode other that incognito for Chrome?                    06:04:28

11     A.   Yes.  I've used private on Safari.

12     Q.   Any other modes -- sorry.

13          Any other browsers?  If you don't recall,

14  that's fine.

15     A.   I don't recall.                                  06:04:58

16     Q.   Okay.  Do you remember seeing this screen

17  before from Safari's private mode?

18     A.   I may have seen it.  I don't recall.

19     Q.   When you're using Safari's private mode,

20  what types of protection do you understand that          06:05:17

21  mode to provide?

22     A.   That my private information will not be

23  collected and stored.

24     Q.   Okay.  And what's the basis of that

25  understanding?                                           06:05:45

                                              Page 261

```
 1        A.    The basis is that I'm in private mode.

 2        Q.    Okay.  So you assume that private mode in

 3   Safari, for example, means that your private

 4   information, quote, "will not be collected and

 5   stored," close quote.                            06:06:35

 6              Is that right?

 7        A.    It will not be -- the -- the promise from

 8   Google is that Google will not collect and store

 9   my information if I'm on Safari's -- Safari on

10   private mode -- in private mode.                 06:06:59

11        Q.    Just to make sure I'm clear, are you

12   saying that Google has made representations to you

13   about what data Safari is collecting when you're

14   in private browsing mode in Safari?

15        A.    No, that's not what I'm saying.  I'm    06:07:18

16   saying that Google promises that if I'm in a

17   private setting, in private browsing on Safari,

18   that Google itself will not collect and store my

19   information.

20        Q.    How could Google collect your information  06:07:38

21   if you're browsing in a different company's web

22   browser?

23        A.    I don't --

24              MS. BAEZA:  Objection.  Form.  Calls for

25   speculation and expert opinion.                  06:07:53
```

                                                    Page 262

```
 1    BY MS. CRAWFORD:

 2        Q.   Ms. Trujillo?

 3        A.   I -- I know that's what happens.  How that

 4    happens, I don't know.  I'm not an expert.

 5        Q.   Okay.  You would agree with me, even          06:08:09

 6    though you're not an expert, that nothing about

 7    what appears on this page references Google;

 8    right?  Google isn't mentioned anywhere here?

 9        A.    Well, even I -- even if I'm on Safari,

10    whether I'm in regular mode or private mode,          06:09:08

11    Google is collecting my information.

12        Q.   What's the basis for that belief?

13        A.    My attorneys and experts have found it to

14    be true.

15        Q.   Okay.  Next separate question:  Do you       06:09:42

16    think other companies besides Google are

17    collecting your information the ways you've just

18    described, companies like Apple or companies like

19    Facebook, or is your belief specific to Google?

20        A.    The information that I have isn't           06:10:05

21    belief-specific to Google.  It's fact-specific to

22    Google.  And Apple or Facebook, I -- I'm not sure

23    how they operate.

24        Q.   Okay.  Do you understand the relationship

25    that Safari and Apple share?                          06:10:45
```

```
 1          A.    No.
 2          Q.    So you're not aware that Safari is a
 3     browser put out by Apple?
 4          A.    I did not know that.
 5          Q.    Okay.  I'm making representation to you      06:11:06
 6     that -- that that is the case.
 7                If you read the private browsing screen in
 8     the exhibit in front of you, do you see where it
 9     says "Safari"?  There are two references to Safari
10     here.                                                   06:11:27
11                First word, "Safari will keep your
12     browsing history private for all tabs in this
13     window.  After you close this window, Safari won't
14     remember the pages you visited, your search
15     history, or your AutoFill information."                 06:11:41
16                Do you see those two references to Safari
17     there?
18          A.    Yes.
19          Q.    Would you assume that based on the reading
20     of these two sentences, that Safari is synonymous       06:11:51
21     with Apple, the company that makes Safari's
22     browser -- the Safari browser?
23          A.    Not at all.
24          Q.    Why is that?
25          A.    It says nothing about the Apple company in   06:12:09
```

Page 264

1    the sentences.

2        Q.   Okay.  So then, you wouldn't understand

3    from this, these two sentences to mean that Apple

4    would not receive your data -- data just because

5    it says perhaps that Safari won't receive your          06:12:35

6    data; is that right?

7        A.   Apple specifically, I wouldn't -- are you

8    asking me if I think?

9        Q.   Yeah, based on what you've -- what you

10   just said and what you've read here.                     06:12:54

11       A.   What I've read there --

12       Q.   Or you don't know, one way or the other,

13   because Apple doesn't appear within these two

14   sentences?

15       A.   Apple wouldn't even --                          06:13:05

16           MS. BAEZA:  Objection.  Form.

17           THE WITNESS:  -- cross my mind --

18           MS. BAEZA:  One -- one moment.  One

19   moment.  Let me -- sorry.  Sorry, Ms. Trujillo.

20   Let me just insert my objection here.                    06:13:11

21           Objection.  Form.  Compound.

22   BY MS. CRAWFORD:

23       Q.   Okay.  Ms. Trujillo?

24       A.   When I see these sentences, Apple doesn't

25   come to mind at all.                                     06:13:27

                                                    Page 265

1          Q.    Okay.

2                MS. CRAWFORD:  I think we should break

3      here.  Let's go off the record.

4                THE VIDEOGRAPHER:  We are off the record.

5      The time is 6:13 p.m.                          06:13:41

6                (Short recess taken.)

7                THE VIDEOGRAPHER:  We are back on the

8      record.  The time is 6:54 p.m.

9      BY MS. CRAWFORD:

10         Q.    Welcome back, Ms. Trujillo.  We are in the   06:54:35

11     home stretch.  I'd like to ask a couple questions

12     more.

13                I'm going to show you now what's been

14     premarked Exhibit 16.

15                (Trujillo Deposition Exhibit 16 was        06:54:52

16                marked.)

17     BY MS. CRAWFORD:

18         Q.    Could you please refresh the screen on

19     your end, and let me know when you have Exhibit 16

20     up in front of you.                            06:55:01

21         A.    Yes.

22         Q.    Thank you.

23         A.    I have Exhibit 16 in front of me.

24         Q.    Okay.  Have you ever reviewed this page

25     before -- have you ever seen this page before?   06:55:25

                                            Page 266

```
 1    Sorry.
 2         A.   It looks like a variation of something you
 3    showed me earlier.
 4         Q.   Do you recall having seen this document
 5    prior to your deposition today?                         06:55:57
 6         A.   I do not recall.
 7         Q.   Can you read the section that begins with
 8    "Search & browse privately."  There's a sentence
 9    that says "You're in control."
10              Can you read those two sentences to         06:56:24
11    yourself and let me know when you're done.
12         A.   Yes.
13              (Witness reviews.)
14              Okay.  I've read it.
15         Q.   What do you understand these two sentences 06:56:37
16    to mean?
17         A.   I understand them to mean that if I am set
18    to private, my information will be private.
19         Q.   Does it say that in here in those words?
20              MS. BAEZA:  Sorry, Jomaire.  Sorry to       06:57:19
21    interrupt you.  We -- you said Exhibit 16, because
22    I'm looking at that document.  I'm not seeing what
23    you're reading.
24              MS. CRAWFORD:  Do we need to go off the
25    record?  It seems as though the --                     06:57:32
```

Page 267

1          MS. BAEZA:  Sure.  Yeah.

2          MS. CRAWFORD:  Okay.  Let's go off the

3     record, then.

4          THE VIDEOGRAPHER:  We are off the record.

5     The time is 6:57 p.m.                          06:57:39

6          (Off the record.)

7          THE VIDEOGRAPHER:  We are back on the

8     record.  The time is 6:58 p.m.

9     BY MS. CRAWFORD:

10        Q.   Ms. Trujillo, do you see where it        06:58:54

11    says "You're in control of what information you

12    share with Google when you searched?

13        A.   Yes.

14        Q.   Does that sentence reference incognito

15    mode?                                           06:59:09

16        A.   It does, because it says when I'm in

17    private browsing mode in a browser like Chrome.

18        Q.   Sorry.  My question is slightly different.

19             I'm asking if you could just focus on that

20    one sentence.                                   06:59:35

21             Is there any reference in that single

22    sentence to incognito mode?

23        A.   Yes, because it says "Google," and

24    anything -- anything under Google, which includes

25    incognito mode, is in the privacy policy.       07:00:00

                                              Page 268

```
 1        Q.    So are you saying that this sentence

 2    refers to other products besides the Chrome

 3    browser?

 4        A.    That sentence?

 5              MS. BAEZA:  Objection.  Form.  Misstates    07:00:19

 6    testimony.

 7    BY MS. CRAWFORD:

 8        Q.    Yep, that sentence.

 9        A.    Solely, the first sentence is referring to

10    Google.                                               07:00:45

11        Q.    Okay.  So it's not referencing incognito

12    or Chrome --

13        A.    Well, incog- --

14        Q.    Do you see the next --

15              (Simultaneous speaking.)                    07:00:58

16              (Interruption in audio/video.)

17        A.    Well, incognito and Chrome are Google --

18              THE COURT REPORTER:  Can you repeat that.

19    There was some talking over.

20              THE WITNESS:  I said, "incognito and        07:01:06

21    Chrome are Google."

22    BY MS. CRAWFORD:

23        Q.    Okay.  Do you share that same

24    understanding for other Google products like

25    Gmail?                                                07:01:17
```

Page 269

```
 1        A.    Yes.

 2        Q.    Okay.  So you -- do you understand the

 3   sentence to also be referencing Gmail?

 4             MS. BAEZA:  Objection.  Form.  Asked and

 5   answered.  Misstates the document.              07:01:29

 6   BY MS. CRAWFORD:

 7        Q.    Ms. Trujillo?

 8        A.    Yes, it would include Gmail because Gmail

 9   is Google.

10        Q.    Okay.  Now, the next sentence says:  "To    07:01:45

11   browse the web privately," you can do four things.

12   "You can use private browsing," you can sign out

13   of your Gmail account -- sorry -- "sign out of

14   your account, change your custom result settings,

15   or delete past history."  [As read]             07:02:08

16             Do you see those four options there?

17        A.    The ending says "delete past activity."

18             (Reading.)

19        Q.    That's correct.

20             Do you see the four options that I just    07:02:41

21   mentioned in that sentence?

22        A.    I'm reading them over.

23        Q.    Okay.

24        A.    Okay.  I've read them.  I see them and

25   I've read them.                                 07:03:05
```

Page 270

```
1        Q.   Of these different ways that you can

2   browse the web privately, which of these options

3   did you take advantage of?

4        A.   I am not sure if what you're asking, "take

5   advantage of," when in incognito mode?              07:03:35

6        Q.   At any point.  It says to browse the web

7   privately, you can do four things.  You can use

8   private browsing, you can sign out of your

9   account, you can change your custom result

10  settings, or you can delete past activity.          07:03:54

11       Have you done any of those things?

12       A.   I have.

13       Q.   Okay.  Which of those things have you

14  done?

15       A.   Private mode.  I've changed my setting to  07:04:03

16  private mode, and I've deleted past activity.

17       Q.   Okay.  So you agree that these are four

18  different ways that you can browse the web

19  privately?

20       A.   I don't agree.  I -- all I know is the     07:04:32

21  private mode that I use is incognito, and that is

22  what I chose for privacy.

23       Q.   Any reason why you didn't choose the other

24  options, changing your custom result settings, for

25  example, in order to browse privately?              07:05:16
```

Page 271

1           A.    My -- I did change my -- my settings to

2      incognito mode.

3           Q.    But then if -- if changing your setting --

4      your custom results settings is the same thing as

5      using incognito mode, wouldn't that be duplicative    07:05:34

6      of the first option here, which says you can use

7      private browsing?

8                 Do you understand those two things to be

9      one in the same?

10                MS. BAEZA:  Objection.  Form.  Asked and    07:05:47

11     answered.

12                THE WITNESS:  I do believe private

13     browsing and cust- -- change my settings to be what

14     I did when I went on incognito mode.

15     BY MS. CRAWFORD:                                       07:06:17

16          Q.    Okay.  So you believe those two things to

17     be one in the same is what I'm asking here --

18          A.    Yes.

19          Q.    -- because it lists them as two separate

20     things.  It says, You can do this or you can do       07:06:25

21     that.

22                Do you believe that those two things

23     represent the same activity?

24                MS. BAEZA:  Objection.  Form.  Asked and

25     answered.                                             07:06:35

                                                  Page 272

```
 1    BY MS. CRAWFORD:

 2         Q.   Ms. Trujillo?

 3         A.   Yes.

 4         Q.   Okay.  If you look under the section

 5    that's labeled "How private browsing works," do        07:06:51

 6    you see where it says "Private browsing works

 7    differently depending on which browser you use"?

 8         A.   Yes.

 9         Q.   And then it says "Browsing in private

10    usually means," and then there are four bullets        07:07:10

11    that follow.

12              Do you see those four bullets?

13         A.   Yes.

14         Q.   Do you have any reason to believe that

15    this is a misrepresentation of what browsing in        07:07:22

16    private usually means?

17         A.   I don't know what it usually means, but I

18    know this is conflicting with what incognito

19    promises to do.

20              THE VIDEOGRAPHER:  We're at the 20-minute    07:08:00

21    mark, Ms. Crawford.

22              MS. CRAWFORD:  Thank you, Scott.

23    BY MS. CRAWFORD:

24         Q.   So this document here, you're saying

25    conflicts with language that incognito has             07:08:07
```

Veritext Legal Solutions
866 299-5127

1    promised to you; is that right?

2           MS. BAEZA:  Objection.  Form.  Misstates

3    testimony.

4           THE WITNESS:  It is -- it conflicts with

5    the private pol- -- the privacy policy, yes.        07:08:40

6    BY MS. CRAWFORD:

7       Q.   And what -- where is there a conflict?

8       A.   Well, what it's -- what it's saying here

9    is not what incognito is doing.

10      Q.   How so?                                       07:09:32

11      A.   It says that when I am private browsing,

12   my searches I visit won't be saved.

13      Q.   Well, it says your searches won't be saved

14   to your device or your browsing history.

15           Do you have any evidence of Chrome saving    07:10:08

16   the searches that you do to your device?

17      A.   Well --

18      Q.   When you're in -- sorry.  Let me --

19      A.   -- it's not --

20           (Simultaneous speaking.)                     07:10:26

21           (Interruption in audio/video.)

22      Q.   Sorry.  I just want to clarify.  I'm

23   asking about incognito specifically.

24           Do you have any basis to believe that when

25   you're in incognito mode, Chrome is saving the       07:10:34

                                               Page 274

```
 1    searches that you do or the sites that you visit

 2    to your device?

 3              MS. BAEZA:  One moment.  Ms. Trujillo,

 4    when you respond, I just want to instruct you not

 5    to reveal any communications with counsel.          07:10:48

 6              But to the extent you can respond to

 7    Ms. Crawford's question, please do so without

 8    revealing any communications between you and your

 9    attorneys.

10              THE WITNESS:  Thank you.                   07:11:01

11              It says "browsing history."  I don't --

12    it's not clear to me browsing history where.

13    "Won't be saved to your device or"...

14    BY MS. CRAWFORD:

15        Q.   Have you ever -- I think you mentioned     07:11:34

16    that you clear your browsing history as a way of

17    ensuring that you're protecting your privacy while

18    you're surfing the web.

19              Do you remember that testimony?

20        A.   I didn't say I cleared my browsing         07:11:48

21    history.  I said I would close the windows out.

22        Q.   Okay.  So you wouldn't actually delete

23    your browsing history; you would just close out of

24    the windows that you've had op- -- that you had

25    open?                                               07:12:03
```

                                                        Page 275

```
 1        A.   Or I have -- hmm.  I have -- I think it's
 2     a right click on the search bar on Google, and
 3     I've exited out of the past searches.
 4        Q.   Okay.  Last question about this document
 5     is:  Do you see where it says "Open private         07:12:53
 6     browsing mode," and then "Learn how to search
 7     privately on these browsers"?
 8        A.   Yeah.
 9        Q.   Do you see that?
10        A.   Yes.                                         07:13:01
11        Q.   Do you see Chrome is listed here?
12        A.   Yes.
13        Q.   To your knowledge, have you ever clicked
14     the hyperlink there to learn more about how to
15     search privately on a Chrome browser?               07:13:13
16        A.   No.
17        Q.   Okay.
18             MS. CRAWFORD:  No further questions from
19     me at this time.
20             MS. BAEZA:  Okay.  Just a -- a few from      07:13:27
21     me.
22                        EXAMINATION
23     BY MS. BAEZA:
24        Q.   Ms. Trujillo, do you remember Google's
25     attorney asking you about whether you saw targeted  07:13:34
```

                                                    Page 276

1    ads in incognito mode?

2        A.   Yes.

3        Q.   Did you know that targeted ads in

4    incognito mode were coming from Google before this

5    lawsuit, or did you learn that after the lawsuit?    07:13:47

6            MS. CRAWFORD:  Objection.  Leading.

7            THE WITNESS:  I learned this after the

8    lawsuit.

9    BY MS. BAEZA:

10       Q.   Earlier you were asked about your          07:14:08

11   understanding about what information websites

12   passed on to Google.

13           Do you remember those questions?

14       A.   Yes.

15       Q.   And Google's attorney asked you some       07:14:17

16   questions about your understanding about what

17   information was passed on when in regular mode.

18           Do you remember?

19       A.   Yes.

20       Q.   Based on Google's disclosures, what is     07:14:30

21   your understanding on what information Google

22   should be collecting from websites when you're in

23   incognito mode?

24       A.   When I'm in incognito mode?

25       Q.   Correct.                                   07:14:52

                                            Page 277

```
1          A.    Google should not be collecting any of my

2    information when I'm in incognito mode.

3          Q.    The term "irrespective" was used earlier

4    today.

5          Do you remember that?                        07:15:08

6          A.    Yes.

7          Q.    Do you know what the word "irrespective"

8    means?

9          A.    No.  I don't.

10         Q.    Earlier -- oh, sorry.  Go ahead.        07:15:19

11         A.    No, I don't.

12         Q.    Earlier you were asked whether you

13   provided cookie values from your browser during

14   the course of this litigation.

15         Do you remember that?                         07:15:33

16         A.    Yes.

17         Q.    And you testified that you weren't really

18   sure what a cookie is.

19         Do you remember?

20         A.    Correct, yes.                           07:15:42

21         Q.    Without going into the substance of

22   privileged communications with your attorneys, do

23   you recall back in November and December working

24   with people to pull certain values from your

25   computer?                                           07:15:55
```

Page 278

```
 1          A.   Yes, I do recall.

 2          Q.   And those values were large strings of

 3    characters.

 4               Do you remember?

 5          A.   Yes.                                07:16:05

 6               MS. CRAWFORD:  Objection.  Leading the

 7    witness.  I mean, Rosy, you're -- you're leading

 8    the witness to give answers to the tar- -- very

 9    narrowly focused questions that you're asking right

10    now.                                          07:16:17

11               I don't think that this is proper, and I'm

12    creating a record that you're leading the witness

13    in a way that I don't think is appropriate at this

14    stage.

15               MS. BAEZA:  Your speaking objection is    07:16:28

16    noted.

17               MS. CRAWFORD:  It is.

18    BY MS. BAEZA:

19          Q.   Let me go back to -- to the last question,

20    'cuz I lost my train of thought here, that long     07:16:39

21    speaking objection.

22               MS. CRAWFORD:  Rosy, let's be respectful,

23    please.

24               MS. BAEZA:  All right.

25    BY MS. BAEZA:                                        07:16:55
```

Page 279

1      Q.    If I represented to you that that large

2   string of characters were cookie values, would

3   your earlier answer change to yes, that you now

4   recall providing cookie values from your browser

5   during the course of this litigation?              07:17:07

6      A.    Yes.  My answer's yes.

7      Q.    Do you remember being asked questions

8   about the relationship between Apple and Safari?

9      A.    Yes.

10     Q.    Did you know that the Safari browser is a    07:17:23

11  product of Apple before today?

12     A.    No, I did not.

13     Q.    Knowing this now, would you understand

14  Safari to mean Apple?

15          MS. CRAWFORD:  Objection.  Leading again.    07:17:42

16  The witness's testimony speaks for itself.

17  BY MS. BAEZA:

18     Q.    You can answer.

19     A.    Yes.

20     Q.    Does Apple's collection of your personal     07:17:52

21  data have anything to do with this lawsuit?

22     A.    No.

23     Q.    Do you remember earlier when you were

24  asked questions about the incognito splash screen?

25     A.    Yes.                                         07:18:10

                                            Page 280

```
 1          Q.   Okay.  If you can please go to that
 2     document.  It's Exhibit 4.
 3               Let me know when you have that open.
 4          A.   Okay.
 5               I have it open.                      07:18:36
 6          Q.   And do you remember being asked questions
 7     about whether the incognito splash screen
 8     discloses that your information is not shared?
 9          A.   Yes, I remember being asked.
10          Q.   Do you see where it says "Your activity   07:18:50
11     might still be visible to"?
12          A.   Yes.
13          Q.   And below that, it lists three entities
14     your activity might still be visible to.
15               Do you see that?                     07:19:09
16          A.   Yes.
17          Q.   What does that communicate to you?
18               MS. CRAWFORD:  Objection.
19               THE WITNESS:  It communicates to me that
20     my activity may be visible to websites I visited,   07:19:35
21     my employer, school, internet service de- --
22     provider.  But it does not say it might still be
23     visible to Google.
24     BY MS. BAEZA:
25          Q.   Okay.  You can close that exhibit out.    07:20:02
```

Page 281

```
 1              Do you recall testifying earlier about how
 2     you joined this lawsuit?
 3        A.   Yes.
 4        Q.   And do you remember testifying about an
 5     article you read?                                07:20:12
 6        A.   Yes.
 7        Q.   And you testified that you read that
 8     article before reaching out to the lawyers
 9     involved in this case?
10        A.   Yes.                                     07:20:21
11        Q.   Was the article you read a news article or
12     a solicitation created by lawyers?
13        A.   A news article.
14             MS. CRAWFORD:  Objection.  Leading.
15     BY MS. BAEZA:                                    07:20:36
16        Q.   Go ahead.
17        A.   It was a news article.
18        Q.   Do you recall some questions about
19     google.com?
20        A.   Yes.                                     07:20:49
21        Q.   I'll represent to you that google.com is
22     Google Search.  Okay?
23        A.   Yes.
24        Q.   And do you understand Google Search to be
25     a Google service?                                07:21:06
```

Veritext Legal Solutions
866 299-5127

```
 1        A.    Yes.

 2        Q.    If Google Search is a Google service, does

 3   using that service in incognito mode mean that

 4   Google can collect a user's data?

 5              MS. CRAWFORD:  Objection.  Form.           07:21:20

 6   Foundation.  Calls for speculation.

 7              THE WITNESS:  If -- if I'm in incognito

 8   mode, my information shouldn't be collected,

 9   period.

10   BY MS. BAEZA:                                          07:21:41

11        Q.    Why not?

12        A.    Because it is stated in the Google

13   contract, the privacy policy, that while I'm in

14   incognito mode, my information will not be shared

15   or collected.                                          07:22:05

16        Q.    Okay.  Let's take a look at the document

17   that's been marked as Exhibit 13.

18              Let me know when you have that in front of

19   you.

20        A.    Okay.                                       07:22:34

21              I have it in front of me.

22        Q.    Do you know how to access this document

23   [verbatim]?

24        A.    No, I do not.

25        Q.    And do you think a reference to ads and    07:22:53
```

Page 283

```
 1    resources in this document includes Google

 2    services?

 3            MS. CRAWFORD:  Objection.  Foundation.

 4    Calls for speculation.

 5            THE WITNESS:  Yes, it does.              07:23:32

 6    BY MS. BAEZA:

 7        Q.   It -- it excludes Google services?

 8        A.   Oh, I'm sorry --

 9            MS. CRAWFORD:  Object -- objection.

10    Mischaracterizes the witness's testimony.  I       07:23:53

11    believe the record is clear on that point.

12    BY MS. BAEZA:

13        Q.   You can answer.

14        A.   I apologize.  I thought you said

15    "references," not "excludes."                      07:24:05

16            Will you repeat the question, please.

17        Q.   Sure.

18            Do you think the reference in this

19    document to ads and resources ex- -- excludes

20    Google services?                                   07:24:25

21            MS. CRAWFORD:  Objection.  Misstates the

22    record.  Your question was clear, Counsel.

23    BY MS. BAEZA:

24        Q.   You can answer.

25        A.   Do I feel that it excludes?  No, I do not   07:24:37
```

Page 284

```
 1    feel that it excludes Google.

 2        Q.   Does the word "Google" appear here?

 3             MS. CRAWFORD:  Objection.

 4             THE WITNESS:  "Chrome" appears here, and

 5    Chrome and Google are the same.  Yes.              07:25:14

 6    BY MS. BAEZA:

 7        Q.   Do you see in the section below

 8    called "Some of your information" [as read] --

 9    actually, just one moment.

10             Actually, we're done with this document.   07:25:42

11             MS. CRAWFORD:  Do you have more, Rosy?

12             MS. BAEZA:  Yeah, I do.

13             MS. CRAWFORD:  Okay.

14             MS. BAEZA:  I'll let you know when I'm

15    done.                                              07:25:56

16             MS. CRAWFORD:  Sure thing.

17    BY MS. BAEZA:

18        Q.   Ms. Trujillo, taking the terms of service,

19    privacy policy, splash screen, Chrome privacy

20    notice, and all the other Google disclosures shown  07:26:11

21    to you today, taking them all together, what did

22    Google promise to its users regarding incognito

23    mode?

24             MS. CRAWFORD:  Objection.

25    BY MS. BAEZA:                                      07:26:31
```

Page 285

```
 1        Q.   You can answer.

 2        A.   Google promised that while -- promises

 3   that while in incognito mode, my information will

 4   not be collected.

 5             MS. BAEZA:  I have no further questions.   07:26:46

 6             MS. CRAWFORD:  Okay.  Limited follow-up.

 7                  FURTHER EXAMINATION

 8   BY MS. CRAWFORD:

 9        Q.   Ms. Trujillo, do you remember just a

10   moment ago when your counsel was asking you        07:26:54

11   questions about Google Search?

12        A.   Yes.

13        Q.   And she represented -- or asked if you

14   knew that Google Search was a Google service.

15             Do you remember that?                     07:27:12

16        A.   Yes.

17        Q.   And she asked if using Google Search and

18   in incognito mode meant that Google would collect

19   a user's data.

20             Do you remember when she asked you that   07:27:30

21   question?

22        A.    If I remember that Google collects

23   information while in incognito mode?  Is that what

24   you just asked me?

25        Q.   No, the question was slightly differently  07:27:48
```

Page 286

```
1      [verbatim].  Your counsel asked if you used

2      incognito mode and ran a Google Search, whether

3      that meant Google would collect your data.

4           Do you remember that?

5      A.   Are you asking -- are you just asking if I    07:28:11

6      remember her asking me that question?

7      Q.   Yeah, I'm asking if you remember your

8      testimony about these questions, yes.

9      A.    My testimony?  Not what she asked me, my

10     testimony?                                          07:28:31

11     Q.   Do you remember tell- -- telling -- do you

12     remember testifying that, quote, "If I'm in

13     incognito mode, my information shouldn't be

14     collected," period, closed quote?  Do you remember

15     that?                                               07:28:57

16     A.    Yes.  I -- I don't know if you're asking

17     if I remember the exact words, but I do remember

18     saying something along those lines.

19     Q.   You would agree with me that the splash

20     screen that you just looked at does say "Your        07:29:11

21     activity might still be visible to websites" [as

22     read]; right?

23     A.    "Your activity might still be" --

24     (reading.)

25          If you're asking if that is what I see on     07:29:40
```

Page 287

1    the splash screen also?

2        Q.    Yes.

3              Do you see where it says that?

4        A.    Yes.

5        Q.    And google.com is a website; isn't it?        07:29:53

6        A.    But it doesn't say "Google" on here.

7        Q.    But it says "Websites you visit," so I'm

8    asking, do you understand google.com to be a

9    website?

10       A.    I believe that it should specifically        07:30:11

11   say "Google" on here.

12       Q.    Ms. Trujillo, I appreciate the response,

13   but that's not the question that I've asked you.

14   I'll ask it one more time in the hopes of getting

15   a clear yes-or-no answer.                                07:30:50

16             Do you understand that google.com is a

17   website?

18             MS. BAEZA:  Objection.  Form.  Asked and

19   answered.

20             THE WITNESS:  I understand that in the        07:31:03

21   privacy policy it says any services across Google.

22   BY MS. CRAWFORD:

23       Q.    So is the answer to my question, yes,

24   google.com is a website?

25             MS. BAEZA:  Objection.  Form.  Asked and      07:31:28

                                           Page 288

1    answered.

2           THE WITNESS:  I know that Google -- well,

3    incognito is part of Google and my privacy should

4    be -- or is promised to be protected if I'm in

5    incognito mode across any of the Google services.   07:32:07

6    BY MS. CRAWFORD:

7       Q.   Ms. Trujillo, I appreciate your answer,

8    but do you understand the question that I've

9    asked?

10          MS. BAEZA:  Objection.  Badgering the       07:32:20

11   witness.

12   BY MS. CRAWFORD:

13      Q.   Ms. Trujillo.

14      A.   I understand the question.

15      Q.   Okay.  Are you able to answer it with a    07:32:33

16   yes or no?  Is google.com a website?

17          MS. BAEZA:  Objection.  Form.  Asked and

18   answered.  And she can answer the question however

19   she sees fit.

20          MS. CRAWFORD:  Okay.  Thank you, Rosy.      07:32:44

21   BY MS. CRAWFORD:

22      Q.   Ms. Trujillo.

23      A.   The splash screen should include my

24   activity.  Where it says my activity may still be

25   visible, it should have Google on here.            07:33:04

```
 1        Q.   Any other companies that you think should
 2   be listed there or just Google?
 3        A.   Definitely Google, since they collect
 4   data.
 5        Q.   Yep.                                    07:33:27
 6             My question was -- was slightly different.
 7             Any companies other than Google that you
 8   believe should be listed here?
 9        A.   I can't think of any right now.
10        Q.   Okay.  And just to make sure you don't    07:33:37
11   have an answer to give to the question that I've
12   posed several times now, are you able to tell me
13   whether or not you believe google.com is a
14   website; yes or no?
15             MS. BAEZA:  Objection.  Form.  Asked and   07:33:56
16   answered.
17             MS. CRAWFORD:  What was the witness's
18   response to that question, Rosy?  Did she answer
19   "yes" or "no" to that?
20             MS. BAEZA:  I'm not testifying, and she    07:34:09
21   doesn't have to answer with a yes or no.  She
22   already answered the question.
23             MS. CRAWFORD:  Okay.
24   BY MS. CRAWFORD:
25        Q.   Ms. Trujillo --                           07:34:14
```

Page 290

```
 1              MS. BAEZA:  But you want a yes or no.

 2      BY MS. CRAWFORD:

 3          Q.   -- yes or no, is google.com a website --

 4              MS. BAEZA:  Objection --

 5      BY MS. CRAWFORD:                              07:34:17

 6          Q.   -- to the best of your knowledge --

 7              MS. BAEZA:  Objection.  Form.  Asked and

 8      answered.

 9              THE WITNESS:  Google should be listed on

10      here.                                        07:34:30

11      BY MS. CRAWFORD:

12          Q.   Okay.

13              Nonresponsive answer.

14              MS. CRAWFORD:  And with that, I've

15      concluded my recross.                        07:34:37

16              MS. BAEZA:  I just need two minutes to

17      confer with my team to make sure we don't have any

18      follow-up.

19              MS. CRAWFORD:  Okay.  I'm not exactly sure

20      what that means.  Would you like to go off the   07:34:48

21      record and come back in a few?

22              MS. BAEZA:  Yeah.

23              MS. CRAWFORD:  I consent to doing that.

24              THE VIDEOGRAPHER:  We are off the record.

25      The time is 7:34 p.m.                        07:35:00
```

Page 291

```
 1                    (Off the record.)

 2              THE VIDEOGRAPHER:  We are back on the

 3     record.  The time is 7:41 p.m.

 4                    FURTHER EXAMINATION

 5     BY MS. BAEZA:                              07:41:37

 6        Q.   Okay.  Ms. Trujillo, I want to ask you

 7     again, because I think you answered a question

 8     both ways, and I want the record to be clear.  Can

 9     you please -- please take a look at the document

10     that's been marked as Exhibit 13.          07:41:53

11        A.   Yes, I see it.

12        Q.   Do you see -- do you see the section where

13     it says "Your activity might still be visible"?

14        A.   Yes.

15        Q.   And this document states that "Your      07:42:23

16     activity might still be visible" to "Websites you

17     visit, including the ads and resources used on

18     those sites."

19              Do you see that?

20        A.   Yes.                               07:42:35

21        Q.   And based on this statement, can Google or

22     any Google services collect your information on

23     incognito mode?

24              MS. CRAWFORD:  Objection.

25              THE WITNESS:  No.                 07:42:48
```

                                                    Page 292

1          MS. BAEZA:  I have no further questions.

2          MS. CRAWFORD:  Nothing further from

3    Google.

4          THE COURT REPORTER:  May we go off the

5    record, please?                                    07:43:04

6          THE VIDEOGRAPHER:  We are off the record.

7    The time is 7:43 p.m.

8          (Proceedings concluded, 7:43 p.m., CST, on

9    February 11, 2022.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 293

```
 1                         JURAT

 2

 3          I, MONIQUE TRUJILLO, do hereby certify

 4     under penalty of perjury that I have read the

 5     foregoing transcript of my deposition taken

 6     remotely on the 11th day of February, 2022; that I

 7     have made such corrections as appear noted herein

 8     in ink, initialed by me; that my testimony as

 9     contained herein, as corrected, is true and

10     correct.

11

12          Dated this _____ day of _____, 2022,

13     at _____.

14

15

16

17

18

19          _____

                  MONIQUE TRUJILLO

20

21

22

23

24

25

                                         Page  294
```

```
1                    CERTIFICATE OF REPORTER
2            I, Hanna Kim, a Certified Shorthand
3    Reporter, do hereby certify:
4            That prior to being examined, the witness
5    in the foregoing proceedings was by me duly sworn
6    to testify to the truth, the whole truth, and
7    nothing but the truth;
8            That said proceedings were taken before me
9    at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13           I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17           Further, that if the foregoing pertains to
18   the original transcript of a deposition in a
19   federal case, before completion of the proceedings,
20   review of the transcript [ ] was [ ] was not
21   requested.
             In witness whereof, I have hereunto
22   subscribed my name.
             Dated:  16th day of FEBRUARY, 2022
23
24
25           Hanna Kim, CLR, CSR No. 13083

                                         Page 295
```

```
1    JOMAIRE CRAWFORD, ESQ.

2    jomairecrawford@quinnemanuel.com

3                                    FEBRUARY 16, 2022

4    RE: BROWN V. GOOGLE LLC

5    FEBRUARY 11, 2022, MONIQUE TRUJILLO, JOB NO. 5077549

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

                                                    Page 296

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    _x_ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 297

```
 1    BROWN V. GOOGLE LLC

 2    MONIQUE TRUJILLO (#5077549)

 3                  E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____   _____

24    WITNESS                            Date

25

                                        Page 298
```

**[& - 4]**

| & |
|---|
| **&**  3:13 4:4 8:4 10:11,19 26:22 27:4 267:8 296:23 297:9 |

| 0 |
|---|
| **00229514**  6:16 |
| **00555223**  6:11 |
| **03664**  1:4 2:4 9:18 |
| **04981576**  6:19 |
| **05287749**  7:14 |

| 1 |
|---|
| **1**  6:4,6,13 7:25 9:13 47:12,17 48:13 59:14 61:16 67:24 69:2 185:8 193:17 194:11 202:24 203:9 297:1 |
| **10**  7:4,11 126:14 177:9,14 256:9,11 |
| **100**  3:7 |
| **10010**  4:8 |
| **10:16**  48:7 |
| **10:32**  48:10 |
| **10th**  17:2 156:20 171:8 |
| **11**  1:16 2:18 5:5 6:6 7:11 9:2 182:8 187:8,10,18,19 188:8,9,11,14 293:9 296:5 |
| **11:27**  85:11 |
| **11:42**  85:14 |
| **11th**  9:6 294:6 |
| **12**  7:13 169:14 181:21 182:8 201:9 206:22 |
| **12:55**  132:23 |

| 13  7:10,16 187:8 214:12,16,18,21 283:17 292:10 |
|---|
| **13083**  1:24 2:19 295:25 |
| **139**  6:9,13 |
| **14**  7:19 201:7 255:8,17,20,24 256:3 |
| **15**  7:22,24 238:3 255:17,23 260:23 261:3,4 |
| **152**  6:15 |
| **157**  6:18 |
| **16**  8:4 266:14,15 266:19,23 267:21 296:3 |
| **160**  6:20 |
| **169**  6:24 |
| **16th**  6:22 160:15 295:22 |
| **17**  5:10,10 29:7 214:10 |
| **177**  7:4 |
| **18**  8:4 29:7 152:9 |
| **181**  7:6 |
| **187**  7:11 |
| **18th**  140:15 |
| **19**  7:16 157:7 214:22 |
| **1981**  155:12,15 |
| **1991**  154:21 |
| **1:49**  133:1 |

| 2 |
|---|
| **2**  5:12 6:7,14 8:5 59:14 67:23,25 181:21 |
| **20**  273:20 |
| **2000**  27:10 29:7 |
| **2006**  27:16 |

| 2007  6:22 160:16 |
|---|
| **2008**  114:11,13,17 115:6,7,23,24 117:7 118:10,17 119:25 156:25 157:3,3,4 158:9,25 161:9 185:3 204:9 |
| **2009**  6:25 7:5 156:20,24 157:4,9 161:9 171:2,9 173:2,4,10 182:19 184:19,22,23 185:15,18 186:4 203:24 204:1,25 |
| **201**  3:15 7:13 |
| **2012**  6:23 160:16 |
| **2015**  118:12,14 |
| **2016**  6:10 22:14 29:7 118:12,12,15 118:17,23 119:4 140:11,16 |
| **2018**  22:11 188:14 190:15 192:6 202:9 203:17 204:11,12,13 |
| **2019**  161:5 |
| **2020**  29:9 200:10 200:15,24 207:3 |
| **2021**  22:25 23:1,6 154:3 184:3 |
| **2022**  1:16 2:18 9:2 9:6 29:7 117:15 293:9 294:6,12 295:22 296:3,5 |
| **2025.520**  296:9,12 |
| **20th**  155:12,15 207:3 |
| **212.849.7000**  4:9 |
| **214**  7:16 |
| **22nd**  4:7 |

| 23  260:19 |
|---|
| **24**  47:12 51:14 ▮▮▮▮▮ 153:22 154:5,13 154:18 157:10 169:21 |
| **25**  49:7 140:3 |
| **255**  7:19 |
| **260**  7:24 |
| **2626**  11:10 |
| **266**  8:4 |
| **27**  6:25 7:5 |
| **276**  5:6 |
| **27th**  171:2 |
| **28**  7:12 69:2 |
| **287**  5:5 |
| **28th**  3:7 |
| **293**  5:6 |
| **29th**  6:23 160:16 |
| **2:49**  170:10 |
| **2nd**  3:7 |

| 3 |
|---|
| **3**  6:9 7:17 58:23 59:16 139:17,18 140:1,2,3,5 171:20 172:5,8 190:3 255:7 |
| **30**  297:1 |
| **305.539.8400**  3:9 |
| **31st**  200:9 |
| **33131**  3:8 |
| **33602**  3:16 |
| **3:04**  170:13 |
| **3:11**  177:5 |
| **3:22**  177:8 |
| **3:57**  202:2 |

| 4 |
|---|
| **4**  6:13 139:17,20 140:1 146:21 172:7,11 208:1,2 |

[4 - admonition]

281:2
**45** 25:8
**47** 6:4
**4:14** 202:5

**5**

**5** 6:15 60:8 68:17
126:13,14 152:8
152:10 154:16
182:6
**5077549** 1:25
296:5 298:2
**51** 4:7
**518** 6:17
**555225** 6:12
**5:20** 1:4 2:4 9:18
**5:23** 247:17
**5:41** 247:20

**6**

**6** 5:11 6:18,25
157:7,13,15 182:6
**6538** 295:24
**68** 6:7
**6:13** 266:5
**6:54** 266:8
**6:57** 268:5
**6:58** 268:8

**7**

**7** 6:20 7:5 160:14
160:17 165:23
168:14,16 169:2,8
169:9
**7.1** 165:23
**7.2.** 165:23
**75** 6:8
**755** 7:15
**7:34** 291:25
**7:41** 292:3
**7:43** 293:7,8
**7th** 3:15 184:3

**8**

**8** 6:24 169:13,15
170:16 181:3,21
**813.223.5505** 3:17
**82** 5:11
**87** 5:12

**9**

**9** 6:23 7:6 68:25
69:4 158:9,25
181:4,7,9,12,15,18
197:9,11
**90** 176:2
**90065** 11:11
**9:20** 9:2,5
**9th** 154:21

**a**

**a.m.** 9:2,5 48:7,10
85:11,14
**abc123** 129:2,3
130:15,16
**abilities** 81:10
**ability** 63:18 102:9
104:1,8,10 228:10
228:24 229:9,17
229:23
**able** 35:17 51:22
52:6 86:15 116:14
129:22 131:2,8
167:6 185:15
187:13 195:19
196:7,20,25 216:8
217:16,20 228:20
231:21 232:1,8
245:19 289:15
290:12
**absolutely** 15:9
41:20 54:3,6
68:13 209:22
211:16 222:15

**accept** 76:9 99:25
103:2 159:14
160:8 161:12,23
225:7
**access** 42:2 61:2
77:5 102:9 116:11
116:21 227:9
245:19 258:22
283:22
**accessible** 41:22
42:1 245:4
**account** 6:18
36:16 37:14 75:23
76:2,5,6,9 107:12
108:8 109:5,16,16
122:9 151:4
152:14 153:12,20
153:22,25 154:4,5
154:6,8,14,17
156:1,6,20,24
157:2,10,23
158:10,20 159:1,6
159:22 160:4,8
161:5,13,23 162:5
169:21 170:18
171:8 177:22
181:24 182:19
183:11 184:6
185:11 259:8,13
259:14,15,16,24
270:13,14 271:9
**accounts** 153:6,9
155:13 235:17,20
**accurate** 153:4
210:12
**accuse** 243:18,18
**achieve** 136:14
**action** 10:3 68:19
**actions** 30:10
**activities** 32:13,19
46:22

**activity** 35:2
107:14,17,23
111:7 149:22,23
150:1 182:2,22
183:1 198:19
218:5,12,16
219:17,23 221:11
223:11 232:11,12
246:5 254:9
270:17 271:10,16
272:23 281:10,14
281:20 287:21,23
289:24,24 292:13
292:16
**actual** 19:22 20:22
137:7 141:25
**ad** 110:23,25
111:24 112:15,25
113:7,11 198:20
252:13
**add** 220:23
**addition** 16:12
122:7
**additional** 36:5
50:6 106:6,17
152:1 215:19
**address** 11:9,10
53:19,19 131:14
131:21 153:2,4
154:10 228:2
**adguard** 111:23
**adjust** 193:20,25
195:16 203:11
**adlock** 111:24
**administer** 10:22
**administered** 11:2
**admission** 7:9
**admits** 181:23
182:7
**admonition** 21:6
238:19

Page 2

[ads - answered]

**ads** 107:1,4,6
　111:8 112:10,10
　112:13,13 113:24
　114:1,3 218:19
　219:18,24 221:13
　234:3,6,17,21,25
　248:10 249:24
　252:6,7 253:14,22
　277:1,3 283:25
　284:19 292:17
**adsettings.googl...**
　110:24
**advantage** 271:3,5
**advertis** 233:3
**advertise** 254:12
**advertisement**
　112:7,21,23
　227:14
**advertisements**
　60:17 112:5
　113:16 233:9
　248:20,21 250:25
　251:1
**advertising** 112:2
　232:25 233:3,8
　234:11 248:16
　250:2,12 251:6
　254:14
**advice** 237:5
**affiliates** 42:8
**affiliations** 10:6
**agency** 30:25
**ago** 12:11 14:5
　26:9 33:20 63:2
　72:13 118:2
　141:11 148:6
　197:22 256:13
　286:10
**agree** 9:11 62:9,10
　73:13 141:16,20
　175:25 198:18

199:16 209:16,18
　209:25 210:20,24
　221:3,6 246:7,9
　263:5 271:17,20
　287:19
**agreed** 75:19,20
　198:8 222:19
　226:7
**agreeing** 159:15
　183:23
**ahead** 15:7,12
　39:5,16 62:15,19
　72:21 77:3 87:1
　104:13 108:23
　110:18 115:13
　129:13 174:15
　175:14 181:1
　183:5 201:15
　220:8,21 225:25
　226:1 251:12
　278:10 282:16
**airline** 248:19,20
　249:24 250:4
**airlines** 134:6,21
**al** 9:16
**alert** 36:20
**alerts** 36:22
**algorithm** 135:21
**allegation** 65:9
**allegations** 228:8
**alleged** 65:20
**alleging** 65:24
**allow** 12:22 21:5
　108:18 109:4
　232:14 245:18
　253:8
**allowed** 18:14
　99:24
**allows** 104:22
　107:17,23 108:6
　242:22

**aloud** 60:14 64:6
**altogether** 45:19
**amended** 6:7
　68:19
**analysis** 59:23
**analytics** 60:15,20
　61:1,7 62:5,13
　64:8 79:24 219:2
　219:7,8,20,25
**analyze** 60:16
**android** 189:22
**angeles** 1:17 2:16
　9:1,21 11:11
　27:18
**angered** 118:6
**anonymous**
　131:21
**ans** 224:8
**answer** 5:8 12:22
　12:23 15:5,8 18:7
　18:22 19:4 20:1,2
　20:15 21:5 29:21
　32:2,24 43:1
　50:18 58:5,12
　63:9,19 64:3 65:4
　70:5 73:1,21 74:4
　77:15,24 78:2,8,15
　78:16 79:8,9,17,19
　80:6,11,17,21 81:1
　81:2,3,6,8,12,16
　82:4,6,17 83:7,16
　83:16,17,20,23
　84:5,22,24 86:16
　87:5 88:13,22
　89:10,23 90:19,23
　90:24 92:4,5
　102:7 103:4
　105:24 106:12,22
　108:2,11 109:9
　110:1,7,7,13 123:3
　123:13 126:19

128:3 130:3 132:8
　132:11 137:18
　138:14 139:3
　142:5,24 143:24
　145:1,13,23 148:1
　149:15,21 150:15
　163:3,14 164:15
　166:22 168:2,23
　169:1 174:2
　176:10,12,15
　179:4 180:12,19
　185:25 186:2,3
　187:13 196:14
　199:21 200:19
　206:15 207:11,12
　211:23 220:13
　223:20 224:8,13
　224:16 225:2,5
　228:16,21 230:5
　231:10,17,19
　232:20 234:18
　236:9,25 237:2,5
　237:16,16 238:18
　240:2,14 241:6,23
　242:19 246:2,3
　250:23 251:14,18
　252:23 260:2,10
　280:3,18 284:13
　284:24 286:1
　288:15,23 289:7
　289:15,18 290:11
　290:18,21 291:13
**answer's** 280:6
**answered** 13:18
　20:13 43:13 55:14
　58:10 63:15 66:9
　70:3 71:10 73:6
　77:13 79:5 80:4
　80:24 92:2 93:11
　108:22 123:12
　129:25 130:21

Veritext Legal Solutions
866 299-5127

[answered - asking]

131:5 145:19
147:24 150:13,20
163:21 168:6,23
184:16 195:4,13
210:15 211:6
212:12 224:6
226:11 233:16
236:7,15,21 237:8
237:24 238:3
239:3 240:21
241:3 246:19
250:21 254:2,20
258:13 270:5
272:11,25 288:19
289:1,18 290:16
290:22 291:8
292:7
**answering**  12:18
20:6 34:23 62:16
63:21 86:13
220:18
**answers**  63:17
279:8
**anybody**  34:12
231:21 232:1,7
**anything's**  51:7
**anyway**  240:6
**anywise**  295:15
**apart**  83:14 137:2
169:4
**apologies**  39:16
65:5
**apologize**  95:4
284:14
**app**  35:15
**appear**  63:22
69:20 74:14
167:15 168:19,21
170:24 172:12
190:25 199:7
203:20 242:5,7

245:1 265:13
285:2 294:7
**appearance**  10:8
**appearances**  3:1
4:1 10:6
**appearing**  74:15
296:18 297:7
**appears**  56:2
58:25 69:5 160:9
172:15 263:7
285:4
**apple**  263:18,22
263:25 264:3,21
264:25 265:3,7,13
265:15,24 280:8
280:11,14
**apple's**  280:20
**applications**  14:12
**applies**  205:6
**appreciate**  93:22
95:17,21,25 97:18
98:5,7,13 181:11
288:12 289:7
**appreciated**  98:19
**appropriate**  18:23
19:10 96:3 175:5
279:13
**appropriately**
50:23
**approximately**
23:2 36:13 181:22
**approximates**
186:18
**apps**  35:6,8,13
46:6,7,11
**april**  6:22 160:15
**arbitration**  30:22
**area**  73:17
**areas**  248:21
**argumentative**
168:6 207:15

**article**  27:23,25
28:1,4,7,23 29:1,4
29:12,14 30:14
86:23 87:2,13,24
88:5,17 89:14,15
89:16,21,24 90:16
90:21 91:10,14,15
91:20 92:6,10,14
92:15 93:9 97:1
97:21 98:18 118:4
247:24 248:5
282:5,8,11,11,13
282:17
**articles**  95:8
**aside**  61:16 180:1
255:22
**asked**  29:22 55:14
58:9 63:14 66:8
70:2 71:9 73:5
77:12 79:4 80:3
82:16 83:15 84:17
90:1,8 92:1
101:21,24 108:21
111:3 123:11
126:19 129:24
130:21 131:4
145:18 147:23
150:12,19,20
163:20 164:8
168:6,15,23
184:15 195:4,12
210:14 211:5
212:11 224:5
226:10 236:6,14
236:20 239:2
240:20 241:2
243:5 246:18
250:20 254:1,19
257:21 258:12
270:4 272:10,24
277:10,15 278:12

280:7,24 281:6,9
286:13,17,20,24
287:1,9 288:13,18
288:25 289:9,17
290:15 291:7
**asking**  12:17,19,21
15:2 17:22,24
18:1,17 20:22
21:21 23:17 39:10
44:3 48:19 57:2
61:21 63:6 71:23
78:18,21 80:8,25
83:3 85:22 86:1,5
86:7,8 88:16 89:7
89:12 90:20 95:9
96:6,11 102:3
103:8 124:15
125:14 128:21
131:6 141:16
147:4 150:6
153:10 158:15,16
163:17 165:11
166:5 167:20,21
168:9,17 173:8,10
174:14 175:1,6
176:11 178:15
183:12 184:9,10
185:20 192:23,25
198:5 199:3 204:2
205:22 213:25
222:24 224:2
231:3 234:16
243:15 244:6
245:5,9 250:15
252:18 253:5
256:14 259:4,12
259:14 265:8
268:19 271:4
272:17 274:23
276:25 279:9
286:10 287:5,5,6,7

Veritext Legal Solutions
866 299-5127

[asking - baeza]

| | | **b** | 106:8,10,19 |
|---|---|---|---|

287:16,25 288:8
**asks**  15:1 88:11
  123:1 127:25,25
  129:25 163:1
  205:21,21
**assert**  55:12
  175:11 178:2
**asserting**  20:19
**assertion**  88:9
  90:2 91:22
**assessment**  227:18
**associate**  26:13,15
**associate's**  27:13
  27:15
**associated**  55:3,4
  107:19,24 108:8
  109:5 123:19
  125:5,21,24 126:1
  126:21 131:23,24
  173:24 242:14
  244:15 246:6
**assume**  15:2 46:3
  46:4 67:15 128:8
  185:14 219:21
  242:4 262:2
  264:19
**assumed**  137:14
  137:17,24,25
**assuming**  13:23
  21:3 96:21 213:10
**attempt**  20:5 81:7
**attention**  45:2
**attentiveness**
  93:25
**attorney**  10:9
  12:24 80:18 83:24
  276:25 277:15
**attorneys**  15:4
  16:6,8 20:24 78:1
  82:5 88:14,15,23
  90:4,8,9,14 92:7

92:16 95:23 96:7
  96:15 110:11,15
  236:24 263:13
  275:9 278:22
**audio**  9:10 31:21
  82:2 93:12 94:9
  94:14 97:9 98:10
  174:11 224:15,18
  238:12 243:25
  244:17 251:11
  269:16 274:21
**authorized**  225:20
**autofill**  264:15
**automatically**
  211:12 246:5
**avail**  199:22
**availability**
  134:16,23
**available**  199:23
  214:18 222:5
**avenue**  4:7
**avoid**  95:18 136:4
  144:19
**aware**  41:9 56:12
  64:23 66:21 74:21
  75:18 79:10 92:24
  98:25 101:4,21
  103:15 104:18
  107:16,20 110:21
  111:1 118:19,21
  119:20 131:1
  162:6 163:5 200:8
  200:13,22 203:18
  204:2 227:2,8
  239:8,12 257:13
  257:14,19,22,23
  258:2,21 264:2
**ay**  231:8

**b**  297:1
**back**  26:6 33:15
  48:9 71:21 80:14
  85:13,16 116:13
  119:24 129:3
  132:25 133:3
  154:16 157:9
  158:9,25 161:4,9
  170:6,12 177:7
  202:4 247:19
  266:7,10 268:7
  278:23 279:19
  291:21 292:2
**badgering**  184:16
  289:10
**baeza**  3:5 5:6
  10:15,16 14:24
  16:5 17:21 18:4,6
  18:10 19:2,20
  20:14 21:8,21
  23:17 24:9 28:15
  28:18 29:19 32:22
  38:23 39:1,5,12,15
  39:23,25 42:21
  43:24 44:17 47:19
  47:25 48:3 50:15
  55:12,19 58:9
  59:3,8 62:19
  63:14 65:1,5 66:8
  67:6,18 70:2 71:9
  72:17,20 73:5,20
  74:2,18 76:15
  77:12,23 78:13
  79:4 80:3,11,16
  81:5,23 82:3,14,19
  82:21,25 83:5,19
  85:3 87:7 88:10
  88:16 89:5,19
  90:18 91:8 92:1
  104:12 105:21

106:8,10,19
  108:21 109:7,23
  110:4,12,18 120:6
  122:25 123:11
  124:2,5 126:3,16
  127:24 128:18
  129:24 130:20
  131:4 132:3,15,21
  135:10 136:7
  138:11 139:1
  141:22 142:21
  143:22 144:13,23
  145:2,17 146:9
  147:23 148:13,18
  148:22 149:18
  150:12,19 151:15
  151:22 158:11
  162:25 163:11,20
  164:4 165:2,11
  167:1 168:5,22
  169:22 170:5,8
  171:15,25 172:14
  173:15,19 174:6
  174:12,16,25
  175:10 176:20
  178:1,19 181:6,9
  184:15,25 187:20
  188:13,21 192:15
  192:21 195:3,12
  196:12 197:2
  199:10,16 200:3
  200:16 201:16,25
  205:9,20 206:6,12
  207:5,14 210:14
  211:5 212:11
  220:12,19,22
  221:22 223:18
  224:5,12,19,23
  225:1 226:1,10
  227:19 230:1,21
  231:5,15 232:17

Veritext Legal Solutions
866 299-5127

233:14,20 236:6
236:14,20 237:13
238:1,3,8 239:2,25
240:11,20 241:2
241:20 242:25
243:14 244:1,5
245:12 246:18,25
247:2,10,14 249:7
250:19 251:7,13
252:14,22,25
253:4 254:1,16,19
256:21 258:5,12
259:25 262:24
265:16,18 267:20
268:1 269:5 270:4
272:10,24 274:2
275:3 276:20,23
277:9 279:15,18
279:24,25 280:17
281:24 282:15
283:10 284:6,12
284:23 285:6,12
285:14,17,25
286:5 288:18,25
289:10,17 290:15
290:20 291:1,4,7
291:16,22 292:5
293:1
**ball**  26:22 27:4
**bar**  127:17 276:2
**barely**  100:24
**based**  35:23 78:18
135:7 152:4
165:18 175:7,24
176:12 185:20
189:23 200:2
204:25 208:20
237:8 241:9,10
248:16 252:10,18
253:12 264:19
265:9 277:20

292:21
**basic**  65:9 234:11
235:13 246:13
**basically**  105:17
**basing**  78:7
**basis**  50:12 51:20
53:12 77:20 79:14
79:16 80:8,22
82:10 84:16 85:23
91:3 103:12
117:18 151:13
172:25 173:16
174:23 178:18,20
195:1 205:17
206:3 234:24
235:2 237:6,20,20
239:19 250:19
261:24 262:1
263:12 274:24
**bates**  6:10,16,18
7:14
**bears**  140:15
**becoming**  26:8
**began**  220:14
**beginning**  10:9
69:6 93:8 216:17
218:24
**begins**  60:9 62:5
218:10 257:9
267:7
**begun**  19:25
**behalf**  1:5 2:5,17
10:16
**belief**  51:20 53:12
77:20 112:9 196:9
205:4 250:19
263:12,19,21
**believe**  24:24
35:23 48:12 65:11
66:2,6 69:22 77:8
79:2 90:25 120:1

136:18 138:9,15
138:16,21 139:8
139:13 140:3
141:12,14 150:25
152:1 156:23
157:1 161:14
162:22 163:17
167:3 169:14
196:11 203:6
209:20 214:15
217:25 221:11
222:9 225:18
226:16 229:11
231:25 232:6
234:8,20,24 235:2
237:8 246:14
248:3 249:15
250:10,13,14,17
251:23 252:11
253:15,18 254:13
254:23 256:17
257:20 258:14
272:12,16,22
273:14 274:24
284:11 288:10
290:8,13
**believed**  156:25
**believes**  173:22
**believing**  79:15
91:4
**bell**  46:15 258:25
**beneficial**  116:8
116:10,20
**best**  63:17 81:9
88:3 114:8 291:6
**beyond**  84:13
116:16 151:20
152:2 153:7
**big**  203:2
**bigger**  69:13

**birth**  155:1,2,6,7
155:10,15
**birthday**  154:18
154:25 155:20,22
**bit**  112:8 116:2
129:3 207:15
251:18
**blank**  245:1,3,10
**block**  101:4,22
102:4,8,16 103:9
103:17,24 104:18
245:7
**blocked**  241:17
**blocker**  111:24
**blockers**  99:15,16
**blocking**  101:17
**blurry**  59:2
**boies**  3:4 10:16,19
14:4
**boil**  71:19,21
124:24 125:2,11
125:16 126:2,22
127:3,4 129:4
130:15
**boils**  127:7,10
**booking**  136:23
145:14 250:5
**booking.com**
134:4,9 144:5,16
249:25
**booking.com.**
133:22
**bottom**  58:23 59:5
156:5 158:2,4
159:3 160:9,10
172:8,11 190:3
208:2 215:17,21
**bouncing**  156:13
**box**  159:10
**branding**  55:5

[brave - cause]

**brave** 257:15
**break** 13:11,16
  24:6 47:21 48:19
  79:22 85:7,18
  86:13,17 126:5,5
  126:11,15 132:14
  169:25 170:15
  201:21,23 247:5,6
  247:9 266:2
**breakage** 102:21
**breaks** 13:13
  132:19
**broke** 48:14
**brown** 1:4 2:4
  9:15 296:4 298:1
**browse** 8:4 33:12
  34:1 50:23 99:3
  116:14,24 122:5
  123:9 147:9,14
  194:13,19 215:25
  216:8,18 217:15
  217:20 232:16
  234:21 246:22
  267:8 270:11
  271:2,6,18,25
**browser** 34:2 47:2
  49:24 104:23
  106:17 111:19
  114:6,16,18 115:3
  115:17,20,23
  116:17 118:20
  119:4,22 137:2
  179:25 189:21
  210:6 213:16
  238:23 239:9
  240:5,8,10 246:17
  258:9,11,15
  262:22 264:3,22
  264:22 268:17
  269:3 273:7
  276:15 278:13

280:4,10
**browsers** 119:20
  122:12,18,22
  227:8 261:13
  276:7
**browsing** 7:17
  32:13,17 34:2,9
  35:1,7 38:8,21
  40:8 50:1,22
  56:21 58:8 63:12
  64:4 65:13 67:3
  69:17 76:21 99:7
  99:22 100:12,22
  100:23,24 103:18
  106:7 113:25
  118:8 119:18
  123:10 130:19
  141:4 142:9 143:8
  143:9,11 144:6,10
  145:12,13,15
  164:2,20,24,25
  165:21 166:6,8,22
  167:7,15,22,24
  168:4,10,16,19
  169:3,6,8,9 171:14
  173:3,11,23 174:4
  174:22,24 175:4,9
  175:19 176:8,14
  177:25 179:3,9
  180:2,5,9,16,21
  182:2,22 183:1,15
  191:16 194:17,23
  213:16,23 214:2
  214:25 215:10
  216:12,19,20
  218:11 220:10
  221:4,18 223:11
  225:19,23 227:9
  228:1 235:13
  240:5,8,18 241:1
  241:13 246:5

259:24 260:20,21
  261:9 262:14,17
  262:21 264:7,12
  268:17 270:12
  271:8 272:7,13
  273:5,6,9,15
  274:11,14 275:11
  275:12,16,20,23
  276:6
**brwn** 6:11,16
**bsfllp.com** 3:10,11
**build** 189:11
**bullet** 53:10,11
  154:19 156:16
  189:18,19,20
  218:18,20
**bulleted** 55:23
**bullets** 53:3,7,13
  152:25 154:20
  156:16 273:10,12
**bunch** 100:3
  106:24 107:2,9
**business** 42:7
  244:19 245:22,23
**businesses** 245:23
**button** 125:12,18
  127:6 160:8
**buy** 257:23
**byatt** 1:4 2:4

**c**

**c** 3:6 24:21
**ca** 296:9,12,20
**cabr** 6:19 7:14
**cadence** 117:17
**california** 1:2,17
  2:2,16 9:1,17,21
  11:11 25:1
**call** 21:2 59:25
  90:25
**called** 24:20 35:22
  99:16 104:18

107:13,17,23
  110:25 111:23
  118:20 190:4
  201:12 206:23
  285:8
**calls** 76:16 91:1
  106:20 109:7
  110:5 122:7
  127:24 128:18
  129:25 130:20
  144:13,24 151:15
  200:3 230:3,21
  231:15 239:25
  240:11 245:13
  249:7 251:7
  262:24 283:6
  284:4
**cancellation** 53:21
**capacity** 90:17
  225:21
**card** 59:23
**case** 1:4 2:4 9:18
  10:12 22:19 27:22
  30:7 50:20 55:17
  64:24 65:9 66:22
  74:25 86:4,21
  88:25,25 89:1,2
  90:10,15 91:3,7
  92:22 93:8,8,17
  95:7,8,10,15 115:2
  140:5 146:7
  172:11 180:24
  184:3 225:16
  239:17 255:12,22
  264:6 282:9
  295:19
**castillo** 1:5 2:5
**categories** 53:5
  56:4 72:16 197:19
**cause** 15:15

Page 7

[caveat - collect]

**caveat** 13:13
**ccp** 296:9,12
**cede** 220:17
**celebrated** 155:21
**cell** 14:15
**cellular** 9:9
**center** 179:10,20
**certain** 59:22
　　63:22 71:1 76:19
　　102:10 110:22
　　161:8 162:19
　　208:13 213:9
　　242:23 278:24
**certainly** 18:22
　　113:19
**certificate** 295:1
**certified** 295:2
**certify** 294:3
　　295:3,13
**cetera** 59:24
**change** 99:1
　　101:12 102:2,4,8
　　144:10 211:23
　　232:11 253:23
　　254:5 270:14
　　271:9 272:1,13
　　280:3 298:4,7,10
　　298:13,16,19
**changed** 99:5,11
　　271:15
**changes** 200:9,14
　　200:20,23 201:3
**changing** 73:1
　　101:18 271:24
　　272:3
**characterization**
　　32:14 37:8 102:22
　　104:3
**characterizations**
　　85:5

**characters** 279:3
　　280:2
**charge** 258:22
**chasom** 1:4 2:4
　　9:15
**check** 159:5
**choice** 31:8,10
　　55:10 56:25 70:6
　　70:15 72:11
**choices** 52:15
**choose** 61:8 84:4
　　102:10,10,24,25
　　194:13,18 237:2
　　271:23
**chose** 55:10
　　271:22
**chosen** 195:20,20
　　196:21,22 225:24
　　226:4
**christopher** 1:4
　　2:4
**chrome** 7:13,17
　　101:5,22 103:11
　　104:17 107:14
　　114:6,10,12,16,19
　　115:12,14,16,24
　　116:7,17,23 117:7
　　117:11,15,19
　　118:9,11,19,24
　　119:19 120:5,10
　　120:15,19 137:2
　　179:25 189:21,24
　　194:14,19,24
　　201:7,13 206:23
　　208:10,12,16,17
　　208:24 209:4,9,14
　　209:18,20,24,25
　　210:3,4,6,10,16,17
　　210:22,24 211:7,8
　　211:12 212:6,8,14
　　212:20,25 213:1,1

213:6,9,16,21
214:25 215:10
218:11 221:5,18
232:4,25 259:8,13
261:10 268:17
269:2,12,17,21
274:15,25 276:11
276:15 285:4,5,19
**circumstances**
　　172:9
**cite** 91:20,20
**cited** 172:5
**city** 27:18
**civil** 296:19,20
**claim** 223:24
**clar** 243:14
**clarification** 98:6
　　103:14
**clarify** 79:20
　　91:12 94:3 141:21
　　165:12 243:19
　　244:6 274:22
**clarifying** 131:19
　　243:14 244:2
**class** 30:10,10
　　68:19
**classes** 46:25
**clean** 12:15 171:25
**clear** 12:5 20:4,11
　　49:1 57:6 58:5
　　71:23 78:17 81:14
　　83:6 84:23 89:12
　　95:25 104:9,22
　　147:20 149:14
　　150:22 168:2
　　224:8,16 225:5
　　230:19 237:7
　　243:20 262:11
　　275:12,16 284:11
　　284:22 288:15
　　292:8

**cleared** 275:20
**clearer** 96:14
**clearing** 106:1,16
**clearly** 66:3 84:19
　　146:18 185:9
　　194:3 202:23
**click** 34:1 76:8
　　127:5 199:2 276:2
**clicked** 114:3
　　161:12,22 245:9
　　276:13
**clicking** 75:22
　　76:2,5 159:14
**client** 42:2 80:18
　　81:12 83:24
**close** 104:23 137:8
　　137:14 240:5,7
　　246:7,16 262:5
　　264:13 275:21,23
　　281:25
**closed** 287:14
**closing** 105:15
**cloud** 209:11
**clr** 1:24 2:19
　　295:25
**coast** 126:6,8
　　247:13
**code** 296:9,12,19
　　296:20
**cog** 123:6
**cogni** 62:23
**coincidental**
　　248:14
**colleague** 10:14
　　47:15
**collect** 38:16 52:14
　　53:4 56:5 57:8,14
　　57:25 60:16 62:24
　　64:9,21 125:7
　　182:1,1,21,25
　　183:15 185:12

Veritext Legal Solutions
866 299-5127

[collect - conflict]

190:4,10 191:15
193:21 194:1
195:17,19 196:7
196:10,16,20,24
196:25 197:4
203:12,21 262:8
262:18,20 283:4
286:18 287:3
290:3 292:22
**collected** 40:15,17
41:14,24 45:3,17
45:21 56:12,14,21
61:10 65:21,25
66:5 69:22 77:8
77:16 79:2,15,22
80:1 119:10 123:7
123:14 138:6,18
139:6 147:18,20
150:2,17 190:24
191:22 192:11
193:11 194:5
195:9,11 222:22
239:23 248:25
249:2 261:23
262:4 283:8,15
286:4 287:14
**collecting** 38:18
38:21 39:19 40:10
41:7,19 46:8
52:20 56:3,9,16
57:17 62:13 77:5
77:21 78:11 79:12
85:20 86:19 89:3
89:17 90:3 91:5
92:8,17 124:19
142:15 222:15
236:3,5,10 249:4
262:13 263:11,17
277:22 278:1
**collection** 67:1,17
69:15 88:4 91:16

117:25 232:15
247:25 280:20
**collects** 57:4 58:17
78:3 80:9 81:20
236:18 286:22
**college** 27:13,18
**com** 92:24 133:16
**come** 80:14 82:12
99:13 113:20
252:7 253:14,22
265:25 291:21
**comes** 46:1 49:20
76:24 80:23
**comfortable** 56:8
**coming** 154:11
158:20 277:4
**commercial**
227:14
**communicate**
281:17
**communicates**
281:19
**communication**
18:20
**communications**
15:7,16,24 18:12
18:24 20:24 78:1
80:12 82:5,9
83:25 84:25 89:8
90:20 110:6,9,15
236:23 237:1
251:15 260:14
275:5,8 278:22
**companies** 36:3
59:21 76:19,23
234:3,6 245:23
249:5,6,12 257:15
263:16,18,18
290:1,7
**company** 26:22
77:4 122:20 210:3

231:18 235:6,9
244:23 249:15
258:25 259:5
264:21,25
**company's** 46:18
262:21
**comparison** 154:5
**compensation**
257:16
**complaint** 6:8
16:2,4,11,14 17:4
18:9 22:5 23:14
23:21 66:21,24
67:14,19 68:8,19
69:6 228:9 239:17
259:2
**complete** 11:20
**completed** 27:12
296:7,17 297:6
**completion** 295:19
297:10
**compound** 32:22
73:6,20 104:12
129:25 135:10
139:1 143:22
144:23 146:10
163:12 195:3
196:12 197:2
227:19 258:5
265:21
**compromise** 100:8
100:10,16 101:10
101:14,16,17
104:10 228:19
**compromised**
102:9 103:21
104:7 136:21
**compromises**
101:14
**compromising**
103:25

**computer** 14:13
87:17 100:8 105:4
105:6,8 106:2
120:21,24 121:2,8
121:12,19,20,23
127:13,15,15
131:17 242:6
278:25
**computer's** 105:13
**computers** 25:24
**con** 151:12 218:1
223:23 228:9
**concealed** 137:8,9
**concern** 105:12
142:14 151:9
**concerned** 57:11
135:1 205:14,23
205:25 206:4
**concerns** 66:25
69:7,12,14 117:25
**concluded** 291:15
293:8
**conclusion** 76:17
88:11 106:20
123:1 151:16
163:1 205:21
**concrete** 229:16
**conditions** 200:21
227:17
**conduct** 228:10,23
229:8,17,22,25
230:12 245:22
**confer** 291:17
**confidential** 75:1
75:3,8 191:12
**confirm** 35:25
60:4 62:6 140:9
167:14 199:18
**conflict** 217:12
274:7

Page 9

[conflicting - counsel]

| | | | |
|---|---|---|---|
| **conflicting** 217:4 273:18 | **consist** 151:6 | **continued** 4:1 7:1 8:1 | 103:24 104:18,22 105:7 106:1,16,23 |
| **conflicts** 217:5,10 217:17 218:2 273:25 274:4 | **consistent** 60:5 141:10 144:22 248:4 256:19 | **continues** 172:10 | 107:2 239:13,18 239:22,22,24 240:9,18,25 241:6 |
| **confusing** 96:8 | **consists** 151:7 | **contract** 59:21 122:20 151:1,3,5 | 246:16 |
| **connection** 26:3 30:2 124:1,13 158:9,25 160:3 236:2 | **consulted** 86:16 | 151:19,24 152:3,5 152:5 162:24 163:8,19 176:9 | **copy** 6:20 47:12 87:14 98:18 146:21 158:17 |
| | **consumer** 42:1 | 180:13,19,20 | 160:14 162:12 |
| | **consumers** 189:25 | 186:24 206:18 | 167:10 170:16 |
| **consent** 56:14 57:18 64:22 65:25 69:23 75:14,16 76:4,13 77:6 78:4 78:12 79:3,12,16 80:10 81:21 85:20 86:19 88:5 89:4 90:3 91:17 92:11 176:18 223:8 225:15,18,24 226:13,23 230:15 231:2 235:15 236:4 291:23 | **contact** 28:13,23 296:9 | 222:9,14 223:24 224:4 230:7 283:13 | 171:25 179:23 184:21 188:22 193:9 201:7 206:22 255:12 |
| | **contacted** 29:22 92:20 146:5,6 | **contracts** 151:13 | **corner** 215:18 |
| | **contain** 61:3,5 165:7 179:8 | **control** 61:10 99:2 99:6 119:9 123:6 193:20 195:8,17 195:20 196:22 197:23 198:2 199:6 202:19 203:3,12,21,21 204:4,15,20 267:9 268:11 | **correct** 17:16 20:25 23:1 35:20 38:6 92:23 101:3 118:21,25 141:15 155:10,19 166:4 167:20 176:14 178:8 183:22 188:7,8,16 189:3 203:4,14 209:14 209:15 221:5 223:13 242:6 255:25 270:19 277:25 278:20 294:10 |
| | **contained** 294:9 | | |
| | **contains** 119:15 192:9 | | |
| | **contemplate** 21:2 84:25 | | |
| | **contending** 222:4 222:7 | | |
| | **content** 38:4 131:2 | **controls** 197:13,20 198:7,9,15,19,19 199:8 | |
| **consented** 236:11 | **contents** 38:7 176:4 259:20 | | |
| **consenting** 62:13 223:22 | **context** 37:14 38:8 63:23 65:21 74:10 74:24 76:9 77:9 90:13,15 100:12 113:2 147:15 148:15,23 184:3 209:4 223:10,17 225:10 228:9 230:12 | **conversations** 9:9 15:3 23:13 81:22 82:12 83:11,14 84:14,18 85:1 86:20 237:10 | **corrected** 294:9 |
| **consider** 38:4 41:2 45:11 53:8 54:1,9 54:10,14 63:4 71:2,16,24 72:5 73:25 97:23 108:19,24 112:17 134:12 154:12 191:1,5,8,11 232:14 259:20 | | | **corrections** 294:7 296:14,15 297:3,4 |
| | | **cookie** 45:18 99:15 99:16,18 100:2,12 100:18 238:23 239:1,4,8 278:13 278:18 280:2,4 | **costume** 27:6 |
| | | | **costuming** 27:5 |
| | | | **counsel** 3:1 4:1 9:14 10:5 11:3 |
| **consideration** 224:3 | | **cookies** 45:20 100:5,9,25 101:5 101:10,17,22 102:5,8,16,19,25 103:1,9,10,17,18 | 12:4 15:1,16,25 16:25 17:14 18:13 18:20,25 22:18,22 23:6 28:24 77:24 |
| **considered** 15:18 143:20 | **continue** 9:10 81:17 87:1 96:17 102:20 133:7 136:22 148:20 172:7,25 174:1 220:15,18 232:3 232:14,15,21 246:22 | | |
| **considers** 108:15 | | | |

[counsel - crawford]

| | | | |
|---|---|---|---|
| 80:23 81:22 82:9 | 224:20,24 238:13 | 104:15 105:23 | 206:10,19 207:8 |
| 82:13 83:11 84:14 | 244:3 269:18 | 106:11,21 109:1,9 | 207:17,19 210:19 |
| 84:19 85:1 86:12 | 293:4 | 109:14,25 110:20 | 211:9 212:16 |
| 86:12,17,25 89:8 | **covered** 27:2 | 120:9 123:2,16 | 214:10,14 220:15 |
| 92:21 94:20 110:6 | 122:13 | 124:4,8 126:7,17 | 220:20 221:2,24 |
| 145:18,20 146:6,6 | **covid** 25:22 | 127:23 128:2,24 | 222:1,3 223:19 |
| 174:6 185:4 193:2 | **coworker** 106:2 | 130:2,24 131:10 | 224:7,9,19 225:2,3 |
| 236:22 237:11,18 | **crawford** 4:5 5:5 | 132:7,13,17 133:2 | 226:5,15 227:22 |
| 237:21 241:4 | 10:10,11 11:7 | 135:11 136:8 | 230:4,23,25 231:9 |
| 242:25 245:14 | 15:9,10 16:9 | 138:13 139:2,16 | 231:23 232:19 |
| 251:16 252:14 | 17:21,24 18:5,16 | 139:22 142:3,4,23 | 233:16,22,24 |
| 275:5 284:22 | 19:6,8,11,24 20:22 | 143:23 144:17,25 | 234:4 236:8,17 |
| 286:10 287:1 | 20:25 21:10,23,25 | 145:8,20,22 | 237:3,23 238:2,5 |
| 295:14 296:18,21 | 23:19,22 24:5,10 | 146:14 147:25 | 238:10,16,21 |
| 297:7 | 24:11 28:16,19,22 | 148:16,20,25 | 239:6 240:3,13,22 |
| **counsel's** 84:7 | 29:20 31:24 32:5 | 149:20 150:14,22 | 241:4,8,22 243:3 |
| 237:5,18 | 32:23 38:24 39:3 | 150:24 151:17,25 | 243:11,21 244:8 |
| **couple** 30:3 66:18 | 39:7,9,14,17,18 | 152:12 157:20 | 244:11 245:14,15 |
| 72:4 88:19 107:11 | 40:5 42:24,25 | 158:15,22 160:19 | 246:20 247:1,6,11 |
| 113:6 114:5 | 44:2,7,22,25 47:11 | 163:2,13,23 164:8 | 247:15,21 249:9 |
| 117:16 119:17 | 47:23 48:1,4,11 | 164:16 165:6,16 | 250:22 251:12,19 |
| 126:10 187:13 | 50:17 55:21 58:11 | 165:17 166:20 | 252:18,23 253:1,7 |
| 202:17 205:11 | 59:5,9,10 62:25 | 167:3,5 168:7,24 | 253:11 254:3,17 |
| 233:10 247:22 | 63:16,20 64:1 | 169:12,17 170:3,6 | 254:21 255:6,10 |
| 266:11 | 65:3,7 66:12 | 170:14 171:24 | 256:1,2,22 258:6 |
| **coupon** 112:21,24 | 67:10,20,23 68:2 | 172:2,20,22 | 258:16 260:1,25 |
| 113:2 | 70:4 71:11 72:18 | 173:21 174:8,15 | 263:1 265:22 |
| **course** 12:14,20 | 72:22,23 73:7,23 | 174:20 175:1,15 | 266:2,9,17 267:24 |
| 14:19 23:11 87:25 | 74:3,22 76:18 | 176:17,25 177:11 | 268:2,9 269:7,22 |
| 100:21 180:24 | 77:14 78:5,14 | 178:8,22,24 181:1 | 270:6 272:15 |
| 181:17 238:23 | 79:6 80:5,20 81:5 | 181:8,10,14 | 273:1,21,22,23 |
| 239:9 278:14 | 81:13,18 82:7,15 | 184:20 185:4,5,7 | 274:6 275:14 |
| 280:5 | 82:20,23 83:2,6 | 185:13 187:7,12 | 276:18 277:6 |
| **courses** 46:25 | 84:3,6,11 85:8,15 | 187:23 188:11,16 | 279:6,17,22 |
| **court** 1:1 2:1 9:17 | 87:12 88:12,18,21 | 188:17 189:1 | 280:15 281:18 |
| 9:25 10:22 12:11 | 89:11,22 90:22 | 192:19,22 193:5 | 282:14 283:5 |
| 31:22 32:1 94:10 | 91:11 92:3 93:3,6 | 195:5,14 196:13 | 284:3,9,21 285:3 |
| 94:15,19,22,25 | 93:19,22,25 94:4,7 | 197:7 199:14,17 | 285:11,13,16,24 |
| 95:5 97:10 98:11 | 95:17 96:13,16 | 200:7,18 201:11 | 286:6,8 288:22 |
| 166:11 176:18,21 | 97:2,5,12,16,23 | 201:14,23 202:6 | 289:6,12,20,21 |
| 176:23 177:3 | 98:1,5,15,21 | 205:15,22 206:1 | 290:17,23,24 |

Veritext Legal Solutions
866 299-5127

[crawford - described]

291:2,5,11,14,19
291:23 292:24
293:2 296:1
**crawford's** 275:7
**creat** 159:1
**create** 6:18 76:2
157:22 160:8
**created** 38:8
153:19,21 156:17
156:20,23 157:10
158:20 159:21
161:4,13,23
282:12
**creating** 75:23
76:9 279:12
**creation** 37:14
158:10 159:1
160:4 162:5
**credit** 59:23
**crestmoore** 11:11
**cross** 265:17
**csr** 1:24 2:19
295:25
**cst** 293:8
**curative** 24:20,21
25:7,25 26:8,13
**current** 25:25
156:11 253:2
**currently** 24:17
121:4
**cust** 272:13
**custom** 270:14
271:9,24 272:4
**customer** 42:1
**cut** 148:21 158:14
171:20,22 172:6
172:10,13,15
220:16
**cuts** 175:21
**cutting** 95:1

**cuz** 279:20
**cv** 1:4 2:4 9:18

**d**

**daily** 28:9 117:18
117:20 189:13
**damage** 230:17
**data** 42:13 43:21
44:5,6 53:22 56:9
56:21 57:8 59:23
60:16 64:9,23,24
65:2,5 67:2,4,17
69:16,20,22 77:4
79:1,12,15,23
80:10 85:20 86:19
88:4 89:3,17,18
90:3 91:5,16
104:23 108:18
109:21 110:23
118:1 119:5
123:19 124:13
125:4 129:3
138:24,25 164:20
164:22,23 165:1
183:16 185:12
194:16 219:7
222:22 226:24
227:24 228:10
229:9,18 232:15
239:11,16 241:18
243:1 245:7
247:24 253:24
256:15 257:13,16
257:23,23,25
258:10 262:13
265:4,4,6 280:21
283:4 286:19
287:3 290:4
**date** 140:15
154:24 155:1,2,5,6
155:7,9,10,14,17
155:24 157:1

179:13 203:15
205:7,7 207:23
296:16 297:5
298:24
**dated** 192:6 207:2
294:12 295:22
**dates** 16:24 29:11
155:14
**davis** 1:4 2:4
**day** 12:20 13:10
77:19 117:12,16
117:23,23 228:11
294:6,12 295:22
**de** 281:21
**decade** 119:21
**december** 278:23
**decent** 116:14,15
**decide** 37:20 50:11
102:15
**decided** 45:23
228:11
**default** 103:11,18
**defendant** 1:10
2:10,17 4:3 9:15
10:12
**defendant's** 7:8,21
**defending** 95:14
**defined** 132:5
137:16
**definitely** 74:5
212:14 290:3
**definition** 137:7
137:11,12,20,20
137:23
**degree** 27:15
**delay** 39:13
**delete** 33:13,16,17
33:22 107:18,23
108:7,18 109:4
270:15,17 271:10
275:22

**deleted** 271:16
**deleting** 105:16
246:16
**deletions** 33:18
**deliver** 128:16
131:2
**demographic**
53:21
**depend** 38:16 74:6
**depending** 75:12
273:7
**depends** 34:11
37:19 45:9 57:8
71:16 75:9 99:23
112:7 117:21
**depos** 243:22
**deposed** 11:23
**deposing** 243:6,7
243:22
**deposition** 1:14
2:15 6:3 7:3 8:3
9:14,19,20 12:14
14:11,20,23,25
15:23 16:22 18:18
20:9 47:17 67:25
84:15 95:14
139:18,20 152:10
157:15 160:17
169:15 177:9
181:12 187:10
201:9 214:12
218:24 255:8
260:23 266:15
267:5 294:5
295:18 296:19,22
296:24 297:8,10
**depositions** 22:19
**derive** 91:5
**describe** 179:17
**described** 37:9
77:22 88:5 164:11

[described - document]

263:18
describes  173:3
  213:23
describing  111:7
  113:3 200:1
  221:17,19
descriptions
  198:24
design  27:6
designed  16:16
  44:23 117:4 201:1
desk  202:11
desktop  120:21
  121:4 131:16
desktops  120:19
desperate  228:5
  257:3
detailed  179:15
details  227:20
  258:8
determination
  83:21
determine  212:19
determined
  105:18 296:18,22
  297:7
device  53:20 99:6
  100:10,16 101:11
  102:11 103:22
  104:7 105:10
  107:10 128:6,10
  128:11,12 129:2,7
  129:19,21,23,23
  130:15,16 131:22
  132:10 216:1,9,14
  216:21 228:2
  242:6,7 274:14,16
  275:2,13
devices  99:1,10
  105:11,14,20
  120:14,18 121:5

121:10,15,17,19
  121:24 122:5,10
dictionary  137:13
difference  70:22
  72:14,15,25 73:4
  75:1,2,6 123:4
differences  122:21
different  50:21
  51:11 56:1,9 72:2
  73:10 77:21 87:18
  87:21 88:25
  116:11,21 135:6
  138:1 155:14
  162:23 175:21
  187:6,8 192:3
  194:25 229:7
  262:21 268:18
  271:1,18 290:6
differential  144:20
differently  273:7
  286:25
difficult  83:22
dimas  25:1
direct  83:20
  235:24
direction  295:11
directly  14:21
  196:19 232:9
dis  114:24
disable  103:10,17
  111:9
disabled  99:10
disagree  19:2 84:3
  85:4 128:13 238:5
  244:8
disclaimer  56:2
  219:13
disclaiming  57:13
disclose  20:18
  41:6,18

disclosed  75:9
  186:4
discloses  254:9
  281:8
disclosure  44:4
  57:7,13 65:16,18
  66:16 119:14
  142:1 147:15
  148:6,11 150:7
  182:18 185:23
  186:18,22 213:21
  221:20
disclosures  63:3
  146:17 181:24
  182:20 183:10,13
  183:20 184:4,8,11
  184:18,24 185:10
  186:13 204:3
  212:18 277:20
  285:20
discontinuing
  45:24
discount  113:2
discovered  114:19
  115:16,17
discovery  74:25
  115:2 180:23,23
  255:12
discussed  23:11,15
  87:8,10 218:23
discusses  171:14
  173:2,11 174:4
  176:7
discussion  173:23
disguise  137:5
display  127:13
  128:11
displayed  75:24
  242:11
dispute  239:19,20
  239:20 242:24

disruption  102:21
distinct  35:7
distinguish  56:20
district  1:1,2 2:1,2
  9:17,17
divulge  21:4
doc  165:14 178:18
  178:18
docu  219:15
document  21:17
  33:21 58:19,21
  59:1 61:11,15,22
  67:8,12 96:24
  140:8,10 152:18
  152:22 157:24
  161:2,8 162:16
  163:8,25 164:7,9
  164:10,19,25
  165:5,7,10,13
  166:23 167:8
  168:12,13,15,18
  169:1 170:19,24
  171:14,17 172:18
  172:19,25 173:11
  173:14,17,20,25
  174:4 175:2,7,11
  175:17,18,20
  176:1,3,5,7 178:2
  178:7,12,14,17,21
  179:1,5 180:6,9,16
  181:21 183:21
  185:1,18,22 186:3
  186:15,20 187:5
  187:14,25 192:2,3
  192:4,14,17,24
  193:7,8 194:11
  197:8,14,15 198:6
  200:2 201:12,21
  202:10,15,21
  205:1,7 206:24
  207:2,6,20,22,25

[document - example]

215:25 217:5,10
217:17 219:15,22
220:25 221:4,17
222:5 252:15
255:14 256:5,6
267:4,22 270:5
273:24 276:4
281:2 283:16,22
284:1,19 285:10
292:9,15
**documents** 17:20
17:22,25 18:2,8,15
18:17 19:7,12,16
19:18,22 20:23
21:19,21,23 22:2,4
22:6 23:5,7,17,23
24:1,7,13 35:24
61:17,20 62:11,22
63:5 120:3,7
146:17 151:12,19
151:20,24 152:2
161:20 163:5,7
172:17 183:6,6
**doing** 11:25 14:11
27:5,9 35:19
39:21 62:2 77:18
85:24 102:5
124:20 142:17
246:11 274:9
291:23
**dot** 169:20
**download** 46:6,11
**driving** 122:1
**drop** 238:8 240:9
241:7
**duly** 11:2 295:5
**duplicative** 272:5

**e**

**e** 24:21 87:17
107:1,3,6 129:9
131:14,21 133:12

133:12 153:2,4
154:10,11,13
259:13,15,21
260:14,15 296:9
296:12 297:1
298:3,3,3
**earlier** 75:21
111:3 124:25
203:18,23 204:3
204:21,22,23,24
205:6 210:8 222:8
232:24 235:16
247:23 260:22
267:3 277:10
278:3,10,12 280:3
280:23 282:1
**easier** 188:21
**easily** 84:20
**east** 126:8 247:12
**eating** 95:19,19
**education** 27:12
**effect** 6:21 142:1
158:18,19 160:15
161:12,22 169:19
170:17 171:7
173:2 177:21
**eight** 17:12 25:9
25:10,12 118:17
118:18
**either** 99:9 173:23
176:6 202:10
203:20 220:16
226:22 229:16
255:17
**electronic** 193:8
**elements** 162:23
**elevate** 238:7
**emanuel** 4:4 10:11
**embarrassed** 32:8
**embedded** 164:6
165:4 178:4

192:18
**emboldened** 59:13
**employed** 24:17
**employer** 141:5
142:10 149:24
281:21
**employers** 142:7
**enable** 101:4,22
102:19,25 103:9
104:17,21 105:19
105:25 107:10
**enabled** 99:10,11
103:20,24 104:5
104:25 105:2
106:3
**encountered**
112:17
**endorsements**
198:20
**ends** 182:8
**engaging** 46:23
**engine** 114:14
**english** 27:20
**enjoyed** 116:4
**ensure** 12:15
32:18 33:11 34:3
35:1,16 102:17
**ensuring** 275:17
**entail** 25:6
**entails** 25:8
**enter** 124:23 151:3
**entered** 125:15
151:1 159:6 222:9
**entering** 33:20
**entire** 51:25 52:3
118:18 155:6,7
**entirely** 20:4 83:8
**entirety** 180:19
**entities** 281:13
**entitled** 56:15
172:24

**entity** 253:25
**errata** 296:14,16
297:3,5
**especially** 132:5
**esq** 3:5,6,14 4:5,6
296:1
**estimate** 100:19
**et** 9:16 59:24
**evidence** 79:11
88:8 90:1 91:21
109:20 110:3,10
241:21 274:15
**ex** 284:19
**exact** 29:11 161:8
186:14 204:17
287:17
**exactly** 66:15
135:20,22 182:4
183:24 184:18
186:4 191:24
194:8 200:12
201:3 227:5
252:17 291:19
**examination** 5:1,4
11:6 276:22 286:7
292:4
**examined** 11:4
295:4
**example** 31:18
32:18 35:16 36:6
37:23 38:9,17,20
40:17 42:7,7
45:17 53:18 70:10
70:25 71:12,23
72:3 74:9,15
75:23 76:3,12
87:17 98:25
102:18 112:9,15
113:10 119:22
120:11 122:23
124:24 127:8,16

Page 14

[example - final]

129:7,23 131:17
138:23 143:12
171:20 172:5
174:20 203:24
212:18 213:7
227:10 242:2
262:3 271:25
**examples**  31:14
71:8 72:1,4 113:6
113:20
**exchange**  222:13
222:18,25
**excludes**  284:7,15
284:19,25 285:1
**excuse**  94:10,11
94:15,19,22
148:18 166:11
238:14 244:3
**exhaustive**  113:18
**exhibit**  6:4,7,7,9
6:13,13,15,18,20
6:24 7:4,6,11,11
7:13,16,16,19,24
8:4,4 47:12,14,17
48:13 61:16,22
67:23,25 68:3
139:18,20 140:5
146:21 152:8,10
152:17 154:16
157:7,13,15
160:14,17 165:15
169:13,15 170:16
171:18 177:9,12
177:14 181:3,4,12
181:15,18 183:9
187:7,10,18,19
188:8,8,9,11,14
189:3 201:7,9
206:22 214:6,9,12
214:16,18,21,22
237:12 255:7,8,13

255:16,17,23,24
256:3 260:18,23
261:1,2,3,4 264:8
266:14,15,19,23
267:21 281:2,25
283:17 292:10
**exhibits**  6:1,3 7:1
7:3 8:1,3 139:17
139:25
**exist**  153:13
**exit**  33:23 34:13
35:10,15
**exited**  276:3
**exiting**  105:15
**expect**  42:12 43:10
43:17 127:5,9
129:18 142:18
230:6 242:12
244:14 245:10,25
**expected**  127:4
**expecting**  201:20
**expedia**  134:4,9
136:23 144:5,15
249:25 250:5
**expedia.com**
145:15
**expedia.com.**
133:18
**experience**  116:4
248:4
**experienced**  29:24
248:7
**experiences**  30:2
248:4
**experiencing**
248:8
**expert**  78:8,22
79:23 127:25
128:1 230:3 240:1
240:12 241:5,6
245:13 262:25

263:4,6
**experts**  78:16
88:14 90:4 92:7
92:16 110:19
263:13
**explain**  103:16
**explained**  179:16
**explains**  216:18
**explanation**
216:24 217:1
**explicitly**  211:3
**explorer**  119:21
119:23 120:1,5,12
122:13
**extent**  15:6 76:16
77:25 80:12 88:11
89:7 90:19 106:19
110:5 123:1
162:25 205:20
236:25 240:14
251:15 252:24
275:6
**extra**  106:15
**extremely**  31:6
**eye**  41:13

**f**

**facebook**  263:19
263:22
**facilitate**  25:19
100:6
**fact**  67:16 73:4
78:3,6 80:7,9
81:20 82:11,12
84:13 85:19,23
88:6 90:3 91:4
229:19 239:14
257:19 263:21
**facts**  88:4 91:21,24
241:21
**fair**  32:14 37:8
41:2,3 102:22

104:3 199:3
200:15 227:18,18
**falls**  166:18
**false**  137:14,17,23
137:25 138:2,7
221:14,15
**familiar**  35:21
36:1 67:16 107:13
156:3 158:8,14,23
161:7 201:12
204:5 207:3,10
215:5,23 259:4
**far**  13:6 69:1
211:20
**farrow**  26:22 27:4
**feature**  104:17
105:19 107:25
111:8 118:20
**february**  1:16
2:18 6:23 9:2,6
17:2 140:15
160:16 293:9
294:6 295:22
296:3,5
**federal**  295:19
297:1,8,9
**feel**  13:4 32:8 43:3
112:12 228:5
284:25 285:1
**felt**  248:8
**fifth**  58:19 193:13
**figure**  132:20
194:7
**figured**  12:4
**file**  214:20
**filed**  9:16 29:10,12
65:9 66:22 95:15
230:13 239:17
**files**  105:16
**final**  81:15

[financial - friday]

financial   53:20
financially   10:3
find   32:7 97:21
    102:11 107:25
    108:1,9 109:6
    167:7 221:20
    248:14
findings   29:2
fine   46:2 57:15
    81:2 98:4 172:20
    172:23 176:20
    199:3 200:25
    202:17 217:18
    247:7 261:14
finish   62:20
    126:11 226:1
    247:4
finished   12:21
    28:20 39:4 179:2
    201:14 222:1
    242:18 260:10
finishes   55:16
firewall   111:21,22
firm   9:22 10:1
    27:24 28:8,12,14
    29:22 87:3 88:24
    90:10,14 92:20
firm's   93:9
firms   30:6 95:6,7
first   7:8,21 14:25
    17:3 30:13 52:8
    55:3 67:13 68:5,7
    68:10 69:5 114:9
    117:24 119:3
    140:2,9,14 147:10
    152:25 153:1
    156:16,16 157:1
    167:14 179:12
    196:5 198:3
    204:14 208:8,20
    215:24 218:17

237:14 264:11
    269:9 272:6
fish   97:3
fit   178:20 289:19
fitting   137:21
five   17:11,11
    126:16 197:19,21
    198:9,15,19,22,23
    199:7 247:8
flexner   3:4 10:16
flight   134:15,22
    135:15,17,25
    136:5,11,16
    144:12
floor   3:7,15 4:7
    220:17
florida   3:8,16
flow   64:23 65:5
fluctuate   135:15
fly   248:21
focus   268:19
focused   61:22
    88:19 279:9
folks   25:19
follow   18:5 30:4
    34:1,17 67:9
    247:22 273:11
    286:6 291:18
followed   117:8
following   53:5
    84:7 237:5
follows   11:4 296:8
font   197:14 242:10
    244:13,24
fonts   242:22 243:1
    245:8
foregoing   294:5
    295:5,17
form   28:5 29:19
    32:22 38:23 39:9
    39:10 40:2 42:21

43:24 44:20 50:15
    55:14 58:9 63:14
    65:1,2 66:8 70:2
    71:9 72:17 73:5
    73:20 74:18 76:15
    77:12 78:13 79:4
    80:3 88:10 89:5
    89:19 90:16 91:8
    92:1 104:12
    105:21 106:8,19
    107:3 108:21
    109:7,23 120:6
    123:11 124:5
    127:24 128:18
    129:24 130:20
    131:4 132:3
    135:10 136:7
    138:11 139:1
    141:22 142:21
    143:22 144:13,23
    145:17 146:9
    147:23 148:13
    149:18 150:12,19
    151:13,15,19
    162:25 163:20
    164:5 165:2 167:1
    168:5,22 171:15
    184:25 192:15
    195:3,12 196:12
    197:2 199:12
    200:3,16 202:17
    205:9,20 210:14
    211:5 212:11
    223:18 224:5
    226:10 227:19
    230:1,21 231:5,15
    232:17 236:6,14
    236:20 237:13
    239:2,25 240:11
    240:20 241:2,20
    245:12 246:18

250:20 254:1,19
    256:21 258:5,12
    259:25 262:24
    265:16,21 269:5
    270:4 272:10,24
    274:2 283:5
    288:18,25 289:17
    290:15 291:7
formal   30:24
formed   151:14
former   76:8
forms   239:16
forth   295:9
forthepeople.com
    3:18
forward   37:12
    51:22 52:6 99:24
found   32:7 92:7,16
    101:9 102:7 104:6
    110:19 116:5
    179:19 263:13
foundation   18:2
    141:23 145:2
    192:16 241:21
    245:13 283:6
    284:3
four   68:5 193:13
    197:19,21 198:8
    203:8 270:11,16
    270:20 271:7,17
    273:10,12
fourth   58:20
franklin   3:15
frankly   124:25
frcp   297:1
free   13:4
frequently   46:17
fresh   147:4
friday   1:16 2:18
    9:2

Veritext Legal Solutions
866 299-5127

[friend - google]

**friend** 115:19
**front** 14:21 24:13
  30:25 51:14 52:2
  61:12,17 62:1
  63:7 68:3,14
  146:24 147:1
  150:8 152:18
  157:14,19 158:17
  160:21,21 165:10
  165:18,19 168:1
  170:20 177:16,18
  182:24 183:2,14
  184:12,23 185:16
  186:15 187:18,19
  188:1 192:3,20,24
  193:7,8 202:9,16
  203:16 204:10,14
  206:25 207:1
  214:19 219:16
  255:15 256:3
  261:3 264:8
  266:20,23 283:18
  283:21
**fruit** 38:12
**fruits** 40:20 41:1
**full** 11:9,20 141:2
  147:10 187:4
  199:22 208:8
**function** 245:2,7
**further** 103:2
  276:18 286:5,7
  292:4 293:1,2
  295:13,17
**future** 108:20

**g**

**gao** 4:6 10:14
  181:4 255:24
**general** 17:24 44:2
  44:3,23 134:18
  233:7,19,21,25
  234:2

**generally** 40:6
  43:7 51:13 113:3
  161:3 167:21
**getting** 23:12 83:8
  94:25 112:23
  113:7,11 126:6
  144:19 243:16
  247:12 249:24
  250:25 288:14
**give** 28:19 31:14
  55:15 63:17 70:25
  71:8,12,23 72:3,19
  74:8 76:3 78:8,9
  78:21 79:8 87:4
  92:5 100:19
  112:15 113:6
  125:14 128:14
  130:6 132:1,10
  135:6 144:21
  154:9 155:14
  164:15 174:22
  222:12,19 226:7
  231:19 249:11,17
  258:8 279:8
  290:11
**given** 21:6 30:24
  36:14,15 75:14,17
  75:19 81:1 83:7
  124:24 128:6
  222:25 223:4,10
  224:3,8 235:15
**giving** 20:11 57:13
  128:23 134:6
  155:9
**gmail** 117:1,6
  122:9 153:6
  156:23 157:10
  169:21 211:15
  212:8,13,18 213:3
  213:7,10 235:17
  235:20,22 236:2

259:14,16,24
  260:6 269:25
  270:3,8,8,13
**gmail's** 212:6
**gmail.com** 153:17
  153:25 154:5,13
  154:18
**gmail.com.** 153:15
**go** 9:11 15:7,12
  33:15 34:24 39:5
  39:16 47:19 48:1
  48:4,4,5 51:22
  52:6 58:23 62:15
  62:19,19 68:25
  70:20 72:21 77:3
  82:23 85:8 87:1
  96:17 99:24 103:2
  104:13 108:23
  110:18 115:13
  126:13 129:13
  132:19 133:20
  147:16,17 148:3
  169:23 170:2
  174:15 175:14
  176:17 178:25
  181:1 183:5 186:5
  188:7 201:15,17
  201:24 220:7,21
  225:25 226:1
  237:17 242:2,4
  250:4 251:12
  266:3 267:24
  268:2 278:10
  279:19 281:1
  282:16 291:20
  293:4
**goal** 15:17 136:14
**goes** 178:1
**goggle** 219:7
**going** 12:12,19,21
  13:9,9,10 14:18

15:13 17:3 19:3
  20:16,18 21:4
  34:20 47:11,14,21
  51:10 58:2,18
  63:2 66:13,14
  67:7 68:4 76:6
  81:11 85:1 87:9
  89:9 90:18 95:2
  95:12 96:16
  107:11 115:1
  119:11,13 126:3
  133:4,7 139:16
  140:8 141:3 142:8
  152:13 157:6,7
  158:11,13 160:13
  166:4,4 169:14,18
  169:25 172:2,17
  174:1,13 175:2,10
  178:2,19 201:6,16
  207:24 214:15
  232:11,13 237:16
  244:18 246:22
  247:2,4 248:12
  252:14 253:4
  255:11 260:11,19
  266:13 278:21
**good** 9:4 10:10,15
  11:8 14:18,20
  47:20 85:6 122:1
  169:24 201:21
**goog** 6:11,16,19
  7:14
**google** 1:9 2:9 6:15
  7:11,13 9:16
  10:12 24:2,3
  42:11,14,18,18
  43:4,17,18,20,22
  44:4,6,6,11,12
  57:17 58:2 60:15
  60:20 61:1,6,7,8
  62:5,13,23 63:2

**[google - harmed]**

| | | | |
|---|---|---|---|
| 64:8,15,24,25 | 188:24 189:25 | 268:23,24 269:10 | **gosh**  69:12 156:10 |
| 65:12,19,20,25 | 191:15 192:1 | 269:17,21,24 | **governmental** |
| 66:2,5,19 67:5,16 | 193:10 194:1,16 | 270:9 276:2 277:4 | 30:25 |
| 69:22 77:5,8,21 | 194:23 195:18 | 277:12,21 278:1 | **governs**  223:25 |
| 78:3,11 79:2,11,15 | 196:7,9,15,16,20 | 281:23 282:22,24 | **grabbing**  24:6 |
| 80:9 81:20 85:19 | 196:23,25 197:3 | 282:25 283:2,2,4 | **great**  12:8 132:15 |
| 85:24 86:18 87:25 | 202:21 203:6 | 283:12 284:1,7,20 | 170:8 |
| 88:6 89:3,17 90:2 | 204:3,15 205:5,18 | 285:1,2,5,20,22 | **groceries**  38:2 |
| 91:4,18 92:8,17 | 206:2,11,15,17 | 286:2,11,14,14,17 | 39:20 40:9,25 |
| 107:16,19,24 | 209:17,19,20,24 | 286:18,22 287:2,3 | **grocery**  38:22 |
| 108:6,7,17 109:4 | 210:1,3,4,7,8,10 | 288:6,11,21 289:2 | **groom**  210:22 |
| 109:16,18,21 | 210:16,17,22,25 | 289:3,5,25 290:2,3 | **ground**  12:1 |
| 110:24 114:14 | 211:2,2,8,13,15,17 | 290:7 291:9 | **guess**  33:21 79:21 |
| 116:17,24 117:6 | 211:21,23 212:3,6 | 292:21,22 293:3 | 84:4 100:9 154:7 |
| 118:4 123:9,19,21 | 212:7,7,8,13,15 | 296:4 298:1 | 175:12 198:11 |
| 123:25 124:12 | 213:6,7 215:16 | **google's**  6:20 | 228:22 |
| 125:4,17,20,23 | 219:2,7,14,20,24 | 57:24 63:3,3 | **guest**  208:4,12 |
| 127:12,14,19,21 | 221:19 222:9,12 | 64:19 66:3,25 | **guide**  69:4 |
| 128:9,13,16,20,25 | 222:15,19,25 | 69:14 88:4 91:16 | |
| 129:2,6,10,20,20 | 223:5,6,7,10,14,16 | 110:22 117:25 | **h** |
| 129:22 130:10,13 | 223:22,25 224:3 | 122:22 123:4 | **h**  133:12 298:3 |
| 130:14,17 131:1,7 | 225:5,10,14,17,19 | 137:21 160:14 | **habit**  37:7,10 |
| 131:11,13,15,20 | 226:8,12,13,17,22 | 162:1,11 200:9,14 | **half**  26:17 |
| 132:1,10 142:14 | 228:7,8 229:1 | 200:23 203:19 | **hand**  69:1 215:18 |
| 142:22,25 143:6 | 230:7 231:11,12 | 204:21 205:19 | **handled**  296:8 |
| 149:25 150:2 | 231:20,25 232:8 | 212:19 221:20 | **handwritten** |
| 151:1,5,14,20 | 235:20,22 236:1,3 | 228:9,23 229:8,17 | 24:12 |
| 152:4,6,14 153:20 | 236:12,18 239:12 | 229:22,24 230:12 | **hanna**  1:24 2:18 |
| 155:17,19 157:2 | 239:16,23 241:18 | 232:14 247:24 | 9:25 295:2,25 |
| 158:10 159:1,6,11 | 241:18,24 242:12 | 276:24 277:15,20 | **happen**  22:8 29:13 |
| 159:21 160:4 | 242:13,13,21 | **google.com**  123:20 | 117:4 127:5 |
| 161:5,13,23 162:9 | 243:2 244:12,14 | 123:24 124:12,23 | **happening**  20:5 |
| 162:10,14,17,24 | 244:22,25 245:18 | 125:3,11,14 | 217:22 220:4 |
| 163:9,19 164:2,20 | 245:20 246:11,15 | 129:17 131:3 | 248:23 |
| 164:23 165:1 | 249:2,4,15,19 | 142:19 143:5 | **happens**  235:12 |
| 166:2 170:18 | 250:18 253:19,25 | 282:19,21 288:5,8 | 263:3,4 |
| 171:8 177:22 | 254:6,13,23 255:3 | 288:16,24 289:16 | **happy**  39:17 |
| 179:10,20 181:24 | 259:8 262:8,8,12 | 290:13 291:3 | 220:17 |
| 181:25 182:9,21 | 262:16,18,20 | **google.com.** | **hard**  97:12 188:22 |
| 182:25 183:15 | 263:7,8,11,16,19 | 123:18 124:10 | 203:2 |
| 185:11,11 188:4 | 263:21,22 268:12 | 142:18 | **harmed**  230:11 |

[head - incognito]

**head** 134:1
**header** 52:20
  176:6
**heading** 58:24
  140:10,14 157:23
**hear** 13:2,3 98:12
  106:12 137:10,19
  176:23 224:21
  227:1
**heard** 12:3 39:15
  54:23 108:16
  195:23 202:18
  225:13 227:11
**hearing** 94:5
**heart** 114:7
**heeding** 238:19
**held** 9:19 26:11
**help** 189:12
**helpful** 21:11,12
  61:19 67:19,22
  78:25 108:10
  112:10,13,14,18
  112:22 113:5,8,12
  157:5 198:12
  205:16 207:15
**henry** 133:11,12
**hereunto** 295:21
**hey** 92:25 176:21
**hidden** 137:5
**hide** 141:4 142:9
**highest** 26:5 27:11
**hired** 88:24 90:10
  90:14 91:7
**history** 33:13
  119:18 216:2,10
  216:15,21 217:21
  218:12,15 228:1
  264:12,15 270:15
  274:14 275:11,12
  275:16,21,23

**hit** 125:11,18
  201:18
**hitting** 160:8
**hmm** 60:21 76:11
  77:3 86:10 93:22
  116:22 135:3
  137:25 139:14
  143:15 166:1
  183:5 248:12
  276:1
**hold** 59:2 156:4
  238:13
**holders** 109:17
**holidays** 112:20
**home** 11:9 120:24
  121:2 266:11
**hope** 133:4 136:17
**hopefully** 81:15
  156:14
**hopes** 288:14
**hosts** 215:17
**hotel** 248:20
**hour** 23:4 47:22
  95:12,20 126:4
  170:1,7 201:18
  247:3
**hours** 13:10 17:9
  17:11,13
**how's** 126:14
**hyper** 165:3
**hyperlink** 174:21
  174:21,24 175:3
  175:13 276:14
**hyperlinks** 164:6
  165:4,7,13,14
  171:17 172:17
  173:24 174:7,17
  174:19 178:5,7,17
  192:18,18,19
**hypothetical**
  76:16 228:15

**i**
**icons** 198:23,24
**identified** 73:18
  210:9 225:9
**identifies** 175:3
**identify** 33:1 53:7
  54:12 174:3,3
  180:15 184:11
  217:16
**identifying** 196:2
**identity** 54:5
  137:8,9,14,17
  138:1,1,2,3
**images** 242:8
**imagine** 37:1
  170:1 229:12
  230:17
**immediately**
  113:20
**impaired** 104:11
  104:14
**important** 12:16
  31:3,5,6 38:14,19
  38:25 39:21 40:9
  40:12 41:17,20
  42:3 43:3 44:9
  45:4,11 95:24
  108:16,19 213:14
  213:25 214:4
**impression** 122:17
  122:19
**improper** 63:18
  145:17 232:15
  243:17
**improperly** 65:21
**incapable** 63:21
**include** 165:3
  189:17 270:8
  289:23
**included** 171:18
  296:14 297:3

**includes** 190:10
  268:24 284:1
**including** 59:22
  84:15 96:14 107:3
  143:5 164:6 178:4
  218:18 221:12
  292:17
**incog** 269:13
**incognito** 6:9,14
  28:2 33:7 40:3
  42:22 43:25 44:21
  49:21,24 50:2,5,9
  50:13,21,24,25
  51:2,5,9,11 56:13
  56:18,22,22,25
  57:16,20,25 58:8
  58:14 61:9 62:23
  63:11 64:11,13,21
  65:11 66:4 88:7
  91:19 92:9 99:12
  99:14 101:1,2
  117:20,20,22
  118:3,5,10,13,16
  118:20,24 119:1,2
  119:4,9,12,13
  123:6,18 124:7,10
  124:11,18 125:2
  125:10,23 129:17
  130:5,7,8 132:1
  133:10,21 134:4
  134:25 135:7,13
  136:3,9,9,13,23
  137:1,4,13,16,21
  138:4,10,20 139:5
  139:8,13 140:10
  141:4,13,19 142:9
  142:16,18 143:1,6
  143:8,25 145:4,16
  146:3,8,12 147:12
  148:7 149:2 150:7
  150:9 191:21

Veritext Legal Solutions
866 299-5127

**[incognito - information]**

192:10 193:10
194:4,9,14,19,24
195:8,18,25 196:2
196:17 197:5,23
198:1,13,14 199:4
199:19 200:1,1
208:3,11,18 209:6
213:24 214:3
216:8,12 217:24
218:10,10 219:11
220:2,3,11 221:15
221:19 222:6
223:5,6,11,17,25
224:4 225:6,11,15
225:23 226:3,8,13
230:6 231:11
232:4,16,22 233:5
233:15 234:12,21
235:1,7,10,15
236:11,13 239:18
241:15,17 246:4
246:12,14 247:25
248:9,11,18 249:1
249:22 250:24
254:7,8 255:4
259:8,13 260:4,6
260:12,16 261:10
268:14,22,25
269:11,17,20
271:5,21 272:2,5
272:14 273:18,25
274:9,23,25 277:1
277:4,23,24 278:2
280:24 281:7
283:3,7,14 285:22
286:3,18,23 287:2
287:13 289:3,5
292:23
**incomplete** 76:15
172:18 173:20
175:11 178:21

179:5 185:19
186:4,6,23 199:1
**incor** 163:6
**incorporated**
163:7
**incorporates**
162:23
**incorrect** 155:6,7
225:11
**independently**
185:23
**index** 5:1 6:1 7:1
8:1
**indicate** 80:22
231:8
**indicating** 76:12
**indication** 229:16
229:22
**individually** 1:5
2:5
**indulge** 13:12
**inform** 52:14
**informa** 45:20
**information** 6:15
15:19 20:19 21:2
21:4 32:11 38:15
38:18,21 39:19
40:10,14,17 41:7
41:14,18,23 42:5
42:11,17,19 43:4
43:11,16,23 44:11
44:13 45:3,4,16,20
46:7 52:14,15,16
52:20 53:6,8,9,14
53:20,24 54:2,10
54:11,24 55:1,23
55:24 56:2,3,4,12
56:13,16 57:3,14
57:18 58:1,16,20
58:21 59:6,18
60:2,18,19 61:2

62:14,24 63:4
64:15,22 65:13,19
65:20,24 66:4,19
71:2,4 72:4 73:9
74:15 75:9,10,19
76:20 77:4,6,7,22
78:3,11 79:11
81:1,21 82:18
84:18 86:2 88:7
91:1,6,19 92:8,17
95:22 99:2,7
107:19,24 108:7
109:5 111:6 118:5
119:10 120:4,10
123:7,9,15,22,25
124:14,19 125:8
125:19,21,24,25
126:20 127:7,9,12
127:15 128:5,10
128:14,17,23
129:21,22 130:18
131:1,8,12,15,22
131:24 132:5,10
134:10,13 135:24
136:21 138:3,6,7,8
138:18 139:4,7,9
139:12 142:15,19
144:12 146:12
147:17,19,21
148:8,12 149:3,12
149:16,23 150:2
150:10,17,18
152:15 154:17
159:6 164:3
166:16,17 171:22
172:6 173:23
174:19,23 176:7
179:8,16,19 188:6
189:7 190:4,10,24
190:25 191:1,5,6,8
191:11,16,22

192:10 193:11,21
194:2,4,23 195:9
195:11,19 196:8
196:10,16,21
197:1,4 198:21
199:23 200:6
203:3,13 206:17
208:10,13,17,19
208:24 209:5,10
212:25 213:2,4,9
213:11,22 215:20
222:16,19,22,23
223:1,4,7,9,12,14
223:15,22 224:2
225:6,9,14,17,20
225:24 226:7,14
226:17,22,24
227:3 228:1,13,20
228:24 229:2,5,16
229:24 230:14,18
231:2,4,7,12,13,20
231:22 232:1,2,7,8
235:8,23 236:2,4,5
236:10,12 242:14
244:15,22 245:19
246:1 248:24
249:5,16,20,21,22
250:1,11 251:5
252:10,12,19
253:19 254:6,24
255:4 257:2
258:19,23 259:21
261:22 262:4,9,19
262:20 263:11,17
263:20 264:15
267:18 268:11
277:11,17,21
278:2 281:8 283:8
283:14 285:8
286:3,23 287:13
292:22

[informed - know]

**informed**  91:13
**informing**  113:1
**initial**  36:16 151:4
**initialed**  294:8
**initially**  37:11
  51:8 91:13
**initiate**  49:25 50:4
**ink**  294:8
**ins**  214:25
**insert**  199:11
  265:20
**inserting**  148:19
**insofar**  95:9
  178:16
**instances**  102:14
  102:17
**instruct**  19:3 20:5
  20:15 28:23 82:5
  87:4,9 89:9 90:18
  251:14 275:4
**instructed**  5:8
  28:13 237:15
**instructing**  18:21
  20:2 81:12 110:7
**instruction**  84:8
  238:17
**instructions**  20:12
**instructs**  12:24
**int**  95:13
**intend**  201:23
**intended**  67:11
**intending**  18:23
**intercept**  182:1,21
  182:25
**interception**  67:1
  69:15
**interchangeable**
  212:9,21
**interest**  85:2
**interested**  10:3
  70:20 111:10

148:4 295:15
**interests**  77:18
**interface**  158:16
  158:16
**interference**  9:9
**interjected**  20:17
**interjecting**  95:13
**internet**  26:2
  32:17 33:12 53:23
  76:21 119:21,23
  120:1,5,12 122:5
  122:13 141:5
  142:10 149:25
  232:21 246:23
  281:21
**interpret**  193:24
**interpreting**  194:3
**interrogatories**
  7:22
**interrogatory**
  185:2 256:8,11
  257:7
**interrupt**  18:7
  55:20 267:21
**interruption**  31:21
  82:2 93:12 94:9
  94:14 97:9 98:10
  174:11 224:15,18
  238:12 243:25
  244:17 251:11
  269:16 274:21
**introduce**  67:11
  139:16 152:8
  157:6 169:13
  201:6
**introduced**  12:10
  178:12 214:16
**introducing**
  160:14 178:14
**invisible**  138:10
  138:15,16,21,22

141:3,13,15,18,20
  142:7
**involve**  84:25
**involved**  27:21
  29:17 30:9,17
  93:7 282:9
**ip**  228:2
**irrelevant**  244:20
**irrespective**  43:7
  278:3,7
**island**  133:15
**issue**  64:23 95:10
  194:7 239:11
**issues**  15:21
**item**  54:9
**itinerary**  135:19

**j**

**j**  3:14
**james**  14:3
**january**  6:25 7:5
  154:21 171:2
**jeremy**  1:4 2:4
**jetblue**  136:23
**jetblue.com**  134:4
  134:10
**jetblue.com.**  134:2
**job**  1:25 296:5
**jobs**  26:7 27:2
**jog**  114:21
**joined**  10:14 282:2
**jomaire**  4:5 10:11
  19:3 20:14 28:18
  39:1 47:19 55:16
  59:3 67:7 72:20
  82:22 92:25 93:1
  93:1 97:7,11
  124:3 126:3
  127:23 141:24
  158:11 164:4
  169:23 171:16
  178:3 220:12

243:15 246:25
  267:20 296:1
**jomairecrawford**
  4:10 296:2
**jumped**  13:3
**june**  184:3
**junk**  100:4,6
  106:24 107:1,1,3,3
  107:4,6,6
**jurat**  294:1
**justifications**
  91:25
**justify**  91:22

**k**

**keep**  33:9 105:14
  134:6 243:9
  248:12 264:11
**keeping**  206:17
**kept**  230:8
**killi**  257:15,20,20
  258:3,4,11,18
**kim**  1:24 2:19 9:25
  12:10 13:2 295:2
  295:25
**kind**  20:10 26:21
  30:14 53:22 65:24
  67:4 71:17 97:3
  155:22
**kinds**  112:2
  154:10
**kitchenware**
  46:24
**knew**  103:8,10
  129:2,10 256:15
  286:14
**know**  12:10 13:3,4
  13:12 15:17,21
  16:17 18:22 20:8
  20:11 21:1 23:13
  28:9,10 29:6,13
  31:13,15 32:11,18

Veritext Legal Solutions
866 299-5127

**[know - legal]**

35:17,19 36:18,21
36:24 37:4,10
38:14,19 39:21
40:10 43:3 44:9
47:1,16 48:16
49:7 51:15 52:4
52:24 54:20,23
57:19,25 58:7,13
58:14,25 59:11
60:11 61:18,24
62:12,22 63:24
64:10 65:17 67:15
72:6 79:23 80:1,2
81:8 87:24 88:2
89:24 97:1 100:21
101:9,11 102:1,15
104:16,21 106:1
109:10,12 112:9
112:16 114:7
115:18 117:5
119:1 121:21,23
122:14 125:20
127:14,19,21
128:9,16,20,25
129:1,10,21
130:10,14,14
131:13,14,15
135:6,16,16,20,21
136:12 137:1
139:4,24 140:4,20
141:21 143:1,9,10
143:13,17,19
144:1,3,6,16,18,21
145:6,12,15
146:23 147:2
152:5,17,22
154:25 155:20,21
155:24 157:13
160:20,23 161:2
166:12 169:6
170:19 173:25

175:7,17 177:15
177:24 178:17
179:1 180:12
182:12 186:1,12
186:23 187:17
188:10 190:18
197:10 198:16
199:9 200:5,6,11
201:19 206:24
207:12 209:8
211:20,25 213:12
213:15 214:1,4,18
222:21 223:21
225:12 227:5,11
227:20 228:14,14
228:15,17,20
231:18 234:5
236:16,18,19
239:1,4,14 240:15
240:16 242:1,16
246:11 254:5
255:14,18 256:18
257:2 258:3,8,17
260:3 261:2,6
263:3,4 264:4
265:12 266:19
267:11 271:20
273:17,18 277:3
278:7 280:10
281:3 283:18,22
285:14 287:16
289:2
**knowing**  32:12
45:4 107:22 136:4
136:10,15 144:9
280:13
**knowledge**  78:19
78:20,22 79:1
80:23 83:10,13
84:13,16 86:2,18
107:2 111:17,20

204:16 227:16
228:25 237:9,10
237:20 241:6,10
276:13 291:6
**known**  70:7 78:3,6
80:7,9 81:20
82:11,12 84:12
85:19,23 88:4
90:3 91:4 118:15
**knows**  57:24
127:12

**l**

**l**  133:12
**l.a.**  133:20
**la**  24:23
**lab**  24:20,23,25
25:14
**labeled**  208:3
273:5
**labs**  25:14,15,18
25:20
**lack**  141:22 145:2
192:16 241:20
**lacks**  245:12
**lag**  220:17
**laid**  163:9
**language**  63:23
141:25 182:3,8
203:25 210:21
273:25
**laptop**  121:2,3
**laptops**  120:20
121:9
**lar**  197:14
**large**  279:2 280:1
**larger**  197:14
**lasted**  17:8
**late**  126:6 155:3
247:12
**law**  28:8,12,13
29:22 30:6 88:23

90:10,14
**lawsuit**  29:10,17
65:8,22 66:25
69:6,12,14 77:9
90:21 114:7
205:17 230:12
232:11,23 237:21
277:5,5,8 280:21
282:2
**lawyer**  94:7
**lawyers**  15:7
16:11,13,21 30:6
30:14 80:13 86:3
86:20,23 87:4
89:2,16,21 91:6
92:13,18,20 93:15
282:8,12
**lay**  78:9 241:9
**layer**  106:6,17
**laying**  18:2
**layout**  158:23
**leading**  277:6
279:6,7,12 280:15
282:14
**learn**  109:2 137:6
146:15 246:4
276:6,14 277:5
**learned**  202:20,22
241:11 277:7
**learning**  111:10
**leave**  83:25
**led**  65:11 66:2
251:5
**lee**  14:3
**left**  69:1 215:18,21
**legal**  6:4 9:23 10:1
76:17 88:11
106:20 123:1
151:16 163:1
205:21 296:7

Veritext Legal Solutions
866 299-5127

[legible - manage]

legible  176:3
letter  98:3
letting  48:16 68:10
  187:17
level  26:5 27:11
  74:6 107:10,12
levels  72:2 73:10
lhk  1:4 2:4 9:18
licks  165:4
life  138:7
liked  115:14
likes  77:18
limit  178:9 208:9
  208:10,23
limited  18:7 61:21
  81:21 82:13 83:10
  86:2,19,22 104:11
  165:9 172:9
  208:18 209:5,9,9
  286:6
line  5:9 47:20 54:9
  68:12,25 69:4
  147:10 169:23
  182:6 201:17
  296:15 297:4
  298:4,7,10,13,16
  298:19
lines  52:12 68:6,7
  181:21 182:4,8
  191:19 287:18
link  199:2 235:8
linked  239:12
links  172:1,4
  173:16 179:6,7
  187:1 199:24
  200:6
list  55:23 113:15
  113:18 199:19
listed  53:10,11
  115:3 142:1 156:2
  191:5 197:19

198:1,9,15,19
199:8 276:11
290:2,8 291:9
listened  237:17
listening  93:20
lists  59:19 142:10
  154:18 272:19
  281:13
litigation  30:3,18
  88:1 181:17
  238:24 239:10
  278:14 280:5
little  23:4 27:1
  59:2 112:8 126:4
  135:12 169:25
  247:3
llc  1:9 2:9 9:16
  10:13 296:4 298:1
llp  3:4 4:4
load  47:14 243:1
loaded  255:19
loading  139:23
  152:13 157:17
local  218:12,15
located  9:20 24:23
  24:25 215:13,14
location  70:16
  72:8 77:17 134:18
locked  296:12
  297:1
log  259:23
logged  122:9
  129:9 153:24
  259:7,12 260:4,15
logging  260:6
long  13:10 17:8
  23:3 25:2 26:15
  26:24 27:8 47:23
  68:6 110:14
  132:17 133:15
  176:1 279:20

longer  14:6 183:20
  184:7
longislandmediu...
  143:17
look  61:19 68:5
  109:11 111:12
  121:22 135:15
  140:9 146:20
  152:21 155:25
  156:3 158:3,7,23
  172:5 175:17
  177:23 190:2
  207:3,6,25 212:17
  214:17 215:5,22
  243:5 255:22
  257:8 261:5 273:4
  283:16 292:9
looked  22:9,13
  31:17 34:20 35:24
  108:3,3,12 109:2
  136:11,15 143:13
  203:24 204:24
  212:17 287:20
looking  32:9 35:18
  38:2,11 40:9,19
  46:22,24 47:8
  51:14 53:23 54:20
  56:15 61:15 68:9
  68:21 70:10,20,20
  70:21 88:14 90:5
  108:24 113:18
  117:21 124:20
  135:17 148:2,3
  192:2 193:15
  248:21 249:21
  251:1,2 267:22
looks  158:13 161:3
  161:3,7 186:21
  199:25 267:2
los  1:17 2:16 9:1
  9:21 11:11 27:18

lost  279:20
lot  39:15 230:16
loud  166:14
loved  115:19
lower  71:21
ludicrous  245:17
lunch  126:5,12,15
  132:18,24 133:4

m

m  153:12 154:17
  169:20
▇▇▇▇▇
  153:15,17,25
  154:6 157:2
ma'am  59:15
  229:6 250:16
mac  120:22 121:1
  121:3
macy's  113:22,24
  114:1 233:9 234:3
  234:6
maddening  29:25
madison  4:7
mail  87:17 100:4,6
  129:9 131:14,21
  153:2,4 154:10,10
  154:11,13 259:13
  259:15 260:14,15
mails  107:1,3,6
  259:21
maintain  73:3,9
maintains  241:24
majority  176:2
making  122:7
  178:10 183:21
  243:8 253:9 257:4
  264:5
man  25:10
manage  107:18
  108:7

[management - mischaracterizes]

**management** 59:24

**manager** 25:5,7,25 26:8

**managing** 25:8,10

**manually** 102:5

**mao** 3:6 10:18 92:25 93:2,4,7,20 93:24 94:2,6,12,17 94:21,24 95:4 96:5,14,24 97:3,6 97:11,14,18,24 98:2,7,13,20 230:3 233:18

**march** 155:12,15 156:20,24 171:8 200:9,15,24

**mark** 3:6 10:18 47:11 67:23 93:1 93:1 96:4,16 97:16 157:6 169:13 181:2 187:7 201:18 247:3 255:6 273:21

**marked** 19:5 47:18 48:12 68:1 84:2 87:11 139:17 139:19,21 146:20 152:11 157:16 160:18 169:16 170:15 177:10 181:2,13 187:11 201:10 214:13 255:9 260:24 266:16 283:17 292:10

**materials** 18:25 23:10,14 61:25

**matter** 9:15 57:23 64:11 100:21

129:10 245:4

**matters** 205:3

**mcgee** 3:14 10:19

**mean** 31:10,19 33:4,14 51:11 53:19,21,23 54:6 54:16 60:24 64:18 70:6,9,11,18 72:7 74:13,16,20 75:16 76:5,6,24 79:10,18 87:21 98:16 101:16 104:10 105:13 106:25 112:12,24 121:24 124:22 137:4 138:5,23,23 141:10,19 145:3 147:15 148:21 158:3 165:25 186:2 190:22,23 193:25 194:1 196:23 197:3 204:24 208:15 209:8,9 210:2 213:3 216:6 217:6 217:9 220:16 244:18,19 245:17 245:21 265:3 267:16,17 279:7 280:14 283:3

**meaningful** 75:2

**means** 11:16 128:9 137:2,13 148:7 154:24 209:4 211:8 213:10,15 213:21 214:1 216:7,7,13,19 230:9 262:3 273:10,16,17 278:8 291:20

**meant** 204:12 213:12 286:18 287:3

**measure** 246:8,15

**media** 9:13

**medium** 28:5 31:18,19 32:3,21 133:15

**mediums** 32:9

**meet** 17:3

**meeting** 16:13 17:7,8,15,19,20 21:20 22:18,21 23:3,6,11,16

**memory** 100:9 113:19 114:21 117:4 259:3

**mention** 42:13 43:18 115:4 166:8 210:21,22

**mentioned** 15:19 22:21 30:15 33:19 43:20 48:14 50:6 63:1 64:5 75:21 87:14 89:14 92:13 111:8 115:15 116:18,20 119:19 120:15,22 121:6,8 134:24 142:17 148:5 166:23 178:3 198:13,14 199:5,19 213:20 219:1 233:7,25 240:4 249:23 250:12 260:21 263:8 270:21 275:15

**mentioning** 64:12

**mentions** 42:16 63:11

**message** 6:9 140:11

**met** 16:6,8,11,20 16:25

**metadata** 6:12

**mgao** 3:11

**miami** 3:8

**microphones** 9:7

**middle** 39:10 203:8 232:10

**millions** 189:12

**mind** 12:6 22:1 24:6 45:16 46:1 48:15 49:20 60:13 62:2,3 68:9 70:1 70:23 72:16 98:16 99:13 113:21 116:12,25 147:4 155:9 187:16 210:2 265:17,25

**minded** 108:15

**minimal** 241:14 241:14

**minimum** 128:9 243:10

**minute** 119:13 247:8 273:20

**minutes** 47:25 126:13,14,16 170:5 247:15 291:16

**mis** 237:14

**mischar** 28:15

**mischaracterizes** 50:16 74:19 89:6 89:20 91:9 105:22 109:24 150:20 163:11 167:2 199:12 200:17 205:10 230:2 231:6 237:14

Page 24

[mischaracterizes - move]

284:10
**mischaracterizing**
  185:1
**misrepresentation**
  218:1 222:6
  273:15
**missing**  171:22
**misspeak**  204:22
**misspoke**  196:18
  204:12
**misstates**  148:13
  148:22 232:17
  269:5 270:5 274:2
  284:21
**misunderstanding**
  103:6
**misunderstood**
  244:10
**mm**  60:21 76:11
  77:3 86:10 93:22
  116:22 135:3
  137:25 143:15
  166:1 183:5
  248:12
**mobile**  25:15,17
  25:18 120:16,20
  121:14,25
**mode**  6:14 33:7,19
  34:10,10,13,17
  40:3,4,16,21 42:22
  42:23,24 43:2,7,25
  44:1,21,21 47:2,3
  47:4,5 49:10,12,14
  49:19 50:3,5,9,14
  50:25 51:2,5,9,11
  56:11,13,18,22,25
  57:1,9,16,20,21,25
  58:8,8,14,14 61:1
  61:4,6,9 62:8,12
  62:23 63:12,13
  64:4,10,11,12,13

64:16,21 65:11
66:4 67:3 69:17
76:25 88:7 91:19
92:9 99:12,12,22
99:22 100:1 101:2
101:2 117:20
118:5,10,14,16,20
118:24 119:1,2,4,9
123:6,10,18 124:6
124:7,10,18 125:2
125:23,23 129:17
130:5,7,8,19 132:1
133:10,21 134:5
134:25 136:10,13
136:23 138:4,10
138:20 139:5,8,13
142:16,18 143:1,6
143:8,8,19,25
144:7,10,19 145:4
145:6,13,24 146:3
146:8,12 148:7
149:2 164:2,21,24
164:25 166:6,9,23
174:22 190:24
191:4,9,12,17,21
192:10 193:11
194:4,14,20,24
195:8,18,21,25
196:2,17,22 197:1
197:5 200:1,2
208:3,4,11,12,18
209:6 213:16,24
214:3 216:9
217:24 218:10,11
219:11 220:1,2,3
221:5,16,18,19
222:6,21 223:3,5,6
223:11,21 224:1,4
225:6,11,19 226:3
226:13 231:11
232:4,16,22,22

233:5,5,7,15,15,19
233:21,25 234:1
234:11,12,13,16
234:22 235:1,7,11
235:13,14,15
236:11,13 239:18
240:18 241:1,16
241:17 246:5,12
246:14 247:25
248:9,11,18 249:1
249:22 250:24
254:7 255:4 259:9
259:13,24 260:4,6
260:12,21 261:10
261:17,19,21
262:1,2,10,10,14
263:10,10 268:15
268:17,22,25
271:5,15,16,21
272:2,5,14 274:25
276:6 277:1,4,17
277:23,24 278:2
283:3,8,14 285:23
286:3,18,23 287:2
287:13 289:5
292:23
**modes**  99:14,23
  117:19 208:12
  213:1 260:21
  261:12
**modied**  6:24
**modified**  7:4
  171:1
**module**  126:11
**moment**  12:11
  14:24 17:21 18:11
  19:20 33:20 40:1
  44:17 63:2 67:6
  72:13 80:16 82:14
  82:19 110:4,12,12
  141:11 146:25

148:5 152:16,21
161:1 164:12
167:11 170:21
177:23 179:23
187:20 190:7
197:22 199:10
214:20 220:12
256:13 265:18,19
275:3 285:9
286:10
**moments**  14:5
**monetary**  226:18
  226:21,25 235:24
  257:16
**money**  228:6,12
  257:4
**monica**  26:20,25
**monique**  1:5,14
  2:5,15 5:3 7:6,19
  9:14 11:1,10
  20:21 40:7 54:12
  87:9 110:5,13
  127:22 129:1
  199:11 294:3,19
  296:5 298:2
**monitoring**  136:5
**month**  46:19 49:6
  155:4
**morgan**  3:13,13
  10:19,20
**morning**  9:4 10:10
  10:15 11:8
**move**  37:12 81:3
  83:4,12 84:21
  85:2 95:18 96:23
  167:9 169:11
  180:11 193:4
  206:20 214:5,8
  238:2,9,17,20
  253:10

Page 25

[moving - objection]

moving 234:5
multiple 81:6
  136:5
muted 177:2

**n**

n 3:15 133:12
name 9:22 11:9
  43:18,20 46:14
  54:5,15 55:3,4
  73:13,13,16,25
  74:6,8,9,14,20,21
  76:7 131:13,20,23
  151:23 153:2,10
  210:6 249:15
  295:22
name's 55:2
named 30:10
  233:10 259:5
names 74:14
  249:11,17
narrow 64:3
narrowly 279:9
nearby 14:15,16
necessarily 32:12
necessary 38:9
  96:2 105:18
  296:14 297:3
need 13:5,11,16
  37:22 47:24 52:6
  61:24 83:4 103:3
  121:22 131:12,13
  131:14,15 132:10
  132:18 154:8,9
  168:1 170:4
  176:18 178:18
  207:10,11 237:21
  238:6 243:1
  245:18 267:24
  291:16
needed 60:2 96:2

needs 67:13
  128:13 131:1,7,20
neither 55:3
  215:16 295:13
never 15:2 89:20
  108:2,3 111:18
  148:15,23 154:23
  155:8,17,23,23
  237:19 260:4,5,15
new 4:8,8 49:24,25
  50:4,8 115:14
  133:20 140:11
news 28:9 86:23
  87:2,13,24 89:14
  89:15,16 90:16
  282:11,13,17
nice 133:4
nielson 258:25
  259:2,5,6
nine 53:3 55:22
nip 6:9
non 34:10 49:25
  50:25 56:22 63:12
  101:2 117:20
nonresponsive
  291:13
nonwork 105:19
nope 198:5 202:16
  205:22
nordstrom 26:14
  26:16
normally 50:20
northern 1:2 2:2
  9:17
nos 6:10,16,18
  7:14
notating 296:15
  297:4
notation 96:22
note 9:7 13:9 81:2
  155:10 178:16

180:3
noted 178:11,23
  193:3 238:17
  241:4 245:14
  279:16 294:7
notes 12:12 24:12
notice 7:13 201:8
  201:13 206:23
  285:20
noticeable 122:21
notices 179:17,19
  179:24
noticing 10:9
  118:3
notification 162:8
  162:13
notifications 37:2
noting 95:17
notwithstanding
  257:9
november 17:4
  22:22,25 23:1,6,20
  278:23
ntp 140:10
number 9:18 21:6
  61:16 67:24
  131:22 156:2,3,8,9
  156:11,11 181:4
  185:8 256:9,11
  296:15 297:4
numbers 69:2
  256:5

**o**

o0o 5:13 8:6 9:3
oath 10:23 11:2,13
  11:16
objec 86:12
object 55:13
  172:17 284:9
objected 86:13

objecting 20:3
  192:16
objection 28:15
  29:19 32:22 38:23
  39:23 40:2 42:21
  43:24 44:18,20
  50:15 55:13,14,17
  58:9 63:14 65:1
  66:8 70:2 71:9
  72:17 73:5,20
  74:2,18 76:15
  77:12 78:13 79:4
  80:3 88:10 89:5
  89:19 91:8 92:1
  104:12 105:21
  106:8,19 108:21
  109:7,23 110:4
  120:6 122:25
  123:11 124:2,5
  127:24 128:18
  129:24 130:20
  131:4 132:3
  135:10 136:7
  138:11 139:1
  141:22 142:21
  143:22 144:13,23
  145:17,21 146:9
  147:23 148:13,19
  149:18 150:12,19
  151:15,22 162:25
  163:11,20 164:5
  165:2 167:1 168:5
  168:22 171:15
  173:15 175:11
  178:3,10,16
  184:15,25 192:15
  193:2,3 195:3,12
  196:12 197:2
  199:10,11,12
  200:3,16 205:9,20
  206:6,12 207:18

Veritext Legal Solutions
866 299-5127

[objection - okay]

| | | | |
|---|---|---|---|
| 210:14 211:5 | october 154:1 | 50:10,20 51:3,14 | 156:7,12 157:5,18 |
| 212:11 223:18 | offensive 32:8 | 51:24 53:1,17,25 | 157:21 159:24 |
| 224:5 226:10 | offer 91:21 | 56:13 58:15 59:8 | 160:25 161:1,10 |
| 227:19 230:1,21 | offering 113:1 | 59:13,16,17 61:14 | 161:18,25 162:16 |
| 231:5,15 232:17 | 235:22 | 62:4,17 65:8 | 163:24 164:14 |
| 236:6,14,20 | offers 107:17 | 66:13,24 68:16,22 | 166:21 167:12 |
| 237:13 239:2,25 | 108:6,17 109:16 | 69:10,18 70:11,22 | 170:6,8,22,23 |
| 240:11,20 241:2 | 110:24 189:25 | 70:25 71:6,22 | 171:13 176:16,25 |
| 241:20 245:12 | 210:1 214:3 | 73:12 74:8,23 | 177:18,19 179:4 |
| 246:18 249:7 | office 296:11 | 75:6,12,15,21 | 179:14,23 180:14 |
| 250:20 251:7 | offline 178:3 | 79:14 83:2 84:10 | 180:22 181:10,18 |
| 253:9 254:1,16,19 | oh 15:11 31:25 | 85:7,8 87:13,24 | 181:19 182:12,16 |
| 256:21 258:5,12 | 34:20 62:15 69:12 | 89:2,25 92:21 | 182:17 183:18 |
| 259:25 262:24 | 72:20 148:20 | 93:5,18 95:4,9,15 | 186:7,25 187:3,22 |
| 265:16,20,21 | 156:7,10 166:13 | 97:24 98:5 99:15 | 188:3,18,25 189:4 |
| 269:5 270:4 | 176:23 177:1 | 100:1,17 102:13 | 189:16,23 190:2 |
| 272:10,24 274:2 | 181:5 208:23 | 103:4,23 104:16 | 190:17,21 192:5,8 |
| 277:6 279:6,15,21 | 211:25 220:15 | 105:5,9,17 107:16 | 192:22 193:18,24 |
| 280:15 281:18 | 242:9 246:25 | 108:14 110:16,18 | 194:13 196:5,18 |
| 282:14 283:5 | 250:9 256:1 | 110:21 111:17 | 197:8,12,18,22 |
| 284:3,9,21 285:3 | 278:10 284:8 | 113:6 114:5,15,25 | 200:8 201:5,5 |
| 285:24 288:18,25 | okay 11:25 13:22 | 115:9,22 116:8,16 | 202:25 203:10,15 |
| 289:10,17 290:15 | 14:3,9 15:13 16:7 | 117:2,2,7,11,14,19 | 204:12 205:4,16 |
| 291:4,7 292:24 | 16:10,16,24 17:5 | 117:24 118:9,22 | 206:20 207:1,2,15 |
| objections 7:7,20 | 17:10,14,19 18:4 | 119:3,11 120:3,14 | 207:24 208:7,14 |
| 10:7 178:9 181:6 | 19:16 21:15,19 | 120:21,24 121:5,8 | 208:19 209:3,12 |
| 181:16 243:9 | 22:8,12,17 23:2,5 | 121:15,18 122:4 | 209:25 210:20 |
| obliviate 95:10 | 23:9,23 24:4,10,17 | 122:12 123:17 | 211:10 212:1,6,17 |
| obtain 98:18 | 24:23 25:2,4,13,17 | 125:25 126:4,18 | 212:24 214:5 |
| obtained 86:3 91:6 | 25:22,24 26:2,5,11 | 127:2,11 128:8,25 | 215:24 217:8,23 |
| 244:24 | 26:24 27:8,11,14 | 130:4,25 132:12 | 217:25 218:4 |
| obtaining 85:20 | 27:21 29:1,13,16 | 132:15 133:14 | 219:15 221:10 |
| 89:4,17 | 31:2,25 32:10 | 134:8,15 135:12 | 222:8 223:2,23 |
| obviously 19:9 | 33:10,17 34:7,19 | 136:3 137:12,17 | 225:7 226:16 |
| 67:15 84:11 89:18 | 34:23 35:5,11,21 | 138:19 139:7,15 | 227:2,6,13,15 |
| 96:1 132:18 | 36:5 37:6 38:14 | 140:7,14,23 146:5 | 228:7,18,22 |
| 207:10,12 | 38:20 39:17 40:18 | 147:1,7 148:5 | 229:21 230:10 |
| occasion 254:15 | 45:10,14,23 46:2 | 151:11 152:8,20 | 231:24 234:10 |
| occurred 17:20 | 46:20 47:1,7,10 | 152:21,24 153:14 | 235:10,16 237:4 |
| 229:15 | 48:12,18,24 49:8 | 153:16,23 154:4 | 238:5 239:7,22 |
| | 49:13,16,21 50:4 | 154:16 155:4,25 | 241:15 242:10,18 |

Veritext Legal Solutions
866 299-5127

[okay - password]

246:4 247:10,14
247:15 249:14
250:6,9 251:3,25
252:3 254:8 255:5
256:1,7,13 257:1
258:17,21 259:7
259:17 260:7,13
260:18 261:4,5,8
261:16,24 262:2
263:5,15,24 264:5
265:2,23 266:1,24
267:14 268:2
269:11,23 270:2
270:10,23,24
271:13,17 272:16
273:4 275:22
276:4,17,20 281:1
281:4,25 282:22
283:16,20 285:13
286:6 289:15,20
290:10,23 291:12
291:19 292:6
**once** 12:20 34:2
47:16 58:25 60:11
104:5 109:2
136:11 140:20
147:3 179:1
214:18
**one's** 137:7,9
**ones** 37:22
**online** 28:4,6
32:13,19 36:3
70:10 98:23 99:7
111:4 112:3,17
113:14,25 118:14
120:4,10 232:12
**onset** 95:15
**op** 275:24
**open** 14:10,11,12
49:23,25 50:8,12
50:21,23 68:3

140:2 152:18,20
160:21,25 170:19
170:22 177:15
179:6 181:15,18
187:1 199:2,23
202:11,15 206:24
214:19 255:14
275:25 276:5
281:3,5
**opened** 181:23
185:10
**opening** 214:20
**openly** 31:9,11
70:7
**operate** 245:22
263:23
**operates** 100:10
**operating** 189:22
**opinion** 78:22
112:1,4,6 134:16
134:23 151:13
240:1,12 245:13
262:25
**opposed** 97:1
127:22 128:12,17
234:12
**opposite** 109:19
**opt** 60:19 110:22
**option** 155:20,22
272:6
**options** 270:16,20
271:2,24
**order** 12:15 50:5
67:14 99:2,6
102:17 128:10
131:1,16 135:17
136:3 213:15
227:9 235:20
243:1 271:25
**original** 295:18
296:10,21

**ought** 238:18
**outcome** 10:4
295:16
**outside** 50:5,8
78:23 90:20 96:18
**outstanding** 83:16
83:18
**overflow** 154:7
**overseeing** 25:8
**oversensitive** 72:7

**p**

**p.m.** 132:23 133:1
170:10,13 177:5,8
202:2,5 247:17,20
266:5,8 268:5,8
291:25 292:3
293:7,8
**pace** 116:15
**pacific** 9:5
**page** 5:4,9 6:3,12
7:3,25 8:3 52:8
58:19,20,23 59:1,4
60:8 68:17 69:1
140:8,9,11 153:1
156:4,5,16 158:4
171:20 172:5,7,8
172:11,12 181:20
181:21 189:11
190:3,9 193:15,17
194:11 197:9,11
198:3 199:8
202:24 203:9
208:1,2 214:23
215:5,18 217:25
220:9,10 244:25
245:3,10 256:5,6,7
257:8 263:7
266:24,25 296:15
297:4 298:4,7,10
298:13,16,19

**pages** 6:5,8,14,23
6:25 7:5,10,12,18
7:23 8:5 102:12
176:1 264:14
296:14,17,17
297:3,6,6
**paid** 227:16
235:19
**paint** 26:23
**paragraph** 60:13
60:23 61:3 62:4,7
64:5,7 67:13 68:5
68:10 69:5 179:12
190:17,22 191:14
191:19 193:13
203:8 257:9,10
**paragraphs** 60:9
**part** 98:7 163:18
164:9,9 203:10
289:3
**participate** 146:7
**particular** 43:17
45:8 61:15 179:7
179:18 249:6,11
250:4 254:14
**parties** 9:11 42:5
43:12 57:17 58:22
58:25 59:4,7,19
252:7 258:22
**partner** 14:4
**partners** 42:8,13
42:17 219:3
**parts** 45:8,10
162:19 163:25
171:19
**party** 10:2 42:11
43:21 66:1 104:18
252:13 295:14
**passed** 277:12,17
**password** 33:9

Veritext Legal Solutions
866 299-5127

[pause - policy]

| | | | |
|---|---|---|---|
| **pause** 12:21 | 53:20,24 54:2,11 | 87:21 97:17 | 281:1 284:16 |
| **pay** 45:2 235:24 | 54:15,21 55:7,8,24 | 120:16 121:14,25 | 292:9,9 293:5 |
| **paying** 227:8 | 56:4 66:18 67:2,4 | 122:2 156:8,11,11 | **point** 13:1,11 |
| **pays** 258:18 | 67:17 69:16,19,21 | **phone's** 100:8 | 55:22 61:18 66:15 |
| **pc** 120:22,23 121:1 | 69:24 70:8,18,23 | **phones** 120:20 | 77:23 83:4 84:24 |
| 121:3,12,13 | 71:1,4,13,14,24 | **phrase** 202:20 | 96:5 98:2 103:24 |
| **pcr** 25:21 | 72:5,6,9,10,11,14 | **pick** 9:8 | 105:1,2 118:23 |
| **pdf** 296:12 297:1 | 72:25 73:2,4,10,13 | **place** 9:11 11:11 | 122:10 150:23 |
| **penalty** 11:17 | 73:18,25 74:1,5 | 44:18 180:2 295:9 | 163:24 164:8 |
| 294:4 296:16 | 75:3,10 77:10,17 | **places** 175:21 | 182:23 184:24 |
| 297:5 | 78:19,20 79:1 | **plaintiff** 7:6,19 | 185:15 190:14 |
| **pending** 13:14 | 83:13 84:13,16 | 30:10 181:23 | 191:23 246:9 |
| **people** 31:13 32:7 | 86:18 105:10 | 182:7 | 271:6 284:11 |
| 32:12 95:1 121:6 | 119:5 124:14,19 | **plaintiffs** 1:7 2:7 | **pointed** 168:14,16 |
| 121:18 155:21 | 131:7,12,24 132:4 | 3:3 10:17 30:7 | 168:18 172:9 |
| 189:12 216:1,9,14 | 134:13 147:21 | 95:7,8 | 194:10 |
| 216:21 217:21 | 166:16,17 179:18 | **platform** 47:15 | **pol** 184:22 274:5 |
| 224:22 278:24 | 191:1,6 222:19,23 | **platforms** 189:21 | **policies** 23:15 36:2 |
| **percent** 176:2 | 227:3,24 228:12 | **please** 9:7 10:8,22 | 36:7,10,16,23 37:3 |
| **perfect** 13:22 | 228:24 229:1,23 | 11:8 12:23 15:5 | 37:7,21 41:11,12 |
| 14:17 48:18 68:16 | 230:14 231:1 | 21:9 32:1 73:24 | 41:22,25 45:2,6 |
| 68:24 157:21 | 237:9 241:10 | 80:14 91:12 94:23 | 46:5 62:12,22 |
| 189:4 202:14 | 243:1 246:1 | 95:2 97:2,5 | 75:22 122:15,18 |
| 215:4 256:1 | 256:14 257:2,13 | 101:19 125:8 | 122:22,22 |
| **perform** 60:2 | 257:16,23,23,25 | 139:24 152:16 | **policy** 6:5,24 7:4 |
| **period** 118:18 | 258:9,19,23 | 153:11 157:12 | 7:12 21:18 22:5,9 |
| 142:1 283:9 | 260:14 280:20 | 159:5 160:20 | 24:2 28:2 35:22 |
| 287:14 296:18 | **personalization** | 164:14 167:12 | 36:19,25 37:17,25 |
| 297:7 | 110:25 111:8 | 168:8 169:12 | 38:10 41:5,6,19 |
| **perjury** 11:17 | **personalized** | 176:19 178:25 | 42:2,12,16 45:10 |
| 294:4 296:17 | 252:8 | 182:13 184:10 | 45:18,25 47:13 |
| 297:6 | **personally** 54:4 | 193:4 195:6 197:9 | 48:13 51:18 52:1 |
| **permi** 102:19 | 228:5 229:2,19 | 201:24 207:25 | 52:9,13 57:3 61:7 |
| **permissions** 99:19 | 246:6 | 213:18 214:11 | 61:8 63:3,7,11 |
| 100:2,18 | **persons** 59:22 | 216:16 224:21 | 64:20 66:3,7,11,14 |
| **person** 54:12 | **perspective** 84:22 | 225:4 231:10 | 75:24 76:10 119:8 |
| 97:10 224:20 | 212:9 | 238:15 243:9 | 119:12 123:5 |
| 238:14 | **pertains** 295:17 | 244:4 253:9,9 | 125:6 146:16,18 |
| **personal** 30:5 38:3 | **phase** 202:18 | 254:4,22 255:16 | 149:13 150:1,3,6 |
| 38:5,11,13 40:23 | **phone** 14:15,15,19 | 261:1 266:18 | 151:7,10,11,21 |
| 41:2 53:5,8,9,14 | 33:9 35:17 87:18 | 275:7 279:23 | 152:3,6 158:18 |

Veritext Legal Solutions
866 299-5127

**[policy - privacy]**

159:16,16,25
160:3 163:16
166:3,19,24
167:10,13 168:1
169:19 170:16,24
171:7,12 172:1
173:2,5 177:20
179:13 181:25
182:20,24 183:10
183:14,23,24
184:5,12,19,22,23
185:3,10,16 187:9
188:4,14,23,24
190:14 191:20,24
192:1,6 193:12
195:7 198:4 202:8
203:16,19,19,23
204:6,13,15,21
205:5,13,19,24
206:4 215:14
217:4,6,11,13,17
218:2,23 219:6,12
219:14 220:25
221:1 251:22
252:1,5,11,17,20
252:22,24 253:3,5
253:17,22 254:11
254:25 255:2,21
268:25 274:5
283:13 285:19
288:21
**popped**  251:24
252:1
**pops**  103:1 113:1
**portion**  63:10
198:6 219:5
**portions**  52:1
162:17
**posed**  13:18 20:7
80:24 87:6 103:7
167:17 290:12

**position**  26:3
**positions**  26:11
**positive**  207:23
**possible**  49:13,15
51:4,6,7,12 251:3
251:4
**possibly**  100:15
**post**  28:10 179:17
190:15
**posted**  28:12
**potentially**  245:1
**power**  100:8
**practice**  34:17
52:5 256:18
**practices**  60:4
179:16
**precaution**  36:5
**precautions**  32:16
32:25 33:1,10
34:19,25 35:3,4,5
35:12 105:14
**prefer**  101:11
102:2 114:20
144:2
**preferred**  114:16
**preferring**  144:4
**premarked**  177:14
206:21 266:14
**preparation**  16:21
18:18 19:1
**prepare**  14:22
15:22,25 35:24
**presence**  96:18
**present**  4:12 10:5
13:25 167:12
**presented**  37:12
37:13 127:8
159:20 161:15
186:6
**presenting**  185:19
215:13

**preserve**  85:3
**presumably**  17:15
162:5
**pretty**  245:17
257:3
**prevent**  135:13
136:10 164:2
220:4
**preventing**  136:14
**prevents**  246:5
**previous**  194:12
203:22,22 234:8
235:2,3,3
**previously**  43:14
139:17 196:25
257:21
**pri**  63:12
**prices**  134:7,18
135:6,14
**pricing**  135:1,2,13
144:10,20,21
**primarily**  116:7
**primary**  154:11
154:13 170:17
**print**  28:4,4
**printed**  193:8
202:12,17
**prior**  115:6,23
118:23 148:14,22
150:20 163:12
192:11 232:18
267:5 295:4
**priv**  18:19
**privacy**  6:5,24 7:4
7:11,13 21:18
22:5,9 23:15 24:2
28:2 31:2 32:17
33:2,3,5,11 35:6
35:22 36:2,6,9,16
36:19,23 37:7,16
37:21,24 38:10

40:15,21 41:5,19
41:22,25 42:2,12
42:16 45:1,6,10,12
45:15,25 46:5
47:13 48:13 51:18
52:1,9,13 57:3
60:4 63:3 64:20
66:3,6,10,14 75:22
75:24 76:10 98:23
99:11 106:6,18
108:15,15 111:5
118:7,14 119:8,12
122:14,18 123:5
125:6 135:5
146:16,18 149:13
149:25 150:3,5
151:7,9,11,21
152:3,6 158:18
159:16,25 160:3
163:15 166:2,10
166:15,17,18,19
166:24,24 167:10
167:12,19,20
168:1 169:5,19
170:16,24 171:6
171:11 172:1
173:2,5 177:20
179:10,16,17,20
179:24 181:25
182:20,23 183:10
183:13,23,24
184:5,12,19,22
185:10 187:9
188:4,14,22,24
190:14 191:20
192:1,5 193:12,20
193:25 195:7,16
195:17,24 196:3
197:13,20,23
198:2,4,7,9,15
199:5,7,13 201:8

[privacy - provider]

201:13 202:8
203:12,19,19,23
204:6,13,15,21
205:5,13,19,24
206:4,23 215:14
217:4,5,11,12,17
218:2,23 219:6,12
219:14 220:24
221:1 246:8
251:22,25 252:5
252:11,16,19,22
252:24 253:3,5,17
253:21 254:11,25
255:21 268:25
271:22 274:5
275:17 283:13
285:19,19 288:21
289:3
**private** 7:16,24
9:8 33:7,19 34:10
34:10,13,17 35:2
47:3,9 49:10,12,14
49:19,25 57:9,20
57:21 63:12 64:4
65:13 67:3 69:17
70:7,8,9,16 71:16
71:20 76:25 99:12
99:14,21 117:23
123:10 130:19
134:17,20 143:8
143:19 144:3,4,6
144:10,19 145:4,5
145:7,11,13,24,25
146:1,4,13,19
164:2,21,24,25
165:21 166:6,8,22
167:7,15,21,24
168:3,10,15,19
169:3 171:14
173:3,11,22 174:4
174:22,24 175:4,8

175:19 176:7,14
177:25 179:2,8,12
180:2,5,9,16,20
182:1,21 183:1,15
191:16 194:16
195:21 196:22
197:1 213:16,23
214:2,24 215:9
220:10 221:4,18
223:10 225:19,22
226:4 230:8
234:15 240:4,8,18
240:25 241:12
258:18 259:24
260:20 261:9,11
261:17,19,22
262:1,2,3,10,10,14
262:17,17 263:10
264:7,12 267:18
267:18 268:17
270:12 271:8,15
271:16,21 272:7
272:12 273:5,6,9
273:16 274:5,11
276:5
**privately** 8:5 31:9
31:9,11 143:9,11
147:9,14 194:14
194:19,24 215:25
216:8,12,18,19,20
217:15,21 267:8
270:11 271:2,7,19
271:25 276:7,15
**privilege** 20:20
80:4,18 237:6
**privileged** 15:4,19
17:23 20:16,19
21:2,4 23:13
80:25 81:11 82:17
83:22,25 84:25
87:8 91:1 237:17

278:22
**pro** 60:1
**probably** 50:2
51:19,24 154:1
229:11 230:15
**probe** 44:23 84:15
**probing** 95:22
**problem** 24:9
125:9
**procedure** 296:19
296:20
**proceeding** 10:7
30:22
**proceedings** 293:8
295:5,8,15,19
**process** 33:25
37:15 179:18
**processing** 59:23
**produce** 129:6,22
131:16 245:8
**produced** 87:25
93:16
**producing** 171:16
172:16
**product** 209:24
210:1,3 211:21,24
212:15 280:11
**products** 53:25
54:4 269:2,24
**program** 159:16
**programs** 111:24
**promise** 164:1
183:21 204:3
230:7 262:7
285:22
**promised** 62:23
197:6 203:7 274:1
286:2 289:4
**promises** 109:18
191:21 192:9
193:10 196:16

197:4 203:5
206:16 212:19
217:3 262:16
273:19 286:2
**promising** 181:25
182:20 185:11
**promotional** 59:24
**prompted** 102:6
162:4 251:23
**prompting** 162:14
**proper** 279:11
**properly** 102:18
**protect** 32:16 35:6
98:23 203:3
206:16 260:13
**protected** 33:11
138:17 166:18
289:4
**protecting** 111:4
275:17
**protection** 106:7
106:15,18 166:19
214:2 246:16
261:20
**protects** 166:10
**provide** 11:20
20:9 59:22,25
60:17 97:2,5
106:6,14,17
144:11 158:12
171:23 172:3
224:10 242:22
261:21
**provided** 81:4
84:23 95:22
226:17 242:11
278:13 296:19
297:8
**provider** 141:5
142:10 149:25
281:22

Page 31

**[providers - read]**

providers 59:20
59:25 60:1,3
provides 242:16
244:22 245:20
246:8 257:16
providing 98:17
238:22 239:8
246:15 280:4
proxy 111:15,18
pst 9:2
psychic 32:3,20
psychics 32:9
publicly 222:5
publish 95:7
published 28:7
29:14 89:16,21,24
publishing 93:16
pull 66:13 206:21
278:24
pulled 51:15,16
162:12
purchase 55:11
purchased 54:1,7
54:10,13,25 55:5
pure 175:12
purpose 52:13
243:16
put 29:12 33:2
40:15,20 76:25
93:5,9 124:21
125:1 127:14
133:21 158:17
167:25 192:19
203:3,20 264:3
putting 183:7

**q**

queries 131:3
142:17
query 123:20,24
124:13 125:5,19
127:14,20,20

ques 81:8
question 12:21,23
13:1,5,14,18 15:5
15:14,20 16:17
18:7,15 19:21
20:1,21 21:1,5,8
21:13 28:21 34:23
39:11 43:2,6
44:23 58:5 62:16
63:19 64:3 69:18
73:1 77:24 78:18
78:24 80:15,17,21
80:24 81:6,9,15,16
82:4,8,16 83:7,15
83:17,23 84:23
86:8,14,16 87:5
90:24 103:6,13
110:14 124:9
128:21 145:14,23
149:15 150:7
156:14 163:16
164:7,14 165:3,9
165:12,24 166:22
167:16,25 174:2
174:13 176:12,15
179:4 183:12
196:5,6 197:8
198:12 201:1,15
202:7 207:9,11
215:12 217:19
220:18 221:22
225:16 228:15
234:18 237:8,25
238:18 240:24
243:4,12 244:10
247:4 251:14,20
257:21 263:15
268:18 275:7
276:4 279:19
284:16,22 286:21
286:25 287:6

288:13,23 289:8
289:14,18 290:6
290:11,18,22
292:7
question's 229:6
243:20
questioning 47:20
169:24 175:14
201:17
questions 5:8
12:17,19,22 13:23
15:2,2,17 18:3
20:7,12 30:4
43:14 48:20 55:17
61:21 63:10 66:18
68:11 88:20 90:20
107:11 114:5
119:18 126:10
133:8 147:5
172:24 174:14
187:6,14 207:24
243:15 247:23
253:8 266:11
276:18 277:13,16
279:9 280:7,24
281:6 282:18
286:5,11 287:8
293:1
queue 214:10
260:18
quick 93:4 121:23
quickly 104:6
quinn 4:4 10:11
quinnemanuel.c...
4:10 296:2
quote 66:25 67:11
68:6 90:4,9 137:7
137:8,13,14 185:9
192:9 196:20
204:4 205:25
206:4 216:20

252:5 262:4,5
287:12,14
quoted 182:3,8
252:19
quoting 92:14
232:9 252:15,17

**r**

r 24:21 133:12,12
298:3,3
r&s 297:1,9
ralphs 37:23 38:9
38:20 39:19 40:8
40:19 41:5
ran 123:24 124:11
127:2 129:16
143:12 287:2
random 249:12
range 189:12
rapid 25:21
rbaeza 3:10
reached 27:24
87:2
reaching 30:13
282:8
read 27:23 28:8
29:23 36:2,9,15
37:11,24 45:1,6,7
46:5 60:5,20
63:23 64:6,9 68:6
69:10,17 87:2
91:14 118:4
140:19,23 147:2,7
154:22 159:7,19
159:23 160:1,2
173:13 175:24
176:3,5,10 180:13
180:18 182:2
185:12 186:8
187:1 189:20
190:17 198:17
208:7,20,25

Page 32

[read - refresh]

209:13,13 219:18
241:12 248:5
254:11 264:7
265:10,11 267:7
267:10,14 270:15
270:24,25 282:5,7
282:11 285:8
287:22 294:4
**reading** 30:15
36:6 37:7 60:13
66:24 67:8,20
162:20 164:13
166:12,13 182:5,9
182:10,16 196:19
209:7 264:19
267:23 270:18,22
287:24 296:23
297:9
**reads** 52:9,20 53:4
56:3 140:10 141:2
159:11 193:19
203:1 218:5,18
**real** 93:4
**really** 33:22 72:8
96:25 105:12
109:11 118:6
228:16 278:17
**reappear** 172:15
**reask** 21:8
**reason** 11:19
103:20 105:9
118:13 136:18
161:14 221:10
242:23 250:9,13
250:14,17 253:15
253:18 259:23
271:23 273:14
298:6,9,12,15,18
298:21
**reasonable** 174:23

**reasons** 135:5
**rec** 191:25
**recall** 16:18 22:8
23:2,8,9 28:11
49:11,18 51:17
85:22 86:1 99:18
105:5 113:23
114:18,18 115:8
130:4,5 153:19
159:19,24 161:4
161:17 182:17
183:9,13,17,19,20
183:23,25 184:4,7
184:9,10,17 186:5
186:8,10,12,13,20
200:12 204:17
205:2 234:10
235:19 238:22,25
251:25 252:2
261:13,15,18
267:4,6 278:23
279:1 280:4 282:1
282:18
**recalls** 181:24
185:9
**receive** 36:20
42:19 44:6,12
65:13 100:3
123:19,21,25
124:12,15 125:4,7
125:21 128:5
142:19 242:14
244:15 265:4,5
**received** 37:3
66:20 129:2
164:22 222:13
250:1,12
**receives** 123:9
164:20
**receiving** 43:22
44:5 164:3 248:10

**reception** 122:2
**recess** 48:8 85:12
132:24 170:11
202:3 247:18
266:6
**recognize** 156:9
157:9
**recollection** 17:23
18:1 19:14,17
21:22,24 23:18
67:14,21 88:3
114:8 204:25
250:3
**record** 9:5,12 10:6
11:9 12:16 13:15
19:5 21:7 34:3
48:1,5,7,10 60:14
68:7 81:3 82:24
83:1 84:2,20,20
85:9,10,14 87:11
93:5,5 95:3,6,18
95:25 96:17,19,22
98:8,14 132:20,22
133:1 148:16,17
155:11 166:12
170:9,13 171:6
176:17 177:5,6,8
178:11,20 180:4
185:8 193:3
196:19 199:14
201:24 202:1,5
208:7 237:7 243:5
243:15,19 244:6
247:17,20 266:3,4
266:8 267:25
268:3,4,6,8 279:12
284:11,22 291:21
291:24 292:1,3,8
293:5,6
**record's** 150:22

**recorded** 1:13
2:14 9:13
**recording** 9:10
**recovery** 156:1,1,6
**recross** 291:15
**ref** 40:6
**refer** 149:5,7,9
204:7
**reference** 61:25
62:7,11 166:24
168:3 176:13
180:4,16 209:17
218:15 268:14,21
283:25 284:18
**referenced** 95:23
157:11 158:12
171:17 180:3,7
203:25 205:8
296:6
**references** 166:2
175:8,19 179:2
180:9 199:4
209:14 263:7
264:9,16 284:15
**referencing** 62:21
269:11 270:3
**referring** 27:25
29:14 40:3 42:22
92:18 124:6 169:7
179:14,21 185:3
185:24 186:19
202:25 203:10
204:9 269:9
**refers** 269:2
**refresh** 12:5 19:13
47:16 67:14,20
152:16 157:12
160:20 177:12
255:13,18 261:1
266:18

[refreshed - response]

**refreshed** 17:22
    17:25 19:17 21:22
    21:24 23:18 259:3
**refreshing** 48:15
    187:16
**refuse** 80:21
**regarding** 52:16
    178:15 210:7
    212:20 247:24
    285:22
**regards** 126:2,22
    126:25
**regional** 25:5,7,25
    26:8
**regular** 40:4 42:23
    42:24 43:2,25
    44:21 47:3,5
    50:14,22 56:11
    57:1 58:8,14 61:1
    61:4,6 62:8,12
    64:10,12,16 99:22
    100:1 124:6
    125:22 190:24
    191:3,4,9,12
    219:11 220:1
    222:21 223:2,21
    232:22 233:5,15
    234:12,16 235:14
    246:14 263:10
    277:17
**reject** 100:2,18,25
**rejecting** 99:18
**relate** 177:25
**related** 10:2 25:22
    105:19 175:4
    295:14
**relates** 174:24
    239:17
**relating** 101:10
**relationship** 30:5
    263:24 280:8

**relay** 127:12
**released** 296:21
**relevant** 63:5
    252:8
**remain** 145:11,25
    146:1,4
**remains** 35:2
**remember** 16:20
    16:24 17:8 28:3
    29:3 48:22 75:25
    85:18 86:5,8 90:6
    90:11 148:9 149:4
    149:5 153:23
    180:22 190:13,16
    197:24 205:1
    218:22 219:1,5,9
    219:10 233:1,12
    248:1 256:13,20
    256:23 257:5
    261:16 264:14
    275:19 276:24
    277:13,18 278:5
    278:15,19 279:4
    280:7,23 281:6,9
    282:4 286:9,15,20
    286:22 287:4,6,7
    287:11,12,14,17
    287:17
**remind** 233:4
**remote** 3:1 4:1
**remotely** 1:17
    2:15 9:1 294:6
**render** 125:18
    242:13,22
**rendered** 129:19
**rendering** 244:12
**renders** 219:8
**reopen** 84:15
**repeat** 13:5 31:22
    98:12 164:14
    213:18 216:16

255:16 269:18
    284:16
**rephrase** 13:5
**reported** 1:23
**reporter** 9:25
    10:22 12:12 31:22
    32:1 94:10,15,19
    94:22,25 95:5
    97:10 98:11
    166:11 176:18,21
    176:23 177:3
    224:20,24 238:13
    244:3 269:18
    293:4 295:1,3
**represent** 89:15
    89:16 239:15
    242:21 272:23
    282:21
**representation**
    90:15 93:14 96:1
    109:3 119:16
    141:17 164:10
    165:8 185:17,22
    191:18 239:19
    242:24 244:5,7
    253:12 264:5
**representations**
    205:18 262:12
**representative**
    30:11
**represented** 89:3
    92:10 178:13
    196:23 244:9
    280:1 286:13
**representing** 30:7
    86:3 92:22 108:5
    141:24 161:10
    165:6 171:5 172:4
    177:19 216:12
    242:25

**represents** 53:14
**reproduced**
    165:15
**request** 13:12,17
    97:15,19,20,23
**requested** 295:21
    297:1,9,10
**requests** 7:9
    180:24
**research** 98:23
    108:20 111:4
    241:11
**reserve** 19:9 84:11
    84:14 85:2 96:1
**reservoir** 154:7
**resonated** 118:6
**resources** 218:19
    219:19,24 221:13
    284:1,19 292:17
**respect** 109:21
**respectful** 279:22
**respectfully** 18:17
    19:2,24 80:20
    84:3 237:25 238:6
    243:3
**respond** 18:14
    73:8 78:20 80:19
    82:21 97:20 195:6
    207:5 225:4 275:4
    275:6
**responded** 90:9
    126:21 233:17
**response** 30:14
    44:22 78:9 79:7
    87:5 125:19
    127:13 128:15
    129:4 130:18
    131:2 184:2 185:2
    185:8 186:7,8
    195:15 224:11
    240:23 254:4,22

Page 34

[response - safe]

256:11 257:7
288:12 290:18
**responses** 7:7,20
74:25 115:2
180:23,23 181:6
181:16 255:12
**responsibility**
57:24 64:19,19
203:2
**responsible**
254:13
**rest** 197:15
**restate** 43:5
**restatement**
210:12
**result** 270:14
271:9,24
**results** 125:15
127:21 128:11
129:4,7,19 130:15
131:16 132:2
272:4
**retailer** 113:1
**retrieve** 125:23
**return** 296:17
297:6
**reveal** 15:15 18:11
77:25 80:12 83:24
236:23 275:5
**revealed** 103:5
**revealing** 15:6,23
18:19 20:23 80:18
82:4 83:24 110:8
110:14 237:1
251:15 275:8
**review** 17:19
22:17 23:5,7
37:21 38:10 41:11
41:12,12 52:23
107:18 108:6
118:23 120:3,7

159:7 162:18
175:7 200:2
295:20 296:8,10
296:13 297:2
**reviewed** 16:2,10
18:1,8,15,17,25
19:12,16 21:24
22:2,4 23:21
90:17 122:14,16
161:21 162:1,3,7
162:16 182:19
251:21 266:24
**reviewing** 16:13
45:25 51:17 61:11
89:14 122:18
190:13 202:21
247:24 251:25
252:2
**reviews** 52:25
140:22 147:6
152:23 161:6
182:15 190:19
261:7 267:13
**revisit** 96:2
**rewording** 229:4
**rfa** 185:8
**rfas** 181:8,16
**right** 13:25 14:7,8
14:11,13 16:19
22:23 23:24 24:22
24:24 34:5,6 37:2
38:5,11,12 43:14
43:15 46:1 50:7
51:1,5 53:2 55:24
55:25 56:23 57:2
57:10,11 58:2
60:22 61:22 63:1
65:22,23 72:12
79:17,25 81:7
83:19 85:6 89:4
93:24 94:2,6 96:5

96:7 97:18 105:20
107:8 108:2,4
111:13 117:9
120:16 125:13
126:23,24 127:18
128:12 129:12,12
130:12 131:3
133:3 136:1,2
140:4 145:9,16
147:8 153:21
157:4 160:5,6,12
161:23 166:25
169:24 172:20
173:7 174:25
175:10,23 179:22
180:17 181:3
184:1,23 186:10
186:11,16 188:10
188:15 192:3,6,7
193:1,22,23
194:21 195:22
203:13 204:10,18
210:5,7,23 211:1
222:10 226:9
229:25 232:4,5
235:17 240:19
248:5 249:17
251:17 254:18
258:1 262:6 263:8
265:6 274:1 276:2
279:9,24 287:22
290:9
**rights** 19:9 20:15
84:12,15 85:2,4
96:1
**ring** 46:15 258:25
**rmcgee** 3:18
**ro** 243:3
**role** 25:25
**room** 13:25 14:4,8
17:14,17

**rossana** 3:5 10:15
**roster** 74:12,16,21
**rosy** 15:19 18:16
19:24 24:5 28:20
39:11 81:14 83:4
84:11 93:7 95:13
178:8 188:12
201:15 207:18
222:2 233:17
237:25 238:5
243:3 247:1 253:1
253:7 279:7,22
285:11 289:20
290:18
**roughly** 29:6,8
153:19 186:18
**round** 133:7
**rules** 12:1 297:8
**run** 124:22 127:4
129:16 130:18
142:20
**running** 105:13
**ryan** 3:14 10:19

**s**

**s** 298:3
**safari** 7:24 114:21
114:23,25 115:3,5
115:7 119:19
122:13 260:20
261:11 262:3,9,13
262:14,17 263:9
263:25 264:2,9,9
264:11,13,16,20
264:22 265:5
280:8,10,14
**safari's** 261:17,19
262:9 264:21
**safe** 46:3 49:8
115:24 116:4
219:21

[safeguard - section]

**safeguard** 118:14
**san** 25:1
**santa** 26:20,25
**saved** 87:16,19,23
  274:12,13 275:13
**saving** 218:11
  274:15,25
**saw** 27:23,23 28:3
  90:21 157:9 161:8
  251:6 254:14
  276:25
**saying** 32:11,15
  51:6 72:24 78:10
  79:13,22 80:9
  85:23 102:14
  109:13 126:19
  129:16,20 130:4,6
  130:13 131:7,11
  131:20 138:20
  141:15 163:6
  167:18 183:20
  186:9,12,12 212:4
  212:15 217:20
  222:20 223:1,14
  234:2 237:22
  262:12,15,16
  269:1 273:24
  274:8 287:18
**says** 44:4,11 52:13
  54:9,16 57:7 59:4
  59:6,21 61:8
  64:20 65:18 66:7
  66:11,15 68:18
  109:18 123:5
  125:6 137:23
  141:3,17 142:8
  149:22 150:3
  156:16 158:4
  159:5 166:16
  171:1 179:15
  180:20 181:22

182:17,24 183:9
183:15,18 184:9
188:3 189:5,11
190:9 191:15,24
192:9,13 193:12
194:3,8,22 195:7
196:9,20 198:3
203:11 208:17,23
212:24 213:21
214:21,21 215:9
215:25 216:19,22
216:23 217:4
218:10,16 219:6
219:16 220:9
221:7 252:5
253:13,22 254:12
255:1 256:8
257:12,17 264:9
264:25 265:5
267:9 268:11,16
268:23 270:10,17
271:6 272:6,20
273:6,9 274:11,13
275:11 276:5
281:10 288:3,7,21
289:24 292:13
**scan** 52:5 161:2
  181:19
**scanned** 51:19,25
  51:25 52:3
**scanning** 24:7
  179:2
**scenario** 130:6
**schedule** 296:10
**schiller** 3:4 10:16
  10:19 14:4
**school** 149:24
  281:21
**scope** 165:12
**scott** 4:13 9:22
  176:21 273:22

**screen** 7:25 24:3
  33:16 35:10,15
  50:22 119:13
  146:19,22 147:12
  148:24 149:6,8,9
  149:11,16,22
  150:8,9 157:13
  158:7 160:10,20
  183:7,8,14 184:13
  187:17 193:9
  214:21 217:3
  242:5,7 254:9
  260:20,20 261:16
  264:7 266:18
  280:24 281:7
  285:19 287:20
  288:1 289:23
**screenshot** 6:13
  7:24 157:8
**scroll** 68:17 69:4
  158:2,3 181:19
  214:23
**scrolled** 59:1
**se** 3:7
**search** 8:4 33:2,6
  33:6,7 49:19 50:2
  50:6,10 56:25
  61:9 114:14 117:6
  124:1,11,23 125:1
  125:12,15,18,21
  125:24 126:1,21
  127:2,4,5,17
  128:11,15 129:4,6
  129:16,18 130:8
  130:18 131:3,8,16
  132:1,11 134:15
  134:22,24 135:4
  142:20 143:12
  144:11 264:14
  267:8 276:2,6,15
  282:22,24 283:2

286:11,14,17
287:2
**searched** 51:4
  268:12
**searches** 134:8,12
  234:9 235:3,3
  274:12,13,16
  275:1 276:3
**searching** 31:20
  33:4 34:11,15
  49:22 51:2 57:9
  98:17 124:16
  126:25 128:22
  129:11 130:11
  134:21 143:1,18
  144:6 248:11,19
  249:22 250:3
**sec** 203:1
**second** 6:7 7:8,21
  17:1 28:19 55:16
  58:3 68:18 98:11
  150:6 154:19
  156:15 166:5
  175:16 181:20
  189:18,19 196:6
  202:23 237:15
  261:5
**section** 45:3,12,13
  45:15 52:9,19,23
  56:15,20 58:15
  59:17 60:9 140:19
  140:24 155:25
  165:23 166:7,7
  167:16,23 168:3
  168:13,14,16,17
  168:18 169:2,8,9
  174:3 175:18
  176:6 179:15
  180:4 189:16
  190:4 197:12
  198:7,10 208:3

Veritext Legal Solutions
866 299-5127

[section - services]

213:23 214:24
218:4,7 219:21
267:7 273:4 285:7
292:12
**sections** 177:24
**see** 15:21 31:13,16
34:13,16 35:13,18
48:16 52:4,8,10,12
52:17,19 56:6
59:14,16,16 60:6,8
60:12 67:13,19
68:18,23,25 69:5,8
75:1 98:7,13
112:2,5,19 127:9
130:15 133:22
139:24 140:6,12
140:14,17,24
141:7 142:8,12,13
147:9 152:25
154:21,23 156:7,7
156:12,15,18,21
157:18,22,25
158:4,14 159:3,8
159:12,13,17
165:14,20,22
166:15 168:9,11
168:17 169:2,4,7,8
170:23 171:3,18
171:19 172:8
175:18 176:6,13
176:13 177:13,24
178:20 180:8,8
181:9,22 182:3
185:21,21 186:17
186:20 187:22
188:3,18,20 189:5
189:8,9,14,16,18
190:6,11 191:18
191:20,23 194:9
197:12,16,18,21
198:1,13,14,22,23

198:25 199:4,19
199:25 208:2,5,6
209:1,2,13 211:2,7
211:8,11 213:6,6,7
213:7,8 214:24
215:1,2,7,11,12,17
215:21,22,24
216:1,3,9,14,18,21
216:22,23,23
217:14,21 218:4,7
218:13,20 220:5
241:24 243:5
245:10,10,19
252:6 253:1,14,17
256:8 257:10,17
264:8,16 265:24
268:10 269:14
270:16,20,24
273:6,12 276:5,9
276:11 281:10,15
285:7 287:25
288:3 292:11,12
292:12,19
**seeing** 156:25
161:4 187:21
188:13 205:1
234:2,10 248:17
261:16 267:22
**seek** 82:17
**seen** 31:9,11 37:3
101:6 104:24
113:23 114:1
154:23 155:8,17
155:19 158:9,25
173:9 201:2 207:7
207:20,22 212:22
232:25 233:8
261:18 266:25
267:4
**sees** 175:8 289:19

**sell** 227:3,23
228:10,20 258:9
**selling** 229:4
256:14 257:2
**send** 37:1 93:15
127:19,21 130:17
**sending** 24:7
127:22
**sends** 36:22,24
**senior** 26:13,15
**sense** 12:4 13:6,20
103:14 171:10
**sensitive** 9:8 67:2
67:17 69:16,20,21
70:23 71:3,13,14
71:15,18,19,20,25
72:1,5,9,9,10,11
72:14,25 73:3,4,17
73:19 74:1,1,11
75:4,9 134:10,16
134:21,23 143:21
191:9 259:21
260:13
**sensitivity** 71:17
72:2 73:11 74:6
**sent** 129:3 162:8
165:1 202:15
218:9
**sentence** 53:4 69:8
69:10,19 141:2
171:21 180:7
183:9 193:19,24
194:10,12,15,18
194:22 202:24
203:1,9,11 208:8
208:20 209:4
213:8 215:24
216:5,11,17 218:9
218:16 267:8
268:14,20,22
269:1,4,8,9 270:3

270:10,21
**sentences** 141:10
208:15 209:12,17
211:3 264:20
265:1,3,14,24
267:10,15
**separate** 83:14
137:2 263:15
272:19
**series** 68:11
**served** 181:17
252:13 256:5
**server** 111:15,19
**servers** 209:10
**service** 6:21 24:3
52:7 59:19,25
60:1,3 99:25
103:3 141:5
142:10 149:25
151:12,21 152:2
158:5,19 159:4,5,7
159:11,15,20
160:3,15 161:11
161:22 162:1,3,7
162:13,17,23
163:10,15,18,25
164:19 165:19
166:8 200:9,11,15
200:22,23 210:10
210:16 211:21,24
212:23 215:15
235:22 245:20
281:21 282:25
283:2,3 285:18
286:14
**services** 59:22,24
60:3 116:11,12,17
116:21,25 150:4
179:18 188:5
189:6,12,17,24
190:5 193:14,19

Veritext Legal Solutions
866 299-5127

[services - skyscanner]

210:8 219:8
222:18,25 241:18
252:6 284:2,7,20
288:21 289:5
292:22
**session** 49:22 50:1
50:4,23 65:14
194:17 226:8
240:9 246:7
**sessions** 223:17
240:5
**set** 61:9,16 152:25
154:19 156:15
187:6 255:22
267:17 295:9
**sets** 7:9,22 27:5
**setting** 33:3,5 76:6
101:6,24 103:15
103:21 104:6,19
104:22,25 105:3,6
105:10 106:5
109:12 180:1
195:18 196:3
199:13 262:17
271:15 272:3
**setting's** 195:24
**settings** 45:13 99:1
99:5,9 101:5,12,18
101:23 102:2,4,8
102:25 103:11
104:17 107:10,12
109:16 110:23
193:20,25 195:16
198:20 203:12
270:14 271:10,24
272:1,4,13
**setup** 36:17 151:4
**seven** 17:13 25:9
25:10,12 118:2
**seventh** 81:7

**share** 42:4 43:21
47:15 59:6,18
64:15 65:12 75:12
99:3,7 121:5,10,16
121:17 125:7
152:17 177:13
198:21 223:16
231:21 232:1,8
255:13 261:2
263:25 268:12
269:23
**shared** 43:4 45:21
121:25 138:24
146:13 147:17
148:8,12 149:3,12
149:17,19,23
150:3,10,17,18
198:20 230:14,19
230:19 231:2,3,4,8
231:12,12 232:7
248:25 249:2,15
249:20 250:1
251:5 252:12
253:19,24 254:6
254:24 255:3
281:8 283:14
**shares** 58:22 219:7
231:20,25
**sharing** 42:10,13
42:17 43:11,16
44:5,11 65:19
122:3 249:4
250:10
**shipping** 59:23
**shoot** 69:13
**shopper** 53:23
**shopping** 39:20
40:19,25 54:19
70:15,19
**short** 48:8 85:12
170:11 202:3

247:18 266:6
**shorthand** 295:2
295:10
**show** 67:7 119:15
157:7 166:5 167:9
169:18 179:23
180:6 252:15
253:4 255:11
266:13
**showed** 253:21
267:3
**showing** 160:13
**shown** 76:10 106:2
184:21 234:7
285:20
**showroom** 26:19
26:21,25
**sic** 36:24 65:2
83:16 165:4 204:9
**side** 69:1
**sign** 270:12,13
271:8 296:16
297:5
**signature** 295:24
296:21,23,23
297:9
**signed** 169:20
170:17 171:7,12
177:21 182:18
183:11 184:5
**significance**
244:20
**signing** 154:9
155:13
**silence** 39:16
**sim** 251:1
**similar** 251:1
**similarly** 1:6 2:6
**simple** 54:9 64:3
81:16 137:19
167:24 168:20

183:12 231:17
**simply** 96:6 97:4
**simultaneous** 82:1
94:8,13 97:8 98:9
174:10 224:14,17
238:11 243:24
251:10 269:15
274:20
**single** 53:10,11
268:21
**sit** 78:10
**site** 33:15 34:4
38:8 40:13,16
41:15 45:17 64:9
102:18 104:22
139:10,10 147:16
152:17 219:19
244:16
**sites** 25:9,11,12,13
25:14,16,17,18
48:25 60:15,17
62:6 103:22 104:7
113:7 133:9 134:3
135:5,6 136:22
218:19 241:18
275:1 292:18
**sitting** 130:25
180:14,18 192:24
202:11 211:10
230:11 232:3
249:14
**situated** 1:6 2:6
**six** 17:13 118:2
176:1
**sixth** 71:10
**skim** 45:7 161:2
**skyscan** 251:21
**skyscanner**
133:11 250:10,15
250:18 251:4,4
252:12 253:13,20

Page 38

[skyscanner - stands]

253:21,23,25
254:10,12
**skyscanner's**
251:22 252:5,10
252:24 253:3
254:25 255:2,21
**skyscanner.com.**
250:8
**slater**  4:13 9:22
**slightly**  197:14
229:6 268:18
286:25 290:6
**slow**  95:2 105:13
**slowing**  105:8,14
**sms**  156:2
**sold**  257:24
**sole**  82:10
**solely**  269:9
**solicit**  95:8 243:23
**solicitation**  93:9
93:15 98:3 282:12
**solutions**  9:23
10:1 296:7
**somebody**  29:23
121:21 122:1
**sonoma**  6:5 46:14
46:21 47:6 48:13
48:21,25 49:2,12
49:14,20,23 51:5,9
51:18 54:8,19
55:6 56:8 57:3,12
57:19,23 58:4,6,13
58:17,22 60:25
63:7 64:12,14
65:10,12,16,18
113:9,11 218:22
219:12,18,23
242:12 244:23
**sonoma's**  47:3,13
49:4,9 57:7 63:11
64:18 219:2,6

245:6
**sonoma.com**
112:25 242:3,4
244:14 245:11
**soon**  247:5
**sooner**  247:11
**sorry**  15:11 18:6
28:18,20 39:1,25
39:25 55:20 57:20
59:3 62:15 72:20
77:3 86:25 90:2
106:12 115:13
118:23 124:2
129:13 134:19
154:17 156:13
169:20,23 174:12
181:5 183:5
187:22 188:7
191:3 193:16
196:1 199:11
204:12 214:7
220:7,16 225:25
246:25 251:9
255:16 258:18
260:9 261:12
265:19,19 267:1
267:20,20 268:18
270:13 274:18,22
278:10 284:8
**sort**  33:25 229:13
229:14
**sound**  12:7 126:14
**sounded**  103:23
**sounds**  12:8 14:18
14:20 37:6 102:13
138:19 157:4
166:21 186:9
223:13 226:6
229:21 239:7
**source**  103:5

**spatula**  54:8,9,13
54:18,20 55:1,5
**speak**  12:16 21:16
29:23 95:3 220:14
**speaking**  29:6,8
82:1 86:22 94:8
94:13 97:8,13
98:9 145:21
148:19 174:10
207:17 224:14,17
238:11 243:24
251:10 269:15
274:20 279:15,21
**speaks**  96:20,24
148:16,17 199:14
280:16
**special**  45:2 54:22
**specific**  23:10,14
30:1 34:4 38:17
45:16,24 46:13
47:2 51:1,17
53:16 64:7 65:16
65:18 68:6 69:25
70:11,13 77:11
119:15 135:15,17
135:18 150:6
163:5,7 164:18
168:13 176:6
179:25 185:15
199:5 202:21
203:16 210:8,10
210:21 227:15
229:22 233:7
234:1 258:3
263:19,21,21
**specifically**  12:24
63:13 66:7,11
91:15,18 100:13
109:22 123:5
127:20 128:4
130:5 164:1 166:6

167:24 173:8,12
174:5 180:5 190:3
195:10 198:6
200:20 231:20
234:7 259:15,16
265:7 274:23
288:10
**specificity**  257:12
**speculate**  174:18
**speculating**
229:14
**speculation**  109:8
127:25 128:19
130:1,21 144:14
144:24 175:12
200:4 230:22
231:16 249:8
251:8 262:25
283:6 284:4
**speculative**  229:13
**speed**  116:15
**spent**  95:20
**splash**  7:25 24:3
146:19,21 148:24
149:6,8,9,11,15,22
217:3 254:8
260:20 280:24
281:7 285:19
287:19 288:1
289:23
**spoke**  29:2
**st**  3:7
**staff**  25:8
**stage**  279:14
**stamped**  205:7
**stand**  64:20 230:7
**standard**  9:5
**standing**  44:18
178:10,16 193:2
**stands**  157:3

[star - take]

| | | | |
|---|---|---|---|
| **star** 54:20,25 55:5 ██████ 153:24 | **stop** 18:10,10,10 18:10 45:23 94:22 237:21 | **suggested** 100:17 115:21,22 | 291:17,19 |
| **start** 11:25 114:9 117:24 118:10 140:5 147:4 | **stops** 218:11 | **suing** 64:25 66:19 67:4 206:2,11,15 210:7 236:1,3 239:11,16,23 | **surf** 102:20 |
| **started** 114:13 118:3,3,9 119:3 174:14 250:25 | **store** 112:21 113:4 113:9 208:12 209:5 212:25 213:2,4,9,10,21 262:8,18 | | **surfing** 275:18 |
| | | **sullivan** 4:4 10:12 | **surmise** 248:16 |
| **starting** 121:19 | | **supermarket** 37:24 | **surprised** 137:6 137:10,11,15,19 |
| **starts** 140:24 189:17 208:8 | **stored** 208:22 213:13 261:23 262:5 | **supervision** 295:12 | **surreptitious** 67:1 69:15 |
| **state** 10:5,8 11:8 92:6,14,15 149:11 149:16 207:13 253:10 257:8 296:9,12 | **stores** 113:7,13,16 208:11,16,17,19 208:24 209:9 | **supplementary** 179:17,24 | **svk** 1:5 2:5 9:18 |
| | | **support** 91:21,22 | **switch** 115:22 |
| | **straight** 63:9 | **support.google.c...** 215:19 | **switched** 120:5 |
| **stated** 80:6 84:19 84:20 148:6 175:20 196:24 202:23 220:24 231:1 283:12 | **street** 3:15 | | **switching** 120:11 |
| | **stretch** 266:11 | **supporting** 88:8 90:1 91:24 | **sworn** 295:5 |
| | **string** 280:2 | | **sylviabrowne.com** 143:16 |
| | **strings** 279:2 | **supposed** 73:21 124:20 138:17 139:6 174:18 | **sylviabrowne.co...** 133:23 |
| **statement** 6:4 183:18 221:11 226:2 253:16 292:21 | **stuck** 83:8 | | |
| | **studied** 27:19 | **sure** 19:23 20:10 20:20 33:24 46:6 47:23 48:3 49:1 49:16 58:4 71:22 79:18 83:8,19 93:6 95:24 98:15 101:20 134:1 147:3 149:14 153:16 161:21 164:17 165:16 170:3 174:17 175:25 201:25 206:14 207:14,16 208:22 213:19,20 230:16 231:21 234:18 244:8 262:11 263:22 268:1 271:4 278:18 284:17 285:16 290:10 | **synonymous** 264:20 |
| | **study** 27:17 | | **system** 189:22 208:11,16,24 209:5 212:25 213:2,12,13,22 |
| **states** 1:1 2:1 9:16 146:18 149:13 185:9 292:15 | **stuff** 129:11 | | |
| | **subject** 128:6,22 130:9,11 131:9 132:11 233:2 | | **t** |
| **stating** 122:19 142:6 | | | **t** 24:21 133:12 298:3,3 |
| **statistics** 92:6 | **submitted** 114:24 115:2 | | **tab** 47:12 49:24 51:14 67:24 140:3 140:11 152:9 157:7 169:14 187:8 201:7 214:10 255:7 260:19 |
| **stay** 145:7 146:19 | **submitting** 180:22 | | |
| **stealing** 236:1 | **subscribed** 295:22 | | |
| **steering** 20:11 | **subscriber** 6:15 152:14 154:17 | | |
| **step** 26:6 | | | |
| **stick** 58:3 | **substance** 15:15 15:24 18:12,19,24 20:24 23:12 278:21 | | **tab12** 181:3 |
| **sticking** 28:2 | | | **tablet** 131:17,18 |
| **stipulated** 11:3 | | | **tabs** 264:12 |
| **stipulation** 296:20 | **substitute** 211:12 | | **take** 9:11 13:11,16 17:5 18:22 19:8,9 26:6 32:16,25 33:10 35:1,4,5 36:6 47:21 73:12 |
| **stolen** 225:5 235:23 | **substituting** 213:5 | | |
| | **sued** 67:16 | | |

Veritext Legal Solutions
866 299-5127

[take - think]

105:13 108:12,13
126:5 132:13
146:20 152:21
161:1 170:1 175:4
175:16 177:23
201:20 207:5,6,10
207:25 214:17
247:8 261:5 271:3
271:4 283:16
292:9
**taken** 2:17 9:14
11:13 13:14 22:19
48:8 85:12 132:19
132:24 170:11
202:3 223:7
225:14,17 226:22
235:23,25 247:18
266:6 294:5 295:8
295:10
**takes** 223:14
**talk** 63:2 119:14
167:19
**talked** 28:1 58:15
107:9 168:15
210:8
**talking** 40:6 48:24
96:9 97:17 186:21
186:22 193:18
224:24 233:4,6,14
233:25 234:1
269:19
**talks** 58:16,19,21
164:19 165:20
**tampa** 3:16
**tangible** 183:6
**tar** 279:8
**target** 113:22,24
114:2 233:10
234:6 235:6
**targeted** 232:25
233:3 234:17,21

234:25 250:1
276:25 277:3
**team** 291:17
**tell** 16:5 33:14
42:4 43:10 80:2
90:13 97:13 101:8
108:16 115:16
135:12,24 140:4
149:7 161:3
171:13 173:1,4
182:4 184:18
185:23 191:14
192:8,13 193:6,15
201:2 208:14
230:10 248:7
252:16 287:11
290:12
**telling** 64:8 95:16
219:22 287:11
**tells** 57:4
**ten** 47:25 155:2
170:5 201:22
247:8,15
**tend** 45:7 46:10
47:1
**tenth** 147:24 256:6
256:7
**term** 137:1 278:3
**terms** 6:20 24:3
103:6 116:17
151:7,9,10,11,21
152:2,7 158:5,18
159:4,5,7,11,15,20
160:2,14 161:11
161:15,21 162:1,3
162:7,12,17,22
163:8,9,15,18,25
164:19 165:19
166:8 200:9,11,14
200:20,22,23
212:22,23 215:14

227:17 285:18
**territory** 20:16
81:12 237:17
**test** 113:19 117:4
**testified** 11:4
30:20 84:12 85:19
89:25 90:4 101:23
141:11,18 148:23
149:1 197:22
222:8 232:24
234:2 235:16
237:19 247:23
256:17,20 257:1
257:20 278:17
282:7
**testify** 11:17 94:5
178:15 295:6
**testifying** 1:17
2:16 9:1 23:24
148:9 173:19
282:1,4 287:12
290:20
**testimony** 11:20
19:1 20:9 30:24
50:16 74:19 75:25
89:6,20 91:9
92:15 95:23 96:19
104:4 105:22
109:24 118:22
128:1 145:18
148:14,22 149:4
150:21 163:12
167:2 187:4
192:12 197:24
199:13 200:17
205:10 210:13
211:10 221:23
230:2,24 231:6
232:9,18 233:1,12
237:14 243:16,23
248:1 256:23

259:3 260:22
269:6 274:3
275:19 280:16
284:10 287:8,9,10
294:8
**testing** 25:21
**text** 66:16 158:12
159:10 165:19
171:19 172:9,12
174:21 187:5
242:5,8,11,13,22
**thank** 10:21 12:8
24:10 59:8 85:17
95:3 96:4 98:19
98:20 132:12,15
133:5 145:20
157:5 160:24
169:10 178:22
181:10 185:4
266:22 273:22
275:10 289:20
**thanks** 126:16
207:17
**thereof** 295:16
**thing** 13:8 44:18
45:7 52:1,3 88:18
109:18,19 159:25
188:18 233:18,20
235:12 272:4
285:16
**things** 31:12 32:19
40:24,25 46:21
72:1 118:4 195:24
216:7 270:11
271:7,11,13 272:8
272:16,20,22
**think** 15:14 21:1,3
22:21 35:12 41:17
41:21 42:3 43:13
48:24 51:3,25
54:23 63:18 70:7

[think - true]

71:25 72:7,8
75:21 77:17 85:6
95:20,21 96:19
101:23 102:14
103:4 106:5,14
107:25 108:8
109:6 111:3,5
113:13 114:17
115:15 120:15
123:19,21,25
124:12 126:5,18
128:13 132:13,19
145:13 150:22
169:24,25 179:8
179:14 180:2
181:2,7 187:8
188:21 194:6
195:23 199:14
203:25 205:2,8
206:7 209:3 210:7
210:9 211:15,17
213:14 214:8,23
216:25 220:13
224:7,12 225:1,13
232:24 233:4,6,7
233:24 235:12,16
238:6,10,16
241:16 244:9
247:4 249:19
260:16 263:16
265:8 266:2
275:15 276:1
279:11,13 283:25
284:18 290:1,9
292:7
**thinks** 175:3
**third** 42:5,11
43:12,20 57:17
58:22,24 59:1,4,4
59:6,18 66:1
104:18 189:10

252:7,13 258:22
**thought** 39:1
115:4 141:18
279:20 284:14
**three** 17:11 35:3
52:12 60:9 75:2,7
121:7,10,15 140:8
193:13 197:19,21
198:8 203:8
281:13
**tickets** 248:19,20
249:25 250:4
**tied** 54:5
**time** 9:5 10:8
13:19 14:25 15:11
15:14 17:1,6
18:23 19:10,19
25:9,11,12 30:13
47:20 48:7,10
49:19 50:11 71:10
77:19 81:15 83:23
85:2,6,11,14 95:1
95:3,19 96:3
97:10 100:22,25
114:17 116:5
118:25 120:4
132:23 133:1
135:25 136:16
142:1 147:24
153:23 157:1
158:19 159:21,21
161:12,16 169:20
169:24 170:2,4,10
170:13 171:12
175:5 177:8,21
178:12 182:18
183:10 184:5
201:20,21 202:2,5
204:14 205:6
207:6,10,11,13
211:11 213:6

224:20,25 232:12
238:14 244:4
247:17,20 266:5,8
268:5,8 276:19
288:14 291:25
292:3 293:7 295:9
296:10,18,24
297:7
**times** 16:20 21:6
36:13 46:19 49:3
49:6,7 81:6 93:13
117:16 133:20,21
135:18 136:5
161:25 162:6
169:5 202:17
238:4 290:12
**title** 25:4 52:24
221:4
**titled** 59:18 156:1
197:13 198:7
214:24
**today** 11:13,17,21
12:2 13:10 14:23
16:1 78:10 130:25
180:14,18 202:17
211:11 222:8
230:11 232:3
249:14 267:5
278:4 280:11
285:21
**today's** 12:14
15:23 19:1
**toe** 71:19 124:23
125:1,11,16 126:2
126:22 127:2,4,7
127:10 129:4
130:15
**told** 137:15 211:22
244:24
**tool** 108:9,17
109:6

**top** 12:6 52:8
68:18 133:25
153:1 156:12
157:23 170:6,23
172:7,10 188:3
190:9 197:13
215:9 220:7,9
**topic** 256:24
**total** 220:10
**track** 135:18
**tracked** 135:20
**tracking** 88:6 90:2
91:19 92:8,17
118:5
**tracy** 4:6 10:14
47:15 67:24 140:3
169:12 181:1
214:11 255:7
**trade** 245:23
**train** 279:20
**transcribed**
295:11
**transcribing** 12:13
**transcript** 294:5
295:18,20 296:6,8
296:10,13,13,21
297:2,2
**transcripts** 22:17
22:19
**transmission**
241:17
**trash** 33:16
**travel** 134:3
135:19
**trial** 30:20
**trick** 16:17 201:1
**tried** 81:5 116:2
227:23 260:5,6
**true** 92:7,16
136:17,19 137:7,9
138:7 178:6 212:5

Veritext Legal Solutions
866 299-5127

[true - understand]

263:14 294:9
**trujillo**  1:5,14 2:5
2:15 5:3 6:3 7:3
8:3 9:14 11:1,10
11:14 15:1 18:6
19:13,21 21:11,12
22:1 23:24 24:15
31:2 39:25 43:1
44:8 45:1 47:17
48:15 54:12 55:15
59:11 60:24 62:15
62:19 63:16 64:2
67:18,25 68:4
76:21 77:15,24
78:17 80:6,11,16
81:19,23 82:3,19
83:20 84:8 85:16
87:13 88:22 89:9
89:9,12,23,25
90:19,23 91:12
98:22 104:19
106:13,22 110:21
114:9 117:25
126:18 127:22
128:3 129:1 130:3
132:8 133:3
139:18,20,24
145:23 149:1
150:5,15,25
151:18 152:10,13
157:8,15 158:24
160:17 163:3
165:18 167:6,21
168:8,25 169:15
169:18 170:15
173:1 175:16
177:9,12 178:1,25
181:12,15,23
182:7 185:6,14,20
187:10,15,25
188:19,23 190:22

193:6 194:7 195:6
195:15 196:14
198:5 199:18
201:9,13 202:7
206:2 207:4,21
210:13 212:10
214:12,17 215:6
216:6 220:13,21
220:23 222:4
223:20 224:10
225:4 226:2 227:4
227:24 231:1,10
232:20 234:5
236:9,22 238:22
240:14,24 241:23
243:12,17 244:12
245:16 246:21
247:22 249:10
251:9,13,22
253:12 254:4
255:8,11 256:4,24
258:7 259:1
260:19,23 263:2
265:19,23 266:10
266:15 268:10
270:7 273:2 275:3
276:24 285:18
286:9 288:12
289:7,13,22
290:25 292:6
294:3,19 296:5
298:2
**trujillo's**  7:6,19
14:25
**trust**  109:12,15
119:4 136:25
**trusting**  188:5
189:6
**truth**  295:6,6,7
**truthful**  11:20

**try**  100:22,25
134:6 137:18
**trying**  49:18 63:17
72:15 83:5,23
97:21 194:7
243:19,23 260:16
**turn**  21:16 58:18
60:8 197:9 230:6
256:4
**turned**  103:25
155:23
**turning**  110:24
**twice**  16:23 211:7
**two**  25:3 26:8
63:10 68:7 72:1
72:16 94:25 121:9
132:19 141:9
171:21 193:13
195:23 197:18,21
198:8 203:8
208:15 209:12,17
211:3 216:7 217:2
217:2 224:22
233:11 235:17,20
264:9,16,20 265:3
265:13 267:10,15
272:8,16,19,22
291:16
**tyler**  133:11,12
**tylerhenry.com**
143:14
**type**  38:15 57:8
66:18 71:1,1 77:7
108:9 120:14
129:17 147:19
180:6
**typed**  125:11
127:1,17 128:6,23
**types**  41:13,18
46:21,22 53:5
56:2,4,9 69:21

77:21 99:2,6,9
120:18 123:8
138:24 139:7,9
190:25 198:9
261:20
**typewriting**
295:11

---

**u**

**u**  24:21
**ultimate**  136:14
**ultimately**  29:16
**un**  249:12
**unable**  63:24
81:23 82:3 180:18
198:17
**unclear**  13:2 44:20
**uncovered**  111:6
**underline**  189:10
**underneath**  53:4
59:19 140:15
159:4,10,13 171:1
188:4 189:9
**understand**  11:12
11:15,18 14:3
20:20 33:25 41:4
41:23 42:18 43:22
44:12 46:7 57:12
60:23 72:15 79:1
86:15 100:15
106:23 125:17,20
125:22 126:1,20
129:5,8 130:9,17
130:22 131:25
132:9 136:13
141:9 142:6
147:14 148:7
171:11 189:24
190:21,23 203:1
206:14,14 208:15
213:3,15 214:2
216:5,11 225:8

Veritext Legal Solutions
866 299-5127

240:7 241:15
261:20 263:24
265:2 267:15,17
270:2 272:8
280:13 282:24
288:8,16,20 289:8
289:14
**understanding**
41:13 44:3,24
65:17 78:10 81:19
82:11 96:9 100:5
100:7,11,14
111:14 123:8
125:3 127:3,11
135:14,23 146:8
146:11 149:2
151:18 194:25
195:2 204:19
227:6,7 240:17,25
241:9 248:22,24
252:20 253:23
261:25 269:24
277:11,16,21
**understood** 13:21
89:13 187:3
**unfamiliar** 249:13
**unfortunately**
256:4
**uniform** 144:21
**unit** 9:13
**united** 1:1 2:1 9:16
**unknown** 249:12
**unneeded** 105:16
**unreadable**
172:21 175:21,22
187:2,5
**untrue** 221:13,15
253:15
**upcoming** 46:25
**update** 36:17,19
205:24

**updated** 36:23,25
37:3 173:5 191:25
200:12 205:3,5
206:9
**updates** 205:12,13
**url** 60:21 215:17
**urquhart** 4:4
10:11
**usage** 60:16 64:9
101:15,17,18
102:9 103:22
104:1,7 223:25
**use** 14:19 26:2
46:6 47:2 51:23
52:15,16 60:10,15
60:16 62:5 64:8
99:1,25 101:7,24
103:3 104:1,8,10
105:3,9 106:4
110:22 114:6
117:11,15,15,19
117:22 118:24
121:18,22 122:2
132:3,4 135:13
136:3,22 138:9
153:12 154:4,6,8
172:18 188:5
189:5 190:5
202:18 209:6
210:17 216:1,9,14
216:21 222:18
225:10,20,24
226:14 228:24
229:9,17,23 232:4
232:21,25 234:11
236:2 246:13
252:6 260:11
270:12 271:7,21
272:6 273:7
**useful** 108:1,9
109:6 112:10,13

112:14,18,22
113:5,8,12
**user** 67:2,17 69:16
69:20,21 78:11
80:10 81:21 85:20
86:19 88:5 89:3
89:18 91:16 92:11
164:1
**user's** 283:4
286:19
**users** 41:22 60:16
67:2 69:16 92:9
121:11,16 227:9
227:16 247:25
258:18,22 285:22
**usual** 155:16
**usually** 47:5 50:19
273:10,16,17
**utensils** 46:24

**v**

**v** 24:21 296:4
298:1
**vague** 29:19 40:2
42:21 44:20 65:1
78:13 106:10
120:6 124:5 132:4
132:5 138:11
142:21 146:9
149:18 150:21
164:5 223:18
227:6,7 256:21
259:25
**vaguely** 158:7
**valuable** 222:23
226:24 257:24
**value** 222:12,24
223:4 226:18,21
226:25 235:24
239:24 257:13
**values** 238:23
239:8 278:13,24

279:2 280:2,4
**variation** 267:2
**varied** 73:10 134:7
135:2,13
**varies** 117:23
**various** 252:6
**vast** 176:2
**vegetables** 38:13
40:20 41:1
**ver** 205:6
**verbatim** 17:3
61:6 64:11 71:20
82:18 85:3 167:15
171:2 179:12
225:18 283:23
287:1
**veritext** 9:23 10:1
14:10 296:7,9,11
**version** 22:9
161:11 169:19
171:6 172:3 173:9
173:9 177:20
178:14 184:11
187:4,8 188:22
190:13 192:5,23
192:23,25 202:8
202:12 203:18
204:5,8,9,11,13,21
204:24,25 205:3,5
205:8,19 206:3
253:2
**versions** 22:12
203:23 204:1,23
206:9
**versus** 9:16 56:22
58:8 102:5 135:7
**video** 1:13 2:14
9:10,13 31:21
82:2 93:12 94:9
94:14 97:9 98:10
174:11 224:15,18

[video - website]

| | | | |
|---|---|---|---|
| 238:12 243:25 | 145:5 146:2 | **wallpaper** 26:23 | 217:16 228:6,11 |
| 244:17 251:11 | 218:18 219:17,23 | **want** 19:22 20:10 | 228:25 229:10 |
| 269:16 274:21 | 241:19 242:14,17 | 31:8,13,15 32:12 | 241:16 245:7 |
| **videoconference** | 242:23 244:13,15 | 34:12,16 35:25 | 246:23 250:2 |
| 1:13 2:14 3:1 11:3 | 244:25 245:11 | 37:21 40:14,16 | 257:3 265:12 |
| **videographer** 4:13 | 250:6 274:12 | 44:18 49:1,19 | 275:16 279:13 |
| 9:4,24 10:21 48:6 | 275:1 288:7 | 57:6,17 58:4 62:6 | **ways** 227:2 229:11 |
| 48:9 85:10,13 | 292:17 | 66:17 67:9 70:6 | 230:10 263:17 |
| 132:22,25 170:9 | **visited** 33:15 | 76:20 77:4,23 | 271:1,18 292:8 |
| 170:12 176:22 | 40:16 46:14 49:2 | 78:25 82:25 94:3 | **we've** 47:21 48:12 |
| 177:1,4,7 202:1,4 | 49:4,13 133:10 | 95:10 96:25 97:1 | 88:19 95:11 126:3 |
| 247:16,19 266:4,7 | 235:4,4 264:14 | 97:14,19,25 100:3 | 132:18 169:25 |
| 268:4,7 273:20 | 281:20 | 102:16 113:15 | **web** 31:2 34:1 |
| 291:24 292:2 | **visiting** 38:16 | 114:5 117:22 | 35:1,7 60:15,17 |
| 293:6 | 48:25 49:11 56:17 | 135:1 143:7,10,17 | 62:6 64:8 99:3 |
| **view** 37:16 38:9 | 57:21 58:7 99:19 | 144:5 145:4,6,10 | 100:12,12 102:11 |
| 58:6 106:18 | 104:2 110:23 | 145:11,12,14 | 103:19 106:7 |
| 141:19 197:23 | 112:24 117:22 | 146:4 147:3 | 116:14,24 123:10 |
| **viewed** 29:4 | 125:3 139:10,11 | 154:10 156:13 | 194:14,19,24 |
| 135:18,25 | 139:14 142:15 | 168:20 204:22 | 227:8,8 232:16 |
| **virtual** 1:13 2:14 | 143:20 249:24 | 206:13 228:12 | 244:25 245:2,3,10 |
| 9:19 | **visits** 45:24 48:20 | 230:8,19 239:5 | 258:2 262:21 |
| **virtue** 237:10 | 66:1 | 245:2,6,9 251:13 | 270:11 271:2,6,18 |
| **visible** 139:5,8,13 | **voluntarily** 223:16 | 274:22 275:4 | 275:18 |
| 143:2,3 149:24 | 225:9 226:7 | 291:1 292:6,8 | **website** 31:17 32:4 |
| 150:2 218:5,17 | **vpn** 111:15,18 | **wanted** 49:22 | 32:20 36:22 37:4 |
| 219:17,24 221:12 | **vs** 1:8 2:8 | 174:13 | 37:17,19,24 38:5 |
| 254:10 281:11,14 | | **wants** 42:2 130:15 | 38:17,18 40:8,10 |
| 281:20,23 287:21 | **w** | 168:23 255:3 | 41:8 42:4,10,17,19 |
| 289:25 292:13,16 | | **wars** 54:20 55:1,5 | 43:10 44:10 45:9 |
| **visit** 32:20 34:4 | **wait** 20:18 94:19 | **wary** 136:20 | 45:24 46:13,18,21 |
| 36:3,7,10,22 37:18 | 98:11 187:20 | **washington** 28:10 | 47:3,9 49:5,6,9,23 |
| 41:7,14 45:17 | 214:7 224:21,21 | **water** 38:12 40:20 | 50:11,12,13 51:9 |
| 46:18 49:6,9,23 | 233:14 238:13,14 | 41:1 | 51:23 52:7 56:10 |
| 50:11 56:10 57:5 | 238:14 244:3 | **way** 49:16 55:19 | 56:18 57:5,22 |
| 60:20 65:10,15 | **waiting** 21:15,16 | 75:24 76:3 104:11 | 58:7 61:1 65:10 |
| 70:12 112:3 | **waived** 296:23,23 | 104:14 112:1 | 76:7 99:24 100:23 |
| 113:14 123:18 | **waiving** 296:20 | 116:9 122:3 129:6 | 100:23,24 102:20 |
| 124:10 129:17 | **walk** 25:16,18 | 130:17 131:25 | 103:1,2 110:23 |
| 134:3 141:6 | **walked** 13:24 | 168:23 180:15 | 112:25 124:11 |
| 142:11 143:7 | **walking** 12:1 | 189:11 200:13 | 135:16 142:20,25 |
| | 25:19 | | |

Veritext Legal Solutions
866 299-5127

[website - worked]

| | | | |
|---|---|---|---|
| 143:4,21 162:12 | 272:14 | 78:2 80:14 81:25 | 291:9 292:25 |
| 215:16 219:8 | **west** 126:6 | 84:4,12 94:5 | 295:4,21 296:13 |
| 221:20 242:3,15 | **whatsoever** | 95:22 96:8,18 | 296:16 297:2,5 |
| 242:17 244:13 | 225:21 | 104:14 106:9 | 298:24 |
| 245:6,8,20,21 | **whereof** 295:21 | 108:24 109:9,10 | **witness's** 20:9 |
| 250:5,6 253:2 | **whispering** 9:8 | 110:10,17,19 | 44:3,24 96:19 |
| 258:3,11 288:5,9 | **whoa** 87:7,7,7 | 120:7 123:14 | 230:23 280:16 |
| 288:17,24 289:16 | 94:10 | 128:20 130:22 | 284:10 290:17 |
| 290:14 291:3 | **william** 1:4 2:4 | 131:6 140:22 | **wondering** 102:3 |
| **website's** 36:19 | **williams** 6:4 46:14 | 144:15 145:3 | 116:23 129:15 |
| 45:25 | 46:20 47:3,5,13 | 146:11 147:6 | 135:4 223:15 |
| **websites** 36:3,7,10 | 48:13,21,25 49:2,4 | 151:23 152:23 | **word** 12:13 61:6 |
| 36:24 37:20 38:15 | 49:9,12,14,20,23 | 157:17 161:6 | 75:1 108:12,13 |
| 41:4,18,21 48:20 | 51:5,9,18 54:8,19 | 163:22 164:12 | 140:25 167:15 |
| 60:18 65:15 66:1 | 55:6 56:8 57:3,7 | 165:10 166:13 | 169:5,8,9 174:16 |
| 70:12,13 99:19 | 57:12,19,23 58:4,6 | 167:4 168:22 | 176:10 194:9 |
| 102:10 104:1,11 | 58:13,17,22 60:25 | 172:21 173:18,22 | 202:18 204:20 |
| 112:3 113:14 | 63:7,11 64:12,14 | 174:2,17 175:2 | 211:2,12 264:11 |
| 134:9,13,25 | 64:18 65:10,12,16 | 178:15 182:15 | 278:7 285:2 |
| 135:23 136:4,10 | 65:18 112:25 | 184:16,17 185:9 | **wording** 186:14 |
| 136:15 141:6 | 113:9,11 218:22 | 188:24 190:19 | 204:17 |
| 142:11,16 143:7 | 219:2,6,12,18,23 | 192:20,25 197:3 | **words** 61:4,5 |
| 143:10,18 144:1,3 | 242:3,4,12 244:14 | 200:5 205:11,23 | 63:22 69:19 75:3 |
| 145:5,12 146:2 | 244:23 245:6,11 | 206:7,13 210:16 | 147:9 159:14 |
| 149:24 218:16 | **window** 14:9,10 | 211:7 212:13 | 167:7 168:10,11 |
| 219:17 221:12,13 | 34:2,14 50:8,22 | 220:18,24 224:16 | 168:19,21 169:3 |
| 233:10 235:4 | 51:11 255:13 | 226:3,12 227:20 | 170:24 203:20 |
| 242:23 254:10 | 264:13,13 | 231:17 233:16 | 204:14,20 205:1 |
| 257:14,19,22 | **windows** 50:21 | 234:2 236:16 | 221:9 232:13 |
| 260:12 277:11,22 | 104:23 105:15 | 237:2 238:18,19 | 267:19 287:17 |
| 281:20 287:21 | 275:21,24 | 239:4 240:2 241:5 | **work** 24:19,20 |
| 288:7 292:16 | **withdraw** 251:20 | 243:6,6,23 251:17 | 25:24 88:23 90:9 |
| **week** 36:14,15 | **withdrawn** 136:25 | 252:23 253:5,8 | 105:4,6 106:2 |
| 117:16 | **witness** 5:3 9:20 | 258:14 261:7 | 120:22,23 121:8 |
| **welcome** 12:9 59:9 | 16:8 18:8,21 19:4 | 265:17 267:13 | 121:12,19,20 |
| 85:16 133:3,6 | 19:25 20:6,12,15 | 269:20 272:12 | 131:17 203:2 |
| 266:10 | 21:3 23:20 32:3 | 274:4 275:10 | 214:25 221:5 |
| **went** 16:4 21:17 | 39:24 52:25 55:18 | 277:7 279:7,8,12 | 240:18,25 241:6 |
| 23:3,21 51:7,8,10 | 62:21 63:20,24 | 281:19 283:7 | 241:19 |
| 55:22 125:10 | 65:6 66:10 67:7 | 284:5 285:4 | **worked** 25:2 |
| 162:21 177:4 | 67:22 73:21 74:20 | 288:20 289:2,11 | 241:16 |

Veritext Legal Solutions
866 299-5127

[working - zoom]

**working**   27:4
   102:12 248:9
   278:23
**workplace**   116:6
**works**   7:17 102:18
   126:16 129:8
   130:9,23 136:12
   144:2 213:24
   215:10 220:10
   221:5,18 222:6
   227:5,21 228:14
   228:16 236:16
   241:13 273:5,6
**world**   174:18
**wrap**   247:11
**wrong**   155:5

**x**

**x**   297:9

**y**

**y**   133:12,12
**yeah**   19:2 39:4,17
   68:13 81:13 88:18
   93:19 97:12 98:4
   101:20 107:7
   113:17 125:9
   129:15 132:8,21
   144:18 164:23
   167:3 170:3
   172:14 173:18,22
   174:16 176:20,22
   177:3 178:22
   181:9 187:24
   188:13 213:19
   214:8 238:16
   251:13 265:9
   268:1 276:8
   285:12 287:7
   291:22
**year**   26:17 27:1
   49:3,7 117:15

   118:17,18 154:2
   155:5
**years**   25:3 26:8
   112:16 117:8
   118:2 155:3 162:2
   205:12 241:12
   257:14
**yep**   16:16 24:9
   44:22 59:5 72:22
   82:8 124:4 132:17
   269:8 290:5
**yesterday**   17:1,7
   17:20 19:13,17
   21:24 22:3,4,10,13
   22:18
**yesterday's**   21:20
**york**   4:8,8 133:20
**youtube**   211:17,20
   211:23 212:2,7,8
   212:15

**z**

**zoom**   9:20 14:9

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.