
**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral:   Honorable Susan van Keulen<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | **Document Sought to be Sealed** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rules 79-5(d) and (e), the following attachments accompany this motion:

1. a proposed order that lists in table format the documents sought to be sealed;
2. an **unredacted** version of Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct; and
3. a **redacted** version of Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct.

//

//

| | |
|---|---|
| Dated: July 29, 2022 | Respectfully submitted, |
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITT GUTZLER LLC** |
| By:  /s/ *Lesley E. Weaver* <br> Lesley E. Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* <br> *aornelas@bfalaw.com* <br> *jsamra@bfalaw.com* | By:  /s/ *David Straite* <br> David A. Straite (admitted *pro hac vice*) <br> Corban Rhodes (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, NY 10165 <br> Tel.: (646) 933-1000 <br> *dstraite@dicellolevitt.com* <br> *crhodes@dicellolevitt.com* |
| **SIMMONS HANLY CONROY LLC** | Amy Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn St., Sixth Floor <br> Chicago, IL 60602 <br> Tel.: (31) 214-7900 <br> *akeller@dicellolevitt.com* <br> *aprom@dicellolevitt.com* <br> *scruz@dicellolevitt.com* |
| By:  /s/ *Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> Jennifer Paulson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> *jaybarnes@simmonsfirm.com* <br> *atruong@simmonsfirm.com* <br> *ejohnson@simmonsfirm.com* <br> *jpaulson@simmonsfirm.com* | |

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

  I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 29th day of July 2022, at Oakland, California.

Dated: July 29, 2022        */s/ Lesley E. Weaver*
                  Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on July 29, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: July 29, 2022                          /s/ Lesley E. Weaver
                                                            Lesley E. Weaver