1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

11
12
13

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|---|
| 1 | Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____    _____
                                   Hon. Susan van Keulen
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE
PLS. ADMIN. MOT. TO SEAL                1                    CASE NO. 4:20-CV-05146-YGR-SVK