COOLEY LLP
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
REECE TREVOR (SBN 316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
JOYCE V. RODRIGUEZ-LUNA
(*pro hac vice pending*)
(jrodriguez-luna@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Google RTB Consumer Privacy Litigation, <br><br> This Document Relates to:  *all actions* | Master File No. 4:21-cv-02155-YGR-VKD <br><br> **DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S BRIEF IN RESPONSE TO THE COURT'S JANUARY 30, 2026 ORDER** <br><br> Hearing Date:  February 17, 2026 <br> Hearing Time: 2:00 pm |

W. SOMVICHIAN DEC. ISO GOOGLE'S SUPPL.
BRIEF RE JAN. 30, 2026 ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

I, Whitty Somvichian, declare as follows:

1.     I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *In re Google RTB Consumer Privacy Litigation*, Case No. 4:21-cv-02155.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I am competent to make this Declaration and have personal knowledge of the facts set forth herein.

2.     I submit this Declaration in support of Google LLC's Brief in Response to the Court's January 30, 2026 Order, ECF No. 798.

3.     The Court's January 30, 2026 Order provides in relevant part that "the Court requires further information regarding Google's argument that the settlement at issue is duplicative of functions and notifications already existing. By February 5, 2026, Google shall identify with specificity how each paragraph in the document submitted at Docket No. 785-2 is duplicative and provide the Court with those prior disclosures/notifications, including the date when such prior disclosures/notifications were made."

4.     The relevant "prior disclosures/notifications" that address the Court's request are included in the following documents (collectively, the "Prior Disclosures") that Google previously filed in connection with Google's opposition to Plaintiffs' first class certification motion:

- **Privacy Policy** (Google's Privacy Policy). The Privacy Policy contained the relevant disclosures since no later than March 31, 2020. ECF Nos. 592-5 ¶ 14; 592-6.

- **Advertising** (Google's "Advertising" page). The Advertising page contained the relevant disclosures since no later than June 11, 2021. ECF Nos. 592-5 ¶ 16; 592-7.

- **How Our Business Works** (Google's "How Our Business Works" page). The How Our Business Works page contained the relevant disclosures since no later than June 26, 2021. ECF Nos. 592-5 ¶ 21; 592-8.

- **How Personalized Ads Work** (Google's "How Personalized Ads Work" page). The How Personalized Ads Work page contained the relevant disclosures since no later than November 14, 2022.     ECF Nos. 592-5 ¶ 28; 592-10.

- **How Google Uses Information from Sites or Apps that Use Our Services** (Google's "How Google Uses Information from Sites or Apps that Use Our Services" page). The

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

W. SOMVICHIAN DEC. ISO GOOGLE'S SUPPL.
BRIEF RE JAN. 30, 2026 ORDER
CASE NO. 4:21-CV-02155-YGR-VKD

How Google Uses Information from Sites or Apps that Use Our Services page contained the relevant disclosures since no later than November 14, 2022. ECF Nos. 592-5 ¶ 32; 592-11.

5.      Attached hereto as **Exhibit A** is copy of the disclosures contemplated by the parties' settlement agreement and previously filed at ECF No. 785-2 (the "Settlement Disclosures") annotated with corresponding paragraph numbers for the Court's ease of reference.

6.      Attached hereto as **Exhibit B** is a chart with rows containing (1) each paragraph of the Settlement Disclosures shown as a separate numbered paragraph, and (2) references to the relevant portions of the Prior Disclosures that have corresponding or similar information, along with explanatory comments where appropriate. Paragraphs 3, 5, 7, 8, 14, 19, 25, 28, 30, 51, 52, 53, and 57, which address the contents and purposes of real-time bidding bid requests and related issues like cookie matching (the "RTB Paragraphs"), are shaded in blue highlighting. The remaining unshaded paragraphs go beyond addressing RTB issues and include disclosures not at issue in this case and not affected by the settlement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 5, 2026 in Oakland, California.

/s/ *Whitty Somvichian*
Whitty Somvichian

331379179

Cooley LLP
Attorneys at Law
San Francisco

2

W. Somvichian Dec. ISO Google's Suppl.
Brief re Jan. 30, 2026 Order
Case No. 4:21-cv-02155-YGR-VKD