# EXHIBIT B

## CHART IN RESPONSE TO JANUARY 30, 2026 ORDER

*As outlined in the Somvichian Declaration, the documents listed in the "Comparable Existing Disclosures" column are as follows. Highlighted rows in the below chart indicate portions of the Settlement Disclosure that pertain directly to the issues regarding RTB that are implicated in this litigation, as opposed to other aspects of Google Display Advertising.*

- **Privacy Policy** (Google's Privacy Policy) - Contained the relevant disclosures since at least March 31, 2020. ECF Nos. 592-5 ¶ 14; 592-6.
- **Advertising** (Google's "Advertising" page) - Contained the relevant disclosures since at least June 11, 2021. ECF Nos. 592-5 ¶ 16; 592-7.
- **How Our Business Works** (Google's "How Our Business Works" page) - Contained the relevant disclosures since at least June 26, 2021. ECF Nos. 592-5 ¶ 21; 592-8.
- **How Personalized Ads Work** (Google's "How Personalized Ads Work" page) - Contained the relevant disclosures since at least November 14, 2022.   ECF Nos. 592-5 ¶ 28; 592-10.
- **How Google Uses Information from Sites or Apps that Use Our Services** (Google's "How Google Uses Information from Sites or Apps that Use Our Services" page) - Contained the relevant disclosures since at least November 14, 2022. ECF Nos. 592-5 ¶ 32; 592-11.

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [1] When you visit sites and apps (or similar online services like Connected TV), you may see image or video ads appear on the page you are visiting. This is called Display Advertising. These Display ads keep many of these sites, apps and services free of charge. | **Advertising**: "Advertising keeps Google and many of the websites and services you use free of charge . . . Many websites, such as news sites and blogs, partner with Google to show ads to their visitors." |
| [2] Companies that own sites and apps (or similar services) can use Google Display Advertising tools to show you ads in empty windows on their pages, sometimes known as "ad slots." The companies then use these tools provided by Google to connect with Advertisers (or Advertising Partners working on the Advertiser's behalf) to: ● provide Advertising Partners with information about the ad slot and the page or content you are looking at, ● provide these companies with information about your previous visits to this or other sites, apps and similar | **How Our Business Works**: "Second, businesses can buy ad space that we show on sites and apps that partner with us, like news publications and blogs. In this case, most of the money goes to the partner and helps fund their content." |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| services in order to understand what ads would interest you, and ● show you ads. | |
| [3] When you visit a website that uses Google Display Advertising tools, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps and connected TV devices that use Google advertising services may also share information with Google, such as the name of the app or channel and a unique identifier for advertising. <u>Advertising Partners receive information about the ad slot, and they can then choose whether to bid for the opportunity to show an ad in that slot.</u> | The last sentence of paragraph [30] (underlined for reference) encompasses sharing of information in RTB bid requests and does not correspond precisely to an existing disclosure. The preceding sentences in paragraph [30] contain similar information to the following:<br><br>**How Google Uses Information from Sites or Apps that Use Our Services**: "[W]hen you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising." |
| [4] When you visit a site, app or service that uses a Google Display Advertising tool on the page you are visiting, that site, app or service may show you a message that: ● describes how it may use cookies, mobile IDs or other information stored on your device, including to show you personalized ads; ● tells you about the "vendors" (companies) that can receive information about you and your device in order to help these companies decide if they want to buy the ad slot, and/or ● gives you controls (e.g., links or settings that allow you to opt-out) over the information these vendors can receive about you and your device when serving personalized ads on the page you are visiting. | **How Google Uses Information from Sites or Apps that Use Our Services**: "When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google… You can see and control what information we use to show you ads by visiting your ad settings." |
| [5] You can also control whether to allow personalized advertising and whether to allow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google. If you turn off this control, Bid Request Data (defined below) sent to Advertising Partners will omit more specific details about | This paragraph refers to the new RTB Control so there is no corresponding existing disclosure. |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| your browser or device. Learn more about who can receive information about you and your device. | |
| [6] If you have additional questions or requests related to your rights, you can contact Google. | **Privacy Policy**: "And if you have any questions about this Privacy Policy, you can contact us." |
| [7] **Advertisers** Advertisers are companies that own sites and apps (or similar services) that use Google Display Advertising tools to understand more about the people visiting their sites, apps or services, and to improve the way they can show you ads on other sites, apps and services. | A more general description of the personalized ads process is currently provided at:<br><br>**How Personalized Ads Work**: "Millions of sites and apps partner with Google to help fund their content using ads paid for by advertisers. These partner sites and apps specifically use Google technology to show ads. These partner sites and apps specifically use Google technology to show ads. They show ads with the Google Display Network, a Google platform that helps advertisers show ads on sites across the web." |
| [8] **Advertising Partners** These are companies working on the Advertiser's and Publisher's behalf. For example, they help Advertisers buy ad slots on Publisher sites and apps (or similar services). They also help Publishers sell ad slots. Learn more about Advertising partners. | A more general description of the personalized ads process is currently provided at:<br>**How Personalized Ads Work:** "Millions of sites and apps partner with Google to help fund their content using ads paid for by advertisers. These partner sites and apps specifically use Google technology to show ads. These partner sites and apps specifically use Google technology to show ads. They show ads with the Google Display Network, a Google platform that helps advertisers show ads on sites across the web." |
| [9] **Publishers** Publishers are companies that own sites and apps (or similar services) that use Google Display Advertising tools to show you ads on the site, app or similar service you are viewing. | **How Personalized Ads Work**: "Millions of sites and apps partner with Google to help fund their content using ads paid for by advertisers. These partner sites and apps specifically use Google technology to show ads. They show ads with the Google Display Network, a Google platform that helps advertisers show ads on sites across the web." |
| [10] The exact information Google collects about you and your device depends on choices you have made in your ad settings, and the browser or device you are using. It may also depend on the permissions you give in consent messages (sometimes known as "cookie banners") that appear on some sites, apps, or | **Privacy Policy**: "[A]cross our services, you can adjust your privacy settings to control what we collect and how your information is used . . . The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls." |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| other services, or in the privacy controls offered by those services. | "Ad settings - Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads."<br><br>**How Google Uses Information from Sites or Apps that Use Our Services**: "When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads…" |
| [11] Consent messages may be presented to you when you visit a site, app or other service. The consent messages may let you choose whether companies (including Google) collect information about you and your device to learn more about your interests and, therefore, understand what type of ads would interest you. This information can be stored in a personalized advertising profile. | **How Google Uses Information from Sites or Apps that Use Our Services**: "When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google… You can see and control what information we use to show you ads by visiting your ad settings."<br><br>"Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so."<br><br>**Advertising**:<br>"You can also manage many companies' cookies used for online advertising via the consumer choice tools created under self-regulation programs in many countries, such as the US-based aboutads.info choices page or the EU-based Your Online Choices. Finally, you can manage cookies in your web browser." |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [12] The exact information Google collects about you may also depend on instructions we receive from Publishers. For example, Publishers may choose to send Google identifiers that are used for things like frequency capping, audience segmentation and audience targeting, sequential ad rotation, and other audience-based ad delivery controls across devices. The below tables provide more information on data processed when Google provides Display Advertising services to Publishers and Advertising Partners. | **Advertising**: "Working with our partners, we may use cookies… to stop you from seeing the same ad over and over again… and to show ads that are likely to be more relevant (such as ads based on websites you have visited)." <br><br> **How Personalized Ads Work**: "Ads you see on your mobile devices may be personalized based on its Advertising ID. Sometimes Google links that advertising ID to an advertising cookie on the same device in order to coordinate ads across your mobile apps and mobile browser." |
| [13] Data received when a Publisher requests ads ("Ad Request Data") <br><br> <table><tr><td>**Data type**</td><td>**Examples of information**</td></tr><tr><td>Information about an ad space (slot)</td><td>Ad slot identifier assigned by the Publisher; allowed ad width and height; supported formats or types of ad media or technology; location of the ad slot on the page; Publisher targeting parameters</td></tr><tr><td>Content surrounding an ad space</td><td>Web page or content URL; mobile app ID; video content description</td></tr><tr><td>Publisher information</td><td>Identifier that enables Google to know who the Publisher is ("Publisher identifier")</td></tr><tr><td>Publisher-provided information</td><td>Publisher-provided identifier; Secure Signals; Publisher first-party IDs</td></tr><tr><td>Information about your device or browser</td><td>Browser and operating system type and version, information about your device, including</td></tr></table> | Current Google disclosures include descriptions of some of the same categories of information referenced in paragraph [13], including: <br><br> **How Google Uses Information from Sites or Apps that Use Our Services**: "[W]hen you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising." <br><br> **How Personalized Ads Work**: "Ads you see on your mobile devices may be personalized based on its Advertising ID." <br><br> "Ads you see on your Android TV may be personalized based on its Advertising ID" <br><br> **Privacy Policy**: "The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number." |

5

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| | model, brand, battery and storage information; preferred languages; referrer information; app installation source<br><br>For personalized ads and non-personalized ads requests from a web browser, cookies in doubleclick.net domain or the Publisher domain that may contain a user-resettable identifier for advertising<br><br>For personalized ads and non-personalized ads requests from a mobile or a connected TV device, a device advertising identifier and (if available) user authentication identifier | "A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited." |
| Information about a browsing or in-app session | Identifier of the current web page view or in-app session; width and height of the browser window | |
| Network information | IP address; HTTP and other network headers; Carrier information (mcc/mnc), network state | |
| Privacy settings | Whether a Publisher requests non-personalized or limited ads or requests ads directed at children | |
| Publisher ad tag or advertising software development kit | Ad tag or SDK type and version | |

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| (SDK) information | | |
| Supported advertising technologies | Application programming interfaces (APIs) supported by your device; the Publisher ad tag or the software development kit (SDK); Apple's SKAdNetwork for measuring ad-driven application installations; Open Measurement SDK | |
| Third-party demand information | Bid responses and bids received from a Publisher's Advertising Partners, such as header bidding partners through header bidding trafficking | |
| Signals for detecting and preventing ad fraud and abuse | Proprietary signals collected from a device or a web browser that help detect invalid activity | |
| Google Analytics information | Session ID; App Analytics ID | |
| Experimental and debugging information | Set of active experiments; date and time of the ad request; other ad load timing parameters<br><br>For app, system health metrics; crash analytics and reports; app launch time; hang rate; energy usage | |
| [14] Data disclosed to Advertising Partners in the bid request ("Bid Request Data") | | The specific categories of information included in RTB bid requests are currently available in Google's developer-facing protocols. *See* ECF No. 592-1 ¶ 9 & n.7 ("The fields of data that |

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| **Data type** | **Examples of information** | can potentially be included in a bid request are detailed in Google's public documentation."). Google's user-facing disclosures have not included similarly granular descriptions of the contents of bid requests and focus on how different categories of data are used, including:<br><br>**Advertising**: "We may use the IP address, for example, to identify your general location… We may also select advertising based on information about your computer or device, such as your device model [and] browser type."<br><br>**How Personalized Ads Work**: "Ads you see on your mobile devices may be personalized based on its Advertising ID."<br><br>**How Google Uses Location Information**: "Ads can be served based on your general location. This can include location derived from the device's IP address."<br><br>**Privacy Policy**: "Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent."<br><br>"On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone." |
| Information about an ad space (slot) | Ad slot identifier; allowed ad width and height; supported formats or types of media; whether the slot is above or below the fold; historical viewability and click-through-rate | |
| Content surrounding the ad space | Web page URL; mobile app ID; video content description | |
| Publisher information | Publisher identifier; billing country; Advertising Partners involved in selling ad space | |
| Publisher-provided information | Secure Signals; Publisher-provided signals | |
| Publisher configuration settings | Categories of ads disallowed by a Publisher; direct deals between a Publisher and a buying Advertising Partner; minimal price a Publisher wishes to be paid for showing an ad | |
| Information about your device or browser | Approximate detected device geolocation; IP address; user-resettable advertising identifiers for a browser, based on cookies, or a device; device model and brand; browser brand and version; operating system brand and version | |
| Privacy settings | Whether fields in the bid request were redacted or generalized | |
| Supported advertising technologies | Application programming interfaces (APIs) supported by your device; the Publisher ad tag or the software development kit (SDK); Apple's SKAdNetwork for measuring ad-driven application | |

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| | installations; Open Measurement SDK | "A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited." |
| [15] Data received when an ad is shown | | Current Google disclosures include descriptions of some of the same categories of information referenced in paragraph [15], including: |

[15] Data received when an ad is shown

| Data type | Examples of information |
|---|---|
| Information about the related ad request | Reference to the ad request that resulted in selecting the ad, data about the selected ad |
| Information about your device or browser | Browser and operating system type and version, device model and brand (as part of user-agent information); preferred browser languages <br><br> For personalized ads and non-personalized ads requests from a web browser, cookies in doubleclick.net domain or the Publisher domain that may contain a user-resettable identifier for advertising <br><br> For personalized ads and non-personalized ads requests from a mobile or a connected TV device, a device advertising identifier |
| Network information | IP address; HTTP and other network headers |
| Signals for detecting and preventing ad fraud and abuse | Proprietary signals collected from a device or a web browser that help detect invalid activity |

**Privacy Policy**: "Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent."

"On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone."

"A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited."

"Some examples of how we use your information to help keep our services safe and reliable include: Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| Interaction data | Information on how you interact with an ad, such as whether you click on it; interactions with a video in an ad (such as whether it is muted, paused, skipped, expanded or collapsed) | users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack." |
| Information related to the rendering of the ad | Information related to the rendering of the ad, such as error messages; client-side ad selection and whether and for how long the ad shows up on screen | "We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears." |

"We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…"

**How Personalized Ads Work**: "Ads you see on your mobile devices may be personalized based on its Advertising ID."

---

[16] Data received from our Advertising Partners when they submit a bid for the ad slot

| Data type | Examples of information |
|---|---|
| Information about the ad | The ad's dimensions; the page you will be directed to if you click on the ad; the HTML code your browser will render to request the ad from the Advertising Partner's server |
| Information about the bid for the ad slot | The amount the Advertising Partner bids for the ad slot |

No current user-facing Google disclosure with the same information.

---

[17] Data disclosed to Publishers about ad transactions

Data disclosed to Publishers for reporting, analysis, optimization, personalization, and auditing purposes is done both at the event-level and in aggregate. Except for anonymized

Current disclosures include similar information in the context of information provided to advertisers, which can also be publishers:

**How Our Business Works**: "We share reports with our advertisers to help them understand the performance of their ads,

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| benchmark data, this information is only ever disclosed to the Publisher originating the ad request. <br><br> (table below) | but we do so without revealing any of your personal information." <br><br> **Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…" |

| Data type | Examples of information |
|---|---|
| Information provided by the Publisher about the request in relation to you and the ad slot | The ad slot parameters; rules and targeting configured by the Publisher; freeform text provided by the Publisher, browser, geography <br><br> Per-Publisher third and/or first party identifiers about you or your device provided in ad request (provided ads personalization is permitted) |
| Information about the ad that was returned | The buying Advertising Partner; the transacting deal; the detected Advertiser; the Publisher payment for the ad; the ad creative |
| Information about the ad's visibility and your interactions with it | If the ad was shown on screen (Active View); if you clicked on an ad; if you muted an ad |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [18] Data we use to display the ads <br><br> (table below) | **Advertising**: "We may use the IP address, for example, to identify your general location." |

| Data type | Examples of information |
|---|---|
| Network information | IP address; HTTP and other network headers |
| Information about an ad space (slot) | Ad slot identifier; allowed ad width and height; supported formats or types of media; whether the slot is above or below the fold |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [19] Data used for "cookie matching" | Cookie-matching is currently described in developer-facing materials. *See* ECF No. 546-3 ¶ 23 & n.4 (expert report |

11

| Settlement Disclosure (Docket No. 758-2) Paragraph | | Comparable Existing Google Disclosures & Comments |
|---|---|---|
| **Data type** | **Examples of information** | discussing Google's developer documentation that explained how cookie matching "enables the bidder to match their cookies with Google"). Current user-facing disclosures describe more generally the use of cookies without specifically referring to cookie-matching, including:<br><br>**How Google Uses Information from Sites or Apps that Use Our Services**: "[W]hen you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. … We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising."<br><br>**Advertising**: "Working with our partners, we may use cookies… to stop you from seeing the same ad over and over again… and to show ads that are likely to be more relevant (such as ads based on websites you have visited)." |
| Information about your device or browser | Browser and operating system type and version; device model and brand (as part of user-agent information); preferred browser languages | |
| Pseudonymous cookie-based user identifiers | For requests from a web browser: cookies in doubleclick.net domain or other ad techs' domains. The cookies may contain a user-resettable identifier for advertising (for personalized and non-personalized ads) | |
| System debug information | Account ID of the cookie matching partner; hostname of the Google machine that starts the request; timestamp of when the request started; details of whether the request was over SSL | |
| [20] Google uses your information to provide the Display Advertising tools for the purposes described below: | | See below |
| [21] **To display ads.** We process your information so we know where to send ads that are served using the Display Advertising tools. For example, we process your IP address in order to send ads to the page you're reading on your device. We also use information about the ad slot to make sure the ad we serve is appropriate (such as to make sure it is the right size to fit into the ad slot on the page). | | **Privacy Policy**: "Depending on your settings, we may also show you personalized ads based on your interests."<br><br>**Advertising**: "We may use the IP address, for example, to identify your general location." |
| [22] **To select ads that you will see (whether or not the ad is personalized to you).** We process data to determine the types of ads you see and which Advertising Partners are eligible to receive certain data. The data collected and disclosed will | | **Privacy Policy**: "Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for 'mountain bikes,' you may see an ad for sports equipment when you're browsing a site that shows ads served by |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| depend on the permissions you give in your ad settings, including in the banner that may be presented to you when you visit the Publisher's site, app or service, or in the privacy controls offered by those services. | Google. You can control what information we use to show you ads by visiting your ad settings." <br><br> **How Google Uses Information from Sites or Apps that Use Our Services**: "When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google… You can see and control what information we use to show you ads by visiting your ad settings." <br><br> "Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so." |
| [23] Ads are shown to you according to factors like the time of day, the topic of the site you are visiting or your general location (using part of your IP address). For example, you might see a restaurant ad for lunch specials because you're reading a blog about lunch recipes. Or you might see an ad for a roofing business because you are on a site about home repair. | **Advertising**: "Even if you opt out of Ads Personalization, you may still see ads based on factors such as your general location derived from your IP address… [and] your browser type, and your search terms." <br><br> **How Personalized Ads Work**: "When you turn off personalized ads . . . . The ads you see on partner sites and apps won't be personalized - that is, they will be based on general factors like the time of day or the topic of the video, website, or app you're viewing." <br><br> "Non-personalized ads on partner sites and apps are shown to you according to factors like the time of day, the topic of the website you're visiting, or your general location. For example: |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| | • You might see a restaurant ad for lunch specials because you're reading a blog about lunch recipes.<br><br>• You might see an ad for a roofing business because you are on a website about home repair." |
| [24] We process data to limit the amount of times you see the same ad. | **Advertising**: "Working with our partners, we may use cookies… to stop you from seeing the same ad over and over again." |
| [25] Depending on the permissions you give, we will disclose Bid Request Data to our Advertising Partners, who use it to decide whether they want to make a bid for an ad slot on the Publisher's site, app or service. If one or more of our Advertising Partners decide to submit a bid for the relevant ad slot, Google processes the data we receive from them to determine the winning bid and show the relevant ad on the Publisher's site, app or service. | Current user-facing disclosures do not specifically refer to the sharing of Bid Request Data with Advertising Partners and provide a more general description of the display advertising process, including:<br><br>**How Personalized Ads Work**: "Millions of sites and apps partner with Google to help fund their content using ads paid for by advertisers. These partner sites and apps specifically use Google technology to show ads. These partner sites and apps specifically use Google technology to show ads. They show ads with the Google Display Network, a Google platform that helps advertisers show ads on sites across the web." |
| [26] **To show personalized ads.** We use data to show personalized ads on Publisher sites, apps and services. Ads can be personalized based on your inferred interests. These inferences are derived from cookies and other identifiers that give information about your previous interactions with sites, apps and other services (including Advertisers' sites, apps and services). | **How Personalized Ads Work**: "Ads you see on Google are either personalized, using factors like your choices in My Ad Center, or non-personalized."<br><br>**Advertising**: "Working with our partners, we may use cookies… to show ads that are likely to be more relevant (such as ads based on websites you have visited)."<br><br>"When you visit another site that works with Google… you might see an ad for those golf clubs. That's because your browser sends Google the same cookie. In turn, we may use that cookie to serve you an ad that could encourage you to buy those golf clubs." |

14

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
|  | **Privacy Policy**: "Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent."<br><br>"On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone." |
| [27] We process data to determine the types of ads you see and determine the Advertising Partners which are eligible to receive data for ads personalization. The data collected and disclosed will depend on the permissions you give your ad settings and in a consent message that may be presented to you when you visit the site, app or service, or in the privacy controls offered by those services. | **How Google Uses Information from Sites or Apps that Use Our Services**: "Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off… You can see and control what information we use to show you ads by visiting your ad settings."<br><br>**Privacy Policy**: "Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so." |

15

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [28] When showing personalized ads, we will disclose Bid Request Data to our Advertising Partners, who use it to decide whether they want to make a bid for the ad slot on the Publisher's site, app or service. If one or more of our Advertising Partners decide to submit a bid for the relevant ad slot, Google processes this information to determine the winning bid and show the relevant ad on the Publisher's web, app or service. | Current user-facing disclosures do not specifically refer to the sharing of Bid Request Data with Advertising Partners and provide a more general description of the display advertising process, including:<br><br>**How Personalized Ads Work**: "Millions of sites and apps partner with Google to help fund their content using ads paid for by advertisers. These partner sites and apps specifically use Google technology to show ads. These partner sites and apps specifically use Google technology to show ads. They show ads with the Google Display Network, a Google platform that helps advertisers show ads on sites across the web." |
| [29] Information from cookies and identifiers is collected, stored and combined with other information about you (for example, information from your previous visits to this site, app or service, or your previous visits to other sites, apps and services) in order to generate a personalized ads profile and to show you ads that would interest you. Your profile will include information on products and services you are likely to be interested in, and Advertisers use this information to serve you personalized ads. For example, if you visited a site and looked at red shoes, your profile will record that you are interested in red sneakers. An Advertiser that sells red sneakers could then choose to serve you a personalized ad for red sneakers when you visit another site, app or service. | **Advertising**: "When you visit another site that works with Google… you might see an ad for those golf clubs. That's because your browser sends Google the same cookie. In turn, we may use that cookie to serve you an ad that could encourage you to buy those golf clubs." |
| [30] Some of our Advertising Partners also use a feature called "cookie matching" to personalize ads. This feature allows our Advertising Partners to match cookies or identifiers that they have collected when a user browsed certain sites, services and apps with cookies that they receive when they use the Display Advertising tools. These cookies are stored in "match tables" and may be used by our Advertising Partners for a number of reasons, including to personalize ads. For example, an Advertiser | Cookie-matching is currently described in developer-facing materials, as noted in the Somvichian Declaration. Google's current user-facing disclosures more generally describe the use of cookies, without specifically referring to cookie-matching, including:<br><br>**How Google Uses Information from Sites or Apps that Use Our Services**: "[W]hen you visit a website that uses advertising |

16

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| can use the cookie matching service to match cookies that they collected when you visited their site with a cookie that they receive in the Display Advertising tools. If you use the controls to disallow personalized advertising or to disallow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google, cookie matching will also be disabled on that impression. | services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. … We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising." <br><br>**Advertising**: "Working with our partners, we may use cookies… to stop you from seeing the same ad over and over again… and to show ads that are likely to be more relevant (such as ads based on websites you have visited)." <br><br> "Sometimes Google links the identifier used for advertising on mobile applications to an advertising cookie on the same device in order to coordinate ads across your mobile apps and mobile browser." |
| [31] Advertising Partners may also use information accessed from application programming interfaces (APIs) supported by your device to show you personalized ads. | No current user-facing disclosure with the same information. |
| [32] To measure how you view or click on ads. We use data for analytics and measurement to understand how the Display Advertising tools are used. For example, we measure the performance of ads placed via the Display Advertising tools, including by analysing the performance of different types of ad formats. This includes analysing metrics such as viewability (whether an ad displayed on a page is visible to you) or click through rates (how often people click on an ad). | **Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer." <br><br>"We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears." <br><br>**How Google Uses Information from Sites or Apps that Use Our Services**: "Google uses the information… to… measure the effectiveness of advertising…" |
| [33] We collect, store, aggregate, analyze and combine data, and may disclose data with our Advertising Partners, for this purpose. | **Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…" |

17

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [34] **Provide, maintain and improve the Display Advertising tools for Publishers and Advertisers, and understand how the Display Advertising tools are being used**. We use data to make sure our Display Advertising tools are working properly and to provide services that meet the needs of Publishers and Advertising Partners that use these tools. | **Advertising**: "We store a record of the ads we serve in our logs… We store this data for a number of reasons, the most important of which are to improve our services and to maintain the security of our systems."<br><br>**Privacy Policy**: "For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly."<br><br>"For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products."<br><br>**How Google Uses Information from Partner Sites and Apps**: "Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps." |
| [35] For example:<br>● we use the data we receive when an ad is shown to provide reporting and forecasting tools that help Publishers and Advertising Partners understand how ads are performing, and to troubleshoot potential issues.<br><br>● we provide Advertising Partners with reporting and forecasting tools that use aggregated data to allow them to estimate the volume of ad slots that may become available in future.<br><br>● depending on Publisher settings in the Display Advertising tools, we disclose "event-level" data to Publishers. "Event-level" data is non-aggregated Ad Request Data and data received when an ad is shown on a Publisher's own site, app or other service. | **How Our Business Works**: "We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information."<br><br>**Advertising**: "We store a record of the ads we serve in our logs… We store this data for a number of reasons, the most important of which are to improve our services and to maintain the security of our systems."<br><br>**Privacy Policy**: "For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly." |

18

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| Publishers only receive event-level data that relates to the ads that are shown on their sites, apps and other services. Event-level data allows Publishers to more effectively analyze and optimize the performance of their ad slots.<br><br>● we utilize data obtained when an ad is displayed to invoice our Advertising Partners and remit payments to our Publishers. | "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…" |
| [36] To do this:<br><br>● we collect, store, aggregate, combine and analyze data (including by using automated and manual techniques).<br><br>● we disclose information to Publishers and our Advertising Partners for this purpose (including event-level data to publishers). We apply appropriate safeguards that protect your privacy, such as by redacting identifiers or using encryption techniques. | **How Our Business Works**: "We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information."<br><br>**Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…" |
| [37] Develop new services and features. We process data to develop new features that are useful for Publishers and our Advertising Partners. | **How Google Uses Information from Partner Sites and Apps:** "Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps." |
| [38] For example: ● we analyze and conduct experiments using the data we receive when an ad is shown, such as by testing new ad formats or controls, based on how our Advertising Partners use the Display Advertising tools or based on technical issues that our Advertising Partners experience with the Display Advertising tools. Using this data, we can analyze which ad formats are in higher demand or are causing technical issues and develop new features for Publishers and Advertising Partners (such as new ad formats or new controls available to Publishers or Advertising Partners) as a result. | Current disclosures have a more general description of Google's uses, without the specific examples and other information contained in paragraphs [38] to [45] of the Settlement Disclosure.<br>**How Google Uses Information from Partner Sites and Apps**: "Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps." |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [39] To do this, we<br>● collect, store, combine, aggregate and analyze data (including by using automated and manual techniques) for this purpose. | See comment above for Paragraph [38]. |
| [40] Customise the Display Advertising tools, including by providing recommendations. We process data to customise certain features in the Display Advertising tools that Publishers and our Advertisers Partners use. | See comment above for Paragraph [38]. |
| [41] For example:<br>● to optimize the kinds of ad slot bid requests sent to Advertising Partners, we analyze data received when ads are shown and use it to build customized features.<br>● we provide Publishers with customised insights and recommendations on how to optimise ad performance based on our analysis of data received when ads are shown. | See comment above for Paragraph [38]. |
| [42] To do this, we:<br>● collect, store, aggregate, combine and analyze data (including using manual and automated techniques) for this purpose.<br>● use this data to customise features in the Display Advertising tools for Publishers and our Advertising Partners. | See comment above for Paragraph [38]. |
| [43] Communicate with Publishers, Advertisers and the public. We use the data we process in providing the Display Advertising tools to inform marketing campaigns aimed at Publishers and Advertising Partners and to inform communication strategies about upcoming product changes. | See comment above for Paragraph [38]. |
| [44] For example:<br>● we use the data we receive when an ad is shown to inform our Advertising Partners about the volumes of available ad slots on Publishers' sites, apps and other services.<br>● we use this data to inform Publishers about how they can optimise revenue from using the Display Advertising tools. | See comment above for Paragraph [38]. |
| [45] To do this, we:<br>● collect, store, aggregate, combine and analyze data (including by automated and manual techniques) for this purpose. | See comment above for Paragraph [38]. |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| | |
| [46] Protect Google, our users and the public. We use data to improve the safety and reliability of the Display Advertising tools. This includes detecting, preventing and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public. | **Advertising**: "Working with our partners, we may use cookies… to detect and stop click fraud." |
| [47] For example:<br>● we collect and analyze IP addresses and cookies to protect against abuse that may occur on the Display Advertising tools. This abuse takes many forms, such as bots stealing money from Advertisers by fraudulently clicking on ads.<br><br>● we use data to detect, prevent or otherwise address non-compliance with Google's policies and/or applicable law. This includes helping us detect and address issues such as spam, malware, and illegal content. | **Privacy Policy**: "We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public."<br><br>"Some examples of how we use your information to help keep our services safe and reliable include: Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack." |
| [48] To do this, we:<br>● collect, store and analyze (including using manual and automated techniques), such as malware scanning.<br><br>● disclose data to Advertising Partners who protect against fraud and abuse, with government authorities and with our external advisers (such as external legal counsel). | **Privacy Policy**: "We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public."<br><br>"We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:<br>&bull; Meet any applicable law, regulation, legal process, or enforceable government request. We share information about the number and type of requests we receive from governments in our Transparency Report<br>&bull; Enforce applicable Terms of Service, including investigation of potential violations. |

21

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| | • Detect, prevent, or otherwise address fraud, security, or technical issues<br>• Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law." |
| [49] When we provide the Display Advertising tools, we may disclose information with the below categories of recipients. The individual recipients of information may also be subject to the permissions you give in the consent message that Publishers and Advertisers may present to you when you visit the Publisher or Advertiser site, app or other service: | **Privacy Policy**: "Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so." |
| [50] With Publishers. We disclose data to Publishers as part of features in the Display Advertising tools that are designed to help Publishers understand how ads are performing on their sites, apps or services. | **How Google Uses Information from Partner Sites and Apps**: "Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps."<br><br>**Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…"<br><br>**How Our Business Works**: "We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information." |

22

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [51] With Advertising Partners. Publishers using Google's Display Advertising tools partner with Advertisers (or other types of Advertising Partners listed below that work for Advertisers): | See below at paragraphs [52] and [53]. |
| [52] Advertisers: We disclose data to Advertisers as part of features in the Display Advertising tools that are designed to help Advertisers to understand how their ads are performing on sites, apps or services, and to help them improve their ad campaigns (including enabling Advertisers to personalize ads that you see). | The reference in paragraph [52] to helping Advertisers understand ad performance is reflected in current disclosures including:<br><br>**Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers…"<br><br>**How Our Business Works**: "We share reports with our advertisers to help them understand the performance of their ads, but we do so without revealing any of your personal information."<br><br>The general statement in paragraph [52] regarding disclosure of data to Advertisers is supplemented by the more detailed description of information included in bid requests, at paragraph 14 addressed above. |
| [53] Advertising Partners who facilitate the purchase of ad slots: These are companies working on the Advertiser's or Publisher's behalf that facilitate the purchase of the ad slots on Publisher sites and apps (or similar services). | Current user-facing disclosures do not include the same information describing the interaction of Advertisers Partners with Advertisers and Publishers in connection with purchasing ad slots. |
| [54] Advertising Partners who provide ad measurement services. These companies provide services to Advertisers that measure how users click on and view ads. | Current user-facing disclosures refer to ad measurement but without specifically referring to the role of Advertising Partners, including:<br><br>**Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers… whether the ad was likely seen by a viewer." |

23

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [55] Advertising Partners who protect against fraud and abuse. For example, these companies protect against bots clicking on ads. | Current user-facing disclosures refer to protecting against fraud and abuse but without specifically referring to the role of Advertising Partners, including:<br><br>**How Google Uses Information from Partner Sites and Apps**: "Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps." |
| [56] Advertising Partners who deliver the ad to the ad slot. These companies deliver ads onto the page you are visiting. | Current user-facing do not address this specific category and role of Advertising Partners. |
| [57] You can also control whether to allow personalized advertising and whether to allow advertising partners to use additional information from your browser or device to inform the selection of ads on sites and apps that partner with Google. If you turn off this control, Bid Request Data sent to Advertising Partners will omit more specific details about your browser or device. | This paragraph refers to the new RTB Control so there is no corresponding existing disclosure. |
| [58] We also disclose data to our Advertising Partners to help them understand how ads are performing and to debug issues that our partners may experience when using the Display Advertising tools. | Current user-facing disclosures refer to ad measurement but without specifically referring to the role of Advertising Partners, including:<br><br>**Privacy Policy**: "We collect information about views and interactions with ads so we can provide aggregated reports to advertisers… whether the ad was likely seen by a viewer." |
| [59] Advertising Partners can also use some of our Display Advertising tools to help them learn more about the people visiting their sites, apps and services, and to improve the way they show ads to you in their advertising campaigns when you visit other sites, apps and similar services. Learn more about how Google uses data from our Advertising Partners. | **Privacy Policy**: "You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads." |

24

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| [60] With Government Authorities, Courts or with our External Advisors. For legal reasons, we will share data outside of Google if we have a good-faith belief that disclosure of the information is reasonably necessary to respond to:<br><br>○ Respond to any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.<br>○ Enforce applicable Terms of Service, including investigation of potential violations.<br>○ Protect against harm to the rights, property or safety of Google, our users, or the public. | **Privacy Policy**: "We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:<br><br>• Meet any applicable law, regulation, legal process, or enforceable government request. We share information about the number and type of requests we receive from governments in our Transparency Report<br>• Enforce applicable Terms of Service, including investigation of potential violations.<br>• Detect, prevent, or otherwise address fraud, security, or technical issues<br>• Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law." |
| [61] All information that we collect in our server logs is retained in accordance with the *Retention periods for Google storing information not in the user's Google Account* section of our Google Ads User Data Retention Policy, unless we need to retain it for the following specific business and legal purposes:<br><br>• Samples of the data disclosed to our Advertising Partners as part of our Authorized Buyers service, and which we and our Advertising Partners use to identify and debug issues that may occur with the product: are retained for a period of up to **8 days**.<br><br>• Information that identifies you or your device that is necessary for spam and abuse prevention when showing ads (for all Display Advertising tools): is retained for up to **3 years** from the time of collection; | **Privacy Policy**: "We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings, Some data you can delete whenever you like, such as the content you create or upload.<br><br>• You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.<br>• Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.<br>• We keep some data until you delete your Google Account, such as information about how often you use our services<br>• And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such |

| Settlement Disclosure (Docket No. 758-2) Paragraph | Comparable Existing Google Disclosures & Comments |
|---|---|
| <ul><li>Data necessary for financial record keeping purposes: is retained for up to **11 years** from the time of collection; and</li><li>If you have directly communicated with Google, through a customer support channel, feedback form or bug report, records of these communications: is retained for up to **7 years.**</li><li>We delete data that is associated with user-resettable identifiers if our systems do not see any requests for that identifier for **180 days**. Event-level data that is provided to Publishers is deleted after a period of up to **60 days**.</li></ul> | as security, fraud and abuse prevention, or financial recordkeeping.<br><br>When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.<br><br>You can read more about Google's data retention periods, including how long it takes us to delete your information." |

26