| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com |
| **DiCELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com | **DiCELLO LEVITT GUTZLER LLC**<br>Amy Keller (admitted *pro hac vice*)<br>Adam Levitt (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn St., 6th Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>alevitt@dicellolevitt.com<br>aprom@dicellolevitt.com |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF SHARON CRUZ IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## DECLARATION OF SHARON CRUZ

I, Sharon Cruz, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court.

2. I am an associate with the law firm DiCello Levitt Gutzler LLC who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

4. I submit this declaration in support of Plaintiffs' Motion to Seal.

5. Attached as **Exhibit A** is a true and correct copy of the SEALED and UNREDACTED version of Plaintiffs' Reply to Google's Administrative Motion for Relief (Dkt. No. 787).

6. Attached as **Exhibit B** is a true and correct copy of the public and redacted version of Plaintiffs' Reply to Google's Administrative Motion for Relief (Dkt. No. 787).

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st Day of August, 2022, at Indianapolis, Indiana.

**DiCELLO LEVITT GUTZLER**

By:   */s/ Sharon D. Cruz*
Sharon D. Cruz (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on August 1, 2022, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Sharon D. Cruz

Sharon D. Cruz