**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFF' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR RELIEF (DKT. NO. 787)** |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Response to Google's Administrative Motion for Relief (Dkt. 787). Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Response to Google's Admin. Motion for Relief | Pg. 2 Ln 13-14, 19, 22-24, n. 1<br>Pg. 3 Ln 2, 6-10, 14-28<br>Pg. 4 Ln 1, 2-3, 6, 8-11, 15-16, 19-24, n. 2<br>Pg. 5 Ln 1-11, 13-22, n. 3<br>Pg. 6 Ln 1-2, 4-28 | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____

                                                   Hon. Yvonne Gonzalez Rogers
                                                   UNITED STATES DISTRICT JUDGE