**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFF' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD (DKT. NO. 798)** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Response to Google's Administrative Motion to Supplement the Record (Dkt. 798). Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Response to Google's Admin. Motion for Leave to Supplement the Record | Pg. 4 Ln 13-16 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Exhibit A: Excerpts of the Mangum Deposition transcript | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____    _____
                                          Hon. Yvonne Gonzalez Rogers
                                          UNITED STATES DISTRICT JUDGE