**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**DICELLO LEVITT GUTZLER LLC**
Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*aprom@dicellolevitt.com*

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

GOOGLE LLC,

        Defendant.

Case No. 4:20-cv-05146-YGR

**DECLARATION OF SHARON CRUZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD (DKT. NO. 798)**

1

## **DECLARATION OF SHARON CRUZ**

2    I, Sharon Cruz, hereby declare under penalty of perjury:

3         1.     I am an attorney admitted to practice *pro hac vice* before this Court.

4         2.     I am an associate with the law firm DiCello Levitt Gutzler LLC who, along with the

5    law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, represent Plaintiffs in the

6    above-captioned matter.

7         3.     I have personal knowledge of the facts set forth herein and, if called as a witness,

8    could testify competently thereto.

9         4.     I submit this declaration in support of Plaintiffs' Response to Google's

10   Administrative Motion for Leave to Supplement the Record.

11        5.     Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of

12   the deposition of Russell Mangum.

13

14                ***

15        I declare under penalty of perjury under the laws of the United States that the foregoing is

16   true and correct.

17        Executed this 2nd Day of August, 2022, at Indianapolis, Indiana.

18

19

20                     **DiCELLO LEVITT GUTZLER**

21                     By:    */s/ Sharon D. Cruz*
                       Sharon D. Cruz (admitted *pro hac vice*)

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on August 2, 2022, I electronically filed the

foregoing document with the Clerk of the United States District Court for the Northern District of

California using the CM/ECF system, which will send electronic notification to all counsel of

record.

/s/ Sharon D. Cruz

Sharon D. Cruz