# EXHIBIT 18
# Redacted Version of Document Sought to be Sealed

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
 1             IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5
     PATRICK CALHOUN, et al.,       )
 6   on behalf of themselves and    )
     all others similarly           )
 7   situated,                      )
                                    )
 8          Plaintiffs,             )
                                    )
 9      vs.                         ) Case No.
                                    ) 5:20-cv-5146-LHK-SVK
10   GOOGLE LLC,                    )
                                    )
11          Defendants.             )
                                    )
12
13
14
15
16       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19             REMOTE VIDEO DEPOSITION OF
20                    TIM SCHUMANN
21
22
23
     DATE TAKEN:  Thursday, January 13, 2022
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5031153
25   PAGES:  1 - 344
```

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4
 5
   PATRICK CALHOUN, et al.,    )
 6 on behalf of themselves and )
   all others similarly        )
 7 situated,                   )
                               )
 8      Plaintiffs,            )
                               )
 9   vs.                       ) Case No.
                               ) 5:20-cv-5146-LHK-SVK
10 GOOGLE LLC,                 )
                               )
11      Defendants.            )
                               )
12
13
14
15
16    *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19
20     Remote Video Deposition of TIM SCHUMANN,
21 taken remotely via Zoom Conference Video, commencing
22 at 11:07 a.m., CET, Thursday, January 13, 2022,
23 before Renee Harris, CSR No. 14168, Registered
24 Professional Reporter.
25
                                                 Page 2
```

```
 1 APPEARANCES OF COUNSEL:
 2 For PLAINTIFFS:
 3   SIMMONS HANLY CONROY
 4      BY: JASON "JAY" BARNES, ESQ.
 5      112 Madison Avenue, Seventh Floor
 6      New York, New York 10016
 7      (618) 693-3104
 8      jaybarnes@simmonsfirm.com
 9      - and -
10   DICELLO LEVITT & GUTZLER
11      BY: SHARON CRUZ, ESQ.
12      444 Madison Avenue, Fourth Floor
13      New York, New York 10022
14      (312) 535-9984
15      scruz@dicellolevitt.com
16      - and -
17   BLEICHMAR FONTI & AULD LLP
18      BY: LESLEY WEAVER, ESQ.
19      555 12th Street, Suite 1600
20      Oakland, California 94607
21      (415) 445-4003
22      lweaver@bfalaw.com
23      - and -
24
25
                                                 Page 3
```

```
 1 APPEARANCES OF COUNSEL: (CONTINUED)
 2 For DEFENDANT:
 3   QUINN EMANUEL URQUHART & SULLIVAN LLP
 4      BY: JOSEF ANSORGE, ESQ.
 5      51 Madison Avenue, 22nd Floor
 6      New York, New York 10010
 7      (212) 849-7000
 8      josefansorge@quinnemanuel.com
 9      -and-
10   QUINN EMANUEL URQUHART & SULLIVAN (Schweiz)
11      GmbH
12      BY: REMO DECURTINS, ASSOC.
13      Dufourstrasse 29
14      8008 Zürich
15      Switzerland
16      (+41) 44 253 8014
17      remodecurtins@quinnemanuel.swiss
18      -and-
19   BÄR & KARRER
20      BY: MARTINA ATHANAS, ASSOC.
21      Brandschenkestrasse 90
22      CH-8002 Zurich
23      Switzerland
24      (+41) 58 261 50 00
25      Martina.Athanas@BaerKarrer.ch
                                                 Page 4
```

```
 1 APPEARANCES: (CONTINUED)
 2
 3 ALSO PRESENT:
 4      Heidi Stuart, Videographer
 5      Urlich Malsch, Interpreter
 6      Sven Graefe, Interpreter
 7      Ralf Ulrich
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                 Page 5
```

```
            INDEX
EXAMINATION BY:                          PAGE
MR. BARNES                    16



            EXHIBITS
EXHIBIT NO.      DESCRIPTION             PAGE
Exhibit 1  - LinkedIn profile, Tim Schumann      18
Exhibit 2  - Exhibit B - Plaintiffs' Fourth Request  44
             for Production of Documents

Exhibit 3  - Request for Admission No. 14        55

Exhibit 4  - Bates GOOG-CALH-00129119-9120       71
             E-mail, 4/27/2020
Exhibit 5  - Bates GOOG-CALH-00651647            71
             MetaData

Exhibit 5  - Bates GOOG-CALH-00651647 (Excel)    71

Exhibit 6  - Bates GOOG-CALH-00651647            72
             ████████ Entry – Row 12
Exhibit 7  - Bates GOOG-CALH-00028183-187        103
             Logo sync with metadata

Exhibit 8  - Bates GOOG-CABR-04742957-958        132
             E-mail, 5/14/2021
Exhibit 9  - Bates GOOG-CABR-04866841            138
             E-mail, 1/7/2020

Exhibit 10 - Bates GOOG-CABR-03839059--61        141
             E-mail, 3/16/2020
```
Page 6

```
         EXHIBITS (continued)
EXHIBIT NO       DESCRIPTION             PAGE
Exhibit 11 - Bates GOOG-CABR-03744846-4867       146
             Design Document - ████████

Exhibit 12 - Bates GOOG-CALH-00050256-260        150
             E-mail, 3/6/2020
Exhibit 13 - Bates GOOG-CALH-00050264-2678       156
             E-mail, 3/6/2020

Exhibit 14 - Exhibit A - Plaintiffs' Fourth Request  175
             for Production of Documents
Exhibit 15 - Bates  GOOG-CALH-00552367-368       206
             E-mail, 1/31/2020

Exhibit 16 - Request for Admission No  18        213

Exhibit 17 - Bates GOOG-CABR-05469056-096        225
             Chrome Browser Network Traffic Annotations
Exhibit 18 - Screenshot (David Monsees)          231
Exhibit 19 - Bates  GOOG-CALH-00081141-148       248
             Anchor: Data Pipeline

Exhibit 20 - Request for Admission No  37        258

Exhibit 21 - Bates GOOG-CALH-00085975-983        262
             BankServ document
Exhibit 22 - Logs 1 - Data Sources with sync State  273
             Signals - 2021-11-18 Calhoun Omnibus Sheet

Exhibit 23 - Logs 2-3 - Chrome History Raw + WAA Raw  275
             2021-12-21 Calhoun
Exhibit 24 - Bates GOOG-CALH-00651647            281
             ████████ Entry – Row 3

Exhibit 25 - Bates GOOG-CALH-00171709-711        283
             E-mail, 11/4/2019
Exhibit 26 - Bates GOOG-CALH-00137820-833        286
             E-mail, 7/10/20
```
Page 7

```
         EXHIBITS (continued)
EXHIBIT NO.       DESCRIPTION            PAGE
Exhibit 27 - Bates GOOG-CABR-04865362-363        300
             E-mail, 1/18/2018

Exhibit 28 - Bates GOOG-CALH-00454555-556        305
             E-mail, 8/20/2018
Exhibit 29 - Chromium bug report                 311
Exhibit 30 - Bates GOOG-CALH-00119712            312
             Bates 8/9/2018

31 - ████████████████████████           313
     2021-11-18 Calhoun Omnibus Sheet

Exhibit 32 - ████████████████████████   319

Exhibit 33 - ████████████████████████   322


Exhibit 34 - ████████████████████████   325
             2021-11-18 Calhoun Omnibus Sheet
Exhibit 35 - Bates GOOG-CALH-00027477            332
             ████████████████████████
```
Page 8

```
 1     THE VIDEOGRAPHER:  Good morning, we are     11:07:00
 2  going on the record at 11:07 a.m. on           11:07:06
 3  January 13, 2022.                              11:07:09
 4     Please note that the microphones are        11:07:11
 5  sensitive and may pick up whispering, private  11:07:13
 6  conversations and cellular interference.       11:07:17
 7     Please turn off all cell phones or place    11:07:21
 8  them away from the microphones as they can     11:07:24
 9  interfere with the deposition audio.           11:07:25
10     Audio and video recording will continue     11:07:29
11  to take place unless all parties agree to go   11:07:31
12  off the record.                                11:07:34
13     This is Media Unit 1 of the video           11:07:36
14  recorded deposition of Tim Schumann taken by   11:07:39
15  counsel for Plaintiff in the matter of         11:07:45
16  Patrick Calhoun, et al. vs. Google, LLC,       11:07:46
17  filed in the United States for the Northern    11:07:51
18  District of California, San Jose Division.     11:08:01
19  Case number is 5:20-cv-5146-LHK-SVK.           11:08:19
20     This deposition is being conducted using    11:08:20
21  Veritext remote technology and all witnesses   11:08:24
22  are attending remotely.  The witness is        11:08:26
23  located in Zurich, Switzerland.                11:08:29
24     My name is Heidi Stuart from the firm       11:08:31
25  Veritext Legal Solutions and I'm the           11:08:31
```
Page 9

```
 1    point in time where one of the connections        11:51:43
 2    being made, and that would include whether or     11:51:49
 3    not Chrome Sync is enabled. This is like a        11:51:51
 4    bit in the protocol that we include in part       11:51:54
 5    of the traffic.                                   11:51:56
 6    BY MR. BARNES:                                    11:51:58
 7        Q. Okay. Do you keep track    does Google     11:51:59
 8    keep track of users who are in the                11:52:13
 9    signed in but not consented for sync state?       11:52:21
10        MR. ANSORGE: Objection. Form. Vague.          11:52:25
11        THE WITNESS: Yeah, I think it depends         11:52:28
12    what you mean, "keep track." I can                11:52:30
13    because, yeah, there's a lot of room for          11:52:34
14    interpretation.                                   11:52:39
15        What I can tell you that happens to that      11:52:40
16    specific bit is that it may be stored server      11:52:42
17    side for a limited period of time.                11:52:45
18    BY MR. BARNES:                                    11:52:48
19        Q. Okay. And by that bit, you mean the bit    11:52:48
20    that indicates this user is                       11:52:52
21    signed in but not consented for sync?             11:52:55
22        A. Correct. This is   and let me make sure    11:52:58
23    that we have the context right here. Again, it's  11:53:02
24    why   maybe we should also explain why we have    11:53:06
25    this bit in the protocol.                         11:53:08
                                                        Page 38
```

```
 1        When we made that change, as we said,         11:53:09
 2    let's offer this other mode that you don't have to 11:53:14
 3    be consented to the server, that the user doesn't 11:53:17
 4    have to have opted into the Sync, I like this     11:53:20
 5    phrasing better. Then we make big infrastructure  11:53:24
 6    changes, like traffic patterns will change, all   11:53:29
 7    these kind of things, and in order that we can    11:53:33
 8    provide a good user experience as a reliable      11:53:34
 9    service, we want to understand what's happening   11:53:38
10    here.                                             11:53:39
11        So we introduced that bit that we could       11:53:39
12    primarily identify. If there's some traffic       11:53:44
13    causing problems, is that the new kind of traffic 11:53:46
14    or is it the old one?                             11:53:49
15        So we included that bit and we also have      11:53:50
16    it in   yeah, primarily to understand the traffic 11:53:53
17    that comes in but not to track users as you put it 11:53:56
18    in the first place. It's not about individuals.   11:54:01
19        Q. Okay. You testified    I'm sorry, thank    11:54:03
20    you for that explanation, that's actually very    11:54:13
21    helpful. I was going down one line of questions,  11:54:15
22    and you   I'm trying to   part of this is a       11:54:18
23    conversation for you to teach me because I'm      11:54:20
24    trying to understand things, and it's helpful.    11:54:24
25    That's   that's helpful.                          11:54:27
                                                        Page 39
```

```
 1        When was that infrastructure change made?     11:54:28
 2        MR. ANSORGE: Objection. Vague.                11:54:33
 3        THE WITNESS: As I mentioned before,           11:54:35
 4    ▓▓▓▓▓▓▓ was conceived, I believe it              11:54:37
 5    was in '18 and, you know, the changes then        11:54:40
 6    being in the process for   for at least a         11:54:48
 7    year, and the question is like, what do           11:54:50
 8    you   do you think, like, when did we launch      11:54:52
 9    it, when did we start implementation of that      11:54:53
10    feature?                                          11:54:58
11    BY MR. BARNES:                                    11:54:59
12        Q. Correct.                                   11:54:59
13        A. Which one of the three?                    11:54:59
14        Q. When did you launch it?                    11:55:00
15        A. If I recall it correctly, the first        11:55:02
16    launch was in   I think it was in May 2019, but   11:55:07
17    it was in the fall of 2019 for Desktop platforms, 11:55:11
18    meaning Windows primarily or macOS.               11:55:18
19        Q. Is it   has it been launched for mobile?   11:55:22
20        A. Yes, I have to be careful. To be           11:55:31
21    specific, we have similar product changes on other 11:55:33
22    platforms and on mobile, we now have a similar    11:55:36
23    functionality. And I believe we recently launched 11:55:40
24    that.                                             11:55:44
25        Q. And was this change on Desktop, was the    11:55:45
                                                        Page 40
```

```
 1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ project, also called              11:55:52
 2    ▓▓▓, was that a necessary ground laying before    11:55:56
 3    you could implement these infrastructure changes  11:56:02
 4    for ▓▓?                                           11:56:05
 5        MR. ANSORGE: Objection. Form.                 11:56:06
 6    Compound.                                         11:56:07
 7        THE WITNESS: Yeah, to give you some           11:56:08
 8    background, me and my team, we took over          11:56:10
 9    Chrome Sync, I think at the end of 2017, and      11:56:15
10    by that time, ▓▓▓▓▓▓ was already being           11:56:19
11    planned and implemented and on its way. I         11:56:23
12    believe their main motivation was ▓▓▓▓           11:56:28
13    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:31
14    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:35
15    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:37
16    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:39
17    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:43
18    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:46
19    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         11:56:49
20        And there was   and anything else about       11:56:51
21    ▓▓▓ to me would be speculation                    11:56:53
22    because I was not involved in all those           11:56:55
23    conversations. It was before my time in the       11:56:58
24    project.                                          11:56:59
25    ///
                                                        Page 41
```

```
 1      THE WITNESS:  I believe how we put it is,    12:17:05
 2   we call this bit that the Sync feature is not   12:17:06
 3   enabled, but yes, it is the situation that      12:17:10
 4   a bit of the connection between the Chrome      12:17:14
 5   browser and the Chrome Sync server for an       12:17:15
 6   account that's being signed in, and the         12:17:17
 7   Chrome client believes that the Sync feature    12:17:19
 8   is not enabled.                                 12:17:22
 9   BY MR. BARNES:                                  12:17:23
10      Q.  Okay.  When is that bit sent from Chrome 12:17:23
11   to Google?                                      12:17:30
12      MR. ANSORGE:  Objection.  Vague.             12:17:31
13      THE WITNESS:  I assumed you    you're        12:17:32
14   curious about where and when the flows, I       12:17:38
15   would say this is part of the standard Chrome   12:17:40
16   Sync protocol.  There are some requests where   12:17:42
17   that precise state    that precise state is     12:17:46
18   not known to the client yet because             12:17:50
19   information hasn't been loaded yet because      12:17:53
20   but in the    in the regular traffic, you       12:17:55
21   would see that bit.                             12:17:58
22   BY MR. BARNES:                                  12:17:59
23      Q.  Okay.  And is    I want to list the      12:17:59
24   circumstances in which it is sent.              12:18:02
25      Is it    is the bit sent when a user         12:18:09
                                                     Page 58
```

```
 1   initially does the sign in?                     12:18:11
 2      MR. ANSORGE:  Objection.  Vague.  Form.      12:18:19
 3      THE WITNESS:  Let me    let me specify       12:18:21
 4   this, I would say not necessarily.  The         12:18:23
 5   problem I'm having is, what is the moment       12:18:26
 6   when the user is doing the sign in?             12:18:28
 7   BY MR. BARNES:                                  12:18:31
 8      Q.  Is it    right.  I understand that.      12:18:31
 9      Is it sent around the time when a user       12:18:35
10   has signed in?                                  12:18:39
11      MR. ANSORGE:  Objection.  Vague.             12:18:43
12      THE WITNESS:  I think probably.  So if       12:18:45
13   because you have to think about how    what's   12:18:48
14   happening on the Chrome client, is when the     12:18:50
15   Chrome Sync machinery or Chrome sign in sees    12:18:55
16   that the user got signed in and we have valid   12:18:58
17   credentials and the Chrome browser is aware     12:19:03
18   of the identity, and there might be cases       12:19:07
19   that the users opt out of that feature, and     12:19:08
20   then they cannot have this, right, so this      12:19:08
21   why I think it's important to    to             12:19:12
22   distinguish those.                              12:19:13
23      In those situations, when we start off       12:19:13
24   the Sync mechanism, and we    then we would     12:19:17
25   include that bit, if we already know whether    12:19:21
                                                     Page 59
```

```
 1   or not the Sync feature is enabled.  There      12:19:23
 2   are some situations where we would establish    12:19:26
 3   the channel and don't even know if    if the    12:19:30
 4   Sync feature is enabled or not but we have      12:19:33
 5   that    there are technical features in         12:19:36
 6   there, put it this way.                         12:19:40
 7   BY MR. BARNES:                                  12:19:41
 8      Q.  Okay.  So I want to    I want to talk    12:19:42
 9   about the browser is in its default state.      12:19:43
10      A.  Mm hmm.                                  12:19:45
11      Q.  The user has clicked to sign in.  There's 12:19:46
12   the communications or the authorization    auth 12:19:52
13   tokens we just talked about with the previous   12:19:58
14   exhibit; correct?                               12:20:00
15      A.  Correct.                                 12:20:01
16      Q.  At that point in time, does the Chrome   12:20:02
17   browser send the bit to the Sync server indicating 12:20:04
18   that the user is                                12:20:10
19   signed in but not consented for sync?           12:20:13
20      A.  The scenario you explained is a situation 12:20:14
21   where the Chrome machinery might be able to     12:20:18
22   like the Chrome Sync machinery might be able to 12:20:22
23   start up, and as part of that startup, if that  12:20:24
24   really happens, look at all the settings, if that 12:20:28
25   happens, then you would include that bit in the 12:20:32
                                                     Page 60
```

```
 1   communication with the Chrome Sync server.      12:20:34
 2      Q.  Okay.  So that's one scenario in which   12:20:37
 3   the bit is sent from the Chrome browser to the  12:20:39
 4   Sync server indicating the user is              12:20:45
 5   signed in but not consented for sync; is that   12:20:48
 6   correct?                                        12:20:50
 7      A.  That is correct.                         12:20:50
 8      Q.  Okay.  I want to describe a second       12:20:50
 9   circumstance, and tell me if I'm right, wrong, or 12:20:52
10   explain where I'm wrong.                        12:20:55
11      If the user closes the browser without       12:20:57
12   having signed out, and then they restart the    12:21:01
13   browser, does the browser, upon restarting, send 12:21:05
14   the bit to the Sync server indicating that this 12:21:11
15   user is in this                                 12:21:15
16   signed out but not consented for Sync state?    12:21:19
17      MR. ANSORGE:  Objection.  Vague.             12:21:21
18   Incomplete hypothetical.                        12:21:23
19      THE WITNESS:  This is very complex.  I       12:21:27
20   would like to    as I mentioned before, there   12:21:32
21   are situations where the Chrome machinery       12:21:35
22   will start up because it can, and in those      12:21:37
23   situations, if sync traffic is initiated,       12:21:40
24   then we would include that bit.                 12:21:43
25      Now, what happens on startup    many         12:21:44
                                                     Page 61
```

```
 1  me what event_semantics means?              12:40:30
 2      A.  Honestly, I can speculate here.  It  12:40:35
 3  appears to me like ▓▓▓▓ specific data.  I    12:40:37
 4  can -- I can -- I can speculate if you want me to.  12:40:45
 5      Q.  Based on your knowledge of your time at  12:40:47
 6  Google and the data in this row X, which would be  12:40:51
 7  column X in Exhibit 5, what is this indicating?  12:40:56
 8      MR. ANSORGE:  Objection.  Vague and       12:41:02
 9  foundation.                                   12:41:03
10      THE WITNESS:  Let me just take a minute  12:41:04
11  and look at this very closely.                12:41:06
12  BY MR. BARNES:                                12:41:08
13      Q.  Okay.                                 12:41:09
14      A.  Like I said, this is nothing standard.  12:41:27
15  I -- I know that my team is producing data for  12:41:29
16  like we are integrating with ▓▓▓▓.  I don't   12:41:32
17  I am not aware of the precise semantics.  But my  12:41:35
18  interpretation of this is that this was a record  12:41:38
19  created when some data, like the -- the Chrome  12:41:42
20  traffic indicated a download of some data.  And  12:41:48
21  the active says -- interactivity level says "not  12:41:55
22  interactive."                                 12:42:00
23      So I would assume it was some sort of    12:42:01
24  background fetch of data through the Chrome Sync  12:42:04
25  transport?                                    12:42:08
                                                  Page 78
```

```
 1      Q.  Okay.  How far back is ▓▓▓▓ data      12:43:10
 2  available in ▓▓▓▓?                            12:43:13
 3      MR. ANSORGE:  Objection.  Vague.          12:43:16
 4  Foundation.                                   12:43:17
 5      THE WITNESS:  I -- I can't tell you       12:43:20
 6  precisely.  I know that this has been pretty  12:43:21
 7  recent changes.  And I think the effort was   12:43:25
 8  around 2020 that we started to improve the    12:43:33
 9  integration of ▓▓▓▓.                          12:43:36
10  BY MR. BARNES:                                12:43:39
11      Q.  Would --                              12:43:40
12      A.  So it's been -- it's been recently on  12:43:40
13  that scale.                                   12:43:42
14      Q.  Well, two years.  I mean, it depends on  12:43:42
15  your definition of -- of "recent."            12:43:45
16      A.  I -- I'm not -- I'm not entirely sure  12:43:48
17  when we launched it, but like in -- especially in  12:43:50
18  the -- the scope of the Chrome Sync product,  12:43:52
19  right.                                        12:43:54
20      Q.  Okay.  So is ▓▓▓▓ data                12:43:55
21  available -- would -- scratch that.           12:43:59
22      Would ▓▓▓▓ data be available in          12:44:02
23  ▓▓▓▓, say, from 12 months ago?                12:44:04
24      MR. ANSORGE:  Objection.  Vague.          12:44:08
25  Foundation.                                   12:44:09
                                                  Page 80
```

```
 1      Q.  Okay.  And then can you explain row Y?  12:42:09
 2      A.  Right.                                12:42:16
 3      Q.  Which would be -- it's row Y in       12:42:16
 4  Exhibit 6.  It would be column Y in Exhibit 5  12:42:19
 5  and --                                        12:42:22
 6      A.  Mm hmm.                               12:42:22
 7      Q.  Go ahead, can you explain --          12:42:23
 8      MR. ANSORGE:  Objection.                  12:42:25
 9  BY MR. BARNES:                                12:42:25
10      Q.  Can you explain product_specific in row Y  12:42:26
11  of Exhibit 6?                                 12:42:29
12      MR. ANSORGE:  Objection.  Form and        12:42:30
13  foundation.                                   12:42:31
14      THE WITNESS:  Again, speculating because  12:42:34
15  I have not worked on ▓▓▓▓ I believe           12:42:37
16  this field includes product specific metadata  12:42:40
17  or information.  And the one that -- that's   12:42:43
18  sticking out for me is apparently that -- the  12:42:47
19  feature state has been -- like this was       12:42:50
20  traffic.  This that was in ▓▓▓▓.              12:42:54
21  BY MR. BARNES:                                12:42:56
22      Q.  Okay.  And ▓▓▓▓                      12:42:57
23  ▓▓▓▓                                          12:43:00
24      A.  ▓▓▓▓                                  12:43:03
25  ▓▓▓▓                                          12:43:06
                                                  Page 79
```

```
 1      THE WITNESS:  I honestly do not know.    12:44:10
 2  I -- I do know the signals we are providing;  12:44:13
 3  however, ▓▓▓▓ is also aggregating and         12:44:16
 4  anonymize -- anonymizing things, and I don't  12:44:21
 5  know the retention periods and the schedules  12:44:22
 6  in there.  I cannot tell you.                 12:44:25
 7  BY MR. BARNES:                                12:44:26
 8      Q.  Okay.  What is -- do you see row Z,  12:44:26
 9  ▓▓▓▓?                                         12:44:33
10      A.  Mm hmm.                               12:44:34
11      Q.  What is ▓▓▓▓?                         12:44:34
12      A.  ▓▓▓▓, I -- I'm not an expert on this  12:44:36
13  topic.  Do you want me to speculate or tell you my  12:44:40
14  personal understanding of this?               12:44:43
15      Q.  I want you -- yeah, your personal    12:44:44
16  understanding of what dusi is.                12:44:47
17      A.  Right.  My understanding is that there's  12:44:48
18  a ▓▓▓▓                                        12:44:50
19  ▓▓▓▓                                          12:44:56
20  ▓▓▓▓                                          12:45:04
21  ▓▓▓▓                                          12:45:06
22  ▓▓▓▓                                          12:45:10
23  ▓▓▓▓                                          12:45:13
24  ▓▓▓▓                                          12:45:15
25  ▓▓▓▓                                          12:45:18
                                                  Page 81
```

```
 1   A. That's correct.                         12:58:33
 2   Q. Do they go by a name other than GWS logs?  12:58:34
 3      MR. ANSORGE: Objection. Vague. Form.    12:58:42
 4   Foundation.                                 12:58:44
 5      THE WITNESS: So we have them within     12:58:46
 6   GWS logs, there's a log source called      12:58:48
 7   ███████████. I believe we produced this    12:58:53
 8   at some point with those names, but yeah.  12:58:56
 9      But, in general, we call them Chrome    12:58:57
10   Sync. Those logs are Chrome Sync traffic   12:59:02
11   logs.                                      12:59:03
12   BY MR. BARNES:                             12:59:03
13   Q. And those what's the retention period   12:59:03
14   on those logs?                             12:59:05
15   A. It's up to ███ You can you can          12:59:06
16   easily access them for ███, and then there's a 12:59:11
17   period where they have been revoked and deleted. 12:59:14
18   Q. Okay. Now, Heintz says well, on April   12:59:20
19   27th, this is on the first page of the document. 12:59:36
20   A. Mm hmm.                                 12:59:38
21   Q. He says that "Are you looking at ███   12:59:38
22   actives? Or ███ actives?"                  12:59:40
23      Do you see that line?                   12:59:43
24   A. Correct.                                12:59:45
25   Q. Okay. And then he says, "Given that I   12:59:46
                                                  Page 94
```

```
 1   logs should be quick."                     01:00:57
 2      Did I read that correctly?              01:00:59
 3   A. Yes.                                    01:01:00
 4   Q. And then down below, he says, "Maybe a  01:01:01
 5   day or two of work."                       01:01:04
 6      Did I read that correctly?              01:01:06
 7   A. Yeah, mm hmm.                           01:01:13
 8   Q. Can you explain what would go into      01:01:15
 9   detecting the the ███ users                01:01:20
10   that Mr. Heintz is describing here?        01:01:23
11      MR. ANSORGE: Objection. Vague.          01:01:26
12   Foundation. Form.                          01:01:27
13      THE WITNESS: What he means              01:01:28
14   specifically I obviously, I didn't read    01:01:30
15   the whole response of Marc yet of Markus   01:01:33
16   yet, I don't know if there's anything      01:01:36
17   specific you want to                       01:01:39
18   BY MR. BARNES:                             01:01:41
19   Q. Well, he says, "Maybe a day or two of   01:01:41
20   work."                                     01:01:41
21   A. Mm hmm.                                 01:01:41
22   Q. And the question is so what work,       01:01:46
23   Mr. Schumann, goes into detecting ███      01:01:47
24   ███ users from the Chrome Sync from the    01:01:49
25   Chrome Server logs?                        01:01:51
                                                  Page 96
```

```
 1   need to use the server logs to identify ███ 12:59:47
 2   users, ███ actives is the limit."          12:59:49
 3      Did I read that correctly?              12:59:53
 4   A. That's correct.                         12:59:53
 5   Q. And can you explain why, "███ actives   12:59:54
 6   is the limit"?                             12:59:59
 7   A. Mm hmm.                                 01:00:00
 8      The reason for this is that so we       01:00:06
 9   have ███████████████████████               01:00:08
10   ████████████████████████                   01:00:10
11   ████████████████████████                   01:00:13
12   ████████████████████████                   01:00:16
13   ████████████████████████                   01:00:19
14   ████████████████████████                   01:00:23
15   ████████████████████████                   01:00:26
16   ████████████████████████                   01:00:30
17   ████████████████████████                   01:00:32
18   ████████████████████████                   01:00:36
19   ███ted by the a███████                     01:00:39
20   Q. Okay. Thank you for that. I couldn't    01:00:41
21   quite understand why the he was saying ███ 01:00:42
22   when the retention period was a little bit longer. 01:00:46
23   That that's helpful.                       01:00:49
24      You see down below, he says, "Detecting 01:00:51
25   ███ users from the Chrome Server          01:00:54
                                                  Page 95
```

```
 1   A. Right. And a couple of things. For      01:01:53
 2   for for that, of course somebody has to do the 01:01:55
 3   engineering work to when you specify the   01:01:59
 4   precise requirements, what we need in there, then 01:02:04
 5   we need to write a script to put that information. 01:02:04
 6      But typically what takes most in the    01:02:07
 7   source of what Markus is referring in the line 01:02:09
 8   below, is that we have to follow through the 01:02:12
 9   chrome sync data access request and that's like a 01:02:13
10   formalized request where we need to go through and 01:02:16
11   say, okay, can do we need to check just with 01:02:19
12   with with legal what we are doing, do we need a 01:02:24
13   privacy review for that? So there's a certain 01:02:27
14   process that we need and that he's pointing out. 01:02:30
15   Q. Corporate bureaucracy company          01:02:32
16   bureaucracy is the it sounds well, let me  01:02:36
17   not use it in a pejorative sense. I don't want to 01:02:37
18   make you say but it's because you've got to 01:02:40
19   jump through certain hoops at Google in order to 01:02:42
20   pull this data; correct?                   01:02:44
21   A. I would not call it like this.          01:02:45
22      MR. ANSORGE: Objection                  01:02:47
23      THE WITNESS: I think just to keep in    01:02:48
24   mind that this is sensitive user information 01:02:51
25   that we only store and we have to treat it 01:02:54
                                                  Page 97
```

25 (Pages 94 - 97)

**Page 98**

```
 1   like sensitive data because those details,        01:02:56
 2   you know, traffic, and   and it has lots of       01:03:01
 3   information that we also only want to keep        01:03:02
 4   for a very short moment of time.                  01:03:03
 5        So, of course, any access to that data       01:03:05
 6   needs to be   make sure that it's well            01:03:07
 7   aligned with our policies and that, yeah, we      01:03:11
 8   don't   we don't do things   that people          01:03:15
 9   cannot do things they   we shouldn't do           01:03:17
10   BY MR. BARNES:                                    01:03:17
11      Q. What is sens                                01:03:19
12      A. that point.                                 01:03:19
13      Q. What is sensitive in the data that we are   01:03:20
14   talking about here?                               01:03:22
15        MR. ANSORGE: Objection. Vague.               01:03:24
16        THE WITNESS: I mean, there's many            01:03:30
17   definitions of sensitive. Personally,             01:03:31
18   it's   it's just very detailed information        01:03:32
19   that we are having.                               01:03:34
20   BY MR. BARNES:                                    01:03:35
21      Q. For example                                 01:03:36
22      A. So, for example, we talked before about     01:03:36
23   the Chrome Sync protocol, right, where, you know, 01:03:38
24   depending on what data, like interactions users   01:03:40
25   having with   with a Chrome browser, parts of     01:03:44
```

**Page 99**

```
 1   those logs can   I mean, for one thing, they      01:03:50
 2   they include their   their Gaia identity. They    01:03:53
 3   also have   can be tied to a specific device.     01:03:56
 4   And, you know, this is information that's just    01:04:01
 5   more information than you would typically need.   01:04:03
 6        We have it in there for specific             01:04:05
 7   debugging reasons and so you can imagine if you   01:04:07
 8   run a server like that, sometimes you need to     01:04:10
 9   understand what happened, but you have to be very 01:04:12
10   careful with this   with information because it's 01:04:15
11   so detailed.                                      01:04:18
12      Q. Okay. And it's the Gaia ID and the          01:04:18
13   specific device and the times of   of             01:04:22
14   signed in but not consented for sync status in the 01:04:24
15   context of        users; correct?                 01:04:26
16        MR. ANSORGE: Objection. Compound.            01:04:30
17   Form.                                             01:04:33
18        THE WITNESS: I   I think most of             01:04:33
19   like, depending on how you want to define         01:04:34
20   "sensitive," many things can be defined as        01:04:35
21   can be treated as sensitive, yes. It's            01:04:37
22   yeah.                                             01:04:44
23   BY MR. BARNES:                                    01:04:44
24      Q. Okay. So let me make sure, it   so I'm      01:04:45
25   going to ask you a question about a statement.    01:04:48
```

**Page 100**

```
 1   You tell me whether it   I think it's             01:04:48
 2      A. Mm hmm.                                     01:04:48
 3      Q. if a user has not enabled sync, sync        01:04:50
 4   traffic log   I guess, let me rephrase.           01:04:53
 5        If a user has not enabled sync but has       01:04:56
 6   signed into the Chrome browser, then the sync     01:04:59
 7   traffic logs will show data for that user         01:05:02
 8   indicating that they have                         01:05:07
 9   signed in but not consented for sync through this 01:05:09
10        ; correct?                                   01:05:11
11        MR. ANSORGE: Objection. Form. Vague.         01:05:13
12        THE WITNESS: I mean, we discussed about      01:05:17
13   this before. I would not say "will,"              01:05:19
14   because, again, there can be Edge cases, but      01:05:21
15   there may be included and slightly for that       01:05:24
16   bit, like for   as I said before, for the         01:05:27
17   traffic, to have that                             01:05:31
18   signed in not syncing bit set, which is also      01:05:35
19   reflected in those logs. So yes, there is a       01:05:38
20   good likelihood that this is in there.            01:05:41
21   BY MR. BARNES:                                    01:05:43
22      Q. So sync traffic log contained        of     01:05:43
23   entries every day for users who are not   who     01:05:46
24   have not enabled sync; correct?                   01:05:50
25        MR. ANSORGE: Objection. Form.                01:05:53
```

**Page 101**

```
 1        THE WITNESS: Just --sync traffic log,        01:05:57
 2   right, is   is also including traffic             01:05:58
 3   records from   from those times, yes.             01:06:02
 4        MR. BARNES: Okay. Let's take a break.        01:06:07
 5   How long?                                         01:06:10
 6        THE VIDEOGRAPHER: This marks the end of      01:06:12
 7   Media Unit 1. The time is 1:06 p.m. We are        01:06:15
 8   off the record.                                   01:06:20
 9        (Short break taken.)                         01:17:52
10        THE VIDEOGRAPHER: This marks the             01:17:56
11   beginning of Media Unit 3. The time is 1:18       01:18:04
12   p.m. We are on the record.                        01:18:08
13        MR. BARNES: Thank you.                       01:18:10
14   BY MR. BARNES:                                    01:18:10
15      Q. Welcome back, Mr. Schumann.                 01:18:11
16        MR. BARNES: Ms. Cruz, can you publish        01:18:14
17   what we have marked as Exhibit s3.                01:18:17
18   BY MR. BARNES:                                    01:18:17
19      Q. And while that is being pulled up,          01:18:20
20   Mr. Schumann, tell me if this statement is true or 01:18:21
21   false:                                            01:18:21
22        If a user has not enabled sync, then the     01:18:21
23   sync traffic logs will not show data for that user 01:18:21
24   who has not enabled                               01:18:31
25        (Reporter clarifying.)                       01:18:31
```

## Page 102

```
1   BY MR. BARNES:                           01:18:33
2      Q.  If a user has not enabled sync, then the   01:18:34
3   sync traffic logs will not show data for that user   01:18:37
4   who has not enabled sync.                  01:18:41
5      Is that true in all circumstances?      01:18:43
6          MR. ANSORGE:  Objection.  Vague.    01:18:46
7          THE WITNESS:  There was a little bit of   01:18:48
8   echo here    let me rephrase.             01:18:51
9      So if a user did not enable sync, you are   01:18:52
10  saying that the question    can you just   01:18:55
11  repeat the question?  Sorry.              01:18:58
12  BY MR. BARNES:                            01:19:01
13     Q.  Is it true that if a user has not enabled   01:19:01
14  sync, the sync traffic logs will not show data for   01:19:03
15  that user?                                01:19:07
16     A.  As we established before, base traffic of   01:19:07
17  users that did not enable sync in a specific   01:19:11
18  Chrome instance and for those users, we can also   01:19:14
19  have records in the traffic logs.         01:19:16
20         MR. BARNES:  Okay.  Let me    let me   01:19:22
21  when you pull up exhibit    it should be   01:19:22
22  Exhibit 7.                                01:19:24
23         MS. CRUZ:  7.                      01:19:26
24         (Exhibit 7 was received and marked   01:19:38
25      for identification on this date and is   01:19:38
```

## Page 103

```
1      attached hereto.)                     01:19:38
2          THE WITNESS:  Okay.                01:19:38
3   BY MR. BARNES:                            01:19:38
4      Q.  Okay.  What is the [redacted]     01:19:39
5   [redacted]?                               01:19:41
6      A.  [redacted]                         01:19:42
7   [redacted]                                01:19:49
8      Q.  Would you like to take a moment to   01:19:55
9   familiarize yourself with the document?   01:19:57
10     A.  Yes.                               01:19:58
11         Okay.  I seem to recall.  It's a long   01:20:08
12  document so I think I have the context.  Maybe you   01:20:10
13  can ask me a specific question.           01:20:12
14     Q.  Sure.  Do you recognize the document?   01:20:13
15     A.  I do recognize the document.       01:20:14
16     Q.  And what is the document?          01:20:15
17     A.  It's about a    looks like I was a bit   01:20:24
18  too fast.  Let me restate the problem here.   01:20:26
19         Correct.  So we have an existing    at   01:20:34
20  this point we had an existing pipeline that would   01:20:38
21  [redacted]                                 01:20:41
22  [redacted]                                 01:20:47
23         We, of course, have    want to understand   01:20:52
24  how many users, how many sync users do we see on   01:20:53
25  which platforms and if you are seeing healthy   01:20:57
```

## Page 104

```
1   trends in there.                          01:21:02
2      That specific document was about       01:21:03
3   extending that pipeline so that we could also have   01:21:04
4   breakdowns for [redacted] users, like users that are   01:21:09
5   sync    that are signed in but have sync not   01:21:15
6   enabled, and also have a breakdown by country.   01:21:18
7      Q.  Okay.  And you were the author of this   01:21:22
8   document?                                 01:21:25
9      A.  It appears so.  I think so, yes.   01:21:26
10     Q.  And is this indeed the document    a   01:21:28
11  document that you authored?               01:21:30
12     A.  From    from what I'm seeing here, yes, I   01:21:31
13  have no reason to believe otherwise, yes.   01:21:35
14     Q.  Okay.  If we go to page 2, which is   01:21:37
15  marked as    it's Bates No.    there's some guy   01:21:40
16  named Bates whose    from a long time ago, he gets   01:21:46
17  the numbers.  The numbers are named after him.   01:21:48
18  GOOG CALHOUN 00028184.                    01:21:56
19     A.  Okay.                              01:21:59
20     Q.  Can you explain, again, what    the   01:21:59
21  problem you were trying solve here?       01:22:01
22     A.  Yeah, the problem is we wanted to   01:22:03
23  introduce additional breakdowns, and try help make   01:22:05
24  you understand this, as I mentioned before, those   01:22:10
25  traffic logs are very detailed and we only retain   01:22:13
```

## Page 105

```
1   them for a very short period of time.     01:22:15
2      So when we extract data from those, you   01:22:17
3   want to make sure they are aggregated as much as   01:22:19
4   possible; that you cannot identify users within   01:22:22
5   them.  And this is why we just aggregate them   01:22:24
6   according to specific dimensions, and that   01:22:28
7   document is about introducing a new dimension.   01:22:34
8      Q.  Is it about introducing two new       01:22:36
9   dimensions, [redacted] and country?       01:22:39
10     A.  Correct, this is what I'm using here,   01:22:40
11  yeah.                                     01:22:43
12     Q.  Okay.  And then [redacted], again, is the   01:22:43
13  signed out but not consented to sync state;   01:22:45
14  correct?                                  01:22:49
15     A.  It's a traffic for                 01:22:49
16         MR. ANSORGE:  Objection.  Vague.    01:22:50
17  Misstates prior testimony.                01:22:52
18         THE WITNESS:  Right.  As I mentioned   01:22:52
19  before, it's    it's a traffic from clients   01:22:54
20  that had signed in users that had not had the   01:22:58
21  same sync feature enabled.                01:23:01
22  BY MR. BARNES:                            01:23:04
23     Q.  Okay.  And you break it down per country.   01:23:05
24  How do you break it down per country?     01:23:06
25     A.  Right.  So this    this also was   01:23:08
```

```
 1       aggregates in    for dimensions that we are    01:42:19
 2       interested in from a product perspective.      01:42:22
 3   BY MR. BARNES:                                     01:42:24
 4       Q.  Okay.  Mr. Schumann, this is just a basic  01:42:24
 5   programming question.                              01:42:27
 6          If you have a spreadsheet that has three    01:42:31
 7   columns: One is an account identifier; the second  01:42:33
 8   is a device identifier; and third is the sync      01:42:39
 9   feature state, okay, and you have the spreadsheet  01:42:47
10   that has lots of entries in    in there, and there 01:42:49
11   is full sync enabled and there is      .           01:42:53
12          It is possible to write a script to         01:42:59
13   identify all of the account numbers associated     01:43:02
14   with the    entries in that spreadsheet;           01:43:06
15   correct?                                           01:43:09
16          MR. ANSORGE:  Objection.  Form and          01:43:10
17   incomplete hypothetical.                           01:43:12
18          THE WITNESS:  So I understand that we are   01:43:15
19   talking in a hypothetical spreadsheet and I        01:43:19
20   believe that in a hypothetical spreadsheet,        01:43:21
21   you could of course do that computation.           01:43:23
22   BY MR. BARNES:                                     01:43:29
23       Q.  Okay.  And you could do that with logs as  01:43:30
24   well    putting to the side policy and legal       01:43:31
25   reasons, you could do that with a log, as well;    01:43:35
                                                Page 122
```

```
 1   correct?                                           01:43:37
 2          MR. ANSORGE:  Objection.  Form.             01:43:39
 3          THE WITNESS:  Even    even looking at       01:43:41
 4   technical aspects, that really depends on a        01:43:44
 5   lot of details.  Like, what time frame are we      01:43:47
 6   looking about, what    what granularity is         01:43:49
 7   that?                                              01:43:53
 8   BY MR. BARNES:                                     01:43:53
 9       Q.  We're    well, in this example, we have a  01:43:53
10   spreadsheet that has three variables:  The sync    01:43:55
11   feature state, the Google account and the device   01:44:00
12   identifier.                                        01:44:03
13          You could    one could write a script to    01:44:06
14   say, identify every Google account identifier and  01:44:08
15   every device identifier associated with a          01:44:13
16   state; correct?                                    01:44:16
17          MR. ANSORGE:  Objection to form and         01:44:18
18   incomplete hypothetical.                           01:44:20
19          THE WITNESS:  What I wanted to clarify      01:44:21
20   is, like how many rows does the thing have?        01:44:24
21   Is it ten, hundreds, thousands, million,           01:44:26
22   billions?  This brings a different                 01:44:30
23   technical questions in here.                       01:44:34
24   BY MR. BARNES:                                     01:44:35
25       Q.  Okay.  Lots of rows, let's say ten rows.   01:44:35
                                                Page 123
```

```
 1   You could do it    could you do it for ten rows?   01:44:41
 2       A.  I'm pretty sure we can do this for ten     01:44:42
 3   rows.                                              01:44:45
 4       Q.  Okay.  Could you do it for a hundred       01:44:45
 5   rows?                                              01:44:47
 6       A.  I would think so, yeah.                    01:44:47
 7       Q.  You could do it for a thousand rows;       01:44:49
 8   correct?                                           01:44:51
 9       A.  Probably, but, you know, depending on the  01:44:51
10   spreadsheet implementation.                        01:44:54
11       Q.  It    the more rows, the more time it      01:44:56
12   might take; correct?                               01:44:57
13       A.  It takes more time to compute; it takes    01:44:59
14   more space to output.  Like, staying in your       01:45:07
15   spreadsheet analogy, do you want to write this in  01:45:10
16   a single cell, how large would the thing be?       01:45:12
17          And like, my point is, if you want to go    01:45:14
18   back to    to synced traffic logs, like what time  01:45:15
19   range are you looking at?                          01:45:23
20          We had to do quite some tweaking from a     01:45:24
21   technical perspective to make that pipeline run    01:45:26
22   for the    for the period of time they are looking 01:45:29
23   at.  So it's    it's not like, okay, it's a        01:45:32
24   spreadsheet.                                       01:45:34
25       Q.  And you would agree right now, the         01:45:34
                                                Page 124
```

```
 1   pipeline to identify       users, runs    I said   01:45:38
 2   "the pipeline."  A pipeline to identify            01:45:43
 3   users runs to         ; correct?                   01:45:46
 4          MR. ANSORGE:  Objection.  Vague.            01:45:57
 5          THE WITNESS:  I would not agree to that.    01:46:00
 6             is a    is a different    we do feed     01:46:02
 7           into          .  The purpose is not to     01:46:03
 8   track       users.                                 01:46:06
 9   BY MR. BARNES:                                     01:46:07
10       Q.  Okay.  But in       users, there is a      01:46:07
11   field that identifies whether a user was in        01:46:14
12         ; correct?                                   01:46:17
13       A.  When we produce those records for          01:46:17
14         , as you saw in the exhibit before, there    01:46:19
15   is a field where we introduce that, where we have  01:46:22
16   that, that's correct.                              01:46:25
17       Q.  Okay.  What is    down below, it says,     01:46:27
18   "The devices per user metric is a good candidate   01:46:54
19   to understand the underlying concept.  We are      01:46:56
20   essentially doing a mapreduce join."               01:46:58
21          What is a mapreduce join?                   01:47:00
22       A.  A mapreduce join is a technique or a       01:47:03
23   pattern of writing map    multi stage map produced 01:47:07
24   jobs.                                              01:47:14
25       Q.  Explain what a map produced job; please?   01:47:14
                                                Page 125
```

```
 1    A.  Map produce is a framework that allows    01:47:17
 2  processing of   large scale processing of data.  01:47:23
 3    Q.  Can you explain further?                  01:47:27
 4    A.  But this is a very wide field.  Anything  01:47:34
 5  specific you would like me to go into?          01:47:40
 6    Q.  Well, in the context of the question you  01:47:41
 7  were asking, it depends on the size of the table,  01:47:42
 8  could map produced be used to make the   a script  01:47:45
 9  run over a large table more efficiently?        01:47:49
10    A.  It can, of course, be used.  In fact,    01:47:53
11  that   that pipeline was under the hood, like  01:48:02
12  some of the details for us using the map produced  01:48:07
13  framework, but it also reaches limits and I could  01:48:10
14  tell you the details here.                      01:48:13
15      What is essentially happening is that      01:48:15
16  you   that lingo pipeline is doing this smarter, 01:48:18
17  but you have   like the map produced framework  01:48:21
18  works as, you have table   like, you have a     01:48:25
19  mechanism where a code can emit data sets.  They 01:48:26
20  will emit them with key and value, so you can emit 01:48:30
21  them.                                            01:48:34
22      For example, the key could be similar to   01:48:35
23  the                . It could be      , yes/no,  01:48:40
24  and the values could be, I don't know, device    01:48:44
25  identifiers, and then what the map produced      01:48:48
                                              Page 126
```

```
 1  framework does, is one code emits all those, then  01:48:50
 2  those records are being sorted, group identified  01:48:53
 3  by the same key, and then on that key, you can do  01:48:57
 4  the computation.                                  01:49:02
 5      So what that   if you take us back to       01:49:03
 6  your spreadsheet analogy, it's a way to take large 01:49:07
 7  datasets and then create something that looks like 01:49:11
 8  a spreadsheet but you still have to do the   the  01:49:13
 9  accumulation, the aggregation in there.  And you  01:49:15
10  could still hit limits at some point   some      01:49:19
11  point.                                            01:49:20
12    Q.  Okay.  Let me ask you about the second    01:49:21
13  bullet point here, it says,                     01:49:22
14  "                       "                       01:49:24
15      Do you see that?                            01:49:26
16    A.  Yes.                                      01:49:30
17    Q.  And let me read that: "                   01:49:30
18                                                  01:49:33
19                                                  01:49:35
20                                                  01:49:39
21                       "                           01:49:42
22      Did I read that correctly?                  01:49:43
23    A.  Yes.                                      01:49:45
24    Q.  So by the same per request dimensions, is 01:49:46
25  that referring to what is referenced above, the  01:49:50
                                              Page 127
```

```
 1                                       ?         01:49:54
 2    A.  This is my understanding                  01:49:59
 3    Q.  So it would also include the sync state;  01:49:59
 4  correct?                                          01:50:02
 5    A.  Now, I have to   yes.                     01:50:02
 6    Q.  Okay.  So let me start the paragraph, the 01:50:04
 7  sentence again.                                  01:50:08
 8  "                                               01:50:08
 9                                                  01:50:11
10                                                  01:50:14
11          ."                                      01:50:19
12      What user ID?                                01:50:21
13    A.  In that case, I believe that would be    01:50:23
14  Gaia.                                            01:50:25
15    Q.  Where is the                         ?    01:50:26
16      MR. ANSORGE:  Objection.  Vague.            01:50:31
17      THE WITNESS:  Yeah, I don't think there's   01:50:32
18  a location you could point at.  It's part of     01:50:33
19  the pipeline.                                    01:50:36
20  BY MR. BARNES:                                   01:50:37
21    Q.  How can it be accessed?                   01:50:37
22      MR. ANSORGE:  Objection.  Vague.            01:50:39
23      THE WITNESS:  As I   as I mentioned         01:50:41
24  before, these are not tables in a classic        01:50:43
25  sense that you build them and then you can       01:50:46
                                              Page 128
```

```
 1  access them.  These are abstractions that we    01:50:48
 2  use to do aggregations, and they are being       01:50:51
 3  produced as part of that pipeline.               01:50:53
 4      But when they are done, they are just       01:50:57
 5  being destructed.  These are more like           01:50:58
 6  abstract concepts.                               01:51:03
 7  BY MR. BARNES:                                   01:51:04
 8    Q.  And was this carried out, this plan in    01:51:06
 9  in general?                                      01:51:09
10      MR. ANSORGE:  Objection.  Vague.            01:51:10
11      THE WITNESS:  Let me just reread.           01:51:12
12      Yes, I believe so.                          01:51:19
13  BY MR. BARNES:                                   01:51:20
14    Q.  And by   let me   it was vague.           01:51:20
15                              was implemented;    01:51:23
16  correct?  That's the first bullet point?         01:51:28
17    A.  That's correct.                           01:51:29
18    Q.  And the                         was       01:51:29
19  implemented as well; correct?                    01:51:31
20    A.  The   the pipeline producing those        01:51:36
21  metrics is also maintaining that                01:51:38
22                              to compute the necessary 01:51:42
23  aggregations, yes.                               01:51:45
24    Q.  The pipe   the pipeline uses this         01:51:46
25                 ?                                 01:51:48
                                              Page 129
```

33 (Pages 126 - 129)

```
 1      A. Correct. Like, in the  the process of    01:51:51
 2   the pipeline, such a table is being populated, to  01:51:53
 3   produce the aggregated                 01:51:56
 4      Q. Where is that table stored?          01:52:02
 5         MR. ANSORGE: Objection. Vague.       01:52:04
 6         THE WITNESS: As I mentioned, this is  01:52:05
 7   let me think about, because this is like the  01:52:09
 8   multi step piece.                       01:52:14
 9         Again, if you look from the pipeline  01:52:15
10   perspective, we do not persist the         01:52:17
11   intermediate able. In the end,            01:52:23
12                                           01:52:23
13                                           01:52:25
14                                           01:52:28
15                                           01:52:31
16                                           01:52:33
17                                           01:52:36
18   BY MR. BARNES:                           01:52:36
19      Q. Right.                            01:52:37
20      A. That's the aggregation we store.    01:52:37
21      Q. It's that   is it in that  it's that  01:52:38
22   intermediate table that we talked about earlier;  01:52:40
23   right? This is   this is   an intermediate  01:52:44
24   table, how   how long is that table kept?  01:52:49
25         MR. ANSORGE: Objection.             01:52:52
                                              Page 130
```

```
 1   Mischaracterizes prior testimony.          01:52:53
 2         THE WITNESS: Yes, with the   I have to  01:52:55
 3   look into the details. I   I'm not sure   01:52:59
 4   what the precise retention period is. I want  01:53:03
 5   to highlight two things in there.          01:53:07
 6         As I mentioned before, if we have    01:53:09
 7   intermediate data that's not sufficiently   01:53:10
 8   aggregated, that would simply store within  01:53:13
 9   the logs cluster, like within the logs     01:53:16
10   storage system and then I would assume a   01:53:19
11   retention of a few days, that's usually what  01:53:25
12   pipelines are using.                      01:53:28
13         And then again, the thing that we take  01:53:29
14   out into something where we control the    01:53:30
15   retention, that would be the final         01:53:31
16   aggregation.                              01:53:33
17   BY MR. BARNES:                            01:53:34
18      Q. Okay. You say you can backfill the last  01:53:34
19                                             01:53:51
20         Is that because data, the underlying  01:53:52
21   gwslog data has the       retention period and  01:53:56
22   you want to build in the cushion there that you  01:54:01
23   described earlier?                         01:54:03
24      A. This is correct. So I mean, I think  01:54:04
25   and I know where you were   like what you meant  01:54:07
                                              Page 131
```

```
 1   although your question was a bit vague.    01:54:10
 2         If you go down where we talk about   01:54:12
 3   backfilling means, let's assume the pipeline does  01:54:13
 4   not manage to succeed in a day or there was some  01:54:18
 5   permission problem or something, that we couldn't  01:54:21
 6   process the logs for one day, then we have  01:54:23
 7   to fix that until we run it before the underlying  01:54:28
 8   data would run out of retention and would be  01:54:31
 9   destroyed.                                01:54:34
10         MR. BARNES: Okay. Ms. Cruz, can you  01:54:37
11   publish s4, please? And it should pop up, I  01:54:38
12   think as Exhibit 8.                       01:54:54
13         (Exhibit 8 was received and marked  01:54:55
14         for identification on this date and is  01:54:55
15         attached hereto.)                   01:55:03
16   BY MR. BARNES:                            01:55:03
17      Q. Let me know when you have it, please.  01:55:03
18      A. I don't see it yet. I see Exhibit 7.  01:55:04
19      Q. While it's working                  01:55:08
20      A. Here it's coming.                   01:55:09
21      Q. What   what is "        "?          01:55:10
22      A. As far as I remember, this was a project  01:55:14
23   code name.                                01:55:17
24      Q. And what was the   what was the project?  01:55:20
25      A. This was not a project related to my team  01:55:23
                                              Page 132
```

```
 1   immediately. I believe   let me recall   this  01:55:27
 2   was a, this was                            01:55:34
 3                       For the details, I would  01:55:42
 4   have to look in the specific ones.         01:55:46
 5      Q. Okay. Let me   do you have the       01:55:48
 6   document?                                 01:55:50
 7      A. I see the document now, yes.        01:55:50
 8      Q. Do you recognize this?              01:55:52
 9      A. It's an e mail thread. That was the  01:55:53
10   person reaching out and I responded. So yeah, I  01:56:01
11   would need some time to untangle it but it looks  01:56:05
12   like an e mail thread from last year that I've  01:56:08
13   been involved with.                       01:56:11
14      Q. Okay. Do you see down at the bottom of  01:56:12
15   the first page, which is GOOG CABR 04742957  01:56:16
16      A. Mm hmm.                             01:56:16
17      Q.   where you   you sent an e mail on May  01:56:24
18   12th, 2021                                01:56:24
19      A. Mm hmm.                             01:56:24
20      Q.   at 6:06 p.m.?                     01:56:29
21      A. Correct. Yeah.                      01:56:34
22      Q. All right. And you state, "We keep  01:56:34
23   server side traffic logs (gwslog) of the last  "  01:56:35
24      A. Mm hmm.                             01:56:35
25      Q. "       . We could relatively easy  01:56:38
                                              Page 133
```

## Page 186

```
 1  right?                                      03:18:34
 2      A.  Mm hmm.                             03:18:34
 3      Q.  And after they sign in and get their   03:18:35
 4  credentials, their o auth credentials, the browser   03:18:37
 5  is going to send a transmission to the sync   03:18:42
 6  server; correct?                            03:18:46
 7      A.  That's correct.                     03:18:46
 8      Q.  Okay.  And for this user, is it true or   03:18:47
 9  false that the browser will also often send a   03:18:49
10  GetUpdates request?                         03:18:52
11      A.  That is true.  In these situations, you   03:18:53
12  can expect the Chrome is inclined to send a   03:18:56
13  GetUpdates request.                         03:18:59
14      Q.  Okay.  Thank you.  Can we go to page 859,   03:19:00
15  please.                                     03:19:08
16      A.  Mm hmm.                             03:19:17
17      Q.  Okay.  I have questions I   this is one   03:19:18
18  thing I really wish we were in the same room.  I   03:19:20
19  have questions about this diagram.          03:19:22
20          Where it says sync http server in the   03:19:24
21  diagram on page 859, does   is that the     03:19:28
22  ███████████ domain?                         03:19:32
23      A.  These are the servers behind that domain.   03:19:35
24  So if a client is contacting   contacting clients   03:19:38
25  for the Google account, then those servers would   03:19:43
```

## Page 187

```
 1  in the end fulfill those requests.          03:19:47
 2      Q.  Okay.  And then it says   and then from   03:19:49
 3  there, it points to http server logs.       03:19:52
 4          What are those http server logs?    03:19:55
 5          MR. ANSORGE:  Objection.  Form.     03:20:01
 6          THE WITNESS:  From my understanding of   03:20:02
 7  this diagram and the context we have        03:20:03
 8  established, I would assume that these are   03:20:05
 9  the gwslogs, the GWS traffic logs.          03:20:07
10  BY MR. BARNES:                              03:20:07
11      Q.  Okay.  And then we've got a point to the   03:20:11
12  right, to the active user pipeline, which then   03:20:14
13  goes to reported user activities.           03:20:16
14          Do you see that?                    03:20:20
15      A.  I do see that.                      03:20:20
16      Q.  What is   where are the reported user   03:20:21
17  activities?                                 03:20:24
18          MR. ANSORGE:  Objection.  Vague.    03:20:26
19          THE WITNESS:  From my reading of that   03:20:31
20  pipeline, this is a repository within the   03:20:35
21  ███████ infrastructure.  I would assume it's   03:20:40
22  a database but I can also see the document   03:20:44
23  has more contents.                          03:20:46
24  BY MR. BARNES:                              03:20:47
25      Q.  Okay.  Let's jump ahead to page 860.   03:20:47
```

## Page 188

```
 1  It's the very next page.                    03:20:50
 2      A.  Okay.                               03:20:53
 3      Q.  You see where it says "storage &    03:20:53
 4  location   " 'cause I   I'm not trying to make   03:20:55
 5  this a pop quiz.  I'm really trying to figure this   03:20:57
 6  out.                                        03:20:59
 7          It says, "storage & location, log sink."   03:20:59
 8          Do you see that?                    03:21:04
 9      A.  Yeah.                               03:21:04
10      Q.  "The ingested data is stored in the   03:21:04
11  following log source:                       03:21:07
12  ████████████████████████████████████████    03:21:11
13  ████████████████████████████████            03:21:11
14  ████████████████████████████████████        03:21:26
15          Did I read that correctly?          03:21:27
16      A.  That is correct actually.           03:21:27
17      Q.  Okay.  Is this log sync where the   03:21:32
18  reported user activities are   does it refer to   03:21:33
19  the reported   is there the connection between   03:21:36
20  the reported user activities in the flow diagram   03:21:39
21  on page 859 with the log sync described here?   03:21:43
22          MR. ANSORGE:  Objection to form and   03:21:49
23  foundation.                                 03:21:50
24          THE WITNESS:  If my interpretation of log   03:21:52
25  sync is correct, because I don't find log   03:21:55
```

## Page 189

```
 1  sync mentioned in that diagram, it would be   03:21:58
 2  my understanding that this is the location   03:22:01
 3  within the ███████ infrastructure where it   03:22:05
 4  has been stored.                            03:22:08
 5  BY MR. BARNES:                              03:22:09
 6      Q.  Okay.  And the ██d, what does that   03:22:09
 7  mean?                                       03:22:15
 8      A.  That means that any data stored at that   03:22:15
 9  location is going to be auto deleted after ██   03:22:17
10  ██                                          03:22:22
11      Q.  Okay.  If we go back to 859, the    03:22:22
12  ingestion pipeline,                         03:22:26
13  ███████████████████████████████, is that    03:22:31
14  the gwslog you referred to earlier?         03:22:38
15      A.  I'm sorry, I cannot completely follow   03:22:39
16  the   the proxy you are referring   are we in   03:22:42
17  the diagram?                                03:22:43
18      Q.  It's at the   I'm sorry, I'm outside the   03:22:44
19  diagram.  It's at the very bottom of the page.   03:22:46
20      A.  Correct.  These are   these are the   03:22:50
21  Chrome gwslogs, yes.                        03:22:52
22      Q.  Okay.  And then if we move on to 860, the   03:22:55
23  Chrome Sync HTTP server logs, the ███████   03:23:03
24  retention time of logs, what does that refer to?   03:23:04
25      A.  As we discussed before, this is the   03:23:11
```

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
 1    MR. BARNES:  Thank you for your time      07:36:50
 2  today, Mr. Schumann.  We are a little over   07:36:52
 3  seven hours, seven hours and like 46 seconds 07:36:54
 4  to be precise and we have a seven-hour time  07:36:59
 5  limit on this.                               07:37:02
 6    I want to note for the record that         07:37:03
 7  plaintiffs received a production of documents 07:37:04
 8  yesterday evening for which Mr. Schumann was 07:37:08
 9  the custodian and we are leaving this        07:37:12
10  deposition open for purposes of asking       07:37:16
11  Mr. Schumann questions about those late      07:37:19
12  produced documents.                          07:37:22
13    Other than that we are finished with       07:37:24
14  questions regarding what has been produced   07:37:26
15  other than the very last-minute production   07:37:30
16  last night.                                  07:37:33
17    Mr. Ansorge?                               07:37:34
18    MR. ANSORGE:  Yes, Mr. Barnes, we object.  07:37:35
19  Mr. Schumann has come here and he's been     07:37:40
20  brought here at great expense and effort.    07:37:42
21  You had seven hours.  He testified fulsomely 07:37:45
22  and I think we can take the dispute off and  07:37:49
23  give the witness his life back.              07:37:52
24    MR. BARNES:  We'll have to agree to        07:37:57
25  disagree.                                    07:38:00
```
Page 338

```
 1    MR. ANSORGE:  About giving him his life    07:38:00
 2  back?                                        07:38:03
 3    MR. BARNES:  Well, no, he can have his     07:38:03
 4  life back.  But we'll have to agree to       07:38:04
 5  disagree about whether there's a dispute     07:38:06
 6  about the late-produced documents or not.    07:38:09
 7    MR. ANSORGE:  With that, I'm happy to go   07:38:12
 8  off the record.                              07:38:13
 9    MR. BARNES:  Okay.                         07:38:14
10    THE VIDEOGRAPHER:  We are off the record   07:38:14
11  at 7:38 p.m.  This concludes today's         07:38:17
12  testimony given by Tim Schumann.  The total  07:38:20
13  number of media units used was eight and will 07:38:25
14  be retained by Veritext Legal Solutions.     07:38:29
15    (Time noted:  7:38 p.m.)
```
Page 339

```
 1          DECLARATION UNDER PENALTY OF PERJURY
 2
 3      I, TIM SCHUMANN, do hereby certify under
 4  penalty of perjury that I have read the
 5  foregoing transcript of my deposition taken
 6  on January 13, 2022; that I have made such
 7  corrections as appear noted herein; that my
 8  testimony as contained herein, as corrected,
 9  is true and correct.
10
11  DATED this 23   day of February
12  2022, at Munich, Germany
13
14
15         _____
16           TIM SCHUMANN
```
Page 340

```
 1      I, RENEE HARRIS, do hereby certify that I
 2  am a licensed Certified Shorthand Reporter;
 3      That prior to being examined, the witness named
 4  in the foregoing deposition was by me duly sworn
 5  to testify to tell the truth, the whole truth, and
 6  nothing but the truth;
 7      That the said deposition was by me recorded
 8  stenographically;
 9      And the foregoing pages constitute a full,
10  true, complete and correct record of the testimony
11  given by the said witness;
12      That I am a disinterested person, not
13  being in any way interested in the outcome of said
14  action, or connected with, nor related to any of
15  the parties in said action, or to their respective
16  counsel, in any manner whatsoever.
17
18  DATED: January 17, 2022
19
          [signature]
24       Renee Harris, CSR, CCR, RPR
         CA CSR No. 14168,
25       NJ CRR No. 30XI00241200; RPR
```
Page 341

86 (Pages 338 - 341)