# EXHIBIT 22
# Redacted Version of Document Sought to be Sealed

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5    PATRICK CALHOUN, ELAINE CRESPO, )
      HADIYAH JACKSON and CLAUDIA     )
 6    KINDLER, on behalf of all       )
      others similarly situated,      )
 7                                    )
              Plaintiffs,             )
 8                                    )
              vs.                     ) Case No.
 9                                    ) 5:20-cv-5146-LHK
      GOOGLE LLC,                     )
10                                    )
              Defendant.              )
11    _____  )
12
13
14
15        VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16              DEPOSITION OF DAVID MONSEES
17
18               Friday, April 9, 2021
19       Testifying from San Francisco, California
20
21
22
23    Reported By:
24    Hanna Kim, CLR, CSR No. 13083
25    Job No. 4530995
```

Page 1

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3           SAN JOSE DIVISION
 4
 5  PATRICK CALHOUN, ELAINE CRESPO, )
    HADIYAH JACKSON and CLAUDIA    )
 6  KINDLER, on behalf of all      )
    others similarly situated,     )
 7                                 )
         Plaintiffs,               )
 8                                 )
         vs.                       ) Case No.
 9                                 ) 5:20-cv-5146-LHK
    GOOGLE LLC,                    )
10                                 )
         Defendant.                )
11  _____ )
12
13
14
15      Virtual videoconference video-recorded
16      deposition of DAVID MONSEES, taken on
17      behalf of the Plaintiffs, testifying from
18      San Francisco, California, on Friday,
19      April 9, 2021, before Hanna Kim, CLR, CSR
20      No. 13083.
21
22
23
24
25
                                              Page 2
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3  For Plaintiffs:
 4      BLEICHMAR FONTI & AULD LLP
 5      BY:  LESLEY WEAVER, ESQ
 6      BY:  ANGELICA M  ORNELAS, ESQ
 7      555 12th Street, Suite 1600
 8      Oakland, California 994607
 9      415 445 4003
10      lweaver@bfalaw com
11      aornelas@bfalaw com
12      -and-
13      KAPLAN FOX & KILSHEIMER LLP
14      BY:  DAVID A  STRAITE, ESQ
15      850 Third Avenue
16      New York, New York 10022
17      212 687 1980
18      dstraite@kaplanfox coma
19
20
21
22
23
24
25
                                              Page 3
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3  For Plaintiffs:
 4      SIMMONS HANLY CONROY LLC
 5      BY:  JASON "JAY" BARNES, ESQ
 6      BY:  AN TRUONG, ESQ
 7      112 Madison Avenue, 7th Floor
 8      New York, New York 10016
 9      212 784 6400
10      jaybarnes@simmonsfirm com
11      atruong@simmonsfirm com
12
13  For Defendant Google LLC:
14      QUINN EMANUEL URQUHART & SULLIVAN
15      BY:  ANDREW H  SCHAPIRO, ESQ
16      191 N  Wacker Drive, Suite 2700
17      Chicago, Illinois 60606
18      312 705 7400
19      andrewschapiro@quinnemanuel com
20      -and-
21      BY:  JOSEF ANSORGE, PH D
22      1300 I Street NW, Suite 900
23      Washington, D C  20005
24      202 538 8000
25      josefansorge@quinnemanuel com
                                              Page 4
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3  Also Present:
 4      JOHN JANHUNEN, ESQ , Google LLC
 5      RON LAZO, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 5
```

2 (Pages 2 - 5)

```
 1           INDEX OF EXAMINATION
 2
 3  WITNESS:  DAVID MONSEES
 4  EXAMINATION                              PAGE
 5      BY MS. WEAVER:                        11
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                           Page 6
```

```
 1         INDEX OF EXHIBITS (CONTINUED)
 2
 3  MONSEES DEPOSITION EXHIBITS            PAGE
 4  Exhibit 10   "Sample from sync logs"; Bates   190
 5        nos. GOOG-CALH-00027477 through
 6        '485
 7  Exhibit 11   "Fact Sheet for Monsees"; 2 pages  208
 8  Exhibit 12   "Personalization Data Sources   262
 9        Policy"; Bates nos.
10        GOOG-CALH-00027413 through '414
11  Exhibit 13   "User Data Retention and Deletion  268
12        Guidelines"; Bates nos.
13        GOOG-CALH-00027154 through '161
14  Exhibit 14   "User Data Retention and Deletion  270
15        Policy"; Bates nos. Bates nos.
16        GOOG-CALH-00027162 through '165
17  Exhibit 15   "Scrubbing Policies for Log     289
18        Data"; Bates nos.
19        GOOG-CALH-00027152 through '153
20  Exhibit 16   "Log Data Usage Rules"; Bates   308
21        nos. GOOG-CALH-00027762 through
22        '767
23  Exhibit 17   "Chrome Logs"; Bates nos.      316
24        GOOG-CALH-00027536 through '540
25
                                           Page 8
```

```
 1             INDEX OF EXHIBITS
 2
 3  MONSEES DEPOSITION EXHIBITS             PAGE
 4  Exhibit 1   Plaintiffs' Notice Deposition of   17
 5        Defendant Google LLC Pursuant
 6        FRCP 30(b)(6); 5 pages
 7  Exhibit 2   Complaint, executed date of       31
 8        July 27, 2020; 93 pages
 9  Exhibit 3   Google internal service document;  41
10        Bates nos. GOOG-CALH_00027787
11        through '91
12  Exhibit 4   "Logs Sources and Access Types";   85
13        Bates nos. GOOG-CALH-00027774
14        through '782
15  Exhibit 5   "Defendant's Responses and       122
16        Objections to Plaintiffs' First
17        Set of Interrogatories (Nos.
18        1-7)"; 26 pages
19  Exhibit 6   "Syncable service API"; 4 pages  139
20  Exhibit 7   "Developers Chrome.Storage-Chrome 139
21        Developers"; 13 pages
22  Exhibit 8   "Chrome data in your account"; 1  178
23        page
24  Exhibit 9   "Ads logs types"; Bates nos.    182
25        GOOG-CALH-00027278 through '285
                                           Page 7
```

```
 1         INDEX OF EXHIBITS (CONTINUED)
 2
 3  MONSEES DEPOSITION EXHIBITS             PAGE
 4  Exhibit 18   "███████"; Bates nos.         324
 5        GOOG-CALH-00027297 through '326
 6  Exhibit 19   Google internal site printout, to  325
 7        frequently asked questions for
 8        the ███████ platform; Bates
 9        nos. GOOG-CALH-00027290 through
10        '293
11  Exhibit 20   "█████ Logs"; Bates nos.      334
12        GOOG-CALH-00027451 through '453
13  Exhibit 21   "My Activity"; Bates nos.     337
14        GOOG-CALH-00027409 through '410
15  Exhibit 22   Printout of LinkedIn profile of  345
16        David Monsees; 16 pages
17              --o0o--
18
19
20
21
22
23
24
25
                                           Page 9
```

```
 1    A.  If -- if data was stored, it would be
 2  stored somewhere on Google's storage system that a
 3  Google server wrote to.
 4    Q.  Right.
 5        Which storage systems and which logs?    02:29:55
 6    A.  I -- I think as -- as previously stated,
 7  we would need to decide which log types to go look
 8  for this request, and then we could --
 9    Q.  So what kind of log types do you think you
10  would go look in?                              02:30:16
11    A.  I -- I don't know.  I actually am not
12  aware of anyone who has ever requested to find
13  something from a request, not a response.  It
14  seems a wide net.
15    Q.  Would you look in ads logs?              02:30:31
16    A.  Ads logs could definitely be an -- an
17  option.
18    Q.  Would you look in analytics logs?
19    A.  Sure.  Yes.
20    Q.  What other kinds of logs would you look  02:30:43
21  in?
22    A.  I would likely look in search logs, maps
23  logs, play logs, news logs, blog search logs,
24  blotter logs, video search logs, shopping logs,
25  Google travel logs, trip logs.                 02:31:04
```
Page 242

```
 1        There's a few other highly traffic
 2  vertical products that are off of the Google
 3  domain, which would, per the transport host, what
 4  this request could be hitting.
 5        I'm trying to think of any other really  02:31:20
 6  obvious ones.  Those -- those would be, I think,
 7  a -- a set of -- of logs to -- to look at.
 8        Anything -- any service that could run off
 9  of the Google.com domain I think you would have to
10  look into to be complete.                      02:31:36
11    Q.  So Google is sending this single request
12  to that many logs is your testimony?
13    A.  Oh, no.  To clarify, that's not what I
14  said.  My testimony is that I do not know for this
15  request what service it's hitting.             02:31:48
16        So if we wanted to be accurate, we would
17  need to search logs or other storage for all
18  services that may serve off of the Google.com
19  domain.
20    Q.  Okay.  Do you --                         02:31:59
21        MR. SCHAPIRO:  All right.  Let's -- hold
22  on.  Hold on.  Let -- let's take a break.  We've
23  been going an hour and quarter, so why don't we
24  break.
25        Would ten minutes okay?                  02:32:08
```
Page 243

```
 1        MS. WEAVER:  I don't want to be
 2  interrupted in the middle of a question.  And, no,
 3  that's not fine.  I'll continue this line of
 4  questioning until I'm done, Andy.
 5        MR. SCHAPIRO:  No, no, no.  I'm -- I'm    02:32:21
 6  asking for a break.  There is no question --
 7        MS. WEAVER:  I am in the middle of a
 8  question, and I will finish the question.
 9        MR. SCHAPIRO:  You weren't in the
10  middle --
11        MS. WEAVER:  We -- Mr. --
12        MR. SCHAPIRO:  You weren't in the middle
13  of a question.
14        MS. WEAVER:  It is not civil --
15        MR. SCHAPIRO:  You weren't in the
16  middle of a question.
17        MS. WEAVER:  Mr. Ambassador, it is not
18  civil to introduce -- interrupt a questioning
19  attorney in the middle of the question and ask for
20  a time-out.                                    02:32:32
21        MR. SCHAPIRO:  We weren't --
22        MS. WEAVER:  You will wait until I am
23  done.
24        MR. SCHAPIRO:  And then we'll take a
25  break.                                         02:32:40
```
Page 244

```
 1  BY MS. WEAVER:
 2    Q.  Mr. Monsees, I want to    let me go back
 3  and see what the previous
 4        MS. WEAVER:  Could you read back, please,
 5  when I was interrupted.                        02:32:45
 6        (Record read back by the reporter.)
 7        MR. SCHAPIRO:  "And I."  So you were in
 8  the middle of "And I."  I was trying to get in when
 9  there was no question pending and
10        MS. WEAVER:  Okay.  Just control yourself. 02:33:11
11        THE COURT REPORTER:  I'm sorry.  Wait,
12  wait, wait.
13        MS. WEAVER:  Control yourself, please.
14        MR. SCHAPIRO:  All right.  We're    we're
15  going to
16  BY MS. WEAVER:
17    Q.  Okay.  So
18        MR. SCHAPIRO:    take a break.  We're
19  going to take a break.
20  BY MS. WEAVER:
21    Q.    going back to paragraph
22        THE COURT REPORTER:  I'm sorry.  One
23  one    excuse me.  Wait.
24        MR. SCHAPIRO:  Off the record, please.
25  BY MS. WEAVER:
```
Page 245

```
 1      A. Oh, I -- I am -- I am not sure what a -- a
 2   per e-mail cost is. I believe it's quite low to
 3   send a -- an individual e-mail.
 4      Q. Okay. Thank you.
 5         MS. WEAVER: No further questions --        05:19:48
 6   questions for this witness at this time. This
 7   deposition will remain open.
 8         MR. SCHAPIRO: So we of course don't agree
 9   to holding it open, but we want to -- we'll take a
10   few minutes and -- and come back and do some      05:20:04
11   redirect if -- if we think we want to do that. So
12   why don't we come back in five minutes.
13         MS. WEAVER: Sounds good.
14         MR. SCHAPIRO: 25 past.
15         THE VIDEOGRAPHER: We're now going off the   05:20:20
16   record. The time is 5:20 p.m., Pacific Daylight
17   Time.
18         (Short recess taken.)
19         THE VIDEOGRAPHER: We are now back on the
20   record. The time is 5:33 p.m., Pacific Daylight  05:33:20
21   Time.
22         MR. SCHAPIRO: So we have no questions for
23   the witness.
24         Mr. Monsees, thank you very much for your
25   time.                                  05:33:31
```
Page 354

```
 1   Lesley, et al., wonderful to see you as
 2   always.
 3      MS. WEAVER: Yeah, and I want to thank the
 4   witness very much. I know this isn't fun and
 5   especially not alone in your room. Thank you.   05:33:43
 6      And thanks very much to all of you
 7   supporting the deposition, Ms. -- Ms. Kim and our
 8   videographer.
 9      MR. SCHAPIRO: I second that.
10      MS. WEAVER: Okay. And --            05:33:54
11      THE VIDEOGRAPHER: This -- this concludes
12   today's testimony given by David Monsees, 30(b)(6)
13   witness, Google LLC.
14      The number of media units used was one and
15   will be retained by Veritext. The time is    05:34:06
16   5:34 p.m., Pacific Daylight Time. We are now off
17   the record.
18      (Proceedings concluded, 5:34 p.m.)
```
Page 355

```
 1                  JURAT
 2
 3      I, DAVID MONSEES, do hereby certify under
 4   penalty of perjury that I have read the foregoing
 5   transcript of my deposition taken on the 9th day of
 6   April, 2021; that I have made such corrections as
 7   appear noted herein in ink, initialed by me; that
 8   my testimony as contained herein, as corrected, is
 9   true and correct.
10
11      Dated this 19th day of May, 2021,
12   at   Dallas County, State of Texas         .
```

DAVID MONSEES

GEORGE W POLETES
Notary Public
STATE OF TEXAS
Notary I.D. 13174447-9
My Comm. Exp. Oct. 2, 2022

This notarial act was an online notarization.   Page 356

CERTIFICATE OF REPORTER

```
 1               CERTIFICATE OF REPORTER
 2      I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4      That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn
 6   to testify to the truth, the whole truth, and
 7   nothing but the truth;
 8      That said proceedings were taken before me
 9   at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13      I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17      Further, that if the foregoing pertains to
18   the original                              n a
19   federal case,                          proceedings,
20   review of the                               s not
21   requested.
22      In witr                                nto
23   subscribed n
24   Dated: April
25      Hanna Kim, CLR, CSR No. 13083
```
Page 357

90 (Pages 354 - 357)

```
 1        ERRATA SHEET FOR THE TRANSCRIPT OF:
 2   Case Name: CALHOUN, ET AL. vs. GOOGLE LLC
 3   Dep. Date: 04/09/2021
 4   Deponent: DAVID MONSEES
 5            CORRECTIONS:
 6   Pg.  Ln.  Now Reads    Should Read   Reason
 7   _22_ _23_ Harding      Harting       Incorrect spelling
 8   _25_ _7_  Schumman     Schuman       Incorrect spelling
 9   _26_ _18_ Bob Kee      Bob Cui       Incorrect spelling
10   _54_ _16_ zwbk         Zwieback      Full word used
11   _89_ _10_ sends to     since to      Words used
12   _94_ _2_  pseudonymous pseudonymous  Clarity
                for cookie ID  cookie ID
13   _117_ _24_ know if their users  know if they're users  Incorrect spelling
14   _191_ _1_  Schulman    Schuman       Incorrect spelling
15   _192_ _6_  Schulman    Schuman       Incorrect spelling
16   _307_ _1_  Gilke       Golueke       Incorrect spelling
17   _327_ _11_ actually have  actually as the  Words used
                the product    product
18   _353_ _14_ for now error on  for now err on  Words used
19            _____
20              Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS 19th DAY OF May    , 2021.
23   _____
24   (Notary Public) MY COMMISSION EXPIRES
25             October 2, 2022
     This notarial act was an online notarization.   Page 358
```



GEORGE W POLETES
Notary Public
STATE OF TEXAS
Notary I.D. 13174447-9
My Comm. Exp. Oct. 2, 2022