# EXHIBIT 25
## Redacted Version of
## Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN JOSE DIVISION

 4

 5   PATRICK CALHOUN, ELAINE CRESPO, )

     HADIYAH JACKSON and CLAUDIA      )

 6   KINDLER, on behalf of all        )

     others similarly situated,       )

 7                                     )

             Plaintiffs,              )

 8                                     )

             vs.                       ) Case No.

 9                                     ) 5:20-cv-5146-LHK

     GOOGLE LLC,                       )

10                                     )

             Defendant.               )

11   _____ )

12

13

14                 CONFIDENTIAL

15      VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

16       DEPOSITION OF DAVID MONSEES, VOLUME 2

17

18           Friday, June 11, 2021

19      Testifying from San Francisco, California

20

21

22

23   Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25   Job No. 4624328
```

                                                        Page 359

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  PATRICK CALHOUN, ELAINE CRESPO, )
   HADIYAH JACKSON and CLAUDIA    )
6  KINDLER, on behalf of all      )
   others similarly situated,     )
7                                 )
        Plaintiffs,      )
8                        )
        vs.              ) Case No.
9                        ) 5:20-cv-5146-LHK
   GOOGLE LLC,           )
10                       )
        Defendant.       )
11 _____ )
12
13
14
15  Confidential, virtual videoconference
16  video-recorded deposition of DAVID
17  MONSEES, VOLUME 2, taken on behalf of the
18  Plaintiffs, testifying from San Francisco,
19  California, on Friday, June 11, 2021,
20  before Hanna Kim, CLR, CSR No. 13083.
21
22
23
24
25
                                  Page 360

1  REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
2
3  For Plaintiffs:
4    BLEICHMAR FONTI & AULD LLP
5    BY:  LESLEY WEAVER, ESQ
6    BY:  ANGELICA M ORNELAS, ESQ
7    555 12th Street, Suite 1600
8    Oakland, California 994607
9    415 445 4003
10   lweaver@bfalaw com
11   aornelas@bfalaw com
12   -and-
13   KAPLAN FOX & KILSHEIMER LLP
14   BY:  DAVID A  STRAITE, ESQ
15   850 Third Avenue
16   New York, New York 10022
17   212 687 1980
18   dstraite@kaplanfox com
19
20
21
22
23
24
25
                                  Page 361

1  REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
2
3  For Plaintiffs:
4    SIMMONS HANLY CONROY LLC
5    BY:  JASON "JAY" BARNES, ESQ
6    112 Madison Avenue, 7th Floor
7    New York, New York 10016
8    212 784 6400
9    jaybarnes@simmonsfirm com
10
11
12  For Defendant Google LLC:
13   QUINN EMANUEL URQUHART & SULLIVAN
14   BY:  ANDREW H  SCHAPIRO, ESQ
15   191 N  Wacker Drive, Suite 2700
16   Chicago, Illinois 60606
17   312 705 7400
18   andrewschapiro@quinnemanuel com
19   -and-
20   BY:  JOSEF ANSORGE, PH D
21   1300 I Street NW, Suite 900
22   Washington, D C  20005
23   202 538 8000
24   josefansorge@quinnemanuel com
25
                                  Page 362

1  REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
2
3  Also Present:
4    MATTHEW GUBIOTTI, Google LLC
5    RON LAZO, Videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                  Page 363

2 (Pages 360 - 363)

```
 1            INDEX OF EXAMINATION
 2
 3   WITNESS:  DAVID MONSEES, VOLUME 2
 4   EXAMINATION                        PAGE
 5      BY MR. BARNES:             371, 702
 6      BY MR. SCHAPIRO:               696
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                              Page 364
```

```
 1       INDEX OF EXHIBITS (CONTINUED)
 2
 3   MONSEES DEPOSITION EXHIBITS         PAGE
 4   Exhibit 28  FAC¶ 168 – Calhoun HTTPS    449
 5      Transmission #485
 6      adservice.google.com on Political
 7      Article at www.aol.com;
 8      PLAINTIFFS00002332; 16 pages
 9   Exhibit 29  Excel spreadsheet,         480
10      GOOG-CALH-00035540_HIGHLY
11      CONFIDENTIAL ATTORNEYS EYES ONLY
12   Exhibit 30  "Display Ads-█████████     530
13      ███████"; Bates nos.
14      GOOG-CALH-00030031 through '30087
15   Exhibit 31  █████ Map; Bates nos.      544
16      GOOG-CALH-00030054
17   Exhibit 32  Video clip 1, ██████; Bates  571
18      nos. GOOG-CALH-00045185
19   Exhibit 33  Video clip 2, "█████; Bates  575
20      nos. GOOG-CALH-00045185
21   Exhibit 34  Video clip 3, ████████"     577
22   ████████ Exhibit 35  Screenshot from ████ Video,  597
23      "At MOC: Gaia Controls Honored on
24      Biscotti"; Bates nos.
25      GOOG-CALH-00045185
                              Page 366
```

```
 1            INDEX OF EXHIBITS
 2
 3   MONSEES DEPOSITION EXHIBITS         PAGE
 4   Exhibit 23  Plaintiffs' Notice of Deposition  372
 5      of Defendant Google, LLC Pursuant
 6      to Federal Rule of Civil
 7      Procedure 30(b)(6) and Court
 8      Order Docket No. 192-1; 5 pages
 9   Exhibit 52  Excel spreadsheet;        413
10      GOOG-CALH-00029999, Confidential
11   Exhibit 53  ████████████████"        413
12      "GOOG-CALH-00029999
13      █████████████████"; 1 page
14   Exhibit 24  "Highlevel overview"; Bates nos.  413
15      GOOG-CALH-00028201
16   Exhibit 25  Extending Sync Lingo Logs    427
17      Pipeline; Bates nos.
18      GOOG-CALH-00028183 through '28187
19   Exhibit 26  "ChromeSync UPL Integration;  446
20      Bates nos. GOOG-CALH-00028358
21      through '28368
22
23
24
25
                              Page 365
```

```
 1       INDEX OF EXHIBITS (CONTINUED)
 2
 3   MONSEES DEPOSITION EXHIBITS         PAGE
 4   Exhibit 36  Screenshot-████ Video;     602
 5      Architecture; Bates nos
 6      GOOG-CALH-00045185
 7   Exhibit 59  FACT Sheet for D. Monsees   613
 8      06.11.2021; 5 pages
 9   Exhibit 37  "First Amended Complaint ¶ 164  631
10      Calhoun HTTPS Transmission #81
11      Google Analytics at
12      www.myflorida.com/accessflorida;
13      Bates nos. PLAINTIFFS00000671; 3
14      pages
15   Exhibit 38  "First Amended Complaint ¶ 177 –  636
16      Crespo HTTPS Transmission #42
17      www.Google.com at
18      connect.secure.wellsfargo.com;
19      Bates nos. PLAINTIFFS00014530; 4
20      pages
21   Exhibit 40  WAA Timestamp; Bates nos.   639
22      GOOG-CALH-00047640
23   Exhibit 54  "Google Chrome reCAPTCHA –  646
24      Transmission # 1044"; 1 page
25
                              Page 367
```

3 (Pages 364 - 367)

Page 368

1    INDEX OF EXHIBITS (CONTINUED)
2
3  MONSEES DEPOSITION EXHIBITS              PAGE
4  Exhibit 55   "Google Chrome Sync On HTTPS Data  647
5        Transmissions"
6  Exhibit 57  "Unsync Signals to Google"; 12   653
7        pages
8  Exhibit 41   "WAA Timestamp"; Bates nos.    657
9        GOOG-CALH-00047640
10 Exhibit 42  "sWAA Timestamp"; Bates nos.    660
11       GOOG-CALH-00047642
12 Exhibit 45  ███████ - Video Clip 7        663
13 Exhibit 43  ███████ - Video Clip 5        667
14 Exhibit 44  ███████ - Video Clip 6        668
15 Exhibit 46  "gaia Based Realtime GA        671
16       Remarketing"; Bates nos.
17       GOOG-CALH-00028996 through '29003
18 (Deposition Exhibits 27, 39, and 58 were not marked
19 for identification.)
20 PREVIOUSLY MARKED EXHIBITS REFERENCED    PAGE
21 Monsees Deposition Exhibit 8           396
22 Monsees Deposition Exhibit 10          649
23 Monsees Deposition Exhibit 17          404
24
25

Page 369

1    Testifying from San Francisco, California
2        Friday, June 11, 2021; 9:03 a.m.
3            --o0o--
4        THE VIDEOGRAPHER:  We are now on the
5  record.  The time is 9:03 a.m., on June 11th, 2021.   09:03:52
6    This is Media Unit 1 of the video-recorded
7  deposition of David Monsees, 30(b)(6) witness of
8  Google LLC, taken by counsel for the Plaintiff in
9  the matter of Patrick Calhoun, et al., versus
10 Google LLC, filed in the United States District    09:04:15
11 Court, Northern District of California, San Jose
12 Division.
13    The case number is 5:20-cv-05146-LHK-SVK.
14    This deposition is being held via online
15 conference.  All parties are attending remotely.    09:04:36
16    The court reporter is Hanna Kim from
17 Veritext.  The videographer is Ron Lazo from
18 Veritext.
19    Counsel, please state your appearances and
20 affiliations for the record.         09:04:47
21    MR. BARNES:  Thank you.
22    Jay Barnes on behalf of the Plaintiffs.
23 And my co-counsel are going to sneak in the picture
24 here for their...
25    MR. STRAITE:  Good morning.  David Straite  09:05:03

Page 370

1  for Plaintiffs.
2    MS. WEAVER:  Lesley Weaver for Plaintiffs
3  with Bleichmar Fonti.
4    MS. ORNELAS:  Angelica Ornelas of
5  Bleichmar Fonti also for Plaintiffs.       09:05:12
6    MR. SCHAPIRO:  For Defendant Google, I'm
7  Andrew Schapiro.  I believe my colleague Josef
8  Ansorge is on, as well as is Matthew Gubiotti from
9  Google.
10    And at the outset, I just want to note    09:05:26
11 that we'd like to designate this transcript as
12 confidential initially pursuant to the agreements
13 between the parties.
14    MR. BARNES:  Yes, we agree to that.
15    THE VIDEOGRAPHER:  Will the court reporter  09:05:42
16 please swear in the witness.
17
18        DAVID MONSEES,
19    having been administered an oath over
20        videoconference, was examined
21        and testified as follows:
22
23    THE VIDEOGRAPHER:  Please begin.
24    MR. BARNES:  Thank you.
25        EXAMINATION          09:06:07

Page 371

1  BY MR. BARNES:
2    Q.  Mr. Monsees, good morning.  Good to see
3  you again.
4    A.  Yes.  Hello.
5    Q.  So last time I was lurking without my   09:06:15
6  picture in the screen.  So I know we don't have to
7  go through the same preliminaries.  You're getting
8  to be an old proof at -- at giving depositions,
9  but I do want to talk about just a couple of
10 things.              09:06:25
11    If I ask a question in what I would call
12 in plain English and there's a different way
13 Googlers would describe the same thing, if you
14 could, I'd like for you to describe it in
15 plain English and the way Googlers describe it.   09:06:38
16    Do you understand that?
17    A.  I do.
18    Q.  And I think you did a decent job of doing
19 that last time.
20    And then the reciprocal -- also I have the  09:06:47
21 reciprocal request -- is I may ask you for Googler
22 language.  I may ask you to translate Google-isms
23 into language that an ordinary person, who's not
24 inside Google can understand or someone like me
25 can understand.           09:07:03

**Page 612**

1  cross device targeting; is that correct?
2    A.  There    there
3       MR. SCHAPIRO:  Objection to the form of
4  the question.
5       THE WITNESS:  In the ▮▮▮ gaia space,    15:27:14
6  there is cross device targeting that we support.
7  BY MR. BARNES:
8    Q.  Okay.  And is there cross device
9  measurement?
10   A.  In the ▮▮▮ space, yes, there is.    15:27:24
11   Q.  And so in addition to linking Biscotti IDs
12 on the same device, would it link Biscotti IDs on
13 different devices?
14   A.  I am not sure technically how that would
15 be possible, but I don't know if ▮▮▮    15:27:42
16 ever did that explicitly or not in    in this
17 pseudonymous signed out space.
18   Q.  Okay.  Let's go back to Exhibit 28.  And
19 let's go to page 1, if we could.
20   A.  Okay.    15:28:03
21   Q.  And is "ANID," is that gaia?
22   A.  This is a    yes, it is a    an
23 ad specific variant of    of    in the gaia space,
24 I believe.
25   Q.  And "NID," that's zwbk?    15:28:24

**Page 613**

1    A.  That is correct.
2    Q.  Well, let me back up.  Are you certain
3  ANID is gaia?
4    A.  So --
5    Q.  Because I'm -- I'm looking at your -- your    15:28:46
6  sheet here and it --
7    A.  Great.  Yeah.
8    Q.  Yeah, let's mark it.
9       MR. BARNES:  Will you publish Exhibit --
10 the fact sheet for Monsees and publish as    15:28:56
11 Exhibit 59, Ms. Ornelas.
12      MS. ORNELAS:  One moment.
13      THE WITNESS:  I'm sorry, the ANID is -- is
14 not gaia.  It is the ads -- Display Ads variant on
15 Google owned and operated properties.    15:29:14
16      (Monsees Deposition Exhibit 59 was
17      marked.)
18 BY MR. BARNES:
19   Q.  Is it zwbk?
20   A.  It is separate, I believe, than -- than    15:29:20
21 zwbk.
22   Q.  Is it -- does it have another label?  I --
23 I was -- I'm -- I'm searching for a label to put
24 it, right.
25   A.  I'm -- I'm truthfully not sure if it's    15:29:38

**Page 614**

1  used anymore, but the example, where I    the
2  the reason why I was confused for a second was,
3  the ANID is when a display ad is running on a
4  Google owned and operated property.
5       Historically banner ads on YouTube,    15:29:57
6  whether signed in or not, were served by the
7  Display Ads stack, the    so I    I think you
8  could think of it as more similar to a zwbk.
9    Q.  Okay.
10      MR. BARNES:  Ms. Ornelas, have you    15:30:15
11 published?
12      MS. ORNELAS:  Yes.
13      MR. BARNES:  Okay.  Can you pull up
14 Exhibit 59, Mr. Monsees.
15      THE WITNESS:  Let me refresh.    15:30:24
16      Okay.
17 BY MR. BARNES:
18   Q.  Okay.  Do you recognize this?
19   A.  I do.
20   Q.  How do you recognize this?    15:30:37
21   A.  I worked on this with counsel to produce.
22   Q.  And what is this?
23   A.  This is a    a summary based on the
24 deposition request to help answer some of the
25 questions that your team asked.    15:30:49

**Page 615**

1    Q.  And it's just not a fair and accurate
2  representation of that.  It is, in fact, the fact
3  sheet for Monsees that you created; correct?
4    A.  Yes, following the naming pattern I think
5  we used in the first deposition.    15:31:05
6    Q.  Okay.  Who actually wrote this document?
7    A.  You mean who did the typing?  Counsel did
8  the typing during the time we spent preparing that
9  you asked me about previously in the transcript.
10   Q.  Okay.  And these interviews you had, did    15:31:21
11 you conduct these interviews?
12   A.  They weren't interrogations.  They were
13 conversations with these individuals.  So counsel
14 accompanied me, and we asked questions and heard
15 information back from these three listed    15:31:43
16 individuals.
17   Q.  Okay.  I didn't mean that they were
18 interrogating --
19      (Interruption in audio/video.)
20      Did you do them remotely?    15:31:53
21      THE COURT REPORTER:  I can't hear you,
22 Counsel.
23 BY MR. BARNES:
24   Q.  Did you do these interviews remotely?
25   A.  Yes.    15:31:58

65 (Pages 612 - 615)

**Page 616**

```
 1    Q.  And it's common for Google to have virtual
 2  meetings now?
 3        MR. SCHAPIRO:  Objection.
 4        THE WITNESS:  Both before, during, and
 5  post-COVID, yes.                          15:32:09
 6  BY MR. BARNES:
 7    Q.  Okay.  Google people are spread out
 8  throughout the world; correct?
 9        MR. SCHAPIRO:  Objection.  Beyond the
10  scope.                                     15:32:18
11        THE WITNESS:  That is correct.
12  BY MR. BARNES:
13    Q.  Okay.  I may come back to this in a
14  moment.
15        And let's go back to Exhibit 28, page 1.  15:32:30
16  Tell me when you're there.
17    A.  All right.  I'm there.
18    Q.  Do you see the host as
19  adservice.google.com?
20    A.  I do.                                15:32:49
21    Q.  And to your knowledge, what services would
22  data received at this domain be transmitted inside
23  Google?
24        MR. SCHAPIRO:  Objection.  Vague.
25  Ambiguous.                                 15:33:04
```

**Page 617**

```
 1        THE WITNESS:  I   I am not sure.  But
 2  given I think the path, we can confidently say that
 3  this would related to ads on Google's owned and
 4  operated properties.
 5  BY MR. BARNES:                             15:33:26
 6    Q.  Okay.  And   well, I   I have a question
 7  here because it's   you see the referer header
 8  that says AOL; correct?
 9    A.  Well, AOL is loading a Google ad format
10  here it appears.                           15:33:37
11    Q.  Right.
12        But the user is at AOL; correct?
13    A.  Correct.
14    Q.  They're not   the user's not at a Google
15  owned and operated property for this particular  15:33:46
16  web session that they're having and that's
17  depicted on   on page 1?
18    A.  Sorry if I wasn't clear.  I was saying
19  that this would   this call would be for a Google
20  owned and operated property, not necessarily on a  15:34:02
21  Google operating property.
22    Q.  Okay.  And it comes from
23  adservice.google.com.  Where does the data flow
24  after it hits the subdomain adservice.google.com?
25    A.  I think it's   it's hard to know what  15:34:21
```

**Page 618**

```
 1  this would be calling.  But it would, I think, go
 2  through that similar flow that we discussed
 3  previously for the two other subdomains where it's
 4  going to go through the ████████ and then
 5  go into ████.                              15:34:41
 6        And I   I think because we're not sure
 7  what this request specifically is for it's hard to
 8  say what other services downstream this would be
 9  for.
10    Q.  Okay.  And where specifically could you  15:34:53
11  can you name any place specifically where this
12  transmission which is alleged in paragraph 168 of
13  the First Amended Complaint, where it would be
14  stored?
15    A.  So I'm   I'm just looking further down  15:35:09
16  the exhibit to see if I can provide you a more
17  accurate answer.
18        I would assume that this could have been a
19  redirect from one of the DoubleClick.net requests.
20  And then in the response it would forward to the  15:35:43
21  adservice.google.com.  And this could very likely
22  then be for remarketing to add a user to a   a
23  remarketing list.
24    Q.  Okay.  So it would be   it could stored
25  in a remarketing list?                     15:36:03
```

**Page 619**

```
 1    A.  So   meaning, to answer your question
 2  around what service, I don't think this would
 3  probably be in an ad fulfilling stack, but could
 4  be in a service for remarketing.
 5    Q.  And do you have specific names for those?  15:36:13
 6    A.  I   I don't recall the name of that
 7  service anymore.  It used to be called ████, which
 8  stands for
 9    Q.  Where would it be stored?
10    A.  ████ likely either has logs off of this, or  15:36:26
11  I know the purpose of remarketing lists would be
12  to write this into a zwbk keyed ████.  And this
13  would be zwbk because we know from the cookies in
14  the request and the domain.
15    Q.  What are the logs associated with the ████  15:36:44
16  that you mentioned?
17    A.  I'm not sure what specific system or
18  debugging logs that they have, but the ████
19  writes for remarketing would be in   in ████
20  which you recall is a key value table outside of  15:37:03
21  logs.
22    Q.  So let's go to page 6 of Exhibit 28.
23        And by the way, Mr. Monsees, the dataflow
24  would be essentially the same for all Chrome users
25  who were not signed in as it relates to the domain  15:37:20
```



**Page 636 (left column)**

1  request if this is a    a resulting search log or
2  not.  For example, I do not see a    a query in
3  it, so it's    it's hard for me to know if this is
4  or isn't.
5      Q.  If a Chrome user had made a query through    16:11:39
6  a custom search engine, such as what would exist
7  on that MyFlorida page, would the data transmitted
8  be stored in a search log?
9      A.  Yes, it is    yes, it would be, but
10  segregated separately with ▇▇ logs.  I believe    16:11:55
11  they are managed independently of core Google
12  search logs.
13      Q.  Okay.
14          MR. BARNES:  Ms. Ornelas, if you could
15  publish Exhibit 38.                    16:12:11
16          MS. ORNELAS:  One moment.
17          38 has been published.
18          (Monsees Deposition Exhibit 38 was
19          marked.)
20  BY MR. BARNES:                        16:12:36
21      Q.  Okay.  Mr. Monsees, can we go to page 1 of
22  Exhibit 38?
23      A.  I'm sorry, just give me a minute to bring
24  this up.
25          Okay.                          16:12:48

Page 636

**Page 638 (right column)**

1      that we discussed previously.

7      Q.  Okay.
8          MR. BARNES:  Ms. Ornelas, can you publish
9  Exhibit 40?
10          MS. ORNELAS:  One moment.        16:16:42
11          Exhibit 40 has been published.
12          (Monsees Deposition Exhibit 40 was
13          marked.)
14  BY MR. BARNES:
15      Q.  Please tell me when you have Exhibit 40.    16:17:20
16      A.  All right.
17          I've got it.
18      Q.  And I will represent to you, Mr. Monsees,
19  that this is a screenshot of a transmission that
20  Mr. Schapiro can double check at a later time for    16:17:31
21  a native Fiddler file relating to Ms. Kindler that
22  we have provided to Google.
23          What happens when an unsynced Chrome user
24  types letters directly into the Chrome toolbar?
25          MR. SCHAPIRO:  Objection.  Vague.    16:17:54

Page 639

**Page 637 (left column)**

1      Q.  Okay.  Do you see    and this is First
2  Amended Complaint, paragraph 177.
3          Who's the host for this?
4      A.  www.google.com.
5      Q.  Would this data transmission be stored in    16:13:03
6  a search log?
7      A.  This    sorry, I'm just looking through
8  the rest of the request for you.
9          This looks like it -- apologies.  I'm
10  I'm just reading through the rest of the content.    16:13:34
11          This looks like it is probably a
12  remarketing or a conversion tag and would be
13  separate from the normal search logs.
14      Q.  Would it be    where would it be stored?
15      A.  Per our other discussion around    16:14:10
16  remarketing or conversion, either this would
17  result in a conversion log, or it might write to
18  ▇▇ for the corresponding remarketing list, if
19  this is a remarketing tag.
20      Q.  Okay.  This transmission has gaia and    16:14:24
21  Biscotti cookies; correct?
22      A.  Yes, that is correct.

                                        16:14:42

Page 637

71 (Pages 636 - 639)

CONFIDENTIAL

| | |
|---|---|
| 1 witness, Google LLC. | 1 CERTIFICATE OF REPORTER |
| 2 The number of media units used was one and | 2 I, Hanna Kim, a Certified Shorthand |
| 3 will be retained by Veritext. The time is | 3 Reporter, do hereby certify: |
| 4 6:07 p.m. We are now off the record. | 4 That prior to being examined, the witness |
| 5 (Proceedings concluded, 6:07 p.m., PST, on | 5 in the foregoing proceedings was by me duly sworn |
| 6 June 11, 2021.) | 6 to testify to the truth, the whole truth, and |
| 7 | 7 nothing but the truth; |
| 8 | 8 That said proceedings were taken before me |
| 9 | 9 at the time and place therein set forth and were |
| 10 | 10 taken down by me in shorthand and thereafter |
| 11 | 11 transcribed into typewriting under my direction and |
| 12 | 12 supervision; |
| 13 | 13 I further certify that I am neither |
| 14 | 14 counsel for, nor related to, any party to said |
| 15 | 15 proceedings, not in anywise interested in the |
| 16 | 16 outcome thereof. |
| 17 | 17 Further, that if the foregoing pertains to |
| 18 | 18 the orig                         tion in a |
| 19 | 19 federal                         f the proceedings, |
| 20 | 20 review                         was not |
| 21 | 21 request |
| 22 | 22 In                         ereunto |
| 23 | 23 subscri                         h day of June, 2021 |
| 24 | 24 |
| 25 | 25 Hanna Kim, CLR, CSR No. 13083 |
| Page 708 | Page 710 |

JURAT

I, DAVID MONSEES, do hereby certify under
penalty of perjury that I have read the foregoing
transcript of my deposition taken on the 11th day
of June, 2021; that I have made such corrections as
appear noted herein in ink, initialed by me; that
my testimony as contained herein, as corrected, is
true and correct.

Dated this 23rd day of July , 2021,
at San Francisco, CA .

_____
DAVID MONSEES

Deposition Errata Sheet
Case: Calhoun, et al. v. Google LLC
Deponent: David Monsees
Date of Deposition: June 11, 2021

| Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 429:22 | a login system | a logging system | Words used |
| 430:1 | structure of a logged | structure of a log | Words used |
| 450:24 | browser in | browser instance | Words used |
| 488:24 | ENDDATA [verbatim]. (488) | end. | Words used |
| 500:23 | the parses | the parsers | Words used |
| 547:7 | likely involved | likely evolved | Words used |
| 565:15 | identifiers that specifically hear the operation mode ENUM | identifiers that specifically adhere to the operation mode ENUM | Word used |
| 572:12-14 | There's Jon Kravchuk [phonetic] on the left and Amal Boucha [phonetic], I believe | There's Jon Krafcik on the left and Emil Ochotta, I believe | misspelled names |
| 590:20 | But tit's syncing | But it's syncing | Words used |
| 628:14 | Chris Lao | Chris Liao | Incorrect spelling |
| 682:9 | QBS [verbatim] reasons. | QPS reasons. | Word used |

_____
Signature of Deponent

7/23/2021
_____
Date

Page 709

89 (Pages 708 - 710)

CONFIDENTIAL

# Fact Sheet for Monsees

11-JUN-2021

**Key Documents**                                                        1

**Interviews**                                                           1

████ **Field Annotations**                                               1

**Cookies & IDs**                                                        3

████████ **Display Tool**                                                4

**HTTP Headers**                                                         4

## Key Documents

| TAB | Bates | Description |
|-----|-------|-------------|
| 1 | GOOG-CALH-00027455 | Work product summary spreadsheet of ████, Ads Manager, Analytics Logs |
| 6 | GOOG-CALH-00027147 | Device/App/Browser Fingerprinting and Immutable Identifiers Policy |
| 86 | GOOG-CALH-00027762 | Log Data Usage Rules |
| 22* | GOOG-CALH-00047783 | Data Categorization Guidelines |
| 9* | GOOG-CALH-00047732 | Glossary |

## Interviews

- Tim Schumann
- Chris Liao
- Michael Ortega-Binderberger

## Datapol Field Annotations

ST = semantic; DF = Data Format

| ████████ | | ████████ | |
|----------|--|----------|--|
| ████████ | | ████████ | |

1

CONFIDENTIAL



CONFIDENTIAL

## Cookies & IDs

| | |
|---|---|
| SID, HSID, OSID, SSID, SIDCC, _Secure-SSID, _Secure-HSID | [GAIA] Account Customization & Security; Set along with the SID cookie but as http-only, protects against security attacks. |
| 1P_JAR | Identifies whether the browser can accept 3rd party cookies by setting the timestamp for analysis. |
| ANID | Used to facilitate the selection and delivery of advertising, which includes: capping the number of times an ad is shown to a user, muting ads, advertising measurement, and personalised advertising |
| IDE | [Biscotti.] Used to facilitate the selection and delivery of advertising, which includes: capping the number of times an ad is shown to a user, muting ads, advertising measurement, and personalised advertising |
| DSID | An encrypted cookie on doubleclick.net that carries a Google user's login status. It contains the user's GAIA ID and age bucket (under 13, under 18, or over 18). It is sometimes referred to as the _drt_cookie or Doritos. |
| NID | [Zwieback.] Used to remember logged out users and for the following purposes: to prevent fraud and abuse, for serving ads, for personalized advertising, advertising measurement, user preferences, product improvement and analytics, |
| _ga | Google Analytics unique device identifier that enables site analytics and measurement. |
| _gid | Google Analytics unique device identifier: set for everyone, used for logged-in, users who are consented to mapping analytics data to their Google account |

3

CONFIDENTIAL



## HTTP Headers

| Accept | The **Accept** request HTTP header advertises which content types, expressed as MIME types, the client is able to understand. |
|---|---|
| Accept-Encoding | The **Accept-Encoding** request HTTP header advertises which content encoding, usually a compression algorithm, the client is able to understand. |
| Accept-Language | The **Accept-Language** request HTTP header advertises which languages the client is able to understand, and which locale variant is preferred. (By languages, we mean natural languages, such as English, and not programming languages.) |
| User-Agent | The **User-Agent** request header is a characteristic string that lets servers |

CONFIDENTIAL

| | |
|---|---|
| | and network peers identify the application, operating system, vendor, and/or version of the requesting user agent. |
| Sec-Fetch-Dest | The **Sec-Fetch-Dest** fetch metadata request header indicates the request's *destination*. That is the initiator of the original fetch request, which is where (and how) the fetched data will be used. <br><br> This allows servers determine whether to service a request based on whether it is appropriate for how it is *expected* to be used. For example, a request with an audio destination should request audio data, not some other type of resource (for example, a document that includes sensitive user information). |
| Sec-Fetch-Mode | The **Sec-Fetch-Mode** fetch metadata request header indicates the mode of the request. Broadly speaking, this allows a server to distinguish between: requests originating from a user navigating between HTML pages, and requests to load images and other resources. |
| Sec-Fetch-Site | The **Sec-Fetch-Site** fetch metadata request header indicates the relationship between a request initiator's origin and the origin of the requested resource. In other words, this header tells a server whether a request for a resource is coming from the same origin, the same site, a different site, or is a "user initiated" request. The server can then use this information to decide if the request should be allowed. |
| Host | The **Host** request header specifies the host and port number of the server to which the request is being sent. |
| Referer | The **Referer** HTTP request header contains an absolute or partial address of the page making the request. When following a link, this would be the address of the page containing the link. When making resource requests to another domain, this would be the address of the page using the resource. The Referer header allows servers to identify where people are visiting them from, which can then be used for analytics, logging, optimized caching, and more. |
| Connection | The **Connection** general header controls whether or not the network connection stays open after the current transaction finishes. If the value sent is keep-alive, the connection is persistent and not closed, allowing for subsequent requests to the same server to be done. |