# EXHIBIT 28
## Redacted Version of
## Document Sought to be Sealed

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

                    ---o0o---

4   PATRICK CALHOUN, et al.,        )

5   on behalf of themselves and     )

6   all others similarly            )

7   situated,                       )

8            Plaintiffs,            )

9   vs.                             ) Case No.

10  GOOGLE LLC,                     ) 5:20-cv-5146-LHK-SVK

11           Defendant.             )

    _____)

12                  CONFIDENTIAL

13                   ---o0o---

14        Videotaped Zoom Deposition of

15                    VIC LIU

16          Wednesday, March 30, 2022

17                   ---o0o---

18

19

20  Reported by:

21  Katy E. Schmidt

22  RPR, RMR, CRR, CSR 13096

23  Veritext Job No.: 5158044

24

25  PAGES 1 - 243

                                    Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3             SAN JOSE DIVISION
               ---oOo---
 4  PATRICK CALHOUN, et al.,    )
 5  on behalf of themselves and  )
 6  all others similarly       )
 7  situated,              )
 8       Plaintiffs,        )
 9  vs.              ) Case No.
10  GOOGLE LLC,           ) 5:20-cv-5146-LHK-SVK
11       Defendant.       )
    _____)
12
13        BE IT REMEMBERED that, pursuant to Notice, and
14  on Wednesday, the 30th day of March, 2022, commencing at
15  the hour of 9:04 a.m., thereof, in San Jose, California,
16  before me, KATY E. SCHMIDT, a Certified Shorthand
17  Reporter in and for the County of Yolo, State of
18  California, there virtually personally appeared
19
20             VIC LIU
21  called as a witness herein, who, being by me first duly
22  sworn, was thereupon examined and interrogated as
23  hereinafter set forth.
24
25
```
Page 2

```
 1            INDEX OF EXAMINATION
 2            ---oOo---
 3                          Page
 4  Examination by Mr. Barnes          08
 5  Examination by Mr. Watkins         232
 6            ---oOo---
 7
 8    QUESTIONS INSTRUCTED NOT TO ANSWER
 9
10      Page    Line
11
12      (NOTHING OFFERED.)
13
14      ---oOo---
15
16
17
18
19
20
21
22
23
24
25
```
Page 4

```
 1  APPEARANCES:
 2  For The Plaintiffs:
 3       (Appeared via Zoom)
 4    DICELLO LEVITT GUTZLER
 5    BY: DAVID A. STRAITE, Esq.
      BY: ADAM PROM, Esq.
 6    One Grand Central Place
      60 East 42nd Street, Suite 2400
 7    New York, New York 10165
      646.933.1000
 8    dstraite@dicellolevitt.com
 9
      SIMMONS HANLY CONROY
10    BY: JASON "JAY" BARNES, Esq.
      BY: ERIC JOHNSON, Esq.
11    One Court Street
      Alton, Illinois 62002
12    618.693.3104
      jaybarnes@simmonsfirm.com
13
14  For The Defendants:
       (Appeared via Zoom)
15    QUINN EMANUEL URQUHART & SULLIVAN LLP
16    BY: BRETT WATKINS, Esq.
      BY: TEUTA FANI, Esq.
17    711 Louisiana Street, Suite 500
18    Pennzoil Place
19    Houston, Texas 77002
      713.221.7030
20    brettwatkins@quinnemanuel.com
21
22  Also present:
23    Cassia Leet, Videographer
24    Mark Mao, Esq., Brown Plaintiffs
25    Matthew Gubiotti, In-house counsel
```
Page 3

```
 1            INDEX OF EXHIBITS
 2                          Page
 3  Exhibit 1    Email                58
 4  Exhibit 2    Email                61
 5  Exhibit 3    Document The Science of    104
 6  RLSA
 7  Exhibit 4    First Amended Class    ***
 8  Action Complaint
 9  Exhibit 5    Document O&O Ads 1P 3PCD    134
10  Plan
11  Exhibit 6    Google 3PCD A1AR        141
12  Exhibit 7    Google Preserve 1P      178
13  Audiences on Search & YT
14  After Chrome Deprecates
15  3P Cookies
16  Exhibit 8    Document Remarketing    195
17  User List Event ████ v3
18  Exhibit 9    Document Launch doc:    218
19  Increase RLSA user lists
20  ████ fetch limit 800
    to 1600
21  Exhibit 10   Document User Data Envelope  225
22  Definition &
23  Measurement
24  Exhibit 11   Email                228
25  Exhibit 12   Email                229
```
Page 5



**Page 14**

1  with the advertiser.                          09:15
2       We also are responsible for using some machine  09:15
3  learning or modeling method to try to identify users who  09:15
4  may behave similarly to those users I just described.   09:15
5       So the commonality of these line of products   09:15
6  is they are based on the data that advertiser offer to   09:15
7  Google so sometimes my team is also referred to as the   09:16
8  advertiser data team.                          09:16
9   Q.  Thank you for that.                     09:16
10      What about the ███ team; can you explain how   09:16
11  what ███ is   first of all, what does "███" stand for?   09:16
12   A.  Sure.  ███ stands for ███████████.        09:16
13      Do you need it spelled out?             09:16
14   Q.  And what is ███████████?                09:16
15   A.  So ███████████ is a bigger team in scope.   09:16
16  And speaking of that team, my team is a subgroup under   09:16
17  ███████████.                               09:16

**Page 15**

[redacted]
                                            09:19

**Page 16**

6       MR. BARNES:  Mr. Watkins, can we take just   09:19
7  like a two minute break?  I'm getting some    Mr. Liu   09:19
8  breaking up for me.  I don't know if he is for others.   09:20
9       THE VIDEOGRAPHER:  Yeah.  He was breaking up.   09:20
10      THE COURT REPORTER:  Yes.               09:20
11      THE VIDEOGRAPHER:  Okay.  Going off the    09:20
12  record.  The time is 9:20 a.m.                 09:20
13      (Break taken in proceedings.)           09:31
14      THE VIDEOGRAPHER:  Back on the record.  The   09:31
15  time is 9:31 a.m.                          09:31
16  BY MR. BARNES:                             09:32
17   Q.  Okay.  Thank you, Mr. Liu.  Technical    09:32
18  difficulties, I think we've got them fixed.    09:32
19      Prior to going off the record, I was asking   09:32
20  about two types of profiles.  I went back and looked at   09:32
21  the realtime transcript.                     09:32

[redacted]

**Page 17**

                                    09:32
2       And so my question was does Google mix these   09:32
3  two types of profiles together in one location?   09:32
4       MR. WATKINS:  Objection.  Vague.        09:32
5       THE WITNESS:  Can you clarify your terminology   09:32
6  of mixing profiles in one place together?      09:32
7  BY MR. BARNES:                             09:32
8   Q.  Does Google have a profile for, let's say   09:32
9  let's say for Vic Liu in your Google account that   09:33
10  includes information that is built from advertiser data   09:33
11  and information which does not involve advertiser supply   09:33
12  data but other information Google has about Mr. Liu?   09:33
13   A.  No.  Google does not have a profile for users   09:33
14  that takes in both advertiser supply data as well as   09:33
15  Google observed data.                      09:33
16   Q.  Okay.  As it relates to the profile that is   09:33
17  built from advertiser data, what are the sources from   09:33
18  which those profiles are built?               09:33
19   A.  Can you give some examples with regard to what   09:34
20  do you mean by sources?                     09:34
21   Q.  Sure.                              09:34
22      So if   if Ms. Kindler, who is one of the    09:34
23  plaintiffs in this case, went to her hospital's website   09:34
24  and the hospital website had    was an advertiser on   09:34
25  Google Ads and had incorporated Google ads source code   09:34

**Page 15**
(second column lower, redacted)
                                            09:19

5 (Pages 14 - 17)

**Page 18**

1  onto their website, certain of Ms. Kindler's data from  09:34
2  her browser would be sent to Google.  09:34
3  So that's one  I think that's one example.  09:34
4  We can get into the specifics of those examples, but I'm  09:34
5  saying  I'm asking if you can identify sources from  09:34
6  which Google builds profiles based on advertiser data  09:34
7  broadly?  And then we can narrow in on the different  09:35
8  types of sources.  09:35
9  A.  Okay.  So just to quickly clarify, in that  09:35
10  example you just gave, what would you call the source in  09:35
11  that example?  09:35
12  Q.  The source in that example would be the  09:35
13  Google Ads source code that caused the transmission from  09:35
14  the hospital's website to Google.  09:35
15  MR. WATKINS:  Objection  objection.  Vague.  09:35
16  THE WITNESS:  Okay.  So I think I understand  09:35
17  your original question.  09:35
18  The sources in our terminology is  broadly  09:35
19  speaking is either the user browser, which in a similar  09:35
20  or almost identical scenario to that example you  09:36
21  described, the browser will be supplying data into  09:36
22  Google while the user is browsing the advertiser  09:36
23  website.  09:36
24  Another source can be mobile apps owned by the  09:36
25  advertiser.  09:36

**Page 19**

1  And the last source can be the advertiser  09:36
2  themselves using different channels to share the user's  09:36
3  information directly with Google.  09:36
4  BY MR. BARNES:  09:36
5  Q.  Okay.  And now I would like to narrow in on  09:36
6  when the user's browser supplies the data to Google.  09:36
7  What are the different programs through which  09:36
8  a user's browser will supply data to build these  09:36
9  profiles?  09:37
10  MR. WATKINS:  Objection.  Vague.  09:37
11  THE WITNESS:  So to answer that question I  09:37
12  would need a clarification of what you mean by program.  09:37
13  BY MR. BARNES:  09:37
14  Q.  You know what, Mr. Liu, I thought you were  09:37
15  going to ask that clarification.  09:37
16  So one example I think would be remarketing  09:37
17  lists for Search Ads.  09:37
18  Another example may be a Double Click dot net  09:37
19  Display Ads source code.  09:37
20  So those are two examples.  And I  again,  09:37
21  I'm trying to start broad and then we can narrow in.  09:37
22  What are the examples of which you are aware  09:37
23  through which a user's browser supplies data to Google  09:37
24  when a user is on a non Google website?  09:37
25  A.  So broadly speaking, the advertiser  the  09:37

**Page 20**

1  ways they can do that is to either integrate with the  09:38
2  Google Ads remarketing JavaScript, or they can do it  09:38
3  through  by becoming a Google Analytics customer.  09:38
4  Q.  And by Google  can you describe what you  09:38
5  mean by Google Ads?  09:38
6  A.  What it means is the advertiser, by having a  09:38
7  Google Ads account, they will be downloading a  09:38
8  JavaScript  a piece of JavaScript code snippet from  09:38
9  their Google Ads account and embed that snippet into  09:38
10  their website.  09:38
11  Q.  And, I'm sorry, what do you mean by a  09:38
12  Google Ads account?  09:39
13  A.  A Google Ads account is just an account of an  09:39
14  advertiser who are or plan to spend advertising dollars  09:39
15  with Google.  09:39
16  Q.  Spend advertising dollars with Google where?  09:39
17  MR. WATKINS:  Objection.  Vague.  09:39
18  THE WITNESS:  So a Google Ads account allows  09:39
19  them to potentially advertise a range of services.  09:39
20  BY MR. BARNES:  09:39
21  Q.  Okay.  The Google Ads account, where does it  09:39
22  allow them to advertise?  09:39
23  A.  I can give a quick list of examples.  It may  09:39
24  not be comprehensive.  09:40
25  For example, the Google Ads account allows the  09:40

**Page 21**

1  advertiser to set up ads campaigns to be shown on  09:40
2  Google Search or YouTube or gmail or across the Google  09:40
3  display network.  09:40
4  Q.  And when you say Google display network, is  09:40
5  that separate from Double Click Display Ads or is that  09:40
6  the same thing as Double Click Display Ads?  09:40
7  A.  So in terms of that, I would need a  09:40
8  clarification what you mean by Double Click Display Ads,  09:40
9  that whole phrase together.  09:40
10  Q.  Okay.  So sometimes when you  you're aware  09:40
11  of when  can you explain what a network transmission  09:40
12  is, Mr. Liu?  09:40
13  MR. WATKINS:  Objection.  Vague.  Calls for  09:41
14  speculation.  09:41
15  THE WITNESS:  So your question is the network  09:41
16  transmission meaning  again, I'm asking to clarify  09:41
17  that question.  09:41
18  Are we referring to network the computer  09:41
19  concept or are you referring to network more as a  09:41
20  business term?  09:41
21  BY MR. BARNES:  09:41
22  Q.  That's a fair question.  09:41
23  I'm speaking to the types of data flows that  09:41
24  you can see from  for example, the Chrome browser to  09:41
25  Google would be a network transmission.  09:41

6 (Pages 18 - 21)

1  properties on Google's own website or in Google's own   10:40
2  apps.                                    10:41
3       But that's a clarification I would ask you to   10:41
4  further make.                              10:41
5  Q.  That's a fair clarification for you to ask.   10:41
6       In this context I mean Google Ads, the program   10:41
7  available to advertisers, not a specific advertisement   10:41
8  for shoes or whatever it may be.                10:41
9  A.  Okay.  Then can you repeat this question   10:41
10 again?                                   10:41
11 Q.  Sure.                               10:41
12      Does Display Ads use profile information?   10:41
13      MR. WATKINS:  Objection.  Vague.  And I   10:41
14 think   objection.  Vague.                    10:41
15      THE WITNESS:  Right.  I felt that for that   10:41
16 question I was asking for a further clarification, what   10:41
17 you mean by profile in order to answer that, does   10:41
18 Display Ads use profile?                      10:41
19 BY MR. BARNES:                            10:41
20 Q.  Right.                              10:41
21      And I guess my clarifying question to you was:   10:41
22 Does   do Display Ads have a   back out.         10:42
23      Does Display Ads, the product Google makes   10:42
24 available to advertisers, have a separate profile system   10:42
25 than Google Ads, meaning Google Ads, the product made   10:42

Page 46

1  available to advertisers?                      10:42
2  A.  So generally speaking, Display Ads that   the   10:42
3  system that's serving Display Ads, they have a system,   10:42
4  broadly speaking, which is creating and maintaining a   10:42
5  broad set of these profiles.                     10:42
6       And to answer the second part of your   10:43
7  question, Google Ads being interpreted as the   10:43
8  advertiser facing product, directly facing advertisers,   10:43
9  for that directly advertiser facing products, we do not   10:43
10 build any end user profile at all.               10:43
11      And therefore the answer to your original   10:43
12 question, there is really no direct comparison.   10:43
13      But one is something that exists.  One is   10:43
14 something that doesn't exist.                    10:43
15 Q.  Okay.  Profiles, is it your testimony that   10:43
16 profiles only exist for Display Ads?             10:43
17 A.  What do you mean by only exist?  When you say   10:43
18 something only exist, it means   it kind of implies   10:43
19 it's being absent in somewhere else.             10:43
20      So can you clarify what do you imply by   10:43
21 what absence are you implying?                  10:43
22 Q.  Is profile data used to inform Search Ads   10:43
23 shown to a person?                          10:44
24 A.  Broad speaking, yes.  There are a number of   10:44
25 different profiles being used in serving Search Ads.   10:44

Page 47

1  Yes.                                    10:44
2  Q.  And what are those profiles being used to   10:44
3  serve Search Ads?                          10:44
4  A.  So there are profiles we build from   10:44
5  advertiser provided data, and there are profiles being   10:44
6  built from Google observed data.               10:44
7  Q.  Okay.  So for profiles that you build from   10:44
8  advertiser data, what does that include?          10:44
9  A.  I believe this is the equivalent to an earlier   10:44
10 question you asked earlier, but I can repeat the same   10:44
11 answer.                                  10:44
12      I remember you   you were asking me what   10:44
13 sources does advertiser supplied profile come from?  So   10:44
14 I can                                    10:45
15 Q.  Okay.                               10:45
16 A.  So your later question, one way I can answer   10:45
17 is to repeat that same answer to you.  I thought that   10:45
18 was...                                   10:45
19 Q.  Okay.  Well, that's fair.                  10:45
20      And one of those is browser   information   10:45
21 sent from a browser to Google?                 10:45
22 A.  Mm hm.                               10:45
23 Q.  Was that a yes?  Sorry.                   10:45
24 A.  Yes.  It's one of the sources in building this   10:45
25 advertiser data profile.                      10:45

Page 48

1  Q.  Okay.  And then you also mentioned   10:45
2  Google observed data.                       10:45
3       What do you mean by "Google observed data"?   10:45
4  A.  I mean Google   the user activities that   10:45
5  happens on Google's owned and operated properties, which   10:45
6  Google is able to observe.  Also subject to many   10:45
7  user facing control, including all these controls we   10:45
8  have extensively gone over previously, specifically the   10:46
9  four controls we just talked about; WAA, SWA, and ads   10:46
10 personalization.  And there's a sub control we didn't go   10:46
11 into detail.                               10:46
12 Q.  Does                                 10:46
13 A.  I mean, there's a subset                   10:46
14      THE COURT REPORTER:  Sorry.  There's a little   10:46
15 bit of overlap and the audio is not super clear.   10:46
16      MR. BARNES:  I'm sorry.  That was   that was   10:46
17 my fault.                                 10:46
18 BY MR. BARNES:                            10:46
19 Q.  Sorry, Mr. Liu.                        10:46
20      Does the WAA setting impact what data is sent   10:46
21 from a Chrome browser to Google?               10:46
22      MR. WATKINS:  Objection.  Vague.           10:46
23      THE WITNESS:  The answer is no.            10:47
24 BY MR. BARNES:                            10:47
25 Q.  Does the SWA setting impact what data is sent   10:47

Page 49

13 (Pages 46 - 49)



**Page 66**

1 from non Google on    from Chrome on non Google websites 11:20
2 to Google versus data that's transmitted to Display Ads? 11:20
3      MR. WATKINS: Objection. Vague.    11:20
4      THE WITNESS: Under some special conditions    11:21
5 there can be overlap in the actual data being    11:21
6 transmitted.                    11:21
7 BY MR. BARNES:                11:21
8    Q. What are those            11:21
9    A. Under a special set of conditions.    11:21
10   Q. Does it make more sense to be efficient for    11:21
11 you to describe the differences first or to describe the 11:21
12 similarities first?            11:21
13      Let's go with the differences first, unless    11:21
14 you want to    unless you think the similarities first    11:21
15 is more efficient?            11:21
16   A. It probably will take the same length, so I    11:21
17 can go                        11:21

**Page 68**

                            11:24
5    Q. Okay. Beyond the identifier, is the data    11:24
6 transmitted    how is the data transmitted the same or    11:24
7 different when a user is on a non Google website with    11:24
8 Google source code that causes data to be transmitted    11:24
9 from the Chrome browser to Google?            11:24
10      MR. WATKINS: Objection. Vague.    11:24
11      THE WITNESS: Other than the identifiers, the    11:25
12 rest of the information, again, under all the right    11:25
13 necessary conditions, including the settings of    in    11:25
14 that Zwieback ID or the settings in the Biscotti ID,    11:25
15 when all the necessary conditions are met and Google is    11:25
16 allowed to be retaining this piece of information    11:25
17 representing user visiting some non Google website, that    11:25
18 piece of information, they, in most of the cases, should    11:25
19 appear identical.                11:25
20 BY MR. BARNES:                11:25
21   Q. Okay. Now, that was the signed out example.    11:25
22      Can we talk about the signed in example? And    11:25
23 first let's establish a record.        11:25
24      What do you mean by signed in?        11:25
25   A. What I mean by signed in, usually in the    11:25

**Page 67**

**Page 69**

1 context of Google's business always means signing into    11:26
2 Google.                    11:26
3    Q. And is    we're in the context of a Chrome    11:26
4 browser. We can agree on that in this series of    11:26
5 questions; correct?            11:26
6    A. Not necessarily because if you are    11:26
7 specifically talking about Chrome, there is    to the    11:26
8 best of my knowledge of the Chrome product itself,    11:26
9 there's still a distinction between using Chrome to    11:26
10 sign in to a Google server side product    11:26
11   Q. Well, let me back up.        11:26
12   A.    signing into Chrome as a client program.    11:26
13   Q. Let me back up and lay the groundwork for the    11:26
14 questions here. Because we were just talking about    11:26
15 signed out and now we're talking about signed in. And    11:26
16 so when I'm asking these questions about signed in, I    11:27
17 mean that a person is on the Chrome browser.    11:27
18      So these questions all assume that a person is    11:27
19 on the Chrome browser.            11:27
20   A. Mm hm.                11:27
21   Q. What do you mean by signed in and in what    11:27
22 that context?                11:27
23   A. So in the typical working scenario, from my    11:27
24 standpoint as a member of A1 team, we only focus on that    11:27
25 Chrome browser or the user using Chrome browser to    11:27

| | | |
|---|---|---|
| 1 | MR. WATKINS:  We are. | 07:01 |
| 2 | MR. BARNES:  Okay. | 07:01 |
| 3 | BY MR. WATKINS: | 07:01 |
| 4 | Q.  I believe, Mr. Liu, that you testified that | 07:01 |
| 5 | the ███████████ | 07:01 |
| | ████ | |
| 7 | Is that right? | 07:01 |
| 8 | A.  Yes.  That's right. | 07:01 |
| 9 | Q.  Do you have readily available data that would | 07:01 |
| 10 | show you the incremental revenue of remarketing to | 07:01 |
| 11 | Search Ads that would be prior to those ████, or | 07:02 |
| 12 | prior to the period starting ████ ago? | 07:02 |
| 13 | A.  No, I don't.  Because this experiment | 07:02 |
| 14 | dashboard tool is the only tool I'm aware of which can | 07:02 |
| 15 | give me readily available data that can directly answer | 07:02 |
| 16 | this incremental revenue difference, which as I | 07:02 |
| 17 | explained earlier, is really aiming at measuring the | 07:02 |
| 18 | extremely short-term revenue effect of losing other | 07:02 |
| 19 | marketing data. | 07:02 |
| 20 | MR. WATKINS:  Thank you, Mr. Liu.  I have no | 07:02 |
| 21 | further questions. | 07:02 |
| 22 | MR. BARNES:  Let's take a two-minute break, if | 07:02 |
| 23 | we could, Mr. Watkins? | 07:02 |
| 24 | MR. WATKINS:  Sure.  I think -- if it's just | 07:02 |
| 25 | two minutes, we can wait on the Zoom for you to be ready | 07:02 |

Page 238

| | | |
|---|---|---|
| 1 | Solutions.  The time is 7:08 p.m.  We're off the record. | 07:08 |
| 2 | MR. BARNES:  Here we are, this is the 20th | 07:08 |
| 3 | deposition, or whatever it is.  I don't know what our | 07:08 |
| 4 | typical order is, but whatever you typical order is, | 07:08 |
| 5 | let's do that. | 07:09 |
| 6 | MR. STRAITE:  Yeah, I'll do the typical order, | 07:09 |
| 7 | Katy. | 07:09 |
| 8 | And this -- obviously Mark Mao was here for | 07:09 |
| 9 | most of this, but it's only captioned for Calhoun. | 07:09 |
| 10 | THE COURT REPORTER:  Okay.  I appreciate that. | 07:10 |
| 11 | Yeah.  There's a note with a three-day | 07:10 |
| 12 | expedite, but I know in the past we've been doing | 07:10 |
| 13 | one-day on the last several, so up to you. | 07:10 |
| 14 | MR. STRAITE:  Yeah.  Three days is fine, but | 07:10 |
| 15 | we know sometimes it comes in early.  Thank you. | 07:10 |
| 16 | THE COURT REPORTER:  I'll send the rough when | 07:10 |
| 17 | we're done. | 07:10 |
| 18 | MR. STRAITE:  Yes.  Thanks. | 07:10 |
| 19 | (Whereupon, the deposition adjourned at 7:10 p.m.) | |
| 20 | ---o0o--- | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 240

| | | |
|---|---|---|
| 1 | and just go off the record. | 07:02 |
| 2 | MR. BARNES:  Well, let me ask this:  Are you | 07:02 |
| 3 | going to do some 30(b)(1) as well? | 07:03 |
| 4 | MR. WATKINS:  No, I'm not. | 07:03 |
| 5 | MR. BARNES:  Okay.  That's good.  Let's give | 07:03 |
| 6 | it five then.  I'll be back at 9:08.  And if I'm back | 07:03 |
| 7 | sooner, I'm back sooner, but I'll try and make it as | 07:03 |
| 8 | quick as possible. | 07:03 |
| 9 | Sorry.  It's 9:08 my time.  It's 7:08 -- | 07:03 |
| 10 | MR. WATKINS:  Let's go off the record. | 07:03 |
| 11 | THE VIDEOGRAPHER:  Okay.  Going off the | 07:03 |
| 12 | record.  The time is 7:03 p.m. | 07:03 |
| 13 | (Break taken in proceedings.) | 07:07 |
| 14 | THE VIDEOGRAPHER:  Back on the record.  The | 07:08 |
| 15 | time is 7:08 p.m. | 07:08 |
| 16 | MR. BARNES:  Mr. Liu, thank you for your | 07:08 |
| 17 | patience today and working through some technical | 07:08 |
| 18 | difficulties. | 07:08 |
| 19 | I have no further questions and so we're | 07:08 |
| 20 | finished. | 07:08 |
| 21 | MR. WATKINS:  I think we are. | 07:08 |
| 22 | Thank you. | 07:08 |
| 23 | THE VIDEOGRAPHER:  Okay.  This concludes | 07:08 |
| 24 | today's deposition of Vic Liu.  The number of media | 07:08 |
| 25 | used was five and will be retained by Veritext Legal | 07:08 |

Page 239

| | |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| | ---o0o--- |
| 2 | STATE OF CALIFORNIA  ) |
| | ) ss. |
| 3 | COUNTY OF YOLO    ) |
| 4 | |
| 5 | I, KATY E. SCHMIDT, a Certified Shorthand |
| 6 | Reporter in and for the State of California, duly |
| 7 | commissioned and a disinterested person, certify: |
| 8 | That the foregoing deposition was taken before me |
| 9 | at the time and place herein set forth; |
| 10 | That VIC LIU, the deponent herein, was put on |
| 11 | oath by me; |
| 11 | That the testimony of the witness and all |
| 12 | objections made at the time of the examination were |
| 13 | recorded stenographically by me to the best of my |
| 14 | ability and thereafter transcribed into typewriting; |
| 15 | That the foregoing deposition is a record of the |
| 16 | testimony of the examination. |
| 17 | IN WITNESS WHEREOF, I subscribe my name on this |
| 18 | 4th day of April, 2022. |
| 19 | |
| 20 | |
| 21 | Katy E. Schmidt, RPR, RMR, CRR, CSR 13096 |
| 22 | Certified Shorthand Reporter |
| 23 | in and for the County of Sacramento, |
| | State of California |
| 24 | |
| 25 | Ref. No. 5158044 KES |

Page 241

61 (Pages 238 - 241)

**Deposition Errata Sheet**
**Case: *Calhoun, et al. v. Google LLC***
**Deponent: Vic Liu**
**Date of Deposition: March 30, 2022**

I, Vic Liu, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 30th day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 9 Ln:17 | answer | repeat | Misspoke |
| Pg: 12 Ln: 23 | interfacing | facing | Transcription Error |
| Pg: 13 Ln: 22 | sign | signed | Transcription Error |
| Pg: 13 Ln: 23 | sign | signed | Transcription Error |
| Pg: 14 Ln: 20 | sign | signed | Transcription Error |
| Pg: 14 Ln: 20 | sign | signed | Transcription Error |
| Pg: 14 Ln: 23 | supply | supplied | Transcription Error |
| Pg: 14 Ln: 24 | possess | possesses | Transcription Error |
| Pg: 27 Ln: 22 | Mr. (sic) | Ms. | Misspoke |
| Pg: 28 Ln: 5 | Mr. | Ms. | Misspoke |
| Pg: 28 Ln: 15 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 1 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 1 | turn | turned | Transcription Error |
| Pg: 29 Ln: 5 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 8 | or web mobile | or mobile | Transcription Error |
| Pg: 37 Ln: 6 | responsible | responsible for a | Transcription Error |
| Pg: 38 Ln: 20 | sign | signed | Transcription Error |
| Pg: 42 Ln: 8 | 'cause | because | Transcription Error |

DocuSign Envelope ID: 49542746-6AAC-4EA7-BB88-B904E3BDA90E

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 42 Ln: 20 | track | tracking | Transcription Error |
| Pg: 52 Ln: 4 | service | surface | Transcription Error |
| Pg: 52 Ln: 21 | app, iOS | app on iOS | Transcription Error |
| Pg: 52 Ln: 24 | building | built-in | Transcription Error |
| Pg: 59 Ln: 20 | assist the | a sister | Transcription Error |
| Pg: 63 Ln: 7 | team | teams | Transcription Error |
| Pg: 63 Ln: 23 | as | ads on | Transcription Error |
| Pg: 64 Ln: 14 | want | went | Transcription Error |
| Pg: 66 Ln: 25 | have | has | Transcription Error |
| Pg: 67 Ln: 12 | disjoint | disjointed | Transcription Error |
| Pg: 67 Ln: 16 | disjoint | disjointed | Transcription Error |
| Pg: 71 Ln: 3 | sign | signed | Transcription Error |
| Pg: 71 Ln: 19 | sign-in | signed-in | Transcription Error |
| Pg: 79 Ln: 16 | Display Ads, Google Publisher | Display Ads to Google Publisher | Transcription Error |
| Pg: 86 Ln: 23 | ? | . | Transcription Error |
| Pg: 96 Ln: 6 | close | code | Transcription Error |
| Pg: 99 Ln: 3 | features, they | features – they | Transcription Error |
| Pg: 99 Ln: 4 | thing, this | thing – this | Transcription Error |
| Pg: 101 Ln: 1 | the | (delete) | Transcription Error |
| Pg: 109 Ln: 13 | sign-in | signed-in | Transcription Error |

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 119 Ln: 18 | need | needs | Transcription Error |
| Pg: 123 Ln: 21 | Another | Under the | Transcription Error |
| Pg: 139 Ln: 3 | TRDR | TL;DR | Transcription Error |
| Pg: 163 Ln: 25 | lost | lose | Transcription Error |
| Pg: 227 Ln: 5 | have | had | Transcription Error |
| Pg: 227 Ln: 8 | that | (delete) | Transcription Error |

DocuSigned by:

0217E9B4550B470

VIC LIU

5/4/2022

DATE