1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFF' ADMINISTRATION MOTION TO CLARIFY PRESERVATION PLAN** |

1  **[PROPOSED] ORDER**

2  Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Response to Google's

3  Administrative Motion for Relief (Dkt. 787). Having considered the supporting declaration of the

4  designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs'

5  Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Administrative Motion to Clarify the Court's Modified Preservation Plan | Pg. 1 Ln 21<br>Pg. 2 Ln 2, 4-9, 11, 13-19, 21-26<br>Pg. 3 Ln 1-5, 7-12, 14-15, 17-27<br>Pg. 4 Ln 1-7, 9, 11-12 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Proposed Order | Pg. 1 Ln 22-28 | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE