**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 (DKT. NO. 766) REGARDING DEFINITION OF ▮▮▮▮▮▮ FIELDS**<br><br>Civil L.R. 7-11<br><br>Referral:    Hon. Susan van Keulen, USMJ |

1    I.    **INTRODUCTION**

2         The definition of what counts as an ███████████ signal or field is critical to the

3    implementation of the Court's Modified Preservation Plan (the "Preservation Plan," Sealed Dkt.

4    No. 766). First, by July 30, 2022,[1] Google must ████████████████████████████████.

5    Preservation Plan at 7. Second, Google must ██████████████████████████████████████

6    █████████████████████████████████████████████████ *Id*. at Ex. B.

7         Unfortunately, the parties are at impasse regarding whether a █████████████████

8    █████████████████████ The Court appears to have adopted Google's representation during

9    the June 30, 2022 hearing that █████████████████████████████ and excluded

10   them. Preservation Plan at 7. But the day following the hearing, Google reversed course and

11   ██████████████████████████████████████████████████████████ –

12   period, full stop. *See* Google Opposition dated July 1, 2022 to Motion for Sanctions ("Sanctions

13   Opp," Dkt. No. 670), at 2. This is consistent with Google's representation to ██████████

14   ████████████████████████████████████████████████████████████

15   █████████████████████ There are no exceptions, and thus any signal that ████████

16   █████████████████████████████

17        Plaintiffs therefore respectfully request that the Preservation Plan include ██████████

18   ██████████████████████████ While it is true that someone ██████████████

19   █████████████████, Google now admits that █████████████████████████.

20   The Preservation Plan should be clarified to conform to Google's admissions.

21   II.   █████████████████████████████████████████████████

22        On July 1, 2022, Google admitted in its Sanctions Opp that ██████████████████

23   ████████ Specially, Google admitted, "███████████████████████████████████████

24   █████████████████████████" Sanctions Opp at 2. Furthermore, non-Google Account

25   Holders "███████████████" and hence, █████████████████, "██████████████

26   ███████████████████" *Id*. More recently, on Saturday, July 30, 2022, ██████████

27

---

[1]   As Plaintiffs informed the court on August 1, 2022 (Dkt. No. 804 at 4), Google has failed to
28   comply with the July 30, 2022 deadline.

1　████████████████████████████████████████████████████

2　████████████████████████████████████████████████████

3　████████████████████████████████████████████████████

4　████████████████████████████████████████████" ***Thus, if a Chrome***

5　***user*** ██████████████████████. There are no exceptions.

6　**III.    WHY THIS MATTERS**

7　　　The Court has already ordered Google to ██████████████████████

8　██████████████████████████████████████, in addition to "sync

9　signals." But there are several other "████████" signals not mentioned by name, and if the

10　Preservation Order is not clarified, ██████████████████. Worse, with respect to

11　Google's duty to disclose ████████████, Google is interpreting this obligation to ████████

12　████████████████████████

13　　　Based on Google's disclosures to date, including most importantly the production of

14　Plaintiff data ████████████ Plaintiffs also believe that, *at the very least*, the following signals

15　are ██████████████████. If the Court does not order that they be preserved

16　(and their related fields disclosed), Google will refuse. Plaintiffs identify the priority fields in **bold**:

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY PRESERVATION PLAN

In addition, Google ████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████████████████. These include:

██
███████████████████████████████████████████
██                                        ██████████████████████
████████████████████████████████

Google's ████████████████████ has not permitted Plaintiffs sufficient time to review for purposes of this motion – further illustrating the need to categorically revise the Preservation Plan to include ████████████████████████████████████.

## IV.    REQUEST FOR RELIEF

Plaintiffs respectfully request that the Court revise the Preservation Plan to define ████████ ████████████████████████████████████, and to order any other relief the Court deems just and appropriate in the circumstances.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully Submitted this 3d Day of August, 2022.

**BLEICHMAR FONTI & AULD LLP**

By:    */s/ Lesley E. Weaver*

Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:    */s/ Jay Barnes*

Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**

By:    */s/ David A. Straite*

David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165 Telephone: Tel.:
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

Case No. 4:20-cv-05146-YGR-SVK
PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY PRESERVATION PLAN

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, David Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3d Day of August, 2022, at Orlando, Florida.

/s/ David Straite
David Straite

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on August 3, 2022, I caused to be electronically filed the foregoing

3

document using the CM/ECF system, which will send notification of such filing to all counsel of

4

record registered in the CM/ECF system.

5
                                                                    */s/ Sharon Cruz*                          
                                                                    Sharon Cruz
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28