# Exhibit A

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S EMAIL ADDRESS
**josefansorge@quinnemanuel.com**

**CONFIDENTIAL**

July 30, 2022

<u>VIA E-MAIL</u>

Special Master Douglas Brush
(douglas.brush@accelconsulting.llc)
Accel Consulting, LLC

Timothy Schmidt
(timothy.schmidt@accelconsulting.llc)
Accel Consulting, LLC

Re:     *Calhoun, et al. v. Google LLC* – U.S. District Court, Northern District of California, San Jose Division: Case No. 5:20-cv-5146

Dear Special Master Brush, Mr. Schmidt:

By this letter we respond to your July 29, 2022 requests for (**I**) a simplified table describing cases in which the three "Sync State Scenarios" (Never Synced, Synced, Unsynced) are possible and (**II**) definitions of specific sync terms and their synonyms.

**I.      "Never Synced," "Synced," "Unsynced" Sync State Scenarios**

The table on the following page presents a simplified view of combinations of Google Account log-in, browser selections, and sync settings resulting in a user being **Never Synced**, **Synced**, and **Unsynced**.

**CONFIDENTIAL**

| # | Google Account | Browser | Chrome Sync Setting | Sync State |
|---|---|---|---|---|
| 1 | User has no Google Account | Never used Chrome | Never turned on Sync and Sync not possible because no Chrome browser | **Never Synced** |
| 2 | User has no Google Account | Used Chrome | Never turned on Sync and Sync not possible because no Google Account | **Never Synced** |
| 3 | User has a Google Account | Never used Chrome | Never turned on Sync and Sync not possible because no Chrome browser | **Never Synced** |
| 4 | User is logged into Google Account in Chrome | Using Chrome | Never turned on Sync | **Never Synced** |
| 5 | User is logged into Google Account in Chrome | Using Chrome | Turned Sync on and Sync is still on | **Synced** |
| 6 | User is logged into Google Account in Chrome | Using Chrome with "Block all cookies" setting enabled | Turned Sync on and Sync is still on | **Synced** |
| 7 | User is logged into Google Account in Chrome | Using Chrome | Sync was on and user turned it off | **Unsynced** |
| 8 | User was logged into Google Account in Chrome and has now logged out | Using Chrome | Sync was on prior to logging out | **Unsynced** |
| 9 | User was logged into Google Account in Chrome and is now in Incognito Mode | Using Chrome | Sync was on prior to entering Incognito Mode | **Unsynced** |
| 10 | User was logged into Google Account in Chrome and is now in Guest Mode | Using Chrome | Sync was on prior to entering Guest Mode | **Unsynced** |

- To use the Sync function at issue in this case, it is necessary ***but not*** sufficient for a user to have (i) a <u>Chrome browser</u> AND (ii) a <u>Google Account</u>.
  - Plaintiffs' allegations pertain to data Google received when Plaintiffs used the Chrome browser without Chrome Sync enabled.

**CONFIDENTIAL**

- ○ Although other browsers have their own Sync functionalities (see *e.g.* Syncing Safari bookmarks, Syncing Microsoft Edge across devices, Sync your Firefox on any device), those Sync functionalities are not at issue in *Calhoun v. Google*.
  - ■ Although Google may receive the same types of identifiers (GAIA, Biscotti, Zwieback) and data (URLs, cookies, IP address, user-agent) through Chrome AND Non-Chrome browsers, the data Google receives when a user visits a website with a non-Chrome browser is not at issue.
- ○ Users who do not have access to, and have never used, a Google Account are by definition **Never Synced (#1, #2 in table above)**.
- ○ Users who have a Google Account but never used a Chrome browser are by definition **Never Synced (#3 in table above)**.
- ○ Users who logged into a Google Account in Chrome but never enabled and used the sync function on a Chrome browser are by definition **Never Synced (#4 in table above)**.
- To turn on Chrome Sync a user has to (i) sign in to their Google Account in the Chrome browser ***and*** (ii) Turn on sync in the Chrome browser (see "Turn sync on and off in Chrome" Desktop, Android, iPhone & iPad). Users who have taken both of these steps are **Synced (#5  in table above)**.
  - ○ It is possible for users to be **Synced (#6 in table above)**, while blocking all cookies on Chrome. Such a user is logged into a Google Account on a Chrome browser, but will not automatically be logged into Google services (e.g. Gmail) when they visit www.gmail.com in the content area.
- To turn off Chrome Sync a user can (i) sign out of Chrome, or (ii) turn off the sync setting in their Chrome browser. (see "Turn sync on and off in Chrome" Desktop, Android, iPhone & iPad).
  - ○ Users who were syncing and turned off the sync setting in their Chrome browser are **Un-Synced (#7 in table above)**.
  - ○ Users who were syncing and logged out of Chrome are **Un-Synced (#8 in table above)**. Such users are in a sync paused state and syncing resumes when they log back into Chrome.
  - ○ Users who were syncing and entered Incognito or Guest mode are **Un-Synced (#9, #10 in table above)** for their browsing during the Incognito or Guest mode session. Such users are not logged into the Chrome browser with their Google Account for that session and the browsing history from that session is not synced.

## II.    Terminology

The table below provides definitions for the sync state terminology used in Dkts. 669-1 and 747-3. Terms that are interchangeable are listed in the same cell.

3

CONFIDENTIAL

| Terms | Definition |
|---|---|
| **Chrome Sync**<br><br>**Sync (noun)** | These terms may be used interchangeably to refer to the Sync feature offered by Google Chrome, which allows users to save data about their bookmarks, extensions, themes, search history, open tabs, saved passwords, payment info, addresses, phone numbers, settings, preferences, and more on all their devices, depending on the customized settings each user selects. *See* Chrome Privacy Notice, available at https://www.google.com/chrome/privacy/. |
| **Enabled Sync**<br><br>**Turned on Sync** | These terms may be used interchangeably to refer to the act of a user clicking "turn on sync" to enable or turn on the Sync feature.<br><br>Get Google smarts in Chrome<br>Sync and personalize Chrome across your devices<br><br>(T) Teuta Fani<br>teutafani@quinnemanuel.com    ▾    [ Turn on sync... ]<br><br>Sync and Google services    › |

4

**CONFIDENTIAL**

| Terms | Definition |
|---|---|
| **Synced**<br><br>**Synched**<br><br>**Sync Enabled**<br><br>**Syncing** | These terms may be used interchangeably to indicate that a user is browsing on Chrome with the Sync feature turned on, after clicking "Turn on sync."<br><br> |
| **Not-synced**<br><br>**Not Synced**<br><br>**Non-synced** | Plaintiffs have used this term to refer to users browsing on Chrome without the Sync feature enabled. Users who are not-synced or non-synced can be **Never Synced (# 1, # 2, # 3, #4)** or **Unsynced (#7, #8, #9, #10).** |

**CONFIDENTIAL**

| Terms | Definition |
|---|---|
| Stopped sync<br><br>Disabled sync<br><br>Unsynced<br><br>Turned off sync | These terms may be used interchangeably to refer to the act of a user clicking "turn off sync" or signing out of their Google account, thereby disabling the Sync feature.<br><br> |
| ▉▉▉▉▉▉▉▉▉▉<br><br>Sync_disabled<br><br>Sync-disabled<br><br>SyncDisabled | This term refers to the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, which may occur for a number of reasons, as described in the Dkt. 747-4 at 5-6 (Schumann Decl.) ¶¶ 12-15. The term ▉▉▉▉▉▉▉▉▉ is more precise and preferable to "stopped sync." |
| Signed in But Not Consented for Sync | This term refers to users in the ▉▉▉▉ state, ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Users who are **Signed in But Not Consented for Sync** can be **Never Synced (#4)** or **Unsynced (#7, #8, #9, #10)**. |
| Not Consented for Sync | **Not Consented for Sync** is broader than **Signed in But Not Consented for Sync** because it includes all scenarios for **Never Synced (#1, #2, #3, #4)** and **Unsynced (#7, #8, #9, #10)**. |

**CONFIDENTIAL**

| Terms | Definition |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓ **(unspecified as to whether this is synced or not synced)** | This term does not relate to the Sync feature or indicate a sync state. Rather, it refers to identity signals Google web services receive through Chrome *and* non-Chrome browsers. The data Google web services receive and process is orthogonal to the Sync feature. Moreover, data produced in the Special Master process has shown that ▓▓▓▓▓▓▓▓▓ is not a reliable signal to detect whether a user is signed into their Google Account.[1] |

We hope these tables are helpful to the Special Master team. Please do not hesitate to contact us if we can be of further assistance or you have any follow-up questions.

Respectfully,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Josef Ansorge
01980-00178/13531295.1

---

[1] *See* also Dkt. 714 at 1. ("Plaintiffs claim that when "▓▓▓▓▓▓▓▓▓ is set to zero or false, it shows that "a Chrome user is not signed in (and thus not consented for sync)." Dkt. 690-1 at 1:11-12. That's incorrect. The recent searches conducted pursuant to the Special Master process confirm that the field ▓▓▓▓▓▓▓▓" cannot be used to reliably detect logged-out traffic: of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓