1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 (DKT. NO. 766) REGARDING DEFINITION OF "EXPRESS" SYNC STATE FIELDS**<br><br>Judge: Hon. Susan van Keulen, USMJ |

## [PROPOSED] ORDER

Before the Court is Google LLC's Opposition To Plaintiffs' Administrative Motion To Clarify The Court's Modified Preservation Plan Dated July 15, 2022 (Dkt. No. 766) Regarding Definition Of "Express" Sync State Fields (the "Opposition"), the supporting Declaration of Josef Ansorge, dated August 4, 2022, and the exhibit attached thereto. Having considered the Opposition, supporting declaration, exhibit, and other papers on file, and good cause having been found, the Court ORDERS that Plaintiffs' Administrative Motion To Clarify The Court's Modified Preservation Plan Dated July 15, 2022 (Dkt. No. 766) Regarding Definition Of "Express" Sync State Fields is DENIED.

**SO ORDERED**.

DATED:_____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE