1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PATRICK CALHOUN, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED RE:
PLAINTIFFS' PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF
LAW (DKT. 799)**

Referral: Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re: Plaintiffs' Proposed Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct ("Motion").

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages: i:14-17, ii:13, 3:3, 3:5-6, 4:8-9, 4:13-14, 4:21-22, 4:24-26, 4:28, 5:1-2, 5:4, 5:11-13, 5:15-17, 5:19, 5:21, 5:23-25, 5:28, 10:16, 10:19, 11:7, 11:11-17, 11:21-22, 11:24-25, 11:27-28, 12:1, 12:3, 12:6-7, 12:16-17, 14:9, 14:15-16, 14:18-21, 16:15, 16:25, 17:2, 17:4-6, 17:9, 17:11, 17:14, 17:17, 17:23, 18:1-2, 18:4, 18:9, 18:19, 18:21-26, 19:13-15, 19:17-18, 19:20, 19:24-25, 20:2, 20:5, 20:7, 20:9, 21:1-11, 21:26, 21:28, 22:1-2, 22:26-28, 23:25, 27:1, 27:7, 28:15, 28:16-18, 28:21-23, 28:26, 31:13, 33:8, 35:18-19, 35:28, 37:21-22, 37:25, 41:14-15, 42:23-27, 43:6-7, 43:12-13, 44:10-14, 44:16, 44:20, 45:1-8, 45:10-12:45:14, 45:18-19, 45:23, 46:3-4, 46:9-11, 46:13-14, 46:18, 46:21, 46:23, 46:26-27, 47:1, 47:5, 47:8-9, 47:11-12, 47:14, 47:22, 47:24, 49:15, 50:23, 51:2, 51:7-8, 51:10, 51:13, 51:15, 51:21-25, 52:7, 52:10-11, 52:13, 52:17-19, 53:11, 54:5, 54:24-26, 55:3, 55:6, 55:9, 55:12, 55:21, | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

| | 55:25-28, 56:4, 56:6, 57:1-5, 59:1-28, 60:15-16, 61:28, 62:1, 62:5-6, 62:13, 62:18, 62:25-26, 63:1-4, 63:25, 64:9, 64:14, 64:24, 65:5, 65:7, 65:10, 65:17, 66:9, 67:21, 68:11, 68:13, 76:2, 82:3 | |
|---|---|---|

**IT IS SO ORDERED**.

DATED: _____

                                                THE HONORABLE SUSAN VAN KEULEN
                                                United States Magistrate Judge

Case No. 4:20-cv-5146-YGR-SVK

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL