Benjamin S. Softness (SBN: 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In re Google RTB Consumer Privacy Litigation,

This Document Relates to: *all actions*

Case No. 4:21-cv-02155-YGR (VKD)

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

The Court, having considered the administrative motion by Google LLC to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, HEREBY ORDERS THAT:

*McGrath v. Google LLC*, No. 3:26-cv-01446-CRB (N.D. Cal.), *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO (N.D. Cal.), and *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR (N.D. Cal.) are related to *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR (N.D. Cal.). Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *McGrath v. Google LLC*, No. 3:26-cv-01446-CRB (N.D. Cal.) and *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO (N.D. Cal.) to the undersigned.

Dated:

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE