1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)
   sarajenkins@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
5  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
6

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)
   crystalnixhines@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)
   alyolson@quinnemanuel.com
11 865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

14

15 Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor
   New York, NY 10010
17 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
18

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

19 *Counsel for Defendant Google LLC*

20                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
21                          **OAKLAND DIVISION**

22 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-5146-YGR-SVK

23

24        Plaintiffs,

**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 776-2, 776-4, 776-12, 777, 777-1, AND 777-9)**

25     v.

26 GOOGLE LLC,

Referral: Hon. Susan van Keulen, USMJ

27        Defendant.

28

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Documents to remove from the dockets the following documents ("Plaintiffs' Filings"):

- Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct (Dkts. 776-2 and 777);

- Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct (Dkts. 776-4 and 777-1) ("Joint Rebuttal Declaration"); and

- Exhibit 20 to the Joint Rebuttal Declaration (Dkts. 776-12 and 777-9).

After the Plaintiffs' filing of the docket entries listed above, Google discovered that certain confidential information was inadvertently unredacted. The information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Google has filed corrected, redacted versions of Plaintiffs' Filings. *See* Dkts. 808-2, 808-3, 808-7. Accordingly, Google respectfully requests that Docket Nos. 776-2, 776-4, 776-12, 777, 777-1, and 777-9 be permanently deleted from the docket.

DATED: August 8, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*