1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

10   PATRICK CALHOUN, et al., *on behalf of
     themselves and all others similarly situated,*

11              Plaintiffs,

12        v.

13   GOOGLE LLC,

14              Defendant.

15

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER CLARIFYING
THE COURT'S MODIFIED
PRESERVATION PLAN DATED JULY
15, 2022 [DKT. 766]**

**UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

16
17      Having considered Plaintiffs' Administrative Motion dated August 3, 2022 to Clarify
18   the Court's Modified Preservation Plan (Dkt. No. 766), the Court hereby Clarifies that the term
19   "express sync-state signal" and "sync state" as used in the Modified Preservation Plan includes any
20   signals showing that a Chrome user is not signed into a Google Account, including but not limited
21   to the following:
22
23
24
25
26
27
28

This list is not intended to be exhaustive.  Any provision of the Preservation Plan in conflict with today's order is hereby superseded.  Google shall proceed with preservation accordingly. Plaintiffs' Administrative Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: _____                   _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE