UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re: Plaintiffs' Statement Pursuant to Court Order (Dkt. 821).

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission re: Dispute Regarding Clawback Pursuant to Rule 502(d) Stipulation | GRANTED as to the portions at:<br><br>Pages: 2:6-16, 3:23-25, 4:25-5:5, 5:8-10 | The information requested to be sealed is subject to the attorney-client privilege and contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal discussions regarding user notification, disclosures, and regulations, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such privileged, confidential, and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge