**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**GOOGLE'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: Vacated Pursuant to Dkt. 664<br>Time: Vacated Pursuant to Dkt. 664<br>Amended Complaint Filed: April 16, 2021 |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC respectfully brings to the
2  Court's attention a newly issued opinion relevant to Plaintiffs' Motion for Class Certification. *See*
3  Dkt. 340.
4  The opinion is the Honorable William Alsup's granting of defendant's motion for
5  decertification in *Freitas v. Cricket Wireless, LLC*, No. C 19-07270 WHA, 2022 WL 3018061 (N.D.
6  Cal. July 29, 2022). The opinion is attached hereto as **Exhibit A**. This opinion was issued after
7  Google filed its Opposition to Plaintiffs' Motion for Class Certification. *See* Dkt. 429.

DATED: August 22, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

|    |                                                                     |
|----|---------------------------------------------------------------------|
| 1  |                                                                     |
| 2  | Jomaire Crawford (admitted pro hac vice)                            |
|    | jomairecrawford@quinnemanuel.com                                    |
| 3  | 51 Madison Avenue, 22nd Floor                                       |
|    | New York, NY 10010                                                  |
| 4  | Telephone: (212) 849-7000                                           |
|    | Facsimile: (212) 849-7100                                           |
| 5  |                                                                     |
| 6  | Josef Ansorge (admitted pro hac vice)                               |
|    | josefansorge@quinnemanuel.com                                       |
| 7  | Xi ("Tracy") Gao (CA Bar No. 326266)                                |
|    | tracygao@quinnemanuel.com                                           |
| 8  | Carl Spilly (admitted *pro hac vice*)                               |
|    | carlspilly@quinnemanuel.com                                         |
| 9  | 1300 I Street NW, Suite 900                                         |
|    | Washington D.C., 20005                                              |
| 10 | Telephone: (202) 538-8000                                           |
|    | Facsimile: (202) 538-8100                                           |
| 11 |                                                                     |
| 12 | Jonathan Tse (CA Bar No. 305468)                                    |
|    | jonathantse@quinnemanuel.com                                        |
| 13 | 50 California Street, 22nd Floor                                    |
|    | San Francisco, CA 94111                                             |
| 14 | Telephone: (415) 875-6600                                           |
|    | Facsimile: (415) 875-6700                                           |
| 15 |                                                                     |
| 16 | *Attorneys for Defendant Google LLC*                                |

-2-    Case No. 5:20-cv-5146-YGR-SVK

GOOGLE'S STATEMENT OF RECENT DECISION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION