1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
5
Stephen A. Broome (CA Bar No. 314605)
6  stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
7  violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
8  crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
9  alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
10  Los Angeles, CA 90017

11  Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com 51
12  Madison Avenue, 22nd Floor
New York, NY 10010
13  Telephone: (212) 849-7000
Facsimile: (212) 849-7100

14

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com

191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com 50
California Street, 22nd Floor San
Francisco, CA 94111 Telephone:
(415) 875-6600 Facsimile: (415)
875-6700

15  *Counsel* for *Defendant Google LLC*

16              UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18

19  PATRICK CALHOUN, et al., on behalf of
themselves and all others similarly situated,,
20
Plaintiff,
21
vs.
22
GOOGLE LLC,
23
Defendant.
24

Case No. 4:20-cv-05146-YGR-SVK

**GOOGLE LLC'S NOTICE REGARDING THE AUGUST 4 HEARING AND STEPS TAKEN TO ENSURE COMPLIANCE WITH THE PRESERVATION ORDERS**

Referral: Hon. Susan van Keulen, USMJ

25

26

27

28

Google submits this filing to notify the Court of an inadvertent factual misstatement its employee representative made at the August 4, 2022 hearing addressing various preservation issues. During the hearing Google's employee, Dr. Berntson, informed the Court that the lifetime of the vast majority of data in Google's ▓ database was ▓▓▓▓, which he believed was accurate at the time of the hearing based on his own knowledge and the research he did to prepare for the hearing. The Court relied on that representation in granting Google's request for an extension of time to implement the data preservation pipeline for ▓. See Dkt. 815 (Order on Motions for Extension/Clarification of Preservation Plan Orders) at 10. Since then, in working on the relevant preservation pipelines, it was determined that this ▓▓▓▓ retention period did not apply to as much data in ▓ as Google initially understood.  In light of that discovery, Google immediately began taking proactive steps to ensure that the relevant data since July 30 would be preserved per the Court's order.  While this misstatement should not affect Google's ability to preserve the data consistent with the Court's order, Google wanted to advise the Court of the issue and explain the situation promptly.

At the August 4 hearing, the Court asked questions of Google's counsel and employee representatives on various technical subjects relating to the data sources at issue in the Court's preservation orders. Dr. Glenn Berntson, who is an Engineering Director and Lead of the Google Ad Manager team, attended the hearing on behalf of Google to help answer the Court's questions. See Declaration of Glenn Berntson, ¶¶ 1-2. Dr. Berntson diligently prepared in advance of the hearing. *Id*. ¶ 3. At the hearing, among other topics, Dr. Berntson answered questions regarding the length of time that data is stored in the ▓ and ▓▓▓ databases, stating that data in ▓ and ▓▓▓ that is keyed off of user IDs can be stored for different amounts of time, but the vast majority of it is stored in those databases for ▓▓▓▓. *Id*. ¶ 4. Dr. Berntson made this statement based on his extensive knowledge of and experience with the ▓ and ▓▓▓ storage spaces. *Id*.

Subsequent to the hearing, in the course of developing the data preservation pipelines for the ▓ database, Google has discovered that Dr. Berntson's statement was inaccurate in relation to ▓ *Id*. ¶ 5. Based on the tools available to Google, it estimates that approximately ▓ of GAIA-

1    keyed data and approximately ▮ of DBL-keyed data is stored in ▮ for at least ▮.[1] *Id.*

2    As described in Dr. Berntson's declaration, Google's ability to measure the amount of time that

3    data will be stored in ▮ or ▮ is limited in certain respects. *Id*. ¶ 7.  In particular, data may be

4    stored in columns that are subject to event-based limitations, rather than time-based limitations. *Id.*

5    For data that is subject to an event-based limitation, Google does not have a readily available

6    method to estimate the amount of time the data will be stored.  *Id.*

7         Dr. Berntson and Google immediately investigated and have identified steps that Google is

8    taking to ensure that it will be able to comply with the Court's orders. *Id*. ¶ 8. Specifically, Google

9    will retain an ▮ backup that was created in the ordinary course of business on July 30, 2022, and

10   will retain intermittent backups while the data preservation pipelines are in development. *Id*. These

11   backups will include columns that are subject to time-based and event-based limitations, and

12   Google's analysis of the data subject to time-based limitations has confirmed that approximately

13   ▮ of the data that is subject to such a limit in GAIA ▮ and DBL ▮ will be preserved. *Id*.[2]

14   While these backups will not retain certain data that is subject to a short lifetime, this is consistent

15   with the examples of short-lived data that Dr. Berntson described at the hearing as not being

16   preserved with a ▮ retention period.

17        Google believes that the remedial steps outlined above and described in Dr. Berntson's

18   attached declaration will allow Google to be able to comply with the Court's order. Google will of

19   course provide additional information upon request, should the Court have any further questions

20   regarding these issues.

21

22

---

23   [1]  Upon learning of the inaccuracy of the statement made at the hearing regarding ▮, Dr.

24   Berntson also immediately investigated the ▮ database, using the tools available to Google.
     *Id*. ¶ 6.  That analysis of the data stored in ▮ subject to a time-based retention period has

25   confirmed the accuracy of Dr. Berntson's statement for ▮. *Id*.

26   [2]  The preservation order in the *Calhoun* case also requires Google to sample ZWBK ▮.

27   However, as described in Dr. Berntson's declaration, Google intends to cease collecting data in
     that keyspace altogether, and after doing so will preserve a backup copy of all residual data in

28   ZWBK ▮. *Id*. ¶ 9.

1  DATED:  August 29, 2022                    QUINN EMANUEL URQUHART &
2                                             SULLIVAN, LLP

3                                             By: */s/ Andrew H. Schapiro*
4                                                 Andrew H. Schapiro (admitted pro hac vice)
5                                                 andrewschapiro@quinnemanuel.com Teuta
                                                  Fani (admitted pro hac vice)
6                                                 teutafani@quinnemanuel.com
                                                  191 N. Wacker Drive, Suite 2700 Chicago,
7                                                 IL 60606
                                                  Telephone: (312) 705-7400
8                                                 Facsimile: (312) 705-7401

9                                                 Stephen A. Broome (CA Bar No. 314605)
                                                  stephenbroome@quinnemanuel.com
10                                                Viola Trebicka (CA Bar No. 269526)
                                                  violatrebicka@quinnemanuel.com
11                                                Crystal Nix-Hines (CA Bar No. 326971)
                                                  crystalnixhines@quinnemanuel.com Alyssa
12                                                G. Olson (CA Bar No. 305705)
                                                  alyolson@quinnemanuel.com
13                                                865 S. Figueroa Street, 10th Floor
14                                                Los Angeles, CA 90017
                                                  Telephone: (213) 443-3000
15                                                Facsimile: (213) 443-3100
16
                                                  Diane M. Doolittle (CA Bar No. 142046)
17                                                dianedoolittle@quinnemanuel.com
18                                                Sara Jenkins (CA Bar No. 230097)
                                                  sarajenkins@quinnemanuel.com
19                                                555 Twin Dolphin Drive, 5th Floor
                                                  Redwood Shores, CA 94065
20                                                Telephone: (650) 801-5000
                                                  Facsimile: (650) 801-5100
21
                                                  Josef Ansorge (admitted pro hac vice)
22                                                josefansorge@quinnemanuel.com
23                                                Xi ("Tracy") Gao (CA Bar No. 326266)
                                                  tracygao@quinnemanuel.com
24                                                Carl Spilly (admitted pro hac vice)
                                                  carlspilly@quinnemanuel.com
25                                                1300 I. Street, N.W., Suite 900 Washington,
                                                  D.C. 20005
26                                                Telephone: 202-538-8000
27                                                Facsimile: 202-538-8100
28

Jomaire A. Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*