1  **BLEICHMAR FONTI & AULD LLP**
   Lesley Weaver (Cal. Bar No.191305)
2  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
3  555 12th Street, Suite 1600
   Oakland, CA 94607
4  Tel.: (415) 445-4003
   Fax: (415) 445-4020
5  *lweaver@bfalaw.com*

6  **DiCELLO LEVITT LLC**
7  David A. Straite (admitted *pro hac vice*)
   60 East 42nd Street, Suite 2400
8  New York, New York 10165
   Tel.: (646) 933-1000
9  *dstraite@dicellolevitt.com*
10
   Amy E. Keller (admitted *pro hac vice*)
11 Adam Prom (admitted *pro hac vice*)
   Ten North Dearborn Street, 6th Fl.
12 Chicago, Illinois 60602
   Tel.: (312) 214-7900
13 *akeller@dicellolevitt.com*
14
   **SIMMONS HANLY CONROY LLC**
15 Jason 'Jay' Barnes (admitted *pro hac vice*)
   An Truong (admitted *pro hac vice*)
16 112 Madison Avenue, 7th Floor
   New York, NY 10016
17 Tel.: (212) 784-6400
   Fax: (212) 213-5949
18 *jaybarnes@simmonsfirm.com*
19
20 *Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

Plaintiffs and Defendant Google LLC (together, the "Parties"), by and through undersigned counsel, respectfully submit this Stipulation and Proposed Order to Modify Case Schedule.

WHEREAS, the pendency of (1) Plaintiffs' motion for class certification and related *Daubert* briefing, and (2) Google's motion for summary judgment of the Named Plaintiffs' claims (collectively, the "Motions") are likely to affect the scope of merits expert discovery, set to commence on September 8, 2022 under the existing schedule;

WHEREAS, the Court is planning to hold an evidentiary hearing related to the motion for summary judgment during the week of October 24, 2022 (Dkt. No. 858);

WHEREAS, the parties agree that resolution of one or more the Motions may streamline expert discovery by providing clarity as to the issues to be explored during that stage of the litigation and as such, may potentially minimize the need for supplemental merits expert reports and depositions that might be necessary if the parties were to proceed with expert discovery while such motions remain under submission;

WHEREAS, the parties have met and conferred and agree, subject to Court approval, to revise the current case schedule such that merits expert discovery deadlines will be extended in light of the above;

WHEREAS, the parties agree to work cooperatively and to consider agreeing to additional extensions as may be needed if the timing of the Court's rulings on the Motions results in a schedule that is problematic for one or both sides;

NOW, THEREFORE, the parties stipulate, subject to Court approval, to the following revised case schedule:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Opening Expert Reports | September 8, 2022 | November 30, 2022 |
| Rebuttal Expert Reports | November 3, 2022 | January 26, 2023 |
| Close of Expert Discovery | December 15, 2022 | March 9, 2023 |
| Rule 56 Motions; *Daubert* Motions 3 *Daubert* Motions per side in the entire case | **Motion**: Feb. 7, 2023<br>**Opp'n**: Mar. 9, 2023<br>**Reply**: Apr. 6, 2023 | **Motion**: April 20, 2023<br>**Opp'n**: May 19, 2023<br>**Reply**: June 16, 2023 |

Dated: September 7, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* <br> *aornelas@bfalaw.com* <br> *jsamra@bfalaw.com* | By: */s/ Stephen Broome* <br> Stephen A. Broome (CA Bar No. 314605) <br> *stephenbroome@quinnemanuel.com* <br> Viola Trebicka (CA Bar No. 269526) <br> *violatrebicka@quinnemanuel.com* <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 |
| **DiCELLO LEVITT LLC** <br><br> By: */s/ David Straite* <br> David A. Straite (admitted *pro hac vice*) <br> Corban Rhodes (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> *dstraite@dicellolevitt.com* <br> *crhodes@dicellolevitt.com* <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn St., Sixth Floor <br> Chicago, IL 60602 <br> Tel.: (312) 214-7900 <br> *akeller@dicellolevitt.com* <br> *aprom@dicellolevitt.com* | Andrew H. Schapiro (admitted *pro hac vice*) <br> *andrewschapiro@quinnemanuel.com* <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Jomaire Crawford (admitted *pro hac vice*) <br> *jomairecrawford@quinnemanuel.com* <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 <br><br> Josef Ansorge (admitted *pro hac vice*) <br> *josefansorge@quinnemanuel.com* <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Tel: (202) 538-8000 <br> Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** <br><br> By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel: (212) 784-6400 <br> Fax: (212) 213-5949 <br> *jaybarnes@simmonsfirm.com* <br> *atruong@simmonsfirm.com* <br> *ejohnson@simmonsfirm.com* | Jonathan Tse (CA Bar No. 305468) <br> *jonathantse@quinnemanuel.com* <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Tel: (415) 875-6600 <br> Fax: (415) 875-6700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

CASE NO. 4:20-CV-5146-YGR-SVK
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September, 2022, at Marbletown, New York.

*/s/ David Straite*
David A. Straite

CASE NO. 4:20-CV-5146-YGR-SVK
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

3

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties and for good cause shown, the Court ENTERS the following revised Case Management Schedule:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports | September 8, 2022 | November 30, 2022 |
| Rebuttal Expert Reports | November 3, 2022 | January 26, 2023 |
| Close of Expert Discovery | December 15, 2022 | March 9, 2023 |
| Rule 56 Motions; *Daubert* Motions 3 *Daubert* Motions per side in the entire case | **Motion**: Feb. 7, 2023<br>**Opp'n**: Mar. 9, 2023<br>**Reply**: Apr. 6, 2023 | **Motion**: April 20, 2023<br>**Opp'n**: May 19, 2023<br>**Reply**: June 16, 2023 |

**IT IS SO ORDERED.**

Date: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge