# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK CALHOUN, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE, LLC**,<br><br>Defendant. | CASE NO. 20-cv-5146-YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL; DENYING MOTION TO FILE SUR-REPLY**<br><br>Re: Dkt. Nos. 318, 335, and 336 |

Pending before the Court are the following three administrative motions: (1) Google's Administrative Motion to File Under Seal its Opposition to Plaintiffs' Motion to Substitute Plaintiffs (Dkt. No. 318) filed September 24, 2021; (2) Google's Administrative Motion to File Under Seal its Sur-reply to Plaintiffs' Motion to Substitute Plaintiffs (Dkt. No. 335) filed October 13, 2021; and (3) Google's Administrative Motion for Leave to File a Sur-reply Brief in Support of its Opposition to Plaintiffs' Motion to Substitute Plaintiffs (Dkt. No. 336) filed October 13, 2021. On April 14, 2022, plaintiffs filed a Motion to Withdraw their Motion to Substitute Plaintiffs. (Dkt. No. 616.) The Court granted the Motion to Withdraw on April 19, 2022. (Dkt. No. 626.)

Having granted the Motion to Withdraw, the Court Hereby **GRANTS** Google's Administrative Motions to file the above-referenced materials under seal. Google's Motion to File a Sur-reply is **DENIED** as Moot.

This Order terminates Docket Numbers 318, 335, and 336.

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**