# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALHOUN, ET AL.

Plaintiffs,

v.

GOOGLE, LLC,

Defendant.

CASE NO.  20-cv-5146-YGR

ORDER RE PENDING MOTIONS TO SEAL

Pending before the Court are several administrative motions to seal relating to plaintiffs' pending motion for class certification and defendant's motion for summary judgment. (*See* Dkt. Nos. 339, 393, 424, 426, 428, 444, 445, 457, 461, 474, 482, 483, 485, 487, 489, 496, 527, 548, 549, 550, 572, 627, and 805). To address these motions efficiently and expeditiously, and to clean up the Court's docket in the meantime, the Court orders the parties to file a joint chart summarizing the pending administrative motions, as depicted below:

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | | | |

The parties shall file the requested chart by **FRIDAY, SEPTEMBER 23, 2022**. Parties shall also submit a word version of the chart to the chambers proposed order email address: ygrpo@cand.uscourts.gov.

This Order terminates Docket Numbers 339, 393, 424, 426, 428, 444, 445, 457, 461, 474, 482, 483, 485, 487, 489, 496, 527, 548, 549, 550, 572, 627, and 805. The Court will issue an omnibus order addressing the sealing motions when it issues its summary judgment and class certification order.

IT IS SO ORDERED.

Dated:  September 15, 2022

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE