**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT SUBMISSION RE: SUBPOENAS TO FORMER GOOGLE EMPLOYEES AND PARTIES' RESPECTIVE EXPERTS FOR OCTOBER 24 EVIDENTIARY HEARING, PER DKT 879**<br><br>Hon. Yvonne Gonzalez Rogers |

On September 29, 2022, the Court ordered the parties to "meet and confer regarding whether agreement can be reached for the process for issuing subpoenas to former Google employees and the Parties' respective experts" for purposes of the October 24, 2022 evidentiary hearing. Dkt. 879 at 3 (emphasis and footnote omitted). The parties were further ordered to "report back to the Court by October 5, 2022" regarding their conferral efforts. *Id.*

The parties have conferred and agree: (1) counsel for both parties will accept service of subpoenas issued to their respective experts, and (2) counsel for Google will accept service of subpoenas issued to former Google employees.

Respectfully,

DATED: October 5, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* <br> *aornelas@bfalaw.com* <br> *jsamra@bfalaw.com* | By: */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted pro hac vice) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 |
| **DiCELLO LEVITT LLC** | |
| By: */s/ David A. Straite* <br> David A. Straite (admitted *pro hac vice*) <br> Corban Rhodes (admitted *pro hac vice*) <br> 485 Lexington Ave., Tenth Floor <br> New York, NY 10017 Tel.: <br> (646) 933-1000 <br> Fax: (646) 494-9648 <br> *dstraite@dicellolevitt.com* <br> *crhodes@dicellolevitt.com* <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 | Jomaire Crawford (admitted pro hac vice) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 <br><br> Josef Ansorge (admitted pro hac vice) <br> josefansorge@quinnemanuel.com <br> 1300 I Street NW, Suite 900 |

| | |
|---|---|
| 1  Tel.: (312) 214-7900<br>   akeller@dicellolevitt.com | Washington D.C., 20005<br>Tel: (202) 538-8000 |
| 2  aprom@dicellolevitt.com<br>   scruz@dicellolevitt.com | Fax: (202) 538-8100 |
| 3 | Jonathan Tse (CA Bar No. 305468) |
| 4  **SIMMONS HANLY CONROY LLC** | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 5  By:       /s/ Jason 'Jay' Barnes<br>   Jason 'Jay' Barnes (admitted *pro hac vice*) | San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| 6  An Truong (admitted *pro hac vice*)<br>   Eric Johnson (admitted *pro hac vice*) | Fax: (415) 875-6700 |
| 7  112 Madison Avenue, 7th Floor<br>   New York, NY 10016 | *Attorneys for Defendant Google LLC* |
| 8  Tel.: (212) 784-6400<br>   Fax: (212) 213-5949 | |
| 9  jaybarnes@simmonsfirm.com<br>   atruong@simmonsfirm.com | |
| 10 ejohnson@simmonsfirm.com | |
| 11 *Counsel for Plaintiffs* | |

-2-  Case No. 4:20-cv-05146-YGR-SVK
JOINT SUBMISSION RE: ISSUANCE OF SUBPOENAS FOR OCTOBER 24, 2022 EVIDENTIARY HEARING

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this Joint Submission. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: October 5, 2022            By  */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro
                                            *Counsel on behalf of Google LLC*