# DECLARATION OF LAWRENCE GREENFIELD ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

## Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**DECLARATION OF LAWRENCE GREENFIELD**

1. I am a Distinguished Software Engineer employed by Google LLC. I have been employed at Google since 2003, and I am the Area Tech Lead for Storage across Google Cloud Platform and Technical Infrastructure ("GCP/TI"). In my capacity as Area Tech Lead for GCP/TI, I am responsible for technical infrastructure and data storage issues affecting Google company-wide. As part of my duties, I am familiar with the costs to Google of various resources, including storage and processing resources. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Court issued preservation orders in the above-captioned case, and in a related case *Brown v. Google*, requiring that Google preserve data in various sources. I further understand that various teams at Google have implemented pipelines for preservation of data from those sources. I also understand members of those teams have submitted declarations regarding the storage and processing resources that have been required to develop and implement those pipelines.

3. Due to the Covid-19 outbreak and subsequent constraints in the global supply chain for chips and other products, Google and other companies in the industry face [redacted]

;

[REDACTED]

4. As one specific example, since December 2021, Google has had to implement [REDACTED] Incremental storage demand caused by the Court's preservation orders places further strain on those resources.

**Methodology for Estimating the Cost to Google of Storing and Processing Data**

5. The cost to Google of storing data includes many contributing factors. For example, there are costs associated with hardware such as servers, overhead costs like infrastructure and electricity required to house, power, and cool the storage hardware, and costs associated with the various employees who support and maintain the storage infrastructure. Estimating the cost of storing a given amount of data for a given length of time by attempting to calculate all of those associated costs would be a highly complex exercise.

6. However, Google offers a service to the public called Google Cloud Storage (GCS) that allows businesses or individuals to store and retrieve data for a fee. The pricing of GCS, which is available at https://cloud.google.com/storage/pricing, includes the above-described costs associated with storage of data, such as overhead costs, etc. As of the date of this declaration, the lowest-cost storage option available on Google's Cloud Storage service is Archive storage, which is priced at $0.0012 per binary gigabyte (also known as "gibibyte") per month, or $0.0011 per gigabyte per month, if sitting in a low cost region of the country. This figure can be used as a conservative estimate of the cost to Google of storing a large amount of data. Typically, customers choose low-cost storage at a tradeoff, because Google charges more to access the data from archive storage than from more expensive "nearline" storage. If Plaintiffs would require access to read this data, Google would incur additional significant costs for computing power, electricity, and the like, but we are not including those costs in this calculation.

7. GCS pricing is also useful as a measure of the cost to Google of storing data because if Google itself uses some amount of storage space (a limited resource), then Google cannot offer that space to the public as part of its GCS service. In fact, because the volume weighted mix of GCS usage is towards higher cost options, if Google were to turn away business due to capacity constraints, that lost business would likely be a larger number than the cost calculated using the lowest-cost storage option described above.

8. The cost to Google of processing data includes many of the same contributing factors described above, and estimating the cost of processing a given amount of data by attempting to calculate all of those associated costs would also be a highly complex exercise. But Google offers another service to the public called Google Compute Engine (GCE) that allows businesses or individuals to process data for a fee. The pricing of the GCE service, which is available at https://cloud.google.com/compute/all-pricing#compute-engine-pricing, includes the above-described costs associated with processing of data. As of the date of this declaration, the lowest-cost option for processing data available for Google's Compute Engine service is the "Spot price" for the "N2D" machine, which is $0.002773 per vCPU (virtual CPU) hour. Internally, Google measures processing resources using a metric called Google Compute Units (GCUs), and 1.918 GCUs is equivalent to one N2D vCPU. We also need to account for RAM used to run this calculation. The cost of RAM can be accounted for as $0.000372 per GB-hr.

9. These figures can be used as a conservative estimate of the cost to Google of processing a large amount of data. It is also useful as a measure of the cost to Google of processing data because if Google itself uses some amount of processing resources, then Google cannot offer those processing resources to the public as part of its Compute Engine service.

**Estimates of the Cost to Google of Storing and Processing Data Pursuant to the Court's Preservation Orders (Excluding [REDACTED] Field-Based Preservation, and [REDACTED] Mapping/Linking Tables)**

10. Based on the declarations of Benjamin Kornacki ([REDACTED] Ads), Jifei Gao ([REDACTED]), Julian Kranz ([REDACTED] ChromeSync), Patrick Quaid ([REDACTED] and mapping/linking tables in [REDACTED], Joshua Halstead ([REDACTED] and mapping/linking tables in [REDACTED]), Danny Talavera ([REDACTED]), and Srilakshmi Pothana (mapping/linking tables maintained by the Google Analytics

team), I understand the preservation pipelines for data sources listed below from the Court's preservation order will require storage of the following amounts of data:

| **Data source** | **Amount of data stored currently** | **Estimated additional data per day** |
|---|---|---|
| [REDACTED] Ads (sampling) | [REDACTED] | [REDACTED] |
| [REDACTED] Ads (field-based preservation) | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] ChromeSync (sampling) | [REDACTED] | [REDACTED] |
| [REDACTED] ChromeSync (field-based preservation) | [REDACTED] | [REDACTED] |
| GAIA and ZWBK [REDACTED] (sampling) | [REDACTED] | [REDACTED] |
| DBL and GAIA [REDACTED] (sampling) | [REDACTED] | [REDACTED] |
| ZWBK [REDACTED] (snapshot) | [REDACTED] | [REDACTED] |
| [REDACTED] | First snapshot: [REDACTED] second snapshot: [REDACTED] | [REDACTED] (per quarter) |
| Mapping/linking tables in [REDACTED] | [REDACTED] | [REDACTED] |
| Mapping/linking tables in [REDACTED] | [REDACTED] | [REDACTED] |
| Mapping/linking tables maintained by the Analytics team | [REDACTED] | [REDACTED] every 25 days |
| **TOTAL** | [REDACTED] | [REDACTED] **(excluding** [REDACTED] **and mapping/linking tables maintained by the Analytics team)** |

11. Using the above-described storage cost figure of $0.0011 per GB per month, the total cost of storing this data after one, two, and three years are as follows:

| **Data source** | **Approximate total cost after one year** | **Approximate total cost after two years** | **Approximate total cost after three years** |
|---|---|---|---|
| [redacted] Ads (sampling) | [redacted] | [redacted] | [redacted] |
| [redacted] Ads (field-based preservation) | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] ChromeSync (sampling) | [redacted] | [redacted] | [redacted] |
| [redacted] ChromeSync (field-based preservation) | [redacted] | [redacted] | [redacted] |
| GAIA and ZWBK [redacted] (sampling) | [redacted] | [redacted] | [redacted] |
| DBL and GAIA [redacted] (sampling) | [redacted] | [redacted] | [redacted] |
| ZWBK [redacted] (snapshot) | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Mapping/linking tables in [redacted] | [redacted] | [redacted] | [redacted] |
| Mapping/linking tables in [redacted] | [redacted] | [redacted] | [redacted] |
| Mapping/linking tables maintained by the Analytics team | [redacted] | [redacted] | [redacted] |
| **TOTAL** | [redacted] | [redacted] | [redacted] |

12. The calculations I used to generate these estimates are:

- For [redacted]:
  - **Approximate total cost after one year** = [redacted] * $0.0011 per GB per month * 12 months + [redacted] * $0.0011 per GB per month * 9 months + [redacted] * $0.0011 per GB per month * 6

months + [REDACTED] * $0.0011 per GB per month * 3 months

- **Approximate total cost after two years** = [REDACTED] * $0.0011 per GB per month * 24 months + [REDACTED] * $0.0011 per GB per month * 21 months + [REDACTED] * $0.0011 per GB per month * 18 months + [REDACTED] * $0.0011 per GB per month * 15 months + [REDACTED] * $0.0011 per GB per month * 12 months + [REDACTED] * $0.0011 per GB per month * 9 months + [REDACTED] * $0.0011 per GB per month * 6 months + [REDACTED] * $0.0011 per GB per month * 3 months
- **Approximate total cost after three years** = [REDACTED] * $0.0011 per GB per month * 36 months + [REDACTED] * $0.0011 per GB per month * 33 months + [REDACTED] * $0.0011 per GB per month * 30 months + [REDACTED] * $0.0011 per GB per month * 27 months + [REDACTED] * $0.0011 per GB per month * 24 months + [REDACTED] * $0.0011 per GB per month * 21 months + [REDACTED] * $0.0011 per GB per month * 18 months + [REDACTED] * $0.0011 per GB per month * 15 months + [REDACTED] * $0.0011 per GB per month * 12 months + [REDACTED] * $0.0011 per GB per month * 9 months + [REDACTED] * $0.0011 per GB per month * 6 months + [REDACTED] * $0.0011 per GB per month * 3 months

- For mapping/linking tables maintained by the Analytics team:[1]
  - **Approximate total cost after one year** = [REDACTED]B * $0.0011 per GB per month * 12 months + [REDACTED] * $0.0011 per GB per month * 11 months + … + [REDACTED] * $0.0011 per GB per month * 2 months + [REDACTED] * $0.0011 per GB per month * 1 month

[1] Based on the declaration of Srilakshmi Pothana, I understand preserving the tables maintained by the Analytics team (excluding [REDACTED] particular Analytics tables discussed in paragraphs 18-20 here) will require approximately [REDACTED] every 25 days. For ease of calculation, I will assume that preserving these [REDACTED] tables will require approximately [REDACTED] every month.

- ○ **Approximate total cost after two years** = ██ * $0.0011 per GB per month * 24 months ██ * $0.0011 per GB per month * 23 months + … + ██ * $0.0011 per GB per month * 2 months + ██ * $0.0011 per GB per month * 1 month
- ○ **Approximate total cost after three years** = ██ * $0.0011 per GB per month * 36 months ██ * $0.0011 per GB per month * 35 months + … + ██ * $0.0011 per GB per month * 2 months + ██ * $0.0011 per GB per month * 1 month

● For the other data sources listed above:

- ○ **Approximate total cost after one year** = [Amount of data stored currently in ██] * $0.0011 per GB per month * 12 months + [Estimated additional data per day in ██ * ($0.0011 per GB per month / 30 days) * 365 days + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 364 days + … + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 2 days + … + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 1 day
- ○ **Approximate total cost after two years** = [Amount of data stored currently in ██] * $0.0011 per GB per month * 24 months + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 730 days + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 729 days + … + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 2 days + … + [Estimated additional data per day in ██] * ($0.0011 per GB per month / 30 days) * 1 day.
- ○ **Approximate total cost after three years** = [Amount of data stored currently in ██] * $0.0011 per GB per month * 36 months + [Estimated additional data per day in ██] * ($0.0011 per GB per

month / 30 days) * 1095 days + [Estimated additional data per day in ] * ($0.0011 per GB per month / 30 days) * 1094 days + … + [Estimated additional data per day in ] * ($0.0011 per GB per month / 30 days) * 2 days + … + [Estimated additional data per day in ] * ($0.0011 per GB per month / 30 days) * 1 day.

13. Based on the declaration of Benjamin Kornacki Ads), I further understand that the required "backfilling" process to preserve historical data in the Ads logs consumed Using the above-described processing cost figure of , the total cost of processing resources for this backfilling process was approximately . The calculation I used to generate this estimate is: per hour.

**Estimates of the Cost to Google of Storing Data Pursuant to Field-Based Preservation**

14. Based on the declaration of Patrick Quaid, I understand the preservation pipelines for field-based preservation in GAIA and ZWBK will require approximately to store existing data and to store new data written daily into the pipelines.

15. Again using the above-described storage cost figure of $0.0011 per GB per month and the calculation described in paragraph 12, the total cost of storing data for field-based preservation in GAIA and ZWBK will be approximately after one year, after two years, and after three years.

**Estimates of the Cost to Google of the Tables**

16. Based on the declaration of Daryl Seah, I understand preserving the tables will require approximately per day.

17. Again using the above-described storage cost figure of $0.0011 per GB per month and the calculation described in paragraph 11, the total cost of preserving these tables will be

approximately: ██████ after one year, ██████ after two years, and ██████ after three years.

**Estimates of the Cost to Google of the ███ Analytics Tables**

18. Based on the declaration of Srilakshmi Pothana, I understand preserving ███ particular Analytics tables will require approximately ██████████ every 25 days. For ease of calculation, I will assume that preserving these ███ tables will require approximately ███████ ███ every month.

19. Again using the above-described storage cost figure of $0.0011 per GB per month, the total cost of preserving these tables will be approximately: ███████ after one year, ███████ after two years, and ████████ after three years.

20. The calculations I used to generate these estimates are:

- **Approximate total cost after one year** = ██████████ * $0.0011 per GB per month * 12 months + ██████████ * $0.0011 per GB per month * 11 months + … + ██████████ * $0.0011 per GB per month * 2 months + ██████████ * $0.0011 per GB per month * 1 month
- **Approximate total cost after two years** = ██████████ * $0.0011 per GB per month * 24 months + ██████████ * $0.0011 per GB per month * 23 months + … + ██████████ * $0.0011 per GB per month * 2 months + ██████████ * $0.0011 per GB per month * 1 month
- **Approximate total cost after three years** = ██████████ * $0.0011 per GB per month * 36 months + ██████████ * $0.0011 per GB per month * 35 months + … + ██████████ * $0.0011 per GB per month * 2 months + ██████████ * $0.0011 per GB per month * 1 month

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of October 2022 at New York, New York.

By: DocuSigned by: Lawrence Greenfield
DABD792FA010401...
Lawrence Greenfield