# DECLARATION OF BENJAMIN KORNACKI ISO GOOGLE LLC'S MOTION FOR RELIEF REGARDING PRESERVATION

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-03664-YGR-SVK |
| PATRICK CALHOUN, et al. on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

### DECLARATION OF BENJAMIN KORNACKI

1.　I am a Software Engineer employed by Google LLC. I have been employed at Google since January 2013, and since then have been a member of the Ad Manager Reporting & Insights Team. In my capacity as a member of the Ad Manager Reporting & Insights Team, I am responsible for building pipelines to digest historical data and produce analytics and insights to our customers. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in Google's ▮▮▮▮ Ads logs. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2.　I understand the Court issued preservation orders in the above-captioned cases, requiring that Google preserve data in ▮▮▮▮ Ads logs, among other data sources. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S.-based users in ▮ separate ▮▮▮▮ Ads log sources for the *Brown* and *Calhoun* cases, and a "full ongoing

preservation" of specific fields from ▮▮▮▮ Ads log sources for the *Calhoun* case. I understand that the Court has also ordered Google to establish a process to decrypt data that is encrypted using the ▮▮▮▮ re-encrypt the data in a safe and secured manner using a new key created exclusively for this purpose, and preserve the new encryption key for the duration of the litigation.

3. I further understand that Google was required to design and implement the data sampling pipeline for ▮▮ Ads logs by August 15, 2022, to design and implement the decryption/re-encryption pipeline by August 29, 2022, and to complete the backfill of sampled log data going back to July 27, 2016 by September 28, 2022.

4. We have successfully designed and implemented the aforementioned preservation and decryption/re-encryption pipelines and completed the backfill of historical ▮▮▮ Ads data. To comply with the preservation orders, I, along with two other engineers on the Ad Manager Reporting & Insights Team spent more than ▮▮ hours designing, scoping, configuring, implementing, testing, optimizing, debugging, and verifying data preservation and backfill pipelines. Going forward, those pipelines will require continuous monitoring, maintenance, and debugging, which I estimate will take at least ▮ hours per week.

5. The preservation tasks have significantly disrupted my and the other two engineers' regular job duties, which impact Google's ability to maintain existing systems and develop new products in a timely manner. For the past several months, I worked almost exclusively on designing and implementing pipelines necessary to meet the Court's orders, and was able to devote no more than ▮ hours per week to my team's regular job duties.

6. The work required to implement the Court's preservation orders requires not only general knowledge of Google's systems and tools, but also specialized knowledge of pipelines and tools to digest historical data and the logs at issue in these cases.

7. To implement the required backfilling of data and preserve historical data for both the *Brown* and *Calhoun* matters in ▮▮▮ Ads log sources, the preservation pipelines that we designed had to read and process tens of exabytes of historical data to extract the sampled and field-based preservation data. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████████████████ This extreme cost and the bandwidth constraints forced us to find new and nonstandard solutions for allocating resources while minimizing the cost to the company. The amount of Google resources used to implement the court-ordered preservation for ██████ logs was ████████████████████████████ ██████, which is an estimate of the RAM necessary to process backfill searches.

8. As of October 13, 2022, the aforementioned sampling preservation pipelines store about ███████████████████████ of data, and the compressed daily average of new data written to the pipelines is around ████████████ for *Calhoun*; the field-based preservation pipelines store about ██████████████████████████████, and the compressed daily average of new data written to the pipelines is around ████████████████████ for *Calhoun*; and the sampling preservation pipelines store about ████████████████████████ of data, and the compressed daily average of new data written to the pipelines is around ████████████ for *Brown*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14th day of October 2022 at New York, New York.

By: *Benjamin Kornacki*
Benjamin Kornacki