# DECLARATION OF JIFEI GAO ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

**DECLARATION OF JIFEI GAO**

1. I am a Software Engineer employed by Google LLC. I have been employed at Google since 2019, and since then have been a member of the ▇▇▇▇ Team. In my capacity as a member of the ▇▇▇▇ Team, I am responsible for supporting requests for data from ▇▇▇▇. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in ▇▇▇▇. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Court issued preservation orders in the above-captioned case requiring that Google preserve data in ▇▇▇▇, among other data sources. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S-based users in ▇ separate ▇▇▇▇ corpora.

3. To comply with the preservation orders, I, along with another engineer, spent at least ▇ hours designing, scoping, configuring, implementing, testing, optimizing, debugging, and verifying the data preservation pipelines for the ▇▇▇▇ corpora, including one corpus that is no longer collecting data (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇).

4. As of October 19, 2022, Google is storing approximately ▮▮▮▮ of data from the aforementioned ▮▮▮ preservation pipelines. The compressed daily average of new data written to the pipelines is approximately ▮▮▮▮ per day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of October 2022 at New York, New York.

By: *Jifei Gao*
—DocuSigned by—
11DB424C4787432...

Jifei Gao