# DECLARATION OF JOSHUA HALSTEAD ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

3

4

CHASOM BROWN, et al., on behalf of
themselves and all others similarly situated,

5

Plaintiffs,

Case No. 4:20-cv-03664-YGR-SVK

6

vs.

7

GOOGLE LLC,

8

Defendant.

9

PATRICK CALHOUN, et al., on behalf of
themselves and all others similarly situated,

10

11

Plaintiffs,

Case No. 4:20-cv-05146-YGR-SVK

vs.

12

GOOGLE LLC,

13

Defendant.

14

15

16

**DECLARATION OF JOSHUA HALSTEAD**

17       1.       I am a Software Engineer employed by Google LLC. I have been employed at Google

18   since 2015, and I joined the ■ team at the beginning of this year. Recently, I became the lead of

19   the ■ team. In my capacity as Lead of the ■ team, I am responsible for supporting requests for

20   data from ■. As part of my duties, I am familiar with the tools available at Google to access, search,

21   and store data in ■. I make this declaration based on personal knowledge and information provided

22   to me by Google colleagues, and if called to testify, I could and would competently testify to such

23   facts.

24       2.       I understand the Court issued preservation orders in the above-captioned cases

25   requiring that Google preserve data in GAIA ■, DBL ■, and ZWBK ■, among other data

26   sources. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S.-

27   based users in GAIA ■, DBL ■, and ZWBK ■ for the *Calhoun* case, and in GAIA ■ and DBL

28   ■ for the *Brown* case.

;

1    3.    To comply with the preservation orders, I, along with three other engineers, have

2    spent at least ▮▮ hours designing, scoping, configuring, implementing, testing, optimizing,

3    debugging, and verifying the data preservation pipelines for GAIA ▮ and DBL ▮. Once fully

4    implemented, those pipelines will require monitoring, maintenance, and debugging, which I

5    estimate will take at least ▮▮▮ hours per week.

6    4.    As of October 13, 2022, Google is storing approximately ▮▮▮ of data in the

7    form of backups of GAIA ▮ and DBL ▮ in order to meet the Court's requirement to store data

8    back to July 30, 2022. Based on our work on the preservation pipelines so far, I anticipate that the

9    pipelines will store approximately ▮▮▮ per day, on average.

10    5.    We did not implement an ongoing daily sampling pipeline for ZWBK▮ because it

11    is no longer collecting data. There was no data in ZWBK ▮ as of July 30, 2022.

12    6.    We are also preserving four mapping tables that reside in ▮. Storing one snapshot

13    of the tables will take approximately ▮▮▮, and will grow at the rate of approximately ▮

14    ▮▮ /day.

16    I declare under penalty of perjury that the foregoing is true and correct.

17    Executed on the 19th day of October 2022 at Mountain View, California.

19    By:    _Joshua Halstead_
        DocuSigned by:
        6C22618C54504D5
20    Joshua Halstead