# DECLARATION OF DANNY TALAVERA ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

GOOGLE LLC,

    Defendant.

Case No. 4:20-cv-05146-YGR-SVK

## DECLARATION OF DANNY TALAVERA

1. I am a Software Engineer employed by Google LLC. I have been employed at Google since 2008, and I lead the ▮▮▮▮ Team. In my capacity as lead of the ▮▮▮▮ Team, I am responsible for supporting requests for data from ▮▮▮▮. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in ▮▮▮▮. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. As of the date of this declaration, the ▮▮▮▮ team has taken two quarterly snapshots of ▮▮▮▮ tables for litigation preservation: ▮▮▮▮ and ▮▮▮▮, which are stored with daily granularity. The first snapshot contains approximately ▮▮▮▮ of data. The second snapshot contains approximately ▮▮▮▮ of data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of October 2022 at San Francisco, California.

By: *Danny Talavera*
—DocuSigned by: CAD5A9270015491...—
Danny Talavera