# EXHIBIT 2

# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   _____
                                           )
 5   CHASOM BROWN, WILLIAM BYATT,          )CASE NO.:
     JEREMY DAVIS, CHRISTOPHER             )
 6   CASTILLO, and MONIQUE TRUJILLO,       )5:20-cv-03664-
     individually and on behalf of         )LHK-SVK
 7   all other similarly situated,         )
                                           )
 8                     Plaintiffs,         )
                                           )
 9            v.                           )
                                           )
10   GOOGLE, LLC,                          )
                                           )
11                     Defendant.          )
     _____)
12
13
14
15
16           DEPOSITION OF GLENN BERNTSON
17                      VOLUME I
18         REMOTELY IN LOS ANGELES, CALIFORNIA
19              FRIDAY, MARCH 18, 2022
20
21
22
23   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
24                  CSR NO. 14125
25   JOB NO.:       5142481
```

Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
                 SAN JOSE DIVISION
 _____
                                )
 CHASOM BROWN, WILLIAM BYATT,   ) CASE NO.:
 JEREMY DAVIS, CHRISTOPHER      )
 CASTILLO, AND MONIQUE TRUJILLO,) 5:20-cv-03664-
 INDIVIDUALLY AND ON BEHALF OF  ) LHK-SVK
 ALL OTHER SIMILARLY SITUATED,  )
                                )
             Plaintiffs,        )
                                )
        v.                      )
                                )
 GOOGLE, LLC,                   )
                                )
             Defendant.         )
 _____)




    DEPOSITION OF GLENN BERNTSON, VOLUME I
    TAKEN ON BEHALF OF THE PLAINTIFFS
    REMOTELY VIA ZOOM VIDEO CONFERENCING, IN
    LOS ANGELES, CALIFORNIA, BEGINNING AT
    10:36 A.M. AND ENDING AT 5:01 P.M., ON
    FRIDAY, MARCH 18, 2022, BEFORE
    NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
    REPORTER NUMBER 14125.
```
Page 2

```
              A P P E A R A N C E S

 FOR THE PLAINTIFF, CHASOM BROWN, WILLIAM BYATT,
 JEREMY DAVIS, CHRISTOPHER CASTILLO, AND MONIQUE
 TRUJILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHER
 SIMILARLY SITUATED:
    BOIES SCHILLER FLEXNER
    BY:  MARK MAO, ESQ.
    BY:  ERIKA NYBORG-BURCH, ESQ.
    44 MONTGOMERY STREET
    41ST FLOOR
    SAN FRANCISCO, CALIFORNIA  94104
    (415) 293-6800
    MMAO@BSFLLP.COM
        - AND -
    SUSMAN GODFREY
    BY:  AMANDA BONN, ESQ.
    1900 AVENUE OF THE STARS
    SUITE 1400
    LOS ANGELES, CALIFORNIA  90067
    (310) 789-3131
    ABONN@SUSMANGODFREY.COM

 FOR THE PLAINTIFFS IN "CALHOUN V GOOGLE":
    SIMMONS HANLY CONROY
    BY:  AN TRUONG, ESQ.
    112 MADISON AVENUE
    7TH FLOOR
    NEW YORK, NEW YORK  10016
    (212) 257-8482
    ATRUONG@SIMMONSFIRM.COM

 APPEARANCES CONTINUED ON THE FOLLOWING PAGE.
```
Page 3

```
              A P P E A R A N C E S

 FOR THE DEFENDANTS, GOOGLE, LLC:
    QUINN EMANUEL URQUHART AND SULLIVAN
    BY:  JOSEF ANSORGE, ESQ.
    BY:  TRACEY GAO, ESQ.
    300 I STREET NORTHWEST
    SUITE 900
    WASHINGTON, DC  20005
    (202) 538-8000
    JOSEFANSORGE@QUINNEMANUEL.COM
    TRACYGAO@QUINNEMANUEL.COM

 ALSO PRESENT:
    JOANN YAGER, VIDEOGRAPHER;
    TONI BAKER, GOOGLE IN-HOUSE COUNSEL
```
Page 4

```
                   I N D E X

 WITNESS                                  PAGE
 GLENN BERNTSON
     EXAMINATION BY MS. BONN                7


            E X H I B I T S
 EXHIBIT NO.    DESCRIPTION                PAGE

 EXHIBIT 1    OUTLINE OF TOPICS             61
 EXHIBIT 2    UNIFIED ID LINKAGE DESIGN     99
 EXHIBIT 3    GOOGLE ANALYTICS DATA        146
              COLLECTION OVERVIEW
 EXHIBIT 4    LETTER FROM GOOGLE DATED     155
              MARCH 17, 2022
 EXHIBIT 5    UNIFIED ID LINKAGE STORAGE;  158
              BATES GOOGCABR00399972
```
Page 5

2 (Pages 2 - 5)

**Page 130**

1  A. Yeah. I can tell you what I know,
2  which is less than the information I know about
3  PPID. And I know about PPID because it's one
4  of the things my team does.
5  For CRM ID, CRM ID was introduced                14:55:42
6  after PPID when our buy-side teams realized,
7  "Oh, PPID, what a good idea." And we actually
8  asked our partner to provide us an ID about
9  users /the primary use case for why PPID --
10 well, there are two primary use cases for PPID.  14:56:07
11 One of them for why it was introduced is that,
12 for publishers who have a direct relationship
13 with the user, they can use that knowledge of a
14 direct relationship with a user to be able to
15 be able to represent the same user across       14:56:24
16 different devices.
17     A good use case would be Spotify.
18 When you use Spotify, even if it's a free
19 account, you're logging in. You have an
20 identifier. And if you use Spotify on a phone  14:56:39
21 and you use Spotify on a web browser, Spotify
22 still knows you're the same person. And so,
23 when they interact with Ad Manager, they can
24 take your e-mail address, hash it, and then
25 share it with Ad Manager.                      14:56:57

**Page 131**

1  Ad Manager will then -- remember how I
2  described, we receive the hashed value that we
3  get from the publisher, we hash it again, and
4  we store it with a network ID so if the same
5  publisher is interacting with you on the web    14:57:15
6  and interacting with you on your phone, we'll
7  see you as the same person across those devices
8  for that one publisher with PPID. And we
9  designed it that way.
10     CRM ID saw that capability and said,         14:57:34
11 "Wouldn't it be great if we could offer the
12 same capability to advertisers?" And one of
13 their big use cases was, again, conversions so
14 that they could see the same user and map
15 conversions across different devices. The       14:57:47
16 difference with CRM ID is that, unlike PPID,
17 where we basically maintain one ID though it's
18 represented differently at different places --
19 client-side versus serving-side, but it's still
20 one ID -- for CRM ID, they do actually map       14:58:11
21 Biscotti to the CRM ID.
22     And as it relates to functionality,
23 it's -- it's really just a different
24 implementation. I don't know a ton about CRM
25 ID, but again, one of the primary use cases is  14:58:48

**Page 132**

1  conversions.
2     Q. Other than these two -- let's -- I'll
3  call them signed-in identifiers -- that either
4  a publisher or an advertiser provides to
5  Google, PPID and CRM ID, is there any other ID   14:59:13
6  like that that -- that you can think of, or
7  those are the two primary ones that are being
8  used right now?
9     MR. ANSORGE: Objection. Form,
10 compound, and mischaracterizes prior testimony,  14:59:27
11 and vague.
12    THE WITNESS: Can you reword that?
13 I'm -- I'm not quite sure I understand your
14 question.
15 BY MS. BONN:                                     14:59:38
16    Q. Yeah. Let me go back and ask -- let
17 me go back. Let me go back to CRM ID.
18    A. Okay.
19    Q. CRM ID mapped Biscottis, where is that
20 mapping stored, if you know?                     14:59:51
21    A. To be clear, I -- the term "mapping"
22 versus "linking" are different within Google's
23 vocabulary. And you're using it in a way that
24 doesn't make sense to me because mapping
25 corresponds to when it's the same ID that's      15:00:12

**Page 133**

1  just represented using a string client side and
2  an integer side, but it's still the same ID.
3  Linking is where you might have multiple
4  different IDs that are then linked to one other
5  ID. So I wouldn't call what CRM ID does as      15:00:32
6  mapping, really. It's more of a linking.
7     Q. Where would that --
8     A. Just to --
9     Q. I didn't mean to interrupt, I'm sorry.
10 And I appreciate you clarifying. It helps us    15:00:50
11 to make sure we're using language in the same
12 way.
13    Where does that linking, between a CRM
14 and a Biscotti, where does that sit within
15 Google?                                         15:01:06
16    A. The storage of that linkage? I'm
17 trying to understand your question.
18    Q. Let's say -- let's say I wanted to
19 know whether a particular CRM ID had a -- had
20 been linked with a Biscotti. Is there            15:01:31
21 something I could query to find that out? Is
22 that linkage stored somewhere?
23    A. I believe the linkage would be stored
24 somewhere. And given the way our storage
25 mechanisms work, I believe that the storage     15:01:50

```
 1  mechanism would be ▇▇▇. But again, this is
 2  something that's so far away from my technical
 3  knowledge, I would be speculating, sort of,
 4  beyond that.
 5     Q. And -- and I appreciate that. And        15:02:11
 6  it's helpful, at any point, if you aren't
 7  certain about something, it's perfectly fine
 8  to -- just to say that.
 9     You said that based on, I think, your
10  more general knowledge, you believe the storage  15:02:24
11  mechanism for the CRM to Biscotti linkage would
12  be in ▇▇▇.
13     What makes you think that?
14     A. Google is quite careful about where
15  different types of data are stored. And if you  15:02:41
16  have data keyed via user ID and you're in ads,
17  there is one place you store user-keyed data,
18  and that's ▇▇▇. The only exceptions to that
19  are two types. One is ▇▇, and ▇▇ is basically
20  ▇▇▇. It's just slightly updated                  15:03:07
21  infrastructure that's been tuned to the ads'
22  use cases, and so it can use fewer resources in
23  terms of the way caches are maintained, et
24  cetera, because it's been tuned to a bunch of
25  ads use cases.                                   15:03:23
```
Page 134

```
 1     ▇▇▇ is a generic Google database
 2  that has been designed for storing data
 3  associated with keys. And it was realized very
 4  early on that, Oh, if we build this in a way
 5  that it's super easy to sort of maintain         15:03:43
 6  security, et cetera, around this, it's like a
 7  perfect, you know, ID storage database. That's
 8  how ▇▇▇ was designed. So because that's the
 9  way ▇▇▇ was designed, I'm pretty sure that's
10  where they're storing the data.                  15:03:59
11     Q. And you said there are only two
12  exceptions, and then you mentioned ▇▇.
13     What was the second exception?
14     A. The second exception is if you have
15  the whole product that's a consumer-targeted     15:04:10
16  product, you can store user data in the
17  spanner. And the spanner is Google's general
18  relational database mechanism. It's the
19  equivalent of, you know, an Oracle database if
20  you're -- if another company is using Oracle,    15:04:34
21  or MySQL, et cetera. So it's Google's internal
22  relational database, and so Gmail, Maps, et
23  cetera, these consumer products Google
24  supports, a lot of data is keyed off of those
25  user IDs.                                        15:04:57
```
Page 135

```
 1     And so, for those consumer products,
 2  they'll store the data in spanner, but they
 3  have their own protected instances in terms of
 4  the way permissions are granted, et cetera.
 5  But when in ads, because we're really storing    15:05:09
 6  just highly-structured, very specific data
 7  about users, we're just using ▇▇▇.
 8     I'm sorry, go ahead.
 9     Q. What are some -- can you just give me
10  like an example of the type of consumer target   15:05:23
11  product where they would store it in spanner?
12     A. Gmail.
13     Q. Got it. Okay. Okay. I have a
14  question about -- going back to the
15  hypothetical we were talking about earlier,      15:06:07
16  ad -- how an ad is served through Ad Manager.
17     Does Google analytics data inform or
18  play a role in the process of how or what ad is
19  served through Ad Manager?
20     A. In one very limited use case.              15:06:27
21     Q. And what is that case?
22     A. If there is a publisher who has an Ad
23  Manager account, and the same publisher has a
24  Google Analytics account, and within their
25  Google Analytics account, they build user lists  15:06:56
```
Page 136

```
 1  based off of user browsing behavior on their
 2  site -- which is a functionality Google
 3  Analytics supports -- that publisher can choose
 4  to export one or more of these lists of users
 5  that they've created in Google Analytics to Ad   15:07:18
 6  Manager.
 7     And when they do so, this user list
 8  that they've exported from Google Analytics to
 9  Google Ad Manager can be used to target ads in
10  Google Ad Manager, specifically for              15:07:36
11  reservations.
12     Q. And when you say that this is a
13  limited use case, are you using the word
14  "limited" because it's very specific or because
15  it is not widely implemented?                    15:07:59
16     A. Kind of both. The vast majority of Ad
17  Manager publishers don't use this feature.
18  It's a pretty small number of Ad Manager
19  publishers that use the Google Analytics
20  exported user lists. And to turn it on, you      15:08:24
21  literally have to go through all of these steps
22  to sort of link the accounts and export these
23  lists. It's a very manual process.
24     Q. And what about on the conversion side?
25  Is -- does Google Analytics data play a role in  15:08:43
```
Page 137

35 (Pages 134 - 137)

1   MS. BONN: Great. Likewise. Maybe we
2  can go off the record for the moment.
3       MR. ANSORGE: Yeah. I'm fine with
4  that. We can go off the record. Thanks.
5       THE VIDEOGRAPHER: This concludes the    17:01:29
6  deposition. We're going off the record at
7  5:01 p.m.
8       (Deposition concluded at 5:01 P.M.)
9              -oOo-
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 182

1 STATE OF CALIFORNIA   )
             ) SS.
2 COUNTY OF LOS ANGELES )
3
4
5     I, GLENN BERNTSON, HEREBY CERTIFY UNDER
6 PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
7 CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
8     EXECUTED THIS ____ DAY OF _____,
9 2022, AT _____, CALIFORNIA.
10
11
12
13
14     _____
15        GLENN BERNTSON
16
17
18
19
20
21
22
23
24
25

Page 183

1      CERTIFIED STENOGRAPHER'S CERTIFICATE
2  STATE OF CALIFORNIA  )
                ) SS.
3  COUNTY OF LOS ANGELES )
4
5     I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
6     I AM A DULY QUALIFIED CERTIFIED SHORTHAND
7  REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
8  CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
9  REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10 FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11     I AM NOT FINANCIALLY INTERESTED IN THIS
12 ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13 ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14 (CIV. PROC. § 2025.320(A))
15     I AM AUTHORIZED TO ADMINISTER OATHS OR
16 AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17 PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18 EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19 OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20 2025.540(A))
21     I AM THE CERTIFIED OFFICER THAT
22 STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23 FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT
24 IS A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV.
25 PROC. §  2025.540(A))

Page 184

1     I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
2  ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY
3  OR THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
4  ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES
5  OR THEIR ATTORNEYS ATTENDING THE PROCEEDING AND
6  MAKING SAME AVAILABLE AT THE SAME TIME TO ALL
7  PARTIES OR THEIR ATTORNEYS.  (CIV. PROC §
8  2025.320(B))
9     I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
10 CONSISTING OF THE CERTIFIED STENOGRAPHER'S
11 NOTATIONS OR COMMENTS REGARDING THE DEMEANOR OF
12 ANY WITNESS, ATTORNEY, OR PARTY PRESENT AT THE
13 PROCEEDING TO ANY PARTY OR ANY PARTY'S ATTORNEY OR
14 THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
15 ACTION, NOR SHALL I COLLECT ANY PERSONAL
16 IDENTIFYING INFORMATION ABOUT THE WITNESS AS A
17 SERVICE OR PRODUCT TO BE PROVIDED TO ANY PARTY OR
18 THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
19 ACTION.  (CIV. PROC. § 2025.320(C))
20    DATED:  MARCH 23, 2022
21
22
23
24
25    NATALIE PARVIZI-AZAD, CSR NO.14125

Page 185

47 (Pages 182 - 185)