**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@discellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' NOTICE OF COMPLIANCE WITH ORDER IN DKT. NO. 894**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

**PLAINTIFFS' NOTICE OF COMPLIANCE**

Plaintiffs respectfully submit this Notice pursuant to the Court's October 24, 2022 Order at Dkt. No. 894 (the "Order") to provide a status report on compliance and to request guidance. The Order states that the "[p]arties shall meet and confer and submit an edited version of Plaintiffs' exhibit C-4," the Rebuttal Report of Professor Zubair Shafiq Pursuant to Dkt. Nos. 872 & 879 (the "Shafiq Rebuttal Report"). Plaintiffs have attempted compliance but Google takes the position that edits to the Shafiq Rebuttal Report must await a final hearing transcript.  Specifically:

- On October 24, 2022, at the conclusion of the evidentiary hearing, the Court ordered the parties to meet and confer to submit an edited version of the Shafiq Rebuttal Report that was limited to those portions addressed at the hearing. The same Order was memorialized in writing in the Civil Minutes, Dkt. No. 894.

- On October 26, 2022, Plaintiffs provided Google with a highlighted version of the Shafiq Rebuttal Report, indicating portions that Plaintiffs believed should be submitted to the Court.

- On October 27, 2022, Plaintiffs emailed Google requesting the status of Google's designations of the Shafiq Rebuttal Report. Google responded that the parties should defer their meet and confer until the parties have received the hearing transcript.

- On October 31, 2022, Plaintiffs again requested Google's designations. Plaintiffs further proposed sending the Report with notations to indicate any portions in dispute. Google reiterated that it will not consent to a proposed submission prior to the transcript.

Pursuant to Google's objection, Plaintiffs have not submitted the Shafiq Rebuttal Report to the Court. Plaintiffs submit this Notice to inform the Court of Plaintiffs' efforts to fully comply with the Court's Order. Plaintiffs respectfully request further guidance should the Court require the Shafiq Rebuttal Report before the hearing transcript can be made available. While Plaintiffs wait for Google to meet and confer, the full Report remains in the Court's possession as Exhibit C-4 that Plaintiffs provided on October 19th.

| | |
|---|---|
| Dated: November 1, 2022 | Respectfully submitted, |
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITT LLC** |
| By: */s/ Lesley E. Weaver* <br> Lesley Weaver (Cal. Bar No.191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 994607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ David A. Straite* <br> David A. Straite (admitted *pro hac vice*) <br> Corban Rhodes (admitted *pro hac vice*) <br> 485 Lexington Avenue, 10th Floor <br> New York, NY 10017 <br> Tel.: (646) 993-1000 <br> Fax: (646) 494-9648 <br> dstraite@dicellolevitt.com <br> crhodes@dicellolevitt.com <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Floor <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com <br> aprom@dicellolevitt.com <br> scruz@dicellolevitt.com |
| **SIMMONS HANLY CONROY LLC** | |
| By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> Jenny Paulson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> jaybarnes@simmonsfirm.com <br> atruong@simmonsfirm.com <br> ejohnson@simmonsfirm.com <br> jpaulson@simmonsfirm.com | |

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jay Barnes, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2022          */s/ Jay Barnes*
                                 Jay Barnes

**CERTIFICATE OF SERVICE**

I, Jay Barnes, hereby certify that on November 1, 2022 I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: November 1, 2022                             /s/ Jay Barnes
                                                    Jay Barnes