1  **DiCELLO LEVITT LLC**
   David A. Straite (admitted *pro hac vice*)
2  485 Lexington Avenue, Tenth Floor
   New York, NY 10017
3  Tel.: (646) 933-1000
   Fax: (646) 494-9648
4  *dstraite@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY RE: GOOGLE'S MOTION FOR RELIEF (DKT. No. 898) FROM THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 (DKT. NO. 766); OR IN THE ALTERNATIVE, MOTION TO MODIFY BRIEFING SCHEDULE** |

## DECLARATION OF DAVID A. STRAITE

I, David A. Straite, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am a partner with the law firm DiCello Levitt LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. On Thursday, October 27, 2022, Google filed its self-styled "Motion for Relief" at Dkt. No. 898 (the "Motion"), seeking to modify its preservation obligations approved by this Court in Orders dated July 15, 2022 and on August 5, 2022. The Motion is accompanied by eight substantive declarations, some from declarants unfamiliar to Plaintiffs.

5. Earlier today, November 3, 2022, I checked the "Deadlines/Hearings" tab of the online docket for the above-captioned case. The docket shows a due date of November 10, 2022 for responding to Google's Motion.

6. Google never contacted Plaintiffs prior to filing the Motion with any attempt to confer related to the relief sought, nor were Plaintiffs even aware that the Motion was in progress. Plaintiffs first learned of the Motion upon receipt of the ECF email notice.

7. The following day, Friday, October 28, 2022, Google produced data pursuant to this Court's Order dated August 5, 2022, providing additional details regarding the content of data logs subject to preservation. Based on Plaintiffs' initial review, it appears that the new data relates to multiple data sources and includes 8 GBs of raw data. It will not be possible to fully analyze the data prior to the currently calendared November 10, 2022 response date.

8. On Monday, October 31, 2022, I emailed Google counsel. First, I asked for an explanation for noticing the motion for a November 22, 2022, which is less than the minimum 35 days provided in Civil Local Rule 7-2. I also asked to extend the briefing schedule.

1  9. Later on October 31, 2022, Google counsel emailed back and confirmed that the November 22, 2022 hearing date was set in error and Google would re-notice the hearing for a later date. Google also asked follow-up questions regarding the need for an extension. After additional back-and-forth emails, Google agreed that they could support a request for the following changes to the briefing schedule:

| **Filing/Event** | **Current Deadline/Date** | **Proposed Date** |
|---|---|---|
| Plaintiffs' Opposition | November 10, 2022 | Tuesday, November 29, 2022 |
| Google's Reply | November 17, 2022 | Tuesday, December 13, 2022 |
| Hearing | December 13, 2022 | Tuesday, December 20, 2022 |

Executed this 3rd day of November, 2022, at Marbletown, New York.

/s/ *David A. Straite*
David A. Straite

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on November 3, 2022, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ David A. Straite*
David A. Straite