| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** <br> Lesley Weaver (Cal. Bar No.191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | **SIMMONS HANLY CONROY LLC** <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> jaybarnes@simmonsfirm.com <br> atruong@simmonsfirm.com <br> ejohnson@simmonsfirm.com |
| **DICELLO LEVITT GUTZLER LLC** <br> David A. Straite (admitted *pro hac vice*) <br> 485 Lexington Avenue, 10th Floor <br> New York, NY 10017 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com | **DICELLO LEVITT GUTZLER LLC** <br> Amy Keller (admitted *pro hac vice*) <br> Adam Levitt (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn St., 6th Floor <br> Chicago, IL 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com <br> alevitt@dicellolevitt.com <br> aprom@dicellolevitt.com |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-05146-YGR-SVK <br><br> **DECLARATION OF SHARON CRUZ IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**DECLARATION OF SHARON CRUZ**

I, Sharon Cruz, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court.

2. I am an associate with the law firm DiCello Levitt Gutzler LLC who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

4. I submit this declaration in support of Plaintiffs' Motion to Seal.

5. Attached as **Exhibit 1** is a true and correct copy of the SEALED and UNREDACTED version of the Plaintiffs' Motion for Leave to File Surreply.

6. Attached as **Exhibit 2** is a true and correct copy of the public and redacted version of Plaintiffs' Motion for Leave to File Surreply.

7. Attached as **Exhibit 3** is a true and correct copy of the SEALED and UNREDACTED version of Plaintiffs' Proposed Surreply.

8. Attached as **Exhibit 4** is a true and correct copy of the public and redacted version of Plaintiffs' Proposed Surreply.

9. Attached as **Exhibit 5** is a true and correct copy of the SEALED and UNREDACTED version of the Barnes Declaration.

10. Attached as **Exhibit 6** is a true and correct copy of the public and redacted version of the Barnes Declaration.

11. Attached as **Exhibit 7** is a true and correct copy of the SEALED and UNREDACTED version of the Straite Declaration.

12. Attached as **Exhibit 8** is a true and correct copy of the public and redacted version of the Straite Declaration.

13. Attached as **Exhibit 9** is a true and correct copy of the SEALED and UNREDACTED version of the Shafiq Report at Exhibit 76, which includes an Exhibit A.

14. Attached as **Exhibit 10** is a true and correct copy of the public and redacted version

of the Shafiq Report at Exhibit 76 with included Exhibit A.

15. Attached as **Exhibit 11** is a true and correct copy of the SEALED and UNREDACTED version of Exhibit 77, GOOG-CABR-05885871.

16. Attached as **Exhibit 12** is a true and correct copy of the public and redacted version of Exhibit 77, GOOG-CABR-05885871

17. Attached as **Exhibit 13** is a true and correct copy of the SEALED and UNREDACTED version of Exhibit 78, GOOG-CABR-05885987.

18. Attached as **Exhibit 14** is a true and correct copy of the public and redacted version of Exhibit 78, GOOG-CABR-05885987.

19. Attached as **Exhibit 15** is a true and correct copy of the SEALED and UNREDACTED version of Exhibit 79, Excerpts from the June 29, 2022 deposition transcript of Sabine Borsay.

20. Attached as **Exhibit 16** is a true and correct copy of the public and redacted version of Exhibit 79, Excerpts from the June 29, 2022 deposition transcript of Sabine Borsay.

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th Day of November, 2022, at Indianapolis, Indiana.

**DiCELLO LEVITT LLC**

By:   */s/ Sharon D. Cruz*
Sharon D. Cruz (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on November 14, 2022, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

                                          */s/ Sharon D. Cruz*

                                          Sharon D. Cruz