1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD AND FILE A SUR-REPLY** |

On November 14, 2022, pursuant to Local Rules 7-3(d) and 7-11, Plaintiffs filed an Administrative Motion for Leave to Supplement the Record and File a Sur-Reply in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment.

The Court, having considered Plaintiffs' Administrative Motion for Leave to Supplement the Record and to File a Sur-Reply, all papers and evidence submitted in support and against, the pertinent pleadings, the applicable law, and finding good cause therefore, hereby **GRANTS** Plaintiffs' Administrative Motion, **ACCEPTS** the supplemental evidence, and **ACCEPTS** Plaintiffs' Sur-Reply in Support of Their Opposition to Google's Motion for Summary Judgment.

Dated: _____

Hon Yvonne Gonzalez Rogers
United States District Judge