**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD AND FILE A SUR-REPLY** |

1  On November 14, 2022, pursuant to Local Rules 7-3(d) and 7-11, Plaintiffs filed an
2  Administrative Motion for Leave to Supplement the Record and File a Sur-Reply in Support of
3  Plaintiffs' Opposition to Google's Motion for Summary Judgment.
4  The Court, having considered Plaintiffs' Administrative Motion for Leave to Supplement
5  the Record and to File a Sur-Reply, all papers and evidence submitted in support and against, the
6  pertinent pleadings, the applicable law, and finding good cause therefore, hereby **GRANTS**
7  Plaintiffs' Administrative Motion, **ACCEPTS** the supplemental evidence, and **ACCEPTS**
8  Plaintiffs' Sur-Reply in Support of Their Opposition to Google's Motion for Summary Judgment.

Dated: _____

Hon Yvonne Gonzalez Rogers
United States District Judge