**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@discellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**DECLARATION OF DAVID STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

Judge: Hon. Yvonne Gonzalez Rogers

I, David A. Straite, hereby declare as follows:

1. I am a partner with DiCello Levitt LLC and am admitted *pro hac vice* before this Court. along with Co-Counsel at Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy LLC, I represent Plaintiffs in the above-captioned lawsuit.

2. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge.

3. I submit this Declaration in support of Plaintiffs' administrative motion for an extension of the briefing schedule related to Google's October 26, 2022 "Motion for Relief" from this Court's prior data log preservation orders (the "Motion," public redacted version at Dkt. No. 898; sealed version at Dkt. No. 879-3).

4. This past Friday, November 25, 2022, Plaintiffs' counsel received an email from Google's outside counsel at Quinn Emanuel, stating as follows:

> "Google intends to file an administrative motion to supplement its Motion for Relief Regarding Preservation filed on October 27, 2022 (Dkt. 879-3). Specifically, Google would like to inform the Court that since the filing of the original motion, for a subset of the columns that contain one or more of the specified fields, Google engineers managed to filter the data to the required fields, which reduced the estimated daily average of new data written to the preservation pipelines [by 75%]."[1]
>
> "Please advise whether Plaintiffs would consent to file a joint stipulation to supplement Google's Motion for Relief instead by COB today. Thank you."

5. On Saturday, November 26, 2022, I responded to Google's email from the previous day, asking:

> ". . . other than the information above, what else are you proposing to include in your supplement? Also, Plaintiffs will need one full week after the filing of the supplement to digest and file our response to the original motion for relief as modified by the supplement. Please advise whether Google would consent."

6. As of Monday morning, November 28, 2022, I have received no response to the

[1] The corrected data volume reported in Google's email was not designated "confidential" but it is possible that the lack of designation might have been an oversight, given prior designations. As a courtesy, and to avoid unnecessary sealing motion burdens, I do not reveal the precise data here.

email above.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2022, in New York, NY.

/s/ *David A. Straite*
David A. Straite