United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 923 |

The Court is in receipt of Plaintiffs' administrative motion to extend the briefing schedule on Google's motion for relief from the Court's preservation plan order. Dkt. 923 – the "Administrative Motion." The Court **ORDERS** as follows:

1. Google's response to the Administrative Motion at Dkt. 923 is due by **noon on November 29, 2022.**

2. The Court will set a revised briefing schedule on Google's motion for relief from the Court's preservation plan order when the Court rules on the Administrative Motion.

**SO ORDERED.**

Dated: November 28, 2022

                                                   SUSAN VAN KEULEN
                                                   United States Magistrate Judge