1 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)           Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com                  andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)                 Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com                     teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor                191 N. Wacker Drive, Suite 2700
5  Redwood Shores, CA 94065                         Chicago, IL 60606
   Telephone: (650) 801-5000                        Telephone: (312) 705-7400
6  Facsimile: (650) 801-5100                        Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)            Josef Ansorge (admitted *pro hac vice*)
8  stephenbroome@quinnemanuel.com                   josefansorge@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)               Xi ("Tracy") Gao (CA Bar No. 326266)
9  violatrebicka@quinnemanuel.com                   tracygao@quinnemanuel.com
   Crystal Nix-Hines (Bar No. 326971)               Carl Spilly (admitted *pro hac vice*)
10 crystalnixhines@quinnemanuel.com                 carlspilly@quinnemanuel.com
11 Alyssa G. Olson (CA Bar No. 305705)              1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                        Washington D.C., 20005
12 865 S. Figueroa Street, 10th Floor               Telephone: (202) 538-8000
   Los Angeles, CA 90017                            Facsimile: (202) 538-8100
13 Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Jomaire Crawford (admitted *pro hac vice*)       Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com                 jonathantse@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor                    50 California Street, 22nd Floor
   New York, NY 10010                               San Francisco, CA 94111
17 Telephone: (212) 849-7000                        Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                        Facsimile: (415) 875-6700
18

19 *Counsel for Defendant Google LLC*

20 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

21 PATRICK CALHOUN, *et al*., on behalf of          Case No. 4:20-cv-5146-YGR-SVK
   themselves and all others similarly situated,
22
                                                    **RESPONSE PURSUANT TO DKT. 925
23        Plaintiffs,                               RE PLAINTIFFS' ADMINISTRATIVE
                                                    MOTION TO EXTEND BRIEFING
24        v.                                        SCHEDULE**

25 GOOGLE LLC,                                      Referral: Hon. Susan Van Keulen

26        Defendant.

27

28

1  Pursuant to Your Honor's November 28, 2022 Order (Dkt. 925), Google submits the
2  following response to Plaintiffs' Administrative Motion to Extend Briefing Schedule (Dkt. 923)
3  ("Plaintiffs' Motion") related to Google's Motion for Relief Regarding Preservation (Dkt. 879-3)
4  ("Motion for Relief").

5  Plaintiffs' Motion is unnecessary and premature because Google agrees with Plaintiffs'
6  proposed schedule, with one minor modification to the deadline for Google's reply brief, explained
7  below. Regrettably, Plaintiffs did not give Google a chance to provide them this information because
8  Plaintiffs requested the schedule change on Saturday, November 26, 2022, during the Thanksgiving
9  Holiday weekend, and filed their motion at 8:30 a.m. Pacific Time on Monday, November 28, 2022,
10 before Google could respond. *Id*. ¶¶ 4-5.

11 Google seeks only a slight modification to Plaintiffs' proposal to account for the fact that it
12 results in Google's Reply Brief being due during a period when key personnel and counsel are
13 unavailable. Google therefore proposes that its Reply Brief be due December 23, 2022. Google
14 proposes the following schedule:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiffs' Opposition Brief | November 29, 2022 | Seven days after Google files the Supplement, as Plaintiffs propose |
| Google's Reply Brief | December 13, 2022 | December 23, 2022 |

19 If granted, this modification would not impact the January 10, 2023 hearing date. This would be
20 the second modification to the briefing schedule for Google's Motion for Relief. The schedule was
21 previously modified by the Court's November 3, 2022 Order (Dkt. No. 906), which set the current due
22 dates provided in the table above.

DATED: November 29, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                 By      */s/ Andrew H. Schapiro*
                                    Andrew H. Schapiro (admitted *pro hac vice*)
                                    andrewschapiro@quinnemanuel.com
                                    191 N. Wacker Drive, Suite 2700
                                    Chicago, IL 60606
                                    Telephone: (312) 705-7400

Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Marie Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*