1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-5146-YGR-SVK

11

12

Plaintiffs,

~~[PROPOSED]~~ **ORDER GRANTING GOOGLE LLC'S MOTION TO SUPPLEMENT MOTION FOR RELIEF REGARDING PRESERVATION**

13

v.

14

GOOGLE LLC,

Judge: Hon. Susan van Keulen

15

Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                Case No. 4:20-cv-5146-YGR-SVK

1

**[PROPOSED] ORDER**

2

　　　　Before the Court is Google LLC's Motion to Supplement Motion for Relief Regarding

3

Preservation ("Motion for Supplement"). Having considered the parties' papers filed relating to this

4

Motion for Supplement and Google's Motion for Relief, and other papers and evidence on file, and good

5

cause having been shown, the Court **ORDERS** as follows:

6

　　　　Google's Motion to Supplement is **GRANTED**.

7

　　　　**SO ORDERED**.

8

9

DATED:　November 30, 2022

10

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28