# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**PATRICK CALHOUN, ET AL.**

    Plaintiffs,

    v.

**GOOGLE, LLC**,

    Defendant.

CASE NO. 20-cv-5146-YGR

**JUDGMENT**

In accordance with the Court's opinion, judgment is entered. The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: December 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**