1    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2    Diane M. Doolittle (CA Bar No. 142046)       Andrew H. Schapiro (admitted *pro hac vice*)
     dianedoolittle@quinnemanuel.com              andrewschapiro@quinnemanuel.com
3    Sara Jenkins (CA Bar No. 230097)             Teuta Fani (admitted *pro hac vice*)
     sarajenkins@quinnemanuel.com                 teutafani@quinnemanuel.com
4    555 Twin Dolphin Drive, 5th Floor            191 N. Wacker Drive, Suite 2700
5    Redwood Shores, CA 94065                     Chicago, IL 60606
     Telephone: (650) 801-5000                    Telephone: (312) 705-7400
6    Facsimile: (650) 801-5100                    Facsimile: (312) 705-7401

7    Stephen A. Broome (CA Bar No. 314605)        Josef Ansorge (admitted *pro hac vice*)
8    stephenbroome@quinnemanuel.com               josefansorge@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)           Xi ("Tracy") Gao (CA Bar No. 326266)
9    violatrebicka@quinnemanuel.com               tracygao@quinnemanuel.com
     Crystal Nix-Hines (Bar No. 326971)           Carl Spilly (admitted *pro hac vice)*
10   crystalnixhines@quinnemanuel.com             carlspilly@quinnemanuel.com
     Alyssa G. Olson (CA Bar No. 305705)          1300 I Street NW, Suite 900
11   alyolson@quinnemanuel.com                    Washington D.C., 20005
12   865 S. Figueroa Street, 10th Floor           Telephone: (202) 538-8000
     Los Angeles, CA 90017                        Facsimile: (202) 538-8100
13   Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
14

15   Jomaire Crawford (admitted *pro hac vice*)   Jonathan Tse (CA Bar No. 305468)
     jomairecrawford@quinnemanuel.com             jonathantse@quinnemanuel.com
16   51 Madison Avenue, 22nd Floor                50 California Street, 22nd Floor
     New York, NY 10010                           San Francisco, CA 94111
17   Telephone: (212) 849-7000                    Telephone: (415) 875-6600
18   Facsimile: (212) 849-7100                    Facsimile: (415) 875-6700

19   *Counsel for Defendant Google LLC*

20                      **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
21                            **OAKLAND DIVISION**

22   PATRICK CALHOUN, *et al*., on behalf of        Case No. 4:20-cv-5146-YGR-SVK
23   themselves and all others similarly situated,

                                                    **DEFENDANT GOOGLE LLC'S**
24          Plaintiffs,                             **MOTION TO REMOVE INCORRECTLY**
                                                    **FILED DOCUMENTS (DKTS. 933-3, 934)**
25          v.
                                                    Referral: Hon. Susan van Keulen, USMJ
26   GOOGLE LLC,

27          Defendant.

28

1    Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed

2 Documents to remove from the dockets the following documents ("Plaintiffs' Filings"):

3         • Plaintiffs' Opposition to Google's Motion For Relief (Dkt. No. 898) from the Court's

4            Modified Preservation Plan Dated July 15, 2022 (Dkt No. 766) as Modified Again

5            on August 5, 2022 (Dkt No. 815) (Redacted), filed as Dkt. No. 933-3;

6         • Plaintiffs' Opposition to Google's Motion For Relief (Dkt. No. 898) from the Court's

7            Modified Preservation Plan Dated July 15, 2022 (Dkt No. 766) as Modified Again

8            on August 5, 2022 (Dkt No. 815) (Redacted), filed as Dkt. No. 934.

9    After the Plaintiffs' filing of the docket entries listed above, Google discovered that certain

10 confidential information was inadvertently unredacted. The information sought to be redacted

11 contains highly sensitive, confidential, and proprietary business information that could affect

12 Google's competitive standing and may expose Google to increased security risks, including

13 cybersecurity threats, if publicly disclosed. Google has filed a corrected, redacted version of

14 Plaintiffs' Filings *See Dkt.938-2.* Accordingly, Google respectfully requests that Docket Nos. 933-

15 3 and 934 be permanently deleted from the docket.

16

17 DATED:  December 13, 2022                QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
18

19                                    By   */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro (admitted *pro hac vice*)
20                                          andrewschapiro@quinnemanuel.com
                                            Teuta Fani (admitted *pro hac vice*)
21                                          teutafani@quinnemanuel.com
                                            191 N. Wacker Drive, Suite 2700
22                                          Chicago, IL 60606
                                            Telephone: (312) 705-7400
23                                          Facsimile: (312) 705-7401

24                                          Diane M. Doolittle (CA Bar No. 142046)
25                                          dianedoolittle@quinnemanuel.com
                                            Sara Jenkins (CA Bar No. 230097)
26                                          sarajenkins@quinnemanuel.com
                                            555 Twin Dolphin Drive, 5th Floor
27                                          Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
28

1    Facsimile: (650) 801-5100

2    Stephen A. Broome (CA Bar No. 314605)
3    stephenbroome@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)
4    violatrebicka@quinnemanuel.com
     Crystal Nix-Hines (Bar No. 326971)
5    crystalnixhines@quinnemanuel.com
     Alyssa G. Olson (CA Bar No. 305705)
6    alyolson@quinnemanuel.com
     865 S. Figueroa Street, 10th Floor
7    Los Angeles, CA 90017
     Telephone: (213) 443-3000
8    Facsimile: (213) 443-3100

9
     Jomaire Crawford (admitted pro hac vice)
10   jomairecrawford@quinnemanuel.com
     51 Madison Avenue, 22nd Floor
11   New York, NY 10010
     Telephone: (212) 849-7000
12   Facsimile: (212) 849-7100

13
     Josef Ansorge (admitted pro hac vice)
14   josefansorge@quinnemanuel.com
     Xi ("Tracy") Gao (CA Bar No. 326266)
15   tracygao@quinnemanuel.com
     Carl Spilly (admitted *pro hac vice)*
16   carlspilly@quinnemanuel.com
     1300 I Street NW, Suite 900
17   Washington D.C., 20005
     Telephone: (202) 538-8000
18   Facsimile: (202) 538-8100

19
     Jonathan Tse (CA Bar No. 305468)
20   jonathantse@quinnemanuel.com
     50 California Street, 22nd Floor
21   San Francisco, CA 94111
     Telephone: (415) 875-6600
22   Facsimile: (415) 875-6700

23
     *Attorneys for Defendant Google LLC*
24

25

26

27

28

GOOGLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS