|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | UNITED STATES DISTRICT COURT | |
| 12 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION | |
| 13 | | |
| 14 | PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
| 15 | | ~~[PROPOSED]~~ ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 933-3 AND 934) |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ |
| 19 | Defendant. | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkts. 933-3 and 934) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: December 14, 2022

*Susan van Keulen*
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge