1

2   **BLEICHMAR FONTI & AULD LLP**          **DICELLO LEVITT LLC**
    Lesley Weaver (Cal. Bar No.191305)      David A. Straite (admitted *pro hac vice*)
3   Angelica M. Ornelas (Cal. Bar No. 285929)   Corban Rhodes (admitted *pro hac vice*)
    555 12th Street, Suite 1600             485 Lexington Ave., Tenth Floor
4   Oakland, CA 994607                      New York, NY 10017
    Tel.: (415) 445-4003                    Tel.: (646) 933-1000
5   Fax: (415) 445-4020                     Fax: (646) 494-9648
    *lweaver@bfalaw.com*                    *dstraite@dicellolevitt.com*
6   *aornelas@bfalaw.com*                   *crhodes@discellolevitt.com*

7   **SIMMONS HANLY CONROY LLC**            Amy E. Keller (admitted *pro hac vice*)
    Jason 'Jay' Barnes (admitted *pro hac vice*)   Adam Prom (admitted *pro hac vice*)
8   An Truong (admitted *pro hac vice*)     Sharon Cruz (admitted *pro hac vice*)
    Eric Johnson (admitted *pro hac vice*)  Ten North Dearborn St., Sixth Floor
9   Jenny Paulson (admitted *pro hac vice*) Chicago, IL 60602
    112 Madison Avenue, 7th Floor           Tel.: (312) 214-7900
10  New York, NY 10016                      *akeller@dicellolevitt.com*
    Tel.: (212) 784-6400                    *aprom@dicellolevitt.com*
11  Fax: (212) 213-5949                     *scruz@dicellolevitt.com*
    *jaybarnes@simmonsfirm.com*
12  *atruong@simmonsfirm.com*
    *ejohnson@simmonsfirm.com*
13  *jpaulson@simmonsfirm.com*

14  *Counsel for Plaintiffs*

15

16                   **UNITED STATES DISTRICT COURT**
17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
18

19  PATRICK CALHOUN, et al., on behalf of      Case No. 4:20-cv-05146-YGR-SVK
    themselves and all others similarly situated,
20                                              **PLAINTIFFS' NOTICE OF APPEAL**
          Plaintiffs,
21                                              Judge:    Hon. Yvonne Gonzalez Rogers
             v.
22
    GOOGLE LLC,
23
          Defendant.
24

25

26

27

28

1   NOTICE IS HEREBY GIVEN that Plaintiffs Patrick Calhoun, Elaine Crespo, Michael

2   Henry, Cornice Wilson, Rodney Johnson, and Claudia Kindler appeal to the United States Court of

3   Appeals for the 9th Circuit from the Order Granting Google's Motion for Summary Judgment;

4   Denying Plaintiffs' Motion for Class Certification as Moot; and Order Re Pending Administrative

5   Motions (Doc. 935) and final judgment (Doc. 937) entered on December 12, 2022. The case was

6   first filed in U.S. District Court for the Northern District of California on July 27, 2020.

7   In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule

8   3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit, a "Representation

9   Statement" identifying all parties to this action in the District Court, along with the names,

10  addresses, and telephone numbers of their respective counsel, accompanies this notice.

11  Dated: December 20, 2022                    Respectfully submitted,

12  **BLEICHMAR FONTI & AULD LLP**              **DICELLO LEVITT LLC**

14  By:    */s/ Lesley Weaver*                  By:    */s/ David A. Straite*
    Lesley Weaver (Cal. Bar No.191305)          David A. Straite (admitted *pro hac vice*)
15  Angelica M. Ornelas (Cal. Bar No. 285929)   Corban Rhodes (admitted *pro hac vice*)
    555 12th Street, Suite 1600                 485 Lexington Avenue, 10th Floor
16  Oakland, CA 994607                          New York, NY 10017
    Tel.: (415) 445-4003                        Tel.: (646) 993-1000
17  Fax: (415) 445-4020                         Fax: (646) 494-9648
    *lweaver@bfalaw.com*                        *dstraite@dicellolevitt.com*
18  *aornelas@bfalaw.com*                       *crhodes@dicellolevitt.com*

19                                              Amy E. Keller (admitted *pro hac vice*)
                                                Adam Prom (admitted *pro hac vice*)
20  **SIMMONS HANLY CONROY LLC**                Sharon Cruz (admitted *pro hac vice*)
                                                Ten North Dearborn Street, 6th Floor
21  By:    */s/ Jason 'Jay' Barnes*             Tel.: (312) 214-7900
    Jason 'Jay' Barnes (admitted *pro hac vice*)  *akeller@dicellolevitt.com*
22  An Truong (admitted *pro hac vice*)         *aprom@dicellolevitt.com*
    Eric Johnson (admitted *pro hac vice*)      *scruz@dicellolevitt.com*
23  Jenny Paulson (admitted *pro hac vice*)
    112 Madison Avenue, 7th Floor
24  New York, NY 10016
    Tel.: (212) 784-6400
25  Fax: (212) 213-5949
    *jaybarnes@simmonsfirm.com*
26  *atruong@simmonsfirm.com*
    *ejohnson@simmonsfirm.com*
27  *jpaulson@simmonsfirm.com*

28  *Counsel for Plaintiffs*

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

I, David A. Straite, attest that concurrence in the filing of this document has been obtained

3

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

Dated: December 20, 2022                                    */s/ David A. Straite*
                                                           David A. Straite

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

      I, David A. Striate, hereby certify that on December 20, 2022, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: December 20, 2022

                                        */s/ David A. Straite*
                                        David A. Straite