**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@discellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT**<br><br>**Fed. R. App. P. 12(b)**<br><br>**Circuit Rule 3-2(b)** |

**APPELLANTS:**

**Names of Parties:**

Patrick Calhoun, Elaine Crespo, Michael Henry, Cornice Wilson, Rodney Johnson, and Claudia Kindler

**Names of Counsel:**

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (registered for filing in the 9th Circuit)
*lweaver@bfalaw.com*
Angelica M. Ornelas (registered for filing in the 9th Circuit)
*aornelas@bfalaw.com*
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020

**DICELLO LEVITT LLC**
David A. Straite (registered for filing in the 9th Circuit)
*dstraite@dicellolevitt.com*
Corban Rhodes (registered for filing in the 9th Circuit)
*crhodes@discellolevitt.com*
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648

Amy E. Keller (registered for filing in the 9th Circuit)
*akeller@dicellolevitt.com*
Adam Prom (not registered)
*aprom@dicellolevitt.com*
Sharon Cruz (not registered)
*scruz@dicellolevitt.com*
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (registered for filing in the 9th Circuit)
*jaybarnes@simmonsfirm.com*
An Truong (not registered)
*atruong@simmonsfirm.com*
Eric Johnson (not registered)
*ejohnson@simmonsfirm.com*
Jenny Paulson (not registered)
*jpaulson@simmonsfirm.com*

|    |    |
|----|----|
| 1  | 112 Madison Avenue, 7th Floor |
| 2  | New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949 |
| 3  |    |
| 4  | **APPELLEE:** |
| 5  | **Name of Party:** |
| 6  |    |
| 7  | Google LLC |
| 8  | **Names of Counsel:** |
| 9  | **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Diane M. Doolittle (CA Bar No. 142046) |
| 10 | dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097) |
| 11 | sarajenkins@quinnemanuel.com |
| 12 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 13 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 14 |    |
| 15 | Andrew H. Schapiro (admitted pro hac vice)<br>andrewschapiro@quinnemanuel.com |
| 16 | Teuta Fani (admitted pro hac vice)<br>teutafani@quinnemanuel.com |
| 17 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 18 | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| 19 |    |
| 20 | Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com |
| 21 | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com |
| 22 | Carl Spilly (admitted pro hac vice) |
| 23 | carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900 |
| 24 | Washington D.C., 20005<br>Telephone: (202) 538-8000 |
| 25 | Facsimile: (202) 538-8100 |
| 26 | Jonathan Tse (CA Bar No. 305468) |
| 27 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 28 | San Francisco, CA 94111 |

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
Marie M. Hayrapetian
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
Donald Seth Fortenbery
sethfortenbery@quinnemanuel.com
Joseph H. Margolies
josephmargolies@quinnemanuel.com
Josef Teboho Ansorge
josefansorge@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Brett Watkins
brettwatkins@quinnemanuel.com
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

**COOLEY LLP**
Jeffrey Gutkin
gutkinjm@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Dated: December 20, 2022

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*


**SIMMONS HANLY CONROY LLC**

By:   */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Counsel for Plaintiffs*

Respectfully submitted,

**DICELLO LEVITT LLC**

By:   */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (646) 993-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Floor
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2022

*/s/ David A. Straite*
David A. Straite