# GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION**<br><br>Judge: Hon. Susan van Keulen<br><br>Trial Date:         None Set |

Google respectfully seeks the Court's permission to submit a five-page joint letter brief regarding the impact of the entry of judgment against Plaintiffs on Google's preservation obligations. Dkt. 935 ("Summary Judgment Order"). Google has asked Plaintiffs to either (i) stipulate to a proposed modification of the Court's preservation orders in light of the Certification Order; or (ii) consent to file a joint letter brief allowing the parties to submit their positions on the extent to which Google's obligations should continue, but Plaintiffs declined. 12/23/2022 Declaration of Viola Trebicka ("Trebicka Decl.") ¶ 2-5.

On July 15 and August 5, 2022, this Court issued orders directing Google to preserve certain data related to Plaintiffs' proposed class. Dkt. Nos. 766, 815. On December 12, 2022, Judge Gonzalez Rogers (i) granted Google's Motion for Summary Judgment, Dkt. 935; and (ii) entered judgment for Google and closed the case file, Dkt. 937. On December 16, 2022, Google asked Plaintiffs in writing to stipulate that (i) Google would be released from ongoing preservation obligations (*i.e.*, the obligation to preserve new data that has not yet been created); and (ii) to the extent Plaintiffs request that Google continue preserving data already preserved under the preservation Orders, Plaintiffs would reimburse Google for the cost of this preservation. Google also explained that it would continue to preserve data associated with the named Plaintiffs until the resolution of all appeals. Google also asked Plaintiffs to meet and confer and explained that, in light of the ongoing and mounting costs associated with complying with the Court's preservation orders, Google would seek relief from this Court the week of December 19 if Plaintiffs would not agree to either of Google's proposals. Plaintiffs rejected Google's request during conferral on December 23.

Because Plaintiffs refused to agree to submit a joint letter brief, Google has no choice but to file this motion. Good cause exists for Google's request for leave to file a joint letter brief because (i) the Court's preservation orders impose a significant burden on Google; (ii) in light of the Court's rejection of Plaintiffs' claims and termination of this case, the data subject to the preservation order will become relevant only if the Ninth Circuit reinstates Plaintiffs' claims; and (iii) Plaintiffs have declined Google's offer to resolve these issues without the Court's intervention.

1    Google has prepared a two and a half page section of its joint letter brief and submitted it
2    as Exhibit A to this motion. Trebicka Decl. Ex. A. In light of the holidays, Google has stipulated
3    that Plaintiffs' deadline to respond to this administrative motion is extended to December 30,
4    2022. Trebicka Decl. ¶ 5. Google respectfully requests that the Court require Plaintiffs to file a
5    two and a half page letter brief responding to Google's Exhibit A by January 4, 2023, and hear the
6    dispute at the previously scheduled January 10, 2023 hearing on preservation.

8    DATED: December 23, 2022             QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By      /s/ Andrew H. Schapiro
                                                Andrew H. Schapiro