1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion Requesting Leave To File Joint Letter Brief Regarding Preservation ("Motion for Leave"). Having considered the parties' papers filed relating to this Motion for Leave, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

Google's Motion is **GRANTED**. Plaintiffs shall file a two-and-a-half page letter brief responding to Exhibit A to the Declaration of Viola Trebicka filed in support of the Motion for Leave by January 4, 2023.

**SO ORDERED**.

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE