**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-05146-YGR-SVK <br><br> **DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Hearing: February 21, 2023, 2:00 pm <br>           Courtroom 1, 4th Floor |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google LLC's Motion for an Indicative Ruling Regarding the Scope of the Court's Summary Judgment Order. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 18, 2023, I emailed counsel for Plaintiffs in this action to obtain Plaintiffs' position on whether the Court's Summary Judgment Order fully resolves Plaintiffs' six dormant claims. On January 19, 2023, Plaintiffs' counsel sent me an email stating "[t]he Court entered final judgment and closed the case more than 30 days ago, and the case is now with the Ninth Circuit."

3. On January 19, 2023, Quinn Emanuel attorneys Stephen Broome, Carl Spilly, and I met and conferred with Plaintiffs' counsel to obtain their position on the same issue. Plaintiffs' counsel informed us that their position is that the Court does not have jurisdiction to hear this dispute in light of their pending appeal. Plaintiffs' counsel declined to provide Plaintiffs' position on whether the Court's Summary Judgment order, and the reasoning therein, resolves the dormant claims.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my recollection. Executed in Los Angeles, California on January 23, 2023.

By   */s/ Viola Trebicka*
     Viola Trebicka

-1-   Case No. 4:20-cv-05146-YGR-SVK
TREBICKA DECLARATION