**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **GOOGLE LLC'S RE-NOTICE OF MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Hearing: February 28, 2023, 2:00 pm  Courtroom 1, 4th Floor |

01980-00178/13852192.1

# RE-NOTICE OF MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Google LLC ("Google") hereby re-notices its January 23, 2023 Motion for Indicative Ruling Regarding Scope of Summary Judgment Order Pursuant to Rules 60(A) and 62.1 (Dkt. 962), previously noticed for 2:00 pm on February 21, 2023, to 2:00 pm on February 28, 2023, before the Honorable Yvonne Gonzalez Rogers of the United States District Court, Northern District of California at Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, California.

DATED: January 24, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
Maria Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com

01980-00178/13852192.1

1   Case No. 4:20-cv-05146-YGR-SVK
GOOGLE LLC'S RE-NOTICE OF MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1

| | |
|---|---|
| 1 | Sara Jenkins (CA Bar No. 230097) |
| 2 | sarajenkins@quinnemanuel.com |
|   | 555 Twin Dolphin Drive, 5th Floor |
| 3 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 801-5000 |
| 4 | Facsimile: (650) 801-5100 |
| 5 | Josef Ansorge (admitted *pro hac vice*) |
|   | josefansorge@quinnemanuel.com |
| 6 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 7 | Carl Spilly (admitted *pro hac vice)* |
|   | carlspilly@quinnemanuel.com |
| 8 | 1300 I Street NW, Suite 900 |
|   | Washington D.C., 20005 |
| 9 | Telephone: (202) 538-8000 |
| 10 | Facsimile: (202) 538-8100 |
| 11 | Jomaire A. Crawford (admitted *pro hac vice*) |
|    | jomairecrawford@quinnemanuel.com |
| 12 | 51 Madison Avenue, 22nd Floor |
|    | New York, NY 10010 |
| 13 | Telephone: (212) 849-7000 |
|    | Facsimile: (212) 849-7100 |
| 14 | |
| 15 | Jonathan Tse (CA Bar No. 305468) |
|    | jonathantse@quinnemanuel.com |
| 16 | 50 California Street, 22nd Floor |
|    | San Francisco, CA 94111 |
| 17 | Telephone: (415) 875-6600 |
|    | Facsimile: (415) 875-6700 |
| 18 | |
| 19 | *Attorneys for Defendant Google LLC* |

01980-00178/13852192.1

2   Case No. 4:20-cv-05146-YGR-SVK
GOOGLE LLC'S RE-NOTICE OF MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY
JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1