UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PLAINTIFFS' PROPOSED] ORDER DENYING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COURT'S JANUARY 17, 2023 ORDER (DKT NO. 960)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PLAINTIFFS' PROPOSED] ORDER**

Before the Court is the Parties' January 24, 2023 Joint Submission pursuant to the Court's January 17, 2023 Redaction Order (Dkt No. 961). In the Joint Submission, Google moves to seal portions of the Court's January 17, 2023 Order on (1) Google's Motion for Relief Regarding Preservation, (2) Google's Administrative Motion Requesting Leave to File Joint Letter Brief Regarding Preservation; and (3) Parties' Supplemental Submission (Sealed Dkt. No. 960). Plaintiffs oppose. Google has also filed a motion to seal in the Ninth Circuit Court of Appeals related to the identical portions of Dkt. No. 960 that Google seeks to seal here.

Having considered the Motion and other papers on file, and good cause having been found, the Court **DENIES** Google's administrative motion to seal. Google shall file a full unredacted copy of Dkt. No. 960 on the District Court docket and also promptly provide a copy of this Order to the Ninth Circuit Court of Appeals.

**SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge