1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JANUARY 10, 2023 HEARING TRANSCRIPT<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the Administrative Motion to Seal ("Motion") portions of the January 10, 2023 Hearing Transcript (Dkt. 959).

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| January 10, 2023 Sealed Hearing Transcript | GRANTED as to the portions at:<br><br>Pages 5:25, 6:2, 6:4, 6:13, 8:1, 8:3, 17:11, 18:20, 18:25, 19:1-2, 21:1, 21:22, 22:21, 25:5, 25:17, 25:20, 25:23, 26:4, 26:8-10, 26:16-17, 28:1 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects and internal databases, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations ~~and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2~~. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. |

**SO ORDERED.**

DATED:  January 25, 2023

*Susan van Keulen*

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge