**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-03364-YGR-SVK |

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK
DECLARATION OF VIOLA TREBICKA

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK |

**DECLARATION OF VIOLA TREBICKA**

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in these actions. I submit this declaration in support of the Parties' Joint Status Report Pursuant to Dkt. No. 830 *in Brown, et al., v. Google*, Case No. 4:20-cv-3446-YGR-SVK ("*Brown* Matter") and Dkt. No. 960 in *Calhoun, et al, v. Google* Case No. 4:20-cv-5146-YGR-SVK ("*Calhoun* Matter"). I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the January 10, 2023 hearing in the *Brown* Matter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 26, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 28, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from me to counsel for plaintiffs in the *Brown* and *Calhoun* Matters dated January 30, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the January 10, 2023 hearing in the *Calhoun* Matter.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email thread between counsel for Google and counsel for plaintiffs in the *Brown* Matter dated January 23, 2023.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on January 31, 2023.

1
2
3   By  */s/ Viola Trebicka*
    Viola Trebicka
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK
DECLARATION OF VIOLA TREBICKA