# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

   CHASOM BROWN, WILLIAM BYATT,
5  JEREMY DAVIS, CHRISTOPHER          CASE CV-20-03664 YGR (SVK)
   CASTILLO, AND MONIQUE TRUJILLO,
6  INDIVIDUALLY AND ON BEHALF OF      SAN JOSE, CALIFORNIA
   THEMSELVES AND ALL OTHERS
7  SIMILARLY SITUATED,               JANUARY 10, 2023

8          PLAINTIFF,               **SEALED PAGES 1 - 36**

   VS.
9
   GOOGLE LLC,                        COPY
10
          DEFENDANT.
11
             TRANSCRIPT OF SEALED ZOOM PROCEEDINGS
12         BEFORE THE HONORABLE SUSAN VAN KEULEN
               UNITED STATES MAGISTRATE JUDGE
13
    A-P-P-E-A-R-A-N-C-E-S
14

15  FOR THE PLAINTIFF:    MORGAN AND MORGAN COMPLEX LITIGATION
                          GROUP
16                        BY:  RYAN MCGEE
                          201 N. FRANKLIN STREET, 7TH FLOOR
17                        TAMPA, FLORIDA 33602

18                        SUSMAN GODFREY L.L.P.
                          BY:  AMANDA K. BONN
19                        1900 AVENUE OF THE STARS, SUITE 1400
                          LOS ANGELES, CALIFORNIA 90067
20
                          BOIES SCHILLER FLEXNER LLP
21                        BY:  MARK C. MAO
                          44 MONTGOMERY STREET, 41ST FLOOR
22                        SAN FRANCISCO, CALIFORNIA 94104

23          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24  OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
25
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.

SEALED PROCEEDINGS                                                    2

```
 1        A P P E A R A N C E S:  (CONT'D)

 2        FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                      SULLIVAN, LLP
 3                                    BY:  ANDREW H. SCHAPIRO
                                      191 N. UPPER WACKER DRIVE
 4                                    SUITE 2700
                                      CHICAGO, ILLINOIS 60606
 5
                                      BY:  DONALD SETH FORTENBERY
 6                                         JOSEF T. ANSORGE
                                      51 MADISON AVENUE, 22ND FLOOR
 7                                    NEW YORK, NEW YORK 10010

 8                                    BY:  STEPHEN ANDREW BROOME
                                           VIOLA TREBICKA
 9                                    865 S. FIGUEROA STREET
                                      10TH FLOOR
10                                    LOS ANGELES, CALIFORNIA 90017

11                                    BY:  XI (TRACY) GAO
                                      1300 I STREET NW, SUITE 900
12                                    WASHINGTON, DC 20005

13        ALSO PRESENT:               GOOGLE LLC
                                      BY:  MATTHEW GUBIOTTI
14                                         TONI BAKER

15

16

17

18

19

20

21

22

23

24

25
```

|   |   |   |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JANUARY 10, 2023 |
| | 2 | P R O C E E D I N G S |
| 09:57AM | 3 | (COURT CONVENED AT 10:07 A.M.) |
| 10:07AM | 4 | THE COURT:  GOOD MORNING EVERYONE.  GOOD MORNING. |
| 10:07AM | 5 | WELCOME BACK.  WE'RE GOING TO CALL THESE MATTERS |
| 10:08AM | 6 | SEPARATELY.  I DO APPRECIATE EVERYONE ACCOMMODATING THE CHANGE |
| 10:08AM | 7 | TO A VIDEO HEARING. |
| 10:08AM | 8 | MY INTENTION WAS THAT THAT WOULD MAKE LIFE EASIER FOR THE |
| 10:08AM | 9 | PARTIES, AND I UNDERSTAND SOME PEOPLE WERE ALREADY TRAVELLING. |
| 10:08AM | 10 | I APOLOGIZE.  WE'RE TRACKING THE WEATHER AS BEST WE CAN AND |
| 10:08AM | 11 | TRYING TO ACCOMMODATE. |
| 10:08AM | 12 | POWER AT THE COURTHOUSE HAS BEEN PERHAPS NOT AS RELIABLE |
| 10:08AM | 13 | AS ONE WOULD LIKE OR ONE WOULD HOPE, SO I ACTUALLY THINK THAT |
| 8AM | 14 | AT THE END OF THE DAY THIS IS THE BEST SETUP FOR US AT THIS |
| 10:08AM | 15 | TIME. |
| 10:08AM | 16 | AGAIN, I DO APOLOGIZE TO THE EXTENT THE COURT'S NOTICE WAS |
| 10:08AM | 17 | NOT SUFFICIENTLY EARLY, BUT WE HAD LIVE HEARINGS ON FRIDAY, AND |
| 10:08AM | 18 | WE KNEW THERE WOULD BE ANOTHER BIG STORM TODAY, SO HERE WE ARE. |
| 10:09AM | 19 | ALL RIGHT.  MS. FANTHROPE, IF YOU WILL CALL THE BROWN |
| 10:09AM | 20 | MATTER.  I KNOW THERE ARE SOME OVERLAPPING ISSUES.  THERE ARE |
| 10:09AM | 21 | DISTINCT ISSUES.  SO WE WILL TAKE THIS ONE AT A TIME. |
| 10:09AM | 22 | SO IF THE CALHOUN PLAINTIFFS WILL TURN OFF YOUR VIDEO, AND |
| 10:09AM | 23 | FOR THOSE WHO ARE NOT SPEAKING, IF YOU CAN ALSO TURN OFF YOUR |
| 10:09AM | 24 | VIDEO TO THE EXTENT THAT WORKS ON YOUR SIDE, THAT WOULD BE |
| 10:09AM | 25 | HELPFUL SO WE HAVE AS FEW FACE SCREENS AS POSSIBLE SO WE CAN |

10:09AM  1    FOLLOW EVERYONE.

10:09AM  2        ALL RIGHT.  MS. FANTHROPE, IF YOU'LL CALL THE FIRST

10:09AM  3    MATTER, PLEASE.

10:09AM  4            THE CLERK:  YES.  THIS IS A SEALED HEARING IN CASE

10:09AM  5    20-CV-3664, BROWN, ET AL., VERSUS GOOG LLC ET AL.

10:09AM  6        COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

10:09AM  7    BEGINNING WITH THE PLAINTIFF.

10:10AM  8            MR. MCGEE:  APOLOGIES, YOUR HONOR.  I WAS WAITING ON

10:10AM  9    MY COLLEAGUE, MR. MAO.

10:10AM  10       THIS IS RYAN MCGEE OF THE LAW FIRM OF MORGAN & MORGAN FOR

10:10AM  11   THE PLAINTIFFS.

10:10AM  12       I'M JOINED BY MARK MAO OF BOIES SCHILLER FLEXNER, AND ALSO

10:10AM  13   MS. AMANDA BONN OF SUSMAN GODFREY.

10:10AM  14           THE COURT:  THANK YOU, MR. MCGEE, MR. MAO, MS. BONN,

10:10AM  15   WELCOME.

10:10AM  16       AND FOR GOOGLE TODAY, MR. SCHAPIRO?

10:10AM  17           MR. SCHAPIRO:  YES.  ANDREW SCHAPIRO FOR GOOGLE.

10:10AM  18   I'M JOINED BY VIOLA TREBICKA AND TRACY GAO, WHO I THINK WILL BE

10:10AM  19   HANDLING MOST OF THE DISCUSSIONS RELATING TO BROWN TODAY WITH

10:10AM  20   JOSEF ANSORGE AND STEPHEN BROOME WHO ARE ALSO HERE ALSO FROM

10:10AM  21   OUR FIRM REPRESENTING GOOGLE, QUINN EMANUEL.

10:10AM  22       AND MATTHEW GUBIOTTI AND TONI BAKER, IN-HOUSE COUNSEL FROM

10:10AM  23   GOOGLE, ARE ALSO WITH US.

10:10AM  24           THE COURT:  ALL RIGHT.  THANK YOU.  WELCOME.

10:11AM  25       AS MS. FANTHROPE INDICATED, THIS PROCEEDING IS UNDER SEAL,

10:11AM  1   AND I WILL -- I DO ORDER THAT THE TRANSCRIPTS MAY BE RELEASED

10:11AM  2   TO THE PARTIES FOLLOWING THE HEARING AS SOON AS THEY ARE

10:11AM  3   AVAILABLE.  THAT WILL SAVE US ISSUING AN ORDER LATER FOR

10:11AM  4   RELEASE.

10:11AM  5       ALL RIGHT.  IN BROWN WE ARE HERE TODAY TO ADDRESS GOOGLE'S

10:11AM  6   MOTION FOR RELIEF FROM THE PRESERVATION ORDER, AND THAT MOTION

10:11AM  7   WAS IN BRIEFING, IF NOT COMPLETED, WHEN JUDGE GONZALEZ ROGERS

10:11AM  8   ISSUED HER ORDER ON CLASS CERTIFICATION ISSUING -- EXCUSE ME,

10:11AM  9   CERTIFYING THE CLASS FOR INJUNCTIVE RELIEF BUT NOT CERTIFYING

10:11AM 10   THE CLASS FOR DAMAGES.

10:12AM 11       AND I UNDERSTAND THAT BROWN HAS PETITIONED THE

10:12AM 12   NINTH CIRCUIT FOR PERMISSION TO APPEAL THE CLASS CERTIFICATION

10:12AM 13   RULING.  I THINK THAT WAS JUST FILED NEAR THE END OF THE YEAR.

10:12AM 14       AND SO I DID ASK THE PARTIES, FOLLOWING

10:12AM 15   JUDGE GONZALEZ ROGERS' ORDER, FOR FURTHER BRIEFING AS TO THE

10:12AM 16   IMPACT OF THE ORDER ON THE PRESERVATION PLAN, AND I RECEIVED

10:12AM 17   THOSE, AND I HAVE REVIEWED ALL OF THE PAPERS AND THE EXTENSIVE

10:12AM 18   PAPER AND BRIEFING FROM THE PARTIES ON THESE ISSUES.

10:12AM 19       WHAT I RECEIVED FROM GOOGLE WAS FOLLOWING THE -- OR

10:12AM 20   ADDRESSING THE IMPACT OF JUDGE GONZALEZ'S ORDER WAS AN UPDATED

10:12AM 21   REQUEST.  THE INITIAL REQUEST WITH REGARDS TO RELIEF FROM THE

10:12AM 22   PRESERVATION PLAN ADDRESSED THE TABLES, THE LINKING AND A SET

10:13AM 23   OF LINKING AND MAPPING TABLES AND WHETHER THOSE IN FACT NEEDED

10:13AM 24   TO BE PRESERVED.

10:13AM 25       THE UPDATED REQUEST IS MUCH BROADER, WHICH IS TO STOP

| | | |
|---|---|---|
| 10:13AM | 1 | PRESERVING THE DOCUMENTS GOING FORWARD AND TO DELETE WHAT HAS |
| 10:13AM | 2 | BEEN PRESERVED THUS FAR UNDER THE PLAN OR AT LEAST TO MOVE TO A |
| 10:13AM | 3 | COST SHARING MODEL.  AND I LOOKED AT THOSE ARGUMENTS.  I SEE |
| 10:13AM | 4 | OBVIOUSLY PLAINTIFFS' ARGUMENTS IN REPLY. |
| 10:13AM | 5 | AND IT IS NOT MY -- WELL, MY TENTATIVE RULING, I DO NOT |
| 10:13AM | 6 | INTEND TO CHANGE THE SCOPE OF THE ORDER, THAT IS, TO STOP |
| 10:13AM | 7 | PRESERVING OR TO DELETE WHAT HAS ALREADY BEEN PRESERVED. |
| 10:13AM | 8 | I THINK THAT THOSE ISSUES -- OBVIOUSLY THE ISSUE ON CLASS |
| 10:14AM | 9 | CERTIFICATION IS UP ON APPEAL, AND ACTUALLY I DO HAVE A |
| 10:14AM | 10 | LOGISTICAL QUESTION WITH REGARDS TO THAT, WHICH IS FOR THE |
| 10:14AM | 11 | BROWN PLAINTIFFS, WHICH IS WHEN DO YOU ANTICIPATE OR DO YOU, |
| 10:14AM | 12 | WHEN, IF YOU'RE ABLE, DO YOU ANTICIPATE HEARING FROM THE |
| 10:14AM | 13 | NINTH CIRCUIT WITH REGARDS TO YOUR PETITION? |
| 10:14AM | 14 | MR. MCGEE? |
| 10:14AM | 15 | MR. MCGEE:  YOUR HONOR, I DO WISH I HAD THAT CRYSTAL |
| 10:14AM | 16 | BALL.  I HAVE PARTICIPATED IN A FEW 23(F)'S OVER THE YEARS.  I |
| 10:14AM | 17 | HAVE NEVER SEEN ANY OF THEM COME TO FRUITION FOR ONE REASON OR |
| 10:14AM | 18 | ANOTHER. |
| 10:14AM | 19 | I WOULD INVITE MR. MAO OR MS. BONN IF THEY HAVE ANY MORE |
| 10:14AM | 20 | INSIGHT, SINCE THEY DO PRACTICE A LITTLE BIT MORE IN THE |
| 10:14AM | 21 | NINTH CIRCUIT THAN I DO. |
| 10:14AM | 22 | MR. MAO:  YOUR HONOR -- |
| 10:14AM | 23 | THE COURT:  EDUCATED GUESS, MR. MAO? |
| 10:14AM | 24 | MR. MAO:  YES.  SOMEWHERE BETWEEN FOUR TO SIX |
| 10:15AM | 25 | MONTHS, YOUR HONOR. |

| | | |
|---|---|---|
| 10:15AM | 1 | THE COURT:  ALL RIGHT.  MS. BONN, DID YOU HAVE |
| 10:15AM | 2 | ANYTHING TO ADD TO THAT? |
| 10:15AM | 3 | MS. BONN:  I THINK THAT SOUNDS RIGHT.  I THINK IT'S |
| 10:15AM | 4 | POSSIBLE WE CAN HEAR ONE WAY OR ANOTHER WHETHER THEY'RE GOING |
| 10:15AM | 5 | TO TAKE UP THE 23(F) PETITION MORE QUICKLY, BUT I DON'T THINK |
| 10:15AM | 6 | FOUR TO SIX MONTHS SOUNDS OUT OF THE ORDINARY. |
| 10:15AM | 7 | THE COURT:  ALL RIGHT.  SO, AGAIN, IN LIGHT OF THOSE |
| 10:15AM | 8 | ISSUES, OBVIOUSLY THE CLASS CERTIFICATION ISSUE, THE CASE HERE |
| 10:15AM | 9 | IN THE NORTHERN DISTRICT IS GOING FORWARD.  IT IS NOT STAYED. |
| 10:15AM | 10 | I APPRECIATE THEIR ARGUMENTS AS TO, WELL, WHAT IS NEEDED OR NOT |
| 10:15AM | 11 | NEEDED WITH THE CLASS AS IS, BUT THE CLASS CERT QUESTION IS |
| 10:15AM | 12 | BEFORE THE NINTH CIRCUIT, SO I AM NOT INCLINED TO MAKE THOSE |
| 10:15AM | 13 | CHANGES REQUESTED BY GOOGLE IN ITS UPDATED REQUEST. |
| 5AM | 14 | BUT THAT THEN BRINGS US BACK TO THE ORIGINAL MOTION FOR |
| 10:15AM | 15 | RELIEF, WHICH ADDRESSES ▮ TABLES, ▮▮▮▮▮ TABLES |
| 10:16AM | 16 | AND ▮ ANALYTICAL TABLES. |
| 10:16AM | 17 | AND LOOKING AT THAT, I SEE THAT REQUEST AS -- FOLLOWS FROM |
| 10:16AM | 18 | MY ORDER.  PERHAPS IT'S A REQUEST FOR CLARIFICATION OR FOR |
| 10:16AM | 19 | WHETHER OR NOT A DETERMINATION WHETHER OR NOT THESE TABLES FIT |
| 10:16AM | 20 | THE ORDER, AND WE'LL WORK THROUGH THAT HERE IN JUST A MOMENT. |
| 10:16AM | 21 | BUT IT APPEARS TO ME THAT THEY DO, THAT IS, THESE TABLES FALL |
| 10:16AM | 22 | UNDER MY ORDER, BUT MAYBE NOT ENTIRELY. |
| 10:16AM | 23 | AND WHAT DO WE DO ABOUT THAT?  CAN THE PARTIES WORK OUT |
| 10:16AM | 24 | WHICH PORTIONS NEED TO BE SAVED AND WHAT ARE THE IMPLICATIONS |
| 10:16AM | 25 | WITH REGARDS TO COST SHIFTING?  SO THAT'S VERY GENERALLY WHERE |

| | | |
|---|---|---|
| 10:17AM | 1 | I AM. |
| 10:17AM | 2 | SO LET ME START HERE, WHICH IS OF COURSE I WENT BACK TO |
| 10:17AM | 3 | THE TRANSCRIPT WHERE WE WERE ADDRESSING PRESERVATION OF THE |
| 10:17AM | 4 | TABLES, AND I THINK I WAS CLEAR ON THE RECORD THAT IF THE TABLE |
| 10:17AM | 5 | IS NEEDED TO WORK WITH ANY OF THE DATA AT ISSUE, IT HAS TO BE |
| 10:17AM | 6 | PRESERVED.  IF THE TABLE IS COMPLETELY UNRELATED TO ANY OF THE |
| 10:17AM | 7 | DATA IDENTIFICATION WERE PRODUCED IN THIS CASE, IDENTIFIED OR |
| 10:17AM | 8 | PRODUCED, THEN IT DOES NOT NEED TO BE PRESERVED. |
| 10:17AM | 9 | NOW, GOOGLE HAS IDENTIFIED ■ TABLES OR HAS SAID IT IS |
| 10:17AM | 10 | PRESERVING ■ TABLES THAT CONTAIN MAPPING OR LINKING |
| 10:17AM | 11 | IDENTIFIERS THAT ARE SUBJECT TO PRESERVATION IN ONE OF THE |
| 10:17AM | 12 | SOURCES IDENTIFIED IN THE PRESERVATION ORDERS, AND I APPRECIATE |
| 10:17AM | 13 | THAT. |
| 10:17AM | 14 | GOOGLE ALSO THEN GOES ON TO SAY THAT HAVING REVIEWED THE |
| 10:18AM | 15 | EVIDENTIARY RECORD, IT'S PRESERVING TABLES ADDRESSED IN |
| 10:18AM | 16 | DEPOSITIONS OR DOCUMENTS. |
| 10:18AM | 17 | SO MY FIRST QUESTION, MS. TREBICKA, FOR GOOGLE IS SO IS |
| 10:18AM | 18 | THAT IN ADDITION TO THE ■ TABLES? |
| 10:18AM | 19 | ARE THERE ADDITIONAL TABLES ARISING FROM THE EVIDENTIARY |
| 10:18AM | 20 | RECORD OR ARE THOSE -- IS THAT JUST A FURTHER DESCRIPTION OF |
| 10:18AM | 21 | THE ■?  IT WASN'T CLEAR TO ME FROM THE PAPER. |
| 10:18AM | 22 | MS. TREBICKA:  RIGHT.  THE ■ TABLES IS THE SUM |
| 10:18AM | 23 | TOTAL OF THE TABLES THAT WE HAVE IDENTIFIED THAT FIT THE |
| 10:18AM | 24 | DESCRIPTION WHETHER -- FROM ALL SOURCES PURSUANT TO OUR |
| 10:18AM | 25 | INVESTIGATION. |

SEALED PROCEEDINGS                                                              9

| | | |
|---|---|---|
| 10:18AM | 1 | THE COURT:  OKAY.  THEN AS I UNDERSTAND GOOGLE'S |
| .18AM | 2 | POSITION, IT IS THAT THE ███████ TABLES CONTAIN LINKS |
| 10:18AM | 3 | THAT ARE DERIVED FROM THE ██ TABLES THAT ARE BEING PRESERVED; |
| 10:18AM | 4 | IS THAT CORRECT? |
| 10:18AM | 5 | MS. TREBICKA:  CORRECT, FROM A SUBSET OF THOSE ██ |
| 10:19AM | 6 | TABLES IS. |
| 10:19AM | 7 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:19AM | 8 | AND THAT THE ANALYTICS TABLE RELATE TO THE GOOGLE |
| 10:19AM | 9 | ANALYTICS PRODUCTS, AND THERE'S AN EXPLANATION ABOUT THE |
| 10:19AM | 10 | MAPPING THAT IS PROVIDED ALREADY WITH REGARDS TO THE ANALYTICS |
| 10:19AM | 11 | LOGS IS SUFFICIENT AND THAT THIS IS JUST ADDITIONAL |
| 10:19AM | 12 | INFORMATION. |
| 10:19AM | 13 | IS THAT -- I'M MOSTLY SIMPLIFYING FROM THE BRIEFS. |
| 9AM | 14 | MS. TREBICKA:  YES, YOUR HONOR.  SORRY, YOUR HONOR. |
| 10:19AM | 15 | ESSENTIALLY THE MAPPING WITHIN THESE ANALYTICS TABLES IS |
| 10:19AM | 16 | ALREADY CONTAINED WITHIN THE ANALYTICS DATA THAT WE ARE |
| 10:19AM | 17 | PRESERVING IN BROWN BECAUSE THE MAPPING ITSELF IS PART OF THE |
| 10:19AM | 18 | SAMPLE THAT IS BEING PRESERVED. |
| 10:19AM | 19 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:19AM | 20 | MS. TREBICKA:  I GUESS IS HOW WE WOULD PUT IT. |
| 10:19AM | 21 | THE COURT:  ALL RIGHT.  AND THEN I DID LOOK AT THE |
| 10:20AM | 22 | STATISTICAL, THE NUMBERS THAT WERE PROVIDED AND THE SUPPORTING |
| 10:20AM | 23 | DECLARATIONS AROUND THEM, AND I WILL SAY THAT I AM SURPRISED AT |
| 10:20AM | 24 | THE DISPROPORTIONALITY BETWEEN WHAT IS BEING PRESERVED IN THESE |
| 10:20AM | 25 | TABLES, THESE ██ TABLES AT ISSUE IN GOOGLE'S MOTIONS AND ALL |

10:20AM  1   OTHER PRESERVED DATA THAT FALL UNDER THE PRESERVATION ORDER IN

10:20AM  2   THIS CASE WHICH I TAKE THAT AS THIS IS NEW INFORMATION.  I

10:20AM  3   THINK IT'S REASONABLE THAT IT'S COME TO LIGHT AS SLEEVES GET

10:20AM  4   ROLLED UP AND THE PRESERVATION PLAN IS BEING PUT INTO PLACE OR

10:20AM  5   IS BEING EXECUTED.  OBVIOUSLY THE PLAN IS IN PLACE.

10:20AM  6        AND IT'S SUBSTANTIAL.  EVEN IF WE DON'T LOOK AT THE COST

10:20AM  7   NUMBERS, AND I KNOW THERE'S SOME DEBATE ABOUT WHAT IS REFLECTED

10:21AM  8   THERE, BUT JUST LOOKING AT THE AMOUNT OF DATA PRESERVED IN

10:21AM  9   EACH, THESE TABLES ARE SIGNIFICANTLY, MANY TIMES OVER ALL OF

10:21AM  10  THE OTHER PRESERVATION, THE AMOUNT OF DATA TO BE PRESERVED

10:21AM  11  UNDER ALL OTHER ASPECTS OF THE ORDER.

10:21AM  12        AND THAT IN MY MIND CALLS INTO QUESTION THE

10:21AM  13  PROPORTIONALITY AND AS WELL AS, FRANKLY, THE NEED FOR FULL

10:21AM  14  PRESERVATION OF ALL OF THESE TABLES.

10:21AM  15        I ALSO APPRECIATE THAT THERE'S NOT A LOT OF EVIDENCE.  I

10:21AM  16  MEAN, THERE'S A -- THERE ARE SEVERAL DECLARATIONS FROM GOOGLE

10:21AM  17  ON THESE POINTS BUT PLAINTIFFS HAVEN'T HAD AN OPPORTUNITY TO

10:21AM  18  EXPLORE THAT.

10:21AM  19        WE'RE NOT GOING TO REOPEN DISCOVERY, BUT I WONDER IF THERE

10:22AM  20  ISN'T A MECHANISM WHERE THE PARTIES CAN MEET AND CONFER, GET

10:22AM  21  EXPERT INPUT FROM THE GOOGLE ENGINEERS, HAVE -- PLAINTIFFS CAN

10:22AM  22  HAVE THEIR OWN EXPERTS LOOK AT THAT, IF THE PARTIES CAN WORK

10:22AM  23  THROUGH THIS, IF THIS IS AN EXERCISE THAT BOTH SIDES BELIEVE

10:22AM  24  NEED SPECIAL MASTER GUIDANCE, OR WHAT.

10:22AM  25        SO IT'S SORT OF WHAT IS THE PATH FORWARD?  BUT THAT'S

22AM   1     GENERALLY WHAT I'M LOOKING AT IN TERMS OF HOW TO ADDRESS THE

10:22AM   2     TABLES ISSUE.

10:22AM   3         SO, MS. TREBICKA, IT'S GOOGLE'S MOTION, SO I'M GOING TO

10:22AM   4     LET YOU GO FIRST.  I WANTED TO BE SURE THAT YOU UNDERSTOOD SORT

10:22AM   5     OF WHAT I'M LOOKING AT AND THINKING BECAUSE THERE'S A LOT OF

10:22AM   6     OTHER MATERIAL HERE THAT WE WON'T UNPACK HERE TODAY.

10:22AM   7         SO LET ME START WITH GOOGLE, AND THEN I'D LIKE TO HEAR

10:23AM   8     FROM BROWN.

10:23AM   9           MS. TREBICKA:  YES, YOUR HONOR.  SO WITH RESPECT TO

10:23AM  10     THE TABLES, I'D LIKE TO SET IT IN PERSPECTIVE WITH RESPECT

10:23AM  11     TO WHETHER -- MEANING WHERE IT FITS IN THE PRESERVATION PLAN.

10:23AM  12         WE HAVE 11 MONTHS OF SPECIAL MASTER DISCOVERY CLASSES,

10:23AM  13     COUNTLESS DOCUMENTS PRODUCED, DISCOVERY RESPONSES PRODUCED,

.3AM  14     ET CETERA, FROM WHICH WE IDENTIFIED THE SOURCES THAT FROM WHERE

10:23AM  15     DATA WOULD BE PRESERVED.

10:23AM  16         ONCE WE IDENTIFIED THOSE SOURCES, AND THAT WAS DONE,

10:23AM  17     AGAIN, WITH INPUT FROM EXPERTS AND SPECIAL MASTER AND

10:23AM  18     YOUR HONOR, THEN PLAINTIFFS HAVE THIS REQUEST OF GOOGLE

10:23AM  19     PRESERVING MAPPING OR LINKING TABLES FOR THE PURPOSE OF BEING

10:23AM  20     ABLE TO READ THE DATA THAT WOULD BE PRESERVED.  SO THAT WAS THE

10:23AM  21     PURPOSE OF THE MAPPING AND LINKING TABLES.

10:23AM  22         INITIALLY WE IDENTIFIED THE PP ID TO BISCOTTI TABLE.

10:23AM  23     YOUR HONOR SAID THAT WAS NOT ENOUGH.  WE WENT BACK TO SQUARE

10:24AM  24     ONE.  WE STARTED AN INVESTIGATIVE PROCESS WHEREBY WE IDENTIFIED

10:24AM  25     THESE ADDITIONAL TABLES, BUT OUR UNDERSTANDING, AND I THINK,

SEALED PROCEEDINGS                                              12

10:24AM  1    AGAIN, WITH THIS PERSPECTIVE IN MIND, IS THAT THE PURPOSE THAT

10:24AM  2    THESE MAPPING OR LINKING TABLES NEED TO FULFILL IS THIS

10:24AM  3    IDENTIFIER MAPPING THAT THE COURT FOUND WAS JUSTIFIED.

10:24AM  4         SO WITH THAT PERSPECTIVE IN MIND, THE MAPPING TABLE -- THE

10:24AM  5    ███ MAPPING TABLES THAT WE HAVE IDENTIFIED, ALL OF THE MAPPING

10:24AM  6    OR LINKING THAT IS RELEVANT PER YOUR HONOR'S ORDER IS ALREADY

10:24AM  7    DUPLICATED ELSEWHERE IN THE DATA.  THAT IS WHY WE THINK THAT

10:24AM  8    IT'S NOT EVEN A DISCUSSION THAT NEEDS TO HAPPEN, AN EXPERT

10:24AM  9    DISCUSSION THAT NEEDS TO HAPPEN, WELL, WHAT ELSE IS IN THE

10:24AM  10   DATA -- WHAT ELSE IS IN THESE MAPPING TABLES?  HOW CAN WE

10:24AM  11   COMPROMISE, ET CETERA?

10:24AM  12        EVERYTHING THAT YOUR HONOR HELD IS RELEVANT AS FAR AS THE

10:24AM  13   MAPPING OR LINKING IS ALREADY BEING PRESERVED.  THERE IS JUST

10:25AM  14   ABSOLUTELY NO REASON TO GO REOPEN DISCOVERY AND EXPEND EXTRA

10:25AM  15   COSTS, MORE ENGINEERING TIME, MORE BURDEN ON GOOGLE TO RE-DO

10:25AM  16   SOMETHING THAT HAS ALREADY BEEN DONE IN THIS CASE.

10:25AM  17        SO TO ANSWER YOUR HONOR'S QUESTION, WE THINK THAT THESE

10:25AM  18   MAPPING AND LINKING TABLES, JUST THESE ███ MAPPING OR LINKING

10:25AM  19   TABLES, AS YOUR HONOR NOTED, THE COST OF PRESERVING THEM IS

10:25AM  20   EXORBITANT.  IT'S MANY, MANY FOLDS, THE COST OF PRESERVING THE

10:25AM  21   DATA ON THE BASIS OF THE PRESERVATION PLAN, AND THERE'S JUST

10:25AM  22   SIMPLY NO PURPOSE THAT IS SERVED BY PRESERVING THEM.

10:25AM  23             THE COURT:  ALL RIGHT.  I THOUGHT THAT -- I MEAN,

10:25AM  24   GOOGLE DOESN'T SAY IN THE PAPERS THAT THE DATA BETWEEN THESE

10:25AM  25   ███ TABLES AND -- WELL, THE RELEVANT DATA, AND I APPRECIATE

| | | |
|---|---|---|
| 10:26AM | 1 | THESE TABLES HAVE A LOT OF OTHER INFORMATION, I TAKE THAT. |
| 10:26AM | 2 | BUT THAT THE -- GOOGLE DID NOT SAY THAT THE RELEVANT DATA |
| 10:26AM | 3 | IS DUPLICATED IN THE TABLES.  IT USES THE WORD "DERIVED" |
| 10:26AM | 4 | CERTAINLY AS TO THE ███████████ TABLES. |
| 10:26AM | 5 | AND I APPRECIATE THE EXPLANATION IN THE DECLARATIONS BUT, |
| 10:26AM | 6 | YOU KNOW, I THINK THAT THAT'S A QUESTION AS TO WHAT IS THAT AND |
| 10:26AM | 7 | HOW DOES THAT WORK? |
| 10:26AM | 8 | AND THEN TODAY I HEARD, I HEARD YOU REFER WITH REGARDS TO |
| 10:26AM | 9 | THE ANALYTICS TABLES THAT THE INFORMATION IS DUPLICATED IN THE |
| 10:26AM | 10 | EXISTING TABLES. |
| 10:26AM | 11 | SO -- |
| 10:26AM | 12 | MS. TREBICKA:  MAY I EXPLAIN? |
| 10:26AM | 13 | THE COURT:  YES, PLEASE. |
| 10:26AM | 14 | MS. TREBICKA:  THANK YOU, YOUR HONOR.  YES. |
| 10:26AM | 15 | I'LL TAKE ANALYTICS FIRST. |
| 10:26AM | 16 | THE COURT:  UH-HUH. |
| 10:26AM | 17 | MS. TREBICKA:  THE ANALYTICS MAPPING TABLES WERE |
| 10:26AM | 18 | IDENTIFIED BECAUSE THEY CONTAIN A MAPPING BETWEEN UID OR CID TO |
| 10:27AM | 19 | A BISCOTTI.  THAT MAPPING OR LINKING FROM A UID OR CID TO A |
| 10:27AM | 20 | BISCOTTI IS ALREADY CONTAINED IN THE ANALYTICS DATA, IN THE |
| 10:27AM | 21 | SAMPLED ANALYTICS DATA THAT IS BEING PRESERVED PURSUANT TO THE |
| 10:27AM | 22 | PRESERVATION PLAN, THAT EXACT LINK, MAPPING OR LINKING. |
| 10:27AM | 23 | AND MY UNDERSTANDING IS THAT THE ANALYTICS TABLE DERIVE |
| 10:27AM | 24 | THAT LINK FROM THE PRESERVED DATA, WHAT I'M CALLING THE |
| 10:27AM | 25 | PRESERVED DATA, IN OTHER WORDS, FROM THE TABLES FROM WHERE THE |

| | | |
|---|---|---|
| :27AM | 1 | PRESERVED DATA -- NOT THE TABLES, FROM THE DATA SOURCES WHERE |
| 10:27AM | 2 | THE PRESERVED DATA ARE SAMPLING FROM. |
| 10:27AM | 3 | SO I'M USING THE WORD "DUPLICATE" NOW FOR PURPOSES OF |
| 10:27AM | 4 | EXPLAINING IT IN A MORE SIMPLE AND UNDERSTANDABLE WAY, BUT IT |
| 10:28AM | 5 | IS THE EXACT SAME INFORMATION AS FAR AS THE MAPPING OR LINKING |
| 10:28AM | 6 | FROM UID OR CID TO BISCOTTI IN THE MAPPING TABLE AS WELL AS |
| 10:28AM | 7 | THIS LINK OF UID OR CID TO BISCOTTI IN THE PRESERVED SAMPLED |
| 10:28AM | 8 | DATA FOR THE ANALYTICS TABLE. |
| 10:28AM | 9 | DOES THAT ANSWER YOUR HONOR'S QUESTION? |
| 10:28AM | 10 | THE COURT: WELL, OKAY. SO WALK ME THROUGH. IT'S |
| 10:28AM | 11 | BEEN A LITTLE WHILE. WALK ME BACK THROUGH WHAT IS UID TO CID? |
| 10:28AM | 12 | TELL ME WHAT YOU'RE REFERRING TO. |
| 10:28AM | 13 | MS. TREBICKA: IT'S UID OR CID TO BISCOTTI. |
| 28AM | 14 | THE COURT: OKAY. |
| 10:28AM | 15 | MS. TREBICKA: SO UID IS AN IDENTIFIER. |
| 10:28AM | 16 | THE COURT: USER. |
| 10:28AM | 17 | MS. TREBICKA: I BELIEVE -- AND MS. GAO, I'M SURE, |
| 10:28AM | 18 | WILL JUMP UP IF I MESS THIS UP, BUT I BELIEVE IT'S AN |
| 10:28AM | 19 | IDENTIFIER, AND CID IS ANOTHER IDENTIFIER. |
| 10:28AM | 20 | THE COURT: RIGHT. |
| 10:28AM | 21 | MS. TREBICKA: AND WHAT WOULD EXIST IN THESE MAPPING |
| 10:28AM | 22 | OR LINKING TABLES IN THE ANALYTICS MAPPING OR LINKING TABLES IS |
| 10:28AM | 23 | A LINK ESSENTIALLY, AGAIN, TO SIMPLIFY FOR PURPOSES OF |
| 10:29AM | 24 | PICTURING IT, A ROW THAT HAS A UID OR CID, AND THEN THE NEXT |
| 10:29AM | 25 | CELL HAS A BISCOTTI, AND THAT'S HOW THOSE TWO ARE LINKED OR |

| | | |
|---|---|---|
| 10:29AM | 1 | MAPPED. |
| 10:29AM | 2 | THE COURT: OKAY. |
| 10:29AM | 3 | AND THEN WHAT IS IN THE ANALYTICS LOGS THAT ARE ALREADY |
| 10:29AM | 4 | SUBJECT TO PRESERVATION? |
| 10:29AM | 5 | MS. TREBICKA: AS FAR AS THIS PIECE OF DATA THAT |
| 10:29AM | 6 | WE'RE TALKING ABOUT, IT IS THAT SAME LINK, THE UID OR CID TO A |
| 10:29AM | 7 | BISCOTTI. |
| 10:29AM | 8 | THE COURT: OKAY. AND THE PLAINTIFFS MAKE THE |
| 10:29AM | 9 | ARGUMENT THAT THE FIELDS IN THE DATA SOURCES THAT ARE ALREADY |
| 10:29AM | 10 | BEING PRESERVED DON'T HAVE ANY OBVIOUS UID OR CID OR BISCOTTI |
| 10:29AM | 11 | VALUES. |
| 10:29AM | 12 | SO IS THIS AN INTERPRETATION ISSUE? AGAIN, I'M LOOKING |
| 10:30AM | 13 | FOR A WAY TO PROVIDE ADDITIONAL INFORMATION. |
| 10:30AM | 14 | MS. TREBICKA: YES, YOUR HONOR. PERHAPS IT NEEDS |
| 10:30AM | 15 | CLARIFICATION. |
| 10:30AM | 16 | ███████████████████████████████████████ |
| 10:30AM | 17 | ███████████████████████████████████████ |
| 10:30AM | 18 | ███████████████████. AND THIS IS READILY APPARENT FROM |
| 10:30AM | 19 | CERTAIN DATA THAT WE HAVE PRODUCED IN THIS ACTION, AND I HAVE |
| 10:30AM | 20 | ATTACHED TO MY DECLARATION EXHIBIT 4 TO MY DECLARATION, AND |
| 10:30AM | 21 | I'LL JUST CONFIRM THE DOCKET NUMBERS FOR THAT, |
| 10:30AM | 22 | BUT I BELIEVE IT IS DOCKET 799-3, 799-4. |
| 10:30AM | 23 | THE COURT: ALL RIGHT. SO THAT'S THE ANALYTICS |
| 10:30AM | 24 | TABLES. |
| 10:30AM | 25 | WHAT ABOUT THE ██████████ TABLES AND THE DERIVING DATA |

| | | |
|---|---|---|
| 31AM | 1 | OR THE LINKING/MAPPING INFORMATION CAN BE DERIVED FROM THE |
| 10:31AM | 2 | INFORMATION ALREADY PROVIDED? |
| 10:31AM | 3 | MS. TREBICKA:  YES.  YES, YOUR HONOR.  I WILL |
| 10:31AM | 4 | EXPLAIN THAT, AND I WILL JUST ASK MS. GAO TO CONFIRM FOR ME THE |
| 10:31AM | 5 | DOCKET NUMBER BECAUSE I BELIEVE I MAY HAVE MISSTATED THE DOCKET |
| 10:31AM | 6 | NUMBER, THE DOCKET NUMBER OF THE EXHIBITS THAT HAVE THE DATA, |
| 10:31AM | 7 | THE PRODUCED DATA.  SO SHE CAN DO THAT WHILE I EXPLAIN THE |
| 10:31AM | 8 | ██████████  ISSUE. |
| 10:31AM | 9 | THE COURT:  SURE. |
| 10:31AM | 10 | MS. TREBICKA:  SO, YOUR HONOR, YOU'RE RIGHT, THE |
| 10:31AM | 11 | ██████████  ISSUE IS SLIGHTLY DIFFERENT IN THAT IF WE HAVE -- |
| 10:31AM | 12 | THE DATA IN ██████████  IS DERIVED FROM OTHER TABLES.  AND |
| 10:31AM | 13 | WITH YOUR HONOR'S PERMISSION, I WOULD LIKE TO -- JUST ONE |
| 1AM | 14 | SECOND, YOUR HONOR -- POINT YOU TO A DOCUMENT THAT WE HAVE |
| 10:31AM | 15 | ATTACHED HERE. |
| 10:32AM | 16 | BUT IT IS DERIVED FROM TABLES THAT WE ARE PRESERVING, |
| 10:32AM | 17 | MAPPING TABLES THAT WE ARE PRESERVING. |
| 10:32AM | 18 | ALL RIGHT.  THE WAY IT WORKS, YOUR HONOR, IS THAT IT IS |
| 10:32AM | 19 | DERIVED FROM CERTAIN TABLES THAT JUST TO KIND OF PLACE IT IN |
| 10:32AM | 20 | A -- TO DRAW -- TO PAINT A PICTURE FOR YOUR HONOR.  IT IS DRAWN |
| 10:32AM | 21 | FROM TABLES THAT CONTAIN THE A TO C IDENTIFIER AND THEN ALSO |
| 10:32AM | 22 | CONTAIN A -- OR MAPPING, ALSO CONTAIN A B TO C MAPPING.  AND |
| 10:32AM | 23 | THEN WHAT -- |
| 10:32AM | 24 | THE COURT:  YES.  I SAW THAT EXAMPLE IN THE |
| 10:32AM | 25 | DECLARATION OF -- I CAN'T REMEMBER IF IT WAS MR. SEAH OR |

| | | |
|---|---|---|
| 10:33AM | 1 | MR. POTHANA. |
| 10:33AM | 2 | MS. TREBICKA:  POTHANA.  I BELIEVE IT WAS MR. SEAH. |
| 10:33AM | 3 | THE COURT:  UH-HUH. |
| 10:33AM | 4 | MS. TREBICKA:  SO, YES, YOUR HONOR, IT'S DERIVED |
| 10:33AM | 5 | FROM.  IT'S NOT EXACTLY DUPLICATED, THE EXACT DATA IN |
| 10:33AM | 6 | ▮▮▮▮▮▮▮▮▮ IS NOT DUPLICATED IN ANOTHER TABLE, BUT IT IS |
| 10:33AM | 7 | POSSIBLE TO DERIVE THAT SAME LINK THAT IS AVAILABLE IN |
| 10:33AM | 8 | ▮▮▮▮▮▮▮▮ BY LOOKING AT THESE TABLES THAT ARE BEING |
| 10:33AM | 9 | PRESERVED. |
| 10:33AM | 10 | THE COURT:  UH-HUH. |
| 10:33AM | 11 | MS. TREBICKA:  WHAT I WOULD LIKE TO POINT YOUR HONOR |
| 10:33AM | 12 | TO IS A DOCUMENT THAT WE HAVE PRODUCED IN THIS ACTION AND I |
| 10:33AM | 13 | HAVE ATTACHED TO MY DECLARATION, AND I KNOW THE CALHOUN DOCKET |
| 10:33AM | 14 | NUMBER, AND I DON'T HAVE THE BROWN DOCKET NUMBER AVAILABLE |
| 10:33AM | 15 | RIGHT NOW.  SO IF I MAY? |
| 10:33AM | 16 | THE COURT:  I HAVE IT ALL HERE. |
| 10:33AM | 17 | MS. TREBICKA:  OKAY.  I FIGURED YOU DO, YOUR HONOR. |
| 10:33AM | 18 | THIS IS MY DECLARATION, SEALED DOCKET NUMBER 942-5, PUBLIC |
| 10:34AM | 19 | 943-2.  AND IT IS A DOCUMENT PRODUCED UNDER GOOG-CALH-00374314 |
| 10:34AM | 20 | AND AT BATES LABEL ENDING IN 354 THIS DOCUMENT EXPLAINS -- AND |
| 10:34AM | 21 | RELATED PAGES.  THIS DOCUMENT -- |
| 10:34AM | 22 | THE COURT:  I'M SORRY.  WHAT IS THE EXHIBIT NUMBER |
| 10:34AM | 23 | OF THE ATTACHMENT TO YOUR DECLARATION? |
| 10:34AM | 24 | MS. TREBICKA:  EXHIBIT NUMBER 1. |
| 10:34AM | 25 | THE COURT:  THIS IS ATTACHMENT NUMBER 1 TO YOUR |

```
10:34AM    1    DECK?
10:34AM    2             MS. TREBICKA:  RIGHT.  I BELIEVE IT'S EXHIBIT
10:34AM    3    NUMBER 1 TO MY DECLARATION.
10:34AM    4             THE COURT:  OKAY.  AND BATES ENDING 354.  OKAY.
10:35AM    5             MS. TREBICKA:  354 IS THE PIN CITE FOR THE DOCUMENT.
10:35AM    6    ████████████████████████████████████████████████████
10:35AM    7    ████████████████████████████████████
10:35AM    8        ████████████████████████████████████████
10:35AM    9    ██████████████████████████████████████████████████
10:35AM   10    ██████████████████████████████████████████
10:35AM   11        AND WHAT WE HAVE CONFIRMED IS THAT EACH ONE OF THESE LINKS
10:35AM   12    OR MAPPINGS ARE IN THE TABLES THAT WE HAVE IDENTIFIED FOR
10:35AM   13    PRESERVATION IN THOSE ██ TABLES THAT WE HAVE IDENTIFIED FOR
 35AM     14    PRESERVATION, ████████████████████████████████████████████
10:36AM   15    ████████████████████████████████    ████████████████████
10:36AM   16    ████████████████
10:36AM   17             THE COURT:  OKAY.  BUT THE TABLES THAT ARE BEING
10:36AM   18    PRESERVED, THE ██ AND THESE █, NONE OF THAT HAS BEEN PRODUCED
10:36AM   19    TO PLAINTIFFS; IS THAT RIGHT?  IT'S JUST BEING RETAINED BY
10:36AM   20    GOOGLE?
10:36AM   21             MS. TREBICKA:  CORRECT, YOUR HONOR.
10:36AM   22             THE COURT:  OKAY.
10:36AM   23             MS. TREBICKA:  THIS IS PRESERVED DATA, NOT DATA THAT
10:36AM   24    HAS BEEN PRODUCED.
10:36AM   25        I WOULD LIKE TO POINT OUT, YOUR HONOR, THAT FROM THE
```

SEALED PROCEEDINGS                                                      19

```
:36AM   1    PRESERVED DATA SOURCES, PLAINTIFFS HAVE HAD THE ABILITY TO

10:36AM  2    REVIEW SAMPLES FROM THE VAST MAJORITY OF THEM BECAUSE WE HAVE

10:37AM  3    PRODUCED NAMED PLAINTIFF'S DATA.

10:37AM  4           THE COURT:  OKAY.  WHAT DOES THAT HAVE TO DO WITH

10:37AM  5    THE TABLES?  I'M NOT --

10:37AM  6           MS. TREBICKA:  NO, THE TABLES PLAINTIFFS HAVE NOT

10:37AM  7    SEEN.

10:37AM  8       BUT AS FAR AS THE PRESERVED DATA SOURCES, YOUR HONOR, YES,

10:37AM  9    IT'S NOT RELATED TO TABLES IN THE SENSE THAT THEY HAVE NOT SEEN

10:37AM 10    THE TABLES.  HOWEVER, THEY HAVE A SENSE FOR THE DATA THAT IS

10:37AM 11    BEING PRESERVED PURSUANT TO THIS PRESERVATION PLAN AND THE

10:37AM 12    TYPES OF INFORMATION THAT YOU NEED TO BE ABLE TO READ OR DECODE

10:37AM 13    THE DATA IS THE POINT.

.37AM  14           THE COURT:  OKAY.  ALL RIGHT.

10:37AM 15           MS. TREBICKA:  ALSO, YOUR HONOR, I WOULD LIKE TO

10:37AM 16    CLARIFY TWO THINGS.

10:37AM 17       FIRST UP, THE ██ TABLES IS THE SUM TOTAL.  SO I DID NOT

10:37AM 18    MEAN TO SUGGEST IT WAS THE ██ PLUS THE █ THAT WE'RE SEEKING

10:37AM 19    RELIEF FROM.

10:37AM 20           THE COURT:  I UNDERSTAND.

10:37AM 21           MS. TREBICKA:  OKAY.  AND I WOULD ALSO LIKE TO POINT

10:37AM 22    OUT THAT THE TWO, THE DOCKET NUMBERS OF THOSE TWO PRODUCED

10:38AM 23    DOCUMENTS THAT SHOW THAT PLAINTIFFS HAVE THE UID OR CID TO

10:38AM 24    BISCOTTI LINKS OR MAP, MAPPINGS.  THOSE ARE DOCUMENT NUMBER

10:38AM 25    805-8 AND DOCKET NUMBER 805-9.
```

| | | |
|---|---|---|
| 0:38AM | 1 | THE COURT:  OKAY.  GOT IT. |
| 10:38AM | 2 | MR. MCGEE:  YOUR HONOR, IF I MAY, JUST ONE POINT |
| 10:38AM | 3 | OF -- JUST A CLARIFYING QUESTION TO MS. TREBICKA. |
| 10:38AM | 4 | THE COURT:  JUST HANG ON TO THAT, MR. MCGEE. |
| 10:38AM | 5 | MR. MCGEE:  OKAY. |
| 10:38AM | 6 | THE COURT:  JUST HANG ON. |
| 10:38AM | 7 | OKAY.  ALL RIGHT.  SO WE HAVE THE PRESERVATION ORDER IN |
| 10:38AM | 8 | PLACE.  I INCLUDED IN THAT THE TABLES AS I DESCRIBED THAT WERE |
| 10:39AM | 9 | NEEDED TO WORK WITH THE DATA, NOT ALL MAPPING AND LINKING |
| 10:39AM | 10 | TABLES, BUT THOSE WITH DATA RELATED TO, AND OBVIOUSLY GOOGLE |
| 10:39AM | 11 | HAS IDENTIFIED THESE ██ AND MAKES THE ARGUMENT THAT THIS DATA |
| 10:39AM | 12 | IS AVAILABLE IN OTHER TABLES, AND WE HAVE THIS TREMENDOUS |
| 10:39AM | 13 | DISPROPORTIONALITY BETWEEN STORAGE AND THESE TABLES, THAT IS, |
| 39AM | 14 | INFORMATION FROM THESE TABLES AND THE REST OF THE PRESERVATION |
| 10:39AM | 15 | OBLIGATIONS. |
| 10:39AM | 16 | BUT THIS IS ALL THE -- THE PLAINTIFFS DON'T HAVE ANY |
| 10:39AM | 17 | INSIGHT INTO THE TABLES OTHER THAN WHAT GOOGLE HAS SHARED HERE |
| 10:39AM | 18 | THROUGH THIS PROCESS AND THE MOTION. |
| 10:39AM | 19 | AM I UNDERSTANDING THAT CORRECTLY, MS. TREBICKA? |
| 10:39AM | 20 | MS. TREBICKA:  OTHER THAN THE INFORMATION THAT |
| 10:39AM | 21 | GOOGLE HAS SHARED SO FAR, YOU'RE CORRECT. |
| 10:39AM | 22 | THE COURT:  OKAY.  ALL RIGHT.  THAT'S HELPFUL. |
| 10:40AM | 23 | THANK YOU. |
| 10:40AM | 24 | OKAY.  LET ME HEAR FROM THE BROWN SIDE. |
| 10:40AM | 25 | MR. MCGEE, I HAVE BEEN THROUGH THE PAPERS.  I THINK I |

| | | |
|---|---|---|
| :40AM | 1 | UNDERSTAND THE ISSUES OR THE CONCERNS, BUT TELL ME IF THERE IS |
| ⠆:40AM | 2 | SOMETHING ADDITIONAL EITHER ARISING OUT OF WHAT YOU HAVE HEARD |
| 10:40AM | 3 | TODAY OR BASED ON MY OPENING REMARKS. |
| 10:40AM | 4 | MR. MCGEE:  SURE, YOUR HONOR. |
| 10:40AM | 5 | I THINK THAT REALLY AT THE HEART OF THIS IS THAT AS YOU DO |
| 10:40AM | 6 | POINT OUT, GOOGLE DOES REPRESENT THAT THERE IS A MAGNITUDE OF |
| 10:40AM | 7 | DATA THAT IS STORED IN THESE MAPPING AND LINKING TABLES THAT IS |
| 10:40AM | 8 | NOT BEING PRESERVED ELSEWHERE. |
| 10:40AM | 9 | AND AGAIN, WITH THE PAPERS, IT'S VERY OBVIOUS, AND YOU'VE |
| 10:40AM | 10 | POINTED IT OUT IN THE HEARING HERE TODAY, WE DON'T KNOW WHAT |
| 10:40AM | 11 | THAT IS.  SO WITHOUT HAVING ANY INSIGHT INTO THAT, IT JUST |
| 10:41AM | 12 | BECOMES DIFFICULT, IF NOT IMPOSSIBLE, FOR US TO ASSESS OR |
| 10:41AM | 13 | QUANTIFY WHAT PREJUDICE WOULD RESULT FROM GOOGLE'S DELETION OF |
| ⠆1AM | 14 | THESE MAPPING AND LINKING TABLES AND KNOW THAT IN THE PAPERS WE |
| 10:41AM | 15 | ASKED WHETHER IT WAS EVEN BEING PRESERVED AT THIS POINT BECAUSE |
| 10:41AM | 16 | THE DECLARATIONS ARE MORE PHRASED IN THE HYPOTHETICAL THAN IT |
| 10:41AM | 17 | HAS TAKEN US, IT WILL CONTINUE TO TAKE US, OR ANYTHING LIKE |
| 10:41AM | 18 | THAT. |
| 10:41AM | 19 | SO, YOUR HONOR, AGAIN, I THINK THE DISCUSSION WITH |
| 10:41AM | 20 | MS. TREBICKA WAS HELPFUL TODAY BECAUSE IT DOESN'T SEEM LIKE |
| 10:41AM | 21 | THESE ARE DUPLICATIVE.  IT JUST SEEMS LIKE THEY DRAW FROM THESE |
| 10:41AM | 22 | OTHER SOURCES THAT ARE BEING PRESERVED. |
| 10:41AM | 23 | AGAIN, WE DON'T KNOW WHAT ELSE IS IN THESE ███ SOURCES, |
| 10:41AM | 24 | THESE ███ DATA SOURCES, THE MAPPING AND LINKING TABLES, THAT |
| 10:41AM | 25 | GOOGLE WOULD PROPOSE TO DELETE AND NO LONGER BE SUBJECT TO THE |

10:41AM  1    COURT'S PRESERVATION ORDER.  I THINK THAT'S REALLY THE TAKEAWAY

10:42AM  2    FROM THE DISCUSSION TODAY BEYOND WHAT WAS DISCUSSED IN THE

10:42AM  3    PAPERS.

10:42AM  4         MR. MAO MAY HAVE SOMETHING TO ADD ON THE TECHNICAL SIDE.

10:42AM  5             THE COURT:  AND WHAT WAS YOUR CLARIFYING QUESTION,

10:42AM  6    MR. MCGEE?

10:42AM  7             MR. MCGEE:  OH, IT WAS SIMPLY TECHNICAL.  SHE

10:42AM  8    MENTIONED THE DOCKET NUMBERS FROM THE SEALING MOTION, AND I WAS

10:42AM  9    JUST GOING TO ASK WHAT EXHIBITS THEY WERE.  I THINK THEY WERE

10:42AM  10   EXHIBITS 4 AND 5 TO HER DECLARATION, BUT I JUST WANTED TO

10:42AM  11   CLARIFY THAT BECAUSE THE SEALING DOCKET NUMBERS ARE DIFFERENT

10:42AM  12   FROM THE ACTUAL DOCKET NUMBERS THAT I HAVE FOR THE MOTION

10:42AM  13   ITSELF, AS OPPOSED TO THE ADMINISTRATIVE MOTION.

42AM  14         THAT WAS ALL, JUDGE.

10:42AM  15             THE COURT:  ALL RIGHT.

10:42AM  16         MS. TREBICKA, ARE THOSE EXHIBITS 4 AND 5?  DOES IT

10:42AM  17   TRANSLATE THAT WAY, IF YOU KNOW?

10:42AM  18             MS. TREBICKA:  YES, YOUR HONOR, IT DOES.

10:42AM  19         WOULD YOU LIKE ME TO RESPOND?

10:42AM  20             THE COURT:  WELL, IN A MOMENT.  I APPRECIATE THE

10:43AM  21   ISSUE THIS PRESENTS.  THE PLAINTIFFS DON'T HAVE INSIGHT AS TO,

10:43AM  22   WELL, IS GOOGLE'S POSITION, THAT IS, IF IT DOESN'T PRESERVE

10:43AM  23   THIS INFORMATION, WE ALREADY HAVE IT, AND IT SEEMS LIKE THEY

10:43AM  24   OUGHT TO BE ABLE TO TEST THAT IN SOME WAY OR AT LEAST HAVE A

10:43AM  25   CLEAR AND DETAILED EXPLANATION OF WHAT DATA IN THE ███ TABLES

10:43AM  1    IS DUPLICATIVE OR CAN BE DERIVED FROM THE OTHER TABLES.

10:43AM  2        GOOGLE IS MAKING THE CALL THAT THERE'S A SUBSET OF

10:43AM  3    RELEVANT DATA IN THESE TABLES OR RELATED DATA THAT RELATES TO

10:43AM  4    PRESERVATION, BUT YOU CAN GET IT OVER HERE AT THESE TABLES.

10:44AM  5    BUT IT'S SOME SUBSET.  IT'S NOT ALL OF THE DATA IN THESE

10:44AM  6    TABLES, AND THAT'S THE WAY THAT THE PRESERVATION ORDER IS SET

10:44AM  7    UP.  THAT'S THE WAY THAT THE ORDER WITH REGARD TO THE MAPPING

10:44AM  8    AND LINKING TABLES WAS SET UP.

10:44AM  9        I'M NOT GOING TO, AGAIN, REORDER OR REOPEN DISCOVERY AND

10:44AM  10   HAVE A FULL REVIEW OF EVERYTHING IN THESE TABLES.  I DON'T

10:44AM  11   THINK THAT'S CALLED FOR.

10:44AM  12       BUT IT DOES SEEM THAT TO THE EXTENT THAT THE ARGUMENT BY

10:44AM  13   GOOGLE IS THAT WE SHOULDN'T HAVE TO PRESERVE THESE BECAUSE THIS

10:44AM  14   DATA IS AVAILABLE FROM THESE OTHER SOURCES THAT ARE BEING

10:44AM  15   PRESERVED, THAT IT MAY BE THAT THAT NEEDS TO BE MORE THOROUGHLY

10:44AM  16   DEMONSTRATED TO THE PLAINTIFFS.

10:44AM  17       MS. TREBICKA:  YOUR HONOR, WE HAVE IDENTIFIED WHERE

10:44AM  18   THE DATA IS AND THE DATA SOURCES THAT ARE BEING PRESERVED WITH

10:45AM  19   THESE EXHIBITS 4 AND 5 THAT PLAINTIFFS APPARENTLY DID NOT HAVE,

10:45AM  20   THE EXHIBITS TO MY DECLARATION.  SO THAT IDENTIFIES THE LINK.

10:45AM  21       THE COURT:  WHY DID YOU THINK THAT THE PLAINTIFFS

10:45AM  22   DIDN'T HAVE THOSE?

10:45AM  23       MS. TREBICKA:  OR DIDN'T HAVE THEM AT THEIR

10:45AM  24   FINGERTIPS OR DIDN'T KNOW.  I'M NOT SURE.  FOR SOME REASON --

10:45AM  25   MAYBE THEY HAD IT.  I DON'T KNOW.  BECAUSE MR. MCGEE ASKED FOR

10:45AM  1    THE NUMBERS AGAIN.  I WAS JUST ASSUMING MAYBE THEY WEREN'T

10:45AM  2    AWARE THAT IT WAS IN THE DATA, SO NOW THAT EXPLANATION IS OUT

10:45AM  3    THERE.

10:45AM  4         AND IF PLAINTIFFS WERE, THEN THAT'S FINE.

10:45AM  5             MR. MCGEE:  NO.  IT WAS JUST FOR THE PURPOSES OF THE

10:45AM  6    RECORD THAT YOU WERE MAKING REPRESENTATIONS THAT INFORMATION

10:45AM  7    WAS SHARED.  BUT, YOUR HONOR --

10:45AM  8             THE COURT:  LET ME FINISH HEARING FROM MS. TREBICKA.

10:45AM  9    GO AHEAD.

10:45AM  10            MS. TREBICKA:  THANK YOU.

10:45AM  11        SO -- BECAUSE THERE'S TWO PIECES TO CONFIRMING THAT THE

10:45AM  12   SAME DATA THAT IS FOUND IN THE TABLES THAT WE'RE SEEKING RELIEF

10:46AM  13   ON IS ALSO FOUND IN THE PRESERVED DATA.  YOU NEED TO LOOK AT

10:46AM  14   THESE TWO SOURCES.

10:46AM  15        MY POINT IS THAT PLAINTIFFS ALREADY HAVE THE ABILITY TO

10:46AM  16   LOOK AT ONE SOURCE FOR THE ANALYTICS TABLES, THE PRESERVED DATA

10:46AM  17   AS WE HAVE NOW POINTED OUT, AND WE HAVE DETAILED DECLARATIONS

10:46AM  18   STATING WHAT IS FOUND AS FAR AS THE MAPPING OR LINKING IN THESE

10:46AM  19   MAPPING OR LINKING TABLES THAT WE HAVE IDENTIFIED.

10:46AM  20        AND, YOUR HONOR, THIS IS PRESERVATION.  IT IS OUR BURDEN

10:46AM  21   TO IDENTIFY THEM, AND WE HAVE DONE THAT.  WE HAVE BEEN VERY

10:46AM  22   TRANSPARENT IN THE CLASSES THAT WE UNDERWENT TO DO THAT.  AND

10:46AM  23   IT IS LAID OUT IN THESE DECLARATIONS THAT WE TOOK A LOT OF TIME

10:46AM  24   TO PUT TOGETHER PRECISELY TO ANSWER YOUR HONOR'S QUESTION OF,

10:46AM  25   WELL, HOW CAN WE KNOW?

10:46AM   1          SO WE THINK THAT WE HAVE FULFILLED THAT DEMONSTRATION THAT

10:46AM   2    YOUR HONOR IS LOOKING FOR IN TERMS OF HOW TO BE SURE THAT THE

10:46AM   3    DATA IS FOUND IN BOTH PLACES.

10:47AM   4          THE COURT:  IT SEEMS TO ME THAT THE PLAINTIFFS

10:47AM   5    SHOULD AT LEAST, AND I -- IT DOESN'T LOOK LIKE THERE WAS MEET

10:47AM   6    AND CONFER AROUND THIS ISSUE IN ADVANCE OF THE MOTION AND

10:47AM   7    IT'S -- YOU KNOW, QUERY WHETHER THAT'S REQUIRED.

10:47AM   8          BUT THERE'S -- I SEE YOU, MR. MAO.  I'M COMING BACK TO

10:47AM   9    YOUR SIDE.

10:47AM  10          BUT IT SEEMS THAT THE EITHER -- WELL, THERE WOULD BE A

10:47AM  11    BENEFIT AND PERHAPS A NEED FOR AN EXPLANATION OF THAT MATERIAL

10:47AM  12    TO THE EXTENT THAT IT'S NOT READILY AVAILABLE WITH TECHNICAL

10:48AM  13    PEOPLE ON BOTH SIDES SO THAT -- AND IT MAY WELL BE COUNSEL AND

10:48AM  14    IT MAY BE AN EXPERT, BUT WHO CAN HEAR AND UNDERSTAND AND SORT

10:48AM  15    OF VERIFY GOOGLE'S PROFFER AS TO, LOOK, HERE'S HOW -- THE A TO

10:48AM  16    C TO B, I APPRECIATE THAT, BUT THAT'S, THAT'S, YOU KNOW, IN

10:48AM  17    SIMPLIFIED, A MORE SIMPLIFIED ILLUSTRATION.  BUT THEN, IN FACT,

10:48AM  18    THIS DATA CAN BE, CAN BE DERIVED, IS IN THE TABLES THAT ARE

10:48AM  19    BEING PRESERVED AND CAN BE FOUND ESSENTIALLY, YOU KNOW,

10:48AM  20    INSTRUCTIONS ON HERE IS HOW.  TO ENSURE THAT THERE'S NOT

10:48AM  21    SOME -- THAT THEY'RE NOT CREATING A SITUATION WHERE DATA IS

10:49AM  22    BEING PRESERVED BUT ULTIMATELY CAN'T BE READ BECAUSE THESE

10:49AM  23    TABLES WERE NOT PRESERVED.

10:49AM  24          I THINK IT'S A WORTHWHILE INQUIRY, BUT IT WILL ALSO BE

10:49AM  25    FAIRLY SIMPLIFIED AND DIRECT INQUIRY OR DEMONSTRATION.  AGAIN,

| | | |
|---|---|---|
| 49AM | 1 | WE ARE VERY FOCUSSED ON THIS VERY NARROW SLICE OF THE |
| 10:49AM | 2 | PRESERVATION OBLIGATION. |
| 10:49AM | 3 | NOW, IN TERMS OF IT'S JUST ONE PIECE OF THE WHOLE AND YET |
| 10:49AM | 4 | THIS ONE PIECE HAS, AGAIN, THIS DISPROPORTIONATE IMPACT ON THE |
| 10:49AM | 5 | AMOUNT OF DATA TO BE PRESERVED. |
| 10:49AM | 6 | SO IT'S A NONSTARTER TO SAY THAT WE NEED TO KNOW WHAT ALL |
| 10:49AM | 7 | OF THAT DATA IS.  WE'LL START WITH WHAT IS RELATED TO WHAT IS |
| 10:50AM | 8 | ALREADY BEING PRESERVED AND HOW IS THAT -- YOU KNOW, HOW DOES |
| 10:50AM | 9 | THAT TRANSLATE, IF YOU WILL?  HOW DO YOU GET FROM WHAT IS IN |
| 10:50AM | 10 | THE ANALYTICS AND ▮▮▮▮▮▮▮ TABLES TO WHAT IS IN THE LOGS |
| 10:50AM | 11 | THAT ARE ALREADY BEING PRESERVED? |
| 10:50AM | 12 | SO LET ME HEAR -- MR. MAO, YOU'VE BEEN WAITING PATIENTLY. |
| 10:50AM | 13 | MR. MAO:  NO WORRIES, YOUR HONOR.  REAL QUICK. |
| 0AM | 14 | THREE QUICK POINTS, JUST TECHNICAL DETAILS I JUST WANT TO |
| 10:50AM | 15 | CLARIFY REALLY QUICKLY. |
| 10:50AM | 16 | SO, FIRST OF ALL, THE TABLES THEMSELVES HAVE NEVER BEEN |
| 10:50AM | 17 | PRODUCED OR ALLOWED TO BE EXAMINED BY THE PLAINTIFFS.  AND WHAT |
| 10:50AM | 18 | MS. TREBICKA IS REFERRING TO IN TERMS OF HOW WE, QUOTE-UNQUOTE, |
| 10:50AM | 19 | "INDIRECTLY WERE PUT ON NOTICE OF IT," IS THAT THE TABLES HELP |
| 10:50AM | 20 | INFORM SOMEBODY TRYING TO PULL DATA FROM THE LOGS WHICH ROWS OF |
| 10:50AM | 21 | DATA TO PULL FROM.  OKAY? |
| 10:50AM | 22 | SO WHEN SHE'S SAYING THAT WE'RE INDIRECTLY ON NOTICE OF |
| 10:50AM | 23 | IT, WHAT SHE IS REFERRING TO IS, IS THAT WE'VE INDIRECTLY |
| 10:51AM | 24 | REACTED WITH THE TABLES BECAUSE WE'VE ASKED CERTAIN OF OUR |
| 10:51AM | 25 | PLAINTIFF ID'S TO BE PULLED.  THEY HAD TO LOOK AT THE TABLE |

| | | |
|---|---|---|
| 51AM | 1 | WITHOUT LETTING US LOOKING AT THE TABLE, AND THEN THEY GAVE US |
| 10:51AM | 2 | BACK THE RESULTS. |
| 10:51AM | 3 | SO WE ACTUALLY DO NOT KNOW WHAT IS IN THE TABLE OTHER THAN |
| 10:51AM | 4 | WHAT WAS RETURNED TO US, AND THERE MAY BE OTHER COLUMNS AND |
| 10:51AM | 5 | OTHER INFORMATION, AND THAT MAY BE RELEVANT, BUT THAT'S |
| 10:51AM | 6 | SOMETHING THAT I NEED TO POINT OUT REALLY QUICKLY. |
| 10:51AM | 7 | SECOND OF ALL, IN TERMS OF THERE BEING REDUNDANCIES WHERE |
| 10:51AM | 8 | THE TABLE WAS DUPLICATED, THAT SUGGESTS THE TABLE WAS USED FOR |
| 10:51AM | 9 | MULTIPLE DIFFERENT SERVICES AND NOT ONLY WERE WE NEVER PROVIDED |
| 10:51AM | 10 | THE TABLES, WE WERE NEVER TOLD WHAT DIFFERENT SERVICES FALL |
| 10:51AM | 11 | WITH THESE TABLES. |
| 10:51AM | 12 | THE COURT:  THAT WAS NEVER WITHIN THE SCOPE OF THE |
| 10:51AM | 13 | ORDER, MR. MAO?  PRODUCTION OF THE TABLES, PRODUCTION AND |
| 51AM | 14 | EXPLANATION OF EVERYTHING THAT IS, YOU KNOW, YOU CAN MAP FROM |
| 10:51AM | 15 | THESE TABLES WAS NEVER CONTEMPLATED BY THE PRESERVATION ORDER. |
| 10:51AM | 16 | MR. MAO:  RIGHT.  ALL I'M SIMPLY CLARIFYING IS THAT |
| 10:51AM | 17 | WHAT WE ARE BEING -- SORRY, WHAT WE ARE ALLEGEDLY HAVING BEEN |
| 10:52AM | 18 | GIVEN, WHICH, IN FACT, WE DID NOT, RIGHT?  IT'S JUST WE WERE |
| 10:52AM | 19 | NEVER GIVEN AN OPPORTUNITY ON THAT. |
| 10:52AM | 20 | AND THOSE WERE REALLY MY MAIN POINTS.  I THINK THE LAST |
| 10:52AM | 21 | POINT YOUR HONOR REALLY HIT ON WHICH IS THIS IS NOT THE SAME |
| 10:52AM | 22 | SET OF DATA ACROSS DIFFERENT SET OF TABLES. |
| 10:52AM | 23 | THAT'S IT, YOUR HONOR. |
| 10:52AM | 24 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:52AM | 25 | AND, MR. MCGEE, DID YOU HAVE ANYTHING FURTHER? |

52AM   1              MR. MCGEE:  NO, YOUR HONOR.  I THINK HE'S SUMMARIZED

10:52AM   2    IT, AND I THINK THAT WE'RE -- WE'LL REST ON WHAT IS IN THE

10:52AM   3    PAPERS AND WHAT HAS BEEN DISCUSSED.

10:52AM   4              THE COURT:  OKAY.  LIKE MANY ISSUES IN THIS CASE, IT

10:52AM   5    IS COMPLEX, BUT NOT WITHOUT A PATH FORWARD, AND THE PARTIES

10:52AM   6    NEED TO FIGURE OUT WHAT THAT IS, AND YOU NEED TO DO IT IN SHORT

10:53AM   7    ORDER.

10:53AM   8         MS. TREBICKA, I -- MY TAKEAWAY FROM THE -- FROM YOUR

10:53AM   9    PAPERS WAS THAT THESE TABLES ARE NOT CURRENTLY BEING PRESERVED.

10:53AM   10   YOUR CURRENT PRESERVATION IS OF THE ■ TABLES, BUT YOU'VE

10:53AM   11   RAISED THIS ISSUE BECAUSE YOU RECOGNIZE THAT THERE IS

10:53AM   12   RELATED -- DATA THAT RELATES TO DATA THAT IS BEING PRESERVED,

10:53AM   13   BUT IT IS GOOGLE'S POSITION THESE TABLES ARE NOT NEEDED FOR THE

13AM   14      REASONS PROVIDED IN YOUR PAPERS.

10:53AM   15        IS THAT CORRECT?

10:53AM   16             MS. TREBICKA:  YES, YOUR HONOR, THAT'S CORRECT.

10:53AM   17             THE COURT:  OKAY.  SO THAT NEEDS TO -- SO WE NEED TO

10:53AM   18   MOVE ON THIS WITH SOME SPEED.

10:53AM   19        MR. MCGEE, YOU HAD A QUESTION ON THAT LAST Q AND A?

10:53AM   20             MR. MCGEE:  YES, YOUR HONOR, JUST THE NUMBERS HERE.

10:53AM   21        I THOUGHT I UNDERSTOOD THAT IT WAS ■ WERE IDENTIFIED.

10:53AM   22   IT'S ■                                          THAT

10:54AM   23   WERE AT ISSUE?  THAT'S JUST -- I THINK I'VE HEARD KIND OF

10:54AM   24   DISCUSSION BOTH WAYS TODAY, AND I THINK IT WOULD JUST HELP TO

10:54AM   25   CLARIFY THAT.

| | | |
|---|---|---|
| 54AM | 1 | THE COURT:  MS. TREBICKA, I UNDERSTOOD IT'S ███ |
| 10:54AM | 2 | TABLES ARE BEING PRESERVED PLUS THERE ARE THESE ███ THAT ARE AT |
| 10:54AM | 3 | ISSUE. |
| 10:54AM | 4 | MS. TREBICKA:  NO, YOUR HONOR.  IT'S ██████.  SO |
| 10:54AM | 5 | IT'S -- ██ IS THE SUM TOTAL. |
| 10:54AM | 6 | THE COURT:  ████████? |
| 10:54AM | 7 | MS. TREBICKA:  ██████ IS THE SUM TOTAL.  I |
| 10:54AM | 8 | APOLOGIZE. |
| 10:54AM | 9 | THE COURT:  IT DOESN'T MATTER.  OKAY. |
| 10:54AM | 10 | BUT THESE ███ ARE NOT CURRENTLY BEING PRESERVED; CORRECT? |
| 10:54AM | 11 | MS. TREBICKA:  THESE ███ ARE NOT CURRENTLY BEING |
| 10:54AM | 12 | PRESERVED DUE TO THE CONCERNS AND JUSTIFICATIONS THAT |
| 10:54AM | 13 | YOUR HONOR NOTED. |
| 10:54AM | 14 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:54AM | 15 | THANK YOU, MR. MCGEE. |
| 10:54AM | 16 | MY POINT IS WHAT TO DO WITH THESE ███ TABLES.  THE |
| 10:55AM | 17 | PRESERVATION BURDEN AS PRESENTED IN THE PAPERS BY GOOGLE DOES |
| 10:55AM | 18 | RAISE THE ISSUE, SATISFACTORILY TO THE COURT'S VIEW, RAISE THE |
| 10:55AM | 19 | ISSUE OF PROPORTIONALITY OF -- THE BALANCE OF PROPORTIONALITY |
| 10:55AM | 20 | IN THE NEED TO PRESERVE THESE. |
| 10:55AM | 21 | THE QUESTION WHETHER TECHNICALLY THEY FALL UNDER MY ORDER |
| 10:55AM | 22 | OR NOT, ARE THEY NEEDED IF THE DATA IS AVAILABLE SOMEPLACE |
| 10:55AM | 23 | ELSE, BUT IT'S THAT DATA AVAILABLE THAT IS STILL A QUESTION. |
| 10:55AM | 24 | BUT IT'S A QUESTION THAT REALLY THE -- I THINK THE PARTIES NEED |
| 10:55AM | 25 | TO MEET AND CONFER AND NEED A MORE CLEAR DEMONSTRATION OF. |

55AM   1        AND I DON'T SEE HOW THAT HAPPENS WITHOUT GOOGLE SHOWING

10:56AM  2    AND WORKING WITH THE PLAINTIFFS TO SHOW BOTH SIDES OF THE

10:56AM  3    EQUATION, WHICH IS HERE'S THE DATA IN THE TABLES THAT WE DON'T

10:56AM  4    THINK NEED TO BE PRESERVED FROM THE ███ TABLES, BUT HERE'S HOW

10:56AM  5    AND WHERE YOU FIND IT IN THE MATERIAL THAT IS BEING PRESERVED

10:56AM  6    AND WALK THROUGH THAT AND DEMONSTRATE.

10:56AM  7        NOW, I APPRECIATE PARTIES MAY OR MAY NOT APPRECIATE THE

10:56AM  8    FACT THAT THAT CAN HAPPEN, BUT WE HAVE GOOGLE'S REPRESENTATION

10:56AM  9    THAT THE DATA CAN EITHER BE DERIVED FROM OR IS DUPLICATED IN,

10:56AM 10    AND I THINK THAT THAT NEEDS TO BE MORE CLEARLY DEMONSTRATED AND

10:56AM 11    SOMETHING THAT I WOULD HOPE THE PARTIES CAN DO DIRECTLY, AGAIN,

10:56AM 12    ON SHORT ORDER WITH THE UNDERSTANDING THAT THE PRESERVATION

10:57AM 13    BURDEN FROM THESE TABLES IS SUCH THAT IF IT WERE TO BE THE

37AM 14    PLAINTIFF'S POSITION THAT NO, YOU KNOW, THAT LINK, THAT

10:57AM 15    DERIVATION IS NOT -- WE'RE NOT SATISFIED WITH THAT, THERE WILL

10:57AM 16    BE COST SHARING IN THIS.  THERE WILL HAVE TO BE SOME

10:57AM 17    SIGNIFICANT SHIFTING OF COSTS AS TO PRESERVING THE TABLES

10:57AM 18    BECAUSE THIS IS -- IT'S SO MUCH MORE THAN EVEN THE BASIC

10:57AM 19    PRESERVATION OBLIGATIONS UNDER THE PLAN OF WHICH WE ALL TOOK SO

10:57AM 20    MUCH GREAT CARE AND EFFORT TO INSTILL.

10:57AM 21        SO I THINK IT BEHOOVES BOTH SIDES TO FIGURE OUT A WAY TO

10:57AM 22    SIT ACROSS THE TABLE WITH THE RIGHT PEOPLE AT THE TABLE AND

10:57AM 23    ADDRESS THIS ISSUE PARTICULARLY.

10:58AM 24        AGAIN, IF BOTH SIDES WERE TO AGREE THAT YOU NEEDED THE

10:58AM 25    SPECIAL MASTER'S ASSISTANCE, THEN WE CAN TALK ABOUT REFERRING

SEALED PROCEEDINGS                                                    31

| | | |
|---|---|---|
| 58AM | 1 | YOU BACK TO THAT. |
| 10:58AM | 2 | BUT IT SEEMS TO ME THAT GOOGLE'S PRESENTATION HERE IS |
| 10:58AM | 3 | THOROUGH AND IT'S DESIGNED IN A WAY TO WALK THROUGH AND ADDRESS |
| 10:58AM | 4 | THESE QUESTIONS.  BUT THE PLAINTIFFS DON'T HAVE, THEY DON'T |
| 10:58AM | 5 | HAVE ALL OF THE INFORMATION IN FRONT OF THEM TO VERIFY OR GET |
| 10:58AM | 6 | COMFORTABLE WITH THESE CONNECTIONS THAT GOOGLE IS TRYING TO -- |
| 10:58AM | 7 | IS ILLUSTRATING. |
| 10:58AM | 8 | SO REACTIONS TO THAT DIRECTION AND SUGGESTIONS ON TIMING |
| 10:58AM | 9 | AND NEXT STEPS? |
| 10:58AM | 10 | MS. TREBICKA. |
| 10:58AM | 11 | MS. TREBICKA:  YOUR HONOR, WE TAKE YOUR GUIDANCE. |
| 10:58AM | 12 | THANK YOU FOR THAT.  WE ARE AVAILABLE AND READY TO WORK WITH |
| 10:58AM | 13 | PLAINTIFFS TO PROVIDE THEM THE SATISFACTION THAT THE |
| 59AM | 14 | INFORMATION THAT WE SAY IS BEING PRESERVED AND IN THE OTHER |
| 10:59AM | 15 | PLACES IS INDEED BEING PRESERVED IN THE OTHER PLACES. |
| 10:59AM | 16 | THE COURT:  OKAY.  AND THAT REQUIRES SHOWING WHAT IS |
| 10:59AM | 17 | IN THESE TABLES.  IT REQUIRES BOTH SIDES.  SO THERE HAS TO BE |
| 10:59AM | 18 | SOME ADDITIONAL INFORMATION PROVIDED BY GOOGLE. |
| 10:59AM | 19 | MS. TREBICKA:  AS FAR AS THE MAPPING AND LINKING |
| 10:59AM | 20 | THAT IS IN THESE TABLES, CORRECT, IS OUR UNDERSTANDING AT |
| 10:59AM | 21 | LEAST. |
| 10:59AM | 22 | THE COURT:  RIGHT.  YOU'RE SAYING THAT THIS IS THE |
| 10:59AM | 23 | LINKING IN THE ███ TABLES AT ISSUE, AND HERE'S WHERE YOU FIND |
| 10:59AM | 24 | IT IN WHAT IS ALREADY BEING PRESERVED. |
| 10:59AM | 25 | MS. TREBICKA:  WE UNDERSTAND, YOUR HONOR. |

```
:59AM     1              THE COURT:  BUT PLAINTIFFS NEED TO SEE BOTH SIDES OF

10:59AM    2    THAT.

10:59AM    3         MR. MCGEE, PLAINTIFFS' PERSPECTIVE?

10:59AM    4              MR. MCGEE:  YOUR HONOR, I THINK THAT WHAT YOU'VE

10:59AM    5    PROPOSED IS KIND OF AT THE HEART OF WHAT WE PUT IN OUR

10:59AM    6    OPPOSITION AS WE DID HAVE THESE QUESTIONS, AND WE WOULD LIKE TO

10:59AM    7    MEET AND CONFER.

10:59AM    8         SO WE'LL SPEAK WITH OUR CONSULTANTS AND OUR EXPERTS TO SEE

11:00AM    9    WHAT THEIR AVAILABILITY IS, BUT WE WILL MOVE WITH THE ALACRITY

11:00AM   10    THAT THE COURT IS PROPOSING HERE.

11:00AM   11              THE COURT:  OKAY.  I WOULD LIKE TO GET A STATUS

11:00AM   12    REPORT AS TO WHAT THE PLAN IS.  YOU TALK TO EACH SIDE AND SET

11:00AM   13    SOMETHING UP.  GIVE ME A STATUS WITH A PROPOSED PATH FORWARD IN

 JOAM    14    SEVEN DAYS?  IN A WEEK?

11:00AM   15         MR. MCGEE?

11:00AM   16              MR. MCGEE:  YOUR HONOR, MY GRIMACE IS THAT WE DO

11:00AM   17    HAVE OUR OPPOSITION TO THE ORDER TO SHOW CAUSE THAT IS DUE

11:00AM   18    JANUARY 20TH THAT OUR CONSULTANTS AND EXPERTS ARE WORKING WITH.

11:00AM   19              THE COURT:  OKAY.  WELL, I WAS GOING TO GIVE YOU

11:00AM   20    21 DAYS, SO I THINK THAT THAT GETS US PAST THAT.  THANK YOU FOR

11:00AM   21    REMINDING ME OF THAT.  I -- HOW COULD I FORGET.  MORE TO COME.

11:00AM   22              MR. MCGEE:  THANK YOU.

11:01AM   23              THE COURT:  LET'S DO THIS, 21 DAYS, BUT I WANT -- I

11:01AM   24    MEAN, THAT'S NOT AN OKAY, NOW WE'RE JUST GOING TO GET STARTED.

11:01AM   25    IF I AM GIVING YOU 21 DAYS, YOU NEED TO HAVE SPOKEN WITH YOUR
```

| | | |
|---|---|---|
| 01AM | 1 | EXPERTS, HAVE A PLAN ON HOW TO PROCEED, HAVE MET AND CONFERRED, |
| 11:01AM | 2 | AND HAVE AN AGREED PLAN AND TIMELINE. |
| 11:01AM | 3 | YOU KNOW, WE'RE GOING TO MEET OVER THE NEXT 30 DAYS OR THE |
| 11:01AM | 4 | NEXT 10 DAYS, OR WHATEVER IT IS.  AND I DO EXPECT BOTH SIDES TO |
| 11:01AM | 5 | BE RESPECTFUL OF THE DEADLINES AROUND THE ADDITIONAL BRIEFING |
| 11:01AM | 6 | THAT WE HAVE FOR OUR NEXT HEARING IN MARCH. |
| 11:01AM | 7 | MS. TREBICKA:  ALL RIGHT, YOUR HONOR, BECAUSE THEN |
| 11:01AM | 8 | OUR REPLY FALLS WITHIN THAT. |
| 11:01AM | 9 | THE COURT:  EXACTLY.  BUT I ALSO SEE A LOT OF |
| 11:01AM | 10 | GOOGLE'S WORK IS DONE, AND THE GOOGLE DECLARATIONS DON'T RELATE |
| 11:01AM | 11 | TO THOSE OTHER ISSUES, BUT I ALSO APPRECIATE THERE ARE ONLY SO |
| 11:01AM | 12 | MANY LAWYERS IN THE -- EVEN IN THIS CASE, THERE ARE ONLY SO |
| 11:02AM | 13 | MANY WHO CAN WORK THROUGH THIS. |
| 2AM | 14 | SO I LEAVE THAT TO THE PARTIES, AND YOU'LL REPORT BACK TO |
| 11:02AM | 15 | ME IN 21 DAYS IN A JOINT STATEMENT, AND I EXPECT THAT TO BE A |
| 11:02AM | 16 | REPORT AS TO HERE IS THE PLAN AND HERE IS WHERE WE ARE GOING. |
| 11:02AM | 17 | AND YOU CAN GET THIS TOGETHER AND WORK THROUGH WITHOUT MY |
| 11:02AM | 18 | MAKING YOU COME TO COURT AND WORK IN THE CONFERENCE ROOM DOWN |
| 11:02AM | 19 | THE HALL.  ALL RIGHT. |
| 11:02AM | 20 | MR. MCGEE:  YES. |
| 11:02AM | 21 | THE COURT:  ANYTHING ELSE ON THIS?  THIS IS GOOGLE'S |
| 11:02AM | 22 | MOTION, MS. TREBICKA. |
| 11:02AM | 23 | MS. TREBICKA:  YES, YOUR HONOR.  NOT ON THE NOTICED |
| 11:02AM | 24 | MOTION THAT WE WERE JUST DISCUSSING, BUT RATHER ON OUR MOTION |
| 11:02AM | 25 | FOR PRESERVATION RELIEF ON THE BASIS OF JUDGE GONZALEZ ROGERS' |

| | | |
|---|---|---|
| 02AM | 1 | DECEMBER 12TH ORDER. |
| 11:02AM | 2 | WE DID PUT A LOT OF EFFORT INTO THAT MOTION BECAUSE WE |
| 11:02AM | 3 | REALLY THOUGHT THAT GIVEN THE CIRCUMSTANCES, THAT JUST THE |
| 11:03AM | 4 | SHIFT IN THE EQUITIES HERE WITH THE RULE 23(B)(3) CLASS BEING |
| 11:03AM | 5 | DENIED, THE MASSIVE PRESERVATION COSTS THAT GOOGLE IS |
| 11:03AM | 6 | UNDERTAKING, THEY'RE NOT ONLY MONETARY, ENGINEERING COSTS, |
| 11:03AM | 7 | HUMAN COSTS, PRIVACY COSTS IN PRESERVING THIS DATA, THEY'RE SO |
| 11:03AM | 8 | MASSIVE AND NOW REALLY THE BASIS FOR THOSE PRESERVATION COSTS |
| 11:03AM | 9 | WE BELIEVE HAS ERODED.  SO I JUST WANTED TO MAKE THAT POINT IN |
| 11:03AM | 10 | FRONT OF YOUR HONOR.  I WOULD BE REMISS IF I DIDN'T DO THAT. |
| 11:03AM | 11 | AND ALSO ASK WHETHER I UNDERSTOOD YOUR HONOR TO BE TABLING |
| 11:03AM | 12 | THAT DISCUSSION OF THE TOTAL PRESERVATION RELIEF ON THE BASIS |
| 11:03AM | 13 | THAT THERE'S A RULE 23(F) APPEAL. |
| 3AM | 14 | WE WOULD LIKE TO RENEW OUR MOTION ONCE WE HAVE CLARITY ON |
| 11:03AM | 15 | THE RULE 23(F) APPEAL, AND I JUST WANT TO MAKE SURE THAT |
| 11:03AM | 16 | YOUR HONOR IS AWARE OF THAT. |
| 11:04AM | 17 | THE COURT:  I APPRECIATE THAT.  THE PRESERVATION |
| 11:04AM | 18 | ISSUE IS TIED IN PART OBVIOUSLY TO THE ISSUE ON APPEAL, BUT I |
| 11:04AM | 19 | WANTED CLARIFICATION BECAUSE I UNDERSTOOD FROM THE SUBMISSIONS |
| 11:04AM | 20 | THAT ALL OTHER PRESERVED DATA, TAKING OUT THE TABLES ISSUE, |
| 11:04AM | 21 | WHICH I'M CONFIDENT THAT THE PARTIES ARE GOING TO BE ABLE TO |
| 11:04AM | 22 | ADDRESS IN A CONSTRUCTIVE WAY, THAT THE DATA LOAD IN █████ |
| 11:04AM | 23 | AFTER THREE YEARS IS ████, AND THE COST NUMBER, TAKING |
| 11:04AM | 24 | GOOGLE'S COST ANALYSIS, IS █████ OVER A THREE YEAR PERIOD. |
| 11:04AM | 25 | AM I UNDERSTANDING THAT CORRECTLY? |

| | | |
|---|---|---|
| :04AM | 1 | MS. TREBICKA: YES, YOUR HONOR. THAT'S ACCORDING TO |
| ...05AM | 2 | OUR CALCULATIONS AT THIS POINT. |
| 11:05AM | 3 | THE COURT: I UNDERSTAND. SO WHILE THAT IS NOT |
| 11:05AM | 4 | INSIGNIFICANT, IT'S NOT AN OVERWHELMING BURDEN THAT IN MY VIEW |
| 11:05AM | 5 | CHANGES THE PROPORTIONALITY ANALYSIS NOTWITHSTANDING THE SHIFT |
| 11:05AM | 6 | IN CLASS STATUS, BUT ULTIMATELY THERE'S NOT YET ENOUGH |
| 11:05AM | 7 | INFORMATION AS TO WHAT IS HAPPENING AND WHAT THE CLASS STATUS |
| 11:05AM | 8 | IS. |
| 11:05AM | 9 | SO I'M GOING TO DENY THE REQUEST, GOOGLE'S REQUEST IN ITS |
| 11:05AM | 10 | BRIEF BEFORE THE COURT AS TO THE IMPACT OF |
| 11:05AM | 11 | JUDGE GONZALEZ ROGERS' ORDER WHEREIN GOOGLE REQUESTED THAT IT |
| 11:05AM | 12 | NOT HAVE TO PRESERVE ANYTHING GOING FORWARD AND THAT IT BE |
| 11:05AM | 13 | PERMITTED TO DELETE DATA PRESERVED THUS FAR OR HAVE PLAINTIFF |
| 5AM | 14 | SHARE IN THE COST OF THE CONTINUED PRESERVATION, I'M GOING TO |
| 11:06AM | 15 | DENY THAT WITHOUT PREJUDICE, AND IT CAN BE RENEWED IF THE |
| 11:06AM | 16 | UNDERLYING FACTS AND CIRCUMSTANCES CHANGE. |
| 11:06AM | 17 | MS. TREBICKA: UNDERSTOOD, YOUR HONOR. |
| 11:06AM | 18 | AND ALSO TO CLARIFY FOR THE RECORD A BASIS FOR THE BURDEN |
| 11:06AM | 19 | IS NOT JUST THE MONETARY COST, ALTHOUGH ▮▮▮▮ IS NOTHING |
| 11:06AM | 20 | TO -- |
| 11:06AM | 21 | THE COURT: NO. I UNDERSTAND. THERE WAS AN |
| 11:06AM | 22 | ARGUMENT MADE AND IT'S IN THE RECORD OF THE ▮▮▮▮▮ |
| 11:06AM | 23 | ▮▮▮▮ THE ENGINEERING IMPACT, THE HUMAN COST, IF YOU WILL, |
| 11:06AM | 24 | AND I APPRECIATE THAT. |
| 11:06AM | 25 | I REFERRED TO THE ▮▮▮▮ IN THE DOLLARS BECAUSE THOSE |

SEALED PROCEEDINGS                                          36

11:06AM  1    ARE IN TABLES AND I CAN -- YOU KNOW, TO THE EXTENT THAT THEY'RE

11:06AM  2    QUANTIFIED, THEY'RE THERE.

11:06AM  3         OKAY.  SO THAT IS DENIED WITHOUT PREJUDICE.

11:06AM  4         WITH REGARDS TO NOTICED MOTION FOR ADJUSTMENTS ON THE

11:06AM  5    TABLES, THE PARTIES WILL NEED TO MEET AND CONFER IN ACCORDANCE

11:06AM  6    WITH THE GUIDANCE OF THE COURT, AND I WILL GET A STATUS RECORD

11:07AM  7    WITH A TIMELINE AS TO COMPLETION IN THE NEAR TERM, BUT I WILL

11:07AM  8    GET THAT IN 21 DAYS.  AND I WILL ISSUE A SHORT ORDER

11:07AM  9    SUMMARIZING OUR RULINGS HERE TODAY.

11:07AM 10              MR. MCGEE:  THANK YOU, YOUR HONOR.

11:07AM 11              THE COURT:  ALL RIGHT.  THANK YOU.

11:07AM 12         THAT CONCLUDES BROWN.  THANK YOU.

11:07AM 13              MS. TREBICKA:  THANK YOU.

11:07AM 14              THE COURT:  ALL RIGHT.  WE'RE GOING TO TAKE A FIVE

11:07AM 15    MINUTE BREAK BEFORE STARTING THE CALHOUN HEARING SO I CAN,

11:07AM 16    FRANKLY, SHIFT MY FILES AND BINDERS.

11:07AM 17         FIVE MINUTES.  THANK YOU.

11:07AM 18         (COURT CONCLUDED AT 11:07 A.M.)

        19

        20

        21

        22

        23

        24

        25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16              IRENE RODRIGUEZ, CSR, RMR, CRR
                CERTIFICATE NUMBER 8074
17

18
                DATED:  JANUARY 12, 2023
19

20

21

22

23

24

25