# EXHIBIT 5

# Redacted Version of Document Sought to be Sealed

1          UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   PATRICK CALHOUN, ET AL., ON        CASE CV-20-05146 YGR (SVK)
    BEHALF OF THEMSELVES AND ALL
    OTHERS SIMILARLY SITUATED,         SAN JOSE, CALIFORNIA
6
            PLAINTIFFS,                JANUARY 10, 2023
7       V.
                                       **SEALED PAGES 1 - 29**
8   GOOGLE LLC,

9           DEFENDANT.                 COPY

10

        TRANSCRIPT OF SEALED ZOOM PROCEEDINGS
11      BEFORE THE HONORABLE SUSAN VAN KEULEN
           UNITED STATES MAGISTRATE JUDGE
12

13   A-P-P-E-A-R-A-N-C-E-S

14   FOR THE PLAINTIFFS:    DICELLO LEVITT GUTZLER LLC
                            BY:  DAVID A. STRAITE
                            ONE GRAND CENTRAL PLACE
15                          60 EAST 42ND STREET, SUITE 2400
                            NEW YORK, NEW YORK 10165
16
                            SIMMONS HANLY CONROY
17                          BY:  AN V. TRUONG
                                 JASON "JAY" BARNES
18                          112 MADISON AVENUE, 7TH FLOOR
                            NEW YORK, NEW YORK 10016
19
                            BLEICHMAR FONTI & AULD LLP
20                          BY:  ANGELICA ORNELAS
                            555 12TH STREET, SUITE 1600
21                          OAKLAND, CALIFORNIA 94607

22      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23   OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
24

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.

```
 1        A P P E A R A N C E S: (CONT'D)

 2     FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                   SULLIVAN, LLP
 3                                 BY:  ANDREW H. SCHAPIRO
                                   191 N. UPPER WACKER DRIVE
 4                                 SUITE 2700
                                   CHICAGO, ILLINOIS 60606
 5
                                   BY:  DONALD SETH FORTENBERY
 6                                      JOSEF T. ANSORGE
                                   51 MADISON AVENUE, 22ND FLOOR
 7                                 NEW YORK, NEW YORK 10010

 8                                 BY:  STEPHEN ANDREW BROOME
                                        VIOLA TREBICKA
 9                                 865 S. FIGUEROA STREET
                                   10TH FLOOR
10                                 LOS ANGELES, CALIFORNIA 90017

11                                 BY:  XI (TRACY) GAO
                                   1300 I STREET NW, SUITE 900
12                                 WASHINGTON, DC 20005

13     ALSO PRESENT:               GOOGLE LLC
                                   BY:  MATTHEW GUBIOTTI
14                                      TONI BAKER

15

16

17

18

19

20

21

22

23

24

25
```

|   |   |   |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JANUARY 10, 2023 |
| | 2 | P R O C E E D I N G S |
| 09:57AM | 3 | (COURT CONVENED AT 11:13 A.M.) |
| 11:13AM | 4 | THE COURT:  ALL RIGHT.  MS. FANTHORPE, IF YOU'LL |
| 11:13AM | 5 | CALL THE NEXT MATTER, PLEASE. |
| 11:13AM | 6 | THE CLERK:  YES.  CALLING SEALED HEARING IN CASE |
| 11:14AM | 7 | 20-CV-5146, CALHOUN, ET AL., VERSUS GOOGLE LLC. |
| 11:14AM | 8 | COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD |
| 11:14AM | 9 | BEGINNING WITH THE PLAINTIFF. |
| 11:14AM | 10 | MR. STRAITE:  GOOD MORNING, YOUR HONOR. |
| 11:14AM | 11 | DAVID STRAITE FROM THE DICELLO LEVITT GUTZLER FOR |
| 11:14AM | 12 | PLAINTIFFS.  GOOD MORNING. |
| 11:14AM | 13 | JOINING ME TODAY ARE MY COLLEAGUES AN TRUONG, SIMMONS |
| 14AM | 14 | HANLY CONROY; AND ALSO JAY BARNES, SIMMONS HANLY CONROY; AND |
| 11:14AM | 15 | ANGELICA ORNELAS FROM BLEICHMAR FONTI & AULD. |
| 11:14AM | 16 | THE COURT:  EXCELLENT. |
| 11:14AM | 17 | WHERE IS MS. ORNELAS?  I SAW HER NAME A MOMENT AGO.  THERE |
| 11:14AM | 18 | SHE IS.  EXCELLENT.  THANK YOU. |
| 11:14AM | 19 | WELCOME BACK EVERYBODY. |
| 11:14AM | 20 | AND FOR GOOGLE TODAY? |
| 11:14AM | 21 | MR. SCHAPIRO:  HELLO, YOUR HONOR. |
| 11:14AM | 22 | ANDREW SCHAPIRO FROM QUINN EMANUEL FOR GOOGLE JOINED BY |
| 11:14AM | 23 | VIOLA TREBICKA, JOSEF ANSORGE, TRACY GAO, AND SETH FORTENBERY, |
| 11:14AM | 24 | AND STEPHEN BROOME FROM OUR FIRM. |
| 11:14AM | 25 | AND ALSO FROM GOOGLE, MATTHEW GUBIOTTI AND TONI BAKER. |

11:15AM  1       YOUR HONOR, IF SUDDENLY YOU SEE ME TURN OFF MY SCREEN AND

11:15AM  2   REAPPEAR IN A DIFFERENT ROOM, IT IS BECAUSE IT SEEMS LIKE THE

11:15AM  3   WI-FI IS OCCASIONALLY A LITTLE WEAK IN THE CONFERENCE ROOM

11:15AM  4   WHERE I AM AND THAT JUST MEANS I'VE RUN OVER TO ANOTHER

11:15AM  5   CONFERENCE ROOM FOR A SECOND.

11:15AM  6       THE COURT:  YES.  YOU WERE BREAKING UP SLIGHTLY ON

11:15AM  7   THE APPEARANCES, BUT WE KNOW THEM ALL BY HEART, SO THAT'S OKAY.

11:15AM  8       THANK YOU, MR. SCHAPIRO.

11:15AM  9       ALL RIGHT.  THIS HEARING IS UNDER SEAL.  HOWEVER, I WILL

11:15AM 10   ORDER THAT THE TRANSCRIPT CAN BE RELEASED TO THE PARTIES AS

11:15AM 11   SOON AS IT IS AVAILABLE FOLLOWING THESE PROCEEDINGS.

11:15AM 12       WE ARE ON TODAY INITIALLY FOR GOOGLE'S -- WELL, INITIALLY

11:15AM 13   BECAUSE GOOGLE FILED A MOTION FOR RELIEF FROM THE

11:15AM 14   PRESERVATION ORDER.

11:15AM 15       THEN THERE WAS JUDGE GONZALEZ ROGERS ISSUED A SUMMARY

11:16AM 16   JUDGMENT ORDER TERMINATING THE CASE.  THAT HAS BEEN APPEALED TO

11:16AM 17   THE NINTH CIRCUIT, WHICH RAISES THE FIRST QUESTION BEFORE US

11:16AM 18   TODAY WHICH IS WHETHER THIS COURT HAS JURISDICTION TO HEAR THE

11:16AM 19   MOTION.

11:16AM 20       THE ORIGINAL MOTION ALSO WAS SUPPLEMENTED.  FOLLOWING THE

11:16AM 21   SUMMARY JUDGMENT ORDER I ASKED FOR BRIEFING WITH REGARDS TO THE

11:16AM 22   IMPACT OF THE ORDER ON THE PRESERVATION PLAN, AND IN THAT

11:16AM 23   SUBSEQUENT BRIEFING GOOGLE ASKED FOR FURTHER RELIEF OF A

11:16AM 24   REQUEST THAT IT NOT HAVE TO PRESERVE ANY ADDITIONAL DATA GOING

11:16AM 25   FORWARD AND NOT CONTINUE TO PRESERVE THE DATA COLLECTED SO FAR.

11:16AM  1      SO -- OR IF THAT WAS THE CASE, THEN HAVE THE PLAINTIFFS

17AM  2      PAY THE COST OF RETAINING THAT DATA, AND THEN THAT, OBVIOUSLY

11:17AM  3      THAT REQUEST RAISED THE ISSUES OF -- OR BROUGHT TO A HEAD I

11:17AM  4      SHOULD SAY, THE ISSUES OF WHETHER OR NOT THIS COURT HAS

11:17AM  5      JURISDICTION TO HEAR ANY OF THE ISSUES RAISED BY GOOGLE.

11:17AM  6      SO I THINK THAT'S THE GENERAL LANDSCAPE.

11:17AM  7      LET ME GIVE YOU MY VIEWS AT THIS POINT, AND THEN WE WILL

11:17AM  8      FIND OUR WAY FORWARD.

11:17AM  9      THE QUESTION AS TO WHETHER OR NOT I HAVE JURISDICTION IS A

11:17AM 10      QUESTION OF WHETHER THE ISSUES BEFORE ME ARISING OUT OF THE

11:17AM 11      PRESERVATION PLAN ARE RELATED TO ISSUES ON APPEAL.  WITH MANY

11:17AM 12      ASPECTS OF THIS CASE, IT'S AN INTERESTING QUESTION.

11:17AM 13      WITH REGARDS TO GOOGLE'S REQUEST FOLLOWING THE SUMMARY

18AM 14      JUDGMENT ORDER THAT IT BE PERMITTED TO CEASE ITS PRESERVATION

11:18AM 15      EFFORTS UNDER THE PRESERVATION ORDER AND DELETE THE DATA

11:18AM 16      PRESERVED THUS FAR, I THINK THAT THAT MAY PRESENT SUBSTANTIAL

11:18AM 17      ISSUES THAT RELATE TO OR MAY RELATE TO THE ISSUES ON APPEAL,

11:18AM 18      AND I WILL CONSIDER THOSE QUESTIONS FOR RELIEF ONLY UPON REMAND

11:18AM 19      TO ME BY THE NINTH CIRCUIT.  SO GOOGLE WILL HAVE TO ASK THE

11:18AM 20      NINTH CIRCUIT EITHER FOR THAT RELIEF OR TO LET ME CONSIDER THAT

11:18AM 21      REQUEST.

11:18AM 22      THAT BRINGS US, THEN, TO THE ORIGINAL PENDING MOTION THAT

11:18AM 23      GOOGLE FILED HERE BEFORE ME WHICH WAS FOR RELIEF UNDER THE

11:19AM 24      PRESERVATION PLAN OF TWO KINDS.  ONE WAS RELIEF FROM PRESERVING

11:19AM 25      CERTAIN TABLES, ████████ AND ANALYTICS TABLES, █ TABLES

| | | |
|---|---|---|
| 11:19AM | 1 | THAT WERE ALSO THE SUBJECT OF THE MOTION IN THE BROWN CASE AS |
| 11:19AM | 2 | WELL AS PERMISSION TO STOP ITS ████ FIELD PRESERVATION |
| 11:19AM | 3 | EFFORTS AS ORDERED AS PART OF THE PRESERVATION PLAN. |
| 11:19AM | 4 | AGAIN, I REVIEW THAT REQUEST WITH THE ████ FIELD |
| 11:19AM | 5 | PRESERVATION PLAN, OF COURSE, THE PRESERVATION PLAN TO MY WAY |
| 11:19AM | 6 | OF THINKING IS THAT IT'S LIKE A SWISS WATCH.  IT HAD A LOT OF |
| 11:19AM | 7 | TIME AND EFFORT INTO EACH AND EVERY ASPECT.  WE HAD MULTIPLE |
| 11:19AM | 8 | HEARINGS IN THIS CASE, MULTIPLE ROUNDS OF BRIEFING, MULTIPLE |
| 11:19AM | 9 | ROUNDS OF EFFORTS IN FRONT OF THE SPECIAL MASTER IN PUTTING |
| 11:19AM | 10 | THAT PLAN TOGETHER. |
| 11:19AM | 11 | I DO APPRECIATE THAT THERE ARE SOME CHANGES IN THE POSTURE |
| 11:20AM | 12 | OF THE CASE NOW IN LIGHT OF THE ORDER, BUT IT IS NOT CLEAR TO |
| 11:20AM | 13 | ME WITH REGARDS TO THE IMPACT OF THE ████ FIELD DATA ON THE |
| 11:20AM | 14 | ISSUES THAT ARE ON APPEAL. |
| 11:20AM | 15 | AND SO I THINK THAT IT MAY, IT MAY PRESENT SUBSTANTIAL |
| 11:20AM | 16 | ISSUES THAT I WILL CONSIDER ONLY IF REMANDED TO ME BY THE |
| 11:20AM | 17 | NINTH CIRCUIT. |
| 11:20AM | 18 | SO FOR THAT PORTION OF THE RELIEF THAT GOOGLE SEEKS, |
| 11:20AM | 19 | YOU'LL HAVE TO TAKE THAT TO THE NINTH CIRCUIT. |
| 11:20AM | 20 | MR. SCHAPIRO:  MORE PRESUMABLY JUDGE GONZALEZ ROGERS |
| 11:20AM | 21 | FIRST, IF WE'RE OBJECTING TO YOUR RULING HERE TODAY, |
| 11:20AM | 22 | YOUR HONOR? |
| 11:20AM | 23 | THE COURT:  THAT'S AN EXCELLENT QUESTION, |
| 11:20AM | 24 | MR. SCHAPIRO. |
| 11:20AM | 25 | MR. STRAITE:  I'LL GO TAKE A LOOK AT WRIGHT & |

```
11:20AM   1    MILLER.

 .0AM     2             THE COURT:  WELL, I'M NOT SURE THAT WRIGHT &

11:21AM   3    MILLER ADDRESSED THAT.  AS PHRASED BY THE PARTIES' BRIEFS,

11:21AM   4    THERE'S A PROCESS.  YOU CAN GO TO THE FEDERAL RULES FOR AN

11:21AM   5    INDICATIVE RULING BEFORE THE DISTRICT COURT WILL TAKE UP AN

11:21AM   6    ISSUE THAT EITHER IT WOULD GRANT OR IT MAY BE SUBSTANTIALLY

11:21AM   7    RELATED TO THE ISSUES ON APPEAL, AND I THINK THAT GIVEN THE

11:21AM   8    BREADTH AND SCOPE AND THE ROLE OF PRESERVATION OF DATA IN THIS

11:21AM   9    CASE AND WHETHER OR NOT -- YOU KNOW, IF DATA IS NOT PRESERVED,

11:21AM  10    CAN THAT -- AND THE PLAINTIFFS ARE SUCCESSFUL ON APPEAL, CAN

11:21AM  11    THAT BE ADDRESSED AT THAT TIME RAISE ISSUES THAT REQUIRE LEAVE

11:21AM  12    FROM THE NINTH CIRCUIT?

11:21AM  13             MR. SCHAPIRO:  SO IF I MAY JUST TAKE TWO MINUTES TO

 2AM     14    MAKE A RECORD AND RAISE ONE POINT THAT I HOPE TO PERSUADE YOU

11:22AM  15    ON A PIECE OF THIS, YOUR HONOR.

11:22AM  16             THE COURT:  YOU MAY, BUT LET ME FINISH.

11:22AM  17             MR. SCHAPIRO:  MY APOLOGIES.

11:22AM  18             THE COURT:  THAT'S ALL RIGHT.  THAT'S ALL RIGHT.

11:22AM  19          AND BECAUSE I WAS ALMOST DONE, WHICH WAS THEN THAT LEAVES

11:22AM  20    US THE ISSUE OF THE TABLES WHICH I DO LOOK TO GOOGLE FOR

11:22AM  21    CONFIRMATION THAT THAT IS AN IDENTICAL ISSUE WITH REGARDS TO

11:22AM  22    WHAT WAS RAISED IN BROWN.  I APPRECIATE SOME OF THE SPECIFIC

11:22AM  23    TRANSLATIONS MAY BE DIFFERENT BUT THAT THE ISSUE IS THE SAME.

11:22AM  24          IS THAT RIGHT, MS. TREBICKA?

11:22AM  25             MS. TREBICKA:  ALMOST THE SAME.  IT IS THE SAME WITH
```

| | | |
|---|---|---|
| 11:22AM | 1 | RESPECT TO THE ███████ PIECE, AND WITH RESPECT TO THE |
| .2AM | 2 | ANALYTICS TABLES THERE -- BY CONTRAST TO BROWN, THERE IS NO |
| 11:22AM | 3 | ANALYTICS DATA THAT IS BEING PRESERVED IN THE ██████ LOGS. |
| 11:23AM | 4 | LET ME JUST GET TO -- I DON'T WANT TO MISSPEAK, YOUR HONOR. |
| 11:23AM | 5 | THE ANALYTICS ISSUE HERE -- GIVE ME JUST ONE SECOND -- IS |
| 11:23AM | 6 | THAT THE ANALYTICS DATA THAT IS BEING PRESERVED IN CALHOUN IS |
| 11:23AM | 7 | ONLY GAIA KEYED AUTHENTICATED DATA. |
| 11:23AM | 8 | AND THE ANALYTICS TABLES THAT WE HAVE IDENTIFIED FOR |
| 11:23AM | 9 | RELIEF ARE BISCOTTI AND DEVICE ID KEY.  THEY DO NOT HAVE GAIA |
| 11:24AM | 10 | IDENTIFIERS. |
| 11:24AM | 11 | THE COURT:  SO THEY DON'T TRANSLATE? |
| 11:24AM | 12 | MS. TREBICKA:  SO THEY ARE NOT USEFUL OR RELEVANT TO |
| 11:24AM | 13 | READING THE DATA, THE ANALYTICS DATA THAT IS BEING PRESERVED IN |
| 4AM | 14 | CALHOUN. |
| 11:24AM | 15 | THE COURT:  OKAY.  WE'LL TAKE THAT UP WHEN WE WORK |
| 11:24AM | 16 | OUR WAY DOWN TO THE TABLES.  THANK YOU FOR IDENTIFYING THE |
| 11:24AM | 17 | ISSUES. |
| 11:24AM | 18 | SO MR. SCHAPIRO. |
| 11:24AM | 19 | MR. SCHAPIRO:  THANK YOU, YOUR HONOR. |
| 11:24AM | 20 | SO FIRST, JUST TO MAKE SURE THAT WE'RE CLEAR ON WHAT OUR |
| 11:24AM | 21 | POSITION IS ABOUT THE JURISDICTIONAL QUESTION. |
| 11:24AM | 22 | THE COURT:  YES.  EXCUSE ME.  I JUST DROPPED MY |
| 11:24AM | 23 | JURISDICTIONAL NOTES, SO HANG ON. |
| 11:24AM | 24 | (PAUSE IN PROCEEDINGS.) |
| 11:24AM | 25 | THE COURT:  OKAY.  MY APOLOGIES. |

| | | |
|---|---|---|
| 11:24AM | 1 | MR. SCHAPIRO:  SO IT'S RARE THAT YOU COME ACROSS A |
| 24AM | 2 | CASE THAT IS ALMOST ON ALL FOURS WHEN YOU HAVE A SITUATION THAT |
| 11:24AM | 3 | IS AS ODD AS OURS IS, BUT WE BELIEVE THAT THE LORD ABBETT CASE |
| 11:24AM | 4 | REALLY DOES FIT THE BILL ON THAT, AND THAT IS A CASE WHERE |
| 11:25AM | 5 | THERE WAS A DISPUTE ABOUT WHETHER TO PRESERVE SOME COMPUTERS |
| 11:25AM | 6 | THAT ONE PARTY SAID WOULD BE RELEVANT IF THE CASE WERE REMANDED |
| 11:25AM | 7 | ON APPEAL, AND THE COURT CONSIDERED THAT.  AND CONTRARY TO WHAT |
| 11:25AM | 8 | THE PLAINTIFFS HAVE SAID IN THEIR PAPERS, IT TOOK JURISDICTION |
| 11:25AM | 9 | AS A THRESHOLD ISSUE FIRST BEFORE MAKING ANY DECISIONS ABOUT |
| 11:25AM | 10 | THE MERITS.  THIS IS IN STAR 2 IN THE WESTLAW VERSION OF THE |
| 11:25AM | 11 | CASE. |
| 11:25AM | 12 | THE COURT THERE SAID, "THE ISSUE BEFORE THIS COURT DOES |
| 11:25AM | 13 | NOT RELATE TO THE MERITS OF THE LAWSUIT.  IT PERTAINS SOLELY TO |
| 5AM | 14 | WHETHER ANY PARTY HAS A DUTY TO CONTINUE TO PRESERVE THE WIND |
| 11:25AM | 15 | RUSH COMPUTERS PENDING A POTENTIAL TRIAL ON REMAND. |
| 11:25AM | 16 | "ACCORDINGLY, THIS COURT RETAINS JURISDICTION OVER THE |
| 11:25AM | 17 | DISPUTE NOTWITHSTANDING LORD ABBETT'S APPEAL." |
| 11:25AM | 18 | THEN THE COURT THEN SAYS, "TURNING NOW TO THE SUBSTANCE OF |
| 11:25AM | 19 | THE DISPUTE DOT, DOT, DOT." |
| 11:25AM | 20 | BUT I THINK REGARDLESS OF WHAT ONE DETERMINES IS TRULY |
| 11:26AM | 21 | COLLATERAL AND ANCILLARY OR NOT, ONE THING IS FOR SURE AND THAT |
| 11:26AM | 22 | IS THAT THIS QUESTION OF WHO SHOULD PAY FOR THE PRESERVATION IS |
| 11:26AM | 23 | AS ANCILLARY AND COLLATERAL AS IT CAN GET.  THE ISSUE OF WHO |
| 11:26AM | 24 | HAS TO PAY FOR THE PRESERVATION IS NOT UP BEFORE THE |
| 11:26AM | 25 | NINTH CIRCUIT.  IT'S NOT GOING TO BE UP BEFORE THE |

| | | |
|---|---|---|
| 11:26AM | 1 | NINTH CIRCUIT. |
| :26AM | 2 | SO I WOULD ASK THAT EVEN IF YOU BELIEVE THAT YOU DO NOT |
| 11:26AM | 3 | HAVE JURISDICTION TO AUTHORIZE US TO NO LONGER -- TO STOP |
| 11:26AM | 4 | PRESERVING THIS DATA AFTER HAVING WON THE CASE IN THE DISTRICT |
| 11:26AM | 5 | COURT, THE BALANCE UNDER RULE 26 HAS SHIFTED SUCH THAT, AND |
| 11:26AM | 6 | MS. TREBICKA CAN SPEAK ABOUT THE BURDEN MORE, SUCH THAT WE |
| 11:26AM | 7 | SHOULD AT LEAST NOT HAVE TO PAY FOR IT ANYMORE. |
| 11:26AM | 8 | AND THE COURT, WE BELIEVE, SURELY HAS JURISDICTION TO |
| 11:26AM | 9 | DECIDE THAT. THAT IS AN ANCILLARY COLLATERAL MATTER. IT FITS |
| 11:26AM | 10 | SQUARELY UNDER THE EXCEPTION TO THE RULE BY DIVESTING |
| 11:26AM | 11 | JURISDICTION. |
| 11:26AM | 12 | THE COURT: AND I APPRECIATE THAT. THANK YOU, |
| 11:26AM | 13 | MR. SCHAPIRO. |
| :27AM | 14 | AND I'LL HEAR FROM YOU IN A MOMENT, MR. STRAITE. THE |
| 11:27AM | 15 | POINTS YOU MAKE ARE POINTS THAT THE COURT HAS GIVEN VERY |
| 11:27AM | 16 | CAREFUL CONSIDERATION TO WITH REGARDS TO WHETHER IT COULD |
| 11:27AM | 17 | RETAIN. |
| 11:27AM | 18 | LET ME START WITH THE LORD ABBETT CASE BECAUSE I OBVIOUSLY |
| 11:27AM | 19 | LOOKED AT THAT CAREFULLY. THERE'S NOT A LOT OF GUIDANCE IN |
| 11:27AM | 20 | THIS AREA IN THE NINTH CIRCUIT OR THE NORTHERN DISTRICT, BUT |
| 11:27AM | 21 | THAT CASE DOES SPEAK TO PRESERVATION OF EVIDENCE. WELL, THE |
| 11:27AM | 22 | MATTER IS UP ON APPEAL. |
| 11:27AM | 23 | BUT THERE THE UNDERLYING FACTS ARE -- COULD NOT BE MORE |
| 11:27AM | 24 | DIFFERENT FROM THIS CASE IN THAT THE COMPUTERS WERE SOMEWHAT -- |
| 11:27AM | 25 | YOU KNOW, THEY WERE THIRD PARTIES, THEY WERE REMOVED, THE |

| | | |
|---|---|---|
| 11:27AM | 1 | LIKELIHOOD OF THOSE COMPUTERS HAVING RELEVANT EVIDENCE WAS |
| .8AM | 2 | SOMETHING THAT THE COURT LOOKED AT AND JUST DID NOT SEE THIS AS |
| 11:28AM | 3 | A SIGNIFICANT ISSUE OR SUBSTANTIAL ISSUE RELATED IN ANY WAY TO |
| 11:28AM | 4 | THE APPEAL. |
| 11:28AM | 5 | IT WAS TALKING ABOUT OBVIOUSLY SHARING THE COSTS, THE |
| 11:28AM | 6 | WAREHOUSING COSTS, BUT IT WAS A VERY DIFFERENT FACTUAL |
| 11:28AM | 7 | SITUATION WHERE HERE WE HAVE, WE HAVE THIS VERY INTRICATE AND |
| 11:28AM | 8 | COMPREHENSIVE PRESERVATION PLAN THAT WAS DESIGNED REALLY TO |
| 11:28AM | 9 | ADDRESS A NUMBER OF THE ISSUES AND THE EVIDENCE THAT WOULD BE |
| 11:28AM | 10 | REQUIRED SHOULD THE CASE GO FORWARD. |
| 11:28AM | 11 | I ALSO LOOKED AT, AND I APPRECIATE GOOGLE'S CONCERNS AND |
| 11:28AM | 12 | THINKING OF, WELL, OKAY, WE HAVE SUCCEEDED ON SUMMARY JUDGMENT, |
| 11:29AM | 13 | IT TOOK A LONG TIME, BUT WE DID GET A RULING, AND SO THE CASE |
| 9AM | 14 | IS OVER BUT WE'RE NOT RELIEVED OF THIS PRESERVATION OBLIGATION, |
| 11:29AM | 15 | OKAY, BUT THERE SHOULD BE COST SHIFTING. |
| 11:29AM | 16 | AND I GAVE SOME THOUGHT TO THE PROPORTIONALITY.  THERE IS |
| 11:29AM | 17 | AN ARGUMENT THAT THE PROPORTIONALITY ANALYSIS HAS CHANGED, BUT |
| 11:29AM | 18 | THAT ANALYSIS IS TIED TO SUCCESS ON THE SUMMARY JUDGMENT |
| 11:29AM | 19 | MOTION.  THAT'S WHERE I HAVE A CHALLENGE OF CAN I JUST BACK OUT |
| 11:29AM | 20 | THE COST ISSUE WHEN THE REASON, THE RATIONALE FOR SHIFTING COST |
| 11:29AM | 21 | IS -- WELL, THE PROPORTIONS HAVE CHANGED, THE PROPORTIONALITY |
| 11:29AM | 22 | ANALYSIS HAS CHANGED AND IT HAS CHANGED BECAUSE OF THE RULING |
| 11:30AM | 23 | ON SUMMARY JUDGMENT WHICH IS EXACTLY WHAT IS ON APPEAL. |
| 11:30AM | 24 | I WILL PICK IT UP AND I WILL RULE ON IT IF THE |
| 11:30AM | 25 | NINTH CIRCUIT SAYS THAT THAT'S OKAY. |

```
11:30AM   1            MR. SCHAPIRO:  YES.  SO YOUR HONOR, I WANT TO BE
 :30AM    2    CLEAR THAT WE ARE NOT MEANING TO CONFLATE THE QUESTION ABOUT
11:30AM   3    RULE 26 BURDEN WITH THE QUESTION ABOUT JURISDICTION OR WHAT THE
11:30AM   4    NINTH CIRCUIT DOES ON APPEAL.
11:30AM   5            THE FACT IS THAT WE BELIEVE THAT YOU HAVE JURISDICTION TO
11:30AM   6    ASSESS CAUTION, AND I THINK I HEAR YOU SAYING THAT AS WELL.  I
11:30AM   7    MIGHT BE WRONG.  BUT YOU'RE SAYING THAT YOU'RE NOT SURE IF THE
11:30AM   8    BALANCE HAS CHANGED, AND I'D LIKE TO ADDRESS THAT RIGHT NOW.
11:30AM   9            THE COURT:  WELL, I THINK, LET ME JUST -- I BELIEVE
11:30AM  10    THE BALANCE HAS CHANGED, BUT IT HAS CHANGED BECAUSE OF THE
11:30AM  11    RULING THAT IS UP ON APPEAL.
11:30AM  12            MR. SCHAPIRO:  YES, BUT RESPECTFULLY, THAT SHOULDN'T
11:31AM  13    MATTER.  IT HAS CHANGED BECAUSE IF SOMETHING IS ON THE APPEAL,
 :31AM   14    BUT THE FACT ON THE GROUND IS THAT THERE IS NOW A MUCH, MUCH,
11:31AM  15    MUCH SMALLER CHANCE THAT THIS EVIDENCE WILL EVER BE RELEVANT OR
11:31AM  16    BE USED.  YES, BECAUSE IT'S ON APPEAL, THAT'S FINE.  BUT
11:31AM  17    BECAUSE OF THE LIKELIHOOD THAT THIS EVIDENCE WILL EVER BE
11:31AM  18    RELEVANT OR USED IN ANY COURTROOM IS MUCH LESS THAN IT WAS ON
11:31AM  19    DECEMBER 11TH, THE DAY BEFORE THE ORDER WAS ISSUED, THE BALANCE
11:31AM  20    UNDER RULE 26 HAS CHANGED AND WE SHOULD NOT HAVE TO PAY.
11:31AM  21            THE COURT:  SO THAT'S AN EXCELLENT POINT, AND THAT'S
11:31AM  22    MY QUESTION IS THAT LIKELIHOOD OF SUCCESS IS NOT A RULE 26
11:31AM  23    FACTOR.
11:31AM  24            I MEAN, I LOOK AT THAT, BUT I KEEP COMING BACK TO THAT
11:31AM  25    IT'S TIED TO BECAUSE OF THE SUMMARY JUDGMENT RULING, BUT I --
```

```
11:31AM   1          MR. SCHAPIRO:  WELL, BUT I THINK, YOUR HONOR, UNDER
 .31AM    2     RULE 26 ONE OF THE FACTORS IS HOW LIKELY IS IT THAT THIS IS
11:31AM   3     GOING TO BE IMPORTANT EVIDENCE, RIGHT?
11:31AM   4          SO EVEN IF YOU'RE JUST TALKING UNDER RULE 26 ABOUT A
11:31AM   5     REQUEST TO TAKE A DEPOSITION OF SOMEONE OR REVIEW A BUNCH OF
11:32AM   6     DOCUMENTS, AT THE GENERAL LEVEL THE QUESTION IS WHAT IS THE
11:32AM   7     LIKELIHOOD THAT THIS IS GOING TO BE USEFUL AT TRIAL?
11:32AM   8          AND THERE MIGHT BE VARIOUS REASONS WHY DOWN THE ROAD IT
11:32AM   9     WILL OR WON'T BE IMPORTANT AT TRIAL.
11:32AM  10          HERE THE REASON IT'S UNLIKELY TO BE IMPORTANT AT TRIAL IS
11:32AM  11     BECAUSE THEY'RE UNLIKELY TO GET THERE.  THAT STILL WEIGHS AS A
11:32AM  12     FACTOR ON THE SCALE.
11:32AM  13          THE COURT:  OKAY.  I HEAR YOU.  I HEAR YOU.  THANK
 32AM    14     YOU.
11:32AM  15          MR. STRAITE, MR. SCHAPIRO PICKS UP A POINT THAT THE COURT
11:32AM  16     HAS ALSO GIVEN A LOT OF THOUGHT AND CONSIDERATION, I'LL EVEN
11:32AM  17     SAY HAS STRUGGLED WITH, WITH REGARDS TO A PURELY COST SHIFTING
11:32AM  18     ANALYSIS AT THIS STAGE WITHOUT REGARD TO, YOU KNOW, ALL OF THE
11:32AM  19     EVIDENCE STAYS, BUT NOW IN LIGHT OF SIGNIFICANT CHANGE IN
11:33AM  20     CIRCUMSTANCES, PLAINTIFFS OUGHT TO BE SHARING IN THAT BURDEN.
11:33AM  21          MR. STRAITE:  THANK YOU, YOUR HONOR.  WE WOULD AGREE
11:33AM  22     THAT RULE 26 DOES NOT HAVE A MERITS ANALYSIS BAKED INTO THE
11:33AM  23     PROPORTIONALITY TEST.
11:33AM  24          IN THE NINTH CIRCUIT MULTIPLE COURTS HAVE SAID THAT THE
11:33AM  25     ZUBULAKE, Z-U-B, TEST, THE SEVEN PART TEST, WHICH IS THE GOLD
```

| | |
|---|---|
| 11:33AM | 1 |
| .33AM | 2 |
| 11:33AM | 3 |
| 11:33AM | 4 |
| 11:33AM | 5 |
| 11:33AM | 6 |
| 11:33AM | 7 |
| 11:33AM | 8 |
| 11:33AM | 9 |
| 11:33AM | 10 |
| 11:34AM | 11 |
| 11:34AM | 12 |
| 11:34AM | 13 |
| )34AM | 14 |
| 11:34AM | 15 |
| 11:34AM | 16 |
| 11:34AM | 17 |
| 11:34AM | 18 |
| 11:34AM | 19 |
| 11:34AM | 20 |
| 11:34AM | 21 |
| 11:34AM | 22 |
| 11:34AM | 23 |
| 11:34AM | 24 |
| 11:34AM | 25 |

1  STANDARD IN THE NINTH CIRCUIT, IT'S A NEW YORK CASE.  IT'S

2  ZUBULAKE VERSUS UBS WARBURG LLC.  THERE ARE SEVEN FACTORS AND

3  NONE OF THEM ARE AN ANALYSIS OF CHANCES OF SUCCESS ON THE

4  MERITS.

5       IN FACT, WE HAVE OTHER FACTORS LIKE THE PARTY'S RELATIVE

6  ABILITY TO PAY FOR A PRESERVATION?  THAT'S ONE OF THE FACTORS.

7  HOW IMPORTANT THE ISSUES ARE IN LITIGATION?  OBVIOUSLY THAT HAS

8  ALREADY BEEN ADDRESSED.

9       GOOGLE HAS STEADFASTLY REFUSED TO ADDRESS THE ZUBULAKE

10  TEST IN ANY OF ITS BRIEFING WHICH IS UNFORTUNATE, BUT RULE 26

11  NOR ZUBULAKE ADDRESS OR ALLOW US TO HANDICAP THE LIKELIHOOD OF

12  SUCCESS ON APPEAL.

13       MORE IMPORTANTLY, HOWEVER, THAT TO THE EXTENT THAT COST

14  SHIFTING WERE APPROPRIATE, IT CAN ONLY BE EVALUATED FAIRLY WITH

15  REOPENING OF DISCOVERY, WHICH YOUR HONOR HAS SAID AND WE'RE

16  GRATEFUL TO HEAR IT, THAT THAT'S NOT IN THE CARDS.  IT WOULD BE

17  A SUBSTANTIAL EFFORT TO FIGURE OUT EXACTLY WHAT ARE THE

18  APPROPRIATE OUT-OF-POCKET COSTS ASSOCIATED WITH NON-DUPLICATIVE

19  DISCOVERY, AND THAT WOULD REQUIRE AN ENORMOUS EFFORT TO EVEN

20  UNDERSTAND WHAT WE'RE TALKING ABOUT.  EVEN THE ORDER OF

21  MAGNITUDE HAS CHANGED.

22            THE COURT:  I'M GOING TO STOP YOU THERE,

23  MR. STRAITE, BECAUSE I WILL SAY I DON'T AGREE.  THAT DOESN'T

24  MEAN THAT THERE WOULDN'T HAVE TO BE SOME EXCHANGE OF

25  INFORMATION OR SOME FURTHER DIGGING OF THE INFORMATION WITH

SEALED PROCEEDINGS                                                    15

11:34AM   1     REGARD TO COSTS.

 :34AM    2              MR. STRAITE:  RIGHT.

11:34AM   3              THE COURT:  BUT WE MAY EVENTUALLY GET THERE IN THIS

11:34AM   4     CASE, AND I'M IMAGINING A SITUATION WHERE THE NINTH CIRCUIT

11:34AM   5     SAYS WHAT ARE YOU TALKING ABOUT?  COST SHIFTING ON PRESERVATION

11:34AM   6     OF DISCOVERY, DISTRICT COURT, GO, DO IT.

11:35AM   7         AND THAT'S STILL NOT GOING TO HAVE A REOPENING, CERTAINLY

11:35AM   8     NOT A WHOLESALE REOPENING OF DISCOVERY.

11:35AM   9              MR. STRAITE:  AND YOUR HONOR -- THANK YOU,

11:35AM  10     YOUR HONOR.

11:35AM  11         TO THE EXTENT THAT WE'RE TALKING ABOUT WHAT ARE THE COSTS

11:35AM  12     ASSOCIATED WITH NON-DUPLICATIVE DISCOVERY, THAT'S CERTAINLY A

11:35AM  13     CONVERSATION WE'RE WILLING TO HAVE NOW IF WE WANT.  THERE'S

 5AM     14     NOTHING THAT WOULD PROHIBIT THE PARTIES, IF WE AGREE, TO HAVE A

11:35AM  15     MEET AND CONFER REGARDING THE MAPPING TABLES, FOR EXAMPLE.  WE

11:35AM  16     COULD BE APART OF THE CONVERSATIONS WITH THE BROWN TEAM AND OUR

11:35AM  17     EXPERTS.

11:35AM  18         WE HAVE NO INTEREST IN ASKING GOOGLE TO PRESERVE

11:35AM  19     DUPLICATIVE DATA.  THERE'S NO REASON FOR THAT.  AND IF COSTS

11:35AM  20     COULD BE REDUCED, WE'RE MORE THAN WILLING TO BE APART OF THAT

11:35AM  21     CONVERSATION EVEN DURING APPEAL.

11:35AM  22              THE COURT:  ALL RIGHT.

11:35AM  23              MR. SCHAPIRO:  YOUR HONOR, THERE'S ONE OTHER THING

11:35AM  24     THAT HAS CHANGED THAT I THINK THE COURT ALSO CAN TAKE INTO

11:35AM  25     ACCOUNT SEPARATE FROM THE FACT THAT THE ODDS ARE VERY LOW THAT

| | | |
|---|---|---|
| 11:35AM | 1 | THIS EVIDENCE WOULD EVER BE USEFUL. BY THE WAY, I'M SURE |
| 36AM | 2 | MR. STRAITE MISSPOKE, BUT WE DID ADDRESS ZUBULAKE IN OUR REPLY |
| 11:36AM | 3 | BRIEF. |
| 11:36AM | 4 | YOUR HONOR, THE OTHER THING THAT HAS CHANGED NOW IS THAT |
| 11:36AM | 5 | NOW WE'RE LOOKING AT A PERIOD, A SUBSTANTIALLY LONGER PERIOD |
| 11:36AM | 6 | THAN ANYONE MIGHT HAVE ANTICIPATED FOR THE RETENTION OF THIS |
| 11:36AM | 7 | DATA WHERE THE METER IS RUNNING ON THE COST OF THAT. WE |
| 11:36AM | 8 | BELIEVE THAT THAT IS ALSO SOMETHING NOW THAT DUE TO THESE |
| 11:36AM | 9 | CHANGED CIRCUMSTANCES THE COURT CAN LOOK AT. |
| 11:36AM | 10 | THE COURT: UH-HUH. |
| 11:36AM | 11 | MR. SCHAPIRO: IN TERMS OF JUST THE BASIC UNFAIRNESS |
| 11:36AM | 12 | AND PERHAPS SLIGHT FRUSTRATION, WE FEEL ABOUT THE |
| 11:36AM | 13 | CIRCUMSTANCES, YOUR HONOR, WE BELIEVE THAT YOUR HONOR WOULD |
| 6AM | 14 | HAVE GRANTED AT LEAST IN PART OUR MOTION AS IT WAS ORIGINALLY |
| 11:36AM | 15 | FILED BECAUSE WE THINK THERE'S A LOT OF MERIT TO IT, BUT |
| 11:36AM | 16 | BECAUSE OF THE INTERVENING FACTOR THAT WE WON THE CASE BEFORE |
| 11:36AM | 17 | THERE COULD BE A RULING ON IT, SUDDENLY WE'RE STUCK, AND WE |
| 11:36AM | 18 | CAN'T GET A RESOLUTION ON THAT MERITORIOUS MOTION. |
| 11:36AM | 19 | SO YOU CAN UNDERSTAND WHERE WE'RE FEELING LIKE WAIT A |
| 11:36AM | 20 | MINUTE, WE HAD A GOOD MOTION, WE THINK WE WOULD HAVE WON IT, |
| 11:37AM | 21 | AND BEFORE YOU GOT -- WE HAD A CHANCE TO HAVE IT FULLY BRIEFED |
| 11:37AM | 22 | AND ARGUED, WE WIN THE CASE AND NOW WE HAVE TO, YOU KNOW, PAY |
| 11:37AM | 23 | THESE COSTS FOR TWO YEARS OR SO. I'M SURE YOU UNDERSTAND. |
| 11:37AM | 24 | THE COURT: I DO UNDERSTAND. AND WHEN I FEEL THAT |
| 11:37AM | 25 | HOW DO WE FIND OUR WAY FORWARD, I PICK UP THE RULE BOOK AND I |

11:37AM 1    LOOK AT THE RULES.  AND I THINK THAT FOR THE ISSUES I'VE

37AM 2    IDENTIFIED AND FOR THE REASONS THAT I'VE IDENTIFIED, I WILL

11:37AM 3    PICK UP AND I WILL RULE ON THESE ISSUES, AND I'M EXCLUDING THE

11:37AM 4    TABLE ISSUE BECAUSE I THINK THAT IS WELL WITHIN MY

11:37AM 5    PURVIEW.

11:37AM 6        BUT WITH REGARDS TO CONTINUED PRESERVATION OF SIGNIFICANT,

11:37AM 7    SIGNIFICANT PORTIONS OF THE DATA, THAT IS EITHER ALL OF IT

11:37AM 8    GOING -- YOU KNOW, STOP COLLECTING IT GOING FORWARD, NOT HAVE

11:37AM 9    TO PRESERVE WHAT IS HERE OR WHAT HAS ALREADY BEEN CORRECTED,

11:38AM 10   REMOVING A SIGNIFICANT PIECE OF THE UNDERLYING PRESERVATION

11:38AM 11   PLAN IN TERMS OF THE ███████ FIELD PRESERVATION, THOSE ARE --

11:38AM 12   THOSE PIECES ARE QUITE LARGE AND I WILL TAKE THEM UP.  IF THE

11:38AM 13   NINTH CIRCUIT SAYS THAT THAT'S OKAY, IF IT AGREES THAT, YOU

8AM 14   KNOW, THEN WE'RE DOWN TO THE LORD ABBETT CASE AND OTHERS AND

11:38AM 15   WE'LL GO FROM THERE, BUT I WANT TO HEAR FROM THE NINTH CIRCUIT

11:38AM 16   THAT THAT'S OKAY.

11:38AM 17       THE COST SHIFTING IS A PIECE I DISCUSSED AT LENGTH AND

11:38AM 18   WORKED THROUGH AND EVALUATED AT LENGTH, I'LL SAY, WITH REGARDS

11:39AM 19   TO WHETHER I COULD STILL DEAL WITH COSTS, BUT I DON'T SEE IN

11:39AM 20   RULE 26 A PATH TO CONSIDER AND WEIGH THE LIKELIHOOD OF SUCCESS.

11:39AM 21   AND, FRANKLY, THAT DOESN'T SURPRISE ME BECAUSE LIKELIHOOD OF

11:39AM 22   SUCCESS IS SQUARELY -- THAT PUTS US SQUARELY IN THE ISSUES

11:39AM 23   BEFORE THE NINTH CIRCUIT.

11:39AM 24       SO THOSE ISSUES, AGAIN, I WILL TAKE UP WITH PERMISSION

11:39AM 25   FROM THE NINTH CIRCUIT.  AND IF YOU BELIEVE IT IS APPROPRIATE

SEALED PROCEEDINGS                                                          18

11:39AM   1   TO ASK JUDGE GONZALEZ ROGERS FIRST, I LEAVE THAT TO YOUR

.9AM      2   CAREFUL ANALYSIS AS TO WHAT THE NEXT STOP IS.

11:39AM   3       AND THAT BRINGS US DOWN TO THE TABLES ISSUE, AND THE

11:39AM   4   TABLES THAT GOOGLE IS SEEKING RELIEF FROM NOT HAVING TO

11:40AM   5   PRESERVE AND FOR THE SAME REASON -- AND I'M GOING TO COME TO

11:40AM   6   THE DIFFERENT POINT THAT MS. TREBICKA IDENTIFIED A MOMENT AGO,

11:40AM   7   BUT BECAUSE THAT IS ADDRESSING SQUARELY ARE THESE TABLES NEEDED

11:40AM   8   AS ARTICULATED IN MY PRESERVATION ORDER, AND THERE IS

11:40AM   9   ADDITIONAL EVIDENCE NOW WITH REGARDS TO NEED THAT HAS BEEN

11:40AM  10   DEVELOPED AS PART OF THE IMPLEMENTATION OF THE PRESERVATION

11:40AM  11   PLAN, THAT THAT IS PROPERLY BEFORE ME, AND I CAN TAKE THAT UP

11:40AM  12   AND RULE ON IT HERE AND NOW WITHOUT INPUT FROM THE

11:40AM  13   NINTH CIRCUIT.

.0AM     14       SO WITH THAT, MS. TREBICKA, LET'S GO BACK TO THE TABLES

11:40AM  15   ISSUE AS WE SPENT SOME TIME WORKING THROUGH IT IN BROWN IS NOT

11:41AM  16   IDENTICAL TO THE ISSUE HERE, SPECIFICALLY WITH REGARDS TO THE

11:41AM  17   ANALYTICS TABLES.

11:41AM  18       SO YOU WERE GOING TO TAKE ME THROUGH THAT.  SO PLEASE.

11:41AM  19           MS. TREBICKA:  YES, YOUR HONOR.

11:41AM  20   ███████████  IS IDENTICAL, THE  ███████████  PIECE.

11:41AM  21           THE COURT:  UH-HUH.

11:41AM  22           MS. TREBICKA:  WHERE IT IS NOT IDENTICAL IS WITH

11:41AM  23   RESPECT TO THE ANALYTICS TABLES WHERE THE ONLY DATA SOURCES IN

11:41AM  24   THE PRESERVATION ORDER FOR CALHOUN THAT RELATES TO GOOGLE

11:41AM  25   ANALYTICS ARE IN GAIA ███████ AND IN ███████████ AND BOTH OF

| | | |
|---|---|---|
| 11:41AM | 1 | THOSE SOURCES ARE AUTHENTICATED.  SO GAIA PAID, GAIA ███ AND |
| 11:41AM | 2 | THEN ███ THE AUTHENTICATED SOURCE, AND BECAUSE THEY DO |
| 11:41AM | 3 | NOT CONTAIN -- THEY ARE NOT KEY TO BISCOTTI, SO UNAUTHENTICATED |
| 11:41AM | 4 | IDENTIFIERS.  THE IDENTIFIERS THAT ARE MAPPED IN THE ANALYTICS |
| 11:41AM | 5 | MAPPING TABLES ARE INAPPLICABLE TO THESE PRESERVED DATA |
| 11:42AM | 6 | SOURCES, AND, THEREFORE, UNNECESSARY TO READ THE DATA OR |
| 11:42AM | 7 | UNDERSTAND THE DATA. |
| 11:42AM | 8 | THE COURT:  SO WHAT IS IT IN THE ANALYTICS TABLES |
| 11:42AM | 9 | THAT MAKE -- THAT CAUSES THEM TO FALL UNDER MY ORDER? |
| 11:42AM | 10 | MS. TREBICKA:  IT IS -- GREAT QUESTION, YOUR HONOR. |
| 11:42AM | 11 | AGAIN, PART OF THE REASON THAT WE HAD A LONG DISCUSSION OF |
| 11:42AM | 12 | HOW WE HAVE IMPLEMENTED YOUR ORDER WAS BECAUSE WE WANTED TO BE |
| 11:42AM | 13 | ABSOLUTELY CLEAR THAT WE WERE DOING WHAT YOU ASKED US TO DO. |
| 11:42AM | 14 | IT IS NOT THAT THESE TABLES ARE NOT NECESSARY TO READ THE |
| 11:42AM | 15 | DATA, BUT WE WERE CONCERNED BY THE ORDER THAT SAID -- OR BY THE |
| 11:42AM | 16 | LANGUAGE INSTRUCTING ALL MEANS ALL, AND IN THE INTEREST OF |
| 11:42AM | 17 | TRANSPARENCY, IN THE INTEREST OF NOT STEPPING WRONGLY BEFORE |
| 11:42AM | 18 | YOUR HONOR, WE WANTED TO IDENTIFY THEM, AND ALSO BECAUSE THEY |
| 11:42AM | 19 | HAVE BEEN IDENTIFIED IN BROWN, AND BRING THIS TO YOUR HONOR'S |
| 11:43AM | 20 | ATTENTION. |
| 11:43AM | 21 | BUT CLEARLY THEY ARE NOT NECESSARY TO READ THE DATA IN |
| 11:43AM | 22 | CALHOUN. |
| 11:43AM | 23 | THE COURT:  WELL, I MADE IT CLEAR IN MY ORDER THAT |
| 11:43AM | 24 | IF THE DATA IN THE TABLE WAS UNRELATED TO THE DATA IDENTIFIED |
| 11:43AM | 25 | AND PRODUCED IN THE ACTION, THEN THAT TABLE DID NOT NEED TO BE |

| | | |
|---|---|---|
| 11:43AM | 1 | PRODUCED OR PRESERVED, EXCUSE ME. BUT THAT DOESN'T, THAT |
| 43AM | 2 | DOESN'T SOUND LIKE THIS IS A SITUATION WHERE THE ANALYTICS |
| 11:43AM | 3 | TABLES ARE COMPLETELY UNRELATED TO THE DATA THAT HAS BEEN |
| 11:43AM | 4 | IDENTIFIED OR PRODUCED. |
| 11:43AM | 5 |     MS. TREBICKA: THEY ARE ANALYTICS TABLES, SO IN THAT |
| 11:43AM | 6 | RESPECT, YES, THEY ALL DEAL WITH GOOGLE ANALYTICS DATA, BUT |
| 11:43AM | 7 | THEY ARE NOT RELATED TO THE DATA THAT IS BEING PRESERVED IN THE |
| 11:44AM | 8 | SENSE OF BEING NECESSARY TO READ OR INTERPRET OR LINK THE DATA |
| 11:44AM | 9 | THAT IS BEING PRESERVED. |
| 11:44AM | 10 |     SO FROM OUR PERSPECTIVE THEY'RE UNNECESSARY. THEY DO NOT |
| 11:44AM | 11 | FALL WITHIN YOUR ORDER. THEY'RE UNNECESSARY. |
| 11:44AM | 12 |     BUT AS I SAID A MOMENT AGO, YOUR HONOR, WE DID NOT WANT TO |
| 11:44AM | 13 | MISSTEP. WE IDENTIFIED IT. WE WANTED YOUR HONOR TO BE AWARE |
| 4AM | 14 | OF IT, SO ONCE IT APPEARS IN BROWN OR IS MADE AWARE IN BROWN, |
| 11:44AM | 15 | WE ARE NOT, AS GOOGLE AND COUNSEL TO GOOGLE SECOND GUESS ABOUT |
| 11:44AM | 16 | SOME DECISIONS THAT WE HAVE MADE TO DATE, ESPECIALLY SINCE |
| 11:44AM | 17 | THESE CASES HAVE BEEN PROCEEDING IN PARALLEL. |
| 11:44AM | 18 |     BUT, AGAIN, WE DON'T THINK THAT THESE MAPPING TABLES APPLY |
| 11:44AM | 19 | TO THE DATA THAT IS BEING PRESERVED IN CALHOUN, THE GOOGLE |
| 11:44AM | 20 | ANALYTICS DATA THAT IS BEING PRESERVED IN CALHOUN. |
| 11:44AM | 21 |     THE COURT: OKAY. |
| 11:44AM | 22 |   MR. STRAITE. |
| 11:44AM | 23 |     MR. STRAITE: THANK YOU, YOUR HONOR. |
| 11:44AM | 24 |   TWO QUICK THINGS. WE DON'T KNOW WHAT IS IN SOME OF THESE |
| 11:44AM | 25 | MAPPING TABLES, SO WHEN GOOGLE COUNSEL SAYS THAT THE MAPPING |

| 11:45AM | 1 | TABLES DON'T RELATE TO ███████ OR OTHER DATA SOURCES BEING |

11:45AM   1   TABLES DON'T RELATE TO ███████ OR OTHER DATA SOURCES BEING

:45AM     2   PRESERVED, WE HAVE NO WAY TO EVALUATE THAT.  WE HAVEN'T SEEN

11:45AM   3   THEM.  WE DON'T KNOW WHAT IS BEING PRESERVED.

11:45AM   4        SO WE HAVE NO INTEREST.  CERTAINLY WE HAVE NO DESIRE FOR

11:45AM   5   GOOGLE TO PRESERVE TABLES OR DATA THAT IS LITERALLY UNRELATED

11:45AM   6   TO THIS ACTION AND ARE UNNECESSARY AND ARE DUPLICATIVE.

11:45AM   7        SO WE WOULD ONLY ASK FOR TRANSPARENCY AND AN OPPORTUNITY

11:45AM   8   TO HAVE A CONVERSATION WITH GOOGLE AND OUR EXPERTS TO DETERMINE

11:45AM   9   WHAT IS IN THESE TABLES AND WHAT ARE THEY MAPPING TO.

11:45AM   10       SO MAPPING TABLES MAP GAIA TO WHAT?  WE DON'T KNOW WHAT IS

11:45AM   11  IN THE MAPPING TABLES.  WE'RE OBVIOUSLY A BIT IN THE DARK.  WE

11:45AM   12  WOULD JUST ASK FOR AN OPPORTUNITY TO MEET WITH GOOGLE TO

11:45AM   13  DETERMINE WHAT IS IN THE TABLES THAT THEY'RE PROPOSING THAT

:5AM      14  THEY BE RELIEVED FROM THE OBLIGATION TO PRESERVE.  IF THEY'RE

11:45AM   15  DUPLICATIVE OR TRULY NOT RELATED TO THE CASE, OF COURSE WE HAVE

11:45AM   16  NO OBJECTION.  WE HAVE NO BASIS TO SAY ONE WAY OR THE OTHER

11:46AM   17  UNTIL WE MEET AND CONFER WITH THEM.

11:46AM   18            THE COURT:  OKAY.  WELL, HERE'S A CONCERN I HAVE, IN

11:46AM   19  LIGHT OF THE INFORMATION THAT MS. TREBICKA HAS LAID OUT MORE

11:46AM   20  CLEARLY FOR ME HERE ON THE RECORD, WHICH IS THAT TO HAVE A

11:46AM   21  CONVERSATION, AND WE'RE JUST TALKING ABOUT THE ANALYTICS TABLES

11:46AM   22  NOW BECAUSE I THINK ON THE ███████████ PIECE IT CAN MIRROR

11:46AM   23  THE PROCESS THAT WE DISCUSSED IN BROWN.  BUT WITH REGARDS TO

11:46AM   24  THE ANALYTICS PIECE, DID I HEAR GOOGLE SAYING THAT THERE'S

11:46AM   25  NOTHING IN THESE TABLES THAT REFLECTS WHAT LINK OR COULD BE

| | | |
|---|---|---|
| 11:46AM | 1 | DERIVED FROM THE TABLES THAT ARE BEING FROM THE PRESERVED DATA. |
| .6AM | 2 | THEY DON'T SHED ANY INFORMATION.  SO TO HAVE THAT DISCUSSION -- |
| 11:46AM | 3 | WHAT I'M TRYING TO AVOID, MR. STRAITE, IS I'VE ALREADY SAID |
| 11:47AM | 4 | THAT GOOGLE DOESN'T HAVE TO, YOU KNOW, THEY DON'T HAVE TO MAKE |
| 11:47AM | 5 | THE ENTIRE TABLES.  I MEAN, ALL OF THIS INFORMATION AVAILABLE. |
| 11:47AM | 6 | THIS IS NOT AN OPEN IT ALL UP AND HAVE THE PLAINTIFFS LOOK |
| 11:47AM | 7 | AROUND AND SEE IF THERE'S ANYTHING THAT RELATES.  THAT'S NOT |
| 11:47AM | 8 | THE PROCESS. |
| 11:47AM | 9 | AND IN BROWN WE WERE ABLE TO START WITH, WELL, HERE ARE |
| 11:47AM | 10 | THE PIECES THAT GOOGLE SAYS RELATE.  DO THEY RELATE IN THE WAY |
| 11:47AM | 11 | THAT GOOGLE SAID THEY DO?  IT'S A LITTLE BIT HARDER.  I'M NOT |
| 11:47AM | 12 | QUITE SURE, BUT I'M WILLING TO LEAVE IT TO THE PARTIES TO |
| 11:47AM | 13 | FIGURE OUT A WAY TO HAVE THAT DISCUSSION, BUT SIMPLY OPEN UP |
| 7AM | 14 | AND SHOW US EVERYTHING IN THE TABLES IS CERTAINLY NOT WHERE |
| 11:47AM | 15 | WE'RE GOING TO START. |
| 11:47AM | 16 | MR. STRAITE:  AND WE CAN ABSOLUTELY AGREE TO THAT. |
| 11:47AM | 17 | WE DON'T HAVE TO HAVE ALL OF THE TABLES COMPLETELY OPEN, BUT IF |
| 11:47AM | 18 | WE HAVE SUFFICIENT INFORMATION TO UNDERSTAND WHAT IS GAIA ID |
| 11:47AM | 19 | MAP TO?  WE HEARD THAT ANALYTICS TABLES DON'T REVEAL ANY NEW |
| 11:48AM | 20 | INFORMATION THAT IS NOT ALREADY IN SAY, FOR EXAMPLE, BUT WHAT |
| 11:48AM | 21 | ABOUT ███████?  THERE ARE A LOT OF QUESTIONS THAT WOULDN'T |
| 11:48AM | 22 | REQUIRE THAT WE HAVE COMPLETE ACCESS TO EVERYTHING, BUT WE DO |
| 11:48AM | 23 | NEED ADDITIONAL INFORMATION TO UNDERSTAND WHAT ARE THE DETAILS |
| 11:48AM | 24 | OF GOOGLE'S ARGUMENT?  WE'RE WILLING TO HAVE THOSE |
| 11:48AM | 25 | CONVERSATIONS. |

11:50AM 1        MR. STRAITE:  YES, YOUR HONOR, THAT SCHEDULE WORKS

.0AM 2    FINE.  IT'S OUR EXPECTATION THAT THE MEET AND CONFERS WOULD BE

11:50AM 3    JOINTLY WITH GOOGLE AND BROWN COUNSEL SO THAT WE'RE NOT HAVING,

11:50AM 4    YOU KNOW, TELEPHONE CONVERSATIONS.  YES, THAT SCHEDULE MAKES

11:50AM 5    SENSE FOR US.

11:50AM 6        THE COURT:  OKAY.  AND THIS HAS TO MOVE FORWARD

11:50AM 7    EXPEDITIOUSLY TO GET THIS ISSUE ADDRESSED.

11:50AM 8        BEFORE WE WRAP UP, I HAD A QUESTION.  I WANTED TO

11:50AM 9    UNDERSTAND, JUST BRIEFLY, MS. TREBICKA, THE DATA RETENTION

11:51AM 10   INFORMATION AND APPROXIMATE COST INFORMATION THAT GOOGLE

11:51AM 11   PROVIDED, AND I'M -- I AGREE, WE'LL PROCEED AS WITH BROWN, BUT

11:51AM 12   I WANTED TO BE SURE THAT I WAS UNDERSTANDING THE INFORMATION

11:51AM 13   THAT GOOGLE HAD PROVIDED TO THE COURT SO FAR IN ITS

1AM 14   SUPPLEMENTAL BRIEFING WHERE IT HAD -- I'M LOOKING AT DOCUMENT

11:51AM 15   NUMBER 929-3 WHERE IT HAD THE FIELD PRESERVATION NUMBERS AND

11:51AM 16   THEN THE NUMBER FOR ALL OTHER PRESERVATION TASKS EXCLUDING

11:51AM 17   RELIEF SOUGHT.

11:51AM 18       MS. TREBICKA:  YES, YOUR HONOR.

11:51AM 19       THE COURT:  DO YOU SEE WHERE I AM?

11:51AM 20       MS. TREBICKA:  I SEE IT.  I ACTUALLY HAVE A HANDY

11:51AM 21   TABLE THAT WE CAN SHARE SCREEN.  WOULD THAT BE OKAY?

11:52AM 22       SETH, DO YOU MIND?

11:52AM 23       IS IT OKAY TO SHARE, YOUR HONOR?

11:52AM 24       THE COURT:  WELL, LET ME ASK YOU A QUESTION FIRST

11:52AM 25   BECAUSE THAT'S WHAT I'M LOOKING AT IS DOCKET 929.

SEALED PROCEEDINGS                                              25

| | | |
|---|---|---|
| 11:52AM | 1 | MS. TREBICKA:  DOCUMENT 929. |
| 52AM | 2 | THE COURT:  TAB 2. |
| 11:52AM | 3 | MS. TREBICKA:  TAB 2, YES. |
| 11:52AM | 4 | THE COURT:  AND LOOKING FIRST AT THE DATA THAT IS |
| 11:52AM | 5 | PRESERVED.  SO GOOGLE BROKE OUT THE ████ FIELD BASE |
| 11:52AM | 6 | PRESERVATION. |
| 11:52AM | 7 | MS. TREBICKA:  YES. |
| 11:52AM | 8 | THE COURT:  THAT'S PART OF ITS REQUEST FOR RELIEF. |
| 11:52AM | 9 | AND THEN ALL OTHER PRESERVATION TASKS, EXCLUDING RELIEF |
| 11:52AM | 10 | SOUGHT, WHICH I ASSUME EXCLUDES THE MAPPING AND LINKING TABLES. |
| 11:52AM | 11 | MS. TREBICKA:  YES, IT DOES. |
| 11:52AM | 12 | THE COURT:  OKAY. |
| 11:52AM | 13 | MS. TREBICKA:  I WAS JUST GOING TO CONFIRM.  I DON'T |
| 2AM | 14 | HAVE 929 RIGHT IN FRONT OF ME.  MAYBE SETH CAN GET IT TO ME. |
| 11:52AM | 15 | WHAT WE HAVE IS IN CALHOUN IS ALL OTHER PRESERVATION TASKS |
| 11:52AM | 16 | EXCLUDING RELIEF SOUGHT IN THE FIRST YEAR IS A LITTLE OVER |
| 11:53AM | 17 | ████. |
| 11:53AM | 18 | THE COURT:  UH-HUH. |
| 11:53AM | 19 | MS. TREBICKA:  AND THEN IT GROWS EXPONENTIALLY TO |
| 11:53AM | 20 | ████ AFTER TWO YEARS AND TO JUST OVER ████ AFTER |
| 11:53AM | 21 | THREE YEARS. |
| 11:53AM | 22 | THE COURT:  RIGHT.  BUT THAT'S ALL PRESERVATION |
| 11:53AM | 23 | TASKS EXCLUDING ████ FIELD AND THE MAPPING TABLES. |
| 11:53AM | 24 | MS. TREBICKA:  CORRECT, YOUR HONOR. |
| 11:53AM | 25 | THE COURT:  OKAY. |

```
11:53AM   1        AND THERE WASN'T A BREAKOUT OF THE MAPPING TABLE COSTS.

  53AM    2   WOULD THAT TRACK -- THAT TABLE IS IN THE BROWN BRIEFS.

11:53AM   3        DOES THAT TRACK -- THAT WAS THE APPROXIMATELY -- I CAN'T

11:53AM   4   REMEMBER THE PETABYTES, BUT I KNOW IT WAS THE █████████ OVER

11:53AM   5   THREE YEARS.

11:53AM   6             MS. TREBICKA:  YES, YOUR HONOR, AND IT IS 897-3F10

11:53AM   7   AND IT APPLIES TO BOTH BROWN AND CALHOUN.  WE ALSO HAVE IT

11:53AM   8   BROKEN OUT BY █████████ AND ANALYTICS, BUT IT IS

11:54AM   9   █████████ IN THE FIRST YEAR, █████████ AFTER TWO YEARS, AND

11:54AM  10   █████████ AFTER THREE YEARS.

11:54AM  11             THE COURT:  RIGHT.  OKAY.  I JUST WANTED TO BE SURE

11:54AM  12   THAT WE WERE TALKING ABOUT THE SAME NUMBERS THAT THEY WERE --

11:54AM  13   NOT ALL OF THE PIECES WERE IN BOTH SETS OF TABLES

  4AM    14   UNDERSTANDABLY.

11:54AM  15             MS. TREBICKA:  YES, YOUR HONOR.

11:54AM  16        AND AS FAR AS █████ PRESERVATION OR OUR RELIEF FROM THE

11:54AM  17   █████ FIELD-BASED PRESERVATION, MS. GAO WAS READY AND PREPARED

11:54AM  18   TO ADDRESS THAT.  I DON'T KNOW IF YOUR HONOR HAS ANY QUESTIONS

11:54AM  19   FOR US ON THAT POINT BEFORE WE CONCLUDE TODAY.  I UNDERSTAND

11:54AM  20   YOUR RULING ON JURISDICTION, BUT AT ANY RATE I WANTED TO MAKE

11:54AM  21   SURE THAT IF THERE ARE ANY LINGERING QUESTIONS, MS. GAO IS HERE

11:54AM  22   TO ADDRESS THEM.

11:54AM  23             THE COURT:  THANK YOU.

11:54AM  24        MR. STRAITE, BEFORE I RESPOND TO THAT.

11:54AM  25             MR. STRAITE:  THANK YOU, YOUR HONOR.
```

SEALED PROCEEDINGS                                                    27

11:54AM  1      MS. TREBICKA REFERENCED IN THE BROWN DOCKET,

.5AM     2   DOCUMENT 897-3.  THOSE WERE DOCUMENTS WHERE THESE DOLLAR

11:55AM  3   FIGURES APPEAR, THEY WERE FILED UNDER SEAL, AND WE NEVER GOT

11:55AM  4   COPIES OF THEM.  I'M ASKING FOR A COURTESY COPY OF THE SEALED

11:55AM  5   VERSION OF THE DOCUMENTS REFERENCED TODAY.

11:55AM  6           THE COURT:  I WOULD ASSUME THAT THAT IS ALL RIGHT.

11:55AM  7           MS. TREBICKA:  ABSOLUTELY.

11:55AM  8           THE COURT:  BUT THAT IS GOOGLE INFORMATION.  SO TO

11:55AM  9   THE EXTENT THAT THERE IS INFORMATION AND THAT IT'S NOT EXACTLY

11:55AM 10   DUPLICATED AS BETWEEN THE BROWN AND CALHOUN CASES, AND I'M

11:55AM 11   THINKING OF THE SUPPORTING TECHNICAL DECLARATIONS AS WELL

11:55AM 12   PROVIDE THOSE TO THE PLAINTIFFS IN CALHOUN.

11:55AM 13           MS. TREBICKA:  WE WILL DO THAT, YOUR HONOR.

.5AM    14      THE TECHNICAL DECLARATION, SO THE UNDERLYING EVIDENCE IS

11:55AM 15   THE SAME IN BOTH CASES, BUT WE MAY HAVE PRESENTED IT SLIGHTLY

11:55AM 16   DIFFERENT IN THE MOTION, AND, THEREFORE, THESE NUMBERS, THE

11:56AM 17   AGGREGATED NUMBERS MAY HAVE BEEN SLIGHTLY DIFFERENT.

11:56AM 18      BUT, MR. STRAITE, WE WILL ABSOLUTELY GET THAT OVER TO YOU.

11:56AM 19           THE COURT:  I JUST WANT TO BE SURE EVERYBODY, WHEN

11:56AM 20   YOU'RE GOING TO MEET AND CONFER AND THESE EFFORTS ARE GOING

11:56AM 21   FORWARD JOINTLY IN THE CALHOUN AND BROWN CASE, THAT EVERYBODY

11:56AM 22   HAS SEEN THE SAME INFORMATION.

11:56AM 23      I APPRECIATE AT LEAST AS TO THE ANALYTICS TABLE THE

11:56AM 24   SITUATION IS A LITTLE BIT DIFFERENT, BUT LET'S GET EVERYTHING

11:56AM 25   OUT ON THE TABLE.

| | | |
|---|---|---|
| 11:56AM | 1 | I APPRECIATE MS. GAO'S PREPARATION FOR THE ▮▮▮ |
| :56AM | 2 | FIELD-BASED PRESERVATION, AND I LOOK FORWARD TO HEARING THAT AS |
| 11:56AM | 3 | SOON AS THE NINTH CIRCUIT TELLS ME THAT I CAN, IF AND WHEN. |
| 11:56AM | 4 | OKAY.  ANY OTHER -- ANYTHING ELSE ON THIS FOR TODAY?  I |
| 11:56AM | 5 | WILL WRITE UP AN ORDER SUMMARIZING THE RULINGS WITH REGARDS TO |
| 11:57AM | 6 | THE ISSUES THAT I BELIEVE NEED TO BE DETERMINED BY THE |
| 11:57AM | 7 | NINTH CIRCUIT, REMANDED TO ME BY THE NINTH CIRCUIT.  SO YOU'LL |
| 11:57AM | 8 | HAVE THAT ORDER. |
| 11:57AM | 9 | ANYTHING FURTHER, MS. TREBICKA? |
| 11:57AM | 10 | MS. TREBICKA:  NOT FROM OUR SIDE, YOUR HONOR. |
| 11:57AM | 11 | THE COURT:  MR. STRAITE? |
| 11:57AM | 12 | MR. STRAITE:  NO, YOUR HONOR.  THANK YOU FOR YOUR |
| 11:57AM | 13 | TIME ON THIS. |
| :57AM | 14 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH. |
| 11:57AM | 15 | I APPRECIATE, AS ALWAYS, COUNSEL'S CAREFUL PREPARATION OF |
| 11:57AM | 16 | THE BRIEFS.  AND I'LL GET THOSE ORDERS OUT, AND I WILL SEE YOU |
| 11:57AM | 17 | NEXT TIME.  AND I LOOK FORWARD TO THOSE STATUS REPORTS IN |
| 11:57AM | 18 | 21 DAYS.  THANK YOU. |
| 11:57AM | 19 | MS. TREBICKA:  THANK YOU, YOUR HONOR. |
| 11:57AM | 20 | MR. STRAITE:  THANK YOU, YOUR HONOR. |
| 11:57AM | 21 | THE COURT:  THAT CONCLUDES THIS MATTER.  THE |
| 11:57AM | 22 | TRANSCRIPTS CAN BE RELEASED TO THE PARTIES. |
| 11:57AM | 23 | WE ARE ADJOURNED.  THANK YOU. |
| 11:57AM | 24 | MR. SCHAPIRO:  THANK YOU, JUDGE. |
| 11:57AM | 25 | MS. TREBICKA:  THANK YOU, YOUR HONOR. |

11:57AM   1            (COURT CONCLUDED AT 11:57 A.M.)

          2

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                              CERTIFICATE OF REPORTER

4

5

6

7         I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16             IRENE RODRIGUEZ, CSR, RMR, CRR
               CERTIFICATE NUMBER 8074

17

18

19             DATED:  JANUARY 12, 2023

20

21

22

23

24

25