Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
Joseph Margolies (admitted pro hac vice)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF TRACY GAO IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR FEBRUARY 14, 2023 HEARING**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: February 14, 2023<br>Hearing Time: 2:00 P.M. |

1    I, Tracy Gao, declare as follows:

2    1.    I am a member of the bar of the State of California and an attorney for Quinn

3  Emanuel Urquhart & Sullivan, LLP, which serves as Google's outside counsel in this litigation. I

4  make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness,

5  I could and would testify competently thereto.

6    2.    I submit this declaration in support of Google's Administrative Motion to Seal the

7  Courtroom for February 14, 2023 Hearing.

8    3.    On February 9, 2023, counsel for Google requested Plaintiffs identify whether they

9  intended to discuss at the February 14, 2023 hearing information or material that Google has

10  designated as Confidential or Highly Confidential-Attorneys' Eyes Only, and whether Plaintiffs

11  opposed or did not take a position on Google's request to seal the courtroom for the February 14,

12  2023 hearing.  Plaintiffs responded on February 9, 2023 that they opposed the request and noted

13  that if the parties were to determine that a portion of the discussion is appropriate for sealing, they

14  could request sealing the courtroom at that point.

15

16    I declare under penalty of perjury of the laws of the United States that the foregoing is true

17  and correct. Executed in Washington, D.C. on February 10, 2023.

18

19  DATED:        February 10, 2023            QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
20
                                              By  _/s/ Tracy Gao_____
21                                                Xi "Tracy" Gao

22                                              *Attorney for Defendant*

23

24

25

26

27

28

GAO DECLARATION ISO GOOGLE'S MOTION TO SEAL COURTROOM