1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

     Plaintiffs,

     v.

GOOGLE LLC,

     Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR FEBRUARY 14, 2023 HEARING**

Referral:  Hon. Susan van Keulen, USMJ
Hearing Date:  February 14, 2023
Hearing Time:  2:00 P.M.

1        **[PROPOSED] ORDER**

2        Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom

3   for February 14, 2023 Hearing (the "Motion"). Having considered Google's Motion, argument by

4   counsel, and all other matters properly considered by this Court, the Court finds there is good cause

5   to **GRANT** the Motion.

6        **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is

7   **GRANTED** and the Courtroom will be sealed for the February 14, 2023 hearing.

8

9        **IT IS SO ORDERED**.

10

11

12   DATED:  _February 13, 2023_          _____

13                                        THE HONORABLE SUSAN VAN KEULEN
                                          United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28