**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY SUPPORTING GOOGLE'S REPLY IN SUPPORT OF MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    I, Donald Seth Fortenbery, declare as follows:

2    1.    I am a member of the bar of the State of Kentucky and an attorney at Quinn Emanuel

3    Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I have

4    been admitted pro hac vice in this matter. (Dkt. 624).  I make this declaration of my own personal,

5    firsthand knowledge, and if called and sworn as a witness, I could and would testify competently

6    thereto.

7    2.    Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the written

8    transcript from the August 26, 2022 hearing before this Court (Tr. 50:25-53:9), which is cited in

9    Plaintiffs' February 6, 2023 Response and Google's February 13, 2023 Reply, but does not appear

10   to have been provided to the Court.

11    I declare under penalty of perjury of the laws of the United States that the foregoing is true

12   and correct. Executed in Hoboken, New Jersey on February 13, 2023.

13

14   DATED:  February 13, 2023          QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
15

16

17                                      By_____/s/ Donald Seth Fortenbery_____
                                             Donald Seth Fortenbery
18
                                        *Attorney for Defendant*
19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-05146-YGR-SVK

FORTENBERY DECLARATION