1

2

3

4

5

6

7

8

9

10

11                          UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14    CHASOM BROWN, et al., on behalf of
      themselves and all others similarly situated,

15                                                  Case No. 4:20-cv-03664-YGR-SVK
                    Plaintiffs,
16                                                  **[PROPOSED] ORDER GRANTING
             vs.                                    MOTION TO SEAL**
17
      GOOGLE LLC,                                   Referral: Hon. Susan van Keulen, USMJ
18
                    Defendant.
19
      PATRICK CALHOUN, et al., on behalf of
20    themselves and all others similarly situated,

21                                                  Case No. 4:20-cv-05146-YGR-SVK
                    Plaintiffs,
22                                                  **[PROPOSED] ORDER GRANTING
             vs.                                    MOTION TO SEAL**
23
      GOOGLE LLC,                                   Referral: Hon. Susan van Keulen, USMJ
24
                    Defendant.
25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of the February 14, 2023 Hearing Transcript (*Brown* Dkt. No. 868; *Calhoun* Dkt. No. 985) ("Motion").

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Transcript of the February 14, 2023 Preservation Hearing | GRANTED as to the portions at:<br><br>Pages 4:12-13, 6:22, 6:24-25, 7:25, 8:1-2, 9:10-11, 9:15-16, 9:18, 9:21-22, 9:25, 10:4, 10:6, 10:12-15, 10:17, 10:19-20, 10:24, 11:3-4, 11:6, 11:16, 11:19, 12:1, 12:4, 12:7, 12:9-10, 12:14, 12:19, 12:21, 12:24, 13:4, 13:16, 13:25, 14:6-7, 14:10-13, 14:17, 14:21, 14:24-25, 15:7, 15:17, 15:21, 16:4-5, 16:11, 16:13, 16:25, 17:1, 17:3, 17:7, 17:11, 17:15, 17:21, 17:25, 18:11, 18:13, 18:24-25, 19:1, 19:3, 20:20, 22:9, 23:10, 23:15, 23:17-18, 23:20, 24:11, 24:13, 24:16, 24:18-20, 25:14, 25:18, 25:25, 26:6, 26:9, 26:16, 27:1-2, 27:4, 27:6, 27:8, 27:15, 27:17, 28:1-2, 28:4, 28:9-10, 28:14, 29:3, 29:7, 29:17, 30:12, 30:19-20, 30:25, 31:1, 31:4, 31:9, 31:15, 32:2, 33:1, 33:4, 33:18, 33:20, 34:15, 34:18-19, 34:21, 37:24, 38:7, 38:9-10, 38:12, 38:19, 38:22, 39:1, 39:4-5, 39:15-16, 40:14, 42:11-12, 42:14-15, 43:8, 43:14, 44:8, 44:11, 44:19, 45:4, 45:9-10, 45:13, 45:15, 45:17-18, 45:22, 46:10, 46:17, 46:22-23, 47:5, 47:7, 47:11, 47:14, 47:17-18, 47:23, 48:21, 49:1, 49:8-9, 49:12-13, 49:17, 51:6, 51:11, 52:3 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects, internal data sources, and their proprietary functionalities, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. |

**SO ORDERED.**

1   DATED: _____        _____

2                                              THE HONORABLE SUSAN VAN KEULEN
                                               United States Magistrate Judge
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28